UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                                            Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS LLC,

                                          Defendants.
-----------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**ORDER TO SHOW CAUSE**

      Upon the annexed Complaint, the declarations of Emanuel Kataev, Esq., Daniella Levi, Esq., and Carlos Roa, and the annexed Memorandum of Law in support,

      **LET** the defendants, Safa Abdulrahim Gelardi, Vito Gelardi, and IME Companions LLC (collectively the "Defendants"), show cause before _____ _____, of this Court to be held at the courthouse thereof, located at 225 Cadman Plaza East, Brooklyn, NY 11201, on the ____ day of _____, 2022 at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard, why an order should not be issued:

      (a)    preliminarily enjoining Defendants and any persons or entities acting in concert with or on behalf of defendant, from using in any manner whatsoever IME WatchDog, Inc.'s trade secret and confidential and proprietary information (including, without limitation, IME WatchDog, Inc.'s customer database, including the identity and contact information of IME WatchDog, Inc.'s customers, or any other information regarding IME WatchDog, Inc.'s customers, clients, transactions, financial information, or other matters involving IME WatchDog, Inc.;

(b) directing Defendants to return to IME WatchDog, Inc. all originals and copies of documents, records, and information, whether in hard copy and/or computerized and/or other electronic media form, that contain IME WatchDog, Inc.'s trade secrets and confidential and proprietary information (including, without limitation, IME WatchDog, Inc.'s customer database, including the identity and contact information of IME WatchDog, Inc.'s customers, and for each customer of IME WatchDog, Inc., the services offered and payments received from IME WatchDog, Inc's customers, and/or other matters involving IME WatchDog, Inc. and which Defendants obtained or accessed, including without limitation information regarding IME WatchDog, Inc.'s customers, clients, transactions, financial information,or other information involving IME WatchDog, Inc.;

(c) directing Defendants to make all electronic accounts that are in their custody or control and on which they stored information regarding IME WatchDog, Inc.'s trade secrets and confidential or proprietary information available and accessible to IME WatchDog, Inc. (including providing relevant passwords) to inspect to ensure IME WatchDog, Inc.'s trade secrets and confidential and proprietary information is secure and has not been improperly copied or distributed;

(d) preliminarily enjoining Defendants from continuing to operate their business until such time that IME WatchDog Inc. recovers its confidential and proprietary information from Defendants;

(e) preliminarily enjoining Defendants from contacting Adam Rosenblatt and/or any IME WatchDog, Inc. clients and/or IME Watchdog, individuals currently performing services for IME Watchdog, Inc.; and

(f) preliminarily enjoining Defendants from operating their business, and it is further

**ORDERED**, that pending the hearing and determination of this application, and further order of this Court, Defendants and any persons/entities acting in concert with them, are hereby:

(a) preliminarily enjoined from using in any manner whatsoever IME WatchDog, Inc.'s trade secret and confidential and proprietary information (including, without limitation, IME WatchDog, Inc.'s customer database, including the identity and contact information of IME WatchDog, Inc.'s customers, or any other information regarding IME WatchDog, Inc.'s customers, clients, transactions, financial information, or other matters involving IME WatchDog, Inc.);

(b) directed to return to IME WatchDog, Inc. all originals and copies of documents, records, and information, whether in hard copy and/or computerized and/or other electronic media form, that contain IME WatchDog, Inc.'s trade secrets and confidential and proprietary information (including, without limitation, IME WatchDog, Inc.'s customer database, including the identity and contact information of IME WatchDog, Inc.'s customers, and for each customer of IME WatchDog, Inc., the services offered and payments received from IME WatchDog, Inc's customers, and/or other matters involving IME WatchDog, Inc. and which Defendants obtained or accessed, including without limitation information regarding IME WatchDog, Inc.'s customers, clients, transactions, financial information, or other information involving IME WatchDog, Inc.;

(c) directed to make all electronic accounts that are in their custody or control and on which they stored information regarding IME WatchDog, Inc.'s trade secrets and confidential or proprietary information available and accessible to IME WatchDog, Inc. (including providing relevant passwords) to inspect to ensure IME WatchDog, Inc.'s trade secrets and confidential and proprietary information is secure and has not been improperly copied or distributed;

3

(d) preliminarily enjoined from continuing to operate their business until such time that IME WatchDog Inc. recovers its confidential and proprietary information from Defendants; and

(e) preliminarily enjoined from contacting Adam Rosenblatt and/or any of IME WatchDog, Inc.'s clients,

(f) preliminarily enjoined from operating their business and it is further

**ORDERED** that pending the hearing of this matter, IME WatchDog Inc. shall be permitted to conduct discovery on an expedited basis, including obtaining documents from Defendants and taking depositions in aid of the requested injunctive relief, and it is further

**ORDERED** that service by email and federal express of a copy of this Order, along with the papers upon which it is based, shall be made upon Defendants at 322 88th Street, Brooklyn, NY 11209, and info@imecompanions.com, sgelardi@imecompanions.com, and vitogelardi@gmail.com and sagagelardi@gmail.com, on or before the ____ day of March, 2022, and such service shall be deemed good and sufficient; and it is further

**ORDERED** that answering papers, if any, shall be served on IME WatchDog, Inc.'s counsel, Emanuel Kataev, Esq., Milman Labuda Law Group PLLC, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, via electronic mail at emanuel@mllaborlaw.com on or before the _____ day of _____, 2022.

Dated:                                                    **SO ORDERED:**

                                                          _____
                                                                                  , U.S.D.J.