## AFFIDAVIT OF SERVICE

State of                County of                United States District Court

Case Number: 1:22-CV-01032-PKC-JRC

Plaintiff:
**IME WATCHDOG, INC.,**

vs.

Defendant:
**SAFA ABDULRAHIM GELARDI, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Safa Abdulrahim Gelardi, 148 Claypit Road, Staten Island, NY 10309.**

I, Caswell Bryan, being duly sworn, depose and say that on the **1st day of March, 2022** at **4:33 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND JURY DEMAND, PROPOSED ORDER TO SHOW CAUSE, MEMORANDUM OF LAW IN SUPPORT, DECLARATION OF DANIELLA LEVI, ESQ. IN SUPPORT, DECLARATION OF CARLOS ROA IN SUPPORT, AND DECLARATION OF EMANUEL KATAEV IN SUPPORT, and TEXT ONLY ORDER DATED FEBRUARY 28, 2020** with the date and hour of service endorsed thereon by me, to: **Safa Abdulrahim Gelardi** at the address of: **148 Claypit Road, Staten Island, NY 10309**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

State of   New York   )
County of   New York   ) ss:

Subscribed and sworn to before me on the 3rd day of March, 2022 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2022

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2022002388

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b



## AFFIDAVIT OF SERVICE

State of                 County of                 United States District Court

Case Number: 1:22-CV-01032-PKC-JRC

Plaintiff:
**IME WATCHDOG, INC.,**

vs.

Defendant:
**SAFA ABDULRAHIM GELARDI, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Vito Gelardi, 148 Claypit Road, Staten Island, NY 10309**.

I, Caswell Bryan, being duly sworn, depose and say that on the **1st day of March, 2022** at **4:38 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND JURY DEMAND, PROPOSED ORDER TO SHOW CAUSE, MEMORANDUM OF LAW IN SUPPORT, DECLARATION OF DANIELLA LEVI, ESQ. IN SUPPORT, DECLARATION OF CARLOS ROA IN SUPPORT, AND DECLARATION OF EMANUEL KATAEV IN SUPPORT, and TEXT ONLY ORDER DATED FEBRUARY 28, 2020** with the date and hour of service endorsed thereon by me, to: **Vito Gelardi** at the address of: **148 Claypit Road, Staten Island, NY 10309**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 170, Hair: Bald, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

State of    New York    )
County of   New York    ) ss:

Subscribed and sworn to before me on the 3rd day of March, 2022 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2022

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2022002387

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b