UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IME WATCHDOG, INC.,

                Plaintiff,

      v.

SAFA ABDULRAHIM GELARDI, VITO
GELARDI, and IME COMPANIONS LLC,

                Defendants.
-----------------------------------------------------------------x

**Case No. 1:22-cv-1032 (PCK-JRC)**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven Siegler, Esq., Partner of the law firm of **KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC**, with offices at 40 Wall Street, 49th Floor, New York, New York 10005, hereby appears as counsel for Defendants SAFA ABDULRAHIM GELARDI, VITO GELARDI, and IME COMPANIONS LLC in the above-entitled action and respectfully requests that all papers be forwarded to him at the address set forth below.

Dated: New York, New York
         March 8, 2022

                                          Respectfully submitted,

                                          **KOUTSOUDAKIS & IAKOVOU**
                                          **LAW GROUP, PLLC**

                          By: _*Steven Siegler*_____
                                Steven Siegler, Esq. (SS1224)
                                40 Wall Street, 10th Floor
                                New York, New York 10005
                                Telephone: (212) 404-8609
                                Facsimile: (332) 777-1884
                                Email: steven@kilegal.com