Attorney: KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC Address: 40 WALL STREET, 49TH FLOOR NEW YORK, NY 10005  Job #: 1507380

# AFFIDAVIT OF NON SERVICE

Client's File No.: gelardi vs. levi

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-CV-1032
COUNTY OF EASTERN

SAFA GELARDI AND IME COMPANIONS

*Plaintiff*

vs

DANIELLA LEVI & CARLOS ROA

*Defendant*



STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 04/01/2022, at the following time: 4:45 PM, at 147-51 COOLIDGE AVE., , BRIARWOOD, NY 11435, deponent attempted to serve the within AMENDED SUMMONS IN A CIVIL ACTION - ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS - THIRD PARTY COMPLAINT - THIRD PARTY PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AN THE COURT'S upon CARLOS ROA the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

147-51 COOLIDGE AVE., , BRIARWOOD, NY 11435

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: ATTEMPTED SERVICE AT ADDRESS, SPOKE WITH MALE THROUGH AUDIO DOORBELL WHO REFUSED TO IDENTIFY HIMSELF (BELIEVED TO BE THE DEFENDANT) AND STATED HE WAS NOT OPENING DOOR OR ACCEPTING ANYTHING.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|------|------|-------|
|      |      |       |

Sworn to before me on 04/01/2022

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

NNAMDI ERSKINE
DCA License # 1376400

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*