UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                         Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS LLC,

                         Defendants.
-----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                   Third-Party Plaintiffs,

      -against-

CARLOS ROA and DANIELLA LEVI,

                 Third-Party Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Leo Shalit, Esq. hereby appears as counsel for Third-Party

Defendant Carlos Roa. I certify that I am admitted to practice in the United States District Court

for the Eastern District of New York.

Dated: Greenvale, New York
       April 4, 2022

                               **LEO SHALIT, P.C.**

                               By: <u>Leo Shalit, Esq.</u>
                               45 Glen Cove Road
                               Greenvale, NY 11548
                               (833) SHALIT-1 (office)
                               (646) 957-0009 (direct)
                               (833) 742-5481 (facsimile)
                               leo@shalit-law.com

cc: all counsel of record (via ECF)