UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IME WATCHDOG, INC.,

        Plaintiff,

    v.

SAFA ABDULRAHIM GELARDI, VITO
GELARDI, and IME COMPANIONS LLC,

        Defendants.
-----------------------------------------------------------------x

Case No. 1:22-cv-1032 (PCK-JRC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Andreas Koutsoudakis, Esq., Partner of the law firm of **KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC**, with offices at 40 Wall Street, 49th Floor, New York, New York 10005, hereby appears as counsel for Defendants **SAFA ABDULRAHIM GELARDI, VITO GELARDI, and IME COMPANIONS LLC** in the above-entitled action and respectfully requests that all papers be forwarded to him at the address set forth below.

Dated: New York, New York
       April 5, 2022

                                          Respectfully submitted,

                                          **KOUTSOUDAKIS & IAKOVOU**
                                          **LAW GROUP, PLLC**

                                          By: _____
                                               Andreas Koutsoudakis, Esq. (AK4162)
                                               40 Wall Street, 49th Floor
                                               New York, New York 10005
                                               Telephone: (212) 404-8644
                                               Facsimile: (332) 777-1884
                                               Email: andreas@kilegal.com