# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 5, 2022

**VIA ECF & FEDERAL EXPRESS**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Chambers N 631
Brooklyn, NY 11201-1804

  *Re:*  **IME WatchDog, Inc. v. Gelardi,** *et al.*
     **Case No.: 1:22-cv-1032 (PKC) (JRC)**
     <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

  This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") and Third-Party Defendant Daniella Levi ("Mrs. Levi") in the above-referenced case. Plaintiff and Mrs. Levi write to respectfully enclose a USB flash drive containing the three (3) audio recordings admitted into evidence at yesterday's hearing on Plaintiff's motion for a preliminary injunction.

  Plaintiff and Mrs. Levi thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
    April 5, 2022       Respectfully submitted,

             **MILMAN LABUDA LAW GROUP PLLC**

             */s/ Emanuel Kataev, Esq.*
             Emanuel Kataev, Esq.
             3000 Marcus Avenue, Suite 3W8
             Lake Success, NY 11042-1073
             (516) 328-8899 (office)
             (516) 303-1395 (direct dial)
             (516) 328-0082 (facsimile)
             emanuel@mllaborlaw.com

             *Attorneys for Plaintiff*
             *Counterclaim-Defendant*
             *IME WatchDog, Inc.*
             *and Third-Party Defendant*
             *Daniella Levi*

Enclosure (via Federal Express only).

**VIA ECF ONLY**
Katsoudakis & Iakovou Law Group, PLLC
<u>Attn</u>: Steven Siegler, Esq.
40 Wall Street, 49th Floor
New York, NY 10005-1300
(212) 404-8644 (telephone)
(212) 404-8609 (direct dial)
(332) 777-1884 (facsimile)
steven@kilegal.com

**VIA ECF ONLY**
Leo Shalit, P.C.
<u>Attn</u>: Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) SHALIT-1 (office)
(646) 957-0009 (direct)
(833) 742-5481 (facsimile)
leo@shalit-law.com

