UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC., <br><br> Plaintiff, <br><br> -against – <br><br> SAFA ABDULRAHIM GELARDI, VITO GELARDI, and IME COMPANIONS, LLC, <br><br> Defendants. | Civil Action No.: 1:22-cv-1032 |
| SAFA GELARDI and IME COMPANIONS, LLC, <br><br> Third-Party Plaintiffs, <br><br> -against – <br><br> CARLOS ROA and DANIELLA LEVI, <br><br> Third-Party Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Madeline Perez, being duly sworn, depose and say:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On April 4, 2022, I served Third-Party Defendant, Carlos Roa, with the following documents:

**SUMMONS AND VERIFIED THIRD-PARTY COMPLAINT, THIRD-PARTY PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF THIRD-PARTY PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION, AND AFFIDAVIT OF DEFENDANT SAFA ABDULRAHIM GELARDI WITH ACCOMPANYING EXHIBITS**

1

by delivering a true copy of the aforesaid documents personally at the U.S. District Court – Eastern District of New York Courthouse, at 225 Cadman Plaza East, Brooklyn, New York 11201, and informed said person of the contents therein, in compliance with state statutes.

_____
Madeline Perez

Sworn to before me this
7th day of April 2022

_____
Notary Public

KYRIAKI A CHRISTODOULOU
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CH6419747
Qualified in New York County
My Commission Expires 07-19-2025