UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

IME WATCHDOG INC

                        Plaintiff

      -against-                       Docket: 1:22-CV-1032 (PKC)(JRC)

SAFA ABDULRAHIM GELARDI, VITO GELARDI
And IME COMPANIONS LLC

                      Defendants
_____

Attn: Hon. Chen

Re: Extension of Time for 3rd Party Defendant Carlos Roa to Answer

Dear Hon. Chen

This office represents Mr. Carlos Roa, the Third-Party Defendant herein.

The parties have agreed to a 30 day extension for the Mr. Roa to Answer the Third-Party Complaint

Mr. Carlos Roa respectfully moves by the instant letter motion to have the extension So-Ordered.

Dated: April 5, 2022

                                                    Leo Shalit, P.C.
                                                    ____Leo Shalit /LS/_____
                                                    Leo Shalit, Esq
                                                    Attorney for Defendant
                                                    565 Plandome Road, #9
                                                    Manhasset, New York 11030
                                                    (646) 957 - 0009
                                                    Leo@Shalit-Law.Com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

IME WATCHDOG INC
                              Plaintiff

              -against-                    Docket: 1:22-CV-1032 (PKC)(JRC)

SAFA ABDULRAHIM GELARDI, VITO GELARDI
And IME COMPANIONS LLC

                              Defendants
_____
SAFA GELARDI and IME COMPANIONS, LLC

                              Third-Party Plaintiffs
        -against-

CARLOS ROA and DANIELLA LEVI

                              Third-Party Defendants

_____

It is hereby stipulated by and between the parties herein that:

Third-Party Defendant Carlos Roa's Times To Answer or otherwise appear is hereby extended on consent for 30 days, through May 5, 2022

| Leo Shalit, P.C. | KI Legal |
|---|---|
|     Leo Shalit /LS/_____ | Steven Siegler_____/SS/____ |
| Leo Shalit, Esq | Steven Siegler Esq. |
| Attorney for Third Party Defendant - Carlos Roa | Attorney for Third- Party Plaintiffs / Defendants |
| 45 Glen Cove Road | 40 Wall Street, 49th Floor |
| Greenvale, New York 11548 | New York, New York 10005 |
| (646) 957 - 0009 | 212.404.8644 |
| leo@Shalit-Law.Com | |