

40 Wall Street, 49th Floor
New York, NY 10005
**O**: (212) 404-8644
**F**: (332) 777-1884
kilegal.com

April 15, 2022

**VIA ECF**
Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   **IME Watchdog, Inc. v. Safa Gelardi, et al.**
             **Civil No. 1:22-cv-1032 (PKC-JRC)**

Dear Judge Chen:

      We represent Defendants Safa Gelardi, Vito Gelardi, and IME Companions in the above-referenced matter. We are receipt of Plaintiff's and Third-Party Defendant Carlos Roa's motions to quash. My office forgot to send the subject subpoenas to opposing counsel prior to service, and I apologize to the Court, opposing counsel, and the witnesses for any inconvenience this has caused. Based on the lack of prior notice, I am withdrawing the subpoenas and will re-issue them when appropriate.

      We also issued a subpoena to Pallorium, Inc., the private investigation company whose principal, Mr. Rambam, testified at the hearing. I am withdrawing this subpoena as well and will reissue it at the appropriate time.

      By copy of this letter, I am requesting counsel for Plaintiff and counsel for Mr. Roa to kindly inform the subpoenaed witnesses that the subpoenas have been withdrawn.

                              Respectfully submitted,

                              By:  */s/ Steven Siegler*
                                    Steven Siegler, Esq.

cc:   Emanuel Kataev, Esq. (via ECF)
       emanuel@mlllaborlaw.com