UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC., <br><br> Plaintiffs, <br><br> -against – <br><br> SAFA ABDULRAHIM GELARDI, VITO GELARDI, and IME COMPANIONS, LLC, <br><br> Defendants. | Civil Action No.: 1:22-cv-1032 <br><br><br> **AFFIDAVIT OF SAFA GELARDI** |

I, Safa Gelardi, of full age, hereby deposes and says:

1. I submit this affidavit in opposition to Plaintiff's renewed request that my business, IME Companions, LLC ("Companions") be shut down while this case is litigated. I make these statements based on my personal knowledge.

2. I address the Court to rebut Daniella Levi's allegation that Companions took dozens of Watchdog's clients and millions of dollars of its business through unfair competition. This is simply not the case.

3. I also write to deny the blatant lies of Adam Rosenblatt and Carlos Roa.

<u>Supplemental Declaration of Daniella Levi</u>

4. I have reviewed Ms. Levi's affidavit and her "sampling non-exhaustive list" of clients Companions allegedly stole from Watchdogs. I address her list one by one:

   1) Subin & Associates. Met through Greg Elefterakis. Mr. Arnold Baum, Subin's CFO, confirmed this in an affidavit to the Court. See Affidavit of Arnold Baum, dated March 15, 2022 (ECF Docket No. 27).

   2) Silberstein Awad. Met at a CLE event. Mr. Awad is the gentleman that Carlos Roa chased into the elevator to offer him a bottle of whiskey. A true copy of email correspondence between Carlos Roa and Mr. Awad's paralegal is attached hereto as Exhibit A.

   3) Khavinson & Associates. Met through Greg Elefterakis.

1

4) Napoli Shkolnik. Not our client.

5) Hecht Kleeger. Not our client.

6) Brown & Groper. Not our client.

7) Elefterakis. Met through his Nick Elefterakis' uncle, Greg Elefterakis.

8) Zaremba Brown. Met through Nick Elefterakis and Nick Liakas. Their business went to IME Guards for a long time. Won back in 2020. A true copy of email correspondence between Carlos Roa and Mr. Perry Dotel is attached hereto as Exhibit B.

9) Rosenberg and Gluck. Not our client.

10) Zemsky & Salomon. Met in August 2019. Mr. Jason Zemsky confirmed this in an affidavit to the Court. See Affidavit of Jason Zemsky, dated March 15, 2022 (ECF Docket No. 28).

11) Silbowitz Garafola. Won through sales presentation by Greg Elefterakis and Safa Gelardi. Met with Rachel Love who seemed to know Mr. Elefterakis well. He gave her Grateful Dead tickets.

12) Orin Cohen. Not our client.

13) Celino & Barnes. Met at a CLE event. I showed up at their office in Long Island and bought everyone lunch. A true copy of email correspondence between Carlos Roa and Mr. Chris Trochiano is attached hereto as Exhibit C.

14) Georgkalis & Mallas. This firm contacted us asking about our prices. We had sent him a cold email as part of our marketing. I had never heard about him before.

15) Ginnarte Gelardo. Met at CLE event and followed up with email. I personally called this client numerous times before they decided to give us a chance. A true copy of email correspondence between Carlos Roa and Ms. Racquel Davy is attached hereto as Exhibit D.

16) Lever Gotfried. Not our client.

17) Alan Ribka. Carlos won this account through persistent salesmanship. We had multiple meetings with them. A true copy of email correspondence between Carlos Roa and Ms. Carmen Rojas is attached collectively hereto as Exhibit E.

18) Lerner Arnold. Not our client.

19) Giuffre Law. Not our client.

20) The Felleci Law. Not our client.

21) Terelli & Tinte. Not our client.

22) Irwin & Pozaski. Not our client.

23) Paul Ajouny. Not our client.

24) Bergman Bergman. Met Cliff and Michael Bergman at CLE event where we were giving out bottles of whiskey. A true copy of email correspondence between me and Mike from Bergman is attached hereto as Exhibit F.

25) Ngguyen Leftt. Not our client.

26) Queller Fisher. Not our client.

27) Celino & Barnes. Repeated.

28) Weitz Pascale. Not our client.

29) Borcherts & Laspina. Not our client.

30) Dubow. Not our client.

31) Celino & Barnes. Repeated.

32) Edward & Young. Not our client.

33) Larock & Perez. Not our client.

34) Edward Savidge. Not our client.

35) Raskin & Kremins. Met at CLE event in Westchester. Carlos Roa, my brother Omar Rahman, and I attended. We met Mr. Raskin, who directed us to Carlene, his calendar coordinator. A true copy of email correspondence between Carlos, Carlene and I are attached collectively hereto as Exhibit G.

36) Jeff Stern. Not our client.

5. There are so many law firms on this list which are not Companions clients. I have to wonder whether Adam Rosenblatt is confusing Companions with another Watchdog competitor, since he leaked to other ones.

6. With respect to Ms. Levi's claim about the mass tort litigation, Douglas and London contacted me independently on February 10, 2022. Their phone number is (212) 566-7500. Their call had nothing to do with Adam Rosenblatt or Watchdog. A true copy of my call log is attached hereto as Exhibit H.

7. With respect to the Constant Contact email blasts, to the best of my memory, this marketing message from 2019 went to our entire contact list. We send out many different emails through Constant Contact to gain business, and this is one of them.

8. I have not "routinely disparaged and defamed both IME Watchdog and [Daniella Levi]. There was one email which I already explained in my testimony at the hearing.

Declaration of Adam Rosenblatt

9. There are so many lies, falsehoods and fabrications in Adam's affidavit, it makes my head spin.

10. I already addressed many of these falsehoods in my testimony at the hearing. However, just to be clear, I am denying the following statements by Adam:

1) Par. 22-24: Denied.
2) Par. 26-44: Denied.
3) Par. 46-57: Denied.
4) Par. 59-64: Denied.
5) Par. 67-87: Denied.
6) Par. 90-91: Denied.
7) Par. 93: Denied.
8) Par. 99-100: Denied.

11. As I stated before, Adam Rosenblatt hates Ms. Levi. He has been looking to start his own competing company for years, including before he even met me. He leaked Watchdog's

4

information to me in 2017 to entice me to go in the business with him. When I refused, he sent Watchdog's information to Law Cash, who later formed IME Guards with Jamal Aaron, a former Watchdog. When they refused to go into business with him, he continued his quest to destroy Watchdog from within. He did this out of malice and greed and not due to any coercion or threats.

<u>Supplemental Declaration of Carlos Roa</u>

12. I read Carlos's new declaration and was shocked at the outright lies. When this case is over, I want him and Adam charged with perjury.

13. I already addressed many of Carlos's falsehoods in my testimony at the hearing. However, just to be clear, I am denying the following statements by Carlos:

1) Par. 2-9: Denied.
2) Par. 13-16: Denied.
3) Par. 24-28: Denied.
4) Par. 31: Denied that Carlos is a "whistleblower."

<u>Conclusion</u>

14. I never disseminated Watchdog's confidential information (to the extent it was confidential) to the public or other competitors.

15. I thank the Court for its time and attention in reading this Affidavit. I respectfully ask the Court to not shut down Companions during the pendency of this case.

[Certification on next page]

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
       April 14, 2022

_____
Safa A. Gelardi