# EXHIBIT A

| From: | Carlos Roa |
|---|---|
| To: | Elevy@ask4sam.net |
| Cc: | jawad@ask4sam.net |
| Subject: | NYSTLA Staten Island: IME Companions - always protecting Your clients |
| Date: | Monday, October 21, 2019 7:44:53 AM |
| Attachments: | image001.png |
| | image002.png |
| | 2-27-19 IME Companions Report[2].pdf |
| | 7-1-19 IME Report Drupattie Singh.pdf |
| | 7-18-19 IME Report Tyrell Hendricks .pdf |
| | 10-04-19 IME Report Marcial Vasquez.pdf |

Dear Elana,

IME Companions had the pleasure of meeting your colleague, Mr. Awad at last week's NYSTLA Decisions CLE in Staten Island. He has advised us to reach out to you in regards to sending IME Companions to your client's IMEs.

I would like to introduce you to IME Companions. IME Companions is an innovative company that ensures plaintiff attorneys have an independent record of what transpired during an IME visit. Our mission is to balance the scales of justice, **We are there to do what you would do if you were to attend the IME**. We are establishing ourselves as the lead provider of advocates during IMEs, and we can ensure a successful and professional IME visit for your clients. IME Companions has very qualified Companions, many of which have medical backgrounds, including MD, RN and LPN's. Our reports are robust and timely, and we have a web portal that will enable your firm to not only access all historical reports done through us, but to also seamlessly schedule future exams.

What makes us different than our competition is our ability to advocate for Plaintiffs during their IMEs while being extremely professional. Most IME Physicians know who IME Companions is, and they respect and understand what we do; as one of our important values is Professionalism.

We are independently owned, not owned by another law firm, or case "loan" company.

We have Companions who speak: English, Spanish, Russian, Portuguese, French, Creole, Arabic, Hebrew.

Due to our proven successful and proficiency we work with the best. Our current clients include: Subin Associates, Zaremba Brown, Zemsky & Salomon, Rubenstein & Rynecki, Alan Ripka & Associates, Gregory Spektor & Associates, and many more.

Many attorneys that use us express how well we prep clients before their IMEs. We believe that in creating a comfortable and confident environment for your client the IME will go well. Even before we get inside the exam room, your client will feel prepared for any examination

with any physician, and will have full trust that we will protect them. Our goal in every IME is to protect your client.

With our professional staff, robust reports, and accountable company, we would like to bring value to your firm as we do on a daily basis to our current firms.
Please feel free to reach out to me at any time; IME Companions is prepared and ready to protect your clients.

I have attached some sample reports for your observation. We look forward to hearing from you and aiding your clients during their IMEs.

Kind Regards,

Carlos D. Roa
President



Office : 833 463 7767
Direct : 718 524 3284

9207 245th St.
Floral Park, NY 11001
Email: croa@imecompanions.com
www.imecompanions.com

**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.