# EXHIBIT B

| From: | Carlos Roa |
|---|---|
| To: | Perry Dotel |
| Cc: | Megan Flynn; IME Companions; Carla Acurio; Olivia D"amato; Demery Nunez; Kristina Mamitko; Alexis Watson; Eva Arteaga; Michelle Miranda |
| Subject: | IME Companions...always here for You! |
| Date: | Thursday, January 16, 2020 12:20:48 PM |
| Attachments: | image001.png |
| | image002.png |

Dear Mr. Perry Dotel,

Wishing you, your family, and your colleagues a Happy New Year!

I had the pleasure of speaking with Mr. Zaremba Tuesday last week and this past Tuesday. John mentioned he would speak to you on using our company again. Before doing that I would like to personally clear the air with you and really hope we can move on and embark on working together again.

The last IME ordered by your firm, it is true, we did not send a Companion. But I want you to understand why, and perhaps I was wrong in making that decision; however our Companions were constantly met at appointments with representatives of another company and we were constantly being sent home. After the phone call from the other company we truly did not want this to continue occurring due to the fact that we felt bad that your clients would be charged by both companies for showing up.

IME Companions is a company run on integrity from beginning to end. Your clients are our clients, and we truly take that to heart. I would like to formally extend my sincere apology to you and your colleagues. And I want you to know that moving forward we will show up to everything you request us to show up to. The quality we bring to the table speaks for itself.

Your firm is our priority. And we are ready to prove that to you. Please accept my apology. I look forward to hearing from you and your colleagues, and look forward to protecting your clients on their IMEs.

Kind and Warm Regards,

Carlos D. Roa
President



Office : 833 463 7767
Direct : 718 524 3284
9207 245th St.
Floral Park, NY 11001
Email: croa@imecompanions.com
www.imecompanions.com