# EXHIBIT D

| | |
|---|---|
| **From:** | Carlos Roa |
| **To:** | rdavy@ginartelaw.com; gvalle@ginartelaw.com |
| **Cc:** | spayne@ginartelaw.com |
| **Subject:** | IME Companions - Always Professional and Always Reliable |
| **Date:** | Tuesday, December 3, 2019 3:05:26 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 2-27-19 IME Companions Report[2].pdf |
| | 7-1-19 IME Report Drupattie Singh.pdf |
| | 7-18-19 IME Report Tyrell Hendricks .pdf |
| | 10-04-19 IME Report Marcial Vasquez.pdf |
| | IME Companions Report Exam Conducted 2-19-19 [1].pdf |
| | 11-21-19 IME Report Christine Guzman.pdf |
| | affidavit christine guzman 11-21-19.pdf |

Dear Ms. Davy,

I would like to introduce you to IME Companions. IME Companions is an innovative company that ensures plaintiff attorneys have an independent record of what transpired during an IME visit. Our mission is to balance the scales of justice, **We are there to do what you would do if you were to attend the IME**. We are establishing ourselves as the lead provider of advocates during IMEs, and we can ensure a successful and professional IME visit for your clients. IME Companions has very qualified Companions, many of which have medical backgrounds, including MD, RN and LPN's. Our reports are robust and timely, and we have a web portal that will enable your firm to not only access all historical reports done through us, but to also seamlessly schedule future exams.

What makes us different than our competition is our ability to advocate for Plaintiffs during their IMEs while being extremely professional. Most IME Physicians know who IME Companions is, and they respect and understand what we do; as one of our important values is Professionalism.

We are independently owned, not owned by another law firm, or case "loan" company.

We have Companions who speak: English, Spanish, Russian, Portuguese, French, Creole, Arabic, Hebrew.

Due to our proven successful and proficiency we work with the best. Our current clients include: Subin Associates, Silberstein Awad Miklos, Zaremba Brown, Zemsky & Salomon, Rubenstein & Rynecki, Alan Ripka & Associates, Gregory Spektor & Associates, and many more.

Many attorneys that use us express how well we prep clients before their IMEs. We believe that in creating a comfortable and confident environment for your client the IME will go well. Even before we get inside the exam room, your client will feel prepared for any examination with any physician, and will have full trust that we will protect them. Our goal in every IME is to protect your client.

Our job begins the moment an IME is assigned to our office. Along with the vendor's notice, BPs and any special requests from your office is sent to ours. An IME Companion is assigned to your client's IME. The IME Companion reviews the BPs and takes some notes. Your client is called the evening

before the IME, where they are briefed over the phone on what to expect the next day during the IME visit, and the importance of being there on time, dressing comfortably and not volunteering information. The IME Companion arrives the next day 15 minutes before the scheduled IME, where they will again brief your client, and answer any questions your client may have regarding the IME. A report is made and emailed to you thereafter.

Our Prices:

1st Hour is $175, with every following half hour at $45

Out of NYC Prices:

**Long island: 1st hour + $50 flat fee**, with every following half hour at $45

**Westchester: 1st hour + $75 flat fee**, with every following half hour at $45

**New Jersey: 1st Hour + $100 flat fee**, with every following half hour at $45

**(no mileage or tolls calculating, all is included in the additional flat fee)**

With our professional staff, robust reports, and reliable and accountable company, we would like to bring value to your firm as we do on a daily basis to our current firms. **We have a track record of never having turned down an IME.**

Please feel free to reach out to me at any time; IME Companions is prepared and ready to protect your clients.

I have attached some sample reports for your observation. We look forward to hearing from you and aiding your clients during their IMEs.

Kind Regards,

Carlos D. Roa
President



Office : 833 463 7767
Direct : 718 524 3284

9207 245th St.
Floral Park, NY 11001
Email: croa@imecompanions.com
www.imecompanions.com

**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

| From: | IME Companions |
|---|---|
| To: | rdavy@ginartelaw.com |
| Subject: | Website Credentials |
| Date: | Friday, January 10, 2020 1:11:10 PM |
| Attachments: | 65B89A6888694EC38E67D0919C578D9E[1262198081.png<br>3A5138C0A51149DA950C5FFEEFB64322[1262198101.png |

Dear Raquel,

It was a pleasure speaking to you, per our conversation please see user name and password below. Looking forward to working with you. Please feel free to call me directly should you have any questions or concerns.

User Name : Ginarte Law
Password: Ginarte123

Thank you and have a wonderful weekend!

Kind Regards,

Safa Gelardi
Chief Executive Officer



Office: 833-463-7767
Direct: 718-749-4732
9207 245th St
Floral Park, New York 11001
Email: sgelardi@imecompanions.com
www.Imecompanions.com

