# EXHIBIT E

| | |
|---|---|
| **From:** | Carlos Roa |
| **To:** | crojas@alanripka.com |
| **Subject:** | IME Companions - voicemail |
| **Date:** | Tuesday, July 23, 2019 3:27:57 PM |
| **Attachments:** | image001.png |
| | image002.png |

Dear Mrs. Carmen M. Rojas,

I wanted to follow up on the voicemail I left you.

IME Companions is an innovative company that ensures plaintiff attorneys have an independent record of what transpired during an IME visit. Our mission is to balance the scales of justice, **We are there to do what you would do if you were to attend the IME**. We are establishing ourselves as the lead provider of advocates during IMEs, and we can ensure a successful and professional IME visit for your clients. IME Companions has very qualified Companions, many of which have medical backgrounds, including MD, RN and LPN's. Our reports are robust and timely, and we have a web portal that will enable your firm to not only access all historical reports done through us, but to also seamlessly schedule future exams.

What makes us different than our competition is our ability to advocate for Plaintiffs during their IMEs while being extremely professional. Most IME Physicians know who IME Companions is, and they respect and understand we do; as one of our important values is Professionalism.

We are independently owned; we are not owned by attorneys, or backed by any cash loan companies (as most of our competitors); therefore your clients are safe with us during their IMEs.
We have Companions who speak: English, Spanish, Russian, Portuguese, French, Creole, Arabic, Hebrew.
We have a staff of 21 in the office, and a staff of 25 out on the field attending IMEs.

**In addition we do not invoice and bill sporadically. We bill once a month and obtain your approval before charging any credit card. We do this in order to ensure that you as our client has had an opportunity to see what is being billed and also ok it.**

Due to our proven successful and proficiency we work with the best. Our current clients include: Subin Associates, Zaremba Brown, Rubenstein & Rynecki, Elefterakis Elefterakis & Panek, Gregory Spektor & Associates, Cherny & Podolsky, and many more.

With our professional staff, robust reports, and accountable company, we would like to bring value to your firm as we do on a daily basis to our current firms.
We can provide you with competitive pricing.
Please feel free to reach out to me at any time; IME Companions is prepared and ready to protect your clients.

Kind Regards,

Carlos D. Roa
President



Office : 833 463 7767

Direct : 718 524 3284

9207 245th St.

Floral Park, NY 11001

Email: croa@imecompanions.com

www.imecompanions.com



**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

| | |
|---|---|
| **From:** | Carlos Roa |
| **To:** | crojas@alanripka.com |
| **Bcc:** | Safa Gelardi; IME Companions |
| **Subject:** | See you August 6th! |
| **Date:** | Friday, July 26, 2019 5:51:16 PM |
| **Attachments:** | image001.png |
| | image002.png |

Dear Carmen,

Thank you for taking the time and speaking with me today.

I wish you a very nice, relaxing and awesome time away. See you on August 6th at 11:00 AM.

I am looking forward to meeting with you and speaking with you.

Kind Regards,

Carlos D. Roa
President



Office : 833 463 7767

Direct : 718 524 3284

9207 245th St.

Floral Park, NY 11001

Email: croa@imecompanions.com

www.imecompanions.com



**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

| From: | Carlos Roa |
|---|---|
| To: | crojas@alanripka.com; wrivera@alanripka.com |
| Subject: | IME Companions |
| Date: | Wednesday, August 7, 2019 10:00:06 AM |
| Attachments: | image001.png |
| | image002.png |
| | 7-18-19 IME Report Tyrell Hendricks .pdf |
| | 2-27-19 IME Companions Report[2].pdf |
| | 7-1-19 IME Report Drupattie Singh.pdf |
| | IME Companions Report Exam Conducted 2-19-19 [1].pdf |

Dear Carmen "Cookie" and Wanda,

Thank you for having Safa and I at your office yesterday. We really enjoyed speaking with you and discussing how we can work together moving forward.

If you wish you can go on our website to book any IMEs, your Username and Password is below:

User ID: Alan Ripka
Password: Cookie123

If you wish to send via email please email all IME requests to info@imecompanions.com

Also please find attached some recent IME Companion Reports.

On another note, we do serve Physicians with subpoenas when needed, as we are already in the IME room and can serve the doctors immediately after the conclusion of a DME.

If you have any questions or last minute requests please feel free to reach out to Safa on her cell: (718)749-4732 or my cell: (718)524-3284 at any time. Any time is a good time 24/7 365! For any last minute requests a screen shot or picture is fine, we just need the name, number, time of IME, and location to get our companions on the road fast.

Thanks again and we look forward to working with you.

Kind Regards,

Carlos D. Roa
President



Office : 833 463 7767
Direct : 718 524 3284

9207 245th St.
Floral Park, NY 11001
Email: croa@imecompanions.com
www.imecompanions.com



**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.