# EXHIBIT F

| From: | IME Companions |
|---|---|
| To: | Mike@selectattorney.com |
| Subject: | IME Companions |
| Date: | Wednesday, September 25, 2019 1:56:12 PM |
| Attachments: | 6911622E475E406686BCB4A90CF78E38[70623344].png |
| | 6527EDBF6FD143E1A6C9412F60B9FEC7[70623346].png |

Dear Mike, I truly appreciate you taking the time to speak with me.

it is with great pleasure to do business with you. Please have IMEs sent over to
info@imecompanions.com
Our website is imecompanions.com. Your office can book directly online or you can email us the requests.
Please see user ID and password below for booking through the website.

Thank you for the business and I guarantee you, you will not be disappointed.

IME Companions – Is an owner operated business unlike our competition.

- IME Reports for $175 the first hour, and $45 each additional half hour.
- Any Outside NYC Fee is an additional $50 flat fee, we DO NOT charge for mileage or tolls, it is a flat fee, which would also save you money
- Better quality reports
- More robust website, you can book directly through our website, where you can have a tracking of up to 18 months of all bookings. You can cancel and book through the website: www.imecompanions.com ; below is the user name and password.

    User name: Bergman123
    Password: Bergman123

    Once you log-in click the house button
    You can book there, you will see your preferred pricing on your booking. We only bill you the first hour, any additional half hour we will invoice you.
- Better qualified and professional companions (LPN's, Nurses, etc…)
- A physicians profile is included with every report.

**We are accessible to you and your staff at anytime and any day. We have had attorneys request our help after hours.**


Best Regards,

Safa Gelardi
Chief Executive Officer



Office:  833-463-7767

Direct:  718-749-4732

9207 245th St

Floral Park, New York 11001

Email: sgelardi@imecompanions.com

www.Imecompanions.com

