# EXHIBIT G

| From: | IME Companions |
|---|---|
| To: | cmcgregor@raskrem.com |
| Subject: | IME request |
| Date: | Monday, November 11, 2019 5:28:30 PM |
| Attachments: | image001.png |
| | image002.png |

Dear Carlene,

Please forward all information pertaining to IME Requests here. Vendor's notice and bps so that we can brief your client accordingly. Also include client's name, phone number, and preferred language. An IME Companion will call your client this evening and brief them over the phone. (10 minute call) Just explaining the IME, what will occur, what they can and cannot answer. They will also answer any of your client's questions to the best of their ability after reviewing the bps.

Tomorrow before the IME, the Companion will re-brief your client upon arrival at the Doctor's office. Please feel free to call me at any time.

Safa has stepped out for the day. However I can answer any questions you may have.

Kind Regards,

Carlos D. Roa
President



Office : 833 463 7767
Direct : 718 524 3284
9207 245th St.
Floral Park, NY 11001
Email: croa@imecompanions.com
www.imecompanions.com



**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

| From: | IME Companions |
|---|---|
| To: | Carlene McGregor |
| Subject: | RE: IME 11-21-19 Attached |
| Date: | Thursday, November 21, 2019 11:08:41 AM |
| Attachments: | 6911622E475E406686BCB4A90CF78E38[103848884].png<br>6527EDBF6FD143E1A6C9412F60B9FEC7[103848886].png |

I'm so glad we got a chance to chat, looking forward to a our relationship.
I think we are going to get along so welllll!

Best Regards,

Safa Gelardi
Chief Executive Officer



Office: 833-463-7767
Direct: 718-749-4732

9207 245th St
Floral Park, New York 11001
Email: sgelardi@imecompanions.com
www.Imecompanions.com



**From:** Carlene McGregor
**Sent:** Thursday, November 21, 2019 10:42 AM
**To:** Safa Gelardi
**Cc:** IME Companions
**Subject:** IME 11-21-19 Attached

Hey Safa
Please see attached the notice for the Liability IME.
The client will be there by 12:45.
Please let me know the person's name and cell who will attend this IME,
so I can give it to client.
BP will be forwarded shortly.

Thanks for taking the time to chat with me, looking forward to working with you.

Have a wonderful day!!

Calendar Coordinator/Legal Assistant  
Raskin & Kremins, L.L.P.  
160 Broadway, 4th Flr  
New York, New York  10038  
P: 212-587-3434; F: 212-608-1659  
cmcgregor@raskrem.com