# EXHIBIT H

1:57

Received

(347) 531-5555
Ext 0 - Default Extension
2/14/22

(631) 525-8542
Ext 0 - Default Extension
2/11/22

(631) 467-7766
Ext 0 - Default Extension
2/11/22

(929) 841-4418
Ext 0 - Default Extension
2/11/22

(347) 981-2841
Ext 0 - Default Extension
2/10/22

(917) 309-7743
Ext 0 - Default Extension
2/10/22

(212) 566-7500
Ext 1 - New Extension
2/10/22