

40 Wall Street, 49th Floor
New York, NY 10005
**O**: (212) 404-8644
**F**: (332) 777-1884
kilegal.com

May 9, 2022

**VIA ECF**
Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:  IME Watchdog, Inc. v. Safa Gelardi, et al.**
           **Civil No. 1:22-cv-1032 (PKC-JRC)**

Dear Judge Chen:

      We represent Defendants/Counterclaim Plaintiffs and Third-Party Plaintiffs Safa Gelardi, Vito Gelardi, and IME Companions (collectively, "Companions") in the above-referenced matter. I have spoken to Plaintiffs' counsel regarding Companions' request for entry of default, filed today. I have agreed to withdraw this filing on the basis that the Court's rules permit a pre-motion conference request for a motion to dismiss to have the same effect as the filing of the motion itself.

      Thank you for your time and attention to this matter.

                              Respectfully submitted,

                        By:  */s/ Steven Siegler*
                             Steven Siegler, Esq.

cc:  Emanuel Kataev, Esq. (via ECF and Electronic Mail)
      Leo Shalit, Esq. (via ECF and Electronic Mail)