**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IME WATCHDOG, INC., <br><br> Plaintiffs, <br><br> -against – <br><br> SAFA ABDULRAHIM GELARDI, VITO GELARDI, and IME COMPANIONS, LLC, <br><br> Defendants. | Case No.: 1:22-cv-1032 (PKC) (JRC) <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES AS TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF AND THIRD-PARTY CLAIMS AGAINST <u>DANIELLA LEVI</u>** |
| SAFA GELARDI and IME COMPANIONS, LLC, <br><br> Third-Party Plaintiffs, <br><br> -against – <br><br> CARLOS ROA and DANIELLA LEVI, <br><br> Third-Party Defendants. | |

Defendants/Counterclaimants/Third-Party Plaintiffs Safa Gelardi ("Safa"), Vito Gelardi ("Vito"), and IME Companions, LLC ("Companions") (Safa, Vito, and Companions collectively hereinafter the "Defendants") and Plaintiff/Counterclaim Defendant IME Watchdog, Inc. ("Watchdog"), and Third-Party Defendant Daniella Levi ("Levi"), by and through their undersigned counsel, hereby stipulate to the following:

1. Companions' and Safa's counterclaims against Watchdog are hereby dismissed without prejudice and without costs or attorney fees to either party.

2. Companions' and Safa's third-party claims against Levi are hereby dismissed without prejudice and without costs or attorney fees to either party.

1

3. Companions' and Safa's Third-Party claims against Third-Party Defendant Carlos Roa ("Roa") will not be affected by this Stipulation.

4. The caption to this case is hereby amended as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IME WATCHDOG, INC.,

                                                                                            Case No.: 1:22-cv-1032 (PKC) (JRC)

                            Plaintiff,

              -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS LLC,

                            Defendants.
-------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                            Third-Party Plaintiffs,

              -against-

CARLOS ROA,

                            Third-Party Defendant.
-------------------------------------------------------------------X

| Dated: New York, New York<br>June 16, 2022 | Dated: Lake Success, New York<br>June 16, 2022 |
|---|---|
| **WARNER & SCHEUERMAN** | **MILMAN LABUDA LAW GROUP PLLC** |
| */s/ Jonathan D. Warner, Esq.*<br>Jonathan D. Warner, Esq.<br>6 West 18th Street, 10th Floor<br>New York, NY 10011-4602<br>(212) 924-7111 (telephone)<br>jdwarner@wslaw.nyc | */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>3000 Marcus Avenue, Suite 3W8<br>Lake Success, NY 11042-1073<br>(516) 328-8899 (office)<br>emanuel@mllaborlaw.com |
| *Attorneys for Defendants*<br>*Third-Party Plaintiffs*<br>*Safa, Vito, & Companions* | *Attorneys for Plaintiff/Counterclaim*<br>*Defendant and Third-Party*<br>*Defendant Daniella Levi* |

Dated: Greenvale, New York
       June 16, 2022

Leo Shalit, P.C.

   */s/ Leo Shalit, Esq.*
Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) 742-5481 Ext. 2
leo@shalit-law.com

*Attorneys for Third-Party Defendant*
*Carlos Roa*

                    **SO ORDERED:**

                    _____
                    Hon. Pamela K. Chen, U.S.D.J.


                    Dated: June _____, 2022