

40 Wall Street, 49th Floor
New York, NY 10005
**O**: (212) 404-8644
**F**:  (332) 777-1884
kilegal.com

June 17, 2022

**VIA ECF**
Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  IME Watchdog, Inc. v. Safa Gelardi, et al.
           Civil No. 1:22-cv-1032 (PKC-JRC)

Dear Judge Chen:

    As you recall, we are former counsel to the Defendants in this matter. We are writing to respectfully request the Court to execute the Consent Order to Change Attorneys filed by Defendants' current counsel, Jonathan Warner, Esq., on June 9, 2022. A copy of same is attached hereto for your ready reference. We are making this request to ensure that our representation of Defendants is terminated and reflected as such on the docket.

    We thank the Court for its time and attention to this matter.

                                   Respectfully submitted,

                               By:  */s/ Steven Siegler*
                                     Steven Siegler, Esq.

cc:  Jonathon Warner, Esq. (via ECF)
       Emanuel Kataev, Esq. (via ECF)
       Leo Shalit, Esq. (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                Defendants.
-----------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                Third-Party Plaintiffs,

-against-

CARLOS ROA and DANIELLA LEVI,

                Third-Party Defendants.
-----------------------------------------------------------X

**CONSENT ORDER TO CHANGE ATTORNEYS**

Case No. 1:22-cv-01032-PKC-JRC

**ON CONSENT OF THE UNDERSIGNED**, Warner & Scheuerman of 6 West 18th Street, 10th Floor, New York, New York 10011, is hereby substituted for Koutsoudakis & Iakovou Law Group, PLLC, as attorneys of record for Defendants Safa Abdulrahim Gelardi, Vito Gelardi, and IME Companions, LLC, as of the date hereof.

Dated: New York, New York
        June 7, 2022

WARNER & SCHEUERMAN

By: _____
Jonathon D. Warner
Incoming Attorney
6 West 18th Street, 10th Floor
New York, NY 10011
Tel: (212) 924-7111
E-mail: jdwarner@wslaw.nyc

_____
Safa Gelardi

IME COMPANIONS, LLC

_____
Safa Gelardi, Manager

KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC

By: _____
Steven Siegler, Esq.
Outgoing Attorney
40 Wall Street, 49th Floor
New York, NY 10005
Tel: (212) 404-8644

_____
Vito Gelardi

6/8/22

AMY VOLTAIRE
Notary Public - State of New York
NO. 01VO6357920
Qualified in Richmond County
My Commission Expires May 1, 2025

SO ORDERED

04/9/25 _____

USMJ

STATE OF NEW YORK )
                    ) SS.:
COUNTY OF Richmond )

On June 8, 2022, before me personally came Safa Gelardi, to me known and known to me to be the same person described in and who executed the foregoing consent and acknowledgment to me that she executed the same.

exp 5/1/2025

NOTARY PUBLIC

AMY VOLTAIRE
Notary Public - State of New York
NO. 01VO6357920
Qualified in Richmond County
My Commission Expires May 1, 2025

STATE OF NEW YORK )
                    ) SS.:
COUNTY OF Richmond )

On June 8, 2022, before me personally came Vito Gelardi, to me known and known to me to be the same person described in and who executed the foregoing consent and acknowledgment to me that he executed the same.

exp 5/1/2025

NOTARY PUBLIC

AMY VOLTAIRE
Notary Public - State of New York
NO. 01VO6357920
Qualified in Richmond County
My Commission Expires May 1, 2025

TO: All Parties via ECF