**WARNER & SCHEUERMAN**
Attorneys At Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                June 22, 2022

<u>VIA ECF</u>

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021-1804

Re:   *IME WatchDog, Inc. v. Gelardi*
      <u>Case No. 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Cho:

    We represent the defendants in the above-referenced matter and write to respectfully request an extension of defendants' time to oppose plaintiff's motion for attorneys' fees arising out of plaintiff's motion for a preliminary injunction. We respectfully request an extension of our time to submit opposition papers from June 24, 2022, to July 6, 2022. There has been no prior request for an extension of defendants' time to respond, and plaintiff's counsel has consented to the extension.

    In connection with our request for an extension to July 6, 2022, plaintiff's counsel has requested that plaintiff be granted until July 14, 2022 to reply to defendants' opposition papers to be filed on July 6, 2022. Defendants consent to plaintiff's request for a July 14th reply date.

    The requested extensions will not affect any other scheduled appearances or deadlines.

                                         Respectfully yours,

                                         */s/ Jonathon D. Warner*

JDW/ks

cc:   Emanuel Kataev, Esq. (VIA ECF)
      Leo Shalit, Esq. (VIA ECF)