**WARNER & SCHEUERMAN**
**Attorneys At Law**
**6 West 18th Street, 10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                      June 28, 2022

<u>VIA ECF</u>

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021-1804

Re:   *IME WatchDog, Inc. v. Gelardi*
      <u>Case No. 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Cho:

    We represent defendants/third-party plaintiffs Safa Gelardi, Vito Gelardi and IME Companions, LLC, and write to respectfully request an extension of our time to answer the counterclaims of the third-party defendant Carlos Roa to July 6, 2022. Counsel for third-party defendant Carlos Roa consents to the request.

    We thank the Court for its courtesies and cooperation.

Respectfully yours,

*/s/ Jonathon D. Warner*

JDW/ks

cc:   Emanuel Kataev, Esq. (VIA ECF)
      Leo Shalit, Esq. (VIA ECF)