# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 16, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

   *Re*: **IME WatchDog, Inc. v. Gelardi,** *et al.*
     **Case No.: 1:22-cv-1032 (PKC) (JRC)**
     <u>**MLLG File No.: 25-2022**</u>

Dear Judge Cho:

  This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case. Plaintiff writes to respectfully request an extension of time of two (2) month for the parties to serve affirmative expert disclosures.

  Consistent with ¶ C(2) of this Court's Individual Practices, Plaintiff submits that: (i) the current deadline to serve affirmative expert disclosures is today, December 16, 2022; (ii-iii) there have been no previous requests for an extension of time to comply with this specific deadline; (iv) all parties consent to this request; and (v) while Plaintiff submits that the requested extension would affect other scheduled deadlines (but not Court appearances), Plaintiff plans to seek an appropriate extension of time to complete discovery because Plaintiff is still not in receipt of any content findings from the forensic examiner.

  The reason for the request is that Plaintiff needs additional time to retain an expert. Accordingly, good cause and excusable neglect exist to warrant an extension of time of this deadline from December 16, 2022 to February 16, 2022, as Plaintiff is not in control as to when it may receive documents from the forensic examiner, which documents play an important rule with respect to an expert. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

  The parties thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
      December 16, 2022             Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

__/s/ Emanuel Kataev, Esq._____
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

**VIA ECF**
Warner & Scheuerman
<u>Attn</u>: Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, NY 10011-4602
(212) 924-7111 (telephone)
(646) 692-0166 (direct dial)
(212) 924-6111 (facsimile)
jdwarner@wslaw.nyc

*Attorneys for Defendants*
*Third-Party Plaintiffs*
*Safa Abdulrahim Gelardi*
*Vito Gelardi, and*
*IME Companions LLC*

**VIA ECF**
Leo Shalit, P.C.
<u>Attn</u>: Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) SHALIT-1 (office)
(646) 957-0009 (direct)
(833) 742-5481 (facsimile)
leo@shalit-law.com

*Attorneys for*
*Third-Party Defendant*
*Carlos Roa*