## AFFIDAVIT OF SERVICE

State of                              County of                          United States District Court

Case Number: 1:22-CV-01032-PKC-JRC

Plaintiff: **IME WATCHDOG, INC.,**
vs.
Defendant: **SAFA ABDULRAHIM GELARDI, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Gregory Elefterakis, Case Cash, Inc., 520 Eighth Avenue, Suite 1001, New York, NY 10018-4100**.

I, Ana Sanchez, being duly sworn, depose and say that on the **12th day of January, 2023** at **2:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** with **Dean Scottie** at **Case Cash, Inc., 2 Wall Street, 6th Floor, New York, NY 10005**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** in a postpaid envelope addressed to: **Case Cash, Inc., 2 Wall Street, 6th Floor, New York, NY 10005** and bearing the words "Personal & Confidential" by First Class Mail on **1/12/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF  New York  )

Subscribed and Sworn to before me on the 12th day of January, 2023 by the affiant who is personally known to me.

SUEGEIL M. MERCADO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
LIC. # 01ME6434359
COMMISSION EXPIRES: JUNE 06, 2026

Ana Sanchez
2084176

**Nicoletti & Harris**
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023000345



## AFFIDAVIT OF SERVICE

State of                  County of                 United States District Court

Case Number: 1:22-CV-01032-PKC-JRC

Plaintiff: **IME WATCHDOG, INC.,**
vs.
Defendant: **SAFA ABDULRAHIM GELARDI, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Roman Pollak, Case Cash, Inc., 520 Eighth Avenue, Suite 1001, New York, NY 10018-4100**.

I, Ana Sanchez, being duly sworn, depose and say that on the **12th day of January, 2023** at **2:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** with **Dean Scottie** at **Case Cash, Inc., 2 Wall Street, 6th Floor, New York, NY 10005**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** in a postpaid envelope addressed to: **Case Cash, Inc., 2 Wall Street, 6th Floor, New York, NY 10005** and bearing the words "Personal & Confidential" by First Class Mail on **1/12/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF    New York   )

                                              Ana Sanchez
                                              2084176

Subscribed and Sworn to before me on the 12th day of January, 2023 by the affiant who is personally known to me.

SUEGEIL M. MERCADO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
LIC. # 01ME6434359
COMMISSION EXPIRES: JUNE 06, 2026

**Nicoletti & Harris**
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023000346



# AFFIDAVIT OF SERVICE

| State of | County of | United States District Court |
|---|---|---|

Case Number: 1:22-CV-01032-PKC-JRC

Plaintiff: **IME WATCHDOG, INC.**,
vs.
Defendant: **SAFA ABDULRAHIM GELARDI, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Anthony Bridda, Case Cash, Inc., 520 Eighth Avenue, Suite 1001, New York, NY 10018-4100**.

I, Ana Sanchez, being duly sworn, depose and say that on the **12th day of January, 2023** at **2:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** with **Dean Scottie** at **Case Cash, Inc., 2 Wall Street, 6th Floor, New York, NY 10005**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** in a postpaid envelope addressed to: **Case Cash, Inc., 2 Wall Street, 6th Floor, New York, NY 10005** and bearing the words "Personal & Confidential" by First Class Mail on **1/12/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF   New York   )

Ana Sanchez
2084176

Subscribed and Sworn to before me on the 12th day of January, 2023 by the affiant who is personally known to me.

SUEGEIL M. MERCADO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
LIC. # 01ME6434359
COMMISSION EXPIRES: JUNE 06, 2026

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023000347

