UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IME WATCHDOG, INC.,

                                    Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                                    Defendants.
-------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                                 Third-Party Plaintiffs,

-against-

CARLOS ROA,

                                 Third-Party Defendant.
-------------------------------------------------------------------X
CARLOS ROA,

                                 Third-Party Counter-Claimant,

-against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                                 Third-Party Counter-Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS AGAINST NICHOLAS ELEFTERAKIS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff IME WatchDog, Inc. and Defendant Nicholas Elefterakis, by and through their respective undersigned counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims in the above-captioned case shall be dismissed in their entirety with prejudice and without costs or attorneys' fees as against Defendant Nicholas Elefterakis.

DATED:  January 15, 2023

Respectfully submitted,

*/s/ Emanuel Kataev, Esq.*
  MILMAN LABUDA LAW GROUP PLLC
  Emanuel Kataev, Esq.
  *Counsel for Plaintiff IME WatchDog, Inc.*

*/s/ Gennaro Savastano, Esq.*
  ELEFTERAKIS, ELEFTERAKIS & PANEK, P.C.
  Gennaro Savastano, Esq.
  *Counsel for Defendant Nicholas Elefterakis*


  SO ORDERED:

Hon. Pamela K. Chen, U.S.D.J.