# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 6, 2023

<u>**VIA ECF**</u>

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> *Re:*   **IME WatchDog, Inc. v. Gelardi,** *et al.*
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**
> <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.  Plaintiff writes pursuant to ¶ 3(D) of this Court's Individual Practices and Rules (hereinafter "Practices") to submit a copy of the cover letter setting forth who your undersigned represents and the papers being served in opposition to Defendants Safa Abdulrahman Gelardi and IME Companions LLC's motion to dismiss the defamation claim.

The papers served are:

- Plaintiff's Notice of Cross-Motion for Leave to Amend the Complaint;
- Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and in Support of Plaintiff's Cross-Motion for Leave to Amend the Complaint;
- Declaration of Emanuel Kataev, Esq. in Support of Plaintiff's Cross-Motion for Leave to Amend the Complaint;
  - Exhibit A – copy of proposed Second Amended Complaint in redline;
  - Exhibit B – copy of December 6, 2022 pre-motion conference transcript;
  - Exhibit C – copy of January 18, 2019 email with Defendants' defamatory statements concerning Plaintiff; and
  - Exhibit D – copy of May 18, 2022 email with Defendants' defamatory statements concerning Plaintiff.

Consistent with this Court's Practices, Plaintiff's motion papers are not being filed until the instant motion is fully brief.

Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
        February 6, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_\_/s/ Emanuel Kataev, Esq._____
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

**VIA ECF**
Warner & Scheuerman
Attn: Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, NY 10011-4602
(212) 924-7111 (telephone)
(646) 692-0166 (direct dial)
(212) 924-6111 (facsimile)
jdwarner@wslaw.nyc

*Attorneys for Defendants*
*Third-Party Plaintiffs*
*Third-Party Counterclaim Defendants*
*Safa Abdulrahim Gelardi*
*Vito Gelardi, and*
*IME Companions LLC*

**VIA ECF**
Leo Shalit, P.C.
Attn: Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) SHALIT-1 (office)
(646) 957-0009 (direct)
(833) 742-5481 (facsimile)
leo@shalit-law.com

*Attorneys for*
*Third-Party Defendant*
*Third-Party Counterclaimant*
*Carlos Roa*

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804