# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 1:22-CV-01032-PKC-JRC

Date Filed: 2/25/2022 Amended: 1/5/2023

**Plaintiff:**
**IME WATCHDOG, INC.,**

vs.

**Defendant:**
**SAFA ABDULRAHIM GELARDI, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris, Inc. to be served on **Nicholas Liakas, 1 Spring Brook Road, Morristown, NJ 07960**.

I, Russell Phillips, do hereby affirm that on the **2nd day of February, 2023 at 7:48 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Amended Summons in a Civil Action and First Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Nicholas Liakas** at the address of: **1 Spring Brook Road, Morristown, NJ 07960**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (40.7794, -74.4917) accuracy 5 m.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
2/2/2023  7:48 pm  NICHOLAS LIAKAS CONFIRMED HIS IDENTITY AND WAS PERSONALLY SERVED AT THE RESIDENTIAL ADDRESS 1 SPRING BROOK ROAD, MORRISTOWN, NJ 07960.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 165, Hair: Black, Glasses: N

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

Russell Phillips
Process Server

Nicoletti & Harris, Inc.
101 Avenue Of The Americas
9th Fl
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023000816
Service Fee: _____

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i