

Brooklyn
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

**Melanie I. Wiener, Partner**
mwiener@abramslaw.com

February 15, 2023

**VIA ECF**
Honorable Pamela K. Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *IME Watchdog, Inc., v. Safa Abdulrahim Gelardi, Vito Gelardi, Gregory Elefterakis, Roman Pollak, Anthony Bridda, Nicholas Elefterakis, Nicholas Elefterakis, and IME Companions LLC*, Docket No.: 1:22-cv-1032

Dear Judge Chen:

  This law firm is counsel to the Defendants, Gregory Elfterakis ("Elefterakis"), Roman Pollak ("Pollak"), and Anthony Bridda ("Bridda") (collectively "Defendants"), in the above-referenced matter. We write pursuant to Your Honor's Individual Practices.

  First, pursuant to the attached Stipulation, Defendants are withdrawing, without prejudice, their request for a pre-motion conference (see Docket Entry 135) in anticipation of Defendants filing a motion to dismiss Plaintiff IME WatchDog Inc.'s ("Plaintiff") First Amended Complaint (the "Amended Complaint").

  Second, Defendants are requesting a second extension of time to answer and/or otherwise respond to Plaintiff's Amended Complaint until April 3, 2023 to allow time for the Defendants to engage in discussions aimed at resolutions with Plaintiff. Plaintiff has consented to same via the attached Stipulation.  Pursuant to your Honor's Individual Practices and Rules, please be advised that: (a) Defendants' time to answer was originally scheduled for February 2, 2023 (see Docket Entry 129); (b) Defendants herein have made one prior request on February 1, 2023 for an extension of time to answer and/or otherwise respond to Plaintiff's Amended Complaint to March 3, 2023 (see Docket Entry 133) and the Court granted same on February 2, 2023; (c) Plaintiff consented to the requested adjournment to April 3, 2023 via the attached Stipulation; and (d) no other deadlines are affected by this request for an extension.

  We thank the Court for its courtesies.

        Respectfully submitted,

        **ABRAMS FENSTERMAN, LLP**
        */s/ Melanie I. Wiener*
        Melanie I. Wiener, Esq.
        1 MetroTech Ctr, Suite 1701
        Brooklyn, NY 11201
        (718) 215-5300
        mwiener@abramslaw.com
        *Attorneys for Defendants Gregory Elfterakis,*
CC: All counsel of record via ECF    *Roman Pollak and Anthony Bridda*

   - and -

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,   Case No.: 1:22-cv-1032 (PKC) (JRC)

                    Plaintiff,   **STIPULATION**

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC

                    Defendants.
----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC

                    Third-Party Plaintiffs,

-against-

CARLOS ROA,

                    Third-Party Defendants.
----------------------------------------------------------------X
CARLOS ROA,

                    Third-Party Counter-Claimant,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
And IME COMPANIONS, LLC,

                  Third-Party Counter-Defendants.
----------------------------------------------------------------X

IT IS HEREBY AGREED by and between the attorneys for the undersigned parties that Defendants GREGORY ELEFTERAKIS, ROMAN POLLAK, and ANTHONY BRIDDA hereby withdraw the Pre-Motion Conference Request Letter dated February 9, 2023 (Docket No. 135) without prejudice;

IT IS ALSO HEREBY AGREED by and between the attorneys for the undersigned parties that Defendants GREGORY ELEFTERAKIS, ROMAN POLLAK, and ANTHONY BRIDDA's time to answer and/or otherwise respond to plaintiff's first amended complaint is extended until April 3, 2023; and

IT IS ALSO HEREBY AGREED by and between the attorneys for the undersigned parties that Defendants GREGORY ELEFTERAKIS, ROMAN POLLAK, and ANTHONY BRIDDA hereby waive all personal jurisdictional defenses related to the service of process and accept service of the first amended complaint.

Dated: February 15, 2023

| MILMAN LABUDA LAW GROUP PLLC | ABRAMS FENSTERMAN, LLP |
|---|---|
| *(signature)* | *(signature)* |
| Emanuel Kataev, Esq. | Melanie I. Wiener, Esq. |
| 3000 Marcus Avenue, Suite 3W8 | 1 MetroTech Ctr, Suite 1701 |
| Lake Success, NY 11042-1073 | Brooklyn, NY 11201 |
| (516) 328-8899 (office) | (718) 215-5300 (office) |
| (516) 303-1395 (direct dial) | (718) 581-5024 (direct dial) |
| emanuel@mllaborlaw.com | mwiener@abramslaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |
| IME WatchDog, Inc. | GREGORY ELEFTERAKIS, ROMAN POLLAK, and ANTHONY BRIDDA |