AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| IME WATCHDOG, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-1032 (PKC) (JRC) |
| SAFA ABDULRAHIM GELARDI, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Liakas                                                                                       .

Date:   02/16/2023

/s/ James F. Valentino
*Attorney's signature*

James F. Valentino (JV4464)
*Printed name and bar number*

Clayman Rosenberg Kirshner & Linder, LLP
305 Madison Avenue, Ste. 650
New York, NY 10165
*Address*

valentino@clayro.com
*E-mail address*

(212) 922-1080
*Telephone number*

(212) 949-8255
*FAX number*