**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                               February 20, 2023

<u>**VIA EMAIL**</u>

Emanuel Katev, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042

Leo Shalit, P.C.
45 Glen Cove Road
Glenvale, New York 115418

Re:   <u>*IME Watchdog, Inc. v. Gelardi, et al.*</u>
      <u>Case No.: 1:22-cv-1032 (PKC)(JRC)</u>

Dear Counselors:

     We represent defendants Safa Gelardi and IME Companions LLC and enclose the following with respect to our motion to dismiss the ninth cause of action in plaintiff's first amended complaint: (a) Defendants' Reply Memorandum of Law in Further Support of Motion to Dismiss dated February 20, 2023; and (b) Defendants' Memorandum Of Law In Opposition to Motion To Amend dated February 20, 2023.

                                                     Sincerely,

                                                   */s/ Jonathon D. Warner*

JDW/ks
Encs.