

**Smith Sovik Kendrick & Sugnet, P.C.**

**250 S. Clinton St., Suite 600**

**Syracuse, NY 13202**

**Money Launderer Daniella Levi-** (Owner of Daniella Levi & Associates and IME Watch Dog)
**Pedophile Carlos David Roa** (President of operations of IME Watch Dog) *Birds of a feather flock together*

Docket # 3:93-CR-00106-PCD-7        Civil Action No. 15-CV-03947

Daniella Levi owner of Daniella Levi & Associates and IME Watch Dog was accused of being a key player in an in an international conspiracy to launder money for the murderous Columbian Cocaine Cartel called the Cali Drug Cartel. According to the indictment one of the defendants, Daniella Levi, vice president of Bank Leumi in New York, was asked by another co-conspirator to find someone who can launder money on behalf of the Cali Drug Cartel. The Cali Money Broker would sell the laundered U.S dollars on the black market in Columbia. Daniella Levi chose her friends defendants Alex Adjmi and Alex Dayon, they went to Prism Financial Services to discuss the money laundering scheme. The FBI laundered 22.5 million dollars in cash for the Cali drug Cartel between 1991 and 1992 in a far flung and profitable sting operation that exposed illegal financial dealings from Columbia to Isreal, Italy, Canada, and New York.

TIMELINE OF EVENTS:
**May 25, 1993 - Daniella Levi along with 12 other defendants were arrested.**
**June 4, 1993 - Daniella Levi was arraigned and entered a not guilty plea.**
**October 8, 1993 – Daniella Levi changed plea to GUILTY, received a sentence and paid a fine.**

## Carlos David Roa – Pedophile, involved in an underage sex scandal in 2015.

Carlos David Roa and 3 other men were snared by an amateur "To Catch a Predator" type website. Carlos David Roa was on an adult website looking for a girl to hook up with when he was contacted by someone with the username "barbiesnumberonefan". He chats with a girl who reveals her age to be only 14, the suit says, but this perverted creep pressed ahead anyway.  Carlos David Roa in his 20s sent raunchy texts and sickening vulgar pictures to someone who has identified herself as a 14-year-old girl. The pornographic pictures and filthy texts he sent to username "barbiesnumberonefan" show up on the website "huntingapredator.com". Huntingapredator.com is a vigilante group – who regularly try to expose and shame child predators, not reporting this despicable heinous crime to the authorities, Carlos David Roa of Queens NY, was able to sue to have his perverted text and pictures removed from the website. Evidence of this despicable act is enclosed.

I feel compelled to share this information to prevent any further harm or damages to anyone or any organization from this criminal and this pedophile. Enclosed you will find articles, and a bio from Zillow to verify this information is correct.
Docket number of her conviction and civil action number highlighted on top.

Defense firms will now gear up with this information. This will allow them to question the credibility of her Watch Dogs, employees, and her Company.
*Whistle Blower*



Sign in

Report a problem



# Daniella Levi

Write a review for this agent

No sales reported in the last 12 months

Contact

## About me

**Specialties: Buyer's agent,  Listing agent**

Daniella Levi is a well-known personal injury attorney and the founder of IME WatchDog and Elder WatchDog. Mrs. Levi's practice focuses on Personal Injury, Medical Malpractice and Corporate cases. Prior to attending law school Ms. Levi was Vice President of Bank Leumi, in New York where she was in charge of the bank's textile and apparel middle market lending.

## For Sale

Active listings data currently unavailable.

## Sold

Past sales data currently unavailable.

## Ratings & reviews (0)

Write a review

No reviews.

# FBI disuelve operación de narcotráfico

Nueva York —(EFE)— La Oficina Federal de Investigaciones (FBI), en una operación encubierta, "blanqueó" en un año $22.5 millones del Cartel de Cali y detuvo a 13 integrantes de una red de traficantes colombianos e israelíes, se informó el miércoles en Nueva York.

La red, que operaba desde Colombia, Israel, Canadá, Italia y Estados Unidos, fue atraída por una oficina de servicios financieros instalada en Greenwich, Connecticut, por agentes encubiertos del FBI. La oficina funcionó de julio de 1991 al mismo mes de 1992.

Los agentes ofrecían a los clientes la posibilidad de "blanquear" el dinero procedente del narcotráfico y transferirlo a cuentas bancarias en varios países.

En la operación, el FBI y la Agencia contra las Drogas (DEA) confiscaron unos $2.5 millones en cuentas bancarias utilizadas por algunos de los acusados en Estados Unidos.

En diciembre pasado fue detenido en París, como parte de esta operación, el colombiano Szion Abenhaim, de 43 años, quien al parecer se encargaba de coordinar las transferencias y cuya extradición ha sido solicitada por Estados Unidos.

El 12 de mayo fue capturado también en la capital francesa el israelí Raymond Chochona, de 38 años, supuesto socio de Abenhaim y que también está pendiente de extradición.

Sin embargo, la operación se dio por concluida con la detención en Nueva York, entre el lunes y el martes, de cuatro personas: Dino Toscani, Benjamin Hesson, Daniella Levi y Alan Dayon.

Anteriormente fueron detenidos, también en Nueva York, Meir Ohaion y Alex Adjmi.

Según los fiscales, Abenhaim se asoció con el israelí Isshai David Vanounou para que depositara en instituciones financieras cientos de miles de dólares procedentes del narcotráfico.

Abenhaim, por su parte, vendía el dinero "blanqueado" en el mercado negro colombiano.

Vanounou, de 57 años, está detenido en Israel al igual que otros tres compatriotas suyos, Adi Tal, de 33 años; Isshai David Vanounou, de 22, y Jacob Cohen, de 40 años.

Sin embargo, las relaciones entre Estados Unidos e Israel no contemplan la extradición, aunque las autoridades judiciales estadounidenses mantienen contactos con las israelíes para tratar el caso.

De acuerdo con las leyes estadounidenses cada transacción de "blanqueo" de dinero está penada con 20 años de cárcel.

Case 1:22-cv-01032-PKC-JRC   Document 153-1   Filed 03/10/23   Page 5 of 28 PageID #: 2320

# Cash

## From page A1

He was the low vote-getter in a five-man race, during which issues such as the landscaping of grass median strips on Norwood Avenue were debated.

Adjmi, a member of Deal's large Syrian Jewish community, said in a 1992 interview that he owns an import-export company and a real estate agency in New York City. He has been a Deal resident since 1977.

Adjmi was one of 13 defendants in the United States, Israel and Colombia who were named in a 126-count indictment unsealed yesterday in Bridgeport, Conn. He is charged with conspiracy to violate federal money-laundering statutes, which carries a maximum penalty of five years' imprisonment and a $250,000 fine.

He was not taken into custody yesterday, but is to report for arraignment before U.S. District Court Judge T.F. Gilroy Daly in Bridgeport on June 4. Adjmi could not be reached for comment yesterday.

The parcels of cash Adjmi is accused of transferring were never less than $100,000, and ranged as high as $1,822,000 in a single container delivered to Prism Financial Services on Feb. 28, 1992, the federal source said. Another shipment about a month earlier totaled $1,000,027.

Four defendants were arrested in New York yesterday, and Szion Abenhaim, 43, a Colombian money broker was arrested in December in Paris as a result of a two-year undercover investigation conducted by the U.S. Drug Enforcement Administration; the Internal Revenue Service's criminal investigation division; the U.S. Customs Service; the Justice Department's money laundering section; FBI agents in Paris, Rome, Cyprus and the United States; the U.S. State Department; the Israeli National Police; and the Royal Canadian Mounted Police.

Abenhaim sold the laundered cash on the Colombian black market to clients who needed U.S. dollars, according to the indictment.

Federal prosecutors in Connecticut, New York, New Jersey, Los Angeles, Washington and Dallas are participating in the case.

Arrested in New York were Dino Toscani, 33, New Paltz, N.Y.; Benjamin Hesson, age unknown, Brooklyn; and Daniella Levi, 30, Queens. Another defendant, Meir Ohaion, 33, Brooklyn, was arrested May 12 in New York, and is being held without bail.

Other defendants include Raymond Chochona, 38, of Jerusalem, who was arrested May 12 in Paris and faces extradition to the United States; David Vanounou, 57, Tel Aviv; his nephew, Isshai David Vanounou, 22; Adi Tal, 33, Tel Aviv; and Jacob Cohen, 40, Tel Aviv.

The Israeli nationals cannot be extradited to the United States under the existing treaty between the two countries, federal officials said.

U.S. Attorney Albert S. Dabrowski in Connecticut said the government will seek to seize the $22.5 million laundered by the operation. About $2.5 million has been seized from bank accounts in the United States to which the laundered money was transferred. Requests are being made to foreign governments for seizure of additional millions that were wired overseas during the operation.

☐ *Press staff writer Brian Kladko contributed to this story.*

# Dead Long Branch man named as part of cash laundering scheme

**By WAYNE PARRY**
PRESS COASTAL MONMOUTH BUREAU

A LONG BRANCH man who was killed in a motorcycle accident last year was part of an international conspiracy to launder money for a Colombian cocaine ring, authorities said yesterday.

David Maleh, who lived in the city's Elberon section, was personally recruited to join the ring by Alex Adjmi, a Deal businessman who was charged Tuesday with being a key figure in the $22.5 million scheme, according to federal prosecutors.

Maleh, 36, tried to help expand the operation to Texas and Italy. He was killed on April 28, 1992, when his motorcycle and a van collided head-on on Route 35 in Eatontown. Authorities said the accident was totally unrelated to Maleh's alleged ties to the drug cartel.

Maleh was named in the indictment, unsealed in Bridgeport, Conn., as an unindicted co-conspirator.

The indictment says Maleh helped Adjmi pick up large packages of cash, hundreds of thousands of dollars at a time, and deliver it to a Connecticut financial services company that actually was an FBI sting operation.

It says that on Dec. 3, 1991, Maleh and Adjmi delivered about $500,000 to the phony company to be laundered. The pair also discussed expanding the operation, asking the company if it could launder U.S. dollars in Texas.

Adjmi, who unsuccessfully sought a seat on the Deal commission last May, called himself "007."

According to federal authorities, that code name fit perfectly with the kind of clandestine, international web of illegal intrigue in which he is charged with participating.

Adjmi, 34, said last year that he owns an import-export company and a real estate business in New York City. He is accused of regularly shuttling hundreds of thousands of dollars at a time to Prism Financial Services, the bogus FBI company, and instructed the FBI agents where to send the cash to avoid detection.

Federal authorities say Adjmi was a key player in laundering proceeds from the notorious Cali cocaine cartel.

Neither Adjmi nor his lawyer, William Wachtel, could be reached for comment.

New details released yesterday by federal authorities painted a picture of a global operation that wired drug money to secret bank accounts in Israel, Panama, Switzerland, Japan, Italy and Canada, as well as throughout the United States.

According to the indictment, it was the spring of 1991 when one of the defendants, Daniella Levi, vice-president of Bank Leumi in New York, was asked by another unindicted co-conspirator to find someone who could launder money on behalf of a Cali money broker who would sell U.S. dollars on the black market in Colombia.

Levi allegedly chose Alex Adjmi.

In April 1991, Adjmi and defendant Alan Dayon allegedly went to Prism Financial Services and discussed the money laundering scheme.

Adjmi and others received commissions of unspecified amounts for each batch of money they laundered, the indictment charges. For example, on June 13, 1991, Adjmi and Dayon received commissions for successfully transferring drug money to bank accounts in Jerusalem and Miami.

In December 1991, the indictment charges, Adjmi recruited David Maleh.

After Maleh's death, authorities say, Adjmi recruited another person for the operation, and helped teach the details of the operation to still another defendant, Isshai David Vanounou, who was sent from Israel to learn the business and set up a branch in Los Angeles.

## d like to hear n you!

day in the ASBURY
d to write or call
opinions, ideas for
and letters to the

ial news should be
/State Jody
4275 or toll free at
mailed to her
5, 3601 Hwy. 66,
'551.



**Jody Calendar**
ASST. MANAGING
EDITOR/STATE

onton, N.J. 08625

Peter E. Donoghue, ext. 4265
Deputy Managing Editor (after 6 p.m.)



# LINER REPLACEMENTS

**FREE WRITTEN ESTIMATES**

Any Shape
Any Size

Make Your Pool Look Like New!
Complete Service And Renovation.

*Pool Town*

**1-800-882-0152**

# Deal man indicted in cash laundering

■ **Alex Adjmi is accused of being a broker in a money laundering scheme for a Colombian drug cartel.**

## By WAYNE PARRY
PRESS COASTAL MONMOUTH BUREAU

A DEAL BUSINESSMAN and former borough commission candidate was accused yesterday of being a key player in an international conspiracy to launder drug money for a Colombian cocaine cartel.

Alex Adjmi, 34, of Roosevelt Avenue, was charged in a federal indictment in Connecticut with helping launder $22.5 million in cash for the Cali drug cartel by bringing bags and boxes full of cash — as much as $1.8 million in a single container — to a Greenwich, Conn., financial services company that would wire it overseas and throughout the United States.

But the company, Prism Financial Services, actually was an FBI sting operation staffed by undercover agents.

"He was the intermediary, laundering money that started out in Colombia that came to him through some Israelis," said a federal source familiar with the case and who spoke on the condition of anonymity. "He was the broker for people in Colombia. It was drug money for the Cali cartel in Colombia.

"The Cali money was picked up by Adjmi and his associates on street corners in New York, sometimes in cardboard boxes, duffel bags, suitcases or shopping bags," the source said.

The source said Adjmi is accused of participating in 110 transfers of drug money between May 1991 and July 1992. During that time, he waged an unsuccessful campaign for the Deal Board of Commissioners in the first contested election for that position in 28 years.

Please see **Cash,** page A8

# Rabbis laundered money

**By BARBARA ROSS and JUAN GONZALEZ**
Daily News Staff Writers

Colombian drug cartels, in their never-ending search to conceal drug profits, have even used rabbis and tax-exempt organizations run by Orthodox and Hasidic Jews to launder millions of dollars in recent years.

While law enforcement sources differ on how widespread the practice is, a Daily News investigation has found at least three major court convictions involving rabbis and the laundering of drug money in the past five years.

Abraham Low, a Satmar rabbi from the prestigious Mogen Abraham Synagogue in Los Angeles, for example, was convicted April 7 in that city's federal court for conspiring to launder drug money.

An FBI sting caught Low telling an undercover agent of a "holy network" of fellow Satmars in New York's Diamond District, as well as in charitable institutions in Europe, that could launder up to $5 million a week.

Low, who is married to the niece of Satmar grand Rebbe Moses Teitelbaum of New York, said he fee was 30% of the money handled.

Interviews with law enforcement officials and a review of the federal and state prosecutions also show that a network of Israeli mobsters in the U.S. serves as intermediaries for the Colombians with the religious groups.

Laundering money "is good for the yeshivas and religious institutions," said a federal prosecutor in New York who asked not to be identified. "Many of them are running on a song and a prayer so they look the other way" in order to get drug dealers' fees that can pay their bills.

"Many do it to help members avoid taxes. (With others) the attitude is, 'So long as it does not injure our community, it does not matter if drugs are being sold,'" the prosecutor added.

But others, such as Greg Passic, head of the money laundering division of the Drug Enforcement Administration, called the practice "not epidemic. I don't see any sponsorship or people turning their backs."

Religious organizations which get involved do so when a member of the community takes advantage of his ties, Passic said.

While religious institutions ensnared in laundering schemes are rare, a number of their members in other tax evasion schemes.

Drug dealers and others seeking to launder money are attracted to the Orthodox and Hasidic institutions for several reasons. Large cash deposits don't raise eyebrows because banks figure they're donations.

In addition, some members of these communities traditionally operate their businesses in cash — particularly



## COCAINE TRIANGLE

### THIRD OF A SERIES

in the diamond and precious metals industries — and they have good channels for moving funds worldwide.

Other recent cases involving religious institutions are:
■ The February 1990 arrest of Joseph Krozer, a nonpracticing rabbi whose father runs a yeshiva in the Hasidic village of New Square in Rockland County, on federal money laundering charges.

In the month before his arrest, Krozer bragged to a federal informant that he was handling $300,000 a day in drug money.

DEA agents tracked Krozer carrying bags of cash from the office of Israeli national Ahron Sharir, a 47th St. gold manufacturer under surveillance as a money launderer, to Congregation Chesed & Tzedeka, a Brooklyn schtoebel (little place of worship).

Krozer, whose lawyer said he didn't know Sharir was laundering drug money, was sentenced to a year in prison after helping authorities indict Sharir.

Both Sharir and Krozer were part of a giant money laundering operation that

See MONEY Page 33



## PASSING THE BUCK

Areas of major federal and state indictments handed up in the past few years

**MONEY LAUNDERING CASES**

1 **1984:** Neshta Tifereth Jerusalem ring led by Mendel Goldberger, David Vanounou.

2 **March 1988:** Adi Tal ring's operation stretched from Newark to Los Angeles to Seattle robbs.

3 **February 1990:** Joseph Krozer in New York and Miami, tied to Ahron Sharir and Duvan Arboleda.

4 **March 1990:** Ahron Sharir, Lhu Ichlou ring; $300 million through Diamond District in New York.

5 **March 1990:** Duvan Arboleda, Barry Slomovitz, Igor Lomanov, Mark Natanzon ring; $3 billion in the Diamond District in New York and through precious metals companies in Pittsburgh, Rhode Island, Atlanta and Miami.

6 **May 1993:** Snion Jacob Abenhaim, David Vanounou, Adi Tal ring: Through New York and Greenwich, Conn.

**TRAFFICKING INDICTMENTS**

1 **1987:** David Vanounou: New York.

2 **April 1988:** Samuel David, Joseph Zalmonovich ring: From Colombia to Florida, Ohio and New York, headquartered in Boston and tied to Johnny Attias gang in New York.

3 **January 1992:** Benjamin Zeevi, Leo Markonetti ring: From Colombia to Los Angeles to New York.

4 **February 1993:** 1,100 kilos of Colombian cocaine seized near St. Petersburg, Russia. Shipment linked to importing firm in Israel and Russian mobster in New York. (No indictments yet)



# Drug cartels got stung by Feds

ALMOST EVERY week from May 1991 to July 1992, the men sent by David Vanounou would strut into Prism Financial Services in Manhattan, or the firm's small Greenwich, Conn. office, carrying briefcases stuffed with cash.

The money — as much as half a million dollars per trip — belonged to the Cali drug cartel in Colombia. It had been collected from cocaine street sales in New York and



## JUAN GONZALEZ

then entrusted for laundering to Vanounou, a 37-year-old Moroccan-born Israeli citizen, convicted drug trafficker and sometime federal informant.

It would be more than a year before Vanounou discovered that the friendly officers of Prism, who laundered more than $22.9 million for

his ring, were undercover federal agents.

In the end, it was the FBI's Hebrew translator who betrayed the sting, making it possible for the ringleaders to escape.

The amazing story of the Prism sting has been culled from federal court records and interviews with prosecutors and defense attorneys.

In the spring of 1991, Vanounou, who once ran an electronics store on Church St. in lower Manhattan, and Raymond Chochana, another long-time New York drug dealer and money launderer living in Israel at the time,

began a new laundering ring.

They enlisted a group of Israeli immigrants to the U.S., and New York businesspeople. Among those who were later indicted who have pleaded guilty in the case was a Brooklyn antiques dealer and a Bank Leumi vice president from Queens.

The group's task was to move cash from drug sales into legitimate bank accounts and then out of the country.

The ring's Colombian boss was Szion Jacob Abenhaim, codenamed "Zero," a Moroccan who lived in Cali and

See GONZALEZ Page 33

Friday, April 29, 1994 • DAILY NEWS

# 13 indicted in drug money laundering scheme

**Continued from Page 1**

dropping off $22.5 million in cash—a portion of the Cali cartel's cocaine profits. It was the same office the FBI used four years earlier in another money laundering case against the Colombian cocaine cartel in Medellin.

The investigation, in which the U.S. Customs Service and Internal Revenue Service also participated, resulted in the indictment of 13 people, some of whom were never in the United States. It also was designed to combat narcotics trafficking, but like an increasing number of complicated drug investigations, had less to do with cocaine than with global finance. In fact, drug purchases were not involved and the defendants are accused of money laundering and currency violations.

"We hope this is going to be a major initiative in the FBI's attack on drug organizations," said Milt Ahlerich, special agent in charge of the bureau's Connecticut operation. "This is what we're trying to do around the country: disrupt the money."

"We think it's effective in that it really goes to the highest levels. We also want to get some of those money people who have been turning a blind eye to how the money was generated."

Robert Paquette, the FBI agent who supervised the case, said the Colombian cartels are particularly vulnerable to attacks on their increasingly sophisticated financial arms: "Law enforcement has come to understand that lost cocaine is easier to replace than lost money."

According to the indictment and interviews with a half-dozen law enforcement sources, the undercover agent, who is not being identified to protect his safety, was approached by the laundering network in April 1991. Shortly thereafter, he accepted the first of 37 deliveries of cash in amounts from slightly less than $200,000 to nearly $2 million. The deliveries took place in Connecticut, New York and California.

As the agent's relationship with the laundering network grew, investigators were able to identify its members and methods of operations. The network was dominated by a closely knit group of Sephardic Jews. Sephardim are a minority among Jews and are descendants of those who settled around the Mediterranean Sea after being expelled from Spain in 1492.

The network was run by Szion Jacob Abenhaim, 43, a Moroccan with dual Israeli-Colombian citizenship who lived in Cali, according to the indictment. FBI and Drug Enforcement Administration agents describe Abenhaim as a veteran of the Cali cartel who worked his way up the organization ranks to a position near the top. He had subordinates in Israel and New York and is personally responsible for laundering hundreds of millions of dollars in drug profits, the agents said.

Like Abenhaim, who was known as Zero, members of the laundering ring had code names and took elaborate precautions to avoid detection by federal agents. They used electronic pagers to signal one another to calls on pay phones. One ring member asked the undercover agent's advice about making a secret compartment in his car to hide cash. The members spoke Hebrew and were worried about being followed.

The indictment charges that

*"We hope this is going to be a major initiative in the FBI's attack on drug organizations. This is what we're trying to do around the country: disrupt the money."*

**Milt Ahlerich**
Special agent in charge of the FBI's Connecticut operation

Abenhaim is a money broker who laundered narcotics profits by buying and selling the cash. Federal agents said he was notified by leaders of the cartel whenever they had large quantities of cash that they wanted transferred to South America for reinvestment.

Abenhaim bought the cash at a discounted rate—he paid, for example, $980,000 for $1 million in cash—on the condition that the purchase amount was in bank accounts controlled by the Colombians within five days. During the five days, Abenhaim located individuals and businesses interested in purchasing American dollars at a premium, usually from 110 to 125 percent of value.

Finance experts say it is not unusual for individuals and businesses, particularly in developing countries, to buy dollars at a premium. Dollars are stable, hold their value better than most other currencies and are often required by exporters.

With his purchase and sale agreements in place, Abenhaim relayed instructions by telephone and facsimile machine from Colombia to associates in Israel and New York. They instructed others to deliver cash or, in the case of the undercover agent at Prism Financial Services, implement the electronic currency transactions needed to fulfill the buy and sell terms. Everyone involved was paid a commission.

The instructions were terse orders to wire transfer a specified sum to a numbered bank account, usually in a foreign country. One such facsimile order was dated June 25, 1991, from Cali and was addressed to Arik, the code name for Meir Ohaion of New York, one of those indicted. He was told to arrange the transfer of $170,000 to an account controlled by the Wilmington Group Inc. at the Banque Nationale De Paris main office in Panama.

The $22.5 million transferred by wire by the undercover agent went to accounts in the United States, Europe and Japan. The FBI believes the ultimate recipients of the money in some cases did not know they were being paid drug profits. In those cases, it is believed that Colombian businessmen bought dollars from Abenhaim, but ordered the money transferred to American accounts as payment for imports of cars, boats, clothes and raw materials.

The U.S. Department of Justice has begun litigation to seize all the money identified as Cali cocaine profit, regardless of who ultimately received it and under what circumstances. Paquette said $22.5 million has been recovered so far.

Like all undercover cases, agents involved in the investigation said it had tense moments. At one such point, the FBI had hired a Sephardic Jew to translate wiretapped conversations among defendants in the

New York-New Jersey area.

The translator stole an FBI affidavit in May of 1991 and tipped off one of the defendants that he was the target of a federal investigation. The undercover agent was able to allay the fears of the launderers and the investigation was saved.

The launderers also discussed using the undercover agent to expand into Italy and Canada. However, unrelated law enforcement activity by authorities in Milan killed the move to Italy, and the launderers had relatives in Canada who took the job.

The two indictments promise to be only the beginning of a long legal process leading to a trial. Abenhaim is in jail in Paris and must be extradited to the United States. French authorities late last year captured him during a five-day Hanukkah shopping spree. Ever wary, he

bribed the manager of a top Paris hotel to give him a room without registering.

Another defendant, Raymond Chochana, 38, is also jailed in France and fighting extradition. He has homes in Jerusalem and New York and was arrested in Paris while flying from Israel to Morrocco.

Two defendants — David Vancunou, 57, and Adi Tal, 33, of Tel Aviv — are Israeli citizens living in Israel. The Israeli government does not have an extradition treaty with the United States, so it is unsure how they will be prosecuted, authorities said.

Eight of the remaining nine defendants have been arrested and jailed in the New York area. The ninth has agreed to turn himself in.

If convicted, the defendants face 20 years in prison and up to a $500,000 fine for each money laundering transaction.



**RECLINING HEADQUARTERS**

SAVE $'s

**RECLINERS AS LOW AS $149.**

Lane

It doesn't get any BETTER than this!

3 pc. **SECTIONALS AS LOW AS $1299.**

WITH 2 RECLINER ENDS & ROCKER

RECLINER AS BONUS

Floor Models & Stock Only. Some Items Cash & Carry or Slight Del. Chg. Limited Supply.

EARLY BIRD SPECIAL — SERTA

PERFECT SLEEPER QUEEN SET Special Award Model $249 One Set Only

**Puritan** of

Rocky Hill

563-1488

1930 SILAS DEANE HIGHWAY ROCKY HILL

MON., TUES., THURS., FRI 10-9
WED., 10-6; SAT. 10-6; SUN. 12-5

The Hartford Courant's Classified section.
Call 525-2525 or 1-800-842-8824
for your Fast Action Rate.

## The Hartford Courant

## Dairy Mart Hol

Stock up right now for

# Drug-money launderer tied to land bids

## Dwek auction adviser did jail time

**By JAMES W. PRADO ROBERTS**
STAFF WRITER

Alex Adjmi, the public face behind the investment group that bought $21.8 million worth of Solomon Dwek's properties Tuesday, served time in federal prison for laundering Colombian drug cartel money.

Adjmi was part of the investment corporation that made the successful bids for some of the best commercial properties held by Dwek, the embattled real estate mogul charged in a $50 million bank fraud scheme.

Adjmi spent 44 months in federal prison for laundering bags of cash for drug dealers, according to public records. He was released in October 2000.



**Alex Adjmi, Allenhurst, was part of the corporation that bought $21.8 million worth of Solomon Dwek's properties.**
(STAFF PHOTO: MICHAEL SYPNIEWSKI)

His conviction should not affect the land sales, according to Donald M. Lomurro, the court-appointed fiscal agent at-

See **Bidder,** Page **A6**

# South African election continues

... busted in the Diamond District and a half-dozen U.S. cities in 1992 for laundering up to $3 billion in drug money for Medellin cartel launderer Duvan Arboleda.

■ Federal prosecutors in Newark broke a $10 million cross-country "smurfing" operation which was operated by Israeli national Adi Tal for Cali cartel money launderer Jose Stroh. Among members of Tal's ring who pleaded guilty in 1989 was Rabbi Sholom Levitin, head of a Lubavitcher community center in Seattle.

'I meant well. You live and you learn," said Levitin. He told the court he believed the $100,000 in cash he moved from Tal's associates was from Iranian Jews trying to get their money out of Iran. Levitin got 30 days community service.

But Tal knew where the money came from.

Part of a network of Israeli criminals who recruit launderers around the country, he popped up again last year in a Colombian cartel federal laundering indictment in Connecticut but escaped to Israel before he could be arrested.

■ The first known drug-connected laundering indictment of a religious institution was in 1984, when the Manhattan district attorney's office broke a ring operating out of the city's oldest yeshiva, Mesivta Tifereth Jerusalem in lower Manhattan.

Prosecutors said the yeshiva earned $2 million in fees by laundering $23 million, some for merchants seeking to evade taxes and the rest for the Cali cartel.

Once again, Stroh was the Colombian receiving the money, and another Israeli gangster, David Vanounou, acted as intermediary.

Mesivta member Mendell Goldberger, a member of the Satmar sect, dealt with Vanounou, who gave Goldberger cash and checks bought with drug money to deposit into the Mesivta's accounts, according to a law enforcement source. Vanounou was later convicted of drug trafficking and money laundering.

Goldberger pleaded guilty to falsifying bank records and got five years probation.

Nine people and six firms were convicted of minor tax violations, including Rabbi Yisroel Eidelman, the executive vice president of the financially struggling Mesivta, and the school's accountant.

The Mesivta case, according to one knowledgeable source, "opened a Pandora's box that leads everywhere. They were like a Woolworth's; they did it for so many people."

Just last week, another money laundering case — this one not involving drug money — broke involving Camp Ada Yeriem, a Satmar facility in Rockland County. Federal sources say it could rival the Mesivta case in size.

## ASSAULT FROM PAGE FOUR

hand," some Boer women taunted.

We came upon Michael with his shirttail out and blood on the bridge of his nose.

After he said he was okay and the woman reporter took the sisters to our car, I went back up the hill.

As I did, a Boer told the only other black face in the crowd — a photographer from Detroit — and an Asian woman reporter to stand back or face the same treatment "the kaffir got."

Down the hill, I said to one of the policemen, "We don't feel safe here. Please escort us out of here."

"You can just follow the road that way," one of them said, pointing down the narrow road, "and it will lead you to the highway."

"We would really appreciate an escort."

"If you leave now, you will be safe," the cop's partner said.

"Let's get the hell out of here," I said, and we did.

JOHANNESBURG — South Africa's historic all-race election was extended yesterday by one day in six areas where blacks have been frustrated by ballot problems that prevented them from voting.

As the three-day vote ended in most of the country, the electoral commission said the logistical problems caused by a huge turnout meant the vote would not be "free and fair" in the Zulu heartland and five other former black homelands.

African National Congress leader Nelson Mandela, expected to become the country's first black president, and Zulu leader Mangosuthu Buthelezi, his main rival for the huge new black vote, both called for the extension and President F.W. de Klerk agreed.

The extension would mean the counting of an eligible 22.7 million voters for a 400-seat national assembly and nine provincial legislatures would not start until Saturday, a day later than planned, said commission head Johann Kriegler.

The biggest single party will choose the new president, and if any party gets more than two-thirds it will be able to override all others in decision-making.

Pre-election polls predicted the ANC would win between 53% and 80%. Initial estimates of an 80% turnout would mean a majority for the ANC above the 67% threshold.

Opposition groups, particularly de Klerk's National Party and the Zulu-based Inkatha Freedom Party, have pleaded to voters for a strong mandate to curb ANC power.



**ENTHUSIASTIC FARM WORKERS** are taken to poll outside Ventersdorp, South Africa, deep in right-wing territory, Wednesday.

AP

## GONZALEZ FROM PAGE 16

holds dual Israeli and Colombian citizenship.

Another key player was Adi Tal, a handsome, young former El Al Airlines employee who pleaded guilty in 1989, in U.S. District Court in Newark, to moving $10 million in Colombian drug money out of the country.

In the Newark case, Tal got 52 months in jail. No sooner did he get out of federal prison in Danbury, Conn., than he proceeded to join the Vanounou-Abenhaim ring.

At Prism, meanwhile, everything was going smoothly — that is, until federal agents started wiretapping phone conversations and found, to their dismay, that ring members were talking in Hebrew.

The FBI hired a New Hebrew interpreter from New Jersey, Neil Elefant, to trans-

late the tapes. In May 1992, Elefant was shocked to recognize a voice on one tape as that of Jack Zebede, a New York antiques dealer and family friend.

Elefant could tell that Zebede, who had been a courier for only one $800,000 cash delivery to Prism, was a minor player. Elefant became torn between his duty to the government and his loyalty to another Jew, according to his lawyer.

The interpreter consulted his rabbi, Elazar Teitz, who advised him to warn Zebede. Elefant then held a secret meeting not only with Zebede but with Alex Adjmi, one of the gang's main operatives, alerting them to the sting. Zebede and Adjmi immediately scampered to the feds, offered to cooperate to save

their own hides and turned in Elefant as the government informer.

The feds arrested Elefant for obstruction of justice. He pleaded guilty, but subsequently gave an interview to an Israeli newspaper, complete with photos of what prosecutors called "a highly sensitive and confidential FBI memorandum" taken from the FBI office.

In his own defense, Elefant claimed that he "began to be disturbed by the investigators' eagerness to embroil Israel in a story of (money) laundering."

Unimpressed with Elefant's moral quandary, Federal Judge Kevin Duffy sentenced him to 18 months in prison.

But the Israeli newspaper article alerted ringleaders

and forced a sudden end to the Prism sting. The feds nabbed Abenhaim, the boss, in Switzerland. Extradited to Connecticut, he has since pleaded guilty to two counts of money laundering and is cooperating. Twelve others were indicted last May, and all who were arrested pleaded guilty to at least one count.

But key players like Vanounou, Chuchana and Tai managed to escape to Israel, which, like many countries, does not extradite its citizens.

Vanounou's escape was especially embarrassing. His eight-year prison sentence for a 1987 drug trafficking sentence had been reduced by the feds in return for his becoming an informant for the Drug Enforcement Administration.

DAILY NEWS • Friday, April 29, 1994

**The New York Times**

https://www.nytimes.com/1993/05/26/nyregion/13-arrested-in-a-sting-pulled-off-by-
the-fbi.html

# 13 Arrested In a Sting Pulled Off By the F.B.I.

**By Ralph Blumenthal**

May 26, 1993

3 MIN READ



See the article in its original context from
May 26, 1993, Section B, Page 6    Buy Reprints

VIEW ON TIMESMACHINE

TimesMachine is an exclusive benefit for home
delivery and digital subscribers.

*About the Archive*

*This is a digitized version of an article from The Times's print archive, before the start of online publication in
1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to
work to improve these archived versions.*

The Federal Bureau of Investigation laundered $22.5 million in cash for the Cali cocaine cartel
between 1991 and 1992 in a far-flung -- and profitable -- sting operation that exposed illegal financial
dealings from Colombia to Israel, Italy, Canada and New York, Federal officials in Connecticut
announced yesterday.

Thirteen defendants were charged in the case, which used a small financial firm secretly set up and
run by the F.B.I., the Drug Enforcement Administration, the Internal Revenue Service and the
Customs Service out of an office building near the Greenwich, Conn., railroad station.

On many days, according to indictments unsealed yesterday, hundreds of thousands of dollars from drug sales in the New York area would be delivered to the undercover office, Prism Financial Services, for wire transfers to numbered accounts in Switzerland, Florida and elsewhere.

Milt Ahlerich, special agent in charge of the F.B.I.'s New Haven office said, "This is one of the most complex, in-depth investigations the F.B.I. has had in Connecticut." Outsmarting 'City Boys'

He said Connecticut had been chosen as the base of the undercover operation in part because, "those fancy city boys probably thought they could come out here and deal with New Englanders who aren't so sophisticated; maybe we disarmed them a bit by doing it out of Connecticut."

He called the sting "a self-sustaining operation that paid for itself" because the undercover agents would take 1 to 3 percent of the cash off the top, the standard rate in such transactions. "We turned a lot of money back to the Federal Government," Mr. Ahlerich said. "This was our little form of deficit reduction."

Officials said the operation was compromised last year by a corrupt interpreter who tipped off some of the targets. Yet the investigation was resumed and culminated in the arrests of three men and a woman in New York on Monday and yesterday. Began in Mid-1991

Robert Paquette, the F.B.I. agent in charge of the Bridgeport, Conn., office, said the case began in mid-1991 when an undercover agent using the name "Richard Lee" met some New York businessmen who were trying to smuggle money abroad. They later introduced the undercover agent to others picking up cash for Colombian druglords and the money was funneled through the Prism office, which wired the money overseas — $22.5 million between July 1991 and July 1992, according to the charges.

Mr. Ahlerich said several agents "posed as sophisticated financial persons with the ability to take the cash and convert it to bank accounts throughout the world."

"They were prim and proper, coat-and-tie, well-spoken men who presented themselves as financiers," he said.

But when the Government wiretapped some of the suspects, a contract employee hired to translate conversations from Hebrew to English tipped off some of the targets last year. The interpreter, Neil Elefant, was later prosecuted and imprisoned, Mr. Paquette said.

From information gathered in the investigation, court papers said, officials learned that the operator of a money-changing company in Cali, Colombia, Szion Jacob Abenhaim, 43, who was code-named "Zero" and arranged the money transfers, would be traveling in Paris. On an Interpol warrant, French authorities arrested him in December. An associate, Raymond Chochana, 38, of Jerusalem, was arrested in Paris May 12 and also faces extradition. Up to 20 Years in Prison

In addition, four Israelis from Tel Aviv were indicted: David Vanounou, 57; Isshai David Vanounou, a nephew, 22; Adi Tal, 33; and Jacob Cohen, 40. Albert S. Dabrowsky, the United States Attorney in Bridgeport, said the Justice Department was seeking their extradition.

The four arrested in New York this week were Daniella Levi, 30, of Queens, a vice president of Bank Leumi; Dino Toscani, 33, of New Paltz; Benjamin Hesson of Brooklyn, and Alan Dayon, 68, of Brooklyn.

Another defendant, Meir Ohaion, 33, of Brooklyn was arrested May 12 in New York and a man who had cooperated in the investigation at an earlier stage and then changed his mind, Alex Adjmi, 34 of New Jersey, is scheduled to surrender with his lawyer, Mr. Paquette said.

A 13th suspect, Jack Zebede of New York, is being sought.

All the defendants are charged with conspiracy to violate the money-laundering statutes, which carries a maximum prison term of five years and a fine of up to $500,000. Each of the 124 individual laundering transactions charged also carry a term of up to 20 years in prison.

Mr. Paquette of the F.B.I. said none of the defendants had pleaded to the charges.

Mr. Ahlerich said that as a result of this operation and the arrests, "we have shut down a large part of their money-laundering ability, which we believe impacts the drug cartel."

 swissinfo.ch

# Bank Leumi hit with $400 million US fine



▲   Leumi is one of three Israeli banks caught up in the US tax evasion probe   KEYSTONE/STEFFEN SCHMIDT

Bank Leumi has been made to pay the price for aggressively poaching tax cheating clients from Swiss banks that were under United States investigation. The Israeli bank was fined a total of $400 million (CHF393 million) by the US authorities for tax evasion offences.

December 23, 2014 - 09:24

swissinfo.ch

Leumi, that has a private banking arm in Switzerland, was among 14 Swiss or Swiss-based banks under active investigation by the Department of Justice (DoJ). Credit Suisse was fined $2.6 billion earlier this year after admitting similar offences, but on a larger scale.

Leumi set up various "egregious schemes" designed to help US citizens dodge taxes, including "complex, sham loan arrangements", New York State Department of Financial Services (DFS) superintendent Benjamin Lawsky said in a statement.

"What's worse, when certain Swiss banks began to put the brakes on this type of misconduct, Bank Leumi instead hit the accelerator even harder – viewing it as a 'golden opportunity' to pick up new business," Wall Street's top financial regulator added.

The same charge has been levelled at other smaller banks in Switzerland that provoked US ire by actively poaching tax cheating clients from larger competitors that had fallen under DoJ investigation.

Switzerland's oldest private bank, Wegelin, was a prime example of this practice and paid the ultimate price of going bust last year under the weight of US prosecutions.

For its role in the international web of tax evasion crimes, Leumi was fined $270 million by the DoJ and a further $130 million by the New York regulator. Several senior employees have also been fired whilst the bank has agreed to allow a DFS monitor to review its compliance programmes, the regulator said in a statement.

In a statement, Leumi welcomed the end to the legal proceedings which it said had removed "a cloud of uncertainty that had impacted the operations of Bank Leumi".

Leumi's Swiss-based private banking arm announced in July that it had entered into a "strategic partnership" with Julius Bär that would entail it handing over most of its clients to the Swiss bank.

The US probe into Swiss banks or Swiss-based foreign banking subsidiaries that aided and abetted tax cheats took off in 2009 with the prosecution of UBS. The active criminal investigation has since widened to 14 banks, including two other Israeli branches of Hapoalim and Mizrahi-Tefahot.

Big Swiss brand names such as Pictet and Julius Bär are also included on the DoJ prosecution hit list.

In addition, more than 100 Swiss banks signed up to a non-prosecution pact last year that would allow them to avoid the criminal courts in exchange for cooperation with the US authorities.

 **In compliance with the JTI standards**

More: SWI swissinfo.ch certified by the Journalism Trust Initiative

Newspapers
⁻ ⊹⊡ancestry
https://www.newspapers.com/image/585537502

Daily News (New York, New York)  ·  Sat, May 23, 2015  ·  Page 4
Downloaded on Feb 23, 2023

# 4 men sue to scrub perv info from Web

FOUR MEN who were snared by an amateur "To Catch a Predator"-type website are suing the site's operator to get their information taken down.

Scott Benites, Hardy Calderon, Carlos David Roa and Daniel Amhi say they were on an adult dating website looking for a woman to hook up with when they were contacted by someone with the username "barbiesnumberonefan."

After they started chatting, the woman says she was actually just 14, the suit says. The creeps pressed ahead anyway, the suit acknowledges. The New York men — all in their early 20s — then wound up having the pictures and texts they sent to "barbiesnumberonefan" show up on the website "huntingapredator.com."

**Dareh Gregorian**

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Predator Hunters

A not-for-profit civilian operation since 2011

## Carlos David Roa

Posted on August 29, 2014

### djohnson91: hey whats up cool guy looking for fun

| | | | |
|---|---|---|---|
| **About** | Non-smoker with Athletic body type | **City** | East setauket, New York |
| **Details** | 23 year old Man, 5' 7" (170cm), Catholic | **Ethnicity** | Hispanic Aquarius with Black hair |
| **Intent** | djohnson91 Casual Dating/No Commitment | **Education** | Some university |
| **Personality** | Foodie | **Profession** | sous chef |



# Predator Hunters

A not-for-profit civilian operation since 2011

# About

We dislike child predators. The men featured on this website have acted in ways that we consider to be detrimental to the future of our species. That being said, not everyone featured on this website can be considered a sexual predator. When hunting a predator, these are the moral offenses you may witness. Some of them may just want to meet a child and "be friends" or "go to the beach" or "hang out after dad falls asleep." We don't like that either.

Don't try this at home.

No individuals are ever targeted, they always initiate contact.

No children were involved in any way.

Questions? Comments? info@huntingapredator.com

Are you on the site? IGOTCAUGHT@huntingapredator.com

**From:** predatorhunter1@huntingapredator.com
**Date:** September 18, 2014 at 6:18:47 AM EDT
**Subject: RE: page**

In the conversation posted on the internet, we can clearly see you soliciting a minor for sexual acts. From a legal standpoint, this is more heinous than sending nude photography. There was also inter-county travel with intent to meet a minor amid various requests for sexual activity. Based on your actions, we can also deduce that you probably did not expect to get caught.

Your known criminal history or lack thereof has no bearing on your current situation and certainly does not make this behavior excusable. If you wish to make a formal statement, you may submit a concocted story via email or telephone interview. If you are unsatisfied with the service that we provide in any way, you may retain the services of an attorney to assist you.

Article 1.1 of our penile code dictates that adult males are morally obligated to NOT attempt to defile or corrupt children. This article also clearly states that any individual that attempts to insert an adult penis into a child is detrimental to the future of the human species and should be exposed as such.

Thank you,
The Predator Hunters

------ Original Message ------
Subject: page
Date: Tue, September 16, 2014 8:17 am
To: "IGOTCAUGHT@huntingapredator.com" <IGOTCAUGHT@huntingapredator.com>

I would like for you guys to take my name down, this was just a simple prank gone wrong. I did not send any nudes to her and as you could tell from my profile pictures something of that degree isn't part of my intentions. I have no criminal records and no previous allegation within this sort of matter. im asking you to please remove my name from here,I don't want it to interfere with my career path. ive never caught myself into any sort of problems and im asking to please remove my name from here. I don't want any future problems due to the stupidity of this sort. thank you for your time and please respond as soon as you can.

1   various photographs of himself and numerous text and online messages that he authored.

2         7.    Plaintiff CARLOS DAVID ROA ("Roa"), is an individual residing in the State of
3   New York. At all relevant times, Roa was, and still is, the copyright owner of various
4   photographs of himself and numerous text and online messages that he authored.

5         8.    Plaintiff DANIEL AMHI ("Amhi"), is an individual residing in the State of New
6   York. At all relevant times, Amhi was, and still is, the copyright owner of various photographs
7   of himself and numerous text and online messages that he authored.

8         9.    Defendant JOHN DOE is a fictitious name being used for an individual whose
9   identity is currently unknown. Upon information and belief and at all times relevant to this
10  Complaint, John Doe was, and still is, the proprietor and/or creator of
11  www.huntingapredator.com (the "Infringing Site"), a website accessible in New York and
12  worldwide that has, and continues to, infringe upon the exclusive copyrights of the individual
13  Plaintiffs to this action. Plaintiffs will amend this complaint to allege this Defendant's true
14  identity once it is ascertained.

15        10.    Upon information and belief and at all relevant times, Defendant
16  PANAMASERVER.COM ("Panamaserver") was, and is now, a public company that owns and
17  operates an internet hosting service headquartered in the city of Los Santos, in the country of
18  Panama. Panamaserver's services are accessible in New York and worldwide. At all times
19  pertinent to this Complaint, Panamaserver was, and still is, the internet service provider of John
20  Doe's website, www.huntingapredator.com.

21
22                          **SUMMARY**
23        11.    Plaintiffs are the exclusive copyright owners of several photographs of
24  themselves, as well as text and online messages that they authored.

25        12.    Defendant John Doe is the perpetrator of an illegal website scheme whereby
26  John Doe criminally impersonates a female over the age of eighteen years old on a social
27  networking website in order to lure men into private conversations and facilitate the posting of
28  these men's photographs and messages on John Doe's website without authorization or license.



ADVERTISEMENT

## NEW YORK

# Four men ensnared by 'To Catch a Predator' type website sue to get personal information scrubbed from web

By Dareh Gregorian
NEW YORK DAILY NEWS
May 22, 2015 at 11:28 pm

  

✕ Expand

This website stores data such as cookies to enable essential site functionality, as well as marketing, personalization, and analytics. By remaining on this website you indicate your consent. Cookie Policy

protected by reCAPTCHA



Four New York men want their personal information scrubbed from website that exposes potential child predators. (Credit: Dreamstime)

**Listen to this article**



Four men who were ensnared by an amateur "To Catch a Predator"- type website are suing the site's operator to get their information taken down.

Scott Benites, Hardy Calderon, Carlos David Roa and Daniel Amhi say they were on an adult dating website looking for a woman to hook up with when they were contacted by someone with the username "barbiesnumberonefan."

ADVERTISEMENT

His clients want the pictures and texts taken down, and unspecified money damages for violation of their "moral rights."

Pardalis' co-counsel, Ashley Serrano, said they may try to pursue criminal impersonation charges against the site's operator - once they identify who it is.

The website's operators did not immediately respond to a request for comment.

The site's "About" page says, "We dislike child predators. The men featured on this website have acted in ways that we consider to be detrimental to the future of our species. That being said, not everyone featured on this website can be considered a sexual predator . . . Some of them may just want to meet a child and 'be friends' or 'go to the beach' or 'hang out after dad falls asleep.' We don't like that either."





ADVERTISEMENT

Case 1:22-cv-01032-PKC-JRC   Document 185-10 Filed 08/21/23 Page 26 of 28 PageID #:
2341

By Bosch

Their lawyer, Anastasi Pardalis, said he's had the site taken down three times, but it keeps shifting to different internet service providers and relaunching.



**Breaking News**
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.

By submitting your email to receive this newsletter, you agree to our **Subscriber Terms & Conditions** and **Privacy Policy**.

Pardalis said the site is a "moneymaking scheme" that rakes in ad and donation money. "This website is a total scam. They're not solving crimes. They don't report people to the authorities. They're just making money," he said.

He said the site is "very embarrassing" for his clients, who he insisted are not "predators."

"They're angry abut it and their families are upset about it," he said. "There's no girl. It's an older guy. It's just completely conjured up."

ADVERTISEMENT

The New York men - all in their early 20s - then wound up having the pictures and texts they sent to "barbiesnumberonefan" show up on the website "huntingapredator.com."

The men then demanded the site take down their pictures and copies of their texts for the "systematic infringement, exploitation and misattribution of individual photographs to which the plaintiffs own exclusive copyrights."



SPONSORED CONTENT

9 Questions to Ask Buying a New Refrigerator

From design to various features, there can be a lot

✕



**#1 Site for Credit Cards**   〉

ReviewsAuthority.co

"Plaintiffs initiated conversation with this user while under the impression that the user was a female over the age of eighteen since users must be over the age of eighteen to join" the dating website, called Plenty of Fish, the suit says.

After they'd start chatting, the woman would then say she was actually just 14, the suit says.

ADVERTISEMENT

The creeps pressed ahead with trying to get together with "her" anyway, the suit acknowledges.