**Subject:** FW: IME WATCH DOG

**Attachments:** image001.png
image002.png
image007.png
Carlos David Roa.pdf
Asbury_Park_Press_Wed__May_26__1993_(1).pdf
Daily_News_Fri__Apr_29__1994_(1).pdf
Daily_News_Fri__Apr_29__1994_(1).pdf
Daniella Levi Bio on Zillow.pdf
Drug Money.pdf
El_Nuevo_Herald_Thu__May_27__1993_(2).pdf
Hartford_Courant_Wed__May_26__1993_.pdf
NY Times Article Daniella Levi.pdf
Daniella Levi Drug Cartel.pdf
Banl Leumi.pdf





**From:** Information <info@kdrpilawyers.com>
**Sent:** Tuesday, March 7, 2023 11:52 AM
**To:** adam@imewatchdog.com <adam@imewatchdog.com>
**Subject:** FW: IME WATCH DOG

Adam, just wanted you to be aware of this defamatory email being circulated about you guys.

Best regards,

Jonathan

Sent from Mail for Windows

**From:** Albert Dabrowski <dabrowskialbertt@gmail.com>
**Sent:** Tuesday, March 7, 2023 11:46:25 AM
**To:** Information <info@kdrpilawyers.com>
**Subject:** Fwd: IME WATCH DOG

CRIMINAL AND PEDOPHILE CALL COMPETITORS DISHONEST, WHAT A JOKE!!!

Daniella Levi, money launderer for the Cali Drug Cartel hires Pedophile, Carlos David Roa to be president of IME Watchdog. Birds of a feather flock together.

DOCKET # 3:93-CR-00106-PCD-7
CIVIL ACTION NO. 15-CV-03947