```
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 9/3/2019 6:22:34 PM(UTC-4)
Source App: Native Messages
Body:
```
==I want a big account.== ==I'll pay 1000 dollars for a big account.==
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/3/2019 6:22:38 PM(UTC-4)
Source App: Native Messages
Body:
Oh was going to tell you tomorrow after Parker call
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/3/2019 6:22:57 PM(UTC-4)
Source App: Native Messages
Body:
```
==Lol==

==Will be a dick to the lawyer tomorrow==
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/3/2019 6:23:10 PM(UTC-4)
Source App: Native Messages
Body:
There's another company Ime sharks
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 9/3/2019 6:23:41 PM(UTC-4)
Source App: Native Messages
Body:
Oh I know. That's that crazy woman
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/3/2019 6:23:54 PM(UTC-4)
Source App: Native Messages
Body:
Yeah some lady lawyer in rego park
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
```

Timestamp: 9/4/2019 9:35:28 AM(UTC-4)
Source App: Native Messages
Body:
Yea not a bad idea
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/4/2019 9:35:43 AM(UTC-4)
Source App: Native Messages
Body:
And he will do great with decisions
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 9/4/2019 9:35:51 AM(UTC-4)
Source App: Native Messages
Body:
Oh yea
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 9/4/2019 9:36:09 AM(UTC-4)
Source App: Native Messages
Body:
So should I have him ask for Ann Marie George
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/4/2019 9:36:48 AM(UTC-4)
Source App: Native Messages
Body:
That doesn't sound familiar indeal with Allison
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 9/4/2019 9:37:15 AM(UTC-4)
Source App: Native Messages
Body:
Oh ok send me the contact info. I will pay u nice for this one
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/4/2019 9:38:47 AM(UTC-4)
Source App: Native Messages
Body:

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/4/2019 9:45:39 AM(UTC-4)
Source App: Native Messages
Body:
They want me to call that putz lawyer after 4
------------------------------
From: +17187494732 MAMA🧿🧿 (owner)
Timestamp: 9/4/2019 9:52:06 AM(UTC-4)
Source App: Native Messages
Body:
Fuck it up and be rude
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/4/2019 9:52:40 AM(UTC-4)
Source App: Native Messages
Body:
👍
------------------------------
From: +17187494732 MAMA🧿🧿 (owner)
Timestamp: 9/4/2019 10:11:23 AM(UTC-4)
Source App: Native Messages
Body:
Ima pay u good
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/4/2019 10:12:10 AM(UTC-4)
Source App: Native Messages
Body:
No doubt
------------------------------
From: +17187494732 MAMA🧿🧿 (owner)
Timestamp: 9/4/2019 5:01:29 PM(UTC-4)
Source App: Native Messages
Body:
How was your conference call
------------------------------
From: +13476652160 Liar Snake
```

```
Timestamp: 9/4/2019 5:13:17 PM(UTC-4)
Source App: Native Messages
Body:
He didn't pick up left a vm
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/5/2019 2:02:10 PM(UTC-4)
Source App: Native Messages
Body:
Hi Adam
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/5/2019 2:11:41 PM(UTC-4)
Source App: Native Messages
Body:
Hi
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/5/2019 2:47:07 PM(UTC-4)
Source App: Native Messages
Body:
Just spoke to him he wasn't even mad he was just confused on nj
rules
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/5/2019 2:47:46 PM(UTC-4)
Source App: Native Messages
Body:
Awww man. I was hoping they fire u guys
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/5/2019 2:47:53 PM(UTC-4)
Source App: Native Messages
Body:
U would of made 1000
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/5/2019 2:47:56 PM(UTC-4)
Source App: Native Messages
```

Body:
Dollars
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/5/2019 3:17:18 PM(UTC-4)
Source App: Native Messages
Body:
I know i tried
------------------------------
From: +17187494732 MAMA🔮🦋 (owner)
Timestamp: 9/5/2019 3:17:51 PM(UTC-4)
Source App: Native Messages
Body:
Help me get shkolnik or WSRH
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/5/2019 3:18:00 PM(UTC-4)
Source App: Native Messages
Body:
Shkolnik can get
------------------------------
From: +17187494732 MAMA🔮🦋 (owner)
Timestamp: 9/5/2019 3:18:09 PM(UTC-4)
Source App: Native Messages
Body:
Help me
------------------------------
From: +17187494732 MAMA🔮🦋 (owner)
Timestamp: 9/5/2019 3:40:40 PM(UTC-4)
Source App: Native Messages
Body:
Who is the contact at shkolnik
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/5/2019 3:45:57 PM(UTC-4)
Source App: Native Messages
Body:
Ashly bohs
------------------------------

Source App: Native Messages
Body:
I think they will go out of business
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:02:42 PM(UTC-4)
Source App: Native Messages
Body:
They have a lot of money and people to throw at it
------------------------------
From: +17187494732 MAMA😨🖤 (owner)
Timestamp: 9/17/2019 3:03:07 PM(UTC-4)
Source App: Native Messages
Body:
I guess. But they could put their money to better use
------------------------------
From: +17187494732 MAMA😨🖤 (owner)
Timestamp: 9/17/2019 3:03:28 PM(UTC-4)
Source App: Native Messages
Body:
Give me a referral
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:03:42 PM(UTC-4)
Source App: Native Messages
Body:
 No luck with Parker
------------------------------
From: +17187494732 MAMA😨🖤 (owner)
Timestamp: 9/17/2019 3:03:43 PM(UTC-4)
Source App: Native Messages
Body:
Who did u fight with this week
------------------------------
From: +17187494732 MAMA😨🖤 (owner)
Timestamp: 9/17/2019 3:03:47 PM(UTC-4)
Source App: Native Messages
Body:
Nah

```
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
Timestamp: 9/17/2019 3:03:50 PM(UTC-4)
Source App: Native Messages
Body:
It's tough
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:03:51 PM(UTC-4)
Source App: Native Messages
Body:
Weeks been quite
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:03:55 PM(UTC-4)
Source App: Native Messages
Body:
It's only Tuesday
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:04:10 PM(UTC-4)
Source App: Native Messages
Body:
Will run a list see who's not using us maybe you can snatch them
away
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:04:17 PM(UTC-4)
Source App: Native Messages
Body:
You got a lot of goodies for Saturday
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
Timestamp: 9/17/2019 3:04:20 PM(UTC-4)
Source App: Native Messages
Body:
Parker is 1000 for u
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
```

7

```
Timestamp: 9/17/2019 3:04:39 PM(UTC-4)
Source App: Native Messages
Body:
I'm so afraid they won't come in on time
-----------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 9/17/2019 3:04:50 PM(UTC-4)
Source App: Native Messages
Body:
My dumb ass ordered late
-----------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 9/17/2019 3:05:18 PM(UTC-4)
Source App: Native Messages
Body:
I don't know exactly what to do.
-----------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 9/17/2019 3:05:27 PM(UTC-4)
Source App: Native Messages
Body:
```
I have to coach me before the event
```
-----------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 9/17/2019 3:05:59 PM(UTC-4)
Source App: Native Messages
Body:

-----------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 9/17/2019 3:06:07 PM(UTC-4)
Source App: Native Messages
Body:
Check out my cuties
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2019 3:06:30 PM(UTC-4)
Source App: Native Messages
Body:
```

Hate people
-----------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 9/19/2019 2:37:17 PM(UTC-4)
Source App: Native Messages
Body:
Oh no. Did she call her attorney
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:37:25 PM(UTC-4)
Source App: Native Messages
Body:
Even if your weren't being fucking paid if you saw someone
struggling you would help them
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:37:44 PM(UTC-4)
Source App: Native Messages
Body:
Yup and they yelled at me and then the ladies fiancé called and
yelled at me
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:37:53 PM(UTC-4)
Source App: Native Messages
Body:
Said the last guy was nicer
-----------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 9/19/2019 2:38:18 PM(UTC-4)
Source App: Native Messages
Body:
Give me their number
-----------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 9/19/2019 2:38:21 PM(UTC-4)
Source App: Native Messages
Body:
😂

```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/19/2019 2:38:26 PM(UTC-4)
Source App: Native Messages
Body:
```
I'll pay you
```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/19/2019 2:38:48 PM(UTC-4)
Source App: Native Messages
Body:
```
They will def switch
```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/19/2019 2:38:53 PM(UTC-4)
Source App: Native Messages
Body:
```
Hahaha
```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/19/2019 2:38:59 PM(UTC-4)
Source App: Native Messages
Body:
```
Make some money buddy
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:39:20 PM(UTC-4)
Source App: Native Messages
Body:


------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:39:41 PM(UTC-4)
Source App: Native Messages
Body:
```
Dara is who you need to get on phone
```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/19/2019 2:39:51 PM(UTC-4)
```

Source App: Native Messages
Body:
Ok. Can't wait
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:40:01 PM(UTC-4)
Source App: Native Messages
Body:
I hope you do that to companions when they ask for numbers
------------------------------
From: +17187494732 MAMA🐱💗 (owner)
Timestamp: 9/19/2019 2:40:29 PM(UTC-4)
Source App: Native Messages
Body:
What do u mean
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:40:39 PM(UTC-4)
Source App: Native Messages
Body:
Like when they ask for law firm numbers
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/19/2019 2:40:47 PM(UTC-4)
Source App: Native Messages
Body:
Must happen like once a week
------------------------------
From: +17187494732 MAMA🐱💗 (owner)
Timestamp: 9/19/2019 2:40:50 PM(UTC-4)
Source App: Native Messages
Body:
Oh yes I do. I pay. I'm very generous
------------------------------
From: +17187494732 MAMA🐱💗 (owner)
Timestamp: 9/19/2019 4:26:33 PM(UTC-4)
Source App: Native Messages
Body:
Do they pay full price and how many do they do a month.

Body:
I try
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 9/24/2019 10:57:19 AM(UTC-4)
Source App: Native Messages
Body:
Heating his voice made me cry. He sounds sad
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2019 10:59:04 AM(UTC-4)
Source App: Native Messages
Body:
Aw
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 9/24/2019 10:59:05 AM(UTC-4)
Source App: Native Messages
Body:
You know. None of us are perfect and I know we all made mistakes
and had misunderstandings but I want u to know that I always
cared for u and your dad and always wanted the best for you both.

------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2019 11:04:24 AM(UTC-4)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 9/25/2019 11:48:43 AM(UTC-4)
Source App: Native Messages
Body:
How much does Bergman and Bergman pay
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 9/25/2019 11:49:53 AM(UTC-4)
Source App: Native Messages

Body:
They are still using you I'm just curious
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 11:50:20 AM(UTC-4)
Source App: Native Messages
Body:
$179, yeah but not as much as before it seems
------------------------------
From: +17187494732 MAMA🙂🤍 (owner)
Timestamp: 9/25/2019 11:50:42 AM(UTC-4)
Source App: Native Messages
Body:
I think they are using guards as well
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 11:51:07 AM(UTC-4)
Source App: Native Messages
Body:
Bastards
------------------------------
From: +17187494732 MAMA🙂🤍 (owner)
Timestamp: 9/25/2019 11:51:30 AM(UTC-4)
Source App: Native Messages
Body:
Yea. Oh well
------------------------------
From: +17187494732 MAMA🙂🤍 (owner)
Timestamp: 9/25/2019 11:52:02 AM(UTC-4)
Source App: Native Messages
Body:
Give me an account
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 11:54:27 AM(UTC-4)
Source App: Native Messages
Body:
Krieger wilansky Hupart 718-432-0500 Watchdog was awol this morning so they probably mad

13

```
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 9/25/2019 11:54:58 AM(UTC-4)
Source App: Native Messages
Body:
```
What is the contact persons name
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 11:55:11 AM(UTC-4)
Source App: Native Messages
Body:
```
Tiffany , I would wait a day
```
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 9/25/2019 11:55:17 AM(UTC-4)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 9/25/2019 11:55:23 AM(UTC-4)
Source App: Native Messages
Body:
```
I'll call tomorrow
```
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 9/25/2019 11:55:29 AM(UTC-4)
Source App: Native Messages
Body:
```
Full price
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 11:57:18 AM(UTC-4)
Source App: Native Messages
Body:
```
Yea
```
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 9/25/2019 6:01:48 PM(UTC-4)
```

Source App: Native Messages
Body:
Hey Adam
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 6:02:18 PM(UTC-4)
Source App: Native Messages
Body:
Hey
------------------------------
From: +17187494732 MAMA😈🖤 (owner)
Timestamp: 9/25/2019 6:03:10 PM(UTC-4)
Source App: Native Messages
Body:
What do u do when the watchdog is awol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 6:04:21 PM(UTC-4)
Source App: Native Messages
Body:
He was there but his phone wasn't working the dummy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 6:04:35 PM(UTC-4)
Source App: Native Messages
Body:
I beg forgiveness and give 3 free
------------------------------
From: +17187494732 MAMA😈🖤 (owner)
Timestamp: 9/25/2019 6:04:48 PM(UTC-4)
Source App: Native Messages
Body:
Oh. Does it happen often
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/25/2019 6:04:59 PM(UTC-4)
Source App: Native Messages
Body:
Not really

------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:45:11 PM(UTC-4)
Source App: Native Messages
Body:
Nice 4th new firm from the nystla event how you do
------------------------------
From: +17187494732 MAMA🐷🏵 (owner)
Timestamp: 10/3/2019 12:45:29 PM(UTC-4)
Source App: Native Messages
Body:
None. Help me
------------------------------
From: +17187494732 MAMA🐷🏵 (owner)
Timestamp: 10/3/2019 12:45:34 PM(UTC-4)
Source App: Native Messages
Body:
How did u do it
------------------------------
From: +17187494732 MAMA🐷🏵 (owner)
Timestamp: 10/3/2019 12:46:01 PM(UTC-4)
Source App: Native Messages
Body:
I really need u to work for me
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:46:38 PM(UTC-4)
Source App: Native Messages
Body:
Not one shit
------------------------------
From: +17187494732 MAMA🐷🏵 (owner)
Timestamp: 10/3/2019 12:46:43 PM(UTC-4)
Source App: Native Messages
Body:
It would be under the table. Use a different name and make the calls and send the emails.
------------------------------
From: +17187494732 MAMA🐷🏵 (owner)

16

Timestamp: 10/3/2019 12:46:50 PM(UTC-4)
Source App: Native Messages
Body:
I'll pay you for each
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:46:54 PM(UTC-4)
Source App: Native Messages
Body:
Oh I like that
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:46:56 PM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 10/3/2019 12:47:05 PM(UTC-4)
Source App: Native Messages
Body:
I'll send u the the contacts
------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 10/3/2019 12:47:12 PM(UTC-4)
Source App: Native Messages
Body:
Please send
Them emails and call them
------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 10/3/2019 12:47:26 PM(UTC-4)
Source App: Native Messages
Body:
Make the sale and I'll give u 50" for each atty
------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 10/3/2019 12:47:39 PM(UTC-4)
Source App: Native Messages

Body:
And u get to keep working for DL. Mom e would known
------------------------------
From: +17187494732 MAMA🎅🦞 (owner)
Timestamp: 10/3/2019 12:47:41 PM(UTC-4)
Source App: Native Messages
Body:
Know
------------------------------
From: +17187494732 MAMA🎅🦞 (owner)
Timestamp: 10/3/2019 12:47:50 PM(UTC-4)
Source App: Native Messages
Body:
No one
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:47:57 PM(UTC-4)
Source App: Native Messages
Body:
Could work
------------------------------
From: +17187494732 MAMA🎅🦞 (owner)
Timestamp: 10/3/2019 12:48:01 PM(UTC-4)
Source App: Native Messages
Body:
Please
------------------------------
From: +17187494732 MAMA🎅🦞 (owner)
Timestamp: 10/3/2019 12:48:46 PM(UTC-4)
Source App: Native Messages
Body:
Use my sgelardi@imecompanions
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:48:59 PM(UTC-4)
Source App: Native Messages
Body:
You have constant contact
------------------------------

From: +17187494732 MAMA😀🧡 (owner)
Timestamp: 10/3/2019 12:49:30 PM(UTC-4)
Source App: Native Messages
Body:
I have their commitments and I need to follow up
------------------------------
From: +17187494732 MAMA😀🧡 (owner)
Timestamp: 10/3/2019 12:49:43 PM(UTC-4)
Source App: Native Messages
Body:
I'm bad at that and so is Javon
------------------------------
From: +17187494732 MAMA😀🧡 (owner)
Timestamp: 10/3/2019 12:49:46 PM(UTC-4)
Source App: Native Messages
Body:
Jason
------------------------------
From: +17187494732 MAMA😀🧡 (owner)
Timestamp: 10/3/2019 12:50:10 PM(UTC-4)
Source App: Native Messages
Body:
Send me an email for a follow up an
------------------------------
From: +17187494732 MAMA😀🧡 (owner)
Timestamp: 10/3/2019 12:50:30 PM(UTC-4)
Source App: Native Messages
Body:
I will send it to them and then u call make the sale I will pay you
------------------------------
From: +17187494732 MAMA😀🧡 (owner)
Timestamp: 10/3/2019 12:51:33 PM(UTC-4)
Source App: Native Messages
Body:
Well
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:52:25 PM(UTC-4)

19

```
Source App: Native Messages
Body:
You want like a form email
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:52:34 PM(UTC-4)
Source App: Native Messages
Body:
Do you use constant contact for marketing
----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/3/2019 12:52:45 PM(UTC-4)
Source App: Native Messages
Body:
No what is that
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:52:58 PM(UTC-4)
Source App: Native Messages
Body:
Lordy
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 12:53:07 PM(UTC-4)
Source App: Native Messages
Body:
Do you really run an actual business
----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/3/2019 12:53:14 PM(UTC-4)
Source App: Native Messages
Body:
Hahaha
----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/3/2019 12:53:17 PM(UTC-4)
Source App: Native Messages
Body:
I know right
```

Timestamp: 10/3/2019 1:03:15 PM(UTC-4)
Source App: Native Messages
Body:
I would appreciate if u help me. I promise no one would find out.


------------------------------
From: +17187494732 MAMA🉐🎗 (owner)
Timestamp: 10/3/2019 1:03:23 PM(UTC-4)
Source App: Native Messages
Body:
And I will pay
------------------------------
From: +17187494732 MAMA🉐🎗 (owner)
Timestamp: 10/3/2019 1:04:18 PM(UTC-4)
Source App: Native Messages
Body:
So what do u think
------------------------------
From: +17187494732 MAMA🉐🎗 (owner)
Timestamp: 10/3/2019 1:04:36 PM(UTC-4)
Source App: Native Messages
Body:
Should I hire someone or do u want to do it
------------------------------
From: +17187494732 MAMA🉐🎗 (owner)
Timestamp: 10/3/2019 1:04:49 PM(UTC-4)
Source App: Native Messages
Body:
It's ok if u don't I understand
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 1:05:14 PM(UTC-4)
Source App: Native Messages
Body:
Let me think best way we could do it
------------------------------
From: +17187494732 MAMA🉐🎗 (owner)
Timestamp: 10/3/2019 6:12:57 PM(UTC-4)
Source App: Native Messages

Body:
Call me
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 6:34:33 PM(UTC-4)
Source App: Native Messages
Body:
Was never  asked to do anything other then just get ime and make
money , the website , the brochures , the marketing emails all me
, events , lunches , breakfasts , gift cards
------------------------------
From: +17187494732 MAMA😈🖤 (owner)
Timestamp: 10/3/2019 6:34:58 PM(UTC-4)
Source App: Native Messages
Body:
Help m Adam
------------------------------
From: +17187494732 MAMA😈🖤 (owner)
Timestamp: 10/3/2019 6:35:25 PM(UTC-4)
Source App: Native Messages
Body:
Let's both make money
------------------------------
From: +17187494732 MAMA😈🖤 (owner)
Timestamp: 10/3/2019 6:35:37 PM(UTC-4)
Source App: Native Messages
Body:
You get to keep your job and make money on the side
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/3/2019 6:37:53 PM(UTC-4)
Source App: Native Messages
Body:
Ok will think on the how
------------------------------
From: +17187494732 MAMA😈🖤 (owner)
Timestamp: 10/3/2019 8:40:03 PM(UTC-4)
Source App: Native Messages
Body:

22

Hey Adam. What if I paid u residual
------------------------------
From: +17187494732 MAMA🐻💗 (owner)
Timestamp: 10/3/2019 8:40:16 PM(UTC-4)
Source App: Native Messages
Body:
Wouldn't that be better than a one time payment
------------------------------
From: +17187494732 MAMA🐻💗 (owner)
Timestamp: 10/3/2019 8:41:12 PM(UTC-4)
Source App: Native Messages
Body:
You could eventually make as much and more than your salary
------------------------------
From: +17187494732 MAMA🐻💗 (owner)
Timestamp: 10/3/2019 8:41:28 PM(UTC-4)
Source App: Native Messages
Body:
Wouldn't that be better
------------------------------
From: +17187494732 MAMA🐻💗 (owner)
Timestamp: 10/4/2019 8:36:40 PM(UTC-4)
Source App: Native Messages
Body:
You never called today b
------------------------------
From: +17187494732 MAMA🐻💗 (owner)
Timestamp: 10/4/2019 8:36:48 PM(UTC-4)
Source App: Native Messages
Body:
I guess you are not interested
------------------------------
From: +17187494732 MAMA🐻💗 (owner)
Timestamp: 10/4/2019 8:38:38 PM(UTC-4)
Source App: Native Messages
Body:
It's ok. I understand
------------------------------
From: +13476652160 Liar Snake

From: +13476652160 Liar Snake
Timestamp: 10/8/2019 12:08:15 PM(UTC-4)
Source App: Native Messages
Body:
Aw
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/8/2019 12:17:32 PM(UTC-4)
Source App: Native Messages
Body:
Thank you so much
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/9/2019 1:45:29 PM(UTC-4)
Source App: Native Messages
Body:
Thought be nice slow day
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/9/2019 1:45:38 PM(UTC-4)
Source App: Native Messages
Body:
Antisemits
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 10/9/2019 1:57:44 PM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 10/9/2019 2:00:20 PM(UTC-4)
Source App: Native Messages
Body:
How does 15 dollars per ime for a client that pays full price 175 sound
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/9/2019 2:26:26 PM(UTC-4)

24

```
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 10/14/2019 5:02:49 PM(UTC-4)
Source App: Native Messages
Body:
Not 100 percent yet though
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2019 5:03:32 PM(UTC-4)
Source App: Native Messages
Body:
Awful
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2019 5:13:20 PM(UTC-4)
Source App: Native Messages
Body:
```
So was thinking could work on Saturday's , email campaigns , but
A lawyer sent me a sample report and it's honestly terrible, also
i know you people dress less lousy so you gotta get them to step
up
```
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 10/14/2019 5:17:20 PM(UTC-4)
Source App: Native Messages
Body:
```
So how can we fix the report issue
```
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 10/14/2019 5:17:29 PM(UTC-4)
Source App: Native Messages
Body:
And the Saturday thing sounds good
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2019 5:18:58 PM(UTC-4)
Source App: Native Messages
Body:
```
Give them something better to work off of

```
------------------------------
From: +17187494732 MAMA👧🧡 (owner)
Timestamp: 10/14/2019 5:21:25 PM(UTC-4)
Source App: Native Messages
Body:
Ok send me something good to get them to work off of
------------------------------
From: +17187494732 MAMA👧🧡 (owner)
Timestamp: 10/16/2019 2:37:36 PM(UTC-4)
Source App: Native Messages
Body:
Ok I'much better now. I would like to speak in detail about our
plan. I would definitely like to help you make residual pay and
grow my business. We can both benefit. We should sit down and
figure this out
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:43:25 PM(UTC-4)
Source App: Native Messages
Body:
Glad to hear feeling better
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:43:38 PM(UTC-4)
Source App: Native Messages
Body:
Off to Vt tomorrow back Monday maybe we can sit down next week
------------------------------
From: +17187494732 MAMA👧🧡 (owner)
Timestamp: 10/16/2019 2:43:56 PM(UTC-4)
Source App: Native Messages
Body:
Going on vaca
------------------------------
From: +17187494732 MAMA👧🧡 (owner)
Timestamp: 10/16/2019 2:43:58 PM(UTC-4)
Source App: Native Messages
Body:
Again
```

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:44:57 PM(UTC-4)
Source App: Native Messages
Body:
Yes why not
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:45:04 PM(UTC-4)
Source App: Native Messages
Body:
Something before holiday crazy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:45:15 PM(UTC-4)
Source App: Native Messages
Body:
Asked for a small bonus got a no lol
------------------------------
From: +17187494732 MAMA🧕🤍 (owner)
Timestamp: 10/16/2019 2:45:49 PM(UTC-4)
Source App: Native Messages
Body:
```
==You can make your own bonus with residuals. And they only grow.==
==Can't wait to talk next week==
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:46:02 PM(UTC-4)
Source App: Native Messages
Body:
Me too
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/16/2019 2:49:27 PM(UTC-4)
Source App: Native Messages
Body:
New people the worst get handled mail half of its junk
------------------------------
From: +13476652160 Liar Snake
```

Timestamp: 10/16/2019 2:49:37 PM(UTC-4)
Source App: Native Messages
Body:
I dont need some catalogue
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 10:27:38 AM(UTC-4)
Source App: Native Messages
Body:
Working on the master client list has  at least 250 more firms
then they one you had before
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 10/21/2019 10:28:45 AM(UTC-4)
Source App: Native Messages
Body:
Ok good. So I'm gona do the client contact thing today give you
the user id and password so you can start sending out advertising
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 10:29:25 AM(UTC-4)
Source App: Native Messages
Body:
Awesome, constant contact and have it go to an email that you can
track which ones are coming from me
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 10/21/2019 10:30:39 AM(UTC-4)
Source App: Native Messages
Body:
So I will make a separate email today just for you. It wi be Mike
at imecompanions.com. Is that good
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 10/21/2019 10:31:01 AM(UTC-4)
Source App: Native Messages
Body:
Mike@imecompanions.com
------------------------------

Body:
For the email blast can you get a good quote from the subin guy
------------------------------
From: +17187494732 MAMA👧🩶 (owner)
Timestamp: 10/21/2019 1:48:29 PM(UTC-4)
Source App: Native Messages
Body:
Constant contact
IMECompanions
Password
Money25
------------------------------
From: +17187494732 MAMA👧🩶 (owner)
Timestamp: 10/21/2019 1:49:03 PM(UTC-4)
Source App: Native Messages
Body:
Email
Mike@imecompanions.com
Is now active
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 1:53:54 PM(UTC-4)
Source App: Native Messages
Body:
Cool
------------------------------
From: +17187494732 MAMA👧🩶 (owner)
Timestamp: 10/21/2019 1:57:28 PM(UTC-4)
Source App: Native Messages
Body:
==Any==
==Accounts you get you should keep track of and at the end of each month I will quick pay for the total amount of imes==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 1:58:23 PM(UTC-4)
Source App: Native Messages
Body:
Ok the constant contact emails will go back to Mike email ?

Source App: Native Messages
Body:
Wow. We are going to send all these gusts emails
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 3:53:52 PM(UTC-4)
Source App: Native Messages
Body:
Yup
------------------------------
From: +17187494732 MAMA👸🧡 (owner)
Timestamp: 10/21/2019 3:54:35 PM(UTC-4)
Source App: Native Messages
Body:
Holy kamoly. How many accounts do you think we  get  a month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 3:54:47 PM(UTC-4)
Source App: Native Messages
Body:
Let's get 5-10
------------------------------
From: +17187494732 MAMA👸🧡 (owner)
Timestamp: 10/21/2019 3:54:56 PM(UTC-4)
Source App: Native Messages
Body:
Nice. Let's do it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/21/2019 3:55:01 PM(UTC-4)
Source App: Native Messages
Body:
You have people in NJ
------------------------------
From: +17187494732 MAMA👸🧡 (owner)
Timestamp: 10/21/2019 3:55:05 PM(UTC-4)
Source App: Native Messages
Body:
I do

Looking for twinkies for the doc
------------------------------
From: +17187494732 MAMA👹🧡 (owner)
Timestamp: 11/8/2019 10:02:01 AM(UTC-5)
Source App: Native Messages
Body:
Hahaha. I promise I will quick pay you today. On my way to pick
up a check from Subin now. That's why I didn't send it yet.
Needed to pick up some money.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/8/2019 10:02:53 AM(UTC-5)
Source App: Native Messages
Body:
Nice I used to pick up checks
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/8/2019 10:03:10 AM(UTC-5)
Source App: Native Messages
Body:
One firm was in Empire State Building was like can I look at the
view they said no
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/8/2019 10:03:26 AM(UTC-5)
Source App: Native Messages
Body:
Assholes , went to office across the hall they were like sure
whatever
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/8/2019 11:02:20 AM(UTC-5)
Source App: Native Messages
Body:
You should have subins credit card
------------------------------
From: +17187494732 MAMA👹🧡 (owner)
Timestamp: 11/11/2019 8:19:14 AM(UTC-5)
Source App: Native Messages

Timestamp: 11/14/2019 10:08:22 AM(UTC-5)
Source App: Native Messages
Body:
Parker waichman being jerks about getting new package , give Madelyn a call later around 1 maybe you can get the business , 516-723-4643, they pay $110 per Ime
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/14/2019 5:04:30 PM(UTC-5)
Source App: Native Messages
Body:
Any luck
-----------------------------
From: +17187494732 MAMA😳🐌 (owner)
Timestamp: 11/14/2019 5:13:18 PM(UTC-5)
Source App: Native Messages
Body:
😳 such a busy day. Didn't get the chance. I'm sure I could close the deal if you guys have not sold them a new package. Time for you to earn some residual. How many imes do they do a month
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/14/2019 5:13:59 PM(UTC-5)
Source App: Native Messages
Body:
They so 30 or so
-----------------------------
From: +17187494732 MAMA😳🐌 (owner)
Timestamp: 11/14/2019 5:14:09 PM(UTC-5)
Source App: Native Messages
Body:
Oh ok. Not bad. I thought more
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/14/2019 5:14:16 PM(UTC-5)
Source App: Native Messages
Body:
I didn't close them yet supposed to send the form over
-----------------------------

32

Body:
Not men
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
Timestamp: 12/1/2019 3:55:12 PM(UTC-5)
Source App: Native Messages
Body:
Me*
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
Timestamp: 12/1/2019 3:55:15 PM(UTC-5)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
Timestamp: 12/1/2019 3:55:27 PM(UTC-5)
Source App: Native Messages
Body:
How many u have scheduled
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/1/2019 3:58:18 PM(UTC-5)
Source App: Native Messages
Body:
24
------------------------------
From: +17187494732 MAMA👧🖤 (owner)
Timestamp: 12/1/2019 3:58:59 PM(UTC-5)
Source App: Native Messages
Body:
Nice. Anyone u had a problem with that I could go after
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/1/2019 3:59:27 PM(UTC-5)
Source App: Native Messages
Body:
Not really , let you know
------------------------------

Body:
Dl has the same philosophy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 9:14:03 AM(UTC-5)
Source App: Native Messages
Body:
Where as i want it all
------------------------------
From: +17187494732 MAMA🎰💮 (owner)
Timestamp: 12/2/2019 9:15:00 AM(UTC-5)
Source App: Native Messages
Body:
Me too but ethically
------------------------------
From: +17187494732 MAMA🎰💮 (owner)
Timestamp: 12/2/2019 9:15:09 AM(UTC-5)
Source App: Native Messages
Body:
You don't care about ethics lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 9:15:27 AM(UTC-5)
Source App: Native Messages
Body:
Did you see that movie about the founder of McDonald's
------------------------------
From: +17187494732 MAMA🎰💮 (owner)
Timestamp: 12/2/2019 9:15:41 AM(UTC-5)
Source App: Native Messages
Body:
No. What is it. I would watch it
------------------------------
From: +17187494732 MAMA🎰💮 (owner)
Timestamp: 12/2/2019 9:16:29 AM(UTC-5)
Source App: Native Messages
Body:
Give me an account u want of out of hair
------------------------------

```
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 9:18:44 AM(UTC-5)
Source App: Native Messages
Body:
The founder
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 9:20:19 AM(UTC-5)
Source App: Native Messages
Body:
Here call and email this one Teuta Zoto
Comptroller

GERSOWITZ LIBO & KOREK, P.C.

New York
111 Broadway, 12th Floor
New York, NY 10006
Phone: 212.385.4410
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 9:20:28 AM(UTC-5)
Source App: Native Messages
Body:
tzoto@lawyertime.com
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 12/2/2019 9:21:26 AM(UTC-5)
Source App: Native Messages
Body:
I love u
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 9:23:07 AM(UTC-5)
Source App: Native Messages
Body:
☺
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
```

35

Here is a good firm they boom like once a day spanish and travel
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 12:44:21 PM(UTC-5)
Source App: Native Messages
Body:
Call gladys 212-601-9700
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 12:44:33 PM(UTC-5)
Source App: Native Messages
Body:
Ginarte Gallardo
-----------------------------
From: +17187494732 MAMA😇💟 (owner)
Timestamp: 12/2/2019 12:44:54 PM(UTC-5)
Source App: Native Messages
Body:
Awwww u r freakin awesome.
-----------------------------
From: +17187494732 MAMA😇💟 (owner)
Timestamp: 12/2/2019 12:46:02 PM(UTC-5)
Source App: Native Messages
Body:
Wait..... how do you bill travel
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 12:47:05 PM(UTC-5)
Source App: Native Messages
Body:
Long Island 25-65, westchester 75-200, NJ 150
-----------------------------
From: +17187494732 MAMA😇💟 (owner)
Timestamp: 12/2/2019 1:05:01 PM(UTC-5)
Source App: Native Messages
Body:
How should I approach this. How can I seal the deal. What should I say
-----------------------------

🐍♀

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:37:18 PM(UTC-5)
Source App: Native Messages
Body:
```
I'm like 5 mins from just walking out and starting my own company

```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 12/2/2019 3:37:25 PM(UTC-5)
Source App: Native Messages
Body:
```
Do it
```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 12/2/2019 3:37:50 PM(UTC-5)
Source App: Native Messages
Body:
```
I want you to start making some money with me. Let's sign up some people
```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 12/2/2019 3:38:13 PM(UTC-5)
Source App: Native Messages
Body:
So is Ginarte's issue is that you can't fill their request all
the time
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:39:38 PM(UTC-5)
Source App: Native Messages
Body:
Yeah just too busy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:39:52 PM(UTC-5)
Source App: Native Messages
Body:
```

It's hard to sign up people cause they love talking to me
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:40:02 PM(UTC-5)
Source App: Native Messages
Body:
They are surprisingly loyal
-----------------------------
From: +17187494732 MAMA😺🧡 (owner)
Timestamp: 12/2/2019 3:40:08 PM(UTC-5)
Source App: Native Messages
Body:
I do too. Can't blame them
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:40:16 PM(UTC-5)
Source App: Native Messages
Body:
I know
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:40:27 PM(UTC-5)
Source App: Native Messages
Body:
I'm gonna text dl angry face
-----------------------------
From: +17187494732 MAMA😺🧡 (owner)
Timestamp: 12/2/2019 3:41:05 PM(UTC-5)
Source App: Native Messages
Body:
So the first firm u sent today. What is their beef. How should I approach
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2019 3:41:49 PM(UTC-5)
Source App: Native Messages
Body:
She doesn't like to add up the charges , tell her you will send her an invoice no credit card

Timestamp: 12/4/2019 2:59:06 PM(UTC-5)
Source App: Native Messages
Body:
Do they pay for
-----------------------------
From: +17187494732 MAMA🏮🕸 (owner)
Timestamp: 12/4/2019 2:59:11 PM(UTC-5)
Source App: Native Messages
Body:
Ure so good at this
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/4/2019 2:59:52 PM(UTC-5)
Source App: Native Messages
Body:
Pens , little note pads , some events , two Mets suites
-----------------------------
From: +17187494732 MAMA🏮🕸 (owner)
Timestamp: 12/5/2019 4:31:55 PM(UTC-5)
Source App: Native Messages
Body:
Do you have report for yaitza Gonzalez 4-15 Lever Ecker
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/5/2019 4:32:43 PM(UTC-5)
Source App: Native Messages
Body:
Oh they use you now
-----------------------------
From: +17187494732 MAMA🏮🕸 (owner)
Timestamp: 12/5/2019 4:32:55 PM(UTC-5)
Source App: Native Messages
Body:
Yes. U gave me the account remember
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/5/2019 4:33:07 PM(UTC-5)
Source App: Native Messages
Body:

From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:07:36 AM(UTC-5)
Source App: Native Messages
Body:
Which is why i stay and it's close to the apt
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 1/20/2020 9:08:26 AM(UTC-5)
Source App: Native Messages
Body:
Make some money on the side. Help me out. Give Me the bastards u don't want to deal with.
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 1/20/2020 9:08:42 AM(UTC-5)
Source App: Native Messages
Body:
Hey. Did u hear about smart dog
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:08:52 AM(UTC-5)
Source App: Native Messages
Body:
Lol no what's that
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 1/20/2020 9:08:54 AM(UTC-5)
Source App: Native Messages
Body:
New company
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:08:58 AM(UTC-5)
Source App: Native Messages
Body:
What
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:09:01 AM(UTC-5)

Source App: Native Messages
Body:
Lordy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:09:14 AM(UTC-5)
Source App: Native Messages
Body:
Ok call Boris Linares
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 1/20/2020 9:09:22 AM(UTC-5)
Source App: Native Messages
Body:
Smart dog solutions or ime smart dog
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 1/20/2020 9:09:34 AM(UTC-5)
Source App: Native Messages
Body:
Number please and contact
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:09:58 AM(UTC-5)
Source App: Native Messages
Body:
Lily Barrios 718-730-9494
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 1/20/2020 9:10:18 AM(UTC-5)
Source App: Native Messages
Body:
Btw. I got a call from an Atty complaining about guards
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:10:22 AM(UTC-5)
Source App: Native Messages
Body:
Lily@bhllaw.com

```
Source App: Native Messages
Body:
ThTs their policy
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:11:41 AM(UTC-5)
Source App: Native Messages
Body:
But we stay as long as they willing of course
-----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 1/20/2020 9:12:06 AM(UTC-5)
Source App: Native Messages
Body:
His business won't be around long
-----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 1/20/2020 9:12:19 AM(UTC-5)
Source App: Native Messages
Body:
```
<mark>Give me another firm</mark>
```
-----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 1/20/2020 9:13:39 AM(UTC-5)
Source App: Native Messages
Body:
DL is not pretty at all
-----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 1/20/2020 9:13:52 AM(UTC-5)
Source App: Native Messages
Body:
She looks way better in pics
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 9:13:54 AM(UTC-5)
Source App: Native Messages
Body:
Smart dog Ime lol
```

```
Timestamp: 1/20/2020 1:18:06 PM(UTC-5)
Source App: Native Messages
Body:
They get the point
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:18:07 PM(UTC-5)
Source App: Native Messages
Body:
```
Markel v pure power boot camp is the case
```
-----------------------------
From: +17187494732 MAMA😤🦠 (owner)
Timestamp: 1/20/2020 1:18:16 PM(UTC-5)
Source App: Native Messages
Body:
Oh thanks
-----------------------------
From: +17187494732 MAMA😤🦠 (owner)
Timestamp: 1/20/2020 1:18:25 PM(UTC-5)
Source App: Native Messages
Body:
The mike email is a flop.
-----------------------------
From: +17187494732 MAMA😤🦠 (owner)
Timestamp: 1/20/2020 1:18:41 PM(UTC-5)
Source App: Native Messages
Body:
I don't send campaigns often enough
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:18:45 PM(UTC-5)
Source App: Native Messages
Body:
Really no follow ups
-----------------------------
From: +17187494732 MAMA😤🦠 (owner)
Timestamp: 1/20/2020 1:18:57 PM(UTC-5)
Source App: Native Messages
Body:
```

No
------------------------------
From: +17187494732 MAMA🔒💮 (owner)
Timestamp: 1/20/2020 1:19:08 PM(UTC-5)
Source App: Native Messages
Body:
You have to show me what u do
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:19:26 PM(UTC-5)
Source App: Native Messages
Body:
Just finished a big mailing , brochure , note pad and pen to about 150 firms
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:19:38 PM(UTC-5)
Source App: Native Messages
Body:
Need high lighters
------------------------------
From: +17187494732 MAMA🔒💮 (owner)
Timestamp: 1/20/2020 1:20:13 PM(UTC-5)
Source App: Native Messages
Body:
Make me a list of how and what to do and when
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:20:33 PM(UTC-5)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17187494732 MAMA🔒💮 (owner)
Timestamp: 1/20/2020 1:22:11 PM(UTC-5)
Source App: Native Messages
Body:
I appreciate it that like u don't understand
------------------------------

44

Timestamp: 1/20/2020 1:28:24 PM(UTC-5)
Source App: Native Messages
Body:
Please
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 1/20/2020 1:28:29 PM(UTC-5)
Source App: Native Messages
Body:
☹️
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:31:10 PM(UTC-5)
Source App: Native Messages
Body:
Ok emailing now , probably worth some $ you let me know
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 1/20/2020 1:31:46 PM(UTC-5)
Source App: Native Messages
Body:
Of course
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 1/20/2020 1:33:23 PM(UTC-5)
Source App: Native Messages
Body:
Email me details of what to do to make this business grow
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 1/20/2020 1:33:43 PM(UTC-5)
Source App: Native Messages
Body:
And do I mail all these guys something
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 1:34:12 PM(UTC-5)
Source App: Native Messages
Body:

Yeah mail them a brochure and pen or whatever could put a coupon for a free Ime in some , a golden ticket kinda thing
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 1/20/2020 2:10:57 PM(UTC-5)
Source App: Native Messages
Body:
Do you ever invoice without a report
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 2:13:08 PM(UTC-5)
Source App: Native Messages
Body:
If there's no report for like a no show or they refused because of surgery
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 1/20/2020 2:13:44 PM(UTC-5)
Source App: Native Messages
Body:
No I mean. U haven't got the report back from watchdog
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 1/20/2020 2:14:07 PM(UTC-5)
Source App: Native Messages
Body:
Do u charge without sending a report
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 2:14:41 PM(UTC-5)
Source App: Native Messages
Body:
Well some firms charge when they book , others when the report is ready depends on the client
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2020 2:16:43 PM(UTC-5)
Source App: Native Messages
Body:

Body:
And everyone here does the law firm work so they don't care what i do
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 1/27/2020 10:15:22 AM(UTC-5)
Source App: Native Messages
Body:
That too
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:15:34 AM(UTC-5)
Source App: Native Messages
Body:
We gonna have our best Jan ever and no one really cares
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 1/27/2020 10:15:51 AM(UTC-5)
Source App: Native Messages
Body:
How many are you gona hit this month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:16:31 AM(UTC-5)
Source App: Native Messages
Body:
We at 529
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:16:49 AM(UTC-5)
Source App: Native Messages
Body:
But we should be at 700+ we should be in different states
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 1/27/2020 10:17:08 AM(UTC-5)
Source App: Native Messages
Body:
Nice. You need to spread the love. I'll give you 300 bucks for an

account now
```
-----------------------------
```
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:17:25 AM(UTC-5)
Source App: Native Messages
Body:
Every time i mention competition they are like well McDonald's and Burger King
```
-----------------------------
```
From: +17187494732 MAMA🔮🏵 (owner)
Timestamp: 1/27/2020 10:17:28 AM(UTC-5)
Source App: Native Messages
Body:
Or more depending on the volume of the firm
```
-----------------------------
```
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:17:49 AM(UTC-5)
Source App: Native Messages
Body:
Weser and weser watchdog didn't make an Ime last week fire on the 7 train
```
-----------------------------
```
From: +17187494732 MAMA🔮🏵 (owner)
Timestamp: 1/27/2020 10:18:08 AM(UTC-5)
Source App: Native Messages
Body:
What is their volume kk they
```
-----------------------------
```
From: +17187494732 MAMA🔮🏵 (owner)
Timestamp: 1/27/2020 10:18:13 AM(UTC-5)
Source App: Native Messages
Body:
Monthly
```
-----------------------------
```
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:18:25 AM(UTC-5)
Source App: Native Messages
Body:
Speak to Rebecca 718-338-3000, 20 a month

------------------------------
From: +17187494732 MAMA😇💝 (owner)
Timestamp: 1/27/2020 10:18:41 AM(UTC-5)
Source App: Native Messages
Body:
Oh not bad. I'll call today check for a quick pay
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:29:58 AM(UTC-5)
Source App: Native Messages
Body:
Ok
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:30:30 AM(UTC-5)
Source App: Native Messages
Body:
You want a list of how disbursements are done in each state
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/27/2020 10:31:32 AM(UTC-5)
Source App: Native Messages
Body:
Could also call Boris linares 718-730 9496, they good for 30 a month
------------------------------
From: +17187494732 MAMA😇💝 (owner)
Timestamp: 1/27/2020 10:32:20 AM(UTC-5)
Source App: Native Messages
Body:
Nice. That would be 400 quick pay. Yes please send to my email
------------------------------
From: +17187494732 MAMA😇💝 (owner)
Timestamp: 1/28/2020 2:47:32 PM(UTC-5)
Source App: Native Messages
Body:
Who do I ask for at Boris
------------------------------
From: +13476652160 Liar Snake

Timestamp: 1/28/2020 2:47:51 PM(UTC-5)
Source App: Native Messages
Body:
Lily
------------------------------
From: +17187494732 MAMA🤱🫶 (owner)
Timestamp: 1/28/2020 2:48:18 PM(UTC-5)
Source App: Native Messages
Body:
I'm nervous. What did u do to fuck this one up so I can make the sale
------------------------------
From: +17187494732 MAMA🤱🫶 (owner)
Timestamp: 1/28/2020 2:52:32 PM(UTC-5)
Source App: Native Messages
Body:
Adam
------------------------------
From: +17187494732 MAMA🤱🫶 (owner)
Timestamp: 1/28/2020 2:52:44 PM(UTC-5)
Source App: Native Messages
Body:
I got voice mails
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/28/2020 2:52:49 PM(UTC-5)
Source App: Native Messages
Body:
They just don't want to pay with cc
------------------------------
From: +17187494732 MAMA🤱🫶 (owner)
Timestamp: 1/28/2020 2:53:04 PM(UTC-5)
Source App: Native Messages
Body:
Can u write me a banging email to sell them
------------------------------
From: +17187494732 MAMA🤱🫶 (owner)
Timestamp: 1/28/2020 2:53:10 PM(UTC-5)
Source App: Native Messages

Body:
Please for both
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 1/28/2020 2:53:21 PM(UTC-5)
Source App: Native Messages
Body:
Pleaseeee
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/28/2020 2:55:53 PM(UTC-5)
Source App: Native Messages
Body:
Ok will send you the sample draft
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/28/2020 2:59:24 PM(UTC-5)
Source App: Native Messages
Body:
Little later really swamped
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 1/28/2020 3:09:13 PM(UTC-5)
Source App: Native Messages
Body:
No now please I want to send them today
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/28/2020 3:09:39 PM(UTC-5)
Source App: Native Messages
Body:
In car but just as soon as I can
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/28/2020 3:29:51 PM(UTC-5)
Source App: Native Messages
Body:
Sent
------------------------------

Body:
Adam 🙎
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/31/2020 3:16:00 PM(UTC-5)
Source App: Native Messages
Body:
Yes
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 1/31/2020 3:17:54 PM(UTC-5)
Source App: Native Messages
Body:
Help me
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/31/2020 3:19:52 PM(UTC-5)
Source App: Native Messages
Body:
How
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 1/31/2020 3:22:58 PM(UTC-5)
Source App: Native Messages
Body:
You said u would help me grow this thing.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/31/2020 3:23:16 PM(UTC-5)
Source App: Native Messages
Body:
Ok ok let's meet next week
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 1/31/2020 3:26:42 PM(UTC-5)
Source App: Native Messages
Body:
Let's set a date in stone cus u always   cancel
------------------------------

There are lots of things that can be done to stream line things
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/3/2020 9:21:59 AM(UTC-5)
Source App: Native Messages
Body:
Let's talk about them on Thursday
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 9:22:05 AM(UTC-5)
Source App: Native Messages
Body:
Ok
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/3/2020 4:22:07 PM(UTC-5)
Source App: Native Messages
Body:
What is Robecca email
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:23:28 PM(UTC-5)
Source App: Native Messages
Body:
From where
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/3/2020 4:23:55 PM(UTC-5)
Source App: Native Messages
Body:
Boris linseed
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/3/2020 4:24:00 PM(UTC-5)
Source App: Native Messages
Body:
Linares
-----------------------------
From: +13476652160 Liar Snake

Timestamp: 2/3/2020 4:24:24 PM(UTC-5)
Source App: Native Messages
Body:
Lily
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:24:36 PM(UTC-5)
Source App: Native Messages
Body:
Lily@bhllaw.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:24:42 PM(UTC-5)
Source App: Native Messages
Body:
Just told her didn't have someone for tomorrow
------------------------------
From: +17187494732 MAMA😱🤍 (owner)
Timestamp: 2/3/2020 4:24:43 PM(UTC-5)
Source App: Native Messages
Body:
No the other o e
------------------------------
From: +17187494732 MAMA😱🤍 (owner)
Timestamp: 2/3/2020 4:24:51 PM(UTC-5)
Source App: Native Messages
Body:
No the other one
------------------------------
From: +17187494732 MAMA😱🤍 (owner)
Timestamp: 2/3/2020 4:24:56 PM(UTC-5)
Source App: Native Messages
Body:
Robecca
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:25:06 PM(UTC-5)
Source App: Native Messages
Body:

Weser and Weser
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/3/2020 4:25:15 PM(UTC-5)
Source App: Native Messages
Body:
Yes
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:25:30 PM(UTC-5)
Source App: Native Messages
Body:
rmitchell@weserandweser.com
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/3/2020 4:28:02 PM(UTC-5)
Source App: Native Messages
Body:
Ok. How much do they both pay
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:29:50 PM(UTC-5)
Source App: Native Messages
Body:
179
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/3/2020 4:33:09 PM(UTC-5)
Source App: Native Messages
Body:
I'm trying to make you some money
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2020 4:34:13 PM(UTC-5)
Source App: Native Messages
Body:
lol I'm doing fine we starting Feb with 266 imes
------------------------------
From: +17187494732 MAMA😇🤍 (owner)

55

Source App: Native Messages
Body:
Must be using guards
------------------------------
From: +17187494732 MAMA😈💜 (owner)
Timestamp: 2/10/2020 3:01:28 PM(UTC-5)
Source App: Native Messages
Body:
Who is the contact there
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/10/2020 3:02:57 PM(UTC-5)
Source App: Native Messages
Body:
Cynthia
------------------------------
From: +17187494732 MAMA😈💜 (owner)
Timestamp: 2/10/2020 3:06:01 PM(UTC-5)
Source App: Native Messages
Body:
 Called her. She said to email the parents Matt and Aaron. I sent it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/10/2020 3:08:46 PM(UTC-5)
Source App: Native Messages
Body:
Great
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/13/2020 5:13:26 PM(UTC-5)
Source App: Native Messages
Body:
Valentine's Day email lol ? Got one from law cash , guess why not

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/13/2020 5:13:38 PM(UTC-5)
Source App: Native Messages

Source App: Native Messages
Body:
Yes
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/14/2020 11:06:59 AM(UTC-5)
Source App: Native Messages
Body:
Kinda hot payroll to do.
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/14/2020 11:07:17 AM(UTC-5)
Source App: Native Messages
Body:
I need to finish so everyone gets paid
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/14/2020 11:07:35 AM(UTC-5)
Source App: Native Messages
Body:
Man if only someone would do everything for you and you could
just make big moves and count your money
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/14/2020 11:07:50 AM(UTC-5)
Source App: Native Messages
Body:
I'm working towards that
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/14/2020 11:08:12 AM(UTC-5)
Source App: Native Messages
Body:
Can I hire you. Can you do both
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 2/14/2020 11:08:20 AM(UTC-5)
Source App: Native Messages
Body:

No one has to known
------------------------------
From: +17187494732 MAMA😈💟 (owner)
Timestamp: 2/14/2020 11:08:34 AM(UTC-5)
Source App: Native Messages
Body:
You could make two salaries
------------------------------
From: +17187494732 MAMA😈💟 (owner)
Timestamp: 2/14/2020 11:08:45 AM(UTC-5)
Source App: Native Messages
Body:
Train Julia to help you and you could do it
------------------------------
From: +17187494732 MAMA😈💟 (owner)
Timestamp: 2/14/2020 11:08:53 AM(UTC-5)
Source App: Native Messages
Body:
I'll put you on salary
------------------------------
From: +17187494732 MAMA😈💟 (owner)
Timestamp: 2/14/2020 11:09:32 AM(UTC-5)
Source App: Native Messages
Body:
So that's a no
------------------------------
From: +17187494732 MAMA😈💟 (owner)
Timestamp: 2/14/2020 11:09:59 AM(UTC-5)
Source App: Native Messages
Body:
Part time
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/14/2020 11:10:03 AM(UTC-5)
Source App: Native Messages
Body:
Lol I dont think that would work
------------------------------
From: +17187494732 MAMA😈💟 (owner)

Timestamp: 2/19/2020 11:09:24 AM(UTC-5)
Source App: Native Messages
Body:
I owe you money
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/19/2020 11:09:49 AM(UTC-5)
Source App: Native Messages
Body:
I know , not gonna nag your on vacay ,
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
Timestamp: 2/19/2020 11:09:58 AM(UTC-5)
Source App: Native Messages
Body:
For Boris and Linares thanks
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/19/2020 11:10:07 AM(UTC-5)
Source App: Native Messages
Body:
And ginarte
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/19/2020 11:10:42 AM(UTC-5)
Source App: Native Messages
Body:
But we talk Friday , maybe you can make a real offer cause I'm
not really happy here , something was bothering me and dl just
brushed it off cause it's something she doesn't care about
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
Timestamp: 2/19/2020 11:11:18 AM(UTC-5)
Source App: Native Messages
Body:
Yes and ginarte
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
Timestamp: 2/19/2020 11:11:31 AM(UTC-5)

From: +13476652160 Liar Snake
Timestamp: 2/20/2020 12:48:36 PM(UTC-5)
Source App: Native Messages
Body:
For Lerner call Belinda 212-686-4655 /
bmercado@lawpartnersllp.com
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/20/2020 12:48:40 PM(UTC-5)
Source App: Native Messages
Body:
Lol ok
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/20/2020 12:48:56 PM(UTC-5)
Source App: Native Messages
Body:
Tomkiel tomkiel
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/20/2020 12:49:20 PM(UTC-5)
Source App: Native Messages
Body:
I'm always honest with the ones you refer. I owe you
Ginarte and Boris and Linares
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/20/2020 12:49:43 PM(UTC-5)
Source App: Native Messages
Body:
Was just checking lol
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/20/2020 12:49:53 PM(UTC-5)
Source App: Native Messages
Body:
Lol you didn't know any of these firms before me
-----------------------------
From: +13476652160 Liar Snake

Source App: Native Messages
Body:
I'm sorry
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 11:35:08 AM(UTC-5)
Source App: Native Messages
Body:
It's ok been running credit cards and reviewing reports since
7:30 this morning
------------------------------
From: +17187494732 MAMA🐵🐚 (owner)
Timestamp: 2/24/2020 11:35:43 AM(UTC-5)
Source App: Native Messages
Body:
Sell me an account today.
------------------------------
From: +17187494732 MAMA🐵🐚 (owner)
Timestamp: 2/24/2020 11:35:53 AM(UTC-5)
Source App: Native Messages
Body:
😀
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 11:39:41 AM(UTC-5)
Source App: Native Messages
Body:

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 11:39:41 AM(UTC-5)
Source App: Native Messages
Body:
For Wingate you have to talk to Kenneth Halperin
khalperin@wrslaw.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 2:25:09 PM(UTC-5)
Source App: Native Messages

No I didn't do any
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 2:31:02 PM(UTC-5)
Source App: Native Messages
Body:
Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 2:31:14 PM(UTC-5)
Source App: Native Messages
Body:
And you gonna pay me out Friday for those clients imes
------------------------------
From: +17187494732 MAMA🎀💞 (owner)
Timestamp: 2/24/2020 2:31:22 PM(UTC-5)
Source App: Native Messages
Body:
Of course
------------------------------
From: +17187494732 MAMA🎀💞 (owner)
Timestamp: 2/24/2020 2:31:28 PM(UTC-5)
Source App: Native Messages
Body:
I'm a woman of my word
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 2:33:03 PM(UTC-5)
Source App: Native Messages
Body:
Just waiting for this woman to be ready to double her biz
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 2:55:52 PM(UTC-5)
Source App: Native Messages
Body:
Lol some of these jobs have little tests so fun
------------------------------
From: +17187494732 MAMA🎀💞 (owner)

Body:
==They our biggest client==
-----------------------------
From: +17187494732 MAMA🧑💗 (owner)
Timestamp: 2/24/2020 3:13:03 PM(UTC-5)
Source App: Native Messages
Body:
==Bigger than Subin==
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 3:13:22 PM(UTC-5)
Source App: Native Messages
Body:
==yea and they pay full price==
-----------------------------
From: +17187494732 MAMA🧑💗 (owner)
Timestamp: 2/24/2020 3:29:58 PM(UTC-5)
Source App: Native Messages
Body:
==How many do they do==
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 3:32:53 PM(UTC-5)
Source App: Native Messages
Body:
==They do about 15k a month==
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/24/2020 4:29:16 PM(UTC-5)
Source App: Native Messages
Body:
You ever follow up with elaw for the banner on their site
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/25/2020 11:35:29 AM(UTC-5)
Source App: Native Messages
Body:
==Here's a firm you can have 12 imes a month , Rissoff law==
-----------------------------

63

From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 2/25/2020 11:35:48 AM(UTC-5)
Source App: Native Messages
Body:
Why what did they do to you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/25/2020 11:35:52 AM(UTC-5)
Source App: Native Messages
Body:
Annrissofflaw@gmail.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/25/2020 11:36:32 AM(UTC-5)
Source App: Native Messages
Body:
They have issues with paying they think they special and can use
a service and have a this sense of entitlement that they can pay
when they feel like it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/25/2020 11:46:57 AM(UTC-5)
Source App: Native Messages
Body:
I'm just gonna tell them next time we don't have anyone available

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/26/2020 2:00:46 PM(UTC-5)
Source App: Native Messages
Body:
Ginarte going to call you turned down an Ime for them tomorrow
lol
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 2/26/2020 2:09:50 PM(UTC-5)
Source App: Native Messages
Body:
Was it Gladys

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2020 12:24:45 PM(UTC-5)
Source App: Native Messages
Body:
```
When's payday ?
```
------------------------------
From: +17187494732 MAMA🙆🧿 (owner)
Timestamp: 2/28/2020 12:27:38 PM(UTC-5)
Source App: Native Messages
Body:
```
Tomorrow babe
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2020 12:29:48 PM(UTC-5)
Source App: Native Messages
Body:

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2020 12:29:48 PM(UTC-5)
Source App: Native Messages
Body:
Have an idea , how many of subins clients treat in queens ?
------------------------------
From: +17187494732 MAMA🙆🧿 (owner)
Timestamp: 2/28/2020 12:30:11 PM(UTC-5)
Source App: Native Messages
Body:
Many
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2020 12:31:08 PM(UTC-5)
Source App: Native Messages
Body:
Exactly you have serious clout , can bend people to your will .
Call this guy , you send him some of subins clients he helps get
you clients
------------------------------
```

From: +17187494732 MAMA🤳💝 (owner)
Timestamp: 2/28/2020 12:31:39 PM(UTC-5)
Source App: Native Messages
Body:
Interesting
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2020 12:32:41 PM(UTC-5)
Source App: Native Messages
Body:

-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/2/2020 10:58:33 AM(UTC-5)
Source App: Native Messages
Body:
Happy Monday
-----------------------------
From: +17187494732 MAMA🤳💝 (owner)
Timestamp: 3/2/2020 7:07:36 PM(UTC-5)
Source App: Native Messages
Body:
Hi Adam. Happy Monday. Sorry was so swamped today will send you a breakdown to your email and quick pay first thing tomorrow morning.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/2/2020 7:15:58 PM(UTC-5)
Source App: Native Messages
Body:
Thank you
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/3/2020 1:18:01 PM(UTC-5)
Source App: Native Messages
Body:
Looks like trumps gonna get to run against cranky old sleepy gropy joe
-----------------------------

Timestamp: 3/5/2020 11:37:53 AM(UTC-5)
Source App: Native Messages
Body:
You
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:38:13 AM(UTC-5)
Source App: Native Messages
Body:
So excited lol
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 3/5/2020 11:38:18 AM(UTC-5)
Source App: Native Messages
Body:
Haha
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 3/5/2020 11:38:29 AM(UTC-5)
Source App: Native Messages
Body:
So I owe you residual for who
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 3/5/2020 11:38:59 AM(UTC-5)
Source App: Native Messages
Body:
I have Ginarte and Boris Linares
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 3/5/2020 11:39:18 AM(UTC-5)
Source App: Native Messages
Body:
Anyone else
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:39:35 AM(UTC-5)
Source App: Native Messages
Body:

Idk you supposed to keep track but that sounds good
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:39:41 AM(UTC-5)
Source App: Native Messages
Body:
You work with alan Ripka ?
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 3/5/2020 11:39:46 AM(UTC-5)
Source App: Native Messages
Body:
I do
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 3/5/2020 11:40:10 AM(UTC-5)
Source App: Native Messages
Body:
But that I believe I paid you for
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:40:16 AM(UTC-5)
Source App: Native Messages
Body:
Probably
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 3/5/2020 11:40:34 AM(UTC-5)
Source App: Native Messages
Body:
I'll throw in something for ripka
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:40:49 AM(UTC-5)
Source App: Native Messages
Body:
Thank you 😭
------------------------------
From: +17187494732 MAMA😳🤍 (owner)

Body:
This is January
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 3/5/2020 11:42:37 AM(UTC-5)
Source App: Native Messages
Body:
I will add that
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 3/5/2020 11:43:03 AM(UTC-5)
Source App: Native Messages
Body:
How is your credit. Getting better
----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:43:08 AM(UTC-5)
Source App: Native Messages
Body:
<mark>Nice and i will keep turning them down</mark>
----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:43:35 AM(UTC-5)
Source App: Native Messages
Body:
Think core of the earth low
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 3/5/2020 11:43:50 AM(UTC-5)
Source App: Native Messages
Body:
Ah man
----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:43:57 AM(UTC-5)
Source App: Native Messages
Body:
I never missed a payment ever
----------------------------

From: +17187494732 MAMA☺♥ (owner)
Timestamp: 3/5/2020 11:44:35 AM(UTC-5)
Source App: Native Messages
Body:
So I have 13 total imes @ 10 dollars each that is 130 and I'll give u 100 for Ripka
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:44:58 AM(UTC-5)
Source App: Native Messages
Body:
Outstanding , i will get that up to a grand a month quick
------------------------------
From: +17187494732 MAMA☺♥ (owner)
Timestamp: 3/5/2020 11:45:33 AM(UTC-5)
Source App: Native Messages
Body:
Please be my guest. Sending qp now.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:46:10 AM(UTC-5)
Source App: Native Messages
Body:
Waiting on Parker waichman to send me cc for another 100 and 100 per Ime if you could beat that they probably go to you
------------------------------
From: +17187494732 MAMA☺♥ (owner)
Timestamp: 3/5/2020 11:47:32 AM(UTC-5)
Source App: Native Messages
Body:
Raise their prices and I will give them 100 per ime
------------------------------
From: +17187494732 MAMA☺♥ (owner)
Timestamp: 3/5/2020 11:47:57 AM(UTC-5)
Source App: Native Messages
Body:
That will be an extra 500 a month for you ongoing
------------------------------
From: +13476652160 Liar Snake

Timestamp: 3/5/2020 11:48:17 AM(UTC-5)
Source App: Native Messages
Body:
Ah I like ok , will tell them we can't do it for less then 110
-----------------------------
From: +17187494732 MAMA🔆🦪 (owner)
Timestamp: 3/5/2020 11:48:32 AM(UTC-5)
Source App: Native Messages
Body:
Sounds good
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 11:50:50 AM(UTC-5)
Source App: Native Messages
Body:
Tomorrow will send you another list to follow up on
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 12:07:11 PM(UTC-5)
Source App: Native Messages
Body:
🎊
-----------------------------
From: +17187494732 MAMA🔆🦪 (owner)
Timestamp: 3/5/2020 12:07:31 PM(UTC-5)
Source App: Native Messages
Body:
What's that for
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/5/2020 12:07:41 PM(UTC-5)
Source App: Native Messages
Body:
Checked bank
-----------------------------
From: +17187494732 MAMA🔆🦪 (owner)
Timestamp: 3/5/2020 12:07:50 PM(UTC-5)
Source App: Native Messages
Body:

😵

--------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 3/5/2020 12:07:54 PM(UTC-5)
Source App: Native Messages
Body:
You crazy
--------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/6/2020 9:10:34 AM(UTC-5)
Source App: Native Messages
Body:
You call parker waichman they didn't even reply to my we raising the price email
--------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/6/2020 9:10:43 AM(UTC-5)
Source App: Native Messages
Body:
They rip for poaching
--------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 3/6/2020 9:13:30 AM(UTC-5)
Source App: Native Messages
Body:
Not yet. Didn't want it to seem obvious. Gona send them an email now. Want help me write it. Send me a draft, something like. Just wanna follow up. We are very interested in working with you. The Following prices are available for your firm. Etc.... or write something better
--------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/6/2020 9:15:48 AM(UTC-5)
Source App: Native Messages
Body:
Can't internet down at this dump lol
--------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/12/2020 4:16:51 PM(UTC-4)

From: +13476652160 Liar Snake
Timestamp: 3/12/2020 4:22:57 PM(UTC-4)
Source App: Native Messages
Body:
We couldn't find him all day yesterday and police fucking
assholes
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/12/2020 4:23:02 PM(UTC-4)
Source App: Native Messages
Body:
I will
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/12/2020 4:23:22 PM(UTC-4)
Source App: Native Messages
Body:
Turned down two Boris linares ones that came up they all yours
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/12/2020 4:23:39 PM(UTC-4)
Source App: Native Messages
Body:
Working from home so tomorrow can figure out more for you to
poach
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/15/2020 3:16:21 PM(UTC-4)
Source App: Native Messages
Body:
Who does the funding for subin? When the clients want $ before
their case is over or if they need surgical funding ?
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 3/15/2020 4:21:08 PM(UTC-4)
Source App: Native Messages
Body:
I'm not sure exactly who does it but I know they have someone
------------------------------

Timestamp: 3/28/2020 1:18:18 PM(UTC-4)
Source App: Native Messages
Body:
You try and get tested
------------------------------
From: +17187494732 MAMA😷🤍 (owner)
Timestamp: 3/28/2020 1:29:11 PM(UTC-4)
Source App: Native Messages
Body:
No. I haven't left my house
------------------------------
From: +17187494732 MAMA😷🤍 (owner)
Timestamp: 3/28/2020 1:29:14 PM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/30/2020 4:20:45 PM(UTC-4)
Source App: Native Messages
Body:
==any of my horses gonna pay off this month ?==
------------------------------
From: +17187494732 MAMA😷🤍 (owner)
Timestamp: 3/30/2020 4:21:16 PM(UTC-4)
Source App: Native Messages
Body:
Hahah no babe I got nothing
------------------------------
From: +17187494732 MAMA😷🤍 (owner)
Timestamp: 3/30/2020 4:21:24 PM(UTC-4)
Source App: Native Messages
Body:
This whole month has been shit
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/30/2020 4:21:45 PM(UTC-4)
Source App: Native Messages
Body:

74

```
-------------------------------
From: +17187494732 MAMA😺🧡 (owner)
Timestamp: 4/24/2020 2:24:01 PM(UTC-4)
Source App: Native Messages
Body:
Who did he fire. I've been grieving. Not really watching anything

-------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/24/2020 2:25:31 PM(UTC-4)
Source App: Native Messages
Body:
He fired the person on the national security council who handles
pandemics , he fired people at the cdc and cut their funding
-------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/24/2020 2:25:38 PM(UTC-4)
Source App: Native Messages
Body:
https://www.kff.org/news-summary/reuters-examines-changes-to-cdc-
nsc-epidemiology-pandemic-response-staff-under-trump-administrati
on/
-------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/24/2020 2:30:06 PM(UTC-4)
Source App: Native Messages
Body:
Some states still not doing anything some reopening
-------------------------------
From: +17187494732 MAMA😺🧡 (owner)
Timestamp: 5/7/2020 10:45:55 AM(UTC-4)
Source App: Native Messages
Body:
Hi Adam.  Can u send me a Daniel wolstein report please
-------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/7/2020 10:47:13 AM(UTC-4)
Source App: Native Messages
Body:
```

Body:
Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/17/2020 5:46:11 PM(UTC-4)
Source App: Native Messages
Body:
I know what can you do
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/17/2020 5:46:43 PM(UTC-4)
Source App: Native Messages
Body:
Toughest choice today was two rib eyes or two t bones , can't
complain lol
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/17/2020 5:47:11 PM(UTC-4)
Source App: Native Messages
Body:
Hahaha
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/17/2020 5:47:18 PM(UTC-4)
Source App: Native Messages
Body:
Real tough
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/17/2020 5:47:35 PM(UTC-4)
Source App: Native Messages
Body:
Why not one of each , they had a reason
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/5/2020 10:52:24 AM(UTC-4)
Source App: Native Messages
Body:
Things starting to tick up ,  any of my referrals paying off

From: +13476652160 Liar Snake
Timestamp: 6/24/2020 3:01:59 PM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 6/24/2020 3:02:28 PM(UTC-4)
Source App: Native Messages
Body:
Give me an account
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/24/2020 3:02:41 PM(UTC-4)
Source App: Native Messages
Body:
Going down with the ship I see , lol we are a total embarrassment
to the world
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 6/24/2020 3:02:45 PM(UTC-4)
Source App: Native Messages
Body:
Someone u hate to deal with
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/24/2020 3:03:07 PM(UTC-4)
Source App: Native Messages
Body:
Lol let me think
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 6/24/2020 3:03:11 PM(UTC-4)
Source App: Native Messages
Body:
I love talking politics with u
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 6/24/2020 3:03:36 PM(UTC-4)

Timestamp: 6/24/2020 3:18:33 PM(UTC-4)
Source App: Native Messages
Body:
 te
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/24/2020 3:18:53 PM(UTC-4)
Source App: Native Messages
Body:
I will
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/24/2020 3:18:58 PM(UTC-4)
Source App: Native Messages
Body:
From my new office
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/24/2020 3:19:06 PM(UTC-4)
Source App: Native Messages
Body:
Nothing still from the other ponies
------------------------------
From: +17187494732 MAMA😡🧡 (owner)
Timestamp: 6/24/2020 3:24:03 PM(UTC-4)
Source App: Native Messages
Body:
I found a great place in Lake Harmony on Airbnb. Check it out:
------------------------------
From: +17187494732 MAMA😡🧡 (owner)
Timestamp: 6/24/2020 3:24:05 PM(UTC-4)
Source App: Native Messages
Body:
https://abnb.me/H9uym3tpA7
------------------------------
From: +17187494732 MAMA😡🧡 (owner)
Timestamp: 6/24/2020 3:24:24 PM(UTC-4)
Source App: Native Messages
Body:

From: +13476652160 Liar Snake
Timestamp: 6/25/2020 8:21:21 AM(UTC-4)
Source App: Native Messages
Body:
Read a history book
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/25/2020 8:21:35 AM(UTC-4)
Source App: Native Messages
Body:
Fdr hated
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/25/2020 8:22:19 AM(UTC-4)
Source App: Native Messages
Body:
Read these truths
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 6/25/2020 8:23:51 AM(UTC-4)
Source App: Native Messages
Body:

------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/25/2020 8:26:05 AM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/1/2020 3:57:30 PM(UTC-4)
Source App: Native Messages
Body:
Where is my account
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 3:57:48 PM(UTC-4)
Source App: Native Messages

Body:
Idk where my money lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 3:58:08 PM(UTC-4)
Source App: Native Messages
Body:
Wait do have one
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 7/1/2020 3:59:02 PM(UTC-4)
Source App: Native Messages
Body:
Thank you. I need it. Il pay as soon as they start booking
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 7/1/2020 3:59:12 PM(UTC-4)
Source App: Native Messages
Body:
I always pay
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 3:59:23 PM(UTC-4)
Source App: Native Messages
Body:
Salenger , Sack, Kimmel & Bavaro
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 7/1/2020 3:59:33 PM(UTC-4)
Source App: Native Messages
Body:
Ok who is the contact
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 3:59:34 PM(UTC-4)
Source App: Native Messages
Body:
Deirdre Terry is the contact
------------------------------

From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/1/2020 3:59:48 PM(UTC-4)
Source App: Native Messages
Body:
And why do you want to get rid of them. Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:00:07 PM(UTC-4)
Source App: Native Messages
Body:
516-677-0100/ dterry@sskblaw.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:00:23 PM(UTC-4)
Source App: Native Messages
Body:
They email the day before and pay a discount
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/1/2020 4:02:02 PM(UTC-4)
Source App: Native Messages
Body:
How much of a discount
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/1/2020 4:02:22 PM(UTC-4)
Source App: Native Messages
Body:
When am I gona get Parker Waichman. Name your price I got you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:02:55 PM(UTC-4)
Source App: Native Messages
Body:
They pay 95
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/1/2020 4:02:59 PM(UTC-4)
Source App: Native Messages

Body:
I will give you half in advance and half after they start booking

------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:03:12 PM(UTC-4)
Source App: Native Messages
Body:
Been swamped this week already have 172 scheduled for July
------------------------------
From: +17187494732 MAMA👹🖤 (owner)
Timestamp: 7/1/2020 4:03:43 PM(UTC-4)
Source App: Native Messages
Body:
Now many a month does the account you gave me do
------------------------------
From: +17187494732 MAMA👹🖤 (owner)
Timestamp: 7/1/2020 4:04:18 PM(UTC-4)
Source App: Native Messages
Body:
And who pays 95
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:04:33 PM(UTC-4)
Source App: Native Messages
Body:
Salenger
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:04:38 PM(UTC-4)
Source App: Native Messages
Body:
Parker pays 100
------------------------------
From: +17187494732 MAMA👹🖤 (owner)
Timestamp: 7/1/2020 4:04:53 PM(UTC-4)
Source App: Native Messages
Body:
How many a month does Salenger do a month

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:05:08 PM(UTC-4)
Source App: Native Messages
Body:
```
About 35
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:05:26 PM(UTC-4)
Source App: Native Messages
Body:
```
Will come up with a list by tomorrow Thursday's are usually
little slower
```
------------------------------
From: +17187494732 MAMA😭🤍 (owner)
Timestamp: 7/1/2020 4:05:33 PM(UTC-4)
Source App: Native Messages
Body:
```
What do I tell them to get them to switch
```
------------------------------
From: +17187494732 MAMA😭🤍 (owner)
Timestamp: 7/1/2020 4:05:41 PM(UTC-4)
Source App: Native Messages
Body:
That Adam is a Democrat
------------------------------
From: +17187494732 MAMA😭🤍 (owner)
Timestamp: 7/1/2020 4:05:45 PM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA😭🤍 (owner)
Timestamp: 7/1/2020 4:09:27 PM(UTC-4)
Source App: Native Messages
Body:
Adam
------------------------------
From: +17187494732 MAMA😭🤍 (owner)
```

Do they book on the site. Or email
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:13:13 PM(UTC-4)
Source App: Native Messages
Body:
Email
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:13:27 PM(UTC-4)
Source App: Native Messages
Body:
Send out a mass email for the 4th of July
-----------------------------
From: +17187494732 MAMA🏵️💮 (owner)
Timestamp: 7/1/2020 4:13:46 PM(UTC-4)
Source App: Native Messages
Body:
What about Parker Waichman. Name your price
-----------------------------
From: +17187494732 MAMA🏵️💮 (owner)
Timestamp: 7/1/2020 4:13:57 PM(UTC-4)
Source App: Native Messages
Body:
Seriously name your price
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:14:17 PM(UTC-4)
Source App: Native Messages
Body:
Just be faster next time
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:14:25 PM(UTC-4)
Source App: Native Messages
Body:
Make them ready to switch
-----------------------------
From: +13476652160 Liar Snake

Timestamp: 7/1/2020 4:14:35 PM(UTC-4)
Source App: Native Messages
Body:
And then I can just ignore them
-----------------------------
From: +17187494732 MAMA👩🦰 (owner)
Timestamp: 7/1/2020 4:14:43 PM(UTC-4)
Source App: Native Messages
Body:
We were done and closed the deal. Then your home girl called
-----------------------------
From: +17187494732 MAMA👩🦰 (owner)
Timestamp: 7/1/2020 4:15:03 PM(UTC-4)
Source App: Native Messages
Body:
What do you mean faster
-----------------------------
From: +17187494732 MAMA👩🦰 (owner)
Timestamp: 7/1/2020 4:15:43 PM(UTC-4)
Source App: Native Messages
Body:
Ignore them fuck up a few times and when they switch I will pay you big
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:15:59 PM(UTC-4)
Source App: Native Messages
Body:
Sounds good
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:16:17 PM(UTC-4)
Source App: Native Messages
Body:
Will have some more immediate clients for you tomorrow
-----------------------------
From: +17187494732 MAMA👩🦰 (owner)
Timestamp: 7/1/2020 4:16:28 PM(UTC-4)
Source App: Native Messages

Body:
Yes baby. Make that money
----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:17:05 PM(UTC-4)
Source App: Native Messages
Body:
Got 7 new firms since this pandemic started
----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 7/1/2020 4:17:27 PM(UTC-4)
Source App: Native Messages
Body:
Wow good for you. Give me some the old farts
----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:19:28 PM(UTC-4)
Source App: Native Messages
Body:
Lol will do
----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 7/1/2020 4:54:06 PM(UTC-4)
Source App: Native Messages
Body:
Why you messing with me Adam b
----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:54:16 PM(UTC-4)
Source App: Native Messages
Body:
?
----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 7/1/2020 4:54:36 PM(UTC-4)
Source App: Native Messages
Body:
I called Deirdre and she said she loves you and doesn't want to changes

```
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 7/1/2020 4:54:54 PM(UTC-4)
Source App: Native Messages
Body:
Now what
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:55:15 PM(UTC-4)
Source App: Native Messages
Body:
Be less lovable I guess
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 7/1/2020 4:55:16 PM(UTC-4)
Source App: Native Messages
Body:
```
She said if anything changes she will give me a call. You messing with me
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:55:22 PM(UTC-4)
Source App: Native Messages
Body:
```
I cant help it I'm so adorable
```
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 7/1/2020 4:55:33 PM(UTC-4)
Source App: Native Messages
Body:
```
That doesn't help your pocket
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 4:56:00 PM(UTC-4)
Source App: Native Messages
Body:
Goldman said 1 trillion could be saved if people wear masks
------------------------------
From: +13476652160 Liar Snake
```

From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 7/1/2020 5:31:03 PM(UTC-4)
Source App: Native Messages
Body:
I wanna see if I can afford you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:31:27 PM(UTC-4)
Source App: Native Messages
Body:
Lol , I get others things , the car , phone , health ins
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 7/1/2020 5:31:45 PM(UTC-4)
Source App: Native Messages
Body:
What if I paid you a small salary for just marketing.
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 7/1/2020 5:31:47 PM(UTC-4)
Source App: Native Messages
Body:
Weekly.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:31:55 PM(UTC-4)
Source App: Native Messages
Body:
2570
------------------------------
From: +17187494732 MAMA🎀🐚 (owner)
Timestamp: 7/1/2020 5:31:55 PM(UTC-4)
Source App: Native Messages
Body:
Like face book Instagram
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:32:13 PM(UTC-4)
Source App: Native Messages

Source App: Native Messages
Body:
Ok starting tomorrow. I will gather all the info. You would also have to do things On your own. Tomorrow let's iron out all the details including salary.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:36:57 PM(UTC-4)
Source App: Native Messages
Body:
Works for me
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 7/1/2020 5:37:02 PM(UTC-4)
Source App: Native Messages
Body:
Sounds good.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:37:09 PM(UTC-4)
Source App: Native Messages
Body:
Lol BLM email
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 7/1/2020 5:40:11 PM(UTC-4)
Source App: Native Messages
Body:
Chat tomorrow. Whatever will get me accounts do it. Let's keep it clean. I know other people looking for a marketing person. I can recommend you. You cAn start your own
Business On the side. Please don't sabotage me or hurt my business. This is not personal. This is a way for you to make extra money and for me to grow my business please keep it clean
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:40:27 PM(UTC-4)
Source App: Native Messages
Body:

```
I wouldn't
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/1/2020 5:40:39 PM(UTC-4)
Source App: Native Messages
Body:
Ok great. Can't wait to talk tomorrow
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/1/2020 5:49:59 PM(UTC-4)
Source App: Native Messages
Body:
Adam.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:50:42 PM(UTC-4)
Source App: Native Messages
Body:
Yes
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/1/2020 5:51:05 PM(UTC-4)
Source App: Native Messages
Body:
Send me a proposal of what you are going to do for me how many
hours you will dedicate. How much you predict I will grow and how
much you are going to charge
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:51:18 PM(UTC-4)
Source App: Native Messages
Body:
Lol k
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/1/2020 5:52:04 PM(UTC-4)
Source App: Native Messages
Body:
This way I can go over it tonight and tomorrow we can move
```

From: +13476652160 Liar Snake
Timestamp: 7/1/2020 5:54:56 PM(UTC-4)
Source App: Native Messages
Body:
Lol she pays me to market
-----------------------------
From: +17187494732 MAMA🐷💟 (owner)
Timestamp: 7/2/2020 7:38:08 AM(UTC-4)
Source App: Native Messages
Body:
GM. You didn't send me a proposal
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 7:44:18 AM(UTC-4)
Source App: Native Messages
Body:
I said i wasn't
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 7:44:23 AM(UTC-4)
Source App: Native Messages
Body:
Cause i was busy all day
-----------------------------
From: +17187494732 MAMA🐷💟 (owner)
Timestamp: 7/2/2020 7:45:10 AM(UTC-4)
Source App: Native Messages
Body:
Oh ok. Maybe today. I am very serious about hiring you for
marketing
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 7:45:12 AM(UTC-4)
Source App: Native Messages
Body:
250 a week will do your marketing
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 7:45:33 AM(UTC-4)

Source App: Native Messages
Body:
I'm not giving a plan I gave you enough lol
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 7/2/2020 7:45:33 AM(UTC-4)
Source App: Native Messages
Body:
I need to know what is going to be done
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 7/2/2020 7:45:51 AM(UTC-4)
Source App: Native Messages
Body:
Not a plan
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 7:46:10 AM(UTC-4)
Source App: Native Messages
Body:
Emails and fb , etc and leads on poachable clients
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 7/2/2020 7:46:11 AM(UTC-4)
Source App: Native Messages
Body:
I need a list of what marketing entails
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 7/2/2020 7:46:31 AM(UTC-4)
Source App: Native Messages
Body:
We have to list it out so we don't disagree later.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 7:46:40 AM(UTC-4)
Source App: Native Messages
Body:
Sending out emails says use you

FB
Instagram
Constant Contact
Growing list of attorneys
Etc. And the amount of hours you will dedicate a week
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 8:03:44 AM(UTC-4)
Source App: Native Messages
Body:
I'm serious a plan wouldn't change that
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2020 8:16:38 AM(UTC-4)
Source App: Native Messages
Body:
Lol back to the work I'm already paid for without having to explain what I'm doing
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/2/2020 8:17:32 AM(UTC-4)
Source App: Native Messages
Body:
400 paid semi monthly on the 15th and the 1st through qp. I will give it a shot blind. I would appreciate if I knew what I was paying for. I will give u access to my social media and constant contact. That's all I have
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/2/2020 8:18:08 AM(UTC-4)
Source App: Native Messages
Body:
Fb Instagram and cc. Everything else you are responsible for starting and giving me the user is and paws
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/2/2020 8:18:29 AM(UTC-4)
Source App: Native Messages
Body:

Timestamp: 7/16/2020 2:10:09 PM(UTC-4)
Source App: Native Messages
Body:
Yes something like that
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/16/2020 2:10:24 PM(UTC-4)
Source App: Native Messages
Body:
K
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/16/2020 2:10:48 PM(UTC-4)
Source App: Native Messages
Body:
I don't like the contacts. They are mostly in jersey
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/16/2020 2:10:59 PM(UTC-4)
Source App: Native Messages
Body:
I'm gona add to the list
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/16/2020 2:11:04 PM(UTC-4)
Source App: Native Messages
Body:
K
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 7/22/2020 11:03:13 AM(UTC-4)
Source App: Native Messages
Body:
Hey Adam. Are our notes privileged? If so is there a cite for a case that we can provide to a defense counsel.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/22/2020 11:03:31 AM(UTC-4)
Source App: Native Messages

Source App: Native Messages
Body:
Monday fine
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 8/14/2020 1:51:14 PM(UTC-4)
Source App: Native Messages
Body:
Enjoy your weekend
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 8/14/2020 1:51:27 PM(UTC-4)
Source App: Native Messages
Body:
You too
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 8/15/2020 10:10:59 AM(UTC-4)
Source App: Native Messages
Body:
Hi Adam. Happy Saturday, if an Atty wanted a video and a report, what would you charge
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 8/15/2020 11:43:40 AM(UTC-4)
Source App: Native Messages
Body:
Same it rarely happens and you want their biz
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 8/16/2020 7:25:10 PM(UTC-4)
Source App: Native Messages
Body:
Is tomorrow horrible or is it just me
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 8/16/2020 7:25:24 PM(UTC-4)
Source App: Native Messages
Body:

Body:
Don't forget emails for the Jewish holidays , shoot me a text
when you put the money in
----------------------------
From: +17187494732 MAMA🧿💙 (owner)
Timestamp: 9/15/2020 1:27:18 PM(UTC-4)
Source App: Native Messages
Body:
You will remind me right
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/15/2020 1:30:02 PM(UTC-4)
Source App: Native Messages
Body:
lol yeah Friday is rosh hashanah
----------------------------
From: +17187494732 MAMA🧿💙 (owner)
Timestamp: 9/17/2020 11:48:11 AM(UTC-4)
Source App: Native Messages
Body:
Give me an account please
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/17/2020 11:49:27 AM(UTC-4)
Source App: Native Messages
Body:
Ok
----------------------------
From: +17187494732 MAMA🧿💙 (owner)
Timestamp: 9/18/2020 5:08:32 PM(UTC-4)
Source App: Native Messages
Body:
Hi Adam. Do you have case law saying clients allowed to have
legal representation for liability and worker's compensation.
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/18/2020 5:09:01 PM(UTC-4)
Source App: Native Messages
Body:

Haha yea how many times can send you same stuff
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/18/2020 5:09:12 PM(UTC-4)
Source App: Native Messages
Body:
And for workers comp they can take video
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/24/2020 3:26:22 PM(UTC-4)
Source App: Native Messages
Body:
Adam.
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/24/2020 3:26:38 PM(UTC-4)
Source App: Native Messages
Body:
What is the cheapest package you offer.
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/24/2020 3:27:05 PM(UTC-4)
Source App: Native Messages
Body:
How much do you charge for like 20 imes
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 3:27:21 PM(UTC-4)
Source App: Native Messages
Body:
2400
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 9/24/2020 3:27:43 PM(UTC-4)
Source App: Native Messages
Body:
How do you charge for the extra time for tho
------------------------------
From: +13476652160 Liar Snake

```
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/24/2020 4:04:12 PM(UTC-4)
Source App: Native Messages
Body:
Neither do you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 4:04:40 PM(UTC-4)
Source App: Native Messages
Body:
I know
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 4:04:55 PM(UTC-4)
Source App: Native Messages
Body:
But I  get to work from home now so it's little better
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/24/2020 4:05:32 PM(UTC-4)
Source App: Native Messages
Body:
I guess
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/24/2020 4:05:42 PM(UTC-4)
Source App: Native Messages
Body:
Give me an account you hate
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 4:07:58 PM(UTC-4)
Source App: Native Messages
Body:
Will see what I  can think of
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/24/2020 4:08:15 PM(UTC-4)
```

Source App: Native Messages
Body:
I'll pay you
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 4:09:28 PM(UTC-4)
Source App: Native Messages
Body:
Obviously it's not that easy you have all the clients that we
emailed 15 times
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 4:09:34 PM(UTC-4)
Source App: Native Messages
Body:
Did anyone call or email back
-----------------------------
From: +17187494732 MAMA🎀💖 (owner)
Timestamp: 9/24/2020 4:09:49 PM(UTC-4)
Source App: Native Messages
Body:
Nope
-----------------------------
From: +17187494732 MAMA🎀💖 (owner)
Timestamp: 9/24/2020 4:10:08 PM(UTC-4)
Source App: Native Messages
Body:
Not one that's why I furloughed u
-----------------------------
From: +17187494732 MAMA🎀💖 (owner)
Timestamp: 9/24/2020 4:10:15 PM(UTC-4)
Source App: Native Messages
Body:
Lol
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/24/2020 4:10:18 PM(UTC-4)
Source App: Native Messages
Body:

Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/28/2020 9:43:59 AM(UTC-4)
Source App: Native Messages
Body:
Have you called wingate , just give them a better rate
------------------------------
From: +17187494732 MAMA😡💗 (owner)
Timestamp: 9/28/2020 9:47:57 AM(UTC-4)
Source App: Native Messages
Body:
What do they pay mown
------------------------------
From: +17187494732 MAMA😡💗 (owner)
Timestamp: 9/28/2020 9:48:02 AM(UTC-4)
Source App: Native Messages
Body:
Now
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/28/2020 10:00:19 AM(UTC-4)
Source App: Native Messages
Body:
179
------------------------------
From: +17187494732 MAMA😡💗 (owner)
Timestamp: 9/28/2020 10:00:36 AM(UTC-4)
Source App: Native Messages
Body:
Should I speak to Joyce
------------------------------
From: +17187494732 MAMA😡💗 (owner)
Timestamp: 9/28/2020 10:00:45 AM(UTC-4)
Source App: Native Messages
Body:
You want to rid of them
------------------------------
From: +13476652160 Liar Snake

Timestamp: 9/28/2020 10:03:45 AM(UTC-4)
Source App: Native Messages
Body:
You should befriend Steve Halperin
------------------------------
From: +17187494732 MAMA👸🏻🤍 (owner)
Timestamp: 9/28/2020 10:04:13 AM(UTC-4)
Source App: Native Messages
Body:
That's Kenneth Halperin brother
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/28/2020 10:04:34 AM(UTC-4)
Source App: Native Messages
Body:
Sorry Ken
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/28/2020 10:04:37 AM(UTC-4)
Source App: Native Messages
Body:
Your right
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/28/2020 10:04:48 AM(UTC-4)
Source App: Native Messages
Body:
There's another Steve Halperin
------------------------------
From: +17187494732 MAMA👸🏻🤍 (owner)
Timestamp: 9/30/2020 9:07:18 AM(UTC-4)
Source App: Native Messages
Body:
I've been nothing but transparent and nice to you. You ask me to
go after an account that you know DL has a relationship with the
partner. I know you know this. That was just mean but now I'm
getting to know you
------------------------------
From: +17187494732 MAMA👸🏻🤍 (owner)

Timestamp: 10/27/2020 1:54:46 PM(UTC-4)
Source App: Native Messages
Body:
Adam
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/27/2020 1:58:24 PM(UTC-4)
Source App: Native Messages
Body:
Hahahahahaha
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/27/2020 1:58:36 PM(UTC-4)
Source App: Native Messages
Body:
Cause he's gonna cheat like the shameless jerk he is
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 10/27/2020 1:59:17 PM(UTC-4)
Source App: Native Messages
Body:
Tell me how to build a list Adam. Being a good person is karma
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 10/27/2020 1:59:24 PM(UTC-4)
Source App: Native Messages
Body:
And so is being a jerk
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/27/2020 2:02:47 PM(UTC-4)
Source App: Native Messages
Body:
You can Google top firms nyc and look who has emails listed or
call and be like my boss wanted me to email him but it's bouncing
back can you help please , I  got a lawyer to refer me two
clients because he was so happy I  didn't bill for a doc being a
jerk and saying too busy to do the exam
------------------------------

102

From: +13476652160 Liar Snake
Timestamp: 10/28/2020 2:47:40 PM(UTC-4)
Source App: Native Messages
Body:
Ginarte doesn't use you anymore ?
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/28/2020 3:25:44 PM(UTC-4)
Source App: Native Messages
Body:
They do
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:27:27 PM(UTC-4)
Source App: Native Messages
Body:
And my commission for the referral ?
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/28/2020 3:27:56 PM(UTC-4)
Source App: Native Messages
Body:
They do like 4 or 5 week not much
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/28/2020 3:28:06 PM(UTC-4)
Source App: Native Messages
Body:
They send their own people
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:28:22 PM(UTC-4)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 10/28/2020 3:28:38 PM(UTC-4)
Source App: Native Messages

103

Body:
I'll send you something for them on the first
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:28:58 PM(UTC-4)
Source App: Native Messages
Body:
Thank you lol 4 or 5 a week for a month is not too bad
------------------------------
From: +17187494732 MAMA👩🤝 (owner)
Timestamp: 10/28/2020 3:29:16 PM(UTC-4)
Source App: Native Messages
Body:
It's ok. I thought they would do more
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:29:42 PM(UTC-4)
Source App: Native Messages
Body:
Also we got 50 new firms , how did you not get any with all the emails ? No replies , no calls , when they call what do you say
------------------------------
From: +17187494732 MAMA👩🤝 (owner)
Timestamp: 10/28/2020 3:30:18 PM(UTC-4)
Source App: Native Messages
Body:
They don't call
------------------------------
From: +17187494732 MAMA👩🤝 (owner)
Timestamp: 10/28/2020 3:30:22 PM(UTC-4)
Source App: Native Messages
Body:
They don't email
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:30:41 PM(UTC-4)
Source App: Native Messages
Body:
That's wild some people email back just fuck off

Body:
Oh no if only
-----------------------------
From: +17187494732 MAMA👲🦋 (owner)
Timestamp: 10/28/2020 3:40:54 PM(UTC-4)
Source App: Native Messages
Body:
I could swear you told me that
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:41:45 PM(UTC-4)
Source App: Native Messages
Body:
We tried but it was not practical
-----------------------------
From: +17187494732 MAMA👲🦋 (owner)
Timestamp: 10/28/2020 3:42:33 PM(UTC-4)
Source App: Native Messages
Body:
Any of your Attny's got slow.
-----------------------------
From: +17187494732 MAMA👲🦋 (owner)
Timestamp: 10/28/2020 3:42:55 PM(UTC-4)
Source App: Native Messages
Body:
It feels like some were bigger before the pandemic
-----------------------------
From: +17187494732 MAMA👲🦋 (owner)
Timestamp: 10/28/2020 3:43:57 PM(UTC-4)
Source App: Native Messages
Body:
Send me the attys that do last minute. Come On Adam. If you
helped me out it won't put a dent in watchdog. And you know I am
willing to pay for them
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:45:13 PM(UTC-4)
Source App: Native Messages
Body:

They def doing a lot of telecommuting now
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:45:29 PM(UTC-4)
Source App: Native Messages
Body:
Will work on something by Friday
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 10/28/2020 3:45:48 PM(UTC-4)
Source App: Native Messages
Body:
You promise
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 10/28/2020 3:46:06 PM(UTC-4)
Source App: Native Messages
Body:
A good account that is at least 10-15 imes a month
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 10/28/2020 3:46:15 PM(UTC-4)
Source App: Native Messages
Body:
Or more
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:47:53 PM(UTC-4)
Source App: Native Messages
Body:
Go for douglas fanning , 516-942-3600
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:48:20 PM(UTC-4)
Source App: Native Messages
Body:
Costas eliades 212-947-7077
------------------------------
From: +13476652160 Liar Snake

Timestamp: 10/28/2020 3:49:01 PM(UTC-4)
Source App: Native Messages
Body:
Sanocki Newman and Turret 212-962-1190
----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 10/28/2020 3:49:34 PM(UTC-4)
Source App: Native Messages
Body:
Ok. So what is the selling point. Give them cheaper prices
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:50:03 PM(UTC-4)
Source App: Native Messages
Body:
Yeah say for new clients we do 149 that was our old price
----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 10/28/2020 3:50:25 PM(UTC-4)
Source App: Native Messages
Body:
So they pay full price now
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:51:47 PM(UTC-4)
Source App: Native Messages
Body:
Yeah
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:52:28 PM(UTC-4)
Source App: Native Messages
Body:
Tell them you can do a 20 pack for 2400 and they will only regret
not getting more or using you sooner
----------------------------
From: +17187494732 MAMA👩🏻🤍 (owner)
Timestamp: 10/28/2020 3:55:26 PM(UTC-4)
Source App: Native Messages

Body:
Ok I will try first thing tomorrow and let you know how it goes
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2020 3:55:56 PM(UTC-4)
Source App: Native Messages
Body:
Good luck
------------------------------
From: +17187494732 MAMA🧒🏵 (owner)
Timestamp: 10/29/2020 12:38:30 PM(UTC-4)
Source App: Native Messages
Body:
Adam
------------------------------
From: +17187494732 MAMA🧒🏵 (owner)
Timestamp: 10/29/2020 12:39:41 PM(UTC-4)
Source App: Native Messages
Body:
Do you have a Claire that works for you
------------------------------
From: +17187494732 MAMA🧒🏵 (owner)
Timestamp: 10/29/2020 12:41:42 PM(UTC-4)
Source App: Native Messages
Body:
Or is that a guard
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/29/2020 12:50:35 PM(UTC-4)
Source App: Native Messages
Body:
No Claire's
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/2/2020 12:53:15 PM(UTC-5)
Source App: Native Messages
Body:
lol ginarte royalties , know someone worked for HBO celebrities
wives would call where is so and sos check for whatever

From: +13476652160 Liar Snake
Timestamp: 11/10/2020 10:22:56 AM(UTC-5)
Source App: Native Messages
Body:
Ok feel better and send that breakdown of Ginarte when you can
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2020 10:23:12 AM(UTC-5)
Source App: Native Messages
Body:
Lol saw a companion marketing email thought of you
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 11/10/2020 10:23:32 AM(UTC-5)
Source App: Native Messages
Body:
Did you like it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2020 10:30:34 AM(UTC-5)
Source App: Native Messages
Body:
Yea
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2020 10:38:12 AM(UTC-5)
Source App: Native Messages
Body:
But makes me think if not going well why still doing it
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 11/10/2020 10:55:10 AM(UTC-5)
Source App: Native Messages
Body:
It's a friend of mine. Helping me out. I can't afford it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2020 10:57:02 AM(UTC-5)
Source App: Native Messages

Body:
Ah ok
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2020 10:57:24 AM(UTC-5)
Source App: Native Messages
Body:
Work on that girante breakdown when you can
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 11/10/2020 10:57:47 AM(UTC-5)
Source App: Native Messages
Body:
Yes give me a few
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/11/2020 10:33:23 AM(UTC-5)
Source App: Native Messages
Body:
This is a long few
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 11/11/2020 10:34:49 AM(UTC-5)
Source App: Native Messages
Body:
Can you send that back please
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 11/11/2020 10:34:56 AM(UTC-5)
Source App: Native Messages
Body:
I sent it from the wrong account
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/11/2020 10:45:18 AM(UTC-5)
Source App: Native Messages
Body:
lol ok resend
------------------------------

From: +13476652160 Liar Snake
Timestamp: 11/11/2020 10:56:36 AM(UTC-5)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 11/11/2020 11:29:34 AM(UTC-5)
Source App: Native Messages
Body:
Hey Adam
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 11/11/2020 11:29:51 AM(UTC-5)
Source App: Native Messages
Body:
==How many ginarte a month did you use to get==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/11/2020 11:31:43 AM(UTC-5)
Source App: Native Messages
Body:
==20 or so , nothing now==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/11/2020 11:32:06 AM(UTC-5)
Source App: Native Messages
Body:
Imes in general have seemed to slow how are the numbers for Subin

------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 11/11/2020 11:32:18 AM(UTC-5)
Source App: Native Messages
Body:
Yes you are right. They have dropped
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 11/11/2020 11:33:02 AM(UTC-5)

Source App: Native Messages
Body:
Nope
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 11/17/2020 11:58:05 AM(UTC-5)
Source App: Native Messages
Body:
Nothing huh. She probably never ordered an companion
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 11/17/2020 11:58:09 AM(UTC-5)
Source App: Native Messages
Body:
Or watchdog
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 11/17/2020 11:58:17 AM(UTC-5)
Source App: Native Messages
Body:
Thanks Adam.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/17/2020 11:59:00 AM(UTC-5)
Source App: Native Messages
Body:
Probably dreamed it lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/1/2020 11:07:21 AM(UTC-5)
Source App: Native Messages
Body:
Good morning , how did Ginarte do in Nov ?
------------------------------
From: +17187494732 MAMA🔒🦠 (owner)
Timestamp: 12/1/2020 12:07:59 PM(UTC-5)
Source App: Native Messages
Body:
I will check

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/1/2020 12:13:08 PM(UTC-5)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/1/2020 1:10:12 PM(UTC-5)
Source App: Native Messages
Body:
That many I guess lol
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
Timestamp: 12/1/2020 1:10:39 PM(UTC-5)
Source App: Native Messages
Body:
Busy Adam. Give me a sec
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2020 9:59:41 AM(UTC-5)
Source App: Native Messages
Body:
```
Well your so busy I guess it's ok to refer this Ime to for later to Jamal
```
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
Timestamp: 12/2/2020 10:03:12 AM(UTC-5)
Source App: Native Messages
Body:
Sport call dropped.
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
Timestamp: 12/2/2020 10:03:16 AM(UTC-5)
Source App: Native Messages
Body:
Sorry
------------------------------
From: +17187494732 MAMA😡🖤 (owner)
```

Timestamp: 12/2/2020 10:03:30 AM(UTC-5)
Source App: Native Messages
Body:
You got something for men
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2020 10:03:31 AM(UTC-5)
Source App: Native Messages
Body:
Lol sorry forgot home schooling people have to deal with their
kids
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/2/2020 10:03:32 AM(UTC-5)
Source App: Native Messages
Body:
Me
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2020 10:04:16 AM(UTC-5)
Source App: Native Messages
Body:
Next time that firm sucks about paying anyway
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2020 10:04:29 AM(UTC-5)
Source App: Native Messages
Body:
Not like Ginarte
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/2/2020 10:04:31 AM(UTC-5)
Source App: Native Messages
Body:
Which one.
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/2/2020 10:04:42 AM(UTC-5)
Source App: Native Messages

From: +13476652160 Liar Snake
Timestamp: 12/2/2020 12:07:15 PM(UTC-5)
Source App: Native Messages
Body:
Always was a bit crazy and nasty
-----------------------------
From: +17187494732 MAMA🧙💗 (owner)
Timestamp: 12/2/2020 12:07:50 PM(UTC-5)
Source App: Native Messages
Body:
Ohhh nooo you are kidding. He was admitted
-----------------------------
From: +17187494732 MAMA🧙💗 (owner)
Timestamp: 12/2/2020 12:08:16 PM(UTC-5)
Source App: Native Messages
Body:
Wow Interesting do you know what happened
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2020 12:18:45 PM(UTC-5)
Source App: Native Messages
Body:
Don't have the why just yet but I'm sure it wasn't good
-----------------------------
From: +17187494732 MAMA🧙💗 (owner)
Timestamp: 12/3/2020 2:19:13 PM(UTC-5)
Source App: Native Messages
Body:
Hi Adam.
-----------------------------
From: +17187494732 MAMA🧙💗 (owner)
Timestamp: 12/3/2020 2:19:29 PM(UTC-5)
Source App: Native Messages
Body:
What is the best price you offer on a package
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2020 2:27:54 PM(UTC-5)
Source App: Native Messages

115

Body:
Depends on how many imes
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 12/3/2020 2:38:29 PM(UTC-5)
Source App: Native Messages
Body:
How about 10-15 a month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2020 2:43:43 PM(UTC-5)
Source App: Native Messages
Body:
Best price for a ten pack if they really good and you can get them for overtime and travel , 1149 for 10c 2160 for 20
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 12/3/2020 3:17:47 PM(UTC-5)
Source App: Native Messages
Body:
Do you know if 2114 Williamsbridge rd is allowing advocates in
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2020 3:25:57 PM(UTC-5)
Source App: Native Messages
Body:
No that's dr wolins place the little fucking drwaf
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2020 3:26:06 PM(UTC-5)
Source App: Native Messages
Body:
Hate that guy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2020 3:26:25 PM(UTC-5)
Source App: Native Messages
Body:
Speaking of people with shitty spray tans, the don raising 200

From: +13476652160 Liar Snake
Timestamp: 12/3/2020 4:07:07 PM(UTC-5)
Source App: Native Messages
Body:
lol good
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/18/2020 8:31:34 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_4f_15_at_0_ECE7AB8E-D5DC-4A14-9073-1DDDADE7AE8B_Screenshot
2020-12-18 at 8.31.16 AM.png
Body:

-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/18/2020 8:31:53 AM(UTC-5)
Source App: Native Messages
Body:
<mark>Good morning Adam. Can you help me answer these questions</mark>
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/18/2020 8:43:07 AM(UTC-5)
Source App: Native Messages
Body:
Good morning happy holidays , ok but we need to talk next week
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/18/2020 8:43:26 AM(UTC-5)
Source App: Native Messages
Body:
Sure
-----------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/18/2020 8:43:34 AM(UTC-5)
Source App: Native Messages
Body:

117

From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 12/18/2020 9:23:23 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attach_1_10_00_at_0_7_1_629994_1.HEIC
Body:

------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 12/18/2020 9:23:23 AM(UTC-5)
Source App: Native Messages
Body:
Is it this one
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/18/2020 9:25:10 AM(UTC-5)
Source App: Native Messages
Body:
Yeah that's one
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 12/24/2020 1:58:30 PM(UTC-5)
Source App: Native Messages
Body:
Merry Christmas Adam. Thank you for all you do for me.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/24/2020 1:59:32 PM(UTC-5)
Source App: Native Messages
Body:
Merry Christmas , and happy new year , all good things in 2021
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/24/2020 2:25:50 PM(UTC-5)
Source App: Native Messages
Body:
Dl gave me the whole I'm the boss bs , I pay for your etc , it's

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/5/2021 8:41:13 AM(UTC-5)
Source App: Native Messages
Body:
```
How did I do in December ?
```
------------------------------
From: +17187494732 MAMA😇💖 (owner)
Timestamp: 1/5/2021 8:44:35 AM(UTC-5)
Source App: Native Messages
Body:
```
Good morning
```
------------------------------
From: +17187494732 MAMA😇💖 (owner)
Timestamp: 1/5/2021 8:45:01 AM(UTC-5)
Source App: Native Messages
Body:
```
Not great. December was a bad month foe me. I think ginarte did like 13
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/5/2021 8:54:52 AM(UTC-5)
Source App: Native Messages
Body:
Cool
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/5/2021 8:55:09 AM(UTC-5)
Source App: Native Messages
Body:
Holidays Christmas New Years such a bitch lol
------------------------------
From: +17187494732 MAMA😇💖 (owner)
Timestamp: 1/25/2021 10:42:01 AM(UTC-5)
Source App: Native Messages
Body:
Hi Adam
------------------------------
From: +17187494732 MAMA😇💖 (owner)
```

Timestamp: 1/25/2021 10:42:11 AM(UTC-5)
Source App: Native Messages
Body:
Do you have anyone in Long Island I can use
------------------------------
From: +17187494732 MAMA🔅💌 (owner)
Timestamp: 1/25/2021 10:42:15 AM(UTC-5)
Source App: Native Messages
Body:
Stony brook
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2021 11:00:27 AM(UTC-5)
Source App: Native Messages
Body:
Nope
------------------------------
From: +17187494732 MAMA🔅💌 (owner)
Timestamp: 2/3/2021 5:00:38 PM(UTC-5)
Source App: Native Messages
Body:
Adammmmm
------------------------------
From: +17187494732 MAMA🔅💌 (owner)
Timestamp: 2/3/2021 5:00:40 PM(UTC-5)
Source App: Native Messages
Body:
Hi
------------------------------
From: +17187494732 MAMA🔅💌 (owner)
Timestamp: 2/3/2021 5:01:06 PM(UTC-5)
Source App: Native Messages
Body:
Do you have case law fir NJ
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2021 5:02:28 PM(UTC-5)
Source App: Native Messages
Body:

I was so confused
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2021 5:08:32 PM(UTC-5)
Source App: Native Messages
Body:
That's fucked
------------------------------
From: +17187494732 MAMA😀🐢 (owner)
Timestamp: 2/3/2021 5:09:52 PM(UTC-5)
Source App: Native Messages
Body:
Whatever I'm so over it I wish everyone luck. We are just trying
to make a buck but when someone mentions you I always say he's my
buddy
------------------------------
From: +17187494732 MAMA😀🐢 (owner)
Timestamp: 2/3/2021 5:10:18 PM(UTC-5)
Source App: Native Messages
Body:
But where can I find the case law
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2021 5:12:59 PM(UTC-5)
Source App: Native Messages
Body:
That's what I  say
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2021 5:13:04 PM(UTC-5)
Source App: Native Messages
Body:
We all on the same side
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/3/2021 5:13:33 PM(UTC-5)
Source App: Native Messages
Body:
I checked again it's all NY , Nj the docs like to know if someone

Body:
Ok 😊 thanks
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 12:11:26 PM(UTC-5)
Source App: Native Messages
Body:
How's it going with Girate , haven't seen $$ in months
------------------------------
From: +17187494732 MAMA🔮💮 (owner)
Timestamp: 3/9/2021 12:11:51 PM(UTC-5)
Source App: Native Messages
Body:
Yea. It's been going good. Send me a monthly reminder Adam. I
will pay you today
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 12:16:48 PM(UTC-5)
Source App: Native Messages
Body:
Ok will do I dont want to be a bother
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 12:16:53 PM(UTC-5)
Source App: Native Messages
Body:
Things really picked up
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 12:16:59 PM(UTC-5)
Source App: Native Messages
Body:
Only dr wolin being a putz
------------------------------
From: +17187494732 MAMA🔮💮 (owner)
Timestamp: 3/9/2021 12:17:00 PM(UTC-5)
Source App: Native Messages
Body:
This month yes

Body:
Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 5:19:47 PM(UTC-5)
Source App: Native Messages
Body:
Lol ok
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 5:19:58 PM(UTC-5)
Source App: Native Messages
Body:
It's all me , you'd still be at that bank
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 3/9/2021 5:20:21 PM(UTC-5)
Source App: Native Messages
Body:
Yes you did my family a huge favor.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 5:20:29 PM(UTC-5)
Source App: Native Messages
Body:
You welcome
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 3/9/2021 5:20:30 PM(UTC-5)
Source App: Native Messages
Body:
That's why I can't not care for you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/9/2021 5:20:50 PM(UTC-5)
Source App: Native Messages
Body:
Awww 🤍
------------------------------

Source App: Native Messages
Body:
I like being out in the field , easiest thing do all day
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 4:04:01 PM(UTC-4)
Source App: Native Messages
Body:
Plus can do the lead by example
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 4:34:08 PM(UTC-4)
Source App: Native Messages
Body:
Lol this firm was mad WD goofed had an Ime for a client they
thought client had two imes , confused them they complained , I
said what it's a harmless mistake she was just being extra
careful
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 4:34:55 PM(UTC-4)
Source App: Native Messages
Body:
People so ready to bitch and moan
------------------------------
From: +17187494732 MAMA😺🤍 (owner)
Timestamp: 3/25/2021 5:05:04 PM(UTC-4)
Source App: Native Messages
Body:
Sell me a firm
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:06:50 PM(UTC-4)
Source App: Native Messages
Body:
Parker waichman needs a new package maybe they switch , give them
a call
------------------------------
From: +17187494732 MAMA😺🤍 (owner)

124

```
Timestamp: 3/25/2021 5:07:42 PM(UTC-4)
Source App: Native Messages
Body:
Your boss will just call and cock block me
-----------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 3/25/2021 5:08:00 PM(UTC-4)
Source App: Native Messages
Body:
Do they still pay 105
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:09:12 PM(UTC-4)
Source App: Native Messages
Body:
$95
-----------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 3/25/2021 5:09:28 PM(UTC-4)
Source App: Native Messages
Body:
Ewwww
-----------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 3/25/2021 5:09:33 PM(UTC-4)
Source App: Native Messages
Body:
Too low
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:09:35 PM(UTC-4)
Source App: Native Messages
Body:
I know right
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:09:55 PM(UTC-4)
Source App: Native Messages
Body:
```

Source App: Native Messages
Body:
Think he retired , bunch did
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:14:49 PM(UTC-4)
Source App: Native Messages
Body:
So many firms broke up
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:14:54 PM(UTC-4)
Source App: Native Messages
Body:
What a crazy year
-----------------------------
From: +17187494732 MAMA😱🤍 (owner)
Timestamp: 3/25/2021 5:16:29 PM(UTC-4)
Source App: Native Messages
Body:
 Raise the price on Parker
-----------------------------
From: +17187494732 MAMA😱🤍 (owner)
Timestamp: 3/25/2021 5:17:21 PM(UTC-4)
Source App: Native Messages
Body:
So I could get them
-----------------------------
From: +17187494732 MAMA😱🤍 (owner)
Timestamp: 3/25/2021 5:17:37 PM(UTC-4)
Source App: Native Messages
Body:
I'll give you 1000
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:19:29 PM(UTC-4)
Source App: Native Messages
Body:
Ok will try

126

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:21:53 PM(UTC-4)
Source App: Native Messages
Body:
What about spiegel Barbato , 718-828-8200
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 3/25/2021 5:22:22 PM(UTC-4)
Source App: Native Messages
Body:
How many do they do
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:22:30 PM(UTC-4)
Source App: Native Messages
Body:
Not many
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:22:49 PM(UTC-4)
Source App: Native Messages
Body:
These clients are amazingly loyal , get messages all the time
where's adam
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:23:12 PM(UTC-4)
Source App: Native Messages
Body:
When I was away and Hiram was working the lawyers were flipping
out
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 3/25/2021 5:23:27 PM(UTC-4)
Source App: Native Messages
Body:
Email of person to contact
------------------------------
```

127

From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 3/25/2021 5:23:42 PM(UTC-4)
Source App: Native Messages
Body:
==Why u selling them==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:23:52 PM(UTC-4)
Source App: Native Messages
Body:
==They take a while to pay==
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 3/25/2021 5:23:59 PM(UTC-4)
Source App: Native Messages
Body:
Oh
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 3/25/2021 5:24:04 PM(UTC-4)
Source App: Native Messages
Body:
Ok
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:24:05 PM(UTC-4)
Source App: Native Messages
Body:
==Carolbrows@aol.com==
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 3/25/2021 5:24:24 PM(UTC-4)
Source App: Native Messages
Body:
AOL
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/25/2021 5:24:35 PM(UTC-4)
Source App: Native Messages

Over 550
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 12:57:48 PM(UTC-4)
Source App: Native Messages
Body:
Is it at 162-04
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 12:58:05 PM(UTC-4)
Source App: Native Messages
Body:
I have a few there for Saturday
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/26/2021 12:59:02 PM(UTC-4)
Source App: Native Messages
Body:
Nope
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/26/2021 2:05:27 PM(UTC-4)
Source App: Native Messages
Body:
How many you at ?
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 2:05:47 PM(UTC-4)
Source App: Native Messages
Body:
I'm embarrassed to say
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 2:06:02 PM(UTC-4)
Source App: Native Messages
Body:
I ask you for accounts so leave it at that
------------------------------
From: +13476652160 Liar Snake

129

Timestamp: 3/26/2021 2:09:59 PM(UTC-4)
Source App: Native Messages
Body:
Well less stress asked a friend, she's been in HR for 20 years ,
some big fancy law firm and the Jewish museum, why don't people
follow like the simplest directions , she just said most people
are just stupid
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 3/26/2021 2:18:44 PM(UTC-4)
Source App: Native Messages
Body:
Make a 1000 bucks and give me Parker waichman
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/26/2021 2:35:38 PM(UTC-4)
Source App: Native Messages
Body:
That went though but I  will think what we can do
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 3/26/2021 2:38:09 PM(UTC-4)
Source App: Native Messages
Body:
So they agreed on the higher price
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/26/2021 2:39:28 PM(UTC-4)
Source App: Native Messages
Body:
Nah same price unfortunately
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/26/2021 2:39:50 PM(UTC-4)
Source App: Native Messages
Body:
Maybe offer free Imes to firms who give you referrals
------------------------------
From: +17187494732 MAMA😡🤍 (owner)

130

Timestamp: 3/26/2021 2:47:28 PM(UTC-4)
Source App: Native Messages
Body:
<mark>Sell me a firm you don't like.</mark> <mark>Bye</mark>
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 2:47:31 PM(UTC-4)
Source App: Native Messages
Body:
Btw
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 2:47:46 PM(UTC-4)
Source App: Native Messages
Body:
Sheryl Menkes is the devil
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/26/2021 2:48:01 PM(UTC-4)
Source App: Native Messages
Body:
She used me once and I told her to go back to watchdog lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/26/2021 2:54:35 PM(UTC-4)
Source App: Native Messages
Body:
lol what happened
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/31/2021 4:50:13 PM(UTC-4)
Source App: Native Messages
Body:
Hey Adam
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 3/31/2021 4:50:23 PM(UTC-4)
Source App: Native Messages
Body:

How you feeling
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 3/31/2021 5:03:09 PM(UTC-4)
Source App: Native Messages
Body:
Look I don't know anything about what is going on.
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 3/31/2021 5:03:16 PM(UTC-4)
Source App: Native Messages
Body:
I'm better thanks and yourself
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/31/2021 5:03:27 PM(UTC-4)
Source App: Native Messages
Body:
Good , love the spin bike so cool
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 3/31/2021 5:03:32 PM(UTC-4)
Source App: Native Messages
Body:
I owe you a few bucks for March
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/31/2021 5:03:44 PM(UTC-4)
Source App: Native Messages
Body:
I  know was going to ask Friday
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 3/31/2021 5:03:51 PM(UTC-4)
Source App: Native Messages
Body:
Dinner for you and Julia
------------------------------
From: +17187494732 MAMA👩🤍 (owner)

Awww the next one
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/31/2021 5:04:57 PM(UTC-4)
Source App: Native Messages
Body:
Herb has asked for similar lists in the past for other docs
------------------------------
From: +17187494732 MAMA😺🤍 (owner)
Timestamp: 3/31/2021 5:05:04 PM(UTC-4)
Source App: Native Messages
Body:
==No I will send you the residual with an extra 50 bucks.== ==Not much but a small gift==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/31/2021 5:05:21 PM(UTC-4)
Source App: Native Messages
Body:
It's the thought
------------------------------
From: +17187494732 MAMA😺🤍 (owner)
Timestamp: 3/31/2021 5:06:48 PM(UTC-4)
Source App: Native Messages
Body:
I wonder why he asks for Thesw list. Really curious about the strategy. He is a great atty
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/31/2021 5:08:20 PM(UTC-4)
Source App: Native Messages
Body:
Love his office
------------------------------
From: +13476652160 Liar Snake
Timestamp: 3/31/2021 5:08:44 PM(UTC-4)
Source App: Native Messages
Body:
I just assume he goes wow you busy with these imes so many

```
------------------------------
```
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:21:01 PM(UTC-4)
Source App: Native Messages
Body:
Ok here are a few
```
------------------------------
```
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:21:20 PM(UTC-4)
Source App: Native Messages
Body:
Deon Ferdinand - hill and moin
```
------------------------------
```
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:21:49 PM(UTC-4)
Source App: Native Messages
Body:
Rosa Robles - Wingate
```
------------------------------
```
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:22:09 PM(UTC-4)
Source App: Native Messages
Body:
Loja Luis Andres -Wingate
```
------------------------------
```
From: +17187494732 MAMA🧕🤍 (owner)
Timestamp: 4/1/2021 12:22:26 PM(UTC-4)
Source App: Native Messages
Body:
Oh did they steal both Wingate clients
```
------------------------------
```
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:22:34 PM(UTC-4)
Source App: Native Messages
Body:
Melinda Lacayo- David Resnick
```
------------------------------
```
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:22:37 PM(UTC-4)

```
Source App: Native Messages
Body:
Just the one
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:23:04 PM(UTC-4)
Source App: Native Messages
Body:
Carlos Castaneda - Rosenbaum law
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:23:19 PM(UTC-4)
Source App: Native Messages
Body:
Thiago Benacio- Wingate
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:23:27 PM(UTC-4)
Source App: Native Messages
Body:
That's good I gotta get in this zoom
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 4/1/2021 12:24:46 PM(UTC-4)
Source App: Native Messages
Body:
Thanks babe
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/1/2021 12:25:05 PM(UTC-4)
Source App: Native Messages
Body:
Think of me tomorrow 🤗
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 4/1/2021 12:28:04 PM(UTC-4)
Source App: Native Messages
Body:
I will ♡
```

Source App: Native Messages
Body:
Another audio you sent me did 5
------------------------------
From: +17187494732 MAMA🌟💮 (owner)
Timestamp: 4/2/2021 3:00:01 PM(UTC-4)
Source App: Native Messages
Body:
Atty*
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:00:26 PM(UTC-4)
Source App: Native Messages
Body:
Very cool, turned down at least that many last week
------------------------------
From: +17187494732 MAMA🌟💮 (owner)
Timestamp: 4/2/2021 3:01:24 PM(UTC-4)
Source App: Native Messages
Body:
Who. I'll pick them up and pay you residual
------------------------------
From: +17187494732 MAMA🌟💮 (owner)
Timestamp: 4/2/2021 3:03:20 PM(UTC-4)
Source App: Native Messages
Body:
It's Good Friday send me an account
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:04:42 PM(UTC-4)
Source App: Native Messages
Body:
Hill and Moin
------------------------------
From: +17187494732 MAMA🌟💮 (owner)
Timestamp: 4/2/2021 3:05:06 PM(UTC-4)
Source App: Native Messages
Body:
Oh yea that's right. I'll follow up on Monday

```
------------------------------
From: +17187494732 MAMA🧒🏽💝 (owner)
Timestamp: 4/2/2021 3:05:20 PM(UTC-4)
Source App: Native Messages
Body:
```
How many do they do a month
```
------------------------------
From: +17187494732 MAMA🧒🏽💝 (owner)
Timestamp: 4/2/2021 3:05:58 PM(UTC-4)
Source App: Native Messages
Body:
```
I want wingate
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:06:01 PM(UTC-4)
Source App: Native Messages
Body:
About 7 or 8
------------------------------
From: +17187494732 MAMA🧒🏽💝 (owner)
Timestamp: 4/2/2021 3:06:08 PM(UTC-4)
Source App: Native Messages
Body:
```
How much will it Cost me
```
------------------------------
From: +17187494732 MAMA🧒🏽💝 (owner)
Timestamp: 4/2/2021 3:07:26 PM(UTC-4)
Source App: Native Messages
Body:
```
Or a nice big account
To put me on the map
```
------------------------------
From: +17187494732 MAMA🧒🏽💝 (owner)
Timestamp: 4/2/2021 3:07:36 PM(UTC-4)
Source App: Native Messages
Body:
```
But I am prepared to pay
```
------------------------------
From: +13476652160 Liar Snake
```

Timestamp: 4/2/2021 3:08:44 PM(UTC-4)
Source App: Native Messages
Body:
You can try Jannett at block otoole ,
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:09:15 PM(UTC-4)
Source App: Native Messages
Body:
What about doing a gift mailing , water bottles , highlighters
------------------------------
From: +17187494732 MAMA😡🦋 (owner)
Timestamp: 4/2/2021 3:11:45 PM(UTC-4)
Source App: Native Messages
Body:
You know block otoole used me once. Did they have an issue
------------------------------
From: +17187494732 MAMA😡🦋 (owner)
Timestamp: 4/2/2021 3:11:55 PM(UTC-4)
Source App: Native Messages
Body:
I would gladly pay you to take them over
------------------------------
From: +17187494732 MAMA😡🦋 (owner)
Timestamp: 4/2/2021 3:12:22 PM(UTC-4)
Source App: Native Messages
Body:
How many do they do a month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:12:46 PM(UTC-4)
Source App: Native Messages
Body:
Idk but they keep booking last min no matter how many times I
tell them 4 pm the day before is not going to work
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:12:53 PM(UTC-4)
Source App: Native Messages

Body:
At least 20
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 4/2/2021 3:13:18 PM(UTC-4)
Source App: Native Messages
Body:
I can do last min
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 4/2/2021 3:13:38 PM(UTC-4)
Source App: Native Messages
Body:
Tell them to book with me and name your price
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:13:47 PM(UTC-4)
Source App: Native Messages
Body:
I figure,  some firms starting booking weeks in advance
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 4/2/2021 3:14:12 PM(UTC-4)
Source App: Native Messages
Body:
Yes those are the organized firms
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:14:25 PM(UTC-4)
Source App: Native Messages
Body:
I  can't tell them that DL would crucify us both
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 4/2/2021 3:14:53 PM(UTC-4)
Source App: Native Messages
Body:
So do it diplomatically without telling them
------------------------------

From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:15:26 PM(UTC-4)
Source App: Native Messages
Body:
Will think of something.
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 4/2/2021 3:15:52 PM(UTC-4)
Source App: Native Messages
Body:
20 a month will be good for me. If we get them to book regularly how much do you want
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:16:02 PM(UTC-4)
Source App: Native Messages
Body:
Same as others
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 4/2/2021 3:16:18 PM(UTC-4)
Source App: Native Messages
Body:
Ok sounds good
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 4/2/2021 3:16:36 PM(UTC-4)
Source App: Native Messages
Body:
You will be at almost 500 a month before you know it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/2/2021 3:18:25 PM(UTC-4)
Source App: Native Messages
Body:
Hope so , it should really start to pick up with everyone getting the vax
------------------------------
From: +17187494732 MAMA😇🦋 (owner)

Timestamp: 4/2/2021 3:18:56 PM(UTC-4)
Source App: Native Messages
Body:
🙏
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 4/5/2021 4:18:04 PM(UTC-4)
Source App: Native Messages
Body:
Hi Adam.
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 4/5/2021 4:18:24 PM(UTC-4)
Source App: Native Messages
Body:
Do you have any NY case law limiting questions during an IME
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/5/2021 4:19:48 PM(UTC-4)
Source App: Native Messages
Body:
No but I  have case law no new ime for not all questions
answered,  that's close
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 4/5/2021 4:20:06 PM(UTC-4)
Source App: Native Messages
Body:
Send it
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 4/5/2021 4:20:11 PM(UTC-4)
Source App: Native Messages
Body:
Please
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/5/2021 4:22:00 PM(UTC-4)
Source App: Native Messages

Body:
Did the client need a hug
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/9/2021 1:40:48 PM(UTC-4)
Source App: Native Messages
Body:
I think so , probably want money off cause they wait was hours
and now they know he was there with other people
------------------------------
From: +17187494732 MAMA😍💖 (owner)
Timestamp: 4/9/2021 1:41:21 PM(UTC-4)
Source App: Native Messages
Body:
<mark>Which atty is this. I'll take him off your hands lol</mark>
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/9/2021 1:42:05 PM(UTC-4)
Source App: Native Messages
Body:
I dont remember honest
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 9:28:48 AM(UTC-4)
Source App: Native Messages
Body:
<mark>Oy wtf so I turn down a block lme for you, Jannett calls you and
you don't call her back</mark>
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 9:28:50 AM(UTC-4)
Source App: Native Messages
Body:
Lol
------------------------------
From: +17187494732 MAMA😍💖 (owner)
Timestamp: 4/12/2021 9:33:00 AM(UTC-4)
Source App: Native Messages
Body:

I was at the cemetery. I had no reception at all and when I got
in the road I got her message but it was too late.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 9:33:11 AM(UTC-4)
Source App: Native Messages
Body:
Sucks sorry
------------------------------
From: +17187494732 MAMA👹🤍 (owner)
Timestamp: 4/12/2021 9:33:12 AM(UTC-4)
Source App: Native Messages
Body:
It's never happened to me before
------------------------------
From: +17187494732 MAMA👹🤍 (owner)
Timestamp: 4/12/2021 9:33:34 AM(UTC-4)
Source App: Native Messages
Body:
My dads death anniversary is tomorrow
------------------------------
From: +17187494732 MAMA👹🤍 (owner)
Timestamp: 4/12/2021 9:33:50 AM(UTC-4)
Source App: Native Messages
Body:
I really feel horrible
------------------------------
From: +17187494732 MAMA👹🤍 (owner)
Timestamp: 4/12/2021 9:33:56 AM(UTC-4)
Source App: Native Messages
Body:
I wanted that account so bad
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 9:34:30 AM(UTC-4)
Source App: Native Messages
Body:
Awful
------------------------------

From: +17187494732 MAMA😇💗 (owner)
Timestamp: 4/12/2021 9:34:43 AM(UTC-4)
Source App: Native Messages
Body:
But I missed my parents so much on Friday. I spent the day there but never had absolutely no reception. I didn't know Cala and emails were coming in til I left
----------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 4/12/2021 9:38:14 AM(UTC-4)
Source App: Native Messages
Body:
I spoke to her she said she would give me another shot. I'm just glad the bridge is not burned
----------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 4/12/2021 9:38:58 AM(UTC-4)
Source App: Native Messages
Body:
You have to turn down their next ime. Because I love you and your monthly residual could go up to like 400 with them
----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 9:43:16 AM(UTC-4)
Source App: Native Messages
Body:
Ok
----------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 4/12/2021 6:50:19 PM(UTC-4)
Source App: Native Messages
Body:
Did BlockOtoole book for tomorrow
----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 6:52:01 PM(UTC-4)
Source App: Native Messages
Body:
Yeah

144

```
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/12/2021 6:52:40 PM(UTC-4)
Source App: Native Messages
Body:
Fucker. I thought you were gona turn them down
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 6:53:08 PM(UTC-4)
Source App: Native Messages
Body:
Well when I can
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 6:53:15 PM(UTC-4)
Source App: Native Messages
Body:
But yeah your right
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/12/2021 6:53:45 PM(UTC-4)
Source App: Native Messages
Body:
So I am willing to pay you upfront some money and give you the
residual
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/12/2021 6:53:59 PM(UTC-4)
Source App: Native Messages
Body:
Cus I could use a 20 a month account
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/12/2021 6:54:05 PM(UTC-4)
Source App: Native Messages
Body:
It would help us both
------------------------------
From: +13476652160 Liar Snake
```

145

Timestamp: 4/12/2021 7:08:46 PM(UTC-4)
Source App: Native Messages
Body:
I think so
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/12/2021 7:09:27 PM(UTC-4)
Source App: Native Messages
Body:
Ok so the next one you turn down please
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/12/2021 7:09:45 PM(UTC-4)
Source App: Native Messages
Body:
😊 enjoy the rest of your evening
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/12/2021 7:13:18 PM(UTC-4)
Source App: Native Messages
Body:
:)
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:24:59 AM(UTC-4)
Source App: Native Messages
Body:
👧👧 send $$ goofed a block otoole ime for you , you're welcome
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/14/2021 10:25:14 AM(UTC-4)
Source App: Native Messages
Body:
Omg I love you
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/14/2021 10:25:25 AM(UTC-4)
Source App: Native Messages
Body:

Can you wait r they actually book with me
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 4/14/2021 10:25:36 AM(UTC-4)
Source App: Native Messages
Body:
And what exactly happened so I know
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:26:12 AM(UTC-4)
Source App: Native Messages
Body:
I guess that upfront offer was just eh , put wrong time
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 4/14/2021 10:26:23 AM(UTC-4)
Source App: Native Messages
Body:
No. Not at all
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 4/14/2021 10:26:37 AM(UTC-4)
Source App: Native Messages
Body:
I want to pay you.  It how do I know if they will use me
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:26:49 AM(UTC-4)
Source App: Native Messages
Body:
Ok
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 4/14/2021 10:26:50 AM(UTC-4)
Source App: Native Messages
Body:
You want half now and half when they book
-----------------------------
From: +13476652160 Liar Snake

147

Timestamp: 4/14/2021 10:26:59 AM(UTC-4)
Source App: Native Messages
Body:
Eh ok
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/14/2021 10:27:03 AM(UTC-4)
Source App: Native Messages
Body:
But what if they don't
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/14/2021 10:27:13 AM(UTC-4)
Source App: Native Messages
Body:
What was the fopah
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:27:37 AM(UTC-4)
Source App: Native Messages
Body:
Client there with no dawg lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:27:44 AM(UTC-4)
Source App: Native Messages
Body:
Idk how much can I do for you lol
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/14/2021 10:27:53 AM(UTC-4)
Source App: Native Messages
Body:
Ohhhh. That is good.
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 4/14/2021 10:28:21 AM(UTC-4)
Source App: Native Messages
Body:

I'll send you 125 now and 125 when they book. And then residual every month

-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:29:09 AM(UTC-4)
Source App: Native Messages
Body:
Sounds good
-----------------------------
From: +17187494732 MAMA🐷🌸 (owner)
Timestamp: 4/14/2021 10:32:30 AM(UTC-4)
Source App: Native Messages
Body:
Hopefully they do like 20 a month
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 10:32:47 AM(UTC-4)
Source App: Native Messages
Body:
They do you will be happy
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/14/2021 3:28:01 PM(UTC-4)
Source App: Native Messages
Body:
Ok turned down , your up
-----------------------------
From: +17187494732 MAMA🐷🌸 (owner)
Timestamp: 4/22/2021 6:39:53 PM(UTC-4)
Source App: Native Messages
Body:
Hey Adam
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/22/2021 6:42:18 PM(UTC-4)
Source App: Native Messages
Body:
After hours I'm sure it's super important lol
-----------------------------

```
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 4/23/2021 9:11:09 AM(UTC-4)
Source App: Native Messages
Body:
How come you you didn't turn them down for the two this week
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/23/2021 9:11:43 AM(UTC-4)
Source App: Native Messages
Body:
One was a second one for the same client and doc
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 4/23/2021 9:12:26 AM(UTC-4)
Source App: Native Messages
Body:
Oh. Ok. Let's see how next week goes. If they don't book I'm over
them. I'll chase someone else
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/27/2021 8:46:19 AM(UTC-4)
Source App: Native Messages
Body:
kardilyaka@gmail.com Adilya Gambone, Gambone law they have last
min Ime today I  can't cover
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 4/27/2021 8:59:22 AM(UTC-4)
Source App: Native Messages
Body:
Just sent them an email
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 4/27/2021 8:59:27 AM(UTC-4)
Source App: Native Messages
Body:
Where was the ime
-----------------------------
```

150

From: +17187494732 MAMA👹🦠 (owner)
Timestamp: 4/27/2021 9:00:15 AM(UTC-4)
Source App: Native Messages
Body:
Should I call
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/27/2021 9:06:52 AM(UTC-4)
Source App: Native Messages
Body:
Flushing , yeah call be like a regular sales kind of call
-----------------------------
From: +17187494732 MAMA👹🦠 (owner)
Timestamp: 4/27/2021 9:07:05 AM(UTC-4)
Source App: Native Messages
Body:
Who should I ask for
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 4/27/2021 9:31:06 AM(UTC-4)
Source App: Native Messages
Body:
The name I gave you probably already a good start
-----------------------------
From: +17187494732 MAMA👹🦠 (owner)
Timestamp: 4/27/2021 9:31:28 AM(UTC-4)
Source App: Native Messages
Body:
Oh 👍
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/3/2021 9:24:28 AM(UTC-4)
Source App: Native Messages
Body:
Good morning , 🤑🤑🤑 make it rain lol
-----------------------------
From: +17187494732 MAMA👹🦠 (owner)
Timestamp: 5/3/2021 9:25:04 AM(UTC-4)
Source App: Native Messages

Body:
Haha. Give me til tomorrow. I want to finish paying my companions
and then I will calculate your pay babe.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/3/2021 9:27:21 AM(UTC-4)
Source App: Native Messages
Body:
Lol ok I guess it's going to be that much
-----------------------------
From: +17187494732 MAMA😈🦋 (owner)
Timestamp: 5/3/2021 9:27:51 AM(UTC-4)
Source App: Native Messages
Body:
Ok as soon as I'm done.
-----------------------------
From: +17187494732 MAMA😈🦋 (owner)
Timestamp: 5/3/2021 9:28:31 AM(UTC-4)
Source App: Native Messages
Body:
BlockOtoole only booked twice but it was the end of the month. I
don't know about them.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/3/2021 9:31:24 AM(UTC-4)
Source App: Native Messages
Body:
Lol whatever it is I'm only joking
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/4/2021 9:46:05 AM(UTC-4)
Source App: Native Messages
Body:
Still adding up my $ lol
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/4/2021 9:46:14 AM(UTC-4)
Source App: Native Messages
Body:

The feds move faster
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/5/2021 11:38:37 AM(UTC-4)
Source App: Native Messages
Body:
Two more block imes coming your way bet you get them before I get $$ lol
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 5/5/2021 11:39:02 AM(UTC-4)
Source App: Native Messages
Body:
No I'm sorry
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 5/5/2021 11:39:10 AM(UTC-4)
Source App: Native Messages
Body:
I was super consumed yesterday
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 5/5/2021 11:39:15 AM(UTC-4)
Source App: Native Messages
Body:
Sending now
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/5/2021 11:42:15 AM(UTC-4)
Source App: Native Messages
Body:
Np I  like to tease lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/5/2021 11:42:24 AM(UTC-4)
Source App: Native Messages
Body:
It's insanely busy I need more dawgs
------------------------------

From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 5/5/2021 12:56:06 PM(UTC-4)
Source App: Native Messages
Body:
21 imes from Adam last month. 🙏 thank you.
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 5/5/2021 12:57:43 PM(UTC-4)
Source App: Native Messages
Body:
Now with BlockOtoole if they are on board it should be close to 400 for may
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/5/2021 1:03:05 PM(UTC-4)
Source App: Native Messages
Body:
Very cool
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/11/2021 12:42:19 PM(UTC-4)
Source App: Native Messages
Body:
Lawyer going to call you for a psych exam tomorrow costas
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/11/2021 12:43:35 PM(UTC-4)
Source App: Native Messages
Body:
212-947-7077
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 5/11/2021 12:45:06 PM(UTC-4)
Source App: Native Messages
Body:
Ooooh. Who
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/11/2021 12:51:02 PM(UTC-4)

**154**

Source App: Native Messages
Body:
Costas reading is hard I know
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 5/11/2021 3:55:12 PM(UTC-4)
Source App: Native Messages
Body:
Jerk
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 5/11/2021 3:55:18 PM(UTC-4)
Source App: Native Messages
Body:
I just got the joke
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 5/11/2021 4:07:29 PM(UTC-4)
Source App: Native Messages
Body:
How much did costas pay
------------------------------
From: +17187494732 MAMA👩🤍 (owner)
Timestamp: 5/11/2021 4:07:41 PM(UTC-4)
Source App: Native Messages
Body:
Did they have preferred pricing
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/11/2021 4:11:09 PM(UTC-4)
Source App: Native Messages
Body:
Just $59 off
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/11/2021 4:11:25 PM(UTC-4)
Source App: Native Messages
Body:
Sorry 19

Body:
Yeah turned down some block Ime , hope they did well for you this
month
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 5/24/2021 12:47:20 PM(UTC-4)
Source App: Native Messages
Body:
Not that well maybe 6 so far
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/24/2021 12:47:27 PM(UTC-4)
Source App: Native Messages
Body:
Really it's just principal cause I  told her book in advance and
she's still like here's for tomorrow and it's jammed , added 3
new people last week
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 5/24/2021 12:47:38 PM(UTC-4)
Source App: Native Messages
Body:
But I truly appreciate it
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 5/24/2021 12:48:10 PM(UTC-4)
Source App: Native Messages
Body:
How about Elefterakis that sends me imes 2 hours before the ime
-----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 5/24/2021 12:48:43 PM(UTC-4)
Source App: Native Messages
Body:
Btw. I meant to tell you. She was talking shit about you last
rime she booked with me
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/24/2021 12:49:05 PM(UTC-4)

Source App: Native Messages
Body:
Ha I remember those days
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/24/2021 12:49:09 PM(UTC-4)
Source App: Native Messages
Body:
What she say
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/24/2021 12:49:49 PM(UTC-4)
Source App: Native Messages
Body:
Janet was like Adam from watchdog is an asshole. We don't want to
work with him anymore. Lol. Like I don't know what's really going
on. He don't want you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/24/2021 12:49:56 PM(UTC-4)
Source App: Native Messages
Body:
Always so nice to her , sent her mugs , note pads, Starbucks gift
card , sent the partner a bottle of Johnny blue with watchdog on
it
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/24/2021 12:50:29 PM(UTC-4)
Source App: Native Messages
Body:
Lol. I never spoke to the atty only her
------------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/24/2021 12:50:49 PM(UTC-4)
Source App: Native Messages
Body:
She seems like she talks shit about everyone
------------------------------
From: +13476652160 Liar Snake

Timestamp: 5/24/2021 12:51:32 PM(UTC-4)
Source App: Native Messages
Body:
Haha yeah cause last time she was watchdog didn't call the client and I sent her a screen shot of two phone calls the afternoon before , a text message and then a call again in the morning and said really you client said no one called them
------------------------------
From: +17187494732 MAMA👵🏻🤍 (owner)
Timestamp: 5/25/2021 8:50:16 AM(UTC-4)
Source App: Native Messages
Body:
Good morning
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 8:50:31 AM(UTC-4)
Source App: Native Messages
Body:
What's good about it
------------------------------
From: +17187494732 MAMA👵🏻🤍 (owner)
Timestamp: 5/25/2021 8:50:40 AM(UTC-4)
Source App: Native Messages
Body:
If you turn anything down today send them my way. I'll pay you on the spot
------------------------------
From: +17187494732 MAMA👵🏻🤍 (owner)
Timestamp: 5/25/2021 8:51:00 AM(UTC-4)
Source App: Native Messages
Body:
So you don't have to wait for the end of the month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 8:53:32 AM(UTC-4)
Source App: Native Messages
Body:
Very cool, what am I up to now
------------------------------

From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/25/2021 8:54:05 AM(UTC-4)
Source App: Native Messages
Body:
How many you have for today
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/25/2021 8:54:19 AM(UTC-4)
Source App: Native Messages
Body:
Umm let me check
----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 8:55:29 AM(UTC-4)
Source App: Native Messages
Body:
53 today
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/25/2021 8:55:47 AM(UTC-4)
Source App: Native Messages
Body:
So far collectively 24
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/25/2021 8:56:00 AM(UTC-4)
Source App: Native Messages
Body:
Are your residual
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 5/25/2021 8:56:21 AM(UTC-4)
Source App: Native Messages
Body:
Wow nice 53
----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 8:59:36 AM(UTC-4)
Source App: Native Messages

Body:
You should just make me a real offer
------------------------------
From: +17187494732 MAMA👲💝 (owner)
Timestamp: 5/25/2021 8:59:45 AM(UTC-4)
Source App: Native Messages
Body:
Ok like what
------------------------------
From: +17187494732 MAMA👲💝 (owner)
Timestamp: 5/25/2021 8:59:50 AM(UTC-4)
Source App: Native Messages
Body:
What are you thinking
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 9:00:40 AM(UTC-4)
Source App: Native Messages
Body:
Idk let me think of it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 9:00:43 AM(UTC-4)
Source App: Native Messages
Body:
10 years this week
------------------------------
From: +17187494732 MAMA👲💝 (owner)
Timestamp: 5/25/2021 9:01:20 AM(UTC-4)
Source App: Native Messages
Body:
Come up with something reasonable
------------------------------
From: +17187494732 MAMA👲💝 (owner)
Timestamp: 5/25/2021 9:01:30 AM(UTC-4)
Source App: Native Messages
Body:
That will work for both of us.
------------------------------

From: +13476652160 Liar Snake
Timestamp: 5/25/2021 9:31:04 AM(UTC-4)
Source App: Native Messages
Body:
Will ruminate , supposed to have lunch with DL in June , idk if I
dont get some changes I'm leaving
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 5/25/2021 9:32:18 AM(UTC-4)
Source App: Native Messages
Body:
Yea yea. Bull shutter
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 5/25/2021 9:32:30 AM(UTC-4)
Source App: Native Messages
Body:
I've been hearing that same song for years
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 9:48:44 AM(UTC-4)
Source App: Native Messages
Body:
I know lol but this time
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 9:49:03 AM(UTC-4)
Source App: Native Messages
Body:
I think it's tv propaganda , see all these shows workaholics
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 11:33:21 AM(UTC-4)
Source App: Native Messages
Body:
Turned down a Wingate Ime and an Alexander Bespechny
------------------------------
From: +17187494732 MAMA👵🖤 (owner)
Timestamp: 5/25/2021 11:33:39 AM(UTC-4)

Source App: Native Messages
Body:
Nice thank you
-----------------------------
From: +17187494732 MAMA👧🏻💜 (owner)
Timestamp: 5/25/2021 11:33:42 AM(UTC-4)
Source App: Native Messages
Body:
For tomorrow
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 11:35:48 AM(UTC-4)
Source App: Native Messages
Body:
Yeah
-----------------------------
From: +17187494732 MAMA👧🏻💜 (owner)
Timestamp: 5/25/2021 11:50:55 AM(UTC-4)
Source App: Native Messages
Body:
What is Alexander's email. So I can ask them to book with me.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 11:53:17 AM(UTC-4)
Source App: Native Messages
Body:
bespechnyforyou@gmail.com
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 4:55:00 PM(UTC-4)
Source App: Native Messages
Body:
You work with hill and moin ?
-----------------------------
From: +17187494732 MAMA👧🏻💜 (owner)
Timestamp: 5/25/2021 4:55:35 PM(UTC-4)
Source App: Native Messages
Body:
No I want them but I they are difficult

```
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 5/25/2021 4:55:42 PM(UTC-4)
Source App: Native Messages
Body:
Why you list them to Jamal
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 5/25/2021 4:55:45 PM(UTC-4)
Source App: Native Messages
Body:
Lost
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 4:56:22 PM(UTC-4)
Source App: Native Messages
Body:
No but they keep trying to book 5 Pm the day before and it's like
we booked solid
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 4:56:39 PM(UTC-4)
Source App: Native Messages
Body:
Closing in on 600
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 5/25/2021 4:57:03 PM(UTC-4)
Source App: Native Messages
Body:
Send them my way
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 5/25/2021 4:57:08 PM(UTC-4)
Source App: Native Messages
Body:
Please
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
```

Timestamp: 5/25/2021 4:57:16 PM(UTC-4)
Source App: Native Messages
Body:
How much you want for them
----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 4:57:57 PM(UTC-4)
Source App: Native Messages
Body:
The usual
----------------------------
From: +17187494732 MAMA🔮🫖 (owner)
Timestamp: 5/25/2021 4:58:04 PM(UTC-4)
Source App: Native Messages
Body:
Ok. I'll pay.
----------------------------
From: +17187494732 MAMA🔮🫖 (owner)
Timestamp: 5/25/2021 4:58:20 PM(UTC-4)
Source App: Native Messages
Body:
Tell them to book with me
----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 4:59:02 PM(UTC-4)
Source App: Native Messages
Body:
I can't really do that it would get back they are the biggest blabber mouths
----------------------------
From: +17187494732 MAMA🔮🫖 (owner)
Timestamp: 5/25/2021 5:07:29 PM(UTC-4)
Source App: Native Messages
Body:
So just turn them down
----------------------------
From: +17187494732 MAMA🔮🫖 (owner)
Timestamp: 5/25/2021 5:07:34 PM(UTC-4)
Source App: Native Messages

Body:
See where they go
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 5:08:23 PM(UTC-4)
Source App: Native Messages
Body:
K after the holiday you should invest in some note pads and pens and gift baskets
------------------------------
From: +17187494732 MAMA👧🤝 (owner)
Timestamp: 5/25/2021 5:08:44 PM(UTC-4)
Source App: Native Messages
Body:
Yes I am thinking the same thing
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 5:33:48 PM(UTC-4)
Source App: Native Messages
Body:
July we send an email out very polite due to difficulty sourcing labor we raising rates $20 on the 1st hour
------------------------------
From: +17187494732 MAMA👧🤝 (owner)
Timestamp: 5/25/2021 5:34:06 PM(UTC-4)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17187494732 MAMA👧🤝 (owner)
Timestamp: 5/25/2021 6:22:48 PM(UTC-4)
Source App: Native Messages
Body:
Did blockotole book with you for tomorrow
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/25/2021 6:25:08 PM(UTC-4)
Source App: Native Messages
Body:

Timestamp: 5/28/2021 4:09:29 PM(UTC-4)
Source App: Native Messages
Body:
Hill and moin should be emailing you for something Tuesday it's just too packed
-----------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/28/2021 4:12:59 PM(UTC-4)
Source App: Native Messages
Body:
Yeaaaa
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 5/28/2021 4:14:39 PM(UTC-4)
Source App: Native Messages
Body:
https://youtu.be/bqYi5TrxSzo
-----------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/28/2021 4:15:33 PM(UTC-4)
Source App: Native Messages
Body:
Hahahaha
-----------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/28/2021 4:15:45 PM(UTC-4)
Source App: Native Messages
Body:
You are crazy
-----------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/28/2021 4:16:00 PM(UTC-4)
Source App: Native Messages
Body:
That is hilarious. Where did I hear about that one
-----------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 5/28/2021 4:16:19 PM(UTC-4)
Source App: Native Messages

From: +13476652160 Liar Snake
Timestamp: 5/28/2021 4:38:15 PM(UTC-4)
Source App: Native Messages
Body:
It's been a long week
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 5/28/2021 4:39:07 PM(UTC-4)
Source App: Native Messages
Body:
Omg I know.
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 5/28/2021 4:39:32 PM(UTC-4)
Source App: Native Messages
Body:
Did you tell him and Moin to book with me cus they haven't yet
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/28/2021 4:48:42 PM(UTC-4)
Source App: Native Messages
Body:
I  can't be like use these people , you gotta call them and follow up
------------------------------
From: +13476652160 Liar Snake
Timestamp: 5/28/2021 4:49:25 PM(UTC-4)
Source App: Native Messages
Body:
Be like I'm calling to wish you a wonderful holiday weekend or something
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/1/2021 9:26:10 AM(UTC-4)
Source App: Native Messages
Body:
So if I  worked for you for 10 years what would it be like ?
------------------------------
From: +17187494732 MAMA😡🤍 (owner)

From: +13476652160 Liar Snake
Timestamp: 6/2/2021 3:57:19 PM(UTC-4)
Source App: Native Messages
Body:
Friend called it min dogecoin crashed sold at 71 after buying at
37
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/2/2021 3:57:38 PM(UTC-4)
Source App: Native Messages
Body:
Get into silver there's going to be a big squeeze
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/2/2021 4:01:15 PM(UTC-4)
Source App: Native Messages
Body:
Text me when you send some $$ stock jock ☺
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/2/2021 4:19:45 PM(UTC-4)
Source App: Native Messages
Body:
Turned down a block Ime and a bespechny
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 6/2/2021 5:28:02 PM(UTC-4)
Source App: Native Messages
Body:
Block did not book with me
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 6/2/2021 5:28:05 PM(UTC-4)
Source App: Native Messages
Body:
It was for tomorrow
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/2/2021 5:33:22 PM(UTC-4)

168

Source App: Native Messages
Body:
I'm so sick of block otole
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/2/2021 6:10:27 PM(UTC-4)
Source App: Native Messages
Body:
They come around it's a big firm , like a big ship takes time to make turns
------------------------------
From: +17187494732 MAMA😍💝 (owner)
Timestamp: 6/2/2021 6:12:31 PM(UTC-4)
Source App: Native Messages
Body:
Whatever I'm gona have dinner. Chat later 😔
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/2/2021 6:22:27 PM(UTC-4)
Source App: Native Messages
Body:
Enjoy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/7/2021 2:23:48 PM(UTC-4)
Source App: Native Messages
Body:
Crazy day , turned down Ime's for salenger, Sack and hill and moin
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/7/2021 2:25:42 PM(UTC-4)
Source App: Native Messages
Body:
And Bogoraz, happy hunting
------------------------------
From: +17187494732 MAMA😍💝 (owner)
Timestamp: 6/7/2021 2:26:17 PM(UTC-4)
Source App: Native Messages

Body:
Please send me all 4 cases mails. Lease
------------------------------
From: +17187494732 MAMA🧕🏽🤍 (owner)
Timestamp: 6/7/2021 2:26:20 PM(UTC-4)
Source App: Native Messages
Body:
Please
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/7/2021 2:46:51 PM(UTC-4)
Source App: Native Messages
Body:
Ok lol I  know this it not the first few times gave you their
info
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/7/2021 2:47:18 PM(UTC-4)
Source App: Native Messages
Body:
Deirdre dterry@sskblaw.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/7/2021 2:47:52 PM(UTC-4)
Source App: Native Messages
Body:
Atiqa@blglegal.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/7/2021 2:48:19 PM(UTC-4)
Source App: Native Messages
Body:
Aortiz@hillmoin.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 8:29:11 AM(UTC-4)
Source App: Native Messages
Body:
You get the email for the nystla event on the 24th

Body:
Have a report guy had his back fractured by a 600 pound boiler ,
doc said it was arthritis's
----------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 6/10/2021 5:10:09 PM(UTC-4)
Source App: Native Messages
Body:
Butttt I want to discuss it in person
----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:10:14 PM(UTC-4)
Source App: Native Messages
Body:
K
----------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 6/10/2021 5:10:38 PM(UTC-4)
Source App: Native Messages
Body:
And I think it's your time to break free form DL shackles
----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:11:07 PM(UTC-4)
Source App: Native Messages
Body:
She'd hunt me down like Tommy lee Jones in the fugitive
----------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 6/10/2021 5:11:10 PM(UTC-4)
Source App: Native Messages
Body:
You are so smart and great at what you do but you do it for
others and not yourself
----------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 6/10/2021 5:11:19 PM(UTC-4)
Source App: Native Messages
Body:

Body:
Small world
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 6/10/2021 5:14:21 PM(UTC-4)
Source App: Native Messages
Body:
She said she wants you to go out and do imes. What a bitch
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 6/10/2021 5:14:34 PM(UTC-4)
Source App: Native Messages
Body:
Like you make her enough piney
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 6/10/2021 5:14:38 PM(UTC-4)
Source App: Native Messages
Body:
Money
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:14:49 PM(UTC-4)
Source App: Native Messages
Body:
Lol more imes i already do some , I dont mind , imes are easy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:15:01 PM(UTC-4)
Source App: Native Messages
Body:
Had one yesterday 32 mins the exam was 4 no intake
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 6/10/2021 5:15:19 PM(UTC-4)
Source App: Native Messages
Body:
It's the point Adam.
------------------------------

From: +17187494732 MAMA🧒🖤 (owner)
Timestamp: 6/10/2021 5:15:25 PM(UTC-4)
Source App: Native Messages
Body:
She doesn't respect you
-----------------------------
From: +17187494732 MAMA🧒🖤 (owner)
Timestamp: 6/10/2021 5:15:42 PM(UTC-4)
Source App: Native Messages
Body:
We really have to talk and you really need to listen
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:15:44 PM(UTC-4)
Source App: Native Messages
Body:
I know was talking to my uncle , moms brother not dads
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:15:54 PM(UTC-4)
Source App: Native Messages
Body:
He thought the company was mine
-----------------------------
From: +17187494732 MAMA🧒🖤 (owner)
Timestamp: 6/10/2021 5:16:05 PM(UTC-4)
Source App: Native Messages
Body:
Yea and a lot of people do
-----------------------------
From: +17187494732 MAMA🧒🖤 (owner)
Timestamp: 6/10/2021 5:16:12 PM(UTC-4)
Source App: Native Messages
Body:
That's your strength
-----------------------------
From: +17187494732 MAMA🧒🖤 (owner)
Timestamp: 6/10/2021 5:16:21 PM(UTC-4)
Source App: Native Messages

Body:
Forget that hoe
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 6/10/2021 5:17:20 PM(UTC-4)
Source App: Native Messages
Body:
What I can offer you is a perfect offer and if you decline you will be there forever as her bitch
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:17:40 PM(UTC-4)
Source App: Native Messages
Body:
Looking forward to it
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 6/10/2021 5:17:45 PM(UTC-4)
Source App: Native Messages
Body:
Me too
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/10/2021 5:20:48 PM(UTC-4)
Source App: Native Messages
Body:
Got some
Apple options for end of august earnings out end of July they always pay out
-----------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 6/10/2021 5:23:16 PM(UTC-4)
Source App: Native Messages
Body:
Nice
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/16/2021 11:33:31 AM(UTC-4)
Source App: Native Messages

174

Body:

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/17/2021 1:22:17 PM(UTC-4)
Source App: Native Messages
Body:
Oh excellent
------------------------------
From: +17187494732 MAMA🙆‍♀️🧿 (owner)
Timestamp: 6/17/2021 1:22:36 PM(UTC-4)
Source App: Native Messages
Body:
Ooooh
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/17/2021 1:22:38 PM(UTC-4)
Source App: Native Messages
Body:
Have a friend who knows the executive assistant to the ceo of the
Ritz , hospitality could be in my figure
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/17/2021 1:22:40 PM(UTC-4)
Source App: Native Messages
Body:
Future
------------------------------
From: +17187494732 MAMA🙆‍♀️🧿 (owner)
Timestamp: 6/17/2021 1:22:55 PM(UTC-4)
Source App: Native Messages
Body:
🙆 omg
------------------------------
From: +17187494732 MAMA🙆‍♀️🧿 (owner)
Timestamp: 6/17/2021 1:23:07 PM(UTC-4)
Source App: Native Messages
Body:
Then sell me all the accounts before you go
```

175

From: +13476652160 Liar Snake
Timestamp: 6/21/2021 4:38:05 PM(UTC-4)
Source App: Native Messages
Body:
Looked so easy on paper lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/22/2021 11:13:23 AM(UTC-4)
Source App: Native Messages
Body:
How's my month looking
------------------------------
From: +17187494732 MAMA👸🖤 (owner)
Timestamp: 6/22/2021 11:13:33 AM(UTC-4)
Source App: Native Messages
Body:
Last month was better
------------------------------
From: +17187494732 MAMA👸🖤 (owner)
Timestamp: 6/22/2021 11:14:16 AM(UTC-4)
Source App: Native Messages
Body:
Block Otole die more last month. And others too
------------------------------
From: +17187494732 MAMA👸🖤 (owner)
Timestamp: 6/22/2021 11:14:19 AM(UTC-4)
Source App: Native Messages
Body:
But it's not bad
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/22/2021 11:21:18 AM(UTC-4)
Source App: Native Messages
Body:
Ok been turning stuff down left and right
------------------------------
From: +17187494732 MAMA👸🖤 (owner)
Timestamp: 6/22/2021 11:23:02 AM(UTC-4)
Source App: Native Messages

Body:
Ok you have to let me know who so I could try and get them
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/22/2021 11:26:12 AM(UTC-4)
Source App: Native Messages
Body:
Yeah but that could start looking suspicious
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 6/22/2021 11:52:58 AM(UTC-4)
Source App: Native Messages
Body:
No it won't
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/23/2021 10:43:24 AM(UTC-4)
Source App: Native Messages
Body:
Two block imes on there way lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/23/2021 1:57:11 PM(UTC-4)
Source App: Native Messages
Body:
Turning down an Ime for salenger sack and kimmel
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 6/23/2021 1:57:53 PM(UTC-4)
Source App: Native Messages
Body:
Thank you. Can I have their contact info please
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/23/2021 1:58:31 PM(UTC-4)
Source App: Native Messages
Body:

------------------------------

I've been getting turned away from other attys mot Subin
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 8:02:40 AM(UTC-4)
Source App: Native Messages
Body:
Have to figure out something
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 6/29/2021 8:03:02 AM(UTC-4)
Source App: Native Messages
Body:
They are using Covid. They can't use it for long
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 8:15:11 AM(UTC-4)
Source App: Native Messages
Body:
They stopped even bother to say that
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 9:14:00 AM(UTC-4)
Source App: Native Messages
Body:
Lamonsoff might call you for a 10:15 today in the city
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 6/29/2021 9:14:22 AM(UTC-4)
Source App: Native Messages
Body:
Who is lamnsoff
-----------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 6/29/2021 9:14:41 AM(UTC-4)
Source App: Native Messages
Body:
Bergman
-----------------------------
From: +13476652160 Liar Snake

I don't have Michael lamonsoff email.
-----------------------------
From: +17187494732 MAMA👵🤝 (owner)
Timestamp: 6/29/2021 9:41:00 AM(UTC-4)
Source App: Native Messages
Body:
But I don't mind calling
-----------------------------
From: +17187494732 MAMA👵🤝 (owner)
Timestamp: 6/29/2021 9:41:13 AM(UTC-4)
Source App: Native Messages
Body:
Who do I ask for
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 9:52:14 AM(UTC-4)
Source App: Native Messages
Body:
Camille
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 10:52:06 AM(UTC-4)
Source App: Native Messages
Body:
When do I get to hear your grand plan ?
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 5:15:27 PM(UTC-4)
Source App: Native Messages
Body:
Someone is going to call for a bonomo lme at 2pm tomorrow ,
you're welcome 😎
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 6/29/2021 5:17:13 PM(UTC-4)
Source App: Native Messages
Body:
You know what would be really great ?
-----------------------------

Source App: Native Messages
Body:
Bogoraz law needs someone for tomorrow 11:30
------------------------------
From: +13476652160 Liar Snake
Timestamp: 6/30/2021 10:40:15 AM(UTC-4)
Source App: Native Messages
Body:


------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 9:08:39 AM(UTC-4)
Source App: Native Messages
Body:
How'd I do in June 😊🐵
------------------------------
From: +17187494732 MAMA🐱🦠 (owner)
Timestamp: 7/1/2021 9:08:48 AM(UTC-4)
Source App: Native Messages
Body:
Very good.
------------------------------
From: +17187494732 MAMA🐱🦠 (owner)
Timestamp: 7/1/2021 9:08:51 AM(UTC-4)
Source App: Native Messages
Body:
Good morning
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 9:09:21 AM(UTC-4)
Source App: Native Messages
Body:
Yay good morning
------------------------------
From: +17187494732 MAMA🐱🦠 (owner)
Timestamp: 7/1/2021 9:09:27 AM(UTC-4)
Source App: Native Messages
Body:
Hey Adam

180

Body:
He's there he's been there since 8
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 10:33:19 AM(UTC-4)
Source App: Native Messages
Body:
About 7
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 10:59:36 AM(UTC-4)
Source App: Native Messages
Body:
<mark>11 am still no $$</mark>
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 10:59:50 AM(UTC-4)
Source App: Native Messages
Body:
<mark>I'm the golden goose</mark>
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 7/1/2021 11:12:59 AM(UTC-4)
Source App: Native Messages
Body:
Shut up Adam.
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 7/1/2021 11:13:13 AM(UTC-4)
Source App: Native Messages
Body:
I'm super stressed and will send you your money today.
------------------------------
From: +17187494732 MAMA🧒🤍 (owner)
Timestamp: 7/1/2021 11:13:20 AM(UTC-4)
Source App: Native Messages
Body:
I hate my companions
------------------------------

181

```
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 11:24:59 AM(UTC-4)
Source App: Native Messages
Body:
Let's vent
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 12:25:16 PM(UTC-4)
Source App: Native Messages
Body:
It's nice to vent lol
-----------------------------
From: +17187494732 MAMA😳🖤 (owner)
Timestamp: 7/1/2021 8:17:42 PM(UTC-4)
Source App: Native Messages
Body:
Hi sweetheart. Thank you for listening to me scream today. I
promise first thing tomorrow I will pay you unless you want me to
guesstimate and send you Quicknpay.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 8:22:15 PM(UTC-4)
Source App: Native Messages
Body:
Tomorrow is fine
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/1/2021 8:22:53 PM(UTC-4)
Source App: Native Messages
Body:
Was also thinking , paralegals wouldn't care if I turned down
more last min ones and then you called
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2021 9:19:40 AM(UTC-4)
Source App: Native Messages
Body:
Friday 💐☺
-----------------------------
```

From: +13476652160 Liar Snake
Timestamp: 7/2/2021 9:20:14 AM(UTC-4)
Source App: Native Messages
Body:
Ah sitting in the corner of a docs waiting room , lovely view of
the river
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2021 3:02:32 PM(UTC-4)
Source App: Native Messages
Body:
3 hours until holiday weekend
------------------------------
From: +17187494732 MAMA👩🖤 (owner)
Timestamp: 7/2/2021 3:14:11 PM(UTC-4)
Source App: Native Messages
Body:
31 imes referred directly by you. Thank you and have a wonderful
holiday weekend
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2021 3:14:41 PM(UTC-4)
Source App: Native Messages
Body:
Gotta get that to 3 digits
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2021 3:14:50 PM(UTC-4)
Source App: Native Messages
Body:
You too 😊
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/2/2021 4:00:17 PM(UTC-4)
Source App: Native Messages
Body:
dzwerin@hillmoin.com
------------------------------
From: +13476652160 Liar Snake

183

From: +13476652160 Liar Snake
Timestamp: 7/8/2021 7:21:47 AM(UTC-4)
Source App: Native Messages
Body:
https://www.google.com/search?q=ben%27s+deli+bayside&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/12/2021 5:43:17 PM(UTC-4)
Source App: Native Messages
Body:
What happened to you on Friday ?
------------------------------
From: +17187494732 MAMA🌸🎀 (owner)
Timestamp: 7/12/2021 5:43:50 PM(UTC-4)
Source App: Native Messages
Body:
Hi Adam. In Mexico
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/12/2021 5:50:31 PM(UTC-4)
Source App: Native Messages
Body:
That's fun lol enjoy I guess we talk when you get back
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/20/2021 11:45:50 AM(UTC-4)
Source App: Native Messages
Body:
Block has a bunch of imes coming your way
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/20/2021 12:06:07 PM(UTC-4)
Source App: Native Messages
Body:
Contain your excitement lol
------------------------------
From: +17187494732 MAMA🌸🎀 (owner)
Timestamp: 7/20/2021 12:06:20 PM(UTC-4)

Source App: Native Messages
Body:
Ueaaaaaa love u
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/20/2021 12:06:41 PM(UTC-4)
Source App: Native Messages
Body:
Lol yay
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/26/2021 9:52:51 AM(UTC-4)
Source App: Native Messages
Body:
Good morning , hope you enjoyed the weekend , how did July look for me
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/26/2021 9:53:17 AM(UTC-4)
Source App: Native Messages
Body:
Not as good as June.
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/26/2021 9:53:28 AM(UTC-4)
Source App: Native Messages
Body:
July was slower than June
------------------------------
From: +13476652160 Liar Snake
Timestamp: 7/26/2021 10:03:52 AM(UTC-4)
Source App: Native Messages
Body:
Yeah was a lot of cancellations and no shows this month it's July , people going away
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 7/26/2021 7:44:54 PM(UTC-4)
Source App: Native Messages

185

referral in a while
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:44:39 PM(UTC-4)
Source App: Native Messages
Body:
I should this month it's going to be crazy busy, might have a
whale for you
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 9/2/2021 5:44:52 PM(UTC-4)
Source App: Native Messages
Body:
Ooooh who
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 9/2/2021 5:44:56 PM(UTC-4)
Source App: Native Messages
Body:
I'll compensate good
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:44:59 PM(UTC-4)
Source App: Native Messages
Body:
Glad your alright
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:45:07 PM(UTC-4)
Source App: Native Messages
Body:
Maybe Morgan and Morgan
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 9/2/2021 5:45:18 PM(UTC-4)
Source App: Native Messages
Body:
Ooooh nice. What happened
------------------------------

186

From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:45:28 PM(UTC-4)
Source App: Native Messages
Body:
They new they want to use us
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:45:41 PM(UTC-4)
Source App: Native Messages
Body:
Supposed to talk with the guy next week
----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 9/2/2021 5:45:42 PM(UTC-4)
Source App: Native Messages
Body:
Give me an email
----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 9/2/2021 5:45:55 PM(UTC-4)
Source App: Native Messages
Body:
I'll call first so DL won't get mad
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:46:04 PM(UTC-4)
Source App: Native Messages
Body:
I have a number not on me but he's in fl until end of next week
----------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 9/2/2021 5:46:16 PM(UTC-4)
Source App: Native Messages
Body:
Send it and his name
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:46:34 PM(UTC-4)
Source App: Native Messages

Body:
I will, finishing an Ime now
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/2/2021 5:46:49 PM(UTC-4)
Source App: Native Messages
Body:
Roads were a mess idiots abandoned there cars all over
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 9/2/2021 5:46:57 PM(UTC-4)
Source App: Native Messages
Body:
Yes I saw
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 9/3/2021 11:41:16 AM(UTC-4)
Source App: Native Messages
Body:
Adam. Send me the contact info for Morgan and Morgan and set your price
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/3/2021 11:43:57 AM(UTC-4)
Source App: Native Messages
Body:
Will do, next week like I  said guys away for 2 weeks
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/3/2021 12:16:29 PM(UTC-4)
Source App: Native Messages
Body:
So how many I  do lol
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 9/3/2021 12:19:28 PM(UTC-4)
Source App: Native Messages
Body:
A little over 300

From: +13476652160 Liar Snake
Timestamp: 9/9/2021 9:59:53 AM(UTC-4)
Source App: Native Messages
Body:
It's over but going forward
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/9/2021 10:00:15 AM(UTC-4)
Source App: Native Messages
Body:
liana@ustenlaw.com
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/9/2021 10:00:18 AM(UTC-4)
Source App: Native Messages
Body:
Oh. Send me their info. Let's get you to 1000 a month atleast
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/9/2021 10:00:19 AM(UTC-4)
Source App: Native Messages
Body:
Email her tomorrow
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/9/2021 10:00:22 AM(UTC-4)
Source App: Native Messages
Body:
Thanks
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/9/2021 7:09:15 PM(UTC-4)
Source App: Native Messages
Body:
Hey Adam. How come IMe guards changes their address to new
Rochelle
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/9/2021 7:11:20 PM(UTC-4)

189

Source App: Native Messages
Body:
Yeah I saw that , I mentioned it to Jamal but he didn't say
anything
-----------------------------
From: +17187494732 MAMA😇🧡 (owner)
Timestamp: 9/9/2021 7:11:35 PM(UTC-4)
Source App: Native Messages
Body:
Hmmmm
-----------------------------
From: +17187494732 MAMA😇🧡 (owner)
Timestamp: 9/9/2021 7:11:51 PM(UTC-4)
Source App: Native Messages
Body:
==Give me Morgan and Morgan.== ==I will pay you 1000 plus residual==
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/9/2021 7:13:21 PM(UTC-4)
Source App: Native Messages
Body:
Oh yeah that's not a good one, guy knows dl, guys wife knows DL,
guys mentor knows DL , and he wants a big discount , but have
some other ones can go over tomorrow
-----------------------------
From: +17187494732 MAMA😇🧡 (owner)
Timestamp: 9/9/2021 7:14:16 PM(UTC-4)
Source App: Native Messages
Body:
Ok
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/9/2021 7:15:24 PM(UTC-4)
Source App: Native Messages
Body:
Yeah wanted it to work out but will keep thinking
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/13/2021 11:41:03 AM(UTC-4)

Timestamp: 9/22/2021 2:29:56 PM(UTC-4)
Source App: Native Messages
Body:
Going to turn down a few
------------------------------
From: +17187494732 MAMA😊💗 (owner)
Timestamp: 9/22/2021 2:30:30 PM(UTC-4)
Source App: Native Messages
Body:
No I don't send them my way please
------------------------------
From: +17187494732 MAMA😊💗 (owner)
Timestamp: 9/22/2021 2:30:34 PM(UTC-4)
Source App: Native Messages
Body:
Please please please
------------------------------
From: +17187494732 MAMA😊💗 (owner)
Timestamp: 9/22/2021 2:30:53 PM(UTC-4)
Source App: Native Messages
Body:
Get to at least 500 this month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 2:32:00 PM(UTC-4)
Source App: Native Messages
Body:
Turned down hill and moin for tomorrow as well
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 2:32:19 PM(UTC-4)
Source App: Native Messages
Body:
And rappaport and glass
------------------------------
From: +17187494732 MAMA😊💗 (owner)
Timestamp: 9/22/2021 2:38:07 PM(UTC-4)
Source App: Native Messages
Body:

Anyway you could send them my way
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 2:47:40 PM(UTC-4)
Source App: Native Messages
Body:
Amilia aortiz@hillmoin.com
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 3:31:47 PM(UTC-4)
Source App: Native Messages
Body:
Got a big firm you interested
----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 3:32:09 PM(UTC-4)
Source App: Native Messages
Body:
Harmon Linder & Rogowsky
----------------------------
From: +17187494732 MAMA🔅🎔 (owner)
Timestamp: 9/22/2021 3:34:02 PM(UTC-4)
Source App: Native Messages
Body:
Hell freakin way
----------------------------
From: +17187494732 MAMA🔅🎔 (owner)
Timestamp: 9/22/2021 3:34:12 PM(UTC-4)
Source App: Native Messages
Body:
Send me the contact I fo please
----------------------------
From: +17187494732 MAMA🔅🎔 (owner)
Timestamp: 9/22/2021 3:34:46 PM(UTC-4)
Source App: Native Messages
Body:
Give me the info for Gambone firm
----------------------------
From: +13476652160 Liar Snake

Timestamp: 9/22/2021 3:34:49 PM(UTC-4)
Source App: Native Messages
Body:
212-732-3665, not sure who the lawyer is , ask for the attorney
who handles the Imes , they book online and pay full
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/22/2021 3:35:01 PM(UTC-4)
Source App: Native Messages
Body:
No email
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 3:36:48 PM(UTC-4)
Source App: Native Messages
Body:
Try Veronica Diaz , vdiaz@hlrlawyers.com
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 3:37:32 PM(UTC-4)
Source App: Native Messages
Body:
Gambone is Judith . Jkitson@gambonelawgroup.com
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 4:23:44 PM(UTC-4)
Source App: Native Messages
Body:
Bogoraz will have one for you I'm booked solid
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 4:29:55 PM(UTC-4)
Source App: Native Messages
Body:
Call Amilia 212-668-6000
-----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 9/22/2021 5:42:06 PM(UTC-4)
Source App: Native Messages

```
------------------------------
From: +17187494732 MAMA👵💟 (owner)
Timestamp: 9/22/2021 5:56:27 PM(UTC-4)
Source App: Native Messages
Body:
Oh nice. What is the
Occasiona
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 5:57:46 PM(UTC-4)
Source App: Native Messages
Body:
Seeing a play , to kill a mockingbird
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/22/2021 5:57:59 PM(UTC-4)
Source App: Native Messages
Body:
Still have a find a place for Saturday with my mom lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/23/2021 3:12:53 PM(UTC-4)
Source App: Native Messages
Body:
Call Michelle he 212.226.2100 Cesar Napoli they need someone for
a psych Ime tomorrow
------------------------------
From: +13476652160 Liar Snake
Timestamp: 9/27/2021 1:54:37 PM(UTC-4)
Source App: Native Messages
Body:
How's my month looking
------------------------------
From: +17187494732 MAMA👵💟 (owner)
Timestamp: 9/27/2021 1:57:21 PM(UTC-4)
Source App: Native Messages
Body:
You know I expected better but not bad
------------------------------
```

Timestamp: 10/4/2021 12:48:05 PM(UTC-4)
Source App: Native Messages
Body:
603
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:48:11 PM(UTC-4)
Source App: Native Messages
Body:
Turned down a bunch this morning
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:48:21 PM(UTC-4)
Source App: Native Messages
Body:
Got 200 plus reports over the weekend
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 10/4/2021 12:48:35 PM(UTC-4)
Source App: Native Messages
Body:
Has Amelia sent you any.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:48:43 PM(UTC-4)
Source App: Native Messages
Body:
Yeah turned it down
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:49:09 PM(UTC-4)
Source App: Native Messages
Body:
How many I get for you sept
------------------------------
From: +17187494732 MAMA😈🤍 (owner)
Timestamp: 10/4/2021 12:49:21 PM(UTC-4)
Source App: Native Messages
Body:

Doing it now. I did nothing this weekend
-----------------------------
From: +17187494732 MAMA😀💮 (owner)
Timestamp: 10/4/2021 12:49:29 PM(UTC-4)
Source App: Native Messages
Body:
Just later back
-----------------------------
From: +17187494732 MAMA😀💮 (owner)
Timestamp: 10/4/2021 12:49:34 PM(UTC-4)
Source App: Native Messages
Body:
Laid
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:49:49 PM(UTC-4)
Source App: Native Messages
Body:
Nice we went hiking Saturday then dinner with fam yesterday
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:50:39 PM(UTC-4)
Source App: Native Messages
Body:
After you send $ give me a call
-----------------------------
From: +17187494732 MAMA😀💮 (owner)
Timestamp: 10/4/2021 12:51:08 PM(UTC-4)
Source App: Native Messages
Body:
Ok you got a big account for me
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 12:51:27 PM(UTC-4)
Source App: Native Messages
Body:
Maybe
-----------------------------
From: +13476652160 Liar Snake

Timestamp: 10/4/2021 2:01:49 PM(UTC-4)
Source App: Native Messages
Body:
It's good info
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 10/4/2021 2:02:11 PM(UTC-4)
Source App: Native Messages
Body:
Gina call you I promise.
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 10/4/2021 9:19:15 PM(UTC-4)
Source App: Native Messages
Body:
320
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 9:31:06 PM(UTC-4)
Source App: Native Messages
Body:
Gotta hit 500
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 9:31:12 PM(UTC-4)
Source App: Native Messages
Body:
Will get there
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/4/2021 9:32:16 PM(UTC-4)
Source App: Native Messages
Body:
Ty
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 10/4/2021 9:32:37 PM(UTC-4)
Source App: Native Messages
Body:

Source App: Native Messages
Body:
Send me an account please
------------------------------
From: +17187494732 MAMA😱🖤 (owner)
Timestamp: 10/12/2021 4:34:48 PM(UTC-4)
Source App: Native Messages
Body:
Even tho I Fukin hate them
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/12/2021 4:43:41 PM(UTC-4)
Source App: Native Messages
Body:
Didn't happen today lol was just thinking
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/12/2021 4:44:01 PM(UTC-4)
Source App: Native Messages
Body:
Levine and grossman wasn't happy didn't have a person for a psych
Ime
------------------------------
From: +17187494732 MAMA😱🖤 (owner)
Timestamp: 10/12/2021 5:29:02 PM(UTC-4)
Source App: Native Messages
Body:
What's his email
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/12/2021 5:30:06 PM(UTC-4)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_56_06_3818AF38-C9E5-4601-A904-F0B84BF83864_65576696831__A5
FF34A0-DB10-4C28-9EBB-D56E22E1E781.HEIC
Body:

------------------------------
From: +17187494732 MAMA👧🏽🤍 (owner)
Timestamp: 10/14/2021 9:44:41 AM(UTC-4)
Source App: Native Messages
Body:
Hey Adam. An you send the watchdog home. The one with the Wingate client. I can't get a hold of Jannett. I'll send you proof of you want that she booked it with me. And I really need it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2021 9:45:00 AM(UTC-4)
Source App: Native Messages
Body:
Sure np
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2021 9:45:08 AM(UTC-4)
Source App: Native Messages
Body:
Who's the client
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2021 9:45:47 AM(UTC-4)
Source App: Native Messages
Body:
Oooh do I get credit for Wingate now been turning some of there's down
------------------------------
From: +17187494732 MAMA👧🏽🤍 (owner)
Timestamp: 10/14/2021 9:45:58 AM(UTC-4)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_30_00_AD60B582-8AD5-43F4-820A-B9E0CF91C0CE_65586580349__87
206A22-B840-447B-AE7E-288E79F7F1EB.HEIC
Body:

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2021 9:46:21 AM(UTC-4)
Source App: Native Messages
Body:
Ok np
------------------------------
From: +17187494732 MAMA😂🤍 (owner)
Timestamp: 10/14/2021 9:46:24 AM(UTC-4)
Source App: Native Messages
Body:
Yes of order
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2021 9:46:24 AM(UTC-4)
Source App: Native Messages
Body:
Calling WD now
------------------------------
From: +17187494732 MAMA😂🤍 (owner)
Timestamp: 10/14/2021 9:46:46 AM(UTC-4)
Source App: Native Messages
Body:
Or course. I gave you credit last month  for the 3 they sent
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/14/2021 9:47:28 AM(UTC-4)
Source App: Native Messages
Body:
Nice told Gedder to use you for the last min ones
------------------------------
From: +17187494732 MAMA😂🤍 (owner)
Timestamp: 10/14/2021 9:50:04 AM(UTC-4)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +17187494732 MAMA😂🤍 (owner)
Timestamp: 10/14/2021 11:29:06 AM(UTC-4)
```

Timestamp: 10/19/2021 10:20:02 AM(UTC-4)
Source App: Native Messages
Body:
Sure
------------------------------
From: +17187494732 MAMA🧒🏻🤍 (owner)
Timestamp: 10/19/2021 10:20:16 AM(UTC-4)
Source App: Native Messages
Body:
Don't worry he doesn't speak Spanish so he left
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/19/2021 10:27:38 AM(UTC-4)
Source App: Native Messages
Body:
Nice
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/19/2021 10:59:52 AM(UTC-4)
Source App: Native Messages
Body:
Hows my numbers looking for October
------------------------------
From: +17187494732 MAMA🧒🏻🤍 (owner)
Timestamp: 10/19/2021 11:00:14 AM(UTC-4)
Source App: Native Messages
Body:
Not bad
------------------------------
From: +17187494732 MAMA🧒🏻🤍 (owner)
Timestamp: 10/19/2021 11:00:19 AM(UTC-4)
Source App: Native Messages
Body:
Better than last month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/19/2021 11:01:35 AM(UTC-4)
Source App: Native Messages
Body:

201

From: +17187494732 MAMA😻🤍 (owner)
Timestamp: 10/25/2021 10:08:05 AM(UTC-4)
Source App: Native Messages
Body:
Don't you bill them anyway if yiu send your watchdog home
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/25/2021 10:17:26 AM(UTC-4)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_db_11_71533FE5-2F7D-4C37-8F72-E6ED69F8F941_65686423410__EB
AF829F-CC0E-4D93-B3AB-6D12E5B4660C.jpeg
Body:

------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/25/2021 4:23:48 PM(UTC-4)
Source App: Native Messages
Body:
You reach out to them
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/25/2021 4:23:58 PM(UTC-4)
Source App: Native Messages
Body:
That could be another 15-20 imes a month
------------------------------
From: +17187494732 MAMA😻🤍 (owner)
Timestamp: 10/25/2021 4:24:26 PM(UTC-4)
Source App: Native Messages
Body:
Not yet gona do it now
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/26/2021 11:30:44 AM(UTC-4)
Source App: Native Messages
Body:

Turned down some Wingates
----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 10/26/2021 11:32:03 AM(UTC-4)
Source App: Native Messages
Body:
Go adam it's your birthday
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/26/2021 11:44:08 AM(UTC-4)
Source App: Native Messages
Body:
Haha
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/27/2021 5:58:13 PM(UTC-4)
Source App: Native Messages
Body:
Turned down 7 imes today hope they went your way , some firm was
bitching about how lousy the guards are
----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 10/28/2021 2:11:09 PM(UTC-4)
Source App: Native Messages
Body:
Adam
----------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 10/28/2021 2:11:17 PM(UTC-4)
Source App: Native Messages
Body:
Do yiu have a WS named Susan
----------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2021 2:11:43 PM(UTC-4)
Source App: Native Messages
Body:
Nope
----------------------------

Body:
It wasn't a rep tho. It was someone that worked for the doc
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 10/28/2021 6:02:39 PM(UTC-4)
Source App: Native Messages
Body:
I thought it was a rep
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 10/28/2021 6:03:09 PM(UTC-4)
Source App: Native Messages
Body:
What did you close the month with
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2021 6:03:24 PM(UTC-4)
Source App: Native Messages
Body:
613
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2021 6:03:33 PM(UTC-4)
Source App: Native Messages
Body:
Ah
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2021 6:03:42 PM(UTC-4)
Source App: Native Messages
Body:
Gotta shift more over
------------------------------
From: +17187494732 MAMA😍🤍 (owner)
Timestamp: 10/28/2021 6:04:21 PM(UTC-4)
Source App: Native Messages
Body:
Yes please
------------------------------

204

From: +13476652160 Liar Snake
Timestamp: 10/28/2021 6:04:56 PM(UTC-4)
Source App: Native Messages
Body:
==This month 400+- you said , will hit 500 for nov , say oh thanksgiving lull==
------------------------------
From: +17187494732 MAMA🧕🏽🤎 (owner)
Timestamp: 10/28/2021 6:05:23 PM(UTC-4)
Source App: Native Messages
Body:
==Yes I think you got like 400 this month==.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2021 6:11:04 PM(UTC-4)
Source App: Native Messages
Body:
Sweet lol chip away that dinner bill
------------------------------
From: +13476652160 Liar Snake
Timestamp: 10/28/2021 6:11:22 PM(UTC-4)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_a8_08_ABC64176-0707-4BAE-937F-C38EFE6399A5_IMG_0664.HEIC
#2: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_42_02_E71DDCE5-D50A-41CA-86B0-80EC4F395712_IMG_0662.HEIC
#3: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_cc_12_5D064E3B-94F5-4C32-B6B5-93A5A6328B7E_IMG_0660.HEIC
#4: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_47_07_3930655E-1899-4342-A60B-9C8EA2033CE0_IMG_0661.HEIC
#5: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_66_06_91385D01-D68F-4632-9556-D224ABDBF8E7_IMG_0659.HEIC
#6: chats\Native

h_1_44_04_D5E005_1_787A86_1
#2: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
h_1_1e_14_540B2B_1_116153_1
Body:
https://youtu.be/-0kcet4aPpQ
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/1/2021 4:56:49 PM(UTC-4)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
h_1_4f_15_DFE9B0_1_B4F174_1
#2: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
h_1_92_02_3EFB88_1_612257_1
Body:
https://youtu.be/JU9TouRnO84
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/2/2021 10:47:14 AM(UTC-4)
Source App: Native Messages
Body:
Sending client your way
------------------------------
From: +17187494732 MAMA🤬🍬 (owner)
Timestamp: 11/2/2021 11:00:59 AM(UTC-4)
Source App: Native Messages
Body:
Who
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/2/2021 11:04:06 AM(UTC-4)
Source App: Native Messages
Body:
He should have called by now for a 2pm in Brooklyn
------------------------------
From: +13476652160 Liar Snake

Timestamp: 11/2/2021 11:04:11 AM(UTC-4)
Source App: Native Messages
Body:
Don't remember his name
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/2/2021 11:04:15 AM(UTC-4)
Source App: Native Messages
Body:
😵😵😵😵
------------------------------
From: +17187494732 MAMA😇🐚 (owner)
Timestamp: 11/2/2021 3:06:38 PM(UTC-4)
Source App: Native Messages
Body:
Omg on a call what's up
------------------------------
From: +17187494732 MAMA😇🐚 (owner)
Timestamp: 11/2/2021 3:37:23 PM(UTC-4)
Source App: Native Messages
Body:
37 hun. November Yih should hit 50 for sure
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/2/2021 3:41:55 PM(UTC-4)
Source App: Native Messages
Body:
Def
------------------------------
From: +17187494732 MAMA😇🐚 (owner)
Timestamp: 11/2/2021 3:42:11 PM(UTC-4)
Source App: Native Messages
Body:
Did yoi send gabby homen
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/2/2021 3:42:20 PM(UTC-4)
Source App: Native Messages
Body:

```
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/5/2021 10:53:40 AM(UTC-4)
Source App: Native Messages
Body:
You ever get an IME request at 9:30 for a 9:15 lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:54:24 AM(UTC-4)
Source App: Native Messages
Body:
Yup lol
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/5/2021 10:54:41 AM(UTC-4)
Source App: Native Messages
Body:
So your November started strong
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/5/2021 10:54:52 AM(UTC-4)
Source App: Native Messages
Body:
I think u will make more than 500 this ok Tj
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/5/2021 10:54:55 AM(UTC-4)
Source App: Native Messages
Body:
Month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:55:04 AM(UTC-4)
Source App: Native Messages
Body:
Very won't end strong thanksgiving week will be slow
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:55:10 AM(UTC-4)
```

Source App: Native Messages
Body:
I hope so
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 11/5/2021 10:55:26 AM(UTC-4)
Source App: Native Messages
Body:
Even Ginarte upped their requests
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 11/5/2021 10:55:51 AM(UTC-4)
Source App: Native Messages
Body:
They told me you turned down appt of their requests
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 11/5/2021 10:55:59 AM(UTC-4)
Source App: Native Messages
Body:
Alot*
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 11/5/2021 10:56:10 AM(UTC-4)
Source App: Native Messages
Body:
When they worked with yoi
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:56:11 AM(UTC-4)
Source App: Native Messages
Body:
I get calls all the time the client is there can you get someone
------------------------------
From: +17187494732 MAMA👵🤍 (owner)
Timestamp: 11/5/2021 10:56:38 AM(UTC-4)
Source App: Native Messages
Body:
Sometimes we get lucky we have someone already there

```
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:56:38 AM(UTC-4)
Source App: Native Messages
Body:
I  did they book last min
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:56:43 AM(UTC-4)
Source App: Native Messages
Body:
Def
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 11/5/2021 10:57:00 AM(UTC-4)
Source App: Native Messages
Body:
So who can we add to the list today.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:57:12 AM(UTC-4)
Source App: Native Messages
Body:
I  like the Firms have stuff for February and March
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 11/5/2021 10:57:26 AM(UTC-4)
Source App: Native Messages
Body:
Any other last minute booker you want to rid of
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 11/5/2021 10:57:54 AM(UTC-4)
Source App: Native Messages
Body:
Well I was thinking when bornsteins package runs out won't offer
him that crazy deal
-----------------------------
From: +17187494732 MAMA😳🤍 (owner)
```

Jamal is really smart and hard working hope they paying him well,

------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 11/10/2021 6:21:32 PM(UTC-5)
Source App: Native Messages
Body:
Doesn't he do what we do
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2021 6:21:50 PM(UTC-5)
Source App: Native Messages
Body:
Yeah it's exhausting
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2021 6:22:06 PM(UTC-5)
Source App: Native Messages
Body:
Honestly going on the imes is the easiest part
------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 11/10/2021 6:22:13 PM(UTC-5)
Source App: Native Messages
Body:
Agree
------------------------------
From: +17187494732 MAMA😇💗 (owner)
Timestamp: 11/10/2021 6:22:39 PM(UTC-5)
Source App: Native Messages
Body:
Give me a firm you hate
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2021 6:22:55 PM(UTC-5)
Source App: Native Messages
Body:
Will look tomorrow
------------------------------

From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/10/2021 6:23:03 PM(UTC-5)
Source App: Native Messages
Body:
Ok gn 😴
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/10/2021 6:23:07 PM(UTC-5)
Source App: Native Messages
Body:
Night
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/11/2021 8:33:57 AM(UTC-5)
Source App: Native Messages
Body:
==Turned down a bunch of block imes this week hope they went your way==
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/11/2021 8:38:53 AM(UTC-5)
Source App: Native Messages
Body:
Not yet
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/11/2021 8:41:22 AM(UTC-5)
Source App: Native Messages
Body:
How big is BlockOtoole
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/11/2021 8:41:40 AM(UTC-5)
Source App: Native Messages
Body:
Like how many a month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/11/2021 8:56:27 AM(UTC-5)

212

Yes send it my way please
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/16/2021 12:21:19 PM(UTC-5)
Source App: Native Messages
Body:
It's for tomorrow
------------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 11/16/2021 12:21:27 PM(UTC-5)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 11/16/2021 12:22:20 PM(UTC-5)
Source App: Native Messages
Body:
Give him my cell please or give me his contact
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/16/2021 12:23:04 PM(UTC-5)
Source App: Native Messages
Body:
Michelle 212-226-2100
------------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 11/16/2021 12:23:39 PM(UTC-5)
Source App: Native Messages
Body:
Calling nown
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/16/2021 1:53:19 PM(UTC-5)
Source App: Native Messages
Body:
Well done lol
------------------------------
From: +17187494732 MAMA👲🤍 (owner)

213

Timestamp: 11/16/2021 1:53:34 PM(UTC-5)
Source App: Native Messages
Body:
How did you know
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/16/2021 1:56:57 PM(UTC-5)
Source App: Native Messages
Body:
They emailed me lol, maybe now they use you I get $500
------------------------------
From: +17187494732 MAMA😡🦠 (owner)
Timestamp: 11/16/2021 1:58:14 PM(UTC-5)
Source App: Native Messages
Body:
Oh definitely. But I want them to use me all the time
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/16/2021 1:59:00 PM(UTC-5)
Source App: Native Messages
Body:
Will just turn them down a few times
------------------------------
From: +17187494732 MAMA😡🦠 (owner)
Timestamp: 11/16/2021 1:59:24 PM(UTC-5)
Source App: Native Messages
Body:
Yes sir
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/16/2021 4:06:45 PM(UTC-5)
Source App: Native Messages
Body:
You call Parker ? They emailed me for how many imes they have left it's about 10
------------------------------
From: +17187494732 MAMA😡🦠 (owner)
Timestamp: 11/16/2021 4:07:15 PM(UTC-5)
Source App: Native Messages

214

```
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 11/19/2021 3:08:34 PM(UTC-5)
Source App: Native Messages
Body:
It doesn't make financial sense
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 11/19/2021 3:08:45 PM(UTC-5)
Source App: Native Messages
Body:
I don't have anyone that pays less than that
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/19/2021 3:08:49 PM(UTC-5)
Source App: Native Messages
Body:
Ok so maybe I tell DL 160 they balk and then you come in at 140
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 11/19/2021 3:09:24 PM(UTC-5)
Source App: Native Messages
Body:
Ok then o give you a sign on bonus if the sign in and you will def be over 500 a Lorna by then
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
Timestamp: 11/19/2021 3:09:29 PM(UTC-5)
Source App: Native Messages
Body:
A month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/19/2021 3:09:36 PM(UTC-5)
Source App: Native Messages
Body:
Excellent
------------------------------
From: +17187494732 MAMA😳🤍 (owner)
```

215

Timestamp: 11/19/2021 3:09:44 PM(UTC-5)
Source App: Native Messages
Body:
==Let's do it==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/19/2021 3:10:05 PM(UTC-5)
Source App: Native Messages
Body:
==Yeah we turn down full price imes to do discount ones it's stupid==

------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/19/2021 3:10:24 PM(UTC-5)
Source App: Native Messages
Body:
How's Jannett
------------------------------
From: +17187494732 MAMA🧑🤍 (owner)
Timestamp: 11/19/2021 3:10:35 PM(UTC-5)
Source App: Native Messages
Body:
She's doing good. Ruiz
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/19/2021 3:10:39 PM(UTC-5)
Source App: Native Messages
Body:
Yeah
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/19/2021 3:10:48 PM(UTC-5)
Source App: Native Messages
Body:
Nice keeping you busy
------------------------------
From: +17187494732 MAMA🧑🤍 (owner)
Timestamp: 11/19/2021 3:11:14 PM(UTC-5)
Source App: Native Messages

Source App: Native Messages
Body:
Think Laura from Wingate going to email you , turned down one for tomorrow
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/22/2021 6:33:07 PM(UTC-5)
Source App: Native Messages
Body:
Thank you. How many you have tomorrow
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/22/2021 6:35:09 PM(UTC-5)
Source App: Native Messages
Body:
32 lol
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/23/2021 8:43:13 AM(UTC-5)
Source App: Native Messages
Body:
Can you send the WD home from Bendo office please
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/23/2021 8:43:20 AM(UTC-5)
Source App: Native Messages
Body:
Just did
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/23/2021 8:43:24 AM(UTC-5)
Source App: Native Messages
Body:
Your quick lol
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 11/23/2021 8:43:27 AM(UTC-5)
Source App: Native Messages
Body:

🈂️

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/23/2021 8:44:07 AM(UTC-5)
Source App: Native Messages
Body:
```
Big money
```
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 11/23/2021 8:44:50 AM(UTC-5)
Source App: Native Messages
Body:
```
Lmao
```
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 11/23/2021 8:45:15 AM(UTC-5)
Source App: Native Messages
Body:
```
It def can turn into big money
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/29/2021 9:58:21 AM(UTC-5)
Source App: Native Messages
Body:
```
Good morning hope you had a great thanksgiving , turned down pereceman firm and Greenberg law
```
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 11/29/2021 10:32:39 AM(UTC-5)
Source App: Native Messages
Body:
```
Thank you
```
------------------------------
From: +17187494732 MAMA🎎🦋 (owner)
Timestamp: 11/29/2021 10:32:48 AM(UTC-5)
Source App: Native Messages
Body:
```
Greenberg is Jason Greenberg
```
------------------------------
```

From: +13476652160 Liar Snake
Timestamp: 11/29/2021 10:40:16 AM(UTC-5)
Source App: Native Messages
Body:
Think so
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/29/2021 12:45:12 PM(UTC-5)
Source App: Native Messages
Body:
How'd I do this month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/29/2021 12:45:25 PM(UTC-5)
Source App: Native Messages
Body:
Feel like throwing in a little extra for the holidays ;)
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 11/29/2021 12:45:33 PM(UTC-5)
Source App: Native Messages
Body:
Maybe
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 11/29/2021 12:46:41 PM(UTC-5)
Source App: Native Messages
Body:
You know
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 11/29/2021 12:48:32 PM(UTC-5)
Source App: Native Messages
Body:
 Perceman booked and then cancelled
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 11/29/2021 12:48:36 PM(UTC-5)
Source App: Native Messages

219

From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 11/30/2021 12:27:27 PM(UTC-5)
Source App: Native Messages
Body:
Not as good as I thought but Wingate is coming
On strong so December January looks really good for you.
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 11/30/2021 12:27:38 PM(UTC-5)
Source App: Native Messages
Body:
I got like 28 from Wingate alone
------------------------------
From: +17187494732 MAMA👧🤍 (owner)
Timestamp: 11/30/2021 12:27:42 PM(UTC-5)
Source App: Native Messages
Body:
For December
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/30/2021 12:27:44 PM(UTC-5)
Source App: Native Messages
Body:
Wow
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/30/2021 12:27:57 PM(UTC-5)
Source App: Native Messages
Body:
Make it rain
------------------------------
From: +13476652160 Liar Snake
Timestamp: 11/30/2021 12:28:46 PM(UTC-5)
Source App: Native Messages
Body:
Waiting at ime got here they said was canceled by Exam works firm
straightened it out
------------------------------
From: +13476652160 Liar Snake

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2021 6:20:57 PM(UTC-5)
Source App: Native Messages
Body:
```
Turned down 4 from Bader & Yakaitis LLP for next week , merry Christmas
```
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/2/2021 6:21:17 PM(UTC-5)
Source App: Native Messages
Body:
```
Do they have my number
```
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/2/2021 6:21:31 PM(UTC-5)
Source App: Native Messages
Body:

```
Or should I call
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2021 6:33:23 PM(UTC-5)
Source App: Native Messages
Body:
Don't they
------------------------------
From: +17187494732 MAMA😇🤍 (owner)
Timestamp: 12/2/2021 6:33:42 PM(UTC-5)
Source App: Native Messages
Body:
Never heard of them
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/2/2021 6:33:53 PM(UTC-5)
Source App: Native Messages
Body:
Oy we talk tomorrow
------------------------------
```

From: +13476652160 Liar Snake
Timestamp: 12/3/2021 9:44:23 AM(UTC-5)
Source App: Native Messages
Body:
Thought you worked with Bader don't you have Ruiny's info
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2021 9:44:50 AM(UTC-5)
Source App: Native Messages
Body:
Ruiny Ferreira
Legal Assistant
Bader & Yakaitis LLP
1430 Broadway, Suite 1802
New York, New York 10018
Phone (212) 465-1110
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2021 9:45:00 AM(UTC-5)
Source App: Native Messages
Body:
rferreira@bynlaw.com
------------------------------
From: +17187494732 MAMA🔥🦋 (owner)
Timestamp: 12/3/2021 9:45:01 AM(UTC-5)
Source App: Native Messages
Body:
Thank you. 😊
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2021 9:46:04 AM(UTC-5)
Source App: Native Messages
Body:
Gotta think of a way to keep track of the firms I'm sending
------------------------------
From: +17187494732 MAMA🔥🦋 (owner)
Timestamp: 12/3/2021 9:46:43 AM(UTC-5)
Source App: Native Messages
Body:

Put them on an excell sheet. I'll send you the ones you are getting paid for currently
----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/3/2021 9:47:56 AM(UTC-5)
Source App: Native Messages
Body:
Cool
----------------------------
From: +17187494732 MAMA👩🖤 (owner)
Timestamp: 12/8/2021 3:52:49 PM(UTC-5)
Source App: Native Messages
Body:
Jose uriqa Wingate client.
----------------------------
From: +17187494732 MAMA👩🖤 (owner)
Timestamp: 12/8/2021 3:53:04 PM(UTC-5)
Source App: Native Messages
Body:
Please send watchdog home. They booked us too
----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/8/2021 3:53:40 PM(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +13476652160 Liar Snake
Timestamp: 12/8/2021 3:53:42 PM(UTC-5)
Source App: Native Messages
Body:
Lol
----------------------------
From: +17187494732 MAMA👩🖤 (owner)
Timestamp: 12/8/2021 3:59:37 PM(UTC-5)
Source App: Native Messages
Body:
He's not leaving
----------------------------

From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 12/8/2021 3:59:47 PM(UTC-5)
Source App: Native Messages
Body:
Tell his ass to go home
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/8/2021 4:00:15 PM(UTC-5)
Source App: Native Messages
Body:
Told him
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/9/2021 8:39:57 AM(UTC-5)
Source App: Native Messages
Body:
What you charge for white plains
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 12/9/2021 8:56:01 AM(UTC-5)
Source App: Native Messages
Body:
Extra 20-25
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 12/9/2021 8:56:09 AM(UTC-5)
Source App: Native Messages
Body:
Is. That ok
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/9/2021 9:08:07 AM(UTC-5)
Source App: Native Messages
Body:
What lol we charge 75 and up
------------------------------
From: +17187494732 MAMA👶🤍 (owner)
Timestamp: 12/9/2021 9:10:34 AM(UTC-5)
Source App: Native Messages

224

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/14/2021 8:39:15 AM(UTC-5)
Source App: Native Messages
Body:
```
Have someone calling 2 in Astoria 10 am in Spanish
```
------------------------------
From: +17187494732 MAMA🎀🖤 (owner)
Timestamp: 12/14/2021 8:39:48 AM(UTC-5)
Source App: Native Messages
Body:
```
Yeaaa good morning. Who
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/14/2021 8:52:23 AM(UTC-5)
Source App: Native Messages
Body:
Couldn't hear then name was in elevator
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/16/2021 10:43:05 AM(UTC-5)
Source App: Native Messages
Body:
```
How are my numbers looking ?
```
------------------------------
From: +17187494732 MAMA🎀🖤 (owner)
Timestamp: 12/16/2021 10:43:15 AM(UTC-5)
Source App: Native Messages
Body:
```
Very good
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/16/2021 10:43:20 AM(UTC-5)
Source App: Native Messages
Body:
```
Very nice
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/16/2021 10:43:43 AM(UTC-5)
```

From: +13476652160 Liar Snake
Timestamp: 12/16/2021 5:03:59 PM(UTC-5)
Source App: Native Messages
Body:
Usually we don't break 400
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/27/2021 9:46:40 AM(UTC-5)
Source App: Native Messages
Body:
Good morning hope you had a wonderful Christmas 🎉⛄ going to
work on a list of clients you should go for by Thursday
------------------------------
From: +17187494732 MAMA🧑🏽‍🦱🤎 (owner)
Timestamp: 12/27/2021 9:51:35 AM(UTC-5)
Source App: Native Messages
Body:
I had a great holiday sweetheart. Than you I will get to work on
it asap. I will calculate your kk rh if December. It started
strong and got weak. I will be adding the bonus to it at the end
of the month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/27/2021 10:13:42 AM(UTC-5)
Source App: Native Messages
Body:
Excellent yeah last week was dead
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/27/2021 10:13:48 AM(UTC-5)
Source App: Native Messages
Body:
Now it's collections lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/27/2021 10:14:02 AM(UTC-5)
Source App: Native Messages
Body:
That be wonderful Dec :)

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 1:58:23 PM(UTC-5)
Source App: Native Messages
Body:
Couple like 800 bucks
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 1:59:15 PM(UTC-5)
Source App: Native Messages
Body:
```
Gedder sending you lots of IME's
```
------------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 1/11/2022 1:59:49 PM(UTC-5)
Source App: Native Messages
Body:
```
Yes. It worked out. It would take you to a next level
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 2:05:55 PM(UTC-5)
Source App: Native Messages
Body:
```
Excellent
```
------------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 1/11/2022 2:08:50 PM(UTC-5)
Source App: Native Messages
Body:
P.O Box 90398. Staten Island NY 10308
------------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 1/11/2022 2:08:53 PM(UTC-5)
Source App: Native Messages
Body:
10309
------------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 1/11/2022 2:09:01 PM(UTC-5)
```

```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:29:05 PM(UTC-5)
Source App: Native Messages
Body:
```
besoechny use you
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:29:17 PM(UTC-5)
Source App: Native Messages
Body:
```
Bespechny
```
------------------------------
From: +17187494732 MAMA👶💗 (owner)
Timestamp: 1/11/2022 3:29:43 PM(UTC-5)
Source App: Native Messages
Body:
```
No send me send me contact info
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:36:07 PM(UTC-5)
Source App: Native Messages
Body:
```
718-792-4800 Xavier
```
------------------------------
From: +17187494732 MAMA👶💗 (owner)
Timestamp: 1/11/2022 3:52:43 PM(UTC-5)
Source App: Native Messages
Body:
```
Have you been turning imes down
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:57:22 PM(UTC-5)
Source App: Native Messages
Body:
```
Yup
```
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:57:26 PM(UTC-5)
```

Source App: Native Messages
Body:
Busy busy
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:57:31 PM(UTC-5)
Source App: Native Messages
Body:
Working on collections
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:57:39 PM(UTC-5)
Source App: Native Messages
Body:
So what's your new price going to be
------------------------------
From: +17187494732 MAMA😀🤍 (owner)
Timestamp: 1/11/2022 3:58:15 PM(UTC-5)
Source App: Native Messages
Body:
I'm thinking 199
------------------------------
From: +17187494732 MAMA😀🤍 (owner)
Timestamp: 1/11/2022 3:58:20 PM(UTC-5)
Source App: Native Messages
Body:
What do you think
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/11/2022 3:58:54 PM(UTC-5)
Source App: Native Messages
Body:
Nice we doing 189 you want 185 to stay cheaper
------------------------------
From: +17187494732 MAMA😀🤍 (owner)
Timestamp: 1/11/2022 4:16:01 PM(UTC-5)
Source App: Native Messages
Body:
Good idea

grace period
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/12/2022 7:04:31 PM(UTC-5)
Source App: Native Messages
Body:
Ridiculous they so delusional
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 1/12/2022 8:24:16 PM(UTC-5)
Source App: Native Messages
Body:
Hi Adam. I have Rojas for Wingate tomorrow
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 1/12/2022 8:24:24 PM(UTC-5)
Source App: Native Messages
Body:
Please tell your watchdog
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 1/12/2022 8:24:44 PM(UTC-5)
Source App: Native Messages
Body:
Not to show
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/12/2022 9:05:24 PM(UTC-5)
Source App: Native Messages
Body:
With Klein
------------------------------
From: +17187494732 MAMA🔒🎖 (owner)
Timestamp: 1/12/2022 9:05:35 PM(UTC-5)
Source App: Native Messages
Body:
Yes
------------------------------
From: +13476652160 Liar Snake

230

From: +17187494732 MAMA👻🦠 (owner)
Timestamp: 1/19/2022 10:58:32 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_1b_11_D25BAF4A-393A-4A7C-9E49-AEAEDA8E836A_Screenshot
2022-01-19 at 10.58.18 AM.png
Body:

------------------------------
From: +17187494732 MAMA👻🦠 (owner)
Timestamp: 1/19/2022 10:59:04 AM(UTC-5)
Source App: Native Messages
Body:
Do you ok have a watchdog for this client at 420 Lexington
------------------------------
From: +17187494732 MAMA👻🦠 (owner)
Timestamp: 1/19/2022 10:59:12 AM(UTC-5)
Source App: Native Messages
Body:
Please send them home
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 10:59:27 AM(UTC-5)
Source App: Native Messages
Body:
K
------------------------------
From: +17187494732 MAMA👻🦠 (owner)
Timestamp: 1/19/2022 11:01:50 AM(UTC-5)
Source App: Native Messages
Body:
They want to start the exam
------------------------------
From: +17187494732 MAMA👻🦠 (owner)
Timestamp: 1/19/2022 11:01:58 AM(UTC-5)
Source App: Native Messages
Body:

Did you advise them to leave
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 11:03:14 AM(UTC-5)
Source App: Native Messages
Body:
Texted and called she didn't pick up
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 11:03:35 AM(UTC-5)
Source App: Native Messages
Body:
She's very professional phones probably on silent
------------------------------
From: +17187494732 MAMA😇🎀 (owner)
Timestamp: 1/19/2022 12:38:42 PM(UTC-5)
Source App: Native Messages
Body:
Hey Adam. Do you have a report for Jennifer Campoverde 12-16-21
with Adam bender
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 7:25:47 PM(UTC-5)
Source App: Native Messages
Body:
Totally missed this sorry was crazy afternooon
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 7:29:22 PM(UTC-5)
Source App: Native Messages
Body:
Just had a Bazos for that client
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 7:32:10 PM(UTC-5)
Source App: Native Messages
Body:
Weather supposed to be bad tomorrow , but all the imes still on
------------------------------

Body:
Yea but I want Wingate exclusively.

------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 7:49:36 PM(UTC-5)
Source App: Native Messages
Body:
$$$

------------------------------
From: +17187494732 MAMA😊🦋 (owner)
Timestamp: 1/19/2022 7:50:17 PM(UTC-5)
Source App: Native Messages
Body:
Yup. You definitely hit a bench mark point. I don't think you
will make below 400 anymore with Wingate. You are almost at 500

------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 7:51:09 PM(UTC-5)
Source App: Native Messages
Body:
Outstanding

------------------------------
From: +17187494732 MAMA😊🦋 (owner)
Timestamp: 1/19/2022 7:51:45 PM(UTC-5)
Source App: Native Messages
Body:
Ok so please when yiu do have a Wingate turn them down

------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/19/2022 7:53:19 PM(UTC-5)
Source App: Native Messages
Body:
👍

------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2022 8:49:39 AM(UTC-5)
Source App: Native Messages
Body:
Always fun when the first call of the day is client never got a

233

Timestamp: 1/20/2022 4:06:02 PM(UTC-5)
Source App: Native Messages
Body:
Yup
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/20/2022 6:49:59 PM(UTC-5)
Source App: Native Messages
Body:
Wingate sending you an ime for tomorrow 8:30 am , Spanish in the city 😔
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 1/20/2022 6:50:28 PM(UTC-5)
Source App: Native Messages
Body:
Yup Laura sent it
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 1/20/2022 6:50:36 PM(UTC-5)
Source App: Native Messages
Body:
😊
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 1/24/2022 12:08:09 PM(UTC-5)
Source App: Native Messages
Body:
How much do you charge for new Rochelle
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/24/2022 12:34:14 PM(UTC-5)
Source App: Native Messages
Body:
75
------------------------------
From: +17187494732 MAMA😇🦋 (owner)
Timestamp: 1/24/2022 12:36:26 PM(UTC-5)
Source App: Native Messages

Messages_safagelardi@icloud.com\attachments32\__Library_SMS_Attac
hments_9b_11_A65E3A81-5901-4A09-80D4-7FC30107CFB2_Screenshot
2022-01-25 at 4.25.25 PM.jpeg
Body:

------------------------------
From: +17187494732 MAMA🎀💗 (owner)
Timestamp: 1/25/2022 4:25:52 PM(UTC-5)
Source App: Native Messages
Body:
Yes I learned from the best
------------------------------
From: +17187494732 MAMA🎀💗 (owner)
Timestamp: 1/25/2022 4:26:00 PM(UTC-5)
Source App: Native Messages
Body:
You taught me well
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:26:22 PM(UTC-5)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +17187494732 MAMA🎀💗 (owner)
Timestamp: 1/25/2022 4:26:44 PM(UTC-5)
Source App: Native Messages
Body:
Dude you are making over 500 this month
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:26:57 PM(UTC-5)
Source App: Native Messages
Body:
Careful with the language trained professional sounds like an
employee
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:27:07 PM(UTC-5)

Source App: Native Messages
Body:
Outstanding 😵😵
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 1/25/2022 4:27:27 PM(UTC-5)
Source App: Native Messages
Body:
I don't think with Wingate yiu will ever go below 5. So now to the next 100. Let's work it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:27:58 PM(UTC-5)
Source App: Native Messages
Body:
Will do
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 1/25/2022 4:28:09 PM(UTC-5)
Source App: Native Messages
Body:
Who you bit that you want to rid of
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:28:32 PM(UTC-5)
Source App: Native Messages
Body:
You know Costas Eliades
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:28:47 PM(UTC-5)
Source App: Native Messages
Body:
Or Gair gair
------------------------------
From: +17187494732 MAMA😈💮 (owner)
Timestamp: 1/25/2022 4:29:04 PM(UTC-5)
Source App: Native Messages
Body:

Yes he works with me sometimes

------------------------------

From: +17187494732 MAMA🎀💝 (owner)
Timestamp: 1/25/2022 4:29:11 PM(UTC-5)
Source App: Native Messages
Body:
No Gair gair

------------------------------

From: +17187494732 MAMA🎀💝 (owner)
Timestamp: 1/25/2022 4:29:15 PM(UTC-5)
Source App: Native Messages
Body:
Who are they

------------------------------

From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:30:23 PM(UTC-5)
Source App: Native Messages
Body:
Big firm 212-943-1090 email , Sflagiello@gairgair

------------------------------

From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:30:37 PM(UTC-5)
Source App: Native Messages
Body:
Stephanie

------------------------------

From: +17187494732 MAMA🎀💝 (owner)
Timestamp: 1/25/2022 4:35:55 PM(UTC-5)
Source App: Native Messages
Body:
How many do they do a month and what do they pay

------------------------------

From: +13476652160 Liar Snake
Timestamp: 1/25/2022 4:53:25 PM(UTC-5)
Source App: Native Messages
Body:
Full price about 20

------------------------------

From: +13476652160 Liar Snake

Body:
Yeah that's it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 9:22:11 AM(UTC-5)
Source App: Native Messages
Body:
Hope the client doesn't think it's an ortho cause they going. To be pissed
------------------------------
From: +17187494732 MAMA😇💟 (owner)
Timestamp: 1/26/2022 9:22:18 AM(UTC-5)
Source App: Native Messages
Body:
Don't send anyone please
------------------------------
From: +17187494732 MAMA😇💟 (owner)
Timestamp: 1/26/2022 9:22:22 AM(UTC-5)
Source App: Native Messages
Body:
I sent a companion
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 9:23:15 AM(UTC-5)
Source App: Native Messages
Body:
I'm not
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 9:23:50 AM(UTC-5)
Source App: Native Messages
Body:
You feelings generous and want to cash me out for the month
------------------------------
From: +17187494732 MAMA😇💟 (owner)
Timestamp: 1/26/2022 9:24:03 AM(UTC-5)
Source App: Native Messages
Body:
If you want

From: +17187494732 MAMA😇🦠 (owner)
Timestamp: 1/26/2022 2:50:28 PM(UTC-5)
Source App: Native Messages
Body:
Please send me a good account
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:50:32 PM(UTC-5)
Source App: Native Messages
Body:
Lol turned down some Wingates
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:50:40 PM(UTC-5)
Source App: Native Messages
Body:
Brian levy
-----------------------------
From: +17187494732 MAMA😇🦠 (owner)
Timestamp: 1/26/2022 2:50:47 PM(UTC-5)
Source App: Native Messages
Body:
Yes please. Continue to turn them down.
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:51:05 PM(UTC-5)
Source App: Native Messages
Body:
Turn that 5 to a 6
-----------------------------
From: +17187494732 MAMA😇🦠 (owner)
Timestamp: 1/26/2022 2:51:10 PM(UTC-5)
Source App: Native Messages
Body:
You turned down some brown levy
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:51:23 PM(UTC-5)
Source App: Native Messages

Body:
Yeah
------------------------------
From: +17187494732 MAMA🐢🖤 (owner)
Timestamp: 1/26/2022 2:52:21 PM(UTC-5)
Source App: Native Messages
Body:
Ok so continue to turn down Brian levy and Wingate 🤷
------------------------------
From: +17187494732 MAMA🐢🖤 (owner)
Timestamp: 1/26/2022 2:52:32 PM(UTC-5)
Source App: Native Messages
Body:
We need a new acct to get you to 600
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:53:18 PM(UTC-5)
Source App: Native Messages
Body:
550
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:53:21 PM(UTC-5)
Source App: Native Messages
Body:
Lol
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:53:26 PM(UTC-5)
Source App: Native Messages
Body:
Doc needs Chinese
------------------------------
From: +13476652160 Liar Snake
Timestamp: 1/26/2022 2:54:13 PM(UTC-5)
Source App: Native Messages
Body:
Thank you 😊
------------------------------

Timestamp: 2/2/2022 3:46:56 PM(UTC-5)
Source App: Native Messages
Body:
I don't have it. Can you turn down
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/2/2022 3:49:32 PM(UTC-5)
Source App: Native Messages
Body:
Oh they canceled it client got covid
------------------------------
From: +17187494732 MAMA🎀🧿 (owner)
Timestamp: 2/2/2022 3:49:54 PM(UTC-5)
Source App: Native Messages
Body:
Ok good please keep turning them down
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/2/2022 3:49:55 PM(UTC-5)
Source App: Native Messages
Body:
Such bs I cant wait for this fucking nonsense to be done
------------------------------
From: +17187494732 MAMA🎀🧿 (owner)
Timestamp: 2/2/2022 3:50:04 PM(UTC-5)
Source App: Native Messages
Body:
I hear ya
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/2/2022 3:50:26 PM(UTC-5)
Source App: Native Messages
Body:
Why test unlesss they dying who gives a shit every time sometime
sniffles now
------------------------------
From: +17187494732 MAMA🎀🧿 (owner)
Timestamp: 2/2/2022 5:33:50 PM(UTC-5)
Source App: Native Messages

So while I'm building up the franchise I can still cover imes for you ?

------------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/4/2022 11:07:33 PM(UTC-5)
Source App: Native Messages
Body:
Absolutely

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/4/2022 11:14:37 PM(UTC-5)
Source App: Native Messages
Body:
This is going to be exciting , will have to take a good pic for marketing

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/4/2022 11:18:37 PM(UTC-5)
Source App: Native Messages
Body:
Change my LinkedIn , people go bananas , I wore a mask for this law firms raffle posted the pic I got 50 phone calls and texts asking if I got a new job first day

------------------------------
From: +17187494732 MAMA🎀🤍 (owner)
Timestamp: 2/4/2022 11:19:37 PM(UTC-5)
Source App: Native Messages
Body:
You should transition your clients before you leave and give her the finger

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/4/2022 11:51:41 PM(UTC-5)
Source App: Native Messages
Body:
Half go right off the bat they have no clue who she is

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/5/2022 9:13:48 AM(UTC-5)

Body:
Lol was thinking a lasagna
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/5/2022 9:36:08 AM(UTC-5)
Source App: Native Messages
Body:
Yes 🙌
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/5/2022 9:36:45 AM(UTC-5)
Source App: Native Messages
Body:
Some bruschetta
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/5/2022 9:37:17 AM(UTC-5)
Source App: Native Messages
Body:
<mark>Honestly since I got no notice on a return to the office 5 days a week I feel I dont owe her two weeks notice</mark>
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/5/2022 9:38:07 AM(UTC-5)
Source App: Native Messages
Body:
<mark>You don't but don't leave yet. Move your clients to your business first. 200 imes a month is 20k a month.</mark>
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/5/2022 9:39:22 AM(UTC-5)
Source App: Native Messages
Body:
<mark>I will set up your email today.</mark>
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/5/2022 9:39:49 AM(UTC-5)
Source App: Native Messages
Body:

Adam@imecompanions.com
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/5/2022 9:40:03 AM(UTC-5)
Source App: Native Messages
Body:
The clients will come
------------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 2/5/2022 9:40:13 AM(UTC-5)
Source App: Native Messages
Body:
All request that come through for you I will cover and you can give me the 10%
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/5/2022 9:40:14 AM(UTC-5)
Source App: Native Messages
Body:
And that kinda move could get me in trouble
------------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 2/5/2022 9:40:17 AM(UTC-5)
Source App: Native Messages
Body:
Easy peach
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/5/2022 9:40:32 AM(UTC-5)
Source App: Native Messages
Body:
Wait until Monday for the email
------------------------------
From: +17187494732 MAMA👲🤍 (owner)
Timestamp: 2/5/2022 9:40:50 AM(UTC-5)
Source App: Native Messages
Body:
I will set it up for your eyes and my eyes only
------------------------------

I'm assuming that all Paper work will be drawn Out when franchise is complete but better question for tom
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/8/2022 3:07:16 PM(UTC-5)
Source App: Native Messages
Body:
Won't know until we ask
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/8/2022 3:07:32 PM(UTC-5)
Source App: Native Messages
Body:
Don't need all the paperwork just offer letter , etc
------------------------------
From: +17187494732 MAMA🧒🏽🤍 (owner)
Timestamp: 2/8/2022 3:15:18 PM(UTC-5)
Source App: Native Messages
Body:
==Write it out and I will give it to the atty to look over. Write out the pay out percentages before and after the franchise is completed. Wrote out that I agreed to pay you before collecting from the attys ( your clients) and I will take back my 20 percent upon them making their payments. PYroll is every 15 th and end of month. Also add you will be assisting in administrative duties as well as doing imes. Etc…. Whatever else needs to be added. This way when we speak with the atty and Tom this will be approved and we don't waste time==
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/8/2022 3:17:39 PM(UTC-5)
Source App: Native Messages
Body:
==Can you write it please== ♡♡♡
------------------------------
From: +17187494732 MAMA🧒🏽🤍 (owner)
Timestamp: 2/8/2022 3:17:47 PM(UTC-5)
Source App: Native Messages
Body:

Maria needs a Dr head ime cover on 2/15 at 8:30, 718-268-8800
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/10/2022 4:52:17 PM(UTC-5)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/10/2022 4:52:23 PM(UTC-5)
Source App: Native Messages
Body:
I can do it
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/10/2022 4:52:32 PM(UTC-5)
Source App: Native Messages
Body:
Who is Maria
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/10/2022 4:56:31 PM(UTC-5)
Source App: Native Messages
Body:
Davidoff and associates
------------------------------
From: +17187494732 MAMA🎀🦋 (owner)
Timestamp: 2/11/2022 9:36:39 AM(UTC-5)
Source App: Native Messages
Body:
Can I have the number for the contact at Morgan and Morgan please

------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/11/2022 9:40:25 AM(UTC-5)
Source App: Native Messages
Body:
He knows dl , they refer her cases
------------------------------

From: +17187494732 MAMA😀💚 (owner)
Timestamp: 2/11/2022 9:43:01 AM(UTC-5)
Source App: Native Messages
Body:
Ok fine
------------------------------
From: +17187494732 MAMA😀💚 (owner)
Timestamp: 2/11/2022 9:43:24 AM(UTC-5)
Source App: Native Messages
Body:
Do you have a contact at weitz Lux
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/11/2022 9:57:16 AM(UTC-5)
Source App: Native Messages
Body:
They have their own ime company
------------------------------
From: +17187494732 MAMA😀💚 (owner)
Timestamp: 2/11/2022 9:57:27 AM(UTC-5)
Source App: Native Messages
Body:
Really what is it
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/11/2022 9:57:43 AM(UTC-5)
Source App: Native Messages
Body:
I'm not sure
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/11/2022 9:57:49 AM(UTC-5)
Source App: Native Messages
Body:
But they handle it internally
------------------------------
From: +17187494732 MAMA😀💚 (owner)
Timestamp: 2/11/2022 9:58:01 AM(UTC-5)
Source App: Native Messages

Probably close
------------------------------
From: +17187494732 MAMA🎀🏵 (owner)
Timestamp: 2/14/2022 2:05:31 PM(UTC-5)
Source App: Native Messages
Body:
Adam
------------------------------
From: +17187494732 MAMA🎀🏵 (owner)
Timestamp: 2/14/2022 2:06:17 PM(UTC-5)
Source App: Native Messages
Body:
What do you tell an attorney that says tell about your service
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/14/2022 2:11:26 PM(UTC-5)
Source App: Native Messages
Body:
The watchdog will call your client the afternoon before to
confirm the appointment , remind them not to fill out any
paperwork or be examined
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/14/2022 2:12:47 PM(UTC-5)
Source App: Native Messages
Body:
The watchdog will meet them at least 15 mins to the appointment
and explain to them that this is the insurance company doctor ,
you are not to talk about how the accident happened , just what
was injured and treatment , unrelated injuries are not to be
discussed , if there is paper work
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/14/2022 2:13:49 PM(UTC-5)
Source App: Native Messages
Body:
The watchdog will only fill out the basic info . If the office
insists your firm will be notified , during the intake the
watchdog won't allow questions of liability to be asked, client

Body:
Some paralegal said some company does it
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 10:14:15 AM(UTC-5)
Source App: Native Messages
Body:
Oh yeah same
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 10:14:30 AM(UTC-5)
Source App: Native Messages
Body:
I  drive a bunch home cause access a ride is a joke
-----------------------------
From: +17187494732 MAMA😍💟 (owner)
Timestamp: 2/22/2022 10:15:06 AM(UTC-5)
Source App: Native Messages
Body:
Don't get new business for her now
-----------------------------
From: +17187494732 MAMA😍💟 (owner)
Timestamp: 2/22/2022 10:15:38 AM(UTC-5)
Source App: Native Messages
Body:
That's stupid
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 10:19:11 AM(UTC-5)
Source App: Native Messages
Body:
Def not lol
-----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 1:39:19 PM(UTC-5)
Source App: Native Messages
Body:
Texted Tom but he didn't get back to me , will give him a ring
tomorrow

Timestamp: 2/22/2022 5:41:20 PM(UTC-5)
Source App: Native Messages
Body:
I'll text him in a group with you
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 5:44:20 PM(UTC-5)
Source App: Native Messages
Body:
Ty
------------------------------
From: +17187494732 MAMA🈲🎖 (owner)
Timestamp: 2/22/2022 7:28:00 PM(UTC-5)
Source App: Native Messages
Body:
Hey Adam
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 7:28:09 PM(UTC-5)
Source App: Native Messages
Body:
Hey
------------------------------
From: +17187494732 MAMA🈲🎖 (owner)
Timestamp: 2/22/2022 7:28:33 PM(UTC-5)
Source App: Native Messages
Body:
Does Douglas and Londin use you for NY imes
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 7:28:39 PM(UTC-5)
Source App: Native Messages
Body:
Sometimes
------------------------------
From: +17187494732 MAMA🈲🎖 (owner)
Timestamp: 2/22/2022 7:28:59 PM(UTC-5)
Source App: Native Messages
Body:

Can you turn them down the next time they do
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 2/22/2022 7:29:16 PM(UTC-5)
Source App: Native Messages
Body:
Cus we are covering all of their out of state imes
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 7:29:22 PM(UTC-5)
Source App: Native Messages
Body:
👍
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 2/22/2022 7:29:26 PM(UTC-5)
Source App: Native Messages
Body:
Thanks.
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 7:29:32 PM(UTC-5)
Source App: Native Messages
Body:
How's my month looking
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 2/22/2022 7:29:43 PM(UTC-5)
Source App: Native Messages
Body:
Omg not good
------------------------------
From: +17187494732 MAMA😡🤍 (owner)
Timestamp: 2/22/2022 7:29:49 PM(UTC-5)
Source App: Native Messages
Body:
Last month better
------------------------------
From: +17187494732 MAMA😡🤍 (owner)

Timestamp: 2/22/2022 7:30:02 PM(UTC-5)
Source App: Native Messages
Body:
Is it slow this month for yoi to
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 7:30:12 PM(UTC-5)
Source App: Native Messages
Body:
Little slower
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/22/2022 7:30:25 PM(UTC-5)
Source App: Native Messages
Body:
Usual for Feb March is a big one
------------------------------
From: +17187494732 MAMA😳🧡 (owner)
Timestamp: 2/22/2022 7:30:36 PM(UTC-5)
Source App: Native Messages
Body:
I mean not horrible but I hate when it's like this
------------------------------
From: +17187494732 MAMA😳🧡 (owner)
Timestamp: 2/22/2022 7:31:02 PM(UTC-5)
Source App: Native Messages
Body:
Listen turn all Wingate a down so you could take them back when yiu work for your def
------------------------------
From: +17187494732 MAMA😳🧡 (owner)
Timestamp: 2/22/2022 7:31:04 PM(UTC-5)
Source App: Native Messages
Body:
Self
------------------------------
From: +17187494732 MAMA😳🧡 (owner)
Timestamp: 2/22/2022 7:31:35 PM(UTC-5)
Source App: Native Messages

From: +13476652160 Liar Snake
Timestamp: 2/28/2022 12:50:30 PM(UTC-5)
Source App: Native Messages
Body:
How many for me for Feb lol
------------------------------
From: +17187494732 MAMA🔐💗 (owner)
Timestamp: 2/28/2022 12:58:48 PM(UTC-5)
Source App: Native Messages
Body:
360
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2022 1:01:04 PM(UTC-5)
Source App: Native Messages
Body:
Not bad will be a joke we laugh about in 6 months
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2022 1:02:02 PM(UTC-5)
Source App: Native Messages
Body:
Send it on over doc wants lunch
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2022 1:19:23 PM(UTC-5)
Source App: Native Messages
Body:
😊🙈🤑
------------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2022 6:28:14 PM(UTC-5)
Source App: Native Messages
Body:
You got more of those 3m imes
------------------------------
From: +17187494732 MAMA🔐💗 (owner)
Timestamp: 2/28/2022 6:28:35 PM(UTC-5)
Source App: Native Messages

From: +13476652160 Liar Snake
Timestamp: 2/28/2022 6:32:08 PM(UTC-5)
Source App: Native Messages
Body:
Taking the idea where it should be going
----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2022 6:32:18 PM(UTC-5)
Source App: Native Messages
Body:
Where I would have
----------------------------
From: +13476652160 Liar Snake
Timestamp: 2/28/2022 6:32:27 PM(UTC-5)
Source App: Native Messages
Body:
Can't wait to be free
----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/1/2022 9:22:26 AM(UTC-5)
Source App: Native Messages
Body:
Ugh I really don't want to be here
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 3/1/2022 9:25:55 AM(UTC-5)
Source App: Native Messages
Body:
Leave
----------------------------
From: +17187494732 MAMA😊🤍 (owner)
Timestamp: 3/1/2022 9:26:08 AM(UTC-5)
Source App: Native Messages
Body:
We will be bigger than watch dog very soon
----------------------------
From: +13476652160 Liar Snake
Timestamp: 3/1/2022 9:34:33 AM(UTC-5)
Source App: Native Messages