# In the Matter of

Case No.: 1:22-cv-1032 (PKC) (JRC)

## IME WATCHDOG, INC.

v.

## GELARDI, et al.

---

## Examination of Safa Abdulrahim Gelardi

*Thursday, February 2, 2023*

---

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No.: 1:22-cv-1032 (PKC)(JRC)
----------------------------------------X

IME WATCHDOG, INC.,

                              Plaintiff,

        -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                              Defendants.

----------------------------------------X

                    3000 Marcus Avenue
                    Lake Success, New York
                    February 2, 2023
                    10:30 a.m.

       Video Examination before Trial of DEFENDANT,

    SAFA ABDULRAHIM GELARDI, held pursuant to

    Notice, held at the above-mentioned time and

    place, before Ruthayn Shalom, a Notary Public

    of the State of New York.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

2                A P P E A R A N C E S :

3                          MILMAN LABUDA LAW GROUP PLLC
                           Attorneys for Plaintiff
4                          3000 Marcus Avenue, Suite 3W8
                           Lake Success, New York 11042
5                          BY: EMANUEL KATAEV, ESQ.
                           emanuel@mllaborlaw.com
6                          BY: JAMIE FELSEN, ESQ.
                           jamiefelson@mllaborlaw.com
7
                           DANIELLA LEVI & ASSOCIATES, P.C.
8                          159-16 Union Turnpike, Suite 200
                           Fresh Meadows, New York 11366
9                          BY: DANIELLA LEVI, ESQ.
                           daniellalevi@levilawny.com
10                         BY: ELIYAHU LEVI, ESQ.
                           elilevi@levilawny.com
11
12                         WARNER & SCHEUERMAN
                           Attorneys for Defendants/Third-Party
13                         Plaintiffs/Third-Party Counterclaim
                           Defendants
14                         SAFA ABDULRAHIM GELARDI, VITO GELARDI
                           and IME COMPANIONS LLC
15                         6 West 18th Street, 10th Floor
                           New York, New York 10011
16                         BY: JONATHAN D. WARNER, ESQ.
                           jdwarner@wslaw.nyc
17
18                         LEO SHALIT, P.C.
                           Attorneys for Third-Party
19                         Defendant/Third-Party Counterclaimant
                           CARLOS ROA
20                         45 Glen Cove Road
                           Greenvale, New York 11548
21                         BY: LEO SHALIT, ESQ.
                           leo@shalit-law.com
22
23                ALSO PRESENT:

24                Carlos Roa
                  Vito Gelardi
25                Rich Morales, Videographer

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

2              IT IS HEREBY STIPULATED AND AGREED, by

3         and between the attorneys for the respective

4         parties hereto, that this examination may be

5         sworn to before any Notary Public.

6

7              IT IS FURTHER STIPULATED AND AGREED that

8         the sealing and filing of the said examination

9         shall be waived.

10

11             IT IS FURTHER STIPULATED AND AGREED that

12        all objections to questions except as to form

13        shall be reserved for trial.

14

15

16

17

18

19

20

21

22

23

24

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

4

```
1                         S. Abdulrahim Gelardi

2              S A F A   A B D U L R A H I M   G E L A R D I,

3                    a Defendant, having been first duly sworn by

4                    Ruthayn Shalom, a Notary Public of the State of

5                    New York, and stating her address as 148

6                    Claypit Road, Staten Island, New York 10309,

7                    10309, was examined and testified as follows:

8   10:30:16              MR. KATAEV:  We are on the record.  We are

9   10:30:18              here for the deposition of Safa Gelardi and we

10  10:30:21              have a initial dispute that's preventing us

11  10:30:24              from beginning the deposition.  It is

12  10:30:26              Plaintiff's position --

13  10:31:09              THE VIDEOGRAPHER:  We are on the record.

14  10:31:11              Time is approximately 10:31 a.m.  Today is

15  10:31:14              February 2nd, 2023.  This is the video

16  10:31:18              deposition of Safa Abdulrahim Gelardi in the

17  10:31:21              Matter of IME Watchdog, Inc. versus Safa

18  10:31:31              Abdulrahim Gelardi et al.

19  10:31:35              My name is Richard Morales, legal

20  10:31:37              videographer on behalf of Little Reporting.

21  10:31:41              Today we are at the office of Milman Labuda

22  10:31:43              located at 3000 Marcus Avenue, Suite 3WE,

23  10:31:49              Lake Success, New York 11042.

24  10:31:53              Will counsel please introduce yourselves.

25  10:31:56              MR. KATAEV:  Good morning.  My name is
```

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

5

| 1 | | S. Abdulrahim Gelardi |
|---|---|---|

1       S. Abdulrahim Gelardi

2   10:31:58       Emanuel Kataev of Milman Labuda Law Group, PLLC

3   10:31:58       for the Plaintiff.

4   10:32:02           MR. WARNER:  For the Defendant and

5   10:32:02       Deponent, Safa Gelardi.  It's Jonathan Warner

6   10:32:05       of Warner & Scheuerman.

7   10:32:06           THE VIDEOGRAPHER:  The court reporter is

8   10:32:09       Ruthayn Shalom with Little Reporting.  Will you

9   10:32:12       please swear in the witness.

10  10:32:15   (Whereupon, the witness was sworn in by the court

11  10:32:15                       reporter.)

12  10:32:15           THE VIDEOGRAPHER:  You may now proceed.

13  10:32:15           MR. KATAEV:  Good morning, Mr. Projansky.

14  10:32:26       For the record, we are on the line with

15  10:32:28       Magistrate Judge Cho's law clerk about a

16  10:32:28       deposition dispute that's preventing the

17  10:32:28       parties from starting the deposition.

18  10:32:30           To outline the nature of the dispute, we

19  10:32:38       noticed the videotaped deposition of the

20  10:32:39       witness.  We are here in a conference room

21  10:32:44       altogether for an in-person deposition, the

22  10:32:44       videographer is here and the witness has

23  10:32:46       appeared with a hat on covering her eyes.

24  10:32:49           THE WITNESS:  I can remove my hat.

25  10:32:52           MR. KATAEV:  And a mask on covering her

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

6

1          S. Abdulrahim Gelardi

2  10:32:53      mouth preventing the parties from being able to

3  10:32:53      observe the witness's demeanor.  We've asked

4  10:32:58      the witness by and through counsel to remove

5  10:33:00      the mask and she has refused to do so, however,

6  10:33:04      approximately a week and a half ago there was

7  10:33:05      an event with the New York State Trial Lawyers

8  10:33:07      Association wherein approximately 600 attorneys

9  10:33:12      were present and this witness in particular was

10 10:33:15      there without a mask on and we submit that this

11 10:33:18      is an attempt by the witness to hide her

12 10:33:22      demeanor and prevent the parties to observe her

13 10:33:24      demeanor during the deposition.

14 10:33:25          We ask for a court order that requires her

15 10:33:28      to remove the mask and we are prepared if there

16 10:33:31      are any health concerns to either separate her

17 10:33:32      in a different room or distance her further in

18 10:33:34      the room she's currently in.  That's the nature

19 10:33:38      of the dispute.

20 10:33:45          MR. PROJANSKY:  Have you discussed

21 10:33:46      alternatives like moving the witness to a

22 10:33:50      different room?

23 10:33:51          MR. WARNER:  No, those have not been

24 10:33:55      discussed nor was a discussion ever raised

25 10:33:55      about removing her hat, which she just did.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

7

1                          S. Abdulrahim Gelardi

2    10:33:57    She has a mask on, she doesn't feel well, and

3    10:34:00    in lieu of calling and trying to cancel the

4    10:34:05    deposition, she's wearing a mask.

5    10:34:10        MR. PROJANSKY:  Mr. Kataev, is that

6    10:34:12    possible to provide another room to the

7    10:34:14    witness?

8    10:34:14        MR. KATAEV:  We would have to determine

9    10:34:16    the logistics, it's not something that would be

10   10:34:17    easy to do, it would probably kill a whole

11   10:34:20    hour.  We are looking to begin the deposition

12   10:34:23    and finish.  To the extent she is not feeling

13   10:34:23    well, the only health concern is to everyone

14   10:34:23    else and everyone else is fine with accepting

15   10:34:23    the health concern.  She doesn't suffer from

16   10:34:23    any health concern by removing the mask because

17   10:34:23    no one else here is sick.

18   10:34:23        MR. PROJANSKY:  I think it would be

19   10:34:40    preferable if the parties could come up with a

20   10:34:42    solution that would satisfy the witness's

21   10:34:45    health concerns without having Judge Cho having

22   10:34:51    to rule about someone wearing a mask.

23   10:34:54        MR. KATAEV:  The way we view it, this

24   10:34:55    deposition is similar to a court proceeding.

25   10:34:57    If Judge Cho had this witness on the witness

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

8

1                          S. Abdulrahim Gelardi

2  10:35:01        stand, Judge Cho would want this individual not

3  10:35:05        to wear a mask.

4  10:35:05             The record in this case is very

5  10:35:08        substantial about the lack of candor and other

6  10:35:12        issues concerning the truthfulness of the

7  10:35:14        witness.  It's extremely important in this case

8  10:35:15        where there has been a demonstrated record of

9  10:35:17        lack of candor that we be able to observe the

10 10:35:22        demeanor of the witness.

11 10:35:22             MR. PROJANSKY:  Right, but can you observe

12 10:35:27        the demeanor of the witness in a different

13 10:35:29        room?

14 10:35:30             MR. KATAEV:  It's not something we could

15 10:35:31        do with spending over an hour setting it up.

16 10:35:32        We don't want to engage in that process

17 10:35:38        unnecessarily, it would be very burdensome.

18 10:35:41        The only room equipped with technology is the

19 10:35:43        conference room that we are in now where you

20 10:35:43        joined us on.

21 10:35:44             MR. PROJANSKY:  Let me have Judge Cho call

22 10:35:52        you back in maybe about ten minutes.

23 10:35:56             MR. KATAEV:  We are going to remain on

24 10:35:57        this line and we are also remaining in the

25 10:36:00        virtual meeting.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

9

| 1 | | S. Abdulrahim Gelardi |
|---|---|---|

1                                    S. Abdulrahim Gelardi

2   10:36:02                MR. PROJANSKY: Sounds good. Thank you.

3   10:36:17                THE VIDEOGRAPHER: The time is 10:36 a.m.

4   10:36:19        We are going off the record.

5   15:20:05      (Whereupon, an off-the-record discussion was held.)

6   10:49:13                THE VIDEOGRAPHER: The time is 10:49 a.m.

7   10:49:20        We're back on the record.

8   10:49:24                MR. KATAEV: Good morning, Judge Cho.

9   10:49:28                JUDGE CHO: Good morning. Who is on for

10   10:49:28        plaintiff?

11   10:49:28                MR. KATAEV: Emanuel Kataev of Milman

12   10:49:28        Labuda Law Group, PLLC. I'm here with Jamie

13   10:49:33        Felsen as well.

14   10:49:36                JUDGE CHO: Who is representing the

15   10:49:39        deponent?

16   10:49:40                MR. WARNER: Jonathan Warner, Your Honor,

17   10:49:40        of Warner & Scheuerman.

18   10:49:41                JUDGE CHO: To confirm, you're deposing

19   10:49:47        Safa Gelardi?

20   10:49:49                MR. KATAEV: That's correct.

21   10:49:49                MR. WARNER: That's correct.

22   10:49:51                JUDGE CHO: Are we on the record with your

23   10:49:55        court reporter?

24   10:49:56                MR. KATAEV: Yes.

25   10:49:57                JUDGE CHO: Is the witness in the room

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

10

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 10:49:59 | right now or no? |
| 3 | 10:50:02 | MR. KATAEV:  She is. |
| 4 | 10:50:03 | MR. WARNER:  She is. |
| 5 | 10:50:14 | JUDGE CHO:  Why don't you send her |
| 6 | 10:50:17 | outside. |
| 7 | 10:50:18 | MR. KATAEV:  She's currently leaving the |
| 8 | 10:50:22 | room.  All right, Judge, we're ready. |
| 9 | 10:50:23 | JUDGE CHO:  All right, my law clerk |
| 10 | 10:50:23 | called, you guys, so he gave me a heads up as |
| 11 | 10:50:27 | to what the issue is.  Is the only issue |
| 12 | 10:50:29 | whether she takes her mask off or not, |
| 13 | 10:50:30 | Mr. Kataev, is that the only issue? |
| 14 | 10:50:35 | MR. KATAEV:  That's correct.  She took her |
| 15 | 10:50:36 | hat off already. |
| 16 | 10:50:38 | JUDGE CHO:  Okay.  Who wants the mask |
| 17 | 10:50:40 | removed, you, Mr. Kataev? |
| 18 | 10:50:42 | MR. KATAEV:  Yes.  The Plaintiff wants the |
| 19 | 10:50:43 | mask removed.  We have a videotaped deposition |
| 20 | 10:50:46 | that we noticed.  She knew it was going to be |
| 21 | 10:50:46 | videotaped.  Her basis for keeping the mask on |
| 22 | 10:50:50 | is she's not feeling well.  We are all |
| 23 | 10:50:53 | accepting the risk that we may get sick with |
| 24 | 10:50:56 | something. |
| 25 | 10:50:56 | And then further, a week and a half ago, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

11

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 10:50:58 | she was at the New York State Trial Lawyers |
| 3 | 10:51:00 | Association event with over 600 attorneys, no |
| 4 | 10:51:03 | mask on, in close proximity to hundreds of |
| 5 | 10:51:06 | people not -- clearly not showing the same |
| 6 | 10:51:09 | concern. |
| 7 | 10:51:10 | We submit that this is an attempt to hide |
| 8 | 10:51:13 | her demeanor and we respectfully refer the |
| 9 | 10:51:15 | Court to the April 4, 2022 Show Cause Hearing |
| 10 | 10:51:17 | transcript and Judge Chen's subsequent order |
| 11 | 10:51:21 | finding that this witness in particular did not |
| 12 | 10:51:25 | testify with candor and had a pension for not |
| 13 | 10:51:28 | telling the truth.  It's crucial for us to be |
| 14 | 10:51:30 | able to observe her demeanor in this case. |
| 15 | 10:51:33 | JUDGE CHO:  Mr. Warner, do you want to be |
| 16 | 10:51:34 | heard? |
| 17 | 10:51:35 | MR. WARNER:  Yes, I do.  I don't think |
| 18 | 10:51:36 | demeanor has anything to do with it.  The woman |
| 19 | 10:51:39 | is uncomfortable, she's not feeling well, we |
| 20 | 10:51:41 | didn't try and bust the deposition but she |
| 21 | 10:51:45 | feels much more comfortable with a mask on. |
| 22 | 10:51:48 | Her eyes are perfectly visible to the |
| 23 | 10:51:49 | videographer as is her testimony.  I don't see |
| 24 | 10:51:53 | why she should be forced to take a deposition |
| 25 | 10:51:55 | under the present circumstances where, in |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

12

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 10:51:58 | excess of 450 people a day are dying without a |
| 3  | 10:52:03 | mask on. |
| 4  | 10:52:03 | Whether Mr. Kataev is comfortable or not |
| 5  | 10:52:04 | with her being ill is not the issue here. |
| 6  | 10:52:09 | MR. KATAEV:  I would just rebut with -- |
| 7  | 10:52:11 | JUDGE CHO:  Hold on.  I'm sorry.  Go |
| 8  | 10:52:15 | ahead, Mr. Warner, anything else? |
| 9  | 10:52:18 | MR. WARNER:  No, that's all, Your Honor. |
| 10 | 10:52:19 | JUDGE CHO:  Mr. Kataev, would you rather |
| 11 | 10:52:21 | do this by Zoom instead? |
| 12 | 10:52:26 | MR. KATAEV:  No, Your Honor, we have a |
| 13 | 10:52:28 | videographer here. |
| 14 | 10:52:28 | JUDGE CHO:  I understand that.  One way to |
| 15 | 10:52:30 | address this issue is if we get her remotely |
| 16 | 10:52:31 | where she's in another room completely, you can |
| 17 | 10:52:36 | do it by Zoom, she can take her mask off and |
| 18 | 10:52:39 | then she's not close to anyone.  That's an |
| 19 | 10:52:43 | alternative.  Is that something you would |
| 20 | 10:52:45 | consider? |
| 21 | 10:52:46 | MR. KATAEV:  We wouldn't be able to do |
| 22 | 10:52:46 | that, Your Honor, without busting today's |
| 23 | 10:52:46 | deposition and starting all over because it |
| 24 | 10:52:48 | would take us hours to get that kind of setup, |
| 25 | 10:52:51 | and also the court reporter herself, the reason |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

13

1                           S. Abdulrahim Gelardi

2   10:52:55      why this issue came up in the first place is

3   10:52:57      the court reporter herself asked her to take

4   10:52:59      the mask off so she could properly do her job.

5   10:53:02          That's the reason we are doing all this,

6   10:53:04      we want a good record.  We have over 19,000

7   10:53:09      documents so if she's in a separate room and we

8   10:53:10      want to show her 70 exhibits, it's going to

9   10:53:13      make it a logistical nightmare to make this

10  10:53:15      happen.

11  10:53:19          JUDGE CHO:  Okay.  Understood.  Do you

12  10:53:25      have a mask that's one of those shield type

13  10:53:29      masks, Mr. Kataev?

14  10:53:31          MR. KATAEV:  No, I don't believe we do.

15  10:53:34          JUDGE CHO:  Mr. Warner, I assume you don't

16  10:53:34      have one of those masks with you, do you?

17  10:53:37          MR. WARNER:  No, I don't, Your Honor.

18  10:53:41          JUDGE CHO:  Would she feel comfortable,

19  10:53:43      Mr. Warner, wearing one of those types of

20  10:53:46      masks, do you know, a face shield?

21  10:53:49          MR. WARNER:  Yes, I assume she would.

22  10:53:53          JUDGE CHO:  Is the issue, Mr. Warner, of

23  10:53:55      her getting sick or of her getting all of you

24  10:53:57      sick?

25  10:53:58          MR. WARNER:  I think it's both.  I think

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

14

| | |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 10:54:00   the mask protects her to the extent that she |
| 3 | 10:54:00   might not be doing well right now, but it also |
| 4 | 10:54:04   affects everyone else in the room as well. |
| 5 | 10:54:10   MR. SHALIT:  Could I be heard, Your Honor? |
| 6 | 10:54:11   This is Leo Shalit, counsel for Carlos Roa.  I |
| 7 | 10:54:14   would like to the note that the mask the |
| 8 | 10:54:16   witness is wearing is a flimsy mask.  It's not |
| 9 | 10:54:19   a KN95, it's a basic cloth mask that doesn't |
| 10 | 10:54:22   have any type medical clearance or use and I |
| 11 | 10:54:24   would like to add that to the record. |
| 12 | 10:54:28   JUDGE CHO:  Okay.  Is it one of those |
| 13 | 10:54:32   medical blue masks that everyone else is |
| 14 | 10:54:34   wearing? |
| 15 | 10:54:36   MR. WARNER:  No, actually.  It's a dark -- |
| 16 | 10:54:37   I'm not so sure it's not a KN95. |
| 17 | 10:54:42   MR. SHALIT:  It's a cloth mask. |
| 18 | 10:54:42   JUDGE CHO:  Is anyone else wearing a mask |
| 19 | 10:54:46   in the room? |
| 20 | 10:54:46   MR. KATAEV:  No. |
| 21 | 10:54:46   MR. WARNER:  At this point, no. |
| 22 | 10:54:49   JUDGE CHO:  Other than the videographer |
| 23 | 10:54:50   and the three attorneys, is there anyone else |
| 24 | 10:54:52   in the room with you? |
| 25 | 10:54:54   MR. KATAEV:  We have one, two, three, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

15

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 10:54:54 | four, five, six, seven, eight, nine, ten people |
| 3 | 10:54:59 | including the witness in the room. |
| 4 | 10:55:00 | JUDGE CHO:  Okay.  Is it a pretty sizable |
| 5 | 10:55:02 | conference room, can all of you social distance |
| 6 | 10:55:05 | or not really? |
| 7 | 10:55:06 | MR. WARNER:  No.  We can't social |
| 8 | 10:55:08 | distance.  It's a small conference room. |
| 9 | 10:55:11 | MR. KATAEV:  It's a large enough |
| 10 | 10:55:13 | conference room to fit 14 people.  We are |
| 11 | 10:55:17 | comfortable stepping back from our desks. |
| 12 | 10:55:19 | JUDGE CHO:  How about this -- I guess the |
| 13 | 10:55:23 | question is, Mr. Warner, do you have -- if this |
| 14 | 10:55:29 | case were to go to trial, are you confident |
| 15 | 10:55:33 | that your client would show up for trial?  Do |
| 16 | 10:55:36 | you have any reason to believe that she |
| 17 | 10:55:36 | wouldn't? |
| 18 | 10:55:38 | MR. WARNER:  Of course she would.  She |
| 19 | 10:55:40 | would definitely show up for trial. |
| 20 | 10:55:43 | JUDGE CHO:  Because the dilemma is, let's |
| 21 | 10:55:44 | say, she's not available for whatever reason |
| 22 | 10:55:44 | and the Plaintiffs need to rely on her video |
| 23 | 10:55:44 | deposition, the jury would, I'm sure, like to |
| 24 | 10:55:54 | see her without a mask on.  Do you understand |
| 25 | 10:55:56 | that? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

16

| 1 | | S. Abdulrahim Gelardi |
|---|---|---|

1                   S. Abdulrahim Gelardi

2   10:55:57          MR. WARNER:  I understand that,

3   10:55:58          Your Honor, but my client with be showing up

4   10:56:03          for trial.  If she doesn't show up for trial,

5   10:56:06          there will be a default entered against her.

6   10:56:10          Unless she's dead.

7   10:56:12          JUDGE CHO:  Right, that's what I'm saying.

8   10:56:14          If the witness is unavailable, the best

9   10:56:14          evidence would be this video deposition, right?

10  10:56:19          As you sit here now, you have no reason to

11  10:56:24          believe she wouldn't be present for trial,

12  10:56:27          correct?

13  10:56:28          MR. WARNER:  Absolutely none.

14  10:56:29          MR. KATAEV:  Your Honor, just to push back

15  10:56:29          on that, even if she were available for trial,

16  10:56:33          this video testimony would be used to impeach

17  10:56:35          any of her testimony at trial and it would be

18  10:56:39          difficult to make that argument if she's

19  10:56:42          wearing a mask because the jury would not be

20  10:56:45          able to observe her demeanor.

21  10:56:48          JUDGE CHO:  Mr. Warner, let me ask you a

22  10:56:50          question:  Would she be willing to come back

23  10:56:54          another day without her mask on?

24  10:56:56          MR. WARNER:  Yes, of course.  We have done

25  10:57:01          nothing other than appear.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

17

1                        S. Abdulrahim Gelardi

2  10:57:04          MR. KATAEV:  Your Honor, if the Court is

3  10:57:05     inclined to rule that she should come back

4  10:57:06     another day, we have a day set aside for

5  10:57:09     tomorrow and we are prepared to do that, if the

6  10:57:11     Court rules that way.  We submit that the Court

7  10:57:11     should rule respectfully that she should take

8  10:57:15     her mask off, but if the Court is not inclined

9  10:57:15     to do so, we are prepared to move forward

10 10:57:18     tomorrow.

11 10:57:20          JUDGE CHO:  Well, look, I don't know

12 10:57:21     whether she is going to recover overnight if

13 10:57:23     she's sick.  If the issue is, if she's sick

14 10:57:26     today and that's why she's wearing her mask,

15 10:57:29     perhaps the happy medium is for her to come

16 10:57:31     back on a day when she's not sick and she can

17 10:57:34     take her mask off.

18 10:57:34          I guess, Mr. Warner, the question for you

19 10:57:35     is:  Is it your representation that at some

20 10:57:39     point in time she would be willing to appear

21 10:57:41     for a deposition without her mask; is that fair

22 10:57:43     to say?

23 10:57:44          MR. WARNER:  Yes, it is fair to say.  It

24 10:57:47     is fair to say and she will, although her

25 10:57:50     husband is scheduled for tomorrow.  I don't see

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

18

|  |  |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 10:57:54 | why we wouldn't proceed with the scheduled |
| 3 | 10:57:57 | witness for tomorrow because there is not |
| 4 | 10:58:00 | enough time for her to recover necessarily and |
| 5 | 10:58:04 | we could reschedule her deposition within a |
| 6 | 10:58:07 | very short period of time.  There has been no |
| 7 | 10:58:09 | effort to push it back and as Your Honor is |
| 8 | 10:58:11 | well aware, the discovery deadline has been |
| 9 | 10:58:11 | extended through May 15th. |
| 10 | 10:58:16 | JUDGE CHO:  Here is the question for you, |
| 11 | 10:58:18 | Mr. Kataev, I hear what you're saying.  I hear |
| 12 | 10:58:21 | you want to do a deposition of her without her |
| 13 | 10:58:24 | mask on.  It doesn't seem like she's prepared |
| 14 | 10:58:26 | to go forward today without her mask, but if |
| 15 | 10:58:31 | you want to continue today with her mask on, |
| 16 | 10:58:33 | you are entitled to do so, but you're also |
| 17 | 10:58:37 | entitled to have her come back for another |
| 18 | 10:58:41 | deposition without her mask on as well. |
| 19 | 10:58:43 | MR. KATAEV:  May I will briefly confer |
| 20 | 10:58:44 | with my client, Your Honor? |
| 21 | 10:58:52 | JUDGE CHO:  Go ahead.  I have an |
| 22 | 10:58:52 | eleven o'clock conference. |
| 23 | 10:58:57 | MR. KATAEV:  We are running. |
| 24 | 10:59:14 | Your Honor, we conferred with the client |
| 25 | 10:59:16 | internally and we believe the best route to go |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

19

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 10:59:18 | is we are going to a store and get a face |
| 3 | 10:59:18 | shield that's clear and we will begin the |
| 4 | 10:59:23 | deposition today. |
| 5 | 10:59:25 | JUDGE CHO:  Okay.  Any objection, |
| 6 | 10:59:27 | Mr. Warner? |
| 7 | 10:59:29 | MR. WARNER:  None. |
| 8 | 10:59:29 | JUDGE CHO:  The deposition will proceed |
| 9 | 10:59:31 | today and she will wear a face shield. |
| 10 | 10:59:36 | MR. KATAEV:  Thank you, very much, |
| 11 | 10:59:37 | Your Honor. |
| 12 | 10:59:39 | JUDGE CHO:  We are adjourned. |
| 13 | 10:59:42 | THE VIDEOGRAPHER:  The time is 10:59 a.m. |
| 14 | 10:59:44 | We are going off the record. |
| 15 | 11:48:47 | (Whereupon, an off-the-record discussion was held.) |
| 16 | 11:53:23 | THE VIDEOGRAPHER:  The time is 11:53 a.m. |
| 17 | 11:53:24 | We are back on the record. |
| 18 | 11:53:27 | EXAMINATION BY |
| 19 | 09:46:40 | MR. KATAEV: |
| 20 | 11:53:28 | MR. KATAEV:  On the record.  Good morning, |
| 21 | 11:53:46 | everyone.  We are back on the record after |
| 22 | 11:53:49 | resolving a deposition dispute.  Plaintiff |
| 23 | 11:53:52 | reserves the right to seek additional time for |
| 24 | 11:53:55 | the deposition given we will most likely not be |
| 25 | 11:53:56 | able to complete seven hours today.  Before I |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

20

|   |   |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 11:53:59 | begin, I want to ask my esteemed counsel on the |
| 3 | 11:54:01 | other side whether we are agreeing to the usual |

<table>

1             S. Abdulrahim Gelardi

2   11:53:59      begin, I want to ask my esteemed counsel on the

3   11:54:01      other side whether we are agreeing to the usual

4   11:54:01      Federal stips?

5   11:54:04         MR. WARNER:  Yes.

6   11:54:05         MR. KATAEV:  For the record, that's

7   11:54:05      filing, sealing and certification is waived.

8   11:54:08      Objections, except as to form, are reserved for

9   11:54:10      trial.  The examination may be sworn to before

10   11:54:12      any notary public and a copy of the transcript

11   11:54:16      will be sent to the attorney representing the

12   11:54:18      witness.

13   11:54:19         Is that correct, Mr. Warner?

14   11:54:21         MR. WARNER:  That's correct.

15   11:54:21   BY MR. KATAEV:

16   11:54:21       Q    Good morning.  My name is Emanuel Kataev.

17   11:54:23   I'm the attorney for Plaintiff, IME Watchdog.  From

18   11:54:28   here on in, I will refer to Plaintiff as Watchdog

19   11:54:33   unless otherwise stated; is that okay?

20   11:54:37       A    Yes, that's fine.

21   11:54:38       Q    I will also be referring to Daniella Levi,

22   11:54:40   the principal of Plaintiff as Mrs. Levi, okay?

23   11:54:43       A    Okay.

24   11:54:44       Q    We will also be discussing an individual

25   11:54:48   named Carlos Roa who my colleague, Leo Shalit,

</table>

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

21

|   |   | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 11:54:49 | represents and is present today -- both of which are |
| 3 | 11:54:54 | present today and I will be referring to him as Roa, |
| 4 | 11:54:54 | okay? |
| 5 | 11:54:56 | A    Okay. |
| 6 | 11:54:57 | Q    As for IME Companions, LLC, a Defendant in |
| 7 | 11:54:59 | this case, I will be referring to that entity as |
| 8 | 11:55:00 | just Companions, okay? |
| 9 | 11:55:04 | A    Okay. |
| 10 | 11:55:06 | Q    Today I will be asking you a series of |
| 11 | 11:55:07 | questions related to the subject matter of this |
| 12 | 11:55:09 | lawsuit as well as various background information. |
| 13 | 11:55:11 | From time to time, your attorney may object.  If he |
| 14 | 11:55:14 | does, you may answer unless he specifically |
| 15 | 11:55:17 | instructs you not to do so; do you understand that? |
| 16 | 11:55:20 | A    Yes. |
| 17 | 11:55:21 | Q    Have you ever been deposed before? |
| 18 | 11:55:23 | A    Once. |
| 19 | 11:55:24 | Q    When was that? |
| 20 | 11:55:26 | A    I can't recall. |
| 21 | 11:55:26 | Q    Was it more than ten years ago? |
| 22 | 11:55:30 | A    I don't recall honestly. |
| 23 | 11:55:31 | Q    I will go over some of the ground rules |
| 24 | 11:55:33 | for a deposition to make sure we have a smooth day |
| 25 | 11:55:39 | today and a clear record of what we are asking and |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

22

1                          S. Abdulrahim Gelardi

2    11:55:42    what you're answering today.

3    11:55:43              First, please keep your voice loud

4    11:55:44    and clear for the court reporter.  Second, please

5    11:55:48    answer in words.  No body gestures and no mumbling.

6    11:55:51    Third, allow me to complete my question before you

7    11:55:55    answer and I will give you the same courtesy.

8    11:55:58              Are those rules understandable for

9    11:56:00    you so far?

10   11:56:01         A    Yes.

11   11:56:01         Q    If you don't understand the question,

12   11:56:04    please let me know and I will rephrase.  However, if

13   11:56:06    you answer, I will assume that you understood the

14   11:56:08    question; do you understand that?

15   11:56:10         A    Yes.

16   11:56:16         Q    We are looking for your best recollection

17   11:56:18    of events today and mostly beginning from 2017 until

18   11:56:22    the present day.  While I don't want you to guess at

19   11:56:25    answers, even your memory is not crystal clear, I'm

20   11:56:25    still entitled to your best recollection.

21   11:56:29              Do you understand that?

22   11:56:30         A    Understood.

23   11:56:33         Q    You can take a break any time for any

24   11:56:35    reason except when there is a question pending.  You

25   11:56:37    have to answer that pending question before we take

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

23

|  |  | S. Abdulrahim Gelardi |
|---|---|---|

1                        S. Abdulrahim Gelardi

2  11:56:40      that break, okay?

3  11:56:41           A     Okay.

4  11:56:41           Q     Do you understand these ground rules?

5  11:56:43           A     Yes.

6  11:56:43           Q     Your testimony today is subject to the

7  11:56:45      same oath and same penalty of perjury as if you were

8  11:56:46      testifying in court.  Do you understand that?

9  11:56:50           A     Yes.

10  11:56:50           Q     Do you understand what the term perjury

11  11:56:52      means?

12  11:56:54           A     Yes.

13  11:56:54           Q     What does that mean to you?

14  11:56:56           A     Lying under oath, correct?

15  11:57:03           Q     Going back to the deposition that you

16  11:57:06      don't recall when it occurred, were you a plaintiff

17  11:57:08      or a defendant or a witness in that case?

18  11:57:15           A     I don't know.  It was -- it was a car

19  11:57:18      accident.

20  11:57:20           Q     Okay.  I want to refer your attention to

21  11:57:27      the beginning of November 2022 for the next series

22  11:57:33      of questions I have.

23  11:57:35                 Have you ever retained the services

24  11:57:37      of one Steven Stanulis or a company called Silver

25  11:57:42      Shield?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

24

1                          S. Abdulrahim Gelardi

2    11:57:42        A    Yes.

3    11:57:43        Q    You retained the services of that person

4    11:57:45    and that company to track the whereabouts of one

5    11:57:49    Carlos Roa, correct?

6    11:57:50        A    No.

7    11:57:53        Q    Why did you retain the services of that

8    11:57:56    firm and Mr. Stanulis?

9    11:58:00        A    To find out whether Carlos Roa was behind

10   11:58:03    the smear campaign that was going on.

11   11:58:08        Q    Part of the duties of this firm and that

12   11:58:10    individual was to track the whereabouts of Mr. Roa,

13   11:58:14    correct?

14   11:58:14        A    No.

15   11:58:15        Q    How do you know that?

16   11:58:16        A    Because I didn't ask for that.

17   11:58:18        Q    By retaining the services of that

18   11:58:39    individual, you understand that there was contact

19   11:58:43    between him and the private investigator, correct?

20   11:58:48            MR. WARNER:  Objection to form.

21   11:58:48        A    No.

22   11:58:53        Q    Do you recall testifying at the April 4,

23   11:58:55    2022 Show Cause Hearing that we had in this case?

24   11:59:00        A    Vaguely.

25   11:59:01        Q    When you testified in that case, were you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

25

1                             S. Abdulrahim Gelardi

2   11:59:03     telling the truth?

3   11:59:05          A    To the best of my knowledge.

4   11:59:09          Q    You understand that it's very important to

5   11:59:11     tell the truth in this kind of proceeding because

6   11:59:12     otherwise our system of justice would not work,

7   11:59:19     correct?

8   11:59:20               MR. WARNER:  Objection to form.  When I

9   11:59:21          object, you can answer.

10  11:59:23          A    Repeat the question.

11  11:59:24               MR. KATAEV:  Read it back, please.

12  11:59:39     (Whereupon, the referred to question was read back

13  11:59:39               by the reporter.)

14  11:59:42          A    Correct.

15  11:59:44          Q    It would be fair to say that what you

16  11:59:47     testified to in April of 2022 was more accurate and

17  11:59:50     your memory was more fresh than it is right now in

18  11:59:53     February of 2023, correct?

19  11:59:59          A    I don't understand the question.

20  12:00:05          Q    In April of 2022, you testified at the

21  12:00:08     Show Cause Hearing, correct?

22  12:00:09          A    Yes.

23  12:00:10          Q    You testified about events that occurred

24  12:00:11     from 2017 to the present, correct?

25  12:00:15          A    To the best of my knowledge.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

26

```
 1                       S. Abdulrahim Gelardi

 2   12:00:18      Q    Today you're going to testify about the

 3   12:00:19   same things, correct?

 4   12:00:21      A    I'm assuming so.

 5   12:00:23      Q    My question is:  Your memory was more

 6   12:00:26   fresh in April of 2022 about those events than it is

 7   12:00:30   now because of the passage of time, correct?

 8   12:00:37      A    I don't think so.

 9   12:00:41      Q    Going back to our questions about

10   12:00:45   Mr. Stanulis and Silver Shield, how did you go about

11   12:00:56   engaging Mr. Stanulis and Silver Shield?

12   12:01:00      A    Repeat the question.

13   12:01:07   (Whereupon, the referred to question was read back

14   12:01:07                  by the reporter.)

15   12:01:21      A    Engaging like -- explain, please.

16   12:01:24      Q    How did you go about hiring him?

17   12:01:27      A    Online.

18   12:01:28      Q    How did you find him?

19   12:01:30      A    Online.

20   12:01:31      Q    What did you do to find him online?

21   12:01:34      A    I looked up P.I.

22   12:01:36      Q    What was the reason you chose this

23   12:01:40   particular firm?

24   12:01:41      A    No particular reason.

25   12:01:42      Q    Did you choose this firm because it was
```

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

27

1                    S. Abdulrahim Gelardi

2  12:01:44    closer to where you live?

3  12:01:47         A    No.

4  12:01:50         Q    When did you first meet with him?

5  12:01:58         A    I don't recall meeting with him.

6  12:02:00         Q    When did you first communicate with him?

7  12:02:05         A    I don't know the exact date.

8  12:02:07         Q    Did you sign a contract with him on the

9  12:02:08    same date you first spoke with him?

10 12:02:15         A    I don't think I signed anything.

11 12:02:18         Q    You don't recall signing any agreement

12 12:02:19    with Mr. Stanulis of Silver Shield?

13 12:02:22         A    No, I don't.

14 12:02:23         MR. KATAEV:  I'm going to offer to the

15 12:02:24    witness what's been previously marked as

16 12:02:28    Plaintiff's 1, providing a courtesy copy to

17 12:02:30    opposing counsel.

18 12:02:33         MR. WARNER:  Thank you.

19 12:02:35         Q    Take a second to review it, please.

20 12:02:38    (Plaintiff's Exhibit 1, Marked for Identification.)

21 12:02:42              (Witness perusing document.)

22 12:02:55         MR. WARNER:  Listen carefully to the

23 12:02:56    question.

24 12:02:57         A    What was the question?

25 12:02:58         Q    Do you recognize this document?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

28

1                        S. Abdulrahim Gelardi

2  12:03:00        A    No, actually, I don't.

3  12:03:01        Q    Did you see that on the front page of this

4  12:03:03    document on the first page it says your name as a

5  12:03:06    party to this agreement?

6  12:03:10        A    Yes.

7  12:03:11        Q    The scope of work explains that the agency

8  12:03:12    is hired to conduct an investigation specifically

9  12:03:16    explained below, correct?

10 12:03:19             MR. WARNER:  Objection.

11 12:03:23        Q    You can answer.

12 12:03:33        A    Repeat that question.

13 12:03:59    (Whereupon, the referred to question was read back

14 12:03:59                   by the reporter.)

15 12:03:59    BY MR. KATAEV:

16 12:04:00        Q    It's the first sentence under, Scope of

17 12:04:05    work, if that helps.

18 12:04:05        A    Okay.

19 12:04:06        Q    Is that what it says?

20 12:04:08        A    Yes.

21 12:04:08        Q    It says in the summary that you paid for

22 12:04:12    ten hours at $100 per hour for an investigation,

23 12:04:14    correct?

24 12:04:15        A    Correct.

25 12:04:16        Q    On the second page under, Rates, it says,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

29

1                    S. Abdulrahim Gelardi

2    12:04:18    The hourly rate for surveillance is billed at $100

3    12:04:22    per hour, correct?

4    12:04:24        A    Correct.

5    12:04:24        Q    You hired this private investigator to do

6    12:04:27    surveillance, correct?

7    12:04:28        A    No.

8    12:04:41        Q    Go all the way to the eighth page, you

9    12:04:53    will see two signatures.  On the second signature,

10   12:05:01    that's your signature, correct?

11   12:05:04        A    No.

12   12:05:04        Q    You don't know whose signature this is?

13   12:05:08        A    I did not sign this document.

14   12:05:10        Q    Go to the next page, please.

15   12:05:13        A    Sure.

16   12:05:13        Q    This is an auto trail for an electronic

17   12:05:15    signature and it says that on November 2nd, 2022,

18   12:05:19    this document that we just reviewed was sent to

19   12:05:24    Safagelardi@gmail.com at 17:30 UTC time, which we

20   12:05:29    would have to convert to eastern time.

21   12:05:31             Do you recall receiving any email

22   12:05:34    with this document for electronic signature?

23   12:05:37        A    Yes.

24   12:05:39        Q    You electronically signed this document,

25   12:05:43    correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

30

                              S. Abdulrahim Gelardi

1

2    12:05:44        A    Yes.

3    12:05:44        Q    You signed it two days after you received

4    12:05:49    it, correct?

5    12:05:51        A    I'm not sure.

6    12:05:53        Q    If you look at the document it says that,

7    12:05:55    Signed by Safa Gelardi, next to November 4, 2022; do

8    12:06:00    you see that?

9    12:06:01        A    I see it.

10   12:06:02        Q    Based on what's written in this document,

11   12:06:03    do you have any reason to doubt that you signed it

12   12:06:08    on November 4, 2022?

13   12:06:10        A    No.

14   12:06:12        Q    Before you signed this contract, how many

15   12:06:16    times did you speak with Mr. Stanulis or any

16   12:06:19    employee of the Silver Shield Investigation Services

17   12:06:22    team?

18   12:06:32    (Whereupon, the referred to question was read back

19   12:06:33                  by the reporter.)

20   12:06:49        A    Once.

21   12:06:50        Q    What did you say to the individual and

22   12:06:53    what did the individual say to you?

23   12:06:58        A    I explained that I wanted -- I explained

24   12:07:01    what I wanted from them, that I wanted to find out

25   12:07:06    whether Carlos Roa was behind this smear campaign

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

31

|   |   |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 12:07:08 | that -- about IME Companions and myself. |
| 3 | 12:07:17 | Q    When you engaged the services of this |
| 4 | 12:07:19 | firm, did you explain that you are under a temporary |
| 5 | 12:07:21 | restraining order and not to contact any employee of |
| 6 | 12:07:25 | IME Watchdog, Inc.? |
| 7 | 12:07:32 | A    I don't believe I knew that. |
| 8 | 12:07:35 | Q    You are aware that Mr. Roa is a current |
| 9 | 12:07:38 | employee of IME Watchdog, Inc., correct? |
| 10 | 12:07:42 | A    Yes. |
| 11 | 12:07:45 | Q    After you signed the contract, how many |
| 12 | 12:07:47 | times did you speak with any individual from Silver |
| 13 | 12:07:51 | Shield? |
| 14 | 12:07:56 | A    Maybe twice. |
| 15 | 12:07:59 | Q    What happened during the first |
| 16 | 12:08:00 | conversation after you signed the contract?  What |
| 17 | 12:08:02 | did you say to him and what did he say to you? |
| 18 | 12:08:06 | A    I explained to him that I wanted to find |
| 19 | 12:08:08 | out if Carlos Roa was behind the smear campaign that |
| 20 | 12:08:14 | was going on about IME Companions and myself, and he |
| 21 | 12:08:18 | said sure. |
| 22 | 12:08:20 | Q    That was the first conversation before I |
| 23 | 12:08:22 | signed the contract, correct? |
| 24 | 12:08:25 | A    Yes. |
| 25 | 12:08:26 | Q    That conversation was with Mr. Stanulis, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

32

1                        S. Abdulrahim Gelardi

2   12:08:28    correct?

3   12:08:29        A    No.

4   12:08:30        Q    Who did you have that conversation with?

5   12:08:33        A    I don't recall, but it was a female.

6   12:08:36        Q    Do you recall the female's name?

7   12:08:37        A    No.

8   12:08:39        Q    What form or method did you have that

9   12:08:41    conversation?

10  12:08:43        A    Phone.

11  12:08:45        Q    You called the phone number or did you

12  12:08:46    receive it?

13  12:08:47        A    No, I received a callback.

14  12:08:49        Q    What is the phone number that you used to

15  12:08:51    contact that number?  What was your phone number

16  12:08:54    that you used?

17  12:08:56        A    My cellphone number, (718)749-4732.

18  12:09:02        Q    Is that a cellphone or a landline?

19  12:09:05        A    Cell.

20  12:09:05        Q    What carrier do you use?

21  12:09:11        A    AT&T.  I'm not sure.

22  12:09:16        Q    Is it TMobile?

23  12:09:22        A    TMobile.

24  12:09:24        Q    How long was that first conversation with

25  12:09:25    the female?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

33

1                    S. Abdulrahim Gelardi

2   12:09:29      A    I don't know.  It was short.

3   12:09:31      Q    After you signed the contract, who, if

4   12:09:34   anyone, did you speak with first about this matter?

5   12:09:43      A    I don't recall.

6   12:09:46      Q    Did you ever speak with a Mr. Stanulis?

7   12:09:50      A    I never knew anyone's last name.

8   12:09:57      Q    What do you recall about the first

9   12:09:59   conversation you had with any individual from Silver

10  12:10:01   Shield about the terms of that contract and its

11  12:10:06   goal?

12  12:10:08          MR. WARNER:  I'm sorry.  What was the

13  12:10:09      last?

14  12:10:10          MR. KATAEV:  And its goal.

15  12:10:12          MR. WARNER:  And its goal, thank you.

16  12:10:15      A    I explained what I wanted.  They explained

17  12:10:17   that they can definitely do it and he said someone

18  12:10:22   was going to call you.  So the second time I spoke

19  12:10:25   to someone, it was a male.

20  12:10:28      Q    What did he say to you and what did you

21  12:10:30   say to him?

22  12:10:31      A    I said to him I need to find out if this

23  12:10:34   guy is behind the smear campaign that's going on

24  12:10:36   about me and my company.

25  12:10:36      Q    What did he say in response?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

34

1                          S. Abdulrahim Gelardi

2   12:10:39        A    He said, Tell me about the smear campaign.

3   12:10:40    I said, There is false email that was created to

4   12:10:44    smear my company and it's obvious who it's coming

5   12:10:47    from, so I just wanted to find out for sure if it

6   12:10:51    was him.  So I gave him the information of his name

7   12:10:57    and where he lived and that was it.

8   12:11:04        Q    What was your understanding of what the

9   12:11:05    private investigator would do in order to achieve

10  12:11:09    this goal?

11  12:11:11        A    The private investigator was to befriend

12  12:11:15    Mr. Roa and get him to admit that he was behind the

13  12:11:19    smear campaign.

14  12:11:20        Q    What, if anything, else was he supposed to

15  12:11:22    do?

16  12:11:24        A    That's it.

17  12:11:25        Q    Did anyone from the private investigation

18  12:11:26    company contact you and say, We have spoken to

19  12:11:31    Mr. Roa?

20  12:11:32        A    No.

21  12:11:32        Q    What, if any, other updates did you get

22  12:11:35    about this investigation?

23  12:11:39        A    The last update I got was I got a call

24  12:11:42    from a man named Steve.  Steve stated there was a

25  12:11:46    tracker that was found.  I said, I don't know what

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

35

1                            S. Abdulrahim Gelardi

2    12:11:51    you're talking about, and he said, Well, we placed a

3    12:11:54    tracker to make it economic for us, so he found it

4    12:11:59    and that was it.  He said, We cannot continue with

5    12:12:06    the investigation and it was over.

6    12:12:11        Q    How did you make the payment of $1,000 to

7    12:12:14    this private investigation firm?

8    12:12:16        A    With my credit card.

9    12:12:18        Q    Was the payment of $1,000 the only payment

10   12:12:23    you made?

11   12:12:24        A    I don't recall.  I believe so.

12   12:12:27        Q    You exchanged test messages with the

13   12:12:28    private investigation team, correct?

14   12:12:39        A    I'm not sure who it was.

15   12:12:41        Q    You have test messages with someone from

16   12:12:43    that team, correct?

17   12:12:48        A    I don't know.

18   12:12:52        Q    Did you ask for your money back after they

19   12:12:54    told you they can no longer perform those services?

20   12:12:58        A    I have not yet.

21   12:12:59        Q    Do you plan to?

22   12:13:01        A    I have not yet.

23   12:13:02        Q    Other than $1,000, did you pay anything

24   12:13:04    else?

25   12:13:05        A    No, not that I recall.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

36

1                    S. Abdulrahim Gelardi

2    12:13:07        Q    I'm going ask that you preserve any

3    12:13:09    written communications via text, email or otherwise

4    12:13:13    with this private investigation team and we will

5    12:13:17    follow up in writing for their production.

6    12:13:19                    (Counsel Request.)

7    12:13:19    BY MR. KATAEV:

8    12:13:57        Q    Going back to April of 2017, you received

9    12:14:02    an email at some point from one Adam Rosenblatt

10   12:14:06    containing materials from IME Watchdog, correct?

11   12:14:11        A    I did receive emails from Adam Rosenblatt.

12   12:14:14    I don't recall the date.

13   12:14:20        Q    You previously testified that you did not

14   12:14:22    open these emails for months; do you recall that

15   12:14:25    testimony?

16   12:14:30        A    I don't.

17   12:14:35        Q    Is it still your testimony that any emails

18   12:14:37    that you initially received from Adam in or about

19   12:14:41    April of 2017 are emails that you did not open for

20   12:14:44    months?

21   12:14:49        A    I did not read those emails for months.

22   12:15:02        Q    One followup question about the private

23   12:15:04    investigator.  When you were informed that they

24   12:15:09    could no longer continue with the investigation,

25   12:15:11    what specifically did they tell you as to the reason

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

37

|    |           |                                                    |
|----|-----------|----------------------------------------------------|
| 1  |           | S. Abdulrahim Gelardi                              |
| 2  | 12:15:15  | why?                                              |
| 3  | 12:15:17  | A    No reason why.  I don't recall.              |
| 4  | 12:15:22  | Q    Were you informed that Silver Shield and     |
| 5  | 12:15:25  | Stanulis produced this contract pursuant to a     |
| 6  | 12:15:28  | subpoena?                                          |
| 7  | 12:15:29  | A    No.                                           |
| 8  | 12:15:31  | Q    Were you informed that Silver Shield         |
| 9  | 12:15:34  | and/or Stanulis was contacted by counsel for      |
| 10 | 12:15:37  | Mr. Roa?                                           |
| 11 | 12:15:38  | A    No.                                           |
| 12 | 12:15:38  | Q    Were you informed that Carlos Roa knew       |
| 13 | 12:15:42  | about the GPS device that was placed on his car?  |
| 14 | 12:15:49  | MR. WARNER:  Objection to form.  You can          |
| 15 | 12:15:49  | answer.                                            |
| 16 | 12:15:51  | A    Repeat it.                                    |
| 17 | 12:15:52  | MR. KATAEV:  Read it back, please.                |
| 18 | 12:15:54  | (Whereupon, the referred to question was read back|
| 19 | 12:15:54  | by the reporter.)                                  |
| 20 | 12:16:05  | A    Yes.                                          |
| 21 | 12:16:08  | Q    Did you ask for details during that          |
| 22 | 12:16:11  | conversation?                                      |
| 23 | 12:16:11  | A    I asked, What GPS device.                     |
| 24 | 12:16:16  | Q    What did he say?                             |
| 25 | 12:16:17  | A    He said -- he explained that they do --      |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

38

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:16:21 | it's a standard practice and they do place a GPS |
| 3 | 12:16:27 | device to make it more economical for them so that |
| 4 | 12:16:34 | was it. |
| 5 | 12:16:35 | Q    Are you aware that doing that is illegal? |
| 6 | 12:16:38 | A    No. |
| 7 | 12:16:41 | Q    Do you have any knowledge as to whether |
| 8 | 12:16:42 | the private investigator has a license? |
| 9 | 12:16:45 | A    No. |
| 10 | 12:16:46 | Q    Did you investigate that before hiring |
| 11 | 12:16:48 | him? |
| 12 | 12:16:48 | A    No. |
| 13 | 12:16:49 | Q    Going back to the questions that we had |
| 14 | 12:16:52 | about when you received emails from Adam, I'm |
| 15 | 12:16:56 | referring to your testimony, which I will place up |
| 16 | 12:17:06 | on the screen. |
| 17 | 12:17:52 | MR. KATAEV:  Let the record reflect that |
| 18 | 12:17:54 | we have placed documentary 46-1 bearing the |
| 19 | 12:17:55 | page ID 906, page 46 of the April 4, 2022 Show |
| 20 | 12:18:01 | Cause Hearing on the screen for everyone to be |
| 21 | 12:18:04 | able to read from it. |
| 22 | 12:18:06 | I have highlighted lines 14 through 25 for |
| 23 | 12:18:11 | the witness to review. |
| 24 | 12:18:13 | Q    Please review and let me know when you're |
| 25 | 12:18:15 | done. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

39

1                          S. Abdulrahim Gelardi

2    12:18:16        A    Okay.

3    12:18:17             (Witness perusing document.)

4    12:18:24        A    I'm done.

5    12:18:25        Q    In this transcript, you testified that you

6    12:18:30    did not open the emails from Adam sent in April of

7    12:18:34    '17 for months, correct?

8    12:18:38        A    That's what it says.

9    12:18:40        Q    My question is:  Do you stand by that

10   12:18:44    testimony today; is that true?

11   12:18:46        A    I don't recall when I opened those emails.

12   12:18:54        Q    Going to page 86 of the same transcript

13   12:18:57    referring you to lines three through eight, which I

14   12:19:02    have highlighted.  Please review and let me know

15   12:19:05    when you're done.

16   12:19:07             (Witness perusing document.)

17   12:19:24        A    Yes, okay, I'm done.

18   12:19:26        Q    My question is again, you stand by that

19   12:19:28    testimony from April 4th that you did not

20   12:19:31    immediately open any emails from Adam?

21   12:19:34        A    I do not recall.

22   12:19:36        Q    Even after reviewing this testimony?

23   12:19:40        A    Even after reviewing, I don't recall.

24   12:19:48        Q    You are aware, correct, that in this case,

25   12:19:49    pursuant to an order of the court, you have

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

40

S. Abdulrahim Gelardi

1

2    12:19:54    submitted your personal cellular phone and personal

3    12:19:58    and business computer devices for forensic imaging,

4    12:20:04    correct?

5    12:20:05        A    Yes.

6    12:20:05        Q    You are aware that the Plaintiff in this

7    12:20:08    case has received approximately 25,000 separate

8    12:20:14    documents with your emails, correct?

9    12:20:20        A    No.  I'm not aware.

10   12:20:29        Q    Between the years 2017 and 2019, did you

11   12:20:34    ever look at or consult or use in any manner the

12   12:20:38    information that Adam sent you to further your

13   12:20:41    business, IME Companions?

14   12:20:42        A    No.

15   12:20:51        Q    During the Show Cause Hearing, we had

16   12:20:54    produced to you an exhibit containing a 2017 of

17   12:20:57    April printing of a 2016 customer list with IME

18   12:21:06    Watchdog's customers.  Do you recall seeing that

19   12:21:08    exhibit at the Show Cause Hearing?

20   12:21:10        A    Yes.

21   12:21:10        Q    You testified then that you did not use

22   12:21:13    that list for purposes of furthering your business,

23   12:21:16    IME Companions; do you recall that testimony?

24   12:21:18        A    Yes.

25   12:21:19        Q    Do you stand by that testimony today?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

41

1                          S. Abdulrahim Gelardi

2   12:21:23          A    I do.

3   12:21:37          Q    You also testified at the Show Cause

4   12:21:39   Hearing that you were never provided contact

5   12:21:41   information for law firms from Adam; do you recall

6   12:21:45   that?

7   12:21:45          A    Yes.

8   12:21:46          Q    Do you stand by that testimony today?

9   12:21:49          A    I believe so.  I'm not sure.

10  12:22:02          Q    Based on the information produced in the

11  12:22:05   forensic analysis, are you prepared to admit today

12  12:22:08   that you did, in fact, receive emails from Adam with

13  12:22:12   the contact information of individuals at law firms?

14  12:22:17          A    No.

15  12:22:18          Q    You testified at the Show Cause Hearing

16  12:22:20   that you did not need Adam's help to know who to

17  12:22:24   contact at each law firm; do you remember that?

18  12:22:29          A    I do.

19  12:22:30          Q    Do you stand by that testimony today?

20  12:22:33          A    I do.

21  12:22:38          Q    You stated at the Show Cause Hearing that

22  12:22:40   you did not consult the list of clients that IME

23  12:22:44   Watchdog had in the calendar year 2016 because you

24  12:22:49   had other means of obtaining those customers; do you

25  12:22:52   recall that testimony?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

42

1                        S. Abdulrahim Gelardi

2   12:22:56              MR. WARNER:  Objection to form.  Read that

3   12:22:58         to me.

4   12:22:58   (Whereupon, the referred to question was read back

5   12:22:58                by the reporter.)

6   12:23:39              MR. WARNER:  Thank you, Madame Reporter.

7   12:23:40         You can answer.

8   12:23:49         A    I don't recall a lot of testimony, but I'm

9   12:23:53    going to say, yes.  This is -- okay.

10  12:24:04              MR. KATAEV:  For the record, we've placed

11  12:24:04         up on the screen page 99 of the transcript and

12  12:24:07         I've highlighted lines six through nine.

13  12:24:11         Q    I want to confirm your answer.

14  12:24:17         A    I'm reading it, I see it.  I'm sure I said

15  12:24:20    it, but I don't recall.

16  12:24:21         Q    What were the other means that you had to

17  12:24:24    obtain clients?

18  12:24:27         A    Gregory had his own list.  My partner had

19  12:24:30    his own list of attorneys.

20  12:24:34         Q    Do you ever discussing opening a competing

21  12:24:52    business to IME Watchdog with Adam Rosenblatt?

22  12:25:00         A    He discussed with me.

23  12:25:02         Q    Your testimony at the Show Cause Hearing

24  12:25:15    was that you were not rushing to open that kind of a

25  12:25:19    business right away, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

43

1                        S. Abdulrahim Gelardi

2   12:25:22       A    If that's what it says.

3   12:25:24       Q    Referring to page 35 of the Show Cause

4   12:25:45   Hearing, which is up on the screen, lines two to

5   12:25:49   four.  You testified at the Show Cause Hearing that

6   12:25:53   you did not discuss opening a competing business

7   12:25:57   with Adam, correct?

8   12:26:07       A    I had no intention of starting an IME

9   12:26:11   business.  It was Adam's idea.

10  12:26:13       Q    Ultimately, you did form an IME business

11  12:26:18   without Adam, correct?

12  12:26:20       A    Correct.

13  12:26:25       Q    When was it your -- withdrawn.

14  12:26:29            When was the first time you first

15  12:26:32   intended to open an IME observer business?

16  12:26:43       A    I don't recall, but I'm going to take a

17  12:26:45   guess and say maybe late 2017.

18  12:27:00            MR. WARNER:  Please don't guess.  You can

19  12:27:02       tell your best recollection to Mr. Kataev, but

20  12:27:05       don't guess.

21  12:27:06       A    I'm not sure.

22  12:27:14       Q    Is it still your testimony that you never

23  12:27:16   requested information from Adam about IME Watchdog?

24  12:27:21       A    Yes.

25  12:27:26       Q    Is it testimony your today that the IME

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

44

1           S. Abdulrahim Gelardi

2  12:27:29    observer business model did not pique your interest

3  12:27:32    when you first heard about it?

4  12:27:34        A    Repeat it.

5  12:27:36    (Whereupon, the referred to question was read back

6  12:27:36              by the reporter.)

7  12:27:59        A    Yes.

8  12:28:05        Q    When did you first hear about this

9  12:28:06    business?

10 12:28:09        A    I don't recall exactly.

11 12:28:11        Q    Did you first hear about it from Adam

12 12:28:13    Rosenblatt or someone else?

13 12:28:15        A    Only Adam Rosenblatt.

14 12:28:16        Q    Did Ronald Rosenblatt ever discuss this

15 12:28:20    IME observer business concept?

16 12:28:25        MR. WARNER:  Safa, you must let him

17 12:28:25        complete his question first.

18 12:28:26        MR. KATAEV:  I'll rephrase.

19 12:28:28        A    I'm sorry.

20 12:28:30        Q    Did you ever discuss with Ronald

21 12:28:32    Rosenblatt the concept of an IME observer business?

22 12:28:37        A    Never discussed, no.

23 12:28:40        Q    Your testimony today is that the first

24 12:28:42    time you ever discussed this business model of an

25 12:28:45    IME observer business is with Adam Rosenblatt,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

45

1                          S. Abdulrahim Gelardi

2    12:28:48    correct?

3    12:28:49         A    What do you mean by discussed?

4    12:28:52         Q    The concept of this kind of business.

5    12:28:54         A    What does the word discussed mean?

6    12:28:57         Q    In any way, shape or form; test message,

7    12:28:59    email, phonecall, in-person conversation, carrier

8    12:29:04    pigeon, whatever?

9    12:29:04         A    Your question is what exactly did I

10   12:29:06    discuss?

11   12:29:07         Q    Did you discuss the IME observer business

12   12:29:10    model with Ronald Rosenblatt ever?

13   12:29:15         A    Does discussion mean that I spoke?

14   12:29:24         Q    He said something to you about it or you

15   12:29:26    said something to him about it, either way?

16   12:29:29         A    Ronald Rosenblatt mentioned the IME

17   12:29:31    business as one of his ideas, yes.

18   12:29:33         Q    Did that happen before you first spoke

19   12:29:36    with Adam or after you spoke with Adam?

20   12:29:38         A    It was before I spoke with Adam.

21   12:29:41         Q    What did Ronald Rosenblatt say to you

22   12:29:45    about the IME observer business model?

23   12:29:47         A    He mentioned he came up with a lot of

24   12:29:50    ideas and Daniella Levi stole his ideas.

25   12:29:59         Q    What did you say in response?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

46

|   | | | |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 12:30:02 | A | What did I say in response? |
| 3 | 12:30:05 | Q | Yes. |
| 4 | 12:30:07 | A | I didn't say anything. |
| 5 | 12:30:10 | Q | How did it come to be that you spoke to |
| 6 | 12:30:12 | | Adam about this business? |
| 7 | 12:30:14 | A | Ronald Rosenblatt brought Adam to me and |
| 8 | 12:30:18 | | begged me to talk to him. |
| 9 | 12:30:21 | Q | What happened when Adam came to speak with |
| 10 | 12:30:25 | | you with Ronald? |
| 11 | 12:30:27 | A | I said to both of them, This is not the |
| 12 | 12:30:30 | | time and place and I'm at work and to please not do |
| 13 | 12:30:35 | | this at my place of work again. |
| 14 | 12:30:37 | Q | Subsequent to that conversation, did you |
| 15 | 12:30:41 | | speak with Ronald and/or Adam again about this |
| 16 | 12:30:44 | | topic? |
| 17 | 12:30:47 | A | Yes. |
| 18 | 12:30:48 | Q | What happened during that conversation? |
| 19 | 12:30:49 | | What did they say to you and what did you say to |
| 20 | 12:30:55 | | them? |
| 21 | 12:30:59 | A | I'm not sure exactly, but I can tell you |
| 22 | 12:31:01 | | to the best of my recollection, Adam Rosenblatt -- I |
| 23 | 12:31:13 | | don't recall. |
| 24 | 12:31:20 | Q | Is it still your testimony today that |
| 25 | 12:31:21 | | following that conversation this IME observer |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

47

1                    S. Abdulrahim Gelardi

2   12:31:25    business model did not pique your interest?

3   12:31:28         A    It did not pique my interest right away.

4   12:31:41         Q    Did Ronald Rosenblatt ever send you any

5   12:31:43    materials or information about IME Watchdog?

6   12:31:45         A    Yes, I believe so.

7   12:31:53         MR. KATAEV:  Let's mark this as 2 for now.

8   12:31:59    (Plaintiff's Exhibit 2, Marked for Identification.)

9   12:31:59    BY MR. KATAEV:

10  12:32:14         Q    I'm handing to you what has been

11  12:32:17    previously marked as Plaintiff's Exhibit 2.  I will

12  12:32:19    represent to you it's a declaration, a sworn

13  12:32:21    statement under penalty of perjury by Ronald

14  12:32:23    Rosenblatt in this case.  I would like you to read

15  12:32:32    it please and let me know when you're done.

16  12:32:36         MR. KATAEV:  Correction for the record,

17  12:32:37         it's an Affidavit sworn to before a notary

18  12:32:38         public.

19  12:32:39             (Witness perusing document.)

20  12:33:05         A    Okay.

21  12:33:06         Q    Now that you've read this affidavit which

22  12:33:09    was sworn to on July 29, 2022, is it still your

23  12:33:14    testimony that Ronald Rosenblatt told you this IME

24  12:33:15    observer business model was his idea and Daniella

25  12:33:19    stole it?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

48

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:33:19 | A    Yes. |
| 3 | 12:33:20 | Q    What you're saying effectively is that |
| 4 | 12:33:23 | Ronald Rosenblatt is a liar? |
| 5 | 12:33:24 | A    Yes. |
| 6 | 12:33:25 | MR. WARNER:  Objection to form.  You can |
| 7 | 12:33:26 | answer. |
| 8 | 12:33:26 | Q    Is it your belief that everyone in this |
| 9 | 12:33:30 | case is a liar except you? |
| 10 | 12:33:37 | MR. WARNER:  Objection to form.  You can |
| 11 | 12:33:37 | answer. |
| 12 | 12:33:39 | A    I don't understand your question. |
| 13 | 12:33:42 | Q    Are you taking the position that everyone |
| 14 | 12:33:45 | in this case is a liar except you? |
| 15 | 12:33:49 | A    I'm taking the position that there are |
| 16 | 12:33:52 | many liars in this case and I do not believe I lied. |
| 17 | 12:34:00 | Ronald Rosenblatt said it was his idea from the day |
| 18 | 12:34:03 | I met him. |
| 19 | 12:34:05 | Q    Even though he first met Daniella Levi in |
| 20 | 12:34:08 | 2014, and Daniella Levi started this business in |
| 21 | 12:34:11 | 2011? |
| 22 | 12:34:14 | A    Not my problem.  That's what he said. |
| 23 | 12:34:17 | Q    At the time these discussions were held |
| 24 | 12:34:42 | with Adam and Ronald, and I'm speaking about the |
| 25 | 12:34:45 | initial discussions, you were already working with |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

49

```
                              S. Abdulrahim Gelardi

 1

 2   12:34:48    Ronald Rosenblatt in another business venture; isn't

 3   12:34:51    that true?

 4   12:34:52         A    Yes.

 5   12:34:52         Q    That business venture was Med Mal USA,

 6   12:34:57    correct?

 7   12:34:57         A    Correct.

 8   12:35:00         Q    Is that still a business venture that

 9   12:35:04    you're involved in?

10   12:35:05         A    No.

11   12:35:06         Q    When did you cease being involved in that

12   12:35:11    venture; month and year approximately?

13   12:35:18         A    Approximately -- approximately maybe

14   12:35:23    September or -- maybe on or around I'm going to say

15   12:35:30    between August to October of 2017.  I don't remember

16   12:35:34    exactly.

17   12:35:35         Q    What led you to no longer being involved

18   12:35:41    in that business?

19   12:35:44         A    Ronald Rosenblatt was difficult to reach

20   12:35:49    due to his drug problem.  It could not work.

21   12:36:00         Q    You testified at your Show Cause Hearing

22   12:36:02    that you were busy working in this venture with

23   12:36:05    Mr. Rosenblatt when Adam spoke to you about IME

24   12:36:08    Watchdog; do you recall that testimony?

25   12:36:11         A    No, but it sounds correct.
```

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

50

1                             S. Abdulrahim Gelardi

2   12:36:13        Q    What is it you were busy doing in that

3   12:36:16    venture at that time?

4   12:36:21        A    Are you asking about Med Mal?

5   12:36:23        Q    Correct.

6   12:36:25        A    We were building the site, getting the

7   12:36:27    information, learning what it was, putting it

8   12:36:34    together.

9   12:36:42             MR. KATAEV:  Note for the record, I've

10  12:36:42             placed up on the screen page 116 from the

11  12:36:45             transcript for the witness to review.

12  12:36:57        Q    Now at the time you entered into a

13  12:37:00    business venture with Mr. Rosenblatt, he was a

14  12:37:04    customer at the bank you worked for, correct?

15  12:37:07        A    Correct.

16  12:37:08        Q    That's how you first met him, correct?

17  12:37:12        A    Correct.

18  12:37:13        Q    When did you first learn about Mr. Ronald

19  12:37:16    Rosenblatt's drug problem?

20  12:37:27        A    When did I learn?  I don't know.

21  12:37:30        Q    Did you learn about the drug problem

22  12:37:32    before you entered into the business with him?

23  12:37:35        A    I presumed.

24  12:37:37        Q    What made you presume that he had a drug

25  12:37:39    problem before you entered into a business venture

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

51

|  |  |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 12:37:44    with him? |
| 3 | 12:37:45         A    Just certain behaviors. |
| 4 | 12:37:48         Q    Can you be more specific; what did you |
| 5 | 12:37:50    see? |
| 6 | 12:37:51         A    Excessive sweating, drooling, very hyper, |
| 7 | 12:37:56    just a presumption. |
| 8 | 12:38:03         Q    Did you come to see or witness anything |
| 9 | 12:38:08    that confirmed your suspicion that he may have a |
| 10 | 12:38:11    drug problem? |
| 11 | 12:38:12         A    Yes. |
| 12 | 12:38:13         Q    What was that? |
| 13 | 12:38:16         A    We found him with vomit all over his |
| 14 | 12:38:21    clothes and he was passed out. |
| 15 | 12:38:28         Q    Where did you find him? |
| 16 | 12:38:30         A    I don't recall.  It was some place, I |
| 17 | 12:38:33    think it is restaurant in Queens where he asked us |
| 18 | 12:38:37    to meet him. |
| 19 | 12:38:44         Q    Even though you suspected that he had a |
| 20 | 12:38:46    drug problem, you still went into business with him, |
| 21 | 12:38:49    correct? |
| 22 | 12:38:50         A    Correct. |
| 23 | 12:38:54         Q    When you ceased working -- withdrawn. |
| 24 | 12:38:56              After you ceased working with Ronald |
| 25 | 12:38:58    Rosenblatt on Med Mal USA, did you and Ronald |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

52

1                           S. Abdulrahim Gelardi

2   12:39:07    Rosenblatt have any claims against each other or any

3   12:39:12    lawsuit?

4   12:39:13        A    No.

5   12:39:19        Q    How did you go about ending your business

6   12:39:22    relationship with Ronald Rosenblatt?

7   12:39:24        A    We just stopped communicating.

8   12:39:27        Q    Is it fair to say that Med Mal never took

9   12:39:30    off?

10  12:39:33        A    Yes.

11  12:39:33        Q    During your working relationship with

12  12:39:36    Ronald Rosenblatt, did Med Mal USA have any paying

13  12:39:40    customers?

14  12:39:41        A    Yes.

15  12:39:43        Q    Approximately how many customers paid for

16  12:39:45    the services that Med Mal USA offered?

17  12:39:50        A    Approximately, I'm going to take an

18  12:39:55    approximate guess on maybe seven to ten.

19  12:39:59        Q    What time span was that?

20  12:40:02        A    A matter of weeks.

21  12:40:05        Q    You continued working at the bank while

22  12:40:07    running that business with him, correct?

23  12:40:09        A    Correct.

24  12:40:10        Q    You only stopped working at the bank after

25  12:40:13    you launched the IME observer business, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

53

1                       S. Abdulrahim Gelardi

2    12:40:18        A    Correct.

3    12:40:19        Q    Did you voluntarily leave from your

4    12:40:22    employment with the bank?

5    12:40:23        A    Yes, I did.

6    12:40:24        Q    You were not terminated, correct?

7    12:40:26        A    I was not terminated.

8    12:40:33        Q    You testified at the Show Cause Hearing

9    12:40:35    that it was not important for you to know which law

10   12:40:39    firm paid full price to IME Watchdog from Adam.

11   12:40:43             Do you recall that testimony?

12   12:40:44        A    Yes.

13   12:40:45        Q    When you refer to paying full price, what

14   12:40:49    does that mean as opposed to what?

15   12:40:53        A    As opposed to discounted prices.

16   12:40:58        Q    Why wouldn't that be important for you to

17   12:40:59    know entering into that business?

18   12:41:04        A    It wasn't important.

19   12:41:14        Q    You also testified that you never told

20   12:41:16    prospective customer law firms that their clients

21   12:41:20    were not safe with IME Watchdog because Daniella

22   12:41:23    Levi is an attorney, correct?

23   12:41:25        A    Correct.

24   12:41:27        Q    You stand by that testimony today?

25   12:41:33        A    I do stand by.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

54

                              S. Abdulrahim Gelardi

1

2    12:41:34         Q    You also testified at the Show Cause

3    12:41:36    Hearing that you only asked Adam for one report and

4    12:41:41    only used that report for quality control.

5    12:41:44              Do you recall that testimony?

6    12:41:46         A    Again, Mr. Kataev, I don't recall the

7    12:41:48    testimony, but if it's there I'm going to say yes, I

8    12:41:52    see it.

9    12:41:57              MR. KATAEV:  Let the record reflect I have

10   12:41:59         placed up on the screen page 51 of the Show

11   12:42:02         Cause Hearing and I'm referring the witness to

12   12:42:05         lines one through 19.

13   12:42:09              (Witness perusing document.)

14   12:42:09    BY MR. KATAEV:

15   12:42:20         Q    Take a second to review and let me know

16   12:42:21    when you're done.

17   12:42:22         A    I'm done.  I'm done.

18   12:42:37         Q    Are you aware the forensic evidence

19   12:42:38    produced to us in this case shows that there are

20   12:42:42    routine emails from Adam to you with IME Watchdog

21   12:42:47    reports?

22   12:42:48              MR. WARNER:  Objection to form.

23   12:42:49         A    Yes.

24   12:42:49         Q    You stand by your testimony here that you

25   12:42:52    only asked him for one and you only used it for

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

55

1                       S. Abdulrahim Gelardi

2    12:42:56    quality control?

3    12:42:57         A    Yes.

4    12:42:57         Q    Why would Adam send you other reports

5    12:43:00    after this?

6    12:43:01         A    Ask Adam.

7    12:43:03         Q    It's your testimony today that you never

8    12:43:05    copied any report made by IME Watchdog?

9    12:43:08         A    Correct.

10   12:43:09         Q    It's your testimony today that you created

11   12:43:11    your own marketing material and did not use any of

12   12:43:15    IME Watchdog's materials?

13   12:43:16         A    Yes.

14   12:43:23         Q    Do you maintain your testimony that you

15   12:43:25    did not receive any financial benefit from the

16   12:43:28    information obtained from Adam?

17   12:43:30         A    Yes.

18   12:43:33         Q    You still deny that you instructed Adam to

19   12:43:35    destroy any evidence after being served?

20   12:43:40         A    Yes.

21   12:43:43         Q    That's despite the recorded telephone

22   12:43:47    conversation --

23   12:43:47         A    No one asked him to destroy anything.

24   12:43:50         Q    I want to finish my question.

25   12:43:52              That's despite the recorded telephone

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

56

1        S. Abdulrahim Gelardi

2   12:43:54   conversation produced to you and shown at the Show

3   12:43:57   Cause Hearing?

4   12:43:59        A    Yes.

5   12:44:01        Q    You also testified at the Show Cause

6   12:44:02   Hearing that the only information you showed to

7   12:44:06   Gregory Elefterakis, E-l-e-f-t-e-r-a-k-i-s, before

8   12:44:12   forming Companions were two IME Watchdog invoices

9   12:44:15   that you obtained from Adam.  Do you still stand by

10  12:44:18   that testimony?

11  12:44:19        A    Yes.

12  12:44:19        Q    You did not show Mr. Elefterakis the 2016

13  12:44:23   list of customers?

14  12:44:26        A    I don't believe so.

15  12:44:28        Q    You're not sure one way or the other; is

16  12:44:31   that your testimony?

17  12:44:32        A    I don't believe so.  I don't believe

18  12:44:34   anything was of interest to me other than the fact

19  12:44:37   that he had the same name on the invoice.

20  12:44:43        Q    You also testified at the Show Cause

21  12:44:44   Hearing that you made very little money from the

22  12:44:47   rental properties that you own; do you recall that

23  12:44:50   testimony?

24  12:44:50        A    Yes.

25  12:44:51        Q    What does very little mean?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

57

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:44:54 | A     Relative to what? |
| 3 | 12:44:56 | Q    I want an understanding of what you mean |
| 4 | 12:44:58 | by very little.  How much is very little? |
| 5 | 12:45:00 | A    I'm sorry, the question is not clear. |
| 6 | 12:45:16 | Q    Referring you to pages 75 through 76 of |
| 7 | 12:45:19 | the Show Cause Hearing transcript placed up on the |
| 8 | 12:45:22 | screen.  I'm going to read it into the record: |
| 9 | 12:45:28 | Isn't it true that you bragged to |
| 10 | 12:45:30 | people at IME Companions that one rental property |
| 11 | 12:45:34 | covers your mortgage for that property and your |
| 12 | 12:45:34 | home. |
| 13 | 12:45:35 | Answer:  No. |
| 14 | 12:45:36 | You have a rental property located in |
| 15 | 12:45:37 | Lake Harmony, Pennsylvania, correct? |
| 16 | 12:45:41 | Answer:  Correct. |
| 17 | 12:45:41 | You charge $358 per night per stay at |
| 18 | 12:45:42 | that Lake Harmony location, correct? |
| 19 | 12:45:47 | Answer:  Correct. |
| 20 | 12:45:47 | You also own a rental property in |
| 21 | 12:45:48 | Brooklyn, right? |
| 22 | 12:45:51 | Answer:  No, I do not. |
| 23 | 12:45:53 | You and your husband also flip homes |
| 24 | 12:45:54 | for a profit, correct? |
| 25 | 12:45:55 | Answer:  No, we do not. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

58

1                          S. Abdulrahim Gelardi

2   12:46:07              Also referring to page 75 of the same

3   12:46:11      transcript earlier than what I just placed on the

4   12:46:14      record, lines 14 through 17.

5   12:46:18              Question:  You and Mr. Vito Gelardi

6   12:46:20      have other sources of income from which you derive

7   12:46:22      income, correct?

8   12:46:24              Answer:  No, we have some rental

9   12:46:26      properties, but very little income, Your Honor, from

10  12:46:29      anything other than IME Companions.

11  12:46:30              You see that?

12  12:46:32      A    Yes.

13  12:46:32      Q    When you said, Very little income, what

14  12:46:34      did you mean by that?  What are the amounts that you

15  12:46:37      were referring to?

16  12:46:38      A    I wasn't referring to any amount.  I was

17  12:46:41      referring to very little income.

18  12:46:44      Q    How much is very little income?

19  12:46:46      A    Not enough to -- just not enough, very

20  12:46:50      little.

21  12:46:51      Q    Not enough to support the lifestyle that

22  12:46:54      you were currently maintaining, correct?

23  12:46:56      A    I don't have a lifestyle to support.

24  12:46:58              MR. WARNER:  Safa, let him finish his

25  12:47:02      question, please.  Listen to the question and

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

59

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 12:47:04 | let him complete it. |
| 3  | 12:47:06 | BY MR. KATAEV: |
| 4  | 12:47:06 | Q    Not enough to support the lifestyle that |
| 5  | 12:47:08 | you were maintaining at that time, correct? |
| 6  | 12:47:11 | MR. WARNER:  Objection to form. |
| 7  | 12:47:12 | A    No. |
| 8  | 12:47:21 | Q    What percentage of your income comes from |
| 9  | 12:47:22 | rental property as compared to IME Companions? |
| 10 | 12:47:27 | A    I would say approximately maybe |
| 11 | 12:47:32 | 20 percent. |
| 12 | 12:47:35 | Q    Is the remaining 80 percent exclusively |
| 13 | 12:47:36 | from Companions or is it divided further? |
| 14 | 12:47:42 | A    Companions. |
| 15 | 12:47:43 | Q    Other than Companions and the rental |
| 16 | 12:47:46 | property, you have no other source of income, |
| 17 | 12:47:49 | correct? |
| 18 | 12:47:49 | A    No. |
| 19 | 12:47:50 | Q    Does your husband, Vito Gelardi, have any |
| 20 | 12:47:58 | business ventures that he's involved in? |
| 21 | 12:48:00 | A    No. |
| 22 | 12:48:03 | Q    When did that come to be the case? |
| 23 | 12:48:08 | A    I'm not sure. |
| 24 | 12:48:10 | Q    Is it not true that he previously worked |
| 25 | 12:48:12 | in construction? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

60

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:48:13 | A    He did. |
| 3 | 12:48:14 | Q    When did he stop doing so? |
| 4 | 12:48:18 | A    I want to say -- I don't know. |
| 5 | 12:48:29 | Q    You don't what year? |
| 6 | 12:48:33 | A    No. |
| 7 | 12:48:34 | Q    Is the construction company that he worked |
| 8 | 12:48:35 | in a company that he owned? |
| 9 | 12:48:39 | A    No. |
| 10 | 12:48:49 | Q    You understand that whenever you presented |
| 11 | 12:48:52 | to the court and filed with the court any sworn |
| 12 | 12:48:54 | declaration by you, that that was under penalty of |
| 13 | 12:48:57 | perjury, correct? |
| 14 | 12:48:59 | A    Yes. |
| 15 | 12:49:04 | Q    Are you familiar or have you been advised |
| 16 | 12:49:06 | of the consequences for engaging in perjury? |
| 17 | 12:49:09 | MR. WARNER:  Don't discuss.  Object and |
| 18 | 12:49:10 | direct the witness not to answer.  Do not |
| 19 | 12:49:12 | reveal the substance of any communication |
| 20 | 12:49:15 | you've had with me or any prior counsel. |
| 21 | 12:49:19 | MR. KATAEV:  I'll rephrase the question. |
| 22 | 12:49:20 | BY MR. KATAEV: |
| 23 | 12:49:20 | Q    Are you familiar with the consequences for |
| 24 | 12:49:25 | engaging in perjury? |
| 25 | 12:49:27 | A    No. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

61

1                              S. Abdulrahim Gelardi

2   12:49:33        Q    You testified earlier that you've only

3   12:49:34    taken one deposition before and you don't recall

4   12:49:37    when, correct?

5   12:49:38        A    Yes.

6   12:49:40        Q    With respect to this deposition, how did

7   12:49:42    you prepare for it?

8   12:49:46        A    I didn't.

9   12:49:47        Q    Did you speak -- without revealing the

10  12:49:49    communications you had with your attorney, did you

11  12:49:51    speak with your attorney to prepare for the

12  12:49:54    deposition?

13  12:49:54        A    No.

14  12:49:55        Q    Did you review any documents prior to the

15  12:49:57    deposition?

16  12:49:58        A    No.

17  12:50:02        Q    Did you speak to anyone other than your

18  12:50:05    attorney about the deposition?

19  12:50:07        A    No, not that I recall.

20  12:50:18        Q    Have you reviewed the Complaint in this

21  12:50:20    case?

22  12:50:20        A    No.

23  12:50:22        Q    Did you ever review the First Amended

24  12:50:23    Complaint in this case?

25  12:50:25        A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

62

| | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:50:26 | Q    I'm speaking in general, not just |
| 3 | 12:50:28 | preparation. |
| 4 | 12:50:29 | A    I didn't. |
| 5 | 12:50:33 | Q    Have you looked at any of the documents |
| 6 | 12:50:35 | produced by the forensic examiner in this case? |
| 7 | 12:50:40 | A    Yes. |
| 8 | 12:50:41 | Q    How did you go about viewing it? |
| 9 | 12:50:43 | A    On my computer. |
| 10 | 12:50:44 | Q    Did you use a program called Relativity? |
| 11 | 12:50:48 | A    Yes. |
| 12 | 12:50:49 | Q    When was the first time that you reviewed |
| 13 | 12:50:52 | documents through the Relativity program? |
| 14 | 12:50:57 | A    When it was provided to me. |
| 15 | 12:50:59 | Q    Do you recall when? |
| 16 | 12:51:01 | A    No.  I can take a guess, maybe a month |
| 17 | 12:51:06 | ago. |
| 18 | 12:51:18 | Q    Some competency questions.  There is no |
| 19 | 12:51:21 | reason that you can't participate in today's |
| 20 | 12:51:22 | deposition and provide truthful testimony, correct? |
| 21 | 12:51:26 | A    Correct. |
| 22 | 12:51:27 | Q    You haven't consumed any drugs, alcohol or |
| 23 | 12:51:29 | medications in the last 24 hours that would affect |
| 24 | 12:51:31 | your ability to testify truthfully? |
| 25 | 12:51:34 | MR. WARNER:  Reread the question back |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

63

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:51:37 | again? |
| 3 | 12:51:37 | MR. KATAEV:  Sure. |
| 4 | 12:51:38 | (Whereupon, the referred to question was read back |
| 5 | 12:51:38 | by the reporter.) |
| 6 | 12:51:59 | A    No. |
| 7 | 12:52:02 | Q    Now, you testified that you have access to |
| 8 | 12:52:05 | Relativity and you did review some of the documents |
| 9 | 12:52:07 | produced by the forensic examiner, right? |
| 10 | 12:52:10 | A    Yes. |
| 11 | 12:52:10 | Q    My question is:  Did you do that generally |
| 12 | 12:52:13 | when you had access to it or did you also do it to |
| 13 | 12:52:16 | prepare for today's deposition? |
| 14 | 12:52:18 | A    Generally. |
| 15 | 12:52:20 | Q    Prior to today's deposition in preparation |
| 16 | 12:52:22 | for it, you did not go on Relativity and review the |
| 17 | 12:52:25 | documents, correct? |
| 18 | 12:52:26 | A    Yes. |
| 19 | 12:52:27 | Q    Did you speak with Vito about today's |
| 20 | 12:52:28 | deposition? |
| 21 | 12:52:29 | MR. WARNER:  I'm going to object and |
| 22 | 12:52:31 | direct her not to answer that question.  That |
| 23 | 12:52:33 | is covered by the marital privilege. |
| 24 | 12:52:36 | MR. KATAEV:  I'm familiar with the marital |
| 25 | 12:52:37 | privilege and I won't ask for content, but I |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

64

1                      S. Abdulrahim Gelardi

2    12:52:40        want to ask about whether the conversation

3    12:52:41        happened; yes or no.  Would that question be

4    12:52:44        okay?

5    12:52:45            MR. WARNER:  Yes, that would be

6    12:52:45        acceptable.

7    12:52:45    BY MR. KATAEV:

8    12:52:45        Q    With that qualification in mind, did you

9    12:52:48    discuss today's deposition with Vito?

10   12:52:51        A    Yes.

11   12:52:57        Q    When you were logged onto Relativity to

12   12:53:00    review documents produced by the forensic examiner,

13   12:53:04    did you in any way save certain documents or mark

14   12:53:08    certain documents; did you go through that process?

15   12:53:14        A    I believe the ones between my attorney and

16   12:53:17    myself were marked privileged.

17   12:53:20        Q    During the time that you had a discussion

18   12:53:23    with Vito about today's deposition, was anyone else

19   12:53:26    present in the room?

20   12:53:30        A    No.

21   12:53:37        Q    When was the last time you logged onto

22   12:53:40    Relativity to review documents produced by the

23   12:53:44    forensic examiner?

24   12:53:49        A    I don't recall.  It was right before we

25   12:53:53    gave you guys access to it.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

65

| | |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 12:53:55    Q    Understood.  When was the last time you |
| 3 | 12:54:01    spoke to Ronald Rosenblatt? |
| 4 | 12:54:05    A    I don't recall. |
| 5 | 12:54:06    Q    Has it been years? |
| 6 | 12:54:13    A    Yes, I would say that. |
| 7 | 12:54:15    Q    Ever since you ceased working with Ronald |
| 8 | 12:54:17    Rosenblatt in or about August or September of '17, |
| 9 | 12:54:21    did you have any contact with him after? |
| 10 | 12:54:24    A    Yes. |
| 11 | 12:54:27    Q    Was that in or about 2018, 2019 or some |
| 12 | 12:54:32    point later? |
| 13 | 12:54:33    A    Some point later. |
| 14 | 12:54:34    Q    Do you recall whether you spoke to him in |
| 15 | 12:54:36    2020 or 2021? |
| 16 | 12:54:39    A    Yes. |
| 17 | 12:54:40    Q    What did you speak with him about? |
| 18 | 12:54:43    A    My father was dying and I wanted to talk |
| 19 | 12:54:47    to him about the Covid virus. |
| 20 | 12:54:50    Q    That was the only thing you two discussed? |
| 21 | 12:54:54    A    Yes. |
| 22 | 12:54:54    Q    I hope your father is well. |
| 23 | 12:54:56    A    He passed.  Thank you. |
| 24 | 12:54:58    Q    I'm sorry. |
| 25 | 12:55:04         Your name is placed on the caption as |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

66

| | | S. Abdulrahim Gelardi |
|---|---|---|

1                                    S. Abdulrahim Gelardi

2   12:55:07        Safa Abdulrahim Gelardi; is that correct?

3   12:55:08            A    Yes.

4   12:55:08            Q    Abdulrahim is your maiden name; is that

5   12:55:12        right?

6   12:55:13            A    No.

7   12:55:14            Q    Where do you get that name from?

8   12:55:15            A    That's not my name.

9   12:55:17            Q    Is your correct maiden name Abdulrahman

10  12:55:21        with an A-N?

11  12:55:23            A    Yes.

12  12:55:25            Q    Your current address is 148 Clay Pit Road,

13  12:55:29        correct?

14  12:55:29            A    Yes.

15  12:55:30            Q    Do you rent or own that property?

16  12:55:32            A    Own.

17  12:55:33            Q    Is the mortgage paid in full on that

18  12:55:35        property?

19  12:55:35            A    No.

20  12:55:36            Q    What is the approximate amount on that

21  12:55:40        mortgage?

22  12:55:45            A    Approximate maybe 800.

23  12:55:48            Q    You purchased that property on January 26,

24  12:55:50        2021, correct?

25  12:55:53            A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

67

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 12:55:54 | Q     You placed a down payment of 220,000 for |
| 3 | 12:55:57 | that property, correct? |
| 4 | 12:55:59 | A     Yes, I believe so. |
| 5 | 12:56:03 | Q     To the best of your recollection, the full |
| 6 | 12:56:05 | purchase price of that property was $995,000, |
| 7 | 12:56:07 | correct? |
| 8 | 12:56:09 | A     Yes. |
| 9 | 12:56:10 | Q     You also own a piece of real property at |
| 10 | 12:56:12 | 332 88th Street in Brooklyn, New York, correct? |
| 11 | 12:56:17 | A     No. |
| 12 | 12:56:17 | Q     You no longer own that property? |
| 13 | 12:56:19 | A     No longer. |
| 14 | 12:56:19 | Q     When did you dispose of that property? |
| 15 | 12:56:28 | A     I don't recall. |
| 16 | 12:56:29 | Q     Was it within the last year? |
| 17 | 12:56:31 | A     No. |
| 18 | 12:56:35 | Q     You sold it, correct? |
| 19 | 12:56:37 | A     Correct. |
| 20 | 12:56:39 | Q     With respect to the mortgage that we just |
| 21 | 12:56:41 | discussed at 148 Clay Pit Road on Staten Island, |
| 22 | 12:56:45 | that is with Freedom, correct? |
| 23 | 12:56:50 | A     No. |
| 24 | 12:56:51 | Q     What is the name of the mortgagee for the |
| 25 | 12:56:54 | property in Staten Island? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

68

1                    S. Abdulrahim Gelardi

2    12:57:03      A    I'm not sure.  Maybe Wells Fargo.  I'm not

3    12:57:06    sure.

4    12:57:08      Q    When did you first buy the property in

5    12:57:10    Brooklyn on 88th Street?

6    12:57:16      A    I don't know.  Maybe 20 years ago

7    12:57:17    approximately, to the best of my knowledge.

8    12:57:21      Q    Do you recall whether you -- would it

9    12:57:22    refresh your recollection if I told you that public

10   12:57:24    records show you bought it on March 12, 2004?

11   12:57:31      A    It could.  That's possible.

12   12:57:34      Q    You initially purchased it for $499,550,

13   12:57:39    correct?

14   12:57:41      A    To the best of my knowledge, yes.

15   12:57:44      Q    When you sold it, how much did you sell it

16   12:57:47    for?

17   12:57:52      A    I don't know.  My husband handles that.

18   12:57:55      Q    Would it refresh your recollection if I

19   12:57:56    told you that the property was sold on January 12,

20   12:57:59    2022 for 1.38 million?

21   12:58:04      A    It's possible.

22   12:58:08      Q    That property was a three-family property,

23   12:58:10    correct?

24   12:58:11      A    No.

25   12:58:13      Q    What kind of property was it?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

69

| | | | |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 12:58:15 | A | It was a two-family. |
| 3 | 12:58:19 | Q | What was your use for that property when |
| 4 | 12:58:21 | | it was purchased throughout the time you owned it? |
| 5 | 12:58:25 | A | It was my primary home. |
| 6 | 12:58:28 | Q | When did you first move to Staten Island? |
| 7 | 12:58:35 | A | Twenty -- I want to say 2019.  I want to |
| 8 | 12:58:40 | | say -- on or around 2019/2020. |
| 9 | 12:58:44 | Q | You held on to the Brooklyn property for |
| 10 | 12:58:46 | | approximately one year after moving to Staten |
| 11 | 12:58:50 | | Island, correct? |
| 12 | 12:58:55 | A | I'm going to say I don't know but sounds |
| 13 | 12:58:57 | | correct. |
| 14 | 12:58:59 | Q | What was the reason you decided to |
| 15 | 12:59:00 | | initially hold on to the property? |
| 16 | 12:59:09 | A | There was no reason. |
| 17 | 12:59:10 | Q | What was the reason you ultimately decided |
| 18 | 12:59:13 | | to sell the property? |
| 19 | 12:59:19 | A | I think that was my husband's decision. |
| 20 | 12:59:21 | Q | Did he discuss -- withdrawn. |
| 21 | 12:59:26 | | Between the time that you moved out |
| 22 | 12:59:28 | | to Staten Island and held on to the property, did |
| 23 | 12:59:30 | | you rent out the property? |
| 24 | 12:59:35 | A | Yes. |
| 25 | 12:59:40 | Q | What was the amount of rent you charged |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

70

1                         S. Abdulrahim Gelardi

2    12:59:42        for renting the property?

3    12:59:44            A    I don't know.

4    12:59:45            Q    Is that something that Vito would know?

5    12:59:47            A    Yes.

6    12:59:58            Q    In or about February 28th of 2017, you

7    13:00:05        also bought a single-family home with Vito located

8    13:00:07        at 19 Summit Drive in Mount Pocono, Pennsylvania,

9    13:00:09        correct?

10   13:00:13            A    Correct.

11   13:00:13            Q    The purchase price for that property was

12   13:00:14        $157,000, correct?

13   13:00:17            A    Correct.

14   13:00:18            Q    You put down $31,400 and took out a

15   13:00:23        $157,000 mortgage with Quicken Loans, correct?

16   13:00:30            A    Again, that's what my husband does.  I

17   13:00:33        don't handle that.

18   13:00:34            Q    You're not sure?

19   13:00:35            A    I'm not sure.

20   13:00:36            Q    Generally speaking, you rented out that

21   13:00:38        property using short-term rental services such as

22   13:00:42        Airbnb, VRBO, Bookings.com and Expedia, correct?

23   13:00:44            A    Correct.

24   13:00:46            Q    To your knowledge, how much would you

25   13:00:48        charge for renting out that property?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

71

1                          S. Abdulrahim Gelardi

2   13:00:50          A    Um, I'm not sure.

3   13:00:56          Q    To your knowledge, how much rental income

4   13:00:59     did that property earn on a yearly basis

5   13:01:02     approximately?

6   13:01:03          A    I'm not sure.

7   13:01:07          Q    A lawsuit was filed against you by a

8   13:01:09     municipality called Monroe County for doing

9   13:01:13     short-term rentals out of that home, correct?

10  13:01:16          A    Yes.

11  13:01:17          Q    What is the status of that lawsuit?

12  13:01:19          A    It was dropped, to my knowledge.

13  13:01:21          Q    To your knowledge, was there a settlement?

14  13:01:23          A    No.

15  13:01:26          Q    You sold that property in July of 2018,

16  13:01:28     correct?

17  13:01:34          A    I'm going to assume, yes.

18  13:01:37          Q    You sold it for $171,000, correct?

19  13:01:41          A    I'm going to assume, yes.

20  13:01:43               MR. WARNER:  If you don't know, say, I

21  13:01:46     don't know.

22  13:01:47          A    I don't know.

23  13:01:47          Q    What was the reason this property was

24  13:01:50     sold?

25  13:01:51          A    You have to ask Vito.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

72

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 13:01:58 | Q    You also have a single-family home that |
| 3 | 13:02:00 | was purchased at 1523 North Hollywood Street in |
| 4 | 13:02:05 | Philadelphia, Pennsylvania, correct? |
| 5 | 13:02:07 | A    Correct. |
| 6 | 13:02:08 | Q    That home was purchased on October 11th of |
| 7 | 13:02:10 | 2018 for $81,000; is that right? |
| 8 | 13:02:15 | A    I don't know. |
| 9 | 13:02:17 | Q    To your knowledge, do you personally own |
| 10 | 13:02:22 | that property with Vito or did you own it through |
| 11 | 13:02:25 | some other way? |
| 12 | 13:02:26 | A    You have to ask Vito. |
| 13 | 13:02:30 | Q    To your knowledge, is V&S Holdings a |
| 14 | 13:02:33 | company or entity that owned that real property? |
| 15 | 13:02:38 | A    I'm not sure. |
| 16 | 13:02:40 | Q    What is the reason that this property was |
| 17 | 13:02:41 | purchased to your knowledge? |
| 18 | 13:02:46 | A    I'm not sure. |
| 19 | 13:02:47 | Q    To your knowledge, was the property |
| 20 | 13:02:48 | purchased to flip it? |
| 21 | 13:02:57 | A    I don't know. |
| 22 | 13:02:59 | Q    To your knowledge, was that property |
| 23 | 13:03:02 | ultimately sold? |
| 24 | 13:03:03 | A    No. |
| 25 | 13:03:05 | Q    It's not true that the property was sold |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

73

1                              S. Abdulrahim Gelardi

2    13:03:07      on October 21st, 2021?

3    13:03:11          A    It was not sold.

4    13:03:15          Q    It's true that you placed it up for sale

5    13:03:18      but no one made an offer on it, correct?

6    13:03:22          A    I don't know.

7    13:03:23          Q    You ultimately removed that property from

8    13:03:25      the market in March of 2022, correct?

9    13:03:29          A    I don't know.

10   13:03:29          Q    Currently, is that property being rented

11   13:03:40      out?

12   13:03:41          A    Yes.

13   13:03:41          Q    For short-term rental or otherwise?

14   13:03:44          A    Otherwise.

15   13:03:46          Q    You have a long-term tenant in that

16   13:03:48      property?

17   13:03:49          A    Yes.

18   13:03:49          Q    What is the amount of rent that's being

19   13:03:53      charged on that property?

20   13:03:54          A    I don't know.

21   13:03:55          Q    Is that something Vito would know?

22   13:03:57          A    Yes.

23   13:04:04          Q    You also bought a single-family home with

24   13:04:06      Vito located at 9 Woods End in Lake Harmony,

25   13:04:09      Pennsylvania, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

74

1                           S. Abdulrahim Gelardi

2   13:04:12        A    Yes.

3   13:04:12        Q    That was purchased on July 11th of 2019

4   13:04:16     for $315,000, correct?

5   13:04:25        A    I don't know.

6   13:04:27        Q    Do you recall whether you placed a down

7   13:04:28     payment of 431,500 on that property?

8   13:04:34        A    My husband handles that stuff.

9   13:04:38        Q    Do you have any knowledge as to whether

10  13:04:40     you have a mortgage of $283,500 with Keystone

11  13:04:47     Premier Settlement Services for that property?

12  13:04:53        A    I don't know.

13  13:05:08        Q    With respect to the rental properties that

14  13:05:09     are owned, you're not involved in any way in terms

15  13:05:13     of managing the financial aspect of it?

16  13:05:16             MR. WARNER:  Objection to form.

17  13:05:19        A    Answer?

18  13:05:20        Q    You can answer.

19  13:05:21        A    Repeat it.

20  13:05:25             MR. KATAEV:  Read it back.

21  13:05:26     (Whereupon, the referred to question was read back

22  13:05:26                  by the reporter.)

23  13:05:53        A    Very little involved.

24  13:05:57        Q    The reason you purchased the Lake Harmony

25  13:06:00     property was to rent it out, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

75

1                        S. Abdulrahim Gelardi

2  13:06:02        A    Correct.

3  13:06:03        Q    Short-term rental or long term?

4  13:06:05        A    Short term.

5  13:06:07        Q    How much do you charge for the rental

6  13:06:10    generally speaking?

7  13:06:13        A    Lake Harmony, I believe it's about $350 a

8  13:06:19    night.  I'm not sure.

9  13:06:24        Q    Do you know how much is earned annually

10 13:06:26    for that property?

11 13:06:29        A    No.

12 13:06:29        Q    To your knowledge, how are the reviews for

13 13:06:35    that property?

14 13:06:37        A    I don't know.  I haven't looked in a

15 13:06:38    while.

16 13:06:41            MR. KATAEV:  Off the record.

17 13:06:43    (Whereupon, an off-the-record discussion was held.)

18 13:06:47            MR. KATAEV:  Back on.

19 13:06:48        Q    You also have a single-family home that

20 13:06:50    you own with your husband, Vito, at 1475 Moon Valley

21 13:06:52    Drive in ChampionGate, Florida, correct?

22 13:06:56        A    Correct.

23 13:06:57        Q    This property was purchased in December of

24 13:06:58    2021 for $684,500, correct?

25 13:07:03        A    Correct.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

76

1                          S. Abdulrahim Gelardi

2    13:07:04        Q    To your knowledge, was a down payment of

3    13:07:05    $414,500 placed on it?

4    13:07:10        A    I don't know.

5    13:07:11        Q    To your knowledge, was there a mortgage of

6    13:07:13    $270,000 with United Wholesale Mortgage, LLC on that

7    13:07:19    property?

8    13:07:20        A    I don't handle it.

9    13:07:21        Q    You also rented out that property with

10   13:07:24    Short Term Rental Services, correct?

11   13:07:26        A    Correct.

12   13:07:28        Q    Is it fair to say that Vito handles the

13   13:07:30    banking aspect with respect to the short-term

14   13:07:33    rentals?

15   13:07:34        A    Yes.

16   13:07:34        Q    Is it fair to say that Vito handles all

17   13:07:35    the mortgages with that?

18   13:07:38        A    Yes.

19   13:07:38        Q    Has that always been the case since you

20   13:07:41    started in those ventures?

21   13:07:42        A    Yes.

22   13:07:44        Q    How much do you charge generally for the

23   13:07:46    Florida rental?

24   13:07:54        A    I don't know.  You can easily look it up.

25   13:07:57        Q    In terms of this particular property, you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

77

1                            S. Abdulrahim Gelardi

2   13:07:59       listed it for sale in September of 2022 for

3   13:08:03       $975,000, correct?

4   13:08:06            A    Yes.

5   13:08:07            Q    The price has been reduced on January 5 of

6   13:08:10       this year to $899,900, correct?

7   13:08:17            A    I believe so.  I don't know.

8   13:08:19            Q    Is there any particular reason that you're

9   13:08:21       looking to sell this property in Florida?

10  13:08:23            A    No particular reason.

11  13:08:27            Q    Finally, you also purchased a

12  13:08:32       single-family historic home with your husband Vito

13  13:08:34       located at 5265 Milford Road in East Stroudsburg,

14  13:08:39       Pennsylvania, correct?

15  13:08:41            A    Correct.

16  13:08:41            Q    You purchased that property in April of

17  13:08:44       2022 for $535,000, correct?

18  13:08:47            A    Correct.

19  13:08:47            Q    You put a down payment of $107,000 and

20  13:08:49       obtained a mortgage of $428,000 from Lakeside

21  13:08:52       Investment Corp., correct?

22  13:08:59            A    I don't know.

23  13:09:00            Q    Vito handled that, correct?

24  13:09:02            A    Yes.

25  13:09:03            Q    That property is also used for short-term

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

78

S. Abdulrahim Gelardi

1

2  13:09:05    rentals?

3  13:09:06        A    Yes.

4  13:09:06        Q    Do you know how much you charged generally

5  13:09:08    speaking for the rental?

6  13:09:12        A    I think it's the same as Lake Harmony.  I

7  13:09:16    don't know.

8  13:09:17        Q    Potentially $350 a night?

9  13:09:20        A    I would say.

10 13:09:21        Q    Do you know how much is earned generally

11 13:09:22    speaking approximately for a year from that

12 13:09:25    property?

13 13:09:25        A    No.

14 13:09:26        Q    To your knowledge, is your name on the

15 13:09:29    mortgage for that property or any of the other

16 13:09:31    properties?

17 13:09:32        A    Yes.

18 13:09:33        Q    As an individual guarantor or as the

19 13:09:36    mortgagor?

20 13:09:39        A    I don't know.

21 13:09:47        Q    Are you in default on any of the mortgages

22 13:09:49    for any of the properties you own?

23 13:09:51        A    No.

24 13:09:52        Q    You're current on all the financial

25 13:09:54    obligations with respect to all the mortgages?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

79

|   |   | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 13:09:57 | A    I believe so.  I don't know.  Vito handles |
| 3 | 13:10:00 | all of that. |
| 4 | 13:10:02 | Q    Going back to the property on Staten |
| 5 | 13:10:03 | Island.  You reside there as your primary residence |
| 6 | 13:10:06 | with your husband and children, correct? |
| 7 | 13:10:08 | A    Correct. |
| 8 | 13:10:09 | Q    You were born on November 25 of 1974, |
| 9 | 13:10:11 | correct? |
| 10 | 13:10:13 | A    Yes. |
| 11 | 13:10:13 | Q    Where were you born? |
| 12 | 13:10:14 | A    Jordan. |
| 13 | 13:10:18 | Q    At the time you were born in 1974, was it |
| 14 | 13:10:21 | Jordan then? |
| 15 | 13:10:23 | A    I don't know. |
| 16 | 13:10:24 | Q    When did you first arrive to the |
| 17 | 13:10:26 | United States? |
| 18 | 13:10:28 | A    I believe I was two. |
| 19 | 13:10:30 | Q    That would be in 1976? |
| 20 | 13:10:34 | A    I guess so. |
| 21 | 13:10:35 | Q    Do you recall what month? |
| 22 | 13:10:37 | A    No. |
| 23 | 13:10:38 | Q    Have you ever visited Jordan since your |
| 24 | 13:10:40 | arrival to the United States? |
| 25 | 13:10:44 | A    Yes, I believe so. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

                                                              80

1                          S. Abdulrahim Gelardi

2   13:10:45        Q    When was the last time you went to Jordan?

3   13:10:48        A    I don't recall.

4   13:10:49        Q    Was it more than ten years ago?

5   13:10:51        A    Yes.

6   13:10:53        MR. KATAEV:  We can take a break now.

7   13:10:54        Let's go off the record.

8   13:10:58        THE VIDEOGRAPHER:  The time is 1:10 p.m.

9   13:11:01        we going off the record.

10  13:11:04   (Whereupon, an off-the-record discussion was held.)

11  13:47:46               (Lunch recess taken.)

12  13:52:45        THE VIDEOGRAPHER:  The time is 1:52 p.m.

13  13:52:46        We are back on the record.

14  13:52:49   BY MR. KATAEV:

15  13:52:51        Q    Good afternoon.  We are back on the record

16  13:52:54   following lunch.  I want to remind you that you're

17  13:52:57   still under oath and my first question is:  During

18  13:53:07   the lunch break, without discussing any

19  13:53:09   conversations you had with either your attorney or

20  13:53:14   your husband, did you discuss your testimony in this

21  13:53:17   case?

22  13:53:19        A    Yes.

23  13:53:20        Q    Have you ever placed your name on any

24  13:53:22   independent medical examination report obtained from

25  13:53:29   IME Watchdog and called it your own?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

81

1                            S. Abdulrahim Gelardi

2    13:53:30        A    No.

3    13:53:31        Q    Have you ever sent a report for an

4    13:53:35    independent medical examination by IME Watchdog to

5    13:53:41    employees, independent contractors, or agents of

6    13:53:43    Companions to teach them how to properly write a

7    13:53:49    report?

8    13:53:50        A    No.

9    13:53:50            MR. KATAEV:  Let's mark this as 3, please.

10   13:54:16    (Plaintiff's Exhibit 3, Marked for Identification.)

11   13:54:15    BY MR. KATAEV:

12   13:54:16        Q    I've handed to you, Ms. Gelardi, what is a

13   13:54:19    March 14, 2019 email from the forensic production

14   13:54:27    together with an attachment.  I would like to refer

15   13:54:31    your attention.  After you have an opportunity to

16   13:54:33    review it, let me know.

17   13:54:36                (Witness perusing document.)

18   13:54:58                Referring to the first page of the

19   13:55:00    email on top.  On March 14, 2019 at 1:24 p.m., Adam

20   13:55:07    sent you an email with the subject, Sample report,

21   13:55:11    with the body of the message saying, Thank you,

22   13:55:14    correct?

23   13:55:16        A    Yes.

24   13:55:17        Q    And you did receive that email from Adam,

25   13:55:19    correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

82

1                          S. Abdulrahim Gelardi

2   13:55:20        A    Yes.

3   13:55:21        Q    Then approximately four hours later the

4   13:55:25   same day, you forward that email to Carlos Roa,

5   13:55:27   correct?

6   13:55:30        A    I'm going to say, yes.

7   13:55:34        Q    In that email there was an attachment

8   13:55:36   that's labeled, Emilio_Gonzalez_dradam_vendor with

9   13:55:36   the date of July 19, 2016, correct?

10  13:55:48        A    Yes.

11  13:55:50        Q    That attachment was sent in a Word format,

12  13:55:52   correct?

13  13:55:55        A    I don't know how it was sent.

14  13:55:56        Q    If you look at the last four letters of

15  13:55:59   the attachment, it says, period D-O-C-X; do you see

16  13:56:03   that?

17  13:56:06        A    Okay.

18  13:56:06        Q    To your knowledge, is that a Word file?

19  13:56:14        A    I'm going to assume so, yes.

20  13:56:16        Q    It was not sent to you in pdf format in

21  13:56:21   this email, correct?

22  13:56:22        A    I'm not sure how it was sent.

23  13:56:23        Q    To your knowledge, were you able to open

24  13:56:26   this attachment and edit it?

25  13:56:30        A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

83

|  |  |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 13:56:31      Q     To your knowledge, would you be able to |
| 3 | 13:56:33   open this attachment and edit it? |
| 4 | 13:56:35      A     Yes. |
| 5 | 13:56:37      Q     Why is it that Adam sent you this report |
| 6 | 13:56:41   on March 14, 2019? |
| 7 | 13:56:50      A     I don't recall exactly. |
| 8 | 13:56:53      Q     Why is it that you forwarded it to Mr. Roa |
| 9 | 13:56:57   a few hours later the same day? |
| 10 | 13:57:00      A     Mr. Roa handled all the reports.  He |
| 11 | 13:57:04   handled a lot of duties at IME Companions |
| 12 | 13:57:08   including -- you know, I don't recall why he asked |
| 13 | 13:57:13   for it. |
| 14 | 13:57:15      Q     Mr. Roa no longer works at IME Companions, |
| 15 | 13:57:17   correct? |
| 16 | 13:57:18      A     Correct. |
| 17 | 13:57:19      Q     Who handles all the reports now? |
| 18 | 13:57:22      A     I do and there is a gentleman named Jeff |
| 19 | 13:57:27   who does my editing. |
| 20 | 13:57:29      Q     That individual is Jeff Biebem, |
| 21 | 13:57:29   B-I-E-B-E-M, correct? |
| 22 | 13:57:34      A     Yes. |
| 23 | 13:57:41      Q     Let's go to the next page.  This report is |
| 24 | 13:57:46   a document prepared by IME Watchdog, correct? |
| 25 | 13:57:50      A     Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

84

1                              S. Abdulrahim Gelardi

2    13:57:52        Q    It says at the top in clear bold letters

3    13:57:54        that this confidential attorney work product,

4    13:57:56        correct?

5    13:57:57        A    Yes.

6    13:58:02        Q    Is there any significance with the fact

7    13:58:05        that it was a independent medical examination

8    13:58:08        conducted by Dr. Adam Bender?

9    13:58:12        A    I'm going to say, yes.

10   13:58:16        Q    What is significant about Dr. Adam Bender?

11   13:58:21        A    I believe Dr. Bender is a very

12   13:58:28        difficult -- I would say one of the most difficult

13   13:58:35        IME physicians.

14   13:58:37        Q    And by having this kind of a report, it's

15   13:58:40        something that assisted you in running your business

16   13:58:43        with Companions, correct?

17   13:58:47        A    No.

18   13:58:48        Q    When Adam sent you this email, on the

19   13:58:49        first page he put in the message, Thank you; do you

20   13:58:52        see that?

21   13:58:53        A    Yes.

22   13:58:53        Q    Why was he thanking you?

23   13:58:55        A    I don't know.

24   13:58:56        Q    What did he thank you for?

25   13:58:57        A    I don't know.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

85

1                    S. Abdulrahim Gelardi

2   13:58:59        Q     Did he thank you for the fact that you

3   13:59:01   paid him for this report?

4   13:59:04        A     No, I never paid for this report.

5   13:59:05        Q     To your knowledge, there is no record of

6   13:59:08   any transaction in exchange for this report?

7   13:59:14        A     Absolutely not.

8   13:59:17        Q     Is it because of the fact that Dr. Adam

9   13:59:20   Bender is more difficult with conducting -- I will

10  13:59:22   refer to independent medical exams as IMEs going

11  13:59:26   forward -- with conducting IMEs, that that was the

12  13:59:29   reason you asked for a copy of the report?

13  13:59:32             MR. WARNER:  Objection to form.  She

14  13:59:34        said -- she didn't say she asked for copies.

15  13:59:38        Q     You can answer.

16  13:59:39        A     I didn't ask for a copy of the report.

17  13:59:41        Q     Is the reason why you received the report

18  13:59:43   because Dr. Adam Bender is more difficult with doing

19  13:59:46   IMEs?

20  13:59:47        A     Um, I want to retract my last statement.

21  13:59:58   I do believe I asked for this report.

22  14:00:01        Q     Why is that?

23  14:00:03        A     I asked for this report because -- what I

24  14:00:07   did ask for actually is, is Dr. Bender difficult

25  14:00:12   across the board or just -- it was a question about

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

86

1                          S. Abdulrahim Gelardi

2    14:00:19    Dr. Bender.  I don't recall ever asking for the

3    14:00:22    report, but I recall asking about Dr. Bender.

4    14:00:29        Q    At the time this email was sent in March

5    14:00:31    of 2019, did you have what you would characterize as

6    14:00:33    a good relationship with Adam Rosenblatt?

7    14:00:42        A    What is good?

8    14:00:48        Q    Is it fair to say that you needed this

9    14:00:50    report to help you with your business?

10   14:00:55        A    No.

11   14:00:55        Q    With respect to your prior answer to my

12   14:00:59    immediately preceding question, what does good mean

13   14:01:03    to you?

14   14:01:05        A    What does good mean to me?  I want to

15   14:01:17    answer your question.

16   14:01:21        Q    What do you mean by your testimony that

17   14:01:26    you had a good relationship with Adam in March of

18   14:01:29    2019; how was your relationship good?

19   14:01:31        A    In March of 2018?

20   14:01:35             MR. WARNER:  2019.

21   14:01:37        Q    2019 when the email was sent.

22   14:01:39        A    I'm sorry, Mr. Kataev, I'm not

23   14:01:42    understanding that question properly.

24   14:01:44        Q    I asked you how you would characterize

25   14:01:45    your relationship with Adam Rosenblatt in March of

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

87

1                           S. Abdulrahim Gelardi

2  14:01:48    '19 when this email was sent and you said, Good.

3  14:01:52        A    I did?

4  14:01:52        Q    That's my understanding.  Was your

5  14:01:55    relationship with Adam good in March of 2019?

6  14:01:58        A    I didn't say it was good.  I said, What is

7  14:02:01    good.

8  14:02:02        Q    Let's take step back.  At the time that

9  14:02:04    Adam sent you this email in March of 2019, how would

10 14:02:09    you characterize your relationship with him?

11 14:02:15        A    Just -- I want to say average.

12 14:02:20        Q    What does that mean?  What was your

13 14:02:21    relationship like?

14 14:02:24        A    We didn't have a relationship, Mr. Kataev.

15 14:02:28        Q    What was the basis of him sending you this

16 14:02:30    email?

17 14:02:33        A    I asked him about Dr. Bender.

18 14:02:35        Q    He voluntarily sent you this report?

19 14:02:37        A    He voluntarily sent me a lot of stuff.

20 14:02:41        Q    Without you prompting him?

21 14:02:42        A    Without.

22 14:02:42        Q    Why would he do that?

23 14:02:43        A    Because it's Adam.

24 14:02:45        Q    What does that mean?

25 14:02:48        A    Ask Adam.  He sent it to everybody.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

88

1                          S. Abdulrahim Gelardi

2   14:02:51        Q    Who else are you aware of that Adam sent a

3   14:02:54   report like this to?

4   14:02:56        A    He sent the exact information that he sent

5   14:03:00   to me to a gentleman, he was a chiropractor.  I

6   14:03:06   can't remember his exact name, but it was a

7   14:03:10   chiropractor that got all the exact same

8   14:03:15   information, and he also wanted to start a

9   14:03:19   business -- Adam approached him to start the

10  14:03:21   business with him as well.  I don't recall.  He also

11  14:03:23   sent this exact same information to the people of

12  14:03:25   Law Cash.

13  14:03:32        Q    How do you know that Adam sent these

14  14:03:34   reports to the chiropractor and to Law Cash?

15  14:03:39        A    Because he told me.

16  14:03:40        Q    What did he say to you and what did you

17  14:03:43   say to him in response?

18  14:03:45        A    He told me at one point that he was going

19  14:03:48   to start a business with doctor -- I can't remember

20  14:03:53   his name.

21  14:03:54        Q    The chiropractor?

22  14:03:56        A    Right.  The chiropractor.

23  14:03:57        Q    You can refer to him as the chiropractor.

24  14:03:59             Go on, continue with your answer.

25  14:04:03        A    I recall that -- and I said, Good, good

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

89

1                          S. Abdulrahim Gelardi

2   14:04:06      for you.

3   14:04:08           Q    When was this?

4   14:04:10           A    This was after I started IME Companions.

5   14:04:13      This was after we started our business and, you

6   14:04:23      know, then the chiropractor -- he mentioned him

7   14:04:27      multiple times.  He said he was going to get out of

8   14:04:32      the grips of Daniella Levi and if I didn't want to

9   14:04:36      do it with him, he found somebody who did.  Listen,

10  14:04:40      Adam says a lot of things and does a lot of things.

11  14:04:44      I'm not in control of him.

12  14:04:45           Q    Did you ever speak to the chiropractor?

13  14:04:49           A    No.  I don't recall speaking to the -- I

14  14:04:51      don't even remember his name.

15  14:04:56           Q    You said that the Adam sent the

16  14:05:00      chiropractor items after you started your business.

17  14:05:02                     Was that before this March 2019 email

18  14:05:05      or after?

19  14:05:07           A    Oh, I don't know when he sent it.  He just

20  14:05:10      told me he sent it.  He just told me he was going to

21  14:05:14      start a business with the chiropractor.  I don't

22  14:05:17      even know his name.

23  14:05:19                MR. KATAEV:  Let's mark this as 4.

24  14:05:24      (Plaintiff's Exhibit 4, Marked for Identification.)

25  14:05:36                     (Witness perusing document.)

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

90

1                         S. Abdulrahim Gelardi

2    14:05:36    BY MR. KATAEV:

3    14:05:50        Q    Before we get into this exhibit, some

4    14:05:54    followup questions.  You testified at the Show Cause

5    14:05:56    Hearing that you only asked for reports for quality

6    14:06:00    control purposes; do you recall that testimony?

7    14:06:03        A    Not really, but if it's there, I'm sure I

8    14:06:07    did.

9    14:06:07            MR. KATAEV:  I'm referring the witness to

10   14:06:18            the screen which has the Show Cause Hearing

11   14:06:20            transcript of page 51 and I have highlighted

12   14:06:25            lines 11 through 19.  I will read for the

13   14:06:29            record.

14   14:06:29            The Court asked:  What was the report?

15   14:06:32            Answer:  It was a doctor's report.  It was

16   14:06:33            a report from a Watchdog that observed a

17   14:06:38            particular doctor.

18   14:06:38            The Court asked:  And why did you ask him

19   14:06:41            for that?

20   14:06:41            Answer:  I asked him for that report

21   14:06:43            because the doctor was very difficult and he

22   14:06:46            gave us a very difficult time.  We also

23   14:06:50            observed with that doctor.  I just wanted to

24   14:06:51            find it out if it was something he normally

25   14:06:54            does and it was just for quality control.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

91

1                              S. Abdulrahim Gelardi

2    14:06:58          Based on the testimony I just read, your

3    14:07:00          testimony, is it accurate to state that you

4    14:07:05          asked for the report in order to further

5    14:07:07          Companions' business?

6    14:07:11      A    No.

7    14:07:12      Q    What do you mean by quality control?

8    14:07:15      A    I don't even know what I mean by quality

9    14:07:16    control.  I know that I asked for the report -- I

10   14:07:20    didn't asked for the report. I asked about

11   14:07:22    Dr. Bender and if he was difficult across the board.

12   14:07:28    Maybe -- I don't recall asking for the report.

13   14:07:31      Q    As you sit here today, are you still

14   14:07:33    denying that you asked Adam for that report?

15   14:07:36      A    I'm not sure.

16   14:07:37      Q    You realize that you testified on

17   14:07:39    April 4th that you asked Adam for that report,

18   14:07:42    correct?

19   14:07:43      A    Yes, I do.

20   14:07:44      Q    Do you withdraw your testimony earlier

21   14:07:46    today at today's deposition that you did not ask him

22   14:07:50    for that report?

23   14:07:51      A    I don't recall asking for the report.

24   14:07:54      Q    Was your memory better in April of 2022

25   14:07:59    when you testified to this?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

92

1                          S. Abdulrahim Gelardi

2    14:08:01        A    I don't -- I don't recall asking for the

3    14:08:04    report.

4    14:08:06        Q    Let's look at what I've marked as

5    14:08:09    Plaintiff's Exhibit 4.  I will represent to you that

6    14:08:13    this is a IME report prepared by your company,

7    14:08:16    Companions, that has to do with Dr. Adam Bender; do

8    14:08:21    you see that?

9    14:08:29        A    Yes.

10   14:08:30        Q    Take an opportunity to review, please.

11   14:08:33        A    Yes.

12   14:08:46        Q    You observed this IME, correct?

13   14:08:53        A    No, I did not.

14   14:08:54        Q    If you look at the middle of the first

15   14:08:57    page, it says, Observed by Safa Gelardi?

16   14:09:00        A    I see that.

17   14:09:01        Q    You're saying this report is incorrect?

18   14:09:03        A    I'm saying this report was done by Carlos

19   14:09:06    Roa.  I did not observe this report.  He knows he

20   14:09:10    did this report.

21   14:09:12        Q    Your testimony today is that Carlos Roa

22   14:09:16    copied the report in Plaintiff's Exhibit 3 and put

23   14:09:18    your name and letterhead on it?

24   14:09:21        A    Yes, absolutely.

25   14:09:21        Q    You're saying that you did not know that

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

93

|   |   |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 14:09:24    this happened? |
| 3 | 14:09:25        A    I did not know until it was presented to |
| 4 | 14:09:28    me in court. |
| 5 | 14:09:55        Q    Is it fair to say that this exact report |
| 6 | 14:09:57    was something you sent in all your marketing |
| 7 | 14:09:59    materials to prospective law firm customers? |
| 8 | 14:10:07        A    No, it is not. |
| 9 | 14:10:14        Q    Comparing the two reports, the date of |
| 10 | 14:10:16    accident and the client's attorney and the IME |
| 11 | 14:10:19    doctor are all the same, correct? |
| 12 | 14:10:21        A    Yes. |
| 13 | 14:10:22        Q    In other words, this is a report of an IME |
| 14 | 14:10:25    that you never observed, correct? |
| 15 | 14:10:27        A    Correct, that Carlos Roa fudged. |
| 16 | 14:10:42        MR. KATAEV:  Let's go off the record for a |
| 17 | 14:10:44        second. |
| 18 | 14:10:46        THE VIDEOGRAPHER:  The time is 2:10 p.m. |
| 19 | 14:10:47        We are going off the record. |
| 20 | 14:10:50    (Whereupon, an off-the-record discussion was held.) |
| 21 | 14:14:09        THE VIDEOGRAPHER:  The time is 2:14 p.m. |
| 22 | 14:14:19        We are back on the record. |
| 23 | 14:14:21    BY MR. KATAEV: |
| 24 | 14:14:26        Q    Ms. Gelardi, for the record, you are |
| 25 | 14:14:27    married to Vito Gelardi, correct? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

94

1                          S. Abdulrahim Gelardi

2    14:14:29        A    Yes.

3    14:14:31        Q    You met him for the first time while he

4    14:14:33    was a patron of the bank you worked in, correct?

5    14:14:37        A    Yes.

6    14:14:38        Q    That was at which bank?

7    14:14:41        A    I don't recall.

8    14:14:44        Q    Where did you get married?

9    14:14:49        A    Texas.

10   14:14:53        Q    Prior to your marriage of Mr. Gelardi, had

11   14:14:55    you ever been married before?

12   14:14:57        A    No.

13   14:15:10        Q    Have you ever been arrested before?

14   14:15:12        A    No.

15   14:15:13        Q    Have you ever been convicted of any crime?

16   14:15:15        A    No.

17   14:15:15        Q    What is your highest level of education?

18   14:15:19        A    I have a bachelors.

19   14:15:21        Q    Where?

20   14:15:22        A    Fordham University.

21   14:15:26        Q    What was the major?

22   14:15:30        A    It was economics and finance.

23   14:15:36        Q    Prior to college, did you go to high

24   14:15:38    school and graduate from high school?

25   14:15:40        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

95

|   |   |   |   |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 14:15:41 | Q | Where? |
| 3 | 14:15:43 | A | Fort Hamilton High School. |
| 4 | 14:15:45 | Q | Bronx? |
| 5 | 14:15:46 | A | No, Brooklyn. |
| 6 | 14:15:50 | Q | You obtained a high school diploma? |
| 7 | 14:15:55 | A | Yes. |
| 8 | 14:15:55 | Q | Was there any gap in your education |
| 9 | 14:15:57 | | between high school and college? |
| 10 | 14:16:00 | A | I believe one year.  No, actually no. |
| 11 | 14:16:03 | Q | No gap? |
| 12 | 14:16:03 | A | No, I don't believe so.  I don't recall |
| 13 | 14:16:04 | | but I don't believe so. |
| 14 | 14:16:26 | Q | Immediately prior to the time you formed |
| 15 | 14:16:30 | | Companions, where did you work? |
| 16 | 14:16:34 | A | Sterling National Bank. |
| 17 | 14:16:36 | Q | What was the month and year you started |
| 18 | 14:16:38 | | there and the month and year you stopped working |
| 19 | 14:16:40 | | there? |
| 20 | 14:16:41 | A | I don't recall the month and year I |
| 21 | 14:16:42 | | started. |
| 22 | 14:16:44 | Q | What about the year? |
| 23 | 14:16:47 | A | I don't recall the year.  I want to say I |
| 24 | 14:16:50 | | can approximate for you -- I don't recall.  I might |
| 25 | 14:16:57 | | have been there three years, three and a half, four |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

96

1                     S. Abdulrahim Gelardi

2    14:17:00    years.  Something like that.

3    14:17:02        Q    What position or job title did you hold?

4    14:17:06        A    I was a vice president.

5    14:17:07        Q    Vice president of what?  There is a lot of

6    14:17:08    vice president of banks.

7    14:17:09        A    I was a branch manager.

8    14:17:12        Q    For one branch?

9    14:17:14        A    Yes.

10   14:17:14        Q    Which branch was that?

11   14:17:15        A    Forest Hills?

12   14:17:25            MR. WARNER:  Are we done with 4?

13   14:17:27            MR. KATAEV:  We are all done with 4, for

14   14:17:30        now.

15   14:17:30    BY MR. KATAEV:

16   14:17:46        Q    Would it refresh your recollection if I

17   14:17:47    told you that your resume says that you worked at

18   14:17:52    Sterling National Bank from November 2015?

19   14:17:56            MR. WARNER:  From when?

20   14:17:57            MR. KATAEV:  November of 2015.

21   14:18:00        A    I don't recall.  I think it was before

22   14:18:04    that but I'm not sure.

23   14:18:09        Q    At the time you worked at Sterling, you

24   14:18:12    were required to abide by the bank's policies,

25   14:18:15    correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

97

                        S. Abdulrahim Gelardi

1

2   14:18:16        A    Correct.

3   14:18:17        Q    One of those policies includes a

4   14:18:19    prohibition against working with any customer of a

5   14:18:23    bank in any business outside of the bank, correct?

6   14:18:27        A    Correct.

7   14:18:28        Q    You nonetheless engaged with Ronald

8   14:18:31    Rosenblatt during this time in Med Mal USA, correct?

9   14:18:36        A    That is not correct.

10  14:18:40        Q    How so?

11  14:18:41        A    Ronald Rosenblatt was not a customer of

12  14:18:42    the bank when I started working with him.  He became

13  14:18:46    a customer of the bank later.  I would just cash

14  14:18:49    checks for him that he would come into the bank -- I

15  14:18:52    helped him to get his checks cashed.  He was not a

16  14:18:56    customer at the time.

17  14:18:58        Q    Would it not be a conflict of interest for

18  14:19:03    you to serve him in his banking needs while you were

19  14:19:06    in business with him?

20  14:19:07            MR. WARNER:  Objection to form.

21  14:19:08        A    No.

22  14:19:09        Q    What basis do you have to say that?

23  14:19:12        A    Is that question for me?

24  14:19:14        Q    Yes.

25  14:19:14        A    I'm sorry, I don't understand it.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

98

1                          S. Abdulrahim Gelardi

2    14:19:17        Q    What is your basis for saying it's not a

3    14:19:19    conflict of interest?  How do you know it's not a

4    14:19:20    conflict of interest?

5    14:19:21        A    I don't believe it's a conflict of

6    14:19:22    interest.

7    14:19:23        Q    It's based on your belief?

8    14:19:26        A    Yes.

9    14:19:26        Q    What was your compensation at Sterling

10   14:19:29    Bank?

11   14:19:30        A    I don't recall.  Maybe 90 a year.

12   14:19:36        Q    Was there any incentive or bonus

13   14:19:38    structure?

14   14:19:40        A    No.

15   14:19:40        Q    That's a flat salary, correct?

16   14:19:44        A    I believe so.

17   14:19:45        Q    You resigned from this bank, correct?

18   14:19:47        A    Correct.

19   14:19:47        Q    You did not get fired from it?

20   14:19:49        A    No.

21   14:19:50        Q    Prior to working at Sterling, you worked

22   14:19:52    at Capital One Bank in Brooklyn, correct?

23   14:19:57        A    I think that was after Sterling.  No, I'm

24   14:20:01    sorry.  I apologize, yes.

25   14:20:03        Q    You worked there for approximately three

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

99

1                     S. Abdulrahim Gelardi

2   14:20:05    years, correct?

3   14:20:06         A    Yes.

4   14:20:07         Q    There you were a branch manager for

5   14:20:09    multiple branches; is that right?

6   14:20:11         A    Yes.

7   14:20:12         Q    Working at that bank you were subject to

8   14:20:14    similar policies that we just discussed at Sterling,

9   14:20:16    correct?

10  14:20:19         A    I believe so.  I don't know.

11  14:20:23         Q    Prior to working at Capital One Bank, you

12  14:20:26    worked at family business called Primal Development;

13  14:20:30    is that right?

14  14:20:30         A    Yes.

15  14:20:32         Q    Primal Development is a business owned by

16  14:20:36    who?

17  14:20:36         A    I don't know.

18  14:20:39         Q    You put in your resume that it's a

19  14:20:39    family --

20  14:20:41         A    I believe Primal Development was owned by

21  14:20:44    Vito.

22  14:20:46         Q    It says here on your resume that Primal

23  14:20:49    Development is closed.  Do you recall whether -- how

24  14:20:53    that happened?

25  14:20:55         A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

100

1                         S. Abdulrahim Gelardi

2   14:20:59        Q     Prior to working at Primal Development,

3   14:21:01   you worked at Washington Mutual and JP Morgan Chase

4   14:21:06   Bank in Brooklyn, correct?

5   14:21:08        A     I believe so.

6   14:21:09        Q     You were a business banking specialist

7   14:21:12   there from June of 2007 until October of 2009?

8   14:21:17        A     I believe so.

9   14:21:18        Q     In what ways, if any, were your duties as

10  14:21:21   a business banking specialist there different from a

11  14:21:24   branch manager at the subsequent banks you worked

12  14:21:27   at?

13  14:21:27        A     A business banking specialist was

14  14:21:33   responsible for obtaining new business.

15  14:21:38        Q     Whereas a branch manager did more than

16  14:21:41   that?

17  14:21:41        A     Yes.

18  14:21:42        Q     Was a branch manager also responsible for

19  14:21:44   bringing in business?

20  14:21:45        A     I believe so.

21  14:21:46        Q     You also worked for three years at

22  14:21:48   Citibank and for four years at JP Morgan Chase Bank

23  14:21:52   as a senior client financial analyst and a personal

24  14:21:58   banker, correct?

25  14:22:00        A     I believe so.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

101

1                        S. Abdulrahim Gelardi

2   14:22:01        Q    How many years collectively do you have in

3   14:22:03   banking experience?

4   14:22:05        A    I would say approximately 20.  A little

5   14:22:08   over 20.

6   14:22:12        Q    It's your testimony today that despite all

7   14:22:15   your banking experience, you're not involved with

8   14:22:17   managing the finances when it comes to the rental

9   14:22:19   properties?

10  14:22:20        A    Yes.

11  14:22:25        Q    You did meet Ronald Rosenblatt for the

12  14:22:27   first time at Sterling, correct?

13  14:22:29        A    Correct.

14  14:22:47        Q    Did you ever get fired from any of the

15  14:22:49   jobs that you've had at the banks that we discussed?

16  14:22:55        A    I don't recall.  I don't believe so.  I

17  14:23:00   don't think I have ever been fired.  I don't recall.

18  14:23:03        Q    The 90,000 that you earned as a senior

19  14:23:11   branch manager at Sterling, is that the most

20  14:23:17   compensation you have ever been paid by a bank in a

21  14:23:20   year?

22  14:23:20        A    No.

23  14:23:21        Q    There were times prior to that employment

24  14:23:23   that you earned more, correct?

25  14:23:25        A    Correct.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

102

1                          S. Abdulrahim Gelardi

2  14:23:35        Q     When did you separate from employment with

3  14:23:42    Sterling National Bank; month and year is fine?

4  14:23:48        A     I believe November 2017 or on or about

5  14:23:51    around there.

6  14:23:59        Q     Why did your employment end with JP Morgan

7  14:24:01    Chase in 2004 when you were a personal banker and

8  14:24:06    assistant treasurer?

9  14:24:09        A     People jump around for better positions

10  14:24:11    for more money.

11  14:24:13        Q     Is that what you did?

12  14:24:15        A     I believe so.

13  14:24:15        Q     You don't know for sure?

14  14:24:17        A     No.  I'm telling you I believe so.

15  14:24:20        Q     Your testimony is that you left for a

16  14:24:22    better opportunity?

17  14:24:24        A     I don't recall but I believe so.

18  14:24:28        Q     Why did you leave your employment with

19  14:24:30    Citibank in 2007 as a senior client financial

20  14:24:35    analyst?

21  14:24:36        A     I don't recall.

22  14:24:36        Q     Why did you leave your position as a

23  14:24:38    business banking specialist at WaMu/JP Morgan Chase

24  14:24:42    in October 2009?

25  14:24:45        A     I don't recall.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

103

1                          S. Abdulrahim Gelardi

2    14:24:46        Q    Why did leave your position with Primal

3    14:24:48    Development?

4    14:24:50        A    I don't recall.

5    14:24:51        Q    Did you leave your position with Primal

6    14:24:53    Development because the business closed?

7    14:24:57        A    It's possible.

8    14:25:00        Q    Why did you leave your position with

9    14:25:02    Capital One Bank in November 2015 where you were a

10   14:25:05    multi-branch manager?

11   14:25:07        A    I don't recall.

12   14:25:24        Q    During the time that you worked at each of

13   14:25:25    those banks, were you ever demoted or asked to

14   14:25:29    resign from any of them?

15   14:25:31        A    I'm not sure.  I don't recall.  I don't

16   14:25:34    think so.

17   14:25:34        Q    Were there any gaps in your working

18   14:25:39    experience?

19   14:25:40        A    Mr. Kataev, I don't recall.  This is

20   14:25:41    20 plus years ago.

21   14:25:43        Q    This is your life, you lived it.  You

22   14:25:46    don't recall?

23   14:25:48        A    Correct.  Not every aspect, no.

24   14:26:01        Q    Do you have any documents related to your

25   14:26:03    prior jobs?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

104

1                              S. Abdulrahim Gelardi

2    14:26:05        A    No.

3    14:26:10        Q    Were you required to sign any agreements

4    14:26:11    with the banks that you worked with?

5    14:26:16        A    I'm not sure what you mean.

6    14:26:18        Q    Were there any restrictive covenant

7    14:26:20    agreements requiring you to not compete?

8    14:26:27        A    I don't believe so.

9    14:26:28        Q    Were there any nondisclosure agreements or

10   14:26:31    confidentiality agreements?

11   14:26:34        A    I don't recall.  Maybe, I don't know.

12   14:26:37        Q    Were there any policies that you signed

13   14:26:39    concerning conflicts of interest?

14   14:26:41        A    I'm sure there was but I don't recall.

15   14:27:00        Q    Other than the personal injury action in

16   14:27:04    which you testified and this lawsuit, have you ever

17   14:27:08    been a party to any other lawsuit as a defendant or

18   14:27:10    a plaintiff?

19   14:27:16        A    I recall a lawsuit that we -- that I was

20   14:27:19    in with Empire State Bank.

21   14:27:26        Q    When did you work at Empire State Bank?

22   14:27:33        A    Right before Sterling.

23   14:27:37        Q    You never listed Empire State Bank in your

24   14:27:41    resume, did you?

25   14:27:43        A    I'm not sure.  I don't know.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

105

1                           S. Abdulrahim Gelardi

2   14:27:45        Q     Would there be any reason why you would

3   14:27:48   not include Empire State Bank in your resume?

4   14:27:52        A     Because it was short-lived.  I don't know.

5   14:27:55        Q     How long did you work at Empire State

6   14:27:58   Bank?

7   14:27:58        A     A very short period of time.

8   14:28:01        Q     What was the lawsuit about with respect to

9   14:28:03   Empire State Bank?

10  14:28:04        A     It was a class action lawsuit.  I don't

11  14:28:06   recall exactly.  All the employees.

12  14:28:10        Q     What was the -- withdrawn.

13  14:28:12              Is that lawsuit still active?

14  14:28:15        A     No.

15  14:28:16        Q     Was it disposed of?

16  14:28:19        A     What does that mean?

17  14:28:21        Q     Is the lawsuit over?

18  14:28:22        A     Yes.

19  14:28:24        Q     How did the lawsuit terminate?

20  14:28:26        A     It was settled.

21  14:28:30        Q     Did you sign any agreement requiring the

22  14:28:33   settlement terms to be confidential?

23  14:28:41        A     I'm not sure.

24  14:28:49        Q     Who else was a party to that lawsuit suing

25  14:28:52   the bank?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

106

1                          S. Abdulrahim Gelardi

2    14:28:54        A    I believe it was five of us.  I really

3    14:28:56    don't remember their names.

4    14:28:58        Q    Does Jamie Dellasala ring a bell?

5    14:28:58    D-e-l-l-a-s-a-l-a.

6    14:29:10        A    Yes.

7    14:29:11        Q    Is Christine Bazolla someone that rings a

8    14:29:15    bell?

9    14:29:16        A    Yes.

10   14:29:16        Q    What about Teresa Pommerenk?

11   14:29:17    P-o-m-m-e-r-e-n-k.

12   14:29:24        A    I don't know if she was part of the

13   14:29:25    lawsuit.  I'm not sure.

14   14:29:27        Q    Do you recall who she is?

15   14:29:28        A    I remember the name.

16   14:29:30        Q    Is that another plaintiff?

17   14:29:33        A    I don't recall, Mr. Kataev.

18   14:29:39        Q    Where was the branch located that you

19   14:29:41    worked in at Empire State Bank?

20   14:29:44        A    Bay Ridge, Brooklyn.

21   14:29:54        Q    I'm going to hand to you what we will be

22   14:29:59    marking at Plaintiff's Exhibit 5.

23   14:30:01    (Plaintiff's Exhibit 5, Marked for Identification.)

24   14:30:15            MR. KATAEV:  Copy to counsel.

25   14:30:17            MR. WARNER:  Thank you.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

107

1                          S. Abdulrahim Gelardi

2    14:30:17    BY MR. KATAEV:

3    14:30:29        Q    Take a minute to review that.

4    14:30:33        A    Okay.

5    14:31:10        Q    I have placed up on the screen a copy of

6    14:31:13    the same complaint that you have in front of you.

7    14:31:30    Is it accurate that you state that you sued Empire

8    14:31:33    State Bank for discrimination based on your national

9    14:31:37    origin?

10   14:31:38        A    Yes.

11   14:31:38        Q    And for hostile work environment?

12   14:31:41        A    Yes.

13   14:31:49        Q    With respect to paragraph 13 of the

14   14:31:50    complaint that was filed, you allege that you were

15   14:31:54    the only Arabic and Arabic-speaking employee at

16   14:31:58    Empire; is that correct?

17   14:31:59        A    Yes.

18   14:32:01        Q    The reason why you were hired is because

19   14:32:02    of the fact that you speak Arabic?

20   14:32:07        A    I don't think I was hired for that.

21   14:32:10        Q    Isn't that what it says over here in the

22   14:32:12    complaint?

23   14:32:13        A    I highly doubt I was hired because I speak

24   14:32:15    Arabic.  Okay.

25   14:32:36            MR. WARNER:  There is no question

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

108

1                            S. Abdulrahim Gelardi

2    14:32:37         outstanding.

3    14:32:37     BY MR. KATAEV:

4    14:32:41         Q     Did you undergo any deposition in this

5    14:32:43     case?

6    14:32:45         A     I don't recall, Mr. Kataev.

7    14:32:50         Q     You retained an attorney named Walker G.

8    14:32:57     Harmon in the case?

9    14:32:58         A     I believe so.

10   14:33:01         Q     How did you find Mr. Harmon?

11   14:33:03         A     Online.

12   14:33:08         Q     You signed a retainer agreement with

13   14:33:10     Mr. Harmon?

14   14:33:11         A     I believe so.

15   14:33:14         Q     When was the last time you spoke with

16   14:33:16     Mr. Harmon?

17   14:33:18         A     When the case settled.

18   14:33:21         Q     You received some form of financial

19   14:33:24     compensation based on the settlement?

20   14:33:26         A     I believe so.

21   14:33:27             MR. WARNER:  At this point, I'm going to

22   14:33:31         object.  It's far afield from the issues in the

23   14:33:32         case.  She already indicated to you that she

24   14:33:34         doesn't know whether there is a confidentiality

25   14:33:34         agreement that covers this, so at this point in

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

109

                              S. Abdulrahim Gelardi

1

2   14:33:37          time I think that the questions that you're

3   14:33:40          asking, Mr. Kataev, are immaterial to the

4   14:33:43          issues in this case may impact a potential

5   14:33:47          confidentiality.

6   14:33:48              MR. KATAEV:  I will move on.

7   14:33:49              MR. WARNER:  I will say that the potential

8   14:33:52          harm to Ms. --

9   14:33:59              MR. KATAEV:  I will move on.

10  14:34:01              MR. WARNER:  -- Gelardi.  I'm looking at

11  14:34:07          Abdulrahman, but it's obviously before your

12  14:34:08          marriage.

13  14:34:08      BY MR. KATAEV:

14  14:34:09          Q    When were you married?

15  14:34:10          A    That was not before my marriage.  We were

16  14:34:14      married -- I believe June 1st.  Adam was born 2014

17  14:34:31      so I'm going to say 2013.

18  14:34:38          Q    Other than this lawsuit and the -- other

19  14:34:41      that the lawsuit we just looked at and this lawsuit

20  14:34:45      and the prior personal injury action that you talked

21  14:34:49      about, have you been a party to any other lawsuit?

22  14:34:52          A    Not that I know of.

23  14:34:54          Q    In this complaint, you allege that you

24  14:34:56      were fired because of your national origin, correct?

25  14:34:59          A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

110

1                           S. Abdulrahim Gelardi

2   14:35:00          Q     Is this the only bank that you were fired

3   14:35:02     from?

4   14:35:03          A     I believe so.

5   14:35:04          Q     In what year did you first meet Ronald

6   14:35:21     Rosenblatt?

7   14:35:23          A     I want to say 2016.

8   14:35:32          Q     It was at the bank, Sterling Bank,

9   14:35:33     correct?

10  14:35:34          A     Correct.

11  14:35:35          Q     You were an employee at the time you met

12  14:35:37     him, correct?

13  14:35:38          A     Correct.

14  14:35:39          Q     And he was a customer at the time,

15  14:35:39     correct?

16  14:35:41          A     No.

17  14:35:41          Q     Why did he come into the bank if he was

18  14:35:43     not a customer?

19  14:35:45          A     Because he would collect a check from

20  14:35:48     directly across the street from the bank, from an

21  14:35:52     attorney by the name of Bruce Povman and no one

22  14:35:57     would help him cash checks.  I guess he went

23  14:35:59     bank-hopping and I helped him.

24  14:36:03          Q     Your testimony is that Ronald Rosenblatt

25  14:36:06     walked into Sterling Bank on behalf of someone else,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

111

1                           S. Abdulrahim Gelardi

2   14:36:09     not as a customer himself personally, correct?

3   14:36:12          A    No.  On behalf himself, but he was not a

4   14:36:17     customer at the time.

5   14:36:18          Q    He was merely someone who was not a

6   14:36:21     customer seeking to cash a check?

7   14:36:23          A    Correct.

8   14:36:24          Q    Did you assist him with cashing that

9   14:36:26     specific check?

10  14:36:27          A    Yes.  I don't recall.  I believe so.

11  14:36:30          Q    Is that the only check he ever came in to

12  14:36:33     cash or did he routinely come in?

13  14:36:34          A    It became a routine.

14  14:36:36          Q    What is the nature of the checks that he

15  14:36:39     came in to cash, to your knowledge?

16  14:36:41          A    To my knowledge, I believe he claimed he

17  14:36:44     was consulting with attorneys and they would give

18  14:36:50     him a check and he had no way of cashing it.

19  14:36:57          Q    Did you seek to have Ronald Rosenblatt

20  14:37:03     become a customer of Sterling National Bank and open

21  14:37:05     an account for him?

22  14:37:07          A    Yes.

23  14:37:07          Q    Did he open an account in 2016?

24  14:37:11          A    I believe so.

25  14:37:13          Q    How would you describe your relationship

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

112

1                        S. Abdulrahim Gelardi

2  14:37:15    with Mr. Ronald Rosenblatt at that time in 2016?

3  14:37:21         A    At that time, I had sympathy for him.

4  14:37:24         Q    Why did you have sympathy for him?

5  14:37:29         A    Have you met Ronald?

6  14:37:30         Q    I have not.  Please explain in your own

7  14:37:32    words.

8  14:37:33         A    I felt sorry for him.  He was an older

9  14:37:36    man.  He was -- he was -- for lack of better words,

10 14:37:43    looked like he was beat up from life.  I felt sorry

11 14:37:47    for him.

12 14:37:48         Q    One of the ways you sought to help him was

13 14:37:51    to open a bank account for him, correct?

14 14:37:54         A    No.  I had to open a bank account for him

15 14:37:57    because I would no longer cash his checks with him

16 14:38:01    being a noncustomer.

17 14:38:02         Q    Why is that?

18 14:38:03         A    Because it was the proper thing to do.  I

19 14:38:06    can do it once or twice as a courtesy, but then

20 14:38:10    eventually if this is going to be ongoing, I would

21 14:38:13    have to have you become a customer.

22 14:38:17         Q    You first entered into a business venture

23 14:38:20    with Ronald in 2017, correct?

24 14:38:24         A    I want to say -- I want to say it might

25 14:38:29    have been 2016.  I'm not 100 percent sure.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

113

1                          S. Abdulrahim Gelardi

2    14:38:34        Q    Whose idea was it to start the venture

3    14:38:37    that you went into with Ronald?

4    14:38:40        A    Whose idea to enter the venture?

5    14:38:43        Q    Correct.

6    14:38:45        A    Vito's.

7    14:38:45        Q    How did Vito become involved with your

8    14:38:48    conversation with Ronald?

9    14:38:51        A    I would go home and I would tell him, I

10   14:38:54    met this guy and every day he would come and pitch

11   14:38:58    his idea.  Every single day he was so passionate

12   14:39:02    about it, he was so passionate about all his ideas.

13   14:39:04    He had so many, but he was passionate more about the

14   14:39:08    Med Mal than anything else, but he regurgitated so

15   14:39:12    many ideas.

16   14:39:13        Q    Did you go into business with him because

17   14:39:16    you felt sorry for him?

18   14:39:18        A    No.  We believed it might have been a good

19   14:39:21    idea.

20   14:39:22        Q    When we refer to the good idea, we are

21   14:39:24    referring to the medical malpractice screening

22   14:39:28    business?

23   14:39:28        A    Correct.

24   14:39:32        Q    At that time in 2016 when you met Ronald

25   14:39:35    Rosenblatt, you had no prior medical background,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

114

1                            S. Abdulrahim Gelardi

2  14:39:38      correct?

3  14:39:39           A    No.

4  14:39:40           Q    No prior nursing background, correct?

5  14:39:43           A    Correct.

6  14:39:43           Q    No prior legal background; is that right?

7  14:39:46           A    Yes.

8  14:39:47           Q    Similarly, no paralegal background, right?

9  14:39:50           A    Correct.

10 14:39:53           Q    You also had no prior exposure to medical

11 14:39:57      malpractice case, correct?

12 14:39:59           A    Correct.

13 14:40:03           Q    Would you agree with me that in order to

14 14:40:05      properly screen a medical malpractice case that you

15 14:40:09      would effectively be giving legal advice?

16 14:40:15           A    No.  I don't think it would be -- it would

17 14:40:18      be coming from a physician, a doctor.  Not from me,

18 14:40:21      I never screened a case.

19 14:40:23           Q    What is it that you did in the venture?

20 14:40:26           A    I was administrative.  I just helped him

21 14:40:29      start the site.  I was the business side of it.  I

22 14:40:34      would have no knowledge of how to screen a case.

23 14:40:38           Q    Would it be fair to say that in order to

24 14:40:41      properly screen a medical malpractice case, Ronald

25 14:40:44      Rosenblatt would effectively be giving medical

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

115

1                         S. Abdulrahim Gelardi

2   14:40:47     advice?

3   14:40:49         A     No.

4   14:40:50             MR. WARNER:  Objection.  Calls for an

5   14:40:50         expert conclusion.  You can answer.

6   14:40:54         A     No.  It was not medical advice.  The whole

7   14:40:56     thing was built around -- this is not medical

8   14:41:00     advice.  You don't need HIPAA to be a part of this

9   14:41:03     idea of his.  He had it all planned out.  He just

10  14:41:07     needed someone to listen to him maybe.

11  14:41:11             Obviously, Daniella listened to him

12  14:41:12     as well because she did the same thing.  It was

13  14:41:19     about -- let me try to recall.  To the best of my

14  14:41:23     recollection, it was only giving an expert opinion

15  14:41:29     on whether or not the case could be potential

16  14:41:36     malpractice.  It was never medical or legal advice

17  14:41:38     and it was based on whatever the client's -- the

18  14:41:43     information that the client inputted, but we were

19  14:41:48     not giving any medical advice whatsoever.

20  14:41:51             MR. KATAEV:  Move to strike as

21  14:41:52         nonresponsive concerning the portion of the

22  14:41:55         answer from that testimony concerning Daniella

23  14:41:57         Levi.

24  14:41:57   BY MR. KATAEV:

25  14:41:59         Q     With respect to Ronald Rosenblatt, do you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

116

| | |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 14:42:04 | have any knowledge as to whether he is a licensed |
| 3 | 14:42:05 | medical professional or doctor? |
| 4 | 14:42:08 | A    He did tell me he lost his license to |
| 5 | 14:42:13 | practice medicine. |
| 6 | 14:42:14 | Q    He told you that before entering into the |
| 7 | 14:42:16 | medical malpractice screening business, correct? |
| 8 | 14:42:19 | A    Correct. |
| 9 | 14:42:20 | Q    You knew he had no license to serve as a |
| 10 | 14:42:24 | doctor in conducting this business, correct? |
| 11 | 14:42:26 | MR. WARNER:  Objection to form.  That's |
| 12 | 14:42:28 | not what she said.  She said he lost his |
| 13 | 14:42:31 | license to practice medicine. |
| 14 | 14:42:34 | MR. KATAEV:  I'm going to caution you, |
| 15 | 14:42:34 | Counselor, about Rule 30 and speaking |
| 16 | 14:42:34 | objections.  I believe you say, Objection and |
| 17 | 14:42:34 | the basis and that's it. |
| 18 | 14:42:35 | Please answer the question. |
| 19 | 14:42:39 | A    Read the question. |
| 20 | 14:42:40 | (Whereupon, the referred to question was read back |
| 21 | 14:42:40 | by the reporter.) |
| 22 | 14:42:40 | BY MR. KATAEV: |
| 23 | 14:43:05 | Q    He told you that he didn't have a license |
| 24 | 14:43:07 | to serve as a doctor before entering the medical |
| 25 | 14:43:10 | malpractice screening business, correct? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

117

1                          S. Abdulrahim Gelardi

2   14:43:12      A    No.  He said to me he surrendered his

3   14:43:15   license voluntarily.

4   14:43:19      Q    Don't you think he should have had a

5   14:43:21   medical license in order to be giving the advice

6   14:43:23   that he sought to give in this medical malpractice

7   14:43:27   screening business?

8   14:43:28              MR. WARNER:  Objection.

9   14:43:28      A    There was no medical advice given.  It was

10  14:43:32   expert opinion based on the information the client

11  14:43:37   gave us.  To have an expert opinion, you do not need

12  14:43:40   to give medical advice.

13  14:43:44      Q    As far as you're concerned, a doctor

14  14:43:48   without a license can provide an expert opinion?

15  14:43:52      A    Can a lawyer give an expert opinion on

16  14:43:55   medical?

17  14:43:55      Q    I need an answer to the question, please.

18  14:43:58      A    I'm sorry, repeat the question, please.

19  14:44:00   (Whereupon, the referred to question was read back

20  14:44:00                 by the reporter.)

21  14:44:09      A    Yes.  To my knowledge, I believe he can.

22  14:44:13      Q    In terms of your initial meeting with

23  14:44:16   Ronald Rosenblatt, that occurred at the bank,

24  14:44:18   correct, in person?

25  14:44:20      A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

118

S. Abdulrahim Gelardi

1

2    14:44:22        Q    What was the timeline of events, how did

3    14:44:26    you go from meeting with him at the bank to entering

4    14:44:31    into this venture with him?  Did you have weekly

5    14:44:34    meetings?  Did you start getting on the phone?  Were

6    14:44:36    you exchanging emails?  Can you give me a detailed

7    14:44:38    sort of timeline of how your relationship with him

8    14:44:43    progressed in terms of communicating about this

9    14:44:45    business venture?

10   14:44:48        A    I want to say, to the best of my

11   14:44:50    recollection, he might have lived in the area

12   14:44:53    because he popped in very often.  He came to the

13   14:44:57    bank very often sometimes with no business, no

14   14:45:00    banking business and he would just talk and talk and

15   14:45:06    he wanted someone to please take this idea and do

16   14:45:11    some -- help him, you know, he popped in often.

17   14:45:17        Q    Did you exchange emails with him about the

18   14:45:20    medical malpractice screening business?

19   14:45:23        A    I believe so, yes.

20   14:45:31        Q    You had cellphone calls with him as well?

21   14:45:34        A    Yes.

22   14:45:34        Q    And test message exchanges?

23   14:45:37        A    I believe so.

24   14:45:38        Q    Outside of the bank, did you ever hold any

25   14:45:41    meetings with Ronald?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

119

1                          S. Abdulrahim Gelardi

2    14:45:42        A    Yes.

3    14:45:43        Q    Where would you usually meet outside of

4    14:45:45    the bank?

5    14:45:47        A    I want to answer the previous question.

6    14:45:49    We never had meetings in the bank.  He would pop in

7    14:45:55    and talk.  That's not a meeting.

8    14:45:58        Q    Where did you have meetings outside the

9    14:46:00    bank?

10   14:46:00        A    We would talk over the phone.  He's also

11   14:46:04    come to my residence.  We've also been to his

12   14:46:09    residence.  We never had a meeting at the bank, but

13   14:46:12    we would -- he would pop in and talk.

14   14:46:15        Q    My questions right now on focused on any

15   14:46:19    meetings you had.

16   14:46:20        A    The meeting were done outside the bank,

17   14:46:22    Mr. Kataev.  Most of the time maybe either in a

18   14:46:25    restaurant or at my home or just random places, but

19   14:46:33    I would say the majority would be at my home.

20   14:46:36        Q    You had many meetings with him about this?

21   14:46:40        A    A few.  Quite a few.  I don't recall how

22   14:46:42    many, but yes, we sat and we discussed this idea and

23   14:46:47    we put it together, you know, we met a few times.

24   14:46:54        Q    You mentioned a name earlier, Bruce

25   14:46:55    Povman, P-o-v-m-a-n, correct, an attorney?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

120

1                          S. Abdulrahim Gelardi

2    14:47:00        A    Yes.

3    14:47:01        Q    Is Bruce Povman a -- was Bruce Povman a

4    14:47:05    customer of Sterling Bank at the time you met Ronald

5    14:47:08    Rosenblatt?

6    14:47:09        A    I don't know.  I'm not sure.

7    14:47:11        Q    Did you ever meet Bruce Povman?

8    14:47:14        A    I did.

9    14:47:15        Q    You met Bruce Povman at his office with

10   14:47:19    Ronald, correct?

11   14:47:20        A    Correct.

12   14:47:22        Q    Was Bruce Povman in any way involved in

13   14:47:24    your venture with Ronald Rosenblatt?

14   14:47:28        A    To my recollection, no, but I know that --

15   14:47:31    I don't know.  What I can tell you is Ronald told me

16   14:47:35    he tried to get Bruce Povman to join this venture

17   14:47:40    with him and from the information that Ronald

18   14:47:46    Rosenblatt gave me, Bruce Povman didn't seem he was

19   14:47:50    interested.

20   14:47:50        Q    To your knowledge, was Bruce Povman an

21   14:47:52    attorney for Ronald?

22   14:47:55        A    For Ronald, no.  I don't know.

23   14:47:57        Q    Did you have any contract with Ronald

24   14:48:00    Rosenblatt?

25   14:48:01        A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

121

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 14:48:01 | Q    Why is that? |
| 3 | 14:48:04 | A    We didn't get to that part. |
| 4 | 14:48:10 | Q    The business that you formed with Ronald |
| 5 | 14:48:12 | was call Medmalscreening.com, correct? |
| 6 | 14:48:17 | A    Correct. |
| 7 | 14:48:17 | Q    Absent your -- as to the written contract |
| 8 | 14:48:20 | between you two, did you have any verbal agreement |
| 9 | 14:48:23 | with him? |
| 10 | 14:48:26 | A    I don't remember talking agreement with |
| 11 | 14:48:28 | him.  We talked mostly about the business -- about |
| 12 | 14:48:32 | the idea and the screenings and how -- what it is |
| 13 | 14:48:37 | and, you know. |
| 14 | 14:48:40 | Q    Is it fair to say that the division of |
| 15 | 14:48:42 | labor between you and Ronald in that business would |
| 16 | 14:48:45 | be that he performed the screenings and you would |
| 17 | 14:48:47 | perform the administrative functions and business |
| 18 | 14:48:50 | development? |
| 19 | 14:48:51 | A    To start, yes. |
| 20 | 14:48:52 | Q    Did you have any discussions about how |
| 21 | 14:48:56 | each of you would split any profits or revenue that |
| 22 | 14:49:01 | business received? |
| 23 | 14:49:03 | A    We did discuss that he would get paid per |
| 24 | 14:49:09 | screening. |
| 25 | 14:49:10 | Q    Did he ever discuss with you that you |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

122

1                     S. Abdulrahim Gelardi

2   14:49:11     would get a portion of XYZ from each screening fee?

3   14:49:17          A    I don't recall the agreement financially.

4   14:49:20     I just know that he didn't contribute anything.

5   14:49:22     That's all I can tell you.

6   14:49:27          Q    Contribute, you're referring to financial?

7   14:49:29          A    Yes.

8   14:49:29          Q    Did you make a personal financial

9   14:49:31     investment in this business?

10  14:49:33          A    Yes.

11  14:49:33          Q    How much did you invest in this business?

12  14:49:38          A    To the best of my recollection maybe

13  14:49:41     around $50,000.

14  14:49:44          Q    Did you recover any amount of your

15  14:49:46     investment?

16  14:49:47          A    Very little.

17  14:49:50          Q    What's very little; $1,000, $10,000?

18  14:49:54          A    I don't recall.  I just know we were never

19  14:49:57     made whole.

20  14:50:00          Q    To your knowledge, you formed that entity

21  14:50:03     with Ronald Rosenblatt in January of '17, correct?

22  14:50:09          A    Yes, that puts perspective.  I'm not sure,

23  14:50:12     Mr. Kataev, but possibly.

24  14:50:15          Q    Did you represent to Ronald that you are a

25  14:50:16     wealthy investor?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

123

|   |   |   |   |
|---|---|---|---|

S. Abdulrahim Gelardi

1

2   14:50:20        A    No.

3   14:50:21        Q    Did you ever represent to him that you

4   14:50:23    successfully financed several businesses?

5   14:50:25        A    No.

6   14:50:35        Q    When was the first time you heard about

7   14:50:38    IME Watchdog?

8   14:50:39        A    When I met Ronald Rosenblatt.

9   14:50:43        Q    When specifically; at the bank, after?

10  14:50:45        A    When I first met him -- when I first met

11  14:50:49    Ronald Rosenblatt and I cashed his check, he sat

12  14:50:54    down, he just talked and talked and talked about all

13  14:51:00    his genius ideas.

14  14:51:07        Q    Is it fair to say that with respect to

15  14:51:11    most of his ideas, you wouldn't ask him any

16  14:51:14    questions about it?

17  14:51:14        A    I asked.  I asked questions about some of

18  14:51:17    them.

19  14:51:19        Q    With respect to the entity that was

20  14:51:22    formed, the Med Mal Screening, you formed that

21  14:51:24    entity, correct?

22  14:51:26        A    Yes.

23  14:51:28        Q    In terms of the $50,000, what was it spent

24  14:51:31    on?

25  14:51:32        A    Websites, the websites were the major

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

124

1                           S. Abdulrahim Gelardi

2   14:51:39    cost.  There were two websites.  I don't recall what

3   14:51:46    else.  I do recall ad words, Google ad words,

4   14:51:56    marketing.

5   14:51:59        Q    In terms of the conversations that you had

6   14:52:02    with Ronald Rosenblatt, were there any witnesses

7   14:52:04    that observed the conversation that you had from

8   14:52:08    time to time?

9   14:52:09        A    I don't believe so.

10  14:52:11        Q    Was Bruce Povman ever a witness to any of

11  14:52:13    the conversations you had with Ronald about this

12  14:52:16    venture?

13  14:52:17        A    I don't think.

14  14:52:18        Q    What about Adam?

15  14:52:20        A    Adam eventually came later.

16  14:52:23        Q    When you created the website for Med Mal

17  14:52:26    Screening, did you use a company called Lumina?

18  14:52:28    L-u-m-i-n-a.

19  14:52:31        A    Correct.

20  14:52:32        Q    How did you come to find that company?

21  14:52:37        A    I don't recall if -- I might have looked

22  14:52:39    them up online.

23  14:52:46        Q    To your knowledge, how much money did you

24  14:52:49    pay to Lumina for the website for Med Mal Screening?

25  14:52:57        A    To the best of my knowledge, I want to say

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

125

1                          S. Abdulrahim Gelardi

2   14:53:01    maybe 30 to 40.

3   14:53:03         Q    It took a substantial portion of what you

4   14:53:05    invested?

5   14:53:06         A    Yes.

6   14:53:07         Q    Going back to your conversations with

7   14:53:09    Ronald about IME Watchdog, those conversations took

8   14:53:12    place at Sterling Bank, correct?

9   14:53:15         A    Yes, and other places.

10  14:53:18         Q    During your conversations with Ronald, did

11  14:53:26    he ever inform you that he offered to partner with

12  14:53:30    Daniella Levi for the medical malpractice business?

13  14:53:34         A    He never mentioned he offered to partner.

14  14:53:37    He mentioned that -- he might have mentioned he

15  14:53:41    offered to partner.  What he said to me was he went

16  14:53:45    to her with a great idea and he knows her because he

17  14:53:49    was screening cases for her and he came up with this

18  14:53:53    genius idea and she liked it and she kicked him to

19  14:53:58    the curb, his words.

20  14:54:00         Q    In other words, she turned him down?

21  14:54:02         A    She didn't turn him down.  According to

22  14:54:04    him, she stole his idea.

23  14:54:07         Q    Do you know any knowledge as to whether

24  14:54:09    Ms. Levi had a medical malpractice screening

25  14:54:12    business?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

126

S. Abdulrahim Gelardi

| | | | |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 14:54:13 | A | I believe she does. |
| 3 | 14:54:15 | Q | What is the basis for your belief? |
| 4 | 14:54:18 | A | I saw it online. |
| 5 | 14:54:19 | Q | What did you see online? |
| 6 | 14:54:21 | A | I saw Malpractice Watchdog online, I also |

1    14:54:13    A    I believe she does.

2    14:54:15    Q    What is the basis for your belief?

3    14:54:18    A    I saw it online.

4    14:54:19    Q    What did you see online?

5    14:54:21    A    I saw Malpractice Watchdog online, I also

6    14:54:24    saw a previous post on Facebook of her Malpractice

7    14:54:29    Watchdog that was posted around 2015.

8    14:54:36    Q    Other than that, you have no other reason

9    14:54:38    to know that Daniella Levi actually operates a

10   14:54:41    medical malpractice screening business, correct?

11   14:54:44    A    Correct.

12   14:54:48    Q    You testified at the Show Cause Hearing

13   14:54:49    that prior to learning about IME Watchdog, you had

14   14:54:56    no idea what the acronym IME stood for, correct?

15   14:54:59    A    Correct.

16   14:54:59    MR. KATAEV:  Let the record reflect that

17   14:55:01    we have pages 28 to 29 of the Show Cause

18   14:55:05    Hearing on the screen, line 24 on page 28 and

19   14:55:09    line 2 on page 29 confirming that testimony.

20   14:55:10    BY MR. KATAEV:

21   14:55:13    Q    What email address did you use to

22   14:55:17    communicate with Ronald Rosenblatt in 2016 going

23   14:55:19    forward?

24   14:55:20    A    I believe I primarily used

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

127

1                    S. Abdulrahim Gelardi

2   14:55:22    Safagelardi@gmail.com.

3   14:55:25         Q    Did you use any other email addresses?

4   14:55:27         A    I don't think, but I'm not sure.  I have

5   14:55:30    two emails, personal emails.  I don't believe I have

6   14:55:34    ever given him my Yahoo email because I don't use it

7   14:55:39    often or for anything important.

8   14:55:55         Q    Based on your initial conversation with

9   14:56:00    Ronald, what was your understanding of what the IME

10  14:56:02    Watchdog business is?

11  14:56:06         A    Based on my conversations with Ronald

12  14:56:08    Rosenblatt, all he ever mentioned about IME was the

13  14:56:13    idea, how he came up with it, and how Daniella stole

14  14:56:18    it, and then she felt so sorry for him that he said,

15  14:56:23    The least you can do is hire my son since you stole

16  14:56:28    my idea.

17  14:56:44              MR. KATAEV:  Move to strike the

18  14:56:44         nonresponsive portions of that answer.

19  14:56:49    BY MR. KATAEV:

20  14:56:50         Q    With respect to the Yahoo email, what is

21  14:56:54    that email address?

22  14:56:55         A    Safa_1125@yahoo.com.

23  14:57:08         Q    What was, to your recollection, Ronald's

24  14:57:13    description of what the business is?

25  14:57:17         A    Ronald's description of the IME business

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

128

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 14:57:20 | or the med mal business? |
| 3 | 14:57:22 | Q    The IME business. |
| 4 | 14:57:24 | A    Ronald's description of the IME business |
| 5 | 14:57:26 | was a non-attorney would attend with a claimant or |
| 6 | 14:57:33 | plaintiff to an IME exam.  It would be a lot |
| 7 | 14:57:40 | cheaper, more efficient for attorneys, and this way |
| 8 | 14:57:44 | the attorney would know what is going on and be able |
| 9 | 14:57:48 | to control what their clients are saying or doing |
| 10 | 14:57:53 | and he just went on about the whole idea. |
| 11 | 14:57:59 | Q    Going back to Med Mal Screening, did you |
| 12 | 14:58:01 | ever have an accountant involved with respect to |
| 13 | 14:58:02 | that venture? |
| 14 | 14:58:03 | A    I believe my accountant started it for me, |
| 15 | 14:58:05 | yes, formed the corporation. |
| 16 | 14:58:08 | Q    That accountant is Five Pillars, right? |
| 17 | 14:58:10 | A    Correct. |
| 18 | 14:58:11 | Q    Was any attorney ever involved in the |
| 19 | 14:58:14 | venture with Ronald? |
| 20 | 14:58:15 | A    No. |
| 21 | 14:58:16 | Q    You did, in fact, build a website for the |
| 22 | 14:58:25 | money that you paid, correct? |
| 23 | 14:58:27 | A    Yes. |
| 24 | 14:58:27 | Q    Is that website still up? |
| 25 | 14:58:31 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

129

1                    S. Abdulrahim Gelardi

2    14:58:31         Q    Lumina built it, correct?

3    14:58:33         A    Yes.

4    14:58:33         Q    You exclusively paid for it with no

5    14:58:37    contribution from Ronald?

6    14:58:40         A    Yes.

7    14:58:41         Q    To your knowledge, is that business still

8    14:58:43    operating?

9    14:58:44         A    It's dormant.

10   14:58:45         Q    It become dormant immediately after you

11   14:58:48    stopped in August or September of '17?

12   14:58:52         A    Yes.

13   14:58:53         Q    To your knowledge, what is the total

14   14:58:55    income generated from that business from its

15   14:58:57    inception up until you ceased working at it?

16   14:59:03              MR. WARNER:  Objection.  When you say,

17   14:59:03         Income, do you mean general revenue?

18   14:59:04              MR. KATAEV:  Revenue.

19   14:59:06         A    I want to say maybe a couple of grand.

20   14:59:12         Q    $2,000?

21   14:59:13         A    Yeah, minimal.  I don't recall.

22   14:59:17         Q    To your knowledge, is the entity that you

23   14:59:19    formed with Ronald still in existence?

24   14:59:23         A    Yes.

25   14:59:25         Q    But you're no longer involved, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

130

1                          S. Abdulrahim Gelardi

2   14:59:28        A     Let me go back to your previous question.

3   14:59:30    I never formed it with Ronald.  I formed it -- his

4   14:59:34    name is not on the corporation.

5   14:59:37        Q     Okay.  The revenue that was generated for

6   14:59:45    that business, did it go into a bank account for the

7   14:59:47    entity you formed or did it go elsewhere?

8   14:59:51        A     Yes, it went into the bank account for the

9   14:59:53    entity that was formed.

10  14:59:56        Q     Ronald was paid out of that?

11  14:59:59        A     I believe so.  Most -- no, I'm going to

12  15:00:03    say he was from -- it didn't generate money.  I was

13  15:00:06    paying him before it even generated money.  I was

14  15:00:10    paying him out of my personal funds.

15  15:00:20        Q     Other than your conversation with Ronald

16  15:00:23    about your father, did you ever have any

17  15:00:27    communication with him after that conversation?

18  15:00:30        A     Yes.

19  15:00:32        Q     What did you discuss in the conversation

20  15:00:34    you had after the conversation about your father?

21  15:00:39        A     I believe I had -- I believe I only had

22  15:00:42    one conversation with him where I wished him happy

23  15:00:48    birthday.

24  15:00:48        Q     Was that by phone, in person, text or

25  15:00:51    email?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

131

                              S. Abdulrahim Gelardi

1

2    15:00:52        A    By phone.  I haven't seen him in years.

3    15:00:55        Q    Did the entity that you formed in the

4    15:00:57    venture with Ronald file tax returns in any year?

5    15:01:01            MR. WARNER:  Objection to form.  She

6    15:01:03    said -- objection to form.

7    15:01:08        A    It didn't.  I don't recall, but I don't

8    15:01:11    think so.

9    15:01:15        Q    As far as you know, do you owe Ronald any

10   15:01:17    money?

11   15:01:18        A    I do not.

12   15:01:19        Q    For anything arising out of the venture?

13   15:01:22        A    No, I do not.

14   15:01:23        Q    Have you discussed this lawsuit with

15   15:01:25    Ronald?

16   15:01:26        A    No.

17   15:01:28        Q    Have you attempted to contact Ronald?

18   15:01:30        A    No.

19   15:01:33        Q    Do you or Ronald have any financial

20   15:01:35    obligations to each other either regarding the

21   15:01:37    business you went into together or otherwise?

22   15:01:41        A    No.

23   15:01:48        Q    As you sit here today, you're not

24   15:01:51    currently independently involved in any business

25   15:01:54    that screens medical malpractice cases, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

132

1                          S. Abdulrahim Gelardi

2   15:01:56        A     Correct.

3   15:02:01        Q     Between the time you left in August or

4   15:02:02   September of '17 from the venture with Ronald up

5   15:02:06   until today, were you ever involved during that time

6   15:02:10   period in medical malpractice screening?

7   15:02:13        A     Repeat that question.

8   15:02:19        Q     I'll rephrase it and I will break it down.

9   15:02:22   It will be a long question.

10  15:02:24                I know that you stopped working with

11  15:02:25   Ronald in August or September of '17, and I know

12  15:02:29   you're not currently working in that medical

13  15:02:32   malpractice screening business now, but in between

14  15:02:34   those two time periods, did you independently or

15  15:02:37   with anyone else outside of Ronald work in a medical

16  15:02:39   malpractice screening business?

17  15:02:41        A     No.

18  15:02:45        Q     How do you know an individual named Arnie

19  15:02:47   Baum?

20  15:02:49        A     Arnie Baum is the CFO of Subin &

21  15:02:52   Associates.

22  15:02:57        Q     Subin & Associates.  S-u-b-i-n.

23  15:03:01                When did you first meet Arnie?

24  15:03:05        A     I don't recall.  Maybe 2018.

25  15:03:08        Q     How did you first meet him?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

133

S. Abdulrahim Gelardi

1

2  15:03:11      A    I showed up -- I met him at Subin &

3  15:03:13   Associates, the firm.

4  15:03:15      Q    You -- in terms of -- for lack of a better

5  15:03:20   word, instead of a cold call, you appeared at the

6  15:03:25   office?

7  15:03:26      A    I don't recall but I believe so.

8  15:03:27      Q    Did you have any business relationship

9  15:03:30   with Mr. Baum outside of Subin?

10 15:03:33      A    No.

11 15:03:35      Q    Did you at any time form any business

12 15:03:38   venture with Arnie Subin?

13 15:03:40      A    No.

14 15:03:42      Q    Isn't it true that you formed the entity

15 15:03:45   Med Mal I USA, LLC with Mr. Baum?

16 15:03:49      A    No.

17 15:03:49      Q    Did Arnie Baum become a shareholder or

18 15:03:58   member at any point after you formed this LLC?

19 15:03:59      A    No.

20 15:03:59         MR. WARNER:  Which LLC are you referring

21 15:03:59   to?

22 15:03:59         MR. KATAEV:  Med Mal I USA, LLC.  When I

23 15:03:59   say one, it's the Roman numeral one.

24 15:04:00      Q    The answer is no?

25 15:04:00      A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

134

                              S. Abdulrahim Gelardi

1

2   15:04:15        Q    Same question with respect to Mr. Baum's

3   15:04:16   wife, did she ever become a shareholder or member at

4   15:04:19   any point after you formed this LLC?

5   15:04:23        A    No.

6   15:04:26        Q    Do you have any independent business

7   15:04:27   dealings with Arnie Baum outside of his role at

8   15:04:30   Subin?

9   15:04:31        A    No.

10  15:04:37        Q    When was the first time you met Adam?

11  15:04:40        A    I met Adam when I was working with his

12  15:04:44   father.

13  15:05:12        Q    How did the meeting with Adam come about?

14  15:05:17        A    During the time that I was working with

15  15:05:20   Ronald, he spoke about his son a lot.  He spoke

16  15:05:24   about how abused he is by Daniella Levi.  He spoke

17  15:05:29   about how humiliated he is by Daniella Levi.  He

18  15:05:32   spoke about how much help he needs.  Ronald

19  15:05:35   Rosenblatt just speaks.

20  15:05:48        Q    What was discussed at your first meeting

21  15:05:50   with Adam following Ronald's discussion about Adam?

22  15:05:55             MR. KATAEV:  Move to strike the

23  15:05:55             nonresponsive portions of that testimony.  The

24  15:05:59             prior testimony?

25  15:06:00                  Reread the question.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

135

1                    S. Abdulrahim Gelardi

2   15:06:05    (Whereupon, the referred to question was read back

3   15:06:05                  by the reporter.)

4   15:06:27        A    Are you asking me what was discussed the

5   15:06:29    first time I've met Adam?

6   15:06:32        Q    Correct.

7   15:06:32        A    So the first time I met Adam nothing was

8   15:06:35    discussed.  It was an introduction.

9   15:06:40        Q    Prior to you first meeting Adam, was there

10  15:06:43    any stated purpose for meeting with him?

11  15:06:48        A    His father, Ronald Rosenblatt, wanted me

12  15:06:52    to meet with him.  He mentioned it over and over and

13  15:06:55    over again that he wanted me to meet with his son so

14  15:06:59    that I can help his son -- in Ronald word's, get out

15  15:07:06    of the grip of Daniella Levi.

16  15:07:09        Q    When you met Adam, did Adam echo those

17  15:07:13    words?

18  15:07:14        A    Yes.

19  15:07:14        Q    What did Adam say?

20  15:07:16        A    Very bad things, really horrible things.

21  15:07:21        Q    What did you say in response?

22  15:07:24        A    When I first met him, I said, I can't do

23  15:07:27    this now.  It's an introduction.  I said, Listen, I

24  15:07:31    can't do this right now, I have to go back to work.

25  15:07:33    It was just complaints.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

136

1                          S. Abdulrahim Gelardi

2   15:07:35         Q     When was this?

3   15:07:37         A     The first time I met Adam?

4   15:07:40         Q     Yes.

5   15:07:40         A     I don't recall, Mr. Kataev.  It was in the

6   15:07:44    interim, the timeframe that I was working with

7   15:07:47    Ronald.

8   15:07:49         Q     Would it be fair to say you first met Adam

9   15:07:52    in 2017?

10  15:07:55         A     Yes, that would be a fair statement.

11  15:07:58         Q     Do you recall in relation to that when you

12  15:08:00    formed Med Mal USA I, LLC?

13  15:08:10         A     I didn't understand the question.

14  15:08:11         Q     Let me take a step back.

15  15:08:13               Med Mal I USA, LLC is the entity that

16  15:08:15    you formed to do the medical malpractice screening

17  15:08:18    business with Ronald or was it a different entity

18  15:08:23    that you formed?

19  15:08:25         A     It was the Med Mal.  I do recall there was

20  15:08:27    Med Mal USA and Med Mal I USA.  It had nothing to do

21  15:08:34    with any other partnerships.  I think there was an

22  15:08:37    error in the filing so we had to use the one to

23  15:08:40    refile.  Something like that.

24  15:08:44         Q     Both of those entities are entities in

25  15:08:47    which you are the sole member?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

137

1                      S. Abdulrahim Gelardi

2    15:08:49      A    Correct.

3    15:08:50      Q    You formed those entities with your

4    15:08:51    accountant, both of them?

5    15:08:55      A    I believe so.

6    15:08:56      Q    My question is in relation to your first

7    15:08:58    meeting with Adam, you formed both of those entities

8    15:09:01    before, right?

9    15:09:02      A    Yes, I believe so.

10   15:09:08      Q    Is it fair to say that as a result of the

11   15:09:11    conversations that occurred between you, Ronald and

12   15:09:13    Adam, that you conditioned your continuing

13   15:09:18    partnership with Ronald on the medical malpractice

14   15:09:19    screening on him setting up a meeting with you and

15   15:09:24    Adam?

16   15:09:25      A    No.

17   15:09:25           MR. WARNER:  Objection.  You can answer.

18   15:09:28      A    Untrue.

19   15:09:29      Q    Prior to your meeting with Adam, did you

20   15:09:31    ask Ronald questions about Adam?

21   15:09:34      A    No.

22   15:09:40      Q    When you first met Adam, is it --

23   15:09:43    withdrawn.

24   15:09:45           When you first met Adam, were the

25   15:09:47    only participants in the meeting you, Adam and

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

138

1                        S. Abdulrahim Gelardi

2   15:09:50    Ronald?

3   15:09:53         A    Correct.

4   15:09:56         Q    On the day that you formed the medical

5   15:10:00    malpractice screening LLC, did you form any other

6   15:10:05    business entities?

7   15:10:06         A    Not that I recall.

8   15:10:14         Q    At the meeting with Adam, did you ask him

9   15:10:16    questions about IME Watchdog?

10  15:10:18         A    No.

11  15:10:22         Q    Based on what you learned about IME

12  15:10:25    Watchdog, is it fair to say you wanted to open a

13  15:10:31    business like that yourself?

14  15:10:33         A    Repeat that.

15  15:10:33         MR. KATAEV:  Read it back.

16  15:10:35    (Whereupon, the referred to question was read back

17  15:10:35              by the reporter.)

18  15:10:49         MR. WARNER:  Objection to form.  You can

19  15:10:49         answer.

20  15:10:52         A    Yes, I believe that's a fair statement.

21  15:10:54    I'm not sure.

22  15:10:55         Q    That was after you learned about the

23  15:10:57    business, correct?

24  15:10:58         A    Correct.

25  15:10:59         Q    Did Adam Rosenblatt ever meet your

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

139

                              S. Abdulrahim Gelardi

1

2   15:11:02      accountant at Five Pillars?

3   15:11:04           A    No.

4   15:11:05           Q    What about Ronald?

5   15:11:06           A    No.

6   15:11:09           Q    It's also fair to say that you were

7   15:11:10      attracted to the idea of starting your own business

8   15:11:14      and being your own boss, correct?

9   15:11:16           A    Yes.

10  15:11:24           Q    In terms of opening up an IME observer

11  15:11:27      business, did you believe you could do that by

12  15:11:30      yourself?

13  15:11:34           A    Yes, I did.

14  15:11:35           Q    That's true even though you don't have

15  15:11:39      real knowledge about the personal injury field?

16  15:11:41           A    Yes, I did.

17  15:11:43           Q    How would you go about -- withdrawn.

18  15:11:47                Did you and Adam Rosenblatt --

19  15:11:48      withdrawn.

20  15:11:52                Did you ever connect Adam Rosenblatt

21  15:11:55      to your accountant by phone, email or otherwise?

22  15:11:59           A    I don't believe so, no.

23  15:12:07           Q    When you met Adam, you knew that he was

24  15:12:09      the president of IME Watchdog, correct?

25  15:12:13           A    No.  I knew that he was an employee of

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

140

1                              S. Abdulrahim Gelardi

2    15:12:16    Watchdog.

3    15:12:34        Q    Once you formed an interest in opening up

4    15:12:36    a competing IME business, did you make promises to

5    15:12:41    Adam in exchange for him helping set up the

6    15:12:44    competing business?

7    15:12:45        A    No.

8    15:12:46        Q    Did Adam give can you his business card

9    15:12:48    when you first met him?

10   15:12:51        A    No.  Not to my recollection, no.

11   15:12:57        Q    You had discussions with Adam about

12   15:13:00    partnering up together in a competing business,

13   15:13:02    correct?

14   15:13:10        A    What was the question?

15   15:13:11    (Whereupon, the referred to question was read back

16   15:13:11                    by the reporter.)

17   15:13:19        A    I have to say no, we never discussed

18   15:13:23    partnership.

19   15:13:25        Q    What, if any, discussions did you have

20   15:13:27    about a competing business in which both of you are

21   15:13:31    participating?

22   15:13:33        A    We met with Adam once at a restaurant.  I

23   15:13:39    told my husband, The guy is -- he wants to meet with

24   15:13:44    us, you want to hear him out.  We decided to meet

25   15:13:48    with him to hear him out, to hear what he has to

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

141

                              S. Abdulrahim Gelardi

1

2   15:13:52    say.  That's all it was.

3   15:13:54          Q    What did he say to you and what did you

4   15:13:56    say to him?

5   15:13:57          A    Nothing was said.  All they did was bash

6   15:14:00    Daniella Levi at that meeting, everybody.

7   15:14:10          Q    But at some point, did you ask details

8   15:14:13    about the business?

9   15:14:15          A    We never got a chance to.  They showed up,

10  15:14:17    a crowd, we didn't talk any business.  It was just

11  15:14:22    eating and drinking and bashing and complaining.

12  15:14:29          Q    Did you ever offer Adam an equity stake in

13  15:14:32    the new venture for an IME observer business?

14  15:14:35          A    No.

15  15:14:36          Q    Did you ever promise Adam that you would

16  15:14:46    finance the entire venture if he went into business

17  15:14:50    with you in a competing business?

18  15:14:52          A    No.

19  15:14:55          Q    Did you ever represent to Adam that you

20  15:14:57    and Vito are very wealthy and can finance a

21  15:15:00    business?

22  15:15:01          A    No.

23  15:15:02          Q    Did you ever tell Adam that you owned the

24  15:15:04    church where you were living and were supers there?

25  15:15:17          A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

142

1                              S. Abdulrahim Gelardi

2    15:15:17              MR. WARNER:  I'm sorry, owned the church?

3    15:15:17              MR. KATAEV:  Owned the church where you

4    15:15:17         were living and served as supers there.  Answer

5    15:15:17         was, no.

6    15:15:17    BY MR. KATAEV:

7    15:15:18         Q    Is it true that you once lived in a church

8    15:15:20    and served as a super there?

9    15:15:22         A    We never served as supers.  We did live in

10   15:15:28    a church.

11   15:15:29         Q    Did you serve as custodians while living

12   15:15:31    in the church?

13   15:15:32         A    I did not serve as anything for the

14   15:15:34    church.

15   15:15:35         Q    Did you get paid by the church while you

16   15:15:37    were living there?

17   15:15:38         A    No.

18   15:15:38         Q    Did the church pay rent?

19   15:15:41         A    To who?

20   15:15:43         Q    To you or Vito as property owners?

21   15:15:51         A    I'm not understanding your question,

22   15:15:53    Mr. Kataev.

23   15:15:54         Q    I'll withdraw it.

24   15:15:55              Did you ever tell Adam that you built

25   15:15:58    and financed many business ventures?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

143

|  |  |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 15:16:00      A    No. |
| 3 | 15:16:00      Q    Did you ever tell Adam that you promised |
| 4 | 15:16:02    to make him a millionaire? |
| 5 | 15:16:04      A    No. |
| 6 | 15:16:07      Q    Did you ever tell Adam that he was wasting |
| 7 | 15:16:09    his life working for Daniella Levi when he could be |
| 8 | 15:16:13    the owner of his own business? |
| 9 | 15:16:16      A    I might have said something like that, |
| 10 | 15:16:18    yes. |
| 11 | 15:16:19      Q    Why did you say that? |
| 12 | 15:16:20      A    Because he didn't have to stay and be |
| 13 | 15:16:22    abused and humiliated if he didn't want to.  He |
| 14 | 15:16:28    could leave.  It was a human conversation. |
| 15 | 15:16:31      Q    Following those conversations that you |
| 16 | 15:16:33    allege happened, did you offer anything to Adam in |
| 17 | 15:16:37    terms of going into business together on a competing |
| 18 | 15:16:40    business? |
| 19 | 15:16:42      A    No. |
| 20 | 15:16:44      Q    You state that Adam was humiliated.  How |
| 21 | 15:16:48    was he humiliated? |
| 22 | 15:16:51      A    According to Adam, he was belittled and |
| 23 | 15:16:55    yelled at and treated horribly and Daniella was |
| 24 | 15:17:00    horrible to him and just complaint after complaint. |
| 25 | 15:17:03    He cried, literal tears over and over and over, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

144

| | |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 15:17:08    literal.  I believed him. |
| 3 | 15:17:14        Q    Did you tell Adam that in order for you to |
| 4 | 15:17:17    be involved in this business, you need more |
| 5 | 15:17:19    information to learn about it? |
| 6 | 15:17:21        A    No. |
| 7 | 15:17:26        Q    Did you offer Adam cash in exchange for |
| 8 | 15:17:29    information on the IME Watchdog business model? |
| 9 | 15:17:34        A    No. |
| 10 | 15:17:37        Q    You first met with Adam in April of 2017, |
| 11 | 15:17:38    correct? |
| 12 | 15:17:41        A    I don't recall exactly. |
| 13 | 15:17:47        Q    In April 2017, Adam met with you and |
| 14 | 15:17:50    provided you confidential information about IME |
| 15 | 15:17:54    Watchdog, correct? |
| 16 | 15:17:56        A    I'm not -- what was the question, please? |
| 17 | 15:17:58    (Whereupon, the referred to question was read back |
| 18 | 15:17:58                by the reporter.) |
| 19 | 15:18:13        A    Provided me how? |
| 20 | 15:18:16        Q    Hand to hand. |
| 21 | 15:18:17        A    No. |
| 22 | 15:18:19        Q    Did Adam provide you this information in |
| 23 | 15:18:23    any other way? |
| 24 | 15:18:25        A    Adam started sending emails after emails |
| 25 | 15:18:28    after emails.  That was the only form of -- that was |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

145

1                      S. Abdulrahim Gelardi

2   15:18:38    the only way that he gave me information.

3   15:18:43        Q    After he provided you this information,

4   15:18:44    did you pay him $5,000 in cash?

5   15:18:47        A    Absolutely not.

6   15:18:48        Q    Are you aware that Adam testified that you

7   15:18:52    paid him with cash for this information?

8   15:18:55        A    I don't care.

9   15:18:56        Q    Why would Adam have any reason to lie

10  15:19:00    about being paid in cash for this information?

11  15:19:01        A    Adam is a pathological liar, it turns out

12  15:19:05    to be.

13  15:19:08        Q    Do you recall reading Adam Rosenblatt's

14  15:19:09    affidavit in this case dated April 20, 2022?

15  15:19:15        A    I do recall reading.  I don't recall

16  15:19:16    everything in it.

17  15:19:17        Q    Why do you think he would confess to

18  15:19:21    receiving a cash bribe from you if he never received

19  15:19:24    it?

20  15:19:25            MR. WARNER:  Objection to form.

21  15:19:26        A    You want to know what I think?  What I

22  15:19:27    think is he was blackmailed by you guys because no

23  15:19:32    cash was ever given ever.

24  15:19:37        Q    Even after you formed Companions and Adam

25  15:19:41    stayed with IME Watchdog, he still routinely

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

146

1                          S. Abdulrahim Gelardi

2    15:19:43      provided you with various documents and information,

3    15:19:43      correct?

4    15:19:46          A    Routinely, no.

5    15:19:49              MR. KATAEV:  Let's mark this as 6.

6    15:19:51      (Plaintiff's Exhibit 6, Marked for Identification.)

7    15:19:58              MR. KATAEV:  Let's go off the record.

8    15:20:01              THE VIDEOGRAPHER:  The time is 3:19 p.m.

9    15:20:02          We are going off the record.

10   15:20:05      (Whereupon, an off-the-record discussion was held.)

11   15:32:56              THE VIDEOGRAPHER:  The time is 3:33 p.m.

12   15:33:09          We are back on the record.

13   15:33:13      BY MR. KATAEV:

14   15:33:15          Q    I have placed in front of you,

15   15:33:16      Ms. Gelardi, was has been marked as Plaintiff's

16   15:33:19      Exhibit 6.  I will represent to you it's an email

17   15:33:22      from Adam to you dated June 28, 2017.  Do you

18   15:33:27      recognize this email?

19   15:33:29          A    Vaguely.

20   15:33:31          Q    In this email, Adam is asking you for your

21   15:33:34      thoughts on a structure for compensation to be

22   15:33:40      received between him and you in a competing IME

23   15:33:44      observer business, correct?

24   15:33:50          A    I don't think so, Mr. Kataev.

25   15:33:52          Q    What is the nature of this email?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

147

1                          S. Abdulrahim Gelardi

2    15:33:54        A    I have no idea.

3    15:33:55        Q    Why would Adam send you an email asking

4    15:33:58    what your thoughts are on a compensation structure?

5    15:34:02        A    You know, as a matter of fact, I do recall

6    15:34:06    this.  He was talking to an investigator in

7    15:34:09    California and he asked me for my thoughts on this

8    15:34:15    structure.  He was going to start the IME business

9    15:34:17    with a different gentleman other than the

10   15:34:22    chiropractor, with someone from California who he

11   15:34:26    stated was his friend and is willing to do it with

12   15:34:29    him.

13   15:34:29        Q    This is the same chiropractor you spoke

14   15:34:32    about previously?

15   15:34:33        A    No, sir.  No.  This is someone completely

16   15:34:35    new.

17   15:34:36        Q    In California?

18   15:34:37        A    Yes, I do recall him saying it's his

19   15:34:41    friend in California.

20   15:34:42        Q    That individual in California is also a

21   15:34:45    chiropractor?

22   15:34:46        A    No.  Just someone.  He never mentioned

23   15:34:49    what he did.  I think he said he was in finance.

24   15:34:52        Q    What did you do when you received this

25   15:34:54    email?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

148

1                           S. Abdulrahim Gelardi

2   15:34:55        A    I don't think I did anything with it.

3   15:34:57        Q    Did you respond to the email?

4   15:34:58        A    I don't think so.

5   15:34:59        Q    Did you call him about this email?

6   15:35:01        A    I don't think so.  I don't recall.  I do

7   15:35:02   recall him explaining there was a friend of his in

8   15:35:06   California who was willing to go into business with

9   15:35:09   him.

10  15:35:12        Q    Your testimony as you sit here today is

11  15:35:15   you never offered Adam a sliding scale of salary

12  15:35:18   versus equity in a competing venture, correct?

13  15:35:22        A    Absolutely not.

14  15:35:37            MR. KATAEV:  Mark this as 7.

15  15:35:40   (Plaintiff's Exhibit 7, Marked for Identification.)

16  15:35:57            (Witness perusing document.)

17  15:35:57   BY MR. KATAEV:

18  15:36:36        Q    All right, I have handed you what has been

19  15:36:42   marked as Plaintiff's Exhibit 7.  I will represent

20  15:36:45   to you that it is a April 28, 2017 email from Adam

21  15:36:50   to you containing the profit and loss statements of

22  15:36:53   IME Watchdog for calendar years 2014, 2015 and 2016.

23  15:37:00            Do you recognize this email?

24  15:37:03        A    Vaguely, yes.

25  15:37:06        Q    This email was sent following your first

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

149

1                      S. Abdulrahim Gelardi

2   15:37:08    meeting with Adam, correct?

3   15:37:14        A    My first meeting with Adam was an

4   15:37:15    introduction.

5   15:37:20        Q    This email was sent following your meeting

6   15:37:23    at the restaurant with a whole bunch of other people

7   15:37:27    who were bashing Daniella, correct?

8   15:37:30        A    Honestly, I don't recall but it's

9   15:37:33    possible, but I don't recall.

10  15:37:34        Q    The email says, Good evening Safa.  As per

11  15:37:39    our discussion attached please find the P&L for IME

12  15:37:42    Watchdog for the last three years; do you see that?

13  15:37:44        A    Yes.

14  15:37:45        Q    When he refers to the discussion, he's

15  15:37:47    referring to the fact that you had asked him for

16  15:37:49    these reports, correct?

17  15:37:51        A    Wrong.

18  15:37:51        Q    What is he referring to when he says, As

19  15:37:55    per our discussion?

20  15:37:56        A    I have no idea.

21  15:37:57        Q    You don't recall what you discussed with

22  15:37:59    Adam?

23  15:38:00        A    I recall that I discussed nothing about

24  15:38:02    the business yet, but a hello and we will see and we

25  15:38:05    will think about it.  There was nothing discussed.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

150

S. Abdulrahim Gelardi

1

2   15:38:08       Q    Adam just randomly sent you three years

3   15:38:13   worth of profit and loss statements?

4   15:38:16       A    Yes.

5   15:38:16       Q    He continues in the email, I would like

6   15:38:18   for you to really understand this company could have

7   15:38:20   achieved an even greater success had any

8   15:38:24   reinvestment been made or if a serious marketing

9   15:38:27   strategy been established; do you see that?

10  15:38:31       A    I do.

11  15:38:33       Q    What is your understanding as to why he's

12  15:38:34   telling you this?

13  15:38:35       A    Adam just tells people stuff.

14  15:38:41       Q    Did you review the attachments in this

15  15:38:44   email?

16  15:38:45       A    Yes.

17  15:38:46       Q    You reviewed them on the same day or

18  15:38:48   within a couple of days of receiving the email?

19  15:38:51       A    I don't recall.

20  15:38:59       Q    Did you see that in calendar year 2016,

21  15:39:02   IME Watchdog had gross revenues of nearly

22  15:39:05   one million dollars?

23  15:39:08       A    I don't recall but yes.

24  15:39:11       Q    Did you see in the preceding year of 2015,

25  15:39:15   IME Watchdog had gross revenues of $835,000?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

151

S. Abdulrahim Gelardi

1

2    15:39:24         A    Yes, I see that.

3    15:39:25         Q    Did you see in the year prior that IME had

4    15:39:29    gross revenues of $525,000?

5    15:39:33         A    Yes.

6    15:39:33         Q    When you received this email, did you at

7    15:39:35    any point ever forward it to anybody?

8    15:39:40         A    I believe so.  I believe I wanted -- I

9    15:39:45    believe I wanted to see if this is factual from a

10   15:39:51    financial expert.

11   15:39:55         Q    Who, if anyone, did you send this to?

12   15:39:58         A    It had to be maybe my brother, maybe my

13   15:40:01    accountant.

14   15:40:04         Q    Anyone else that you can think of that you

15   15:40:06    would send this to?

16   15:40:07         A    No.

17   15:40:08         Q    Are you specifically denying that you sent

18   15:40:09    it to anyone else?

19   15:40:11         A    I'm not specifically denying.  I'm saying

20   15:40:13    I don't recall sending it to anyone other than if I

21   15:40:16    did, it would have been maybe my accountant.

22   15:40:21         Q    Why is it that you wanted to determine

23   15:40:23    whether this was factually accurate?

24   15:40:29         A    Why did I want to -- repeat that.

25   15:40:32    (Whereupon, the referred to question was read back

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

152

1                          S. Abdulrahim Gelardi

2    15:40:32                    by the reporter.)

3    15:40:43        A    Because it's interesting.

4    15:40:46        Q    It did pique your interest, correct?

5    15:40:49        A    Yes.

6    15:40:50        Q    You were first -- withdrawn.

7    15:40:52             Your interest was first piqued in

8    15:40:54    this business upon receiving these P&Ls, correct?

9    15:40:58        A    I would say, yes.

10   15:41:22             MR. KATAEV:  Let's mark this as 8.

11   15:41:25    (Plaintiff's Exhibit 8, Marked for Identification.)

12   15:41:27    BY MR. KATAEV:

13   15:41:45        Q    I have handed to you, Ms. Gelardi, what

14   15:41:48    has been marked as Plaintiff's Exhibit 8, and I will

15   15:41:51    represent to you these are certified copies by the

16   15:41:55    New York State Department of State of the

17   15:41:58    Certificate of Corporation of IME Guarddog, Inc.

18   15:42:08    which was formed -- withdrawn.

19   15:42:09             Do you recognize this document?

20   15:42:10        A    No.

21   15:42:14        Q    On the second page of this document it

22   15:42:21    says the name of this corporation is IME Guarddog,

23   15:42:23    Inc.; do you see that?

24   15:42:25        A    Yes.

25   15:42:28        Q    The corporation designated Five Pillars as

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

153

|   |   | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 15:42:32 | the service of process address in paragraph five; do |
| 3 | 15:42:38 | you see that? |
| 4 | 15:42:39 | A    Yes. |
| 5 | 15:42:40 | Q    Five Pillars is your accounting firm, |
| 6 | 15:42:42 | correct? |
| 7 | 15:42:43 | A    My previous, yes. |
| 8 | 15:42:44 | Q    Who is your current accounting firm? |
| 9 | 15:42:48 | A    My current accounting firm is Greg Elisito |
| 10 | 15:42:50 | & Associates. |
| 11 | 15:42:54 | Q    When did you make the change to a |
| 12 | 15:42:56 | different accounting firm? |
| 13 | 15:42:58 | A    I want to say two-and-a-half, maybe three |
| 14 | 15:43:01 | years ago, two, three years ago. |
| 15 | 15:43:03 | Q    Weeks or years? |
| 16 | 15:43:05 | A    Years. |
| 17 | 15:43:06 | Q    What was the reason you switched from Five |
| 18 | 15:43:11 | Pillars to the new firm? |
| 19 | 15:43:13 | A    I just believed -- I believe Five Pillars |
| 20 | 15:43:18 | was a tax preparer.  I didn't think he was an |
| 21 | 15:43:23 | accountant.  We wanted to get a CPA. |
| 22 | 15:43:27 | Q    If you look at the last page of this |
| 23 | 15:43:29 | document, it says that Adam Rosenblatt is the |
| 24 | 15:43:32 | incorporator of this business, correct? |
| 25 | 15:43:35 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

154

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 15:43:37 | Q    Do you know whether Adam Rosenblatt is |
| 3 | 15:43:39 | aware of this document? |
| 4 | 15:43:42 | A    I'm not aware of this document. |
| 5 | 15:43:44 | Q    You deny forming this entity? |
| 6 | 15:43:46 | A    I completely deny forming this entity. |
| 7 | 15:44:14 | Q    On the bottom of page three, it says that |
| 8 | 15:44:17 | this Certification of Incorporation was filed with |
| 9 | 15:44:20 | the New York State Department of State on May 4th of |
| 10 | 15:44:24 | 2017, correct? |
| 11 | 15:44:25 | A    I see that. |
| 12 | 15:44:28 | Q    This is exactly or approximately one week |
| 13 | 15:44:33 | prior to the email you received from Adam; is that |
| 14 | 15:44:33 | right? |
| 15 | 15:44:34 | A    If you say so. |
| 16 | 15:44:36 | Q    Well -- |
| 17 | 15:44:37 | MR. WARNER:  We will stipulate that the |
| 18 | 15:44:39 | email is dated April 28th. |
| 19 | 15:44:40 | BY MR. KATAEV: |
| 20 | 15:44:42 | Q    This entity was formed on May 4th in the |
| 21 | 15:44:44 | same year, correct? |
| 22 | 15:44:47 | A    Correct. |
| 23 | 15:44:47 | Q    You deny forming this entity? |
| 24 | 15:44:49 | A    Completely. |
| 25 | 15:44:49 | Q    Even though this is your accounting firm? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

155

S. Abdulrahim Gelardi

1

2   15:44:52      A    Yes.

3   15:45:18           MR. KATAEV:  Let's mark this as 9.

4   15:45:20      (Plaintiff's Exhibit 9, Marked for Identification.)

5   15:45:34           (Witness perusing document.)

6   15:45:34   BY MR. KATAEV:

7   15:45:43      Q    I have handed to you what has been marked

8   15:45:46   as Plaintiff's Exhibit 9.  It is similarly a

9   15:45:49   certified copy of the Certificate of Incorporation

10  15:45:50   for Med Mal I USA, Inc., which was also formed --

11  15:45:53   withdrawn.

12  15:45:53           Do you recognize this document?

13  15:45:59      A    Yes.

14  15:46:01      Q    You formed this entity, correct?

15  15:46:04      A    Yes.

16  15:46:05      Q    This entity was formed on May 4, 2017,

17  15:46:07   correct?

18  15:46:08      A    Yes.

19  15:46:09      Q    It was formed by your accounting firm,

20  15:46:13   Five Pillars, correct?

21  15:46:14      A    Correct.

22  15:46:15      Q    On the same day that IME Guarddog was

23  15:46:17   formed, correct?

24  15:46:21      A    Yes.

25  15:46:24           MR. KATAEV:  This is 10.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

156

1                          S. Abdulrahim Gelardi

2    15:46:25      (Plaintiff's Exhibit 10, Marked for Identification.)

3    15:46:47            (Witness perusing document.)

4    15:46:47    BY MR. KATAEV:

5    15:46:48         Q    I have handed to you what has been marked

6    15:46:51    as Plaintiff's Exhibit 10.  It's a publicly

7    15:46:53    available web page listing public information

8    15:46:57    concerning corporations and this particular document

9    15:47:02    is about V&S Holdings 1, Inc.  Do you recognize this

10   15:47:07    document?

11   15:47:08         A    Yes.

12   15:47:08         Q    This is an entity that you and your

13   15:47:11    husband own?

14   15:47:12         A    Yes.

15   15:47:12         Q    You also formed this entity on May 4,

16   15:47:15    2017, correct?

17   15:47:16         A    Yes.

18   15:47:17         Q    The registered address is the same address

19   15:47:18    as your accounting firm, correct?

20   15:47:20         A    Yes.

21   15:47:21         Q    That's Five Pillars, correct?

22   15:47:23         A    Yes.

23   15:47:23         Q    Is it fair to say that Five Pillars opened

24   15:47:25    all three entities on the same date?

25   15:47:28         A    That's what it looks like.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

157

|  | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 15:47:29    Q    You asked them to open these three |
| 3 | 15:47:31    companies, correct? |
| 4 | 15:47:33    A    No. |
| 5 | 15:47:33    Q    You didn't ask them to open any of those |
| 6 | 15:47:36    companies? |
| 7 | 15:47:37    A    I didn't ask them to open IME Guarddogs. |
| 8 | 15:47:41    Q    You asked them to open up V&S and Med Mal? |
| 9 | 15:47:45    A    Correct. |
| 10 | 15:47:45    Q    You deny forming IME Guarddog, correct? |
| 11 | 15:47:47    A    I would never form a corporation in |
| 12 | 15:47:50    someone else's name. |
| 13 | 15:47:53    Q    You realize you previously testified that |
| 14 | 15:47:56    Adam had never had any contact with your accounting |
| 15 | 15:47:59    firm, correct? |
| 16 | 15:48:00    A    Yes.  Not that I know of. |
| 17 | 15:48:18    MR. KATAEV:  Let's do 11. |
| 18 | 15:48:20    (Plaintiff's Exhibit 11, Marked for Identification.) |
| 19 | 15:48:20    BY MR. KATAEV: |
| 20 | 15:48:57    Q    Let's go back to the exhibit with IME |
| 21 | 15:49:00    Guarddog.  I believe that's eight.  Going to the |
| 22 | 15:49:07    third page of this document, do you know where Adam |
| 23 | 15:49:12    Rosenblatt currently lives? |
| 24 | 15:49:14    A    I don't. |
| 25 | 15:49:15    Q    Do you have any idea where this address |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

158

1                         S. Abdulrahim Gelardi

2    15:49:18     came from?

3    15:49:19          A    I have no idea.

4    15:49:20          Q    Are you aware that Adam does not live at

5    15:49:22     this address?

6    15:49:23          A    No.  I never had Adam's address.

7    15:49:31          Q    How would Adam know about Five Pillars if

8    15:49:34     not for you?

9    15:49:35          A    Maybe through his father.

10   15:49:37          Q    Did Adam Rosenblatt ever open up a bank

11   15:49:45     account at Sterling?

12   15:49:50          A    I don't recall.  I don't think so.

13   15:50:06          MR. KATAEV:  We gave her 11.

14   15:50:09          Q    Referring to Plaintiff's Exhibit 11 now, I

15   15:50:11     will represent to you that this is a April 29, 2017

16   15:50:17     email from you to Adam with a subject, Adam

17   15:50:20     Rosenblatt SS number, and in the subject it says,

18   15:50:23     Adam Rosenblatt SS number, Doc Rosenblatt SS number

19   15:50:28     and addresses; do you see that?

20   15:50:30          A    Yes.

21   15:50:32          Q    What was the purpose of this email?

22   15:50:34          A    I don't recall.  I have no idea.

23   15:50:35          Q    Why could you need to know Adam or Ronald

24   15:50:39     Rosenblatt's Social Security number?

25   15:50:41          A    Maybe for banking purposes.  I have no

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

159

| | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 15:50:43    idea. |
| 3 | 15:50:45         Q    Did Adam provide you his Social Security |
| 4 | 15:50:50    number and his address? |
| 5 | 15:50:51         A    No. |
| 6 | 15:50:51         Q    Did Ronald Rosenblatt provide you his |
| 7 | 15:50:54    Social Security number and address? |
| 8 | 15:50:55         A    I believe Ronald never gave me his Social |
| 9 | 15:50:59    but I believe he gave me his address. |
| 10 | 15:51:03         Q    How did he give it to you? |
| 11 | 15:51:06         A    I don't recall.  He might have said it to |
| 12 | 15:51:08    me or texted it to me because I know we went to his |
| 13 | 15:51:12    home one time or a few times. |
| 14 | 15:51:44              MR. KATAEV:  Let's mark this as 12. |
| 15 | 15:51:45    (Plaintiff's Exhibit 12, Marked for Identification.) |
| 16 | 15:52:06              (Witness perusing document.) |
| 17 | 15:52:06    BY MR. KATAEV: |
| 18 | 15:52:09         Q    I have handed you what has been marked as |
| 19 | 15:52:12    Plaintiff's Exhibit 12.  I will represent to you |
| 20 | 15:52:15    it's a January 2017 bank statement for Adam |
| 21 | 15:52:17    Rosenblatt with Sterling National Bank. |
| 22 | 15:52:21              Do you recognize this document? |
| 23 | 15:52:22         A    I know that it's a statement, yes. |
| 24 | 15:52:25         Q    This is for a bank account that you helped |
| 25 | 15:52:30    Adam form, correct? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

160

1                       S. Abdulrahim Gelardi

2   15:52:31        A    No.

3   15:52:32        Q    You didn't assist him in opening this

4   15:52:35    while you were an employee of Sterling?

5   15:52:37        A    I don't think I ever met Adam in

6   15:52:40    January 2017.  He must have had this account prior.

7   15:52:45        Q    Is it fair to state that in order for Adam

8   15:52:49    to have a bank account at Sterling, he would have to

9   15:52:52    provide his name and address?

10  15:52:54        A    Yes.

11  15:52:55        Q    Is it fair to state that you could have

12  15:52:58    obtained his address by looking up the banking

13  15:53:02    records?

14  15:53:03        A    I could have if I knew he had an account

15  15:53:07    there.

16  15:53:14        Q    I'm going to refer to you what's on the

17  15:53:18    screen and I think what we could do is quickly print

18  15:53:25    this so I can provide it and get it marked.

19  15:53:30                Take a second to review while we get

20  15:53:33    it printed.  In lieu of printing it, we will rely on

21  15:54:11    what's on the screen.  I will represent that this is

22  15:54:14    a document produced by the forensic examiner

23  15:54:15    Bates-stamped BRG8020, and that it's a April 29,

24  15:54:20    2017 email from you to your accountant.

25  15:54:25                Do you recognize this email?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

161

S. Abdulrahim Gelardi

| 1 | | | |
|---|---|---|---|

1

2   15:54:28        A    Yes.

3   15:54:29        Q    In this email, you forward to your

4   15:54:33     accountant the three years worth of profit and loss

5   15:54:36     statements from IME Watchdog, correct?

6   15:54:38        A    Yes.

7   15:54:39        Q    You testified earlier that you believed

8   15:54:40     that you did so, correct?

9   15:54:42        A    Yes.

10   15:54:43        Q    Now when you sent this to your accountant,

11   15:54:45     what did you say to him and what did he say to you?

12   15:54:50        A    I said to him, Does this look accurate to

13   15:54:54     you.

14   15:54:56        Q    What did he say?

15   15:54:58        A    I don't recall.  I don't recall.

16   15:55:15        Q    When you say you wanted to confirm that

17   15:55:20     it's accurate, in what sense do you mean accurate?

18   15:55:24        A    It looked profitable.  I wanted to know if

19   15:55:29     it could be -- if these are true numbers, could

20   15:55:33     this -- could this be accurate.

21   15:55:38        Q    You did that because you wanted to

22   15:55:39     ascertain whether you wanted to open up a similar

23   15:55:42     business, correct?

24   15:55:43        A    I was interested.  I was interested in

25   15:55:48     whether or not the numbers were accurate.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

162

S. Abdulrahim Gelardi

1

2    15:56:25         MR. KATAEV:  For the record, we are

3    15:56:27         marking the exhibit that we looked at on the

4    15:56:30         screen, BRG 8020, as Plaintiff's Exhibit 13.

5    15:56:35         We will print out the email and the

6    15:56:38         accompanying attachments and that will form 13

7    15:56:41         and this will be 14 the next one.

8    15:56:44    (Plaintiff's Exhibit 13, Marked for Identification.)

9    15:01:28    (Plaintiff's Exhibit 14, Marked for Identification.)

10   15:56:56             (Witness perusing document.)

11   15:56:56    BY MR. KATAEV:

12   15:56:58         Q    Did you forward the profit and loss

13   15:57:03    statements to your accountant because you thought

14   15:57:06    Adam was not telling you the truth or altered the

15   15:57:10    document in any way?

16   15:57:14         A    I'm sorry, repeat the question.

17   15:57:16    (Whereupon, the referred to question was read back

18   15:57:16                 by the reporter.)

19   15:57:42         A    I forwarded -- I forwarded that to my

20   15:57:46    accountant to ask a simple question, is this --

21   15:57:51    could this be accurate or -- it was just a question

22   15:58:00    to my accountant.  He was an expert.

23   15:58:10         Q    How would anyone other than IME Watchdog's

24   15:58:13    accountants know whether this information was

25   15:58:16    accurate?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

163

S. Abdulrahim Gelardi

1

2   15:58:18      A    I wasn't asking if the information was

3   15:58:20   accurate.  I was asking about whether the business

4   15:58:25   model could be, you know, this accurate.  I wasn't

5   15:58:30   asking about the financial information being correct

6   15:58:34   or not.

7   15:58:42      Q    You testified at the Show Cause Hearing

8   15:58:43   that you didn't open any of Adam's emails for

9   15:58:47   months.  Doesn't this show that on the same day you

10  15:58:51   received the emails from Adam that you forward them

11  15:58:54   to your accountants?

12  15:58:57      A    He sent so many emails.  I opened maybe

13  15:59:02   one or two.  The rest to me were garbage.  I had no

14  15:59:07   idea what was in them.

15  15:59:09      Q    Would it be fair to state that the email

16  15:59:11   containing IME Watchdog's customers in 2016 was

17  15:59:15   garbage?

18  15:59:16      A    I know that this is what piqued my

19  15:59:18   interest.

20  15:59:20         MR. KATAEV:  We have marked 14.

21  15:59:26      Q    I will represent to you it's an email

22  15:59:29   dated April 29, 2017 from you to your accountant

23  15:59:32   forwarding the email from the prior day sent by

24  15:59:37   Adam.  Do you recognize this document?

25  15:59:39      A    Not really.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

164

S. Abdulrahim Gelardi

1

2  15:59:40      Q    Take a second to look through the

3  15:59:42  attachments and see what was attached to this email.

4  15:59:49           (Witness perusing document.)

5  15:59:49  BY MR. KATAEV:

6  16:00:10      Q    Fair to say broadly speaking that Adam

7  16:00:12  sent you financial information about IME Watchdog in

8  16:00:16  this email, correct?

9  16:00:18      A    Yes.

10  16:00:19      Q    Upon receiving it, you forwarded it to

11  16:00:21  your accountant, correct?

12  16:00:23      A    Yes.

13  16:00:24      Q    Why did you do that with respect to this

14  16:00:26  email?

15  16:00:27      A    It looked similar to the profit and loss

16  16:00:31  statement.

17  16:00:33      Q    You wanted to know if it was accurate?

18  16:00:34      A    No.  It was just for the same reason that

19  16:00:39  I forwarded that one.

20  16:00:44      Q    At the Show Cause Hearing, you testified

21  16:00:45  that the only thing you ever received from Adam were

22  16:00:50  two invoices and the customer lists, correct?

23  16:00:53      A    I don't remember.  I don't think so.  I

24  16:00:56  stated I receive many emails from Adam.

25  16:02:29      Q    At your Show Cause Hearing on April 4,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

165

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 16:02:33 | 2022, I'm referring you to the transcript at page 46 |
| 3 | 16:02:36 | beginning on line 14.  I'm going to read into the |
| 4 | 16:02:42 | record what was said and testified to. |
| 5 | 16:02:45 | The Court asked you:  So, he, Adam |
| 6 | 16:02:48 | Rosenblatt, sent you the 2016 list of IME Watchdog's |
| 7 | 16:02:51 | customers? |
| 8 | 16:02:53 | Answer:  He sent a lot of stuff, |
| 9 | 16:02:54 | Your Honor. |
| 10 | 16:02:56 | The Court asked:  Well you received |
| 11 | 16:02:58 | that and she asked, when. |
| 12 | 16:03:01 | You answer:  I would say on or |
| 13 | 16:03:04 | about -- was it April of 2017 around then, maybe |
| 14 | 16:03:08 | March. |
| 15 | 16:03:08 | The Court asked:  What did you do |
| 16 | 16:03:10 | with that information? |
| 17 | 16:03:11 | Answer:  I didn't open it for months, |
| 18 | 16:03:13 | Your Honor. |
| 19 | 16:03:14 | Do you see that testimony? |
| 20 | 16:03:16 | A    Yes. |
| 21 | 16:03:16 | Q    That ends on line 25? |
| 22 | 16:03:19 | A    Yes. |
| 23 | 16:03:20 | Q    That's not true based on what we just |
| 24 | 16:03:22 | reviewed, correct? |
| 25 | 16:03:25 | MR. WARNER:  Objection.  You can answer |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

166

| | |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 16:03:25      it. |
| 3 | 16:03:26      A    I did not open many of his emails for |
| 4 | 16:03:29      months. |
| 5 | 16:03:51      MR. KATAEV: Okay. I don't have anything |
| 6 | 16:03:53      on these. Let's go to 15. |
| 7 | 16:03:57      (Plaintiff's Exhibit 15, Marked for Identification.) |
| 8 | 16:04:16      (Witness perusing document.) |
| 9 | 16:04:16      BY MR. KATAEV: |
| 10 | 16:04:35      Q    Ms. Gelardi, I have handed you a document |
| 11 | 16:04:37      marked as Plaintiff's Exhibit 15. I will represent |
| 12 | 16:04:43      to you this is another email sent by you to your |
| 13 | 16:04:47      accountant or April 29th, a day after Adam sent you |
| 14 | 16:04:50      it and it has an attachment, IME Watchdog Client's |
| 15 | 16:04:55      Master List 2017. Do you recognize this document? |
| 16 | 16:05:00      A    I don't actually but ask your question. |
| 17 | 16:05:06      Q    Why is it that you forwarded this master |
| 18 | 16:05:10      list of clients from 2017 to your accountant? |
| 19 | 16:05:17      A    I don't know. I forwarded information to |
| 20 | 16:05:20      my accountant in respect to, Do you think this is a |
| 21 | 16:05:26      profitable business. What I was sending was just |
| 22 | 16:05:31      forwarded. It's not like I was -- I was sending to |
| 23 | 16:05:33      my accountant for his opinion on whether or not he |
| 24 | 16:05:38      thinks that this is a profitable or accurate |
| 25 | 16:05:41      business. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

167

1                              S. Abdulrahim Gelardi

2   16:05:41        Q    How would your accountant know whether it

3   16:05:44   would be a profitable or successful business?

4   16:05:47        A    I don't know.  I asked an expert.  I

5   16:05:49   wouldn't know.

6   16:05:50        Q    What did he say to you when you asked him?

7   16:05:53        A    He said it looks profitable.

8   16:05:56        Q    Did he say anything else?

9   16:05:57        A    Nothing.

10  16:05:58        Q    Did you ask him any other questions?

11  16:06:00        A    I don't recall.

12  16:06:07        Q    If you go to the third page, I will

13  16:06:11   represent to you this is the master list.  It's an

14  16:06:14   Excel spreadsheet that's so long and somehow made to

15  16:06:20   fit on this page that it's so small you can't see

16  16:06:23   anything on it.

17  16:06:24             I will represent to you that we have

18  16:06:26   placed up on the screen this list as it is before

19  16:06:34   printing it.  The Excel spreadsheet is produced by

20  16:06:39   the forensic examiner with the Bates stamp

21  16:06:39   BRG8006.0001.  Do you recall reviewing this Excel

22  16:06:54   spreadsheet in April of 2017?

23  16:06:56        A    I absolutely do not recall this sheet

24  16:06:58   whatsoever.

25  16:07:01             MR. WARNER:  What was the --

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

168

|   |   |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 16:07:03 | MR. KATAEV:  .0001. |
| 3 | 16:07:06 | MR. WARNER:  Thank you. |
| 4 | 16:07:06 | BY MR. KATAEV: |
| 5 | 16:07:07 | Q   In this sheet -- scroll to the top -- in |
| 6 | 16:07:10 | this sheet, it lists every single customer as well |
| 7 | 16:07:16 | the contact person at the customer and that contact |
| 8 | 16:07:19 | person's phone number, correct? |
| 9 | 16:07:21 | A   I see. |
| 10 | 16:07:22 | Q   It also lists each such contact person's |
| 11 | 16:07:24 | email address, correct? |
| 12 | 16:07:26 | A   That's what I see. |
| 13 | 16:07:27 | Q   Is it fair to say that this list provided |
| 14 | 16:07:29 | you with information about who you could contact at |
| 15 | 16:07:34 | every single customer in order to try solicit their |
| 16 | 16:07:38 | business? |
| 17 | 16:07:39 | A   I have never seen this list.  If I had |
| 18 | 16:07:41 | seen this list, I would have -- it's -- I have never |
| 19 | 16:07:46 | seen this list before.  I have never ever seen this |
| 20 | 16:07:49 | list. |
| 21 | 16:07:50 | Q   You forwarded this to your accountant. |
| 22 | 16:07:52 | A   I forwarded emails to my accountant that |
| 23 | 16:07:55 | Adam sent me.  I didn't intentionally forward |
| 24 | 16:07:58 | particular things.  I have never seen this list. |
| 25 | 16:08:03 | Q   It's your testimony that you never opened |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

169

1                          S. Abdulrahim Gelardi

2    16:08:04    this list?

3    16:08:06         A    I don't believe I ever opened that list

4    16:08:08    until after the case, until after I was served.

5    16:08:34         Q    On this list, just looking at the screen,

6    16:08:34    how many customers are listed?

7    16:08:36         A    It looks like 476.

8    16:08:45         Q    When you sent these emails to your

9    16:08:47    accountant and asked him questions about it, did you

10   16:08:49    do so for the purpose of ascertaining whether the

11   16:08:52    business could be replicated?

12   16:08:55         A    No.

13   16:09:00         MR. KATAEV:  Let's mark this 16.

14   16:10:06    (Plaintiff's Exhibit 16, Marked for Identification.)

15   16:10:06    BY MR. KATAEV:

16   16:10:18         Q    I have handed you what has been marked as

17   16:10:21    Plaintiff's Exhibit 16.  I will represent to you

18   16:10:24    that this is your email to your accountant

19   16:10:28    forwarding the email you received in Plaintiff's

20   16:10:32    Exhibit 7, which I've placed in front of you.

21   16:10:39              I just want to confirm, you did

22   16:10:41    forward this email to your accountant with the

23   16:10:44    attachments, correct?

24   16:10:45         A    Yes.

25   16:11:22         Q    Referring to your Show Cause Hearing

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

170

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 16:11:25 | testimony, pages 35 to 36 starting on line 24 of |
| 3  | 16:11:30 | page 35, you were asked by me:  Adam gave you a |
| 4  | 16:11:33 | sales by customer summary for 2016 in or about April |
| 5  | 16:11:38 | of '17, correct?  Your answer was no. |
| 6  | 16:11:41 | I asked you:  Adam provided you with |
| 7  | 16:11:44 | contact information for each of the clients on the |
| 8  | 16:11:45 | sales by customer summary, correct?  I was asked to |
| 9  | 16:11:48 | go slower, and your answer was no. |
| 10 | 16:11:53 | My question is:  Is your testimony |
| 11 | 16:11:55 | the same today? |
| 12 | 16:11:56 | A    Yes. |
| 13 | 16:11:56 | Q    He did provide you? |
| 14 | 16:11:58 | A    He did provide me the -- now I see this, I |
| 15 | 16:12:03 | have never seen it prior to the case. |
| 16 | 16:12:06 | Q    Even though he forwarded it to your |
| 17 | 16:12:07 | attention? |
| 18 | 16:12:08 | A    Even though -- I never opened it, I |
| 19 | 16:12:14 | forwarded it. |
| 20 | 16:12:15 | MR. KATAEV:  Let's mark this as 17. |
| 21 | 16:12:16 | (Plaintiff's Exhibit 17, Marked for Identification.) |
| 22 | 16:12:18 | BY MR. KATAEV: |
| 23 | 16:13:10 | Q    Take a second to review the email that I |
| 24 | 16:13:14 | have given you and the attachments. |
| 25 | 16:13:20 | (Witness perusing document.) |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

171

1                              S. Abdulrahim Gelardi

2   16:13:23        Q    Now before we get into this exhibit, with

3   16:13:26    the exhibits that we just went over, the multiple

4   16:13:29    emails that you received from Adam that you

5   16:13:30    subsequently forwarded to your accountant.

6   16:13:33            The question is:  Why did you forward

7   16:13:35    something to your accountant that you yourself had

8   16:13:37    not yet opened?

9   16:13:39            MR. WARNER:  Objection to form.  You can

10  16:13:39        answer.

11  16:13:45        A    I didn't want to open it.  I wanted him to

12  16:13:48    tell me -- I didn't know what was in them.  I

13  16:13:51    forwarded some.  I didn't forward them all.  I saw a

14  16:13:54    few.  I forwarded them.  I barely looked at them.

15  16:14:02        Q    Did you have a discussions with your

16  16:14:04    accountant before you forwarded them?

17  16:14:07        A    I believe I had a discussion with him

18  16:14:09    after.

19  16:14:11        Q    What did you say to him and what did he

20  16:14:13    say to you?

21  16:14:14        A    It was -- I don't remember when.  It was a

22  16:14:17    little after whenever we had time and I said, What

23  16:14:21    do you think, do you think this is a profitable

24  16:14:25    business.  That's it.  It's business advice.

25  16:14:33        Q    Did you send your accountant emails from

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

172

1                          S. Abdulrahim Gelardi

2    16:14:36      anyone else?

3    16:14:38          A    I don't recall.

4    16:14:42          Q    Was your accountant confused when he

5    16:14:45      received these emails out of nowhere?

6    16:14:48          A    I'm sure he was.  I didn't ask him.

7    16:14:54          Q    Your testimony is that any emails that you

8    16:14:56      received from Adam, you just forwarded to your

9    16:14:59      accountant?

10   16:14:59          A    Not any.  Just a few.  I sent him a few

11   16:15:02      and I spoke to him.  I don't recall when but after.

12   16:15:08          Q    What made you decide to send those few

13   16:15:12      emails but not others?

14   16:15:13          A    The subject title.

15   16:15:19          Q    Anything with financial information you

16   16:15:21      decided to send?

17   16:15:22          A    Yes.

18   16:15:23          Q    Is it because you don't understand the

19   16:15:24      financial information and wanted to?

20   16:15:30          A    I just wanted to understand what --

21   16:15:33      whether the business was profitable, I wanted to

22   16:15:38      understand that this is -- I just wanted to

23   16:15:39      understand.

24   16:15:42          Q    Fair to say the subject of the email is

25   16:15:44      something that interested you but you weren't

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

173

S. Abdulrahim Gelardi

1

2  16:15:47      interested in the attachments and reviewing it?

3  16:15:50          A    I did not review the attachment.  It's a

4  16:15:51      fair statement to say.  I figured he would be the

5  16:15:56      expert depending on the subject.

6  16:16:01          Q    All of these emails were received by your

7  16:16:04      accountant one week before he opened or incorporated

8  16:16:06      IME Guarddog, correct?

9  16:16:10              MR. WARNER:  Objection.

10 16:16:11          A    Yes.

11 16:16:13          Q    You relied on Jay at Five Pillars with

12 16:16:17      respect to financial information, even though you

13 16:16:20      were in banking for 20 years?

14 16:16:22          A    Yes.

15 16:16:22          Q    Is it fair to say that because you were in

16 16:16:24      banking for 20 years, you had a fair amount of

17 16:16:27      knowledge about reading financial statements?

18 16:16:30          A    I did not read financial statements.

19 16:16:35          Q    Did you realize when you were sending this

20 16:16:37      information to your accountant that you were

21 16:16:38      forwarding confidential information of IME Watchdog?

22 16:16:42          A    No.

23 16:16:59          Q    We have an exhibit in front of you.  I

24 16:17:01      think it's 17.  I will represent to you this is an

25 16:17:06      October 19, 2017 email from Info@imecompanions.com

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

174

1                        S. Abdulrahim Gelardi

2   16:17:12      to an individual with the e-mail address,

3   16:17:15      Washingtonsharee@yahoo.com.

4   16:17:22            Do you recognize this document?

5   16:17:23      A    I recognize the attachments.

6   16:17:27      Q    Do you recall sending an email like this

7   16:17:29      to an individual named Sharee Washington?

8   16:17:34      A    I don't.

9   16:17:37      Q    Does the name in the subject, Massiel

10  16:17:37      Delossantos ring a bell to you?

11  16:17:42      A    No.

12  16:17:43      Q    Is it fair to say that based on the

13  16:17:45      contents of this email that you are sending Sharee

14  16:17:51      Washington this information because she's going to

15  16:17:54      observe an IME?

16  16:17:56      A    No.

17  16:17:56      Q    Why did IME Companions send this email to

18  16:18:03      Sharee Washington?

19  16:18:06      A    There were close to four or five people

20  16:18:09      working on the info email.  I don't recall this

21  16:18:11      document.  When we first started, it could be

22  16:18:17      because it was assigned to her, it could be for

23  16:18:20      other reasons.  I don't recall.

24  16:18:22      Q    The email says, Hello Sharee.  Attached

25  16:18:25      there is a sample IME exam report, a basic

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

175

1                            S. Abdulrahim Gelardi

2   16:18:29   questionnaire and the appointment information.  You

3   16:18:32   don't have to print out the IME report.  It will be

4   16:18:36   helpful once you accompany a client to an exam and

5   16:18:40   need to write your report.  Please print the basic

6   16:18:42   questionnaire and the appointment sheet and take to

7   16:18:47   your exam.  You will meeting with Mohammed Abdul

8   16:18:49   Romman in the medical office.  He will train you on

9   16:18:58   how to brief your patient.  I will be available to

10  16:19:01   answer any questions for you after.  Good luck.

11  16:19:04   Safa Gelardi, IME Companions.

12  16:19:07                  Is it fair to say, based on my

13  16:19:09   reading of this email to Sharee, that you wrote this

14  16:19:12   email to her?

15  16:19:13        A    Yes.

16  16:19:14        Q    Is it fair to say that you're explaining

17  16:19:16   to Sharee what she needs to do as an observer for an

18  16:19:21   IME?

19  16:19:21        A    Yes.

20  16:19:22        Q    Is it fair to say that based on the

21  16:19:24   subject of the email, the patient that is being

22  16:19:27   examined or the personal injury client, the

23  16:19:31   plaintiff that is being examined is Massiel

24  16:19:32   Delossantos.

25  16:19:35        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

176

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 16:19:36 |
| 3 | 16:19:39 |

1                            S. Abdulrahim Gelardi

2  16:19:36         MR. KATAEV:  M-a-s-s-i-e-l

3  16:19:39         D-e-l-o-s-s-a-n-t-o-s.

4  16:19:50      Q    In this email to Sharee, you have three

5  16:19:52  attachments, correct?

6  16:19:54      A    Yes.

7  16:19:55      Q    The first one is an IME submission form,

8  16:19:58  correct?

9  16:19:59      A    Yes.

10  16:20:00      Q    This is a standard one-page form that

11  16:20:03  gives the basic information about the patient, the

12  16:20:05  attorney, who is the customer, and the doctor who is

13  16:20:09  performing the IME, correct?

14  16:20:11      A    Yes.

15  16:20:12      Q    Is this a form that you created?

16  16:20:14      A    Yes.

17  16:20:14      Q    It's not a form that you copied from IME

18  16:20:18  Watchdog?

19  16:20:19      A    I don't believe so.

20  16:20:22      Q    The second document attached is a letter

21  16:20:28  on the letterhead of Elefterakis, Elefterakis &

22  16:20:30  Panek, correct?

23  16:20:35      A    Yes.

24  16:20:36      Q    It's addressed the to Massiel Delossantos

25  16:20:37  and it notifies her about the date and time and

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

177

S. Abdulrahim Gelardi

1

2    16:20:42        location of the IME, correct?

3    16:20:44            A    Yes.

4    16:20:46            Q    This is something that your customer,

5    16:20:47        Elefterakis, Elefterakis & Panek, provided you?

6    16:20:52            A    Yes.

7    16:21:29            Q    If you go down to page 288 of this

8    16:21:32        attachment.  In the email to Sharee, you provided

9    16:21:45        her with an IME report from IME Watchdog, correct?

10   16:21:49            A    Correct.

11   16:21:50            Q    Why did you provide Sharee with a IME

12   16:21:53        Watchdog report?

13   16:21:58            A    IME Watchdog reports were available

14   16:22:00        online.

15   16:22:02            Q    Was this report available online?

16   16:22:04            A    I'm not sure.  It could have been.

17   16:22:07            Q    You're not sure because some reports you

18   16:22:10        obtained from Adam and others you obtained from the

19   16:22:13        website, correct?

20   16:22:14            A    Correct.

21   16:22:16            Q    You provided this to Sharee in order to

22   16:22:19        assist her with creating her report so she can copy

23   16:22:23        what's in this report, correct?

24   16:22:25            A    Not copy.  Use to understand how to do a

25   16:22:29        report.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

178

1                          S. Abdulrahim Gelardi

2   16:22:35        Q    In the email, you are asking her to model

3   16:22:39    her report after this report by IME Watchdog,

4   16:22:41    correct?

5   16:22:42        A    No.

6   16:22:44        Q    What are you doing?

7   16:22:45        A    This is a reference.  This is a reference

8   16:22:50    to what kind of report she will be submitting to us

9   16:22:55    at a later date.  This is just a reference on what

10  16:22:58    we expect.  Again, IME Companions' reports are

11  16:23:05    completely different.  Same information provided,

12  16:23:06    same information needed, but they are different.

13  16:23:10        Q    You stated in your email to Sharee that

14  16:23:14    the report will be helpful once she accompanies a

15  16:23:17    client to an exam and needs to write her report,

16  16:23:20    correct?

17  16:23:21        A    Correct.

18  16:23:21        Q    You said that because it would be easier

19  16:23:24    for her to copy this report rather than create her

20  16:23:28    own report, correct?

21  16:23:30        A    No.

22  16:23:36        Q    If this report was not available on IME

23  16:23:38    Watchdog's website, how did you obtain it?

24  16:23:42        A    I don't know.

25  16:23:46        Q    Is it fair to say that you used this

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

179

1                          S. Abdulrahim Gelardi

2   16:23:48      report to help your employees or independent

3   16:23:52      contractors or agents understand how to observe an

4   16:23:56      IME?

5   16:23:58          A    Not how to observe an IME, no.  Just what

6   16:24:02      notes need to be taken.

7   16:24:04          Q    Is it fair to say that you used IME

8   16:24:06      Watchdog's report to train the Companions that you

9   16:24:12      hired on how to do their jobs?

10  16:24:14          A    No.

11  16:24:15          Q    I want you to finish your answer.

12  16:24:20          A    I'm finished.

13  16:24:21          Q    Is it fair to say that you did not have

14  16:24:24      any reports of your own at the time you formed IME

15  16:24:26      Companions?

16  16:24:27          A    That's fair.

17  16:24:28          Q    Is that the reason you did not use a IME

18  16:24:34      Companions report?

19  16:24:34          A    It's possible.  I don't know.  I don't

20  16:24:36      recall, but again, the report is just in reference

21  16:24:41      to what information is needed to be taken at the

22  16:24:46      exam.  It's not for anyone to copy and they were

23  16:24:50      available online, not only on the website.  There

24  16:24:56      are IME Watchdog reports available online.

25  16:25:02              MR. KATAEV:  We are going to call for the

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

180

S. Abdulrahim Gelardi

1

2    16:25:04          production of all initial reports of IME

3    16:25:07          Companions and we will follow up in writing.

4    16:25:10              THE WITNESS:  Sure.

5    16:25:11              MR. WARNER:  Don't respond.  It's not for

6    16:25:13          you to respond.

7    16:25:14                  (Counsel Request.)

8    16:25:14   BY MR. KATAEV:

9    16:25:14      Q    But it's fair to say that allowing Sharee

10   16:25:18   Washington to use this report is in one way or

11   16:25:22   another helping her on how to write a report?

12   16:25:25      A    No, not helping her write a report.

13   16:25:27   Helping her -- it's just so she would know it's

14   16:25:32   informational on what information is needed for her

15   16:25:35   to take at the IME exam.

16   16:25:38              MR. KATAEV:  Let's take a three-minute

17   16:25:40          break.  Off the record.

18   16:25:43              THE VIDEOGRAPHER:  The time is 4:25 p.m.

19   16:25:45          We are going off the record.

20   16:25:58          (Whereupon, a short recess was taken.)

21   16:32:45   (Whereupon, the referred to testimony was read back

22   16:32:45                  by the reporter.)

23   16:33:09              THE VIDEOGRAPHER:  The time is 4:33 p.m.

24   16:33:15          We are back on the record.

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

181

1                       S. Abdulrahim Gelardi

2   16:33:18    BY MR. KATAEV:

3   16:33:19         Q    We've come back after a break.

4   16:33:24              Ms. Gelardi, with respect to this

5   16:33:25    exhibit and the email to Sharee Washington, is it

6   16:33:27    fair to say that Ms. Washington was just hired or

7   16:33:30    engaged by IME Companions?

8   16:33:35         A    Sharee actually was never hired.

9   16:33:38         Q    Did she perform -- did she observe the IME

10  16:33:42    for that patient?

11  16:33:43         A    No.

12  16:33:45         Q    Let's go to within the exhibit to

13  16:33:47    Bates-stamped 296 for now, please.  While you're

14  16:33:55    looking for that, do you know whether Ms. Washington

15  16:33:57    was going to be hired?

16  16:34:00         A    She might have been, but I don't know if

17  16:34:03    she would have been hired, but she never showed and

18  16:34:06    she wasn't hired.

19  16:34:10         Q    How did you first get in contact with

20  16:34:13    Ms. Washington?

21  16:34:14         A    I believe it was through a Craigslist ad.

22  16:34:19         Q    How did you know that you could do a

23  16:34:21    Craigslist ad to hire individuals that could serve

24  16:34:24    as Companions to observe IMEs?

25  16:34:31         A    My husband puts out Craigslist ads

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

182

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 16:34:32 | multiple times for many different things. |
| 3 | 16:34:33 | Q   Isn't it true that Adam also told you that |
| 4 | 16:34:35 | that's a good way to hire individuals to observe |
| 5 | 16:34:39 | IMEs? |
| 6 | 16:34:39 | A   No. |
| 7 | 16:34:40 | Q   Why did you send this email to her? |
| 8 | 16:34:46 | A   She wanted to know more about the |
| 9 | 16:34:48 | position. |
| 10 | 16:34:51 | Q   What, if anything, did you two say to each |
| 11 | 16:34:53 | other after you sent the email? |
| 12 | 16:34:55 | A   I don't recall. |
| 13 | 16:34:56 | Q   Did she ask you any questions about why |
| 14 | 16:34:59 | you provided her a report from a different company? |
| 15 | 16:35:02 | A   No. |
| 16 | 16:35:05 | Q   Do you have 296 open in front of you from |
| 17 | 16:35:09 | Plaintiff's Exhibit 17? |
| 18 | 16:35:10 | A   Yes. |
| 19 | 16:35:10 | Q   This is an email that's part of the |
| 20 | 16:35:12 | exhibit dated October 17, 2017 from IME Companions |
| 21 | 16:35:19 | to Moabdulrahman@yahoo.com, correct? |
| 22 | 16:35:22 | A   Correct. |
| 23 | 16:35:23 | Q   The subject is IME Report.  It contains an |
| 24 | 16:35:27 | attachment titled IME report.pdf, correct? |
| 25 | 16:35:32 | A   Correct. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

183

1                              S. Abdulrahim Gelardi

2   16:35:32        Q    The report that you sent to Moe

3   16:35:35    Abdulrahman is an IME Watchdog report, correct?

4   16:35:41        A    Yes.

5   16:35:41        Q    Who is Moe Abdulrahman to you?

6   16:35:43        A    My brother.

7   16:35:44        Q    Was Moe involved in the business of IME

8   16:35:47    Companions?

9   16:35:47        A    Yes.

10  16:35:48        Q    Is he still involved?

11  16:35:49        A    No.

12  16:35:51        Q    Why is he no longer involved?

13  16:35:54        A    He was only helping out.  He had a

14  16:35:56    full-time job of his own.

15  16:35:58        Q    Where does he work?

16  16:36:00        A    He is an RN.

17  16:36:01        Q    A registered nurse?

18  16:36:03        A    I believe so.

19  16:36:05        Q    Where does he serve as an RN?

20  16:36:09        A    I don't know.  I think Brooklyn Hospital

21  16:36:12    or something.

22  16:36:16        Q    Why did you send this report to Mo?

23  16:36:21        A    For the same purpose I sent it to Sharee.

24  16:36:23    For him to overlook it to see what information we

25  16:36:29    needed to collect at the IMEs.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

184

1                          S. Abdulrahim Gelardi

2   16:36:31        Q    In other words, you used this report in

3   16:36:32   order to ascertain what you needed to do when

4   16:36:37   observing IMEs, correct?

5   16:36:39        A    No.  This report was used as a reference.

6   16:36:41   It was a reference.  That's all it is.

7   16:36:47        Q    Why did you specifically use an IME

8   16:36:50   Watchdog report?

9   16:36:51        A    They were available.

10  16:36:52        Q    They were available because of your

11  16:36:56   relationship with Adam, correct?

12  16:36:57        A    They were available because Adam sent me

13  16:37:01   one or two and they were available online.

14  16:37:05        Q    These reports are not available anywhere

15  16:37:07   else?

16  16:37:08        A    I don't believe so.  I don't know.

17  16:37:17        Q    Prior to the time that you obtained an IME

18  16:37:20   Watchdog report, you did not have any other IME

19  16:37:23   reports from anywhere else outside of IME Watchdog,

20  16:37:28   correct?

21  16:37:29        A    Yes.

22  16:37:53        MR. KATAEV:  Let's mark this as 18.

23  16:37:55   (Plaintiff's Exhibit 18, Marked for Identification.)

24  16:38:09             (Witness perusing document.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

185

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 16:38:09 | BY MR. KATAEV: |
| 3 | 16:38:15 | Q    I have handed to you, Ms. Gelardi, what |
| 4 | 16:38:18 | has been marked as Plaintiff's Exhibit 18.  I will |
| 5 | 16:38:22 | represent to you it's an August 8, 2017 email from |
| 6 | 16:38:44 | you to R. Pollak, P-o-l-l-a-k, 002 at Gmail.com. |
| 7 | 16:38:52 | Do you recognize this document? |
| 8 | 16:38:53 | A    No. |
| 9 | 16:38:55 | Q    This is an email that you originally sent |
| 10 | 16:39:01 | to yourself from your Sterling National Bank email |
| 11 | 16:39:06 | address to your personal email address the same day |
| 12 | 16:39:09 | four hours earlier, correct? |
| 13 | 16:39:17 | A    Okay.  I see what you're saying, yes. |
| 14 | 16:39:19 | Q    Once you sent it to your personal email |
| 15 | 16:39:23 | you then forward it to Roman Pollak, correct? |
| 16 | 16:39:25 | A    Yes. |
| 17 | 16:39:27 | Q    Why is it that you sent an email from your |
| 18 | 16:39:30 | work email to your personal email with this |
| 19 | 16:39:33 | information? |
| 20 | 16:39:35 | A    Why -- repeat that, please. |
| 21 | 16:39:37 | (Whereupon, the referred to question was read back |
| 22 | 16:39:37 | by the reporter.) |
| 23 | 16:39:52 | A    I don't know. |
| 24 | 16:39:53 | Q    Is it because you received this |
| 25 | 16:39:54 | information while you were at the bank and forwarded |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

186

S. Abdulrahim Gelardi

1

2    16:39:57    it yourself from the bank?

3    16:40:00         A    Possibly.

4    16:40:02         Q    So is it fair to say that in or about

5    16:40:05    August 8 of 2017, Adam or Ron met with you and

6    16:40:09    provided you this information?

7    16:40:15         A    I don't believe so.  I don't know.  I

8    16:40:22    don't think so.

9    16:40:24         Q    Do you have a -- withdrawn.

10   16:40:26              In August of 2017, you were still

11   16:40:28    working at Sterling National Bank, correct?

12   16:40:31         A    Yes.

13   16:40:32         Q    At that time, did you have a computer that

14   16:40:35    you could use at home?

15   16:40:39         A    A personal computer?

16   16:40:40         Q    Yes.

17   16:40:41         A    Yes.

18   16:40:46         Q    The subject line of this email is blank,

19   16:40:50    but the attachments -- the main attachment is an

20   16:40:53    Excel spreadsheet that says, Attorney list over

21   16:40:57    10,000 in revenue; do you see that?

22   16:41:04         A    Yes.

23   16:41:06         Q    If you go to the next page there is a

24   16:41:08    one-page list of approximately 20 law firms;

25   16:41:10    correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

187

                              S. Abdulrahim Gelardi

1

2    16:41:10         A    Yes.

3    16:41:12         Q    Is it fair to say that this is a list of

4    16:41:16    IME Watchdog customers that provide over 10,000 in

5    16:41:23    revenue to IME Watchdog?

6    16:41:25         A    I have no idea.

7    16:41:27         Q    You made this list using the Excel program

8    16:41:33    while at work at Sterling National Bank, correct?

9    16:41:34         A    I don't know.  I don't think.

10   16:42:15         Q    You made this list from the master list

11   16:42:18    that we reviewed previously, correct?

12   16:42:21         A    No.

13   16:42:25         Q    Where did this list come from?

14   16:42:29         A    I don't recall, but I never made any list.

15   16:42:33         Q    Why did you send this list to Roman

16   16:42:36    Pollak?

17   16:42:38         A    Possibly to -- possibly to ask him if they

18   16:42:41    were his clients as well.

19   16:42:46         Q    When you say his clients, are you stating

20   16:42:48    that Roman Pollak is an attorney?

21   16:42:51         A    No.

22   16:42:52         Q    How -- if Roman Pollak is not an attorney,

23   16:42:56    how would these law firms be his quote/unquote

24   16:43:01    customers as well?

25   16:43:02         A    Roman Pollak worked for a funding company.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

188

1                          S. Abdulrahim Gelardi

2    16:43:06        Q    How did you know Roman Pollak?

3    16:43:09        A    He was a customer at the bank for -- he

4    16:43:13    worked for Greg Elefterakis and he was the main

5    16:43:18    person that came to the bank on behalf of Greg.

6    16:43:29        Q    Why would Roman Pollak come on behalf of

7    16:43:33    Greg to the bank?

8    16:43:35        A    He worked for Greg.

9    16:43:38        Q    Where?

10   16:43:39        A    At Case Cash, the funding company.

11   16:43:52        Q    Where was the funding company located or

12   16:43:55    where was it located at the time in August of '17?

13   16:44:00        A    Manhattan on Eighth Avenue.

14   16:44:03        Q    Did Gregory Elefterakis' company have a

15   16:44:07    bank account with Sterling National Bank?

16   16:44:09        A    They did.

17   16:44:10        Q    Is that how you knew Gregory Elefterakis

18   16:44:13    and Roman Pollak?

19   16:44:14        A    Yes.

20   16:44:16        Q    When you sent this to Roman, what did you

21   16:44:19    say to him and what did he say to you?

22   16:44:22        A    I can't recall the conversation, but -- I

23   16:44:28    wouldn't be able to recall a conversation like that.

24   16:44:33        Q    You stated the funding company is located

25   16:44:35    in Manhattan but you worked in Forest Hills in

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

189

1                          S. Abdulrahim Gelardi

2   16:44:40      Queens, correct?

3   16:44:42          A    Correct.

4   16:44:43          Q    Why would Roman or Greg come to bank with

5   16:44:48      you in Forest Hills?

6   16:44:52          A    I believe, and this is speculation, I

7   16:44:58      believe Roman would visit Gregory's clients all over

8   16:45:01      the place and one of the places I believe he had

9   16:45:04      clients in Forest Hills, but I never asked.

10  16:45:07          Q    This list that says, Attorney list over

11  16:45:16      $10,000 in revenue, did Adam create it and send it

12  16:45:20      to you?

13  16:45:21          A    I don't think so.  I don't know.  Adam

14  16:45:22      sent a bunch of stuff.  I don't know.

15  16:45:24          Q    But you deny you created this list?

16  16:45:27          A    I did not create this list.

17  16:45:40          Q    Did you receive this list in April of 2017

18  16:45:44      together with other documents?

19  16:45:47          A    I don't know.  Possible.  He flooded my

20  16:45:53      emails.

21  16:45:54          Q    To your knowledge, where did this list

22  16:45:56      come from?

23  16:45:59          A    Speculation only, it might have been from

24  16:46:03      Adam.

25  16:46:22          Q    Did you delete all the emails that you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

190

1                          S. Abdulrahim Gelardi

2   16:46:24    received from Adam?

3   16:46:26         A    I don't think so.

4   16:46:29         Q    I will represent to you that the only

5   16:46:31    emails that we have from Adam to you are the ones

6   16:46:35    that you forwarded to your account or elsewhere?

7   16:46:39         A    I deleted nothing.  I delete spam.  I

8   16:46:46    don't delete anything in my inbox.  I have an email

9   16:46:50    that floods with spam.

10  16:47:00         Q    So where are all the emails between you

11  16:47:03    and Adam?

12  16:47:05         A    I'm sure I still have them.

13  16:47:07         MR. KATAEV:  We will call for the

14  16:47:09         production of all emails between the witness

15  16:47:11         and Adam Rosenblatt as well as the emails

16  16:47:15         between the witness and Roman Pollak.

17  16:47:17              (Counsel Request.)

18  16:47:26         MR. KATAEV:  This is 19.

19  16:47:27    (Plaintiff's Exhibit 19, Marked for Identification.)

20  16:47:50              (Witness perusing document.)

21  16:47:50    BY MR. KATAEV:

22  16:48:21         Q    At your Show Cause Hearing on April 4th,

23  16:48:23    and I'm pointing to highlighted portions of your

24  16:48:27    testimony from page 40 thereof from lines four to

25  16:48:30    15, you testified that prior to forming IME

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

191

|     |          | S. Abdulrahim Gelardi                          |
| --- | -------- | ----------------------------------------------- |
| 1   |          | S. Abdulrahim Gelardi                          |
| 2   | 16:48:36 | Companions with Greg Elefterakis, the only     |
| 3   | 16:48:39 | information you presented to him were two invoices; |
| 4   | 16:48:43 | is that right?                                  |
| 5   | 16:48:43 | A    Yes.                                       |
| 6   | 16:48:45 | Q    You did not tell the court then that you  |
| 7   | 16:48:47 | had sent Roman Pollak any information about this |
| 8   | 16:48:51 | business, did you?                              |
| 9   | 16:48:53 | MR. WARNER:  Objection to form.  You can        |
| 10  | 16:48:53 | answer it.                                       |
| 11  | 16:48:55 | A    I don't recall you asking.                 |
| 12  | 16:49:08 | Q    At the time that you first spoke to       |
| 13  | 16:49:09 | Mr. Elefterakis about this business, you presented |
| 14  | 16:49:12 | him with the two invoices and all the other    |
| 15  | 16:49:18 | documents that we have seen, correct?          |
| 16  | 16:49:23 | MR. WARNER:  Objection to form.                 |
| 17  | 16:49:24 | A    No.                                        |
| 18  | 16:49:24 | Q    It's your testimony today that you did not |
| 19  | 16:49:25 | show him the customer list?                      |
| 20  | 16:49:26 | A    I did not.                                  |
| 21  | 16:49:26 | Q    It's your testimony today that you did not |
| 22  | 16:49:28 | show him the profit and loss statements?         |
| 23  | 16:49:33 | A    It's my testimony that I do not recall     |
| 24  | 16:49:35 | showing Greg Elefterakis anything but two invoices. |
| 25  | 16:49:39 | Q    Today or at the Show Cause Hearing?        |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

192

|   |   |   |   |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 16:49:41 | A | Today and at the Show Cause Hearing. |
| 3 | 16:49:43 | Q | At the Show Cause Hearing, your answer as |
| 4 | 16:49:45 | | shown on the screen says, I presented him with two |
| 5 | 16:49:49 | | invoices, Your Honor, and as I recall you were very |
| 6 | 16:49:50 | | emphatic about that. |
| 7 | 16:49:52 | A | Yes. |
| 8 | 16:49:52 | | MR. WARNER:  Objection to form. |
| 9 | 16:49:53 | Q | You didn't say, as you recall, did you? |
| 10 | 16:49:56 | | MR. WARNER:  Objection to form. |
| 11 | 16:49:58 | Q | You can answer. |
| 12 | 16:50:01 | A | What is the question? |
| 13 | 16:50:02 | Q | You didn't say at the Show Cause Hearing |
| 14 | 16:50:04 | | that you recall that, you stated it as a matter of |
| 15 | 16:50:08 | | fact, correct? |
| 16 | 16:50:09 | | MR. WARNER:  Objection to form. |
| 17 | 16:50:11 | Q | You can answer. |
| 18 | 16:50:13 | A | I really don't understand the question. |
| 19 | 16:50:16 | Q | As you sit here today, you're saying, as I |
| 20 | 16:50:19 | | recall I only sent two invoices, but that's not what |
| 21 | 16:50:22 | | you said at the hearing, correct? |
| 22 | 16:50:24 | A | It sounds the same to me. |
| 23 | 16:50:27 | Q | I will represent to you it's not the same. |
| 24 | 16:50:30 | | MR. WARNER:  I'll object to the |
| 25 | 16:50:31 | | representation. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

193

| | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 16:50:32 | Q    Looking at Plaintiff's Exhibit 19, |
| 3 | 16:50:33 | representing to you that this is an October 19, 2017 |
| 4 | 16:50:36 | email from IME Companions by you to |
| 5 | 16:50:41 | Alex.Silva819@gmail.com.  This is similar to the |
| 6 | 16:50:47 | email you sent to Sharee Washington; do you recall |
| 7 | 16:50:51 | sending this email? |
| 8 | 16:50:54 | A    I don't recall, but I'm sure I sent it. |
| 9 | 16:50:57 | Q    You sent this email to Alex Silva because |
| 10 | 16:51:01 | you hired or engaged him or her to observe IMEs, |
| 11 | 16:51:04 | correct? |
| 12 | 16:51:05 | A    Yes. |
| 13 | 16:51:07 | Q    You state in here that, Attached is a |
| 14 | 16:51:08 | basic questionnaire and a sample report, right? |
| 15 | 16:51:13 | A    Okay. |
| 16 | 16:51:14 | Q    You also state in the email to Alex that |
| 17 | 16:51:17 | quote, You can save the sample report as a pdf and |
| 18 | 16:51:21 | just edit it with the new information you gather |
| 19 | 16:51:25 | from your exam, correct? |
| 20 | 16:51:27 | A    That's what it says, yes. |
| 21 | 16:51:28 | Q    You sent that because it's easier to edit |
| 22 | 16:51:30 | this report rather than create a report yourself, |
| 23 | 16:51:35 | right? |
| 24 | 16:51:36 | A    Wrong. |
| 25 | 16:51:55 | Q    Go to the next page of this exhibit. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

194

1          S. Abdulrahim Gelardi

2   16:51:56    There is a form with information to be filled in,

3   16:52:00    correct?

4   16:52:00        A    Yes.

5   16:52:01        Q    Did you create this form or is this

6   16:52:03    something that was copied from IME Watchdog?

7   16:52:09        A    To be honest -- rephrase.

8   16:52:12            I believe Ronald Rosenblatt sent me

9   16:52:19    this form.

10  16:52:20        Q    This specific form that begins with

11  16:52:22    client's name, attorney name, etc?

12  16:52:24        A    Absolutely, correct.  I believe Ronald

13  16:52:25    Rosenblatt sent me this format.

14  16:52:28            MR. KATAEV:  We will call for the

15  16:52:29        production of all the emails from Ronald

16  16:52:31        Rosenblatt and follow up in writing.

17  16:52:33            (Counsel Request.)

18  16:52:33    BY MR. KATAEV:

19  16:52:34        Q    The report that you sent to Alex Silva is

20  16:52:37    the same exact report that you had sent prior to

21  16:52:40    Sharee Washington, correct?

22  16:52:41        A    Correct.

23  16:52:41        Q    It is also the IME Watchdog report,

24  16:52:43    correct?

25  16:52:44        A    Correct.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

195

|   |   |   |   |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 16:52:54 | Q | Did you hire Alex Silva? |
| 3 | 16:52:56 | A | Yes. |
| 4 | 16:52:58 | Q | Did he work at IME Companions? |
| 5 | 16:53:00 | A | Yes. |
| 6 | 16:53:01 | Q | Is he still working there today? |
| 7 | 16:53:02 | A | No. |
| 8 | 16:53:04 | Q | When did he or she stop working there? |
| 9 | 16:53:10 | A | A long time ago.  I don't recall. |
| 10 | 16:53:13 | Q | Has it been years? |
| 11 | 16:53:15 | A | Yes. |
| 12 | 16:53:16 | Q | For all of the Companions that are hired |
| 13 | 16:53:20 | | or engaged by IME Companions, does IME Companions |
| 14 | 16:53:22 | | maintain a list with their names and contact |
| 15 | 16:53:25 | | information? |
| 16 | 16:53:25 | A | We have a list of our Companions, yes. |
| 17 | 16:53:29 | Q | On that list is the first and last name of |
| 18 | 16:53:32 | | each Companion? |
| 19 | 16:53:35 | A | I can make one. |
| 20 | 16:53:36 | Q | I'm asking if one exists. |
| 21 | 16:53:38 | A | No. |
| 22 | 16:53:39 | Q | Do you have any list with every |
| 23 | 16:53:42 | | Companion's phone number? |
| 24 | 16:53:46 | A | No. |
| 25 | 16:53:47 | Q | Do you have a list of every Companion's |

The Little Reporting Company
646.650.5055 | www.littlereporting.com

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

196

1                         S. Abdulrahim Gelardi

2  16:53:49    email address?

3  16:53:51         A    If I have an actual list?

4  16:53:53         Q    Correct.  In your possession as of today,

5  16:53:55    not one that would you make?

6  16:53:59         A    I think -- I believe one previously before

7  16:54:07    QuickBooks.  I believe I did have a list with the

8  16:54:10    Companions and their information.

9  16:54:11         MR. KATAEV:  I'm going to ask that you

10 16:54:12         preserve that list and produce it to us.  We

11 16:54:15         will follow up in writing.

12 16:54:15              (Counsel Request.)

13 16:54:15    BY MR. KATAEV:

14 16:54:16         Q    You said that kept a list up until you got

15 16:54:19    QuickBooks.  Did you start keeping the Companions'

16 16:54:21    contact information in QuickBooks?

17 16:54:23         A    No.

18 16:54:24         Q    Why did you stop keeping the list of

19 16:54:26    Companions after you got QuickBooks?

20 16:54:30         A    I used -- I no longer needed the list.  I

21 16:54:34    knew who was working for me.

22 16:54:47         Q    This report that you sent to Alex Silva

23 16:54:49    you sent it was because it was a good report that

24 16:54:56    you wanted them to emulate, correct?

25 16:54:58         A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

197

| | | | S. Abdulrahim Gelardi |
|---|---|---|---|
| 1 | | | |
| 2 | 16:55:04 | Q | I want you to go please in this exhibit to |
| 3 | 16:55:06 | | Bates-stamped 315 on the bottom right.  This is an |
| 4 | 16:55:15 | | email part of the exhibit dated October 18, 2017 |
| 5 | 16:55:19 | | from you to Vito forwarding an email you received |
| 6 | 16:55:24 | | from Mohammad, and Mohammad is the same as Moe, |
| 7 | 16:55:30 | | correct? |
| 8 | 16:55:31 | A | Yes. |
| 9 | 16:55:31 | Q | That's your brother, correct? |
| 10 | 16:55:33 | A | Yes. |
| 11 | 16:55:34 | Q | Is this the same individual as Omar? |
| 12 | 16:55:36 | A | No. |
| 13 | 16:55:37 | Q | Omar is another brother you have? |
| 14 | 16:55:40 | A | Yes. |
| 15 | 16:55:43 | Q | In this email to Vito you ask him to check |
| 16 | 16:55:47 | | out Moe's report and you state it was good, correct? |
| 17 | 16:55:51 | A | That's what it says, yes. |
| 18 | 16:55:56 | Q | The email that he sent you contained the |
| 19 | 16:55:59 | | attachment on the next page, correct? |
| 20 | 16:56:05 | A | This attachment? |
| 21 | 16:56:06 | Q | Yes, page 316. |
| 22 | 16:56:08 | A | Yes. |
| 23 | 16:56:12 | Q | Is that correct? |
| 24 | 16:56:13 | A | That's what it says. |
| 25 | 16:56:18 | Q | By inference from your email, this report |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

198

1                    S. Abdulrahim Gelardi

2    16:56:21    was edited by Omar, correct?

3    16:56:24         A    No.

4    16:56:26         Q    So when you state to Vito, check out Moe's

5    16:56:29    report, it was good, what do you mean by that?

6    16:56:32         A    Moe is a very talented man and he's very

7    16:56:36    aware of what exams should be.  This might have been

8    16:56:42    an error attachment, it might have been something

9    16:56:45    else, but this is not Moe's report.

10   16:56:48         MR. WARNER:  This referring to the

11   16:56:49         document that follows page 315, correct?

12   16:56:53         THE WITNESS:  Yes.

13   16:57:02         MR. KATAEV:  We are good with this

14   16:57:05         exhibit.

15   16:57:05    (Plaintiff's Exhibit 20, Marked for Identification.)

16   16:57:10    BY MR. KATAEV:

17   16:57:26         Q    I have handed to you, Ms. Gelardi, what

18   16:57:32    has been marked as Plaintiff's Exhibit 20.  I will

19   16:57:35    represent to you that it is another email that Adam

20   16:57:40    sent to you on April 29, 2017.  It contains an

21   16:57:47    attachment.  Do you recognize this document?

22   16:57:51              (Witness perusing document.)

23   16:57:54         A    I did -- I do recognize it.

24   16:57:59         Q    The subject of this email is, Additional

25   16:58:02    breakdown of IMEs, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

                                                              199

1                        S. Abdulrahim Gelardi

2    16:58:03         A    Yes.

3    16:58:04         Q    In the attachment is a lot of information

4    16:58:08    about the total number of IMEs conducted, the number

5    16:58:11    of law firms in every year that IME Watchdog had and

6    16:58:15    so on and so forth, correct?

7    16:58:18         A    Yes.

8    16:58:25         Q    What did you do with this email when you

9    16:58:28    received it?

10   16:58:29         A    I don't recall.  Like I said, Adam flooded

11   16:58:32    my emails.

12   16:58:59         Q    After this email exchange between you and

13   16:59:02    Adam on April 28th and April 29th of '17, when was

14   16:59:07    the first time you had contact with him?

15   16:59:10         A    When we met him at the diner.

16   16:59:17         Q    Is your testimony that you received these

17   16:59:19    emails before you met with him?

18   16:59:22         A    Yes.

19   16:59:24         Q    You deny that you gave him any form of

20   16:59:26    money at the diner?

21   16:59:28         A    Zero.  Completely deny.

22   16:59:31         Q    What is the name of the diner that you met

23   16:59:33    him at?

24   16:59:34         A    The Irish Cottage.

25   16:59:36         Q    That's in Forest Hills, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

200

1                              S. Abdulrahim Gelardi

2    16:59:38          A     Correct.

3    16:59:38          Q     Are you a regular there?

4    16:59:40          A     No.  He chose it.

5    16:59:42          Q     Do you know whether he's a regular there?

6    16:59:47                Where did you sit at the diner?

7    16:59:52          A     Inside.  There was no outside seating.

8    16:59:56          Q     Did you sit close to the entrance or

9    16:59:58     further inside?

10   17:00:02          A     I don't recall the layout.  I don't recall

11   17:00:04     the layout.

12   17:00:05          Q     Is it a large establishment?

13   17:00:08          A     I think I have only been there once or

14   17:00:11     twice.  I don't recall.

15   17:00:12          Q     Besides Adam, who else was there?

16   17:00:16          A     There was Jamal, there was two Spanish

17   17:00:21     guys, I don't recall their names.  There was Julie,

18   17:00:26     his girlfriend, there were someone -- there was

19   17:00:32     Gabby.  It was about a bunch of eight or nine -- at

20   17:00:36     least eight or nine people.

21   17:00:38          Q     You were there with Vito?

22   17:00:40          A     Yes.

23   17:00:42          Q     How much time passed between the time you

24   17:00:45     got the emails and the meeting?

25   17:00:48          A     I don't remember.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

201

S. Abdulrahim Gelardi

1

2    17:00:52        Q     Was it a week, was it a month?

3    17:00:57        A     It was definitely more than that, but I

4    17:01:00     don't remember.  It was the constant hounding, the

5    17:01:07     reason we met with him.  You can laugh but it's

6    17:01:13     true.

7    17:01:13        Q     Why did you meet with Adam after you

8    17:01:16     received these emails?

9    17:01:18        A     Because he was very adamant, his father

10   17:01:24     was very adamant, they kept calling, they kept

11   17:01:28     harassing, oh my God, it was -- they're a lot.

12   17:01:32        Q     Was it more than two months between the

13   17:01:35     time you got the emails in late April of '17 until

14   17:01:40     you met with Adam at the diner?

15   17:01:42        A     It was some time.  It definitely wasn't a

16   17:01:46     week or two.

17   17:01:48        Q     You don't know if it was more than two

18   17:01:50     months?

19   17:01:53        A     I don't recall.

20   17:01:54        Q     Who paid for the food at the diner?

21   17:01:57        A     We did.

22   17:01:58        Q     How did you pay for it?

23   17:02:01        A     Vito paid.

24   17:02:02        Q     Did he pay in cash or card?

25   17:02:04        A     I don't think we ever carry cash.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

202

S. Abdulrahim Gelardi

1

2    17:02:07        Q    It was definitely a credit card?

3    17:02:10        A    More than likely.

4    17:02:11        Q    More than likely you used a IME Companions

5    17:02:15    business card?

6    17:02:16        A    No.  IME Companions wasn't formed.

7    17:02:23        Q    You would have had to have used a personal

8    17:02:25    card or another business card, correct?

9    17:02:28        A    I don't think we have any other business

10    17:02:28    cards.

11    17:02:28            MR. KATAEV:  We are going to call for the

12    17:02:30            production of appropriately redacted credit

13    17:02:34            card statements for the time period of

14    17:02:36            April 2017 through July of 2017 to ascertain

15    17:02:42            the exact date that the meeting at the diner

16    17:02:43            happened.

17    17:02:47                (Counsel Request.)

18    17:02:47    BY MR. KATAEV:

19    17:03:00        Q    Why did you feel it was incumbent upon you

20    17:03:04    to meet with Adam if you felt like he was annoying

21    17:03:06    you?

22    17:03:08            MR. WARNER:  Objection to form.  You can

23    17:03:08            answer.

24    17:03:16        A    Why did I feel the need to meet with Adam

25    17:03:19    although I thought he was annoying; is that your

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

203

1                          S. Abdulrahim Gelardi

2   17:03:22    question?

3   17:03:23         Q    Yes.

4   17:03:26         A    To give him a chance to speak, to hear

5   17:03:34    what he had to say.

6   17:03:37         Q    Why didn't you want to give him a chance

7   17:03:39    to speak?

8   17:03:42         A    Because we were working with his father.

9   17:03:44    We were busy, we weren't interested in starting

10  17:03:49    another business.

11  17:03:54              MR. KATAEV:  Let's mark this as 21.

12  17:04:25              MR. WARNER:  Off the record.

13  17:04:34              THE VIDEOGRAPHER:  The time is 5:04 p.m.

14  17:04:38         We are going off the record.

15  17:04:42    (Whereupon, an off-the-record discussion was held.)

16  17:05:50              THE VIDEOGRAPHER:  The time is 5:05 p.m.

17  17:05:51         We are on the record.

18  17:06:03    BY MR. KATAEV:

19  17:06:04         Q    We were drawing the prior exhibit marked

20  17:06:07    21.  We will mark a different exhibit with that

21  17:06:12    number.

22  17:06:13              Before I get to the next exhibit, you

23  17:06:15    testified you were not interested in starting

24  17:06:16    another business at the time you met with Adam.  If

25  17:06:19    that's the case, why did you incorporate V&S

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

204

|    |          | S. Abdulrahim Gelardi |
|----|----------|-----------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 17:06:24 | Holdings? |
| 3  | 17:06:25 | A  V&S Holdings was for our real estate |
| 4  | 17:06:27 | company. |
| 5  | 17:06:28 | Q  If that's the case, why didn't you also |
| 6  | 17:06:30 | incorporate Med Mal USA? |
| 7  | 17:06:33 | A  Med Mal was the business that were working |
| 8  | 17:06:35 | with his father on. |
| 9  | 17:06:38 | Q  If that's the case, then why did you also |
| 10 | 17:06:39 | incorporate IME Guarddog on the same day? |
| 11 | 17:06:44 | A  We did not incorporate IME Guarddog. |
| 12 | 17:06:47 | Q  Did you list Adam Rosenblatt as the |
| 13 | 17:06:50 | incorporator to have some plausible deniability |
| 14 | 17:06:53 | about IME Guarddog? |
| 15 | 17:06:56 | A  No. |
| 16 | 17:06:58 | MR. KATAEV:  Let's mark this as 21. |
| 17 | 17:07:02 | (Plaintiff's Exhibit 21, Marked for Identification.) |
| 18 | 17:07:18 | (Witness perusing document.) |
| 19 | 17:07:18 | BY MR. KATAEV: |
| 20 | 17:07:30 | Q  Before I get into introducing the exhibit, |
| 21 | 17:07:32 | generally speaking, all the emails that I have shown |
| 22 | 17:07:35 | you today have been either sent by you or received |
| 23 | 17:07:38 | by you in the ordinary course of business, correct? |
| 24 | 17:07:43 | A  Okay, yes. |
| 25 | 17:07:44 | Q  You don't deny that you specifically sent |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

205

S. Abdulrahim Gelardi

1

2  17:07:48      or received any of these emails, correct?

3  17:07:51           A    Correct.

4  17:07:53           Q    With respect to Plaintiff's Exhibit 21, I

5  17:07:55      will represent to you it's another April 29, 2017

6  17:08:01      email from Adam to you and it contains an attachment

7  17:08:09      titled, Sales by client 2016.

8  17:08:12               Do you recognize this document?

9  17:08:14           A    Yes.

10 17:08:14           Q    In this document -- in this email, Adam

11 17:08:18      says to you, Attached please find sales by client

12 17:08:21      for 2016.  Many of the clients prepay for IMEs on

13 17:08:26      the first of the month.  Subin Associates gets an,

14 17:08:32      it says and, but he means an, a-n, 80 pack $7,960.

15 17:08:37      Cherny gets a 40 pack, $3,960, Cherny, C-h-e-r-n-y.

16 17:08:45      A number of other firms get smaller packs.  On day

17 17:08:49      one I could bring in money.  Adam.

18 17:09:00               Subin Associates is the first

19 17:09:01      customer that you obtained when you opened up IME

20 17:09:05      Companions, correct?

21 17:09:07           A    No.

22 17:09:07           Q    Which customer was the first one you

23 17:09:09      obtained when you opened up IME Companions?

24 17:09:14           A    We obtained Liakas Law and Elefterakis,

25 17:09:28      Elefterakis & Panek first.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

206

S. Abdulrahim Gelardi

1

2    17:09:30         Q    Subin was the third customer that you

3    17:09:32    obtained, correct?

4    17:09:34         A    I want to say, I'm not sure.  I'm not

5    17:09:36    sure.

6    17:09:41         Q    The law firm Elefterakis, Elefterakis &

7    17:09:43    Panek has a familial relationship with Gregory

8    17:09:49    Elefterakis, correct?

9    17:09:51         A    Yes.

10   17:09:52         Q    What is the nature of that relationship?

11   17:09:57         A    I believe Greg Elefterakis is the uncle of

12   17:09:59    the Elefterakis'.

13   17:10:03         Q    And Liakas?

14   17:10:06         A    And Liakas.

15   17:10:12         Q    When you first formed -- withdrawn.

16   17:10:17              When you were in the process of

17   17:10:19    beginning the IME observer business, did you have

18   17:10:23    any meetings with Nicholas Elefterakis?

19   17:10:26         A    No.

20   17:10:27         Q    Same question for Nicholas Liakis?

21   17:10:31         A    No personal meetings.

22   17:10:32              MR. KATAEV:  L-i-a-k-a-s.

23   17:10:37         Q    Did you have any phonecalls with either of

24   17:10:40    the two?

25   17:10:40         A    I had one phonecall, yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

207

1                           S. Abdulrahim Gelardi

2    17:10:43        Q    With which one of them?

3    17:10:45        A    Nick Elefterakis.

4    17:10:47        Q    What did you say to him and what did he

5    17:10:48    say to you?

6    17:10:48        A    It was a conference call between Nick,

7    17:10:53    Roman, I want to say Anthony, I'm not sure if

8    17:10:59    Anthony was there, Anthony Bridda, and myself and

9    17:11:03    Nick was on the call.

10   17:11:04        Q    Was Vito present?

11   17:11:05        A    No.

12   17:11:06        Q    What was the conversation that was held

13   17:11:09    between all of you?

14   17:11:11        A    Roman made the call, he introduced me to

15   17:11:13    Nick and he said, you know, Gregory was starting --

16   17:11:18    he was telling Nick -- obviously Greg had already

17   17:11:23    notified Nick that he was starting his own IME

18   17:11:27    service and we -- Roman just wanted to get any

19   17:11:32    questions or concerns that Nick may have on using

20   17:11:37    Gregory -- IME Companions, what we formed with

21   17:11:40    Gregory.

22   17:11:43        Q    It's fair to say that Subin was the first

23   17:11:46    customer you obtained outside of family connections

24   17:11:50    to Gregory Elefterakis, correct?

25   17:11:55        A    I don't think so.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

208

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 17:12:13      Q    Looking at the next four pages of this |
| 3 | 17:12:16    exhibit, it says on the top left that this 2016 |
| 4 | 17:12:24    sales by customer summary was created on April 29, |
| 5 | 17:12:29    2017 at 5:54 p.m., correct? |
| 6 | 17:12:33      A    Yes. |
| 7 | 17:12:38      Q    Based on this list, you were able to tell |
| 8 | 17:12:41    which customers provided the most revenue to IME |
| 9 | 17:12:48    Watchdog, correct? |
| 10 | 17:12:50      A    Yes. |
| 11 | 17:12:54      Q    If you go to the fourth page of the actual |
| 12 | 17:12:59    exhibit, Bates-stamped 219, Subin Associates |
| 13 | 17:13:04    generated $131,645 of revenue to IME Watchdog, |
| 14 | 17:13:15    correct? |
| 15 | 17:13:16      A    Yes. |
| 16 | 17:13:17      Q    Most of the law firms listed here are |
| 17 | 17:13:20    somewhere in the high three figures, low four |
| 18 | 17:13:23    figures in terms of revenue, correct? |
| 19 | 17:13:26      A    Yes. |
| 20 | 17:13:43      Q    Would it be fair to say that approximately |
| 21 | 17:13:46    20 percent of IME Watchdog's business was generated |
| 22 | 17:13:50    by Subin? |
| 23 | 17:13:53          MR. WARNER:  Objection to form. |
| 24 | 17:13:54      A    I have no idea. |
| 25 | 17:13:57          MR. WARNER:  It wouldn't be fair to say. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

209

S. Abdulrahim Gelardi

1

2    17:13:58    If you do math, Emanuel, a lot less than

3    17:14:03    20 percent.  Less than 15 percent, if you can

4    17:14:12    do math.

5    17:14:22        MR. KATAEV:  Let the document speak for

6    17:14:24    itself.

7    17:14:25        MR. WARNER:  Sure.  You divide 131 by 957

8    17:14:29    and you get a quick, off-the-hand maybe

9    17:14:32    14 percent.

10   17:14:35        MR. KATAEV:  I've always wanted to do this

11   17:14:35    in a deposition.  Hey Siri, what is $131,000

12   17:14:39    divided by $957,000?

13   17:14:40        It didn't work.

14   17:14:40        MR. WARNER:  She won't talk.

15   17:14:59        MR. KATAEV:  Anything else on this?  Let's

16   17:15:05    go to 22.

17   17:15:06    (Plaintiff's Exhibit 22, Marked for Identification.)

18   17:15:31        (Witness perusing document.)

19   17:15:31    BY MR. KATAEV:

20   17:15:40        Q    Ms. Gelardi, I have handed to you

21   17:15:42    Plaintiff's Exhibit 22, which I will represent to

22   17:15:49    you is a May 1st, 2017 email from Adam to you with

23   17:15:54    the subject, Needed.  Are you familiar with this

24   17:15:58    email?

25   17:16:02        A    Vaguely.  Not really.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

210

|  | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 17:16:04        Q    In this email, Adam provides you with a |
| 3 | 17:16:08     list of items that you need to run an IME observer |
| 4 | 17:16:12     business, correct? |
| 5 | 17:16:21        A    Um, it looks like he -- more diarrhea of |
| 6 | 17:16:25     the email to me. |
| 7 | 17:16:27        Q    After you received this email in May of |
| 8 | 17:16:31     '17, did you go about obtaining these items? |
| 9 | 17:16:38        A    No, I did not. |
| 10 | 17:16:40        Q    In the IME Companions office today, are |
| 11 | 17:16:44     there two large white boards with markers? |
| 12 | 17:16:48        A    No, there is not. |
| 13 | 17:17:03        Q    In between the April 28th and April 29th |
| 14 | 17:17:06     emails from 2017 and this email, did you speak with |
| 15 | 17:17:10     Adam? |
| 16 | 17:17:11        A    No. |
| 17 | 17:17:11           MR. KATAEV:  23. |
| 18 | 17:17:30     (Plaintiff's Exhibit 23, Marked for Identification.) |
| 19 | 17:17:51           (Witness perusing document.) |
| 20 | 17:17:51     BY MR. KATAEV: |
| 21 | 17:18:33        Q    I have presented to you Plaintiff's 23, |
| 22 | 17:18:37     which I will represent to you is a May 3, 2017 email |
| 23 | 17:18:41     also from Adam to you with the subject, What the |
| 24 | 17:18:44     invoice looks like and two attachments. |
| 25 | 17:18:47           Do you recall receiving this email? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

211

1                          S. Abdulrahim Gelardi

2   17:18:48        A    Yes.

3   17:18:53        Q    Was this email prompted by you asking him

4   17:18:57   for a copy of this information?

5   17:18:59        A    No.

6   17:19:00        Q    So it's your testimony that Adam was

7   17:19:03   randomly sending you emails from April 28th through

8   17:19:09   May 3rd with information?

9   17:19:10        A    Absolutely, yes.

10  17:19:11             MR. WARNER:  Objection to form.

11  17:19:18        Q    In this email, there are two attachments

12  17:19:21   and each of them is a one-page invoice, correct?

13  17:19:24        A    Yes.

14  17:19:26        Q    Both of them are to Elefterakis,

15  17:19:27   Elefterakis & Panek, correct?

16  17:19:30        A    Yes.

17  17:19:34        Q    This is how you first learned that the

18  17:19:37   Elefterakises were involved with IME Watchdog,

19  17:19:41   correct?

20  17:19:46        A    It piqued my interest that they had the

21  17:19:49   same name as Greg.

22  17:19:52        Q    That's what prompted you to contact Greg,

23  17:19:54   correct?

24  17:19:55        A    Yes.

25  17:20:41        Q    Now in terms of -- I want to pin down the

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

212

1                    S. Abdulrahim Gelardi

2   17:20:47    testimony and be 100 percent accurate.

3   17:20:50            Your testimony is that --

4   17:20:52            MR. WARNER:  Objection to form.  You can

5   17:20:52        answer.

6   17:20:54        Q    Your testimony is that you did not speak

7   17:20:58    with Adam at any point in time between the first

8   17:21:03    time you met him with Ron Rosenblatt and some point

9   17:21:07    after, potentially two months after these April 28

10  17:21:14    through May 3rd emails, correct?

11  17:21:16            MR. WARNER:  I'm sorry, Madame Reporter, I

12  17:21:16        didn't hear the answer.

13  17:21:16            MR. KATAEV:  Let's read it back and then

14  17:21:16        if necessary I will rephrase it.

15  17:21:52    (Whereupon, the referred to question was read back

16  17:21:52               by the reporter.)

17  17:21:52    BY MR. KATAEV:

18  17:21:56        Q    In other words, I will break it down.  You

19  17:21:57    testified about a meeting you had with Adam and Ron.

20  17:22:00    You also testified --

21  17:22:02        A    Not a meeting, an introduction.

22  17:22:04        Q    An introduction.  You testified about a

23  17:22:06    meeting that you had with Adam and other IME

24  17:22:07    Watchdog individuals at a diner?

25  17:22:12        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

213

|       |          |                                                        |
|-------|----------|--------------------------------------------------------|
| 1     |          | S. Abdulrahim Gelardi                                  |
| 2     | 17:22:12 | Q     Your testimony today is that in between          |
| 3     | 17:22:15 | those two meetings, even though there is emails from   |
| 4     | 17:22:18 | April 28th through May 3rd, you did not have any       |
| 5     | 17:22:23 | meetings or communications with Adam other than        |
| 6     | 17:22:26 | those emails?                                          |
| 7     | 17:22:28 | A     That's correct, to my knowledge, the best        |
| 8     | 17:22:29 | to my knowledge.                                       |
| 9     | 17:22:33 | MR. KATAEV:  This is 24.                               |
| 10    | 17:22:34 | (Plaintiff's Exhibit 24, Marked for Identification.)   |
| 11    | 17:22:52 | (Witness perusing document.)                           |
| 12    | 17:22:52 | BY MR. KATAEV:                                         |
| 13    | 17:23:20 | Q     I presented to you Plaintiff's Exhibit 24,       |
| 14    | 17:23:22 | which I will represent to you is a May 3, 2017 email   |
| 15    | 17:23:26 | from Adam to you and an individual named Yaniv,        |
| 16    | 17:23:30 | Y-a-n-i-v at Luminasystems.com with the subject,       |
| 17    | 17:23:36 | Website concept, correct?                              |
| 18    | 17:23:38 | A     Yes.                                             |
| 19    | 17:23:41 | Q     You're familiar with this email?                 |
| 20    | 17:23:44 | A     Vaguely.                                         |
| 21    | 17:23:47 | Q     In this email Adam says to Yaniv and you         |
| 22    | 17:23:50 | that it was a pleasure meeting Yaniv today; do you     |
| 23    | 17:23:55 | see that?                                              |
| 24    | 17:23:56 | A     Yes.                                             |
| 25    | 17:23:58 | Q     Do you recall meeting with Adam and Yaniv        |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

214

1                          S. Abdulrahim Gelardi

2  17:24:00      about the website for a competing company?

3  17:24:03          A    No.

4  17:24:05          Q    Do you recall that you discussed needing a

5  17:24:07      website for IME Guarddog?

6  17:24:11          A    No.

7  17:24:11          Q    Do you still deny that you formed IME

8  17:24:14      Guarddog the following day?

9  17:24:16          A    Yes, I totally deny it.

10 17:24:20          Q    In this email, it says that the website

11 17:24:22      that's going to be made for IME Guarddog is going to

12 17:24:25      have a, "Significant amount of content to be taken

13 17:24:29      from IME Watchdog."  Do you see that?

14 17:24:32          A    Yes.

15 17:24:32          Q    Is this conduct with respect to the

16 17:24:38      website basically the conduct that you engaged in

17 17:24:42      with the rest of the formation of IME Companions?

18 17:24:48              MR. WARNER:  Objection to form.  You can

19 17:24:51          answer?

20 17:24:52          A    I don't understand.

21 17:24:53          Q    Is what you did with the website taking

22 17:24:56      IME's content and using it for a competing website

23 17:25:01      the same thing that you did to form Companions?

24 17:25:05          A    I still don't understand the question.

25 17:25:08          Q    In other words, to create the website you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

215

1                          S. Abdulrahim Gelardi

2  17:25:10      used the content of IME Watchdog, correct?

3  17:25:13          A    No.

4  17:25:13          Q    It says in this email that Adam wrote that

5  17:25:16      you discussed taking a significant amount of content

6  17:25:18      to be taken from the IME Watchdog website.

7  17:25:22          A    It looks like he discussed that with

8  17:25:24      Yaniv.

9  17:25:25          Q    Are you denying that you were present at

10 17:25:26      the meeting?

11 17:25:27          A    I was not at this meeting.

12 17:25:29          Q    Were you participating in this meeting by

13 17:25:31      phone?

14 17:25:32          A    No.

15 17:25:32          Q    Did you participate in this meeting in any

16 17:25:35      way?

17 17:25:36          A    No.

18 17:25:39              MR. KATAEV:   25.

19 17:26:05      (Plaintiff's Exhibit 25, Marked for Identification.)

20 17:26:06      BY MR. KATAEV:

21 17:26:18          Q    With respect to the immediately preceding

22 17:26:20      Exhibit 24, why were you copied on the email with

23 17:26:25      Adam and Yaniv?

24 17:26:28          A    I think that's a question for Adam.  I

25 17:26:38      don't know.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

216

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 17:26:39 | Q    I have given you a document marked as |
| 3 | 17:26:46 | Plaintiff's Exhibit 25.  It's a -- I will represent |
| 4 | 17:26:50 | to you it's an email dated June 23rd, 2017 from Adam |
| 5 | 17:26:56 | to you and he's forwarding to you an email he |
| 6 | 17:27:01 | received from Yaniv with a proposal to create the |
| 7 | 17:27:07 | website; do you see that? |
| 8 | 17:27:09 | A    Yes. |
| 9 | 17:27:09 | Q    This Yaniv is the same person you used for |
| 10 | 17:27:12 | Med Mal's website, right? |
| 11 | 17:27:14 | A    Yes. |
| 12 | 17:27:17 | Q    Did you open this email when you received |
| 13 | 17:27:19 | it on June 23rd? |
| 14 | 17:27:22 | A    I don't recall. |
| 15 | 17:27:22 | Q    Did the email contain an agreement to be |
| 16 | 17:27:29 | signed electronically? |
| 17 | 17:27:31 | A    I don't recall. |
| 18 | 17:27:32 | Q    Do you recall signing an electronic |
| 19 | 17:27:37 | agreement to have Lumina Systems create the website |
| 20 | 17:27:41 | for you for IME Guarddog? |
| 21 | 17:27:45 | A    No, I don't recall. |
| 22 | 17:27:46 | MR. KATAEV:  I'm going to call for the |
| 23 | 17:27:47 | production of all emails and test messages with |
| 24 | 17:27:49 | Lumina Systems.  We will follow up in writing. |
| 25 | 17:27:52 | (Counsel Request.) |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

217

| | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 17:27:52    BY MR. KATAEV: |
| 3 | 17:27:53         Q    Is it fair to say that based on these |
| 4 | 17:28:01    emails you were working with Lumina and Yaniv at the |
| 5 | 17:28:04    time? |
| 6 | 17:28:08         A    I believe we were still working together |
| 7 | 17:28:10    on Med Mal, yes. |
| 8 | 17:28:13         Q    Go to 262 from this exhibit.  It's about |
| 9 | 17:28:18    the fourth page in. |
| 10 | 17:28:19         A    Um-hum. |
| 11 | 17:28:22         Q    This is an email exchange between you, |
| 12 | 17:28:24    Adam and Yaniv on the same subject, correct? |
| 13 | 17:28:27              MR. WARNER:  Objection.  It's several |
| 14 | 17:28:27              emails it looks to me. |
| 15 | 17:28:34         Q    Looking at the bottom for the email that |
| 16 | 17:28:36    was sent at 8:18 by Adam, Adam notifies Yaniv that |
| 17 | 17:28:41    there is going to be a changed name and now it's |
| 18 | 17:28:43    going to be IME Sentinel; do you see that? |
| 19 | 17:28:47         A    Yes. |
| 20 | 17:28:48         Q    Who decided to change -- |
| 21 | 17:28:49              MR. WARNER:  I'm sorry.  Are you looking |
| 22 | 17:28:51              at 263? |
| 23 | 17:28:53              MR. KATAEV:  Two. |
| 24 | 17:28:58              MR. WARNER:  I apologize. |
| 25 | |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

218

1                        S. Abdulrahim Gelardi

2    17:28:58    BY MR. KATAEV:

3    17:29:00        Q    Whose decision was it to change the name

4    17:29:02    from IME Guarddog to IME Sentinel?

5    17:29:06        A    Looks like Adam.

6    17:29:07        Q    You did not participate in this decision?

7    17:29:10        A    No.

8    17:29:10        Q    He just copied you on that email, correct?

9    17:29:13        A    Yes.

10   17:29:17        Q    Two days later, Yaniv confirms and says he

11   17:29:22    will update the proposal, correct?

12   17:29:24        A    Yes.

13   17:29:25        Q    On the same day you ask him to send the

14   17:29:28    proposal because you can't find the breakdown for

15   17:29:31    the cost, correct?

16   17:29:33        A    Yes.

17   17:29:33        Q    You asked him for that because you were

18   17:29:35    going to be the person responsible in terms of

19   17:29:37    financing the website, correct?

20   17:29:39        A    No.  I wanted to see a breakdown.

21   17:29:44        Q    I have a general question and I hope you

22   17:29:46    don't take offense to it.  Do you have any problems

23   17:29:49    with your memory?

24   17:29:51        A    Sometimes, I mean, lately.

25   17:29:54        Q    Did you suffer any injury or hit your head

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

219

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 17:29:56 | in any way that would affect your ability to |
| 3 | 17:29:58 | remember things? |
| 4 | 17:29:59 | A    No. |
| 5 | 17:30:00 | Q    Have you ever been involved in some sort |
| 6 | 17:30:02 | of accident or anything like that? |
| 7 | 17:30:04 | A    No. |
| 8 | 17:30:05 | Q    Do you suffer from any mental condition |
| 9 | 17:30:08 | concerning your memory? |
| 10 | 17:30:09 | A    No. |
| 11 | 17:30:09 | Q    Have you ever been diagnosed with anything |
| 12 | 17:30:11 | related to your memory? |
| 13 | 17:30:13 | A    No. |
| 14 | 17:30:14 | Q    Did you ever visit a doctor about your |
| 15 | 17:30:15 | memory? |
| 16 | 17:30:16 | A    No. |
| 17 | 17:30:16 | Q    You don't have a neurologist, correct? |
| 18 | 17:30:18 | A    No. |
| 19 | 17:30:22 | MR. KATAEV:  Let's take a break.  We will |
| 20 | 17:30:25 | go off the record. |
| 21 | 17:30:27 | THE VIDEOGRAPHER:  The time is 5:30 p.m. |
| 22 | 17:30:28 | We are going off the record. |
| 23 | 17:30:34 | (Whereupon, a short recess was taken.) |
| 24 | 17:40:04 | THE VIDEOGRAPHER:  The time is 5:40.  We |
| 25 | 17:40:11 | are back on the record. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

220

1                              S. Abdulrahim Gelardi

2    17:40:15          MR. SHALIT:  This is Leo Shalit.  I'm

3    17:40:17          counsel to Third-party Defendant Carlos Roa.

4    17:40:20          There has been an off-the-record conversation

5    17:40:22          between the parties.  Unfortunately, I have to

6    17:40:24          physically leave this deposition, but I will be

7    17:40:27          continuing to join it electronically.  I have

8    17:40:29          logged in with the Teams application and my

9    17:40:33          client consents to the foregoing.

10   17:40:38          THE VIDEOGRAPHER:  The time is 5:40 p.m.

11   17:40:39          We are going off the record.

12   17:40:46   (Whereupon, an off-the-record discussion was held.)

13   17:42:37          THE VIDEOGRAPHER:  The time is 5:42 p.m.

14   17:42:40          We are back on the record.

15   17:42:45   BY MR. KATAEV:

16   17:42:48          Q    Ms. Gelardi, we are back on the record

17   17:42:55   following another break, and I want to represent to

18   17:43:00   you that my colleague here at my firm noticed that

19   17:43:05   there has been exchange of test messages between

20   17:43:07   yourself and your husband during the deposition.

21   17:43:11               To the extent that that happened, we

22   17:43:14   are going to call for the production of those text

23   17:43:17   messages.  While there is a marital privilege, we

24   17:43:19   submit that the marital privilege does not apply

25   17:43:22   while you're in a live deposition.  We'll deal with

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

221

|    |          | S. Abdulrahim Gelardi |
|----|----------|-----------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 17:43:26 | that with your attorneys after, no need to respond |
| 3  | 17:43:28 | to anything, but I'm putting that on the record. |
| 4  | 17:43:32 | Before I get into more exhibits, we |
| 5  | 17:43:39 | are asking you first to preserve those text |
| 6  | 17:43:40 | messages.  Please do not delete any.  We will deal |
| 7  | 17:43:48 | with it after.  Please preserve them. |
| 8  | 17:43:49 | I also have some other general |
| 9  | 17:43:53 | questions for you.  In the course of performing your |
| 10 | 17:43:58 | duties and IME Companions, are you familiar with |
| 11 | 17:44:02 | what an SLR test is? |
| 12 | 17:44:06 | A    No. |
| 13 | 17:44:07 | Q    Do you know what the acronym SLR stands |
| 14 | 17:44:10 | for? |
| 15 | 17:44:11 | A    No. |
| 16 | 17:44:17 | Q    Do you know how an SLR test is performed? |
| 17 | 17:44:20 | A    No. |
| 18 | 17:44:21 | Q    Do you know -- if I told you that an SLR |
| 19 | 17:44:25 | test refers to a straight leg raise, does that |
| 20 | 17:44:30 | refresh your recollection as to what a SLR test is? |
| 21 | 17:44:33 | A    Straight leg raise, you said? |
| 22 | 17:44:36 | Q    Yes.  Do you know what a straight leg |
| 23 | 17:44:41 | raise tests for? |
| 24 | 17:44:43 | A    No. |
| 25 | 17:44:44 | Q    Same question for Hawkins test, are you |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

222

1                        S. Abdulrahim Gelardi

2    17:44:47      familiar with that term?

3    17:44:48           A    No.

4    17:44:49           Q    Hawkins is H-a-w-k-i-n-s.  Same question

5    17:44:53      for a Neers test, N-e-e-r test, do you know what

6    17:44:59      that is used for?

7    17:45:01           A    No.

8    17:45:01           Q    Same question for Spurlings test.

9    17:45:03      S-p-u-r-l-i-n-g-s.

10   17:45:08           A    No.

11   17:45:09           Q    Are you familiar with what the following

12   17:45:11      device is, it's call an ophthalmoscope?

13   17:45:13      O-p-t-h-a-l-m-a-s-c-o-p-e.

14   17:45:22           A    No.

15   17:45:23           Q    What about a goniometer?

16   17:45:24      G-o-n-i-o-m-e-t-e-r.

17   17:45:30           A    I'm familiar with that one.

18   17:45:32           Q    Can you repeat that?

19   17:45:35           A    I am familiar with the goniometer.

20   17:45:38           Q    What is that?

21   17:45:39           A    It's a tool that physicians use to find

22   17:45:45      out the range of motion.

23   17:45:47           Q    Of?

24   17:45:48           A    Of whatever they're examining, whatever

25   17:45:52      joint.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

223

1                           S. Abdulrahim Gelardi

2    17:45:55        Q    Okay.  When did you first learn about this

3    17:45:58    particular tool?

4    17:46:00        A    I learned about it during an IME exam.

5    17:46:04        Q    Was that an IME exam that you observed?

6    17:46:08        A    Yes.

7    17:46:08        Q    Initially when you first started IME

8    17:46:12    Companions, you observed many IMEs?

9    17:46:14        A    I did.

10   17:46:15        Q    Currently in running your business, do you

11   17:46:17    still observe any IMEs?

12   17:46:19        A    No.

13   17:46:23        Q    Do you have any knowledge about what the

14   17:46:25    McDonald test is?

15   17:46:27        A    No.

16   17:46:29        Q    Are you familiar with the difference

17   17:46:29    between internal and external rotations?

18   17:46:34        A    Yes.

19   17:46:35        Q    Can you describe them to me in laymen's

20   17:46:37    terms?

21   17:46:39        A    In laymen's term, the internal rotation is

22   17:46:43    when you take the body part and you rotate it

23   17:46:46    internally and same thing with external.

24   17:46:49        Q    The converse?

25   17:46:50        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

224

1                           S. Abdulrahim Gelardi

2   17:46:51        Q     You similarly learned that in the process

3   17:46:55   of working and building IME Companions, correct?

4   17:46:59        A     Correct.

5   17:46:59        Q     Working at and building IME Companions,

6   17:47:01   correct?

7   17:47:02        A     Yes.

8   17:47:03        Q     Are you familiar with the difference

9   17:47:04   between a flexion and an extension?

10  17:47:09        A     No.

11  17:47:10        Q     Are you familiar with the difference

12  17:47:11   between abduction versus adduction?

13  17:47:15        A     No.

14  17:47:18        Q     Similar questions:  What about Hoffman's

15  17:47:19   sign, H-o-f-f-m-a-n's sign, are you familiar with

16  17:47:27   what that is?

17  17:47:29        A     No.

18  17:47:36        Q     With respect to the items that you did

19  17:47:38   have knowledge about, you learned about that after

20  17:47:41   forming Companions, correct?

21  17:47:44        A     Correct.

22  17:48:12             MR. KATAEV:  Let's have this marked as 26.

23  17:48:15   (Plaintiff's Exhibit 26, Marked for Identification.)

24  17:48:49             (Witness perusing document.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

225

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 17:48:49 | BY MR. KATAEV: |
| 3  | 17:48:55 | Q    I have handed to you Plaintiff's |
| 4  | 17:48:56 | Exhibit 26, which I will represent to you are emails |
| 5  | 17:49:01 | that Adam Rosenblatt received from Capital One's |
| 6  | 17:49:04 | banking system to Adam himself, and each of these |
| 7  | 17:49:11 | documents contains information about money sent via |
| 8  | 17:49:16 | Zelle either from IME Companions, LLC or I believe |
| 9  | 17:49:24 | you personally.  Do you recognize these documents? |
| 10 | 17:49:28 | A    Yes. |
| 11 | 17:49:29 | Q    Do you recall answering questions about |
| 12 | 17:49:31 | these documents at the Show Cause Hearing? |
| 13 | 17:49:33 | A    Yes. |
| 14 | 17:49:35 | Q    My question is with respect to the first |
| 15 | 17:49:37 | page.  Why is it that you sent Adam $100 on |
| 16 | 17:49:42 | October 8, 2018? |
| 17 | 17:49:50 | A    I sent Adam the Zelle for the use of one |
| 18 | 17:49:58 | of his Watchdogs. |
| 19 | 17:50:03 | Q    Which Watchdog was that? |
| 20 | 17:50:09 | A    I don't recall.  I don't know.  I used his |
| 21 | 17:50:12 | Watchdog interpreters at times and this is the |
| 22 | 17:50:16 | payment for their service. |
| 23 | 17:50:20 | Q    Did you pay Adam for the use of that |
| 24 | 17:50:22 | Watchdog on the same day that the Watchdog was used? |
| 25 | 17:50:27 | A    Yes.  No, I'm sorry.  I retract that |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

226

1                           S. Abdulrahim Gelardi

2    17:50:32     statement.  I heard you wrong.

3    17:50:34              No, I did not pay him on the same day

4    17:50:37     it was used.

5    17:50:38        Q    How would it work?

6    17:50:40        A    At the end of the month.

7    17:50:42        Q    This payment --

8    17:50:43        A    Or the beginning of the month.

9    17:50:45        Q    Which one it is?

10   17:50:46        A    It could be either one.  At the end of the

11   17:50:50     month, he would tally how many Watchdog interpreters

12   17:50:53     he allowed me -- he referred to me and I would make

13   17:50:57     payment for their services.

14   17:51:00        Q    And why is that you did not Zelle Daniella

15   17:51:05     or IME Watchdog money for the use of its Watchdog?

16   17:51:12        A    Adam didn't give me any other options.

17   17:51:16        Q    Is this something that you would do often,

18   17:51:18     pay Adam for using a Watchdog of IME Watchdogs?

19   17:51:25        A    At times, yes.

20   17:51:26        Q    Is it your testimony today that you needed

21   17:51:29     to use Plaintiff's Watchdogs to cover IMEs sometimes

22   17:51:34     for your business?

23   17:51:38        A    It is my testimony that I have used the

24   17:51:40     Watchdog interpreters at times for last-minute

25   17:51:43     requests for my clients, yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

227

1                          S. Abdulrahim Gelardi

2   17:51:47          Q    You would pay Adam for that?

3   17:51:49          A    Yes.

4   17:51:52          Q    To your knowledge, was Daniella Levi aware

5   17:51:53     that this was going on?

6   17:51:57          A    I have no idea.

7   17:51:58          Q    As you sit here today, do you believe she

8   17:52:00     was aware of it?

9   17:52:02          A    I don't.

10  17:52:02          Q    Why is that?

11  17:52:07          A    I don't believe -- I don't believe

12  17:52:07     anything Adam said anymore.

13  17:52:14          Q    Why didn't you contact Daniella?

14  17:52:20          A    I don't know.

15  17:52:23          Q    How much would you pay for every IME

16  17:52:28     interpreter?

17  17:52:30          A    It varies.  If it was in New York City, it

18  17:52:33     would be $60.  Outside New York City depending on

19  17:52:38     where, it would be either plus $40 -- depending on

20  17:52:43     the distance, Nassau $40, Suffolk $65 on top of the

21  17:52:48     $60.

22  17:52:50          Q    This particular payment of $100 was for

23  17:52:53     what?

24  17:52:53          A    I don't know.

25  17:52:55          Q    How did you keep track of how much you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

228

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 17:52:58 owed Adam for doing these things? |
| 3 | 17:53:00        A     It was a handful of times.  There was no |
| 4 | 17:53:08        need for tracking. |
| 5 | 17:53:13        Q     Going to the next page on November 11, |
| 6 | 17:53:15        2019, you sent another $100; is that correct? |
| 7 | 17:53:20        A     Yes. |
| 8 | 17:53:23        Q     Do you recall specifically why you sent |
| 9 | 17:53:25        this amount of money to him? |
| 10 | 17:53:27       A     For the same reason.  I used his Watchdog |
| 11 | 17:53:29       interpreter for a last-minute request. |
| 12 | 17:53:35       Q     Are these payments by Zelle to Adam not |
| 13 | 17:53:40       some sort of reward for referring you a customer |
| 14 | 17:53:44       that IME Watchdog originally had? |
| 15 | 17:53:46       A     No. |
| 16 | 17:53:50       Q     Isn't it true that you paid Adam $10 for |
| 17 | 17:53:53       every IME that he booked with you? |
| 18 | 17:53:57       A     No. |
| 19 | 17:54:00       Q     Did you think it was appropriate to pay |
| 20 | 17:54:02       Adam Rosenblatt personally instead of IME Watchdog? |
| 21 | 17:54:07       A     It was Adam's recommendation.  He stated |
| 22 | 17:54:16       IME Guards did the same thing, that it was a common |
| 23 | 17:54:19       practice between the IMEs, between IME Watchdog and |
| 24 | 17:54:25       IME Guards. |
| 25 | 17:54:26       Q     On the third page on March 5, 2020, you |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

229

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 17:54:30 | sent Adam $230, correct? |
| 3  | 17:54:33 | A    Yes. |
| 4  | 17:54:33 | Q    To your knowledge, what was this for? |
| 5  | 17:54:37 | A    For the same reason.  Using an IME |
| 6  | 17:54:39 | Watchdog interpreter for a last-minute request. |
| 7  | 17:54:42 | Q    When you say interpreter, are you |
| 8  | 17:54:44 | referring to someone who knows a language other than |
| 9  | 17:54:48 | English? |
| 10 | 17:54:48 | A    Yes. |
| 11 | 17:54:49 | Q    Which languages are those? |
| 12 | 17:54:50 | A    Usually Spanish. |
| 13 | 17:55:01 | Q    Prior to the time that you began paying |
| 14 | 17:55:07 | Adam by Zelle in October of 2019, did you pay Adam |
| 15 | 17:55:11 | for any kind of service he provided for any other |
| 16 | 17:55:16 | reason by any other method? |
| 17 | 17:55:18 | MR. WARNER:  Objection to form. |
| 18 | 17:55:18 | A    No. |
| 19 | 17:55:19 | Q    Did you ever pay Adam in cash? |
| 20 | 17:55:22 | A    Never. |
| 21 | 17:55:22 | Q    Isn't it true that you started paying Adam |
| 22 | 17:55:24 | by Zelle because of your pregnancy and/or the birth |
| 23 | 17:55:26 | of your child? |
| 24 | 17:55:30 | A    No. |
| 25 | 17:55:48 | Q    If the converse was done where Daniella |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

230

| | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 17:55:51 | Levi would pay Carlos by Zelle for letting him use |
| 3 | 17:55:55 | Companions to cover last-minute request, would you |
| 4 | 17:55:59 | be okay with that? |
| 5 | 17:56:00 | A     They probably did. |
| 6 | 17:56:02 | Q     Would you be okay with it? |
| 7 | 17:56:03 | A     No. |
| 8 | 17:56:06 | Q     You advertised for IME Companions that you |
| 9 | 17:56:09 | accept all last-minute requests, correct? |
| 10 | 17:56:12 | A     Yes. |
| 11 | 17:56:21 | Q     Did the fact that Adam would help you |
| 12 | 17:56:23 | cover last-minute requests with Watchdogs give you |
| 13 | 17:56:28 | the ability to advertise that you could cover |
| 14 | 17:56:28 | last-minute requests? |
| 15 | 17:56:30 | A     No. |
| 16 | 17:56:30 | Q     How would you be able to cover last-minute |
| 17 | 17:56:41 | requests without Adam? |
| 18 | 17:56:46 | A     I had many people.  I would either -- how |
| 19 | 17:56:51 | would I cover the last-minute requests without Adam? |
| 20 | 17:57:00 | I would make sure it happened.  I don't know.  I |
| 21 | 17:57:02 | would have Carlos go or anyone. |
| 22 | 17:57:08 | Q     On the fourth page on July 3rd, 2020, you |
| 23 | 17:57:11 | paid Adam $200, correct? |
| 24 | 17:57:13 | A     Yes. |
| 25 | 17:57:15 | Q     Do you have any knowledge as you sit here |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

231

1                          S. Abdulrahim Gelardi

2   17:57:16    today what this payment was for?

3   17:57:20         A    This payment was for the purpose of a

4   17:57:23    referral of an IME Watchdog interpreter to interpret

5   17:57:26    for one of my clients at an IME exam.

6   17:57:36         Q    It's fair to say that when you are unable

7   17:57:39    to cover an IME, you would rely on Adam to do it and

8   17:57:43    you would pay him for it, correct?

9   17:57:47         MR. WARNER:  Objection to form.  You can

10  17:57:47         answer.

11  17:57:49         A    It was convenient.  It wasn't -- I

12  17:57:51    wouldn't solely rely on that but it became a

13  17:57:55    connivence.

14  17:57:55         Q    Is it your testimony that the payments

15  17:57:57    that you made to Adam were solely for the purpose of

16  17:57:59    covering last-minute request IMEs that you couldn't

17  17:58:04    cover?

18  17:58:05         A    Yes.

19  17:58:50         MR. KATAEV:  For the record, it's Leo

20  17:58:58         Shalit.

21  17:59:01         Q    Go to the seventh page of this exhibit to

22  17:59:12    the July 31st, 2020 email.

23  17:59:17              (Witness perusing document.)

24  17:59:17    BY MR. KATAEV:

25  17:59:28         Q    Are you there?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

232

1                          S. Abdulrahim Gelardi

2    17:59:29        A    No, I can't find it.

3    17:59:31        Q    It's the seventh page.

4    17:59:33        A    Yes, I see it.

5    17:59:35        Q    On July 1st, 2020 you paid Adam $400,

6    17:59:44        correct?

7    17:59:46        A    Correct.

8    17:59:47        Q    Is it fair to say that as a result of the

9    17:59:49        increase in the amount, you were relying more and

10   17:59:52        more on Adam to cover IMEs?

11   18:00:01        A    It could be that they were just farther in

12   18:00:02        distance, it could be there were more.

13   18:00:07        Q    Were there any other reasons that you paid

14   18:00:10        Adam via Zelle?

15   18:00:13        A    I paid through Adam for the Watchdogs.  I

16   18:00:18        did not pay Adam for Adam.  I paid Adam for the

17   18:00:23        Watchdog services.

18   18:00:28        Q    You paid him because it was convenient if

19   18:00:31        you needed another Watchdog to cover an IME and you

20   18:00:34        didn't have one, correct?

21   18:00:37        A    Yes.

22   18:00:38        Q    And that convenience saved you time,

23   18:00:40        right?

24   18:00:43        A    Yes.

25   18:00:43        Q    The phrase that we often hear and accept

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

233

1                        S. Abdulrahim Gelardi

2    18:00:47      is, Time is money, correct?

3    18:00:52          A    If I have ever heard that phrase before?

4    18:00:55          Q    Yes.

5    18:00:56          A    I have heard the phrase.

6    18:01:06          Q    How much is your average IME invoice to a

7    18:01:09      client?

8    18:01:09          A    $175 on average for the first hour.

9    18:01:14          Q    To your knowledge, which Watchdogs would

10   18:01:17      cover the IME?

11   18:01:22          A    To my knowledge, I recall him using names

12   18:01:29      like Ulysses, I recall him saying the name Ishmael,

13   18:01:34      I recall Gabby, but I never spoke to them directly

14   18:01:40      other than Gabby.

15   18:01:43          Q    Would you pay these individuals

16   18:01:47      separately?

17   18:01:48          A    I would pay through Adam for them.

18   18:01:53          Q    Was the money paid via Zelle intended for

19   18:01:56      both Adam and the Watchdog?

20   18:01:58          A    No.  Just for the Watchdog services.

21   18:02:03          Q    Adam didn't receive any financial benefit

22   18:02:06      is what you're saying?

23   18:02:08          A    Not from me, no.

24   18:02:10          Q    As far as you understood it, the money you

25   18:02:12      paid Adam was designed to be paid to the Watchdog

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

234

| | |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 18:02:15    that did it? |
| 3 | 18:02:16         A    Correct. |
| 4 | 18:02:16         Q    With nothing paid to Adam? |
| 5 | 18:02:19         A    Correct. |
| 6 | 18:02:24         MR. KATAEV:  Let's take a break.  Off the |
| 7 | 18:02:26         record. |
| 8 | 18:02:27         THE VIDEOGRAPHER:  The time is 6:02 p.m. |
| 9 | 18:02:29         We are going off the record. |
| 10 | 18:02:32    (Whereupon, an off-the-record discussion was held.) |
| 11 | 18:09:44         THE VIDEOGRAPHER:  The time is 6:09 p.m. |
| 12 | 18:09:49         We are back on the record. |
| 13 | 18:09:57         MR. KATAEV:  Back from a break during |
| 14 | 18:09:58         which we had some technical issues.  For the |
| 15 | 18:10:04         record, Leo Shalit who is representing |
| 16 | 18:10:06         Third-party Defendant Carlos Roa is present by |
| 17 | 18:10:10         phone.  He had to leave early due to family |
| 18 | 18:10:11         obligations. |
| 19 | 18:10:14         Can I have the last question and answer |
| 20 | 18:10:16         read back, please? |
| 21 | 18:10:17    (Whereupon, the referred to testimony was read back |
| 22 | 18:10:17              by the reporter.) |
| 23 | 18:10:17    BY MR. KATAEV: |
| 24 | 18:10:54         Q    When these Watchdogs would conduct the |
| 25 | 18:11:02    observations of an IME for Companions, how would you |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

235

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 18:11:05 | obtain the report from them? |
| 3 | 18:11:10 | A    I used IME Watchdog interpreters, not |
| 4 | 18:11:15 | observers.  They only interpreted for my clients. |
| 5 | 18:11:22 | Q    You mentioned that Gabby is one of the |
| 6 | 18:11:26 | individuals that you used, correct? |
| 7 | 18:11:28 | A    Correct. |
| 8 | 18:11:29 | Q    Gabby only knows English.  Are you aware |
| 9 | 18:11:31 | of that? |
| 10 | 18:11:32 | A    Yes. |
| 11 | 18:11:33 | Q    She's not an interpreter, correct? |
| 12 | 18:11:35 | A    That's correct. |
| 13 | 18:11:36 | Q    Why would you pay Adam for the use of |
| 14 | 18:11:39 | Gabby's service? |
| 15 | 18:11:40 | A    I never paid Adam for Gabby's service. |
| 16 | 18:11:42 | Gabby reached out to me and asked me to pay her |
| 17 | 18:11:46 | directly.  Adam didn't give me the option to do that |
| 18 | 18:11:48 | with the other Watchdogs.  He demanded payment go |
| 19 | 18:11:52 | through him so I wouldn't even know most of the time |
| 20 | 18:11:56 | the identity of the Watchdog. |
| 21 | 18:12:03 | Q    If Gabby only knows English and did not do |
| 22 | 18:12:07 | interpreting services, did Gabby do regular IMEs? |
| 23 | 18:12:10 | A    Yes. |
| 24 | 18:12:11 | Q    How would you obtain the report from her? |
| 25 | 18:12:14 | A    Gabby would email us like all the other |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

236

                              S. Abdulrahim Gelardi

1

2    18:12:17    Companions.

3    18:12:18            MR. KATAEV:  We are going to call for the

4    18:12:20        production of all emails between Gabby and

5    18:12:23        Companions and Safa.  We will follow up in

6    18:12:23        writing.

7    18:12:24                (Counsel Request.)

8    18:12:24    BY MR. KATAEV:

9    18:12:25        Q    You testified generally that Adam would

10   18:12:28    demand that the Zelle payments be sent to him so he

11   18:12:31    can pay the Watchdogs himself without, as far as you

12   18:12:34    know, any financial benefit to him.

13   18:12:37            Why would Adam do this?

14   18:12:40        A    I don't know.  I'm -- I don't know.

15   18:12:48        Q    Did you have --

16   18:12:49        A    The Watchdogs -- Adam explained to me that

17   18:12:52    the Watchdogs were independent contractors working

18   18:12:55    on behalf of Watchdogs.  He explained to me that

19   18:13:00    this is a common practice and that, you know, IME

20   18:13:05    Watchdogs and IME Guards do the same.

21   18:13:11        Q    Did you have contact with any Watchdogs

22   18:13:13    other than Gabby?

23   18:13:15        A    No.

24   18:13:16        Q    When you received the report, whose

25   18:13:25    letterhead would be on it?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

237

1                          S. Abdulrahim Gelardi

2    18:13:27          A    IME Companions.

3    18:13:30               MR. WARNER:  Objection to form.  What

4    18:13:31          report are you referring to?

5    18:13:33               MR. KATAEV:  The IME report.

6    18:13:35          A    Gabby's IME report.

7    18:13:35               MR. WARNER:  Gabby's IME report.  Okay.

8    18:13:35     BY MR. KATAEV:

9    18:13:38          Q    Did you ever use any IME Guards to cover

10   18:13:41     any IMEs?

11   18:13:42          A    No.

12   18:13:50          Q    It's your testimony that you started doing

13   18:13:52     this in 2019, but you did not do it in 2017 or 2018?

14   18:13:59          A    I did not because it wasn't brought to my

15   18:14:02     attention.

16   18:14:03          Q    What wasn't brought to your attention?

17   18:14:05          A    That this was a standard practice between

18   18:14:07     Watchdog and Guards.

19   18:14:10          Q    How did it come to your attention?

20   18:14:12          A    Adam told me.

21   18:14:14          Q    Why were you in contact with Adam in 2019?

22   18:14:18          A    Adam came in contact with me after my

23   18:14:21     mother died.

24   18:14:23          Q    Why did he get in contact with you after

25   18:14:26     your mother died?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

238

1                          S. Abdulrahim Gelardi

2    18:14:27        A    I don't recall.  I remember we -- I

3    18:14:31    remember -- I don't recall.  I just remember we had

4    18:14:35    contact after my mom died.

5    18:14:41        Q    If you go to the page in this exhibit that

6    18:14:43    has the date November 11, 2020.

7    18:14:49                  (Witness perusing document.)

8    18:15:03        A    I don't have a November 11th.

9    18:15:04            MR. WARNER:  Take a look at this.

10   18:15:12        Q    This exhibit -- for this page of the

11   18:15:14    exhibit, you personally paid Adam $160, correct?

12   18:15:20        A    Correct.

13   18:15:20        Q    That money did not come from the IME

14   18:15:24    Companions account, correct?

15   18:15:25        A    Correct.

16   18:15:26        Q    Why did you personally pay him instead of

17   18:15:28    through IME Companions?

18   18:15:30        A    That must have been an error and I'm sure

19   18:15:33    I asked for it to come back and then re-sent through

20   18:15:34    IME Companions.

21   18:15:35        Q    Why was that?

22   18:15:37        A    It was an error.  I didn't mean to pay him

23   18:15:41    through personal.  I meant to pay him through IME

24   18:15:44    Companions because it was used for IME Companions.

25   18:15:53        Q    If you go to the March 9th, 2021 and

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

239

1                          S. Abdulrahim Gelardi

2   18:15:57    April 2nd, 2021 pages.  On these pages --

3   18:16:07         A    March 9th of what?

4   18:16:09         Q    March 9, '21 and April 2nd, 2021.  In

5   18:16:21    these two payments, the amount of payment is

6   18:16:27    divisible by ten, correct?

7   18:16:31              MR. WARNER:  Is divisible by ten?

8   18:16:34              MR. KATAEV:  That's correct.

9   18:16:35         A    I think most of them are divisible by ten.

10  18:16:38         Q    These have ten, not just a straight 100 or

11  18:16:41    200, correct?

12  18:16:42         A    Correct.

13  18:16:42         Q    The reason for that is because, like Adam

14  18:16:45    said, he was paid $10 per IME referred to you,

15  18:16:49    correct?

16  18:16:51         A    Wrong.

17  18:16:56         Q    When you sent an IME interpreter from

18  18:16:59    Watchdog, is it your testimony that a Companion

19  18:17:01    observed the IME and the Watchdog interpreter was

20  18:17:06    with that Companion?

21  18:17:07         A    No.

22  18:17:08         Q    How would it work?

23  18:17:10         A    A Watchdog would find a client in the

24  18:17:12    office.  Most of the time it would be -- do you have

25  18:17:17    anyone at this office, I forgot to order a

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

240

1           S. Abdulrahim Gelardi

2  18:17:21   Companion.  I would find out to see if anyone was

3  18:17:25   close enough.

4  18:17:25           I would do my best to get my own

5  18:17:29   people there and then I would ask Adam if we are

6  18:17:32   over 30 minutes or 40 minutes away and we are not in

7  18:17:35   that office, then I would ask Adam -- call Adam and

8  18:17:35   ask him, Do you have anyone at 717 Church, do you

9  18:17:39   have anyone at whatever location, and if the answer

10 18:17:42   was yes, I would have him find my client and once he

11 18:17:48   found my client, confirmed with me that the

12 18:17:50   interpreter was there with them, then that was it,

13 18:17:55   just let me know when you're done.

14 18:17:59       Q    What you're saying then is the interpreter

15 18:18:02   was also the observer?

16 18:18:04       A    Not observer, only interpreter.

17 18:18:08       Q    So if the interpreter came and was with

18 18:18:11   the client, was a Companion observer there at the

19 18:18:14   same time?

20 18:18:15       A    No.  They the majority of these exams were

21 18:18:19   for no-fault.  No need for a report.  It was just

22 18:18:21   for interpretation purposes only.

23 18:18:24       Q    When you sent anyone from Companions or

24 18:18:34   obtained anyone from Watchdog for a no-fault exam or

25 18:18:39   IME, did you keep a record of the date, customer,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

241

S. Abdulrahim Gelardi

1

2  18:18:42     personal injury plaintiff and the observer at

3  18:18:49     Companions that attended for that IME or no-fault

4  18:18:52     exam?

5  18:18:55          A    I would.

6  18:19:00          Q    Did you record in those records the name

7  18:19:03     of the person from Watchdog that covered it?

8  18:19:06          A    No.

9  18:19:07          Q    Why is that?

10 18:19:08          A    Because I never had the name of the person

11 18:19:10     there.

12 18:19:12          Q    Would you notate it in any other form?

13 18:19:14     Would you write, WD, for example?

14 18:19:17          A    Yes.

15 18:19:17          Q    Based on those records, we would be able

16 18:19:20     to determine that a Watchdog observer was present,

17 18:19:24     correct, or interpreter was present, correct?

18 18:19:28          A    Sometimes it would say interpreter,

19 18:19:29     sometime it would say Watchdog, sometimes I would

20 18:19:32     put -- yes.

21 18:19:36          Q    How would you bill the client in such a

22 18:19:38     circumstance?

23 18:19:39          A    I would bill them -- I would bill them

24 18:19:43     like I would bill any other client.

25 18:20:00          Q    Did you ever receive any bill from IME

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

242

1          S. Abdulrahim Gelardi

2  18:20:04    Watchdog for the help that Adam gave you?

3  18:20:08        A    No.

4  18:20:11        Q    How would he tell you how much to pay?

5  18:20:13        A    We would calculate it at the end of the

6  18:20:15    month.  They were a handful.  It didn't take much

7  18:20:19    recording to know.

8  18:20:21        Q    In essence, you relied on Adam and IME

9  18:20:24    Watchdog to provide you with the labor you needed to

10 18:20:26    perform services, correct?

11 18:20:27        A    No, I did not rely on Adam.  I relied on

12 18:20:30    the independent contractors that -- from Watchdog.

13 18:20:37        Q    How did you record the payments you made

14 18:20:40    to Adam on tax returns?

15 18:20:44        A    How did I record the payments I made to

16 18:20:48    Adam on my tax returns?

17 18:20:50        Q    Yes.

18 18:20:53        A    I wouldn't.  I would record them as an

19 18:20:57    expense to my company, the services that I paid.

20 18:21:01            MR. KATAEV:  We are going to call for the

21 18:21:04        production for all ads paid for hiring and/or

22 18:21:08        engaging Companions.

23 18:21:21                (Counsel Request.)

24 18:21:21    BY MR. KATAEV:

25 18:21:23        Q    You said that you would sort of reconcile

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

243

1                              S. Abdulrahim Gelardi

2   18:21:31   with Adam on a monthly basis, but isn't it true that

3   18:21:34   you would be unable to send a bill to your client

4   18:21:39   until you knew what to charge for?

5   18:21:41        A    No.  We would always know when the exam is

6   18:21:44   done.  I would always know when the exam was done

7   18:21:48   and my client and the Watchdog parted and it's

8   18:21:51   simple enough.

9   18:22:17        Q    I want to go to the third-from-last page.

10  18:22:27   It has the date January 26, 2022 on it.

11  18:22:34        A    Okay.

12  18:22:40        Q    On January 26, 2022, you paid Adam $500,

13  18:22:45   correct?

14  18:22:46        A    Correct.

15  18:22:47        Q    It's your testimony today that this was

16  18:22:51   for using IME interpreters and sometimes Gabby --

17  18:22:54   well, no, just for IME interpreters, correct?

18  18:22:57        A    And sometimes Gabby.

19  18:22:59        Q    Didn't you testify that you paid Gabby

20  18:23:01   directly?

21  18:23:02        A    Yes, I'm so sorry.  I apologize, that is

22  18:23:05   true.

23  18:23:09              MR. KATAEV:  Let's mark this as 27.

24  18:23:10   (Plaintiff's Exhibit 27, Marked for Identification.)

25  18:23:16              MR. WARNER:  At this time -- I think the

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

244

1                          S. Abdulrahim Gelardi

2  18:23:16          time is 6:30.  My clients have childcare

3  18:23:22          responsibilities and they really have to be

4  18:23:23          leaving.  It's 6:23.  Maybe we could do a

5  18:23:27          ten o'clock start tomorrow with Ms. Gelardi.

6  18:23:30               MR. KATAEV:  Let's go for seven more

7  18:23:30          minutes.  We will stop at 6:30 and figure out

8  18:23:33          the logistics.

9  18:23:43               Let's do this as 27.

10  18:23:51     BY MR. KATAEV:

11  18:23:52          Q    I have handed to you Plaintiff's

12  18:24:32     Exhibit 27, which I will represent to you is an

13  18:24:36     email from Adam to IME Companions dated January 27,

14  18:24:40     2022 at 10:00 a.m.; you see that?

15  18:24:44          A    Yes.

16  18:24:45          Q    The subject of the email is, Case law,

17  18:24:49     correct, but the message is blank except for Adam's

18  18:24:55     signature, correct?

19  18:24:57          A    Yes.

20  18:24:58          Q    If you go to the next page, and I still

21  18:25:06     want you to have this open with the Zelle payments.

22  18:25:09     The email that you're forwarding says that it's from

23  18:25:20     IME Companions to a Linda Hershfield at Perecman,

24  18:25:25     P-e-r-e-c-m-a-n, and Adam is copied on that email,

25  18:25:31     correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

245

1                           S. Abdulrahim Gelardi

2   18:25:33          A    There is some confusion here.  Hold on.

3   18:25:36     This is from Adam to me.

4   18:25:38          Q    Correct.

5   18:25:39          A    Then this one is from me to Linda.

6   18:25:43          Q    Correct.

7   18:25:44          A    And Adam, correct?

8   18:25:45          Q    That's right.

9   18:25:46          A    Okay, yes.

10  18:25:49          Q    The date of that email is January 24,

11  18:25:51     2022, correct?

12  18:25:54          A    Correct.

13  18:25:55          Q    In this email, you state the email says

14  18:25:59     it's from you, right?

15  18:26:00          A    Correct.

16  18:26:02          Q    Dear Linda, IME Companions only

17  18:26:03     represented the client in November.  Please see

18  18:26:06     attached report.  Please feel free to contact me

19  18:26:10     directly should you need anything else, correct?

20  18:26:13          A    Correct.

21  18:26:14          Q    Going down to the earlier email from

22  18:26:16     earlier in the day just a couple of hours prior,

23  18:26:19     Linda sends an email to Adam and she says, Dear

24  18:26:23     Adam, please provide us with reports from the

25  18:26:26     following IME exams for the above case, and she

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

246

1                         S. Abdulrahim Gelardi

2    18:26:29    lists four different plaintiffs with four different

3    18:26:33    dates, correct?

4    18:26:34         A    Correct.

5    18:26:41         Q    All the way at the end of this there are

6    18:26:43    six attachments, correct?

7    18:26:45         A    Correct.

8    18:26:47         Q    Two of them contain court decisions.  One

9    18:26:51    of them is a decision denying IME Watchdog notes,

10   18:26:54    right?

11   18:26:55         A    Yes.

12   18:26:55         Q    And another one is the Markel decision

13   18:26:58    from the First Department regarding an appeal,

14   18:27:00    correct?

15   18:27:01         A    Correct.

16   18:27:02         Q    There is also a letter, a sample motion to

17   18:27:06    quash, a notice of rejection, and a letter

18   18:27:09    concerning work product, correct?

19   18:27:11         A    Correct.

20   18:27:13         Q    Adam sent you those six attachments in the

21   18:27:16    original latest email on January 27th, correct?

22   18:27:22         A    I think that's wrong.  I think that's

23   18:27:25    wrong.  There is something wrong here.  This was

24   18:27:28    never sent to me in January.  There is something

25   18:27:31    wrong here.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

247

S. Abdulrahim Gelardi

1

2    18:27:32        Q     Would there be any reason for you or Adam

3    18:27:36    to have those six attachments in an email to Linda

4    18:27:38    Hershfield at Perecman?

5    18:27:39        A     Yes, I would like to explain this to you

6    18:27:41    because obviously you don't understand it.  I want

7    18:27:44    to make it clear to you.

8    18:27:45        Q     Sure, go ahead.

9    18:27:46        A     Linda emailed both of us because she was

10   18:27:50    requesting from both sides.  I sent in my side and

11   18:27:56    left it alone.  Nothing else had anything to do with

12   18:27:59    me.  I clearly said to her, We only covered you in

13   18:28:03    November and here is the attached report.  Nothing

14   18:28:06    else pertains to me in this email.

15   18:28:10        Q     The subject of both prior emails from

16   18:28:14    Linda to you and Adam, and you to Linda and Adam is

17   18:28:19    Gregors Vergowski versus 50 Court Street Associates,

18   18:28:22    correct?

19   18:28:23        A     Correct.

20   18:28:23        Q     But the subject of the email that Adam

21   18:28:25    sent is, Case law, correct?

22   18:28:27        A     Yes.

23   18:28:28        Q     The attachments, the six of them are the

24   18:28:32    case law, correct?

25   18:28:34        A     I have no idea.  I'm explaining to you

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

248

1                           S. Abdulrahim Gelardi

2  18:28:37    that I don't understand this email thread but I do

3  18:28:40    recall the Linda email.  So something got

4  18:28:44    discombobulated here.

5  18:28:46              Linda clearly asks the both of us,

6  18:28:49    Send us these reports because they use both

7  18:28:53    companies.  I replied, I only covered you in

8  18:28:56    November, please see attached report and if you need

9  18:28:59    anything from us, please you can reach out to me

10 18:29:02    directly.

11 18:29:03         Q    Are you denying that Adam sent you the

12 18:29:05    case law on January 27, 2022?

13 18:29:10         A    I'm just telling you, I don't understand

14 18:29:11    this email and what Linda would have to do with case

15 18:29:14    law.

16 18:29:16         Q    You're saying there is no connection

17 18:29:17    between the January 27th email with the case law and

18 18:29:20    the payment one day prior of $500, correct?

19 18:29:23         A    100 percent, yes.

20 18:29:24              MR. KATAEV:  We will go through two more

21 18:29:27         exhibits and we will stop.  This is 28.

22 18:29:31    (Plaintiff's Exhibit 28, Marked for Identification.)

23 18:29:46    BY MR. KATAEV:

24 18:29:49         Q    This exhibit is a test message exchange

25 18:29:51    between yourself and Carlos Roa; do you recognize

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

249

S. Abdulrahim Gelardi

1

2  18:29:54      it?

3  18:29:55            A    Yes.

4  18:29:57            Q    In this test message exchange, you write

5  18:30:01      to Carlos, Call Carmen from Alan Ripka.  They're

6  18:30:05      complaining about paying with credit card.  They are

7  18:30:08      good for a few a week.  25 a month, they are

8  18:30:12      vulnerable; do you see that?

9  18:30:13            A    Yes.

10  18:30:13            Q    And Carlos responds to you, What did

11  18:30:16      Watchdog charge them?  What would be the lowest we

12  18:30:20      do, right?

13  18:30:21            A    Uh-huh.

14  18:30:23            Q    Is that a yes?

15  18:30:24            A    Yes.

16  18:30:24            Q    You respond, They were paying full price.

17  18:30:26      Give them $10 off the first IME if needed, right?

18  18:30:32            A    Yes.

19  18:30:32            MR. KATAEV:  Let's mark this as 29.

20  18:30:34      (Plaintiff's Exhibit 29, Marked for Identification.)

21  18:30:35      BY MR. KATAEV:

22  18:31:03            Q    I will represent to you that Plaintiff's

23  18:31:06      Exhibit 29 is an email from Companions to Carlos

24  18:31:09      with a copy to crojas@alanripka.com.  Do you

25  18:31:14      recognize this document?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

250

S. Abdulrahim Gelardi

1

2    18:31:15        A    Yes.

3    18:31:17        Q    Crojas@alanripka is an individual named

4    18:31:19   Cookie, correct?

5    18:31:21        A    Correct.

6    18:31:22        Q    Cookie is a person responsible for

7    18:31:25   scheduling IMEs at Alan Ripka's office, correct?

8    18:31:29        A    I think she was the office manager at the

9    18:31:30   time.

10   18:31:34        Q    In the text message exchange that you had

11   18:31:37   with Carlos, how do you know that Alan Ripka was

12   18:31:40   complaining too much about paying with a credit

13   18:31:43   card?

14   18:31:48        A    I don't recall how I know.

15   18:31:51        Q    You stated in the message to Carlos that

16   18:31:53   they are vulnerable.  Why did you say that?

17   18:32:02        A    I don't remember 100 percent, but Carlos

18   18:32:06   was also acting upon himself to obtain business as

19   18:32:11   well.

20   18:32:15        Q    You said they were paying full price.  How

21   18:32:18   do you know that?

22   18:32:19        A    Perhaps I called the office and found out.

23   18:32:22        Q    Are you saying that's what happened or --

24   18:32:25        A    I'm saying I don't recall, but there is

25   18:32:26   many ways of finding out what a client pays.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

251

S. Abdulrahim Gelardi

1

2    18:32:29        Q    Isn't it true that Adam gave you this

3    18:32:32    information?

4    18:32:32        A    No.  As a matter of fact, Carlos and I

5    18:32:35    went into Ripka's office together.

6    18:32:39        Q    After Adam provided you this information?

7    18:32:41        A    No.

8    18:32:41        Q    Do you know the date of these text

9    18:32:44    messages?

10   18:32:45        A    I don't.  I do want to also remind you

11   18:32:54    that Carlos was very hungry and was pursuing getting

12   18:32:58    a lot of business himself on his own for the

13   18:33:02    company.

14   18:33:03        Q    Did Carlos have any interaction with Adam

15   18:33:06    during this time?

16   18:33:07        A    I don't believe.

17   18:33:08        Q    That's because you kept the existence of

18   18:33:11    Adam unknown to everyone, correct?

19   18:33:14        A    No.

20   18:33:15        Q    You are the individual who pointed Carlos

21   18:33:20    in the direction of Alan Ripka, correct?

22   18:33:22        A    I don't recall.

23   18:33:23        Q    Carlos emailed Ripka and Cookie at Ripka

24   18:33:26    on July 23rd, 2019 after you learned of this

25   18:33:30    information from Adam, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

252

                              S. Abdulrahim Gelardi

1

2   18:33:33        A    It's possible.  I don't recall.  I don't

3   18:33:36    recall Adam ever giving me information on Alan

4   18:33:39    Ripka.  I just don't recall.

5   18:33:42        Q    If you look at the text message on the

6   18:33:44    bottom it says, July 22, 2019, correct?

7   18:33:47        A    Correct.

8   18:33:47        Q    That means these messages that we reviewed

9   18:33:51    occurred on or before July 22, 2019 at 3:08 p.m,

10  18:33:58    correct?

11  18:34:00        A    Yes.

12  18:34:00        Q    This email followed the next day, correct?

13  18:34:04        A    Correct.

14  18:34:05        MR. KATAEV:  I'm fine with stopping here.

15  18:34:06    Let's go off the record and discuss logistics.

16  18:34:39        THE VIDEOGRAPHER:  The time is 6:34 p.m.

17  18:34:40    We are going all the record.

18  18:34:44    (Whereupon, an off-the-record discussion was held.)

19  18:38:56        THE VIDEOGRAPHER:  This concludes the

20  18:38:57    video deposition of Safa Abdulrahim Gelardi.

21  18:39:00    The time is approximately 6:39 p.m.  We are off

22  18:39:05    the record.

23  18:39:06

24  18:39:08                (Time noted: 6:39 p.m.)

25  18:39:08

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

253

1                          S. Abdulrahim Gelardi

2  18:39:08

3  18:39:08                    _____

4  18:39:08                    SAFA ABDULRAHIM GELARDI

5  18:39:08

6  18:39:08      Subscribed and sworn to before me this _____ day

7  18:39:08      of _____ 2023.

8  18:39:08      _____, Notary Public.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

254

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 18:39:08 | I N D E X |
| 3 | 18:39:08 | |
| 4 | 18:39:08 | WITNESS |
| 5 | 18:39:08 | SAFA ABDULRAHIM GELARDI |
| 6 | 18:39:08 | |

| 7 | 18:39:08 | EXAMINATION BY | PAGE |
|---|---|---|---|
| 8 | 18:39:08 | MR. KATAEV | 19 |
| 9 | 18:39:08 | | |

| 10 | 18:39:08 | COUNSEL REQUESTS | PAGE |
|---|---|---|---|
| 11 | 18:39:08 | Communications with PI team | 36 |
| | | IME Companions reports | 180 |
| 12 | 18:39:08 | Emails | 190 |
| | | Ronald Rosenblatt emails | 194 |
| 13 | 18:39:08 | Companions email list | 196 |
| | | Redacted credit card statements | 202 |
| 14 | 18:39:08 | Emails/Texts with Lumina | 216 |
| | | Emails Gabby/Companions/Safa | 236 |
| 15 | 18:39:08 | Companion ads | 242 |

| 16 | 18:39:08 | | | |
|---|---|---|---|---|
| 17 | 18:39:08 | E X H I B I T S | | |
| 18 | 18:39:08 | | | |
| | | PLAINTIFF'S | DESCRIPTION | PAGE |
| 19 | 18:39:08 | | | |
| 20 | 18:39:08 | Exhibit 1 | Silver Shield Services | 27 |
| 21 | 18:39:08 | Exhibit 2 | Affidavit of Ronald Rosenblatt | 47 |
| 22 | 18:39:08 | Exhibit 3 | Sample report | 81 |
| | | Exhibit 4 | IME Companions Report | 89 |
| 23 | 18:39:08 | | | |
| | | Exhibit 5 | Complaint | 106 |
| 24 | 18:39:08 | Exhibit 6 | Email 6/28/17 | 146 |
| | | Exhibit 7 | Profit & Loss | 148 |
| 25 | 18:39:08 | Exhibit 8 | Dept. of State documents | 152 |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

255

1                              S. Abdulrahim Gelardi

2    18:39:08              E X H I B I T S (Continued)

3    18:39:08
                     PLAINTIFF'S          DESCRIPTION          PAGE
4    18:39:08

5    18:39:08         Exhibit 9           Certificate of       155
                                          Incorporation
6    18:39:08         Exhibit 10          V&S Holdings          156
                                          document
7    18:39:08         Exhibit 11          Email 4/29/17]        157
                     Exhibit 12          Sterling Bank,        159
8    18:39:08                             January 2017
                     Exhibit 13          IME Watchdog P&L      162
9    18:39:08         Exhibit 14          IME Watchdog 2016     162
                                          breakdown
10   18:39:08         Exhibit 15          IME Watchdog          166
                                          Clients
11   18:39:08         Exhibit 16          IME Watchdog P&L      169
                     Exhibit 17          Questionnaire        170
12   18:39:08         Exhibit 18          Attorney List        184
                     Exhibit 19          Basic Questionnaire  190
13   18:39:08         Exhibit 20          Additional           198
                                          breakdown
14   18:39:08         Exhibit 21          Sales by Client      204
                                          2016
15   18:39:08         Exhibit 22          Email May 1st, 2017  209
                     Exhibit 23          Email May 3, 2017    210
16   18:39:08         Exhibit 24          Website Concept      213
                     Exhibit 25          Proposal             215
17   18:39:08         Exhibit 26          Zelle payments       224
                     Exhibit 27          Case Law             243
18   18:39:08         Exhibit 28          Text messages        248
                     Exhibit 29          Email Companions to  249
19   18:39:08                             Carlos

20   18:39:08

21   16:25:32         Attorney Kataev has retained all exhibits.

22

23

24

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

256

| | |
|---|---|
| 2 | 16:25:32 |
| 3 | 16:25:32 |

C E R T I F I C A T I O N

I, RUTHAYN SHALOM, a Court Reporter
and Notary Public within and for the State
of New York, do hereby certify:

That the witness whose deposition
is hereinbefore set forth, was duly sworn
by me, and that the within transcript is a
true record of the testimony given by such
witness.

I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto
set my hand this 13th day of February, 2023.


*Ruthayn Shalom*
RUTHAYN SHALOM

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

257

| | | |
|---|---|---|
| 2 | 16:25:32 | ERRATA SHEET |
| 3 | 16:25:32 | |
| 4 | 16:25:32 | NAME OF CASE: IME WATCHDOG v GELARDI et al.<br>DATE OF DEPOSITION: February 2, 2023 |
| 5 | 16:25:32 | NAME OF DEPONENT: Safa Abdulrahim Gelardi |

PAGE  LINE(S)          CHANGE          /          REASON

____/_____/_____/_____

7  16:25:32   ____/_____/_____/_____

8  16:25:32   ____/_____/_____/_____

9  16:25:32   ____/_____/_____/_____

10  16:25:32   ____/_____/_____/_____

11  16:25:32   ____/_____/_____/_____

12  16:25:32   ____/_____/_____/_____

13  16:25:32   ____/_____/_____/_____

14  16:25:32   ____/_____/_____/_____

15  16:25:32   ____/_____/_____/_____

16  16:25:32   ____/_____/_____/_____

17  16:25:32   ____/_____/_____/_____

18  16:25:32   _____
                        SAFA ABDULRAHIM GELARDI

19  16:25:32

Subscribed and sworn to before me

20  16:25:32   this _____ day of _____, 2023
              _____, Notary Public.

21  16:25:32

22  16:25:32   _____

23  16:25:32   MY COMMISSION EXPIRES:

24  16:25:32

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi   ---   February 2, 2023

258

**A**

**a-n** 66:10 205:14
**a.m** 1:13 4:14 9:3,6
19:13,16 244:14
**abduction** 224:12
**Abdul** 175:7
**Abdulrahim** 1:7,17
2:14 4:1,16,18 5:1
6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
66:2,4 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1

139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
252:20 253:1,4
254:1,5 255:1 257:5
257:18
**Abdulrahman** 66:9
109:11 183:3,5
**abide** 96:24
**ability** 62:24 219:2

230:13
**able** 6:2 8:9 11:14
12:21 16:20 19:25
38:21 82:23 83:2
128:8 188:23 208:7
230:16 241:15
**above-mentioned**
1:18
**Absent** 121:7
**absolutely** 16:13 85:7
92:24 145:5 148:13
167:23 194:12
211:9
**abused** 134:16
143:13
**accept** 230:9 232:25
**acceptable** 64:6
**accepting** 7:14 10:23
**access** 63:7,12 64:25
**accident** 23:19 93:10
219:6
**accompanies** 178:14
**accompany** 175:4
**accompanying** 162:6
**account** 111:21,23
112:13,14 130:6,8
158:11 159:24
160:6,8,14 188:15
190:6 238:14
**accountant** 128:12
128:14,16 137:4
139:2,21 151:13,21
153:21 160:24
161:4,10 162:13,20
162:22 163:22
164:11 166:13,18
166:20,23 167:2
168:21,22 169:9,18
169:22 171:5,7,16
171:25 172:4,9
173:7,20
**accountants** 162:24
163:11
**accounting** 153:5,8,9
153:12 154:25

155:19 156:19
157:14
**accurate** 25:16 91:3
107:7 151:23
161:12,17,17,20,25
162:21,25 163:3,4
164:17 166:24
212:2
**achieve** 34:9
**achieved** 150:7
**acronym** 126:15
221:13
**acting** 250:18
**action** 104:15 105:10
109:20 256:13
**active** 105:13
**actual** 196:3 208:11
**ad** 124:3,3 181:21,23
**Adam** 36:9,11,18
38:14 39:6,20 40:12
41:5,12 42:21 43:7
43:11,23 44:11,13
44:25 45:19,19,20
46:6,7,9,15,22
48:24 49:23 53:10
54:3,20 55:4,6,16
55:18 56:9 81:19,24
83:5 84:8,10,18
85:8,18 86:6,17,25
87:5,9,23,25 88:2,9
88:13 89:10,15
91:14,17 92:7
109:16 124:14,15
134:10,11,13,21,21
135:5,7,9,16,16,19
136:3,8 137:7,12,15
137:19,20,22,24,25
138:8,25 139:18,20
139:23 140:5,8,11
140:22 141:12,15
141:19,23 142:24
143:3,6,16,20,22
144:3,7,10,13,22,24
145:6,9,11,13,24
146:17,20 147:3

148:11,20 149:2,3
149:22 150:2,13
153:23 154:2,13
157:14,22 158:4,7
158:10,16,16,18,23
159:3,20,25 160:5,7
162:14 163:10,24
164:6,21,24 165:5
166:13 168:23
170:3,6 171:4 172:8
177:18 182:3
184:11,12 186:5
189:11,13,24 190:2
190:5,11,15 198:19
199:10,13 200:15
201:7,14 202:20,24
203:24 204:12
205:6,10,17 209:22
210:2,15,23 211:6
212:7,19,23 213:5
213:15,21,25 215:4
215:23,24 216:4
217:12,16,16 218:5
225:5,6,15,17,23
226:16,18 227:2,12
228:2,12,16,20
229:2,14,14,19,21
230:11,17,19,23
231:7,15 232:5,10
232:14,15,16,16,16
233:17,19,21,25
234:4 235:13,15,17
236:9,13,16 237:20
237:21,22 238:11
239:13 240:5,7,7
242:2,8,11,14,16
243:2,12 244:13,24
245:3,7,23,24
246:20 247:2,16,16
247:20 248:11
251:2,6,14,18,25
252:3
**Adam's** 41:16 43:9
158:6 163:8 228:21
244:17

**adamant** 201:9,10
**add** 14:11
**additional** 19:23
198:24 255:13
**address** 4:5 12:15
66:12 126:22
127:21 153:2
156:18,18 157:25
158:5,6 159:4,7,9
160:9,12 168:11
174:2 185:11,11
196:2
**addressed** 176:24
**addresses** 127:3
158:19
**adduction** 224:12
**adjourned** 19:12
**administrative**
114:20 121:17
**admit** 34:12 41:11
**ads** 181:25 242:21
254:15
**advertise** 230:13
**advertised** 230:8
**advice** 114:15 115:2
115:6,8,16,19 117:5
117:9,12 171:24
**advised** 60:15
**affect** 62:23 219:2
**affidavit** 47:17,21
145:14 254:21
**afield** 108:22
**afternoon** 80:15
**against-** 1:5
**agency** 28:7
**agents** 81:5 179:3
**ago** 6:6 10:25 21:21
62:17 68:6 80:4
103:20 153:14,14
195:9
**agree** 114:13
**AGREED** 3:2,7,11
**agreeing** 20:3
**agreement** 27:11
28:5 105:21 108:12

108:25 121:8,10
122:3 216:15,19
**agreements** 104:3,7,9
104:10
**ahead** 12:8 18:21
247:8
**Airbnb** 70:22
**al** 4:18 257:4
**Alan** 249:5 250:7,11
251:21 252:3
**alcohol** 62:22
**Alex** 193:9,16 194:19
195:2 196:22
**Alex.Silva819@gm...**
193:5
**allege** 107:14 109:23
143:16
**allow** 22:6
**allowed** 226:12
**allowing** 180:9
**altered** 162:14
**alternative** 12:19
**alternatives** 6:21
**altogether** 5:21
**Amended** 61:23
**amount** 58:16 66:20
69:25 73:18 122:14
173:16 214:12
215:5 228:9 232:9
239:5
**amounts** 58:14
**analysis** 41:11
**analyst** 100:23
102:20
**and/or** 37:9 46:15
229:22 242:21
**annoying** 202:20,25
**annually** 75:9
**answer** 21:14 22:5,7
22:13,25 25:9 28:11
37:15 42:7,13 48:7
48:11 57:13,16,19
57:22,25 58:8 60:18
63:22 74:17,18
85:15 86:11,15

88:24 90:15,20
115:5,22 116:18
117:17 119:5
127:18 133:24
137:17 138:19
142:4 165:8,12,17
165:25 170:5,9
171:10 175:10
179:11 191:10
192:3,11,17 202:23
212:5,12 214:19
231:10 234:19
240:9
**answering** 22:2
225:11
**answers** 22:19
**Anthony** 1:8 207:7,8
207:8
**anybody** 151:7
**anymore** 227:12
**anyone's** 33:7
**apologize** 98:24
217:24 243:21
**appeal** 246:13
**appear** 16:25 17:20
**appeared** 5:23 133:5
**application** 220:8
**apply** 220:24
**appointment** 175:2,6
**approached** 88:9
**appropriate** 228:19
**appropriately** 202:12
**approximate** 52:18
66:20,22 95:24
**approximately** 4:14
6:6,8 40:7 49:12,13
49:13 52:15,17
59:10 68:7 69:10
71:5 78:11 82:3
98:25 101:4 154:12
186:24 208:20
252:21
**April** 11:9 24:22
25:16,20 26:6 36:8
36:19 38:19 39:6,19

40:17 77:16 91:17
91:24 144:10,13
145:14 148:20
154:18 158:15
160:23 163:22
164:25 165:13
166:13 167:22
170:4 189:17
190:22 198:20
199:13,13 201:13
202:14 205:5 208:4
210:13,13 211:7
212:9 213:4 239:2,4
**Arabic** 107:15,19,24
**Arabic-speaking**
107:15
**area** 118:11
**argument** 16:18
**arising** 131:12
**Arnie** 132:18,20,23
133:12,17 134:7
**arrested** 94:13
**arrival** 79:24
**arrive** 79:16
**ascertain** 161:22
184:3 202:14
**ascertaining** 169:10
**aside** 17:4
**asked** 6:3 13:3 37:23
51:17 54:3,25 55:23
83:12 85:12,14,21
85:23 86:24 87:17
90:5,14,18,20 91:4
91:9,10,10,14,17
103:13 123:17,17
147:7 149:15 157:2
157:8 165:5,10,11
165:15 167:4,6
169:9 170:3,6,8
189:9 218:17
235:16 238:19
**asking** 21:10,25 50:4
86:2,3 91:12,23
92:2 109:3 135:4
146:20 147:3 163:2

163:3,5 178:2
191:11 195:20
211:3 221:5
**asks** 248:5
**aspect** 74:15 76:13
103:23
**assigned** 174:22
**assist** 111:8 160:3
177:22
**assistant** 102:8
**assisted** 84:15
**Associates** 2:7 132:21
132:22 133:3
153:10 205:13,18
208:12 247:17
**Association** 6:8 11:3
**assume** 13:15,21
22:13 71:17,19
82:19
**assuming** 26:4
**AT&T** 32:21
**attached** 149:11
164:3 174:24
176:20 193:13
205:11 245:18
247:13 248:8
**attachment** 81:14
82:7,11,15,24 83:3
166:14 173:3 177:8
182:24 186:19
197:19,20 198:8,21
199:3 205:6
**attachments** 150:14
162:6 164:3 169:23
170:24 173:2 174:5
176:5 186:19
210:24 211:11
246:6,20 247:3,23
**attempt** 6:11 11:7
**attempted** 131:17
**attend** 128:5
**attended** 241:3
**attention** 23:20 81:15
170:17 237:15,16
237:19

**attorney** 20:11,17
21:13 53:22 61:10
61:11,18 64:15
80:19 84:3 93:10
108:7 110:21
119:25 120:21
128:8,18 176:12
186:20 187:20,22
189:10 194:11
255:12,21
**attorneys** 2:3,12,18
3:3 6:8 11:3 14:23
42:19 111:17 128:7
221:2
**attracted** 139:7
**August** 49:15 65:8
129:11 132:3,11
185:5 186:5,10
188:12
**auto** 29:16
**available** 15:21 16:15
156:7 175:9 177:13
177:15 178:22
179:23,24 184:9,10
184:12,13,14
**Avenue** 1:11 2:4 4:22
188:13
**average** 87:11 233:6
233:8
**aware** 18:8 31:8 38:5
39:24 40:6,9 54:18
88:2 145:6 154:3,4
158:4 198:7 227:4,8
235:8

---

**B**

**B** 4:2 254:17 255:2
**B-I-E-B-E-M** 83:21
**bachelors** 94:18
**back** 8:22 9:7 15:11
16:14,22 17:3,16
18:7,17 19:17,21
23:15 25:11,12 26:9
26:13 28:13 30:18
35:18 36:8 37:17,18

38:13 42:4 44:5
62:25 63:4 74:20,21
75:18 79:4 80:13,15
87:8 93:22 116:20
117:19 125:6
128:11 130:2 135:2
135:24 136:14
138:15,16 140:15
144:17 146:12
151:25 157:20
162:17 180:21,24
181:3 185:21
212:13,15 219:25
220:14,16 234:12
234:13,20,21
238:19
**background** 21:12
113:25 114:4,6,8
**bad** 135:20
**bank** 50:14 52:21,24
53:4 94:4,6 95:16
96:18 97:5,5,12,13
97:14 98:10,17,22
99:7,11 100:4,22
101:20 102:3 103:9
104:20,21,23 105:3
105:6,9,25 106:19
107:8 110:2,8,8,17
110:20,25 111:20
112:13,14 117:23
118:3,13,24 119:4,6
119:9,12,16 120:4
123:9 125:8 130:6,8
158:10 159:20,21
159:24 160:8
185:10,25 186:2,11
187:8 188:3,5,7,15
188:15 189:4 255:7
**bank's** 96:24
**bank-hopping**
110:23
**banker** 100:24 102:7
**banking** 76:13 97:18
100:6,10,13 101:3,7
102:23 118:14

158:25 160:12
173:13,16 225:6
**banks** 96:6 100:11
101:15 103:13
104:4
**barely** 171:14
**based** 30:10 41:10
91:2 98:7 107:8
108:19 115:17
117:10 127:8,11
138:11 165:23
174:12 175:12,20
208:7 217:3 241:15
**bash** 141:5
**bashing** 141:11 149:7
**basic** 14:9 174:25
175:5 176:11
193:14 255:12
**basically** 214:16
**basis** 10:21 71:4
87:15 97:22 98:2
116:17 126:3 243:2
**Bates** 167:20
**Bates-stamped**
160:23 181:13
197:3 208:12
**Baum** 132:19,20
133:9,15,17 134:7
**Baum's** 134:2
**Bay** 106:20
**Bazolla** 106:7
**bearing** 38:18
**beat** 112:10
**befriend** 34:11
**began** 229:13
**begged** 46:8
**beginning** 4:11 22:17
23:21 165:3 206:17
226:8
**begins** 194:10
**behalf** 4:20 110:25
111:3 188:5,6
236:18
**behaviors** 51:3
**belief** 48:8 98:7 126:3

**believe** 13:14 15:16
16:11 18:25 31:7
35:11 41:9 47:6
48:16 56:14,17,17
64:15 67:4 75:7
77:7 79:2,18,25
84:11 85:21 95:10
95:12,13 98:5,16
99:10,20 100:5,8,20
100:25 101:16
102:4,12,14,17
104:8 106:2 108:9
108:14,20 109:16
110:4 111:10,16,24
116:16 117:21
118:19,23 124:9
126:2,25 127:5
128:14 130:11,21
130:21 133:7 137:5
137:9 138:20
139:11,22 151:8,8,9
153:19 157:21
159:8,9 169:3
171:17 176:19
181:21 183:18
184:16 186:7 189:6
189:7,8 194:8,12
196:6,7 206:11
217:6 225:8 227:7
227:11,11 251:16
**believed** 113:18
144:2 153:19 161:7
**belittled** 143:22
**bell** 106:4,8 174:10
**Bender** 84:8,10,11
85:9,18,24 86:2,3
87:17 91:11 92:7
**benefit** 55:15 233:21
236:12
**best** 16:8 18:25 22:16
22:20 25:3,25 43:19
46:22 67:5 68:7,14
115:13 118:10
122:12 124:25
213:7 240:4

**better** 91:24 102:9,16
112:9 133:4
**Biebem** 83:20
**bill** 241:21,23,23,24
241:25 243:3
**billed** 29:2
**birth** 229:22
**birthday** 130:23
**blackmailed** 145:22
**blank** 186:18 244:17
**blood** 256:14
**blue** 14:13
**board** 85:25 91:11
**boards** 210:11
**body** 22:5 81:21
223:22
**bold** 84:2
**bonus** 98:12
**booked** 228:17
**Bookings.com** 70:22
**born** 79:8,11,13
109:16
**boss** 139:8
**bottom** 154:7 197:3
217:15 252:6
**bought** 68:10 70:7
73:23
**bragged** 57:9
**branch** 96:7,8,10
99:4 100:11,15,18
101:19 106:18
**branches** 99:5
**break** 22:23 23:2
80:6,18 132:8
180:17 181:3
212:18 219:19
220:17 234:6,13
**breakdown** 198:25
218:14,20 255:9,13
**BRG** 162:4
**BRG8006.0001**
167:21
**BRG8020** 160:23
**bribe** 145:18
**Bridda** 1:8 207:8

**brief** 175:9
**briefly** 18:19
**bring** 205:17
**bringing** 100:19
**broadly** 164:6
**Bronx** 95:4
**Brooklyn** 57:21
67:10 68:5 69:9
95:5 98:22 100:4
106:20 183:20
**brother** 151:12 183:6
197:9,13
**brought** 46:7 237:14
237:16
**Bruce** 110:21 119:24
120:3,3,7,9,12,16
120:18,20 124:10
**build** 128:21
**building** 50:6 224:3,5
**built** 115:7 129:2
142:24
**bunch** 149:6 189:14
200:19
**burdensome** 8:17
**business** 40:3,13,22
42:21,25 43:6,9,10
43:15 44:2,9,15,21
44:24,25 45:4,11,17
45:22 46:6 47:2,24
48:20 49:2,5,8,18
50:13,22,25 51:20
52:5,22,25 53:17
59:20 84:15 86:9
88:9,10,19 89:5,16
89:21 91:5 97:5,19
99:12,15 100:6,10
100:13,14,19
102:23 103:6
112:22 113:16,22
114:21 116:7,10,25
117:7 118:9,13,14
118:18 121:4,11,15
121:17,22 122:9,11
125:12,25 126:11
127:10,24,25 128:2

Case 1:22-cv-01032-PKC-JRC   Document 154-4   Filed 03/10/23   Page 263 of 296 PageID #: 3088

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi   ---   February 2, 2023

262

128:3,4 129:7,14
130:6 131:21,24
132:13,16 133:8,11
134:6 136:17 138:6
138:13,23 139:7,11
140:4,6,8,12,20
141:8,10,13,16,17
141:21 142:25
143:8,17,18 144:4,8
146:23 147:8 148:8
149:24 152:8
153:24 161:23
163:3 166:21,25
167:3 168:16
169:11 171:24,24
172:21 183:7 191:8
191:13 202:5,8,9
203:10,24 204:7,23
206:17 208:21
210:4 223:10
226:22 250:18
251:12
**businesses** 123:4
**bust** 11:20
**busting** 12:22
**busy** 49:22 50:2
203:9
**buy** 68:4

────────────
**C**
**C** 2:2 256:2,2
**C-h-e-r-n-y** 205:15
**calculate** 242:5
**calendar** 41:23
148:22 150:20
**California** 147:7,10
147:17,19,20 148:8
**call** 8:21 33:18 34:23
121:5 133:5 148:5
179:25 190:13
194:14 202:11
207:6,9,14 216:22
220:22 222:12
236:3 240:7 242:20
249:5

**callback** 32:13
**called** 10:10 23:24
32:11 62:10 71:8
80:25 99:12 124:17
250:22
**calling** 7:3 201:10
**calls** 115:4 118:20
**campaign** 24:10
30:25 31:19 33:23
34:2,13
**cancel** 7:3
**candor** 8:5,9 11:12
**Capital** 98:22 99:11
103:9 225:5
**caption** 65:25
**car** 23:18 37:13
**card** 35:8 140:8
201:24 202:2,5,8,8
202:13 249:6
250:13 254:13
**cards** 202:10
**care** 145:8
**carefully** 27:22
**Carlos** 2:19,24 14:6
20:25 24:5,9 30:25
31:19 37:12 82:4
92:18,21 93:15
220:3 230:2,21
234:16 248:25
249:5,10,23 250:11
250:15,17 251:4,11
251:14,20,23
255:19
**Carmen** 249:5
**carrier** 32:20 45:7
**carry** 201:25
**case** 1:2 8:4,7 11:14
15:14 21:7 23:17
24:23,25 39:24 40:7
47:14 48:9,14,16
54:19 59:22 61:21
61:24 62:6 76:19
80:21 108:5,8,17,23
109:4 114:11,14,18
114:22,24 115:15

145:14 169:4
170:15 188:10
203:25 204:5,9
244:16 245:25
247:21,24 248:12
248:14,17 255:17
257:4
**cases** 125:17 131:25
**cash** 88:12,14 97:13
110:22 111:6,12,15
112:15 144:7 145:4
145:7,10,18,23
188:10 201:24,25
229:19
**cashed** 97:15 123:11
**cashing** 111:8,18
**Cause** 11:9 24:23
25:21 38:20 40:15
40:19 41:3,15,21
42:23 43:3,5 49:21
53:8 54:2,11 56:3,5
56:20 57:7 90:4,10
126:13,18 163:7
164:20,25 169:25
190:22 191:25
192:2,3,13 225:12
**caution** 116:14
**cease** 49:11
**ceased** 51:23,24 65:7
129:15
**Cell** 32:19
**cellphone** 32:17,18
118:20
**cellular** 40:2
**certain** 51:3 64:13,14
**Certificate** 152:17
155:9 255:5
**certification** 20:7
154:8
**certified** 152:15
155:9
**certify** 256:6,12
**CFO** 132:20
**ChampionGate**
75:21

**chance** 141:9 203:4,6
**change** 153:11
217:20 218:3 257:5
**changed** 217:17
**characterize** 86:5,24
87:10
**charge** 57:17 70:25
75:5 76:22 243:4
249:11
**charged** 69:25 73:19
78:4
**Chase** 100:3,22 102:7
102:23
**cheaper** 128:7
**check** 110:19 111:6,9
111:11,18 123:11
197:15 198:4
**checks** 97:14,15
110:22 111:14
112:15
**Chen's** 11:10
**Cherny** 205:15,15
**child** 229:23
**childcare** 244:2
**children** 79:6
**chiropractor** 88:5,7
88:14,21,22,23 89:6
89:12,16,21 147:10
147:13,21
**Cho** 7:21,25 8:2,21
9:8,9,14,18,22,25
10:5,9,16 11:15
12:7,10,14 13:11,15
13:18,22 14:12,18
14:22 15:4,12,20
16:7,21 17:11 18:10
18:21 19:5,8,12
**Cho's** 5:15
**choose** 26:25
**chose** 26:22 200:4
**Christine** 106:7
**church** 141:24 142:2
142:3,7,10,12,14,15
142:18 240:8
**circumstance** 241:22

circumstances 11:25
Citibank 100:22
102:19
City 227:17,18
claimant 128:5
claimed 111:16
claims 52:2
class 105:10
Clay 66:12 67:21
Claypit 4:6
clear 19:3 21:25 22:4
22:19 57:5 84:2
247:7
clearance 14:10
clearly 11:5 247:12
248:5
clerk 5:15 10:9
client 15:15 16:3
18:20,24 100:23
102:19 115:18
117:10 175:4,22
178:15 205:7,11
220:9 233:7 239:23
240:10,11,18
241:21,24 243:3,7
245:17 250:25
255:14
client's 93:10 115:17
166:14 194:11
clients 41:22 42:17
53:20 128:9 166:18
170:7 187:18,19
189:7,9 205:12
226:25 231:5 235:4
244:2 255:10
close 11:4 12:18
174:19 200:8 240:3
closed 99:23 103:6
closer 27:2
cloth 14:9,17
clothes 51:14
cold 133:5
colleague 20:25
220:18
collect 110:19 183:25

collectively 101:2
college 94:23 95:9
come 7:19 16:22 17:3
17:15 18:17 46:5
51:8 59:22 97:14
110:17 111:12
113:10 119:11
124:20 134:13
181:3 187:13 188:6
189:4,22 237:19
238:13,19
comes 59:8 101:8
comfortable 11:21
12:4 13:18 15:11
coming 34:4 114:17
COMMISSION
257:23
common 228:22
236:19
communicate 27:6
126:23
communicating 52:7
118:8
communication
60:19 130:17
communications
36:3 61:10 213:5
254:11
companies 157:3,6
248:7
Companion 195:18
239:18,20 240:2,18
254:15
Companion's 195:23
195:25
Companions 1:8 2:14
21:6,8 31:2,20
40:13,23 56:8 57:10
58:10 59:9,13,14,15
81:6 83:11,14 84:16
89:4 92:7 95:15
145:24 174:17
175:11 179:8,15,18
180:3 181:7,24
182:20 183:8 191:2

193:4 195:4,12,13
195:13,16 196:8,19
202:4,6 205:20,23
207:20 210:10
214:17,23 221:10
223:8 224:3,5,20
225:8 230:3,8
234:25 236:2,5
237:2 238:14,17,20
238:24,24 240:23
241:3 242:22
244:13,23 245:16
249:23 254:11,13
254:22 255:18
Companions' 91:5
178:10 196:15
company 23:24 24:4
33:24 34:4,18 60:7
60:8 72:14 92:6
124:17,20 150:6
182:14 187:25
188:10,11,14,24
204:4 214:2 242:19
251:13
compared 59:9
Comparing 93:9
compensation 98:9
101:20 108:19
146:21 147:4
compete 104:7
competency 62:18
competing 42:20
43:6 140:4,6,12,20
141:17 143:17
146:22 148:12
214:2,22
complaining 141:11
249:6 250:12
complaint 61:20,24
107:6,14,22 109:23
143:24,24 254:23
complaints 135:25
complete 19:25 22:6
44:17 59:2
completely 12:16

147:15 154:6,24
178:11 199:21
computer 40:3 62:9
186:13,15
concept 44:15,21
45:4 213:17 255:16
concern 7:13,15,16
11:6
concerned 117:13
concerning 8:6
104:13 115:21,22
156:8 219:9 246:18
concerns 6:16 7:21
207:19
concludes 252:19
conclusion 115:5
condition 219:8
conditioned 137:12
conduct 28:8 214:15
214:16 234:24
conducted 84:8 199:4
conducting 85:9,11
116:10
confer 18:19
conference 5:20 8:19
15:5,8,10 18:22
207:6
conferred 18:24
confess 145:17
confident 15:14
confidential 84:3
105:22 144:14
173:21
confidentiality
104:10 108:24
109:5
confirm 9:18 42:13
161:16 169:21
confirmed 51:9
240:11
confirming 126:20
confirms 218:10
conflict 97:17 98:3,4
98:5
conflicts 104:13

confused 172:4
confusion 245:2
connect 139:20
connection 248:16
connections 207:23
connivence 231:13
consents 220:9
consequences 60:16
  60:23
consider 12:20
constant 201:4
construction 59:25
  60:7
consult 40:11 41:22
consulting 111:17
consumed 62:22
contact 24:18 31:5
  32:15 34:18 41:4,13
  41:17 65:9 131:17
  157:14 168:7,7,10
  168:14 170:7
  181:19 195:14
  196:16 199:14
  211:22 227:13
  236:21 237:21,22
  237:24 238:4
  245:18
contacted 37:9
contain 216:15 246:8
contained 197:18
containing 36:10
  40:16 148:21
  163:16
contains 182:23
  198:20 205:6 225:7
content 63:25 214:12
  214:22 215:2,5
contents 174:13
continue 18:15 35:4
  36:24 88:24
continued 52:21
  255:2
continues 150:5
continuing 137:12
  220:7

contract 27:8 30:14
  31:11,16,23 33:3,10
  37:5 120:23 121:7
contractors 81:5
  179:3 236:17
  242:12
contribute 122:4,6
contribution 129:5
control 54:4 55:2
  89:11 90:6,25 91:7
  91:9 128:9
convenience 232:22
convenient 231:11
  232:18
conversation 31:16
  31:22,25 32:4,9,24
  33:9 37:22 45:7
  46:14,18,25 55:22
  56:2 64:2 113:8
  124:7 127:8 130:15
  130:17,19,20,22
  143:14 188:22,23
  207:12 220:4
conversations 80:19
  124:5,11 125:6,7,10
  127:11 137:11
  143:15
converse 223:24
  229:25
convert 29:20
convicted 94:15
Cookie 250:4,6
  251:23
copied 55:8 92:22
  176:17 194:6
  215:22 218:8
  244:24
copies 85:14 152:15
copy 20:10 27:16
  85:12,16 106:24
  107:5 155:9 177:22
  177:24 178:19
  179:22 211:4
  249:24
Corp 77:21

corporation 128:15
  130:4 152:17,22,25
  157:11
corporations 156:8
correct 9:20,21 10:14
  16:12 20:13,14
  23:14 24:5,13,19
  25:7,14,18,21,24
  26:3,7 28:9,23,24
  29:3,4,6,10,25 30:4
  31:9,23 32:2 35:13
  35:16 36:10 39:7,24
  40:4,8 42:25 43:7
  43:11,12 45:2 49:6
  49:7,25 50:5,14,15
  50:16,17 51:21,22
  52:22,23,25 53:2,6
  53:22,23 55:9 57:15
  57:16,18,19,24 58:7
  58:22 59:5,17 60:13
  61:4 62:20,21 63:17
  66:2,9,13,24 67:3,7
  67:10,18,19,22
  68:13,23 69:11,13
  70:9,10,12,13,15,22
  70:23 71:9,16,18
  72:4,5 73:5,8,25
  74:4,25 75:2,21,22
  75:24,25 76:10,11
  77:3,6,14,15,17,18
  77:21,23 79:6,7,9
  81:22,25 82:5,9,12
  82:21 83:15,16,21
  83:24 84:4,16 91:18
  92:12 93:11,14,15
  93:25 94:4 96:25
  97:2,5,6,8,9 98:15
  98:17,18,22 99:2,9
  100:4,24 101:12,13
  101:24,25 103:23
  107:16 109:24
  110:9,10,12,13,15
  111:2,7 112:13,23
  113:5,23 114:2,4,5
  114:9,11,12 116:7,8

116:10,25 117:24
  119:25 120:10,11
  121:5,6 122:21
  123:21 124:19
  125:8 126:11,12,15
  126:16 128:17,22
  129:2,25 131:25
  132:2 135:6 137:2
  138:3,23,24 139:8
  139:24 140:13
  144:11,15 146:3,23
  148:12 149:2,7,16
  152:4,8 153:6,24
  154:10,21,22
  155:14,17,20,21,23
  156:16,19,21 157:3
  157:9,10,15 159:25
  161:5,8,23 163:5
  164:8,11,22 165:24
  168:8,11 169:23
  170:5,8 173:8 176:5
  176:8,13,22 177:2,9
  177:10,19,20,23
  178:4,16,17,20
  182:21,22,24,25
  183:3 184:4,11,20
  185:12,15 186:11
  186:25 187:8,11
  189:2,3 191:15
  192:15,21 193:11
  193:19 194:3,12,21
  194:22,24,25 196:4
  196:24 197:7,9,16
  197:19,23 198:2,11
  198:25 199:6,25
  200:2 202:8 204:23
  205:2,3,20 206:3,8
  207:24 208:5,9,14
  208:18 210:4
  211:12,15,19,23
  212:10 213:7,17
  215:2 217:12 218:8
  218:11,15,19
  219:17 224:3,4,6,20
  224:21 228:6 229:2

Case 1:22-cv-01032-PKC-JRC   Document 154-4   Filed 03/10/23   Page 266 of 296 PageID #: 3091

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

265

230:9,23 231:8
232:6,7,20 233:2
234:3,5 235:6,7,11
235:12 238:11,12
238:14,15 239:6,8
239:11,12,15
241:17,17 242:10
243:13,14,17
244:17,18,25 245:4
245:6,7,11,12,15,19
245:20 246:3,4,6,7
246:14,15,18,19,21
247:18,19,21,24
248:18 250:4,5,7
251:18,21,25 252:6
252:7,10,12,13
**Correction** 47:16
**cost** 124:2 218:15
**Cottage** 199:24
**counsel** 4:24 6:4 14:6
20:2 27:17 36:6
37:9 60:20 106:24
180:7 190:17
194:17 196:12
202:17 216:25
220:3 236:7 242:23
254:10
**Counselor** 116:15
**Counterclaim** 2:13
**Counterclaimant**
2:19
**County** 71:8
**couple** 129:19 150:18
245:22
**course** 15:18 16:24
204:23 221:9
**court** 1:1 5:7,10 6:14
7:24 9:23 11:9
12:25 13:3 17:2,6,6
17:8 22:4 23:8
39:25 60:11,11
90:14,18 93:4 165:5
165:10,15 191:6
246:8 247:17 256:4
**courtesy** 22:7 27:16

112:19
**Cove** 2:20
**covenant** 104:6
**cover** 226:21 230:3
230:12,13,16,19
231:7,17 232:10,19
233:10 237:9
**covered** 63:23 241:7
247:12 248:7
**covering** 5:23,25
231:16
**covers** 57:11 108:25
**Covid** 65:19
**CPA** 153:21
**Craigslist** 181:21,23
181:25
**create** 178:19 189:11
189:16 193:22
194:5 214:25 216:6
216:19
**created** 34:3 55:10
124:16 176:15
189:15 208:4
**creating** 177:22
**credit** 35:8 202:2,12
249:6 250:12
254:13
**cried** 143:25
**crime** 94:15
**Crojas@alanripka**
250:3
**crojas@alanripka....**
249:24
**crowd** 141:10
**crucial** 11:13
**crystal** 22:19
**curb** 125:19
**current** 31:8 66:12
78:24 153:8,9
**currently** 6:18 10:7
58:22 73:10 131:24
132:12 157:23
223:10
**custodians** 142:11
**customer** 40:17

50:14 53:20 97:4,11
97:13,16 110:14,18
111:2,4,6,20 112:21
120:4 164:22 168:6
168:7,15 170:4,8
176:12 177:4 188:3
191:19 205:19,22
206:2 207:23 208:4
228:13 240:25
**customers** 40:18
41:24 52:13,15
56:13 93:7 163:16
165:7 169:6 187:4
187:24 208:8

---

**D**

**D** 2:16 4:2,2 254:2
**D-e-l-l-a-s-a-l-a**
106:5
**D-e-l-o-s-s-a-n-t-o-s**
176:3
**D-O-C-X** 82:15
**Daniella** 2:7,9 20:21
45:24 47:24 48:19
48:20 53:21 89:8
115:11,22 125:12
126:10 127:13
134:16,17 135:15
141:6 143:7,23
149:7 226:14 227:4
227:13 229:25
**daniellalevi@levila...**
2:9
**dark** 14:15
**date** 27:7,9 36:12
82:9 93:9 156:24
176:25 178:9
202:15 238:6
240:25 243:10
245:10 251:8 257:4
**dated** 145:14 146:17
154:18 163:22
182:20 197:4 216:4
244:13
**dates** 246:3

**day** 12:2 16:23 17:4,4
17:16 21:24 22:18
48:17 82:4 83:9
113:10,11 138:4
150:17 155:22
163:9,23 166:13
185:11 204:10
205:16 214:8
218:13 225:24
226:3 245:22
248:18 252:12
253:6 256:17
257:20
**days** 30:3 150:18
218:10
**dead** 16:6
**deadline** 18:8
**deal** 220:25 221:6
**dealings** 134:7
**Dear** 245:16,23
**December** 75:23
**decide** 172:12
**decided** 69:14,17
140:24 172:16
217:20
**decision** 69:19 218:3
218:6 246:9,12
**decisions** 246:8
**declaration** 47:12
60:12
**default** 16:5 78:21
**defendant** 1:16 4:3
5:4 21:6 23:17
104:17 220:3
234:16
**Defendant/Third-...**
2:19
**Defendants** 1:9 2:13
**Defendants/Third-...**
2:12
**definitely** 15:19
33:17 201:3,15
202:2
**delete** 189:25 190:7,8
221:6

Case 1:22-cv-01032-PKC-JRC   Document 154-4   Filed 03/10/23   Page 267 of 296 PageID #: 3092

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

266

**deleted** 190:7
**Dellasala** 106:4
**Delossantos** 174:10
  175:24 176:24
**demand** 236:10
**demanded** 235:18
**demeanor** 6:3,12,13
  8:10,12 11:8,14,18
  16:20
**demonstrated** 8:8
**demoted** 103:13
**deniability** 204:13
**deny** 55:18 154:5,6
  154:23 157:10
  189:15 199:19,21
  204:25 214:7,9
**denying** 91:14 151:17
  151:19 215:9 246:9
  248:11
**Department** 152:16
  154:9 246:13
**depending** 173:5
  227:18,19
**deponent** 5:5 9:15
  257:5
**deposed** 21:17
**deposing** 9:18
**deposition** 4:9,11,16
  5:16,17,19,21 6:13
  7:4,11,24 10:19
  11:20,24 12:23
  15:23 16:9 17:21
  18:5,12,18 19:4,8
  19:22,24 21:24
  23:15 61:3,6,12,15
  61:18 62:20 63:13
  63:15,20 64:9,18
  91:21 108:4 209:11
  220:6,20,25 252:20
  256:7 257:4
**Dept** 254:25
**derive** 58:6
**describe** 111:25
  223:19
**description** 127:24

127:25 128:4
  254:18 255:3
**designated** 152:25
**designed** 233:25
**desks** 15:11
**despite** 55:21,25
  101:6
**destroy** 55:19,23
**detailed** 118:6
**details** 37:21 141:7
**determine** 7:8 151:22
  241:16
**development** 99:12
  99:15,20,23 100:2
  103:3,6 121:18
**device** 37:13,23 38:3
  222:12
**devices** 40:3
**diagnosed** 219:11
**diarrhea** 210:5
**died** 237:23,25 238:4
**difference** 223:16
  224:8,11
**different** 6:17,22
  8:12 100:10 136:17
  147:9 153:12
  178:11,12 182:2,14
  203:20 246:2,2
**difficult** 16:18 49:19
  84:12,12 85:9,18,24
  90:21,22 91:11
**dilemma** 15:20
**diner** 199:15,20,22
  200:6 201:14,20
  202:15 212:24
**diploma** 95:6
**direct** 60:18 63:22
**direction** 251:21
**directly** 110:20
  233:13 235:17
  243:20 245:19
  248:10
**discombobulated**
  248:4
**discounted** 53:15

**discovery** 18:8
**discrimination** 107:8
**discuss** 43:6 44:14,20
  45:10,11 60:17 64:9
  69:20 80:20 121:23
  121:25 130:19
  252:15
**discussed** 6:20,24
  42:22 44:22,24 45:3
  45:5 65:20 67:21
  99:8 101:15 119:22
  131:14 134:20
  135:4,8 140:17
  149:21,23,25 214:4
  215:5,7
**discussing** 20:24
  42:20 80:18
**discussion** 6:24 9:5
  19:15 45:13 64:17
  75:17 80:10 93:20
  134:21 146:10
  149:11,14,19
  171:17 203:15
  220:12 234:10
  252:18
**discussions** 48:23,25
  121:20 140:11,19
  171:15
**dispose** 67:14
**disposed** 105:15
**dispute** 4:10 5:16,18
  6:19 19:22
**distance** 6:17 15:5,8
  227:20 232:12
**DISTRICT** 1:1,1
**divide** 209:7
**divided** 59:13 209:12
**divisible** 239:6,7,9
**division** 121:14
**Doc** 158:18
**doctor** 88:19 90:17
  90:21,23 93:11
  114:17 116:3,10,24
  117:13 176:12
  219:14

**doctor's** 90:15
**document** 27:21,25
  28:4 29:13,18,22,24
  30:6,10 39:3,16
  47:19 54:13 81:17
  83:24 89:25 148:16
  152:19,21 153:23
  154:3,4 155:5,12
  156:3,8,10 157:22
  159:16,22 160:22
  162:10,15 163:24
  164:4 166:8,10,15
  170:25 174:4,21
  176:20 184:24
  185:7 190:20
  198:11,21,22
  204:18 205:8,10
  209:5,18 210:19
  213:11 216:2
  224:24 231:23
  238:7 249:25 255:6
**documentary** 38:18
**documents** 13:7 40:8
  61:14 62:5,13 63:8
  63:17 64:12,13,14
  64:22 103:24 146:2
  189:18 191:15
  225:7,9,12 254:25
  254:25
**doing** 13:5 14:3 38:5
  50:2 60:3 71:8
  85:18 128:9 178:6
  228:2 237:12
**dollars** 150:22
**dormant** 129:9,10
**doubt** 30:11 107:23
**Dr** 84:8,10,11 85:8
  85:18,24 86:2,3
  87:17 91:11 92:7
**drawing** 203:19
**drinking** 141:11
**Drive** 70:8 75:21
**drooling** 51:6
**dropped** 71:12
**drug** 49:20 50:19,21

50:24 51:10,20
**drugs** 62:22
**due** 49:20 234:17
**duly** 4:3 256:8
**duties** 24:11 83:11
  100:9 221:10
**dying** 12:2 65:18

**E**

**E** 2:2,2 4:2 254:2,17
  255:2 256:2
**E-l-e-f-t-e-r-a-k-i-s**
  56:7
**e-mail** 174:2
**earlier** 58:3 61:2
  91:20 119:24 161:7
  185:12 245:21,22
**early** 234:17
**earn** 71:4
**earned** 75:9 78:10
  101:18,24
**easier** 178:18 193:21
**easily** 76:24
**East** 77:13
**eastern** 1:1 29:20
**easy** 7:10
**eating** 141:11
**echo** 135:16
**economic** 35:3
**economical** 38:3
**economics** 94:22
**edit** 82:24 83:3
  193:18,21
**edited** 198:2
**editing** 83:19
**education** 94:17 95:8
**effectively** 48:3
  114:15,25
**efficient** 128:7
**effort** 18:7
**eight** 15:2 39:13
  157:21 200:19,20
**eighth** 29:8 188:13
**either** 6:16 45:15
  80:19 119:17

131:20 204:22
  206:23 225:8
  226:10 227:19
  230:18
**electronic** 29:16,22
  216:18
**electronically** 29:24
  216:16 220:7
**Elefterakis** 1:7,8
  56:7,12 176:21,21
  177:5,5 188:4,17
  191:2,13,24 205:24
  205:25 206:6,6,8,11
  206:18 207:3,24
  211:14,15
**Elefterakis'** 188:14
  206:12
**Elefterakises** 211:18
**eleven** 18:22
**elilevi@levilawny....**
  2:10
**Elisito** 153:9
**ELIYAHU** 2:10
**else's** 157:12
**email** 29:21 34:3 36:3
  36:9 45:7 81:13,19
  81:20,24 82:4,7,21
  84:18 86:4,21 87:2
  87:9,16 89:17
  126:22 127:3,6,20
  127:21 130:25
  139:21 146:16,18
  146:20,25 147:3,25
  148:3,5,20,23,25
  149:5,10 150:5,15
  150:18 151:6
  154:13,18 158:16
  158:21 160:24,25
  161:3 162:5 163:15
  163:21,23 164:3,8
  164:14 166:12
  168:11 169:18,19
  169:22 170:23
  172:24 173:25
  174:6,13,17,20,24

175:13,14,21 176:4
  177:8 178:2,13
  181:5 182:7,11,19
  185:5,9,10,11,14,17
  185:18,18 186:18
  190:8 193:4,6,7,9
  193:16 196:2 197:4
  197:5,15,18,25
  198:19,24 199:8,12
  205:6,10 209:22,24
  210:2,6,7,14,22,25
  211:3,11 213:14,19
  213:21 214:10
  215:4,22 216:4,5,12
  216:15 217:11,15
  218:8 231:22
  235:25 244:13,16
  244:22,24 245:10
  245:13,13,21,23
  246:21 247:3,14,20
  248:2,3,14,17
  249:23 252:12
  254:13,24 255:7,15
  255:15,18
**emailed** 247:9 251:23
**emails** 36:11,14,17
  36:19,21 38:14 39:6
  39:11,20 40:8 41:12
  54:20 118:6,17
  127:5,5 144:24,24
  144:25 163:8,10,12
  164:24 166:3
  168:22 169:8 171:4
  171:25 172:5,7,13
  173:6 189:20,25
  190:5,10,14,15
  194:15 199:11,17
  200:24 201:8,13
  204:21 205:2
  210:14 211:7
  212:10 213:3,6
  216:23 217:4,14
  225:4 236:4 247:15
  254:12,12,14
**Emails/Texts** 254:14

**Emanuel** 2:5 5:2 9:11
  20:16 209:2
**emanuel@mllabor...**
  2:5
**Emilio_Gonzalez_...**
  82:8
**emphatic** 192:6
**Empire** 104:20,21,23
  105:3,5,9 106:19
  107:7,16
**employee** 30:16 31:5
  31:9 107:15 110:11
  139:25 160:4
**employees** 81:5
  105:11 179:2
**employment** 53:4
  101:23 102:2,6,18
**emulate** 196:24
**ends** 165:21
**engage** 8:16
**engaged** 31:3 97:7
  181:7 193:10
  195:13 214:16
**engaging** 26:11,15
  60:16,24 242:22
**English** 229:9 235:8
  235:21
**enter** 113:4
**entered** 16:5 50:12
  50:22,25 112:22
**entering** 53:17 116:6
  116:24 118:3
**entire** 141:16
**entities** 136:24,24
  137:3,7 138:6
  156:24
**entitled** 18:16,17
  22:20
**entity** 21:7 72:14
  122:20 123:19,21
  129:22 130:7,9
  131:3 133:14
  136:15,17 154:5,6
  154:20,23 155:14
  155:16 156:12,15

entrance 200:8
environment 107:11
equipped 8:18
equity 141:12 148:12
ERRATA 257:2
error 136:22 198:8
238:18,22
ESQ 2:5,6,9,10,16,21
essence 242:8
established 150:9
establishment 200:12
estate 204:3
esteemed 20:2
et 4:18 257:4
evening 149:10
event 6:7 11:3
events 22:17 25:23
26:6 118:2
eventually 112:20
124:15
everybody 87:25
141:6
evidence 16:9 54:18
55:19
exact 27:7 88:4,6,7
88:11 93:5 194:20
202:15
exactly 44:10 45:9
46:21 49:16 83:7
105:11 144:12
154:12
exam 128:6 174:25
175:4,7 178:15
179:22 180:15
193:19 223:4,5
231:5 240:24 241:4
243:5,6
examination 1:16 3:4
3:8 19:18 20:9
80:24 81:4 84:7
254:7
examined 4:7 175:22
175:23
examiner 62:6 63:9
64:12,23 160:22

167:20
examining 222:24
example 241:13
exams 85:10 198:7
240:20 245:25
Excel 167:14,19,21
186:20 187:7
excess 12:2
Excessive 51:6
exchange 85:6
118:17 140:5 144:7
199:12 217:11
220:19 248:24
249:4 250:10
exchanged 35:12
exchanges 118:22
exchanging 118:6
exclusively 59:12
129:4
exhibit 27:20 40:16
40:19 47:8,11 81:10
89:24 90:3 92:5,22
106:22,23 146:6,16
148:15,19 152:11
152:14 155:4,8
156:2,6 157:18,20
158:14 159:15,19
162:3,4,8,9 166:7
166:11 169:14,17
169:20 170:21
171:2 173:23 181:5
181:12 182:17,20
184:23 185:4
190:19 193:2,25
197:2,4 198:14,15
198:18 203:19,20
203:22 204:17,20
205:4 208:3,12
209:17,21 210:18
213:10,13 215:19
215:22 216:3 217:8
224:23 225:4
231:21 238:5,10,11
243:24 244:12
248:22,24 249:20

249:23 254:20,21
254:22,22,23,24,24
254:25 255:5,6,7,7
255:8,9,10,11,11,12
255:12,13,14,15,15
255:16,16,17,17,18
255:18
exhibits 13:8 171:3
221:4 248:21
255:21
existence 129:23
251:17
exists 195:20
expect 178:10
Expedia 70:22
expense 242:19
experience 101:3,7
103:18
expert 115:5,14
117:10,11,14,15
151:10 162:22
167:4 173:5
EXPIRES 257:23
explain 26:15 31:4
112:6 247:5
explained 28:9 30:23
30:23 31:18 33:16
33:16 37:25 236:16
236:18
explaining 148:7
175:16 247:25
explains 28:7
exposure 114:10
extended 18:9
extension 224:9
extent 7:12 14:2
220:21
external 223:17,23
extremely 8:7
eyes 5:23 11:22

─────────

**F**

F 4:2 256:2
face 13:20 19:2,9
Facebook 126:7

fact 41:12 56:18 84:6
85:2,8 107:19
128:21 147:5
149:15 192:15
230:11 251:4
factual 151:9
factually 151:23
fair 17:21,23,24
25:15 52:8 76:12,16
86:8 93:5 114:23
121:14 123:14
136:8,10 137:10
138:12,20 139:6
156:23 160:7,11
163:15 164:6
168:13 172:24
173:4,15,16 174:12
175:12,16,20
178:25 179:7,13,16
180:9 181:6 186:4
187:3 207:22
208:20,25 217:3
231:6 232:8
false 34:3
familial 206:7
familiar 60:15,23
63:24 209:23
213:19 221:10
222:2,11,17,19
223:16 224:8,11,15
family 99:12,19
207:23 234:17
far 22:9 108:22
117:13 131:9
233:24 236:11
Fargo 68:2
farther 232:11
father 65:18,22
130:16,20 134:12
135:11 158:9 201:9
203:8 204:8
February 1:12 4:15
25:18 70:6 256:17
257:4
Federal 20:4

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi --- February 2, 2023

269

fee 122:2
feel 7:2 13:18 202:19
202:24 245:18
feeling 7:12 10:22
11:19
feels 11:21
Felsen 2:6 9:13
felt 112:8,10 113:17
127:14 202:20
female 32:5,25
female's 32:6
field 139:15
figure 244:7
figured 173:4
figures 208:17,18
file 82:18 131:4
filed 60:11 71:7
107:14 154:8
filing 3:8 20:7 136:22
filled 194:2
Finally 77:11
finance 94:22 141:16
141:20 147:23
financed 123:4
142:25
finances 101:8
financial 55:15 74:15
78:24 100:23
102:19 108:18
122:6,8 131:19
151:10 163:5 164:7
172:15,19 173:12
173:17,18 233:21
236:12
financially 122:3
financing 218:19
find 24:9 26:18,20
30:24 31:18 33:22
34:5 51:15 90:24
108:10 124:20
149:11 205:11
218:14 222:21
232:2 239:23 240:2
240:10
finding 11:11 250:25

fine 7:14 20:20 102:3
252:14
finish 7:12 55:24
58:24 179:11
finished 179:12
fired 98:19 101:14,17
109:24 110:2
firm 24:8,11 26:23,25
31:4 35:7 41:17
53:10 93:7 133:3
153:5,8,9,12,18
154:25 155:19
156:19 157:15
206:6 220:18
firms 41:5,13 53:20
186:24 187:23
199:5 205:16
208:16
first 4:3 13:2 22:3
27:4,6,9 28:4,16
31:15,22 32:24 33:4
33:8 43:14,14 44:3
44:8,11,17,23 45:18
48:19 50:16,18
61:23 62:12 68:4
69:6 79:16 80:17
81:18 84:19 92:14
94:3 101:12 110:5
112:22 123:6,10,10
132:23,25 134:10
134:20 135:5,7,9,22
136:3,8 137:6,22,24
140:9 144:10
148:25 149:3 152:6
152:7 174:21 176:7
181:19 191:12
195:17 199:14
205:13,18,22,25
206:15 207:22
211:17 212:7 221:5
223:2,7 225:14
233:8 246:13
249:17
fit 15:10 167:15
five 15:2 106:2

128:16 139:2
152:25 153:2,5,17
153:19 155:20
156:21,23 158:7
173:11 174:19
flat 98:15
flexion 224:9
flimsy 14:8
flip 57:23 72:20
flooded 189:19
199:10
floods 190:9
Floor 2:15
Florida 75:21 76:23
77:9
focused 119:14
follow 36:5 180:3
194:16 196:11
216:24 236:5
followed 252:12
following 46:25
80:16 134:21
143:15 148:25
149:5 214:8 220:17
222:11 245:25
follows 4:7 198:11
followup 36:22 90:4
food 201:20
forced 11:24
Fordham 94:20
foregoing 220:9
forensic 40:3 41:11
54:18 62:6 63:9
64:12,23 81:13
160:22 167:20
Forest 96:11 188:25
189:5,9 199:25
forgot 239:25
form 3:12 20:8 24:20
25:8 32:8 37:14
42:2 43:10 45:6
48:6,10 54:22 59:6
74:16 85:13 97:20
108:18 116:11
131:5,6 133:11

138:5,18 144:25
145:20 157:11
159:25 162:6 171:9
176:7,10,15,17
191:9,16 192:8,10
192:16 194:2,5,9,10
199:19 202:22
208:23 211:10
212:4 214:18,23
229:17 231:9 237:3
241:12
format 82:11,20
194:13
formation 214:17
formed 95:14 121:4
122:20 123:20,20
128:15 129:23
130:3,3,7,9 131:3
133:14,18 134:4
136:12,16,18 137:3
137:7 138:4 140:3
145:24 152:18
154:20 155:10,14
155:16,19,23
156:15 179:14
202:6 206:15
207:20 214:7
forming 56:8 154:5,6
154:23 157:10
190:25 224:20
Fort 95:3
forth 199:6 256:8
forward 17:9 18:14
82:4 85:11 126:24
151:7 161:3 162:12
163:10 168:23
169:22 171:6,13
185:15
forwarded 83:8
162:19,19 164:10
164:19 166:17,19
166:22 168:21,22
170:16,19 171:5,13
171:14,16 172:8
185:25 190:6

forwarding 163:23
  169:19 173:21
  197:5 216:5 244:22
found 34:25 35:3
  51:13 89:9 240:11
  250:22
four 15:2 43:5 82:3
  82:14 95:25 100:22
  174:19 185:12
  190:24 208:2,17
  246:2,2
fourth 208:11 217:9
  230:22
free 245:18
Freedom 67:22
fresh 2:8 25:17 26:6
friend 147:11,19
  148:7
front 28:3 107:6
  146:14 169:20
  173:23 182:16
fudged 93:15
full 53:10,13 66:17
  67:5 249:16 250:20
full-time 183:14
functions 121:17
funding 187:25
  188:10,11,24
funds 130:14
further 3:7,11 6:17
  10:25 40:12 59:13
  91:4 200:9 256:12
furthering 40:22

_____

**G**

G 4:2 108:7
G-o-n-i-o-m-e-t-e-r
  222:16
Gabby 200:19 233:13
  233:14 235:5,8,16
  235:21,22,25 236:4
  236:22 243:16,18
  243:19
Gabby's 235:14,15
  237:6,7

Gabby/Companio...
  254:14
gap 95:8,11
gaps 103:17
garbage 163:13,17
gather 193:18
Gelardi 1:7,7,17 2:14
  2:14,24 4:1,9,16,18
  5:1,5 6:1 7:1 8:1 9:1
  9:19 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1,7 31:1
  32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1
  56:1 57:1 58:1,5
  59:1,19 60:1 61:1
  62:1 63:1 64:1 65:1
  66:1,2 67:1 68:1
  69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1
  77:1 78:1 79:1 80:1
  81:1,12 82:1 83:1
  84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1
  92:1,15 93:1,24,25
  94:1,10 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1,10 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1

132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
146:15 147:1 148:1
149:1 150:1 151:1
152:1,13 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1,10 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1,11
176:1 177:1 178:1
179:1 180:1 181:1,4
182:1 183:1 184:1
185:1,3 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1,17
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1,20
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1,16
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1,5
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1,20
253:1,4 254:1,5
255:1 257:4,5,18

general 62:2 129:17
  218:21 221:8
generally 63:11,14
  70:20 75:6 76:22
  78:4,10 204:21
  236:9
generate 130:12
generated 129:14
  130:5,13 208:13,21
genius 123:13 125:18
gentleman 83:18
  88:5 147:9
gestures 22:5
getting 13:23,23 50:6
  118:5 251:11
girlfriend 200:18
give 22:7 111:17
  117:6,12,15 118:6
  140:8 159:10 203:4
  203:6 226:16
  230:12 235:17
  249:17
given 19:24 117:9
  127:6 145:23
  170:24 216:2
  256:10
gives 176:11
giving 114:15,25
  115:14,19 117:5
  252:3
Glen 2:20
Gmail.com 185:6
go 12:7 15:14 18:14
  18:21,25 21:23
  26:10,16 29:8,14
  52:5 62:8 63:16
  64:14 80:7 83:23
  88:24 93:16 94:23
  113:9,16 118:3
  130:2,6,7 135:24
  139:17 146:7 148:8
  157:20 166:6
  167:12 170:9 177:7
  181:12 186:23
  193:25 197:2

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

271

208:11 209:16
210:8 217:8 219:20
230:21 231:21
235:18 238:5,25
243:9 244:6,20
247:8 248:20
252:15
**goal** 33:11,14,15
34:10
**God** 201:11
**going** 8:23 9:4 10:20
13:8 17:12 19:2,14
23:15 24:10 26:2,9
27:14 31:20 33:18
33:23 36:2,8 38:13
39:12 42:9 43:16
49:14 52:17 54:7
57:8 63:21 69:12
71:17,19 79:4 80:9
82:6,19 84:9 85:10
88:18 89:7,20 93:19
106:21 108:21
109:17 112:20
116:14 125:6
126:23 128:8,11
130:11 143:17
146:9 147:8 157:21
160:16 165:3
174:14 179:25
180:19 181:15
196:9 202:11
203:14 214:11,11
216:22 217:17,18
218:18 219:22
220:11,22 227:5
228:5 234:9 236:3
242:20 245:21
252:17
**goniometer** 222:15
222:19
**good** 4:25 5:13 9:2,8
9:9 13:6 19:20
20:16 80:15 86:6,7
86:12,14,17,18 87:2
87:5,6,7 88:25,25

113:18,20 149:10
175:10 182:4
196:23 197:16
198:5,13 249:7
**Google** 124:3
**GPS** 37:13,23 38:2
**graduate** 94:24
**grand** 129:19
**great** 125:16
**greater** 150:7
**Greenvale** 2:20
**Greg** 153:9 188:4,5,7
188:8 189:4 191:2
191:24 206:11
207:16 211:21,22
**Gregors** 247:17
**Gregory** 1:7 42:18
56:7 188:14,17
206:7 207:15,20,21
207:24
**Gregory's** 189:7
**grip** 135:15
**grips** 89:8
**gross** 150:21,25
151:4
**ground** 21:23 23:4
**Group** 2:3 5:2 9:12
**guarantor** 78:18
**Guarddog** 152:17,22
155:22 157:10,21
173:8 204:10,11,14
214:5,8,11 216:20
218:4
**Guarddogs** 157:7
**Guards** 228:22,24
236:20 237:9,18
**guess** 15:12 17:18
22:18 43:17,18,20
52:18 62:16 79:20
110:22
**guy** 33:23 113:10
140:23
**guys** 10:10 64:25
145:22 200:17

**H**

**H** 4:2 254:17 255:2
**H-a-w-k-i-n-s** 222:4
**H-o-f-f-m-a-n's**
224:15
**half** 6:6 10:25 95:25
**Hamilton** 95:3
**hand** 106:21 144:20
144:20 256:17
**handed** 81:12 148:18
152:13 155:7 156:5
159:18 166:10
169:16 185:3
198:17 209:20
225:3 244:11
**handful** 228:3 242:6
**handing** 47:10
**handle** 70:17 76:8
**handled** 77:23 83:10
83:11
**handles** 68:17 74:8
76:12,16 79:2 83:17
**happen** 13:10 45:18
**happened** 31:15 46:9
46:18 64:3 93:2
99:24 143:16
202:16 220:21
230:20 250:23
**happy** 17:15 130:22
**harassing** 201:11
**harm** 109:8
**Harmon** 108:8,10,13
108:16
**Harmony** 57:15,18
73:24 74:24 75:7
78:6
**hat** 5:23,24 6:25
10:15
**Hawkins** 221:25
222:4
**head** 218:25
**heads** 10:10
**health** 6:16 7:13,15
7:16,21
**hear** 18:11,11 44:8

44:11 140:24,25,25
203:4 212:12
232:25
**heard** 11:16 14:5
44:3 123:6 226:2
233:3,5
**hearing** 11:9 24:23
25:21 38:20 40:15
40:19 41:4,15,21
42:23 43:4,5 49:21
53:8 54:3,11 56:3,6
56:21 57:7 90:5,10
126:13,19 163:7
164:20,25 169:25
190:22 191:25
192:2,3,13,21
225:12
**held** 1:17,18 9:5
19:15 48:23 69:9,22
75:17 80:10 93:20
146:10 203:15
207:12 220:12
234:10 252:18
**hello** 149:24 174:24
**help** 41:16 86:9
110:22 112:12
118:16 134:18
135:14 179:2
230:11 242:2
**helped** 97:15 110:23
114:20 159:24
**helpful** 175:4 178:14
**helping** 140:5 180:11
180:12,13 183:13
**helps** 28:17
**hereinbefore** 256:8
**hereto** 3:4
**hereunto** 256:16
**Hershfield** 244:23
247:4
**Hey** 209:11
**hide** 6:11 11:7
**high** 94:23,24 95:3,6
95:9 208:17
**highest** 94:17

**highlighted** 38:22 39:14 42:12 90:11 190:23
**highly** 107:23
**Hills** 96:11 188:25 189:5,9 199:25
**HIPAA** 115:8
**hire** 127:15 181:23 182:4 195:2
**hired** 28:8 29:5 107:18,20,23 179:9 181:6,8,15,17,18 193:10 195:12
**hiring** 26:16 38:10 242:21
**historic** 77:12
**hit** 218:25
**Hoffman's** 224:14
**hold** 12:7 69:15 96:3 118:24 245:2
**Holdings** 72:13 156:9 204:2,3 255:6
**Hollywood** 72:3
**home** 57:12 69:5 70:7 71:9 72:2,6 73:23 75:19 77:12 113:9 119:18,19 159:13 186:14
**homes** 57:23
**honest** 194:7
**honestly** 21:22 149:8
**Honor** 9:16 12:9,12 12:22 13:17 14:5 16:3,14 17:2 18:7 18:20,24 19:11 58:9 165:9,18 192:5
**hope** 65:22 218:21
**horrible** 135:20 143:24
**horribly** 143:23
**Hospital** 183:20
**hostile** 107:11
**hounding** 201:4
**hour** 7:11 8:15 28:22 29:3 233:8

**hourly** 29:2
**hours** 12:24 19:25 28:22 62:23 82:3 83:9 185:12 245:22
**human** 143:14
**humiliated** 134:17 143:13,20,21
**hundreds** 11:4
**hungry** 251:11
**husband** 17:25 57:23 59:19 68:17 70:16 74:8 75:20 77:12 79:6 80:20 140:23 156:13 181:25 220:20
**husband's** 69:19
**hyper** 51:6

**I**

**ID** 38:19
**idea** 43:9 47:24 48:17 113:2,4,11,19,20 115:9 118:15 119:22 121:12 125:16,18,22 126:15 127:13,16 128:10 139:7 147:2 149:20 157:25 158:3,22 159:2 163:14 187:6 208:24 227:6 247:25
**ideas** 45:17,24,24 113:12,15 123:13 123:15
**Identification** 27:20 47:8 81:10 89:24 106:23 146:6 148:15 152:11 155:4 156:2 157:18 159:15 162:8,9 166:7 169:14 170:21 184:23 190:19 198:15 204:17 209:17

210:18 213:10 215:19 224:23 243:24 248:22 249:20
**identity** 235:20
**ill** 12:5
**illegal** 38:5
**imaging** 40:3
**IME** 1:3,8 2:14 4:17 20:17 21:6 31:2,6,9 31:20 36:10 40:13 40:17,23 41:22 42:21 43:8,10,15,23 43:25 44:15,21,25 45:11,16,22 46:25 47:5,23 49:23 52:25 53:10,21 54:20 55:8 55:12 56:8 57:10 58:10 59:9 80:25 81:4 83:11,14,24 84:13 89:4 92:6,12 93:10,13 123:7 125:7 126:14,15 127:9,12,25 128:3,4 128:6 138:9,11 139:10,24 140:4 141:13 144:8,14 145:25 146:22 147:8 148:22 149:11 150:21,25 151:3 152:17,22 155:22 157:7,10,20 161:5 162:23 163:16 164:7 165:6 166:14 173:8,21 174:15,17,25 175:3 175:11,18 176:7,13 176:17 177:2,9,9,11 177:13 178:3,10,22 179:4,5,7,14,17,24 180:2,15 181:7,9 182:20,23,24 183:3 183:7 184:7,17,18 184:19 187:4,5 190:25 193:4 194:6

194:23 195:4,13,13 199:5 202:4,6 204:10,11,14 205:19,23 206:17 207:17,20 208:8,13 208:21 210:3,10 211:18 212:23 214:5,7,11,13,17 215:2,6 216:20 217:18 218:4,4 221:10 223:4,5,7 224:3,5 225:8 226:15,18 227:15 228:14,17,20,22,23 228:24 229:5 230:8 231:4,5,7 232:19 233:6,10 234:25 235:3 236:19,20 237:2,5,6,7,9 238:13,17,20,23,24 239:14,17,19 240:25 241:3,25 242:8 243:16,17 244:13,23 245:16 245:25 246:9 249:17 254:11,22 255:8,9,10,11 257:4
**IME's** 214:22
**IMEs** 85:10,11,19 181:24 182:5 183:25 184:4 193:10 198:25 199:4 205:12 223:8 223:11 226:21 228:23 231:16 232:10 235:22 237:10 250:7
**immaterial** 109:3
**immediately** 39:20 86:12 95:14 129:10 215:21
**impact** 109:4
**impeach** 16:16
**important** 8:7 25:4 53:9,16,18 127:7

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 2, 2023

273

**in-person** 5:21 45:7
**inbox** 190:8
**incentive** 98:12
**inception** 129:15
**inclined** 17:3,8
**include** 105:3
**includes** 97:3
**including** 15:3 83:12
**income** 58:6,7,9,13
  58:17,18 59:8,16
  71:3 129:14,17
**incorporate** 203:25
  204:6,10,11
**incorporated** 173:7
**Incorporation** 154:8
  155:9 255:5
**incorporator** 153:24
  204:13
**incorrect** 92:17
**increase** 232:9
**incumbent** 202:19
**independent** 80:24
  81:4,5 84:7 85:10
  134:6 179:2 236:17
  242:12
**independently**
  131:24 132:14
**indicated** 108:23
**individual** 8:2 20:24
  24:12,18 30:21,22
  31:12 33:9 78:18
  83:20 132:18
  147:20 174:2,7
  197:11 213:15
  250:3 251:20
**individuals** 41:13
  181:23 182:4
  212:24 233:15
  235:6
**inference** 197:25
**info** 174:20
**Info@imecompani...**
  173:25
**inform** 125:11
**information** 21:12

34:6 40:12 41:5,10
  41:13 43:23 47:5
  50:7 55:16 56:6
  88:4,8,11 115:18
  117:10 120:17
  144:5,8,14,22 145:2
  145:3,7,10 146:2
  156:7 162:24 163:2
  163:5 164:7 165:16
  166:19 168:14
  170:7 172:15,19
  173:12,20,21
  174:14 175:2
  176:11 178:11,12
  179:21 180:14
  183:24 185:19,25
  186:6 191:3,7
  193:18 194:2
  195:15 196:8,16
  199:3 211:4,8 225:7
  251:3,6,25 252:3
**informational** 180:14
**informed** 36:23 37:4
  37:8,12
**initial** 4:10 48:25
  117:22 127:8 180:2
**initially** 36:18 68:12
  69:15 223:7
**injury** 104:15 109:20
  139:15 175:22
  218:25 241:2
**inputted** 115:18
**inside** 200:7,9
**instructed** 55:18
**instructs** 21:15
**intended** 43:15
  233:18
**intention** 43:8
**intentionally** 168:23
**interaction** 251:14
**interest** 44:2 47:2,3
  56:18 97:17 98:3,4
  98:6 104:13 140:3
  152:4,7 163:19
  211:20

**interested** 120:19
  161:24,24 172:25
  173:2 203:9,23
  256:15
**interesting** 152:3
**interim** 136:6
**internal** 223:17,21
**internally** 18:25
  223:23
**interpret** 231:4
**interpretation**
  240:22
**interpreted** 235:4
**interpreter** 227:16
  228:11 229:6,7
  231:4 235:11
  239:17,19 240:12
  240:14,16,17
  241:17,18
**interpreters** 225:21
  226:11,24 235:3
  243:16,17
**interpreting** 235:22
**introduce** 4:24
**introduced** 207:14
**introducing** 204:20
**introduction** 135:8
  135:23 149:4
  212:21,22
**invest** 122:11
**invested** 125:4
**investigate** 38:10
**investigation** 28:8,22
  30:16 34:17,22 35:5
  35:7,13 36:4,24
**investigator** 24:19
  29:5 34:9,11 36:23
  38:8 147:6
**investment** 77:21
  122:9,15
**investor** 122:25
**invoice** 56:19 210:24
  211:12 233:6
**invoices** 56:8 164:22
  191:3,14,24 192:5

192:20
**involved** 49:9,11,17
  59:20 74:14,23
  101:7 113:7 120:12
  128:12,18 129:25
  131:24 132:5 144:4
  183:7,10,12 211:18
  219:5
**Irish** 199:24
**Ishmael** 233:12
**Island** 4:6 67:21,25
  69:6,11,22 79:5
**issue** 10:11,11,13
  12:5,15 13:2,22
  17:13
**issues** 8:6 108:22
  109:4 234:14
**items** 89:16 210:3,8
  224:18

**J**

**Jamal** 200:16
**Jamie** 2:6 9:12 106:4
**jamiefelson@mlla...**
  2:6
**January** 66:23 68:19
  77:5 122:21 159:20
  160:6 243:10,12
  244:13 245:10
  246:21,24 248:12
  248:17 255:8
**Jay** 173:11
**jdwarner@wslaw....**
  2:16
**Jeff** 83:18,20
**job** 13:4 96:3 183:14
**jobs** 101:15 103:25
  179:9
**join** 120:16 220:7
**joined** 8:20
**joint** 222:25
**Jonathan** 2:16 5:5
  9:16
**Jordan** 79:12,14,23
  80:2

**JP** 100:3,22 102:6
**JRC** 1:2
**Judge** 5:15 7:21,25
  8:2,21 9:8,9,14,18
  9:22,25 10:5,8,9,16
  11:10,15 12:7,10,14
  13:11,15,18,22
  14:12,18,22 15:4,12
  15:20 16:7,21 17:11
  18:10,21 19:5,8,12
**Julie** 200:17
**July** 47:22 71:15 74:3
  82:9 202:14 230:22
  231:22 232:5
  251:24 252:6,9
**jump** 102:9
**June** 100:7 109:16
  146:17 216:4,13
**jury** 15:23 16:19
**justice** 25:6

_____

**K**

**Kataev** 2:5 4:8,25 5:2
  5:13,25 7:5,8,23
  8:14,23 9:8,11,11
  9:20,24 10:3,7,13
  10:14,17,18 12:4,6
  12:10,12,21 13:13
  13:14 14:20,25 15:9
  16:14 17:2 18:11,19
  18:23 19:10,19,20
  20:6,15,16 25:11
  27:14 28:15 33:14
  36:7 37:17 38:17
  42:10 43:19 44:18
  47:7,9,16 50:9 54:6
  54:9,14 59:3 60:21
  60:22 63:3,24 64:7
  74:20 75:16,18 80:6
  80:14 81:9,11 86:22
  87:14 89:23 90:2,9
  93:16,23 96:13,15
  96:20 103:19
  106:17,24 107:2
  108:3,6 109:3,6,9

109:13 115:20,24
116:14,22 119:17
122:23 126:17,21
127:17,19 129:18
133:22 134:22
136:5 138:15 142:3
142:6,22 146:5,7,13
146:24 148:14,17
152:10,12 154:19
155:3,6,25 156:4
157:17,19 158:13
159:14,17 162:2,11
163:20 164:5 166:5
166:9 168:2,4
169:13,15 170:20
170:22 176:2
179:25 180:8,16
181:2 184:22 185:2
190:13,18,21
194:14,18 196:9,13
198:13,16 202:11
202:18 203:11,18
204:16,19 206:22
209:5,10,15,19
210:17,20 212:13
212:17 213:9,12
215:18,20 216:22
217:2,23 218:2
219:19 220:15
224:22 225:2
231:19,24 234:6,13
234:23 236:3,8
237:5,8 239:8
242:20,24 243:23
244:6,10 248:20,23
249:19,21 252:14
254:8 255:21
**keep** 22:3 227:25
  240:25
**keeping** 10:21 196:15
  196:18
**kept** 196:14 201:10
  201:10 251:17
**Keystone** 74:10
**kicked** 125:18

**kill** 7:10
**kind** 12:24 25:5
  42:24 45:4 68:25
  84:14 178:8 229:15
**KN95** 14:9,16
**knew** 10:20 31:7 33:7
  37:12 116:9 139:23
  139:25 160:14
  188:17 196:21
  243:4
**know** 13:20 17:11
  22:12 23:18 24:15
  27:7 29:12 33:2
  34:25 35:17 38:24
  39:14 41:16 47:15
  50:20 53:9,17 54:15
  60:4 68:6,17 69:12
  70:3,4 71:20,21,22
  72:8,21 73:6,9,20
  73:21 74:5,12 75:9
  75:14 76:4,24 77:7
  77:22 78:4,7,10,20
  79:2,15 81:16 82:13
  83:12 84:23,25
  88:13 89:6,19,22
  91:8,9 92:25 93:3
  98:3 99:10,17
  102:13 104:11,25
  105:4 106:12
  108:24 109:22
  118:16 119:23
  120:6,14,15,22
  121:13 122:4,18
  125:23 126:10
  128:8 131:9 132:10
  132:11,18 145:21
  147:5 154:2 157:16
  157:22 158:7,23
  159:12,23 161:18
  162:24 163:4,18
  164:17 166:19
  167:2,4,5 171:12
  178:24 179:19
  180:13 181:14,16
  181:22 182:8

183:20 184:16
185:23 186:7 187:9
188:2 189:13,14,19
200:5 201:17
207:15 215:25
221:13,16,18,22
222:5 225:20
227:14,24 230:20
235:19 236:12,14
236:14,19 240:13
242:7 243:5,6
250:11,14,21 251:8
**knowledge** 25:3,25
  38:7 68:7,14 70:24
  71:3,12,13 72:9,13
  72:17,19,22 74:9
  75:12 76:2,5 78:14
  82:18,23 83:2 85:5
  111:15,16 114:22
  116:2 117:21
  120:20 122:20
  124:23,25 125:23
  129:7,13,22 139:15
  173:17 189:21
  213:7,8 223:13
  224:19 227:4 229:4
  230:25 233:9,11
**knows** 92:19 125:16
  229:8 235:8,21

_____

**L**

**L** 4:2,2
**L-i-a-k-a-s** 206:22
**L-u-m-i-n-a** 124:18
**labeled** 82:8
**labor** 121:15 242:9
**Labuda** 2:3 4:21 5:2
  9:12
**lack** 8:5,9 112:9
  133:4
**Lake** 1:12 2:4 4:23
  57:15,18 73:24
  74:24 75:7 78:6
**Lakeside** 77:20
**landline** 32:18

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi --- February 2, 2023

275

language 229:8
languages 229:11
large 15:9 200:12
210:11
last-minute 226:24
228:11 229:6 230:3
230:9,12,14,16,19
231:16
late 43:17 201:13
lately 218:24
latest 246:21
laugh 201:5
launched 52:25
law 2:3 5:2,15 9:12
10:9 41:5,13,17
53:9,20 88:12,14
93:7 186:24 187:23
199:5 205:24 206:6
208:16 244:16
247:21,24 248:12
248:15,17 255:17
lawsuit 21:12 52:3
71:7,11 104:16,17
104:19 105:8,10,13
105:17,19,24
106:13 109:18,19
109:19,21 131:14
lawyer 117:15
Lawyers 6:7 11:2
laymen's 223:19,21
layout 200:10,11
learn 50:18,20,21
144:5 223:2
learned 138:11,22
211:17 223:4 224:2
224:19 251:24
learning 50:7 126:14
leave 53:3 102:18,22
103:2,5,8 143:14
220:6 234:17
leaving 10:7 244:4
led 49:17
left 102:15 132:3
208:3 247:11
leg 221:19,21,22

legal 4:19 114:6,15
115:16
Leo 2:18,21 14:6
20:25 220:2 231:19
234:15
leo@shalit-law.com
2:21
let's 15:20 47:7 80:7
81:9 83:23 87:8
89:23 92:4 93:16
146:5,7 152:10
155:3 157:17,20
159:14 166:6
169:13 170:20
180:16 181:12
184:22 203:11
204:16 209:15
212:13 219:19
224:22 234:6
243:23 244:6,9
249:19 252:15
letter 176:20 246:16
246:17
letterhead 92:23
176:21 236:25
letters 82:14 84:2
letting 230:2
level 94:17
Levi 2:7,9,10 20:21
20:22 45:24 48:19
48:20 53:22 89:8
115:23 125:12,24
126:10 134:16,17
135:15 141:6 143:7
227:4 230:2
Liakas 205:24 206:13
206:14
Liakis 1:8 206:20
liar 48:4,9,14 145:11
liars 48:16
license 38:8 116:4,9
116:13,23 117:3,5
117:14
licensed 116:2
lie 145:9

lied 48:16
lieu 7:3 160:20
life 103:21 112:10
143:7
lifestyle 58:21,23
59:4
liked 125:18
Linda 244:23 245:5
245:16,23 247:3,9
247:16,16 248:3,5
248:14
line 5:14 8:24 126:19
126:20 165:3,21
170:2 186:18
LINE(S) 257:5
lines 38:22 39:13
42:12 43:4 54:12
58:4 90:12 190:24
list 40:17,22 41:22
42:18,19 56:13
165:6 166:15,18
167:13,18 168:13
168:17,18,19,20,24
169:2,3,5 186:20,24
187:3,7,10,10,13,14
187:15 189:10,10
189:15,16,17,21
191:19 195:14,16
195:17,22,25 196:3
196:7,10,14,18,20
204:12 208:7 210:3
254:13 255:12
listed 77:2 104:23
169:6 208:16
listen 27:22 58:25
89:9 115:10 135:23
listened 115:11
listing 156:7
lists 164:22 168:6,10
246:2
literal 143:25 144:2
little 4:20 5:8 56:21
56:25 57:4,4 58:9
58:13,17,18,20
74:23 101:4 122:16

122:17 171:22
live 27:2 142:9 158:4
220:25
lived 34:7 103:21
118:11 142:7
lives 157:23
living 141:24 142:4
142:11,16
LLC 1:8 2:14 21:6
76:6 133:15,18,20
133:22 134:4
136:12,15 138:5
225:8
Loans 70:15
located 4:22 57:14
70:7 73:24 77:13
106:18 188:11,12
188:24
location 57:18 177:2
240:9
logged 64:11,21
220:8
logistical 13:9
logistics 7:9 244:8
252:15
long 32:24 75:3 105:5
132:9 167:14 195:9
long-term 73:15
longer 35:19 36:24
49:17 67:12,13
83:14 112:15
129:25 183:12
196:20
look 17:11 30:6 40:11
76:24 82:14 92:4,14
153:22 161:12
164:2 238:9 252:5
looked 26:21 62:5
75:14 109:19
112:10 124:21
161:18 162:3
164:15 171:14
looking 7:11 22:16
77:9 109:10 160:12
169:5 181:14 193:2

208:2 217:15,21
**looks** 156:25 167:7
   169:7 210:5,24
   215:7 217:14 218:5
**loss** 148:21 150:3
   161:4 162:12
   164:15 191:22
   254:24
**lost** 116:4,12
**lot** 42:8 45:23 83:11
   87:19 89:10,10 96:5
   128:6 134:15 165:8
   199:3 201:11 209:2
   251:12
**loud** 22:3
**low** 208:17
**lowest** 249:11
**luck** 175:10
**Lumina** 124:17,24
   129:2 216:19,24
   217:4 254:14
**Luminasystems.com**
   213:16
**lunch** 80:11,16,18
**Lying** 23:14

_____

**M**

**M** 4:2
**M-a-s-s-i-e-l** 176:2
**Madame** 42:6 212:11
**Magistrate** 5:15
**maiden** 66:4,9
**main** 186:19 188:4
**maintain** 55:14
   195:14
**maintaining** 58:22
   59:5
**major** 94:21 123:25
**majority** 119:19
   240:20
**mal** 49:5 50:4 51:25
   52:8,12,16 97:8
   113:14 123:20
   124:16,24 128:2,11
   133:15,22 136:12

136:15,19,20,20
   155:10 157:8 204:6
   204:7 217:7
**Mal's** 216:10
**male** 33:19
**malpractice** 113:21
   114:11,14,24
   115:16 116:7,25
   117:6 118:18
   125:12,24 126:6,7
   126:11 131:25
   132:6,13,16 136:16
   137:13 138:5
**man** 34:24 112:9
   198:6
**manager** 96:7 99:4
   100:11,15,18
   101:19 103:10
   250:8
**managing** 74:15
   101:8
**Manhattan** 188:13
   188:25
**manner** 40:11
**March** 68:10 73:8
   81:13,19 83:6 86:4
   86:17,19,25 87:5,9
   89:17 165:14
   228:25 238:25
   239:3,4
**Marcus** 1:11 2:4 4:22
**marital** 63:23,24
   220:23,24
**mark** 47:7 64:13 81:9
   89:23 146:5 148:14
   152:10 155:3
   159:14 169:13
   170:20 184:22
   203:11,20 204:16
   243:23 249:19
**marked** 27:15,20
   47:8,11 64:16 81:10
   89:24 92:4 106:23
   146:6,15 148:15,19
   152:11,14 155:4,7

156:2,5 157:18
   159:15,18 160:18
   162:8,9 163:20
   166:7,11 169:14,16
   170:21 184:23
   185:4 190:19
   198:15,18 203:19
   204:17 209:17
   210:18 213:10
   215:19 216:2
   224:22,23 243:24
   248:22 249:20
**Markel** 246:12
**markers** 210:11
**market** 73:8
**marketing** 55:11
   93:6 124:4 150:8
**marking** 106:22
   162:3
**marriage** 94:10
   109:12,15 256:14
**married** 93:25 94:8
   94:11 109:14,16
**mask** 5:25 6:5,10,15
   7:2,4,16,22 8:3
   10:12,16,19,21 11:4
   11:21 12:3,17 13:4
   13:12 14:2,7,8,9,17
   14:18 15:24 16:19
   16:23 17:8,14,17,21
   18:13,14,15,18
**masks** 13:13,16,20
   14:13
**Massiel** 174:9 175:23
   176:24
**master** 166:15,17
   167:13 187:10
**material** 55:11
**materials** 36:10 47:5
   55:12 93:7
**math** 209:2,4
**matter** 4:17 21:11
   33:4 52:20 147:5
   192:14 251:4
   256:15

**McDonald** 223:14
**Meadows** 2:8
**mean** 23:13 45:3,5,13
   53:14 56:25 57:3
   58:14 86:12,14,16
   87:12,24 91:7,8
   104:5 105:16
   129:17 161:17
   198:5 218:24
   238:22
**means** 23:11 41:24
   42:16 205:14 252:8
**meant** 238:23
**med** 49:5 50:4 51:25
   52:8,12,16 97:8
   113:14 123:20
   124:16,24 128:2,11
   133:15,22 136:12
   136:15,19,20,20
   155:10 157:8 204:6
   204:7 216:10 217:7
**medical** 14:10,13
   80:24 81:4 84:7
   85:10 113:21,25
   114:10,14,24,25
   115:6,7,16,19 116:3
   116:7,24 117:5,6,9
   117:12,16 118:18
   125:12,24 126:11
   131:25 132:6,12,15
   136:16 137:13
   138:4 175:8
**medications** 62:23
**medicine** 116:5,13
**medium** 17:15
**Medmalscreening....**
   121:5
**meet** 27:4 51:18
   101:11 110:5 119:3
   120:7 132:23,25
   135:12,13 138:25
   140:23,24 201:7
   202:20,24
**meeting** 8:25 27:5
   117:22 118:3 119:7

Case 1:22-cv-01032-PKC-JRC   Document 154-4   Filed 03/10/23   Page 278 of 296 PageID #: 3103

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

277

119:12,16 134:13
134:20 135:9,10
137:7,14,19,25
138:8 141:6 149:2,3
149:5 175:7 200:24
202:15 212:19,21
212:23 213:22,25
215:10,11,12,15
**meetings** 118:5,25
119:6,8,15,20
206:18,21 213:3,5
**member** 133:18
134:3 136:25
**memory** 22:19 25:17
26:5 91:24 218:23
219:9,12,15
**mental** 219:8
**mentioned** 45:16,23
89:6 119:24 125:13
125:14,14 127:12
135:12 147:22
235:5
**merely** 111:5
**message** 45:6 81:21
84:19 118:22
244:17 248:24
249:4 250:10,15
252:5
**messages** 35:12,15
216:23 220:19,23
221:6 251:9 252:8
255:18
**met** 48:18,19 50:16
94:3 110:11 112:5
113:10,24 119:23
120:4,9 123:8,10,10
133:2 134:10,11
135:5,7,16,22 136:3
136:8 137:22,24
139:23 140:9,22
144:10,13 160:5
186:5 199:15,17,22
201:5,14 203:24
212:8
**method** 32:8 229:16

**middle** 92:14
**Milford** 77:13
**million** 68:20 150:22
**millionaire** 143:4
**Milman** 2:3 4:21 5:2
9:11
**mind** 64:8
**minimal** 129:21
**minute** 107:3
**minutes** 8:22 240:6,6
244:7
**Mo** 183:22
**Moabdulrahman...**
182:21
**model** 44:2,24 45:12
45:22 47:2,24 144:8
163:4 178:2
**Moe** 183:2,5,7 197:6
198:6
**Moe's** 197:16 198:4,9
**Mohammad** 197:6,6
**Mohammed** 175:7
**mom** 238:4
**money** 35:18 56:21
102:10 124:23
128:22 130:12,13
131:10 199:20
205:17 225:7
226:15 228:9 233:2
233:18,24 238:13
**Monroe** 71:8
**month** 49:12 62:16
79:21 95:17,18,20
102:3 201:2 205:13
226:6,8,11 242:6
249:7
**monthly** 243:2
**months** 36:14,20,21
39:7 163:9 165:17
166:4 201:12,18
212:9
**Moon** 75:20
**Morales** 2:25 4:19
**Morgan** 100:3,22
102:6,23

**morning** 4:25 5:13
9:8,9 19:20 20:16
**mortgage** 57:11
66:17,21 67:20
70:15 74:10 76:5,6
77:20 78:15
**mortgagee** 67:24
**mortgages** 76:17
78:21,25
**mortgagor** 78:19
**mother** 237:23,25
**motion** 222:22
246:16
**Mount** 70:8
**mouth** 6:2
**move** 17:9 69:6 109:6
109:9 115:20
127:17 134:22
**moved** 69:21
**moving** 6:21 69:10
**multi-branch** 103:10
**multiple** 89:7 99:5
171:3 182:2
**mumbling** 22:5
**municipality** 71:8
**Mutual** 100:3

---

**N**

**N** 2:2 254:2 256:2
**N-e-e-r** 222:5
**name** 4:19,25 20:16
28:4 32:6 33:7 34:6
56:19 65:25 66:4,7
66:8,9 67:24 78:14
80:23 88:6,20 89:14
89:22 92:23 106:15
110:21 119:24
130:4 152:22
157:12 160:9 174:9
194:11,11 195:17
199:22 211:21
217:17 218:3
233:12 241:6,10
257:4,5
**named** 20:25 34:24

83:18 108:7 132:18
174:7 213:15 250:3
**names** 106:3 195:14
200:17 233:11
**Nassau** 227:20
**national** 95:16 96:18
102:3 107:8 109:24
111:20 159:21
185:10 186:11
187:8 188:15
**nature** 5:18 6:18
111:14 146:25
206:10
**nearly** 150:21
**necessarily** 18:4
**necessary** 212:14
**need** 15:22 33:22
41:16 115:8 117:11
117:17 144:4
158:23 175:5 179:6
202:24 210:3 221:2
228:4 240:21
245:19 248:8
**needed** 86:8 115:10
178:12 179:21
180:14 183:25
184:3 196:20
209:23 226:20
232:19 242:9
249:17
**needing** 214:4
**needs** 97:18 134:18
175:17 178:15
**Neers** 222:5
**neurologist** 219:17
**never** 33:7 41:4
43:22 44:22 52:8
53:19 55:7 85:4
93:14 104:23
114:18 115:16
119:6,12 122:18
125:13 130:3
140:17 141:9 142:9
145:18 147:22
148:11 157:11,14

Case 1:22-cv-01032-PKC-JRC  Document 154-4  Filed 03/10/23  Page 279 of 296 PageID #: 3104

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 2, 2023

278

158:6 159:8 168:17
168:18,19,24,25
170:15,18 181:8,17
187:14 189:9
229:20 233:13
235:15 241:10
246:24
**new** 1:1,12,20 2:4,8
2:15,15,20 4:5,6,23
6:7 11:2 67:10
100:14 141:13
147:16 152:16
153:18 154:9
193:18 227:17,18
256:6
**Nicholas** 1:8,8
206:18,20
**Nick** 207:3,6,9,15,16
207:17,19
**night** 57:17 75:8 78:8
**nightmare** 13:9
**nine** 15:2 42:12
200:19,20
**no-fault** 240:21,24
241:3
**non-attorney** 128:5
**noncustomer** 112:16
**nondisclosure** 104:9
**nonresponsive**
115:21 127:18
134:23
**normally** 90:24
**North** 72:3
**notary** 1:19 3:5 4:4
20:10 47:17 253:8
256:5 257:20
**notate** 241:12
**note** 14:7 50:9
**noted** 252:24
**notes** 179:6 246:9
**notice** 1:18 246:17
**noticed** 5:19 10:20
220:18
**notified** 207:17
**notifies** 176:25

217:16
**November** 23:21
29:17 30:7,12 79:8
96:18,20 102:4
103:9 228:5 238:6,8
245:17 247:13
248:8
**number** 32:11,14,15
32:15,17 158:17,18
158:18,24 159:4,7
168:8 195:23 199:4
199:4 203:21
205:16
**numbers** 161:19,25
**numeral** 133:23
**nurse** 183:17
**nursing** 114:4

---

## O

**O** 256:2
**o'clock** 18:22 244:5
**O-p-t-h-a-l-m-a-s-...**
222:13
**oath** 23:7,14 80:17
**object** 21:13 25:9
60:17 63:21 108:22
192:24
**objection** 19:5 24:20
25:8 28:10 37:14
42:2 48:6,10 54:22
59:6 74:16 85:13
97:20 115:4 116:11
116:16 117:8
129:16 131:5,6
137:17 138:18
145:20 165:25
171:9 173:9 191:9
191:16 192:8,10,16
202:22 208:23
211:10 212:4
214:18 217:13
229:17 231:9 237:3
**objections** 3:12 20:8
116:16
**obligations** 78:25

131:20 234:18
**observations** 234:25
**observe** 6:3,12 8:9,11
11:14 16:20 92:19
174:15 179:3,5
181:9,24 182:4
193:10 223:11
**observed** 90:16,23
92:12,15 93:14
124:7 223:5,8
239:19
**observer** 43:15 44:2
44:15,21,25 45:11
45:22 46:25 47:24
52:25 139:10
141:13 146:23
175:17 206:17
210:3 240:15,16,18
241:2,16
**observers** 235:4
**observing** 184:4
**obtain** 42:17 178:23
235:2,24 250:18
**obtained** 55:16 56:9
77:20 80:24 95:6
160:12 177:18,18
184:17 205:19,23
205:24 206:3
207:23 240:24
**obtaining** 41:24
100:14 210:8
**obvious** 34:4
**obviously** 109:11
115:11 207:16
247:6
**occurred** 23:16 25:23
117:23 137:11
252:9
**October** 49:15 72:6
73:2 100:7 102:24
173:25 182:20
193:3 197:4 225:16
229:14
**off-the-hand** 209:8
**off-the-record** 9:5

19:15 75:17 80:10
93:20 146:10
203:15 220:4,12
234:10 252:18
**offense** 218:22
**offer** 27:14 73:5
141:12 143:16
144:7
**offered** 52:16 125:11
125:13,15 148:11
**office** 4:21 120:9
133:6 175:8 210:10
239:24,25 240:7
250:7,8,22 251:5
**oh** 89:19 201:11
**okay** 10:16 13:11
14:12 15:4 19:5
20:19,22,23 21:4,5
21:8,9 23:2,3,20
28:18 39:2,17 42:9
47:20 64:4 82:17
107:4,24 130:5
166:5 185:13
193:15 204:24
223:2 230:4,6 237:7
243:11 245:9
**older** 112:8
**Omar** 197:11,13
198:2
**once** 21:18 30:20
112:19 140:3,22
142:7 175:4 178:14
185:14 200:13
240:10
**One's** 225:5
**one-page** 176:10
186:24 211:12
**ones** 64:15 190:5
**ongoing** 112:20
**online** 26:17,19,20
108:11 124:22
126:4,5,6 177:14,15
179:23,24 184:13
**open** 36:14,19 39:6
39:20 42:24 43:15

82:23 83:3 111:20
111:23 112:13,14
138:12 157:2,5,7,8
158:10 161:22
163:8 165:17 166:3
171:11 182:16
216:12 244:21
**opened** 39:11 156:23
163:12 168:25
169:3 170:18 171:8
173:7 205:19,23
**opening** 42:20 43:6
139:10 140:3 160:3
**operates** 126:10
**operating** 129:8
**ophthalmoscope**
222:12
**opinion** 115:14
117:10,11,14,15
166:23
**opportunity** 81:15
92:10 102:16
**opposed** 53:14,15
**opposing** 27:17
**option** 235:17
**options** 226:16
**order** 6:14 11:10
31:5 34:9 39:25
91:4 114:13,23
117:5 144:3 160:7
168:15 177:21
184:3 239:25
**ordinary** 204:23
**origin** 107:9 109:24
**original** 246:21
**originally** 185:9
228:14
**outcome** 256:15
**outline** 5:18
**outside** 10:6 97:5
118:24 119:3,8,16
132:15 133:9 134:7
184:19 200:7
207:23 227:18
**outstanding** 108:2

**overlook** 183:24
**overnight** 17:12
**owe** 131:9
**owed** 228:2
**owned** 60:8 69:4
72:14 74:14 99:15
99:20 141:23 142:2
142:3
**owner** 143:8
**owners** 142:20

**P**

**P** 2:2,2
**P-e-r-e-c-m-a-n**
244:24
**P-o-l-l-a-k** 185:6
**P-o-m-m-e-r-e-n-k**
106:11
**P-o-v-m-a-n** 119:25
**P&L** 149:11 255:8,11
**P&Ls** 152:8
**P.C** 2:7,18
**P.I** 26:21
**p.m** 80:8,12 81:19
93:18,21 146:8,11
180:18,23 203:13
203:16 208:5
219:21 220:10,13
234:8,11 252:9,16
252:21,24
**pack** 205:14,15
**packs** 205:16
**page** 28:3,4,25 29:8
29:14 38:19,19
39:12 42:11 43:3
50:10 54:10 58:2
81:18 83:23 84:19
90:11 92:15 126:19
126:20 152:21
153:22 154:7 156:7
157:22 165:2
167:12,15 170:3
177:7 186:23
190:24 193:25
197:19,21 198:11

208:11 217:9
225:15 228:5,25
230:22 231:21
232:3 238:5,10
243:9 244:20 254:7
254:10,18 255:3
257:5
**pages** 57:6 126:18
170:2 208:2 239:2,2
**paid** 28:21 52:15
53:10 66:17 85:3,4
101:20 121:23
128:22 129:4
130:10 142:15
145:7,10 201:20,23
228:16 230:23
232:5,13,15,16,18
233:18,25,25 234:4
235:15 238:11
239:14 242:19,21
243:12,19
**Panek** 176:22 177:5
205:25 206:7
211:15
**paragraph** 107:13
153:2
**paralegal** 114:8
**part** 24:11 106:12
115:8 121:3 182:19
197:4 223:22
**parted** 243:7
**participants** 137:25
**participate** 62:19
215:15 218:6
**participating** 140:21
215:12
**particular** 6:9 11:11
26:23,24 76:25 77:8
77:10 90:17 156:8
168:24 223:3
227:22
**parties** 3:4 5:17 6:2
6:12 7:19 220:5
256:13
**partner** 42:18 125:11

125:13,15
**partnering** 140:12
**partnership** 137:13
140:18
**partnerships** 136:21
**party** 28:5 104:17
105:24 109:21
**passage** 26:7
**passed** 51:14 65:23
200:23
**passionate** 113:11,12
113:13
**pathological** 145:11
**patient** 175:9,21
176:11 181:10
**patron** 94:4
**pay** 35:23 124:24
142:18 145:4
201:22,24 225:23
226:3,18 227:2,15
228:19 229:14,19
230:2 231:8 232:16
233:15,17 235:13
235:16 236:11
238:16,22,23 242:4
**paying** 52:12 53:13
130:13,14 229:13
229:21 249:6,16
250:12,20
**payment** 35:6,9,9
67:2 74:7 76:2
77:19 225:22 226:7
226:13 227:22
231:2,3 235:18
239:5 248:18
**payments** 228:12
231:14 236:10
239:5 242:13,15
244:21 255:17
**pays** 250:25
**pdf** 82:20 193:17
**penalty** 23:7 47:13
60:12
**pending** 22:24,25
**Pennsylvania** 57:15

70:8 72:4 73:25 77:14
pension 11:12
people 11:5 12:2 15:2 15:10 57:10 88:11 102:9 149:6 150:13 174:19 200:20 230:18 240:5
percent 59:11,12 112:25 208:21 209:3,3,9 212:2 248:19 250:17
percentage 59:8
Perecman 244:23 247:4
perfectly 11:22
perform 35:19 121:17 181:9 242:10
performed 121:16 221:16
performing 176:13 221:9
period 18:6 82:15 105:7 132:6 202:13
periods 132:14
perjury 23:7,10 47:13 60:13,16,24
person 24:3 117:24 130:24 168:7 188:5 216:9 218:18 241:7 241:10 250:6
person's 168:8,10
personal 40:2,2 100:23 102:7 104:15 109:20 122:8 127:5 130:14 139:15 175:22 185:11,14,18 186:15 202:7 206:21 238:23 241:2
personally 72:9 111:2 225:9 228:20 238:11,16

perspective 122:22
pertains 247:14
perusing 27:21 39:3 39:16 47:19 54:13 81:17 89:25 148:16 155:5 156:3 159:16 162:10 164:4 166:8 170:25 184:24 190:20 198:22 204:18 209:18 210:19 213:11 224:24 231:23 238:7
Philadelphia 72:4
phone 32:10,11,14,15 40:2 118:5 119:10 130:24 131:2 139:21 168:8 195:23 215:13 234:17
phonecall 45:7 206:25
phonecalls 206:23
phrase 232:25 233:3 233:5
physically 220:6
physician 114:17
physicians 84:13 222:21
PI 254:11
piece 67:9
pigeon 45:8
Pillars 128:16 139:2 152:25 153:5,18,19 155:20 156:21,23 158:7 173:11
pin 211:25
pique 44:2 47:2,3 152:4
piqued 152:7 163:18 211:20
Pit 66:12 67:21
pitch 113:10
PKC 1:2
place 1:19 13:2 38:2

38:15 46:12,13 51:16 125:8 189:8
placed 35:2 37:13 38:18 42:10 50:10 54:10 57:7 58:3 65:25 67:2 73:4 74:6 76:3 80:23 107:5 146:14 167:18 169:20
places 119:18 125:9 189:8
plaintiff 1:4 2:3 5:3 9:10 10:18 19:22 20:17,18,22 23:16 40:6 104:18 106:16 128:6 175:23 241:2
Plaintiff's 4:12 27:16 27:20 47:8,11 81:10 89:24 92:5,22 106:22,23 146:6,15 148:15,19 152:11 152:14 155:4,8 156:2,6 157:18 158:14 159:15,19 162:4,8,9 166:7,11 169:14,17,19 170:21 182:17 184:23 185:4 190:19 193:2 198:15,18 204:17 205:4 209:17,21 210:18,21 213:10 213:13 215:19 216:3 224:23 225:3 226:21 243:24 244:11 248:22 249:20,22 254:18 255:3
plaintiffs 15:22 246:2
Plaintiffs/Third-Pa... 2:13
plan 35:21
planned 115:9
plausible 204:13
please 4:24 5:9 22:3,4

22:12 25:11 26:15 27:19 29:14 37:17 38:24 39:14 43:18 46:12 47:15 58:25 81:9 92:10 112:6 116:18 117:17,18 118:15 144:16 149:11 175:5 181:13 185:20 197:2 205:11 221:6 221:7 234:20 245:17,18,24 248:8 248:9
pleasure 213:22
PLLC 2:3 5:2 9:12
plus 103:20 227:19
Pocono 70:8
point 14:21 17:20 36:9 65:12,13 88:18 108:21,25 133:18 134:4 141:7 151:7 212:7,8
pointed 251:20
pointing 190:23
policies 96:24 97:3 99:8 104:12
Pollak 1:7 185:6,15 187:16,20,22,25 188:2,6,18 190:16 191:7
Pommerenk 106:10
pop 119:6,13
popped 118:12,16
portion 115:21 122:2 125:3
portions 127:18 134:23 190:23
position 4:12 48:13 48:15 96:3 102:22 103:2,5,8 182:9
positions 102:9
possession 196:4
possible 7:6 68:11,21 103:7 149:9 179:19 189:19 252:2

**possibly** 122:23
   186:3 187:17,17
**post** 126:7
**posted** 126:8
**potential** 109:4,7
   115:15
**potentially** 78:8
   212:9
**Povman** 110:21
   119:25 120:3,3,7,9
   120:12,16,18,20
   124:10
**practice** 38:2 116:5
   116:13 228:23
   236:19 237:17
**preceding** 86:12
   150:24 215:21
**preferable** 7:19
**pregnancy** 229:22
**Premier** 74:11
**preparation** 62:3
   63:15
**prepare** 61:7,11
   63:13
**prepared** 6:15 17:5,9
   18:13 41:11 83:24
   92:6
**preparer** 153:20
**prepay** 205:12
**present** 2:23 6:9
   11:25 16:11 21:2,3
   22:18 25:24 64:19
   207:10 215:9
   234:16 241:16,17
**presented** 60:10 93:3
   191:3,13 192:4
   210:21 213:13
**preserve** 36:2 196:10
   221:5,7
**president** 96:4,5,6
   139:24
**presume** 50:24
**presumed** 50:23
**presumption** 51:7
**pretty** 15:4

**prevent** 6:12
**preventing** 4:10 5:16
   6:2
**previous** 119:5 126:7
   130:2 153:7
**previously** 27:15
   36:13 47:11 59:24
   147:14 157:13
   187:11 196:6
**price** 53:10,13 67:6
   70:11 77:5 249:16
   250:20
**prices** 53:15
**Primal** 99:12,15,20
   99:22 100:2 103:2,5
**primarily** 126:25
**primary** 69:5 79:5
**principal** 20:22
**print** 160:17 162:5
   175:3,5
**printed** 160:20
**printing** 40:17
   160:20 167:19
**prior** 60:20 61:14
   63:15 86:11 94:10
   94:23 95:14 98:21
   99:11 100:2 101:23
   103:25 109:20
   113:25 114:4,6,10
   126:14 134:24
   135:9 137:19 151:3
   154:13 160:6
   163:23 170:15
   184:17 190:25
   194:20 203:19
   229:13 245:22
   247:15 248:18
**private** 24:19 29:5
   34:9,11,17 35:7,13
   36:4,22 38:8
**privilege** 63:23,25
   220:23,24
**privileged** 64:16
**probably** 7:10 230:5
**problem** 48:22 49:20

   50:19,21,25 51:10
   51:20
**problems** 218:22
**proceed** 5:12 18:2
   19:8
**proceeding** 7:24 25:5
**process** 8:16 64:14
   153:2 206:16 224:2
**produce** 196:10
**produced** 37:5 40:16
   41:10 54:19 56:2
   62:6 63:9 64:12,22
   160:22 167:19
**product** 84:3 246:18
**production** 36:5
   81:13 180:2 190:14
   194:15 202:12
   216:23 220:22
   236:4 242:21
**professional** 116:3
**profit** 57:24 148:21
   150:3 161:4 162:12
   164:15 191:22
   254:24
**profitable** 161:18
   166:21,24 167:3,7
   171:23 172:21
**profits** 121:21
**program** 62:10,13
   187:7
**progressed** 118:8
**prohibition** 97:4
**Projansky** 5:13 6:20
   7:5,18 8:11,21 9:2
**promise** 141:15
**promised** 143:3
**promises** 140:4
**prompted** 211:3,22
**prompting** 87:20
**proper** 112:18
**properly** 13:4 81:6
   86:23 114:14,24
**properties** 56:22 58:9
   74:13 78:16,22
   101:9

**property** 57:10,11,14
   57:20 59:9,16 66:15
   66:18,23 67:3,6,9
   67:12,14,25 68:4,19
   68:22,22,25 69:3,9
   69:15,18,22,23 70:2
   70:11,21,25 71:4,15
   71:23 72:10,14,16
   72:19,22,25 73:7,10
   73:16,19 74:7,11,25
   75:10,13,23 76:7,9
   76:25 77:9,16,25
   78:12,15 79:4
   142:20
**proposal** 216:6
   218:11,14 255:16
**prospective** 53:20
   93:7
**protects** 14:2
**provide** 7:6 62:20
   117:14 144:22
   159:3,6 160:9,18
   170:13,14 177:11
   187:4 242:9 245:24
**provided** 41:4 62:14
   144:14,19 145:3
   146:2 168:13 170:6
   177:5,8,21 178:11
   182:14 186:6 208:8
   229:15 251:6
**provides** 210:2
**providing** 27:16
**proximity** 11:4
**public** 1:19 3:5 4:4
   20:10 47:18 68:9
   156:7 253:8 256:5
   257:20
**publicly** 156:6
**purchase** 67:6 70:11
**purchased** 66:23
   68:12 69:4 72:3,6
   72:17,20 74:3,24
   75:23 77:11,16
**purpose** 135:10
   158:21 169:10

**purposes** 40:22 90:6 158:25 240:22
**pursuant** 1:17 37:5 39:25
**pursuing** 251:11
**push** 16:14 18:7
**put** 70:14 77:19 84:19 92:22 99:18 119:23 241:20
**puts** 122:22 181:25
**putting** 50:7 221:3

---

**Q**

**qualification** 64:8
**quality** 54:4 55:2 90:5,25 91:7,8
**quash** 246:17
**Queens** 51:17 189:2
**question** 15:13 16:22 17:18 18:10 22:6,11 22:14,24,25 25:10 25:12,19 26:5,12,13 27:23,24 28:12,13 30:18 36:22 37:18 39:9,18 42:4 44:5 44:17 45:9 48:12 55:24 57:5 58:5,25 58:25 60:21 62:25 63:4,11,22 64:3 74:21 80:17 85:25 86:12,15,23 97:23 107:25 116:18,19 116:20 117:17,18 117:19 119:5 130:2 132:7,9 134:2,25 135:2 136:13 137:6 138:16 140:14,15 142:21 144:16,17 151:25 162:16,17 162:20,21 166:16 170:10 171:6 185:21 192:12,18 203:2 206:20 212:15 214:24

215:24 218:21 221:25 222:4,8 225:14 234:19
**questionnaire** 175:2 175:6 193:14 255:11,12
**questions** 3:12 21:11 23:22 26:9 38:13 62:18 90:4 109:2 119:14 123:16,17 137:20 138:9 167:10 169:9 175:10 182:13 207:19 221:9 224:14 225:11
**quick** 209:8
**QuickBooks** 196:7 196:15,16,19
**Quicken** 70:15
**quickly** 160:17
**Quite** 119:21
**quote** 193:17
**quote/unquote** 187:23

---

**R**

**R** 2:2 4:2,2 185:6 256:2
**raise** 221:19,21,23
**raised** 6:24
**random** 119:18
**randomly** 150:2 211:7
**range** 222:22
**rate** 29:2
**Rates** 28:25
**re-sent** 238:19
**reach** 49:19 248:9
**reached** 235:16
**read** 25:11,12 26:13 28:13 30:18 36:21 37:17,18 38:21 42:2 42:4 44:5 47:14,21 57:8 63:4 74:20,21 90:12 91:2 116:19

116:20 117:19 135:2 138:15,16 140:15 144:17 151:25 162:17 165:3 173:18 180:21 185:21 212:13,15 234:20 234:21
**reading** 42:14 145:13 145:15 173:17 175:13
**ready** 10:8
**real** 67:9 72:14 139:15 204:3
**realize** 91:16 157:13 173:19
**really** 15:6 90:7 106:2 135:20 150:6 163:25 192:18 209:25 244:3
**reason** 12:25 13:5 15:16,21 16:10 22:24 26:22,24 30:11 36:25 37:3 62:19 69:14,16,17 71:23 72:16 74:24 77:8,10 85:12,17 105:2 107:18 126:9 145:9 153:17 164:18 179:17 201:5 228:10 229:5 229:16 239:13 247:2 257:5
**reasons** 174:23 232:13
**rebut** 12:6
**recall** 21:20,22 23:16 24:22 27:5,11 29:21 32:5,6 33:5,8 35:11 35:25 36:12,14 37:3 39:11,21,23 40:18 40:23 41:5,25 42:8 42:15 43:16 44:10 46:23 49:24 51:16 53:11 54:5,6 56:22

61:3,19 62:15 64:24 65:4,14 67:15 68:8 74:6 79:21 80:3 83:7,12 86:2,3 88:10,25 89:13 90:6 91:12,23 92:2 94:7 95:12,20,23,24 96:21 98:11 99:23 101:16,17 102:17 102:21,25 103:4,11 103:15,19,22 104:11,14,19 105:11 106:14,17 108:6 111:10 115:13 119:21 122:3,18 124:2,3,21 129:21 131:7 132:24 133:7 136:5 136:11,19 138:7 144:12 145:13,15 145:15 147:5,18 148:6,7 149:8,9,21 149:23 150:19,23 151:20 158:12,22 159:11 161:15,15 167:11,21,23 172:3 172:11 174:6,20,23 179:20 182:12 187:14 188:22,23 191:11,23 192:5,9 192:14,20 193:6,8 195:9 199:10 200:10,10,14,17 201:19 210:25 213:25 214:4 216:14,17,18,21 225:11,20 228:8 233:11,12,13 238:2 238:3 248:3 250:14 250:24 251:22 252:2,3,4
**receive** 32:12 36:11 41:12 55:15 81:24 164:24 189:17 233:21 241:25

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 2, 2023

283

received 30:3 32:13 36:8,18 38:14 40:7 85:17 108:18 121:22 145:18 146:22 147:24 151:6 154:13 163:10 164:21 165:10 169:19 171:4 172:5,8 173:6 185:24 190:2 197:5 199:9,16 201:8 204:22 205:2 210:7 216:6,12 225:5 236:24

receiving 29:21 145:18 150:18 152:8 164:10 210:25

recess 80:11 180:20 219:23

recognize 27:25 146:18 148:23 152:19 155:12 156:9 159:22 160:25 163:24 166:15 174:4,5 185:7 198:21,23 205:8 225:9 248:25 249:25

recollection 22:16,20 43:19 46:22 67:5 68:9,18 96:16 115:14 118:11 120:14 122:12 127:23 140:10 221:20

recommendation 228:21

reconcile 242:25

record 4:8,13 5:14 8:4,8 9:4,7,22 13:6 14:11 19:14,17,20 19:21 20:6 21:25 38:17 42:10 47:16 50:9 54:9 57:8 58:4

75:16 80:7,9,13,15 85:5 90:13 93:16,19 93:22,24 126:17 146:7,9,12 162:2 165:4 180:17,19,24 203:12,14,17 219:20,22,25 220:11,14,16 221:3 231:19 234:7,9,12 234:15 240:25 241:6 242:13,15,18 252:15,17,22 256:10

recorded 55:21,25

recording 242:7

records 68:10 160:13 241:6,15

recover 17:12 18:4 122:14

redacted 202:12 254:13

reduced 77:5

refer 11:8 20:18 23:20 53:13 81:14 85:10 88:23 113:20 160:16

reference 178:7,7,9 179:20 184:5,6

referral 231:4

referred 25:12 26:13 28:13 30:18 37:18 42:4 44:5 63:4 74:21 116:20 117:19 135:2 138:16 140:15 144:17 151:25 162:17 180:21 185:21 212:15 226:12 234:21 239:14

referring 20:21 21:3 21:7 38:15 39:13 43:3 54:11 57:6 58:2,15,16,17 81:18 90:9 113:21 122:6

133:20 149:15,18 158:14 165:2 169:25 198:10 228:13 229:8 237:4

refers 149:14 221:19

refile 136:23

reflect 38:17 54:9 126:17

refresh 68:9,18 96:16 221:20

refused 6:5

regarding 131:20 246:13

registered 156:18 183:17

regular 200:3,5 235:22

regurgitated 113:14

reinvestment 150:8

rejection 246:17

related 21:11 103:24 219:12 256:13

relation 136:11 137:6

relationship 52:6,11 86:6,17,18,25 87:5 87:10,13,14 111:25 118:7 133:8 184:11 206:7,10

Relative 57:2

Relativity 62:10,13 63:8,16 64:11,22

relied 173:11 242:8 242:11

rely 15:22 160:20 231:7,12 242:11

relying 232:9

remain 8:23

remaining 8:24 59:12

remember 41:17 49:15 88:6,19 89:14 106:3,15 121:10 164:23 171:21 200:25 201:4 219:3 238:2,3,3 250:17

remind 80:16 251:10

remotely 12:15

remove 5:24 6:4,15

removed 10:17,19 73:7

removing 6:25 7:16

rent 66:15 69:23,25 73:18 74:25 142:18

rental 56:22 57:10,14 57:20 58:8 59:9,15 70:21 71:3 73:13 74:13 75:3,5 76:10 76:23 78:5 101:8

rentals 71:9 76:14 78:2

rented 70:20 73:10 76:9

renting 70:2,25

repeat 25:10 26:12 28:12 37:16 44:4 74:19 117:18 132:7 138:14 151:24 162:16 185:20 222:18

rephrase 22:12 44:18 60:21 132:8 194:7 212:14

replicated 169:11

replied 248:7

report 54:3,4 55:8 80:24 81:3,7,20 83:5,23 84:14 85:3 85:4,6,12,16,17,21 85:23 86:3,9 87:18 88:3 90:14,15,16,20 91:4,9,10,12,14,17 91:22,23 92:3,6,17 92:18,19,20,22 93:5 93:13 174:25 175:3 175:5 177:9,12,15 177:22,23,25 178:3 178:3,8,14,15,19,20 178:22 179:2,8,18 179:20 180:10,11 180:12 182:14,23 183:2,3,22 184:2,5

184:8,18 193:14,17
193:22,22 194:19
194:20,23 196:22
196:23 197:16,25
198:5,9 235:2,24
236:24 237:4,5,6,7
240:21 245:18
247:13 248:8
254:22,23
**report.pdf** 182:24
**reporter** 5:7,11 9:23
12:25 13:3 22:4
25:13 26:14 28:14
30:19 37:19 42:5,6
44:6 63:5 74:22
116:21 117:20
135:3 138:17
140:16 144:18
152:2 162:18
180:22 185:22
212:11,16 234:22
256:4
**Reporting** 4:20 5:8
**reports** 54:21 55:4
83:10,17 88:14 90:5
93:9 149:16 177:13
177:17 178:10
179:14,24 180:2
184:14,19 245:24
248:6 254:11
**represent** 47:12 92:5
122:24 123:3
141:19 146:16
148:19 152:15
158:15 159:19
160:21 163:21
166:11 167:13,17
169:17 173:24
185:5 190:4 192:23
198:19 205:5
209:21 210:22
213:14 216:3
220:17 225:4
244:12 249:22
**representation** 17:19

192:25
**represented** 245:17
**representing** 9:14
20:11 193:3 234:15
**represents** 21:2
**request** 36:6 180:7
190:17 194:17
196:12 202:17
216:25 228:11
229:6 230:3 231:16
236:7 242:23
**requested** 43:23
**requesting** 247:10
**requests** 226:25
230:9,12,14,17,19
254:10
**required** 96:24 104:3
**requires** 6:14
**requiring** 104:7
105:21
**Reread** 62:25 134:25
**reschedule** 18:5
**reserved** 3:13 20:8
**reserves** 19:23
**reside** 79:5
**residence** 79:5
119:11,12
**resign** 103:14
**resigned** 98:17
**resolving** 19:22
**respect** 61:6 67:20
74:13 76:13 78:25
86:11 105:8 107:13
115:25 123:14,19
127:20 128:12
134:2 164:13
166:20 173:12
181:4 205:4 214:15
215:21 224:18
225:14
**respectfully** 11:8
17:7
**respective** 3:3
**respond** 148:3 180:5
180:6 221:2 249:16

**responds** 249:10
**response** 33:25 45:25
46:2 88:17 135:21
**responsibilities** 244:3
**responsible** 100:14
100:18 218:18
250:6
**rest** 163:13 214:17
**restaurant** 51:17
119:18 140:22
149:6
**restraining** 31:5
**restrictive** 104:6
**result** 137:10 232:8
**resume** 96:17 99:18
99:22 104:24 105:3
**retain** 24:7
**retained** 23:23 24:3
108:7 255:21
**retainer** 108:12
**retaining** 24:17
**retract** 85:20 225:25
**returns** 131:4 242:14
242:16
**reveal** 60:19
**revealing** 61:9
**revenue** 121:21
129:17,18 130:5
186:21 187:5
189:11 208:8,13,18
**revenues** 150:21,25
151:4
**review** 27:19 38:23
38:24 39:14 50:11
54:15 61:14,23 63:8
63:16 64:12,22
81:16 92:10 107:3
150:14 160:19
170:23 173:3
**reviewed** 29:18 61:20
62:12 150:17
165:24 187:11
252:8
**reviewing** 39:22,23
167:21 173:2

**reviews** 75:12
**reward** 228:13
**Rich** 2:25
**Richard** 4:19
**Ridge** 106:20
**right** 8:11 10:2,8,9
14:3 16:7,9 19:23
25:17 42:25 47:3
57:21 63:9 64:24
66:5 72:7 88:22
99:5,13 104:22
114:6,8 119:14
128:16 135:24
137:8 148:18
154:14 191:4
193:14,23 197:3
216:10 232:23
245:8,14 246:10
249:12,17
**ring** 106:4 174:10
**rings** 106:7
**Ripka** 249:5 250:11
251:21,23,23 252:4
**Ripka's** 250:7 251:5
**risk** 10:23
**RN** 183:16,19
**Roa** 2:19,24 14:6
20:25 21:3 24:5,9
24:12 30:25 31:8,19
34:12,19 37:10,12
82:4 83:8,10,14
92:19,21 93:15
220:3 234:16
248:25
**Road** 2:20 4:6 66:12
67:21 77:13
**role** 134:7
**Roman** 1:7 133:23
185:15 187:15,20
187:22,25 188:2,6
188:18,20 189:4,7
190:16 191:7 207:7
207:14,18
**Romman** 175:8
**Ron** 186:5 212:8,19

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi   ---   February 2, 2023

285

**Ronald** 44:14,20
45:12,16,21 46:7,10
46:15 47:4,13,23
48:4,17,24 49:2,19
50:18 51:24,25 52:6
52:12 65:3,7 97:7
97:11 101:11 110:5
110:24 111:19
112:2,5,23 113:3,8
113:24 114:24
115:25 117:23
118:25 120:4,10,13
120:15,17,21,22,23
121:4,15 122:21,24
123:8,11 124:6,11
125:7,10 126:23
127:9,11 128:19
129:5,23 130:3,10
130:15 131:4,9,15
131:17,19 132:4,11
132:15 134:15,18
135:11,14 136:7,17
137:11,13,20 138:2
139:4 158:23 159:6
159:8 194:8,12,15
254:12,21
**Ronald's** 127:23,25
128:4 134:21
**room** 5:20 6:17,18,22
7:6 8:13,18,19 9:25
10:8 12:16 13:7
14:4,19,24 15:3,5,8
15:10 64:19
**Rosenblatt** 36:9,11
42:21 44:12,13,14
44:21,25 45:12,16
45:21 46:7,22 47:4
47:14,23 48:4,17
49:2,19,23 50:13
51:25 52:2,6,12
65:3,8 86:6,25 97:8
97:11 101:11 110:6
110:24 111:19
112:2 113:25
114:25 115:25

117:23 120:5,13,18
120:24 122:21
123:8,11 124:6
126:23 127:12
134:19 135:11
138:25 139:18,20
153:23 154:2
157:23 158:10,17
158:18,18 159:6,21
165:6 190:15 194:8
194:13,16 204:12
212:8 225:5 228:20
254:12,21
**Rosenblatt's** 50:19
145:13 158:24
**rotate** 223:22
**rotation** 223:21
**rotations** 223:17
**route** 18:25
**routine** 54:20 111:13
**routinely** 111:12
145:25 146:4
**rule** 7:22 17:3,7
116:15
**rules** 17:6 21:23 22:8
23:4
**run** 210:3
**running** 18:23 52:22
84:15 223:10
**rushing** 42:24
**Ruthayn** 1:19 4:4 5:8
256:4,21

─────────────
**S**
─────────────
**S** 2:2 4:1,2 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1

48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1

196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1,17
255:1,2
**S-p-u-r-l-i-n-g-s**
222:9
**S-u-b-i-n** 132:22
**Safa** 1:7,17 2:14 4:9
4:16,17 5:5 9:19
30:7 44:16 58:24
66:2 92:15 149:10
175:11 236:5
252:20 253:4 254:5
257:5,18
**Safa_1125@yahoo....**
127:22
**Safagelardi@gmai...**
29:19 127:2
**safe** 53:21
**salary** 98:15 148:11
**sale** 73:4 77:2
**sales** 170:4,8 205:7
205:11 208:4
255:14
**sample** 81:20 174:25
193:14,17 246:16
254:22
**sat** 119:22 123:11

satisfy 7:20
save 64:13 193:17
saved 232:22
saw 126:4,6,7 171:13
saying 16:7 18:11
  48:3 81:21 92:17,18
  92:25 98:2 128:9
  147:18 151:19
  185:13 192:19
  233:12,22 240:14
  248:16 250:23,24
says 28:4,19,21,25
  29:17 30:6 39:8
  43:2 82:15 84:2
  89:10 92:15 96:17
  99:22 107:21
  149:10,18 152:22
  153:23 154:7
  158:17 174:24
  186:20 189:10
  192:4 193:20
  197:17,24 205:11
  205:14 208:3
  213:21 214:10
  215:4 218:10
  244:22 245:13,23
  252:6
scale 148:11
scheduled 17:25 18:2
scheduling 250:7
Scheuerman 2:12 5:6
  9:17
school 94:24,24 95:3
  95:6,9
scope 28:7,16
screen 38:16,20
  42:11 43:4 50:10
  54:10 57:8 90:10
  107:5 114:14,22,24
  126:19 160:17,21
  162:4 167:18 169:5
  192:4
screened 114:18
screening 113:21
  116:7,25 117:7

118:18 121:24
122:2 123:20
124:17,24 125:17
125:24 126:11
128:11 132:6,13,16
136:16 137:14
138:5
screenings 121:12,16
screens 131:25
scroll 168:5
sealing 3:8 20:7
seating 200:7
second 22:4 27:19
  28:25 29:9 33:18
  54:15 93:17 152:21
  160:19 164:2
  170:23 176:20
Security 158:24
  159:3,7
see 11:23 15:24 17:25
  28:3 29:9 30:8,9
  42:14 51:5,8 54:8
  58:11 82:15 84:20
  92:8,16 126:5
  149:12,24 150:9,20
  150:24 151:2,3,9
  152:23 153:3
  154:11 158:19
  164:3 165:19
  167:15 168:9,12
  170:14 183:24
  185:13 186:21
  213:23 214:13
  216:7 217:18
  218:20 232:4 240:2
  244:14 245:17
  248:8 249:8
seeing 40:18
seek 19:23 111:19
seeking 111:6
seen 131:2 168:17,18
  168:19,19,24
  170:15 191:15
sell 68:15 69:18 77:9
send 10:5 47:4 55:4

147:3 151:11,15
171:25 172:12,16
174:17 182:7
183:22 187:15
189:11 218:13
243:3 248:6
sending 87:15 144:24
  151:20 166:21,22
  173:19 174:6,13
  193:7 211:7
sends 245:23
senior 100:23 101:18
  102:19
sense 161:17
sent 20:11 29:18 39:6
  40:12 81:3,20 82:11
  82:13,20,22 83:5
  84:18 86:4,21 87:2
  87:9,18,19,25 88:2
  88:4,4,11,13 89:15
  89:19,20 93:6
  148:25 149:5 150:2
  151:17 161:10
  163:12,23 164:7
  165:6,8 166:12,13
  168:23 169:8
  172:10 182:11
  183:2,23 184:12
  185:9,14,17 188:20
  189:14 191:7
  192:20 193:6,8,9,21
  194:8,13,19,20
  196:22,23 197:18
  198:20 204:22,25
  217:16 225:7,15,17
  228:6,8 229:2
  236:10 239:17
  240:23 246:20,24
  247:10,21 248:11
sentence 28:16
Sentinel 217:18
  218:4
separate 6:16 13:7
  40:7 102:2
separately 233:16

September 49:14
  65:8 77:2 129:11
  132:4,11
series 21:10 23:21
serious 150:8
serve 97:18 116:9,24
  142:11,13 181:23
  183:19
served 55:19 142:4,8
  142:9 169:4
service 153:2 207:18
  225:22 229:15
  235:14,15
services 23:23 24:3,7
  24:17 30:16 31:3
  35:19 52:16 70:21
  74:11 76:10 226:13
  232:17 233:20
  235:22 242:10,19
  254:20
set 17:4 140:5 256:8
  256:17
setting 8:15 137:14
settled 105:20 108:17
settlement 71:13
  74:11 105:22
  108:19
setup 12:24
seven 15:2 19:25
  52:18 244:6
seventh 231:21 232:3
Shalit 2:18,21 14:5,6
  14:17 20:25 220:2,2
  231:20 234:15
Shalom 1:19 4:4 5:8
  256:4,21
shape 45:6
Sharee 174:7,13,18
  174:24 175:13,17
  176:4 177:8,11,21
  178:13 180:9 181:5
  181:8 183:23 193:6
  194:21
shareholder 133:17
  134:3

**sheet** 167:23 168:5,6 175:6 257:2
**shield** 13:12,20 19:3 19:9 23:25 26:10,11 27:12 30:16 31:13 33:10 37:4,8 254:20
**short** 18:6 33:2 75:4 76:10 105:7 180:20 219:23
**short-lived** 105:4
**short-term** 70:21 71:9 73:13 75:3 76:13 77:25
**show** 11:9 13:8 15:15 15:19 16:4 24:23 25:21 38:19 40:15 40:19 41:3,15,21 42:23 43:3,5 49:21 53:8 54:2,10 56:2,5 56:12,20 57:7 68:10 90:4,10 126:13,18 163:7,9 164:20,25 169:25 190:22 191:19,22,25 192:2 192:3,13 225:12
**showed** 56:6 133:2 141:9 181:17
**showing** 11:5 16:3 191:24
**shown** 56:2 192:4 204:21
**shows** 54:19
**sick** 7:17 10:23 13:23 13:24 17:13,13,16
**side** 20:3 114:21 247:10
**sides** 247:10
**sign** 27:8 29:13 104:3 105:21 224:15,15
**signature** 29:9,10,12 29:17,22 244:18
**signatures** 29:9
**signed** 27:10 29:24 30:3,7,11,14 31:11 31:16,23 33:3

104:12 108:12 216:16
**significance** 84:6
**significant** 84:10 214:12 215:5
**signing** 27:11 216:18
**Silva** 193:9 194:19 195:2 196:22
**Silver** 23:24 26:10,11 27:12 30:16 31:12 33:9 37:4,8 254:20
**similar** 7:24 99:8 161:22 164:15 193:5 224:14
**similarly** 114:8 155:8 224:2
**simple** 162:20 243:8
**single** 113:11 168:6 168:15
**single-family** 70:7 72:2 73:23 75:19 77:12
**sir** 147:15
**Siri** 209:11
**sit** 16:10 91:13 131:23 148:10 192:19 200:6,8 227:7 230:25
**site** 50:6 114:21
**six** 15:2 42:12 246:6 246:20 247:3,23
**sizable** 15:4
**sliding** 148:11
**slower** 170:9
**SLR** 221:11,13,16,18 221:20
**small** 15:8 167:15
**smaller** 205:16
**smear** 24:10 30:25 31:19 33:23 34:2,4 34:13
**smooth** 21:24
**social** 15:5,7 158:24 159:3,7,8
**sold** 67:18 68:15,19

71:15,18,24 72:23 72:25 73:3
**sole** 136:25
**solely** 231:12,15
**solicit** 168:15
**solution** 7:20
**somebody** 89:9
**son** 127:15 134:15 135:13,14
**sorry** 12:7 33:12 44:19 57:5 65:24 86:22 97:25 98:24 112:8,10 113:17 117:18 127:14 142:2 162:16 212:11 217:21 225:25 243:21
**sort** 118:7 219:5 228:13 242:25
**sought** 112:12 117:6
**sounds** 9:2 49:25 69:12 192:22
**source** 59:16
**sources** 58:6
**spam** 190:7,9
**span** 52:19
**Spanish** 200:16 229:12
**speak** 30:15 31:12 33:4,6 46:9,15 61:9 61:11,17 63:19 65:17 89:12 107:19 107:23 203:4,7 209:5 210:14 212:6
**speaking** 48:24 62:2 70:20 75:6 78:5,11 89:13 116:15 164:6 204:21
**speaks** 134:19
**specialist** 100:6,10,13 102:23
**specific** 51:4 111:9 194:10
**specifically** 21:14 28:8 36:25 123:9

151:17,19 184:7 204:25 228:8
**speculation** 189:6,23
**spending** 8:15
**spent** 123:23
**split** 121:21
**spoke** 27:9 33:18 45:13,18,19,20 46:5 49:23 65:3,14 108:15 134:15,15 134:16,18 147:13 172:11 191:12 233:13
**spoken** 34:18
**spreadsheet** 167:14 167:19,22 186:20
**Spurlings** 222:8
**SS** 158:17,18,18
**stake** 141:12
**stamp** 167:20
**stand** 8:2 39:9,18 40:25 41:8,19 53:24 53:25 54:24 56:9
**standard** 38:2 176:10 237:17
**stands** 221:13
**Stanulis** 23:24 24:8 26:10,11 27:12 30:15 31:25 33:6 37:5,9
**start** 88:8,9,19 89:21 113:2 114:21 118:5 121:19 147:8 196:15 244:5
**started** 48:20 76:20 89:4,5,16 95:17,21 97:12 128:14 144:24 174:21 223:7 229:21 237:12
**starting** 5:17 12:23 43:8 139:7 170:2 203:9,23 207:15,17
**state** 1:20 4:4 6:7 11:2 91:3 104:20,21

Case 1:22-cv-01032-PKC-JRC   Document 154-4   Filed 03/10/23   Page 289 of 296 PageID #: 3114

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

288

104:23 105:3,5,9
106:19 107:7,8
143:20 152:16,16
154:9,9 160:7,11
163:15 193:13,16
197:16 198:4
245:13 254:25
256:5
**stated** 20:19 34:24
41:21 135:10
147:11 164:24
178:13 188:24
192:14 228:21
250:15
**statement** 47:13
85:20 136:10
138:20 159:20,23
164:16 173:4 226:2
**statements** 148:21
150:3 161:5 162:13
173:17,18 191:22
202:13 254:13
**Staten** 4:6 67:21,25
69:6,10,22 79:4
**States** 1:1 79:17,24
**stating** 4:5 187:19
**status** 71:11
**stay** 57:17 143:12
**stayed** 145:25
**step** 87:8 136:14
**stepping** 15:11
**Sterling** 95:16 96:18
96:23 98:9,21,23
99:8 101:12,19
102:3 104:22 110:8
110:25 111:20
120:4 125:8 158:11
159:21 160:4,8
185:10 186:11
187:8 188:15 255:7
**Steve** 34:24,24
**Steven** 23:24
**stips** 20:4
**stipulate** 154:17
**STIPULATED** 3:2,7

3:11
**stole** 45:24 47:25
125:22 127:13,15
**stood** 126:15
**stop** 60:3 195:8
196:18 244:7
248:21
**stopped** 52:7,24
95:18 129:11
132:10
**stopping** 252:14
**store** 19:2
**straight** 221:19,21,22
239:10
**strategy** 150:9
**street** 2:15 67:10
68:5 72:3 110:20
247:17
**strike** 115:20 127:17
134:22
**Stroudsburg** 77:13
**structure** 98:13
146:21 147:4,8
**stuff** 74:8 87:19
150:13 165:8
189:14
**Subin** 132:20,22
133:2,9,12 134:8
205:13,18 206:2
207:22 208:12,22
**subject** 21:11 23:6
81:20 99:7 158:16
158:17 172:14,24
173:5 174:9 175:21
182:23 186:18
198:24 209:23
210:23 213:16
217:12 244:16
247:15,20
**submission** 176:7
**submit** 6:10 11:7
17:6 220:24
**submitted** 40:2
**submitting** 178:8
**subpoena** 37:6

**Subscribed** 253:6
257:19
**subsequent** 11:10
46:14 100:11
**subsequently** 171:5
**substance** 60:19
**substantial** 8:5 125:3
**success** 1:12 2:4 4:23
150:7
**successful** 167:3
**successfully** 123:4
**sued** 107:7
**suffer** 7:15 218:25
219:8
**Suffolk** 227:20
**suing** 105:24
**Suite** 2:4,8 4:22
**summary** 28:21
170:4,8 208:4
**Summit** 70:8
**super** 142:8
**supers** 141:24 142:4
142:9
**support** 58:21,23
59:4
**supposed** 34:14
**sure** 14:16 15:23
21:24 29:15 30:5
31:21 32:21 34:5
35:14 41:9 42:14
43:21 46:21 56:15
59:23 63:3 68:2,3
70:18,19 71:2,6
72:15,18 75:8 82:22
90:7 91:15 96:22
102:13 103:15
104:5,14,25 105:23
106:13 112:25
120:6 122:22 127:4
138:21 172:6
177:16,17 180:4
190:12 193:8 206:4
206:5 207:7 209:7
230:20 238:18
247:8

**surrendered** 117:2
**surveillance** 29:2,6
**suspected** 51:19
**suspicion** 51:9
**swear** 5:9
**sweating** 51:6
**switched** 153:17
**sworn** 3:5 4:3 5:10
20:9 47:12,17,22
60:11 253:6 256:8
257:19
**sympathy** 112:3,4
**system** 25:6 225:6
**Systems** 216:19,24

---

**T**

**T** 254:17 255:2 256:2
256:2
**take** 11:24 12:17,24
13:3 17:7,17 22:23
22:25 27:19 43:16
52:17 54:15 62:16
80:6 87:8 92:10
107:3 118:15
136:14 160:19
164:2 170:23 175:6
180:15,16 218:22
219:19 223:22
234:6 238:9 242:6
**taken** 61:3 80:11
179:6,21 180:20
214:12 215:6
219:23
**takes** 10:12
**talented** 198:6
**talk** 46:8 65:18
118:14,14 119:7,10
119:13 141:10
209:14
**talked** 109:20 121:11
123:12,12,12
**talking** 35:2 121:10
147:6
**tally** 226:11
**tax** 131:4 153:20

Case 1:22-cv-01032-PKC-JRC   Document 154-4   Filed 03/10/23   Page 290 of 296 PageID #: 3115
IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023
289

242:14,16
**teach** 81:6
**team** 30:17 35:13,16
  36:4 254:11
**Teams** 220:8
**tears** 143:25
**technical** 234:14
**technology** 8:18
**telephone** 55:21,25
**tell** 25:5 34:2 36:25
  43:19 46:21 113:9
  116:4 120:15 122:5
  141:23 142:24
  143:3,6 144:3
  171:17 191:6 208:7
  242:4
**telling** 11:13 25:2
  102:14 150:12
  162:14 207:16
  248:13
**tells** 150:13
**temporary** 31:4
**ten** 8:22 15:2 21:21
  28:22 52:18 80:4
  239:6,7,9,10 244:5
**tenant** 73:15
**Teresa** 106:10
**term** 23:10 75:3,4
  76:10 222:2 223:21
**terminate** 105:19
**terminated** 53:6,7
**terms** 33:10 74:14
  76:25 105:22
  117:22 118:8
  123:23 124:5 133:4
  139:10 143:17
  208:18 211:25
  218:18 223:20
**test** 35:12,15 45:6
  118:22 216:23
  220:19 221:11,16
  221:19,20,25 222:5
  222:5,8 223:14
  248:24 249:4
**testified** 4:7 24:25

25:16,20,23 36:13
  39:5 40:21 41:3,15
  43:5 49:21 53:8,19
  54:2 56:5,20 61:2
  63:7 90:4 91:16,25
  104:16 126:13
  145:6 157:13 161:7
  163:7 164:20 165:4
  190:25 203:23
  212:19,20,22 236:9
**testify** 11:12 26:2
  62:24 243:19
**testifying** 23:8 24:22
**testimony** 11:23
  16:16,17 23:6 36:15
  36:17 38:15 39:10
  39:19,22 40:23,25
  41:8,19,25 42:8,23
  43:22,25 44:23
  46:24 47:23 49:24
  53:11,24 54:5,7,24
  55:7,10,14 56:10,16
  56:23 62:20 80:20
  86:16 90:6 91:2,3
  91:20 92:21 101:6
  102:15 110:24
  115:22 126:20
  134:23,24 148:10
  165:19 168:25
  170:2,10 172:7
  180:21 190:24
  191:18,21,23
  199:16 211:6 212:2
  212:3,6 213:2
  226:20,23 231:14
  234:21 237:12
  239:18 243:15
  256:10
**tests** 221:23
**Texas** 94:9
**text** 36:3 130:24
  220:22 221:5
  250:10 251:8 252:5
  255:18
**texted** 159:12

**thank** 9:2 19:10
  27:18 33:15 42:6
  65:23 81:21 84:19
  84:24 85:2 106:25
  168:3
**thanking** 84:22
**thereof** 190:24
**thing** 65:20 112:18
  115:7,12 164:21
  214:23 223:23
  228:22
**things** 26:3 89:10,10
  135:20,20 168:24
  182:2 219:3 228:2
**think** 7:18 11:17
  13:25,25 26:8 27:10
  51:17 69:19 78:6
  96:21 98:23 101:17
  103:16 107:20
  109:2 114:16 117:4
  124:13 127:4 131:8
  136:21 145:17,21
  145:22 146:24
  147:23 148:2,4,6
  149:25 151:14
  153:20 158:12
  160:5,17 164:23
  166:20 171:23,23
  173:24 183:20
  186:8 187:9 189:13
  190:3 196:6 200:13
  201:25 202:9
  207:25 215:24
  228:19 239:9
  243:25 246:22,22
  250:8
**thinks** 166:24
**third** 22:6 157:22
  167:12 206:2
  228:25
**third-from-last**
  243:9
**Third-Party** 2:18
  220:3 234:16
**thought** 162:13

202:25
**thoughts** 146:21
  147:4,7
**thread** 248:2
**three** 14:23,25 39:13
  95:25,25 98:25
  100:21 149:12
  150:2 153:13,14
  154:7 156:24 157:2
  161:4 176:4 208:17
**three-family** 68:22
**three-minute** 180:16
**time** 1:18 4:14 9:3,6
  17:20 18:4,6 19:13
  19:16,23 21:13,13
  22:23 26:7 29:19,20
  33:18 43:14 44:24
  46:12 48:23 50:3,12
  52:19 59:5 62:12
  64:17,21 65:2 69:4
  69:21 79:13 80:2,8
  80:12 86:4 87:8
  90:22 93:18,21 94:3
  95:14 96:23 97:8,16
  101:12 103:12
  105:7 108:15 109:2
  110:11,14 111:4
  112:2,3 113:24
  119:17 120:4 123:6
  124:8,8 132:3,5,14
  133:11 134:10,14
  135:5,7 136:3 146:8
  146:11 159:13
  171:22 176:25
  179:14 180:18,23
  184:17 186:13
  188:12 191:12
  195:9 199:14
  200:23,23 201:13
  201:15 202:13
  203:13,16,24 212:7
  212:8 217:5 219:21
  219:24 220:10,13
  229:13 232:22
  233:2 234:8,11

Case 1:22-cv-01032-PKC-JRC  Document 154-4  Filed 03/10/23  Page 291 of 296 PageID #: 3116

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

290

235:19 239:24
240:19 243:25
244:2 250:9 251:15
252:16,21,24
**timeframe** 136:6
**timeline** 118:2,7
**times** 30:15 31:12
89:7 101:23 119:23
159:13 182:2
225:21 226:19,24
228:3
**title** 96:3 172:14
**titled** 182:24 205:7
**TMobile** 32:22,23
**today** 4:14,21 17:14
18:14,15 19:4,9,25
21:2,3,10,25 22:2
22:17 23:6 26:2
39:10 40:25 41:8,11
41:19 43:25 44:23
46:24 53:24 55:7,10
91:13,21 92:21
101:6 131:23 132:5
148:10 170:11
191:18,21,25 192:2
192:19 195:6 196:4
204:22 210:10
213:2,22 226:20
227:7 231:2 243:15
**today's** 12:22 62:19
63:13,15,19 64:9,18
91:21
**told** 35:19 47:23
53:19 68:9,19 88:15
88:18 89:20,20
96:17 116:6,23
120:15 140:23
182:3 221:18
237:20
**tomorrow** 17:5,10,25
18:3 244:5
**tool** 222:21 223:3
**top** 81:19 84:2 168:5
208:3 227:20
**topic** 46:16

**total** 129:13 199:4
**totally** 214:9
**track** 24:4,12 227:25
**tracker** 34:25 35:3
**tracking** 228:4
**trail** 29:16
**train** 175:8 179:8
**transaction** 85:6
**transcript** 11:10
20:10 39:5,12 42:11
50:11 57:7 58:3
90:11 165:2 256:9
**treasurer** 102:8
**treated** 143:23
**trial** 1:16 3:13 6:7
11:2 15:14,15,19
16:4,4,11,15,17
20:9
**tried** 120:16
**true** 39:10 49:3 57:9
59:24 72:25 73:4
133:14 139:14
142:7 161:19
165:23 182:3 201:6
228:16 229:21
243:2,22 251:2
256:10
**truth** 11:13 25:2,5
162:14
**truthful** 62:20
**truthfully** 62:24
**truthfulness** 8:6
**try** 11:20 115:13
168:15
**trying** 7:3
**turn** 125:21
**turned** 125:20
**Turnpike** 2:8
**turns** 145:11
**Twenty** 69:7
**twice** 31:14 112:19
200:14
**two** 14:25 29:9 30:3
43:4 56:8 65:20
79:18 93:9 121:8

124:2 127:5 132:14
153:14 163:13
164:22 182:10
184:13 191:3,14,24
192:4,20 200:16
201:12,16,17
206:24 210:11,24
211:11 212:9 213:3
217:23 218:10
239:5 246:8 248:20
**two-and-a-half**
153:13
**two-family** 69:2
**type** 13:12 14:10
**types** 13:19

_____
**U**

**U** 4:2
**Uh-huh** 249:13
**ultimately** 43:10
69:17 72:23 73:7
**Ulysses** 233:12
**Um** 71:2 85:20 210:5
**Um-hum** 217:10
**unable** 231:6 243:3
**unavailable** 16:8
**uncle** 206:11
**uncomfortable** 11:19
**undergo** 108:4
**understand** 12:14
15:24 16:2 21:15
22:11,14,21 23:4,8
23:10 24:18 25:4,19
48:12 60:10 97:25
136:13 150:6
172:18,20,22,23
177:24 179:3
192:18 214:20,24
247:6 248:2,13
**understandable** 22:8
**understanding** 34:8
57:3 86:23 87:4
127:9 142:21
150:11
**understood** 13:11

22:13,22 65:2
233:24
**Unfortunately** 220:5
**Union** 2:8
**United** 1:1 76:6
79:17,24
**University** 94:20
**unknown** 251:18
**unnecessarily** 8:17
**Untrue** 137:18
**update** 34:23 218:11
**updates** 34:21
**USA** 49:5 51:25
52:12,16 97:8
133:15,22 136:12
136:15,20,20
155:10 204:6
**use** 14:10 32:20
40:11,21 55:11
62:10 69:3 124:17
126:22 127:3,6
136:22 177:24
179:17 180:10
184:7 186:14
222:21 225:17,23
226:15,21 230:2
235:13 237:9 248:6
**usual** 20:3
**usually** 119:3 229:12
**UTC** 29:19

_____
**V**

**v** 257:4
**V&S** 72:13 156:9
157:8 203:25 204:3
255:6
**Vaguely** 24:24
146:19 148:24
209:25 213:20
**Valley** 75:20
**varies** 227:17
**various** 21:12 146:2
**venture** 49:2,5,8,12
49:22 50:3,13,25
112:22 113:2,4

114:19 118:4,9
120:13,16 124:12
128:13,19 131:4,12
132:4 133:12
141:13,16 148:12
**ventures** 59:20 76:20
142:25
**verbal** 121:8
**Vergowski** 247:17
**versus** 4:17 148:12
224:12 247:17
**vice** 96:4,5,6
**video** 1:16 4:15 15:22
16:9,16 252:20
**videographer** 2:25
4:13,20 5:7,12,22
9:3,6 11:23 12:13
14:22 19:13,16 80:8
80:12 93:18,21
146:8,11 180:18,23
203:13,16 219:21
219:24 220:10,13
234:8,11 252:16,19
**videotaped** 5:19
10:19,21
**view** 7:23
**viewing** 62:8
**virtual** 8:25
**virus** 65:19
**visible** 11:22
**visit** 189:7 219:14
**visited** 79:23
**Vito** 1:7 2:14,24 58:5
59:19 63:19 64:9,18
70:4,7 71:25 72:10
72:12 73:21,24
75:20 76:12,16
77:12,23 79:2 93:25
99:21 113:7 141:20
142:20 197:5,15
198:4 200:21
201:23 207:10
**Vito's** 113:6
**voice** 22:3
**voluntarily** 53:3

87:18,19 117:3
**vomit** 51:13
**VRBO** 70:22
**vulnerable** 249:8
250:16

_____

**W**

**waived** 3:9 20:7
**walked** 110:25
**Walker** 108:7
**WaMu/JP** 102:23
**want** 8:2,16 11:15
13:6,8 18:12,15
20:2 22:18 23:20
42:13 55:24 57:3
60:4 64:2 69:7,7
80:16 85:20 86:14
87:11 89:8 95:23
110:7 112:24,24
118:10 119:5
124:25 129:19
140:24 143:13
145:21 151:24
153:13 169:21
171:11 179:11
197:2 203:6 206:4
207:7 211:25
220:17 243:9
244:21 247:6
251:10
**wanted** 30:23,24,24
31:18 33:16 34:5
65:18 88:8 90:23
118:15 135:11,13
138:12 151:8,9,22
153:21 161:16,18
161:21,22 164:17
171:11 172:19,20
172:21,22 182:8
196:24 207:18
209:10 218:20
**wants** 10:16,18
140:23
**Warner** 2:12,16 5:4,5
5:6 6:23 9:16,16,17

9:21 10:4 11:15,17
12:8,9 13:15,17,19
13:21,22,25 14:15
14:21 15:7,13,18
16:2,13,21,24 17:18
17:23 19:6,7 20:5
20:13,14 24:20 25:8
27:18,22 28:10
33:12,15 37:14 42:2
42:6 43:18 44:16
48:6,10 54:22 58:24
59:6 60:17 62:25
63:21 64:5 71:20
74:16 85:13 86:20
96:12,19 97:20
106:25 107:25
108:21 109:7,10
115:4 116:11 117:8
129:16 131:5
133:20 137:17
138:18 142:2
145:20 154:17
165:25 167:25
168:3 171:9 173:9
180:5 191:9,16
192:8,10,16,24
198:10 202:22
203:12 208:23,25
209:7,14 211:10
212:4,11 214:18
217:13,21,24
229:17 231:9 237:3
237:7 238:9 239:7
243:25
**Washington** 100:3
174:7,14,18 180:10
181:5,6,14,20 193:6
194:21
**Washingtonsharee...**
174:3
**wasn't** 53:18 58:16
163:2,4 181:18
201:15 202:6
231:11 237:14,16
**wasting** 143:6

**Watchdog** 1:3 4:17
20:17,18 31:6,9
36:10 41:23 42:21
43:23 47:5 49:24
53:10,21 54:20 55:8
56:8 80:25 81:4
83:24 90:16 123:7
125:7 126:6,8,14
127:10 138:9,12
139:24 140:2 144:8
144:15 145:25
148:22 149:12
150:21,25 161:5
164:7 166:14
173:21 176:18
177:9,12,13 178:3
179:24 183:3 184:8
184:18,19 187:4,5
194:6,23 199:5
208:9,13 211:18
212:24 214:13
215:2,6 225:19,21
225:24,24 226:11
226:15,15,18,24
228:10,14,20,23
229:6 231:4 232:17
232:19 233:19,20
233:25 235:3,20
237:18 239:18,19
239:23 240:24
241:7,16,19 242:2,9
242:12 243:7 246:9
249:11 255:8,9,10
255:11 257:4
**Watchdog's** 40:18
55:12 162:23
163:16 165:6
178:23 179:8
208:21
**Watchdogs** 225:18
226:18,21 230:12
232:15 233:9
234:24 235:18
236:11,16,17,18,20
236:21

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi   ---   February 2, 2023

292

way 7:23 12:14 17:6
29:8 45:6,15 56:15
64:13 72:11 74:14
111:18 120:12
128:7 144:23 145:2
162:15 180:10
182:4 215:16 219:2
246:5 256:14
ways 100:9 112:12
250:25
WD 241:13
We'll 220:25
we're 9:7 10:8
we've 6:3 42:10
119:11 181:3
wealthy 122:25
141:20
wear 8:3 19:9
wearing 7:4,22 13:19
14:8,14,18 16:19
17:14
web 156:7
website 124:16,24
128:21,24 177:19
178:23 179:23
213:17 214:2,5,10
214:16,21,22,25
215:6 216:7,10,19
218:19 255:16
websites 123:25,25
124:2
week 6:6 10:25
154:12 173:7 201:2
201:16 249:7
weekly 118:4
weeks 52:20 153:15
Wells 68:2
went 51:20 80:2
110:22 113:3
125:15 128:10
130:8 131:21
141:16 159:12
171:3 251:5
weren't 172:25 203:9
West 2:15

whatsoever 115:19
167:24
whereabouts 24:4,12
WHEREOF 256:16
white 210:11
Wholesale 76:6
wife 134:3
willing 16:22 17:20
147:11 148:8
wished 130:22
withdraw 91:20
142:23
withdrawn 43:13
51:23 69:20 105:12
137:23 139:17,19
152:6,18 155:11
186:9 206:15
witness 5:9,10,20,22
5:24 6:4,9,11,21 7:7
7:25,25 8:7,10,12
9:25 11:11 14:8
15:3 16:8 18:3
20:12 23:17 27:15
27:21 38:23 39:3,16
47:19 50:11 51:8
54:11,13 60:18
81:17 89:25 90:9
124:10 148:16
155:5 156:3 159:16
162:10 164:4 166:8
170:25 180:4
184:24 190:14,16
190:20 198:12,22
204:18 209:18
210:19 213:11
224:24 231:23
238:7 254:4 256:7
256:11,16
witness's 6:3 7:20
witnesses 124:6
woman 11:18
Woods 73:24
word 45:5 82:11,18
133:5
word's 135:14

words 22:5 93:13
112:7,9 124:3,3
125:19,20 135:17
184:2 212:18
214:25
work 25:6 28:7,17
46:12,13 49:20 84:3
95:15 104:21 105:5
107:11 132:15
135:24 183:15
185:18 187:8 195:4
209:13 226:5
239:22 246:18
worked 50:14 59:24
60:7 94:4 96:17,23
98:21,25 99:12
100:3,11,21 103:12
104:4 106:19
187:25 188:4,8,25
working 48:25 49:22
51:23,24 52:11,21
52:24 65:7 95:18
97:4,12 98:21 99:7
99:11 100:2 103:17
129:15 132:10,12
134:11,14 136:6
143:7 174:20
186:11 195:6,8
196:21 203:8 204:7
217:4,6 224:3,5
236:17
works 83:14
worth 150:3 161:4
wouldn't 12:21 15:17
16:11 18:2 53:16
123:15 167:5
188:23 208:25
231:12 235:19
242:18
write 81:6 175:5
178:15 180:11,12
241:13 249:4
writing 36:5 180:3
194:16 196:11
216:24 236:6

written 30:10 36:3
121:7
wrong 149:17 193:24
226:2 239:16
246:22,23,23,25
wrote 175:13 215:4

**X**

X 1:2,10 254:2,17
255:2
XYZ 122:2

**Y**

Y-a-n-i-v 213:16
Yahoo 127:6,20
Yaniv 213:15,21,22
213:25 215:8,23
216:6,9 217:4,12,16
218:10
Yeah 129:21
year 41:23 49:12
60:5 67:16 69:10
77:6 78:11 95:10,17
95:18,20,22,23
98:11 101:21 102:3
110:5 131:4 150:20
150:24 151:3
154:21 199:5
yearly 71:4
years 21:21 40:10
65:5 68:6 80:4
95:25 96:2 99:2
100:21,22 101:2
103:20 131:2
148:22 149:12
150:2 153:14,14,15
153:16 161:4
173:13,16 195:10
yelled 143:23
York 1:1,12,20 2:4,8
2:15,15,20 4:5,6,23
6:7 11:2 67:10
152:16 154:9
227:17,18 256:6

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 2, 2023

293

**Z**

**Zelle** 225:8,17 226:14
  228:12 229:14,22
  230:2 232:14
  233:18 236:10
  244:21 255:17
**Zero** 199:21
**Zoom** 12:11,17

**0**

**0001** 168:2
**002** 185:6

**1**

**1** 27:16,20 156:9
  254:20
**1,000** 35:6,9,23
  122:17
**1.38** 68:20
**1:10** 80:8
**1:22-cv-1032** 1:2
**1:24** 81:19
**1:52** 80:12
**10** 155:25 156:2,6
  228:16 239:14
  249:17 255:6
**10,000** 122:17 186:21
  187:4 189:11
**10:00** 244:14
**10:30** 1:13
**10:31** 4:14
**10:36** 9:3
**10:49** 9:6
**10:59** 19:13
**100** 28:22 29:2
  112:25 212:2
  225:15 227:22
  228:6 239:10
  248:19 250:17
**10011** 2:15
**10309** 4:6,7
**106** 254:23
**107,000** 77:19
**10th** 2:15
**11** 90:12 157:17,18

158:13,14 228:5
  238:6 255:7
**11:53** 19:16
**11042** 2:4 4:23
**11366** 2:8
**11548** 2:20
**116** 50:10
**11th** 72:6 74:3 238:8
**12** 68:10,19 159:14
  159:15,19 255:7
**13** 107:13 162:4,6,8
  255:8
**131** 209:7
**131,000** 209:11
**131,645** 208:13
**13th** 256:17
**14** 15:10 38:22 58:4
  81:13,19 83:6 162:7
  162:9 163:20 165:3
  209:9 255:9
**146** 254:24
**1475** 75:20
**148** 4:5 66:12 67:21
  254:24
**15** 166:6,7,11 190:25
  209:3 255:10
**152** 254:25
**1523** 72:3
**155** 255:5
**156** 255:6
**157** 255:7
**157,000** 70:12,15
**159** 255:7
**159-16** 2:8
**15th** 18:9
**16** 169:13,14,17
  255:11
**160** 238:11
**162** 255:8,9
**166** 255:10
**169** 255:11
**17** 39:7 58:4 65:8
  122:21 129:11
  132:4,11 170:5,20
  170:21 173:24

182:17,20 188:12
  199:13 201:13
  210:8 255:11
**17:30** 29:19
**170** 255:11
**171,000** 71:18
**175** 233:8
**18** 184:22,23 185:4
  197:4 255:12
**180** 254:11
**184** 255:12
**18th** 2:15
**19** 54:12 70:8 82:9
  87:2 90:12 173:25
  190:18,19 193:2,3
  254:8 255:12
**19,000** 13:6
**190** 254:12 255:12
**194** 254:12
**196** 254:13
**1974** 79:8,13
**1976** 79:19
**198** 255:13
**1st** 109:16 209:22
  232:5 255:15

**2**

**2** 1:12 47:7,8,11
  126:20 254:21
  257:4
**2,000** 129:20
**2:10** 93:18
**2:14** 93:21
**20** 59:11 68:6 101:4,5
  103:20 145:14
  173:13,16 186:24
  198:15,18 208:21
  209:3 255:13
**200** 2:8 230:23
  239:11
**2004** 68:10 102:7
**2007** 100:7 102:19
**2009** 100:7 102:24
**2011** 48:21
**2013** 109:17

**2014** 48:20 109:16
  148:22
**2015** 96:18,20 103:9
  126:8 148:22
  150:24
**2016** 40:17 41:23
  56:12 82:9 110:7
  111:23 112:2,25
  113:24 126:23
  148:22 150:20
  163:16 165:6 170:4
  205:7,12 208:3
  255:9,14
**2017** 22:17 25:24
  36:8,19 40:10,16
  43:17 49:15 70:6
  102:4 112:23 136:9
  144:10,13 146:17
  148:20 154:10
  155:16 156:16
  158:15 159:20
  160:6,24 163:22
  165:13 166:15,18
  167:22 173:25
  182:20 185:5 186:5
  186:10 189:17
  193:3 197:4 198:20
  202:14,14 205:5
  208:5 209:22
  210:14,22 213:14
  216:4 237:13 255:8
  255:15,15
**2018** 65:11 71:15
  72:7 86:19 132:24
  225:16 237:13
**2019** 40:10 65:11
  69:7 74:3 81:13,19
  83:6 86:5,18,20,21
  87:5,9 89:17 228:6
  229:14 237:13,21
  251:24 252:6,9
**2019/2020** 69:8
**202** 254:13
**2020** 65:15 228:25
  230:22 231:22

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

294

232:5 238:6
**2021** 65:15 66:24
  73:2 75:24 238:25
  239:2,4
**2022** 11:9 23:21
  24:23 25:16,20 26:6
  29:17 30:7,12 38:19
  47:22 68:20 73:8
  77:2,17 91:24
  145:14 165:2
  243:10,12 244:14
  245:11 248:12
**2023** 1:12 4:15 25:18
  253:7 256:17 257:4
  257:20
**204** 255:14
**209** 255:15
**21** 203:11,20 204:16
  204:17 205:4 239:4
  255:14
**210** 255:15
**213** 255:16
**215** 255:16
**216** 254:14
**219** 208:12
**21st** 73:2
**22** 209:16,17,21
  252:6,9 255:15
**220,000** 67:2
**224** 255:17
**23** 210:17,18,21
  255:15
**230** 229:2
**236** 254:14
**23rd** 216:4,13 251:24
**24** 62:23 126:19
  170:2 213:9,10,13
  215:22 245:10
  255:16
**242** 254:15
**243** 255:17
**248** 255:18
**249** 255:18
**25** 38:22 79:8 165:21
  215:18,19 216:3

249:7 255:16
**25,000** 40:7
**26** 66:23 224:22,23
  225:4 243:10,12
  255:17
**262** 217:8
**263** 217:22
**27** 243:23,24 244:9
  244:12,13 248:12
  254:20 255:17
**270,000** 76:6
**27th** 246:21 248:17
**28** 126:18,19 146:17
  148:20 212:9
  248:21,22 255:18
**283,500** 74:10
**288** 177:7
**28th** 70:6 154:18
  199:13 210:13
  211:7 213:4
**29** 47:22 126:18,20
  158:15 160:23
  163:22 198:20
  205:5 208:4 249:19
  249:20,23 255:18
**296** 181:13 182:16
**29th** 166:13 199:13
  210:13
**2nd** 4:15 29:17 239:2
  239:4

___

**3**

**3** 81:9,10 92:22
  210:22 213:14
  254:22 255:15
**3,960** 205:15
**3:08** 252:9
**3:19** 146:8
**3:33** 146:11
**30** 116:15 125:2
  240:6
**3000** 1:11 2:4 4:22
**31,400** 70:14
**315** 197:3 198:11
**315,000** 74:4

**316** 197:21
**31st** 231:22
**332** 67:10
**35** 43:3 170:2,3
**350** 75:7 78:8
**358** 57:17
**36** 170:2 254:11
**3rd** 211:8 212:10
  213:4 230:22
**3W8** 2:4
**3WE** 4:22

___

**4**

**4** 11:9 24:22 30:7,12
  38:19 89:23,24 92:5
  96:12,13 155:16
  156:15 164:25
  254:22
**4/29/17** 255:7
**4:25** 180:18
**4:33** 180:23
**40** 125:2 190:24
  205:15 227:19,20
  240:6
**400** 232:5
**414,500** 76:3
**428,000** 77:20
**431,500** 74:7
**45** 2:20
**450** 12:2
**46** 38:19 165:2
**46-1** 38:18
**47** 254:21
**476** 169:7
**499,550** 68:12
**4th** 39:19 91:17
  154:9,20 190:22

___

**5**

**5** 77:5 106:22,23
  228:25 254:23
**5,000** 145:4
**5:04** 203:13
**5:05** 203:16
**5:30** 219:21

**5:40** 219:24 220:10
**5:42** 220:13
**5:54** 208:5
**50** 247:17
**50,000** 122:13 123:23
**500** 243:12 248:18
**51** 54:10 90:11
**525,000** 151:4
**5265** 77:13
**535,000** 77:17

___

**6**

**6** 2:15 146:5,6,16
  254:24
**6/28/17** 254:24
**6:02** 234:8
**6:09** 234:11
**6:23** 244:4
**6:30** 244:2,7
**6:34** 252:16
**6:39** 252:21,24
**60** 227:18,21
**600** 6:8 11:3
**65** 227:20
**684,500** 75:24

___

**7**

**7** 148:14,15,19
  169:20 254:24
**7,960** 205:14
**70** 13:8
**717** 240:8
**718)749-4732** 32:17
**75** 57:6 58:2
**76** 57:6

___

**8**

**8** 152:10,11,14 185:5
  186:5 225:16
  254:25
**8:18** 217:16
**80** 59:12 205:14
**800** 66:22
**8020** 162:4
**81** 254:22

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 2, 2023

295

| | | | |
|---|---|---|---|
| **81,000** 72:7 | | | |
| **835,000** 150:25 | | | |
| **86** 39:12 | | | |
| **88th** 67:10 68:5 | | | |
| **89** 254:22 | | | |
| **899,900** 77:6 | | | |
| **9** | | | |
| **9** 73:24 155:3,4,8 239:4 255:5 | | | |
| **90** 98:11 | | | |
| **90,000** 101:18 | | | |
| **906** 38:19 | | | |
| **957** 209:7 | | | |
| **957,000** 209:12 | | | |
| **975,000** 77:3 | | | |
| **99** 42:11 | | | |
| **995,000** 67:6 | | | |
| **9th** 238:25 239:3 | | | |