# In the Matter of

Case No.: 1:22-cv-1032 (PKC) (JRC)

## IME WATCHDOG, INC.

v.

## GELARDI, et al.

---

## Continued Exam of Safa Abdulrahim Gelardi

*Friday, February 3, 2023*

---

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No.: 1:22-cv-1032 (PKC)(JRC)
----------------------------------------X

IME WATCHDOG, INC.,

                         Plaintiff,

        -against-


SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                         Defendants.
----------------------------------------X

                    3000 Marcus Avenue
                    Lake Success, New York
                    February 3, 2023
                    10:31 a.m.



        Continued Video Examination before Trial of

    DEFENDANT, SAFA ABDULRAHIM GELARDI, held

    pursuant to Notice, held at the above-mentioned

    time and place, before Ruthayn Shalom, a Notary

    Public of the State of New York.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

2                   A P P E A R A N C E S :

3                        MILMAN LABUDA LAW GROUP PLLC
                         Attorneys for Plaintiff
4                        3000 Marcus Avenue, Suite 3W8
                         Lake Success, New York 11042
5                        BY: EMANUEL KATAEV, ESQ.
                         emanuel@mllaborlaw.com
6                        BY: JAMIE FELSEN, ESQ.
                         jamiefelson@mllaborlaw.com

7
                         DANIELLA LEVI & ASSOCIATES, P.C.
8                        159-16 Union Turnpike, Suite 200
                         Fresh Meadows, New York 11366
9                        BY: DANIELLA LEVI, ESQ.
                         daniellalevi@levilawny.com
10                       BY: ELIYAHU LEVI, ESQ.
                         elilevi@levilawny.com

11

12                       WARNER & SCHEUERMAN
                         Attorneys for Defendants/Third-Party
13                       Plaintiffs/Third-Party Counterclaim
                         Defendants
14                       SAFA ABDULRAHIM GELARDI, VITO GELARDI
                         and IME COMPANIONS LLC
15                       6 West 18th Street, 10th Floor
                         New York, New York 10011
16                       BY: JONATHAN D. WARNER, ESQ.
                         jdwarner@wslaw.nyc

17

18                       LEO SHALIT, P.C.
                         Attorneys for Third-Party
19                       Defendant/Third-Party Counterclaimant
                         CARLOS ROA
20                       45 Glen Cove Road
                         Greenvale, New York 11548
21                       BY: LEO SHALIT, ESQ.
                         leo@shalit-law.com

22

23              ALSO PRESENT:

24              Carlos Roa
                Vito Gelardi
25              Rich Morales, Videographer

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

2          IT IS HEREBY STIPULATED AND AGREED, by

3     and between the attorneys for the respective

4     parties hereto, that this examination may be

5     sworn to before any Notary Public.

6

7          IT IS FURTHER STIPULATED AND AGREED that

8     the sealing and filing of the said examination

9     shall be waived.

10

11          IT IS FURTHER STIPULATED AND AGREED that

12     all objections to questions except as to form

13     shall be reserved for trial.

14

15

16

17

18

19

20

21

22

23

24

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

261

1                          S. Abdulrahim Gelardi

2           S A F A   A B D U L R A H I M   G E L A R D I,

3           a Defendant, having been first duly sworn by

4           Ruthayn Shalom, a Notary Public of the State of

5           New York, and stating her address as 148

6           Claypit Road, Staten Island, New York 10309,

7           10309, was examined and testified as follows:

8   10:31:42           JUDGE CHO:  Hello, good morning.

9   10:31:43           MR. KATAEV:  Good morning, your Honor.

10  10:31:46           MR. WARNER:  Good morning, your Honor.

11  10:31:50           JUDGE CHO:  All right.  I guess there is

12  10:31:50           another dispute.  Can you send the deponent out

13  10:31:54           of the room?

14  10:31:58           MR. KATAEV:  Sure.

15  10:31:58          (Whereupon, the deponent left the room.)

16  10:32:09           MR. KATAEV:  Your Honor, the deponent is

17  10:32:11           out of the room.

18  10:32:13           JUDGE CHO:  You're recording this

19  10:32:14           conversation?

20  10:32:15           MR. KATAEV:  With the court reporter,

21  10:32:15           correct, stenographically.

22  10:32:18           JUDGE CHO:  Okay, good.  All right.  Let

23  10:32:19           me call the case.

24  10:32:22           All right, good morning, everyone.  We are

25  10:32:23           here for a conference in IME Watchdog versus

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

262

1                          S. Abdulrahim Gelardi

2    10:32:26        Gelardi, Case Number 22-CV-1032.  I'm Judge

3    10:32:29        Cho.  Who do we have present today?

4    10:32:33            MR. KATAEV:  For the Plaintiff,

5    10:32:34        your Honor, Emanuel Kataev of Milman Labuda Law

6    10:32:34        Group, PLLC and Jamie Felsen.

7    10:32:39            MR. WARNER:  For the Defendants, Jonathan

8    10:32:40        Warner of Warner & Scheuerman, your Honor.

9    10:32:44            MR. SHALIT:  For Third-party Defendant

10   10:32:45        Carlos Roa, Leo Shalit, good morning,

11   10:32:46        your Honor.

12   10:32:48            JUDGE CHO:  Good morning.  All right,

13   10:32:48        Mr. Kataev, what is the issue?

14   10:32:52            MR. KATAEV:  Your Honor, the issue is that

15   10:32:54        Ms. Gelardi is a very important witness and we

16   10:32:57        are seeking an application to -- for good cause

17   10:33:01        to get an additional seven hours of testimony

18   10:33:05        time.  In an effort to avoid motion practice

19   10:33:09        with the Court and calling the Court, we did

20   10:33:10        offer to the Defendants to spend the rest of

21   10:33:13        the day completing her deposition.

22   10:33:16            Yesterday, there was only five and a half

23   10:33:18        hours of testimonial time.  We do have one and

24   10:33:21        a half hours left and we submitted that if we

25   10:33:21        start today and finish today at 5:00, we would

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

263

1                    S. Abdulrahim Gelardi

2   10:33:25        not seek a full seven hours.  However, we are

3   10:33:28        entitled to a full seven hours and there is

4   10:33:30        case law supporting our request.

5   10:33:33            The key case that talks about this issue

6   10:33:35        is Amley v. Sumitomo Mitsui Banking Corp.  It

7   10:33:42        is 2021 WL22060.  In that case, the defendant's

8   10:33:48        request for a plaintiff in an employment

9   10:33:51        discrimination case to be available for two

10  10:33:55        days of depositions totaling 14 hours based on

11  10:33:57        the fact that that plaintiff was a very key

12  10:34:00        witness in the case, which was hotly contested

13  10:34:01        like this case, was granted and so in addition,

14  10:34:07        Rule 30(d)(1) of the Federal Rules of Civil

15  10:34:10        Procedure --

16  10:34:12            JUDGE CHO:  Let me stop you for a minute.

17  10:34:14        Yesterday you had five hours of deposition

18  10:34:19        testimony; is that correct?

19  10:34:20            MR. KATAEV:  Five and a half, your Honor.

20  10:34:22            JUDGE CHO:  Did that include breaks or not

21  10:34:24        include breaks?

22  10:34:25            MR. KATAEV:  Only testimonial time,

23  10:34:25        your Honor.  Not breaks.

24  10:34:31            JUDGE CHO:  Mr. Kataev, how much more time

25  10:34:34        do you need today?  I thought you were going to

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

264

1                        S. Abdulrahim Gelardi

2    10:34:37        do the husband today, no?

3    10:34:40            MR. KATAEV:  We did intend to do the

4    10:34:40        husband yesterday, but in conversations after

5    10:34:42        the deposition was done yesterday after we

6    10:34:46        concluded without officially concluding

7    10:34:48        yesterday, we spoke to Mr. Warner about

8    10:34:51        continuing today and he agreed to do so for

9    10:34:53        the -- at least the hour and a half that was

10   10:34:56        left.

11   10:34:58            JUDGE CHO:  Understood.  How much more

12   10:35:01        time do you think you need today?

13   10:35:03            MR. KATAEV:  We would submit that if we

14   10:35:03        obtain for the rest of the day until 5:00 p.m.,

15   10:35:06        that would be sufficient, and we do have more

16   10:35:10        reasons in support of our application, but we

17   10:35:13        will wait for the Court to allow me to argue

18   10:35:16        those points.

19   10:35:18            JUDGE CHO:  What other reason do you have

20   10:35:19        to support your application?  I don't need case

21   10:35:19        law.  What are your reasons why you need more

22   10:35:22        time?

23   10:35:23            MR. KATAEV:  Your Honor, we spent,

24   10:35:24        unfortunately, a substantial portion of the

25   10:35:26        testimony concerning the Defendant's decision

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

265

1              S. Abdulrahim Gelardi

2    10:35:30        to hire a private investigator who placed,

3    10:35:33        unlawfully, a GPS device on Mr. Roa's vehicle.

4    10:35:36        We submit that this amounts to witness

5    10:35:38        tampering and witness intimidation and it was

6    10:35:41        very important issue that needed to be

7    10:35:42        discussed.

8    10:35:42            In addition, throughout the deposition the

9    10:35:45        witness repeatedly stonewalled and stalled the

10   10:35:50        deposition, asked questions such as, What does

11   10:35:53        discuss, d-i-s-c-u-s-s, mean.  Constantly

12   10:35:58        repeated, constantly asked the court reporter

13   10:36:02        to reread the questions that were very clear,

14   10:36:05        and otherwise took time from the deposition by

15   10:36:09        engaging in such conduct.

16   10:36:11            We have from the forensic examination

17   10:36:14        approximately 20,000 pages of documents.  We

18   10:36:16        have gone through approximately 35 exhibits

19   10:36:21        yesterday so we are moving along, however we do

20   10:36:23        have a substantial number of exhibits left.

21   10:36:26            She is the key witness and the person who

22   10:36:29        was the principal, sort of decision-maker and

23   10:36:33        actor in all of the complaint of conduct and we

24   10:36:36        submit that we need additional time given

25   10:36:37        gravity of the conduct in this case.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

266

1                    S. Abdulrahim Gelardi

2  10:36:43          JUDGE CHO:  All right.  Now, at the end of

3  10:36:43          yesterday, did you have a discussion with the

4  10:36:47          other side about how much more time you thought

5  10:36:49          you would need today?

6  10:36:50          MR. KATAEV:  Yes.  We did that yesterday

7  10:36:51          and today.  We submitted that we would ask for

8  10:36:51          a full seven hours from the Court, but we

9  10:36:54          offered in good faith to avoid court

10 10:36:57          intervention that if -- this morning, we would

11 10:36:57          complete today with this witness, we would not

12 10:36:57          seek any further time.

13 10:36:58          JUDGE CHO:  Just so I'm clear, the

14 10:36:58          discussion you had yesterday, were you asking

15 10:36:58          for an additional seven more hours; is that

16 10:36:58          what you're asking for yesterday?

17 10:37:16          MR. KATAEV:  Yes, we did.

18 10:37:18          JUDGE CHO:  What you're saying today is

19 10:37:19          you're not seeking a full seven hours, you just

20 10:37:21          want to finish today by five o'clock; is that

21 10:37:24          right?

22 10:37:25          MR. KATAEV:  Correct, in an effort to be

23 10:37:26          reasonable and to try to resolve it without --

24 10:37:29          JUDGE CHO:  Have you started today any

25 10:37:30          testimony?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

267

1                    S. Abdulrahim Gelardi

2   10:37:30          MR. KATAEV:  No, not yet.  We needed a

3   10:37:33          decision on this so we could decide what we're

4   10:37:33          doing.

5   10:37:37          JUDGE CHO:  Okay.  Look, if you get the

6   10:37:38          five hours until five o'clock today, assuming

7   10:37:41          you start at 11:00, not including break that

8   10:37:45          would be six hours, right?

9   10:37:47          MR. KATAEV:  Correct.  And we would have a

10  10:37:49          lunch of at least 30 to 40 minutes.

11  10:37:56          JUDGE CHO:  Mr. Warner, I will hear from

12  10:37:56          you.

13  10:37:57          MR. WARNER:  Thank you, your Honor.

14  10:37:58          JUDGE CHO:  Go ahead, Mr. Warner.

15  10:37:58          MR. WARNER:  Your Honor, yesterday I had

16  10:38:00          agreed, even though we stopped at approximately

17  10:38:03          6:40 last night, I agreed to bring back

18  10:38:08          Ms. Gelardi for an hour and a half.  You may

19  10:38:10          recall that the reason we were delayed

20  10:38:13          yesterday was because the Plaintiffs refused to

21  10:38:15          permit Ms. Gelardi to wear a mask.  Now that's

22  10:38:21          what delayed the deposition.  We were here from

23  10:38:24          ten o'clock in the morning until 6:30 plus at

24  10:38:27          night.

25  10:38:28          Yesterday, I said I would bring her back.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

268

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 10:38:30 | They didn't say anything about going more than |
| 3 | 10:38:33 | an hour and a half with her, so I brought the |
| 4 | 10:38:36 | husband back who had to take a day off to come |
| 5 | 10:38:36 | here and is sitting here. |
| 6 | 10:38:40 | And I had said to Mr. Kataev, Do your hour |
| 7 | 10:38:44 | and a half, we were here again before |
| 8 | 10:38:46 | ten o'clock.  Do your hour and a half with Safa |
| 9 | 10:38:49 | and afterwards we would do Vito and then we |
| 10 | 10:38:55 | could have a discussion as to whether we bring |
| 11 | 10:38:58 | Safa back. |
| 12 | 10:39:00 | I don't think it's fair to change those |
| 13 | 10:39:01 | rules now on an oral application that I have no |
| 14 | 10:39:05 | ability to respond to, other than to say, in my |
| 15 | 10:39:08 | opinion, that she didn't do anything to delay |
| 16 | 10:39:10 | the deposition yesterday and we went through |
| 17 | 10:39:13 | quite a substantial period past the normal |
| 18 | 10:39:15 | time. |
| 19 | 10:39:15 | I would ask that she be done in an hour |
| 20 | 10:39:19 | and a half today and that we do Vito, who is |
| 21 | 10:39:20 | scheduled to be here today and is here today, |
| 22 | 10:39:24 | and then Mr. Kataev can make his application, I |
| 23 | 10:39:28 | can have further discussions with him about |
| 24 | 10:39:28 | bringing Safa back if your Honor is so |
| 25 | 10:39:31 | disposed. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

269

S. Abdulrahim Gelardi

1

2  10:39:32      I don't think it's fair to Vito to have

3  10:39:34      him come and sit and interrupt his life when

4  10:39:42      he's not being taken, even though it was agreed

5  10:39:43      Vito was going to be done today.  I could have

6  10:39:43      said yesterday, No, you'll have to do Safa's

7  10:39:44      hour and a half at another time, but we said,

8  10:39:52      No, take the hour and a half and we will go on

9  10:39:55      to Vito.  I think it's only fair to do Vito

10 10:39:58      Gelardi today.

11 10:40:00           JUDGE CHO:  Mr. Warner, question for you;

12 10:40:04      answer if you can:  Assuming we allow Kataev to

13 10:40:10      do the hour and a half of Ms. Gelardi today,

14 10:40:14      are you prepared to represent to Mr. Kataev

15 10:40:17      that you would be willing to have him come back

16 10:40:22      another day?

17 10:40:23           MR. WARNER:  Yes.  I would be willing to

18 10:40:25      come back another day just not today.

19 10:40:28           JUDGE CHO:  Understood.  Mr. Kataev, given

20 10:40:30      that representation, given that Mr. Gelardi is

21 10:40:32      there and ready to go now and given what Mr.

22 10:40:36      Warner just said, how do you want to proceed?

23 10:40:41           MR. KATAEV:  Your Honor, we feel it's

24 10:40:42      imperative that we continue and complete the

25 10:40:42      deposition of Safa today.  We are prepared to

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

270

1                        S. Abdulrahim Gelardi

2    10:40:46        do that.  That's what we focused on and worked

3    10:40:48        on all night last night in preparation for it.

4    10:40:50        I do have additional counterpoints I'd like to

5    10:40:55        raise in response to the opposition.

6    10:40:58            JUDGE CHO:  First of all, question for

7    10:40:58        you, Mr. Kataev:  Are you prepared to proceed

8    10:41:01        with Mr. Gelardi today?

9    10:41:04            MR. KATAEV:  I would submit, your Honor,

10   10:41:06        if we are forced to we would be, but we are not

11   10:41:11        fully prepared to move forward with Vito today

12   10:41:13        and that's based on our discussion yesterday

13   10:41:13        that she would return for the hour and a half.

14   10:41:17            We think it's more efficient since we have

15   10:41:20        agreed to start the hour and a half and

16   10:41:22        complete it to just have the additional time

17   10:41:24        today and finish it today and be done with this

18   10:41:26        witness in terms of this deposition that has

19   10:41:30        noticed.

20   10:41:35            JUDGE CHO:  Mr. Warner, question for you:

21   10:41:37        Mr. Warner, I understand Mr. Gelardi is there

22   10:41:42        now and prepared to be deposed.  I get the

23   10:41:45        sense they are not prepared to move forward

24   10:41:49        with Mr. Gelardi today, okay.  For whatever

25   10:41:52        reason, it is what it is.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

271

1                        S. Abdulrahim Gelardi

2  10:41:54          Given that, Mr. Warner, is there a reason

3  10:41:59          why you don't think you can finish Ms. Gelardi

4  10:42:03          today and not even get to Mr. Gelardi?

5  10:42:10          MR. WARNER:  Is there a reason why they

6  10:42:12          can't finish?  No.  If your Honor is disposed

7  10:42:15          to give them another, I guess it would be five

8  10:42:19          hours on top of --

9  10:42:21          JUDGE CHO:  Let me ask you another

10 10:42:23          question, Mr. Warner.  You mentioned that if

11 10:42:24          they had the hour and a half today with

12 10:42:31          Ms. Gelardi that you may be willing to bring

13 10:42:34          her back another day.  If you were willing to

14 10:42:37          bring her back another day, how long?

15 10:42:41          MR. WARNER:  I would say a half a day,

16 10:42:42          three-and-a-half-hour morning or an afternoon

17 10:42:46          session would be more than they would be

18 10:42:48          entitled to.  I'm not so sure the seven-hour

19 10:42:51          day that they -- that they requested means that

20 10:42:55          it's seven hours on the videographer's clock.

21 10:43:01          MR. SHALIT:  May I be heard when you

22 10:43:02          finish, Mr. Warner?

23 10:43:03          MR. WARNER:  Of course, Mr. Shalit.

24 10:43:05          We started yesterday late because of the

25 10:43:08          Plaintiff's insistence that we not start until

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

272

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |
| 1 | | S. Abdulrahim Gelardi |
| 2 | 10:43:15 | my client's mask was removed.  Now we are again |
| 3 | 10:43:19 | starting at almost eleven o'clock even though |
| 4 | 10:43:24 | we have been here.  I just don't think it's |
| 5 | 10:43:25 | appropriate. |
| 6 | 10:43:27 | And yes, she is an important witness, but |
| 7 | 10:43:30 | it's not par for the course to grant an |
| 8 | 10:43:34 | additional day of testimony or an additional |
| 9 | 10:43:36 | five and a half hours of testimony.  I thought |
| 10 | 10:43:39 | I was being courteous in giving them another |
| 11 | 10:43:42 | hour and a half on top of the day they took |
| 12 | 10:43:45 | yesterday but... |
| 13 | 10:43:48 | MR. SHALIT:  May I be heard? |
| 14 | 10:43:50 | JUDGE CHO:  Yes, Mr. Shalit. |
| 15 | 10:43:52 | MR. SHALIT:  Sure.  So I represent Carlos |
| 16 | 10:43:56 | Roa.  In my opinion, I believe that the |
| 17 | 10:43:59 | deposition with Safa on the Plaintiff's issues |
| 18 | 10:44:02 | should conclude because Mr. Warner and I, we |
| 19 | 10:44:08 | have an agreement that the counterclaim |
| 20 | 10:44:12 | portion, or Mr. Carlos Roa's portion of the |
| 21 | 10:44:15 | deposition is adjourned without prejudice to my |
| 22 | 10:44:18 | client pending receipt of discovery responses |
| 23 | 10:44:21 | that we stiped out ahead of this deposition. |
| 24 | 10:44:24 | So Ms. Safa is going to have to come back |
| 25 | 10:44:27 | regardless a different time, but I think that |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

273

|    |          |                                                      |
|----|----------|------------------------------------------------------|
| 1  |          | S. Abdulrahim Gelardi                                |
| 2  | 10:44:31 | logically it makes sense to finish with the          |
| 3  | 10:44:34 | Plaintiff's side of this case so we can focus         |
| 4  | 10:44:37 | on the counterclaims and Mr. Roa's portion.  I        |
| 5  | 10:44:43 | think that these facts are important to bring         |
| 6  | 10:44:46 | to the Court's attention.                             |
| 7  | 10:44:49 | JUDGE CHO:  Okay.  Understood.                        |
| 8  | 10:44:53 | Mr. Warner, here's what I'm inclined to               |
| 9  | 10:44:56 | do.  It's too bad that they're not prepared to        |
| 10 | 10:45:00 | go forward with Vito Gelardi's deposition             |
| 11 | 10:45:01 | today.  I know he's there.  It's too bad and          |
| 12 | 10:45:06 | that's unfortunate.                                   |
| 13 | 10:45:07 | I'm mindful that you were agreeable to                |
| 14 | 10:45:11 | bring her back today and the Court thanks you         |
| 15 | 10:45:14 | for that, it's more efficient that way                |
| 16 | 10:45:17 | obviously.  Since they started her, I would           |
| 17 | 10:45:19 | like her to continue being deposed today.             |
| 18 | 10:45:24 | It doesn't sound like an hour or an hour              |
| 19 | 10:45:26 | and a half is going to do it for Mr. Kataev,          |
| 20 | 10:45:28 | all right.  I'm not going to give him all day,        |
| 21 | 10:45:33 | okay.  So then, Mr. Kataev, I will give you           |
| 22 | 10:45:37 | until 3:30 today to finish her deposition,            |
| 23 | 10:45:39 | okay?                                                 |
| 24 | 10:45:43 | MR. KATAEV:  Understood, your Honor.  If I            |
| 25 | 10:45:43 | could bend your ear on this issue.                    |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

274

|       |          | S. Abdulrahim Gelardi |
|-------|----------|----------------------|
| 1     |          | S. Abdulrahim Gelardi |
| 2     | 10:45:46 | JUDGE CHO:  That includes breaks, okay? |
| 3     | 10:45:48 | Including breaks.  So if you want to take a |
| 4     | 10:45:50 | long break or short break, that's up to you, |
| 5     | 10:45:53 | Mr. Kataev.  We need to give her time to get |
| 6     | 10:45:55 | lunch if she wants to. |
| 7     | 10:45:56 | At 3:30, the deposition will stop.  If you |
| 8     | 10:46:00 | are not done, Mr. Kataev, have a conversation |
| 9     | 10:46:03 | with Mr. Warner to see if the two of you can |
| 10    | 10:46:06 | work it out if she needs to come back yet |
| 11    | 10:46:10 | another day.  If the parties can't agree to |
| 12    | 10:46:13 | that, write a letter to the Court, we will |
| 13    | 10:46:15 | address it separately, not the day of the |
| 14    | 10:46:18 | deposition. |
| 15    | 10:46:19 | MR. KATAEV:  Understood.  So it's without |
| 16    | 10:46:20 | prejudice to additional time, understood. |
| 17    | 10:46:24 | JUDGE CHO:  Understood, yes, but I |
| 18    | 10:46:26 | encourage you to be very efficient because this |
| 19    | 10:46:28 | is day two now.  A strict reading of the seven |
| 20    | 10:46:32 | hours is one day of seven hours, not two days, |
| 21    | 10:46:35 | right.  So be mindful of that, okay.  I know |
| 22    | 10:46:39 | yesterday was a very long day and Mr. Warner |
| 23    | 10:46:41 | was courteous enough to bring her back a second |
| 24    | 10:46:44 | day, right.  I encourage you to be very |
| 25    | 10:46:49 | efficient. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

275

1                          S. Abdulrahim Gelardi

2    10:46:50          If she's obstructing the deposition,

3    10:46:52          that's a whole different story and I can review

4    10:46:53          the transcript at that point in time but be

5    10:46:56          very efficient.

6    10:46:57          Mr. Warner, were you going to say

7    10:46:59          something?

8    10:46:59          MR. WARNER:  No, your Honor, thank you for

9    10:47:00          your courtesy.  That's all I was going to say.

10   10:47:02          JUDGE CHO:  Okay, anything else,

11   10:47:03          Mr. Kataev?

12   10:47:04          MR. KATAEV:  I would only say, your Honor,

13   10:47:05          to avoid an application in the future, if the

14   10:47:06          Court would reconsider from 3:30 until 5:00, I

15   10:47:11          have a hard stop at 5:00 due to child care

16   10:47:12          issues, we could fully be done with this

17   10:47:15          dispute and never have to bring it to the

18   10:47:17          Court's attention again.  I would only raise

19   10:47:21          that in an effort to avoid that application.

20   10:47:24          JUDGE CHO:  Understood.  Look, come 3:25,

21   10:47:26          talk to Mr. Warner.  Mr. Warner, we will be

22   10:47:32          done by 5:00 no questions asked.  If Mr. Warner

23   10:47:35          is agreeable and the client is agreeable, it's

24   10:47:38          okay if you go to 5:00.  The Court does not

25   10:47:39          need to be informed if the parties agree.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

276

|  |  |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 10:47:41 | MR. KATAEV:  Understood. |
| 3 | 10:47:43 | JUDGE CHO:  The application before me is |
| 4 | 10:47:43 | Mr. Warner wants to cut it off after an hour |
| 5 | 10:47:46 | and a half, all right, so I'm giving you much |
| 6 | 10:47:46 | more time than that, all right. |
| 7 | 10:47:49 | Look, Mr. Warner, it is what it is.  Come |
| 8 | 10:47:54 | 3:25, if they need a little more time, decide |
| 9 | 10:47:57 | what you want to do.  It's going to be more |
| 10 | 10:48:00 | burdensome for you and your client to have to |
| 11 | 10:48:02 | come back another day to be subjected to |
| 12 | 10:48:04 | Mr. Kataev's questioning, okay, so be mindful |
| 13 | 10:48:07 | of that, okay? |
| 14 | 10:48:08 | MR. WARNER:  Thank you. |
| 15 | 10:48:10 | MR. KATAEV:  Thank you, your Honor. |
| 16 | 10:48:12 | JUDGE CHO:  Anything else, Mr. Warner, for |
| 17 | 10:48:13 | you? |
| 18 | 10:48:14 | MR. WARNER:  No, nothing. |
| 19 | 10:48:16 | JUDGE CHO:  Mr. Shalit, anything else for |
| 20 | 10:48:17 | you? |
| 21 | 10:48:19 | MR. SHALIT:  No, thank you, your Honor. |
| 22 | 10:48:20 | JUDGE CHO:  Okay, we are adjourned.  Thank |
| 23 | 10:48:22 | you, everyone. |
| 24 | 10:52:32 | THE VIDEOGRAPHER:  We are on the record. |
| 25 | 10:52:32 | The time is approximately 10:52 a.m. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

277

                          S. Abdulrahim Gelardi

1

2  10:52:37          Today is February 3rd, 2023.  This is day

3  10:52:42          two of the video deposition of Safa Abdulrahim

4  10:52:44          Gelardi.

5  10:52:49          You may now proceed.

6  10:52:51  BY MR. KATAEV:

7  10:52:52          Q    Good morning, Ms. Gelardi.  I remind you

8  10:52:55  you're still under oath.  Do you understand that?

9  10:52:57          A    Yes.

10 10:52:59          Q    Yesterday in your testimony you said that

11 10:53:02  you really had no contact with Adam Rosenblatt for a

12 10:53:06  very long time, as least a couple of months after he

13 10:53:10  flooded you, in your words, with emails in April of

14 10:53:12  2017 and May of 2017; is that correct?

15 10:53:18          A    Yes, I did say that.

16 10:53:20          Q    In the days and weeks after you received

17 10:53:22  those emails, you testified that coincidentally your

18 10:53:29  accountant opened IME Guards the next week?

19 10:53:33          MR. WARNER:  Objection to form.

20 10:53:34          Q    Is that right?

21 10:53:36          A    I never testified to that.  I told you I

22 10:53:39  have never seen IME Guards.

23 10:53:41          Q    But in the days and weeks after you

24 10:53:42  received these emails, IME Guarddogs was formed,

25 10:53:47  correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

278

S. Abdulrahim Gelardi

1

2    10:53:48              MR. WARNER:  Objection to form.  You can

3    10:53:48        answer.

4    10:53:51        Q    Regardless by who.

5    10:53:54        A    You showed me that paperwork and I'm going

6    10:54:00     to assume it was opened, yes.

7    10:54:02        Q    In the days and weeks after you received

8    10:54:05     those emails, it was coincidentally Yaniv from

9    10:54:15     Lumina Systems, your website company, was working

10   10:54:18     with Adam and you on a website for IME Guarddog,

11   10:54:24     correct?

12   10:54:25              MR. WARNER:  Objection to form.

13   10:54:25        A    No.

14   10:54:30        Q    You were copied on those emails, correct?

15   10:54:32        A    Yes.

16   10:54:35              MR. WARNER:  Objection to form.  I don't

17   10:54:35        know what the word "those" refers to.

18   10:54:42     BY MR. KATAEV:

19   10:54:42        Q    Why were you copied on those emails?

20   10:54:45        A    I don't know.

21   10:54:46        Q    Did you respond to those emails when you

22   10:54:48     were copied on them?

23   10:54:50        A    I don't recall, but I don't think I did

24   10:54:51     right away.  I don't recall.

25   10:54:54        Q    If you did respond, why would you respond?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

279

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 10:54:57 | A    I don't think I responded to those emails, |
| 3 | 10:54:59 | but I don't recall. |
| 4 | 10:55:05 | MR. KATAEV:  Let's mark this 30, please. |
| 5 | 10:55:10 | (Plaintiff's Exhibit 30, Marked for Identification.) |
| 6 | 10:55:10 | BY MR. KATAEV: |
| 7 | 10:55:36 | Q    I have handed to you what has been marked |
| 8 | 10:55:39 | as Plaintiff's Exhibit 30, which I will represent to |
| 9 | 10:55:41 | are emails in late June, June 26 and June 27 of 2017 |
| 10 | 10:55:46 | between yourself and Yaniv at Lumina Systems. |
| 11 | 10:55:51 | Do you recognize these emails? |
| 12 | 10:55:52 | A    I see them, yes. |
| 13 | 10:55:57 | Q    On June 26, 2017 at 3:25 p.m., you did ask |
| 14 | 10:56:03 | Yaniv for a proposal and a breakdown of the cost to |
| 15 | 10:56:09 | form a website for IME Guarddog, correct? |
| 16 | 10:56:16 | A    I see that I did ask for a breakdown.  Can |
| 17 | 10:56:44 | you show me where I did ask for a breakdown? |
| 18 | 10:56:47 | Q    On the first page in the middle of the |
| 19 | 10:56:50 | page. |
| 20 | 10:57:14 | MR. KATAEV:  Read back the last question. |
| 21 | 10:57:14 | (Whereupon, the referred to question was read back |
| 22 | 10:57:14 | by the reporter.) |
| 23 | 10:57:16 | A    I'm not sure if it was for IME Guarddog, |
| 24 | 10:57:18 | but I see that I did ask him for a breakdown of |
| 25 | 10:57:20 | proposal.  This says IME Guards, I'm sorry, not |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

280

|    |          |                                                            |
|----|----------|------------------------------------------------------------|
| 1  |          | S. Abdulrahim Gelardi                                      |
| 2  | 10:57:28 | Guarddog.                                                  |
| 3  | 10:57:30 | Q    Okay.  Why is it that you are refusing to             |
| 4  | 10:57:36 | admit that you were trying to open a competing             |
| 5  | 10:57:38 | business in May of 2017 with Adam, Yaniv and Five          |
| 6  | 10:57:44 | Pillars?                                                   |
| 7  | 10:57:44 | MR. WARNER:  Objection to form.                            |
| 8  | 10:57:51 | THE WITNESS:  Do I answer, Jonathan?                       |
| 9  | 10:57:52 | MR. WARNER:  Yes.                                          |
| 10 | 10:57:53 | A    I'm not refusing to admit anything,                   |
| 11 | 10:57:55 | Mr. Kataev.                                                |
| 12 | 10:57:56 | Q    On the subject of this email, at the top              |
| 13 | 10:57:58 | does it not say, IME Guarddogs?                            |
| 14 | 10:58:04 | A    It does.                                               |
| 15 | 10:58:05 | Q    Despite the fact that you're copied on                |
| 16 | 10:58:07 | this email and despite the fact that your accountant       |
| 17 | 10:58:10 | opened up a company called Guarddogs right after you       |
| 18 | 10:58:14 | received all these documents, why are you still            |
| 19 | 10:58:16 | refusing to admit that you were part of a plan to          |
| 20 | 10:58:20 | open up a competing business?                              |
| 21 | 10:58:20 | MR. WARNER:  Objection to form.  You can                   |
| 22 | 10:58:20 | answer.                                                     |
| 23 | 10:58:20 | A    I'm not refusing to admit that,                       |
| 24 | 10:58:26 | Mr. Kataev.                                                |
| 25 | 10:58:30 | Q    So if you're saying you're not refusing to            |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

281

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |

1                           S. Abdulrahim Gelardi

2   10:58:33    admit it, are you admitting it?

3   10:58:36        A    I'm not admitting it because I don't

4   10:58:40    recall asking for a proposal for IME Guarddogs and I

5   10:58:46    don't recall opening up IME Guarddogs.

6   10:58:49        Q    Even if you didn't ask for the proposal

7   10:58:51    and even if you didn't ultimately form it, you were

8   10:58:54    part of the emails in that effort; were you not?

9   10:59:00        A    I was added to those emails, yes.

10  10:59:02        Q    And you responded to those emails, too,

11  10:59:05    correct?

12  10:59:06        A    I see that I have, yes.

13  10:59:15            MR. KATAEV:  Mark this as 31.

14  10:59:21    (Plaintiff's Exhibit 31, Marked for Identification.)

15  10:59:21    BY MR. KATAEV:

16  10:59:35        Q    I'm still referring to the prior exhibit.

17  10:59:45            When you refer to this email chain

18  10:59:50    that's in front of you for Exhibit 30, does it not

19  10:59:54    refresh your recollection that you were part of an

20  10:59:56    effort to open a competing business in May of '17?

21  11:00:01            MR. WARNER:  Objection to form.  You can

22  11:00:01    answer.

23  11:00:04        A    What was the question, I'm sorry?

24  11:00:07            MR. KATAEV:  Read it back, please.

25  11:00:45    (Whereupon, the referred to question was read back

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

282

1                      S. Abdulrahim Gelardi

2   11:00:45                by the reporter.)

3   11:00:46       A    I'm so sorry, one more time.  I apologize.

4   11:00:51   (Whereupon, the referred to question was read back

5   11:00:51                by the reporter.)

6   11:01:11       A    I do -- it refreshes my recollection

7   11:01:13   that -- how adamant Adam was to open up another IME

8   11:01:21   business.

9   11:01:21       Q    You agreed to do that with him, correct?

10  11:01:25       A    I listened.

11  11:01:26       Q    Let's go to 31.  Just to confirm, when you

12  11:01:33   say you listened, that means you agreed to do it,

13  11:01:36   correct?

14  11:01:36       A    I did not agree to do it right away.  I

15  11:01:39   was listening.

16  11:01:40       Q    When you reached out to the website

17  11:01:43   individual, Yaniv, and asked him for a breakdown of

18  11:01:47   the cost, is that when you eventually agreed?

19  11:01:51       A    No, I did not agree yet.

20  11:01:52       Q    Did there come a time when you paid for

21  11:01:55   the website?

22  11:01:57       A    Not IME Guarddogs, no.

23  11:01:59       Q    But ultimately with a different name, you

24  11:02:01   did pay for the website, correct?

25  11:02:04       A    Ultimately, I started IME Companions, yes,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

283

                              S. Abdulrahim Gelardi

1

2    11:02:06     with Yaniv.

3    11:02:09          Q    That process that started -- withdrawn.

4    11:02:12               That process that led to you making a

5    11:02:15     website for IME Companions started originally in May

6    11:02:18     of '17, correct?

7    11:02:20          A    No.

8    11:02:20          Q    How do you explain that?

9    11:02:23               MR. WARNER:  Objection to form.  What does

10   11:02:24          that refer to?

11   11:02:25     BY MR. KATAEV:

12   11:02:26          Q    When I ask, How do you explain that, how

13   11:02:29     do you explain your answer, No, with respect to

14   11:02:31     making a website for IME Companions and your claim

15   11:02:35     that it did not start in May of '17?

16   11:02:38               MR. WARNER:  Objection to form.  You can

17   11:02:38          answer.

18   11:02:40          A    I decided to start IME Companions after I

19   11:02:44     met with Greg.

20   11:02:45          Q    When did you meet with Greg, again, month

21   11:02:48     and year?

22   11:02:52          A    I don't remember honestly.  It had to be

23   11:02:55     in 2017.

24   11:02:58          Q    Do you remember whether it was May or June

25   11:03:00     or July of '17?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

284

1                       S. Abdulrahim Gelardi

2   11:03:02        A    I don't recall.  I met with him the first

3   11:03:06    time to pitch to him the malpractice business and

4   11:03:10    then I met with him the second time to pitch to him

5   11:03:15    the IME business, and I decided -- your question is

6   11:03:17    when did you decide, correct?

7   11:03:19        Q    Yes.

8   11:03:19        A    I decided when Greg said yes.

9   11:03:25        Q    Prior to any meeting you had with Greg,

10  11:03:27    did you confirm those meetings via email?

11  11:03:32        A    With Greg?

12  11:03:33        Q    Yes.

13  11:03:35        A    I don't believe so.  I'm not sure.

14  11:03:36        Q    How did you go about securing those

15  11:03:39    meetings?

16  11:03:39        A    I would have to go through Roman to get to

17  11:03:42    Greg.

18  11:03:44        Q    How did you go about securing a meeting

19  11:03:45    with Greg through Roman?

20  11:03:48        A    I would call Roman and ask him to try to

21  11:03:52    set me up with a meeting with Greg.

22  11:03:57            MR. KATAEV:  I apologize, would you be

23  11:03:59        kind enough to raise the face shield?  Thank

24  11:04:04        you.

25  11:04:05        Q    You would never have formed the website

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

285

1                    S. Abdulrahim Gelardi

2    11:04:07    for Companions had you not learned about the

3    11:04:12    competing business in April or May of '17 through

4    11:04:16    Adam, correct?

5    11:04:17            MR. WARNER:  Objection to form.

6    11:04:18        A    Repeat that back.

7    11:04:20    (Whereupon, the referred to question was read back

8    11:04:20                by the reporter.)

9    11:04:39        A    Would I have -- you're asking if I would

10   11:04:50    have never started an IME business if I never met

11   11:04:53    Adam; is that your question?

12   11:04:56        Q    Yes.

13   11:04:56        A    Yes.

14   11:04:56        Q    You agree to that?

15   11:04:58        A    Yes.

16   11:05:00        Q    In reference to your meetings with Greg,

17   11:05:03    which you secured through Roman, what, if anything,

18   11:05:07    did you give Roman to get a meeting with Greg?

19   11:05:11        A    To get a meeting with Greg, I gave Roman

20   11:05:15    nothing.  I asked for a meeting.

21   11:05:19        Q    What, if anything, did you give Roman in

22   11:05:22    order to secure Greg's approval to start a business

23   11:05:27    with you in the IME observer industry?

24   11:05:31            MR. WARNER:  Objection to form.  You can

25   11:05:31            answer.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

286

|  | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 11:05:32     A    I didn't understand it. |
| 3 | 11:05:36          MR. KATAEV:  Read it back, please. |
| 4 | 11:05:38     (Whereupon, the referred to question was read back |
| 5 | 11:05:38               by the reporter.) |
| 6 | 11:05:55     A    What, if anything, did I give Roman to |
| 7 | 11:05:58     secure an interview with Greg? |
| 8 | 11:06:03     Q    To secure Greg's approval to start the |
| 9 | 11:06:06     business with you? |
| 10 | 11:06:07     A    I gave Roman nothing to secure an approval |
| 11 | 11:06:11     from Greg.  Greg's approval was verbal when I met |
| 12 | 11:06:16     with him. |
| 13 | 11:06:23     Q    Did you ever give Roman Pollak any of the |
| 14 | 11:06:25     materials that you obtained from Adam? |
| 15 | 11:06:28     A    I'm not sure.  I might have.  I mean, I |
| 16 | 11:06:32     might have because it was -- I wanted to see if |
| 17 | 11:06:39     anyone has heard of such a business. |
| 18 | 11:06:43     Q    What materials would you have provided to |
| 19 | 11:06:46     Roman to see about that? |
| 20 | 11:06:50     A    I'm not sure.  Like I said, there was |
| 21 | 11:06:53     diarrhea of the email with Adam.  It was just... |
| 22 | 11:07:07     Q    Wouldn't it have been sufficient to just |
| 23 | 11:07:09     give him the name of IME Watchdog and its website? |
| 24 | 11:07:16          MR. WARNER:  Objection to form. |
| 25 | 11:07:17     A    I don't know. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

287

1                    S. Abdulrahim Gelardi

2  11:07:19        Q    You're not denying that you could have

3  11:07:20    sent Roman some confidential information, correct?

4  11:07:24            MR. WARNER:  Objection to form.

5  11:07:25        A    Repeat that, please.

6  11:07:27    (Whereupon, the referred to question was read back

7  11:07:27                by the reporter.)

8  11:07:52        A    No, I'm not denying that.

9  11:07:58        Q    You previously sent IME Watchdog's

10  11:08:03    confidential information to your accountant,

11  11:08:06    correct?

12  11:08:08        A    Yes.

13  11:08:09        Q    You did so because you said you wanted to

14  11:08:11    confirm it was accurate, correct?

15  11:08:18        A    I believe I sent it to him to ask him if

16  11:08:22    he has come across any such business.

17  11:08:26        Q    He answered your questions, correct?

18  11:08:30        A    He did tell me he's never heard of such

19  11:08:33    business.  He answered my question.

20  11:08:36        Q    Were you not satisfied with the answer you

21  11:08:38    got from your accountant and is that the reason why

22  11:08:40    you also sent it to Roman?

23  11:08:43            MR. WARNER:  Objection to form.

24  11:08:43        A    No.

25  11:08:49        Q    Why?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

288

                              S. Abdulrahim Gelardi

1

2    11:08:52      A    Why not?

3    11:08:54      Q    Why is your answer no?

4    11:08:56           MR. WARNER:  Objection to form.

5    11:09:00      Q    Why did you send it to Roman?

6    11:09:03      A    I don't recall.

7    11:09:10      Q    Is there anything that would refresh your

8    11:09:12   recollection?

9    11:09:15      A    This is six years ago.  I don't remember

10   11:09:18   what I was thinking six years ago of why I sent him

11   11:09:22   an email.

12   11:09:23      Q    You did just testify that you said you

13   11:09:25   sent it to Roman to see if he ever heard about the

14   11:09:29   business, correct?

15   11:09:30      A    I testified that I could have sent

16   11:09:32   material to Roman, yes.

17   11:09:34      Q    Now you don't recall why?

18   11:09:36           MR. WARNER:  Objection to form.

19   11:09:42      Q    Correct?

20   11:09:42      A    What is it that I don't recall?

21   11:09:44      Q    Why you sent the confidential information.

22   11:09:48      A    Exactly why, I don't recall.

23   11:09:50           MR. KATAEV:  Let's go to 31.

24   11:09:54   BY MR. KATAEV:

25   11:09:54      Q    I will represent to you this is a July 10,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

289

1          S. Abdulrahim Gelardi

2   11:10:00   2017 email from you to a Dr. Henri at MSN.com, Henri

3   11:10:09   with an I, forwarding Adam Rosenblatt's June 28,

4   11:10:13   2017 email concerning the sliding scale of salary

5   11:10:21   and equity that we previously discussed.

6   11:10:23          First, do you recognize this email?

7   11:10:25      A    Yes.

8   11:10:25      Q    Second, do you recall that we previously

9   11:10:26   looked at an exhibit with this original email from

10  11:10:30   Adam from June 28th?

11  11:10:32      A    Yes.

12  11:10:35      Q    Why did you forward this email to

13  11:10:37   Dr. Henri at MSN.com?

14  11:10:43      A    Adam was looking for a partner.  Adam

15  11:10:46   asked me to talk to Dr. Henri for him.

16  11:10:48      Q    Who is Dr. Henri?

17  11:10:50      A    I have no idea.  Dr. Henri is a

18  11:10:59   chiropractor that Adam told me about that was trying

19  11:11:04   to start the IME business with Daniella supposedly.

20  11:11:04   I don't recall.  I don't remember.

21  11:11:06      Q    Did you ever speak with this individual by

22  11:11:08   phone?

23  11:11:10      A    No, I don't think so.

24  11:11:11      Q    Did you ever send text messages to this

25  11:11:13   individual?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

290

1                          S. Abdulrahim Gelardi

2    11:11:14        A    I don't believe so.

3    11:11:15        Q    Did you ever meet with this individual?

4    11:11:17        A    I don't remember.  I don't think so.

5    11:11:18        Q    Do you know Dr. Henri's full name?

6    11:11:21        A    I do not.

7    11:11:23        Q    If Adam is the person who told you about

8    11:11:27   Dr. Henri, why is it that you sent this email to

9    11:11:31   Dr. Henri?

10   11:11:32        A    Because he asked me to.

11   11:11:35        Q    Adam asked you to?

12   11:11:37        A    Yes.

13   11:11:37        Q    Why did Adam ask you to?

14   11:11:40        A    Because Dr. Henri didn't want to talk to

15   11:11:42   him anymore so he wanted to start the business with

16   11:11:45   somebody.  I did not want to work with Adam.

17   11:12:02        Q    By this point in time, what happened in

18   11:12:18   between June 28th and July 10th that led to you

19   11:12:22   sending this email?

20   11:12:24        A    I don't recall.

21   11:12:27        Q    Between April of 2017 until June 28th, are

22   11:12:31   you denying that you considered going into business

23   11:12:36   with Adam?

24   11:12:38            MR. WARNER:  Objection to form.

25   11:12:44        A    Am I denying that I considered to go into

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

291

1                         S. Abdulrahim Gelardi

2    11:12:48    business with Adam?

3    11:12:50         Q    Correct.

4    11:12:51         A    I considered it.

5    11:12:53         Q    Did there come a time when you no longer

6    11:12:55    considered it?

7    11:12:55         A    Yes.

8    11:12:56         Q    When was that?

9    11:12:57         A    When we met with him at the restaurant.

10   11:13:00         Q    That was at some point approximately two

11   11:13:03    months after the April 28th email, correct?

12   11:13:07         A    I don't remember exactly when.  It was

13   11:13:09    after the emails.

14   11:13:12         Q    By that point in time when you decided you

15   11:13:14    no longer wanted to work with Adam, you already

16   11:13:17    received everything you would need to open the

17   11:13:19    business yourself, correct?

18   11:13:21              MR. WARNER:  Objection to form.

19   11:13:22         A    I'm not sure.

20   11:13:25         Q    Why are you not sure?

21   11:13:27         A    Because I wouldn't have known.  There is

22   11:13:31    no way to know that you have everything to open a

23   11:13:34    business.  I still hadn't researched the business.

24   11:13:40         Q    Did you eventually form an understanding

25   11:13:43    that you could form a competing business with the

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

292

1                          S. Abdulrahim Gelardi

2   11:13:47     information you received from Adam?

3   11:13:49              MR. WARNER:  Objection to form.

4   11:13:52        A    It's possible.

5   11:13:55        Q    Is it yes or no?

6   11:13:57              MR. WARNER:  Objection to form.

7   11:13:59        Q    You can answer.

8   11:14:01        A    Now I can't remember the question.  I'm

9   11:14:03     sorry.

10  11:14:03     (Whereupon, the referred to question was read back

11  11:14:03                  by the reporter.)

12  11:14:26        A    I'm not sure.  It's possible.

13  11:14:36        Q    During the time -- withdrawn.

14  11:14:39              At the time that you had sent emails

15  11:14:42     to Roman in order to reach Greg, did you already

16  11:14:46     make the decision that you would not be working with

17  11:14:50     Adam?

18  11:14:50              MR. WARNER:  Objection to form.

19  11:14:51        A    It's possible.

20  11:14:53        Q    Do you know one way or the other

21  11:14:55     definitively?

22  11:14:58        A    Definitively, no, I don't.  It's possible.

23  11:15:12        Q    If you did -- withdrawn.

24  11:15:17              At the time that you were considering

25  11:15:18     going into business with Adam would you have reached

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

293

1                          S. Abdulrahim Gelardi

2   11:15:21   out to Roman either way?

3   11:15:24          MR. WARNER:  Objection to form.

4   11:15:26      A    I don't know.

5   11:15:29      Q    But you didn't reach out to Roman during

6   11:15:32   the time you were considering going into business

7   11:15:35   with Adam, correct?

8   11:15:36          MR. WARNER:  Objection to form.

9   11:15:37      A    I don't know.

10  11:15:40          MR. KATAEV:  Let's mark this 32.

11  11:15:46   (Plaintiff's Exhibit 32, Marked for Identification.)

12  11:15:56              (Witness perusing document.)

13  11:15:56   BY MR. KATAEV:

14  11:15:59      Q    One question on the -- before we get into

15  11:16:01   this exhibit.

16  11:16:05              Why did you decide not to go into

17  11:16:07   business with Adam?

18  11:16:17      A    My husband made the decision not to go

19  11:16:20   into business with Adam.

20  11:16:22      Q    What is your understanding of why your

21  11:16:24   husband made that decision?

22  11:16:27      A    My husband, from my understanding, thought

23  11:16:31   the whole meeting was a joke and there was nothing

24  11:16:36   serious about it and nothing was spoken.

25  11:17:06      Q    At the Show Cause Hearing on April 4,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

294

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 11:17:09  2022, isn't it true that you testified that you |
| 3 | 11:17:13  decided not to go into business with Adam because |
| 4 | 11:17:15  you formed the opinion that he was untrustworthy, |
| 5 | 11:17:16  unethical, and really ruthless in wanting to take |
| 6 | 11:17:21  his own boss down? |
| 7 | 11:17:26           MR. WARNER:  Objection to form.  The |
| 8 | 11:17:26           testimony speaks for itself. |
| 9 | 11:17:27  BY MR. KATAEV: |
| 10 | 11:17:29           Q    You can answer. |
| 11 | 11:17:30           A    I did.  That is my opinion of Adam. |
| 12 | 11:17:34           Q    So -- |
| 13 | 11:17:34           MR. WARNER:  Listen to his question. |
| 14 | 11:17:36           A    What was your question? |
| 15 | 11:17:39           Q    Was this your testimony? |
| 16 | 11:17:39           A    This was my testimony. |
| 17 | 11:17:42           MR. KATAEV:  Let the record reflect that |
| 18 | 11:17:44           we have placed up on the screen the Show Cause |
| 19 | 11:17:46           Hearing transcript of page 85 lines 14 through |
| 20 | 11:17:52           21. |
| 21 | 11:17:52           You just testified today that the reason |
| 22 | 11:17:57           why you didn't go into business with Adam was |
| 23 | 11:18:00           because it was Vito's decision because he |
| 24 | 11:18:03           wasn't serious, but you testified at your Show |
| 25 | 11:18:08           Cause Hearing that you formed the decision |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

295

|    |          | S. Abdulrahim Gelardi |
|----|----------|----------------------|
| 1  |          |                      |
| 2  | 11:18:09 | because you thought he was untrustworthy.  Were |
| 3  | 11:18:11 | you telling the truth now or were you telling |
| 4  | 11:18:11 | the truth at the Show Cause Hearing? |
| 5  | 11:18:15 | MR. WARNER:  Objection to form. |
| 6  | 11:18:16 | Q    You can answer. |
| 7  | 11:18:16 | A    I'm telling the truth both times.  Vito |
| 8  | 11:18:18 | made the final decision. |
| 9  | 11:18:25 | Q    Ultimately, when you decided not to go |
| 10 | 11:18:28 | into business with Adam, you already had everything |
| 11 | 11:18:30 | you needed to form the business, correct? |
| 12 | 11:18:32 | MR. WARNER:  Objection to form. |
| 13 | 11:18:33 | A    I don't know. |
| 14 | 11:18:35 | MR. KATAEV:  Let's go to 32. |
| 15 | 11:18:37 | BY MR. KATAEV: |
| 16 | 11:18:40 | Q    I have handed to you Plaintiff's |
| 17 | 11:18:43 | Exhibit 32, Ms. Gelardi.  This is what I will |
| 18 | 11:18:43 | represent to you is a July 18, 2017 email from you |
| 19 | 11:18:55 | to rpollak002@gmail.com.  The email contains no |
| 20 | 11:19:03 | subject and no message and one attachment. |
| 21 | 11:19:07 | Do you recognize this email? |
| 22 | 11:19:09 | A    Yes. |
| 23 | 11:19:10 | Q    Referring to the attachment, this is an |
| 24 | 11:19:12 | IME Watchdog invoice, correct? |
| 25 | 11:19:16 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

296

1                          S. Abdulrahim Gelardi

2   11:19:17        Q    You sent this email to Roman Pollak in

3   11:19:20   July of '17, correct?

4   11:19:22        A    Yes.

5   11:19:25        Q    Why did you send Roman Pollak this

6   11:19:27   attachment?

7   11:19:35        A    Um, I can tell you -- why did I send this

8   11:19:40   email to Roman Pollak?

9   11:19:41        Q    Correct, this attachment.

10  11:19:43        A    This attachment, because Greg and him had

11  11:19:47   the same last name.

12  11:19:48        Q    Repeat your answer, please.

13  11:19:51        A    Because it was the same last name as

14  11:19:54   Gregory Elefterakis.

15  11:19:56        Q    Why did you not put anything in the

16  11:19:59   subject line or the message when you sent the email?

17  11:20:04        A    I don't recall.

18  11:20:04        Q    After you sent this email, did you call

19  11:20:10   Roman Pollak?

20  11:20:11        A    It's possible.

21  11:20:15        Q    By the time you sent this email, you had

22  11:20:18   already decided to cut Adam out, correct?

23  11:20:22             MR. WARNER:  Objection to form.

24  11:20:23        Q    You can answer.

25  11:20:24        A    It's possible.  No, it's possible.  I

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

297

1                     S. Abdulrahim Gelardi

2  11:20:28    don't know.

3  11:20:36         Q    I asked you before whether by the time you

4  11:20:40    decided not to work with Adam, you already had

5  11:20:42    everything you needed to form the business and you

6  11:20:47    didn't give me a straight answer one way or the

7  11:20:51    other.

8  11:20:51              MR. WARNER:  Objection to form.

9  11:20:52         Q    Assuming the answer is no that you didn't

10 11:20:54    have everything you need to form the business, what

11 11:20:58    else would you need?

12 11:21:02              MR. WARNER:  Objection to form.

13 11:21:06         A    I don't know what your question is,

14 11:21:08    Mr. Kataev.

15 11:21:10         Q    I asked you whether by the time you

16 11:21:11    decided not to work with Adam, whether based on

17 11:21:15    everything you received from Adam, you had

18 11:21:17    everything you needed to form a competing business,

19 11:21:20    correct?

20 11:21:23              MR. WARNER:  Objection to form.

21 11:21:24         Q    Did I ask you that?

22 11:21:26         A    Yes.

23 11:21:26         Q    Your answer was not yes and not no, it was

24 11:21:33    something in between.  I'm not sure or I don't

25 11:21:34    recall or I don't know, right?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

298

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 11:21:36 | My question is:  If the answer is no, |
| 3 | 11:21:38 | you didn't have everything from Adam, what else |
| 4 | 11:21:41 | would you need? |
| 5 | 11:21:44 | A    Mr. Kataev, nothing Adam sent me made any |
| 6 | 11:21:48 | difference to me starting this business. |
| 7 | 11:21:56 | Q    Adam sent you the IME reports, correct? |
| 8 | 11:21:59 | A    Correct. |
| 9 | 11:22:00 | Q    Adam sent you invoices,correct? |
| 10 | 11:22:02 | A    Correct. |
| 11 | 11:22:02 | Q    He sent you marketing content as well, |
| 12 | 11:22:04 | correct? |
| 13 | 11:22:06 | A    I don't think so.  I don't recall any |
| 14 | 11:22:07 | marketing content. |
| 15 | 11:22:09 | Q    Adam sent you the customer list, correct? |
| 16 | 11:22:12 | A    Yes. |
| 17 | 11:22:12 | Q    He also sent you a master list with the |
| 18 | 11:22:15 | contact information of each person to contact for |
| 19 | 11:22:19 | each customer, correct? |
| 20 | 11:22:23 | A    I saw that list after the case, this case |
| 21 | 11:22:27 | appeared. |
| 22 | 11:22:30 | Q    What else, if anything, would you have |
| 23 | 11:22:32 | needed to form a competing business given what Adam |
| 24 | 11:22:36 | sent you? |
| 25 | 11:22:41 | A    I didn't use any of the materials Adam |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

299

1                          S. Abdulrahim Gelardi

2   11:22:43    sent me.  He sent it, I read it eventually and not

3   11:22:51    all of it.

4   11:22:52        Q    What, if anything, did you do to start the

5   11:22:55    business that was separate from what Adam sent?

6   11:23:03        A    What, if anything, did we do -- repeat

7   11:23:05    that, please.

8   11:23:07        Q    To start the business that was separate

9   11:23:11    from what Adam sent?

10  11:23:14        A    It doesn't take much to start this

11  11:23:16    business, Mr. Kataev.

12  11:23:17        Q    What did you do since it's not much?  Tell

13  11:23:21    us what it is that you did do.

14  11:23:23        A    What I did to start the business?

15  11:23:26        Q    Yes.  Separate from what Adam sent you.

16  11:23:28        A    We actually turned it into something

17  11:23:35    completely different.  IME Companions is not just a

18  11:23:40    legal advocate business.

19  11:23:42        Q    What did you do to start the business that

20  11:23:44    was separate from what Adam sent you?

21  11:23:47        A    We met with attorneys, we started this

22  11:23:51    business on the basis of a legal advocate business,

23  11:23:54    it was simple enough, we learned what an IME was, we

24  11:24:00    sent people out, took notes, sent reports, that's

25  11:24:03    how simple the business is.  Everything you need to

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

300

1                          S. Abdulrahim Gelardi

2    11:24:06      know about an IME business is online.

3    11:24:11          Q    This invoice is made out to Elefterakis,

4    11:24:13      Elefterakis & Panek, correct?

5    11:24:15          A    Correct.

6    11:24:16          Q    The only reason you reached out to Gregory

7    11:24:18      Elefterakis is because you saw his name on this

8    11:24:21      invoice, correct?

9    11:24:22          A    Yes.

10   11:24:22          Q    You would not have known that Gregory

11   11:24:24      Elefterakis and/or his relatives were somehow

12   11:24:29      involved with IME Watchdog without this invoice,

13   11:24:33      correct?

14   11:24:34              MR. WARNER:  Objection to form.

15   11:24:35          A    I would say, yes.

16   11:24:42          Q    Adam also sent you training materials for

17   11:24:45      Companions or Watchdogs, correct?

18   11:24:49          A    I don't recall seeing training materials.

19   11:24:52          Q    It's fair to say, isn't it, that every

20   11:24:55      first customer that you obtained at Companions was

21   11:24:58      already a customer of IME Watchdog, correct?

22   11:25:01          A    Repeat that, please.

23   11:25:07      (Whereupon, the referred to question was read back

24   11:25:07                  by the reporter.)

25   11:25:35              MR. WARNER:  Objection to form.  You can

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

301

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |
| 1 | | |
| 2 | 11:25:35 | answer. |
| 3 | 11:25:39 | A    Every first customer was already a |
| 4 | 11:25:41 | Watchdog customer, first customer... |
| 5 | 11:25:44 | Q    Your first ten customers. |
| 6 | 11:25:47 | A    That's fair to say, I guess. |
| 7 | 11:25:49 | Q    How did you learn what an IME was? |
| 8 | 11:25:58 | A    Mr. Kataev, IMEs, everything you need to |
| 9 | 11:26:00 | know about an IME is online. |
| 10 | 11:26:07 | Q    Is that how you learned what an IME was? |
| 11 | 11:26:10 | A    Yes. |
| 12 | 11:26:12 | Q    You didn't learn what an IME was |
| 13 | 11:26:15 | originally from Adam? |
| 14 | 11:26:17 | A    Not exactly. |
| 15 | 11:26:19 | Q    Did Adam explain to you what an IME was? |
| 16 | 11:26:25 | A    I don't think so.  I don't remember, but I |
| 17 | 11:26:26 | don't remember learning what an IME was from Adam. |
| 18 | 11:26:34 | Q    Yesterday I asked you a series of |
| 19 | 11:26:35 | questions about various tests performed on IMEs.  Do |
| 20 | 11:26:39 | you recall that? |
| 21 | 11:26:39 | A    Yes. |
| 22 | 11:26:40 | Q    You did not know the answers about |
| 23 | 11:26:42 | virtually every one of those tests, correct? |
| 24 | 11:26:46 | MR. WARNER:  Objection to form. |
| 25 | 11:26:47 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

302

1                        S. Abdulrahim Gelardi

2   11:26:54      Q    With respect to training materials that

3   11:26:57   you sent to your employees, independent contractors

4   11:27:02   and agents, those training materials came from what

5   11:27:08   Adam sent you, correct?

6   11:27:10      A    No.

7   11:27:11      Q    Where did you get the training materials

8   11:27:12   to send to your -- what I will refer to as

9   11:27:16   Companions?

10  11:27:18      A    We only sent, starting maybe 2020, an

11  11:27:24   email of instructions of how to advocate which

12  11:27:27   Carlos made.

13  11:27:34      Q    Isn't it true that the majority of your

14  11:27:36   customers were IME Watchdog customers?

15  11:27:41      A    It's possible.

16  11:27:48      Q    Are you aware that 90 percent of IME

17  11:27:53   Companions' income comes from customers that were

18  11:27:57   previous from IME Watchdog?

19  11:27:59           MR. WARNER:  Objection to form.

20  11:28:00      A    Possible.

21  11:28:09      Q    That's not a coincidence, correct?

22  11:28:14           MR. WARNER:  Objection to form.

23  11:28:15      Q    You can answer.

24  11:28:16           MR. WARNER:  You can answer.

25  11:28:17      A    I don't know what you mean by, That's not

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

303

1                           S. Abdulrahim Gelardi

2    11:28:19      a coincidence.

3    11:28:20          Q    The reason IME Companions' customers were

4    11:28:23      all formally IME Watchdog customers is because you

5    11:28:26      had the list, correct?

6    11:28:28          A    Wrong.

7    11:28:29          Q    The reason why you had -- withdrawn.

8    11:28:32              The reason why IME Companions'

9    11:28:34      customers were all formally Watchdog customers is

10   11:28:39      because you paid Adam for that information, correct?

11   11:28:42          A    Wrong.

12   11:28:53          Q    When you formed the website for IME

13   11:28:56      Companions, did you use all of the content from IME

14   11:29:02      Watchdog?

15   11:29:02          A    No, we did not.

16   11:29:04          Q    When you formed the website for IME

17   11:29:07      Companions, did you use most of the content from IME

18   11:29:10      Watchdog's website?

19   11:29:12          A    No.

20   11:29:13          Q    When you formed the website for IME

21   11:29:16      Companions, did you use any of the materials from

22   11:29:19      IME Watchdog's website?

23   11:29:21          A    No.

24   11:29:29              MR. KATAEV:  Let's mark this 33.

25   11:29:34      (Plaintiff's Exhibit 33, Marked for Identification.)

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

304

|  |  |  |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 11:29:48 | (Witness perusing document.) |
| 3 | 11:29:48 | BY MR. KATAEV: |
| 4 | 11:29:49 | Q    Ms. Gelardi, I have handed to you what has |
| 5 | 11:29:54 | been marked as Plaintiff's 33.  I will represent to |
| 6 | 11:29:55 | you that it's an August 19, 2017 email from you to |
| 7 | 11:29:59 | an individual named Carl F. Schuff, S-c-h-u-f-f, |
| 8 | 11:30:05 | with a copy to your husband, Vito, and Roman Pollak. |
| 9 | 11:30:09 | Do you recognize this email? |
| 10 | 11:30:11 | A    I see it. |
| 11 | 11:30:12 | Q    Who is Carl Schuff? |
| 12 | 11:30:17 | A    I have no idea, but I'm going to speculate |
| 13 | 11:30:20 | that I believe he would have been maybe a contact to |
| 14 | 11:30:25 | build a website. |
| 15 | 11:30:27 | Q    You're speculating that it could be a |
| 16 | 11:30:30 | contact for a website because it says here that your |
| 17 | 11:30:33 | name is Safa Gelardi and you're looking to build a |
| 18 | 11:30:37 | website for a new IME business, correct? |
| 19 | 11:30:40 | A    Correct. |
| 20 | 11:30:41 | Q    You stated in here you need a website for |
| 21 | 11:30:44 | IME professionals with a significant amount of |
| 22 | 11:30:46 | content to be taken from IME Watchdog, correct? |
| 23 | 11:30:50 | MR. WARNER:  Objection to form. |
| 24 | 11:30:52 | A    That's what it says. |
| 25 | 11:30:54 | Q    So it's true then that the content for IME |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

305

```
                              S. Abdulrahim Gelardi

 1

 2   11:31:00    Companions' website was taken from IME Watchdog,

 3   11:31:02    correct?

 4   11:31:03         A    No.

 5   11:31:05         Q    Your earlier testimony is that none of the

 6   11:31:06    content from IME Watchdog went into Companions'

 7   11:31:11    website was untrue, correct?

 8   11:31:14         A    That is not untrue, no.

 9   11:31:32         Q    You wrote this email and sent it correct?

10   11:31:35         A    I did not write this email.

11   11:31:37         Q    Who wrote this email?

12   11:31:39         A    This is a copy and paste from Adam's

13   11:31:41    email, an old email that Adam sent me of what he

14   11:31:47    wanted a website to look like.

15   11:31:50         Q    By this point in time you were no longer

16   11:31:53    interested in working with Adam, correct?

17   11:31:54         A    Yes.

18   11:31:55         Q    You decided to simply copy what Adam sent

19   11:31:57    you and send it to a different website person to

20   11:32:01    achieve the same result, correct?

21   11:32:04         A    The purpose of this email or any email

22   11:32:10    that pertains to this material -- let me answer --

23   11:32:13    repeat the question, please.

24   11:32:15         MR. KATAEV:  Read it back, please.  I

25   11:32:15    would like a yes or no to the question.
```

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

306

1                    S. Abdulrahim Gelardi

2   11:32:16    (Whereupon, the referred to question was read back

3   11:32:16              by the reporter.)

4   11:32:40          MR. WARNER:  Objection to form.  You can

5   11:32:40       answer.

6   11:32:43       A    I decided to copy this information to

7   11:32:46    build a website; is that your question?

8   11:32:50          MR. KATAEV:  Let's read it back again.

9   11:32:51    (Whereupon, the referred to question was read back

10  11:32:51              by the reporter.)

11  11:32:51    BY MR. KATAEV:

12  11:33:06       Q    By same result, I mean the result that

13  11:33:10    Adam sought in his original email?

14  11:33:14       A    I did not want the same result.

15  11:33:17       Q    Why didn't you change this email?

16  11:33:22       A    When it's -- I just felt like it's a brand

17  11:33:25    new business, the only way you can actually

18  11:33:30    understand it is to look at another business similar

19  11:33:33    to it.

20  11:33:35       Q    The information that you used to look at a

21  11:33:38    similar business was not something that was publicly

22  11:33:42    available, correct?

23  11:33:43       A    It was publicly available.

24  11:33:44       Q    The contents of this email were not

25  11:33:47    publicly available, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

307

1                          S. Abdulrahim Gelardi

2    11:33:48            MR. WARNER:  Objection to form.

3    11:33:49       A    I don't understand what you mean by the

4    11:33:51    contents of this email.

5    11:33:53       Q    Adam's email was not publicly available on

6    11:33:57    IME Watchdog's website, correct?

7    11:33:59       A    That's correct.

8    11:34:01       Q    You got this information from Adam, who

9    11:34:03    was an employee of IME Watchdog, correct?

10   11:34:07            MR. WARNER:  Objection to form.

11   11:34:08       A    Adam sent this email to me some time

12   11:34:11    before.

13   11:34:11       Q    You sent this email that we are looking at

14   11:34:14    now, correct?

15   11:34:15       A    Correct.

16   11:34:18       Q    Your testimony that you didn't use

17   11:34:20    anything from the IME Watchdog website, the content

18   11:34:23    on it is not true, correct?

19   11:34:26       A    Correct.

20   11:34:31            MR. KATAEV:  Let's mark this as 34 for

21   11:34:34            now.

22   11:34:34    (Plaintiff's Exhibit 34, Marked for Identification.)

23   11:34:55            (Witness perusing document.)

24   11:34:55    BY MR. KATAEV:

25   11:35:04       Q    I have placed in front of you what has

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

308

|  |  |  |
|---|---|---|
| | | S. Abdulrahim Gelardi |

1                    S. Abdulrahim Gelardi

2   11:35:07    been marked as Plaintiff's 34.  This is a

3   11:35:10    September 20, 2017 email from you to Yaniv at

4   11:35:14    Lumina.  The subject says, Forward, FWD: Website

5   11:35:21    concept, and the body of this email contains a copy

6   11:35:24    and paste of the prior email that we just looked at,

7   11:35:27    correct?

8   11:35:28          A    Yes.

9   11:35:28          Q    You sent this email, correct?

10  11:35:31          A    Yes.

11  11:35:32          Q    Why is it that almost exactly a month

12  11:35:39    after you emailed Carl, you send this email to Yaniv

13  11:35:43    at Lumina?

14  11:35:49          A    At this point we were probably

15  11:35:52    contemplating opening up our own IME business.

16  11:35:56          Q    Why did you not continue working with Carl

17  11:35:59    and went back to Yaniv?

18  11:36:01          A    It could have been a variety of reasons.

19  11:36:04    I don't know.

20  11:36:06          Q    At this point in time, just like with the

21  11:36:09    last email, you had already decided not to work with

22  11:36:13    Adam, correct?

23  11:36:13          A    Yes.

24  11:36:30                MR. KATAEV:  Lets' do 35.

25  11:36:32    (Plaintiff's Exhibit 35, Marked for Identification.)

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

309

1                              S. Abdulrahim Gelardi

2     11:36:32     BY MR. KATAEV:

3     11:38:21          Q    I have placed in front of you what has

4     11:38:25     been marked as Plaintiff's Exhibit 35.  This is what

5     11:38:28     I will represent to you is a September 29, 2017

6     11:38:30     email from you to Roman.

7     11:38:36               Do you recognize this email?

8     11:38:38          A    Yes.

9     11:38:39          Q    You sent this email, correct?

10    11:38:41          A    Yes.

11    11:38:43          Q    In this email, you attach three files

12    11:38:47     named, P&L 2014, P&L 2015, and P&L 2016, correct?

13    11:38:54          A    Yes.

14    11:38:55          Q    You write in the body of the email, See

15    11:38:59     attached.  Coming to see you, correct?

16    11:39:01          A    Yes.

17    11:39:04          Q    If you go to the next page, the

18    11:39:06     attachments are the same ones we've previously

19    11:39:09     looked at, the profit and loss statements for IME

20    11:39:12     Watchdog for 2014, '15 and '16, correct?

21    11:39:16          A    Correct.

22    11:39:22          Q    Why did you send this email to Roman

23    11:39:26     Pollak in September of 2017?

24    11:39:41          A    To discuss whether or not we would be able

25    11:39:46     to discuss starting the IME business.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

310

                                    S. Abdulrahim Gelardi

1

2   11:39:49       Q    Did you not previously send Roman Pollak

3   11:39:52   these P&Ls?

4   11:39:54       A    It's possible.  I'm not sure.  I might

5   11:39:56   have.

6   11:39:57       Q    Why would you send him the P&Ls twice?

7   11:40:00       A    I don't know.

8   11:40:05       Q    At your Show Cause Hearing we asked you --

9   11:40:08   withdrawn.

10  11:40:11            At the Show Cause Hearing I asked you

11  11:40:13   what information you presented to Elefterakis prior

12  11:40:17   to forming a business with him; do you recall that

13  11:40:20   testimony?

14  11:40:20       A    Uh-huh.

15  11:40:21       Q    Yes?

16  11:40:22       A    Yes.

17  11:40:22       Q    Your answer was that you presented him

18  11:40:24   with two invoices, correct?

19  11:40:27       A    Yes.

20  11:40:27       Q    You didn't provide any other information,

21  11:40:30   correct?

22  11:40:31       A    Yes.

23  11:40:32       Q    So at the Show Cause Hearing, you were not

24  11:40:34   telling the truth when you answered this question,

25  11:40:36   correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

311

1                          S. Abdulrahim Gelardi

2    11:40:37        A    Wrong.  I presented Mr. Elefterakis with

3    11:40:40   two invoices.

4    11:40:42        Q    You testified earlier that the only reason

5    11:40:44   you went to Roman was to reach Elefterakis, correct?

6    11:40:47        A    Correct.

7    11:40:49        Q    When you sent Roman information and spoke

8    11:40:51   to him, it was not to get a consensus or a decision

9    11:40:53   from Roman, correct?

10   11:40:58        A    To get a decision from Roman?

11   11:41:00        Q    Correct, on whatever it is that you wanted

12   11:41:04   to get an answer for.

13   11:41:08        A    Roman wasn't a decision-maker.

14   11:41:10        Q    That's right.  You only reached out to

15   11:41:12   Roman to reach Greg, correct?

16   11:41:14        A    Correct.

17   11:41:15        Q    Regardless of whether you sent it directly

18   11:41:18   to Greg or to Roman, your purpose was always to

19   11:41:22   reach Greg, correct?

20   11:41:23             MR. WARNER:  Objection to form.

21   11:41:26        A    I wanted to talk to Greg.

22   11:41:29        Q    When you sent this email to Roman, it was

23   11:41:33   designed to get the attention of Greg, correct?

24   11:41:37        A    Not necessarily, no.

25   11:41:39        Q    When you sent this email to Roman, it was

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

312

```
                                  S. Abdulrahim Gelardi
1
2   11:41:42      understood that Roman would present it to Greg,
3   11:41:44      correct?
4   11:41:45           A     Not necessarily, no.
5   11:41:47           Q     Why?
6   11:41:48           MR. WARNER:  Objection to form.
7   11:41:52           Q     Why is your answer, not necessarily?
8   11:41:56           A     Roman is a smart guy.  We can discuss
9   11:41:58      business, talk about stuff.
10  11:42:02           Q     Is that what you intended to do when you
11  11:42:05      sent it to him?
12  11:42:06           A     No.  I just wanted to see if anyone has
13  11:42:08      come across this kind of business.
14  11:42:11           Q     Isn't that the reason why you originally
15  11:42:12      sent him these P&Ls?
16  11:42:14           A     It could have been just a duplicate.
17  11:42:16           Q     This email from September of '17 is a
18  11:42:19      duplicate of the prior email from several months
19  11:42:22      ago?
20  11:42:23           A     It could have been.
21  11:42:24           Q     Well, is it?
22  11:42:26           A     If it's the same email, isn't it a
23  11:42:27      duplicate?
24  11:42:31           Q     This is not the same email.  In the prior
25  11:42:32      email you didn't say you were coming over to see
```

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

313

|  |  |  |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 11:42:32 | him, correct? |
| 3 | 11:42:36 | A    I guess not. |
| 4 | 11:42:37 | Q    In this email, you're saying you are |
| 5 | 11:42:38 | coming to see him, correct? |
| 6 | 11:42:41 | A    Yes. |
| 7 | 11:42:41 | Q    When you sent this email, did you go and |
| 8 | 11:42:44 | see Roman? |
| 9 | 11:42:48 | A    Possibly. |
| 10 | 11:42:49 | Q    You don't recall? |
| 11 | 11:42:50 | A    No, I don't recall. |
| 12 | 11:42:54 | Q    For your cellphone you use an iPhone, |
| 13 | 11:42:56 | correct? |
| 14 | 11:42:57 | A    Yes. |
| 15 | 11:42:59 | Q    Do you ever use the application called |
| 16 | 11:43:02 | Google Maps? |
| 17 | 11:43:04 | A    Not for local areas, no. |
| 18 | 11:43:08 | Q    From time to time when you're going |
| 19 | 11:43:10 | somewhere, have you come to use the application |
| 20 | 11:43:13 | Google Maps? |
| 21 | 11:43:14 | A    Yes. |
| 22 | 11:43:15 | Q    Google Maps is an application installed on |
| 23 | 11:43:17 | your phone, correct? |
| 24 | 11:43:19 | A    Yes. |
| 25 | 11:43:20 | Q    Are you familiar with the timeline feature |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

314

1                       S. Abdulrahim Gelardi

2   11:43:22    on Google Maps?

3   11:43:23         A    No.

4   11:43:24         Q    Are you aware that Google Maps oftentimes

5   11:43:26    automatically tracks your location history?

6   11:43:30         A    I'm sure.

7   11:43:31         Q    If you were to look through your phone for

8   11:43:34    the date September 29, 2017, would you be able to

9   11:43:39    determine whether you met with Roman Pollak that

10  11:43:41    day?

11  11:43:42              MR. WARNER:  Objection to form.

12  11:43:43         A    I don't think so.  I'm not very

13  11:43:44    tech-savvy.

14  11:43:45              MR. KATAEV:  We are going to call for the

15  11:43:47              production of all timeline history for

16  11:43:49              September 29, 2017 to ascertain whether a

17  11:43:52              meeting was held with Roman Pollak given your

18  11:43:55              inability to recall.  We will follow up in

19  11:43:58              writing.

20  11:43:59                   (Counsel Request.)

21  11:43:59    BY MR. KATAEV:

22  11:44:00         Q    When you sent this email to Roman, did you

23  11:44:02    have any reason to believe that he would not -- that

24  11:44:05    Roman would not show this information to Greg?

25  11:44:08              MR. WARNER:  Objection to form.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

315

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 11:44:11 | A    I can't answer to what Roman would do. |
| 3  | 11:44:15 | Q    Do you recall meeting with Roman -- |
| 4  | 11:44:22 | withdrawn. |
| 5  | 11:44:23 | Do you recall meeting with Roman by |
| 6  | 11:44:25 | himself or Roman and Greg following this email? |
| 7  | 11:44:32 | A    When I met with Greg, it was Greg, myself |
| 8  | 11:44:36 | and Roman. |
| 9  | 11:44:37 | Q    What about an Anthony Bridda, B-r-i-d-d-a, |
| 10 | 11:44:41 | was he present as well? |
| 11 | 11:44:43 | A    Not at the first meeting, no. |
| 12 | 11:44:51 | Q    With respect to my prior question, my |
| 13 | 11:44:53 | question was:  Do you have any reason to believe |
| 14 | 11:44:57 | that whatever you sent to Roman would not go to |
| 15 | 11:45:01 | Greg? |
| 16 | 11:45:02 | MR. WARNER:  Objection to form. |
| 17 | 11:45:07 | A    I don't think Greg is the type of guy that |
| 18 | 11:45:10 | just entertains anything.  I don't know what Roman |
| 19 | 11:45:13 | would do. |
| 20 | 11:45:16 | MR. KATAEV:  Move to strike as |
| 21 | 11:45:16 | nonresponsive. |
| 22 | 11:45:17 | Q    The question I have is:  When you sent an |
| 23 | 11:45:21 | email to Roman, is it your understanding that it |
| 24 | 11:45:22 | went to Greg; yes or no? |
| 25 | 11:45:25 | A    No. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

316

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 11:45:26 | Q    Why? |
| 3 | 11:45:26 | MR. WARNER:  I'm sorry, why didn't it go |
| 4 | 11:45:29 | or why is that her understanding? |
| 5 | 11:45:33 | MR. KATAEV:  Why isn't that her |
| 6 | 11:45:36 | understanding? |
| 7 | 11:45:38 | A    It just wasn't something that I thought |
| 8 | 11:45:41 | would go to Greg. |
| 9 | 11:45:43 | Q    What was the reason you sent this email to |
| 10 | 11:45:46 | Roman? |
| 11 | 11:45:47 | A    For the same reason I sent it to Jay. |
| 12 | 11:45:56 | Q    We went over this already. |
| 13 | 11:45:59 | MR. WARNER:  Objection to form. |
| 14 | 11:46:00 | MR. KATAEV:  I didn't finish asking the |
| 15 | 11:46:01 | question. |
| 16 | 11:46:02 | MR. WARNER:  Exactly. |
| 17 | 11:46:02 | BY MR. KATAEV: |
| 18 | 11:46:03 | Q    We went over this already.  You testified |
| 19 | 11:46:09 | yesterday that your earlier email to Roman Pollak in |
| 20 | 11:46:13 | or about May of 2017 was sent for the purpose of |
| 21 | 11:46:18 | determining whether it was accurate.  Why would you |
| 22 | 11:46:22 | send this email four months later to determine |
| 23 | 11:46:24 | whether it's accurate? |
| 24 | 11:46:27 | A    Maybe he didn't see it.  I don't know. |
| 25 | 11:46:30 | Q    Is that why you did it? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

317

| | | | |
|---|---|---|---|
| | | | S. Abdulrahim Gelardi |

1                              S. Abdulrahim Gelardi

2   11:46:32         A     It's possible.

3   11:46:33         Q     You don't know?

4   11:46:34         A     No, I don't recall why I sent an email in

5   11:46:36     September of 2017.

6   11:46:38         Q     You don't recall one way or the other?

7   11:46:41         A     Why?  No, I do not.

8   11:47:07             MR. KATAEV:  Let's mark this 36.

9   11:47:15     (Plaintiff's Exhibit 36, Marked for Identification.)

10  11:47:15     BY MR. KATAEV:

11  11:47:35         Q     Ms. Gelardi, I have handed to you what has

12  11:47:37     been marked as Plaintiff's 36, which I will

13  11:47:42     represent to you is a September 25, 2017 email

14  11:47:44     between yourself and Roman Pollak.

15  11:47:46             Do you recognize this email exchange?

16  11:47:48         A     Yes.

17  11:47:49         Q     In this email exchange, the original email

18  11:47:51     is from you on Sunday, September 24, 2017 to Roman

19  11:47:59     asking him for a meeting, correct?

20  11:48:13             MR. WARNER:  What page is that?

21  11:48:14             MR. KATAEV:  Top page.

22  11:48:23         Q     If you look in the middle, Hi Roman.

23  11:48:28             You sent this email to get a meeting

24  11:48:30     with Roman, correct?

25  11:48:31         A     That's not what it says.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

318

1                    S. Abdulrahim Gelardi

2    11:48:34        Q    The emails says from you to him, Hi Roman.

3    11:48:37   I will be in the city on Monday.  I was wondering if

4    11:48:41   I can drop by to see the office, correct?

5    11:48:45        A    Yes.

6    11:48:46        Q    When you say drop by, you mean drop by to

7    11:48:49   see him, correct?

8    11:48:51        A    It says drop by to see the office.

9    11:48:54        Q    Where he works, correct?

10   11:48:55        A    Correct.

11   11:48:56        Q    You sent this email to meet with him,

12   11:48:58   correct?

13   11:48:59        A    I don't think I was going to meet with

14   11:49:02   Roman.  It doesn't say anything about me meeting

15   11:49:04   with Roman.

16   11:49:05        Q    You state in this email that you will be

17   11:49:08   conducting interviews for IME pros Wednesday to

18   11:49:12   Friday, correct?

19   11:49:13        A    Yes.

20   11:49:13        Q    The interviews are for individuals that

21   11:49:16   you wanted to hire or engage to observe IMEs,

22   11:49:19   correct?

23   11:49:21        A    Correct.

24   11:49:22        Q    By this point in time, did you already

25   11:49:25   leave your job with the bank?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

319

|    |          |                                                      |
|----|----------|------------------------------------------------------|
| 1  |          | S. Abdulrahim Gelardi                                |
| 2  | 11:49:27 | A    No.                                             |
| 3  | 11:49:27 | Q    You were still working at the bank,             |
| 4  | 11:49:29 | correct?                                             |
| 5  | 11:49:29 | A    Correct.                                        |
| 6  | 11:49:30 | Q    You asked him --                                |
| 7  | 11:49:32 | A    I believe so.                                   |
| 8  | 11:49:33 | Q    You asked Roman in this email whether you       |
| 9  | 11:49:35 | can use his office to conduct those interviews,      |
| 10 | 11:49:38 | correct?                                             |
| 11 | 11:49:40 | A    Yes.                                            |
| 12 | 11:49:41 | Q    You also wanted to talk to him about the        |
| 13 | 11:49:46 | IME observer business, correct?                      |
| 14 | 11:49:51 | A    You know what, Mr. Kataev, I'm going to          |
| 15 | 11:49:53 | retract my statement.  It doesn't say I will be      |
| 16 | 11:49:56 | using his office.                                    |
| 17 | 11:49:58 | Q    I'm reading here the final sentence.            |
| 18 | 11:50:02 | A    I'm sorry.  Okay, go ahead.                     |
| 19 | 11:50:04 | Q    It does say that you want to use his            |
| 20 | 11:50:06 | office to conduct the interviews, correct?           |
| 21 | 11:50:15 | A    It doesn't say I was going to use his           |
| 22 | 11:50:18 | office to conduct interviews, Mr. Kataev.            |
| 23 | 11:50:20 | Q    Did you conduct interviews for individuals      |
| 24 | 11:50:23 | you wanted to hire or engage for conducting          |
| 25 | 11:50:29 | observations of IMEs at the office of where Roman    |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

320

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 11:50:32  worked? |
| 3 | 11:50:33       A    Yes. |
| 4 | 11:50:40       Q    In response to your email the following |
| 5 | 11:50:42  day, Roman says, Sure, text or call me, correct? |
| 6 | 11:50:47       A    Where do you see that?  Okay, yes. |
| 7 | 11:50:54       Q    Roman said, Text or call me because you |
| 8 | 11:50:59  had his cellphone number already, correct? |
| 9 | 11:51:02       A    Yes. |
| 10 | 11:51:06       Q    He didn't provide his number because -- |
| 11 | 11:51:08  withdrawn. |
| 12 | 11:51:10            You had been routinely texting and |
| 13 | 11:51:13  calling Roman prior to this email, correct? |
| 14 | 11:51:19       A    Wrong.  Routinely, what does that mean? |
| 15 | 11:51:22            MR. KATAEV:  Withdrawn. |
| 16 | 11:51:32       Q    At this meeting with -- withdrawn. |
| 17 | 11:51:35            Before doing the interviews at |
| 18 | 11:51:37  Roman's -- at the office where Roman works, did you |
| 19 | 11:51:40  speak with Roman about the IME business? |
| 20 | 11:51:44       A    No.  Roman was just someone who made an |
| 21 | 11:51:49  introduction to Greg.  We talked about it, but he |
| 22 | 11:51:52  wasn't any key person in the business. |
| 23 | 11:51:57       Q    In this email, you said that you wanted to |
| 24 | 11:51:59  chat with Roman briefly on moving the IME pro |
| 25 | 11:52:03  business forward, correct? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

321

1                    S. Abdulrahim Gelardi

2   11:52:05         A    Yes.

3   11:52:05         Q    Did you not have that discussion with him

4   11:52:07    before giving interviews?

5   11:52:09         A    I might have.

6   11:52:10         Q    What did you say to him and what did he

7   11:52:12    say to you?

8   11:52:13         A    Again, Roman, there was a personal

9   11:52:17    relationship.  It wasn't -- he was not a key

10  11:52:22    decision-maker in any of this.

11  11:52:24         Q    My question is:  Did you chat with him

12  11:52:26    briefly before moving forward in the IME pros

13  11:52:30    business as state in your --

14  11:52:32         A    I chatted with him many times, Mr. Kataev.

15  11:52:35         Q    My question refers to the day that you

16  11:52:37    went to the office to conduct interviews.

17  11:52:40         A    There is no way I can remember whether I

18  11:52:41    chatted with him that day.

19  11:52:42         Q    You don't remember one way or the other,

20  11:52:44    correct?

21  11:52:45         A    Yes.

22  11:52:46         Q    Roman Pollak, like Greg, ultimately became

23  11:52:48    a member of IME Companions, LLC, correct?

24  11:52:52         A    Yes.

25  11:52:53         Q    He was, in fact, a business partner of

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

322

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |
| 1 | | |
| 2 | 11:52:55 | yours, correct? |
| 3 | 11:52:56 | A    Yes. |
| 4 | 11:53:10 | Q    So Roman Pollak was also involved in the |
| 5 | 11:53:14 | business, correct? |
| 6 | 11:53:15 | A    Yes. |
| 7 | 11:53:21 | Q    And just referring between Plaintiff's |
| 8 | 11:53:24 | Exhibit 36 and 35, you sent Roman the profit and |
| 9 | 11:53:31 | loss statements a few days after you met with him, |
| 10 | 11:53:34 | correct? |
| 11 | 11:53:35 | A    A few days after? |
| 12 | 11:53:37 | Q    Correct.  Look at the two emails.  35 is |
| 13 | 11:53:40 | dated Friday, September 29th and -- |
| 14 | 11:53:45 | A    Yes, that's what it shows. |
| 15 | 11:53:48 | Q    My question is:  Does this refresh your |
| 16 | 11:53:50 | recollection as to why you sent the P&L statements a |
| 17 | 11:53:55 | second time? |
| 18 | 11:53:59 | A    It's possible, Mr. Kataev. |
| 19 | 11:54:03 | Q    Do you remember why you sent him the P&L |
| 20 | 11:54:05 | statements again? |
| 21 | 11:54:06 | A    No, I do not. |
| 22 | 11:54:08 | MR. KATAEV:  37. |
| 23 | 11:54:22 | (Plaintiff's Exhibit 37, Marked for Identification.) |
| 24 | 11:54:41 | (Witness perusing document.) |
| 25 | | |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

323

|   |   | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 11:54:41 | BY MR. KATAEV: |
| 3 | 11:54:52 | Q   I have handed you what's been marked as |
| 4 | 11:54:54 | Plaintiff's Exhibit 37, which I will represent to |
| 5 | 11:54:58 | you is an October 3, 2017 email again between you |
| 6 | 11:55:01 | and Roman Pollak.  The subject is, IME Watchdog P&L |
| 7 | 11:55:05 | last three years.  Do you recognize this document, |
| 8 | 11:55:08 | this email? |
| 9 | 11:55:10 | A   Yes. |
| 10 | 11:55:11 | Q   This is an email that Roman sent you in |
| 11 | 11:55:15 | response to your email containing the three years of |
| 12 | 11:55:21 | P&L statements from IME Watchdog, correct? |
| 13 | 11:55:26 | A   I'm sorry, state that again.  This email |
| 14 | 11:55:29 | is what, a response to what? |
| 15 | 11:55:32 | MR. KATAEV:  She will read it back. |
| 16 | 11:55:34 | (Whereupon, the referred to question was read back |
| 17 | 11:55:34 | by the reporter.) |
| 18 | 11:55:49 | A   Yes. |
| 19 | 11:55:53 | Q   It's fair to say that Roman is conducting |
| 20 | 11:55:55 | an analysis of what's contained in the profit and |
| 21 | 11:55:58 | loss statements, correct? |
| 22 | 11:56:02 | A   Looks like he had questions. |
| 23 | 11:56:05 | Q   You agree with me that the profit and loss |
| 24 | 11:56:07 | statements are confidential information, correct? |
| 25 | 11:56:15 | A   Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

324

S. Abdulrahim Gelardi

1

2   11:56:15      Q    It's not something that you would have

3   11:56:17      access to, correct?

4   11:56:18      A    Yes.

5   11:56:18      Q    It's not like the website where you could

6   11:56:20      just go online and anyone could look at it, correct?

7   11:56:21      A    Correct.

8   11:56:26      Q    He sent you this email with this analysis

9   11:56:29      to assess whether he and Greg would be interested in

10  11:56:35      going into business with you on this type of

11  11:56:39      venture, correct?

12  11:56:40           MR. WARNER:  Objection to form.

13  11:56:42      A    I wouldn't know why -- what they're

14  11:56:45      thinking.

15  11:56:48      Q    He says here that you would not have any

16  11:56:56      similar expenses for you utilities; do you see that?

17  11:57:04           MR. WARNER:  Actually it says, we, not

18  11:57:07      you.

19  11:57:09      Q    You two together.

20  11:57:12      A    Where?

21  11:57:12      Q    The third line.

22  11:57:14      A    Utilities.

23  11:57:18      Q    But then again, we won't have any similar

24  11:57:19      expenses.

25  11:57:22      A    Uh-huh.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

325

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 11:57:23 | Q    Why did he say that? |
| 3 | 11:57:25 | A    I don't know. |
| 4 | 11:57:26 | Q    Why would you not have any similar |
| 5 | 11:57:28 | expenses for utilities? |
| 6 | 11:57:30 | A    I have no idea, Mr. Kataev. |
| 7 | 11:57:32 | Q    You -- up until this point, October 3rd, |
| 8 | 11:57:35 | 2017, you had not met with Greg yet personally, |
| 9 | 11:57:39 | correct? |
| 10 | 11:57:41 | A    I don't remember the first time I met with |
| 11 | 11:57:43 | Greg. |
| 12 | 11:57:44 | Q    You did not meet with Greg until after you |
| 13 | 11:57:46 | provided these documents that you received from |
| 14 | 11:57:49 | Adam, correct? |
| 15 | 11:57:53 | A    Yes.  I met with Greg after I received the |
| 16 | 11:57:55 | documents from Adam. |
| 17 | 11:57:59 | Q    You only got the meeting with Greg because |
| 18 | 11:58:01 | you sent these documents to Roman, correct? |
| 19 | 11:58:05 | MR. WARNER:  Objection to form. |
| 20 | 11:58:05 | A    No. |
| 21 | 11:58:07 | Q    Previously you met with Greg to pitch the |
| 22 | 11:58:10 | medical malpractice screening business, correct? |
| 23 | 11:58:15 | A    Yes. |
| 24 | 11:58:15 | Q    He declined to enter into that venture, |
| 25 | 11:58:17 | correct? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

326

|  |  |  |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 11:58:18 | A    Yes. |
| 3 | 11:58:19 | Q    Why did he decline to enter into that |
| 4 | 11:58:23 | venture? |
| 5 | 11:58:24 | A    He wasn't interested. |
| 6 | 11:58:26 | Q    What made him interested about this |
| 7 | 11:58:28 | business? |
| 8 | 11:58:29 | A    I don't know. |
| 9 | 11:58:31 | Q    You got the meeting with Greg after you |
| 10 | 11:58:32 | sent the documents to Roman, correct? |
| 11 | 11:58:40 | A    I don't remember when Roman set up the |
| 12 | 11:58:41 | meeting. |
| 13 | 11:58:47 | Q    In this email, Roman asked you, With |
| 14 | 11:58:53 | respect to the Commission of Labor expense and |
| 15 | 11:58:57 | lawyer expense, what is that; do you see that? |
| 16 | 11:59:00 | A    Yes. |
| 17 | 11:59:01 | Q    Did you provide him answers to those |
| 18 | 11:59:03 | questions? |
| 19 | 11:59:04 | A    No.  I don't know what that is. |
| 20 | 11:59:07 | Q    Whenever you met with Greg or Roman or |
| 21 | 11:59:10 | Anthony, did you send each other an Outlook invite? |
| 22 | 11:59:17 | A    No. |
| 23 | 11:59:17 | Q    You did not have Outlook set up yet, |
| 24 | 11:59:20 | correct? |
| 25 | 11:59:21 | A    We did not send invites.  I'm not sure |

The Little Reporting Company
646.650.5055 | www.littlereporting.com

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

327

1                        S. Abdulrahim Gelardi

2    11:59:24    when we set up Outlook.

3    11:59:26         Q    You currently have Outlook for IME

4    11:59:29    Companions, correct?

5    11:59:30         A    Yes.

6    11:59:38         Q    In the September 29th email here below the

7    11:59:42    one where you say, See attached, coming to see you,

8    11:59:46    you only met with Roman that day, correct, not Greg?

9    11:59:51         A    I don't remember, Mr. Kataev.

10   11:59:53         Q    Do you remember meeting with just Roman on

11   11:59:55    the day you interviewed the potential Companions?

12   11:59:58         A    No, I do not.

13   12:00:00         Q    You don't know one way or the other

14   12:00:02    whether you met with Greg that day, correct?

15   12:00:05         A    Yes.

16   12:00:06         MR. KATAEV:  38.

17   12:00:12    (Plaintiff's Exhibit 38, Marked for Identification.)

18   12:00:34              (Witness perusing document.)

19   12:00:34    BY MR. KATAEV:

20   12:00:44         Q    I have placed in front of you what has

21   12:00:47    been marked as Plaintiff's Exhibit 38.  I will

22   12:00:50    represent to you it's an email dated October 5,

23   12:00:53    2017, between Roman Pollak, yourself, Yaniv at

24   12:00:58    Lumina, as well as others at Lumina, correct?

25   12:01:01         A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

328

|  | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 12:01:03      Q    In this email, Roman is providing answers |
| 3 | 12:01:06      to questions that the website team has, correct? |
| 4 | 12:01:12      A    Yes. |
| 5 | 12:01:13      Q    The website team originally sent an email |
| 6 | 12:01:16      on September 29, 2017, correct? |
| 7 | 12:01:21      A    Yes. |
| 8 | 12:01:21      Q    That email that was sent by Lumina was to |
| 9 | 12:01:25      yourself and Roman, correct? |
| 10 | 12:01:32      A    Yes. |
| 11 | 12:01:36      Q    The first item that's raised, that Roman |
| 12 | 12:01:41      responded to, concerns shared files; do you see |
| 13 | 12:01:45      that? |
| 14 | 12:01:45      A    Yes. |
| 15 | 12:01:47      Q    What is your understanding of what those |
| 16 | 12:01:49      shared files are? |
| 17 | 12:01:51      A    These files are just -- from my |
| 18 | 12:01:54      understanding, it looks like just from Lumina maybe |
| 19 | 12:02:02      pictures or stuff on how to start, you know -- |
| 20 | 12:02:05      shared files.  When I built Med Mal, we had shared |
| 21 | 12:02:12      files from the website, from the web developers on |
| 22 | 12:02:17      what do you think about this picture or that |
| 23 | 12:02:19      picture.  Things like that. |
| 24 | 12:02:21      Q    It's a shared folder for website content, |
| 25 | 12:02:23      correct? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

329

1                        S. Abdulrahim Gelardi

2    12:02:25        A    Yes.

3    12:02:25        Q    In order to facilitate the shared folder,

4    12:02:27    Yaniv at Lumina or someone at Lumina provided what's

5    12:02:33    called a Google Drive folder, correct?

6    12:02:35        A    Yes.

7    12:02:35        Q    That's a folder that's hosted on the cloud

8    12:02:37    for you to upload files to, correct?

9    12:02:40        A    Yes.

10   12:02:41        Q    Similarly, Lumina could upload files to

11   12:02:44    it, correct?

12   12:02:45        A    Uh-huh.

13   12:02:46        Q    Yes?

14   12:02:46        A    Yes.

15   12:02:47            MR. KATAEV:  To the extent that you still

16   12:02:48            have access to the Google Drive folder, we ask

17   12:02:50            that you preserve that information and we are

18   12:02:50            going to call for the production of it and we

19   12:02:50            will follow up in writing.

20   12:02:55                    (Counsel Request.)

21   12:02:55    BY MR. KATAEV:

22   12:02:56        Q    Did you upload any content to the Google

23   12:03:00    Drive folder for Lumina Systems to use?

24   12:03:04        A    I don't recall but I don't think so.

25   12:03:07        Q    Do you recall whether any IME Watchdog

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

330

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 12:03:09    content was uploaded to the Google Drive folder? |
| 3 | 12:03:13         A    No, I don't recall.  I don't believe any |
| 4 | 12:03:17    Watchdog content was uploaded, but I don't recall. |
| 5 | 12:03:27         Q    Where did the content come from for IME |
| 6 | 12:03:30    Companions? |
| 7 | 12:03:32         A    Online. |
| 8 | 12:03:34         Q    Online? |
| 9 | 12:03:35         A    Yes.  Everything from the internet. |
| 10 | 12:03:37         Q    You copied items from the internet? |
| 11 | 12:03:40         A    We researched it and wrote it. |
| 12 | 12:03:43         Q    Where specifically from online did you |
| 13 | 12:03:46    obtain this information? |
| 14 | 12:03:49         A    We used Google, we used IME Watchdog for |
| 15 | 12:03:54    the understanding of the business, for Yaniv to |
| 16 | 12:03:57    understand what it is because it was brand new, |
| 17 | 12:04:00    there was no other at the time -- |
| 18 | 12:04:06         Q    There was no other what? |
| 19 | 12:04:07         A    There was no other service similar at the |
| 20 | 12:04:10    time, so we used it for him to understand what the |
| 21 | 12:04:14    service is. |
| 22 | 12:04:15         Q    At the time that you sought to establish |
| 23 | 12:04:16    IME Companions, was IME Watchdog the only business |
| 24 | 12:04:20    in that realm? |
| 25 | 12:04:21         A    I believe so, but I'm not sure.  There |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

331

                              S. Abdulrahim Gelardi

1

2    12:04:23    would have been others.

3    12:04:25        Q    Going to the second page.

4    12:04:28        A    Yes.

5    12:04:28        Q    At the top it says, Five, company

6    12:04:32    information.  Roman wrote in response to questions

7    12:04:41    about company information, and I quote, As explained

8    12:04:45    in previous email from Safa (and our meeting),

9    12:04:50    90 percent of the content will come from the IME

10   12:04:53    Watchdog website and the brochure provided by Safa.

11   12:04:56              Do you see that?

12   12:04:58        A    Yes.

13   12:04:58        Q    You used virtually all of the content from

14   12:05:03    the IME Watchdog site to form the Companions

15   12:05:08    website, correct?

16   12:05:09        A    No.

17   12:05:13        Q    How much percentage of the IME Watchdog

18   12:05:19    did you use to form the IME Companions website?

19   12:05:22        A    We didn't use the IME Watchdog content.

20   12:05:26    We used IME Watchdog website for the web developer

21   12:05:31    to understand what the service was that was being

22   12:05:34    provided.

23   12:05:35        Q    But this email says from Roman that

24   12:05:37    90 percent of the content will come from the IME

25   12:05:41    Watchdog site, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

332

1                          S. Abdulrahim Gelardi

2    12:05:44        A    This email again was written by Adam

3    12:05:46    originally and forwarded to Yaniv.  This is not --

4    12:05:50    this is a copy and paste of a previous email from

5    12:05:53    Adam and you saw that and you presented it.

6    12:05:59        Q    In this email, Roman states that the team

7    12:06:03    members will consist of you, your husband, Roman and

8    12:06:06    Anthony, correct?

9    12:06:07        A    Yes.

10   12:06:07        Q    How come Greg's name is not listed --

11   12:06:10            MR. WARNER:  It doesn't state that.

12   12:06:24    You're quoting from the 9/29 email from Lumina.

13   12:06:27            MR. KATAEV:  Go to the second page.

14   12:06:30            MR. WARNER:  I am.

15   12:06:33            MR. KATAEV:  5A, team members.

16   12:06:35            MR. WARNER:  Five follows four follows one

17   12:06:36    which is, Hi Safa and Roman.

18   12:06:40            MR. KATAEV:  You see the rest?  These are

19   12:06:40    Roman's additions to the email.  You don't have

20   12:06:40    it in color, I can get you a color copy.

21   12:06:40            Let's go off the record for a second.

22   12:07:05            THE VIDEOGRAPHER:  The time is 12:07 p.m.

23   12:07:08    We are going off the record.

24   12:07:11    (Whereupon, an off-the-record discussion was held.)

25   12:15:43            THE VIDEOGRAPHER:  The time is 12:15 p.m.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

333

1                          S. Abdulrahim Gelardi

2    12:15:44      We are back on the record.

3    12:16:48      (Whereupon, the referred to question was read back

4    12:16:48              by the reporter.)

5    12:16:53          MR. KATAEV:  We are back on the record.

6    12:16:54          We had an issue with Plaintiff's 38.  The

7    12:16:57          copies were not in color and it was not evident

8    12:17:01          that the items in red were responses by Roman

9    12:17:04          Pollak to the questions by Lumina.

10   12:17:08              Now that the witness and my esteemed

11   12:17:12          opposing counsel have been provided with color

12   12:17:17          copies, I make a representation that Roman

13   12:17:19          Pollak responded to the questions by Lumina in

14   12:17:26          red, and my question was with respect to 5A

15   12:17:29          listing the team members, Roman listed Safa and

16   12:17:35          Vito as well as himself and Anthony as team

17   12:17:38          members, but did not list Greg.

18   12:17:42      BY MR. KATAEV:

19   12:17:42          Q    And my question was why, to your

20   12:17:42      knowledge, why was Greg not listed?

21   12:17:47          A    I really don't know.

22   12:17:50          Q    What was Greg's role?

23   12:17:55          A    Greg was -- he was a partner.

24   12:17:59          Q    Was Greg the vice president?

25   12:18:02          A    I don't know what Greg's role was.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

334

                              S. Abdulrahim Gelardi

1

2  12:18:05        Q     Earlier with respect to your testimony

3  12:18:07    concerning the response to five, company information

4  12:18:11    that Roman had, you stated that 90 percent of the

5  12:18:13    content will come from the IME Watchdog site because

6  12:18:16    there was really no other place to obtain that kind

7  12:18:20    of information from, correct?

8  12:18:24              MR. WARNER:  Objection to form.

9  12:18:27        Q     You can answer.

10 12:18:27        A     Repeat that, please.

11 12:18:29    (Whereupon, the referred to question was read back

12 12:18:29                   by the reporter.)

13 12:19:24        A     I did not state that there was no other

14 12:19:26    place, Mr. Kataev.

15 12:19:27        Q     What did you state?

16 12:19:29        A     What I stated was it was a reference for

17 12:19:32    them to understand the business.

18 12:19:34        Q     That's because IME Watchdog was a unique

19 12:19:37    business and the only business of its kind at the

20 12:19:40    time, correct?

21 12:19:41        A     I'm not sure of that.  I knew that IME

22 12:19:44    Watchdog existed, though.

23 12:19:45        Q     You did not know of any other business,

24 12:19:47    correct?

25 12:19:48        A     No, I did not.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

335

1                          S. Abdulrahim Gelardi

2    12:19:49          Q    Under 5B, Office Locations, Roman listed

3    12:19:53    520 Eighth Avenue, Suite 1001, New York, New York

4    12:19:56    10018, correct?

5    12:19:58          A    Yes.

6    12:19:59          Q    That's the office where him, Greg and

7    12:20:02    Anthony work, correct?

8    12:20:04          A    Yes.

9    12:20:05          Q    That office was the office of Law Cash?

10   12:20:11          A    Case Cash.

11   12:20:13          Q    Case Cash; is that correct?

12   12:20:14          A    Correct.

13   12:20:17          Q    Did IME Companions operate out of the same

14   12:20:20    address as Case Cash?

15   12:20:22          A    We did.

16   12:20:23          Q    How long did that go on for?

17   12:20:28          MR. WARNER:  I'm sorry, did you say

18   12:20:28          Watchdogs or Companions?

19   12:20:33          MR. KATAEV:  Companions.

20   12:20:34          Just for the record, the question about

21   12:20:36          the office was related to Companions.

22   12:20:40          What was the last question, please?

23   12:20:42    (Whereupon, the referred to question was read back

24   12:20:42                 by the reporter.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

336

                                    S. Abdulrahim Gelardi

1

2   12:20:42    BY MR. KATAEV:

3   12:20:49         Q    How long did IME Companions operate out of

4   12:20:52    the Eighth Avenue address?

5   12:20:54         A    Up until we purchased the 50 percent share

6   12:21:00    from Greg, Roman and Bridda.

7   12:21:03         Q    Which occurred in 2018, correct?

8   12:21:06         A    Yes.

9   12:21:08         Q    At the time that you purchased your

10  12:21:10    interest in Companions back from Greg, Roman and

11  12:21:15    Anthony, you moved from the Eighth Avenue address to

12  12:21:19    a different location, correct?

13  12:21:24         A    Did I move from --

14  12:21:25         Q    The Eighth Avenue address to a different

15  12:21:28    location?

16  12:21:29         A    I still continued using the Eighth Avenue

17  12:21:32    address.

18  12:21:34         Q    Even after you purchased the shares?

19  12:21:36         A    Oh, I'm sorry.

20  12:21:37         Q    That's my question.

21  12:21:38         A    You're asking after we parted ways?

22  12:21:40         Q    Correct.

23  12:21:42         A    Yes.  We no longer worked from Eighth

24  12:21:44    Avenue.

25  12:21:45         Q    The 520 Eighth Avenue address is the same

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

337

|    |          | S. Abdulrahim Gelardi |
|----|----------|------------------------|
| 1  |          |                        |
| 2  | 12:21:48 | address that you went to conduct the interviews in |
| 3  | 12:21:50 | September of '17, correct? |
| 4  | 12:21:53 | A    Yes. |
| 5  | 12:21:56 | Q    It has a conference room, this office? |
| 6  | 12:22:00 | A    Yes.  There is a conference room. |
| 7  | 12:22:02 | Q    Did you use the conference room? |
| 8  | 12:22:04 | A    I used Greg's office because Greg was |
| 9  | 12:22:06 | never there. |
| 10 | 12:22:07 | Q    Why is Greg never at his office? |
| 11 | 12:22:12 | A    I don't know. |
| 12 | 12:22:12 | Q    Under seven, photos/videos, Roman |
| 13 | 12:22:20 | responded that, There will be an animation video |
| 14 | 12:22:22 | depicting the IME benefits and process similar to |
| 15 | 12:22:30 | that of IME Watchdogs (but better!), right? |
| 16 | 12:22:36 | A    Yes. |
| 17 | 12:22:40 | Q    When Roman is referring to the animation |
| 18 | 12:22:42 | video, he references an animation video because the |
| 19 | 12:22:47 | IME Watchdog website has such a video, correct? |
| 20 | 12:22:51 | A    Mr. Kataev, this was Adam's initial email. |
| 21 | 12:22:55 | It was copied and pasted.  These are Adam's words. |
| 22 | 12:23:01 | Q    Are you saying that the words in red are |
| 23 | 12:23:04 | Adam's words? |
| 24 | 12:23:05 | A    The initial email sent of what he wanted |
| 25 | 12:23:08 | to build in his IME business after he destroys |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

338

|  |  |  |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 12:23:13 | Daniella Levi, this is his initial email. |
| 3 | 12:23:19 | Q    And you used this email, correct? |
| 4 | 12:23:22 | A    It was sent to -- it was forwarded to the |
| 5 | 12:23:25 | website company so that they can get information on |
| 6 | 12:23:32 | what the service is. |
| 7 | 12:23:36 | Q    My question to you is not about the |
| 8 | 12:23:38 | initial email that's in black text.  My question to |
| 9 | 12:23:43 | you is about the red text that's coming from Roman, |
| 10 | 12:23:46 | and my question is:  When Roman is referring to the |
| 11 | 12:23:50 | animation video depicting the IME video benefits and |
| 12 | 12:23:55 | process, is he referring to the same type of |
| 13 | 12:23:58 | animation video that was depicted on IME Watchdog's |
| 14 | 12:24:00 | website? |
| 15 | 12:24:03 | A    No.  I think you guys totally got this |
| 16 | 12:24:06 | email wrong.  Roman didn't really have much.  He was |
| 17 | 12:24:14 | included.  He didn't have really much -- we had to |
| 18 | 12:24:18 | include him for the purpose of Greg knowing what's |
| 19 | 12:24:23 | going on, but this is the same email that Adam sent. |
| 20 | 12:24:28 | They are just replying to -- the red |
| 21 | 12:24:31 | is all by Lumina.  It's not by -- I don't believe |
| 22 | 12:24:34 | it's from Roman.  I think it's from Lumina. |
| 23 | 12:24:37 | Q    Let me direct your attention to the first |
| 24 | 12:24:40 | page at the top of the email.  The top of the email |
| 25 | 12:24:42 | says it was sent on October 5, 2017 from Roman |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

339

1                      S. Abdulrahim Gelardi

2  12:24:45    Pollak, correct?

3  12:24:47         A    Okay.

4  12:24:47         Q    And then it says at the top in the

5  12:24:49    message, Please see responses below in red.

6  12:24:54         A    Okay.  I'm sorry.

7  12:24:57         Q    Do you agree with me that the responses in

8  12:24:59    red are by Roman?

9  12:25:00         A    No, they are not by Roman.  They are not

10 12:25:03    by Roman.  You don't understand the email.  That's

11 12:25:06    why I'm trying to explain it to you.  Again, this

12 12:25:09    was sent to Lumina.  Lumina was responding to the

13 12:25:14    initial email.  All the reds are from Lumina.  They

14 12:25:18    are not from Roman.

15 12:25:19         Q    Adam is not on this email, correct?

16 12:25:22         A    Yes.

17 12:25:24         Q    He's not on the September 29th email nor

18 12:25:26    is he on the October 5th email, correct?

19 12:25:30         A    Yes.

20 12:25:33         Q    You're telling me -- your testimony today

21 12:25:35    is that even though Roman it says in this email,

22 12:25:38    Please see responses below in red.  You're telling

23 12:25:40    me this red text is not Roman?

24 12:25:44         A    No.  I believe what Roman was doing was

25 12:25:46    sending it to me so I can reply to Lumina.  The red,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

340

1                              S. Abdulrahim Gelardi

2    12:25:50    I believe, is from Lumina.

3    12:25:54         Q    Okay.

4    12:25:56         A    That's their questions that they want

5    12:25:58    answers to.

6    12:26:04         Q    I'm going to place in front of you what

7    12:26:06    has previously marked as Plaintiff's Exhibit 26.  A

8    12:26:10    copy to counsel.

9    12:26:22              (Witness perusing document.)

10   12:26:22    BY MR. KATAEV:

11   12:26:51         Q    You testified at your deposition yesterday

12   12:26:56    that all of the Zelle payments that you made were

13   12:26:59    for IME interpreters at no-fault examinations,

14   12:27:04    corrects?

15   12:27:07         A    Correct.

16   12:27:10         Q    Generally speaking, whenever you invoice a

17   12:27:14    law firm customer for observing an IME, there is a

18   12:27:18    flat fee for the first hour and an hourly fee for

19   12:27:23    every hour thereafter, correct?

20   12:27:25         A    Correct.

21   12:27:25         Q    You generally charge $175 for the first

22   12:27:29    hour of the IME, correct?

23   12:27:31         A    Correct.

24   12:27:32         Q    You charged that amount because you knew

25   12:27:34    that IME Watchdog's initial hourly rate was higher,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

341

1                          S. Abdulrahim Gelardi

2    12:27:38    correct?

3    12:27:40         A    That was the figure we decided on,

4    12:27:42    correct.

5    12:27:44         Q    You were able to make a decision on that

6    12:27:46    figure because Adam informed you and you had the

7    12:27:49    invoice showing what IME Watchdog charges for the

8    12:27:53    initial hour, correct?

9    12:27:55         A    Yes.

10   12:27:59         Q    What was the hourly rate you charged for

11   12:28:03    every subsequent hour to observe on IME?

12   12:28:05         A    $45.

13   12:28:06         Q    $45 an hour, correct?

14   12:28:10         A    Correct.

15   12:28:11         Q    You made that decision also because you

16   12:28:12    knew what IME Watchdog charged for every subsequent

17   12:28:15    hour, correct?

18   12:28:17         A    Correct.

19   12:28:17         Q    That's because you had the invoices from

20   12:28:19    Adam, correct?

21   12:28:21         A    Correct.

22   12:28:21         Q    In order for you to invoice a law firm

23   12:28:27    customer, you need to ascertain from an observer or

24   12:28:30    an interpreter how long they were at each IME,

25   12:28:35    correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

342

S. Abdulrahim Gelardi

1

2  12:28:36        A     Correct.

3  12:28:36        Q     You obtained that information by

4  12:28:39     communicating with your observer, correct?

5  12:28:42        A     Correct.

6  12:28:42        Q     How does IME Companions generally go about

7  12:28:47     obtaining that information from a Companion?

8  12:28:50        A     Through their reports.

9  12:28:52        Q     When you receive a completed IME report

10 12:28:54     from a Companion, the duration that they were there

11 12:28:58     is listed on the report, correct?

12 12:29:00        A     Correct.

13 12:29:01        Q     Other than receiving the report, is there

14 12:29:04     any other method by which you ascertain how long an

15 12:29:08     observer attends an IME?

16 12:29:11        A     Sometimes they would submit their hours.

17 12:29:14        Q     How did they go about doing that,

18 12:29:16     generally speaking?

19 12:29:17        A     Generally speaking, it could be verbal, it

20 12:29:20     can be email.  They submit their hours.

21 12:29:23        Q     You keep track of that information in a

22 12:29:26     master list that you keep on a monthly basis,

23 12:29:28     correct?

24 12:29:29        A     Correct.

25 12:29:30        Q     That's something that you still do today

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

343

| | |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 12:29:32    for your business, correct? |
| 3 | 12:29:33        A    Correct. |
| 4 | 12:29:37        Q    Whenever you, as you claim, hired an IME |
| 5 | 12:29:41    interpreter through Adam, how did you ascertain how |
| 6 | 12:29:46    long the IME interpreter was present? |
| 7 | 12:29:49        A    The IME interpreters usually went in |
| 8 | 12:29:54    immediately because the client was already there. |
| 9 | 12:29:56    They were last minute. |
| 10 | 12:30:01        Q    Did you charge for the IME interpreter to |
| 11 | 12:30:04    your customer by the hour? |
| 12 | 12:30:06        A    Correct. |
| 13 | 12:30:07        Q    It was the same rate? |
| 14 | 12:30:09        A    Yes. |
| 15 | 12:30:10        Q    Did you charge $175 for the initial hour |
| 16 | 12:30:13    for the Companion and $175 for the interpreter? |
| 17 | 12:30:17        A    No Companions.  We charged the same |
| 18 | 12:30:20    whether it would be an interpreter or a Companion, |
| 19 | 12:30:23    the invoice was the same. |
| 20 | 12:30:25        Q    You charged by the hour even if there were |
| 21 | 12:30:29    offices that require people to wait three hours? |
| 22 | 12:30:33        A    Correct. |
| 23 | 12:30:40        Q    What program did you use to keep track on |
| 24 | 12:30:43    a monthly basis, each IME? |
| 25 | 12:30:47        A    What program? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

344

| | | | S. Abdulrahim Gelardi |
|---|---|---|---|
| 1 | | | |
| 2 | 12:30:48 | Q | If any. |
| 3 | 12:30:50 | A | You mean what software? |
| 4 | 12:30:52 | Q | Yes. |
| 5 | 12:30:54 | A | I would keep track through Excel. |
| 6 | 12:30:57 | Q | Okay.  In terms of the Companions that you |
| 7 | 12:31:04 | | hired, they would send you an invoice, correct? |
| 8 | 12:31:10 | A | No. |
| 9 | 12:31:10 | Q | How did you know what to pay each |
| 10 | 12:31:16 | | Companion or interpreter? |
| 11 | 12:31:19 | A | Like I said, they would submit their hours |
| 12 | 12:31:22 | | either verbally through the reports or sometimes via |
| 13 | 12:31:33 | | email. |
| 14 | 12:31:33 | Q | Just to make sure I understand, how do you |
| 15 | 12:31:37 | | know how long each IME lasted? |
| 16 | 12:31:44 | A | The interpreters -- my Companions would |
| 17 | 12:31:48 | | submit a report where I would know how long they |
| 18 | 12:31:52 | | were there or they would call and say to me, I was |
| 19 | 12:31:57 | | there for this time.  I believe I answered this |
| 20 | 12:32:00 | | question.  It's either verbal, it's either via email |
| 21 | 12:32:06 | | or through reports. |
| 22 | 12:32:07 | Q | Regardless of how they did it, you have a |
| 23 | 12:32:11 | | record of how much time all the Companions spent at |
| 24 | 12:32:14 | | each IME? |
| 25 | 12:32:15 | A | For the most part, yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

345

1                           S. Abdulrahim Gelardi

2   12:32:18        Q    The records include the Companion's name

3   12:32:20   and how much time they spent, correct?

4   12:32:23        A    Yes.

5   12:32:25        Q    Yesterday, as I recall, your testimony was

6   12:32:28   that if a Watchdog interpreter was sent by and

7   12:32:33   through Adam at your request, you would notate the

8   12:32:40   record with WD, correct?

9   12:32:42        A    For the most part, sometimes.  Not all the

10  12:32:43   time.

11  12:32:43        Q    How would you know what to bill your

12  12:32:46   customer if you didn't note it in your sheet?

13  12:32:49        A    When we used the independent contractors

14  12:32:53   that also worked for Watchdog, we only charged one

15  12:32:57   hour.

16  12:33:01        Q    Why did you choose to only charge one

17  12:33:03   hour?

18  12:33:04        A    Because they were only there -- it was

19  12:33:07   they were last minute and they were all one hour.

20  12:33:14        Q    If by any chance the job took more than

21  12:33:17   one hour, you would take a loss on that?

22  12:33:20        A    How would I take a loss on that?

23  12:33:24        Q    Would you not get billed by the Watchdog

24  12:33:27   for the time that they spent regardless of whether

25  12:33:33   it was one hour or more?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

346

                              S. Abdulrahim Gelardi

1

2    12:33:35        A    Mr. Kataev, we billed $175 for the first

3    12:33:38   hour, $45 for each additional half-hour.  They were

4    12:33:43   verbal responses most of the time of, this is how

5    12:33:46   long it took, and for the most part Watchdog

6    12:33:51   interpreters were there for an hour.

7    12:33:53        Q    You always just charged one hour

8    12:33:55   regardless?

9    12:33:57        A    For the most part.  To the best of my

10   12:33:59   recollection, yes.

11   12:34:01        Q    Did you ever charge more than one hour for

12   12:34:02   a Watchdog interpreter?

13   12:34:03        A    I don't think so.  Maybe, I don't think

14   12:34:04   so.

15   12:34:04        Q    Just to confirm, you generally have

16   12:34:12   records for each Watchdog you used, correct?

17   12:34:18             MR. WARNER:  I'm sorry, for what?

18   12:34:18        Q    For each Watchdog interpreter you used,

19   12:34:20   correct?

20   12:34:22             MR. WARNER:  Can you repeat that question

21   12:34:23        to me?

22   12:34:23   (Whereupon, the referred to question was read back

23   12:34:23                  by the reporter.)

24   12:34:39             MR. WARNER:  Objection to form.  You can

25   12:34:39        answer.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

347

1                          S. Abdulrahim Gelardi

2   12:34:41        A    To the best of my knowledge, yes.

3   12:34:44        Q    What about with respect to Gabby who did

4   12:34:46   not serve as an interpreter but was actually serving

5   12:34:49   as an observer?

6   12:34:53        A    What is the question, Mr. Kataev?

7   12:34:55        Q    You have records for every time someone

8   12:34:57   like Gabby came?

9   12:34:58        A    Yes.

10  12:35:03             MR. KATAEV:  Again, we will call for the

11  12:35:04             production of those records to the extent they

12  12:35:07             were not produced by the forensic examination

13  12:35:09             and we will follow up in writing.

14  12:35:10                  (Counsel Request.)

15  12:35:10   BY MR. KATAEV:

16  12:35:11        Q    At your Show Cause Hearing when we showed

17  12:35:14   you these Zelle payments and asked you questions

18  12:35:17   about them, you pled the Fifth; do you recall that?

19  12:35:20        A    Yes.

20  12:35:22        Q    Why is it that you pled the Fifth on

21  12:35:26   April 4, 2022, but today you're providing an answer?

22  12:35:30        A    My attorney told me to.

23  12:35:32        Q    What did your attorney say to you and what

24  12:35:34   did you say to your attorney?  You can answer.

25  12:35:46        A    My attorney told me to plead the Fifth.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

348

|   |   | S. Abdulrahim Gelardi |
|---|---|---|

1                    S. Abdulrahim Gelardi

2  12:35:49        Q    Why?

3  12:35:49        A    He did not state why.

4  12:35:52        Q    What did you say to him about these Zelle

5  12:35:55    payments?

6  12:35:57        A    I did not -- we didn't get a chance to

7  12:35:59    discuss them.

8  12:36:02        Q    It's your testimony today that your

9  12:36:03    attorney saw these Zelle payment exhibits?

10  12:36:07        A    You know what, Mr. Kataev, I don't recall.

11  12:36:10    All I know is my attorney told me to plead the

12  12:36:12    Fifth.

13  12:36:14            MR. KATAEV:  We will subpoena your

14  12:36:15            attorney.

15  12:36:36        Q    Do you have any recollection of the

16  12:36:37    conversation concerning the Zelle payments and the

17  12:36:39    advice to plead the Fifth?

18  12:36:41            MR. WARNER:  Objection to form.  You can

19  12:36:41            answer.

20  12:36:45        A    I don't want to discuss any conversation I

21  12:36:46    had with my attorney.

22  12:36:51            MR. KATAEV:  I will make this

23  12:36:53            representation for the record.  Under Rule 30,

24  12:36:57            you're required to answer any question that I

25  12:37:00            ask unless your attorney specifically objects

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

349

|  |  |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 12:37:02 |
| 3 | 12:37:04 |

1                          S. Abdulrahim Gelardi

2   12:37:02          and instructs you not to answer.

3   12:37:04   BY MR. KATAEV:

4   12:37:05      Q   When you stated that your attorney gave

5   12:37:08   you this advice or your prior attorney, you opened

6   12:37:11   the door to questions about it.

7   12:37:13      A   Okay.

8   12:37:13      Q   And that's why your attorney, who is very

9   12:37:15   experienced and very knowledgable about the law, is

10  12:37:18   not objecting to it.

11  12:37:19             The Plaintiff is entitled to know the

12  12:37:21   answer to this question because it is inconsistent

13  12:37:23   with what you stated yesterday.

14  12:37:27             MR. WARNER:  Objection to form.

15  12:37:27   BY MR. KATAEV:

16  12:37:28      Q   I need to know the answer to the question

17  12:37:28   I previously asked.

18  12:37:28             What, if anything, do you recall

19  12:37:32   about your conversation with Mr. Siegler concerning

20  12:37:35   these Zelle exhibits and his instruction to you or

21  12:37:38   advice to you to plead the Fifth?

22  12:37:42      A   I recall him telling me that he needed to

23  12:37:44   get more information on whether or not I should

24  12:37:49   disclose.  So to plead the Fifth until he gets the

25  12:37:54   information that he needs to know.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

350

1                    S. Abdulrahim Gelardi

2   12:37:58        Q    What type of information was he looking

3   12:38:00   for?

4   12:38:02        A    I don't know.

5   12:38:06        Q    Going back to Gabby, is that the only

6   12:38:08   individual who served as a -- withdrawn.

7   12:38:12             Going back to Gabby, was that the

8   12:38:14   only individual who served as an observer for IMEs

9   12:38:17   from Watchdog?

10  12:38:21        A    As an observer?

11  12:38:23        Q    Correct.

12  12:38:24        A    I believe so.

13  12:38:26        Q    You had no direct contact with any other

14  12:38:31   Watchdog besides Gabby, correct?

15  12:38:33        A    Yes.

16  12:38:47        Q    You testified that Ishmael also assisted

17  12:38:52   you with covering IMEs, correct?

18  12:38:56        A    I did not say that.  I said I recall the

19  12:38:58   name Ishmael.

20  12:38:59        Q    You don't know one way or the other

21  12:39:02   whether he actually observed or interpreted for an

22  12:39:05   IME you covered?

23  12:39:07             MR. WARNER:  Objection to form.  You can

24  12:39:07        answer it.

25  12:39:10        A    I do remember hearing his name, Ishmael,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

351

1                          S. Abdulrahim Gelardi

2   12:39:14    and I also know that there was a time when Ishmael

3   12:39:20    was not employed, where he did work for me as an

4   12:39:25    observer, but at the time I was using interpreters,

5   12:39:28    I don't know exactly who the interpreter was.

6   12:39:32        Q    Did Ishmael write any reports for you?

7   12:39:35        A    I believe so.

8   12:39:36        Q    Did you pay him for those reports

9   12:39:38    separately?

10  12:39:38        A    Yes.

11  12:39:39        Q    You did not pay Ishmael through Adam,

12  12:39:41    correct?

13  12:39:43        A    Yes.

14  12:39:43        Q    You have text messages and communications

15  12:39:45    with Ishmael?

16  12:39:47        A    I believe so.  He was not working for Adam

17  12:39:50    at the time that he was working for me, according to

18  12:39:57    Ishmael.

19  12:39:58            MR. KATAEV:  We are going to call for the

20  12:40:00            production of all communications with Ishmael

21  12:40:00            and we will follow up in writing.

22  12:40:01                (Counsel Request.)

23  12:40:01    BY MR. KATAEV:

24  12:40:03        Q    How would you know how long a Watchdog

25  12:40:05    interpreter was present for an IME if they would not

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

352

S. Abdulrahim Gelardi

1

2    12:40:08    tell you?

3    12:40:09        A    The client would notify us that they are

4    12:40:11    done.

5    12:40:12        Q    The client meaning the person that was

6    12:40:25    examined, correct?

7    12:40:26        A    Yes.

8    12:40:26            MR. KATAEV:  39.

9    12:40:33    (Plaintiff's Exhibit 39, Marked for Identification.)

10   12:40:33    BY MR. KATAEV:

11   12:40:40        Q    Was it your general practice to have

12   12:40:43    contact with the personal injury plaintiff that was

13   12:40:47    being examined?

14   12:40:54        A    What was that again?

15   12:40:56            MR. KATAEV:  Read it back.

16   12:40:57    (Whereupon, the referred to question was read back

17   12:40:57                by the reporter.)

18   12:41:13        A    Yes.  Sometimes, yes.

19   12:41:15            MR. KATAEV:  We are going to call for the

20   12:41:18            production of all communications with any IME

21   12:41:21            personal injury plaintiff that was examined for

22   12:41:28            Companions or Watchdog in your possession,

23   12:41:30            custody and control.

24   12:41:30                (Counsel Request.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

353

1                    S. Abdulrahim Gelardi

2   12:41:31   BY MR. KATAEV:

3   12:41:37        Q    Before we get into this exhibit, I have

4   12:41:40   some more general questions.  With respect to the

5   12:41:46   personal injury plaintiffs that would provide you

6   12:41:50   information about how long an IME took, how would

7   12:41:52   they go about telling you?

8   12:41:56        A    Mr. Kataev, they would -- there were --

9   12:41:59   there is multiple ways.

10  12:42:01        Q    What are all the ways?

11  12:42:02        A    Verbally through the Companions, through

12  12:42:07   the Watchdogs interpreters, through the paralegals

13  12:42:11   that worked in the offices.  There is multiple ways.

14  12:42:16        Q    Did they ever send text messages or

15  12:42:18   emails?

16  12:42:18        A    No.  For the most part, it was verbal,

17  12:42:21   Your client is done or, The client is done or that

18  12:42:26   was it.  The exams for the most part don't last more

19  12:42:32   than hour, especially no-fault exams.

20  12:42:36        Q    Aside from Subin Associates, was it a

21  12:42:38   general practice for Companions to find out how long

22  12:42:41   an IME was from the individual examined?

23  12:42:47             MR. WARNER:  Objection to form.

24  12:42:48        A    I don't understand the question.

25  12:42:53        Q    With respect to all customers, except

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

354

1                        S. Abdulrahim Gelardi

2    12:42:55    Subin Associates, did Companions have a general

3    12:42:58    practice of finding out how long an IME took from

4    12:43:01    the personal injury plaintiff that was examined?

5    12:43:05         A    For the most part, no.  Sometimes, yes.

6    12:43:19              MR. KATAEV:  We are going to call for the

7    12:43:21         production of records of all the independent

8    12:43:22         medical examinations that Companions claim they

9    12:43:26         paid Adam for, for the use of Watchdog

10   12:43:30         interpreters.

11   12:43:32                   (Counsel Request.)

12   12:43:32              MR. KATAEV:  Let's get into 39.

13   12:43:45         Withdrawn.

14   12:43:48              MR. WARNER:  Is there a question pending?

15   12:43:49    BY MR. KATAEV:

16   12:43:50         Q    When you say that the personal injury

17   12:43:52    plaintiff that was examined would inform you

18   12:43:55    sometimes, you're saying they would call you

19   12:43:58    directly to inform you?

20   12:44:01         A    I would call them.

21   12:44:04         Q    How do you have their contact information?

22   12:44:07         A    The paralegal who booked the Companion

23   12:44:09    would give it to us.

24   12:44:12         Q    For every Watchdog -- withdrawn.

25   12:44:16                   For every independent medical

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

355

S. Abdulrahim Gelardi

1

2    12:44:17    examination that you obtained a Watchdog interpreter

3    12:44:20    for through Adam, would the personal injury

4    12:44:25    plaintiff call you and tell you verbally how long

5    12:44:28    the IME was?

6    12:44:29         A    No, not all the time.  It did happen,

7    12:44:32    though.

8    12:44:34         Q    How would the personal injury plaintiff

9    12:44:36    that was examined know they would need to do that?

10   12:44:39         A    Because it was a last minute.  It's

11   12:44:42    unorthodox.  It's a last-minute exam, it's a

12   12:44:46    last-minute request, excuse me.  It's a last-minute

13   12:44:49    request so we would hustle and struggle to get it

14   12:44:53    covered so we would communicate to, Please hang in

15   12:45:00    there, we are getting you someone.

16   12:45:08         Q    Let's look at 39.  I have handed to you

17   12:45:15    what has been marked as Plaintiff's Exhibit 39,

18   12:45:18    which I represent to you is an email chain from

19   12:45:20    October 31st, 2017 between IME Companions, you

20   12:45:29    personally and an individual named George Alex.

21   12:45:34              Do you recognize this email?

22   12:45:35         A    Yes.

23   12:45:37         Q    In the original email that was sent at

24   12:45:40    11:43 a.m. on October 31st of 2017, you sent an

25   12:45:46    email to an individual named George Alex concerning

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

356

S. Abdulrahim Gelardi

1

2    12:45:49    an interview, correct?

3    12:45:50        A    Yes.

4    12:45:52        Q    In this email, you tell him, I have

5    12:45:54    attached an actual IME Companion report and template

6    12:45:59    for him to look over, correct?

7    12:46:01        A    Yes.

8    12:46:02        Q    You also asked him to sign a W9, correct?

9    12:46:06        A    Yes.

10   12:46:06        Q    You asked for his availability; is that

11   12:46:10    right?

12   12:46:11        A    Yes.

13   12:46:11        Q    You mention in here that you wanted to

14   12:46:14    forward some information to your hiring manager; do

15   12:46:16    you see that?

16   12:46:17        A    Yes.

17   12:46:18        Q    Who was your hiring manager?

18   12:46:28        A    I was the hiring manager.

19   12:46:31        Q    You stated to George Alex that you have a

20   12:46:34    hiring manager but it was really you that was doing

21   12:46:36    it, right?

22   12:46:37        A    Yes.

23   12:46:39        Q    Why is it that you later forwarded to

24   12:46:42    yourself this email?  If you look at the top it

25   12:46:52    says, from IME Companions to Safa Gelardi on

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

357

1                        S. Abdulrahim Gelardi

2   12:46:56    October 31st, 2017?

3   12:46:58         A    I don't know, Mr. Kataev, why I would

4   12:47:01    forward this.  I forward stuff.

5   12:47:05              MR. WARNER:  Off the record.

6   12:47:33    (Whereupon, an off-the-record discussion was held.)

7   12:48:16              MR. WARNER:  Back on.  Let the record

8   12:48:20         reflect the document, Exhibit 39, which is a

9   12:48:30         12-page document contains emails dated after

10  12:48:40         10/31/2017 and is the representation being made

11  12:48:45         that this is a coherent document or is this

12  12:48:50         just additional pages attached to 1113, 119 --

13  12:49:00              MR. KATAEV:  The representation is being

14  12:49:02         made that this one exhibit is a compilation of

15  12:49:03         separate emails and what we have first gone

16  12:49:07         over in the first five pages is one email with

17  12:49:18         one attachment.  There are six pages, one email

18  12:49:21         with one attachment.  The remaining emails are

19  12:49:25         separate and apart from that email and

20  12:49:27         attachment.

21  12:49:27              MR. WARNER:  Okay.

22  12:49:27    BY MR. KATAEV:

23  12:49:28         Q    Let's go to the seventh page of this

24  12:49:30    exhibit.  It's Bates-stamped on the bottom 338.

25  12:49:34    Just one question about that IME Companions report,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

358

                              S. Abdulrahim Gelardi

1

2    12:49:46      which is the second page.

3    12:49:50                   This template that was filled out is

4    12:49:53      something that you obtained from IME Watchdog,

5    12:49:56      correct?

6    12:49:57      A    No, Mr. Kataev, a completely different

7    12:50:00      template.

8    12:50:01      Q    Where did you get this template?

9    12:50:02      A    We made this template.

10   12:50:07      Q    You made the template based on?

11   12:50:08      A    Based on the information that Ronald

12   12:50:10      Rosenblatt provided.

13   12:50:11      Q    You also based it off of the information

14   12:50:13      you obtained from Adam, correct?

15   12:50:16      A    Based on the information that Ronald

16   12:50:17      Rosenblatt initially provided about IME Watchdog.

17   12:50:26      Q    How was the information that you placed in

18   12:50:28      this attachment different from the information

19   12:50:30      contained in the Watchdog report?

20   12:50:32      A    The information collected would be same.

21   12:50:36      We would collect the same information.  How we put

22   12:50:40      it together was our way.

23   12:50:41                   MR. KATAEV:  Can I have the last question

24   12:50:58           read back, please?

25   12:51:00      (Whereupon, the referred to question was read back

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

359

1      S. Abdulrahim Gelardi

2      12:51:28            by the reporter.)

3      12:51:28    BY MR. KATAEV:

4      12:51:34        Q    How was the template different?

5      12:51:53        A    It looks different.

6      12:51:55        Q    In what way?

7      12:51:56        A    It looks different.  It's easier to read,

8      12:51:58    I feel.  It's clearer than an IME Watchdog report.

9      12:52:05        Q    But the items that are addressed in the

10     12:52:07    IME Watchdog report, the majority of items from

11     12:52:14    there are listed in this document, correct?

12     12:52:18            MR. WARNER:  Objection to form.

13     12:52:21        A    I didn't understand it.

14     12:52:26        Q    Withdrawn.

15     12:52:27            Going to page 338.  This is an email

16     12:52:35    from you without showing to who it was sent --

17     12:52:39    without indicating who it was sent on November 13,

18     12:52:44    2017, correct?

19     12:52:46        A    Yes.

20     12:52:47        Q    In here there is Adam's Social Security

21     12:52:51    number, Adam Rosenblatt, correct?

22     12:52:53        A    No.

23     12:52:55        Q    Whose Social Security number is this?

24     12:52:56        A    This is my son Adam's Social Security

25     12:52:59    number.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

360

                          S. Abdulrahim Gelardi

1

2    12:52:59        Q    There is Vito's Social Security number,

3    12:53:01   your husband?

4    12:53:02        A    Yes.

5    12:53:03        Q    Who is Janine?

6    12:53:04        A    Janine is my daughter.

7    12:53:06        Q    Why is there an email with Social Security

8    12:53:08   numbers in this document?

9    12:53:15        A    Why?

10   12:53:16        Q    Why did you --

11   12:53:17        A    It's my personal information.

12   12:53:18        Q    Why did you email this?

13   12:53:21        A    To keep track of my personal information.

14   12:53:23   Maybe I sent it to my accountant for tax purposes, I

15   12:53:28   don't know.

16   12:53:29        Q    Let's go to next page.  This is a separate

17   12:53:37   email between yourself and your brother Omar and IME

18   12:53:43   Companions dated January 17, 2018 and January 19,

19   12:53:47   2018, correct?

20   12:53:49        A    Yes.

21   12:53:51        Q    In the original email that your brother

22   12:53:53   sent you on January 17th, he says, Please use this.

23   12:53:57   I forget to erase details from previous report.

24   12:54:01   Everything else is correct.  Do you see that?

25   12:54:04        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

361

                                S. Abdulrahim Gelardi

1

2  12:54:04      Q    When he's referring to the, erase details

3  12:54:08      from previous report, he's referring to an IME

4  12:54:13      Watchdog report, correct?

5  12:54:14      A    No.  He was referring to one of his

6  12:54:17      previous IME Companions reports.

7  12:54:19      Q    How do you know that?

8  12:54:20      A    I know that because I know my brother.

9  12:54:26      Q    Do you have the -- withdrawn.

10 12:54:31           MR. KATAEV:  To the extent it's not

11 12:54:33           contained in the forensic production, we are

12 12:54:35           going to call for the production of the

13 12:54:37           original email and subsequent email that Omar

14 12:54:39           sent to you.  We will follow up in writing.

15 12:54:48                (Counsel Request.)

16 12:55:18           MR. KATAEV:  Let's mark this 40.

17 12:55:20      (Plaintiff's Exhibit 40, Marked for Identification.)

18 12:55:20      BY MR. KATAEV:

19 12:55:43      Q    I have placed in front of you what has

20 12:55:45      been marked as Plaintiff's Exhibit 40, and I will

21 12:55:48      represent to you it's an email sent on February 8,

22 12:55:50      2018 from Roman to IME Companions.

23 12:55:54           Do you recognize this email?

24 12:55:57      A    I don't but I see it now.

25 12:55:59      Q    Do you deny receiving this email?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

362

|   |   |   |   |
|---|---|---|---|
| 1 |  |  | S. Abdulrahim Gelardi |
| 2 | 12:56:02 | A | I do not. |
| 3 | 12:56:02 | Q | The subject of this email is, Safa latest |
| 4 | 12:56:07 |  | invoices and report from IME Watchdogs, correct? |
| 5 | 12:56:12 | A | Correct. |
| 6 | 12:56:13 | Q | There are three attachments to this email, |
| 7 | 12:56:15 |  | correct? |
| 8 | 12:56:16 | A | Correct. |
| 9 | 12:56:16 | Q | The three attachment relate to IME reports |
| 10 | 12:56:21 |  | by Juan Rudescindo Baez, R-u-d-e-s-c-i-n-d-o, Baez, |
| 11 | 12:56:29 |  | B-a-e-z, on December 22nd of '17, December 29th of |
| 12 | 12:56:35 |  | '17 and January 19th of 2018, correct? |
| 13 | 12:56:40 | A | Yes. |
| 14 | 12:56:41 | Q | These IME Watchdog reports that are |
| 15 | 12:56:44 |  | attached to this email were obtained by you from |
| 16 | 12:56:47 |  | Adam, correct? |
| 17 | 12:56:49 | A | No, these were obtained from Alex |
| 18 | 12:56:56 |  | Yadgarov's office. |
| 19 | 12:57:08 | Q | In the subject -- in the message or body |
| 20 | 12:57:12 |  | of this email, Roman says to you, Per our convo, |
| 21 | 12:57:17 |  | this is the firm of Alex Yadgarov & Associates. |
| 22 | 12:57:22 |  | Y-a-d-g-a-r-o-v.  Greg spoke to them directly.  I |
| 23 | 12:57:26 |  | will email them tomorrow.  Do you see that? |
| 24 | 12:57:29 | A | Yes. |
| 25 | 12:57:31 | Q | Alex Yadgarov & Associates was a customer |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

363

S. Abdulrahim Gelardi

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 12:57:34 | of IME Watchdog, correct? |
| 3 | 12:57:38 | A    I don't recall. |
| 4 | 12:57:39 | Q    If you go to the attachment on the next |
| 5 | 12:57:40 | page, you will see an invoice -- |
| 6 | 12:57:43 | A    Yes. |
| 7 | 12:57:44 | Q    -- from IME Watchdog to that firm, |
| 8 | 12:57:47 | correct? |
| 9 | 12:57:48 | A    Yes. |
| 10 | 12:57:50 | Q    And based on this invoice, it's fair to |
| 11 | 12:57:53 | say that that firm is or was a customer of IME |
| 12 | 12:57:57 | Watchdog, correct? |
| 13 | 12:57:58 | A    Yes. |
| 14 | 12:57:58 | Q    At least as of December of '17 and January |
| 15 | 12:58:01 | of '18, correct? |
| 16 | 12:58:03 | A    Yes. |
| 17 | 12:58:05 | Q    So Roman starts this email off with, Per |
| 18 | 12:58:09 | our convo.  What information do you remember about |
| 19 | 12:58:13 | your conversation with Roman concerning this email? |
| 20 | 12:58:19 | A    There is no way I would remember the |
| 21 | 12:58:21 | convo, but I can tell you we talked about only |
| 22 | 12:58:27 | working Greg's direct clients.  Reaching out to |
| 23 | 12:58:34 | Greg's clients, making appointments with Greg's |
| 24 | 12:58:36 | clients, talking to Greg's client. |
| 25 | 12:58:40 | Q    When you refer to Greg's clients, you |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

364

|   |   |   |
|---|---|---|
| 1 |          | S. Abdulrahim Gelardi |
| 2 | 12:58:42 | refer to his customers for Case Cash, correct? |
| 3 | 12:58:46 | A    Yes. |
| 4 | 12:58:47 | Q    Case Cash is a personal injury litigation |
| 5 | 12:58:49 | funding firm, correct? |
| 6 | 12:58:52 | A    Correct. |
| 7 | 12:58:53 | Q    It's a business that provides personal |
| 8 | 12:58:55 | injury plaintiffs with loans to fund their lawsuits, |
| 9 | 12:58:59 | correct? |
| 10 | 12:59:00 | A    Correct. |
| 11 | 12:59:02 | Q    Did you ever have any interest in that |
| 12 | 12:59:04 | business? |
| 13 | 12:59:05 | A    Funding business? |
| 14 | 12:59:07 | Q    Correct. |
| 15 | 12:59:10 | A    I don't believe so. |
| 16 | 12:59:11 | Q    Did you perform any services for that |
| 17 | 12:59:13 | business? |
| 18 | 12:59:15 | A    No, I did not. |
| 19 | 12:59:19 | Q    Your testimony today is that you obtained |
| 20 | 12:59:23 | these invoices and reports directly from Alex |
| 21 | 12:59:28 | Yadgarov? |
| 22 | 12:59:29 | A    Mr. Kataev, my testimony is I did not |
| 23 | 12:59:32 | obtain these.  It looks like Roman obtained them |
| 24 | 12:59:35 | from Yadgarov. |
| 25 | 12:59:38 | Q    Your testimony today is that Roman asked |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

365

1                        S. Abdulrahim Gelardi

2    12:59:41    Alex Yadgarov to provide him this?

3    12:59:45              MR. WARNER:  Objection to form.

4    12:59:46         A    I do not know.

5    12:59:48         Q    You did not go about obtaining these,

6    12:59:51    correct?

7    12:59:52         A    Yes.

8    12:59:52         Q    You did not ask Adam for these, correct?

9    12:59:55         A    Yes, I don't believe so.

10   13:00:23         Q    To your knowledge, why is it that Roman

11   13:00:26    reached out to Alex Yadgarov?

12   13:00:31         A    They reached out to many of their

13   13:00:33    attorneys.

14   13:00:34         Q    Do you have any particular reason that you

15   13:00:37    believe that Alex Yadgarov was selected?

16   13:00:41         A    Maybe they had a personal relationship.

17   13:00:44         Q    You don't know?

18   13:00:45         A    I don't.

19   13:00:45         Q    I'm referring you to Plaintiff's

20   13:01:12    Exhibit 21, which is the 2016 sales by customer

21   13:01:18    summary.  I believe I can get it up on the screen as

22   13:01:23    well.  I have placed it up on the screen as well.

23   13:02:29              MR. WARNER:  Is there an outstanding

24   13:02:31              question, Mr. Kataev?

25   13:02:33              MR. KATAEV:  Give me a second.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

366

1                              S. Abdulrahim Gelardi

2    13:02:34     BY MR. KATAEV:

3    13:03:05          Q    The reason why Alex Yadgarov & Associates

4    13:03:08     were targeted is because they spent a lot of money

5    13:03:13     on IME observer services, correct?

6    13:03:16               MR. WARNER:  Objection to form.

7    13:03:17          A    I wouldn't know that.

8    13:03:20          Q    Did you not know that when you had the

9    13:03:22     2016 sales by customer summary?

10   13:03:25               MR. WARNER:  Objection to form.  Their

11   13:03:25               name is not on it.

12   13:03:28               MR. KATAEV:  On what?

13   13:03:29               MR. WARNER:  On the 2016 sales by

14   13:03:31               customer.  It's a deliberately misleading

15   13:03:32               question when he knows it's not on it.

16   13:03:38               MR. KATAEV:  You can't speak for the

17   13:03:40               witness, Jonathan.

18   13:03:40               MR. WARNER:  I'm not speaking for the

19   13:03:41               witness.  Don't play games with questions.

20   13:03:44     BY MR. KATAEV:

21   13:03:45          Q    Can you answer the question that was

22   13:03:45     asked?

23   13:03:46          A    What was the question?

24   13:04:12     (Whereupon, the referred to question was read back

25   13:04:12                    by the reporter.)

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

367

1                              S. Abdulrahim Gelardi

2    13:04:13              MR. WARNER:  Objection to form.

3    13:04:14        A     Did I not know what?

4    13:04:17        Q     That Alex Yadgarov & Associates spent a

5    13:04:19     lot of money on IME observer services?

6    13:04:22        A     No, I did not know.

7    13:04:24        Q     Did you not learn through Adam that Alex

8    13:04:29     Yadgarov & Associates was a customer that spent a

9    13:04:30     lot of money on IME observer services?

10   13:04:31        A     No.  That was never discussed.

11   13:04:33              MR. KATAEV:  Let's take a quick break.

12   13:04:37           Off the record.

13   13:04:40              THE VIDEOGRAPHER:  The time is 1:04 p.m.

14   13:04:42           We are going off the record.

15   13:04:44     (Whereupon, an off-the-record discussion was held.)

16   13:04:44                 (Luncheon recess:  1:04 p.m)

17   13:04:44                           ***

18   13:04:44                 (Afternoon session: 1:49 p.m)

19   13:04:44        S A F A   A B D U L R A H I M   G E L A R D I,

20   13:04:44     resumed, having been previously duly sworn, was

21   13:04:44     examined and testified further as follows:

22   13:04:44     EXAMINATION BY

23   13:04:44     MR. KATAEV: (Continued)

24   13:33:37              THE VIDEOGRAPHER:  The time is 1:49 p.m.

25   13:49:10           We are back on the record.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

368

1                          S. Abdulrahim Gelardi

2   13:49:23    BY MR. KATAEV:

3   13:49:29        Q    Good afternoon, Ms. Gelardi.  We are back

4   13:49:32    from lunch continuing your deposition.  We are going

5   13:49:33    to have the last question and answer read back from

6   13:49:36    the court reporter.

7   13:49:37    (Whereupon, the referred to testimony was read back

8   13:49:37                   by the reporter.)

9   13:49:37    BY MR. KATAEV:

10  13:51:01        Q    I'm going to play for you a recording --

11  13:51:05    the same recording that I played at the Show Cause

12  13:51:08    Hearing.  It's Exhibit 18A from the Show Cause

13  13:51:12    Hearing.

14  13:51:14             I ask the court reporter to do her

15  13:51:14    best to transcribe and if you need me to pause, to

16  13:51:19    raise a finger or something.

17  13:51:20    (Whereupon, the audio recording was played.)

18  13:51:20        MS. GELARDI:  What happened?

19  13:51:20        MR. ROSENBLATT:  She's going to find me

20  13:51:20    this week.  I know it.  I know it.  I know it.

21  13:51:20    Okay, so Eli, Eli has been on me all day, he's

22  13:51:20    been watching me.  I'm cc'ing him on all the

23  13:51:20    emails.  He wants the password for my email,

24  13:51:20    you know, IME Watchdog.  Um, I'm just afraid

25  13:51:20    that she's going to find out, you know, the

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

369

1                        S. Abdulrahim Gelardi

2   13:51:20        money and the clients and I'm just -- I just

3   13:51:20        want to -- I just want to get out of here.  I

4   13:51:20        want to give her --

5   13:51:20            MS. GELARDI:  She won't know.  I won't

6   13:51:20        give her any information.  She won't know and

7   13:51:20        she can't subpoena anything from you, like, you

8   13:51:20        know, she --

9   13:51:20            MR. ROSENBLATT:  I don't know anything

10  13:51:20        about that but, listen, I want to get out of

11  13:51:20        here.  I want to give her my resignation on,

12  13:51:20        like, Friday or tomorrow and I'm going to bring

13  13:51:20        over -- I spoke to Sullivan Papain.  I spoke to

14  13:51:20        the people at Wingate.  I spoke to the people

15  13:51:20        at Parker Waichman.  I spoke to the people at

16  13:51:20        Gambone, and they're all ready to go with me to

17  13:51:20        you, but I need to know, what am I going to

18  13:51:20        make and if I can get, like, a -- like, a bonus

19  13:51:20        to get me through this month.  I need like

20  13:51:20        $10,000.

21  13:51:20            MS. GELARDI:  So, I got to tell you that

22  13:51:20        it's not gonna work like that.  We talked about

23  13:51:20        you coming in as a salary for three months,

24  13:51:20        right?  So my payroll is today.  My next

25  13:51:20        payroll is the 15th.  So --

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

370

|   |   | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 13:51:20 | MR. ROSENBLATT:  I know, but I need the |
| 3 | 13:51:20 | money.  I need, like, maybe -- can you give me |
| 4 | 13:51:20 | like $5,000 and you can put it towards, like, |
| 5 | 13:51:20 | what you're going to pay me, 'cause I didn't |
| 6 | 13:51:20 | get my deposit.  Jackie's in Florida.  I don't |
| 7 | 13:51:20 | know what's going on.  I -- I just need the |
| 8 | 13:51:20 | money and I got -- |
| 9 | 13:51:20 | MS. GELARDI:  Don't -- don't.  Listen. |
| 10 | 13:51:20 | MR. ROSENBLATT:  -- pay me [inaudible] |
| 11 | 13:51:20 | dollars a year. |
| 12 | 13:51:20 | MS. GELARDI:  Don't -- look, don't worry. |
| 13 | 13:51:20 | MR. ROSENBLATT:  I need at least $5,000 |
| 14 | 13:51:20 | today if you can, please.  These firms -- |
| 15 | 13:51:20 | MS. GELARDI:  Jackie didn't pay you?  They |
| 16 | 13:51:20 | still have to pay you.  You did all your work |
| 17 | 13:51:20 | for February. |
| 18 | 13:51:20 | MR. ROSENBLATT:  I know but I didn't get |
| 19 | 13:51:20 | it so I'm really freaking out, so I need, |
| 20 | 13:51:20 | like -- I got to pay my -- |
| 21 | 13:51:20 | MS. GELARDI:  How much is your usual pay |
| 22 | 13:51:20 | that you get today? |
| 23 | 13:51:20 | MR. ROSENBLATT:  Today, I would have |
| 24 | 13:51:20 | gotten like 2500 but I need -- I'm not sure |
| 25 | 13:51:20 | about the 15th.  I need, like, 5,000. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

371

1                         S. Abdulrahim Gelardi

2   13:51:20          And then I -- I got, like, a bonus on

3   13:51:20          Sullivan Papain.  Sullivan Papain does, like,

4   13:51:20          as much as Wingate.  You know, Weser & Weser is

5   13:51:20          ready to come over.  I got Gambone ready to

6   13:51:20          come over.  I just need -- I just need to act

7   13:51:20          soon.  I really feel like she's there.  She's

8   13:51:20          just -- you know.

9   13:51:20          Eli has been -- this is the first minute

10  13:51:20          I've loaned this high without Eli.  He was

11  13:51:20          sitting next to me, he's going over reports,

12  13:51:20          he's going over invoices.  Can you just send me

13  13:51:20          like --

14  13:51:20          MS. GELARDI:  Okay, so Adam, listen.  I'm

15  13:51:20          talking to Vito.  He's next to me while you

16  13:51:20          were speaking.  So we're okay with giving you

17  13:51:20          $2500 today because that would have been your

18  13:51:20          pay, and then 2500 on the 15th and every two

19  13:51:20          weeks after that so that at least you have

20  13:51:20          income, you're not -- we're not going to leave

21  13:51:20          you.  We're not going to let you -- you got to

22  13:51:20          understand --

23  13:51:20          MR. GELARDI:  Hey, Adam.

24  13:51:20          MS. GELARDI:  Yeah.

25  13:51:20          MR. GELARDI:  You know, I'm just here

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

372

1                           S. Abdulrahim Gelardi

2    13:51:20      [inaudible] and it's not that we're scared to

3    13:51:20      spend money, not really where I push the

4    13:51:20      money-spending, so I was telling her yes, but

5    13:51:20      we do have a lot of expense and expenses.  We

6    13:51:20      can only pour so much without taking in money

7    13:51:20      because we're growing like crazy, you

8    13:51:20      understand?

9    13:51:20          MS. GELARDI:  Yeah, [inaudible].

10   13:51:20          MR. GELARDI:  [inaudible] fly everywhere,

11   13:51:20      so you got to -- you know, you're going to make

12   13:51:20      the money but we can't give any lump sum

13   13:51:20      because, you know, taxes are due.  We owe so --

14   13:51:20      you know, there's a lot of money going out as

15   13:51:20      you go into business, so we really can't -- you

16   13:51:20      know.

17   13:51:20          MR. ROSENBLATT:  I'm scared and I'm really

18   13:51:20      freaking out.  You know --

19   13:51:20          MS. GELARDI:  Adam, don't freak out.

20   13:51:20      Don't freak out.  We said we got you.  I'm

21   13:51:20      going to send you 2500 and then I'm going to

22   13:51:20      put you on payroll for every --

23   13:51:20          MR. ROSENBLATT:  [Inaudible] -- like, the

24   13:51:20      other.

25   13:51:20          MS. GELARDI:  Huh?  Say again.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

373

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 13:51:20 | MR. ROSENBLATT:  What if she, like, |
| 3 | 13:51:20 | figures out the other stuff?  I don't know. |
| 4 | 13:51:20 | MS. GELARDI:  How?  Does she have access |
| 5 | 13:51:20 | to your account?  How? |
| 6 | 13:51:20 | MR. ROSENBLATT:  I don't know.  Computer? |
| 7 | 13:51:20 | I don't know. |
| 8 | 13:51:20 | MS. GELARDI:  What?  She doesn't have |
| 9 | 13:51:20 | access to your bank account, so you shouldn't |
| 10 | 13:51:20 | have to worry about that.  And let her fire you |
| 11 | 13:51:20 | so that you can be safe.  You're good.  Let her |
| 12 | 13:51:20 | let you go. |
| 13 | 13:51:20 | Here, talk to Vito.  Vito wants to |
| 14 | 13:51:20 | talk to you.  Here. |
| 15 | 13:51:20 | MR. ROSENBLATT:  Vito, I need -- |
| 16 | 13:51:20 | MR. GELARDI:  Adam, Adam, listen, listen |
| 17 | 13:51:20 | to me for one second.  Whatever is in the past, |
| 18 | 13:51:20 | you cannot change it and you cannot stop -- you |
| 19 | 13:51:20 | know, we're getting a call.  We're getting a |
| 20 | 13:51:20 | call.  We have to take it.  I'm going to call |
| 21 | 13:51:20 | you from my phone, okay? |
| 22 | 13:51:20 | MR. ROSENBLATT:  Yeah. |
| 23 | 13:51:20 | MS. GELARDI:  Adam, Vito is going to call |
| 24 | 13:51:20 | you right back.  I have to take this call. |
| 25 | 13:51:20 | Vito's going to call you now. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

374

1                          S. Abdulrahim Gelardi

2    13:51:20          MR. ROSENBLATT:  Okay.

3    13:51:33          (Whereupon, the audio recording concluded.)

4    13:58:02          MR. KATAEV:  We are back on the record

5    13:58:03          where we played the recording in Exhibit 18A of

6    13:58:07          a recorded call of four minutes and 43 seconds

7    13:58:09          and I have a few questions about the contents

8    13:58:12          of this conversation, Ms. Gelardi.

9    13:58:20              In this call, Adam says that he's scared

10   13:58:22          that someone found out about what's been going

11   13:58:26          on between you and him, correct?

12   13:58:28          A    Did he say that?  He said that?

13   13:58:31          Q    I'm asking you:  You listened to the

14   13:58:32      recording, is that your understanding of what

15   13:58:33      happened?

16   13:58:35          A    I don't think he said that.

17   13:58:37          Q    What did he say?

18   13:58:38          A    He was afraid that he was getting fired

19   13:58:39      for whatever reason Eli is on his back about.

20   13:58:44          Q    Why did he call you about this?

21   13:58:46          A    Adam has been calling me for the purpose

22   13:58:49      of he has been trying -- we offered him -- we

23   13:58:53      offered him a franchise.  We offered to sell him a

24   13:58:57      franchise.  I told him if you're that scared, if

25   13:59:01      you're that humiliated, then just let her fire you,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

375

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 13:59:04 | I'll hire you as a Companion for three months until |
| 3 | 13:59:10 | you can start your franchise. |
| 4 | 13:59:14 | Q    You didn't discuss anything about a |
| 5 | 13:59:15 | franchise during this phonecall, correct? |
| 6 | 13:59:18 | A    It was previous -- it was about the |
| 7 | 13:59:20 | franchise.  We didn't discuss anything here, no. |
| 8 | 13:59:23 | Q    When did you first start discussing |
| 9 | 13:59:24 | anything about a franchise with Adam? |
| 10 | 13:59:27 | A    When did I first start discussing the |
| 11 | 13:59:30 | franchise with Adam?  I would say maybe a month |
| 12 | 13:59:36 | prior. |
| 13 | 13:59:37 | Q    A month prior to this phonecall, correct? |
| 14 | 13:59:39 | A    Maybe a month, month and a half, something |
| 15 | 13:59:41 | like that, yes. |
| 16 | 13:59:41 | Q    Would it refresh your recollection if I |
| 17 | 13:59:43 | told you this recorded call occurred on March 1st, |
| 18 | 13:59:46 | 2022. |
| 19 | 13:59:48 | A    Yes, I recall. |
| 20 | 13:59:49 | Q    Your testimony is that about a month prior |
| 21 | 13:59:51 | in February of 2022, you and Adam discussed him |
| 22 | 13:59:54 | opening up a IME Companions franchised business? |
| 23 | 14:00:02 | A    Correct. |
| 24 | 14:00:02 | Q    Why did you tell Adam not to worry during |
| 25 | 14:00:06 | your conversation with him? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

376

S. Abdulrahim Gelardi

14:00:08    A    Because so what, you get fired, what's the

14:00:11    big deal.  There is nothing to worry about.

14:00:14    Q    Isn't it true you were telling him not to

14:00:17    worry about the fact that he had been providing you

14:00:17    information about the IME Watchdog business?

14:00:20    A    No.

14:00:21    Q    You reference an individual named Jackie

14:00:23    during the call.  Do you recall that being said

14:00:28    during the recorded call?

14:00:31    A    Yes.

14:00:35         MR. WARNER:  Let him finish.

14:00:36    Q    Who is Jackie?

14:00:37    A    I have no idea.  I repeated what he said.

14:00:41    Q    It's your testimony that during this call,

14:00:44    Adam first mentioned Jackie?

14:00:46    A    Yes.

14:00:54    Q    What did you mean when you said Daniella

14:00:55    can't subpoena Adam?

14:00:59    A    The whole conversation to me was about him

14:01:03    being fired for whatever reason and I said, So what.

14:01:07    He said, What if he she finds out.  I said, Subpoena

14:01:11    what.

14:01:12    Q    According to this call, it appears as if

14:01:17    you and Adam have a history of working together

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

377

1                          S. Abdulrahim Gelardi

2   14:01:20      where you pay him for him to provide you clients and

3   14:01:24      customers, correct?

4   14:01:26              MR. WARNER:  Objection to form.

5   14:01:27          A    No.

6   14:01:27          Q    During this call, Adam asked you for

7   14:01:32      money, correct?

8   14:01:33          A    Correct.

9   14:01:35          Q    And you offered him $2,500, correct?

10  14:01:39          A    Correct.

11  14:01:40          Q    Did you pay him that $2,500?

12  14:01:41          A    No, I did not.

13  14:01:44          Q    Why not?

14  14:01:45          A    He never came.  It was for work.  He never

15  14:01:48      came to work.  I offered him the $2,500 for three

16  14:01:54      months as a Companion until he was able -- until the

17  14:01:59      franchise was complete and he was able to buy a

18  14:02:02      franchise.

19  14:02:02          Q    $2,500 a month for three months?

20  14:02:06          A    I believe it was biweekly.

21  14:02:09          Q    The real reason you didn't pay him, it

22  14:02:12      because you were subsequently served with this

23  14:02:15      lawsuit, correct?

24  14:02:16          A    No.  I did not pay him because he didn't

25  14:02:18      work for the money.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi --- February 3, 2023

378

1                              S. Abdulrahim Gelardi

2    14:02:20        Q    You said that you're willing to pay him

3    14:02:22    $2,500 because that's what you usually pay him,

4    14:02:25    correct?

5    14:02:26        A    That is not correct.

6    14:02:28        Q    Isn't that what you said during the call?

7    14:02:30        A    That's not what I said during the call.  I

8    14:02:32    said, What do you usually get paid?

9    14:02:36        Q    You stated during the recorded call --

10   14:02:38    withdrawn.

11   14:02:42             Vito was present with you during this

12   14:02:43    call, correct?

13   14:02:44        A    Correct.

14   14:02:45        Q    During this recorded call, Vito stated IME

15   14:02:48    Companions is, quote, growing like crazy, end quote,

16   14:02:51    right?

17   14:02:51        A    Correct.

18   14:02:53        Q    How was Companions growing like crazy?

19   14:02:57        A    Companions has a good history of growth.

20   14:03:02        Q    How?

21   14:03:03        A    We do marketing, we do sales calls.

22   14:03:07        Q    What marketing do you do other than sales

23   14:03:09    calls?

24   14:03:12        A    We do marketing -- online marketing, we do

25   14:03:15    email marketing, we do social media marketing.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

379

1                         S. Abdulrahim Gelardi

2   14:03:22        Q     When you do sales calls, what phone number

3   14:03:24   do you use to make those calls?

4   14:03:29        A     It would be -- when we make sales calls?

5   14:03:33        Q     Correct?

6   14:03:33        A     I make the sales calls either from my cell

7   14:03:37   or from the IME Companions number.

8   14:03:39        Q     What is the IME Companions number?

9   14:03:41        A     (833)463-7767.  Usually my cell, though.

10  14:03:47        Q     What is the, pun intended, companion local

11  14:03:52   phone number for the 800 number?

12  14:03:56        A     Sorry.

13  14:03:57        Q     Whenever you have an 800 number, there is

14  14:04:00   also a local number?

15  14:04:01        A     I don't have a local number.

16  14:04:03        Q     Your phone number is only the 800 number,

17  14:04:06   correct?

18  14:04:07        A     I believe so.

19  14:04:07             MR. KATAEV:  I'm going to call for the

20  14:04:09        production of any records that list a local

21  14:04:10        number that accompanies the 800 toll-free

22  14:04:12        number.

23  14:04:12                   (Counsel Request.)

24  14:04:12   BY MR. KATAEV:

25  14:04:13        Q     What is the service provider you use for

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

380

1                         S. Abdulrahim Gelardi

2   14:04:15    the toll-free calling?

3   14:04:18         A    Grasshopper.

4   14:04:20         MR. KATAEV:  We are going to call for the

5   14:04:25         production of all records from Grasshopper that

6   14:04:26         contain call logs and call details.  And follow

7   14:04:26         up in writing.

8   14:04:27                   (Counsel Request.)

9   14:04:28    BY MR. KATAEV:

10  14:04:33         Q    Other than sales calls, you said you also

11  14:04:36    do email marketing, correct?

12  14:04:37         A    We do email marketing, we do social media

13  14:04:40    marketing, yes.

14  14:04:42         Q    When you do email marketing, do you use

15  14:04:44    any particular program or company for that purpose?

16  14:04:47         A    Yes.

17  14:04:48         Q    You use Constant Contact, correct?

18  14:04:52         A    No.  I used Constant Contact for a very

19  14:04:55    short period of time.

20  14:04:56         Q    Other than Constant Contact, what other

21  14:04:59    service providers for email marketing did you use?

22  14:05:02         A    We had a marketing company by the name of

23  14:05:05    Giant Partners and now we are using a marketing

24  14:05:10    company -- I'm sorry.  Marketing 360 and now we are

25  14:05:14    using Giant Partners.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

381

                              S. Abdulrahim Gelardi

1

2    14:05:17              MR. KATAEV:  Plaintiff will call for the

3    14:05:19         production of all records from those three

4    14:05:20         email marketing service providers, and we

5    14:05:24         reserve the right to issue subpoenas as well.

6    14:05:26         We will follow up in writing.

7    14:05:28              (Counsel Request.)

8    14:05:28    BY MR. KATAEV:

9    14:05:29         Q    You also mentioned social media marketing.

10   14:05:32    You advertise on Facebook, correct?

11   14:05:34         A    Yes.

12   14:05:35         Q    You also advertise on LinkedIn, correct?

13   14:05:37         A    Yes.

14   14:05:38         Q    You also use Instagram, correct?

15   14:05:40         A    Yes.

16   14:05:40         Q    Do you use any other social media

17   14:05:44    platforms for advertising purposes?

18   14:05:46         A    I don't think so.

19   14:05:47         Q    Do you have actual business accounts with

20   14:05:50    all of these three social media sites that you pay

21   14:05:53    for ad services?

22   14:05:59         A    I'm sorry.

23   14:05:59         Q    Do you pay for ad services with Facebook,

24   14:06:01    LinkedIn and Instagram?

25   14:06:04         A    I do, yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

382

1                           S. Abdulrahim Gelardi

2   14:06:05        Q    Do you also have Google Ad Words account?

3   14:06:08        A    Yes.  My marketing team set it up.  I

4   14:06:13    don't have it.

5   14:06:15        Q    All of the ad accounts that I just

6   14:06:20    discussed; Facebook, LinkedIn, Instagram and Google,

7   14:06:23    that's all done through Marketing 360, correct?

8   14:06:27        A    And Giant Partners.

9   14:06:28        Q    Other than those two, no one else uses

10  14:06:31    those kind of accounts, correct?

11  14:06:33        A    Correct.

12  14:06:34            MR. KATAEV:  Same request with respect to

13  14:06:37        production of documents concerning that.  We

14  14:06:39        will follow up in writing.

15  14:06:40                (Counsel Request.)

16  14:06:40    BY MR. KATAEV:

17  14:06:43        Q    With respect to Facebook, LinkedIn and

18  14:06:46    Instagram, you have messages that you send to

19  14:06:50    prospective customers, correct?

20  14:06:52        A    Correct.

21  14:06:53        Q    You reach out to these individuals

22  14:06:55    directly using the Facebook Messenger platform,

23  14:06:57    correct?

24  14:07:01        A    I don't think I have ever reached out to

25  14:07:03    clients through Facebook Messenger.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

383

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 14:07:07    Q    You're not sure one way or the other, |
| 3 | 14:07:09    correct? |
| 4 | 14:07:10    A    I don't think I have ever reached out to a |
| 5 | 14:07:10    client through Facebook Messenger. |
| 6 | 14:07:11    Q    Do you know for sure whether you have ever |
| 7 | 14:07:13    reached out to a prospective customer using Facebook |
| 8 | 14:07:16    Messenger? |
| 9 | 14:07:19    A    I'm going to say yeah, I don't think I |
| 10 | 14:07:21    have ever done that. |
| 11 | 14:07:23    Q    What about Instagram? |
| 12 | 14:07:25    A    Yes, same. |
| 13 | 14:07:27    Q    You did not reach out? |
| 14 | 14:07:29    A    I did not reach out to customers directly. |
| 15 | 14:07:31    Q    What about LinkedIn? |
| 16 | 14:07:32    A    LinkedIn, yes. |
| 17 | 14:07:45    Q    You testified right now that you -- with |
| 18 | 14:07:49    respect to the recorded call with Adam, that you had |
| 19 | 14:07:52    previously discussed having him work at a franchise |
| 20 | 14:07:57    business of IME Companions, correct? |
| 21 | 14:08:00       MR. WARNER:  Objection to form. |
| 22 | 14:08:02    A    What I said was I offered him a franchise. |
| 23 | 14:08:08    I said, I can employ you for three months until you |
| 24 | 14:08:11    buy your own franchise. |
| 25 | 14:08:13    Q    It was your intent for Adam to pay you for |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

384

|  | S. Abdulrahim Gelardi |
|---|---|

1

2    14:08:17     a franchise, correct?

3    14:08:18          A    Correct.

4    14:08:19          Q    Have you ever franchised a business to

5    14:08:22     anyone else?

6    14:08:23          A    No.

7    14:08:27          Q    You talked about money exchanged between

8    14:08:30     you and Adam for the past -- during this call,

9    14:08:33     correct?

10   14:08:36          MR. WARNER:  Objection to form.

11   14:08:37          A    I don't think so.

12   14:08:37          Q    Why did you tell Adam that he has nothing

13   14:08:42     to worry about because Daniella does not have access

14   14:08:45     to his bank statements?

15   14:08:49          A    I guess it was just something that he was

16   14:08:53     worried about.

17   14:08:55          Q    How did you know that he was worried about

18   14:08:56     it?

19   14:08:57          A    Because he expressed to me once that he

20   14:09:01     didn't pay the Watchdogs through -- I'm sorry.  That

21   14:09:06     he didn't pay the Watchdogs the money I sent him,

22   14:09:10     that he used her account.

23   14:09:13          Q    You knew that because you sent it to him?

24   14:09:15          A    I knew that very late.

25   14:09:18          Q    You didn't know that when you initially

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

385

1                      S. Abdulrahim Gelardi

2   14:09:20      sent him the Zelle payments?

3   14:09:20           A    No.  I did not know that he was not going

4   14:09:22      to pay them through those funds.

5   14:09:24           Q    You were worried about the bank statements

6   14:09:30      as well, correct?

7   14:09:32           A    I was not.

8   14:09:34           Q    What is it that someone could learn from

9   14:09:37      reviewing Adam's bank statements?

10  14:09:39           A    Adam would have gotten in trouble.  That's

11  14:09:42      it.

12  14:09:47           Q    When you told him that he doesn't have

13  14:09:50      anything to worry about because Daniella doesn't

14  14:09:52      have access to the bank statements, that's because

15  14:09:56      the bank statements contain the transaction

16  14:09:59      information relating to the Zelle payments we

17  14:10:01      reviewed before, correct?

18  14:10:02           A    Yes.

19  14:10:04           Q    Adam was scared -- withdrawn.

20  14:10:06                And to your knowledge, Adam was

21  14:10:06      scared of being fired because of all the things he

22  14:10:13      sold to you, correct?

23  14:10:14           A    Wrong.

24  14:10:15           Q    Why was Adam scared of being fired?

25  14:10:17                MR. SHALIT:  Objection to form.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

386

1                          S. Abdulrahim Gelardi

2    14:10:18        Q    To your knowledge.

3    14:10:20        A    Adam expressed that he was being treated

4    14:10:23    differently prior to this phonecall.  He expressed

5    14:10:27    that he was treated very badly and I always told him

6    14:10:33    the same things.  You control your own destiny, you

7    14:10:37    can do whatever you want, it's just a job.  Oh, but

8    14:10:41    I need income.  Okay, so find a job.

9    14:10:46        Q    During those conversations when you told

10   14:10:47    him to find a job, did you offer him a job at

11   14:10:51    Companions?

12   14:10:51        A    I told him I can offer him a temporary job

13   14:10:56    at Companions for a few months, three months until

14   14:11:00    he purchased a franchise.  He did not.

15   14:11:06        Q    He did not what?

16   14:11:08        A    He wasn't happy with being a Companion but

17   14:11:10    that's all I can offer him.

18   14:11:13        Q    What is it that he wanted?

19   14:11:15        A    He wanted to run his own business.

20   14:11:21        Q    Why were you only willing to offer Adam a

21   14:11:24    temporary position?

22   14:11:26        A    Because I did not want him as a Companion

23   14:11:28    either.  It was just temporary for him until the

24   14:11:31    franchise was complete and he purchased the

25   14:11:33    franchise.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

387

S. Abdulrahim Gelardi

1

2  14:11:38      Q    Other than the Zelle payments, is there

3  14:11:40   anything else that could be discovered through the

4  14:11:43   bank statements of Adam?

5  14:11:45      A    No.

6  14:11:48           MR. WARNER:  Objection to form.  You

7  14:11:52      answered so quickly.

8  14:11:53   BY MR. KATAEV:

9  14:12:11      Q    To your knowledge, what do you think

10 14:12:13   Daniella would find in the bank statements?

11 14:12:16           MR. WARNER:  Objection to form.

12 14:12:16      A    In my bank statements?

13 14:12:18      Q    In Adam's.

14 14:12:21      A    She would find the Zelles, he would have

15 14:12:23   to explain that he was referring his Watchdogs to

16 14:12:29   other IME companies and he would also have to

17 14:12:33   explain to her that he never used those funds to pay

18 14:12:37   his Watchdogs.

19 14:12:41      Q    Other than paying for a franchise, is

20 14:12:44   there anything else that you gave Adam that Adam

21 14:12:50   would need to pay you for?

22 14:12:52      A    No.

23 14:13:06      Q    Are any Watchdogs currently performing

24 14:13:09   either observer or interpreter services for

25 14:13:12   Companions?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

388

1                          S. Abdulrahim Gelardi

2  14:13:12          A     No.

3  14:13:15          Q     When did that stop?

4  14:13:18          A     March 1st of 2022.

5  14:13:26          Q     How did you go about notifying these

6  14:13:29       individuals to stop performing those services?

7  14:13:33              MR. WARNER:  Objection to form.

8  14:13:35          A     I didn't have contact to those

9  14:13:36       individuals.

10 14:13:38          Q     You didn't reach out to them and they

11 14:13:40       didn't reach out to you?

12 14:13:42          A     No, no.

13 14:13:50              MR. KATAEV:  I'm going to play back a

14 14:13:52              portion of the record and I will ask a followup

15 14:13:55              question.

16 14:13:56              I'm going to start the recording from the

17 14:13:58              beginning and I'm going to stop when I reach

18 14:14:00              the portion that I would like to stop at.

19 14:14:06       (Whereupon, a portion of the recording was played.)

20 14:14:44              MR. KATAEV:  I paused the conversation.

21 14:14:45              We are back on the record.

22 14:14:47       BY MR. KATAEV:

23 14:14:48          Q     You just stated to Adam during this call

24 14:14:51       that Daniella won't know any information and that

25 14:14:53       you won't give her any information.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

389

| | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 14:14:55          What information were you referring |
| 3 | 14:14:57    to? |
| 4 | 14:14:58       A    Because he expressed prior that he was |
| 5 | 14:15:01    afraid and not too long prior that he did confess |
| 6 | 14:15:08    that he was not using -- he was using Watchdog funds |
| 7 | 14:15:11    to pay the Watchdogs, you know, what I was saying to |
| 8 | 14:15:18    him here is I won't tell her what you told me. |
| 9 | 14:15:22       Q    Isn't it true that when you said, I won't |
| 10 | 14:15:28    tell Daniella anything that you were referring to |
| 11 | 14:15:32    your relationship where you were paying Adam for |
| 12 | 14:15:33    information that you could use to further your |
| 13 | 14:15:34    business? |
| 14 | 14:15:36       A    No. |
| 15 | 14:15:37          MR. WARNER:  Objection to form. |
| 16 | 14:15:42       Q    You said that Adam told you that he did |
| 17 | 14:15:48    not pay the actual Watchdogs that performed the |
| 18 | 14:15:51    services with the money you gave him, correct? |
| 19 | 14:15:54       A    Yes. |
| 20 | 14:15:55       Q    If Adam did not pay the Watchdogs, who |
| 21 | 14:15:58    did? |
| 22 | 14:15:58          MR. WARNER:  Objection to form. |
| 23 | 14:16:00       A    That was his issue.  That's why he was |
| 24 | 14:16:02    afraid.  He thought that that's what they found out |
| 25 | 14:16:05    that he was using her funds and keeping the money. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

390

S. Abdulrahim Gelardi

1

2    14:16:12        Q    If Adam kept the money that the Watchdogs

3    14:16:16    were supposed to get paid and the Watchdogs did not

4    14:16:20    get paid for performing the work, how come none of

5    14:16:25    the Watchdogs would complain to Daniella about it?

6    14:16:28            MR. WARNER:  Objection to form.

7    14:16:29        A    They got paid, Mr. Kataev.

8    14:16:32        Q    Is it that the money you sent to Adam went

9    14:16:35    to pay the Watchdogs or is it that Adam kept it;

10   14:16:38    which one is it?

11   14:16:40            MR. WARNER:  Objection to form.

12   14:16:41        A    Mr. Kataev, I paid for my services for

13   14:16:43    using those Watchdog.  Those independent contractors

14   14:16:47    who also worked for Watchdogs.  He was afraid that

15   14:16:52    she found out that he wasn't paying them, that he

16   14:16:57    was paying them through her funds, her IME Watchdog

17   14:17:02    funds.

18   14:17:04        Q    So if I understand you correctly, what

19   14:17:07    you're saying is that you would call Adam and ask

20   14:17:11    him to provide you interpreters and sometimes

21   14:17:13    observers that you would pay money to Adam for those

22   14:17:18    services and that Adam would keep that money but pay

23   14:17:23    those observers and interpreters through the funds

24   14:17:27    of IME Watchdog?

25   14:17:28            MR. WARNER:  Objection to form.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

391

1                              S. Abdulrahim Gelardi

2    14:17:29        A    Correct.

3    14:17:41        Q    You stated at your Show Cause Hearing that

4    14:17:44    you decided not to go into business about Adam in or

5    14:17:49    about April or May of 2017 or in '17 because he was

6    14:17:54    unethical and untrustworthy; do you recall that

7    14:17:58    testimony?

8    14:17:59        A    Yes.

9    14:18:00        Q    Why is it that you were dealing with Adam

10   14:18:02    in 2018 and 2019 based on that?

11   14:18:06        A    I don't believe I was dealing with Adam in

12   14:18:09    2018 at all, Mr. Kataev.  In 2019, he reached out to

13   14:18:14    me.

14   14:18:15        Q    And?

15   14:18:17        A    Why was I dealing with him?

16   14:18:19        Q    Correct.

17   14:18:21        A    We had a mutual business in common, we

18   14:18:25    talked about what we related to, we also kid around

19   14:18:30    sometimes, we joked around sometimes.  We didn't

20   14:18:33    work together, so it wasn't...

21   14:18:41        Q    When you spoke about selling the franchise

22   14:18:43    to Adam, what was the cost to purchase a franchise?

23   14:18:53        A    The cost of the franchise would have been

24   14:18:56    $40,000.

25   14:18:59        Q    How was it anticipated that Adam would pay

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

392

|     |          | S. Abdulrahim Gelardi |
|-----|----------|-----------------------|
| 1   |          |                       |
| 2   | 14:19:02 | for the franchise? |
| 3   | 14:19:03 | A    When we discussed it, I told him we can do |
| 4   | 14:19:06 | partial payments until he's fully paid off. |
| 5   | 14:19:10 | Q    Was there any discussion of an initial |
| 6   | 14:19:13 | down payment? |
| 7   | 14:19:14 | A    No. |
| 8   | 14:19:19 | Q    Why would you offer to sell a franchise to |
| 9   | 14:19:22 | a person that you found was unethical and you did |
| 10  | 14:19:24 | not want to go into business with? |
| 11  | 14:19:26 | A    I would not be in business with him if he |
| 12  | 14:19:29 | owned a franchise.  He would be in business himself. |
| 13  | 14:19:32 | Q    Did you ever prepare a franchise |
| 14  | 14:19:34 | agreement? |
| 15  | 14:19:35 | A    Between? |
| 16  | 14:19:36 | Q    In general or between you and Adam? |
| 17  | 14:19:39 | A    Between me and Adam, no, and I don't think |
| 18  | 14:19:42 | we got to that part in the franchise stage. |
| 19  | 14:19:44 | Q    What part did you get up to in the |
| 20  | 14:19:46 | franchise stage up until March 1st, 2022? |
| 21  | 14:19:55 | A    I don't know honestly. |
| 22  | 14:19:56 | Q    You retained a law firm for that purpose, |
| 23  | 14:19:58 | didn't you? |
| 24  | 14:19:59 | A    Yes. |
| 25  | 14:20:00 | Q    That law firm was named Shipe Dosik, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

393

S. Abdulrahim Gelardi

1

2  14:20:01      correct?  S-h-i-p-e D-o-s-i-k.

3  14:20:07          A    Correct.

4  14:20:07          Q    That law firm is located in Illinois,

5  14:20:08      correct?

6  14:20:10          A    Correct.

7  14:20:11          Q    How did you find that law firm?

8  14:20:13          A    The franchise company referred them.

9  14:20:18          Q    What was the franchise company's name?

10  14:20:27          A    I can't remember.

11  14:20:28              MR. KATAEV:  We will call for the

12  14:20:29          production of any documents related to the

13  14:20:31          franchise company and follow up in writing.

14  14:20:33                  (Counsel Request.)

15  14:20:33      BY MR. KATAEV:

16  14:20:48          Q    Don't you believe that if what you're

17  14:20:51      saying is true that IME Watchdog paid its Watchdogs

18  14:20:57      for services they performed through you because Adam

19  14:21:02      kept the money you gave, that IME Watchdog's

20  14:21:05      accountants would realize that?

21  14:21:08              MR. WARNER:  Objection to form.

22  14:21:14          A    I do not.

23  14:21:24          Q    The only reason that you paid Adam for

24  14:21:27      anything was because it served a purpose for you,

25  14:21:31      correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

394

1                        S. Abdulrahim Gelardi

2   14:21:32            MR. WARNER:  Objection to form.

3   14:21:35        A    Can you repeat that, please?

4   14:21:37   (Whereupon, the referred to question was read back

5   14:21:37                  by the reporter.)

6   14:21:47        A    I did not pay Adam.  I paid him for his

7   14:21:50   Watchdog interpreters.

8   14:21:52        Q    You paid him for those interpreters

9   14:21:55   because it served a purpose for you, correct?

10  14:21:58        A    The interpreters served a purpose for me,

11  14:22:00   yes.

12  14:22:00        Q    You reached out to him whenever you needed

13  14:22:02   them, correct?

14  14:22:04        A    Correct.

15  14:22:04        Q    You needed to cover last-minute IMEs so

16  14:22:08   you would call him to see if he could cover it for

17  14:22:11   you?

18  14:22:11            MR. WARNER:  Objection to form.

19  14:22:12        Q    Correct?

20  14:22:13        A    Yes.

21  14:22:18        Q    For the $40,000 that Adam would have paid

22  14:22:22   you, what would that get him in terms of franchise?

23  14:22:26        A    He would own an IME Companions franchise

24  14:22:31   of his own.

25  14:22:32        Q    What was the intended geographic scope of

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

395

1                        S. Abdulrahim Gelardi

2   14:22:38    Adam's franchise?

3   14:22:38        A    There was -- you can do it anywhere you

4   14:22:41    want.

5   14:22:42        Q    You had no problem with Adam operating in

6   14:22:44    the same areas that you operate?

7   14:22:46        A    I did not.

8   14:22:52        Q    You also discussed franchising with Adam

9   14:22:54    in 2017, correct?

10  14:22:56        A    Yes.

11  14:22:57        Q    What was the discussion then?

12  14:23:00        A    In 2017?

13  14:23:03        Q    Correct.

14  14:23:05        A    I don't recall the discussion.  I do

15  14:23:07    recall him stating that he spoke to Daniella about

16  14:23:15    franchising.  I don't recall the full discussion.  I

17  14:23:18    remember he had a franchise company.

18  14:23:21        Q    Do you have any notes from your

19  14:23:22    conversations with Adam about this?

20  14:23:24        A    No.

21  14:23:24        Q    Did you exchange any emails or test

22  14:23:26    messages with Adam about this?

23  14:23:29        A    I believe I asked him for the name of the

24  14:23:33    franchise company, yes.

25  14:23:37        Q    Would it be fair to say that you had

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

396

| | |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 14:23:39    extensive test message conversations with Adam? |
| 3 | 14:23:41         A    Yes. |
| 4 | 14:23:44         Q    Are you currently in possession, custody |
| 5 | 14:23:46    or control of those text messages? |
| 6 | 14:23:48         A    Yes. |
| 7 | 14:23:49         MR. KATAEV:  We will call for the |
| 8 | 14:23:51         production of all text messages between the |
| 9 | 14:23:52         witness and Adam Rosenblatt and we will follow |
| 10 | 14:23:55         up in writing to the extent it's not produced |
| 11 | 14:23:57         by the forensic examiner. |
| 12 | 14:24:04              (Counsel Request.) |
| 13 | 14:24:04    BY MR. KATAEV: |
| 14 | 14:24:07         Q    Why did you and Adam discussion going into |
| 15 | 14:24:09    a business where he franchises the IME Companions |
| 16 | 14:24:14    model from you in 2018 or '19 if you already told |
| 17 | 14:24:18    him in the summer of 2017 you have no interest in |
| 18 | 14:24:21    working with him? |
| 19 | 14:24:24         A    Mr. Kataev, I have no interest in working |
| 20 | 14:24:26    with him.  IME franchise, he would be working for |
| 21 | 14:24:31    himself. |
| 22 | 14:24:34         Q    Wouldn't Adam have to pay you royalties to |
| 23 | 14:24:36    operate the franchise? |
| 24 | 14:24:38         A    That would be automatic. |
| 25 | 14:24:45         Q    Why did you offer to take care of Adam |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

397

1                           S. Abdulrahim Gelardi

2    14:24:47    even though you told the court on April 4th that he

3    14:24:50    was unethical and ruthless?

4    14:24:53          MR. WARNER:  Objection to form.  Did she

5    14:24:56          use the term ruthless?

6    14:24:59    A    I don't think I used the term ruthless. I

7    14:25:02    said unethical and untrustworthy.

8    14:25:24    Q    Why would you tell him that you will take

9    14:25:28    care of him even though you thought he was unethical

10   14:25:30    and ruthless?

11   14:25:33    A    Because I felt sorry for him.

12   14:25:34          MR. KATAEV:   41.

13   14:25:51    (Plaintiff's Exhibit 41, Marked for Identification.)

14   14:25:52    BY MR. KATAEV:

15   14:26:18    Q    When you say you felt sorry for him, you

16   14:26:21    felt so sorry for him that you wanted him to pay you

17   14:26:24    $40,000 for a franchise?

18   14:26:28          MR. WARNER:  Objection to form.

19   14:26:31    A    That wasn't pity.  That's business.

20   14:26:35    Q    Do you have any knowledge as to whether

21   14:26:36    Adam even had the capacity to pay $40,000?

22   14:26:40    A    He knew that he had to.

23   14:26:44    Q    Did he ever talk to you about where he

24   14:26:46    would get the money from?

25   14:26:49    A    I told him we could do partial payments.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

398

1                       S. Abdulrahim Gelardi

2    14:26:52          Q    I have placed in front of you what has

3    14:26:54     been marked as Plaintiff's Exhibit 41.  I will

4    14:26:56     represent to you it's an email chain from

5    14:26:58     October 11, 2021 between Adam Rosenblatt, James

6    14:27:02     Bacher, B-a-c-h-e-r, and that's it.  Have you ever

7    14:27:12     seen this email chain?

8    14:27:15          A    I don't recall it but I see it now.

9    14:27:17          Q    Do you know who James Bacher is?

10   14:27:20          A    I don't.

11   14:27:23          Q    Did IME Companions ever perform any

12   14:27:25     services for the Law Office J. Bacher, PLLC?

13   14:27:31          A    I don't believe so.

14   14:27:36          Q    Did you ask Adam to refer you customers?

15   14:27:43          A    I did not ask him to refer me customers.

16   14:27:47          Q    Did you threaten Adam that if he didn't

17   14:27:49     refer you customers you would tell Daniella what he

18   14:27:53     did?

19   14:27:54          A    No, I did not.

20   14:27:59          Q    If Adam referred you any customers, would

21   14:28:01     you pay him for it?

22   14:28:03          A    No, I would not.

23   14:28:13          MR. KATAEV:  Mark this as 42.

24   14:28:14     (Plaintiff's Exhibit 42, Marked for Identification.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

399

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |
| 1 | | |
| 2 | 14:28:15 | BY MR. KATAEV: |
| 3 | 14:28:28 | Q   I have placed in front of you what has |
| 4 | 14:28:31 | been marked as Plaintiff's Exhibit 42.  It's an |
| 5 | 14:28:34 | email dated October 28, 2019.  It's an email chain |
| 6 | 14:28:47 | from October 28, 2019.  Take a second to read |
| 7 | 14:28:51 | through it and let me know when you're ready. |
| 8 | 14:28:55 | (Witness perusing document.) |
| 9 | 14:28:58 | Do you recognize this email? |
| 10 | 14:29:25 | A   Yes. |
| 11 | 14:29:29 | Q   You sent this email, correct? |
| 12 | 14:29:32 | A   Yes. |
| 13 | 14:29:33 | Q   And this email contains a list of |
| 14 | 14:29:37 | approximately 12 pointers about the dos and don'ts |
| 15 | 14:29:39 | of observing an IME, correct? |
| 16 | 14:29:43 | A   Correct. |
| 17 | 14:29:44 | Q   Where did you obtain these instructions |
| 18 | 14:29:46 | from or pointers from? |
| 19 | 14:29:53 | A   Mr. Kataev, Adam reached out to me and let |
| 20 | 14:29:57 | me know that my people were vagrants, that they |
| 21 | 14:30:02 | didn't know what they are doing and he loves to show |
| 22 | 14:30:06 | off his ego on how he's the best at what he does and |
| 23 | 14:30:10 | he sent me that voluntarily.  I then forwarded it to |
| 24 | 14:30:14 | Carlos. |
| 25 | 14:30:16 | Q   You forwarded it to all your Companions, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

400

                              S. Abdulrahim Gelardi

1

2   14:30:17     correct?

3   14:30:19          A    He didn't have the rest of it, though.

4   14:30:22          Q    Referring this email on the top first page

5   14:30:26     at 9:52 a.m., this email was sent to Carlos and all

6   14:30:29     the other Companions that worked for you at that,

7   14:30:32     time correct?

8   14:30:34          A    Correct.

9   14:30:34          Q    You sent this to Jeff Beeman, correct?

10  14:30:37          A    Yes.

11  14:30:37          Q    You sent this to Mark Purificati, correct?

12  14:30:40          A    Yes.

13  14:30:41          MR. KATAEV:  P-u-r-i-f-i-c-a-t-i.

14  14:30:44          Q    You sent it to all the remaining

15  14:30:46     Companions that worked for you at the time, correct?

16  14:30:48          A    Yes.

17  14:30:50          Q    You deny that you provided Adam with any

18  14:30:52     monetary compensation for this?

19  14:30:55          A    Yes.

20  14:31:41          Q    You did not draft these dos and don'ts,

21  14:31:43     correct?

22  14:31:46          A    I don't believe so.

23  14:31:58          Q    You use these dos and don'ts as training

24  14:32:02     material for your Companions, correct?

25  14:32:03          A    It's the same thing that we use, yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

401

|     |          |                                                      |
|-----|----------|------------------------------------------------------|
|     |          | S. Abdulrahim Gelardi                                |
| 1   |          |                                                      |
| 2   | 14:32:09 | MR. KATAEV:  43.                                     |
| 3   | 14:32:13 | (Plaintiff's Exhibit 43, Marked for Identification.) |
| 4   | 14:32:15 | BY MR. KATAEV:                                        |
| 5   | 14:32:51 | Q    I have presented to you what has been           |
| 6   | 14:32:54 | marked as Plaintiff's Exhibit 43.  For the record,   |
| 7   | 14:33:00 | the top of this email chain contains attorney/client |
| 8   | 14:33:05 | communication which I am on the record clawing back  |
| 9   | 14:33:09 | pursuant to the Rule 502D order that we entered      |
| 10  | 14:33:17 | into.                                                |
| 11  | 14:33:24 | I want to focus your attention to the                |
| 12  | 14:33:28 | prior Exhibit 42 and put it next to this Exhibit 43. |
| 13  | 14:33:36 | If you look at the middle of the first page on 43    |
| 14  | 14:33:41 | there is an email from calendar@imewd.com to a whole |
| 15  | 14:33:47 | host of individuals and the email is dated April 25, |
| 16  | 14:33:50 | 2018; do you see that?                               |
| 17  | 14:33:52 | A    Yes.                                            |
| 18  | 14:33:53 | Q    When you compare the first tip, number          |
| 19  | 14:33:57 | one, Remind examinee not to volunteer information,   |
| 20  | 14:34:00 | to the first tip in Exhibit 42, they are            |
| 21  | 14:34:05 | word-for-word the same, correct?                     |
| 22  | 14:34:09 | A    Correct.                                         |
| 23  | 14:34:10 | Q    These tips and dos and don'ts were             |
| 24  | 14:34:14 | obtained from IME Watchdog, correct?                 |
| 25  | 14:34:22 | A    Correct.                                         |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

402

S. Abdulrahim Gelardi

| | |
|---|---|
| 1 | |
| 2 | 14:34:22 | MR. WARNER:  I thought you were clawing |
| 3 | 14:34:22 | this back?  Are you clawing it back? |
| 4 | 14:34:30 | MR. KATAEV:  I'm clawing back the top |
| 5 | 14:34:32 | portion. |
| 6 | 14:34:34 | MR. WARNER:  It's eliminated from my mind. |
| 7 | 14:34:36 | MR. KATAEV:  44. |
| 8 | 14:34:53 | (Plaintiff's Exhibit 44, Marked for Identification.) |
| 9 | 14:34:57 | BY MR. KATAEV: |
| 10 | 14:35:09 | Q    I have handed to you what has been marked |
| 11 | 14:35:11 | Plaintiff's Exhibit 44.  I will represent to you |
| 12 | 14:35:14 | that these are -- this is an email dated May 21st, |
| 13 | 14:35:19 | 2018, from you to Lumina.  It's actually an email |
| 14 | 14:35:25 | chain between the two of you. |
| 15 | 14:35:27 | Do you recognize this document? |
| 16 | 14:35:29 | A    I don't recognize it, but I see it. |
| 17 | 14:35:32 | Q    Do you deny that you sent and/or received |
| 18 | 14:35:35 | these emails? |
| 19 | 14:35:36 | A    I do not. |
| 20 | 14:35:36 | Q    In the May 7, 2017 email at 3:17 p.m., |
| 21 | 14:35:41 | Lumina wrote to you, As we work to finalize your |
| 22 | 14:35:43 | animated video for IME Companions, I wanted to reach |
| 23 | 14:35:46 | out to you regarding approval for the script of the |
| 24 | 14:35:49 | video; do you see that? |
| 25 | 14:35:52 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

403

1                          S. Abdulrahim Gelardi

2   14:35:53        Q    In response to that, you provided an

3   14:35:58   instruction to Lumina about things you wanted to

4   14:36:01   change, correct?

5   14:36:02        A    Correct.

6   14:36:05        Q    You stated to Lumina, The video is too

7   14:36:09   short.  Please see Watchdog video for more content.

8   14:36:12   Correct?

9   14:36:13        A    Correct.

10  14:36:14            MR. KATAEV:  45.

11  14:36:23   (Plaintiff's Exhibit 45, Marked for Identification.)

12  14:36:24   BY MR. KATAEV:

13  14:37:05        Q    Ms. Gelardi, I have placed in front of you

14  14:37:07   what has been marked as Plaintiff's Exhibit 45.  I

15  14:37:10   will represent to you it's an email chain with the

16  14:37:12   dates May 30, 2018, forwarding an email from

17  14:37:18   June 28, 2017.  Do you recognize this document?

18  14:37:22        A    I don't recognize it, but I see it.

19  14:37:25        Q    On June 28th of '17, Adam sent you an

20  14:37:29   email about with the subject, Franchise check in

21  14:37:33   that you requested.

22  14:37:34            Do you see that?

23  14:37:38        A    Yes.

24  14:37:40        Q    He forwarded you an email from earlier

25  14:37:45   that day that he received from Big Sky; do you see

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

404

1                    S. Abdulrahim Gelardi

2   14:37:49    that?

3   14:37:50         A    Yes.

4   14:37:50         Q    The email from Big Sky is

5   14:37:52    tom@bigskyfranchise.com, correct?

6   14:37:56         A    Correct.

7   14:37:59         Q    Is this company, Big Sky Franchise, the

8   14:38:02    company you worked with?

9   14:38:04         A    Yes.

10  14:38:05         Q    Is this the only franchise company you

11  14:38:07    worked with other than Shipe Dosik?

12  14:38:14         A    Yes.

13  14:38:17         Q    Why did you forward this email to Jay at

14  14:38:22    Five Pillars Group?

15  14:38:23         A    Because Jay was looking to franchise his

16  14:38:25    accounting firm and he did, I believe.  He worked

17  14:38:30    with Tom for franchising that.

18  14:38:41              MR. KATAEV:  46.

19  14:38:47    (Plaintiff's Exhibit 46, Marked for Identification.)

20  14:38:52    BY MR. KATAEV:

21  14:39:24         Q    I have placed in front of you what has

22  14:39:27    been marked as Plaintiff's Exhibit 46.  I will

23  14:39:28    represent to you that it is a cutoff email such that

24  14:39:33    we don't have the date.  I want you to focus on the

25  14:39:35    top portion where it says, To Mike Rosen, R-o-s-e-n,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

405

| | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 14:39:39 | and the email address is MIKER@IMECompanions.com. |
| 3 | 14:39:44 | Do you see that email address? |
| 4 | 14:39:47 | A    Yes. |
| 5 | 14:39:47 | Q    Who is Mike Rosen? |
| 6 | 14:39:51 | A    Mike Rosen is Adam Rosenblatt. |
| 7 | 14:39:53 | Q    Is that a pseudonym that you created for |
| 8 | 14:39:56 | Adam? |
| 9 | 14:39:57 | A    No. |
| 10 | 14:39:58 | Q    To disguise -- withdrawn. |
| 11 | 14:40:00 | Is that a pseudonym that you created |
| 12 | 14:40:02 | for Adam to disguise the fact that he also works for |
| 13 | 14:40:07 | you? |
| 14 | 14:40:07 | A    No. |
| 15 | 14:40:09 | Q    How did you come about making this email |
| 16 | 14:40:11 | address for Mike Rosen? |
| 17 | 14:40:14 | A    Adam Rosenblatt hounded me about making |
| 18 | 14:40:17 | more money during Covid.  He needed money, he |
| 19 | 14:40:20 | couldn't make any more money.  I said, You know |
| 20 | 14:40:23 | what, if you want, I can offer you to do marketing |
| 21 | 14:40:28 | outside of what you do.  He came up with Mike.  I |
| 22 | 14:40:32 | wouldn't be able to come up with Mike Rosen.  He |
| 23 | 14:40:35 | told me his name was Michael Adam Rosenblatt and he |
| 24 | 14:40:38 | said just do Mike R. |
| 25 | 14:40:42 | Q    You created this email address for him, |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

406

                              S. Abdulrahim Gelardi

1

2    14:40:44     correct?

3    14:40:45          A    Yes.

4    14:40:47          Q    Did Adam Rosenblatt use this email

5    14:40:49     address?

6    14:40:50          A    He did.  I don't think he did, no.

7    14:40:56          Q    Did he or didn't he?

8    14:40:59          A    I don't think he did.  I don't think he

9    14:41:01     ever had access to it.  No, I don't think he ever

10   14:41:05     had access to it.

11   14:41:07          Q    When you created this email address for

12   14:41:10     him, you did it through the Outlook program you have

13   14:41:12     on your computer, correct?

14   14:41:14          A    Yes.

15   14:41:15          Q    What is the IT or information technology

16   14:41:17     company that you used for helping you with Outlook

17   14:41:22     issues?

18   14:41:24          A    I used GoDaddy.

19   14:41:26          Q    Did GoDaddy support help you set up your

20   14:41:31     email server?

21   14:41:32          A    Yes.

22   14:41:34          Q    Was there a separate company that came in

23   14:41:37     to install any equipment for the email server?

24   14:41:40          A    No.

25   14:41:42          Q    Your email server is hosted with GoDaddy,

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

407

1                              S. Abdulrahim Gelardi

2   14:41:46      correct?

3   14:41:47           A    Yes.

4   14:41:53           Q    Did Adam ultimately perform any marketing

5   14:41:56      services for you using this email address?

6   14:41:59           A    For very short period, yes.

7   14:42:01           Q    For that very short period, did he

8   14:42:03      actually send and receive emails to and from this

9   14:42:07      email address?

10  14:42:07           A    Never used the email, no.

11  14:42:09           Q    Why did he ask you to make this email

12  14:42:12      address if he never used it?

13  14:42:14           A    He needed the email address for the

14  14:42:16      Constant Contact info.

15  14:42:19           Q    He utilized this email address for

16  14:42:19      Constant Contact but he didn't access the email?

17  14:42:22           A    He didn't have access to the email, no.

18  14:42:25           Q    Only you had access, correct?

19  14:42:27           A    Yes.

20  14:42:27           Q    How much did you pay Adam for the

21  14:42:29      marketing services that he performed?

22  14:42:35           A    Let me remember.  This is what year?  This

23  14:42:38      is during Covid, correct, 2020?

24  14:42:41           Q    I don't know.

25  14:42:42           A    I do know.  What we agreed on was -- I

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

408

1                          S. Abdulrahim Gelardi

2    14:42:51    don't recall exactly, but I told him that, you know,

3    14:42:54    I will allow him to do a little bit of marketing to

4    14:42:59    make some money in, I think it was two to three

5    14:43:02    months and then I was like, You know what, we --

6    14:43:04    business started up again and we started taking

7    14:43:08    clients again, it ended.

8    14:43:12         Q    How much did you pay him?

9    14:43:14         A    I don't recall.  I don't even think I paid

10   14:43:16    him to do the marketing.

11   14:43:18         Q    You owe him money for the work he

12   14:43:20    performed?

13   14:43:20         A    No.  He barely performed anything that's

14   14:43:23    why he didn't get paid.  I think he sent out one

15   14:43:27    email and I didn't like it and that was it.

16   14:43:29         Q    When he sent that email, did you tell him

17   14:43:32    you didn't like it via email?

18   14:43:34         A    Yes.

19   14:43:35              MR. KATAEV:  We will call to the

20   14:43:36         production of that email to the extent it's not

21   14:43:37         produced in the forensic examination.

22   14:43:37                   (Counsel Request.)

23   14:43:38         A    Could be via email, could be phonecall,

24   14:43:40    but I know I expressed I didn't like it.

25   14:43:44         Q    Is it accurate that you had an agreement

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

409

1                        S. Abdulrahim Gelardi

2   14:43:48    with one Giancarlo Simonetti, G-i-a-n-c-a-r-l-o

3   14:43:54    S-i-m-o-n-e-t-t-i, to pay him $20 for every IME he

4   14:44:04    obtained for you to cover?

5   14:44:04          A    I'm sorry.

6   14:44:06          Q    Did you pay Giancarlo $20 for every IME

7   14:44:08    that he got for you to cover?

8   14:44:13          A    Did I pay Giancarlo $20 for every IME that

9   14:44:18    I covered?

10  14:44:19          Q    That IME Companions covered.

11  14:44:22          A    I believe Giancarlo is a Companion.

12  14:44:25          Q    Was he paid $20 for every IME he procured?

13  14:44:29          A    That he covered on his own?

14  14:44:31          Q    That he obtained for IME Companions to

15  14:44:34    cover.

16  14:44:36          A    What do you mean by obtained?

17  14:44:37          Q    Isn't it true that Giancarlo was paid for

18  14:44:40    ever new customer you got for IME Companions?

19  14:44:45          A    Giancarlo was only an IME Companion.

20  14:44:49          Q    Did you pay Adam Rosenblatt any money for

21  14:44:52    obtaining new customers for IME Companions?

22  14:44:55          A    I did not.

23  14:44:56               MR. KATAEV:  47.

24  14:45:11    (Plaintiff's Exhibit 47, Marked for Identification.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

410

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 14:45:26 | BY MR. KATAEV: |
| 3 | 14:46:52 | Q    I have handed to you what has been marked |
| 4 | 14:46:54 | as Plaintiff's Exhibit 47.  I will represent to you |
| 5 | 14:46:56 | it's an email dated March 25, 2018, from you to |
| 6 | 14:46:58 | Giancarlo.  Do you recognize this email? |
| 7 | 14:47:01 | A    I see it. |
| 8 | 14:47:03 | Q    In this email chain, Giancarlo tells you |
| 9 | 14:47:07 | on the same date at 1:56 p.m. that he's confirming |
| 10 | 14:47:13 | your chat with him yesterday, correct? |
| 11 | 14:47:17 | A    Yes. |
| 12 | 14:47:18 | Q    During that chat yesterday, you confirmed |
| 13 | 14:47:20 | that he will get $20 per hour for about four to five |
| 14 | 14:47:26 | hours a week, correct? |
| 15 | 14:47:26 | A    Correct. |
| 16 | 14:47:27 | Q    He will get a $100 referral for |
| 17 | 14:47:30 | casescreening.com, correct? |
| 18 | 14:47:31 | A    Correct. |
| 19 | 14:47:32 | Q    He would also get a $250 referral fee for |
| 20 | 14:47:36 | every IME Companion after the client uses the |
| 21 | 14:47:37 | service five times, correct? |
| 22 | 14:47:39 | A    Correct. |
| 23 | 14:47:41 | Q    Isn't it true that you testified yesterday |
| 24 | 14:47:43 | that you stopped working at Case Screening in August |
| 25 | 14:47:47 | or September of 2017? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

411

1                              S. Abdulrahim Gelardi

2    14:47:51        A    Yes.

3    14:47:52        Q    But this email dated, March 25th of 2018

4    14:47:54    refers to Case Screening as if it's still an active

5    14:48:00    company; can you explain?

6    14:48:02            MR. WARNER:  Objection to form.  You can

7    14:48:02        answer.

8    14:48:03        A    Well, when -- since Giancarlo was going to

9    14:48:05    do my marketing, I had him -- might as well market

10   14:48:08    Case Screening as well since he will be reaching out

11   14:48:12    to attorneys.

12   14:48:13        Q    Who was running Case Screening at the

13   14:48:15    time?

14   14:48:16        A    It was dormant, it was not run.

15   14:48:20        Q    You were advertising a dormant business

16   14:48:23    for the purpose of reviving it?

17   14:48:25        A    Possibly, yes.

18   14:48:26        Q    Did you ever revive Case Screening?

19   14:48:29        A    No.

20   14:48:31        Q    Did you ever pay Giancarlo a $100 referral

21   14:48:33    fee?

22   14:48:35        A    For?

23   14:48:36        Q    For Case Screening.

24   14:48:37        A    No.  We never got clients for Case

25   14:48:39    Screening.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

412

1                          S. Abdulrahim Gelardi

2    14:48:40        Q    When you said that -- when Giancarlo said

3    14:48:43    that he will be doing $20 an hour for four to five

4    14:48:48    hours a week, what type of work was he referring to

5    14:48:51    during those four to five hours every week?

6    14:48:55        A    I believe he was doing LinkedIn.

7    14:48:57        Q    He would be reaching out to prospective

8    14:48:59    customers on LinkedIn?

9    14:49:01        A    Yes.

10   14:49:01        Q    Did you ever reach out to prospective

11   14:49:03    customers on LinkedIn?

12   14:49:05        A    Recently, yes.  Prior, no.

13   14:49:09        Q    In 2018 --

14   14:49:10        A    I might have.  I'm not sure, Mr. Kataev.

15   14:49:12    I might have.

16   14:49:14        Q    In 2018, did Giancarlo use his own

17   14:49:18    personal LinkedIn account to reach out to

18   14:49:21    prospective customers or did you set up an account

19   14:49:24    for him?

20   14:49:24        A    I believe he set it up himself honestly.

21   14:49:29    I don't remember.

22   14:49:30        Q    When Giancarlo set up his LinkedIn

23   14:49:34    account, did he use the name Giancarlo Simonetti?

24   14:49:36        A    I'm sorry, what do you mean by set up his

25   14:49:39    own LinkedIn account?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

413

| | | | |
|---|---|---|---|
| | | | S. Abdulrahim Gelardi |
| 1 | | | |
| 2 | 14:49:40 | Q | In order to set up an account on LinkedIn, |
| 3 | 14:49:43 | you have to provide a name and last name, correct? |
| 4 | 14:49:44 | A | Okay. |
| 5 | 14:49:45 | Q | Did he provide his name and last name? |
| 6 | 14:49:47 | A | For his own LinkedIn? |
| 7 | 14:49:50 | Q | Correct. |
| 8 | 14:49:51 | A | I'm sure he has a LinkedIn. |
| 9 | 14:49:53 | Q | Did he use his LinkedIn account to reach |
| 10 | 14:49:57 | out to prospective customers? |
| 11 | 14:49:59 | A | No.  I don't know. |
| 12 | 14:49:59 | Q | Did you give him access to your LinkedIn |
| 13 | 14:50:02 | to do it? |
| 14 | 14:50:03 | A | I believe he created a LinkedIn for me. |
| 15 | 14:50:05 | Q | What name did he use? |
| 16 | 14:50:07 | A | Safa Gelardi. |
| 17 | 14:50:09 | Q | Do you have access to that account? |
| 18 | 14:50:10 | A | Yes. |
| 19 | 14:50:10 | | MR. KATAEV:  I want you to preserve |
| 20 | 14:50:10 | | everything in that account and we will follow |
| 21 | 14:50:14 | | up for that in writing. |
| 22 | 14:50:16 | | (Counsel Request.) |
| 23 | 14:50:16 | BY MR. KATAEV: |
| 24 | 14:50:17 | Q | You responded to this email the same day a |
| 25 | 14:50:20 | few hours later and said that you agree to these |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

414

|   | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 14:50:25 | terms, correct? |
| 3 | 14:50:26 | A    I don't recall, but if there is an email |
| 4 | 14:50:28 | then, yes. |
| 5 | 14:50:41 | Q    Did Giancarlo perform observer services at |
| 6 | 14:50:45 | IMEs? |
| 7 | 14:50:46 | A    Yes. |
| 8 | 14:50:56 | Q    Let's go to 48, the next exhibit. |
| 9 | | Before we get to this exhibit, |
| 10 | 14:51:06 | Giancarlo also did payroll for you, correct? |
| 11 | 14:51:10 | A    Only for one month. |
| 12 | 14:51:15 | Q    You paid Carlos a referral for every IME |
| 13 | 14:51:18 | obtained after five IMEs were done by a customer, |
| 14 | 14:51:22 | the same way you paid Giancarlo, correct? |
| 15 | 14:51:26 | A    Except Carlos didn't have to wait for the |
| 16 | 14:51:30 | fifth IME. |
| 17 | 14:51:31 | Q    You did the same thing with Adam, correct? |
| 18 | 14:51:33 | A    No. |
| 19 | 14:51:37 | MR. KATAEV:  Let's look at 48. |
| 20 | 14:51:38 | (Plaintiff's Exhibit 48, Marked for Identification.) |
| 21 | 14:51:40 | BY MR. KATAEV: |
| 22 | 14:51:42 | Q    These are images from the IME Companions' |
| 23 | 14:51:46 | website, correct? |
| 24 | 14:51:47 | A    Yes. |
| 25 | 14:51:48 | MR. KATAEV:  This is 49. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

415

| | | S. Abdulrahim Gelardi |

1                     S. Abdulrahim Gelardi

2   14:52:37    (Plaintiff's Exhibit 49, Marked for Identification.)

3   14:52:41    BY MR. KATAEV:

4   14:53:07        Q    I'm going to present to you, Ms. Gelardi,

5   14:53:09    that this is unfortunately a cutoff email between

6   14:53:14    yourself and Nicholas Liakis of Liakis Law dated on

7   14:53:15    or about March 1st, 2022, in which you attach a copy

8   14:53:26    of the complaint from this case, correct?

9   14:53:28        A    Yes.

10  14:53:28        Q    Why did you send a copy of this complaint

11  14:53:32    in this case to Nicholas Liakis?

12  14:53:35        A    Because he -- I asked his professional

13  14:53:40    opinion.  I said, What is this.

14  14:53:43        Q    What did he say to you?

15  14:53:45        A    He said, I have to look at it.

16  14:53:51        Q    I will represent to you that in the email

17  14:53:53    that you sent to Nicholas you wrote in the subject

18  14:53:56    line, Jason, help me.  You could see the subject is

19  14:54:01    cut off but you can see the bottom it says, Jason

20  14:54:04    help me.

21  14:54:06        A    Jason, where does it say that?

22  14:54:08        Q    J-a-s-o-n.

23  14:54:11        A    I don't think so.

24  14:54:13        Q    Is there any individual named Jason that

25  14:54:16    works for Nicholas Liakis?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

416

1                           S. Abdulrahim Gelardi

2    14:54:17          A    No.

3    14:54:18          Q    Does the name Jason Ciccione ring a bell?

4    14:54:19     C-i-c-c-i-o-n-e.

5    14:54:23          A    No.

6    14:54:24          Q    Do you know who that individual is?

7    14:54:26          A    I don't.

8    14:54:29          Q    How about Jason Zemsky?  Z-e-m-s-k-y.

9    14:54:34          A    I know Jason.

10   14:54:35          Q    Is that who you were referring to when you

11   14:54:38     sent this email?

12   14:54:39          A    No.

13   14:54:40               MR. KATAEV:  50.

14   14:54:45     (Plaintiff's Exhibit 50, Marked for Identification.)

15   14:54:45     BY MR. KATAEV:

16   14:55:00          Q    Did you send a copy of this complaint to

17   14:55:02     Zemsky?

18   14:55:05          A    I believe I asked him to look at it as

19   14:55:11     well.

20   14:55:12          Q    What did he say to you and what did you

21   14:55:13     say to him?

22   14:55:14          A    I asked him if he can refer an attorney.

23   14:55:18          Q    Did he recommend an attorney for you?

24   14:55:20          A    Jason, everyone did.

25   14:55:21          Q    Did he recommend Steve Siegler to you?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

417

|    |          |   |                                                        |
|----|----------|---|--------------------------------------------------------|
|    |          |   | S. Abdulrahim Gelardi                                  |
| 1  |          |   |                                                        |
| 2  | 14:55:25 | A | No.  Nick Liakis did.                                  |
| 3  | 14:55:32 | Q | How do you know Jason Zemsky?                          |
| 4  | 14:55:35 | A | He's a client.                                         |
| 5  | 14:55:38 | Q | I have handed to you Exhibit 50, which I               |
| 6  | 14:55:41 |   | will represent to you is an affidavit obtained from    |
| 7  | 14:55:43 |   | one Rebecca Roth.  Do you know who Rebecca Roth is?    |
| 8  | 14:55:49 | A | I don't.                                               |
| 9  | 14:55:51 | Q | If you look at the second page,                        |
| 10 | 14:55:52 |   | paragraph one.  Please read the entire affidavit and   |
| 11 | 14:55:58 |   | let me know when you're done.                          |
| 12 | 14:56:00 | A | Rebecca Roth.                                          |
| 13 | 14:56:06 |   | (Witness perusing document.)                           |
| 14 | 14:56:20 | A | Okay.                                                  |
| 15 | 14:56:22 | Q | If you go to the second page.                          |
| 16 | 14:56:29 | A | Okay.                                                  |
| 17 | 14:56:31 | Q | This is a declaration by one Rebecca Roth              |
| 18 | 14:56:34 |   | executed on November 1st, 2022, correct?              |
| 19 | 14:56:38 | A | Yes.                                                   |
| 20 | 14:56:39 |   | MR. WARNER:  Objection to form.                        |
| 21 | 14:56:42 | Q | Rebecca Roth details in here that on                   |
| 22 | 14:56:45 |   | October 27th, she was approached by Tiffany Uribe,     |
| 23 | 14:56:49 |   | U-r-i-b-e, and Mark Purificati, correct?               |
| 24 | 14:56:58 |   | P-u-r-i-f-i-c-a-t-i.                                   |
| 25 | 14:57:02 |   | MR. WARNER:  Objection to form.  She's                 |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

418

|    |          | S. Abdulrahim Gelardi |
|----|----------|-----------------------|
| 1  |          | S. Abdulrahim Gelardi |
| 2  | 14:57:03 | already told you she doesn't know who Rebecca |
| 3  | 14:57:05 | Roth is.  You're just reading from an |
| 4  | 14:57:08 | affidavit. |
| 5  | 14:57:09 | MR. KATAEV:  I'm asking her to confirm |
| 6  | 14:57:10 | whether Tiffany and Mark are individuals she |
| 7  | 14:57:14 | knows to be employed by Companions. |
| 8  | 14:57:18 | A    Yes. |
| 9  | 14:57:18 | Q    They are? |
| 10 | 14:57:19 | A    Yes. |
| 11 | 14:57:20 | Q    Are you aware that Tiffany and Mark |
| 12 | 14:57:22 | approached Rebecca Roth on this day? |
| 13 | 14:57:25 | A    I'm not. |
| 14 | 14:57:26 | Q    Did you direct Tiffany and Mark to do |
| 15 | 14:57:28 | this? |
| 16 | 14:57:28 | A    I did not. |
| 17 | 14:57:29 | Q    Did you instruct Tiffany and Mark that |
| 18 | 14:57:31 | they are not allowed to approach any employee of IME |
| 19 | 14:57:33 | Watchdog? |
| 20 | 14:57:36 | A    I did not. |
| 21 | 14:57:40 | Q    You are aware of the temporary restraining |
| 22 | 14:57:42 | order forbidding any contact between you, Vito and |
| 23 | 14:57:46 | anyone at Companions with any employee or |
| 24 | 14:57:51 | independent contractor of IME Watchdog, correct? |
| 25 | 14:57:54 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

419

|  |  |
|---|---|
| | S. Abdulrahim Gelardi |
| 1 | |
| 2 | 14:57:55 |
| | Q   I would ask for you to instruct all |
| 3 | 14:57:58 |
| | Companions and anyone else working at your direction |
| 4 | 14:58:01 |
| | not to contact any employees of IME Watchdog or |
| 5 | 14:58:06 |
| | independent contractors. |
| 6 | 14:58:27 |
| | A   Mark Purificati and Tiffany Uribe are both |
| 7 | 14:58:31 |
| | not employees of IME Companions. |
| 8 | 14:58:36 |
| | MR. KATAEV:  No question pending.  Move to |
| 9 | 14:58:41 |
| | strike as nonresponsive. |
| 10 | 14:58:41 |
| | BY MR. KATAEV: |
| 11 | 14:58:46 |
| | Q   Isn't it true that you were actively |
| 12 | 14:58:47 |
| | seeking to investigate IME Watchdog, its employees |
| 13 | 14:58:50 |
| | and agents concerning an alleged smear campaign? |
| 14 | 14:58:55 |
| | MR. WARNER:  When is this? |
| 15 | 14:58:56 |
| | MR. KATAEV:  In general. |
| 16 | 14:58:58 |
| | A   Yes. |
| 17 | 14:58:59 |
| | Q   Was Mark and Tiffany's communications with |
| 18 | 14:59:04 |
| | Rebecca part of that investigation? |
| 19 | 14:59:06 |
| | A   No. |
| 20 | 14:59:11 |
| | MR. KATAEV:  Separately, we are going to |
| 21 | 14:59:13 |
| | call for the production of all communications |
| 22 | 14:59:13 |
| | between Defendants between the witness and |
| 23 | 14:59:15 |
| | Nicholas Liakis, as well as the witness and |
| 24 | 14:59:17 |
| | Jason Zemsky.  We will follow up in writing. |
| 25 | 14:59:24 |
| | (Counsel Request.) |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

420

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |

1                          S. Abdulrahim Gelardi

2   14:59:25              MR. KATAEV:  Let's mark this as 51.

3   14:59:28    (Plaintiff's Exhibit 51, Marked for Identification.)

4   14:59:40              MR. WARNER:  Off the record.

5   14:59:43    (Whereupon, an off-the-record discussion was held.)

6   14:59:54              MR. KATAEV:  I will start off by

7   14:59:55              exercising the right to claw back under

8   14:59:57              Rule 502D, the top portion of this email which

9   15:00:03              is privileged.

10  15:00:19              MR. WARNER:  51, right.

11  15:00:20              MR. KATAEV:  Correct.

12  15:00:21              Are you ready?

13  15:00:21              MR. WARNER:  Yes.

14  15:00:21    BY MR. KATAEV:

15  15:00:22         Q    In the email that starts at the bottom

16  15:00:25    middle of the first page, this shows that on

17  15:00:29    LinkedIn you invited Eli Levi to connect on

18  15:00:34    LinkedIn, correct?

19  15:00:35         A    Looks like that, yes.

20  15:00:35         Q    Did you make this invitation request to

21  15:00:37    Eli Levi?

22  15:00:40         A    Yes.  Probably, yes.

23  15:00:41         Q    Are you aware that you are not supposed to

24  15:00:44    contact Eli Levi pursuant to the temporary

25  15:00:44    restraining order?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

421

1                              S. Abdulrahim Gelardi

2    15:00:47        A    This is prior to the temporary restraining

3    15:00:51    order.

4    15:00:52        Q    This invitation was sent on November 29,

5    15:00:54    2022, correct?

6    15:00:57        A    Okay, yes.

7    15:00:58        Q    We again caution you to --

8    15:01:02        A    I would like to say, it was a mistake

9    15:01:03    because I do it -- I just do the quick clicks and I

10   15:01:07    believe I withdrew that.

11   15:02:24             THE VIDEOGRAPHER:  The time is 3:02 p.m.

12   15:02:25        We are going off the record.

13   15:02:30    (Whereupon, an off-the-record discussion was held.)

14   15:09:05             THE VIDEOGRAPHER:  The time is 3:09 p.m.

15   15:09:08        We are back on the record.

16   15:09:11    (Plaintiff's Exhibit 52, Marked for Identification.)

17   15:09:12    BY MR. KATAEV:

18   15:09:13        Q    Ms. Gelardi, I have presented to you

19   15:09:16    Plaintiff's Exhibit 52, which I represent to you is

20   15:09:21    a screen capture of the IME Companions' website

21   15:09:28    between the dates of August 5, 2018 through

22   15:09:33    August 7, 2022.  Do you recognize the middle portion

23   15:09:36    of this document as something that was on your

24   15:09:39    website?

25   15:09:43        A    It looks familiar.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

422

|   |   |   |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 15:09:44 | Q    These customer reviews, were they not |
| 3 | 15:09:46 | copied and pasted from the IME Watchdog site? |
| 4 | 15:09:52 | A    I don't think I ever had these reviews on |
| 5 | 15:09:55 | my website, Mr. Kataev. |
| 6 | 15:09:58 | Q    Look at the second page, same question. |
| 7 | 15:10:08 | A    What is your question? |
| 8 | 15:10:10 | Q    If you see the second page, it says, |
| 9 | 15:10:13 | IMEWatchdog.com and it's a screen capture from |
| 10 | 15:10:17 | July 12, 2022 through September 25th of 2018; do you |
| 11 | 15:10:19 | see that? |
| 12 | 15:10:21 | A    Yes. |
| 13 | 15:10:22 | Q    If you look at the first page together |
| 14 | 15:10:25 | with the second page -- |
| 15 | 15:10:32 | A    I never had these on my website, |
| 16 | 15:10:34 | Mr. Kataev. |
| 17 | 15:10:47 | Q    I'm done with this exhibit.  Question |
| 18 | 15:10:49 | withdrawn. |
| 19 | 15:10:52 | (Plaintiff's Exhibit 53, Marked for Identification.) |
| 20 | 15:11:20 | BY MR. KATAEV: |
| 21 | 15:11:21 | Q    I have placed before you Plaintiff's |
| 22 | 15:11:24 | Exhibit 53.  I will represent to you it is a |
| 23 | 15:11:32 | June 10, 2018 email from you to Gregory Elefterakis. |
| 24 | 15:11:40 | Do you recognize this email? |
| 25 | 15:11:41 | A    Yes. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

423

1                        S. Abdulrahim Gelardi

2   15:11:42        Q    You wrote this email from an in-person

3   15:11:44   business meeting concerning IME Companions, correct?

4   15:11:47        A    Yes.

5   15:11:48        Q    Why is it that you wanted to have a

6   15:11:50   meeting?

7   15:11:54        A    Why did I want to have a meeting with

8   15:11:57   Greg?

9   15:11:57        Q    Correct.

10  15:11:59        A    Business matters.  We were partners.

11  15:12:03        Q    In this email, generally speaking, you're

12  15:12:04   complaining that Greg, Roman and Anthony are not

13  15:12:08   pulling their weight in the business?

14  15:12:10        A    Correct.

15  15:12:12        Q    Why is it that -- withdrawn.

16  15:12:15             At what point in time did Greg, Roman

17  15:12:17   and Anthony stop assisting you with IME Companions?

18  15:12:23        A    They didn't stop assisting.  What I stated

19  15:12:27   was that it was an unfair workload.

20  15:12:35        Q    What were you looking to achieve from

21  15:12:36   sending this email at a meeting?

22  15:12:40        A    I wanted to -- I wanted to buy their

23  15:12:44   share.

24  15:12:47        Q    Did they agree to do that?

25  15:12:49        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

424

1                          S. Abdulrahim Gelardi

2   15:13:08        Q    In this email, in the middle of the first

3   15:13:10   paragraph you state to them, you state to Greg, We

4   15:13:15   came to you for a partnership with a list of

5   15:13:18   attorneys who currently use the service in hopes of

6   15:13:21   your share of the company would be sales and faster

7   15:13:25   growth; do you see that?

8   15:13:27        A    Yes.

9   15:13:29        Q    In this email, you're referring to the

10  15:13:30   list of attorneys in the 2016 sales by customer

11  15:13:35   summary, correct?

12  15:13:37        A    I don't know.

13  15:13:38        Q    What list of attorneys are you referring

14  15:13:39   to?

15  15:13:41        A    I'm not sure but I know that we never used

16  15:13:43   any of Watchdogs lists.

17  15:13:46        Q    How would you have a list of attorneys who

18  15:13:51   currently used IME Watchdog business?

19  15:13:55        A    Even if we had a list, Mr. Kataev, Greg

20  15:13:58   had a way larger list.

21  15:14:00        Q    In this email you're saying that you came

22  15:14:02   to them for partnership with a list of attorneys,

23  15:14:05   not the other way around, right?

24  15:14:07        A    Either way, we never used a list.

25  15:14:31             MR. KATAEV:  Let's do 54.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

425

1                              S. Abdulrahim Gelardi

2    15:14:33    (Plaintiff's Exhibit 54, Marked for Identification.)

3    15:14:35    BY MR. KATAEV:

4    15:14:53        Q    I have placed in front of you what has

5    15:14:57    been marked as Plaintiff's Exhibit 54.  I will

6    15:15:00    represent to you it's an email from August 10, 2018,

7    15:15:02    again from you to Greg.  Do you recognize this

8    15:15:05    email?

9    15:15:06        A    Yes.

10   15:15:09        Q    You state in this email in the second

11   15:15:10    sentence, I want to also address the issue we spoke

12   15:15:14    last about.  I want you to know that I would never

13   15:15:18    hurt you or your business.  On the contrary, I

14   15:15:20    wanted to work with you and learn from you.  As for

15   15:15:23    the gossip, I got caught in the crossfire; do you

16   15:15:27    see that?

17   15:15:28        A    Yes.

18   15:15:29        Q    What are you referring to there?

19   15:15:30        A    Personal matters that happened in the

20   15:15:31    office.

21   15:15:32        Q    What are the personal matters that

22   15:15:34    happened in the office?

23   15:15:35        A    I don't recall.  It had nothing to do with

24   15:15:37    anything important.

25   15:15:37        Q    Did you have some sort of inappropriate

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

426

1                          S. Abdulrahim Gelardi

2    15:15:40     relationship with Greg?

3    15:15:42          A    Absolutely not.

4    15:15:44          Q    What gossip are you referring to and what

5    15:15:47     do you mean by you got caught in the crossfire?

6    15:15:52          A    Gossip, receiving end.

7    15:15:56          Q    Who were the parties in the crossfire?

8    15:16:02          A    People in the office.

9    15:16:03          Q    In the office of Case Cash?

10   15:16:06          A    Correct.

11   15:16:07          Q    What are the names of the individuals?

12   15:16:10          A    I don't know, Mr. Kataev.  This is just

13   15:16:12     a -- he said/she said girl stuff.

14   15:16:16          Q    You don't remember who it was that you're

15   15:16:31     talking about in the crossfire?

16   15:16:35          A    I don't remember.  I know that -- I don't

17   15:16:37     remember exactly what happened.  It was one of the

18   15:16:39     girls at the office and another guy.  It had nothing

19   15:16:46     to do with any one of us partners.

20   15:16:49          Q    When you refer to one of the girls in the

21   15:16:51     office and another guy, are those individuals that

22   15:16:55     both worked at Case Cash?

23   15:16:57          A    Yes.

24   15:16:58          Q    How many employees are there at Case Cash

25   15:17:01     roundabout?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

427

1                    S. Abdulrahim Gelardi

2    15:17:02        A    I don't know.  Maybe 20.

3    15:17:04        Q    Are these individuals that you sat close

4    15:17:06    to while working there?

5    15:17:09        A    It was an office.

6    15:17:11        Q    Did you have your own private office

7    15:17:13    there?

8    15:17:13        A    No.

9    15:17:14        Q    You worked out of a cubicle?

10   15:17:16        A    No.  Just a bunch of desks.

11   15:17:18        Q    Where were these two individuals in

12   15:17:21    relation to your desk?

13   15:17:24        A    In the office.  Not directly next to me.

14   15:17:41             MR. KATAEV:  Mark this 55.

15   15:17:41    (Plaintiff's Exhibit 55, Marked for Identification.)

16   15:17:45    BY MR. KATAEV:

17   15:18:09        Q    I've placed in front of you what has been

18   15:18:12    marked as Plaintiff's Exhibit 55.

19   15:18:14        A    Yes.

20   15:18:14        Q    I will represent to you it's an email that

21   15:18:17    was sent to you from Carlos regarding Daniella Levi.

22   15:18:21    Do you recall receiving an email like this?

23   15:18:23        A    Yes, I do.

24   15:18:24        Q    Can you explain what led to Carlos sending

25   15:18:27    you this email?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

428

S. Abdulrahim Gelardi

1

2   15:18:33         A    Carlos is probably a bigger snake than

3   15:18:36    Adam.  This is Carlos' personal contribution to

4   15:18:40    IME Companions, which I brushed off Daniella.  This

5   15:18:43    is all him.  I had no desire to know or want to know

6   15:18:49    anything like this.  Mister I have friends in the

7   15:18:51    FBI, check this out.

8   15:19:00              MR. KATAEV:  I have nothing further.

9   15:19:08              MR. WARNER:  Thank you very much.

10  15:19:10              MR. KATAEV:  No, nothing further on that

11  15:19:14        exhibit.

12  15:19:26              MR. WARNER:  On that exhibit, okay.

13  15:19:26              MR. KATAEV:  56.

14  15:19:26    (Plaintiff's Exhibit 56, Marked for Identification.)

15  15:19:28    BY MR. KATAEV:

16  15:20:05         Q    Do you have the exhibit in front of you?

17  15:20:07         A    Yes.

18  15:20:07         Q    I have placed in front of you what has

19  15:20:10    been marked as Plaintiff Exhibit 56.  I will

20  15:20:13    represent it's an email that Adam sent you on

21  15:20:15    August 21, 2019; do you see that?

22  15:20:17         A    Yes.

23  15:20:19         Q    On this date, Adam sent you a list of one,

24  15:20:21    two, three, four, five, six separate law firms

25  15:20:26    together with email addresses to contact at those

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

429

|   |   |   |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 15:20:30 | law firms, correct? |
| 3 | 15:20:31 | A    Yes. |
| 4 | 15:20:31 | Q    He wrote at the bottom, All paid full |
| 5 | 15:20:34 | price, correct? |
| 6 | 15:20:35 | A    Yes. |
| 7 | 15:20:36 | Q    Why did he sent you this email? |
| 8 | 15:20:38 | A    Adam just wanted to be -- he wanted a |
| 9 | 15:20:41 | friend.  He would just send stuff.  He has diarrhea |
| 10 | 15:20:44 | of email.  No one ever asked him for anything. |
| 11 | 15:20:48 | Other people didn't ask him for this.  Adam sends |
| 12 | 15:20:54 | because he thinks that's what people want. |
| 13 | 15:20:59 | Q    When you received these, you use this |
| 14 | 15:21:02 | information, correct? |
| 15 | 15:21:03 | A    I forwarded this information to Carlos |
| 16 | 15:21:05 | because Carlos is another money-hungry Adam, but |
| 17 | 15:21:10 | maybe just speaks better and I forwarded this to |
| 18 | 15:21:12 | him.  I said, Here, you want to make some money, |
| 19 | 15:21:14 | look at dumbass Adam, what he sent me. |
| 20 | 15:21:17 | Q    Whenever Carlos went and obtained any of |
| 21 | 15:21:19 | those customers, IME Companions benefited from it, |
| 22 | 15:21:31 | correct? |
| 23 | 15:21:32 | MR. WARNER:  Objection to form. |
| 24 | 15:21:34 | Q    You can answer. |
| 25 | 15:21:35 | A    Carlos can't do anything on his own. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

430

S. Abdulrahim Gelardi

1

2    15:21:39         Q     Did you benefit from this list?

3    15:21:41         A     Did I benefit from this list?  No, I did

4    15:21:42    not.

5    15:21:43         Q     Did you benefit from any customer that

6    15:21:45    Carlos was able to obtain by the information

7    15:21:47    provided by Adam?

8    15:21:49         A     Carlos was not able to obtain any

9    15:21:52    customers on his own.

10   15:21:52         Q     Did you benefit from --

11   15:21:54         A     I did not.

12   15:21:56         Q     Do you have any documents that prove that

13   15:21:58    the Zelle payments you gave to Adam were for

14   15:22:03    Watchdog interpreters?

15   15:22:05         A     Do I have -- please repeat.

16   15:22:07         Q     Do you have any documents that prove that

17   15:22:08    the Zelle payments you made to Adam were for

18   15:22:11    Watchdog interpreters?

19   15:22:13         A     No, Mr. Kataev.  They were a handful here

20   15:22:21    and there every month.  There was no documentation

21   15:22:24    needed.  It was very easy to keep track of that.

22   15:22:28         Q     Do you have any documents or information

23   15:22:30    to support your claim that you did not steal

24   15:22:33    anything from IME Watchdog?

25   15:22:35         A     Yes.  I do not have.  I'm sorry.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

431

| | | |
|---|---|---|
| 1 | | S. Abdulrahim Gelardi |
| 2 | 15:22:41 | Q    Did you obtain -- looking back at this |
| 3 | 15:22:43 | exhibit, did you obtain Bergman Bergman Goldberg & |
| 4 | 15:22:47 | Fields as a customer of IME Companions? |
| 5 | 15:22:50 | A    Bergman & Bergman was already my client. |
| 6 | 15:22:54 | Q    Did you obtain Rosenberg & Gluck as a |
| 7 | 15:22:58 | customer of IME Companions? |
| 8 | 15:23:00 | MR. WARNER:  Are you saying after this |
| 9 | 15:23:02 | email? |
| 10 | 15:23:02 | MR. KATAEV:  After this email. |
| 11 | 15:23:03 | A    I did not obtain Rosenberg & Gluck after |
| 12 | 15:23:05 | this email. |
| 13 | 15:23:08 | Q    Same question for Siegel & Coonerty, LLP? |
| 14 | 15:23:11 | A    No. |
| 15 | 15:23:13 | Q    Same question for Law Offices of Oren J. |
| 16 | 15:23:13 | Cohen? |
| 17 | 15:23:17 | A    No. |
| 18 | 15:23:17 | Q    Same question for Silver & Kelmachter? |
| 19 | 15:23:20 | K-e-l-m-a-c-h-t-e-r. |
| 20 | 15:23:22 | A    No. |
| 21 | 15:23:23 | Q    Same for question for Zalman Schnurman & |
| 22 | 15:23:23 | Miner? |
| 23 | 15:23:27 | A    No. |
| 24 | 15:23:32 | Q    At no point in time after this email did |
| 25 | 15:23:35 | any of these firms become a customer of IME |

The Little Reporting Company
646.650.5055 | www.littlereporting.com

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

432

1                    S. Abdulrahim Gelardi

2   15:23:39    Companions, correct?

3   15:23:41         A    No.  I do have Bergman & Bergman, I don't

4   15:23:43    recall exactly the date, but this email has nothing

5   15:23:46    to do with it.  This was forwarded to Carlos by me,

6   15:23:52    which Carlos is a nonproducer and I know you guys

7   15:23:55    are so happy with him.  Trust me, I was happy and

8   15:23:59    then he snakes.  You all will be here, trust me.

9   15:24:02    Next couple of years.  I just want her to know.  Not

10  15:24:07    to be too happy.  A snake is a snake.

11  15:24:12              MR. KATAEV:  57.

12  15:24:49    (Plaintiff's Exhibit 57, Marked for Identification.)

13  15:24:54    BY MR. KATAEV:

14  15:25:07         Q    This is a January 8, 2020 email between

15  15:25:14    Mike Rosen and a law firm called Decolator, Cohen

16  15:25:18    and Di Prisco, correct?

17  15:25:22         A    Correct.

18  15:25:23         Q    In this email exchange, Mike Rosen

19  15:25:26    forwards this email to you, correct?

20  15:25:29         A    Yes.  I forwarded it to myself.

21  15:25:32         Q    It was not Adam that did this, it was you?

22  15:25:34         A    Yes.

23  15:25:35              MR. KATAEV:  58.

24  15:25:53    (Plaintiff's Exhibit 58, Marked for Identification.)

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

433

|  |  |
|---|---|
| 1 | S. Abdulrahim Gelardi |
| 2 | 15:25:54 BY MR. KATAEV: |
| 3 | 15:26:19 Q I have presented to you Plaintiff's |
| 4 | 15:26:21 Exhibit 58, which is November 5, 2019 email exchange |
| 5 | 15:26:25 between Mike Rosen and another law firm called |
| 6 | 15:26:28 Georgakalis & Mallas. G-e-o-r-g-a-k-a-l-i-s and |
| 7 | 15:26:35 M-a-l-l-a-s. |
| 8 | 15:26:37 A Yes. |
| 9 | 15:26:37 Q This email exchange with Mike Rosen, that |
| 10 | 15:26:40 was you, correct? |
| 11 | 15:26:43 A Correct. |
| 12 | 15:26:44 Q Adam did not send these emails, correct? |
| 13 | 15:26:46 A Yes. |
| 14 | 15:26:47 Q Why were you using the Mike Rosen email |
| 15 | 15:26:50 address? |
| 16 | 15:26:51 A Because it was set up that way. Although |
| 17 | 15:26:54 he stopped using the Constant Contact, I kind of |
| 18 | 15:26:57 took him off of it, I didn't like what he was doing. |
| 19 | 15:27:01 It was set up that way. I had to cancel it and use |
| 20 | 15:27:05 a new email which I eventually canceled it. It was |
| 21 | 15:27:07 very short-lived. |
| 22 | 15:27:09 Q The Mike Rosen email address is no longer |
| 23 | 15:27:12 active? |
| 24 | 15:27:13 A No. |
| 25 | 15:27:14 Q When did it become deactivated? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

434

                              S. Abdulrahim Gelardi

1

2    15:27:17        A    I don't recall but I can tell you it was

3    15:27:18    maybe a matter of a month, maybe two tops, but yes,

4    15:27:26    it was set up with that email.

5    15:27:32        Q    Couldn't you send the same email from your

6    15:27:34    email address?

7    15:27:38        A    Yes.  I'm sorry, no, because the Constant

8    15:27:42    Contact was set up with the Mike email, as I

9    15:27:46    explained, so I had to forward it to myself.

10   15:27:57        Q    Isn't it true that you used the Mike Rosen

11   15:27:59    email address to give an impression that there was a

12   15:28:01    Jewish individual working at IME Companions?

13   15:28:06        A    No.  Oh, my God.

14   15:28:15        MR. KATAEV:  This is 59.

15   15:28:16    (Plaintiff's Exhibit 59, Marked for Identification.)

16   15:28:20    BY MR. KATAEV:

17   15:28:33        Q    I have placed in front of you what has

18   15:28:36    been marked as Plaintiff's Exhibit 59.  This is a

19   15:28:39    December 3rd, 2019 email sent from Carlos Roa to a

20   15:28:44    law firm, correct?

21   15:28:46        A    Yes.

22   15:28:50        Q    You directed Carlos on what to include and

23   15:28:53    not include in such emails, correct?

24   15:28:56        A    No, I did not.

25   15:29:00        Q    Are you saying that Carlos drafted this

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

435

|  |  | S. Abdulrahim Gelardi |
|--|--|--|
| 1 | | |
| 2 | 15:29:02 | email himself without any input or direction from |
| 3 | 15:29:07 | you? |
| 4 | 15:29:07 | A    Yes. |
| 5 | 15:29:08 | Q    Did you send any similar emails like this? |
| 6 | 15:29:11 | A    Yes, I used this email. |
| 7 | 15:29:14 | Q    You put in here on the third paragraph, We |
| 8 | 15:29:16 | are independently owned, not owned by another law |
| 9 | 15:29:20 | firm or case loan company, correct? |
| 10 | 15:29:22 | A    Yes. |
| 11 | 15:29:23 | Q    Why did you say that and why is there a |
| 12 | 15:29:25 | mention of that? |
| 13 | 15:29:26 | A    This was Carlos' email, Carlos' idea so I |
| 14 | 15:29:31 | think the question is for him. |
| 15 | 15:29:44 | Q    But you used the same email as Carlos did, |
| 16 | 15:29:47 | correct? |
| 17 | 15:29:49 | A    Yes.  It is a true statement so I want to |
| 18 | 15:29:54 | put that on the record. |
| 19 | 15:29:57 | Q    You were previously affiliated with a case |
| 20 | 15:29:59 | loan company, correct? |
| 21 | 15:30:01 | A    Correct. |
| 22 | 15:30:01 | Q    The IME reports that you attach here in |
| 23 | 15:30:05 | this email are copied from IME Watchdog, correct? |
| 24 | 15:30:10 | A    No. |
| 25 | 15:30:10 | MR. KATAEV:  60. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

436

S. Abdulrahim Gelardi

1

2     15:30:20    (Plaintiff's Exhibit 60, Marked for Identification.)

3     15:30:23    BY MR. KATAEV:

4     15:30:35        Q    I have placed in front of you Plaintiff's

5     15:30:36    Exhibit 60, which is a email sent on August 9, 2017

6     15:30:41    from you to Ronald Rosenblatt with an attachment; do

7     15:30:45    you recognize this document?

8     15:30:47        A    I don't.

9     15:30:48        Q    Why did you send Ron Rosenblatt an IME

10    15:30:51    Watchdog report?

11    15:30:54        A    I have no idea.

12    15:30:55        MR. KATAEV:   61.

13    15:33:22    (Plaintiff's Exhibit 61, Marked for Identification.)

14    15:33:22    BY MR. KATAEV:

15    15:33:53        Q    Ms. Gelardi, I have placed in front of you

16    15:33:56    Plaintiff's Exhibit 61, which is an email exchange

17    15:33:59    dated December 14, 2018 between yourself, Nicholas

18    15:34:02    Elefterakis, Michael Elefterakis and John

19    15:34:08    Elefterakis, correct?

20    15:34:09        A    Yes.

21    15:34:12        Q    You state in here that it was great

22    15:34:14    meeting with them today, being December 14, 2018,

23    15:34:18    correct?

24    15:34:20        A    Yes.

25    15:34:21        Q    You met with them at the Law Office of

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

437

| | S. Abdulrahim Gelardi |
|---|---|
| 1 | |
| 2 | 15:34:24    Elefterakis, Elefterakis & Panek on this date, |
| 3 | 15:34:27    correct? |
| 4 | 15:34:29         A    Yes. |
| 5 | 15:34:30         Q    What did you discuss at this meeting with |
| 6 | 15:34:36    Nicholas Elefterakis? |
| 7 | 15:34:37         A    We discussed -- we discussed for them to |
| 8 | 15:34:43    use our attorney service business where we can run |
| 9 | 15:34:46    their calendar the way we run Subin's calendar. |
| 10 | 15:34:54         Q    Did you secure their business? |
| 11 | 15:34:55         A    No. |
| 12 | 15:34:58         Q    Did there come a later point in time where |
| 13 | 15:35:00    you were able to do so? |
| 14 | 15:35:02         A    No. |
| 15 | 15:35:25              MR. WARNER:  I'm sorry, off the record. |
| 16 | 15:35:27    (Whereupon, an off-the-record discussion was held.) |
| 17 | 15:36:02              MR. KATAEV:  62. |
| 18 | 15:36:02    (Plaintiff's Exhibit 62, Marked for Identification.) |
| 19 | 15:36:03    BY MR. KATAEV: |
| 20 | 15:36:11         Q    Ms. Gelardi, I have placed in front of you |
| 21 | 15:36:12    what has been marked as Plaintiff's Exhibit 62.  I |
| 22 | 15:36:17    will represent to you that this is an email exchange |
| 23 | 15:36:19    originally between Adam to you and then you |
| 24 | 15:36:23    forwarded it to Mr. Roa; do you recognize this |
| 25 | 15:36:26    email? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

438

1                    S. Abdulrahim Gelardi

2   15:36:26        A    Yes.

3   15:36:27        Q    In this email, Adam Rosenblatt attaches an

4   15:36:30   IME Watchdog report with the subject, New template,

5   15:36:33   correct?

6   15:36:35        A    I don't know.

7   15:36:38        Q    Look at the first page from Adam to Safa,

8   15:36:41   subject, New template, and at the top there is an

9   15:36:43   attachment, Vivian Levia.

10  15:36:48        A    Okay.

11  15:36:49        Q    Do you understand that Adam sent you this

12  15:36:50   attachment, correct?

13  15:36:52        A    Yes.

14  15:36:53        Q    He writes here in the body of the message,

15  15:36:55   They have to write better reports and they need to

16  15:37:00   not dress like vagrants; do you see that?

17  15:37:03        A    Yes.

18  15:37:03        Q    Who is Adam referring to, to your

19  15:37:05   knowledge?

20  15:37:07        A    To my knowledge, Adam thinks nobody in the

21  15:37:10   world can do this better than him and he constantly

22  15:37:14   gave my his, as you see, everything -- he volunteers

23  15:37:21   everything.

24  15:37:24        Q    Who are the vagrants that he's referring

25  15:37:26   to?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

439

|   |   |   |
|---|---|---|
| 1 |          | S. Abdulrahim Gelardi |
| 2 | 15:37:26 |        A     The vagrants he's referring to are the |
| 3 | 15:37:29 | Companions. |
| 4 | 15:37:30 |        Q     He's not referring to the Watchdogs as |
| 5 | 15:37:32 | vagrants? |
| 6 | 15:37:32 |        A     No.  He's referring to the Companions. |
| 7 | 15:37:37 |        Q     Whatever Adam purportedly volunteered to |
| 8 | 15:37:42 | you, you used it, correct? |
| 9 | 15:37:44 |        A     I forwarded it to Carlos because I was |
| 10 | 15:37:46 | doing sales, he was running the operations. |
| 11 | 15:37:52 |        Q     You forwarded it to Carlos even though you |
| 12 | 15:37:55 | knew it was confidential, correct? |
| 13 | 15:37:59 |              MR. WARNER:  Objection to form.  You can |
| 14 | 15:37:59 |              answer. |
| 15 | 15:38:00 |        A     I forwarded the email to Carlos because of |
| 16 | 15:38:02 | what it said so he can speak to the Companions and |
| 17 | 15:38:05 | find out if they are actually dressed like vagrants |
| 18 | 15:38:08 | and in response to that -- I will leave it like |
| 19 | 15:38:12 | that. |
| 20 | 15:38:13 |        Q     Please finish your answer. |
| 21 | 15:38:14 |        A     Carlos came back with a response to the |
| 22 | 15:38:19 | Watchdogs and how they look.  This is just Adam with |
| 23 | 15:38:23 | his volunteer stuff. |
| 24 | 15:38:25 |        Q     You didn't ask Adam? |
| 25 | 15:38:28 |        A     Absolutely not. |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

440

1                          S. Abdulrahim Gelardi

2  15:38:28        Q    You never asked Adam for anything?

3  15:38:30        A    I never asked Adam for any of these

4  15:38:32     emails.  I may have asked him for a report once.

5  15:38:38              MR. KATAEV:  Let's mark this 63.

6  15:38:39     (Plaintiff's Exhibit 63, Marked for Identification.)

7  15:39:03     BY MR. KATAEV:

8  15:39:05        Q    Before we get into this exhibit, any

9  15:39:08     information that you did receive from Adam that you

10 15:39:10     forwarded to Carlos, you expected Carlos to use that

11 15:39:14     information, correct?

12 15:39:16        A    I sent it to him.  He was also -- I sent

13 15:39:20     it to Carlos because he constantly asked for leads

14 15:39:24     as well.

15 15:39:25        Q    You wanted Carlos to use the information,

16 15:39:27     correct?

17 15:39:28        A    I forwarded it to Carlos.

18 15:39:30        Q    Yes or no?

19 15:39:31        A    Is the question?

20 15:39:32        Q    You wanted Carlos to use the information

21 15:39:34     obtained from Adam, correct?

22 15:39:39        A    Did I want him to?  It was helping.

23 15:39:43        Q    It helped to generate and improve the

24 15:39:45     Companions business?

25 15:39:46        A    He never generated anything.  He sucks.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

441

S. Abdulrahim Gelardi

1

2   15:39:50        Q    It helped to improve the Companions

3   15:39:52        business, correct?

4   15:39:52        A    It never improved the Companions business.

5   15:39:55        Q    Let's go to Plaintiff's Exhibit 63.   I

6   15:40:01        will represent to you this is a text message

7   15:40:03        exchange between yourself and Carlos; do you

8   15:40:05        recognize this?

9   15:40:07        A    I don't recognize it but I see it.

10  15:40:10        Q    To the right, Carlos is asking you if

11  15:40:12        there is any more leads, correct?

12  15:40:14        A    Yes.

13  15:40:14        Q    You responded with a phone number and

14  15:40:17        information about who to contact at which law firm,

15  15:40:21        correct?

16  15:40:21        A    Yes.

17  15:40:22        Q    You did that because Adam gave you that

18  15:40:24        information, correct?

19  15:40:25        A    Yes.

20  15:40:26        Q    On the second page is full photo of the

21  15:40:29        screen shot that you sent to Carlos, correct?

22  15:40:33        A    Yes.

23  15:40:34        Q    You obtained that screen shot from Adam,

24  15:40:36        correct?

25  15:40:37        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

442

|   |   | S. Abdulrahim Gelardi |
|---|---|---|
| 1 |  | S. Abdulrahim Gelardi |
| 2 | 15:40:37 | MR. KATAEV:  64. |
| 3 | 15:41:18 | (Plaintiff's Exhibit 64, Marked for Identification.) |
| 4 | 15:41:21 | BY MR. KATAEV: |
| 5 | 15:41:29 | Q    I have placed in front of you, |
| 6 | 15:41:30 | Ms. Gelardi, Plaintiff's Exhibit 64, which is a |
| 7 | 15:41:38 | Supplemental Reply Declaration of Adam Rosenblatt in |
| 8 | 15:41:44 | Further Support of a Motion that was filed in |
| 9 | 15:41:47 | April of 2022 after the Show Cause Hearing; do you |
| 10 | 15:41:50 | recall reviewing this declaration? |
| 11 | 15:41:52 | A    Yes. |
| 12 | 15:41:59 | Q    I will refer to paragraphs and ask you |
| 13 | 15:42:00 | questions about them.  Go to the bottom of page two, |
| 14 | 15:42:18 | paragraph ten.  Adam swears under penalty of perjury |
| 15 | 15:42:26 | that his father Ronald introduced him to you in 2016 |
| 16 | 15:42:32 | and that you proposed to finance an IME business for |
| 17 | 15:42:35 | him; is that true? |
| 18 | 15:42:38 | A    No. |
| 19 | 15:42:48 | Q    On page three, paragraph 12, Adam swears |
| 20 | 15:42:52 | under penalty of perjury that you gave $5,000 for |
| 21 | 15:42:55 | all of the IME Watchdog confidential and proprietary |
| 22 | 15:42:59 | business and financial information; is that true? |
| 23 | 15:43:02 | A    No. |
| 24 | 15:43:21 | Q    Paragraph 15, Adam swears under penalty of |
| 25 | 15:43:26 | perjury that you kept coming back to him for more |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

443

1                    S. Abdulrahim Gelardi

2   15:43:29    and he says that he was blackmailed and you made

3   15:43:32    more demands; do you deny that?

4   15:43:34        A    Completely.

5   15:43:35        Q    He says that sometimes instead of

6   15:43:37    blackmail, you paid him in cash and then Zelle

7   15:43:41    payments after you gave birth; do you deny that?

8   15:43:45        A    Yes.

9   15:43:45            MR. KATAEV:  We are up to 65.

10  15:44:12    (Plaintiff's Exhibit 65, Marked for Identification.)

11  15:44:13    BY MR. KATAEV:

12  15:44:37        Q    I have placed in front of you Plaintiff's

13  15:44:44    Exhibit 65, which I will represent to you are screen

14  15:44:47    shots of comments made to a post on your Facebook

15  15:44:51    profile and a sort of conversation between yourself

16  15:44:55    and an individual named Jason Paris.  Do you

17  15:44:58    recognize this exchange?

18  15:44:59        A    Yes.

19  15:45:00        Q    Jason Paris is a personal injury attorney,

20  15:45:02    correct?

21  15:45:03        A    Yes.

22  15:45:04        Q    Was Jason Paris ever a customer of

23  15:45:08    Companions?

24  15:45:08        A    No.

25  15:45:09        Q    Did you attempt to solicit Jason Paris'

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

444

| | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 15:45:10 | business at any point in time? |
| 3 | 15:45:11 | A   No. |
| 4 | 15:45:12 | Q   Has Jason Paris ever had any prior contact |
| 5 | 15:45:19 | with you? |
| 6 | 15:45:19 | A   No. |
| 7 | 15:45:22 | Q   In response to Jason Paris' comment, you |
| 8 | 15:45:28 | responded to him and made certain statements, |
| 9 | 15:45:36 | correct? |
| 10 | 15:45:37 | A   Yes. |
| 11 | 15:45:37 | Q   On the third page when Jason asks you why |
| 12 | 15:45:54 | you pled the Fifth, you told him it was bad advice, |
| 13 | 15:45:58 | correct? |
| 14 | 15:45:59 | A   Correct. |
| 15 | 15:46:00 | Q   You said that you did not want to plead |
| 16 | 15:46:01 | the Fifth, correct? |
| 17 | 15:46:03 | A   Yes. |
| 18 | 15:46:04 | Q   Why did you not want to plead the Fifth? |
| 19 | 15:46:07 | A   I didn't think I did anything wrong. |
| 20 | 15:46:16 | Q   Generally speaking on your Facebook |
| 21 | 15:46:17 | account, your personal Facebook account, did you |
| 22 | 15:46:20 | maintain friendships or connections to personal |
| 23 | 15:46:23 | injury attorneys, correct? |
| 24 | 15:46:25 | A   Yes. |
| 25 | 15:46:34 | Q   Other than the items that we have gone |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

445

|   | | S. Abdulrahim Gelardi |
|---|---|---|
| 1 | | |
| 2 | 15:46:36 | over today, did Adam Rosenblatt provide you with any |
| 3 | 15:46:40 | other information or documents relating to IME |
| 4 | 15:46:42 | Watchdog? |
| 5 | 15:46:43 | MR. WARNER:  Objection to form. |
| 6 | 15:46:43 | A    Not that I know of. |
| 7 | 15:46:45 | Q    Isn't it true that you pulled a |
| 8 | 15:46:47 | bait-and-switch with Adam where you initially |
| 9 | 15:46:49 | offered him a sweetheart deal and then walked back |
| 10 | 15:46:53 | on your offer? |
| 11 | 15:46:54 | A    No. |
| 12 | 15:46:55 | Q    Isn't it true that Greg told you not to |
| 13 | 15:47:04 | the use the company name IME Guarddog? |
| 14 | 15:47:08 | A    No. |
| 15 | 15:47:08 | Q    IME Companions is the first business you |
| 16 | 15:47:12 | ever formed, correct? |
| 17 | 15:47:14 | A    Correct. |
| 18 | 15:47:23 | Q    You currently do not rent or lease or own |
| 19 | 15:47:26 | any property from which you operate IME Companions, |
| 20 | 15:47:30 | correct? |
| 21 | 15:47:31 | A    Correct.  I'm sorry, that's not correct. |
| 22 | 15:47:37 | Q    What -- where do you operate? |
| 23 | 15:47:40 | A    I operate from my home. |
| 24 | 15:47:42 | Q    Other than your home nowhere else, right? |
| 25 | 15:47:47 | You understood my question? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

446

1                        S. Abdulrahim Gelardi

2    15:47:49        A    Not really.  I understood it afterwards.

3    15:47:55        Q    Do you have any insurance policies

4    15:47:56    associated with your business, IME Companions?

5    15:47:59        A    No.

6    15:48:01        Q    Do you have general liability coverage?

7    15:48:03        A    No.

8    15:48:04        Q    Do you have any business liability

9    15:48:05    coverage?

10   15:48:05        A    No.

11   15:48:06        Q    Do you have any umbrella coverage?

12   15:48:08        A    No.

13   15:48:08        Q    Do you have a business checking account?

14   15:48:10        A    Yes.

15   15:48:10        Q    You bank with Chase, correct?

16   15:48:12        A    Yes.

17   15:48:12        Q    Do you have any business credit card?

18   15:48:15        A    Yes.

19   15:48:15        Q    Do you have any business loans?

20   15:48:17        A    Yes.

21   15:48:18        Q    Do you have a business line of credit?

22   15:48:20        A    Yes.

23   15:48:21        Q    All of those are with IME Companions,

24   15:48:23    correct?

25   15:48:24        A    Yes.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

447

1                     S. Abdulrahim Gelardi

2   15:48:24      Q    All of your Companions are paid as

3   15:48:43      independent contractors, correct?

4   15:48:44      A    Yes.

5   15:48:45      Q    Most of your Companions exclusively work

6   15:48:50      for you, correct?

7   15:48:51      A    Correct, as far as I know.

8   15:48:56      Q    How do you pay the Companions?

9   15:48:59      A    I pay them through Paychex.

10  15:49:09      Q    You issue 1099s to these individuals,

11  15:49:12      correct?

12  15:49:13      A    Correct.

13  15:49:13      Q    Do you ever pay them through Zelle?

14  15:49:18      A    Sometimes.

15  15:49:19      Q    Did you ever pay them through Venmo?

16  15:49:22      A    I don't think I've ever used Venmo.

17  15:49:24      Q    Did you ever pay them with cash?

18  15:49:26      A    Never cash.

19  15:49:28      Q    How come?

20  15:49:29      A    It's not a cash business.

21  15:49:32      Q    You file income tax returns for

22  15:49:35      Companions?

23  15:49:36      A    Yes.

24  15:49:37      Q    Other than Five Pillars and the other CPA

25  15:49:41      you identified, there is no other accountant that

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

448

| | | | |
|---|---|---|---|
| 1 | | | S. Abdulrahim Gelardi |
| 2 | 15:49:44 | | prepared returns for Companions? |
| 3 | 15:49:46 | A | Yes. |
| 4 | 15:49:55 | Q | Are you familiar with the acronym NYSTLA? |
| 5 | 15:49:59 | A | Yes. |
| 6 | 15:50:00 | Q | What does it stand for? |
| 7 | 15:50:01 | A | New York State Trial Lawyer Association. |
| 8 | 15:50:04 | Q | When did you first become aware of it? |
| 9 | 15:50:09 | A | I became aware of it from Greg from the |
| 10 | 15:50:14 | | very beginning. |
| 11 | 15:50:18 | Q | Do you have any connections to NYSTLA? |
| 12 | 15:50:26 | | MR. WARNER:  I'm sorry, do you or did |
| 13 | 15:50:26 | | Greg? |
| 14 | 15:50:26 | | BY MR. KATAEV: |
| 15 | 15:50:26 | Q | Do you have any connections to NYSTLA? |
| 16 | 15:50:29 | A | Yes. |
| 17 | 15:50:29 | Q | Are you a partner for justice for NYSTLA? |
| 18 | 15:50:32 | A | Yes. |
| 19 | 15:50:33 | Q | What does the term partner for justice |
| 20 | 15:50:36 | | mean to you? |
| 21 | 15:50:39 | A | I think it's self explanatory, no? |
| 22 | 15:50:45 | Q | Can you explain in your own words? |
| 23 | 15:50:47 | A | Yes.  A partner for justice is a bunch of |
| 24 | 15:50:50 | | vendors, companies working with an organization that |
| 25 | 15:50:55 | | provides services for plaintiffs in injury claims |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

449

1                    S. Abdulrahim Gelardi

2  15:51:02    for attorneys.

3  15:51:07        Q    What items do you consider are trade

4  15:51:09    secrets owned by Companions?

5  15:51:12        A    There are no trade secrets for Companions.

6  15:51:14        Q    Does IME Companions have a nondisclosure

7  15:51:18    agreement that requires its employees and

8  15:51:19    independent contractors or agents to sign?

9  15:51:23        A    A nondisclosure agreement?

10 15:51:26        Q    Yes, or a confidentiality agreement.

11 15:51:29        A    I believe Carlos created something in the

12 15:51:30    past.  I don't recall if it's a nondisclosure or

13 15:51:34    confidential.  He used it for his previous

14 15:51:39    businesses and handed it over.

15 15:51:40        Q    Is that something that you use?

16 15:51:43        A    I did use initially when he first

17 15:51:46    presented it.

18 15:51:47        Q    You no longer use it?

19 15:51:49        A    I don't.

20 15:51:50        Q    What was the reason you had such an

21 15:51:53    agreement in place?

22 15:51:54        A    Carlos recommended it.

23 15:51:57        Q    What documents did you provide Gregory

24 15:51:59    Elefterakis before you and him went into a business

25 15:52:03    venture together?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

450

S. Abdulrahim Gelardi

1

2    15:52:07        A     All I showed Greg was those two invoices.

3    15:52:19        Q     Fair to say that any time you met with

4    15:52:21    Bridda or Pollak, you also met with Greg?

5    15:52:25        A     No.

6    15:52:26        Q     What was Pollak's role when he worked with

7    15:52:28    you at Companions?

8    15:52:32        A     Pollak's role he would do invoicing, he

9    15:52:35    would do administrative stuff, send emails, you

10   15:52:40    know, reach out to attorneys via email, things like

11   15:52:45    that.

12   15:52:46        Q     What about Bridda?

13   15:52:47        A     Bridda also initially started editing

14   15:52:50    reports, creating documents, reaching out to

15   15:52:54    attorneys.

16   15:52:58        Q     Other than those tasks that you identified

17   15:52:59    for Bridda and Pollak, did they do anything else?

18   15:53:02        A     No.

19   15:53:03        Q     What about Greg, what was his role?

20   15:53:07        A     He was MIA.

21   15:53:10        Q     He didn't play any active role?

22   15:53:12        A     Greg actually -- I'm going to take that

23   15:53:16    back.  Greg initially took me physically to multiple

24   15:53:17    meetings.  He would call attorneys, he would set up

25   15:53:22    the meetings, we would go together to meet with his

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

451

|     |          |                                                          |
|-----|----------|----------------------------------------------------------|
|     |          | S. Abdulrahim Gelardi                                    |
| 1   |          |                                                          |
| 2   | 15:53:26 | clients.                                                 |
| 3   | 15:53:26 | Q    You testified at your Show Cause Hearing            |
| 4   | 15:53:29 | that Nicholas Elefterakis trained you, correct?          |
| 5   | 15:53:31 | A    I did not.  Nicholas Elefterakis never              |
| 6   | 15:53:35 | trained me.                                              |
| 7   | 15:53:38 | Q    You're denying that Nicholas Elefterakis            |
| 8   | 15:53:39 | ever trained you in any way, shape or form?              |
| 9   | 15:53:43 | A    Yes.                                                |
| 10  | 15:53:44 | Q    Does Nick still use IME Companions for his          |
| 11  | 15:53:47 | law firm, Elefterakis, Elefterakis & Panek?             |
| 12  | 15:53:51 | A    No.                                                 |
| 13  | 15:53:51 | Q    When did he stop using Companions?                 |
| 14  | 15:53:58 | A    I don't recall.  I want to say 2021.  I'm           |
| 15  | 15:54:05 | not sure about that.                                     |
| 16  | 15:54:07 | Q    Why did he stop using Companions?                  |
| 17  | 15:54:10 | A    Maybe he got a better offer from Guards.            |
| 18  | 15:54:14 | Q    You don't know?                                     |
| 19  | 15:54:15 | A    I don't.                                             |
| 20  | 15:54:16 | Q    You don't know whether he's using someone           |
| 21  | 15:54:18 | else?                                                    |
| 22  | 15:54:18 | A    I know he's using Guards.                            |
| 23  | 15:54:20 | Q    How do you know that?                               |
| 24  | 15:54:23 | A    Anthony, who perished, from Elefterakis             |
| 25  | 15:54:26 | told me that.                                            |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

452

1                            S. Abdulrahim Gelardi

2   15:54:36          Q    When you were asked at your Show Cause

3   15:54:38      Hearing, which I'm referencing on the screen,

4   15:54:41      pages 92 to 93, you were asked, How did you learn

5   15:54:45      this business?  You said, You know, Nick

6   15:54:47      Elefterakis, Nick Liakis, Greg Elefterakis and other

7   15:54:50      clients as well prepped me.  In the beginning it was

8   15:54:52      just the nephews.  They taught me everything.  They

9   15:54:57      sent me case law.  They said they wanted the

10  15:54:59      advocates to do the exams, what to block, what

11  15:55:03      questions not to block, how to present ourselves,

12  15:55:05      what they wanted us to wear, even as far as

13  15:55:07      professional business attire so we were coached by

14  15:55:11      the attorney on how to use the service and how they

15  15:55:14      wanted the service to benefit them; do you see that

16  15:55:14      testimony?

17  15:55:17          A    Yes, I do.

18  15:55:17          Q    Are you now saying that what you said at

19  15:55:20      the Show Cause Hearing was not true with respect to

20  15:55:23      Nick Elefterakis?

21  15:55:24          A    I never meant to add Nick Elefterakis into

22  15:55:28      that.  Nick Elefterakis, I rarely had any

23  15:55:32      interactions with Nick Elefterakis.

24  15:55:33          Q    Between the date of the Show Cause Hearing

25  15:55:34      and today's date, did you speak with Nick

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

453

1                          S. Abdulrahim Gelardi

2    15:55:37    Elefterakis?

3    15:55:40          A    Speak to, no.

4    15:55:42          Q    Did you speak between the Show Cause

5    15:55:44    Hearing and today's date did you speak to Nick

6    15:55:46    Elefterakis' counsel?

7    15:55:48          A    No.

8    15:55:49          Q    Between the Show Cause Hearing and today's

9    15:55:52    date, did you speak with an individual named Gennaro

10   15:55:54    Savastano?

11   15:55:56          A    No.

12   15:56:03          Q    Between the Show Cause Hearing and today's

13   15:56:04    date, did you speak with anyone on behalf of Nick

14   15:56:07    Elefterakis?

15   15:56:08          A    No.

16   15:56:12          Q    With respect to Nicholas Liakis, how did

17   15:56:17    he go about training you?

18   15:56:20          A    I don't know if you want to call it

19   15:56:21    training.  It was an informational conference call.

20   15:56:27          Q    What did he say to you and what did you

21   15:56:28    say to him?

22   15:56:29          A    It was conference call between him, I and

23   15:56:33    Roman.  We sat in a conference room and at that

24   15:56:35    point, Greg had introduced that he was starting the

25   15:56:40    business so he wanted to -- he wanted us to know

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

454

1                       S. Abdulrahim Gelardi

2   15:56:47    what was important to him if we would represent his

3   15:56:51    clients.

4   15:56:54        Q    That's the extent of him training you?

5   15:56:57        A    Yes.

6   15:56:58        Q    He didn't send you any case law, did he?

7   15:57:02        A    He did send us case law.

8   15:57:04        Q    He sent that via email?

9   15:57:06        A    Correct.

10  15:57:07        MR. KATAEV:  We will call for the

11  15:57:08        production of any emails between you and

12  15:57:10        Liakis, which I believe were already called for

13  15:57:13        before and we will follow up in writing.

14  15:57:14                (Counsel Request.)

15  15:57:14    BY MR. KATAEV:

16  15:57:14        Q    Did Liakis tell you what questions he

17  15:57:17    wanted you to block?

18  15:57:18        A    Yes.

19  15:57:20        Q    Did Nicholas Elefterakis provide any

20  15:57:22    funding for IME Companions?

21  15:57:26        A    No.

22  15:57:27        Q    Did Nick Liakis providing any funding for

23  15:57:31    IME Companions?

24  15:57:31        A    No.

25  15:57:32        Q    Is Nicholas Elefterakis still using IME

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

455

1                        S. Abdulrahim Gelardi

2    15:57:34      Companions?

3    15:57:34           A    No.

4    15:57:35           Q    Did he use IME Companions before?

5    15:57:37           A    Yes.

6    15:57:38           Q    When did he stop?

7    15:57:40           A    He stopped the day that Daniella Levi

8    15:57:43      added him as a defendant.

9    15:57:44           Q    Did you exchange text messages with

10   15:57:44      Gregory Elefterakis?

11   15:57:51           A    When?

12   15:57:52           Q    At any point in time from April 2017 until

13   15:57:59      the present?

14   15:58:01           A    Yes.

15   15:58:01           Q    And you discussed the IME Companions with

16   15:58:06      him by text message?

17   15:58:08           A    No.  I believe they were all in person.

18   15:58:11           Q    When you were served with this lawsuit,

19   15:58:14      did you speak to Gregory Elefterakis about this

20   15:58:17      lawsuit?

21   15:58:18           A    Yes.

22   15:58:18           Q    What did you two discuss?

23   15:58:22           A    I'm sorry, when I first was served, no.

24   15:58:26           Q    After you were served, did you ever speak

25   15:58:29      with Gregory Elefterakis about this lawsuit?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

456

S. Abdulrahim Gelardi

| | | | |
|--|--|--|--|
| 1 | | | |

2   15:58:32        A    No.  I spoke to Greg when he was added as

3   15:58:35    a defendant.

4   15:58:36        Q    What did you two discuss at that time?

5   15:58:38        A    We didn't discuss anything.  I just gave

6   15:58:40    him a courtesy call and stated to him that, Hey,

7   15:58:45    just a heads up, this is what's going on.

8   15:58:47        Q    To your knowledge, has Gregory

9   15:58:49    Elefterakis' counsel been in contact with your

10  15:58:51    counsel?

11  15:58:52        A    No.

12  15:58:58        Q    Did you discuss -- withdrawn.

13  15:59:00            Did you have any conversations with

14  15:59:02    Roman Pollak about this lawsuit after March 1st,

15  15:59:05    2022?

16  15:59:06        A    Yes.

17  15:59:08        Q    Other than asking for an attorney, what

18  15:59:11    else did you discuss?

19  15:59:13        A    Just for Roman Pollak?

20  15:59:15        Q    Correct.

21  15:59:16        A    Just a heads up letting him know what was

22  15:59:19    going on.

23  15:59:20        Q    There was an initial phonecall in

24  15:59:21    March 2022 asking him for help and there was a

25  15:59:24    subsequent call letting him know that became a

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

457

1                      S. Abdulrahim Gelardi

2    15:59:28      defendant, correct?

3    15:59:29          A    I never called Roman March 1st, 2022.

4    15:59:29      Where did you get that from?

5    15:59:30          Q    I'm asking you.

6    15:59:31          A    No, I did not.

7    15:59:33          Q    After March 1st, 2022, did you contact him

8    15:59:36      about being served with a lawsuit?

9    15:59:39          A    I only contacted Roman after he was added

10   15:59:42      as a defendant.

11   15:59:44          Q    What did Roman say to you when you

12   15:59:46      notified?

13   15:59:47          A    Nothing.  He said, I don't know what's

14   15:59:50      going on and he asked me if I spoke to Greg.  I said

15   15:59:53      I let Greg know as well.

16   15:59:55          Q    What did Greg say to you when you informed

17   15:59:59      him about the fact he was added as a defendant?

18   15:59:59          A    It was all confusing, no information, just

19   16:00:02      a heads up.

20   16:00:10          Q    Did you have any further conversations

21   16:00:11      with either Greg or Roman?

22   16:00:14          A    Just updated information.  Nick was

23   16:00:19      removed, Nick was -- whatever it is.  Just very

24   16:00:22      minimal communication.  Just courtesy heads up.

25   16:00:29          Q    Based on the information you received from

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

458

| | | S. Abdulrahim Gelardi |
|---|---|---|

1

2    16:00:31    Adam over the course of the years between 2017

3    16:00:34    through 2022, you knew who to call to offer IME

4    16:00:42    observer services, correct?

5    16:00:44          MR. WARNER:  Objection.

6    16:00:44      A    No.

7    16:00:45      Q    Based on the information that Adam

8    16:00:47    provided you over the years, you knew what price to

9    16:00:50    offer to customers, correct?

10    16:00:51          MR. WARNER:  Objection.

11    16:00:51      A    No.

12    16:00:52      Q    Based on the information provided over the

13    16:00:54    years by Adam, you knew how to pay Watchdogs or

14    16:00:57    Companions, correct?

15    16:00:59          MR. WARNER:  Objection.

16    16:00:59      A    No.

17    16:01:00      Q    Based on the information provided by Adam

18    16:01:02    over the years, you knew how to bill, correct?

19    16:01:05          MR. WARNER:  Objection.

20    16:01:06      A    No.

21    16:01:06      Q    Based on the information provided by Adam

22    16:01:09    over the years, you knew how to draft reports?

23    16:01:12          MR. WARNER:  Objection.

24    16:01:12      A    No.

25    16:01:14      Q    Based on the information provided by Adam

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

459

1                           S. Abdulrahim Gelardi

2    16:01:14    over the years, you knew how to instruct your

3    16:01:19    Companions on how to do their work, correct?

4    16:01:21           MR. WARNER:  Objection.

5    16:01:22    A    No.

6    16:01:24    Q    Adam sold you everything you needed to

7    16:01:26    duplicate the IME Watchdog business, correct?

8    16:01:29           MR. WARNER:  Objection.

9    16:01:30    A    Adam gave me nothing to start the IME

10   16:01:33    business.  I started the IME business with Greg.

11   16:01:35    All the information was just email diarrhea, that's

12   16:01:41    all it was.  He didn't teach me how to run the

13   16:01:44    business, do the business, anything of the sort.  He

14   16:01:46    gave me nothing to start the business.

15   16:01:51    Q    You knew based on the information provided

16   16:01:52    by Adam over the years, that Subin Associates and

17   16:01:56    Elefterakis, Elefterakis & Panek were the top two

18   16:01:59    customers of IME Watchdog, correct?

19   16:02:02           MR. WARNER:  Objection to form.

20   16:02:02    A    No.

21   16:02:03    Q    You knew based on the information provided

22   16:02:05    by Adam that those two customers combined were good

23   16:02:09    for approximately 150 IMEs a month, correct?

24   16:02:15           MR. WARNER:  Objection to form.

25   16:02:15    A    No.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

460

1                        S. Abdulrahim Gelardi

2   16:02:17        Q    Having those two customers for yourself

3   16:02:20   would help you get your business off the ground,

4   16:02:22   correct?

5   16:02:23            MR. WARNER:  Objection to form.

6   16:02:23        A    No.

7   16:02:24        Q    Isn't it true that you instructed Adam

8   16:02:29   Rosenblatt to purposely sabotage client

9   16:02:30   relationships with IME Watchdogs so you can call and

10  16:02:34   get them?

11  16:02:35            MR. WARNER:  Objection to form.

12  16:02:35        A    No.

13  16:02:36        Q    Isn't it true that you would tell Carlos

14  16:02:38   that certain customers were vulnerable so he can

15  16:02:40   quickly get them?

16  16:02:42            MR. WARNER:  Objection to form.

17  16:02:43        A    No.

18  16:02:47        Q    Isn't it true that you told Adam

19  16:02:49   Rosenblatt not to accept last-minute independent

20  16:02:51   medical exams?

21  16:02:53            MR. WARNER:  Objection to form.

22  16:02:54        A    No.

23  16:02:56        Q    Isn't it true that Adam helped you cover

24  16:02:59   last-minute IMEs?

25  16:03:02        A    Adam referred his independent Watchdog

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

461

1                         S. Abdulrahim Gelardi

2   16:03:06    interpreters.

3   16:03:06         Q    Isn't it true that you told Adam to submit

4   16:03:11    reports late so that you could get customers by

5   16:03:13    saying that you submit reports on time?

6   16:03:16         MR. WARNER:  Objection to form.

7   16:03:16         A    No.

8   16:03:16         Q    Isn't it true that you told Adam he should

9   16:03:19    overbill so that you can obtain customers and not

10  16:03:23    overbill them?

11  16:03:24         MR. WARNER:  Objection to form.

12  16:03:25         A    No.

13  16:03:26         Q    When you wanted to purchase the domain

14  16:03:27    name, IME Companions, you realized that that name

15  16:03:30    was already taken, correct?

16  16:03:32         A    No.

17  16:03:34         Q    You contacted Adam and demanded that he

18  16:03:36    give you the domain name IMECompanions.com, correct?

19  16:03:41         A    No.

20  16:03:41         Q    You offered him $2,500 for the domain name

21  16:03:45    IME Companions, correct?

22  16:03:47         A    Absolutely untrue.

23  16:03:50         Q    You threatened Adam that he could go to

24  16:03:52    jail for selling the confidential and proprietary

25  16:03:56    trade secrets he sold to you, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

462

S. Abdulrahim Gelardi

1

2    16:03:58        A    No.

3    16:03:59        Q    You informed Adam that Daniella Levi would

4    16:03:59    fire him when she found out that he worked with you,

5    16:04:06    correct?

6    16:04:07        A    No.

7    16:04:44        Q    You testified on page 19 of your Show

8    16:04:47    Cause Hearing that -- on the Show Cause Hearing date

9    16:05:01    on pages 19 through 20 of the transcript, your

10   16:05:05    attorney stated the following in open court.  He

11   16:05:12    says, "it," but he's referring to the domain name.

12   16:05:14            The domain name was purchased by

13   16:05:14    Mr. Rosenblatt because he was upset, sorry, Adam

14   16:05:20    Rosenblatt, because he was upset.  It's our client's

15   16:05:21    company name minus an S, so he knew we were

16   16:05:25    IME Companions and you will hear, the evidence will

17   16:05:27    show, Safa called for a law firm they were typing in

18   16:05:30    the wrong, they were leaving off the S and the

19   16:05:33    client was going to Watchdogs and the client was

20   16:05:34    asking Ms. Gelardi what's going on, I keep trying to

21   16:05:37    book an appointment with you but it keeps going to

22   16:05:40    Watchdog.  That's when we found out about this other

23   16:05:43    domain.  It's called Cybersquad.  There was no

24   16:05:44    legitimate business purpose for her to open a

25   16:05:44    website.  I don't believe it was Ms. Levi, I believe

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

463

|   |   |   |
|---|---|---|
| | | S. Abdulrahim Gelardi |
| 1 | | |
| 2 | 16:05:44 | it was Mr. Rosenblatt.  Safa did talk to him about |
| 3 | 16:05:52 | that.  She may have threatened him, but she didn't |
| 4 | 16:05:55 | pay.  There was no money in that.  She may have |
| 5 | 16:05:58 | said, look, release my domain and I believe he did |
| 6 | 16:05:59 | very shortly.  There was no money exchanged for |
| 7 | 16:06:04 | that. |
| 8 | 16:06:04 | Do you see that? |
| 9 | 16:06:05 | A    Correct, but I believe Mr. Siegler |
| 10 | 16:06:05 | wasn't -- not 100 percent correct in his statement. |
| 11 | 16:06:10 | Q    Did you or did you not threaten Adam to |
| 12 | 16:06:14 | give up the domain name? |
| 13 | 16:06:17 | A    IME Companions was already established. |
| 14 | 16:06:19 | Adam, what he did was buy IME Companion. |
| 15 | 16:06:26 | IME Companions was already established and running. |
| 16 | 16:06:31 | Q    You also enlisted Ronald Rosenblatt to |
| 17 | 16:06:34 | help you by demanding that he instruct Adam to |
| 18 | 16:06:37 | comply with your requests or else you would not |
| 19 | 16:06:39 | finance your business partnership with Ronald, |
| 20 | 16:06:42 | correct? |
| 21 | 16:06:43 | A    Oh my God, no. |
| 22 | 16:07:04 | Q    You testified on April 4, 2022 at the Show |
| 23 | 16:07:09 | Cause Hearing on page 42 of the transcript that you |
| 24 | 16:07:14 | threatened Adam once and that was to release his |
| 25 | 16:07:16 | domain, you never threatened him after that? |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

464

S. Abdulrahim Gelardi

1

2  16:07:20              MR. WARNER:  Release my domain, not his

3  16:07:23         domain, my domain.

4  16:07:25    BY MR. KATAEV:

5  16:07:26         Q    Is that testimony true?

6  16:07:27         A    Yes.

7  16:07:28         Q    What is it that you threatened him with?

8  16:07:32         A    I just threatened him to release the

9  16:07:33    domain now.  He's playing games.  I started

10  16:07:35   IME Companions, he bought IME Companion, and then he

11  16:07:41   routed it to IME Watchdog so I told him, You better

12  16:07:45   release it.

13  16:07:47         Q    What was the threat for -- withdrawn.

14  16:07:51              What exactly did you threaten him

15  16:07:52   with when you threatened him?

16  16:07:56         A    I just threatened him to release it.

17  16:07:58         Q    You said to him, If you don't release than

18  16:08:01   what?

19  16:08:01         A    I didn't give a specific threat.  I said,

20  16:08:04   You better release it now.  There was no or.

21  16:08:10         Q    You made a general unqualified threat?

22  16:08:12         A    I made a general threat that he better

23  16:08:14   stop playing games and release it.

24  16:08:18         Q    And it worked?

25  16:08:19         A    He's afraid of his own shadow.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

465

1                          S. Abdulrahim Gelardi

2   16:08:22        Q    Isn't it true that you texted Adam

3   16:08:26   multiple times a day with questions about how to

4   16:08:28   handle day-to-day issues that popped up for IME

5   16:08:30   Companions?

6   16:08:30        A    I asked Adam question.  I had not texted

7   16:08:33   him on a daily basis to ask him -- no.

8   16:08:44             MR. WARNER:  How much time do you have

9   16:08:44        more?

10  16:08:47             MR. KATAEV:  I don't have a lot more.

11  16:08:48             MR. WARNER:  We are a half an hour past

12  16:08:50        your deadline.

13  16:08:51             MR. KATAEV:  I'm going to finish shortly.

14  16:08:52        There is nothing here.

15  16:08:59             MR. WARNER:  Okay.

16  16:08:59   BY MR. KATAEV:

17  16:09:16        Q    Fair to say, isn't it, that you derived a

18  16:09:18   significant financial benefit from the information

19  16:09:21   obtained from IME Watchdog, correct?

20  16:09:24        A    Repeat that, Mr. Kataev.

21  16:09:26             MR. KATAEV:  Read it back, please.

22  16:09:26   (Whereupon, the referred to question was read back

23  16:09:26             by the court reporter.)

24  16:09:46        A    I derived nothing from IME Watchdog.  No

25  16:09:50   benefit from any information that Adam sent.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

466

1                          S. Abdulrahim Gelardi

2    16:09:58        Q    Other than this group, do you belong in

3    16:10:02    any other trade or business organizations related to

4    16:10:05    IME Companions?

5    16:10:05        A    Currently?

6    16:10:07        Q    Yes.

7    16:10:08        A    I believe the New Jersey -- I forgot the

8    16:10:14    name of it.

9    16:10:17        Q    Can you provide any evidence or documents

10   16:10:18    or do you have any evidence or document that

11   16:10:21    supports your defense against the allegations in the

12   16:10:22    complaint?

13   16:10:24            MR. WARNER:  Objection to form.

14   16:10:27        A    I do.

15   16:10:28        Q    What are those documents?

16   16:10:30        A    Do I need to respond?

17   16:10:35            MR. WARNER:  As best you can.  Objection

18   16:10:36        to form.

19   16:10:37        A    I don't know.  I have to look.  I know I

20   16:10:38    have my own defense and I know I did nothing wrong.

21   16:10:43            MR. KATAEV:  To the extent that you have

22   16:10:44        any documents that support your defense, we

23   16:10:46        will call for the production of all such

24   16:10:48        documents.

25   16:10:49                (Counsel Request.)

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

467

1          S. Abdulrahim Gelardi

2    16:10:49    BY MR. KATAEV:

3    16:10:50         Q    Can you think of one example of one type

4    16:10:52    of document that would support your defense?

5    16:10:55              MR. WARNER:  Objection to form.  Calls for

6    16:10:56         a legal conclusion.  You can answer.

7    16:10:58         A    I will answer that.  In regards, for

8    16:11:02    example, to the franchise, Adam reached out to Tom,

9    16:11:05    Tom spoke to Adam, they already agreed he was going

10   16:11:09    to buy a franchise.  None of this is a lie.

11   16:11:13         Q    So the fact that Adam reached out to

12   16:11:16    someone about a franchise somehow supports your

13   16:11:18    defense that you didn't steal this information?

14   16:11:21              MR. WARNER:  Objection to form.  What

15   16:11:23         information?

16   16:11:24         Q    The information obtained from IME

17   16:11:26    Watchdog.

18   16:11:27         A    All the information from IME Watchdog was

19   16:11:30    voluntarily sent with no request.

20   16:11:36         Q    Do you have any process to protect your

21   16:11:46    confidential information at IME Companions?

22   16:11:49              MR. WARNER:  Objection to form.

23   16:11:50         A    Confidential information like what,

24   16:11:52    Mr. Kataev?

25   16:11:53         Q    Your customer information.

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

468

1                          S. Abdulrahim Gelardi

2   16:11:56        A    Do I have anything?

3   16:11:58        Q    Do you have any way of protecting that

4   16:12:00    information and what do you do to protect it?

5   16:12:03        A    I don't do anything to protect it.

6   16:12:12            MR. KATAEV:  Give me a quick break.  I

7   16:12:13    will confirm if I have any last questions.

8   16:12:16            MR. WARNER:  Sure.

9   16:12:18            THE VIDEOGRAPHER:  The time is 4:12 p.m.

10  16:12:22    We are going off the record.

11  16:12:26    (Whereupon, an off-the-record discussion was held.)

12  16:14:38            THE VIDEOGRAPHER:  The time is 4:14 p.m.

13  16:14:46    We are back on the record.

14  16:14:50    BY MR. KATAEV:

15  16:14:51        Q    Ms. Gelardi, it's your testimony today and

16  16:14:53    yesterday that Adam Rosenblatt largely voluntarily

17  16:14:56    provided you all the information that you obtained,

18  16:14:59    correct?

19  16:15:00        A    Yes.

20  16:15:00        Q    But notwithstanding the fact that you

21  16:15:03    voluntarily -- that Adam voluntarily provided it to

22  16:15:06    you, you nonetheless used that information, correct?

23  16:15:09        A    I did not use it.

24  16:15:11        Q    You sent it to Carlos to use that

25  16:15:12    information, correct?

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

469

| | | | |
|---|---|---|---|
| | | | S. Abdulrahim Gelardi |
| 1 | | | |
| 2 | 16:15:14 | A | I forwarded information. |
| 3 | 16:15:16 | Q | You otherwise researched the information |
| 4 | 16:15:18 | | that Adam sent you, correct? |
| 5 | 16:15:20 | A | No. |
| 6 | 16:15:25 | Q | You also sent that information to other |
| 7 | 16:15:27 | | individuals such as your accountant, correct? |
| 8 | 16:15:33 | A | Again, I sent it to my accountant to see |
| 9 | 16:15:36 | | if he's ever come across a business like this. |
| 10 | 16:15:40 | | MR. KATAEV:  Move to strike as |
| 11 | 16:15:41 | | nonresponsive. |
| 12 | 16:15:42 | Q | You sent it to your accountant, correct? |
| 13 | 16:15:44 | A | Yes. |
| 14 | 16:15:44 | Q | You also sent it to Roman Pollak, correct? |
| 15 | 16:15:47 | A | Correct. |
| 16 | 16:15:49 | Q | If one of your employees -- |
| 17 | 16:16:00 | A | I don't have any employees. |
| 18 | 16:16:02 | Q | Withdrawn. |
| 19 | 16:16:02 | | If one of the individuals that |
| 20 | 16:16:04 | | performed services for IME Companions took your |
| 21 | 16:16:07 | | customer information and other confidential |
| 22 | 16:16:09 | | information such as your profit and loss statement |
| 23 | 16:16:10 | | and other similar information and gave it to a |
| 24 | 16:16:14 | | competing company, how would you feel about that? |
| 25 | 16:16:18 | | MR. WARNER:  Objection to form.  You can |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

470

1                    S. Abdulrahim Gelardi

2    16:16:19        answer.

3    16:16:20        A    I would be angry and I would fire them.

4    16:16:31        Q    And would you do anything with respect to

5    16:16:34    the company that received that information?

6    16:16:38            MR. WARNER:  Objection to form.

7    16:16:40        A    Answer?

8    16:16:41            MR. WARNER:  If you can.

9    16:16:41        A    I don't believe I would.

10   16:16:44            MR. KATAEV:  Okay, Ms. Gelardi, thank you

11   16:16:45        for your time today and yesterday.  I have no

12   16:16:48        further questions.

13   16:16:49            MR. WARNER:  Thank you very much.

14   16:17:00            MR. SHALIT:  We are going renotice

15   16:17:02        pursuant to my agreement with Mr. Warner.

16   16:17:09            THE VIDEOGRAPHER:  This concluded today's

17   16:17:10        deposition of Safa Abdulrahim Gelardi.  The

18   16:17:11        time is 4:17 p.m.  We are off the record.

19   16:17:17

20   16:17:17              (Time noted: 4:17 p.m.)

21                  _____

22           Subscribed and sworn to before me this _____ day

23           of _____ 2023.

24           _____, Notary Public.

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

471

1                        S. Abdulrahim Gelardi

2                            I N D E X

3

4          WITNESS

5          SAFA ABDULRAHIM GELARDI

6

7          COUNSEL REQUESTS                            PAGE

8          Timeline history for 9/29/17         314
           Preserve Google Drive foler          329
9          Observer records                     347
           Ishmael communications               351
10         Communications                       352
           IMEs paid by Adam                    354
11         Email from Omar                      361
           Records for 800 toll-free number     379
12         Grasshopper records                  380
           Records for three three email providers 381
13         Documents concerning email marketing 382
           Franchise company documents          393
14         Text messages                        396
           Email                                408
15         LinkedIn account                     413
           Communications                       419
16         Emails with Liakis                   454
           Documents to support defense         466

17

18                          E X H I B I T S

19

           PLAINTIFF'S           DESCRIPTION          PAGE
20

21         Exhibit 30            Website/Online       279
                                 Proposal
22         Exhibit 31            Profit & Loss        281
           Exhibit 32            Invoice              293
23         Exhibit 33            Email August 19,     304
                                 2017
24         Exhibit 34            Email September 20,  307
                                 2017
25         Exhibit 35            Email September 29,  309
                                 2017
                                 2017

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

472

1          S. Abdulrahim Gelardi

2

3          E X H I B I T S (Continued)

4

PLAINTIFF'S          DESCRIPTION          PAGE

5

| | | | |
|---|---|---|---|
| 6 | Exhibit 36 | Email September 25, 2017 | 317 |
| 7 | Exhibit 37 | Email October 3, 2017 | 322 |
| 8 | Exhibit 38 | Email October 5, 2017 | 327 |
| 9 | Exhibit 39 | Email October 31, 2017 | 352 |
| 10 | Exhibit 40 | Email February 8, 2018 | 361 |
| 11 | Exhibit 41 | Email October 11, 2021 | 397 |
| 12 | Exhibit 42 | Email October 28, 2019 | 398 |
| 13 | Exhibit 43 | Email April 25, 2018 | 401 |
| 14 | Exhibit 44 | Email May 21, 2018 | 402 |
| | Exhibit 45 | Email May 30, 2018 | 403 |
| 15 | Exhibit 46 | Mike Rosen email | 404 |
| | Exhibit 47 | Email March 25, 2018 | 409 |
| 16 | | | |
| | Exhibit 48 | IME Companions' website images | 414 |
| 17 | | | |
| | Exhibit 49 | Email March 1, 2022 | 415 |
| 18 | Exhibit 50 | Rebecca Roth Affidavit | 416 |
| 19 | Exhibit 51 | Eli Levi LinkedIn invite | 420 |
| 20 | Exhibit 52 | IME Companions' screen capture | 421 |
| 21 | Exhibit 53 | Email June 10, 2018 | 422 |
| | Exhibit 54 | Email August 10, 2018 | 425 |
| 22 | | | |
| | Exhibit 55 | Email from Carlos | 427 |
| 23 | Exhibit 56 | Email August 21, 2019 | 428 |
| 24 | Exhibit 57 | Email January 8, 2020 | 432 |
| 25 | Exhibit 58 | Email November 5, 2019 | 432 |

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

473

1              S. Abdulrahim Gelardi

2

3            E X H I B I T S (Continued)

4
       PLAINTIFF'S           DESCRIPTION           PAGE
5

6       Exhibit 59      Email December 3,      434
                        2019
7       Exhibit 60      Email August 9,        436
                        2017
8       Exhibit 61      Email December 14,     436
                        2018
9       Exhibit 62      New template email     437
        Exhibit 63      Text message           440
10                      exchange
        Exhibit 64      Supplemental Reply     442
11                      Declaration
        Exhibit 65      Screen shots on        443
12                      Facebook

13

14      Attorney Kataev has retained all exhibits.

15

16

17

18

19

20

21

22

23

24

25

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

474

C E R T I F I C A T I O N

I, RUTHAYN SHALOM, a Court Reporter
and Notary Public within and for the State
of New York, do hereby certify:

That the witness whose deposition
is hereinbefore set forth, was duly sworn
by me, and that the within transcript is a
true record of the testimony given by such
witness.

I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto
set my hand this 13th day of February, 2023.

*Ruthayn Shalom*

RUTHAYN SHALOM

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

475

ERRATA SHEET


NAME OF CASE: IME WATCHDOG v SAFA GELARDI et al.
DATE OF DEPOSITION: February 3, 2023
NAME OF DEPONENT: Safa Abdulrahim Gelardi
PAGE  LINE(S)          CHANGE              REASON
____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

                        _____
                        SAFA ABDULRAHIM GELARDI

Subscribed and sworn to before me
this _____ day of _____, 2023
_____, Notary Public.


            _____

            MY COMMISSION EXPIRES:

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi   ---   February 3, 2023

476

| A | | | |
|---|---|---|---|
| **a.m** 258:13 276:25 355:24 400:5 | 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1 460:1 461:1 462:1 463:1 464:1 465:1 466:1 467:1 468:1 469:1 470:1 470:17 471:1,5 472:1 473:1 475:5 475:18 | 385:14 406:9,10 407:16,17,18 413:12,17 **accompanies** 379:21 **account** 373:5,9 382:2 384:22 412:17,18,23,25 413:2,9,17,20 444:21,21 446:13 471:15 **accountant** 277:18 280:16 287:10,21 360:14 447:25 469:7,8,12 **accountants** 393:20 **accounting** 404:16 **accounts** 381:19 382:5,10 **accurate** 287:14 316:21,23 408:25 **achieve** 305:20 423:20 **acronym** 448:4 **act** 371:6 **action** 474:13 **active** 411:4 433:23 450:21 **actively** 419:11 **actor** 265:23 **actual** 356:5 381:19 389:17 **ad** 381:21,23 382:2,5 **Adam** 277:11 278:10 | 303:10 305:13,16 305:18 306:13 307:8,11 308:22 325:14,16 332:2,5 338:19 339:15 341:6,20 343:5 345:7 351:11,16 354:9 355:3 358:14 359:21 362:16 365:8 367:7 371:14 371:23 372:19 373:16,16,23 374:9 374:21 375:9,11,21 375:24 376:16,19 376:25 377:6 383:18,25 384:8,12 385:10,19,20,24 386:3,20 387:4,20 387:20 388:23 389:11,16,20 390:2 390:8,9,19,21,22 391:4,9,11,22,25 392:16,17 393:18 393:23 394:6,21 395:5,8,19,22 396:2 396:9,14,22,25 397:21 398:5,14,16 398:20 399:19 400:17 403:19 405:6,8,12,17,23 406:4 407:4,20 409:20 414:17 428:3,20,23 429:8 |
| **Abdulrahim** 258:7 258:17 259:14 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1,3 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 | **ability** 268:14 **able** 309:24 314:8 341:5 377:16,17 405:22 430:6,8 437:13 **above-mentioned** 258:18 **Absolutely** 426:3 439:25 461:22 **accept** 460:19 **access** 324:3 329:16 373:4,9 384:13 | 280:5 282:7 285:4 285:11 286:14,21 289:3,10,14,14,18 290:7,11,13,16,23 291:2,15 292:2,17 292:25 293:7,17,19 294:3,11,22 295:10 296:22 297:4,16,17 298:3,5,7,9,15,23 298:25 299:5,9,15 299:20 300:16 301:13,15,17 302:5 | 429:11,16,19 430:7 430:13,17 432:21 433:12 437:23 438:3,7,11,18,20 439:7,22,24 440:2,3 440:9,21 441:17,23 442:7,14,19,24 445:2,8 458:2,7,13 458:17,21,25 459:6 459:9,16,22 460:7 460:18,23,25 461:3 461:8,17,23 462:3 |

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 221 of 253 PageID #: 3342
IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi   ---   February 3, 2023

477

462:13 463:11,14
463:17,24 465:2,6
465:25 467:8,9,11
468:16,21 469:4
471:10
**Adam's** 305:12 307:5
337:20,21,23
359:20,24 385:9
387:13 395:2
**adamant** 282:7
**add** 452:21
**added** 281:9 455:8
456:2 457:9,17
**addition** 263:13
265:8
**additional** 262:17
265:24 266:15
270:4,16 272:8,8
274:16 346:3
357:12
**additions** 332:19
**address** 261:5 274:13
335:14 336:4,11,14
336:17,25 337:2
405:2,3,16,25 406:5
406:11 407:5,9,12
407:13,15 425:11
433:15,22 434:6,11
**addressed** 359:9
**addresses** 428:25
**adjourned** 272:21
276:22
**administrative** 450:9
**admit** 280:4,10,19,23
281:2
**admitting** 281:2,3
**advertise** 381:10,12
**advertising** 381:17
411:15
**advice** 348:17 349:5
349:21 444:12
**advocate** 299:18,22
302:11
**advocates** 452:10
**affidavit** 417:6,10

418:4 472:18
**affiliated** 435:19
**afraid** 368:24 374:18
389:5,24 390:14
464:25
**afternoon** 271:16
367:18 368:3
**against-** 258:5
**agents** 302:4 419:13
449:8
**ago** 288:9,10 312:19
**agree** 274:11 275:25
282:14,19 285:14
323:23 339:7
413:25 423:24
**agreeable** 273:13
275:23,23
**agreed** 260:2,7,11
264:8 267:16,17
269:4 270:15 282:9
282:12,18 407:25
467:9
**agreement** 272:19
392:14 408:25
449:7,9,10,21
470:15
**ahead** 267:14 272:23
319:18
**al** 475:4
**Alex** 355:20,25
356:19 362:17,21
362:25 364:20
365:2,11,15 366:3
367:4,7
**allegations** 466:11
**alleged** 419:13
**allow** 264:17 269:12
408:3
**allowed** 418:18
**Amley** 263:6
**amount** 304:21
340:24
**amounts** 265:4
**analysis** 323:20 324:8
**and/or** 300:11 402:17

**angry** 470:3
**animated** 402:22
**animation** 337:13,17
337:18 338:11,13
**answer** 269:12 278:3
280:8,22 281:22
283:13,17 285:25
287:20 288:3 292:7
294:10 295:6
296:12,24 297:6,9
297:23 298:2 301:2
302:23,24 305:22
306:5 310:17
311:12 312:7 315:2
334:9 346:25
347:21,24 348:19
348:24 349:2,12,16
350:24 366:21
368:5 411:7 429:24
439:14,20 467:6,7
470:2,7
**answered** 287:17,19
310:24 344:19
387:7
**answers** 301:22
326:17 328:2 340:5
**Anthony** 258:8 315:9
326:21 332:8
333:16 335:7
336:11 423:12,17
451:24
**anticipated** 391:25
**anymore** 290:15
**apart** 357:19
**apologize** 282:3
284:22
**appeared** 298:21
**appears** 376:24
**application** 262:16
264:16,20 268:13
268:22 275:13,19
276:3 313:15,19,22
**appointment** 462:21
**appointments** 363:23
**approach** 418:18

**approached** 417:22
418:12
**appropriate** 272:5
**approval** 285:22
286:8,10,11 402:23
**approximately**
265:17,18 267:16
276:25 291:10
399:14 459:23
**April** 277:13 285:3
290:21 291:11
293:25 347:21
391:5 397:2 401:15
442:9 455:12
463:22 472:13
**areas** 313:17 395:6
**argue** 264:17
**ascertain** 314:16
341:23 342:14
343:5
**Aside** 353:20
**asked** 265:10,12
275:22 282:17
285:20 289:15
290:10,11 297:3,15
301:18 310:8,10
319:6,8 326:13
347:17 349:17
356:8,10 364:25
366:22 377:6
395:23 415:12
416:18,22 429:10
440:2,3,4,13 452:2
452:4 457:14 465:6
**asking** 266:14,16
281:4 285:9 316:14
317:19 336:21
374:13 418:5
441:10 456:17,24
457:5 462:20
**asks** 444:11
**assess** 324:9
**assisted** 350:16
**assisting** 423:17,18
**associated** 446:4

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

478

**Associates** 259:7 353:20 354:2 362:21,25 366:3 367:4,8 459:16
**Association** 448:7
**assume** 278:6
**assuming** 267:6 269:12 297:9
**attach** 309:11 415:7 435:22
**attached** 309:15 327:7 356:5 357:12 362:15
**attaches** 438:3
**attachment** 295:20 295:23 296:6,9,10 357:17,18,20 358:18 362:9 363:4 436:6 438:9,12
**attachments** 309:18 362:6
**attempt** 443:25
**attends** 342:15
**attention** 273:6 275:18 311:23 338:23 401:11
**attire** 452:13
**attorney** 347:22,23 347:24,25 348:9,11 348:14,21,25 349:4 349:5,8 416:22,23 437:8 443:19 452:14 456:17 462:10 473:14
**attorney/client** 401:7
**attorneys** 259:3,12 259:18 260:3 299:21 365:13 411:11 424:5,10,13 424:17,22 444:23 449:2 450:10,15,24
**audio** 368:17 374:3
**August** 304:6 410:24 421:21,22 425:6 428:21 436:5

471:23 472:21,23 473:7
**automatic** 396:24
**automatically** 314:5
**availability** 356:10
**available** 263:9 306:22,23,25 307:5
**Avenue** 258:11 259:4 335:3 336:4,11,14 336:16,24,25
**avoid** 262:18 266:9 275:13,19
**aware** 302:16 314:4 418:11,21 420:23 448:8,9

**B**

**B** 261:2 367:19 471:18 472:3 473:3
**B-a-c-h-e-r** 398:6
**B-a-e-z** 362:11
**B-r-i-d-d-a** 315:9
**Bacher** 398:6,9,12
**back** 267:17,25 268:4 268:11,24 269:15 269:18 271:13,14 272:24 273:14 274:10,23 276:11 279:20,21 281:24 281:25 282:4 285:6 285:7 286:3,4 287:6 292:10 300:23 305:24 306:2,8,9 308:17 323:15,16 333:2,3,5 334:11 335:23 336:10 346:22 350:5,7 352:15,16 357:7 358:24,25 366:24 367:25 368:3,5,7 373:24 374:4,19 388:13,21 394:4 401:8 402:3,3,4 420:7 421:15 431:2 439:21 442:25

445:9 450:23 465:21,22 468:13
**bad** 273:9,11 444:12
**badly** 386:5
**Baez** 362:10,10
**bait-and-switch** 445:8
**bank** 318:25 319:3 373:9 384:14 385:5 385:9,14,15 387:4 387:10,12 446:15
**Banking** 263:6
**barely** 408:13
**based** 263:10 270:12 297:16 358:10,11 358:13,15 363:10 391:10 457:25 458:7,12,17,21,25 459:15,21
**basis** 299:22 342:22 343:24 465:7
**Bates-stamped** 357:24
**Beeman** 400:9
**beginning** 388:17 448:10 452:7
**behalf** 453:13
**believe** 272:16 284:13 287:15 290:2 304:13 314:23 315:13 319:7 330:3,25 338:21 339:24 340:2 344:19 350:12 351:7,16 364:15 365:9,15,21 377:20 379:18 391:11 393:16 395:23 398:13 400:22 404:16 409:11 412:6,20 413:14 416:18 421:10 449:11 454:12 455:17 462:25,25 463:5,9

466:7 470:9
**bell** 416:3
**belong** 466:2
**bend** 273:25
**benefit** 430:2,3,5,10 452:15 465:18,25
**benefited** 429:21
**benefits** 337:14 338:11
**Bergman** 431:3,3,5,5 432:3,3
**best** 346:9 347:2 368:15 399:22 466:17
**better** 337:15 429:17 438:15,21 451:17 464:11,20,22
**big** 376:3 403:25 404:4,7
**bigger** 428:2
**bill** 345:11 458:18
**billed** 345:23 346:2
**birth** 443:7
**bit** 408:3
**biweekly** 377:20
**black** 338:8
**blackmail** 443:6
**blackmailed** 443:2
**block** 452:10,11 454:17
**blood** 474:14
**body** 308:5 309:14 362:19 438:14
**bonus** 369:18 371:2
**book** 462:21
**booked** 354:22
**boss** 294:6
**bottom** 357:24 415:19 420:15 429:4 442:13
**bought** 464:10
**brand** 306:16 330:16
**break** 267:7 274:4,4 367:11 468:6
**breakdown** 279:14

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 3, 2023

479

279:16,17,24
282:17
**breaks** 263:20,21,23
274:2,3
**Bridda** 258:8 315:9
336:6 450:4,12,13
450:17
**briefly** 320:24 321:12
**bring** 267:17,25
268:10 271:12,14
273:5,14 274:23
275:17 369:12
**bringing** 268:24
**brochure** 331:10
**brother** 360:17,21
361:8
**brought** 268:3
**brushed** 428:4
**build** 304:14,17
306:7 337:25
**built** 328:20
**bunch** 427:10 448:23
**burdensome** 276:10
**business** 280:5,20
281:20 282:8 284:3
284:5 285:3,10,22
286:9,17 287:16,19
288:14 289:19
290:15,22 291:2,17
291:23,23,25
292:25 293:6,17,19
294:3,22 295:10,11
297:5,10,18 298:6
298:23 299:5,8,11
299:14,18,19,22,22
299:25 300:2
304:18 306:17,18
306:21 308:15
309:25 310:12
312:9,13 319:13
320:19,22,25
321:13,25 322:5
324:10 325:22
326:7 330:15,23
334:17,19,19,23

337:25 343:2 364:7
364:12,13,17
372:15 375:22
376:6 381:19
383:20 384:4
386:19 389:13
391:4,17 392:10,11
392:12 396:15
397:19 408:6
411:15 423:3,10,13
424:18 425:13
437:8,10 440:24
441:3,4 442:16,22
444:2 445:15 446:4
446:8,13,17,19,21
447:20 449:24
452:5,13 453:25
459:7,10,10,13,13
459:14 460:3
462:24 463:19
466:3 469:9
**businesses** 449:14
**buy** 377:17 383:24
423:22 463:14
467:10

---

**C**

**C** 259:2 474:2,2
**C-i-c-c-i-o-n-e** 416:4
**calendar** 437:9,9
**calendar@imewd....**
401:14
**call** 261:23 284:20
296:18 314:14
320:5,7 329:18
344:18 347:10
351:19 352:19
354:6,18,20 355:4
361:12 373:19,20
373:20,23,24,25
374:6,9,20 375:17
376:9,10,15,24
377:6 378:6,7,9,12
378:14 379:19
380:4,6,6 381:2

383:18 384:8
388:23 390:19
393:11 394:16
396:7 408:19
419:21 450:24
453:18,19,22
454:10 456:6,25
458:3 460:9 466:23
**called** 280:17 313:15
329:5 432:15 433:5
454:12 457:3
462:17,23
**calling** 262:19 320:13
374:21 380:2
**calls** 378:21,23 379:2
379:3,4,6 380:10
467:5
**campaign** 419:13
**cancel** 433:19
**canceled** 433:20
**capacity** 397:21
**capture** 421:20 422:9
472:20
**card** 446:17
**care** 275:15 396:25
397:9
**Carl** 304:7,11 308:12
308:16
**Carlos** 259:19,24
262:10 272:15,20
302:12 399:24
400:5 414:12,15
427:21,24 428:2
429:15,16,20,25
430:6,8 432:5,6
434:19,22,25
435:15 439:9,11,15
439:21 440:10,10
440:13,15,17,20
441:7,10,21 449:11
449:22 460:13
468:24 472:22
**Carlos'** 428:3 435:13
435:13
**case** 258:2 261:23

262:2 263:4,5,7,9
263:12,13 264:20
265:25 273:3
298:20,20 335:10
335:11,14 364:2,4
410:24 411:4,10,12
411:18,23,24 415:8
415:11 426:9,22,24
435:9,19 452:9
454:6,7 475:4
**casescreening.com**
410:17
**cash** 335:9,10,11,14
364:2,4 426:9,22,24
443:6 447:17,18,20
**caught** 425:15 426:5
**cause** 262:16 293:25
294:18,25 295:4
310:8,10,23 347:16
368:11,12 370:5
391:3 442:9 451:3
452:2,19,24 453:4,8
453:12 462:8,8
463:23
**caution** 421:7
**cc'ing** 368:22
**cell** 379:6,9
**cellphone** 313:12
320:8
**certain** 444:8 460:14
**certify** 474:6,12
**chain** 281:17 355:18
398:4,7 399:5 401:7
402:14 403:15
410:8
**chance** 345:20 348:6
**change** 268:12
306:15 373:18
403:4 475:5
**charge** 340:21 343:10
343:15 345:16
346:11
**charged** 340:24
341:10,16 343:17
343:20 345:14

346:7
charges 341:7
Chase 446:15
chat 320:24 321:11
   410:10,12
chatted 321:14,18
check 403:20 428:7
checking 446:13
child 275:15
chiropractor 289:18
Cho 261:8,11,18,22
   262:3,12 263:16,20
   263:24 264:11,19
   266:2,13,18,24
   267:5,11,14 269:11
   269:19 270:6,20
   271:9 272:14 273:7
   274:2,17 275:10,20
   276:3,16,19,22
choose 345:16
Ciccione 416:3
city 318:3
Civil 263:14
claim 283:14 343:4
   354:8 430:23
claims 448:25
claw 420:7
clawing 401:8 402:2
   402:3,4
Claypit 261:6
clear 265:13 266:13
clearer 359:8
clicks 421:9
client 272:22 275:23
   276:10 343:8 352:3
   352:5 353:17,17
   363:24 383:5
   410:20 417:4 431:5
   460:8 462:19,19
client's 272:2 462:14
clients 363:22,23,24
   363:25 369:2 377:2
   382:25 408:7
   411:24 451:2 452:7
   454:3

clock 271:20
close 427:3
cloud 329:7
coached 452:13
Cohen 431:16 432:15
coherent 357:11
coincidence 302:21
   303:2
coincidentally
   277:17 278:8
collect 358:21
collected 358:20
color 332:20,20
   333:7,11
combined 459:22
come 268:4 269:3,15
   269:18 272:24
   274:10 275:20
   276:7,11 282:20
   287:16 291:5
   312:13 313:19
   330:5 331:9,24
   332:10 334:5 371:5
   371:6 390:4 405:15
   405:22 437:12
   447:19 469:9
comes 302:17
coming 309:15
   312:25 313:5 327:7
   338:9 369:23
   442:25
comment 444:7
comments 443:14
Commission 326:14
   475:23
common 391:17
communicate 355:14
communicating
   342:4
communication
   401:8 457:24
communications
   351:14,20 352:20
   419:17,21 471:9,10
   471:15

companies 387:16
   448:24
companion 342:7,10
   343:16,18 344:10
   354:22 356:5 375:2
   377:16 379:10
   386:16,22 409:11
   409:19 410:20
   463:14 464:10
Companion's 345:2
Companions 258:8
   259:14 282:25
   283:5,14,18 285:2
   299:17 300:17,20
   302:9 303:13,17,21
   321:23 327:4,11
   330:6,23 331:14,18
   335:13,18,19,21
   336:3,10 342:6
   343:17 344:6,16,23
   352:22 353:11,21
   354:2,8 355:19
   356:25 357:25
   360:18 361:6,22
   375:22 378:15,18
   378:19 379:7,8
   383:20 386:11,13
   387:25 394:23
   396:15 398:11
   399:25 400:6,15,24
   402:22 409:10,14
   409:18,21 418:7,23
   419:3,7 423:3,17
   428:4 429:21 431:4
   431:7 432:2 434:12
   439:3,6,16 440:24
   441:2,4 443:23
   445:15,19 446:4,23
   447:2,5,8,22 448:2
   449:4,5,6 450:7
   451:10,13,16
   454:20,23 455:2,4
   455:15 458:14
   459:3 461:14,21
   462:16 463:13,15

464:10 465:5 466:4
   467:21 469:20
Companions' 302:17
   303:3,8 305:2,6
   414:22 421:20
   472:16,20
company 278:9
   280:17 331:5,7
   334:3 338:5 380:15
   380:22,24 393:8,13
   395:17,24 404:7,8
   404:10 406:16,22
   411:5 424:6 435:9
   435:20 445:13
   462:15 469:24
   470:5 471:13
company's 393:9
compare 401:18
compensation 400:18
competing 280:4,20
   281:20 285:3
   291:25 297:18
   298:23 469:24
compilation 357:14
complain 390:5
complaining 423:12
complaint 265:23
   415:8,10 416:16
   466:12
complete 266:11
   269:24 270:16
   377:17 386:24
completed 342:9
completely 299:17
   358:6 443:4
completing 262:21
comply 463:18
computer 373:6
   406:13
concept 308:5
concerning 264:25
   289:4 334:3 348:16
   349:19 355:25
   363:19 382:13
   419:13 423:3

471:13
concerns 328:12
conclude 272:18
concluded 264:6
  374:3 470:16
concluding 264:6
conclusion 467:6
conduct 265:15,23,25
  319:9,20,22,23
  321:16 337:2
conducting 318:17
  319:24 323:19
conference 261:25
  337:5,6,7 453:19,22
  453:23
confess 389:5
confidential 287:3,10
  288:21 323:24
  439:12 442:21
  449:13 461:24
  467:21,23 469:21
confidentiality
  449:10
confirm 282:11
  284:10 287:14
  346:15 418:5 468:7
confirmed 410:12
confirming 410:9
confusing 457:18
connect 420:17
connections 444:22
  448:11,15
consensus 311:8
consider 449:3
considered 290:22,25
  291:4,6
considering 292:24
  293:6
consist 332:7
Constant 380:17,18
  380:20 407:14,16
  433:17 434:7
constantly 265:11,12
  438:21 440:13
contact 277:11

298:18,18 304:13
304:16 350:13
352:12 354:21
380:17,18,20 388:8
407:14,16 418:22
419:4 420:24
428:25 433:17
434:8 441:14 444:4
456:9 457:7
contacted 457:9
  461:17
contain 380:6 385:15
contained 323:20
  358:19 361:11
containing 323:11
contains 295:19
  308:5 357:9 399:13
  401:7
contemplating
  308:15
content 298:11,14
  303:13,17 304:22
  304:25 305:6
  307:17 328:24
  329:22 330:2,4,5
  331:9,13,19,24
  334:5 403:7
contents 306:24
  307:4 374:7
contested 263:12
continue 269:24
  273:17 308:16
continued 258:16
  336:16 367:23
  472:3 473:3
continuing 264:8
  368:4
contractor 418:24
contractors 302:3
  345:13 390:13
  419:5 447:3 449:8
contrary 425:13
contribution 428:3
control 352:23 386:6
  396:5

conversation 261:19
274:8 348:16,20
349:19 363:19
374:8 375:25
376:20 388:20
443:15
conversations 264:4
386:9 395:19 396:2
456:13 457:20
convo 362:20 363:18
363:21
Coonerty 431:13
copied 278:14,19,22
280:15 330:10
337:21 422:3
435:23
copies 333:7,12
copy 304:8 305:12,18
306:6 308:5 332:4
332:20 340:8 415:7
415:10 416:16
Corp 263:6
correct 261:21
263:18 266:22
267:9 277:14,25
278:11,14 279:15
281:11 282:9,13,24
283:6 284:6 285:4
287:3,11,14,17
288:14,19 291:3,11
291:17 293:7
295:11,24 296:3,9
296:22 297:19
298:7,8,10,12,15,19
300:4,5,8,13,17,21
301:23 302:5,21
303:5,10 304:18,19
304:22 305:3,7,9,16
305:20 306:22,25
307:6,7,9,14,15,18
307:19 308:7,9,22
309:9,12,15,20,21
310:18,21,25 311:5
311:6,9,11,15,16,19
311:23 312:3 313:2

313:5,13,23 317:19
317:24 318:4,7,9,10
318:12,18,22,23
319:4,5,10,13,20
320:5,8,13,25
321:20,23 322:2,5
322:10,12 323:12
323:21,24 324:3,6,7
324:11 325:9,14,18
325:22,25 326:10
326:24 327:4,8,14
327:24 328:3,6,9,25
329:5,8,11 331:15
331:25 332:8 334:7
334:20,24 335:4,7
335:11,12 336:7,12
336:22 337:3,19
338:3 339:2,15,18
340:15,19,20,22,23
341:2,4,8,13,14,17
341:18,20,21,25
342:2,4,5,11,12,23
342:24 343:2,3,12
343:22 344:7 345:3
345:8 346:16,19
350:11,14,17
351:12 352:6 356:2
356:6,8 358:5,14
359:11,18,21
360:19,24 361:4
362:4,5,7,8,12,16
363:2,8,12,15 364:2
364:5,6,9,10,14
365:6,8 366:5
374:11 375:5,13,23
377:3,7,8,9,10,23
378:4,5,12,13,17
379:5,17 380:11,17
381:10,12,14 382:7
382:10,11,19,20,23
383:3,20 384:2,3,9
385:6,17,22 389:18
391:2,16 393:2,3,5
393:6,25 394:9,13
394:14,19 395:9,13

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 226 of 253 PageID #: 3347

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi   ---   February 3, 2023

482

399:11,15,16 400:2
400:7,8,9,11,15,21
400:24 401:21,22
401:24,25 403:4,5,8
403:9 404:5,6 406:2
406:13 407:2,18,23
410:10,14,15,17,18
410:21,22 413:3,7
414:2,10,14,17,23
415:8 417:18,23
418:24 420:11,18
421:5 423:3,9,14
424:11 426:10
429:2,5,14,22 432:2
432:16,17,19
433:10,11,12
434:20,23 435:9,16
435:20,21,23
436:19,23 437:3
438:5,12 439:8,12
440:11,16,21 441:3
441:11,15,18,21,24
443:20 444:9,13,14
444:16,23 445:16
445:17,20,21,21
446:15,24 447:3,6,7
447:11,12 451:4
454:9 456:20 457:2
458:4,9,14,18 459:3
459:7,18,23 460:4
461:15,18,21,25
462:5 463:9,10,20
465:19 468:18,22
468:25 469:4,7,12
469:14,15
**correctly** 390:18
**corrects** 340:14
**cost** 279:14 282:18
391:22,23
**counsel** 314:20
329:20 333:11
340:8 347:14
351:22 352:24
354:11 361:15
379:23 380:8 381:7

382:15 393:14
396:12 408:22
413:22 419:25
453:6 454:14 456:9
456:10 466:25
471:7
**counterclaim** 259:13
272:19
**Counterclaimant**
259:19
**counterclaims** 273:4
**counterpoints** 270:4
**couple** 277:12 432:9
**course** 271:23 272:7
458:2
**court** 258:1 261:20
262:19,19 264:17
265:12 266:8,9
273:14 274:12
275:14,24 368:6,14
397:2 462:10
465:23 474:4
**Court's** 273:6 275:18
**courteous** 272:10
274:23
**courtesy** 275:9 456:6
457:24
**Cove** 259:20
**cover** 394:15,16
409:4,7,15 460:23
**coverage** 446:6,9,11
**covered** 350:22
355:14 409:9,10,13
**covering** 350:17
**Covid** 405:18 407:23
**CPA** 447:24
**crazy** 372:7 378:15
378:18
**created** 405:7,11,25
406:11 413:14
449:11
**creating** 450:14
**credit** 446:17,21
**crossfire** 425:15
426:5,7,15

**cubicle** 427:9
**currently** 327:3
387:23 396:4 424:5
424:18 445:18
466:5
**custody** 352:23 396:4
**customer** 298:15,19
300:20,21 301:3,4,4
340:17 341:23
343:11 345:12
362:25 363:11
365:20 366:9,14
367:8 383:7 409:18
414:13 422:2
424:10 430:5 431:4
431:7,25 443:22
467:25 469:21
**customers** 301:5
302:14,14,17 303:3
303:4,9,9 353:25
364:2 377:3 382:19
383:14 398:14,15
398:17,20 409:21
412:8,11,18 413:10
429:21 430:9 458:9
459:18,22 460:2,14
461:4,9
**cut** 276:4 296:22
415:19
**cutoff** 404:23 415:5
**Cybersquad** 462:23

**D**

**D** 259:16 261:2,2
367:19,19 471:2
**d-i-s-c-u-s-s** 265:11
**D-o-s-i-k** 393:2
**daily** 465:7
**Daniella** 259:7,9
289:19 338:2
376:18 384:13
385:13 387:10
388:24 389:10
390:5 395:15
398:17 427:21

428:4 455:7 462:3
**daniellalevi@levila...**
259:9
**date** 314:8 404:24
410:9 428:23 432:4
437:2 452:24,25
453:5,9,13 462:8
475:4
**dated** 322:13 327:22
357:9 360:18 399:5
401:15 402:12
410:5 411:3 415:6
436:17
**dates** 403:16 421:21
**daughter** 360:6
**day** 262:21 264:14
268:4 269:16,18
271:13,14,15,19
272:8,11 273:20
274:11,13,19,20,22
274:24 276:11
277:2 314:10 320:5
321:15,18 327:8,11
327:14 368:21
403:25 413:24
418:12 455:7 465:3
470:22 474:17
475:20
**day-to-day** 465:4
**days** 263:10 274:20
277:16,23 278:7
322:9,11
**deactivated** 433:25
**deadline** 465:12
**deal** 376:3 445:9
**dealing** 391:9,11,15
**December** 362:11,11
363:14 434:19
436:17,22 473:6,8
**decide** 267:3 276:8
284:6 293:16
**decided** 283:18 284:5
284:8 291:14 294:3
295:9 296:22 297:4
297:16 305:18

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 3, 2023

483

306:6 308:21 341:3
391:4
**decision** 264:25
267:3 292:16
293:18,21 294:23
294:25 295:8 311:8
311:10 341:5,15
**decision-maker**
265:22 311:13
321:10
**declaration** 417:17
442:7,10 473:11
**decline** 326:3
**declined** 325:24
**Decolator** 432:15
**defendant** 258:17
261:3 262:9 455:8
456:3 457:2,10,17
**defendant's** 263:7
264:25
**Defendant/Third-...**
259:19
**Defendants** 258:9
259:13 262:7,20
419:22
**Defendants/Third-...**
259:12
**defense** 466:11,20,22
467:4,13 471:16
**definitively** 292:21
292:22
**delay** 268:15
**delayed** 267:19,22
**deliberately** 366:14
**demanded** 461:17
**demanding** 463:17
**demands** 443:3
**deny** 361:25 400:17
402:17 443:3,7
**denying** 287:2,8
290:22,25 451:7
**depicted** 338:13
**depicting** 337:14
338:11
**deponent** 261:12,15

261:16 475:5
**deposed** 270:22
273:17
**deposit** 370:6
**deposition** 262:21
263:17 264:5 265:8
265:10,14 267:22
268:16 269:25
270:18 272:17,21
272:23 273:10,22
274:7,14 275:2
277:3 340:11 368:4
470:17 474:7 475:4
**depositions** 263:10
**derived** 465:17,24
**DESCRIPTION**
471:19 472:4 473:4
**designed** 311:23
**desire** 428:5
**desk** 427:12
**desks** 427:10
**despite** 280:15,16
**destiny** 386:6
**destroys** 337:25
**details** 360:23 361:2
380:6 417:21
**determine** 314:9
316:22
**determining** 316:21
**developer** 331:20
**developers** 328:21
**device** 265:3
**Di** 432:16
**diarrhea** 286:21
429:9 459:11
**difference** 298:6
**different** 272:25
275:3 282:23
299:17 305:19
336:12,14 358:6,18
359:4,5,7
**differently** 386:4
**direct** 338:23 350:13
363:22 418:14
**directed** 434:22

**direction** 419:3 435:2
**directly** 311:17
354:19 362:22
364:20 382:22
383:14 427:13
**disclose** 349:24
**discovered** 387:3
**discovery** 272:22
**discrimination** 263:9
**discuss** 265:11
309:24,25 312:8
348:7,20 375:4,7
437:5 455:22 456:4
456:5,12,18
**discussed** 265:7
289:5 367:10
375:21 382:6
383:19 392:3 395:8
437:7,7 455:15
**discussing** 375:8,10
**discussion** 266:3,14
268:10 270:12
321:3 332:24 357:6
367:15 392:5
395:11,14,16
396:14 420:5
421:13 437:16
468:11
**discussions** 268:23
**disguise** 405:10,12
**disposed** 268:25
271:6
**dispute** 261:12
275:17
**DISTRICT** 258:1,1
**document** 293:12
304:2 307:23
322:24 323:7
327:18 340:9 357:8
357:9,11 359:11
360:8 399:8 402:15
403:17 417:13
421:23 436:7
466:10 467:4
**documentation**

430:20
**documents** 265:17
280:18 325:13,16
325:18 326:10
382:13 393:12
430:12,16,22 445:3
449:23 450:14
466:9,15,22,24
471:13,13,16
**doing** 267:4 320:17
339:24 342:17
356:20 399:21
412:3,6 433:18
439:10
**dollars** 370:11
**domain** 461:13,18,20
462:11,12,23 463:5
463:12,25 464:2,3,3
464:9
**don'ts** 399:14 400:20
400:23 401:23
**door** 349:6
**dormant** 411:14,15
**dos** 399:14 400:20,23
401:23
**Dosik** 392:25 404:11
**Dr** 289:2,13,15,16,17
290:5,8,9,14
**draft** 400:20 458:22
**drafted** 434:25
**dress** 438:16
**dressed** 439:17
**Drive** 329:5,16,23
330:2 471:8
**drop** 318:4,6,6,8
**due** 275:15 372:13
**duly** 261:3 367:20
474:8
**dumbass** 429:19
**duplicate** 312:16,18
312:23 459:7
**duration** 342:10

---
**E**
---
**E** 259:2,2 261:2

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 3, 2023

484

367:19 471:2,18 472:3 473:3 474:2
**ear** 273:25
**earlier** 305:5 311:4 316:19 334:2 403:24
**easier** 359:7
**EASTERN** 258:1
**easy** 430:21
**editing** 450:13
**efficient** 270:14 273:15 274:18,25 275:5
**effort** 262:18 266:22 275:19 281:8,20
**ego** 399:22
**Eighth** 335:3 336:4 336:11,14,16,23,25
**either** 293:2 344:12 344:20,20 379:6 386:23 387:24 424:24 457:21
**Elefterakis** 258:7,8 296:14 300:3,4,7,11 310:11 311:2,5 422:23 436:18,18 436:19 437:2,2,6 449:24 451:4,5,7,11 451:11,24 452:6,6 452:20,21,22,23 453:2,14 454:19,25 455:10,19,25 459:17,17
**Elefterakis'** 453:6 456:9
**eleven** 272:3
**Eli** 368:21,21 371:9 371:10 374:19 420:17,21,24 472:19
**elilevi@levilawny....** 259:10
**eliminated** 402:6
**ELIYAHU** 259:10
**email** 280:12,16

281:17 284:10
286:21 288:11
289:2,4,6,9,12
290:8,19 291:11
295:18,19,21 296:2
296:8,16,18,21
302:11 304:6,9
305:9,10,11,13,13
305:21,21 306:13
306:15,24 307:4,5
307:11,13 308:3,5,6
308:9,12,21 309:6,7
309:9,11,14,22
311:22,25 312:17
312:18,22,24,25
313:4,7 314:22
315:6,23 316:9,19
316:22 317:4,13,15
317:17,17,23
318:11,16 319:8
320:4,13,23 323:5,8
323:10,11,13 324:8
326:13 327:6,22
328:2,5,8 331:8,23
332:2,4,6,12,19
337:20,24 338:2,3,8
338:16,19,24,24
339:10,13,15,17,18
339:21 342:20
344:13,20 355:18
355:21,23,25 356:4
356:24 357:16,17
357:19 359:15
360:7,12,17,21
361:13,13,21,23,25
362:3,6,15,20,23
363:17,19 368:23
378:25 380:11,12
380:14,21 381:4
398:4,7 399:5,5,9
399:11,13 400:4,5
401:7,14,15 402:12
402:13,20 403:15
403:16,20,24 404:4
404:13,23 405:2,3

405:15,25 406:4,11
406:20,23,25 407:5
407:9,10,11,13,15
407:16,17 408:15
408:16,17,20,23
410:5,6,8 411:3
413:24 414:3 415:5
415:16 416:11
420:8,15 422:23,24
423:2,11,21 424:2,9
424:21 425:6,8,10
427:20,22,25
428:20,25 429:7,10
431:9,10,12,24
432:4,14,18,19
433:4,9,14,20,22
434:4,5,6,8,11,19
435:2,6,13,15,23
436:5,16 437:22,25
438:3 439:15
450:10 454:8
459:11 471:11,12
471:13,14,23,24,25
472:6,7,8,9,10,11
472:12,13,14,14,15
472:15,17,21,21,22
472:23,24,25 473:6
473:7,8,9
**emailed** 308:12
**emails** 277:13,17,24 278:8,14,19,21 279:2,9,11 281:8,9 281:10 291:13 292:14 318:2 322:12 353:15 357:9,15,18 368:23 395:21 402:18 407:8 433:12 434:23 435:5 440:4 450:9 454:11 471:16
**Emanuel** 259:5 262:5
**emanuel@mllabor....** 259:5
**employ** 383:23

**employed** 351:3 418:7
**employee** 307:9 418:18,23
**employees** 302:3 419:4,7,12 426:24 449:7 469:16,17
**employment** 263:8
**encourage** 274:18,24
**ended** 408:7
**engage** 318:21 319:24
**engaging** 265:15
**enlisted** 463:16
**enter** 325:24 326:3
**entered** 401:9
**entertains** 315:18
**entire** 417:10
**entitled** 263:3 271:18 349:11
**equipment** 406:23
**equity** 289:5
**erase** 360:23 361:2
**ERRATA** 475:2
**especially** 353:19
**ESQ** 259:5,6,9,10,16 259:21
**establish** 330:22
**established** 463:13 463:15
**esteemed** 333:10
**et** 475:4
**eventually** 282:18 291:24 299:2 433:20
**evidence** 462:16 466:9,10
**evident** 333:7
**exactly** 288:22 291:12 301:14 308:11 316:16 351:5 408:2 426:17 432:4 464:14
**exam** 355:11
**examination** 258:16

260:4,8 265:16
347:12 355:2
367:22 408:21
**examinations** 340:13
354:8
**examined** 261:7
352:6,13,21 353:22
354:4,17 355:9
367:21
**examinee** 401:19
**examiner** 396:11
**example** 467:3,8
**exams** 353:18,19
452:10 460:20
**Excel** 344:5
**exchange** 317:15,17
395:21 432:18
433:4,9 436:16
437:22 441:7
443:17 455:9
473:10
**exchanged** 384:7
463:6
**exclusively** 447:5
**excuse** 355:12
**executed** 417:18
**exercising** 420:7
**exhibit** 279:5,8
281:14,16,18 289:9
293:11,15 295:17
303:25 307:22
308:25 309:4 317:9
322:8,23 323:4
327:17,21 340:7
352:9 353:3 355:17
357:8,14,24 361:17
361:20 365:20
368:12 374:5
397:13 398:3,24
399:4 401:3,6,12,12
401:20 402:8,11
403:11,14 404:19
404:22 409:24
410:4 414:8,9,20
415:2 416:14 417:5

420:3 421:16,19
422:17,19,22 425:2
425:5 427:15,18
428:11,12,14,16,19
431:3 432:12,24
433:4 434:15,18
436:2,5,13,16
437:18,21 440:6,8
441:5 442:3,6
443:10,13 471:21
471:22,22,23,24,25
472:6,7,8,9,10,11
472:12,13,14,14,15
472:15,16,17,18,19
472:20,21,21,22,23
472:24,25 473:6,7,8
473:9,9,10,11
**exhibits** 265:18,20
348:9 349:20
473:14
**existed** 334:22
**expected** 440:10
**expense** 326:14,15
372:5
**expenses** 324:16,24
325:5 372:5
**experienced** 349:9
**EXPIRES** 475:23
**explain** 283:8,12,13
301:15 339:11
387:15,17 411:5
427:24 448:22
**explained** 331:7
434:9
**explanatory** 448:21
**expressed** 384:19
386:3,4 389:4
408:24
**extensive** 396:2
**extent** 329:15 347:11
361:10 396:10
408:20 454:4
466:21

———————
**F**

**F** 261:2 304:7 367:19
474:2
**face** 284:23
**Facebook** 381:10,23
382:6,17,22,25
383:5,7 443:14
444:20,21 473:12
**facilitate** 329:3
**fact** 263:11 280:15,16
321:25 376:5
405:12 457:17
467:11 468:20
**facts** 273:5
**fair** 268:12 269:2,9
300:19 301:6
323:19 363:10
395:25 450:3
465:17
**faith** 266:9
**familiar** 313:25
421:25 448:4
**far** 447:7 452:12
**faster** 424:6
**father** 442:15
**FBI** 428:7
**feature** 313:25
**February** 258:12
277:2 361:21
370:17 375:21
472:10 474:17
475:4
**Federal** 263:14
**fee** 340:18,18 410:19
411:21
**feel** 269:23 359:8
371:7 469:24
**Felsen** 259:6 262:6
**felt** 306:16 397:11,15
397:16
**Fields** 431:4
**fifth** 347:18,20,25
348:12,17 349:21
349:24 414:16
444:12,16,18
**figure** 341:3,6

**figures** 373:3
**file** 447:21
**filed** 442:8
**files** 309:11 328:12
328:16,17,20,21
329:8,10
**filing** 260:8
**filled** 358:3
**final** 295:8 319:17
**finalize** 402:21
**finance** 442:16
463:19
**financial** 442:22
465:18
**find** 353:21 368:19
368:25 386:8,10
387:10,14 393:7
439:17
**finding** 354:3
**finds** 376:22
**finger** 368:16
**finish** 262:25 266:20
270:17 271:3,6,22
273:2,22 316:14
376:12 439:20
465:13
**fire** 373:10 374:25
462:4 470:3
**fired** 374:18 376:2,21
385:21,24
**firm** 340:17 341:22
362:21 363:7,11
364:5 392:22,25
393:4,7 404:16
432:15 433:5
434:20 435:9
441:14 451:11
462:17
**firms** 370:14 428:24
429:2 431:25
**first** 261:3 270:6
279:18 284:2 289:6
300:20 301:3,4,5
315:11 325:10
328:11 338:23

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 230 of 253 PageID #: 3351

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

486

340:18,21 346:2
357:15,16 371:9
375:8,10 376:16
400:4 401:13,18,20
420:16 422:13
424:2 438:7 445:15
448:8 449:16
455:23
**five** 262:22 263:17,19
266:20 267:6,6
271:7 272:9 280:5
331:5 332:16 334:3
357:16 404:14
410:13,21 412:3,5
414:13 428:24
447:24
**flat** 340:18
**flooded** 277:13
**Floor** 259:15
**Florida** 370:6
**fly** 372:10
**focus** 273:3 401:11
404:24
**focused** 270:2
**folder** 328:24 329:3,5
329:7,16,23 330:2
**foler** 471:8
**follow** 314:18 329:19
347:13 351:21
361:14 380:6 381:6
382:14 393:13
396:9 413:20
419:24 454:13
**following** 315:6
320:4 462:10
**follows** 261:7 332:16
332:16 367:21
**followup** 388:14
**forbidding** 418:22
**forced** 270:10
**forensic** 265:16
347:12 361:11
396:11 408:21
**forget** 360:23
**forgot** 466:7

**form** 260:12 277:19
278:2,12,16 279:15
280:7,21 281:7,21
283:9,16 285:5,24
286:24 287:4,23
288:4,18 290:24
291:18,24,25 292:3
292:6,18 293:3,8
294:7 295:5,11,12
296:23 297:5,8,10
297:12,18,20
298:23 300:14,25
301:24 302:19,22
304:23 306:4 307:2
307:10 311:20
312:6 314:11,25
315:16 316:13
324:12 325:19
331:14,18 334:8
346:24 348:18
349:14 350:23
353:23 359:12
365:3 366:6,10
367:2 377:4 383:21
384:10 385:25
387:6,11 388:7
389:15,22 390:6,11
390:25 393:21
394:2,18 397:4,18
411:6 417:20,25
429:23 439:13
445:5 451:8 459:19
459:24 460:5,11,16
460:21 461:6,11
466:13,18 467:5,14
467:22 469:25
470:6
**formally** 303:4,9
**formed** 277:24
284:25 294:4,25
303:12,16,20
445:16
**forming** 310:12
**forth** 474:8
**forward** 270:11,23

273:10 289:12
308:4 320:25
321:12 356:14
357:4,4 404:13
434:9
**forwarded** 332:3
338:4 356:23
399:23,25 403:24
429:15,17 432:5,20
437:24 439:9,11,15
440:10,17 469:2
**forwarding** 289:3
403:16
**forwards** 432:19
**found** 374:10 389:24
390:15 392:9 462:4
462:22
**four** 316:22 332:16
374:6 410:13 412:3
412:5 428:24
**franchise** 374:23,24
375:3,5,7,9,11
377:17,18 383:19
383:22,24 384:2
386:14,24,25
387:19 391:21,22
391:23 392:2,8,12
392:13,18,20 393:8
393:9,13 394:22,23
395:2,17,24 396:20
396:23 397:17
403:20 404:7,10,15
467:8,10,12 471:13
**franchised** 375:22
384:4
**franchises** 396:15
**franchising** 395:8,16
404:17
**freak** 372:19,20
**freaking** 370:19
372:18
**Fresh** 259:8
**Friday** 318:18 322:13
369:12
**friend** 429:9

**friends** 428:6
**friendships** 444:22
**front** 281:18 307:25
309:3 327:20 340:6
361:19 398:2 399:3
403:13 404:21
425:4 427:17
428:16,18 434:17
436:4,15 437:20
442:5 443:12
**full** 263:2,3 266:8,19
290:5 395:16 429:4
441:20
**fully** 270:11 275:16
392:4
**fund** 364:8
**funding** 364:5,13
454:20,22
**funds** 385:4 387:17
389:6,25 390:16,17
390:23
**further** 260:7,11
266:12 268:23
367:21 389:12
428:8,10 442:8
457:20 470:12
474:12
**future** 275:13
**FWD** 308:4

**G**

**G** 261:2 367:19
**G-e-o-r-g-a-k-a-l-i-s**
433:6
**G-i-a-n-c-a-r-l-o**
409:2
**Gabby** 347:3,8 350:5
350:7,14
**Gambone** 369:16
371:5
**games** 366:19 464:9
464:23
**Gelardi** 258:7,7,17
259:14,14,24 261:1
262:1,2,15 263:1

Case 1:22-cv-01032-PKC-JRC  Document 154-5  Filed 03/10/23  Page 231 of 253 PageID #: 3352

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

487

264:1 265:1 266:1
267:1,18,21 268:1
269:1,10,13,20
270:1,8,21,24 271:1
271:3,4,12 272:1
273:1 274:1 275:1
276:1 277:1,4,7
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
295:17 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1,4,17 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
317:11 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1,25 357:1
358:1 359:1 360:1
361:1 362:1 363:1
364:1 365:1 366:1
367:1 368:1,3,18
369:1,5,21 370:1,9
370:12,15,21 371:1
371:14,23,24,25
372:1,9,10,19,25
373:1,4,8,16,23
374:1,8 375:1 376:1

377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
403:13 404:1 405:1
406:1 407:1 408:1
409:1 410:1 411:1
412:1 413:1,16
414:1 415:1,4 416:1
417:1 418:1 419:1
420:1 421:1,18
422:1 423:1 424:1
425:1 426:1 427:1
428:1 429:1 430:1
431:1 432:1 433:1
434:1 435:1 436:1
436:15 437:1,20
438:1 439:1 440:1
441:1 442:1,6 443:1
444:1 445:1 446:1
447:1 448:1 449:1
450:1 451:1 452:1
453:1 454:1 455:1
456:1 457:1 458:1
459:1 460:1 461:1
462:1,20 463:1
464:1 465:1 466:1
467:1 468:1,15
469:1 470:1,10,17
471:1,5 472:1 473:1
475:4,5,18
**Gelardi's** 273:10
**general** 352:11 353:4
  353:21 354:2
  392:16 419:15
  446:6 464:21,22
**generally** 340:16,21
  342:6,18,19 346:15
  423:11 444:20
**generate** 440:23

**generated** 440:25
**Gennaro** 453:9
**geographic** 394:25
**Georgakalis** 433:6
**George** 355:20,25
  356:19
**getting** 355:15
  373:19,19 374:18
**Giancarlo** 409:2,6,8
  409:11,17,19 410:6
  410:8 411:8,20
  412:2,16,22,23
  414:5,10,14
**Giant** 380:23,25
  382:8
**girl** 426:13
**girls** 426:18,20
**give** 271:7 273:20,21
  274:5 285:18,21
  286:6,13,23 297:6
  354:23 365:25
  369:4,6,11 370:3
  372:12 388:25
  413:12 434:11
  461:18 463:12
  464:19 468:6
**given** 265:24 269:19
  269:20,21 271:2
  298:23 314:17
  474:10
**giving** 272:10 276:5
  321:4 371:16
**Glen** 259:20
**Gluck** 431:6,11
**go** 267:14 269:8,21
  273:10 275:24
  282:11 284:14,16
  284:18 288:23
  290:25 293:16,18
  294:3,22 295:9,14
  309:17 313:7
  315:14 316:3,8
  319:18 324:6
  332:13,21 335:16
  342:6,17 353:7

357:23 360:16
363:4 365:5 369:16
372:15 373:12
388:5 391:4 392:10
414:8 417:15 441:5
442:13 450:25
453:17 461:23
**God** 434:13 463:21
**GoDaddy** 406:18,19
  406:25
**going** 263:25 268:2
  269:5 272:24
  273:19,20 275:6,9
  276:9 278:5 290:22
  292:25 293:6
  304:12 313:18
  314:14 318:13
  319:14,21 324:10
  329:18 331:3
  332:23 338:19
  340:6 350:5,7
  351:19 352:19
  354:6 359:15
  361:12 367:14
  368:4,10,19,25
  369:12,17 370:5,7
  371:11,12,20,21
  372:11,14,21,21
  373:20,23,25
  374:10 379:19
  380:4 383:9 385:3
  388:13,16,17
  396:14 411:8 415:4
  419:20 421:12
  450:22 456:7,22
  457:14 462:19,20
  462:21 465:13
  467:9 468:10
  470:14
**Goldberg** 431:3
**gonna** 369:22
**good** 261:8,9,10,22
  261:24 262:10,12
  262:16 266:9 277:7
  368:3 373:11

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 232 of 253 PageID #: 3353

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi   ---   February 3, 2023

488

378:19 459:22
**Google** 313:16,20,22
  314:2,4 329:5,16,22
  330:2,14 382:2,6
  471:8
**gossip** 425:15 426:4,6
**gotten** 370:24 385:10
**GPS** 265:3
**grant** 272:7
**granted** 263:13
**Grasshopper** 380:3,5
  471:12
**gravity** 265:25
**great** 436:21
**Greenvale** 259:20
**Greg** 283:19,20
  284:8,9,11,17,19,21
  285:16,18,19 286:7
  286:11 292:15
  296:10 311:15,18
  311:19,21,23 312:2
  314:24 315:6,7,7,15
  315:17,24 316:8
  320:21 321:22
  324:9 325:8,11,12
  325:15,17,21 326:9
  326:20 327:8,14
  333:17,20,23,24
  335:6 336:6,10
  337:8,10 338:18
  362:22 423:8,12,16
  424:3,19 425:7
  426:2 445:12 448:9
  448:13 450:2,4,19
  450:22,23 452:6
  453:24 456:2
  457:14,15,16,21
  459:10
**Greg's** 285:22 286:8
  286:11 332:10
  333:22,25 337:8
  363:22,23,23,24,25
**Gregory** 258:7
  296:14 300:6,10
  422:23 449:23

455:10,19,25 456:8
**ground** 460:3
**group** 259:3 262:6
  404:14 466:2
**growing** 372:7
  378:15,18
**growth** 378:19 424:7
**Guarddog** 278:10
  279:15,23 280:2
  445:13
**Guarddogs** 277:24
  280:13,17 281:4,5
  282:22
**Guards** 277:18,22
  279:25 451:17,22
**guess** 261:11 271:7
  301:6 313:3 384:15
**guy** 312:8 315:17
  426:18,21
**guys** 338:15 432:6

**H**

**H** 261:2 367:19
  471:18 472:3 473:3
**half** 262:22,24
  263:19 264:9
  267:18 268:3,7,8,20
  269:7,8,13 270:13
  270:15 271:11,15
  272:9,11 273:19
  276:5 375:14
  465:11
**half-hour** 346:3
**hand** 474:17
**handed** 279:7 295:16
  304:4 317:11 323:3
  355:16 402:10
  410:3 417:5 449:14
**handful** 430:19
**handle** 465:4
**hang** 355:14
**happen** 355:6
**happened** 290:17
  368:18 374:15
  425:19,22 426:17

**happy** 386:16 432:7
  432:7,10
**hard** 275:15
**heads** 456:7,21
  457:19,24
**hear** 267:11 462:16
**heard** 271:21 272:13
  286:17 287:18
  288:13
**hearing** 293:25
  294:19,25 295:4
  310:8,10,23 347:16
  350:25 368:12,13
  391:3 442:9 451:3
  452:3,19,24 453:5,8
  453:12 462:8,8
  463:23
**held** 258:17,18
  314:17 332:24
  357:6 367:15 420:5
  421:13 437:16
  468:11
**Hello** 261:8
**help** 406:19 415:18
  415:20 456:24
  460:3 463:17
**helped** 440:23 441:2
  460:23
**helping** 406:16
  440:22
**Henri** 289:2,2,13,15
  289:16,17 290:8,9
  290:14
**Henri's** 290:5
**hereinbefore** 474:8
**hereto** 260:4
**hereunto** 474:16
**Hey** 371:23 456:6
**Hi** 317:22 318:2
  332:17
**high** 371:10
**higher** 340:25
**hire** 265:2 318:21
  319:24 375:2
**hired** 343:4 344:7

**hiring** 356:14,17,18
  356:20
**history** 314:5,15
  376:25 378:19
  471:8
**home** 445:23,24
**honestly** 283:22
  392:21 412:20
**Honor** 261:9,10,16
  262:5,8,11,14
  263:19,23 264:23
  267:13,15 268:24
  269:23 270:9 271:6
  273:24 275:8,12
  276:15,21
**hopes** 424:5
**host** 401:15
**hosted** 329:7 406:25
**hotly** 263:12
**hounded** 405:17
**hour** 264:9 267:18
  268:3,6,8,19 269:7
  269:8,13 270:13,15
  271:11 272:11
  273:18,18 276:4
  340:18,19,22 341:8
  341:11,13,17
  343:11,15,20
  345:15,17,19,21,25
  346:3,6,7,11 353:19
  410:13 412:3
  465:11
**hourly** 340:18,25
  341:10
**hours** 262:17,23,24
  263:2,3,10,17 266:8
  266:15,19 267:6,8
  271:8,20 272:9
  274:20,20 342:16
  342:20 343:21
  344:11 410:14
  412:4,5 413:25
**Huh** 372:25
**humiliated** 374:25
**hurt** 425:13

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 3, 2023

489

**husband** 264:2,4
268:4 293:18,21,22
304:8 332:7 360:3
**hustle** 355:13

**I**

**idea** 289:17 304:12
325:6 376:14
435:13 436:11
**Identification** 279:5
281:14 293:11
303:25 307:22
308:25 317:9
322:23 327:17
352:9 361:17
397:13 398:24
401:3 402:8 403:11
404:19 409:24
414:20 415:2
416:14 420:3
421:16 422:19
425:2 427:15
428:14 432:12,24
434:15 436:2,13
437:18 440:6 442:3
443:10
**identified** 447:25
450:16
**Illinois** 393:4
**images** 414:22
472:17
**IME** 258:3,8 259:14
261:25 277:18,22
277:24 278:10
279:15,23,25
280:13 281:4,5
282:7,22,25 283:5
283:14,18 284:5
285:10,23 286:23
287:9 289:19
295:24 298:7
299:17,23 300:2,12
300:21 301:7,9,10
301:12,15,17
302:14,16,18 303:3

303:4,8,12,13,16,17
303:20,22 304:18
304:21,22,25 305:2
305:6 307:6,9,17
308:15 309:19,25
318:17 319:13
320:19,24 321:12
321:23 323:6,12
327:3 329:25 330:5
330:14,23,23 331:9
331:14,17,18,19,20
331:24 334:5,18,21
335:13 336:3
337:14,15,19,25
338:11,13 340:13
340:17,22,25 341:7
341:11,16,24 342:6
342:9,15 343:4,6,7
343:10,24 344:15
344:24 350:22
351:25 352:20
353:6,22 354:3
355:5,19 356:5,25
357:25 358:4,16
359:8,10 360:17
361:3,6,22 362:4,9
362:14 363:2,7,11
366:5 367:5,9
368:24 375:22
376:6 378:14 379:7
379:8 383:20
387:16 390:16,24
393:17,19 394:23
396:15,20 398:11
399:15 401:24
402:22 409:3,6,8,10
409:12,14,18,19,21
410:20 414:12,16
414:22 418:18,24
419:4,7,12 421:20
422:3 423:3,17
424:18 428:4
429:21 430:24
431:4,7,25 434:12
435:22,23 436:9

438:4 442:16,21
445:3,13,15,19
446:4,23 449:6
451:10 454:20,23
454:25 455:4,15
458:3 459:7,9,10,18
460:9 461:14,21
462:16 463:13,14
463:15 464:10,10
464:11 465:4,19,24
466:4 467:16,18,21
469:20 472:16,20
475:4
**IMECompanions.c...**
461:18
**IMEs** 301:8,19
318:21 319:25
350:8,17 394:15
414:6,13 459:23
460:24 471:10
**IMEWatchdog.com**
422:9
**immediately** 343:8
**imperative** 269:24
**important** 262:15
265:6 272:6 273:5
425:24 454:2
**impression** 434:11
**improve** 440:23
441:2
**improved** 441:4
**in-person** 423:2
**inability** 314:18
**inappropriate**
425:25
**inaudible** 370:10
372:2,9,10,23
**inclined** 273:8
**include** 263:20,21
338:18 345:2
434:22,23
**included** 338:17
**includes** 274:2
**including** 267:7
274:3

**income** 302:17
371:20 386:8
447:21
**inconsistent** 349:12
**independent** 302:3
345:13 354:7,25
390:13 418:24
419:5 447:3 449:8
460:19,25
**independently** 435:8
**indicating** 359:17
**individual** 282:17
289:21,25 290:3
304:7 350:6,8
353:22 355:20,25
376:8 415:24 416:6
434:12 443:16
453:9
**individuals** 318:20
319:23 382:21
388:6,9 401:15
418:6 426:11,21
427:3,11 447:10
469:7,19
**industry** 285:23
**info** 407:14
**inform** 354:17,19
**information** 287:3,10
288:21 292:2
298:18 303:10
306:6,20 307:8
310:11,20 311:7
314:24 323:24
329:17 330:13
331:6,7 334:3,7
338:5 342:3,7,21
349:23,25 350:2
353:6 354:21
356:14 358:11,13
358:15,17,18,20,21
360:11,13 363:18
369:6 376:6 385:16
388:24,25 389:2,12
401:19 406:15
429:14,15 430:6,22

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 3, 2023

490

440:9,11,15,20
441:14,18 442:22
445:3 457:18,22,25
458:7,12,17,21,25
459:11,15,21
465:18,25 467:13
467:15,16,18,21,23
467:25 468:4,17,22
468:25 469:2,3,6,21
469:22,23 470:5
**informational** 453:19
**informed** 275:25
341:6 457:16 462:3
**initial** 337:20,24
338:2,8 339:13
340:25 341:8
343:15 392:5
456:23
**initially** 358:16
384:25 445:8
449:16 450:13,23
**injury** 352:12,21
353:5 354:4,16
355:3,8 364:4,8
443:19 444:23
448:25
**input** 435:2
**insistence** 271:25
**Instagram** 381:14,24
382:6,18 383:11
**install** 406:23
**installed** 313:22
**instruct** 418:17 419:2
459:2 463:17
**instructed** 460:7
**instruction** 349:20
403:3
**instructions** 302:11
399:17
**instructs** 349:2
**insurance** 446:3
**intend** 264:3
**intended** 312:10
379:10 394:25
**intent** 383:25

**interactions** 452:23
**interest** 336:10
364:11 396:17,19
**interested** 305:16
324:9 326:5,6
474:15
**internet** 330:9,10
**interpreted** 350:21
**interpreter** 341:24
343:5,6,10,16,18
344:10 345:6
346:12,18 347:4
351:5,25 355:2
387:24
**interpreters** 340:13
343:7 344:16 346:6
351:4 353:12
354:10 390:20,23
394:7,8,10 430:14
430:18 461:2
**interrupt** 269:3
**intervention** 266:10
**interview** 286:7
356:2
**interviewed** 327:11
**interviews** 318:17,20
319:9,20,22,23
320:17 321:4,16
337:2
**intimidation** 265:5
**introduced** 442:15
453:24
**introduction** 320:21
**investigate** 419:12
**investigation** 419:18
**investigator** 265:2
**invitation** 420:20
421:4
**invite** 326:21 472:19
**invited** 420:17
**invites** 326:25
**invoice** 295:24 300:3
300:8,12 340:16
341:7,22 343:19
344:7 363:5,10

471:22
**invoices** 310:18 311:3
341:19 362:4
364:20 371:12
450:2
**invoices,correct**
298:9
**invoicing** 450:8
**involved** 300:12
322:4
**iPhone** 313:12
**Ishmael** 350:16,19,25
351:2,6,11,15,18,20
471:9
**Island** 261:6
**issue** 262:13,14 263:5
265:6 273:25 333:6
381:5 389:23
425:11 447:10
**issues** 272:17 275:16
406:17 465:4
**item** 328:11
**items** 330:10 333:8
359:9,10 444:25
449:3

_____

**J**
**J** 398:12 431:15
**J-a-s-o-n** 415:22
**Jackie** 370:15 376:8
376:13,16
**Jackie's** 370:6
**jail** 461:24
**James** 398:5,9
**Jamie** 259:6 262:6
**jamiefelson@mlla...**
259:6
**Janine** 360:5,6
**January** 360:18,18
360:22 362:12
363:14 432:14
472:24
**Jason** 415:18,19,21
415:24 416:3,8,9,24
417:3 419:24

443:16,19,22,25
444:4,7,11
**Jay** 316:11 404:13,15
**jdwarner@wslaw....**
259:16
**Jeff** 400:9
**Jersey** 466:7
**Jewish** 434:12
**job** 318:25 345:20
386:7,8,10,10,12
**John** 436:18
**joke** 293:23
**joked** 391:19
**Jonathan** 259:16
262:7 280:8 366:17
**JRC** 258:2
**Juan** 362:10
**Judge** 261:8,11,18,22
262:2,12 263:16,20
263:24 264:11,19
266:2,13,18,24
267:5,11,14 269:11
269:19 270:6,20
271:9 272:14 273:7
274:2,17 275:10,20
276:3,16,19,22
**July** 283:25 288:25
290:18 295:18
296:3 422:10
**June** 279:9,9,9,13
283:24 289:3,10
290:18,21 403:17
403:19 422:23
472:21
**justice** 448:17,19,23

_____

**K**
**K-e-l-m-a-c-h-t-e-r**
431:19
**Kataev** 259:5 261:9
261:14,16,20 262:4
262:5,13,14 263:19
263:22,24 264:3,13
264:23 266:6,17,22
267:2,9 268:6,22

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

491

269:12,14,19,23
270:7,9 273:19,21
273:24 274:5,8,15
275:11,12 276:2,15
277:6 278:18 279:4
279:6,20 280:11,24
281:13,15,24
283:11 284:22
286:3 288:23,24
293:10,13 294:9,17
295:14,15 297:14
298:5 299:11 301:8
303:24 304:3
305:24 306:8,11
307:20,24 308:24
309:2 314:14,21
315:20 316:5,14,17
317:8,10,21 319:14
319:22 320:15
321:14 322:18,22
323:2,15 325:6
327:9,16,19 329:15
329:21 332:13,15
332:18 333:5,18
334:14 335:19
336:2 337:20
340:10 346:2 347:6
347:10,15 348:10
348:13,22 349:3,15
351:19,23 352:8,10
352:15,19 353:2,8
354:6,12,15 357:3
357:13,22 358:6,23
359:3 361:10,16,18
364:22 365:24,25
366:2,12,16,20
367:11,23 368:2,9
374:4 379:19,24
380:4,9 381:2,8
382:12,16 387:8
388:13,20,22 390:7
390:12 391:12
393:11,15 396:7,13
396:19 397:12,14
398:23 399:2,19

400:13 401:2,4
402:4,7,9 403:10,12
404:18,20 408:19
409:23 410:2
412:14 413:19,23
414:19,21,25 415:3
416:13,15 418:5
419:8,10,15,20
420:2,6,11,14
421:17 422:5,16,20
424:19,25 425:3
426:12 427:14,16
428:8,10,13,15
430:19 431:10
432:11,13,23 433:2
434:14,16 435:25
436:3,12,14 437:17
437:19 440:5,7
442:2,4 443:9,11
448:14 454:10,15
464:4 465:10,13,16
465:20,21 466:21
467:2,24 468:6,14
469:10 470:10
473:14
**Kataev's** 276:12
**keep** 342:21,22
343:23 344:5
360:13 390:22
430:21 462:20
**keeping** 389:25
**keeps** 462:21
**Kelmachter** 431:18
**kept** 390:2,9 393:19
442:25
**key** 263:5,11 265:21
320:22 321:9
**kid** 391:18
**kind** 284:23 312:13
334:6,19 382:10
433:17
**knew** 334:21 340:24
341:16 384:23,24
397:22 439:12
458:3,8,13,18,22

459:2,15,21 462:15
**know** 273:11 274:21
278:17,20 286:25
290:5 291:22
292:20 293:4,9
295:13 297:2,13,25
300:2 301:9,22
302:25 308:19
310:7 315:18
316:24 317:3
319:14 324:13
325:3 326:8,19
327:13 328:19
333:21,25 334:23
337:11 344:9,15,17
345:11 348:10,11
349:11,16,25 350:4
350:20 351:2,5,24
355:9 357:3 360:15
361:7,8,8 365:4,17
366:7,8 367:3,6
368:20,20,20,24,25
369:5,6,8,9,17
370:2,7,18 371:4,8
371:25 372:11,13
372:14,16,18 373:3
373:6,7,19 383:6
384:17,25 385:3
388:24 389:7
392:21 398:9 399:7
399:20,21 405:19
407:24,25 408:2,5
408:24 413:11
416:6,9 417:3,7,11
418:2 424:12,15
425:12 426:12,16
427:2 428:5,5 432:6
432:9 438:6 445:6
447:7 450:10
451:18,20,22,23
452:5 453:18,25
456:21,25 457:13
457:15 466:19,19
466:20
**knowing** 338:18

**knowledgable** 349:9
**knowledge** 333:20
347:2 365:10
385:20 386:2 387:9
397:20 438:19,20
456:8
**known** 291:21 300:10
**knows** 366:15 418:7

---

**L**

**L** 261:2,2 367:19,19
**Labor** 326:14
**Labuda** 259:3 262:5
**Lake** 258:12 259:4
**largely** 468:16
**larger** 424:20
**last-minute** 355:11
355:12,12 394:15
460:19,24
**lasted** 344:15
**late** 271:24 279:9
384:24 461:4
**latest** 362:3
**law** 259:3 262:5
263:4 264:21 335:9
340:17 341:22
349:9 392:22,25
393:4,7 398:12
415:6 428:24 429:2
431:15 432:15
433:5 434:20 435:8
436:25 441:14
451:11 452:9 454:6
454:7 462:17
**lawsuit** 377:23
455:18,20,25
456:14 457:8
**lawsuits** 364:8
**lawyer** 326:15 448:7
**leads** 440:13 441:11
**learn** 301:7,12 367:7
385:8 425:14 452:4
**learned** 285:2 299:23
301:10
**learning** 301:17

**lease** 445:18
**leave** 318:25 371:20
439:18
**leaving** 462:18
**led** 283:4 290:18
427:24
**left** 261:15 262:24
264:10 265:20
**legal** 299:18,22 467:6
**legitimate** 462:24
**Leo** 259:18,21 262:10
**leo@shalit-law.com**
259:21
**Let's** 279:4 282:11
288:23 293:10
295:14 303:24
306:8 307:20 317:8
332:21 354:12
355:16 357:23
360:16 361:16
367:11 414:8,19
420:2 424:25 440:5
441:5
**Lets'** 308:24
**letter** 274:12
**letting** 456:21,25
**Levi** 259:7,9,10 338:2
420:17,21,24
427:21 455:7 462:3
462:25 472:19
**Levia** 438:9
**liability** 446:6,8
**Liakis** 258:8 415:6,6
415:11,25 417:2
419:23 452:6
453:16 454:12,16
454:22 471:16
**lie** 467:10
**life** 269:3
**line** 296:16 324:21
415:18 446:21
**LINE(S)** 475:5
**lines** 294:19
**LinkedIn** 381:12,24
382:6,17 383:15,16

412:6,8,11,17,22,25
413:2,6,8,9,12,14
420:17,18 471:15
472:19
**list** 298:15,17,20
303:5 333:17
342:22 379:20
399:13 424:4,10,13
424:17,19,20,22,24
428:23 430:2,3
**listed** 332:10 333:15
333:20 335:2
342:11 359:11
**listen** 294:13 369:10
370:9 371:14
373:16,16
**listened** 282:10,12
374:13
**listening** 282:15
**listing** 333:15
**lists** 424:16
**litigation** 364:4
**little** 276:8 408:3
**LLC** 258:8 259:14
321:23
**LLP** 431:13
**loan** 435:9,20
**loaned** 371:10
**loans** 364:8 446:19
**local** 313:17 379:10
379:14,15,20
**located** 393:4
**location** 314:5 336:12
336:15
**Locations** 335:2
**logically** 273:2
**logs** 380:6
**long** 271:14 274:4,22
277:12 335:16
336:3 341:24
342:14 343:6
344:15,17 346:5
351:24 353:6,21
354:3 355:4 389:5
**longer** 291:5,15

305:15 336:23
433:22 449:18
**look** 267:5 275:20
276:7 305:14
306:18,20 314:7
317:22 322:12
324:6 355:16 356:6
356:24 370:12
401:13 414:19
415:15 416:18
417:9 422:6,13
429:19 438:7
439:22 463:5
466:19
**looked** 289:9 308:6
309:19
**looking** 289:14
304:17 307:13
350:2 404:15
423:20 431:2
**looks** 323:22 328:18
359:5,7 364:23
420:19 421:25
**loss** 309:19 322:9
323:21,23 345:21
345:22 469:22
471:22
**lot** 366:4 367:5,9
372:5,14 465:10
**loves** 399:21
**Lumina** 278:9 279:10
308:4,13 327:24,24
328:8,18 329:4,4,10
329:23 332:12
333:9,13 338:21,22
339:12,12,13,25
340:2 402:13,21
403:3,6
**lump** 372:12
**lunch** 267:10 274:6
368:4
**Luncheon** 367:16

───────────
**M**
───────────
**M** 261:2 367:19

**M-a-l-l-a-s** 433:7
**maintain** 444:22
**majority** 302:13
359:10
**making** 283:4,14
363:23 405:15,17
**Mal** 328:20
**Mallas** 433:6
**malpractice** 284:3
325:22
**manager** 356:14,17
356:18,20
**Maps** 313:16,20,22
314:2,4
**March** 375:17 388:4
392:20 410:5 411:3
415:7 456:14,24
457:3,7 472:15,17
**Marcus** 258:11 259:4
**mark** 279:4 281:13
293:10 303:24
307:20 317:8
361:16 398:23
400:11 417:23
418:6,11,14,17
419:6,17 420:2
427:14 440:5
**marked** 279:5,7
281:14 293:11
303:25 304:5
307:22 308:2,25
309:4 317:9,12
322:23 323:3
327:17,21 340:7
352:9 355:17
361:17,20 397:13
398:3,24 399:4
401:3,6 402:8,10
403:11,14 404:19
404:22 409:24
410:3 414:20 415:2
416:14 420:3
421:16 422:19
425:2,5 427:15,18
428:14,19 432:12

432:24 434:15,18
436:2,13 437:18,21
440:6 442:3 443:10
**market** 411:9
**marketing** 298:11,14
378:21,22,24,24,25
378:25 380:11,12
380:13,14,21,22,23
380:24 381:4,9
382:3,7 405:20
407:4,21 408:3,10
411:9 471:13
**marriage** 474:14
**mask** 267:21 272:2
**master** 298:17
342:22
**material** 288:16
305:22 400:24
**materials** 286:14,18
298:25 300:16,18
302:2,4,7 303:21
**matter** 434:3 474:15
**matters** 423:10
425:19,21
**Meadows** 259:8
**mean** 265:11 286:15
302:25 306:12
307:3 318:6 320:14
344:3 376:18
409:16 412:24
426:5 448:20
**meaning** 352:5
**means** 271:19 282:12
**meant** 452:21
**Med** 328:20
**media** 378:25 380:12
381:9,16,20
**medical** 325:22 354:8
354:25 460:20
**meet** 283:20 290:3
318:11,13 325:12
450:25
**meeting** 284:9,18,21
285:18,19,20
293:23 314:17

315:3,5,11 317:19
317:23 318:14
320:16 325:17
326:9,12 327:10
331:8 423:3,6,7,21
436:22 437:5
**meetings** 284:10,15
285:16 450:24,25
**member** 321:23
**members** 332:7,15
333:15,17
**mention** 356:13
435:12
**mentioned** 271:10
376:16 381:9
**message** 295:20
296:16 339:5
362:19 396:2
438:14 441:6
455:16 473:9
**messages** 289:24
351:14 353:14
382:18 395:22
396:5,8 455:9
471:14
**Messenger** 382:22,25
383:5,8
**met** 283:19 284:2,4
285:10 286:11
291:9 299:21 314:9
315:7 322:9 325:8
325:10,15,21
326:20 327:8,14
436:25 450:3,4
**method** 342:14
**MIA** 450:20
**Michael** 405:23
436:18
**middle** 279:18
317:22 401:13
420:16 421:22
424:2
**Mike** 404:25 405:5,6
405:16,21,22,24
432:15,18 433:5,9

433:14,22 434:8,10
472:15
**MIKER@IMECo...**
405:2
**Milman** 259:3 262:5
**mind** 402:6
**mindful** 273:13
274:21 276:12
**Miner** 431:22
**minimal** 457:24
**minus** 462:15
**minute** 263:16 343:9
345:19 355:10
371:9
**minutes** 267:10 374:6
**misleading** 366:14
**mistake** 421:8
**Mister** 428:6
**Mitsui** 263:6
**model** 396:16
**Monday** 318:3
**monetary** 400:18
**money** 366:4 367:5,9
369:2 370:3,8 372:3
372:6,12,14 377:7
377:25 384:7,21
389:18,25 390:2,8
390:21,22 393:19
397:24 405:18,18
405:19 408:4,11
409:20 429:18
463:4,6
**money-hungry**
429:16
**money-spending**
372:4
**month** 283:20 308:11
369:19 375:11,13
375:14,14,20
377:19 414:11
430:20 434:3
459:23
**monthly** 342:22
343:24
**months** 277:12

291:11 312:18
316:22 369:23
375:2 377:16,19
383:23 386:13,13
408:5
**Morales** 259:25
**morning** 261:8,9,10
261:24 262:10,12
266:10 267:23
271:16 277:7
**motion** 262:18 442:8
**move** 270:11,23
315:20 336:13
419:8 469:10
**moved** 336:11
**moving** 265:19
320:24 321:12
**MSN.com** 289:2,13
**multiple** 353:9,13
450:23 465:3
**mutual** 391:17

---

**N**

**N** 259:2 471:2 474:2
**name** 282:23 286:23
290:5 296:11,13
300:7 304:17
332:10 345:2
350:19,25 366:11
380:22 393:9
395:23 405:23
412:23 413:3,3,5,5
413:15 416:3
445:13 461:14,14
461:18,20 462:11
462:12,15 463:12
466:8 475:4,5
**named** 304:7 309:12
355:20,25 376:8
392:25 415:24
443:16 453:9
**names** 426:11
**necessarily** 311:24
312:4,7
**need** 263:25 264:12

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi   ---   February 3, 2023

494

264:20,21 265:24
266:5 274:5 275:25
276:8 291:16
297:10,11 298:4
299:25 301:8
304:20 341:23
349:16 355:9
368:15 369:17,19
370:2,3,7,13,19,24
370:25 371:6,6
373:15 386:8
387:21 438:15
466:16
**needed** 265:6 267:2
295:11 297:5,18
298:23 349:22
394:12,15 405:18
407:13 430:21
459:6
**needs** 274:10 349:25
**nephews** 452:8
**never** 275:17 277:21
277:22 284:25
285:10,10 287:18
337:9,10 367:10
377:14,14 387:17
407:10,12 411:24
422:15 424:15,24
425:12 440:2,3,25
441:4 447:18 451:5
452:21 457:3
463:25
**new** 258:1,12,20
259:4,8,15,15,20
261:5,6 304:18
306:17 330:16
335:3,3 409:18,21
433:20 438:4,8
448:7 466:7 473:9
474:6
**Nicholas** 258:8,8
415:6,11,17,25
419:23 436:17
437:6 451:4,5,7
453:16 454:19,25

**Nick** 417:2 451:10
452:5,6,20,21,22,23
452:25 453:5,13
454:22 457:22,23
**night** 267:17,24
270:3,3
**no-fault** 340:13
353:19
**nondisclosure** 449:6
449:9,12
**nonproducer** 432:6
**nonresponsive**
315:21 419:9
469:11
**normal** 268:17
**Notary** 258:19 260:5
261:4 470:24 474:5
475:20
**notate** 345:7
**note** 345:12
**noted** 470:20
**notes** 299:24 395:18
**Notice** 258:18
**noticed** 270:19
**notified** 457:12
**notify** 352:3
**notifying** 388:5
**notwithstanding**
468:20
**November** 359:17
417:18 421:4 433:4
472:25
**number** 262:2 265:20
320:8,10 359:21,23
359:25 360:2 379:2
379:7,8,11,11,13,14
379:15,16,16,21,22
401:18 441:13
471:11
**numbers** 360:8
**NYSTLA** 448:4,11
448:15,17

_____

**O**

**O** 474:2

**o'clock** 266:20 267:6
267:23 268:8 272:3
**oath** 277:8
**objecting** 349:10
**Objection** 277:19
278:2,12,16 280:7
280:21 281:21
283:9,16 285:5,24
286:24 287:4,23
288:4,18 290:24
291:18 292:3,6,18
293:3,8 294:7 295:5
295:12 296:23
297:8,12,20 300:14
300:25 301:24
302:19,22 304:23
306:4 307:2,10
311:20 312:6
314:11,25 315:16
316:13 324:12
325:19 334:8
346:24 348:18
349:14 350:23
353:23 359:12
365:3 366:6,10
367:2 377:4 383:21
384:10 385:25
387:6,11 388:7
389:15,22 390:6,11
390:25 393:21
394:2,18 397:4,18
411:6 417:20,25
429:23 439:13
445:5 458:5,10,15
458:19,23 459:4,8
459:19,24 460:5,11
460:16,21 461:6,11
466:13,17 467:5,14
467:22 469:25
470:6
**objections** 260:12
**objects** 348:25
**observations** 319:25
**observe** 318:21
341:11

**observed** 350:21
**observer** 285:23
319:13 341:23
342:4,15 347:5
350:8,10 351:4
366:5 367:5,9
387:24 414:5 458:4
471:9
**observers** 390:21,23
**observing** 340:17
399:15
**obstructing** 275:2
**obtain** 264:14 330:13
334:6 364:23
399:17 430:6,8
431:2,3,6,11 461:9
**obtained** 286:14
300:20 342:3 355:2
358:4,14 362:15,17
364:19,23 401:24
409:4,14,16 414:13
417:6 429:20
440:21 441:23
465:19 467:16
468:17
**obtaining** 342:7
365:5 409:21
**obviously** 273:16
**occurred** 336:7
375:17
**October** 323:5 325:7
327:22 338:25
339:18 355:19,24
357:2 398:5 399:5,6
417:22 472:7,8,9,11
472:12
**off-the-record**
332:24 357:6
367:15 420:5
421:13 437:16
468:11
**offer** 262:20 386:10
386:12,17,20 392:8
396:25 405:20
445:10 451:17

458:3,9
offered 266:9 374:22
374:23,23 377:9,15
383:22 445:9
461:20
office 318:4,8 319:9
319:16,20,22,25
320:18 321:16
335:2,6,9,9,21
337:5,8,10 362:18
398:12 425:20,22
426:8,9,18,21 427:5
427:6,13 436:25
offices 343:21 353:13
431:15
officially 264:6
oftentimes 314:4
Oh 336:19 386:7
434:13 463:21
okay 261:22 267:5
270:24 273:7,21,23
274:2,21 275:10,24
276:12,13,22 280:3
319:18 320:6 339:3
339:6 340:3 344:6
349:7 357:21
368:21 371:14,16
373:21 374:2 386:8
413:4 417:14,16
421:6 428:12
438:10 465:15
470:10
old 305:13
Omar 360:17 361:13
471:11
once 384:19 440:4
463:24
ones 309:18
online 300:2 301:9
324:6 330:7,8,12
378:24
open 280:4,20 281:20
282:7 291:16,22
462:10,24
opened 277:18 278:6

280:17 349:5
opening 281:5 308:15
375:22
operate 335:13 336:3
395:6 396:23
445:19,22,23
operating 395:5
operations 439:10
opinion 268:15
272:16 294:4,11
415:13
opposing 333:11
opposition 270:5
oral 268:13
order 285:22 292:15
329:3 341:22 401:9
413:2 418:22
420:25 421:3
Oren 431:15
organization 448:24
organizations 466:3
original 289:9 306:13
317:17 355:23
360:21 361:13
originally 283:5
301:13 312:14
328:5 332:3 437:23
outcome 474:15
Outlook 326:21,23
327:2,3 406:12,16
outside 405:21
outstanding 365:23
overbill 461:9,10
owe 372:13 408:11
owned 392:12 435:8
435:8 449:4

—————————
**P**
—————————
P 259:2,2
P-u-r-i-f-i-c-a-t-i
400:13 417:24
P&L 309:12,12,12
322:16,19 323:6,12
P&Ls 310:3,6 312:15
P.C 259:7,18

p.m 264:14 279:13
332:22,25 367:13
367:16,18,24
402:20 410:9
421:11,14 468:9,12
470:18,20
page 279:18,19
294:19 309:17
317:20,21 331:3
332:13 338:24
357:23 358:2
359:15 360:16
363:5 400:4 401:13
417:9,15 420:16
422:6,8,13,14 438:7
441:20 442:13,19
444:11 462:7
463:23 471:7,19
472:4 473:4 475:5
pages 265:17 357:12
357:16,17 452:4
462:9
paid 282:20 303:10
354:9 378:8 390:3,4
390:7,12 392:4
393:17,23 394:6,8
394:21 408:9,14
409:12,17 414:12
414:14 429:4 443:6
447:2 471:10
Panek 300:4 437:2
451:11 459:17
Papain 369:13 371:3
371:3
paperwork 278:5
par 272:7
paragraph 417:10
424:3 435:7 442:14
442:19,24
paragraphs 442:12
paralegal 354:22
paralegals 353:12
Paris 443:16,19,22
444:4
Paris' 443:25 444:7

Parker 369:15
part 280:19 281:8,19
344:25 345:9 346:5
346:9 353:16,18
354:5 392:18,19
419:18
parted 336:21
partial 392:4 397:25
particular 365:14
380:15
parties 260:4 274:11
275:25 426:7
474:13
partner 289:14
321:25 333:23
448:17,19,23
partners 380:23,25
382:8 423:10
426:19
partnership 424:4,22
463:19
password 368:23
paste 305:12 308:6
332:4
pasted 337:21 422:3
pause 368:15
paused 388:20
pay 282:24 344:9
351:8,11 370:5,10
370:15,16,20,21
371:18 377:2,11,21
377:24 378:2,3
381:20,23 383:25
384:20,21 385:4
387:17,21 389:7,17
389:20 390:9,21,22
391:25 394:6
396:22 397:16,21
398:21 407:20
408:8 409:3,6,8,20
411:20 447:8,9,13
447:15,17 458:13
463:4
Paychex 447:9
paying 387:19 389:11

390:15,16
**payment** 348:9 392:6
**payments** 340:12
  347:17 348:5,16
  385:2,16 387:2
  392:4 397:25
  430:13,17 443:7
**payroll** 369:24,25
  372:22 414:10
**penalty** 442:14,20,24
**pending** 272:22
  354:14 419:8
**people** 299:24 343:21
  369:14,14,15
  399:20 426:8
  429:11,12
**percent** 302:16 331:9
  331:24 334:4 336:5
  463:10
**percentage** 331:17
**perform** 364:16
  398:11 407:4 414:5
**performed** 301:19
  389:17 393:18
  407:21 408:12,13
  469:20
**performing** 387:23
  388:6 390:4
**period** 268:17 380:19
  407:6,7
**perished** 451:24
**perjury** 442:14,20,25
**permit** 267:21
**person** 265:21 290:7
  298:18 305:19
  320:22 352:5 392:9
  455:17
**personal** 321:8
  352:12,21 353:5
  354:4,16 355:3,8
  360:11,13 364:4,7
  365:16 412:17
  425:19,21 428:3
  443:19 444:21,22
**personally** 325:8

355:20
**pertains** 305:22
**perusing** 293:12
  304:2 307:23
  322:24 327:18
  340:9 399:8 417:13
**phone** 289:22 313:23
  314:7 373:21 379:2
  379:11,16 441:13
**phonecall** 375:5,13
  386:4 408:23
  456:23
**photo** 441:20
**photos/videos** 337:12
**physically** 450:23
**picture** 328:22,23
**pictures** 328:19
**Pillars** 280:6 404:14
  447:24
**pitch** 284:3,4 325:21
**pity** 397:19
**PKC** 258:2
**place** 258:19 334:6
  334:14 340:6
  449:21
**placed** 265:2 294:18
  307:25 309:3
  327:20 358:17
  361:19 365:22
  398:2 399:3 403:13
  404:21 422:21
  425:4 427:17
  428:18 434:17
  436:4,15 437:20
  442:5 443:12
**plaintiff** 258:4 259:3
  262:4 263:8,11
  349:11 352:12,21
  354:4,17 355:4,8
  381:2 428:19
**Plaintiff's** 271:25
  272:17 273:3 279:5
  279:8 281:14
  293:11 295:16
  303:25 304:5

307:22 308:2,25
  309:4 317:9,12
  322:7,23 323:4
  327:17,21 333:6
  340:7 352:9 355:17
  361:17,20 365:19
  397:13 398:3,24
  399:4 401:3,6 402:8
  402:11 403:11,14
  404:19,22 409:24
  410:4 414:20 415:2
  416:14 420:3
  421:16,19 422:19
  422:21 425:2,5
  427:15,18 428:14
  432:12,24 433:3
  434:15,18 436:2,4
  436:13,16 437:18
  437:21 440:6 441:5
  442:3,6 443:10,12
  471:19 472:4 473:4
**plaintiffs** 267:20
  353:5 364:8 448:25
**Plaintiffs/Third-Pa...**
  259:13
**plan** 280:19
**platform** 382:22
**platforms** 381:17
**play** 366:19 368:10
  388:13 450:21
**played** 368:11,17
  374:5 388:19
**playing** 464:9,23
**plead** 347:25 348:11
  348:17 349:21,24
  444:15,18
**please** 279:4 281:24
  286:3 287:5 296:12
  299:7 300:22
  305:23,24 334:10
  335:22 339:5,22
  355:14 358:24
  360:22 370:14
  394:3 403:7 417:10
  430:15 439:20

465:21
**pled** 347:18,20
  444:12
**PLLC** 259:3 262:6
  398:12
**plus** 267:23
**point** 275:4 290:17
  291:10,14 305:15
  308:14,20 318:24
  325:7 423:16
  431:24 437:12
  444:2 453:24
  455:12
**pointers** 399:14,18
**points** 264:18
**policies** 446:3
**Pollak** 258:7 286:13
  296:2,5,8,19 304:8
  309:23 310:2 314:9
  314:17 316:19
  317:14 321:22
  322:4 323:6 327:23
  333:9,13 339:2
  450:4,17 456:14,19
  469:14
**Pollak's** 450:6,8
**popped** 465:4
**portion** 264:24
  272:20,20 273:4
  388:14,18,19 402:5
  404:25 420:8
  421:22
**position** 386:21
**possession** 352:22
  396:4
**possible** 292:4,12,19
  292:22 296:20,25
  296:25 302:15,20
  310:4 317:2 322:18
**Possibly** 313:9
  411:17
**post** 443:14
**potential** 327:11
**pour** 372:6
**practice** 262:18

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

497

352:11 353:21
354:3
**prejudice** 272:21
274:16
**preparation** 270:3
**prepare** 392:13
**prepared** 269:14,25
270:7,11,22,23
273:9 448:2
**prepped** 452:7
**present** 259:23 262:3
312:2 315:10 343:6
351:25 378:11
415:4 452:11
455:13
**presented** 310:11,17
311:2 332:5 401:5
421:18 433:3
449:17
**preserve** 329:17
413:19 471:8
**president** 333:24
**previous** 302:18
331:8 332:4 360:23
361:3,6 375:6
449:13
**previously** 287:9
289:5,8 309:18
310:2 325:21 340:7
349:17 367:20
383:19 435:19
**price** 429:5 458:8
**principal** 265:22
**prior** 281:16 284:9
308:6 310:11
312:18,24 315:12
320:13 349:5
375:12,13,20 386:4
389:4,5 401:12
412:12 421:2 444:4
**Prisco** 432:16
**private** 265:2 427:6
**privileged** 420:9
**pro** 320:24
**probably** 308:14

420:22 428:2
**problem** 395:5
**Procedure** 263:15
**proceed** 269:22 270:7
277:5
**process** 283:3,4
337:14 338:12
467:20
**procured** 409:12
**produced** 347:12
396:10 408:21
**production** 314:15
329:18 347:11
351:20 352:20
354:7 361:11,12
379:20 380:5 381:3
382:13 393:12
396:8 408:20
419:21 454:11
466:23
**professional** 415:12
452:13
**professionals** 304:21
**profile** 443:15
**profit** 309:19 322:8
323:20,23 469:22
471:22
**program** 343:23,25
380:15 406:12
**property** 445:19
**proposal** 279:14,25
281:4,6 471:21
**proposed** 442:16
**proprietary** 442:21
461:24
**pros** 318:17 321:12
**prospective** 382:19
383:7 412:7,10,18
413:10
**protect** 467:20 468:4
468:5
**protecting** 468:3
**prove** 430:12,16
**provide** 310:20
320:10 326:17

353:5 365:2 377:2
390:20 413:3,5
445:2 449:23
454:19 466:9
**provided** 286:18
325:13 329:4
331:10,22 333:11
358:12,16 400:17
403:2 430:7 458:8
458:12,17,21,25
459:15,21 468:17
468:21
**provider** 379:25
**providers** 380:21
381:4 471:12
**provides** 364:7
448:25
**providing** 328:2
347:21 376:5
454:22
**pseudonym** 405:7,11
**Public** 258:20 260:5
261:4 470:24 474:5
475:20
**publicly** 306:21,23
306:25 307:5
**pulled** 445:7
**pulling** 423:13
**pun** 379:10
**purchase** 391:22
461:13
**purchased** 336:5,9
336:18 386:14,24
462:12
**Purificati** 400:11
417:23 419:6
**purportedly** 439:7
**purpose** 305:21
311:18 316:20
338:18 374:21
380:15 392:22
393:24 394:9,10
411:16 462:24
**purposely** 460:8
**purposes** 360:14

381:17
**pursuant** 258:18
401:9 420:24
470:15
**push** 372:3
**put** 296:15 358:21
370:4 372:22
401:12 435:7,18

_____

**Q**

**question** 269:11
270:6,20 271:10
279:20,21 281:23
281:25 282:4 284:5
285:7,11 286:4
287:6,19 292:8,10
293:14 294:13,14
297:13 298:2
300:23 305:23,25
306:2,7,9 310:24
315:12,13,22
316:15 321:11,15
322:15 323:16
333:3,14,19 334:11
335:20,22,23
336:20 338:7,8,10
344:20 346:20,22
347:6 348:24
349:12,16 352:16
353:24 354:14
357:25 358:23,25
365:24 366:15,21
366:23,24 368:5
388:15 394:4 419:8
422:6,7,17 431:13
431:15,18,21
435:14 440:19
445:25 465:6,22
**questioning** 276:12
**questions** 260:12
265:10,13 275:22
287:17 301:19
323:22 326:18
328:3 331:6 333:9
333:13 340:4

347:17 349:6 353:4
366:19 374:7
442:13 452:11
454:16 465:3 468:7
470:12
**quick** 367:11 421:9
468:6
**quickly** 387:7 460:15
**quite** 268:17
**quote** 331:7 378:15
378:15
**quoting** 332:12

_____

**R**

**R** 259:2 261:2,2
367:19,19 405:24
474:2
**R-o-s-e-n** 404:25
**R-u-d-e-s-c-i-n-d-o**
362:10
**raise** 270:5 275:18
284:23 368:16
**raised** 328:11
**rarely** 452:22
**rate** 340:25 341:10
343:13
**reach** 292:15 293:5
311:5,15,19 382:21
383:13,14 388:10
388:11,17 402:22
412:10,17 413:9
450:10
**reached** 282:16
292:25 300:6
311:14 365:11,12
382:24 383:4,7
391:12 394:12
399:19 467:8,11
**reaching** 363:22
411:10 412:7
450:14
**read** 279:20,21
281:24,25 282:4
285:7 286:3,4 287:6
292:10 299:2

300:23 305:24
306:2,8,9 323:15,16
333:3 334:11
335:23 346:22
352:15,16 358:24
358:25 359:7
366:24 368:5,7
394:4 399:6 417:10
465:21,22
**reading** 274:19
319:17 418:3
**ready** 269:21 369:16
371:5,5 399:7
420:12
**real** 377:21
**realize** 393:20
**realized** 461:14
**really** 277:11 294:5
333:21 334:6
338:16,17 356:20
370:19 371:7 372:3
372:15,17 446:2
**realm** 330:24
**reason** 264:19 267:19
270:25 271:2,5
287:21 294:21
300:6 303:3,7,8
311:4 312:14
314:23 315:13
316:9,11 365:14
366:3 374:19
376:21 377:21
393:23 449:20
475:5
**reasonable** 266:23
**reasons** 264:16,21
308:18
**Rebecca** 417:7,7,12
417:17,21 418:2,12
419:18 472:18
**recall** 267:19 278:23
278:24 279:3 281:4
281:5 284:2 288:6
288:17,20,22 289:8
289:20 290:20

296:17 297:25
298:13 300:18
301:20 310:12
313:10,11 314:18
315:3,5 317:4,6
329:24,25 330:3,4
345:5 347:18
348:10 349:18,22
350:18 363:3
375:19 376:9 391:6
395:14,15,16 398:8
408:2,9 414:3
425:23 427:22
432:4 434:2 442:10
449:12 451:14
**receipt** 272:22
**receive** 342:9 407:8
440:9
**received** 277:16,24
278:7 280:18
291:16 292:2
297:17 325:13,15
402:17 403:25
429:13 457:25
470:5
**receiving** 342:13
361:25 426:6
427:22
**recess** 367:16
**recognize** 279:11
289:6 295:21 304:9
309:7 317:15 323:7
355:21 361:23
399:9 402:15,16
403:17,18 410:6
421:22 422:24
425:7 436:7 437:24
441:8,9 443:17
**recollection** 281:19
282:6 288:8 322:16
346:10 348:15
375:16
**recommend** 416:23
416:25
**recommended**

449:22
**reconsider** 275:14
**record** 276:24 294:17
332:21,23 333:2,5
335:20 344:23
345:8 348:23 357:5
357:7 367:12,14,25
374:4 388:14,21
401:6,8 420:4
421:12,15 435:18
437:15 468:10,13
470:18 474:10
**recorded** 374:6
375:17 376:10
378:9,14 383:18
**recording** 261:18
368:10,11,17 374:3
374:5,14 388:16,19
**records** 345:2 346:16
347:7,11 354:7
379:20 380:5 381:3
471:9,11,12,12
**red** 333:8,14 337:22
338:9,20 339:5,8,22
339:23,25
**reds** 339:13
**refer** 281:17 283:10
302:8 363:25 364:2
398:14,15,17
416:22 426:20
442:12
**reference** 285:16
334:16 376:8
**references** 337:18
**referencing** 452:3
**referral** 410:16,19
411:20 414:12
**referred** 279:21
281:25 282:4 285:7
286:4 287:6 292:10
300:23 306:2,9
323:16 333:3
334:11 335:23
346:22 352:16
358:25 366:24

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi   ---   February 3, 2023

499

368:7 393:8 394:4
398:20 460:25
465:22
**referring** 281:16
295:23 322:7
337:17 338:10,12
361:2,3,5 365:19
387:15 389:2,10
400:4 412:4 416:10
424:9,13 425:18
426:4 438:18,24
439:2,4,6 462:11
**refers** 278:17 321:15
411:4
**reflect** 294:17 357:8
**refresh** 281:19 288:7
322:15 375:16
**refreshes** 282:6
**refused** 267:20
**refusing** 280:3,10,19
280:23,25
**regarding** 402:23
427:21
**regardless** 272:25
278:4 311:17
344:22 345:24
346:8
**regards** 467:7
**relate** 362:9
**related** 335:21
391:18 393:12
466:3 474:13
**relating** 385:16 445:3
**relation** 427:12
**relationship** 321:9
365:16 389:11
426:2
**relationships** 460:9
**relatives** 300:11
**release** 463:5,24
464:2,8,12,16,17,20
464:23
**remaining** 357:18
400:14
**remember** 283:22,24

288:9 289:20 290:4
291:12 292:8
301:16,17 321:17
321:19 322:19
325:10 326:11
327:9,10 350:25
363:18,20 393:10
395:17 407:22
412:21 426:14,16
426:17
**remind** 277:7 401:19
**removed** 272:2
457:23
**renotice** 470:14
**rent** 445:18
**repeat** 285:6 287:5
296:12 299:6
300:22 305:23
334:10 346:20
394:3 430:15
465:20
**repeated** 265:12
376:14
**repeatedly** 265:9
**reply** 339:25 442:7
473:10
**replying** 338:20
**report** 342:9,11,13
344:17 356:5
357:25 358:19
359:8,10 360:23
361:3,4 362:4
436:10 438:4 440:4
**reporter** 261:20
265:12 279:22
282:2,5 285:8 286:5
287:7 292:11
300:24 306:3,10
323:17 333:4
334:12 335:24
346:23 352:17
359:2 366:25 368:6
368:8,14 394:5
465:23 474:4
**reports** 298:7 299:24

342:8 344:12,21
351:6,8 361:6 362:9
362:14 364:20
371:11 435:22
438:15 450:14
458:22 461:4,5
**represent** 269:14
272:15 279:8
288:25 295:18
304:5 309:5 317:13
323:4 327:22
355:18 361:21
398:4 402:11
403:15 404:23
410:4 415:16 417:6
421:19 422:22
425:6 427:20
428:20 437:22
441:6 443:13 454:2
**representation**
269:20 333:12
348:23 357:10,13
**request** 263:4,8
314:20 329:20
345:7 347:14
351:22 352:24
354:11 355:12,13
361:15 379:23
380:8 381:7 382:12
382:15 393:14
396:12 408:22
413:22 419:25
420:20 454:14
466:25 467:19
**requested** 271:19
403:21
**requests** 463:18
471:7
**require** 343:21
**required** 348:24
**requires** 449:7
**reread** 265:13
**researched** 291:23
330:11 469:3
**reserve** 381:5

**reserved** 260:13
**resignation** 369:11
**resolve** 266:23
**respect** 283:13 302:2
315:12 326:14
333:14 334:2 347:3
353:4,25 382:12,17
383:18 452:19
453:16 470:4
**respective** 260:3
**respond** 268:14
278:21,25,25
466:16
**responded** 279:2
281:10 328:12
333:13 337:13
413:24 441:13
444:8
**responding** 339:12
**response** 270:5 320:4
323:11,14 331:6
334:3 403:2 439:18
439:21 444:7
**responses** 272:22
333:8 339:5,7,22
346:4
**rest** 262:20 264:14
332:18 400:3
**restaurant** 291:9
**restraining** 418:21
420:25 421:2
**result** 305:20 306:12
306:12,14
**resumed** 367:20
**retained** 392:22
473:14
**retract** 319:15
**return** 270:13
**returns** 447:21 448:2
**review** 275:3
**reviewed** 385:17
**reviewing** 385:9
442:10
**reviews** 422:2,4
**revive** 411:18

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi   ---   February 3, 2023

500

reviving 411:16
Rich 259:25
right 261:11,22,24
  262:12 266:2,21
  267:8 273:20
  274:21,24 276:5,6
  277:20 278:24
  280:17 282:14
  297:25 311:14
  337:15 356:11,21
  369:24 373:24
  378:16 381:5
  383:17 420:7,10
  424:23 441:10
  445:24
ring 416:3
Roa 259:19,24
  262:10 272:16
  434:19 437:24
Roa's 265:3 272:20
  273:4
Road 259:20 261:6
role 333:22,25 450:6
  450:8,19,21
Roman 258:7 284:16
  284:19,20 285:17
  285:18,19,21 286:6
  286:10,13,19 287:3
  287:22 288:5,13,16
  292:15 293:2,5
  296:2,5,8,19 304:8
  309:6,22 310:2
  311:5,7,9,10,13,15
  311:18,22,25 312:2
  312:8 313:8 314:9
  314:17,22,24 315:2
  315:3,5,6,8,14,18
  315:23 316:10,19
  317:14,18,22,24
  318:2,14,15 319:8
  319:25 320:5,7,13
  320:18,19,20,24
  321:8,22 322:4,8
  323:6,10,19 325:18
  326:10,11,13,20

327:8,10,23 328:2,9
328:11 331:6,23
332:6,7,17 333:8,12
333:15 334:4 335:2
336:6,10 337:12,17
338:9,10,16,22,25
339:8,9,10,14,21,23
339:24 361:22
362:20 363:17,19
364:23,25 365:10
423:12,16 453:23
456:14,19 457:3,9
457:11,21 469:14
Roman's 320:18
  332:19
Ron 436:9
Ronald 358:11,15
  436:6 442:15
  463:16,19
room 261:13,15,17
  337:5,6,7 453:23
Rosen 404:25 405:5,6
  405:16,22 432:15
  432:18 433:5,9,14
  433:22 434:10
  472:15
Rosenberg 431:6,11
Rosenblatt 277:11
  358:12,16 359:21
  368:19 369:9 370:2
  370:10,13,18,23
  372:17,23 373:2,6
  373:15,22 374:2
  396:9 398:5 405:6
  405:17,23 406:4
  409:20 436:6,9
  438:3 442:7 445:2
  460:8,19 462:13,14
  463:2,16 468:16
Rosenblatt's 289:3
Roth 417:7,7,12,17
  417:21 418:3,12
  472:18
roundabout 426:25
routed 464:11

routinely 320:12,14
royalties 396:22
rpollak002@gmail...
  295:19
Rudescindo 362:10
Rule 263:14 348:23
  401:9 420:8
rules 263:14 268:13
run 386:19 411:14
  437:8,9 459:12
running 411:12
  439:10 463:15
Ruthayn 258:19
  261:4 474:4,21
ruthless 294:5 397:3
  397:5,6,10

———————
S
———————
S 259:2 261:1,2 262:1
  263:1 264:1 265:1
  266:1 267:1 268:1
  269:1 270:1 271:1
  272:1 273:1 274:1
  275:1 276:1 277:1
  278:1 279:1 280:1
  281:1 282:1 283:1
  284:1 285:1 286:1
  287:1 288:1 289:1
  290:1 291:1 292:1
  293:1 294:1 295:1
  296:1 297:1 298:1
  299:1 300:1 301:1
  302:1 303:1 304:1
  305:1 306:1 307:1
  308:1 309:1 310:1
  311:1 312:1 313:1
  314:1 315:1 316:1
  317:1 318:1 319:1
  320:1 321:1 322:1
  323:1 324:1 325:1
  326:1 327:1 328:1
  329:1 330:1 331:1
  332:1 333:1 334:1
  335:1 336:1 337:1
  338:1 339:1 340:1

341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
367:19 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1 377:1 378:1
379:1 380:1 381:1
382:1 383:1 384:1
385:1 386:1 387:1
388:1 389:1 390:1
391:1 392:1 393:1
394:1 395:1 396:1
397:1 398:1 399:1
400:1 401:1 402:1
403:1 404:1 405:1
406:1 407:1 408:1
409:1 410:1 411:1
412:1 413:1 414:1
415:1 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1 428:1 429:1
430:1 431:1 432:1
433:1 434:1 435:1
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1
445:1 446:1 447:1
448:1 449:1 450:1
451:1 452:1 453:1
454:1 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
462:15,18 463:1
464:1 465:1 466:1
467:1 468:1 469:1
470:1 471:1,18

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 245 of 253 PageID #: 3366
IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi   ---   February 3, 2023

501

472:1,3 473:1,3
**S-c-h-u-f-f** 304:7
**S-h-i-p-e** 393:2
**S-i-m-o-n-e-t-t-i** 409:3
**sabotage** 460:8
**Safa** 258:7,17 259:14 268:8,11,24 269:25 272:17,24 277:3 304:17 331:8,10 332:17 333:15 356:25 362:3 413:16 438:7 462:17 463:2 470:17 471:5 475:4 475:5,18
**Safa's** 269:6
**safe** 373:11
**said/she** 426:13
**salary** 289:4 369:23
**sales** 365:20 366:9,13 378:21,22 379:2,4,6 380:10 424:6,10 439:10
**sat** 427:3 453:23
**satisfied** 287:20
**Savastano** 453:10
**saw** 298:20 300:7 332:5 348:9
**saying** 266:18 280:25 313:4 337:22 354:18 389:7 390:19 393:17 424:21 431:8 434:25 452:18 461:5
**says** 279:25 304:16 304:24 308:4 317:25 318:2,8 320:5 324:15,17 331:5,23 338:25 339:4,21 356:25 360:22 362:20 374:9 404:25 415:19 422:8 443:2

**scale** 289:4
**scared** 372:2,17 374:9,24 385:19,21 385:24
**scheduled** 268:21
**Scheuerman** 259:12 262:8
**Schnurman** 431:21
**Schuff** 304:7,11
**scope** 394:25
**screen** 294:18 365:21 365:22 421:20 422:9 441:21,23 443:13 452:3 472:20 473:11
**screening** 325:22 410:24 411:4,10,12 411:18,23,25
**script** 402:23
**sealing** 260:8
**second** 274:23 284:4 289:8 322:17 331:3 332:13,21 358:2 365:25 373:17 399:6 417:9,15 422:6,8,14 425:10 441:20
**seconds** 374:6
**secrets** 449:4,5 461:25
**secure** 285:22 286:7 286:8,10 437:10
**secured** 285:17
**securing** 284:14,18
**Security** 359:20,23 359:24 360:2,7
**see** 274:9 279:12,16 279:24 281:12 286:16,19 288:13 304:10 309:14,15 312:12,25 313:5,8 316:24 318:4,7,8 320:6 324:16 326:15 327:7,7

328:12 331:11
332:18 339:5,22
356:15 360:24
361:24 362:23
363:5 394:16 398:8
401:16 402:16,24
403:7,18,22,25
405:3 410:7 415:18
415:19 422:8,11
424:7 425:16
428:21 438:16,22
441:9 452:15 463:8
469:8
**seeing** 300:18
**seek** 263:2 266:12
**seeking** 262:16 266:19 419:12
**seen** 277:22 398:7
**selected** 365:15
**self** 448:21
**sell** 374:23 392:8
**selling** 391:21 461:24
**send** 261:12 288:5 289:24 296:5,7 302:8 305:19 308:12 309:22 310:2,6 316:22 326:21,25 344:7 353:14 371:12 372:21 382:18 407:8 415:10 416:16 429:9 433:12 434:5 435:5 436:9 450:9 454:6,7
**sending** 290:19 339:25 423:21 427:24
**sends** 429:11
**sense** 270:23 273:2
**sent** 287:3,9,15,22 288:10,13,15,21 290:8 292:14 296:2 296:16,18,21 298:5 298:7,9,11,15,17,24 299:2,2,5,9,15,20

299:24,24 300:16
302:3,5,10 305:9,13
305:18 307:11,13
308:9 309:9 311:7
311:17,22,25
312:11,15 313:7
314:22 315:14,22
316:9,11,20 317:4
317:23 318:11
322:8,16,19 323:10
324:8 325:18
326:10 328:5,8
337:24 338:4,19,25
339:12 345:6
355:23,24 359:16
359:17 360:14,22
361:14,21 384:21
384:23 385:2 390:8
399:11,23 400:5,9
400:11,14 402:17
403:19 408:14,16
415:17 416:11
421:4 427:21
428:20,23 429:7,19
434:19 436:5
438:11 440:12,12
441:21 452:9 454:8
465:25 467:19
468:24 469:4,6,8,12
469:14
**sentence** 319:17 425:11
**separate** 299:5,8,15 299:20 357:15,19 360:16 406:22 428:24
**separately** 274:13 351:9 419:20
**September** 308:3 309:5,23 312:17 314:8,16 317:5,13 317:18 322:13 327:6 328:6 337:3 339:17 410:25 422:10 471:24,25

472:6
**series** 301:18
**serious** 293:24
  294:24
**serve** 347:4
**served** 350:6,8
  377:22 393:24
  394:9,10 455:18,23
  455:24 457:8
**server** 406:20,23,25
**service** 330:19,21
  331:21 338:6
  379:25 380:21
  381:4 410:21 424:5
  437:8 452:14,15
**services** 364:16 366:5
  367:5,9 381:21,23
  387:24 388:6
  389:18 390:12,22
  393:18 398:12
  407:5,21 414:5
  448:25 458:4
  469:20
**serving** 347:4
**session** 271:17
  367:18
**set** 284:21 326:11,23
  327:2 382:3 406:19
  412:18,20,22,24
  413:2 433:16,19
  434:4,8 450:24
  474:8,17
**seven** 262:17 263:2,3
  266:8,15,19 271:20
  274:19,20 337:12
**seven-hour** 271:18
**seventh** 357:23
**shadow** 464:25
**Shalit** 259:18,21
  262:9,10 271:21,23
  272:13,14,15
  276:19,21 385:25
  470:14
**Shalom** 258:19 261:4
  474:4,21

**shape** 451:8
**share** 336:5 423:23
  424:6
**shared** 328:12,16,20
  328:20,24 329:3
**shares** 336:18
**sheet** 345:12 475:2
**shield** 284:23
**Shipe** 392:25 404:11
**short** 274:4 380:19
  403:7 407:6,7
**short-lived** 433:21
**shortly** 463:6 465:13
**shot** 441:21,23
**shots** 443:14 473:11
**show** 279:17 293:25
  294:18,24 295:4
  310:8,10,23 314:24
  347:16 368:11,12
  391:3 399:21 442:9
  451:3 452:2,19,24
  453:4,8,12 462:7,8
  462:17 463:22
**showed** 278:5 347:16
  450:2
**showing** 341:7
  359:16
**shows** 322:14 420:16
**side** 266:4 273:3
**Siegel** 431:13
**Siegler** 349:19
  416:25 463:9
**sign** 356:8 449:8
**significant** 304:21
  465:18
**Silver** 431:18
**similar** 306:18,21
  324:16,23 325:4
  330:19 337:14
  435:5 469:23
**Similarly** 329:10
**Simonetti** 409:2
  412:23
**simple** 299:23,25
**simply** 305:18

**sit** 269:3
**site** 331:14,25 334:5
  422:3
**sites** 381:20
**sitting** 268:5 371:11
**six** 267:8 288:9,10
  357:17 428:24
**Sky** 403:25 404:4,7
**sliding** 289:4
**smart** 312:8
**smear** 419:13
**snake** 428:2 432:10
  432:10
**snakes** 432:8
**social** 359:20,23,24
  360:2,7 378:25
  380:12 381:9,16,20
**software** 344:3
**sold** 385:22 459:6
  461:25
**solicit** 443:25
**somebody** 290:16
**son** 359:24
**soon** 371:7
**sorry** 279:25 281:23
  282:3 292:9 316:3
  319:18 323:13
  335:17 336:19
  339:6 346:17
  379:12 380:24
  381:22 384:20
  397:11,15,16 409:5
  412:24 430:25
  434:7 437:15
  445:21 448:12
  455:23 462:13
**sort** 265:22 425:25
  443:15 459:13
**sought** 306:13 330:22
**sound** 273:18
**speak** 289:21 320:19
  366:16 439:16
  452:25 453:3,4,5,9
  453:13 455:19,24
**speaking** 340:16

  342:18,19 366:18
  371:16 423:11
  444:20
**speaks** 294:8 429:17
**specific** 464:19
**specifically** 330:12
  348:25
**speculate** 304:12
**speculating** 304:15
**spend** 262:20 372:3
**spent** 264:23 344:23
  345:3,24 366:4
  367:4,8
**spoke** 264:7 311:7
  362:22 369:13,13
  369:14,15 391:21
  395:15 425:11
  456:2 457:14 467:9
**spoken** 293:24
**stage** 392:18,20
**stalled** 265:9
**stand** 448:6
**start** 262:25 267:7
  270:15 271:25
  283:15,18 285:22
  286:8 289:19
  290:15 299:4,8,10
  299:14,19 328:19
  375:3,8,10 388:16
  420:6 459:9,14
**started** 266:24
  271:24 273:16
  282:25 283:3,5
  285:10 299:21
  408:6,6 450:13
  459:10 464:9
**starting** 272:3 298:6
  302:10 309:25
  453:24
**starts** 363:17 420:15
**state** 258:20 261:4
  318:16 321:13
  323:13 332:11
  334:13,15 348:3
  424:3,3 425:10

436:21 448:7 474:5
**stated** 304:20 334:4
334:16 349:4,13
356:19 378:9,14
388:23 391:3 403:6
423:18 456:6
462:10
**statement** 319:15
435:17 463:10
469:22
**statements** 309:19
322:9,16,20 323:12
323:21,24 384:14
385:5,9,14,15 387:4
387:10,12 444:8
**Staten** 261:6
**states** 258:1 332:6
**stating** 261:5 395:15
**steal** 430:23 467:13
**stenographically**
261:21
**Steve** 416:25
**stiped** 272:23
**STIPULATED** 260:2
260:7,11
**stonewalled** 265:9
**stop** 263:16 274:7
275:15 373:18
388:3,6,17,18
423:17,18 451:13
451:16 455:6
464:23
**stopped** 267:16
410:24 433:17
455:7
**story** 275:3
**straight** 297:6
**Street** 259:15
**strict** 274:19
**strike** 315:20 419:9
469:10
**struggle** 355:13
**stuff** 312:9 328:19
357:4 373:3 426:13
429:9 439:23 450:9

**Subin** 353:20 354:2
459:16
**Subin's** 437:9
**subject** 280:12
295:20 296:16
308:4 323:6 362:3
362:19 403:20
415:17,18 438:4,8
**subjected** 276:11
**submit** 264:13 265:4
265:24 270:9
342:16,20 344:11
344:17 461:3,5
**submitted** 262:24
266:7
**subpoena** 348:13
369:7 376:19,22
**subpoenas** 381:5
**Subscribed** 470:22
475:19
**subsequent** 341:11
341:16 361:13
456:25
**subsequently** 377:22
**substantial** 264:24
265:20 268:17
**Success** 258:12 259:4
**sucks** 440:25
**sufficient** 264:15
286:22
**Suite** 259:4,8 335:3
**Sullivan** 369:13
371:3,3
**sum** 372:12
**Sumitomo** 263:6
**summary** 365:21
366:9 424:11
**summer** 396:17
**Sunday** 317:18
**Supplemental** 442:7
473:10
**support** 264:16,20
406:19 430:23
442:8 466:22 467:4
471:16

**supporting** 263:4
**supports** 466:11
467:12
**supposed** 390:3
420:23
**supposedly** 289:19
**sure** 261:14 271:18
272:15 279:23
284:13 286:15,20
291:19,20 292:12
297:24 310:4 314:6
320:5 326:25
330:25 334:21
344:14 370:24
383:2,6 412:14
413:8 424:15
451:15 468:8
**swears** 442:14,19,24
**sweetheart** 445:9
**sworn** 260:5 261:3
367:20 470:22
474:8 475:19
**Systems** 278:9
279:10 329:23

────────────

**T**

**T** 471:18 472:3 473:3
474:2,2
**take** 268:4 269:8
274:3 294:5 299:10
345:21,22 367:11
373:20,24 396:25
397:8 399:6 450:22
**taken** 269:4 304:22
305:2 461:15
**talk** 275:21 289:15
290:14 311:21
312:9 319:12
373:13,14 397:23
463:2
**talked** 320:21 363:21
369:22 384:7
391:18
**talking** 363:24
371:15 426:15

**talks** 263:5
**tampering** 265:5
**targeted** 366:4
**tasks** 450:16
**taught** 452:8
**tax** 360:14 447:21
**taxes** 372:13
**teach** 459:12
**team** 328:3,5 332:6
332:15 333:15,16
382:3
**tech-savvy** 314:13
**technology** 406:15
**tell** 287:18 296:7
299:12 352:2 355:4
356:4 363:21
369:21 375:24
384:12 389:8,10
397:8 398:17
408:16 434:2
454:16 460:13
**telling** 295:3,3,7
310:24 339:20,22
349:22 353:7 372:4
376:4
**tells** 410:8
**template** 356:5 358:3
358:7,8,9,10 359:4
438:4,8 473:9
**temporary** 386:12,21
386:23 418:21
420:24 421:2
**ten** 267:23 268:8
301:5 442:14
**term** 397:5,6 448:19
**terms** 270:18 344:6
394:22 414:2
**test** 395:21 396:2
**testified** 261:7 277:17
277:21 288:15
294:2,21,24 311:4
316:18 340:11
350:16 367:21
383:17 410:23
451:3 462:7 463:22

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi --- February 3, 2023

504

testify 288:12
testimonial 262:23
263:22
testimony 262:17
263:18 264:25
266:25 272:8,9
277:10 294:8,15,16
305:5 307:16
310:13 334:2
339:20 345:5 348:8
364:19,22,25 368:7
375:20 376:15
391:7 452:16 464:5
468:15 474:10
tests 301:19,23
text 289:24 320:5,7
338:8,9 339:23
351:14 353:14
396:5,8 441:6 455:9
455:16 471:14
473:9
texted 465:2,6
texting 320:12
thank 267:13 275:8
276:14,15,21,22
284:23 428:9
470:10,13
thanks 273:14
thing 400:25 414:17
things 328:23 385:21
386:6 403:3 450:10
think 264:12 268:12
269:2,9 270:14
271:3 272:4,25
273:5 278:23 279:2
289:23 290:4
298:13 301:16
314:12 315:17
318:13 328:22
329:24 338:15,22
346:13,13 374:16
381:18 382:24
383:4,9 384:11
387:9 392:17 397:6
406:6,8,8,9 408:4,9

408:14 415:23
422:4 435:14
444:19 447:16
448:21 467:3
thinking 288:10
324:14
thinks 429:12 438:20
third 324:21 435:7
444:11
Third-Party 259:18
262:9
thought 263:25 266:4
272:9 293:22 295:2
316:7 389:24 397:9
402:2
threat 464:13,19,21
464:22
threaten 398:16
463:11 464:14
threatened 461:23
463:3,24,25 464:7,8
464:15,16
three 309:11 323:7
323:11 343:21
362:6,9 369:23
375:2 377:15,19
381:3,20 383:23
386:13 408:4
428:24 442:19
471:12,12
three-and-a-half-h...
271:16
Tiffany 417:22 418:6
418:11,14,17 419:6
Tiffany's 419:17
time 258:19 262:18
262:23 263:22,24
264:12,22 265:14
265:24 266:4,12
268:18 269:7
270:16 272:25
274:5,16 275:4
276:6,8,25 277:12
282:3,20 284:3,4
290:17 291:5,14

292:13,14,24 293:6
296:21 297:3,15
305:15 307:11
308:20 313:18,18
318:24 322:17
325:10 330:17,20
330:22 332:22,25
334:20 336:9
344:19,23 345:3,10
345:24 346:4 347:7
351:2,4,17 355:6
367:13,24 380:19
400:7,15 411:13
421:11,14 423:16
431:24 437:12
444:2 450:3 455:12
456:4 461:5 465:8
468:9,12 470:11,18
470:20
timeline 313:25
314:15 471:8
times 295:7 321:14
410:21 465:3
tip 401:18,20
tips 401:23
today 262:3,25,25
263:25 264:2,8,12
266:5,7,11,18,20,24
267:6 268:20,21,21
269:5,10,13,18,25
270:8,11,17,17,24
271:4,11 273:11,14
273:17,22 277:2
294:21 339:20
342:25 347:21
348:8 364:19,25
369:24 370:14,22
370:23 371:17
436:22 445:2
468:15 470:11
today's 452:25 453:5
453:8,12 470:16
told 277:21 289:18
290:7 347:22,25
348:11 374:24

375:17 385:12
386:5,9,12 389:8,16
392:3 396:16 397:2
397:25 405:23
408:2 418:2 444:12
445:12 451:25
460:18 461:3,8
464:11
toll-free 379:21 380:2
471:11
Tom 404:17 467:8,9
tom@bigskyfranc...
404:5
tomorrow 362:23
369:12
top 271:8 272:11
280:12 317:21
331:5 338:24,24
339:4 356:24 400:4
401:7 402:4 404:25
420:8 438:8 459:17
tops 434:3
totaling 263:10
totally 338:15
track 342:21 343:23
344:5 360:13
430:21
tracks 314:5
trade 449:3,5 461:25
466:3
trained 451:4,6,8
training 300:16,18
302:2,4,7 400:23
453:17,19 454:4
transaction 385:15
transcribe 368:15
transcript 275:4
294:19 462:9
463:23 474:9
treated 386:3,5
trial 258:16 260:13
448:7
trouble 385:10
true 294:2 302:13
304:25 307:18

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 249 of 253 PageID #: 3370

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

505

376:4 389:9 393:17
409:17 410:23
419:11 434:10
435:17 442:17,22
445:7,12 452:19
460:7,13,18,23
461:3,8 464:5 465:2
474:10
**trust** 432:7,8
**truth** 295:3,4,7
310:24
**try** 266:23 284:20
**trying** 280:4 289:18
339:11 374:22
462:20
**turned** 299:16
**Turnpike** 259:8
**twice** 310:6
**two** 263:9 274:9,19
274:20 277:3
291:10 310:18
311:3 322:12
324:19 371:18
382:9 402:14 408:4
427:11 428:24
434:3 442:13 450:2
455:22 456:4
459:17,22 460:2
**type** 315:17 324:10
338:12 350:2 412:4
467:3
**typing** 462:17

**U**

**U** 261:2 367:19
**U-r-i-b-e** 417:23
**Uh-huh** 310:14
324:25 329:12
**ultimately** 281:7
282:23,25 295:9
321:22 407:4
**Um** 296:7 368:24
**umbrella** 446:11
**understand** 270:21
277:8 286:2 306:18

307:3 330:16,20
331:21 334:17
339:10 344:14
353:24 359:13
371:22 372:8
390:18 438:11
**understanding**
291:24 293:20,22
315:23 316:4,6
328:15,18 330:15
374:14
**understood** 264:11
269:19 273:7,24
274:15,16,17
275:20 276:2 312:2
445:25 446:2
**unethical** 294:5
391:6 392:9 397:3,7
397:9
**unfair** 423:19
**unfortunate** 273:12
**unfortunately** 264:24
415:5
**Union** 259:8
**unique** 334:18
**UNITED** 258:1
**unlawfully** 265:3
**unorthodox** 355:11
**unqualified** 464:21
**untrue** 305:7,8
461:22
**untrustworthy** 294:4
295:2 391:6 397:7
**updated** 457:22
**upload** 329:8,10,22
**uploaded** 330:2,4
**upset** 462:13,14
**Uribe** 417:22 419:6
**use** 298:25 303:13,17
303:21 307:16
313:12,15,19 319:9
319:19,21 329:23
331:18,19 337:7
343:23 354:9
360:22 379:3,25

380:14,17,21
381:14,16 389:12
397:5 400:23,25
406:4 412:16,23
413:9,15 424:5
429:13 433:19
437:8 440:10,15,20
445:13 449:15,16
449:18 451:10
452:14 455:4
468:23,24
**uses** 382:9 410:20
**usual** 370:21
**usually** 343:7 378:3,8
379:9
**utilities** 324:16,22
325:5
**utilized** 407:15

**V**

**v** 263:6 475:4
**vagrants** 399:20
438:16,24 439:2,5
439:17
**variety** 308:18
**various** 301:19
**vehicle** 265:3
**vendors** 448:24
**Venmo** 447:15,16
**venture** 324:11
325:24 326:4
449:25
**verbal** 286:11 342:19
344:20 346:4
353:16
**verbally** 344:12
353:11 355:4
**versus** 261:25
**vice** 333:24
**video** 258:16 277:3
337:13,18,18,19
338:11,11,13
402:22,24 403:6,7
**Videographer**
259:25 276:24

332:22,25 367:13
367:24 421:11,14
468:9,12 470:16
**videographer's**
271:20
**virtually** 301:23
331:13
**Vito** 258:7 259:14,24
268:9,20 269:2,5,9
269:9 270:11
273:10 295:7 304:8
333:16 371:15
373:13,13,15,23
378:11,14 418:22
**Vito's** 294:23 360:2
373:25
**Vivian** 438:9
**voluntarily** 399:23
467:19 468:16,21
468:21
**volunteer** 401:19
439:23
**volunteered** 439:7
**volunteers** 438:22
**vulnerable** 460:14

**W**

**W9** 356:8
**Waichman** 369:15
**wait** 264:17 343:21
414:15
**waived** 260:9
**walked** 445:9
**want** 266:20 269:22
274:3 276:9 290:14
290:16 306:14
319:19 340:4
348:20 369:3,3,4,10
369:11 386:7,22
392:10 395:4
401:11 404:24
405:20 413:19
423:7 425:11,12
428:5 429:12,18
432:9 435:17

440:22 444:15,18
451:14 453:18
**wanted** 286:16
287:13 290:15
291:15 305:14
311:11,21 312:12
318:21 319:12,24
320:23 337:24
356:13 386:18,19
397:16 402:22
403:3 423:5,22,22
425:14 429:8,8
440:15,20 452:9,12
452:15 453:25,25
454:17 461:13
**wanting** 294:5
**wants** 274:6 276:4
368:23 373:13
**Warner** 259:12,16
261:10 262:7,8,8
264:7 267:11,13,14
267:15 269:11,17
269:22 270:20,21
271:2,5,10,15,22,23
272:18 273:8 274:9
274:22 275:6,8,21
275:21,22 276:4,7
276:14,16,18
277:19 278:2,12,16
280:7,9,21 281:21
283:9,16 285:5,24
286:24 287:4,23
288:4,18 290:24
291:18 292:3,6,18
293:3,8 294:7,13
295:5,12 296:23
297:8,12,20 300:14
300:25 301:24
302:19,22,24
304:23 306:4 307:2
307:10 311:20
312:6 314:11,25
315:16 316:3,13,16
317:20 324:12,17
325:19 332:11,14

332:16 334:8
335:17 346:17,20
346:24 348:18
349:14 350:23
353:23 354:14
357:5,7,21 359:12
365:3,23 366:6,10
366:13,18 367:2
376:12 377:4
383:21 384:10
387:6,11 388:7
389:15,22 390:6,11
390:25 393:21
394:2,18 397:4,18
402:2,6 411:6
417:20,25 419:14
420:4,10,13 428:9
428:12 429:23
431:8 437:15
439:13 445:5
448:12 458:5,10,15
458:19,23 459:4,8
459:19,24 460:5,11
460:16,21 461:6,11
464:2 465:8,11,15
466:13,17 467:5,14
467:22 468:8
469:25 470:6,8,13
470:15
**wasn't** 294:24 311:13
316:7 320:22 321:9
326:5 386:16
390:15 391:20
397:19 463:10
**Watchdog** 258:3
261:25 286:23
295:24 300:12,21
301:4 302:14,18
303:4,9,14 304:22
305:2,6 307:9,17
309:20 323:6,12
329:25 330:4,14,23
331:10,14,17,19,20
331:25 334:5,18,22
337:19 341:7,16

345:6,14,23 346:5
346:12,16,18 350:9
350:14 351:24
352:22 354:9,24
355:2 358:4,16,19
359:8,10 361:4
362:14 363:2,7,12
368:24 376:6 389:6
390:13,16,24
393:17 394:7
401:24 403:7
418:19,24 419:4,12
422:3 424:18
430:14,18,24
435:23 436:10
438:4 442:21 445:4
459:7,18 460:25
462:22 464:11
465:19,24 467:17
467:18 475:4
**Watchdog's** 287:9
303:18,22 307:6
338:13 340:25
393:19
**Watchdogs** 300:17
335:18 337:15
353:12 362:4
384:20,21 387:15
387:18,23 389:7,17
389:20 390:2,3,5,9
390:14 393:17
424:16 439:4,22
458:13 460:9
462:19
**watching** 368:22
**way** 273:15 291:22
292:20 293:2 297:6
306:17 317:6
321:17,19 327:13
350:20 358:22
359:6 363:20 383:2
414:14 424:20,23
424:24 433:16,19
437:9 451:8 468:3
474:14

**ways** 336:21 353:9,10
353:13
**WD** 345:8
**we're** 267:3 371:16
371:20,21 372:2,7
373:19,19
**we've** 309:18
**wear** 267:21 452:12
**web** 328:21 331:20
**website** 278:9,10
279:15 282:16,21
282:24 283:5,14
284:25 286:23
303:12,16,18,20,22
304:14,16,18,20
305:2,7,14,19 306:7
307:6,17 308:4
324:5 328:3,5,21,24
331:10,15,18,20
337:19 338:5,14
414:23 421:20,24
422:5,15 462:25
472:17
**Website/Online**
471:21
**Wednesday** 318:17
**week** 277:18 368:20
410:14 412:4,5
**weeks** 277:16,23
278:7 371:19
**weight** 423:13
**went** 268:16 305:18
308:17 311:5
315:24 316:12,18
321:16 337:2 343:7
390:8 429:20
449:24
**Weser** 371:4,4
**West** 259:15
**WHEREOF** 474:16
**willing** 269:15,17
271:12,13 378:2
386:20
**Wingate** 369:14
371:4

Case 1:22-cv-01032-PKC-JRC   Document 154-5   Filed 03/10/23   Page 251 of 253 PageID #: 3372

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

507

withdrawn 283:3
292:13,23 303:7
310:9 315:4 320:11
320:15,16 350:6
354:13,24 359:14
361:9 378:10
385:19 405:10
422:18 423:15
456:12 464:13
469:18
withdrew 421:10
witness 262:15
263:12 265:4,5,9,21
266:11 270:18
272:6 280:8 293:12
304:2 307:23
322:24 327:18
333:10 340:9
366:17,19 396:9
399:8 417:13
419:22,23 471:4
474:7,11,16
WL22060 263:7
wondering 318:3
word 278:17
word-for-word
401:21
words 277:13 337:21
337:22,23 382:2
448:22
work 274:10 290:16
291:15 297:4,16
308:21 335:7 351:3
369:22 370:16
377:14,15,25
383:19 390:4
391:20 402:21
408:11 412:4
425:14 447:5 459:3
worked 270:2 320:2
336:23 345:14
353:13 390:14
400:6,15 404:8,11
404:16 426:22
427:9 450:6 462:4

464:24
working 278:9
292:16 305:16
308:16 319:3
351:16,17 363:22
376:25 396:18,19
396:20 410:24
419:3 427:4 434:12
448:24
workload 423:19
works 318:9 320:18
405:12 415:25
world 438:21
worried 384:16,17
385:5
worry 370:12 373:10
375:24 376:3,5
384:13 385:13
wouldn't 286:22
291:21 324:13
366:7 396:22
405:22
write 274:12 305:10
309:14 351:6
438:15
writes 438:14
writing 314:19
329:19 347:13
351:21 361:14
380:7 381:6 382:14
393:13 396:10
413:21 419:24
454:13
written 332:2
wrong 303:6,11
311:2 320:14
338:16 385:23
444:19 462:18
466:20
wrote 305:9,11
330:11 331:6
402:21 415:17
423:2 429:4

X

X 258:2,10 471:2,18
472:3 473:3

Y

Y-a-d-g-a-r-o-v
362:22
Yadgarov 362:21,25
364:21,24 365:2,11
365:15 366:3 367:4
367:8
Yadgarov's 362:18
Yaniv 278:8 279:10
279:14 280:5
282:17 283:2 308:3
308:12,17 327:23
329:4 330:15 332:3
yeah 371:24 372:9
373:22 383:9
year 283:21 370:11
407:22
years 288:9,10 323:7
323:11 432:9 458:2
458:8,13,18,22
459:2,16
yesterday 262:22
263:17 264:4,5,7
265:19 266:3,6,14
266:16 267:15,20
267:25 268:16
269:6 270:12
271:24 272:12
274:22 277:10
301:18 316:19
340:11 345:5
349:13 410:10,12
410:23 468:16
470:11
York 258:1,12,20
259:4,8,15,15,20
261:5,6 335:3,3
448:7 474:6

Z

Z-e-m-s-k-y 416:8
Zalman 431:21

Zelle 340:12 347:17
348:4,9,16 349:20
385:2,16 387:2
430:13,17 443:6
447:13
Zelles 387:14
Zemsky 416:8,17
417:3 419:24

0

1

1 472:17
1:04 367:13,16
1:22-cv-1032 258:2
1:49 367:18,24
1:56 410:9
10 288:25 422:23
425:6 472:21,21
10,000 369:20
10/31/2017 357:10
10:31 258:13
10:52 276:25
100 410:16 411:20
463:10
1001 335:3
10011 259:15
10018 335:4
10309 261:6,7
1099s 447:10
10th 259:15 290:18
11 398:5 472:11
11:00 267:7
11:43 355:24
11042 259:4
1113 357:12
11366 259:8
11548 259:20
119 357:12
12 399:14 422:10
442:19
12-page 357:9
12:07 332:22
12:15 332:25
13 359:17

IME WATCHDOG, INC. v. GELARDI, et al.

Safa Abdulrahim Gelardi  ---  February 3, 2023

508

**13th** 474:17
**14** 263:10 294:19
   436:17,22 473:8
**148** 261:5
**15** 309:20 442:24
**150** 459:23
**159-16** 259:8
**15th** 369:25 370:25
   371:18
**16** 309:20
**17** 281:20 283:6,15
   283:25 285:3 296:3
   312:17 337:3
   360:18 362:11,12
   363:14 391:5
   403:19
**175** 340:21 343:15,16
   346:2
**17th** 360:22
**18** 295:18 363:15
**18A** 368:12 374:5
**18th** 259:15
**19** 304:6 360:18
   396:16 462:7,9
   471:23
**19th** 362:12
**1st** 375:17 388:4
   392:20 415:7
   417:18 456:14
   457:3,7

────────────
         **2**
────────────
**2,500** 377:9,11,15,19
   378:3 461:20
**20** 308:3 409:3,6,8,12
   410:13 412:3 427:2
   462:9 471:24
**20,000** 265:17
**200** 259:8
**2014** 309:12,20
**2015** 309:12
**2016** 309:12 365:20
   366:9,13 424:10
   442:15
**2017** 277:14,14 279:9

279:13 280:5
283:23 289:2,4
290:21 295:18
304:6 308:3 309:5
309:23 314:8,16
316:20 317:5,13,18
323:5 325:8 327:23
328:6 338:25
355:19,24 357:2
359:18 391:5 395:9
395:12 396:17
402:20 403:17
410:25 436:5
455:12 458:2
471:23,24,25,25
472:6,7,8,9 473:7
**2018** 336:7 360:18,19
   361:22 362:12
   391:10,12 396:16
   401:16 402:13
   403:16 410:5 411:3
   412:13,16 421:21
   422:10,23 425:6
   436:17,22 472:10
   472:13,14,14,16,21
   472:22 473:8
**2019** 391:10,12 399:5
   399:6 428:21 433:4
   434:19 472:12,23
   472:25,25 473:6
**2020** 302:10 407:23
   432:14 472:24
**2021** 263:7 398:5
   451:14 472:11
**2022** 294:2 347:21
   375:18,21 388:4
   392:20 415:7
   417:18 421:5,22
   422:10 442:9
   456:15,24 457:3,7
   458:3 463:22
   472:17
**2023** 258:12 277:2
   470:23 474:17
   475:4,20

**21** 294:20 365:20
   428:21 472:14,23
**21st** 402:12
**22-CV-1032** 262:2
**22nd** 362:11
**24** 317:18
**25** 317:13 401:15
   410:5 472:6,13,15
**250** 410:19
**2500** 370:24 371:17
   371:18 372:21
**25th** 411:3 422:10
**26** 279:9,13 340:7
**27** 279:9
**279** 471:21
**27th** 417:22
**28** 289:3 399:5,6
   403:17 472:12
**281** 471:22
**28th** 289:10 290:18
   290:21 291:11
   403:19
**29** 309:5 314:8,16
   328:6 421:4 471:25
**293** 471:22
**29th** 322:13 327:6
   339:17 362:11

────────────
         **3**
────────────
**3** 258:12 323:5 472:7
   473:6 475:4
**3:02** 421:11
**3:09** 421:14
**3:17** 402:20
**3:25** 275:20 276:8
   279:13
**3:30** 273:22 274:7
   275:14
**30** 267:10 279:4,5,8
   281:18 348:23
   403:16 471:21
   472:14
**30(d)(1)** 263:14
**3000** 258:11 259:4
**304** 471:23

**307** 471:24
**309** 471:25
**31** 281:13,14 282:11
   288:23 471:22
   472:9
**314** 471:8
**317** 472:6
**31st** 355:19,24 357:2
**32** 293:10,11 295:14
   295:17 471:22
**322** 472:7
**327** 472:8
**329** 471:8
**33** 303:24,25 304:5
   471:23
**338** 357:24 359:15
**34** 307:20,22 308:2
   471:24
**347** 471:9
**35** 265:18 308:24,25
   309:4 322:8,12
   471:25
**351** 471:9
**352** 471:10 472:9
**354** 471:10
**36** 317:8,9,12 322:8
   472:6
**360** 380:24 382:7
**361** 471:11 472:10
**37** 322:22,23 323:4
   472:7
**379** 471:11
**38** 327:16,17,21
   333:6 472:8
**380** 471:12
**381** 471:12
**382** 471:13
**39** 352:8,9 354:12
   355:16,17 357:8
   472:9
**393** 471:13
**396** 471:14
**397** 472:11
**398** 472:12
**3rd** 277:2 325:7

IME WATCHDOG, INC. v. GELARDI, et al.
Safa Abdulrahim Gelardi  ---  February 3, 2023

509

434:19
**3W8** 259:4

---

**4**

**4** 293:25 347:21
  463:22
**4:12** 468:9
**4:14** 468:12
**4:17** 470:18,20
**40** 267:10 361:16,17
  361:20 472:10
**40,000** 391:24 394:21
  397:17,21
**401** 472:13
**402** 472:14
**403** 472:14
**404** 472:15
**408** 471:14
**409** 472:15
**41** 397:12,13 398:3
  472:11
**413** 471:15
**414** 472:16
**415** 472:17
**416** 472:18
**419** 471:15
**42** 398:23,24 399:4
  401:12,20 463:23
  472:12
**420** 472:19
**421** 472:20
**422** 472:21
**425** 472:21
**427** 472:22
**428** 472:23
**43** 374:6 401:2,3,6,12
  401:13 472:13
**432** 472:24,25
**434** 473:6
**436** 473:7,8
**437** 473:9
**44** 402:7,8,11 472:14
**440** 473:9
**442** 473:10
**443** 473:11

**45** 259:20 341:12,13
  346:3 403:10,11,14
  472:14
**454** 471:16
**46** 404:18,19,22
  472:15
**466** 471:16
**47** 409:23,24 410:4
  472:15
**48** 414:8,19,20
  472:16
**49** 414:25 415:2
  472:17
**4th** 397:2

---

**5**

**5** 327:22 338:25
  421:21 433:4 472:8
  472:25
**5,000** 370:4,13,25
  442:20
**5:00** 262:25 264:14
  275:14,15,22,24
**50** 336:5 416:13,14
  417:5 472:18
**502D** 401:9 420:8
**51** 420:2,3,10 472:19
**52** 421:16,19 472:20
**520** 335:3 336:25
**53** 422:19,22 472:21
**54** 424:25 425:2,5
  472:21
**55** 427:14,15,18
  472:22
**56** 428:13,14,19
  472:23
**57** 432:11,12 472:24
**58** 432:23,24 433:4
  472:25
**59** 434:14,15,18
  473:6
**5A** 332:15 333:14
**5B** 335:2
**5th** 339:18

---

**6**

**6** 259:15
**6:30** 267:23
**6:40** 267:17
**60** 435:25 436:2,5
  473:7
**61** 436:12,13,16
  473:8
**62** 437:17,18,21
  473:9
**63** 440:5,6 441:5
  473:9
**64** 442:2,3,6 473:10
**65** 443:9,10,13
  473:11

---

**7**

**7** 402:20 421:22

---

**8**

**8** 361:21 432:14
  472:10,24
**800** 379:11,13,16,21
  471:11
**833)463-7767** 379:9
**85** 294:19

---

**9**

**9** 436:5 473:7
**9/29** 332:12
**9/29/17** 471:8
**9:52** 400:5
**90** 302:16 331:9,24
  334:4
**92** 452:4
**93** 452:4