UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                             Plaintiff,

          -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                       Defendants.
-----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                    Third-Party Plaintiffs,

         -against-

CARLOS ROA,

                   Third-Party Defendant.
-----------------------------------------------------------------X
CARLOS ROA,

             Third-Party Counter-Claimant,

         -against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

             Third-Party Counter-Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF
DANIELLA LEVI, ESQ.  IN
SUPPORT OF PLAINTIFF'S ORDER
TO SHOW CAUSE FOR CONTEMPT,
FOR AN ORDER OF ATTACHMENT
PURSUANT TO RULE  64 OF THE
FEDERAL RULES OF CIVIL
PROCEDURE & ARTICLE 62 OF THE
NEW YORK CIVIL PRACTICE LAW
& RULES, AND IN SUPPORT OF
PLAINTIFF'S RENEWED MOTION FOR
A PRELIMINARY INJUNCTION
DIRECTING DEFENDANTS TO CEASE
OPERATING IME COMPANIONS LLC
AND ANY OTHER ENTITIES THAT
<u>COMPETE WITH PLAINTIFF</u>**

       Daniella Levi, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury under

the laws of the United States of America, that the following is true and correct:

1.      I am the sole shareholder and Chief Operating Officer ("COO") of IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog"), the Plaintiff in this case.

2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the documents I maintain at the IME WatchDog office.

3.      Recognizing that they will never get away with what they have done, Defendants have seen fit to do everything in their power to take me and the company I built through blood, sweat, and tears down with them.

4.      Defendants have taken actions against me for vindicating my rights as the owner of IME WatchDog which I would never have dreamed of; they took the time, effort, and energy to compile a list of every personal injury law firm *and every personal injury defense firm* that Plaintiff and I, as an attorney, have worked with, and sent anonymous letters and emails to each and every single one of them disparaging me and Carlos Roa (hereinafter "Roa").

5.      Defendants have also taken to intimidating and harassing Roa by hiring a private investigator to confront him, harass him, and place a tracker on his vehicle to monitor his whereabouts, which I am advised is illegal.  This is a violation of the May 13, 2022 Preliminary Injunction and the June 8, 2022 Amended Preliminary Injunction because Roa is an employee and/or agent of Plaintiff, of whom contact by Defendants is prohibited.

6.      Setting that aside, this conduct is outrageous and shocking to the conscience; if Defendants are capable of acting in this manner, what else are they going to do?

7.      Further, as this Court is well aware from life experience as an attorney and a judge, reputation is everything for an attorney, and Defendants have tarnished my image and reputation for years and have now only doubled down on their campaign to destroy my reputation completely.

8.      I cannot begin to tell this Court how difficult it has been dealing with the fallout from Defendants' unlawful campaign of harassment related to the mailing and emails complained of herein, as I have received dozens, if not hundreds, of calls, emails, and text messages from my colleagues informing me that they are in receipt of what they themselves describe as defamatory. See copies of e-mails confirming that Plaintiff's clients and members of the personal injury bar have construed Defendants' publications about me as defamatory and disparaging annexed hereto as **Exhibit "A."**

9.      I estimate my damages, based on a calculation of lost profits, loss of good will, and a calculation of how Defendants have unjustly enriched themselves at my expense, to be in excess of five million dollars ($5,000,000.00).

10.     Indeed, a comparison of Defendants' annual sales-by-customer summaries reflect that well over ninety percent (90%) of Defendants' customers were previously customers of IME WatchDog, and Defendant, Safa Abdulrahman Gelardi ("Safa") conceded at her deposition that her first ten customers were customers of IME WatchDog.

11.     As can be seen by the foregoing evidence, Defendants have brazenly disregarded the Injunction and have violated it with abandon ever since it was issued.  To this day, the Defendants are still using all of IME WatchDog's trade secrets and confidential information to operate the business they stole.  The only way to prevent further violations and Defendants' criminal conduct is to shut Companions down once and for all.

12.     I respectfully request that this Court grant the relief requested herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 9 , 2023.

daniella levi
Daniella Levi (Mar 9, 2023 17:08 EST)
_____
Daniella Levi, Esq.

3

# 2023-03-09 FINAL Levi Declaration in Support

Final Audit Report                                                                2023-03-09

| | |
|---|---|
| Created: | 2023-03-09 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAsjcGzPi6nl_kcBQyMSQx49xaOdYTTcTc |

## "2023-03-09 FINAL Levi Declaration in Support" History

📄 Document created by Emanuel Kataev (mail@emanuelkataev.com)
2023-03-09 - 10:02:22 PM GMT- IP address: 65.51.198.20

📧 Document emailed to daniellalevi@levilawny.com for signature
2023-03-09 - 10:03:31 PM GMT

📄 Email viewed by daniellalevi@levilawny.com
2023-03-09 - 10:04:01 PM GMT- IP address: 108.29.44.50

✒️ Signer daniellalevi@levilawny.com entered name at signing as daniella levi
2023-03-09 - 10:08:41 PM GMT- IP address: 108.29.44.50

✒️ Document e-signed by daniella levi (daniellalevi@levilawny.com)
Signature Date: 2023-03-09 - 10:08:43 PM GMT - Time Source: server- IP address: 108.29.44.50

✅ Agreement completed.
2023-03-09 - 10:08:43 PM GMT

Adobe Acrobat Sign