# AFFIDAVIT OF SERVICE

**State of New York**     **County of Eastern**     **United States District Court**

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Roman Pollak, 61 Creek Road, Keansburg, NJ 07734**.

I, James Nicoletti, being duly sworn, depose and say that on the **13th day of March, 2023** at **11:40 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Roman Pollak** at the address of: **61 Creek Road, Keansburg, NJ 07734**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 210, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New Jersey)
COUNTY OF   Monmouth  )

Subscribed and Sworn to before me on the 13th day of March, 2023 by the affiant who is personally known to me.

James Nicoletti

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003999

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

