# AFFIDAVIT OF SERVICE

**State of New York** **County of Eastern** **United States District Court**

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: __________

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Land Air Sea Systems, Inc., Attn: Robert M. Wagner, 2040 Dillard Court, Woodstock, IL 60098**.

I, Roger Burton, being duly sworn, depose and say that on the **14th day of March, 2023** at **2:45 pm, I:**

**served a CORPORATION** by delivering a copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00**, to: **Teresa Wagner** as **Office Manager** for **Land Air Sea Systems, Inc.**, at the address of: **Attn: Robert M. Wagner, 2040 Dillard Court, Woodstock, IL 60098**, and informed said person of the contents therein.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 150, Hair: Blonde, Glasses: Y

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
YELENA OGULNIK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/27/2026

**Roger Burton**
117.001609

**Nicoletti & Harris**
**101 Avenue Of Americas**
**9th Floor**
**New York, NY 10013**

Our Job Serial Number: NHI-2023003997

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n