# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of Eastern** | **United States District Court** |

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Five Pillars Financial Services LTD, 509 72nd Street, Brooklyn, NY 11209**.

I, Alex Colon, being duly sworn, depose and say that on the **15th day of March, 2023** at **4:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **John Doe** as **Supervisor** for **Five Pillars Financial Services LTD**, at the address of: **509 72nd Street, Brooklyn, NY 11209**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'9", Weight: 190, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF  New York)

Subscribed and Sworn to before me on the 15th day of March, 2023 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003985

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Eastern | United States District Court |

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Vito Gelardi, 148 Clay Pit Road, Staten Island, NY 10309**.

I, Caswell Bryan, being duly sworn, depose and say that on the **14th day of March, 2023** at **7:08 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Vito Gelardi** at the address of: **148 Clay Pit Road, Staten Island, NY 10309**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 37, Sex: M, Race/Skin Color: White, Height: 6'4", Weight: 175, Hair: Bald, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF  New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003994

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

## AFFIDAVIT OF SERVICE

| State of New York | County of Eastern | United States District Court |
|---|---|---|

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Safa Abdulrahim Gelardi, 148 Clay Pit Road, Staten Island, NY 10309**.

I, Caswell Bryan, being duly sworn, depose and say that on the **14th day of March, 2023** at **7:10 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Safa Abdulrahim Gelardi** at the address of: **148 Clay Pit Road, Staten Island, NY 10309**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF   New York)
COUNTY OF   New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

_____
Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003995

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Eastern | United States District Court |

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Thomas Brandon, 555 Lincoln Avenue, Staten Island, NY 10306**.

I, Caswell Bryan, being duly sworn, depose and say that on the **14th day of March, 2023** at **9:21 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Thomas Brandon** at the address of: **238 Princeton Avenue, Staten Island, NY 10306**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 34, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 190, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF   New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

_Suegeil M. Mercado_
Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

_Caswell Bryan_
Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003996

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n



# AFFIDAVIT OF SERVICE

State of New York      County of Eastern      United States District Court

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Lumina Systems Inc., 99 Wall Street, Ste 1536, New York, NY 10005**.

I, Alex Colon, being duly sworn, depose and say that on the **14th day of March, 2023** at **1:42 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Mr Evan** as **Clerk** for **Lumina Systems Inc.**, at the address of: **99 Wall Street, Ste 1536, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF    New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegei M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003989

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Eastern | United States District Court |

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Lumina Systems Inc., Registered Agent, Spiegel & Utrera, P.A. P.C., 45 John Street, Suite 711, New York, NY 10038**.

I, Alex Colon, being duly sworn, depose and say that on the **14th day of March, 2023** at **1:20 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Anita Iskenderian** as **Clerk** for **Lumina Systems Inc.**, at the address of: **Registered Agent, Spiegel & Utrera, P.A. P.C., 1 Maiden Lane, 5th Fl, New York, NY 10038**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF   New York)
COUNTY OF   New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003990

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:22-CV-1032 (PKC) (JRC)

Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **GoDaddy.com, LLC, c/o CORPORATION SERVICE COMPANY, 80 State Street, Albany, NY 12207**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **15th day of March, 2023** at **9:50 am**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** to: **Cathy Krieger-Jewell** as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o CORPORATION SERVICE COMPANY, 80 State Street, Albany, NY 12207** on behalf of **GoDaddy.com, LLC**.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 110, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 15th day of March, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

_____
Geoffrey Burke
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2023003992

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2e

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:22-CV-1032 (PKC) (JRC)

Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **GoDaddy Corporate Domains, LLC, c/o CORPORATION SERVICE COMPANY, 80 State Street, Albany, NY 12207**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **15th day of March, 2023** at **9:50 am**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00 and Addendum A** to: **Cathy Krieger-Jewell** as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o CORPORATION SERVICE COMPANY, 80 State Street, Albany, NY 12207** on behalf of **GoDaddy Corporate Domains, LLC**

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 110, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 15th day of March, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, ____

**Geoffrey Burke**
Process Server

**Nicoletti & Harris**
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2023003993

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Eastern | United States District Court |

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Anthony Bridda, 80 Gold Street, Apt 5e, New York, NY 10038**.

I, Alex Colon, being duly sworn, depose and say that on the **14th day of March, 2023** at **12:47 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Anthony Bridda** at the address of: **80 Gold Street, Apt 5e, New York, NY 10038**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 210, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF   New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

_____
**Alex Colon**
2104765

**Nicoletti & Harris**
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003998

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

