# EXHIBIT "A"



**2022010500717001001E5276**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

| **RECORDING AND ENDORSEMENT COVER PAGE** | | **PAGE 1 OF 5** |
|---|---|---|
| **Document ID: 2022010500717001** | Document Date: 12-22-2021 | Preparation Date: 01-05-2022 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| RAM ABSTRACT LTD | KIAT OBOLER, ESQ |
| 2635 PETTIT AVENUE | 9921 4TH AVENUE |
| RFA12987 | UNIT 5G |
| BELLMORE, NY 11710 | BROOKLYN, NY 11209 |
| 718-846-7800 | |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 6062 | 18 | Entire Lot | 332 88 STREET |

Property Type: DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ _or_ DocumentID_____ _or_ _____ Year_____ Reel_____ Page_____ _or_ File Number_____

**PARTIES**

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| SAFA GELARDI | DRAGONETTI LIVING TRUST |
| 148 CLAYPIT ROAD | 107 BOSTON POST RD |
| STATEN ISLAND, NY 10309 | WAYLAND, MA 01778-2437 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 19,636.50 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $5,512.00 + $13,780.00 = $ | 19,292.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed        01-12-2022 12:39
City Register File No.(CRFN):
**2022000017951**

_Annetta M Hill_
***City Register Official Signature***

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2022010500717001001C50F6

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | | **PAGE 2 OF 5** |
|---|---|---|
| **Document ID: 2022010500717001** | Document Date: 12-22-2021 | Preparation Date: 01-05-2022 |
| Document Type: DEED | | |

**PARTIES**

**GRANTOR/SELLER:**
VITO GELARDI
148 CLAYPIT ROAD
STATEN ISLAND, NY 10309

**PARTIES**

**GRANTEE/BUYER:**
RAFFAELE DRAGONETTI
227 89TH STREET
BROOKLYN, NY 11209

**GRANTEE/BUYER:**
ADELINA DRAGONETTI
227 89TH STREET
BROOKLYN, NY 11209

**GRANTEE/BUYER:**
CLAUDIO DRAGONETTI
227 89TH STREET
BROOKLYN, NY 11209

RFA12987

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE**, made the 22 day of December, 2021

**BETWEEN**     SAFA GELARDI and VITO GELARDI, both residing at 148 CLAYPIT ROAD STATEN ISLAND, New York, 10309,

party of the first part, and

Raffaele Dragonetti, and Adelina Dragonetti and Claudio Dragonetti as Trustees of the Dragonetti Living Trust u/a dated June 02, 2014,

Whose address is 227 89 Street, Brooklyn NY 11209

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten ($10.00) dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece, or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

**SEE SCHEDULE A**

SAID PREMISES is known as 332 88 Street Brooklyn NY 11209

Being the same premises conveyed to grantors herein by deed dated 01/13/2017 recorded 01/30/2017 in CRFN: 2017000039783

**Together** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; **Together** with the appurtenances and all the estate and rights of the party of the first part in and to said premises; **To Have And To Hold** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**And** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**And** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

BY: _____
Safa Gelardi

BY: _____
Vito Geraldi

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment

Case 1:22-cv-01032-PKC-JRC   Document 161-1   Filed 03/17/23   Page 5 of 13 PageID #: 3438

## SCHEDULE "A"

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE BOROUGH OF BROOKLYN, COUNTY OF KINGS, CITY AND STATE OF NEW YORK, BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY SIDE OF 88TH STREET, DISTANT 252 FEET 6 INCHES SOUTHEASTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHWESTERLY SIDE OF 88TH STREET WITH THE SOUTHEASTERLY SIDE OF THIRD AVENUE;

RUNNING THENCE SOUTHWESTERLY PARALLEL WITH THIRD AVENUE PART OF THE DISTANCE THROUGH A PARTY WALL 100 FEET;

THENCE SOUTHEASTERLY PARALLEL WITH 88TH STREET 20 FEET;

THENCE NORTHEASTERLY PARALLEL WITH THIRD AVENUE PART OF THE DISTANCE THROUGH A PARTY WALL 100 FEET TO THE SOUTHWESTERLY SIDE OF 88TH STREET;

THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY SIDE OF 88TH STREET 20 FEET TO THE POINT OR PLACE OF BEGINNING.

TOGETHER WITH AN EASEMENT AND SUBJECT TO AN EASEMENT OF AUTOMOBILE DRIVEWAY, FOR PLEASURE AUTOMOBILES ONLY, WHICH EASEMENT HAS BEEN CREATED BY AGREEMENT BETWEEN ECONOMICAL HOUSING CORPORATION AND UNITED STATES TITLE GUARANTY CO., DATED APRIL 28, 1922 AND RECORDED AUGUST 24, 1922 IN KINGS COUNTY REGISTER'S OFFICE.

**THE** policy to be issued under this report will insure the title to such buildings and improvements erected on the premises, which by law constitute real property.

**FOR CONVEYANCING ONLY: TOGETHER** with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.

## Property: 332 88th Street, Brooklyn, NY 11209

"Said premises is or will be improved by a one or two family dwelling only."

Case 1:22-cv-01032-PKC-JRC    Document 161-1    Filed 03/17/23    Page 6 of 13 PageID #: 3439

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

State of New York, County of _Nass_   ss:

On the 22 day of December in the year 2021
before me, the undersigned, personally appeared
Safa Geraldi and Vito Geraldi
personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

NICODEMO R. BELLOCCO
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
REG. #01BE6007374
MY COMM. EXP. FEB. 16, 2023

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of      ss:

On the    day of    in the year    before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s)   is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted,
executed the instrument, and that such individual made such appearance before the undersigned in the

     in                          .
     (insert the City or other political subdivision)            (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

**BARGAIN AND SALE DEED**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No.

Safa Geraldi and Vito Geraldi

TO

Raffaele Dragonetti,
Trustee of the Dragonetti Living Trust
u/a dated June 02, 2014

| SECTION | |
|---|---|
| BLOCK | 6062 |
| LOT | 0018 |
| COUNTY OR TOWN | KINGS |
| STREET ADDRESS | 332 88 Street |
| | BROOKLYN, NY 11209 |

RETURN BY MAIL TO:

Kiat Oboler, Esq.
9421 4th Ave   Unit 5G
Brooklyn NY    11209

| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2022010500717001001S9CF7 |
|---|---|

| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
|---|---|

**Document ID: 2022010500717001**      Document Date: 12-22-2021      Preparation Date: 01-05-2022
Document Type: DEED

---

**ASSOCIATED TAX FORM ID:**      2021120200559

---

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 4 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

Case 1:22-cv-01032-PKC-JRC   Document 161-1   Filed 03/17/23   Page 8 of 13 PageID #: 3441

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

**State of New York** }
                      } SS.:
**County of** Queens }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

332 88 STREET
_____ , _____ ,
Street Address Unit/Apt.

BROOKLYN _____ New York, _____ 6062 _____ 18 ____ (the "Premises");
Borough                              Block        Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Vito Gelardi
_____
Name of Grantor (Type or Print)

Raffaele Dragonetti As trustee for Dragonetti Realty Trust
_____
Name of Grantee (Type or Print)

_____
Signature of Grantor

_____
Signature of Grantee

Sworn to before me
this  22  day of  Dec  20 21

Sworn to before me
this  22  day of  Dec  20 21

NICODEMO R. BELLOCCO
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
REG. #01BE6087374
MY COMM. EXP. FEB. 18, 2023

NICODEMO R. BELLOCCO
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
REG. #01BE6087374
MY COMM. EXP. FEB. 18, 2023

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2021120200559101

**FOR CITY USE ONLY**

C1. County Code | | | C2. Date Deed Recorded | | Month | Day | Year

C3. Book OR

C4. Page | |

C5. CRFN | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

**1. Property Location**    332    88 STREET    BROOKLYN    11209
STREET NUMBER    STREET NAME    BOROUGH    ZIP CODE

**2. Buyer Name**    DRAGONETTI LIVING TRUST
LAST NAME / COMPANY    FIRST NAME

RAFFAELE DRAGONETTI
LAST NAME / COMPANY    FIRST NAME

**3. Tax Billing Address**   Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY    FIRST NAME

STREET NUMBER AND STREET NAME    CITY OR TOWN    STATE    ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**    1    # of Parcels   OR   ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:

**5. Deed Property Size**    20   X   100   OR   ____ . ____ ACRES
FRONT FEET    DEPTH

6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**8. Seller Name**    GELARDI    SAFA
LAST NAME / COMPANY    FIRST NAME

GELARDI    VITO
LAST NAME / COMPANY    FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| | | | | | | |
|---|---|---|---|---|---|---|
| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
| B ☑ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date**    9 / 22 / 2021
Month Day Year

**11. Date of Sale / Transfer**    12 / 22 / 2021
Month Day Year

**12. Full Sale Price** $    1 3 , 7 8 0 , 0 0 0
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**    ____

**14. Check one or more of these conditions as applicable to transfer:**

A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below )
F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**    B 3    **16. Total Assessed Value** (of all parcels in transfer)    4 2 8 , 1 5

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifier(s) )

BROOKLYN 6062 18

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

Raffaele Dragonetti
As Trustee

| BUYER | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| BUYER SIGNATURE | 12/22/21 DATE | | LAST NAME | FIRST NAME |
| 107 BOSTON POST RD | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| | | | SELLER | |
| WAYLAND | MA | 01778-2437 | | |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

2021120200559201

Case 1:22-cv-01032-PKC-JRC   Document 161-1   Filed 03/17/23   Page 11 of 13 PageID #:
3444

Form RP-5217 NYC                                                                                ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
|---|---|
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

| Seller Signature | Date 12/22/21 |
|---|---|
| Seller Signature | Date 12/22/21 |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

2021120200559201

Case 1:22-cv-01032-PKC-JRC   Document 161-1   Filed 03/17/23   Page 12 of 13 PageID #:
3445

Form RP-5217 NYC _____   ATTACHMENT

Grantee (Buyer)

## ADELINA DRAGONETTI

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)

## CLAUDIO DRAGONETTI

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)


LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)


LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)


LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)


LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)


LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

Grantee (Buyer)


LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)


LAST NAME / COMPANY                          FIRST NAME

202112020055920104



**The City of New York**
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY  11373-5108**

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)  Property receiving service: BOROUGH: BROOKLYN        BLOCK: 6062        LOT: 18

(2)  Property Address: 332  88 STREET, BROOKLYN, NY 11209

(3)  Owner's Name:    DRAGONETTI LIVING TRUST

Additional Name:

## Affirmation:

  Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

### Please Note:

**A.**  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or
sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or
other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer
charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure
to pay such charges when due may result in foreclosure of the lien by the City of New York, the property
being placed in a lien sale by the City or Service Termination.

**B.**  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to
an alternate mailing address.**  DEP will provide a duplicate copy of bills to one other party (such as a
managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no
way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP
at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's
information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it
has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the
information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____ *Raffaele Dragonetti, as trustee* _____

Signature: _____  Date (mm/dd/yyyy): *12/22/21*

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2021120200559101