# EXHIBIT "B"

<u>Prepared by and return to:</u>
**Lauren Serrano**
**Closer**
**Oliver Title Law**
**10967 Lake Underhill Rd., Ste 108**
**Orlando, FL 32825**
**407-249-5050**
File Number:  **B2021-0965**
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 22nd day of December, **2021** between **Eliane Thiemi Taira, a single woman and Tiago Schettini Batista, a married man** whose post office address is **Rua Libero Badaro, 158 - 4 andar, Sao Paulo-SP, Brazil**, grantor, and **Vito Gelardi and Safa Gelardi, husband and wife** whose post office address is **148 Claypit Road, Staten Island, NY 10309**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Osceola County**, **Florida** to-wit:

> **Lot 140, Block H1, Stoneybrook South Phase 1 Replat of Tracts C-1 and H-1, according to the plat thereof as recorded in Plat Book 22, Page 116, Public Records of Osceola County, Florida.**
>
> **Parcel Identification Number: 31-25-27-5137-00H1-1400**
>
> **THIS PROPERTY IS NOT THE HOMESTEAD OF TIAGO SCHETTINI BATISTA, DOES NOT ADJOIN THE HOMESTEAD OF THE GRANTOR, NO MEMBER OF GRANTOR'S FAMILY RESIDES THEREON, AND GRANTOR'S HOMESTEAD IS LOCATED AT: SHIS QI 03 CONJUNTO 05 CASA 22, BRASILIA-DF, 71605-250, BRAZIL**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2020**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of the following TWO SEPARATE PERSONS:

**(NOTE!!!: There must be TWO SEPARATE AND DIFFERENT WITNESSES; Witness #1 and Witness #2 cannot be**

DoubleTime®

the same person signing twice, however the Notary may sign as both the Notary and ONE of the TWO Witnesses)

*Leslie Hanna Coatney*
Witness Name: Leslie Hanna Coatney

*Eliane Thiemi Taira*    (Seal)
Eliane Thiemi Taira

*Stephanie C. Wright*
Witness Name: Stephanie C. Wright

*Tiago Schettini Batista*    (Seal)
Tiago Schettini Batista

**(AGAIN, PLEASE BE SURE YOU HAVE TWO DIFFERENT WITNESSES!)**

State of Virginia
County of Chesterfield

The foregoing instrument was acknowledged before me by means of [_] physical presence or [X] online notarization, this 22nd day of November, 2021 by Eliane Thiemi Taira and Tiago Schettini Batista, who [_] are personally known or [X] have produced a Passport-Passport as identification.

[Notary Seal]

*Stephanie C. Wright*
Notary Public

STEPHANIE C. WRIGHT
Electronic Notary Public
Commonwealth of Virginia
Registration No. 7917507
My Commission Expires Jan 31, 2025

Printed Name: Stephanie C. Wright

My Commission Expires: 1/31/2025

My Commission Number: 7917507

Completed via Remote Online Notarization using 2 way Audio/Video technology.