# EXHIBIT "C"

Form **8824**

Department of the Treasury
Internal Revenue Service

**Like-Kind Exchanges**

(and section 1043 conflict-of-interest sales)

► Attach to your tax return.

► Go to *www.irs.gov/Form8824* for instructions and the latest information.

OMB No. 1545-1190

**2021**

Attachment
Sequence No. **109**

~~Alternative Minimum Tax~~

| Name(s) shown on tax return | Identifying number |
|---|---|
| Safa S and Vito Gelardi | ▇▇▇▇▇▇▇ |

| **Part I** | **Information on the Like-Kind Exchange** |
|---|---|

**Note:** Generally, only real property should be described on lines 1 and 2. However, you may describe personal property transferred prior to January 1, 2018, as part of an exchange subject to the like-kind exchange transition rule described in the instructions, and/or real property on lines 1 and 2, if you are filing this form to report the disposition of property exchanged in a previously reported related party like-kind exchange. If the property described on line 1 or line 2 is real or personal property located outside the United States, indicate the country.

**1** Description of like-kind property given up:  Building - 332 8th st

**2** Description of like-kind property received:  1475 Moon Valley Drive

| | | |
|---|---|---|
| **3** Date like-kind property given up was originally acquired (month, day, year) | **3** | 6/01/2014 |
| **4** Date you actually transferred your property to the other party (month, day, year) | **4** | 12/22/2021 |
| **5** Date like-kind property you received was identified by written notice to another party (month, day, year). See instructions for 45-day written identification requirement | **5** | 10/25/2021 |
| **6** Date you actually received the like-kind property from other party (month, day, year). See instructions | **6** | 12/22/2021 |

**7** Was the exchange of the property given up or received made with a related party, either directly or indirectly (such as through an intermediary)? See instructions. If 'Yes,' complete Part II. If 'No,' go to Part III ............... ☐ **Yes**  ☒ **No**

**Note:** Do not file this form if a related party sold property into the exchange, directly or indirectly (such as through an intermediary); that property became your replacement property; and none of the exceptions on line 11 applies to the exchange. Instead, report the disposition of the property as if the exchange had been a sale. If one of the exceptions on line 11 applies to the exchange, complete Part II.

| **Part II** | **Related Party Exchange Information** |
|---|---|

| **8** Name of related party | Relationship to you | Related party's identifying number |
|---|---|---|
| | | |
| Address (number, street, and apartment., room, or suite number) | | |
| | | |
| City or town | | State    ZIP code |

**9** During this tax year (and before the date that is 2 years after the last transfer of property that was part of the exchange), did the related party sell or dispose of any part of the like-kind property received from you (or an intermediary) in the exchange? ................................................ ☐ **Yes**  ☐ **No**

**10** During this tax year (and before the date that is 2 years after the last transfer of property that was part of the exchange), did you sell or dispose of any part of the like-kind property you received? ............................ ☐ **Yes**  ☐ **No**

*If both lines 9 and 10 are 'No' and this is the year of the exchange, go to Part III. If both lines 9 and 10 are 'No' and this is **not** the year of the exchange, stop here. If either line 9 or line 10 is 'Yes,' complete Part III and report on this year's tax return the deferred gain or (loss) from line 24 **unless** one of the exceptions on line 11 applies.*

**11** If one of the exceptions below applies to the disposition, check the applicable box.

**a** ☐ The disposition was after the death of either of the related parties.

**b** ☐ The disposition was an involuntary conversion, and the threat of conversion occurred after the exchange.

**c** ☐ You can establish to the satisfaction of the IRS that neither the exchange nor the disposition had tax avoidance as one of its principal purposes. If this box is checked, attach an explanation. See instructions.

**BAA For Paperwork Reduction Act Notice, see the instructions.**

Form **8824** (2021)

Case 1:22-cv-01032-PKC-JRC   Document 161-3   Filed 03/17/23   Page 3 of 3 PageID #: 3452

| Name(s) shown on tax return. Do not enter name and social security number if shown on Page 1. | Your social security number |
|---|---|

## Part III — Realized Gain or (Loss), Recognized Gain, and Basis of Like-Kind Property Received

**Caution:** If you transferred **and** received **(a)** more than one group of like-kind properties, or **(b)** cash or other (not like-kind) property, see **Reporting of multi-asset exchanges** in the instructions.

**Note:** Complete lines 12 through 14 **only** if you gave up property that was not like-kind. Otherwise, go to line 15.

| | | | | | |
|---|---|---|---|---|---|
| 12 | Fair market value (FMV) of other property given up. See instructions....... | **12** | | | |
| 13 | Adjusted basis of other property given up............................ | **13** | | | |
| 14 | Gain or (loss) recognized on other property given up. Subtract line 13 from line 12. Report the gain or (loss) in the same manner as if the exchange had been a sale......................................... | | | **14** | |
| | **Caution:** If the property given up was used previously or partly as a home, see **Property used as home** in the instructions. | | | | |
| 15 | Cash received, FMV of other property received, plus net liabilities assumed by other party, reduced (but not below zero) by any exchange expenses you incurred. See instructions..................... | | | **15** | 0. |
| 16 | FMV of like-kind property you received.................................. | | | **16** | 687,050. |
| 17 | Add lines 15 and 16.................................................. | | | **17** | 687,050. |
| 18 | Adjusted basis of like-kind property you gave up, net amounts paid to other party, plus any exchange expenses **not** used on line 15. See instructions................................................ | | | **18** | 326,594. |
| 19 | **Realized gain or (loss).** Subtract line 18 from line 17.............................................................. | | | **19** | 360,456. |
| 20 | Enter the smaller of line 15 or line 19, but not less than zero........................................ | | | **20** | 0. |
| 21 | Ordinary income under recapture rules. Enter here and on Form 4797, line 16. See instructions.......... | | | **21** | 0. |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0-. If more than zero, enter here and on Schedule D or Form 4797, unless the installment method applies. See instructions.............................. | | | **22** | 0. |
| 23 | **Recognized gain.** Add lines 21 and 22............................................................. | | | **23** | 0. |
| 24 | Deferred gain or (loss). Subtract line 23 from line 19. If a related party exchange, see instructions....... | | | **24** | 360,456. |
| 25 | **Basis of like-kind property received.** Subtract line 15 from the sum of lines 18 and 23. See instructions . | | | **25** | 326,594. |

## Part IV — Deferral of Gain From Section 1043 Conflict-of-Interest Sales

**Note:** This part is to be used **only** by officers or employees of the executive branch of the federal government or judicial officers of the federal government (including certain spouses, minor or dependent children, and trustees as described in section 1043) for reporting nonrecognition of gain under section 1043 on the sale of property to comply with the conflict-of-interest requirements. This part can be used **only** if the cost of the replacement property is more than the basis of the divested property.

| | | | | |
|---|---|---|---|---|
| 26 | Enter the number from the upper right corner of your certificate of divestiture. **(Do not** attach a copy of your certificate. Keep the certificate with your records.)........................................ ► | | | |
| 27 | Description of divested property ► | | | |
| 28 | Description of replacement property ► | | | |
| 29 | Date divested property was sold (month, day, year)............................................. | | **29** | |
| 30 | Sales price of divested property. See instructions........................... | **30** | | |
| 31 | Basis of divested property......................................... | **31** | | |
| 32 | **Realized gain.** Subtract line 31 from line 30................................... | | **32** | |
| 33 | Cost of replacement property purchased within 60 days after date of sale......................................................... | **33** | | |
| 34 | Subtract line 33 from line 30. If zero or less, enter -0-........................................... | | **34** | |
| 35 | Ordinary income under recapture rules. Enter here and on Form 4797, line 10. See instructions.......... | | **35** | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0-. If more than zero, enter here and on Schedule D or Form 4797. See instructions.................................................... | | **36** | |
| 37 | **Deferred gain.** Subtract the sum of lines 35 and 36 from line 32.................................. | | **37** | |
| 38 | **Basis of replacement property.** Subtract line 37 from line 33................................... | | **38** | |