# EXHIBIT "A"

**From:**       Kashif Alkadhib <kalkadhib@gmail.com>
**Sent:**       Friday, July 1, 2022 5:15 PM
**To:**

**Subject:**    Bribery of IME company Federal Case

https://casetext.com/case/ime-watchdog-inc-v-gelardi