# EXHIBIT "B"

| | |
|---|---|
| **From:** | Kashif Alkadhib <kalkadhib@gmail.com> |
| **Sent:** | Tuesday, July 19, 2022 10:18 PM |
| **To:** | |
| **Subject:** | Defense firms are armed against IME Companion observers |
| **Attachments:** | 2022APR 04 IME V GELARDI 22CV1032 PKC (2).pdf |

A friend of mine at a defense firm recently sent me this from their rogue list:

"Haven't we been annoyed by that company, IME Companions, for sending their agents to our IMEs?

This can now allow us to question the credibility of their agents and company. In a recent Court Order, a Federal Judge ruled on an injunction of franchising the IME Companions business. According to the Order, the Founder and CEO did not even know what an IME was before bribing a competitor's employee for information.

In summary, IME Companions bribed a competitor's employee to obtain information to create the IME Companions business and help run the business. Ultimately what is revealed here, is the owner has no legal background and didn't even know what an IME was until this corruption/bribery began. We can use this when questioning the credibility of IME Companions. Remember she pleaded the fifth when asked about Zelle payments to the competitor's employee."

Unfortunately defense firms will now gear up with this information. Transcript of the Show Cause hearing attached.

-Kashif