# EXHIBIT "C"

| | |
|---|---|
| **From:** | Kashif Alkadhib <kalkadhib@gmail.com> |
| **Sent:** | Sunday, July 31, 2022 7:12 PM |
| **To:** | |
| **Subject:** | Re: Bribery of IME company Federal Case |
| **Attachments:** | USCOURTS-nyed-1_22-cv-01032-0.pdf |

Judge finds that the IME Companions business was started by misused trade secrets. See the Judge's order for preliminary injunction.

-Kashif

On Fri, Jul 1, 2022 at 5:14 PM Kashif Alkadhib <kalkadhib@gmail.com> wrote:
> https://casetext.com/case/ime-watchdog-inc-v-gelardi

1