# EXHIBIT "D"





12:04 AM

Texting with ███████████████

> My father is a client of yours and he is upset that you are hiring this company and they didnt help him much during his appointment. My fathers case has to pay a company that clearly is run by a dishonest person.
>
> https://www.govinfo.gov/content/pkg

Text