# EXHIBIT "A"



‹ Search

✅ **10/27/22**

1:15pm

2572 E 15th st Brooklyn NY

-very small waiting area
-Husband accompanied client
-Weird creepy old lady keeps talking to me from watchdog. She might have autism or Asperger
-receptionist good friend