# EXHIBIT "A"

# Web Time Sheet

| | | | |
|---|---|---|---|
| **Name** URIBE, TIFFANY | | **Selected Pay Period** 10/17/2022 - 10/30/2022 (ARCHIVED PERIOD) | |
| **Clock** Web TimeSheet (Read Only) (WEB02) | | **Badge #** | |

Expand All

*Geolocation services enabled on 12/15/2022 07:06:07*
Geolocation: On

Time Sheet Table

| Date | Pay Code | IN | Allocation | OUT | IN | Allocation | OUT | Hours | Total Hours | Dollars | Units | Override | Comments | Missing Punch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon 10/17 | | | | | | | | | | | | | | |
| Tue 10/18 | | | | | | | | | | | | | | |
| Wed 10/19 | | 07:53 AM | 034006- | 02:27 PM | | | | 6.50 | 6.50 | | | | | |
| Thu 10/20 | | 07:53 AM | 034006- | 02:28 PM | | | | 6.50 | 6.50 | | | | | |
| Fri 10/21 | [S] Sick | | 034006- | | | | | 6.50 | 6.50 | | | | | |
| Sat 10/22 | | | | | | | | | | | | | | |
| Sun 10/23 | | | | | | | | | | | | | | |
| | | | | | | | **Weekly Totals** | **19.50** | | **$0.00** | **0.00** | | | |
| Mon 10/24 | | | | | | | | | | | | | | |
| Tue 10/25 | | | | | | | | | | | | | | |
| Wed 10/26 | | 08:01 AM | 034006- | 02:46 PM | | | | 6.75 | 6.75 | | | | | |
| Thu 10/27 | | 08:04 AM | 034006- | 02:29 PM | | | | 6.50 | 6.50 | | | | | |
| Fri 10/28 | | 07:58 AM | 034006- | 02:38 PM | | | | 6.75 | 6.75 | | | | | |
| Sat 10/29 | | | | | | | | | | | | | | |
| Sun 10/30 | | | | | | | | | | | | | | |
| | | | | | | | **Weekly Totals** | **20.00** | | **$0.00** | **0.00** | | | |

| Pay Code | | Allocation | Hours | Dollars |
|---|---|---|---|---|
| R | Regular | [034006] - -Speech pathologist-Speech/Language Pathologist | 33.00 | |
| S | Sick | [034006] -Speech pathologist-Speech/Language Pathologist | 6.50 | |
| | | **Pay Period Totals** | **39.50** | |

Terms of Use l Privacy Policy l © 2023 Paycom l All Rights Reserved.