**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 22, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

      *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
              **Case No.: 1:22-cv-1032 (PKC) (JRC)**
              <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

      This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case. Plaintiff writes to respectfully request leave to file excess pages of its reply papers in further support of its motion for injunctive relief. Pursuant to ¶ 3(B) of this Court's Individual Practices and Rules, reply memoranda of law are limited to ten (10) pages. Plaintiff request leave to file up to fifteen (15) pages.

      Plaintiff respectfully submits that the additional pages requested are necessary to address the significant aspects of Defendants' arguments in opposition to the motion. Accordingly, Plaintiff submits that good cause exists for this Court to grant Plaintiff's requested relief. Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       March 22, 2023              Respectfully submitted,

                                                    **MILMAN LABUDA LAW GROUP PLLC**
                                                  __*/s/ Emanuel Kataev, Esq.*_____
                                                    Jamie S. Felsen, Esq.
                                                    Emanuel Kataev, Esq.
                                                    3000 Marcus Avenue, Suite 3W8
                                                   Lake Success, NY 11042-1073
                                                   (516) 328-8899 (office)
                                                   (516) 328-0082 (facsimile)
                                                   jamiefelsen@mllaborlaw.com
                                                   emanuel@mllaborlaw.com

                                                   *Attorneys for Plaintiff*
                                                   *IME WatchDog, Inc.*

| | |
|---|---|
| **VIA ECF** | **VIA ECF** |
| Warner & Scheuerman | Leo Shalit, P.C. |
| Attn: Jonathan D. Warner, Esq. | Attn: Leo Shalit, Esq. |
| 6 West 18th Street, 10th Floor | 45 Glen Cove Road |
| New York, NY 10011-4602 | Greenvale, NY 11548 |
| (212) 924-7111 (telephone) | (833) SHALIT-1 (office) |
| (646) 692-0166 (direct dial) | (646) 957-0009 (direct) |
| (212) 924-6111 (facsimile) | (833) 742-5481 (facsimile) |
| jdwarner@wslaw.nyc | leo@shalit-law.com |

*Attorneys for Defendants* / *Attorneys for*
*Third-Party Plaintiffs* / *Third-Party Defendant*
*Third-Party Counterclaim Defendants* / *Third-Party Counterclaimant*
*Safa Abdulrahim Gelardi* / *Carlos Roa*
*Vito Gelardi, and*
*IME Companions LLC*

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804