# WARNER & SCHEUERMAN

6 WEST 18TH STREET
10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 924-7111
FAX (212) 924-6111

JONATHON D. WARNER
JDWARNER@WSLAW.NYC

KARL E. SCHEUERMAN
KESCHEUERMAN@WSLAW.NYC

March 23, 2023

**BY HAND**

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, N 631
Brooklyn, New York 11201-1804

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
      Case No.: 1:22-cv-1032 (PKC)(JRC)
      Hearing Date: March 27, 2023

Dear Judge Chen:

    We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC and enclose courtesy hard copies of the following which have been filed on ECF: (1) Defendants' Memorandum Of Law In Opposition To Plaintiff's Order To Show Cause; (2) Declaration of Safa A. Gelardi with exhibits; (3) Declaration of Karl E. Scheuerman, Esq., with exhibits; (4) Declaration of Mark Purificati with exhibits; (5) Declaration of Tiffany Uribe with exhibits; (6) Declaration of Maura Diaz; and (7) Declaration of Vito Gelardi.

Respectfully yours,

*/s/ Jonathon D. Warner*

cc:   Emanuel Kataev, Esq. (by email)
      (without enclosures)