# EXHIBIT "A"

# CONTACT@CLIENTEXAMSERVICES.COM
347-486-8298

---

**Client's Name:**

▬▬▬▬▬▬▬▬

**Attorney or Name of Law Firm:**

▬▬▬▬▬▬▬▬

**Observed By:**

Jeff Beibin

**IME Physician:**

Dana Mannor

**Specialty:**

Orthopedic

**Date of Accident:**

2/22/2019

**Exam Date:**

3/16/2023

**Description of the facility:**

Located within a chiropractor's office. Separate entrance to a house

---

**CONTACT@CLIENTEXAMSERVICES.COM**

347-486-8298

**Name or Location of Facility:**

28 Sycamore Lane

Commack, NY 11725

**Appointment Scheduled for:**

12:00 pm

**Arrived for Office:**

Examinee- 1:05 pm

Legal Representative- 11:45 am

**Admitted to exam room:**

N/A

**Intake Start:**

No intake was performed

**Exam start time:**

No exam was performed

**Exam end time:**

N/A