**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                         March 24, 2023

<u>**VIA ECF**</u>

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
      <u>Case No.: 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Chen:

      I represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC and write to inform the Court (and plaintiff's counsel) that I received a phone call today from someone who identified himself as Yaniv Liron of Lumina Systems, Inc., which was allegedly subpoenaed by plaintiff for Monday's hearing.

      Mr. Liron stated that he was calling me because plaintiff's counsel, Emmanuel Kataev, Esq., had purportedly told him that he would hold him in contempt of Court if he did not appear in Court on Monday or provide him with an affidavit. I told Mr. Liron that I could not provide him with any legal advice and recommended that he either call your Honor or retain counsel. Mr. Liron instead emailed an affidavit. I did not ask him for any affidavit. The affidavit emailed to me is enclosed. I also enclose plaintiff's affidavit of service upon Lumina Systems, Inc., which indicates service upon a "Clerk" of the corporation rather than upon an officer, director, managing agent, cashier or any other agent authorized to accept service.

                                                   Respectfully yours,

                                                   */s/ Jonathon D. Warner*

JDW/ks
Enc.

cc:    All counsel (via ECF)

Plaintiff: IME WatchDog, Inc.,

vs.

Case No. Civil Action No. 1:22-cv-1032 (PKC) (JRC)

Defendant: Safa Abdulrahim Geraldi, et al.,

# AFFIDAVIT
## (SWORN STATEMENT)

Date: March 24 2023

My legal name is **Yaniv Liron** ("Affiant") and acknowledge I am:

a.) <u>Age</u>: 42 years old
b.) <u>Address</u>: 99 Wall Street 1536, New York, New York, 10005
c.) <u>Residency</u>: New York

Being duly sworn, hereby swear under oath that: My company, Lumina Systems Inc, was contacted by Adam Rosenblatt, in regards to building him a website for a company named "IME Guard Dogs".

My company replied with a proposal. This website was never built, no follow up was ever done and no transactions ever occurred with him.

That was the extent of my contact with Adam Rosenblatt.

Months later, Safa Geraldi, requested for my company to build her a website named IME Companions.

That website was built, however currently a different company is working on the website and has renewed it.

I am currently in Israel, when I received the subpoena I was in Israel as it was delivered to a mail service handling the company's mail.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _Yaniv Liron_   Date: 03/24/2023

## NOTARY ACKNOWLEDGEMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of ____Florida____
County of ____okaloosa____

On ____March 24th____, 20__23__, before me, ____OZELLA MAE MOORE____, personally appeared Yaniv Liron who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. provided US Passport for ID

I certify under PENALTY OF PERJURY under the laws of the State of ____Florida____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Affiant's Signature: ____*Yaniv Liron*____
   (Seal)

*Ozella Mae Moore*
OZELLA MAE MOORE

OZELLA MAE MOORE
Notary Public - State of Florida
Commission # GG 345254
Expires on June 13, 2023

Notarized online using audio-video communication

Page 2

# AFFIDAVIT OF SERVICE

State of New York        County of Eastern        United States District Court

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Lumina Systems Inc., 99 Wall Street, Ste 1536, New York, NY 10005**.

I, Alex Colon, being duly sworn, depose and say that on the **14th day of March, 2023** at **1:42 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Mr Evan** as **Clerk** for **Lumina Systems Inc.**, at the address of: **99 Wall Street, Ste 1536, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF   New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegei M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003989