

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

**Melanie I. Wiener, Partner**
mwiener@abramslaw.com

March 27, 2023

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
Attn: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

**Re:    IME Watchdog, Inc., v. Safa Abdulrahim Gelardi, Vito Gelardi, Gregory Elefterakis, Roman Pollak, Anthony Bridda, Nicholas Elefterakis, Nicholas Elefterakis, and IME Companions LLC,  Docket No.: 1:22-cv-1032**

Dear Judge Chen:

This law firm is counsel to the Defendants, Gregory Elfterakis ("Gregory"), Roman Pollak ("Roman"), and Anthony Bridda ("Anthony") (collectively "Defendants"), in the above-referenced matter. We write regarding today's hearing and Gregory's scheduled appearance.

Unfortunately, there was a miscommunication with our client Gregory, who was under the belief that his appearance and testimony in court at 2 PM today was not needed. He is currently in Florida and unable to return to New York prior to the 2 PM hearing. He is able to appear and testify remotely if the court consents to same. I contacted Plaintiff's attorney late last night when I was advised of the situation and he consented to Gregory's remote testimony. We apologize for this late notice and confusion. Both Roman and Anthony will be appearing in person to testify at 2 PM.

We thank the court for its courtesies.

Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**
<u>*/s/ Melanie I. Wiener*   </u>

Melanie I. Wiener, Esq.
1 MetroTech Ctr, Suite 1701
Brooklyn, NY 11201
(718) 215-5300
mwiener@abramslaw.com
*Attorneys for Defendants Gregory Elfterakis, Roman Pollack, and Anthony Bridda*

CC: All counsel of record via ECF
    -and -

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho U.S.M.J.
Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804