

*Leo Shalit, Esq.*

March 29, 2023

Hon. James Cho
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Third Party Action Safa Gelardi and Companions, LLC v. Carlos Roa
Case: 1:22-CV-1032 (PKC)(JRC)

Dear Judge Cho:

I write this letter with the consent of Opposing counsel, Jonathan Warner.

I am requesting an extension to submit the joint Settlement position letter which is currently due on April 4, 2023. I am requesting an extension through April 14, 2023.

The reason for the request is two fold. There are developments in the case, namely the extension in of the injunction as a result of the hearing from this Monday March 29, 2023.

Additionally, due to personal reasons, I may be out of the office for the next fews days and need additional time to confer between all the parties.

I respectfully request an extension through April 14, 2023.

Yours truly,

*Leo Shalit, Esq.*

Leo Shalit, Esq.