# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 9, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

   *Re:* **IME WatchDog, Inc. v. Gelardi,** *et al.*
     **Case No.: 1:22-cv-1032 (PKC) (JRC)**
     <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

  This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case. Plaintiff writes pursuant to this Court's April 7, 2023 Order to resubmit the updated Notice Letter complying with the aforesaid Order for the Court's approval. In addition, consistent with the proceedings held on the record on March 27, 2023, Plaintiff will submit under separate cover a cover letter enclosing this Order for the Court's review and approval. <u>See</u> March 27, 2023 hearing transcript at 140:4-15.

  Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
   April 9, 2023       Respectfully submitted,

               **MILMAN LABUDA LAW GROUP PLLC**

               __*/s/ Emanuel Kataev, Esq.*__
               Jamie S. Felsen, Esq.
               Emanuel Kataev, Esq.
               3000 Marcus Avenue, Suite 3W8
               Lake Success, NY 11042-1073
               (516) 328-8899 (office)
               (516) 328-0082 (facsimile)
               jamiefelsen@mllaborlaw.com
               emanuel@mllaborlaw.com

               *Attorneys for Plaintiff*
               *IME WatchDog, Inc.*

Enclosure.

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

**VIA ECF**
Warner & Scheuerman
<u>Attn</u>: Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, NY 10011-4602
(212) 924-7111 (telephone)
(646) 692-0166 (direct dial)
(212) 924-6111 (facsimile)
jdwarner@wslaw.nyc

*Attorneys for Defendants*
*Third-Party Plaintiffs*
*Third-Party Counterclaim-Defendants*
*Safa Abdulrahim Gelardi*
*Vito Gelardi, and*
*IME Companions LLC*

**VIA ECF**
Leo Shalit, P.C.
<u>Attn</u>: Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) SHALIT-1 (office)
(646) 957-0009 (direct)
(833) 742-5481 (facsimile)
leo@shalit-law.com

*Attorneys for*
*Third-Party Defendant*
*Third-Party Counterclaimant*
*Carlos Roa*