```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,
                              Plaintiff,           Case No.: 1:22-cv-1032 (PKC) (JRC)
       -against-
SAFA ABDULRAHIM GELARDI, VITO GELARDI,              COURT-AUTHORIZED NOTICE
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,
                              Defendants.
-----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,
                              Third-Party Plaintiffs,
       -against-
CARLOS ROA,
                              Third-Party Defendant.
-----------------------------------------------------------------X
CARLOS ROA,
                              Third-Party Counter-Claimant,
       -against-
SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,
                              Third-Party Counter-Defendants.
-----------------------------------------------------------------X
```

# PLEASE BE ADVISED, that IME Companions, LLC, its managers, agents, and/or employees, have been enjoined by Order of Judge Pamela K. Chen, in *IME Watchdog, Inc. v. Gelardi* (22-cv-1032), from providing any services to you pending a further order of the Court.

Dated:

                                               **SO ORDERED:**

                                          _____
                                          Hon. Pamela K. Chen, U.S.D.J.