UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,      Case No.: 1:22-cv-1032 (PKC) (JRC)

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,      <u>COURT-AUTHORIZED NOTICE</u>
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS LIAKIS, and IME
COMPANIONS LLC,

                              Defendants.
------------------------------------------------------------------
SAFA GELARDI and IME COMPANIONS, LLC,

                          Third-Party Plaintiffs,

    -against-

CARLOS ROA,

                          Third-Party Defendant.
-----------------------------------------------------------------X
CARLOS ROA,

                          Third-Party Counter-Claimant,

    -against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                          Third-Party Counter-Defendants.
-----------------------------------------------------------------X

# PLEASE BE ADVISED, that IME Companions, LLC, its managers, agents, and/or employees, have been enjoined by Order of Judge Pamela K. Chen, in *IME Watchdog, Inc. v. Gelardi* (22-cv-1032), from providing any services to you pending a further order of the Court.

Dated:  April 10, 2023

                                            **SO ORDERED:**

                                             */s/ Pamela K. Chen*
                                             _____
                                             Hon. Pamela K. Chen, U.S.D.J.