UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKAS, and IME COMPANIONS LLC,

                              Defendants.
------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                              Third-Party Plaintiffs,

-against-

CARLOS ROA,

                              Third-Party Defendant.
------------------------------------------------------------------X
CARLOS ROA,

                              Third-Party Counter-Claimant,

-against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                              Third-Party Counter-Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS AGAINST <u>NICHOLAS LIAKAS</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IME WatchDog, Inc. and Defendant Nicholas Liakas, by and through their respective undersigned counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims in the above-captioned case shall be dismissed in their entirety with prejudice and without costs or attorneys' fees as against Defendant Nicholas Liakas.

DATED:  April 11, 2023

Respectfully submitted,

/s/ Emanuel Kataev, Esq.
MILMAN LABUDA LAW GROUP PLLC
Emanuel Kataev, Esq.
*Counsel for Plaintiff IME WatchDog, Inc.*

/s/ 
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
James F. Valentino, Esq.
*Counsel for Defendant Nicholas Liakas*


SO ORDERED:

Hon. Pamela K. Chen, U.S.D.J.