

**Leo Shalit, Esq.**

April 13, 2023

Hon. James Cho
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Third Party Action Safa Gelardi and Companions, LLC v. Carlos Roa
Case: 1:22-CV-1032 (PKC)(JRC)

Dear Judge Cho:

I write this letter in compliance with the Court's Order following oral argument on the Roa's Discovery Motion.

Third-Party Defendant Carlos Roa requests a settlement conference with the Court. A formal demand has been conveyed to the Defendants / Third -Party Plaintiff.

The Defendants / Third -Party Plaintiff do not oppose the settlement conference.

Your affirmant is not available for conference May 15, 2023  through May 26, 2023.

Respectfully, I am available the May 8, 10, 11 or 12.

Yours truly,

*Leo Shalit, Esq.*

Leo Shalit, Esq.