

Suitable for any IME, DME or NFE

# Protect Your Clients

During any IME, DME of NFE Exams:

- A trained professional will accompany your client
- Observe the examination and take detailed notes of the intake questions and answers, and block out of scope questions
- Document the type of tests the doctor conducts, the plaintiff's performance during those tests, the length of the examination, and any other relevant points during the exam.
- We also ensure that your client does not permit the doctor to perform any unauthorized tests such as X-rays or MRI's.
- We have IME advocates who are fluent in Spanish, Russian, and Creole, French, Arabic and Italian.
- The IME Companion professional who attends the IME will also be available to submit an affidavit in support of your opposition to defendants' motion for summary judgment and testify at trial.

BOOK APPOINTMENT       READ MORE

Appellate Court

# Notes of "IME Legal Reps"

services, are Privileged

Companions can rebuttal and dispute what the doctor claimed happened in the exam room

The court ruled that the materials (including the notes and reports created by the IME Legal Reps and which were the subject of the subpoena) were created in preparation for litigation. The court found that the IME Legal Reps was an agent of plaintiff's attorneys and therefore the materials were protected under CPLR 3101(d)(2).



Who We Are

# Our DNA



IME Legal Reps is a company created to equip plaintiffs firms with ammunition against the insurance companies and their hired physicians. We are a group of caring trained professionals who will oversee and document the Insurance Medical Exam to protect your clients interests. IME Legal Reps delivers only the highest quality of service. The purpose of IME Legal Reps is to illustrate what really happened in the examination room through our detailed reports and to provide rebuttal testimony at trial.

LEARN MORE →



# Three Things You Should Know About IME.



### The doctors are not independent

The doctors are chosen and paid by the insurance company. They have incentive to minimize your injuries and provide an opinion that is more favorable for the insurance company.



## Examinations are used to deny claims

If an insurance company has requested an IME, they are usually looking for a way to deny your claim. Dishonest IME decisions can be devestating for people hurt by the negligence of others.



## You can be represented at your IME

Evidence of what the doctor did or didn't do during the examination may be needed to prove the examination was conducted unfairly. We take note of all relevant details.

What We Do

# Services



### WE'LL BE THERE FOR YOU

Our trained professionals accompany your clients to their IME Exam, provide support and explain that the doctor is representing the adverse party, and is not there to provide treatment.



### WE SPEAK YOUR LANGUAGE

Many non-English speaking claimants describe significant difficulty communicating with the IME doctors.



### A WATCHFUL EYE

IME Legal Reps observe carefully the scope and manner of the exam and take notes in order to refute any improper findings in the IME report.

What We Do

# Why Choose Us?

IME's and the doctors are anything but independent. The insurance companies carefully and deliberately pick the doctors they want to perform specific evaluations. These doctors know if their report does not negate the clients injury claims and is not favorable to the insurance company, they will not be referred cases to review. We will protect your clients from a doctors report that may be inaccurate or harmful to your clients claim. Our companions are trained professionals and will protect your clients from a doctors report that may be inaccurate or harmful to your clients claim.

LEARN MORE →



Customer Reviews

# What Client's Say



"I would highly recommend Safa and her team at IME Legal Reps for any large plaintiff's personal injury law firm. I used to have individual members of my own staff accompany my clients to their defense medical exams. However, my client base grew to a point that it was no longer logistically reasonable to utilize members of my own staff to accompany plaintiff's to the exams and was glad to have found IME Legal Reps because they are the absolute best fit for my firm. Safa and her team are on top of innumerable appointments every day and manage client coordination in multiple languages, scheduling, transportation and accompaniment to the appointment and then I receive a detailed and thorough report from them almost immediately. They are reachable whenever I need them for information and are extremely reliable, diligent and effective. They consistently go above and beyond. I am extremely satisfied with our working relationship and would highly recommend them to any large personal injury plaintiff's law firm."

– Eric D Subin, Subin Associates

*Managing Attorney*

# Call IME Legal Reps Today

Don't send your injured plaintiff to their Independent Medical Exam without a trained professional IME Companion. We can handle any IME, NFE or Workers' Comp IME

BOOK NOW →

833-463-7767

info@imelegalreps.com

9207 245th St. Floral Park NY 11001

## ABOUT

The purpose of IME Legal Reps is to memorialize what really happened in the examination room, to prevent the IME Physician's from conducting a second EBT and to provide rebuttal testimony at trial.

*There are additional fees for travel to locations outside of NYC.

## OUR ADDRESS

Map data ©2023 Google   Report a map error

© 2023 IME Legal Reps. All rights reserved.

Privacy Policy | Terms & Conditions | Delivery & Refund Policy

Case 1:22-cv-01032-PKC-JRC   Document 197-2   Filed 04/18/23   Page 12 of 12 PageID #: 3735