UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                            Plaintiff,

              -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                            Defendants.
------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                            Third-Party Plaintiffs,

            -against-

CARLOS ROA,

                            Third-Party Defendant.
------------------------------------------------------------------X
CARLOS ROA,

                            Third-Party Counter-Claimant,

            -against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                            Third-Party Counter-Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF DANIELLA LEVI, ESQ. IN SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE FOR CONTEMPT AND FOR AN ORDER OF ATTACHMENT PURSUANT TO RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE & ARTICLE 62 OF THE NEW YORK CIVIL <u>PRACTICE LAW & RULES</u>**

       Daniella Levi, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct:

1.   I am the sole shareholder and Chief Operating Officer ("COO") of IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog"), the Plaintiff in this case.

2.   As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the documents I maintain at the IME WatchDog office.

3.   I hereby incorporate by reference herein all of the facts contained in my attorney's April 18, 2023 letter motion in support of the instant motion.

4.   I respectfully request that this Court grant the relief requested herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2023.

                                                                                           *Daniella Levi (Apr 18, 2023 21:03 EDT)*
                                                                                            Daniella Levi, Esq.

# 2023-04-18 Levi Declaration in Support
Final Audit Report 2023-04-19

| | |
|---|---|
| Created: | 2023-04-19 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATy8hsCkasXCI6jBLIIAAd1w4PB8SqvKp |

## "2023-04-18 Levi Declaration in Support" History

- Document created by Emanuel Kataev (mail@emanuelkataev.com)
  2023-04-19 - 0:51:36 AM GMT- IP address: 69.118.26.162

- Document emailed to daniellalevi@levilawny.com for signature
  2023-04-19 - 0:52:28 AM GMT

- Email viewed by daniellalevi@levilawny.com
  2023-04-19 - 1:01:43 AM GMT- IP address: 107.115.227.119

- Signer daniellalevi@levilawny.com entered name at signing as Levi Daniella
  2023-04-19 - 1:03:24 AM GMT- IP address: 107.115.227.119

- Document e-signed by Levi Daniella (daniellalevi@levilawny.com)
  Signature Date: 2023-04-19 - 1:03:26 AM GMT - Time Source: server- IP address: 107.115.227.119

- Agreement completed.
  2023-04-19 - 1:03:26 AM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign