# EXHIBIT "A"

Case 1:22-cv-01032-PKC-JRC    Document 202-1    Filed 04/28/23    Page 2 of 27 PageID #: 4042



Suitable for any IME, DME or NFE

# Protect Your Clients

**During any IME, DME of NFE Exams:**

- A trained professional will accompany your client
- Observe the examination and take detailed notes of the intake questions and answers, and block out of scope questions
- Document the type of tests the doctor conducts, the plaintiff's performance during those tests, the length of the examination, and any other relevant points during the exam.
- We also ensure that your client does not permit the doctor to perform any unauthorized tests such as X-rays or MRI's.
- We have IME advocates who are fluent in Spanish, Russian, and Creole, French, Arabic and Italian.
- The IME Legal Reps professional who attends the IME will also be available to

bmit an affidavit in support of your opposition to defendants' motion for
gment and testify at trial.

**BOOK APPOINTMENT**          **READ MORE**

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 4 of 27 PageID #: 4044





Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 6 of 27 PageID #: 4046



Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 7 of 27 PageID #: 4047



Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 8 of 27 PageID #: 4048



Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 9 of 27 PageID #: 4049





## CONTACT US

800-409-9921

info@imelegalreps.com

## ABOUT

The purpose of IME Legal Reps is to memorialize what really happened in the examination

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 10 of 27 PageID #: 4050



room, to prevent Physician's from conducting a second EBT and to provide rebuttal testimony at trial.

*There are additional fees for travel to locations outside of NYC.

© 2023 IME Legal Reps. All rights reserved.

Privacy Policy | Terms & Conditions | Delivery & Refund Policy



search?

 Search

## Recent Posts

- 4 Reasons to Choose IME Legal Reps

## Most Used Categories

- Uncategorized (1)

## Archives

Try looking in the monthly archives. 🙂

Select Month ⌄



## CONTACT US

800-409-9921

info@imelegalreps.com

## ABOUT

The purpose of IME Legal Reps is to memorialize what really happened in the examination

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 12 of 27 PageID #: 4052



*There are additional fees for travel to locations outside of NYC.

© 2023 IME Legal Reps. All rights reserved.

Privacy Policy | Terms & Conditions | Delivery & Refund Policy



Suitable for any IME, DME or NFE

# SERVICES

The extra time spent preparing your client is invaluable.

**BOOK APPOINTMENT**

## Our Company

# Provides the Following Services

Case 1:22-cv-01032-PKC-JRC    Document 202-1    Filed 04/28/23    Page 14 of 27 PageID #: 4054



> Take detailed notes of the intake questions asked by the IME physician and document the time the IME physician spent with your client

> Take HD video recordings of Workers' Compensation IMEs

> Prevent the IME physician from asking inappropriate questions or administering inappropriate tests

> Prepare a report describing exactly what took place during the examination, how long the examination lasted, and any errors or lapses made by the examining physician

> IME Legal Reps also act as translators, we are available in Spanish, Russian, French, and Arabic.





Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 16 of 27 PageID #: 4056





## WE'LL BE THERE FOR YOU

Our trained professionals accompany your clients to their IME Exam, provide support and explain that the doctor is representing the adverse party, and is not there to provide treatment.

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 17 of 27 PageID #: 4057





## WE SPEAK YOUR LANGUAGE

Many non–English speaking claimants describe significant difficulty communicating with the IME doctors. IME Legal Reps also act as translators, we are available in Spanish, Russian, French, and Arabic.

Case 1:22-cv-01032-PKC-JRC    Document 202-1    Filed 04/28/23    Page 18 of 27 PageID #: 4058





## A WATCHFUL EYE

IME Legal Reps observe carefully the scope and manner of the exam and take notes in order to refute any improper findings in the IME report. Our trained professionals will note how much time was spent examining your client versus how much time was spent reading their records.

# Call IME Legal Reps Today

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 19 of 27 PageID #: 4059



BOOK NOW →



# CONTACT US

800-409-9921

info@imelegalreps.com

## ABOUT

The purpose of IME Legal Reps is to memorialize what really happened in the examination room, to prevent the IME Physician's from conducting a second EBT and to provide rebuttal testimony at trial.

*There are additional fees for travel to locations outside of NYC.

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 20 of 27 PageID #: 4060





Suitable for any IME, DME or NFE

# BOOKING

**BOOK APPOINTMENT**

Steps

## How to Book

**01**        **02**

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 22 of 27 PageID #: 4062



each additional half hour.

# 03

Fill out your contact and billing info.

# 04

Complete your booking.





## CONTACT US

800-409-9921

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 24 of 27 PageID #:
4064



The purpose of IME Legal Reps is to memorialize what really happened in the examination room, to prevent the IME Physician's from conducting a second EBT and to provide rebuttal testimony at trial.

*There are additional fees for travel to locations outside of NYC.

© 2023 IME Legal Reps. All rights reserved.

Privacy Policy | Terms & Conditions | Delivery & Refund Policy

Case 1:22-cv-01032-PKC-JRC    Document 202-1    Filed 04/28/23    Page 25 of 27 PageID #:
4065



Suitable for any IME, DME or NFE

# CONTACT US

## Contact Us

# Drop Us A Note

Got a question about our IME's? Feel free to submit your contact information below
and a member of our team will reach out to you. Need to book? See our booking page

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 26 of 27 PageID #: 4066



**First Name** *

> First Name

**Last Name** *

> Last Name

**Phone Number** *

> Phone Number

**Email Address** *

> Email Address

**Note** *

> Note

**Submit**

## Phone Number

800–409–9921

## Email Address

info@imelegalreps.com

Case 1:22-cv-01032-PKC-JRC   Document 202-1   Filed 04/28/23   Page 27 of 27 PageID #: 4067



# CONTACT US

800-409-9921

info@imelegalreps.com

# ABOUT

The purpose of IME Legal Reps is to memorialize what really happened in the examination room, to prevent the IME Physician's from conducting a second EBT and to provide rebuttal testimony at trial.

*There are additional fees for travel to locations outside of NYC.

© 2023 IME Legal Reps. All rights reserved.

Privacy Policy | Terms & Conditions | Delivery & Refund Policy