# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 29, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

   *Re:* **IME WatchDog, Inc. v. Gelardi,** *et al.*
      **Case No.: 1:22-cv-1032 (PKC) (JRC)**
      <u>**MLLG File No.: 25-2022**</u>   ____

Dear Judge Chen:

  This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case. Plaintiff writes to respectfully request an Order directing the following agents of Defendant IME Companions LLC ("Companions") to appear at the show cause hearing on Thursday, May 4, 2023: (i) Jeff Beiben ("Beiben"); (ii) Fari Gutierrez ("Gutierrez"); (iii) Jonathan Frobart ("Frobart"); (iv) Hesham "Sammy" Salameh ("Salameh"); (v) Eugene Liddie ("Liddie"); and (vi) Shakiya K. Hall ("Hall").

  Plaintiff has attempted to serve the foregoing individuals with a subpoena to appear at the hearing, but they have evaded service as evidenced by the attached correspondence from the process server. <u>See</u> copy of correspondence annexed hereto as **Exhibit "A."** Each of these individuals are long-time employees, associates, friends, and/or agents of the Defendants.

  With respect to Beiben, Gutierrez, and Salameh, upon information and belief, they each continue to serve law firms on the Enjoined Customers List on behalf of Companions and their alter egos and/or successors, Client Exam Services LLC ("CES") and IME Management & Consulting LLC d/b/a IME Legal Reps ("IMEM&C"). With respect to Frobart, it is respectfully submitted that he continued to serve Subin Associates ("Subin"), a law firm on the Enjoined Customer List, on behalf of Companions, CES, and IMEM&C until Subin received the court-authorized notice. As for Liddie and Hall, another husband-and-wife duo, Liddie purchased assets of Companions according to the evidence submitted in Defendants' opposition papers, while both have served as agents of Companions from in or about 2020 through the present.

  In essence, Defendants have repeated their conduct vis-à-vis CES and Gutierrez. Plaintiff respectfully submits that it should not be forced to play whack-a-mole with the Defendants, especially after this Court graciously permitted them to remain open to allow them to run a legitimate competing business, which they do not at all appear interested in doing.

Accordingly, given their willful and contumacious failure to comply with this Court's Orders, Plaintiff will seek an amended injunction enjoining Defendants, their alter egos and/or successors, together with their agents and employees, from performing any independent medical examination ("IME") observer services. This Court should therefore direct these individuals to appear at the May 4, 2023 hearing together with any documents responsive to the request for production within the subpoenas. Plaintiff thanks this honorable Court for its continued time and attention to this case.

Dated: Lake Success, New York
April 29, 2023

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
   /s/ *Emanuel Kataev, Esq.*
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

**VIA ECF**
Warner & Scheuerman
Attn: Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, NY 10011-4602
(212) 924-7111 (telephone)
(646) 692-0166 (direct dial)
(212) 924-6111 (facsimile)
jdwarner@wslaw.nyc

*Attorneys for Defendants*
*Third-Party Plaintiffs*
*Third-Party Counterclaim Defendants*
*Safa Abdulrahim Gelardi*
*Vito Gelardi, and*
*IME Companions LLC*

**VIA ECF**
All remaining counsel of record

**VIA ECF**
Leo Shalit, P.C.
Attn: Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) SHALIT-1 (office)
(646) 957-0009 (direct)
(833) 742-5481 (facsimile)
leo@shalit-law.com

*Attorneys for*
*Third-Party Defendant*
*Third-Party Counterclaimant*
*Carlos Roa*

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

# EXHIBIT A

| | |
|---|---|
| **From:** | WSP Server on behalf of NHINicoletti & Harris |
| **To:** | Emanuel Kataev |
| **Cc:** | NHINicoletti & Harris |
| **Subject:** | NHI Status on (Beibin, Jeff) |
| **Date:** | Thursday, April 27, 2023 12:23:12 PM |

To: Milman Labuda Law Group PLLC

This is an automated message relating to:

**Our Job Number:** 2023006944
**Your Reference Number:**
**Party To Be Served:** Beibin, Jeff
**Documents To Be Served:** Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00
**Case Info:** New York Eastern 1:22-CV-1032 (PKC) (JRC)
**Case Style:** IME Watchdog, Inc. vs. Gelardi, et al.

Original Service Address: Jeff Beibin, 8301 60th Avenue, Middle Village, NY 11379

Status Update for Jeff Beibin, 8301 60th Avenue, Middle Village, NY 11379

Latest Status: 4/27/2023 12:02 pm Attempted service at 8301 60th Avenue, Middle Village, NY 11379. Unknown as per Angela in apt 1 and unknown as per john doe who refused name in apt 2 current occupants, car parked in front ny plates emy-1940

Thank you,
NHINicoletti & Harris
smercado@nichar.com
Phone: (212) 267-6448

More detailed status is available at https://nhi.sopstatus.com

Click Here to make a payment

| | |
|---|---|
| From: | Ana Sanchez |
| To: | Emanuel Kataev |
| Subject: | NHI Status on (Frobart, Jonathan)- Please advise. |
| Date: | Friday, April 28, 2023 10:01:30 AM |

To:  Emanuel Kataev
     Milman Labuda Law Group PLLC

This message is in regard to:
   Our Job Number:  2023006943
   Your Reference Number:
   Party To Be Served:  Frobart, Jonathan
   Case Info:  Case Number: 1:22-CV-1032 (PKC) (JRC)  County: Eastern  State: New York  Court: United States District
   Caption:  IME Watchdog, Inc. vs. Gelardi, et al.

Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00

Comments regarding this job:

4/28/2023   6:19 AM

The process server attempted service at 321 Maple Avenue, Apartment 2, Westbury, NY 11590.  This witness is unknown as per John doe (black male who answered the door ).  The process server called the number provided numerous times and left 2 messages.  He never received a callback.

Please Advise.

Thank you.

Ana Sanchez


Sent from Mail for Windows