## RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:22-CV-1032 (PKC) (JRC)

Date Filed: _____

Plaintiff: IME Watchdog, Inc.
vs.
Defendant: Gelardi, et al.

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris, Inc. to be served on **Hesham "Sammy" Salameh, 15 Boiling Springs Avenue, Apartment A, East Rutherford, NJ 07073-1435.**

I, Nathan Rivera, do hereby affirm that on the **26th day of April, 2023 at 7:07 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with **Jane Doe (refused name)** at **15 Boiling Springs Avenue, Apartment A, East Rutherford, NJ 07073-1435**, the said premises being the respondent's place of **Abode** within the State of New Jersey. Deponent completed service by mailing a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** in a postpaid envelope addressed to: **15 Boiling Springs Avenue, Apartment A, East Rutherford, NJ 07073-1435** and bearing the words "Personal & Confidential" by First Class Mail on **4/27/2023** and placed in an official depository of the U.S.P.S. in the State of New Jersey.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
4/27/2023 7:07 pm  WITNESS FEE CHECK GIVEN AT TIME OF SERVICE VV1202 CONTACT NUMBER 347-486-8298 Jane Doe is Hesham Salameh's wife but refused name. Stated the number she provided is his cell phone number.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 175, Hair: Black, Glasses: N

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

_____  4/28/23
Nathan Rivera

Nicoletti & Harris, Inc.
101 Avenue Of The Americas
9th Fl
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023006945
Service Fee: _____

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

## AFFIDAVIT OF SERVICE

State of New York        County of Eastern        United States District Court

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff: IME Watchdog, Inc.
vs.
Defendant: Gelardi, et al.

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Jeff Beibin, 8301 60th Avenue, Middle Village, NY 11379**.

I, Alan Feldman, being duly sworn, depose and say that on the **27th day of April, 2023 at 12:16 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with Jane Doe at **5826 83rd Place, Apartment 2, Middle Village, NY 11379**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** in a postpaid envelope addressed to: **5826 83rd Place, Apartment 2, Middle Village, NY 11379** and bearing the words "Personal & Confidential" by First Class Mail on **4/27/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 130, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF   New York)
COUNTY OF   New York )

Subscribed and Sworn to before me on the 27th day of April, 2023 by the affiant who is personally known to me

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Alan Feldman
2058467

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023006944



## AFFIDAVIT OF SERVICE

State of New York      County of Eastern      United States District Court

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Fari Gutierrez, 8117 102nd Avenue, Apartment 1, Ozone Park, NY 11416.**

I, Alan Feldman, being duly sworn, depose and say that on the **27th day of April, 2023** at **1:06 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Fari Gutierrez** at the address of: **8117 102nd Avenue, Apartment 1, Ozone Park, NY 11416**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Tan, Height: 5'9", Weight: 170, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF    New York )

Subscribed and Sworn to before me on the 28th day of April, 2023 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Alan Feldman
2058467

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023006942

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n



## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Eastern | United States District Court |

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff: **IME Watchdog, Inc.**
vs.
Defendant: **Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Vito Gelardi, 148 Clay Pit Road, Staten Island, NY 10309**.

I, Caswell Bryan, being duly sworn, depose and say that on the **27th day of April, 2023** at **10:45 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $15.00** with **Safa Abdulrahim Gelardi** at **148 Clay Pit Road, Staten Island, NY 10309**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $15.00** in a postpaid envelope addressed to: **148 Clay Pit Road, Staten Island, NY 10309** and bearing the words "Personal & Confidential" by First Class Mail on **4/27/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
Suitable Age and Discretion

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF   New York )

Subscribed and Sworn to before me on the 27th day of April, 2023 by the affiant who is personally known to me

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023007085





Vito Gebardi
118 Clay Pit Road
Staten Island, NY 10309

Personal and Confidential

NICOLETTI & HARRIS, INC.
101 Avenue of the Americas
9th Fl, New York, NY 10013

## AFFIDAVIT OF SERVICE

State of New York      County of Eastern      United States District Court

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Safa Abdulrahim Gelardi, 148 Clay Pit Road, Staten Island, NY 10309**.

I, Caswell Bryan, being duly sworn, depose and say that on the **27th day of April, 2023** at **10:37 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $15.00** with the date and hour of service endorsed thereon by me, to: **Safa Abdulrahim Gelardi** at the address of: **148 Clay Pit Road, Staten Island, NY 10309**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF     New York )

Subscribed and Sworn to before me on the 27th day of April, 2023 by the affiant who is personally known to me

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023007084

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

