UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,

                  Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                  Defendants.
----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                  Third-Party Plaintiffs,

    -against-

CARLOS ROA,

                  Third-Party Defendant.
----------------------------------------------------------------X
CARLOS ROA,

                    Third-Party Counter-Claimant,

    -against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                  Third-Party Counter-Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**REPLY DECLARATION OF ADAM ROSENBLATT IN FURTHER SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE FOR CONTEMPT AND FOR AN ORDER OF ATTACHMENT PURSUANT TO RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE & ARTICLE 62 OF THE NEW YORK CIVIL PRACTICE LAW & RULES**

    Adam Rosenblatt declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the President of IME WatchDog, Inc. ("IME WatchDog"), the Plaintiff in the above-captioned case.

2. As such, I am fully familiar with the facts and circumstances set forth below, based upon the facts known to me to be true, a review of my records, conversations with principals of IME WatchDog, and this Court's Orders.

3. On April 20, 2023, I was assigned to observe an independent medical examination ("IME") with Dr. Dorothy Scarpinato, located at 176 Hicksville Road, Bethpage, NY 11714.

4. Upon my arrival, I observed Jeff Beiben ("Beiben"), an agent of IME Companions LLC ("Companions") and Client Exam Services LLC ("CES"), present at this location.

5. I know what Beiben looks like because, among other things, he was present at the April 4, 2022 show cause hearing.

6. When Beiben saw me, I observed him quickly ran out of Dr. Scarpinato's office.

7. I also heard the receptionist yell out words to the effect of: "Demetria Jones, did your legal rep step out?"

8. I then observed an African American woman stating to the receptionist words to the effect of "he will be right back," referring to Beiben.

9. I then also stepped out of Dr. Scarpinato's office to call my client, and waited in my car until my client arrived.

10. While I waited, I observed Beiben leave with Demetria Jones.

11. Later, when I was in the examination room with my client and Dr. Scarpinato, she asked me who I was, I stated that I am Adam with IME Watchdog, and that Gabrielle usually comes to this location on behalf of IME WatchDog.

12. She stated in response that there are always some regular IME observers at this office from various companies.

13. Specifically, she identified Gabrielle from IME Watchdog, and also identified Beiben from *IME Legal Reps*.

14. Prior to that date, I had never heard of any company called IME Legal Reps, and was perplexed to find out that there is another company given the niche field.

15. Because Beiben worked for IME Companions and is related to its owners, and the company he subsequently performed services for at Client Exam Services LLC was enjoined from serving law firms on the Enjoined Customers List, I found it curious that Beiben is now working for yet another company, "IME Legal Reps."

16. I performed a search of the New York State Court Electronic Filing ("NYSCEF") system for "Demetria Jones," and learned that she is represented by Subin Associates LLP ("Subin"), a law firm on the Enjoined Customers List. See Index No.: 605063/2020 (Nassau County Supreme Court), NYSCEF Docket Entry 1; see also copy of NYSCEF Case Detail page annexed hereto as **Exhibit "A."**

17. Also attached hereto as **Exhibits "B," "C," and "D"** are pictures that contain a fair and accurate representation of what I witnessed. I took these pictures with my cellular phone.

18. I did not engage with Beiben as I have been previously advised by Daniella Levi, Esq. to refrain from any contact with the Defendants.

19. Separately, just today, I was observing an IME at 80 Washington Street, Suite 301, Poughkeepsie, NY with Dr. Bradley Wiener ("Dr. Weiner").

20. There, I observed Defendant Vito Gelardi ("Vito") making a scene in front of Dr. Weiner and his secretary.

21. I overheard him tell Dr. Weiner about my mental condition in a disparaging manner, accuse me of physically attacking him, and demanding that I be removed from the medical office.

22. I overheard Dr. Weiner stating, in response, words to the effect of that I would never attack anyone, whereupon Dr. Weiner directed Vito to go downstairs and to wait until his IME was to be performed.

23. Vito is a large, tall man and was quite intimidating.

24. I took a picture of him as he was leaving; he left by showing me two thumbs up and smiling at me.

25. Attached hereto as **Exhibit "E"** is a picture that contains a fair and accurate representation of Vito. I took these pictures with my cellular phone.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2023.

*Adam Rosenblatt*
Adam Rosenblatt (May 2, 2023 17:48 EDT)
ADAM ROSENBLATT

# EXHIBIT A



iapps.courts.state.ny.us/nyscef/CaseDetails?docketId=8BBZGLQCPAzjocJVA0OVHw==



# New York State Unified Court System

**NYSCEF** - New York State Courts Electronic Filing (Live System)

### Sidebar

**Home**
*NYSCEF*

**Home**
*Unrepresented Litigants*

**Account**
- Create an Account
- Login
- Search as Guest

**Resources**
- Forms
- Authorized Courts
- Available Documents
- Rules & Legislation
- Protocols
- NYSCEF Updates

---

## 609954/2021 - Nassau County Supreme Court

Help

Short Caption: **RAFAEL ANTONIO CUAXIL v. BI-COUNTY SCALE & EQUIPMENT CO., LLC**
Case Type: **Torts - Product Liability (PRODUCT)**
Case Status: **Active**
eFiling Status: **Full Participation Recorded**
Assigned Judge: **Rhonda E Fischer**

### Tabs: Document List | Case Detail | 3rd Parties | Court Notices

**Full Caption**
Rafael Antonio Cuaxil v. Bi-County Scale & Equipment Co., Llc

**Plaintiffs/Petitioners**

| Name | Represented By |
|---|---|
| Rafael Antonio Cuaxil | WINOGRAD, RICHARD MARK on 08/04/2021<br>GINARTE GALLARDO GONZALEZ WINOGRAD, LLP |

**Defendants/Respondents**

| Name | Represented By |
|---|---|
| BI-COUNTY SCALE & EQUIPMENT CO., LLC | YONG, JEFFREY P on 09/14/2021<br>Martyn Smith Murray & Yong |

---



**Maureen O'Connell**
*Nassau County Clerk*
Nassau County Clerk's Website

**Nassau County Clerk's Office**
240 Old Country Road
Mineola, NY 11501
516-571-2660
efiling@nassaucountyny.gov

**Catherine M. Gray**
*Deputy County Clerk*
cgray@nassaucountyny.gov

**Margaret Paczkowski**
*e-Filing Clerk*
mpaczkowski@nassaucountyny.gov

**E-Filing Resources**
Nassau County Protocol



Welcome to Nassau County Clerk e-filing. For more information on how your filing is processed in Nassau County, please visit our website.
Nassau County Website

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# 2023-05-02 Reply Declaration of Adam Rosenblatt

Final Audit Report                                    2023-05-02

| | |
|---|---|
| Created: | 2023-05-02 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArCs1LkVT6PYe9MxHE_x-wZsTDrpfZULs |

## "2023-05-02 Reply Declaration of Adam Rosenblatt" History

- Document created by Emanuel Kataev (mail@emanuelkataev.com)
  2023-05-02 - 9:42:10 PM GMT- IP address: 65.51.198.20

- Document emailed to adam@imewatchdog.com for signature
  2023-05-02 - 9:42:37 PM GMT

- Email viewed by adam@imewatchdog.com
  2023-05-02 - 9:42:41 PM GMT- IP address: 66.249.92.41

- Signer adam@imewatchdog.com entered name at signing as Adam Rosenblatt
  2023-05-02 - 9:48:05 PM GMT- IP address: 108.29.44.50

- Document e-signed by Adam Rosenblatt (adam@imewatchdog.com)
  Signature Date: 2023-05-02 - 9:48:07 PM GMT - Time Source: server- IP address: 108.29.44.50

- Agreement completed.
  2023-05-02 - 9:48:07 PM GMT

Adobe Acrobat Sign