UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                        Plaintiff,

          -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                        Defendants.
-----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                     Third-Party Plaintiffs,

          -against-

CARLOS ROA,

                     Third-Party Defendant.
-----------------------------------------------------------------X
CARLOS ROA,

                     Third-Party Counter-Claimant,

          -against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                   Third-Party Counter-Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**REPLY DECLARATION OF CARLOS ROA IN FURTHER SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE FOR CONTEMPT AND FOR AN ORDER OF ATTACHMENT PURSUANT TO RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE & ARTICLE 62 OF THE NEW YORK CIVIL <u>PRACTICE LAW & RULES</u>**

      I, Carlos Roa, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am President of Operations at IME Watchdog, Inc (hereinafter the "IME Watchdog"), the Plaintiff in the above-captioned case.

2. As such, I am fully familiar with the facts and circumstances set forth below, based upon the facts known to me to be true, my review of the books, records, and Court Orders maintained by the Plaintiff and conversations I have had with the principals and employees of Plaintiff.

3. On April 19, 2023, I spoke to Mayra Gomez ("Ms. Gomez"), an independent contractor who performs IME observer services for IME WatchDog.

4. Ms. Gomez showed me a photo she took of an individual attending an independent medical examination ("IME") for one Rafael Cuaxil.

5. I identified that individual as Fari Gutierrez ("Gutierrez"), as I know what Gutierrez looks like because I met him when I worked for the Defendants and have interacted with him in the past.

6. I performed a search of the New York State Court Electronic Filing ("NYSCEF") system for "Rafael Cuaxil," and learned that he is represented by Ginarte, Gallardo, Gonzalez, Winograd, today known as Ginarte, Gonzalez, Winograd (hereinafter "Ginarte"), a law firm on the Enjoined Customers List. See Index No.: 609954/2021 (Nassau County Supreme Court), NYSCEF Docket Entry 1; see also copy of NYSCEF Case Detail page annexed hereto as **Exhibit "A."**

7. Also attached hereto as **Exhibits "B," "C," and "D"** are pictures that contain a fair and accurate representation of the photos I saw, where I identified Fari Gutierrez.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2023.

Carlos Roa (May 2, 2023 17:54 EDT)

CARLOS ROA

# EXHIBIT A


  

iapps.courts.state.ny.us/nyscef/CaseDetails?docketId=8BBZGLQCPAzjocJVA0OVHw==



# NYSCEF - New York State Courts Electronic Filing (Live System)

**Home**
NYSCEF

**Home**
Unrepresented Litigants

**Account**
Create an Account
Login
Search as Guest

**Resources**
Forms
Authorized Courts
Available Documents
Rules & Legislation
Protocols
NYSCEF Updates

## 609954/2021 - Nassau County Supreme Court  Help

Short Caption: **RAFAEL ANTONIO CUAXIL v. BI-COUNTY SCALE & EQUIPMENT CO., LLC**
Case Type: **Torts - Product Liability (PRODUCT)**
Case Status: **Active**
eFiling Status: **Full Participation Recorded**
Assigned Judge: **Rhonda E Fischer**



**Maureen O'Connell**
Nassau County Clerk
Nassau County Clerk's Website

**Nassau County Clerk's Office**
240 Old Country Road
Mineola, NY 11501
516-571-2660
efiling@nassaucountyny.gov

**Catherine M. Gray**
Deputy County Clerk
cgray@nassaucountyny.gov

**Margaret Paczkowski**
e-Filing Clerk
mpaczkowski@nassaucountyny.gov

Document List | **Case Detail** | 3rd Parties | Court Notices

### Full Caption
Rafael Antonio Cuaxil v. Bi-County Scale & Equipment Co., Llc

**Plaintiffs/Petitioners**

| Name | Represented By |
|---|---|
| Rafael Antonio Cuaxil | WINOGRAD, RICHARD MARK on 08/04/2021<br>GINARTE GALLARDO GONZALEZ WINOGRAD, LLP |

**Defendants/Respondents**

| Name | Represented By |
|---|---|
| BI-COUNTY SCALE & EQUIPMENT CO., LLC | YONG, JEFFREY P on 09/14/2021<br>Martyn Smith Murray & Yong |

**E-Filing Resources**
Nassau County Protocol



Welcome to Nassau County Clerk e-filing. For more information on how your filing is processed in Nassau County, please visit our website.
Nassau County Website

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# 2023-05-02 Reply Declaration of Carlos Roa

Final Audit Report 2023-05-02

| | |
|---|---|
| Created: | 2023-05-02 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0RRnYAU9HVnPQ3GQ625v1fSJ2hzwA7II |

## "2023-05-02 Reply Declaration of Carlos Roa" History

- Document created by Emanuel Kataev (mail@emanuelkataev.com)
  2023-05-02 - 9:29:32 PM GMT- IP address: 65.51.198.20

- Document emailed to Carlos Roa (carlos@imewatchdog.com) for signature
  2023-05-02 - 9:30:00 PM GMT

- Email viewed by Carlos Roa (carlos@imewatchdog.com)
  2023-05-02 - 9:30:03 PM GMT- IP address: 66.249.92.132

- Document e-signed by Carlos Roa (carlos@imewatchdog.com)
  Signature Date: 2023-05-02 - 9:54:56 PM GMT - Time Source: server- IP address: 172.58.227.142

- Agreement completed.
  2023-05-02 - 9:54:56 PM GMT

Adobe Acrobat Sign