**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                  May 5, 2023

<u>**VIA ECF**</u>

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021-1804

Re:   *IME WatchDog, Inc. v. Gelardi, et al.*
      <u>Case No. 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Cho:

      We represent the defendants in the above-referenced matter and respectfully request a two week extension of all dates in the Order of April 14, 2023. On account of the motion to hold my clients in contempt, I was unable to get them to focus sufficiently on the issues involving settlement with third-party defendant Carlos Roa ("Roa"). I believe that with an additional two weeks I may have some success.

      This letter is sent without the consent of Roa's counsel.

      I thank you for your courtesy and attention to this matter.

                                       Respectfully yours,

                                       /s/ Jonathon D. Warner

JDW/dlr

cc:   All counsel (via ECF)