

Leo Shalit, Esq.

May 11, 2023

Hon. James Cho
225 Cadman Plaza East
Brooklyn, New York 11201
Third Party Action: Safa Gelardi and IME Companions, LLC v. Carlos Roa

Case: 1:22-CV-1032 (PKC)(JRC)

Dear Judge Cho,

I represent Third Party Defendant, Carlos Roa.

I write this letter motion to requested that the Settlement Conference currently scheduled for June 9, 2023 be moved on consent to June 14, 2023 at 2 pm.

Yours truly,

*Leo Shalit, Esq.*

Law Office of Leo Shalit