

Subin Associates, LLP
Attorneys Representing the Injured for Half a Century
150 Broadway, 23rd Floor
New York, NY 10038

**IME Companions**
PO Box 90398
Staten Island, NY 10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

**BILL TO**
Subin Associates, LLP

| INVOICE # | DATE | TOTAL DUE | DUE DATE | ENCLOSED |
|---|---|---|---|---|
| 5827 | 03/01/2023 | $12,365.00 | 04/01/2023 | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01/2023 | IME Companion | Rhadera Allen- 2.5 hours<br>Dr. Dana Mannor    Ortho<br>945 Huguenot Avenue, Staten Island, NY 10312<br>Outside NYC<br>Served Subpoena | 1 | 410.00 | 410.00 |
| 03/01/2023 | IME Companion | Natali Rolitsky- 2 hours<br>Dr. Aruna Senevirante    Ortho<br>717 Church Avenue, Brooklyn, NY 11218<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/01/2023 | IME Companion | Jean Sine- 2 hours<br>Dr. Marianna Golden    Neuro<br>162-04 Jamaica Avenue, Jamaica, NY 11432<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/02/2023 | IME Companion | Estalin Batista- 1 hour<br>Dr. Jeffrey Klein    Ortho<br>303 2nd Avenue, New York, NY 10010<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/02/2023 | IME Companion | Felice Blackledge- 2 hours<br>Dr. Aruna Senevirante    Ortho<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/02/2023 | IME Companion | Ivan Popovych- 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/03/2023 | IME Companion | Athanasios Hondros- 2.5 hours<br>Dr. Calogero Gambino    Ortho<br>6740 4th Avenue, Brooklyn, NY 11220<br>Served Subpoena | 1 | 360.00 | 360.00 |
| 03/03/2023 | IME Companion | Richard Lord- 1 hour<br>Dr. Andrew Casden    Ortho | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/04/2023 | IME Companion | 210 East 64th Street, New York, NY 10065<br>Served Subpoena<br>Claudia Vigoya- 1.5 hours<br>Dr. Michael Tawfellos     PM&R | 1 | 340.00 | 340.00 |
| 03/06/2023 | IME Companion | 217 Merrick Road, Amityville, NY 11701<br>Outside NYC<br>Served Subpoena<br>Victor Rodriguez- 1 hour<br>Dr. Michael Miller     Ortho | 1 | 290.00 | 290.00 |
| 03/07/2023 | IME Companion | 220 North Central Avenue, Hartsdale, NY 10530<br>Outside NYC<br>Served Subpoena<br>Ulyses Campbell- 1 hour<br>Dr. Ronald Grelsamer     Ortho | 1 | 225.00 | 225.00 |
| 03/08/2023 | IME Companion | 303 Second Avenue, New York, NY 10003<br>Served Subpoena<br>Luis Pabon- 1.5 hours<br>Dr. Carl Friedman     Internal Medicine | 1 | 270.00 | 270.00 |
| 03/10/2023 | IME Companion | 1000 Park Avenue, New York, NY 10028<br>Served Subpoena<br>Rohan Manragh- 1.5 hours<br>Dr. Edward Weiland     Neuro | 1 | 350.00 | 350.00 |
| 03/10/2023 | IME Companion | 186 West Montauk Highway, Hampton Bays, NY 11946<br>Outside NYC<br>Served Subpoena<br>Miguel Bienvanido Bermeo vera- 1.5 hours<br>Dr. Randall Ehrlich     Ortho | 1 | 270.00 | 270.00 |
| 03/13/2023 | IME Companion | 2932 Wilkinson Avenue, Bronx, NY 10461<br>Served Subpoena<br>Brittany Mcgrath- 1 hour<br>Dr. Pierce Ferriter   Ortho | 1 | 225.00 | 225.00 |
| 03/13/2023 | IME Companion | 2044 Ocean Avenue, Brooklyn, NY 11230<br>Served Subpoena<br>Devon Carter- 1.5 hours<br>Dr. Yong Kim     Ortho Spine | 1 | 270.00 | 270.00 |
| 03/14/2023 | IME Companion | 145 East 32nd Street, New York, NY 10016<br>Served Subpoena<br>Manuel Llongo- 1 hour<br>Dr. Adam Bender     Neuro | 1 | 225.00 | 225.00 |
| 03/15/2023 | IME Companion | 1150 Park Avenue, New York, NY 10128<br>Served Subpoena<br>Miguel Vera- 1.5 hours<br>Dr. Rene Elkin     Neuro | 1 | 270.00 | 270.00 |
| 03/16/2023 | IME Companion | 1560 Grand Concourse, Bronx, NY 10457<br>Served Subpoena<br>Maitza Quiones- 1.5 hours<br>Dr. Arnold Berman     Ortho | 1 | 270.00 | 270.00 |
| 03/16/2023 | IME Companion | 30 Park Avenue, New York, NY 10016<br>Served Subpoena<br>Rohan Manragh- 1 hour<br>Dr. Dana Mannor     Ortho | 1 | 325.00 | 325.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | 28 Sycamore Lane, Commack, NY 11725<br>Outside NYC<br>Served Subpoena | | | |
| 03/17/2023 | IME Companion | Chery Roenickel- 2 hours<br>Dr. Edward Mills    Ortho<br>2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served Subpoena | 1 | 375.00 | 375.00 |
| 03/20/2023 | IME Companion | Rokshana Jahan- 2 Hours<br>Dr. Warren Cohen    Neuro<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/21/2023 | IME Companion | Nancy Rivera 1.5 hours<br>Mark Ramnauth    Voc rehab<br>Zoom<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/22/2023 | IME Companion | Francia Montano- 1.5 hours<br>Dr. Douglas Cohen   Neuro<br>80 Maiden Lane, New York, NY 10038<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/22/2023 | IME Companion | Rick Andre Jean- 1 hour<br>Dr. William Schell    Ortho<br>1790 Broadway, New York, NY 10019<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/22/2023 | IME Companion | Nasir Khan- 2 hours<br>Dr. Larry Shemen    ENT<br>233 East 69th Street, New York, NY 10021<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/22/2023 | IME Companion | Veronica Hillario- 1 hour<br>Dr. Arnold Berman    Ortho<br>30-55 21st Street, Astoria, NY 11002<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/22/2023 | IME Companion | Magaly Martinez- 2 Hours<br>Dr. Rene Elkin    Neuro<br>1560 Grand Concourse, Bronx, NY 10457<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/23/2023 | IME Companion | Claudia Lucia Vigoya- 1 hour<br>Dr. Robert Sohn    Chiro<br>2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served Subpoena | 1 | 285.00 | 285.00 |
| 03/23/2023 | IME Companion | Miles Hires- 1 hour<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/23/2023 | IME Companion | Davin Joseph- 1 hour<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/23/2023 | IME Companion | Adriene Harrison- 2 Hours | 1 | 315.00 | 315.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Dr. Amit Khaneja    Neuro<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena | | | |
| 03/24/2023 | IME Companion | Ulyses Campbell- 2 hours<br>Dr. Jared Brandoff    Ortho<br>205 E 76th Street, New York, NY 10075<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/27/2023 | IME Companion | Joshua Torres- 1.5 hours<br>Dr. Steven Schneider    Chiro<br>717 Church Avenue, Brooklyn, NY 11218<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/27/2023 | IME Companion | Carmen Santos- 1.5 hours<br>Dr. Nicholas Post    Ortho<br>9020 5th Avenue, Brooklyn, NY 11209<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/27/2023 | IME Companion | Adriene Harrison- 2 hours<br>Dr. Regina Hillsman Ortho<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/28/2023 | IME Companion | Felipe Batista- 2 hours<br>Dr. Jeffrey Passick    Ortho<br>421 Ocean Parkway, Brooklyn, NY 11218<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/28/2023 | IME Companion | Mark Perry- 1 Hour<br>Dr. Daniel Wolstein,  Voc Rehab<br>Zoom<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/28/2023 | IME Companion | Robert Mitchell- 1 hour<br>Dr. John Bendo Ortho<br>862 Park Avenue, New York, NY 10075<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/28/2023 | IME Companion | Andrei Percium- 5 hours<br>Dr. William Head    Neuro Psych<br>154 W. 14th Sr. New York NY<br>Served Subpoena | 1 | 585.00 | 585.00 |
| 03/29/2023 | IME Companion | Perisia Gonzalez- 1.5 hours<br>Dr. Kenneth Mroczek    Ortho<br>303 2nd Avenue, New York, NY 10003<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/29/2023 | IME Companion | Alberto Navarro- 2 hours<br>Dr. Eial Faierman    Ortho<br>2100 Bartow Avenue, Bronx, NY 10475<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/30/2023 | IME Companion | Ambra Martin- 2 hours<br>Dr. Regina Hillsman    Ortho<br>2949 Middletown Road, Bronx, New York 10461<br>Served Subpoena | 1 | 315.00 | 315.00 |

We appreciate your business and look forward to helping you again soon.    BALANCE DUE    **$12,365.00**

**IME Companions**
PO Box 90398
Staten Island, NY  10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

| BILL TO |
|---|
| Subin Associates, LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | ENCLOSED |
|---|---|---|---|---|
| 5828 | 04/01/2023 | $10,755.00 | 05/01/2023 | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03/2023 | IME Companion | Felipe Batista- 2 hours<br>Dr. Nicholas Post    Neuro<br>9020 5th Ave. Brooklyn NY 11209<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/03/2023 | IME Companion | Juana Rivera- 1.5 hours<br>Dr. Yong Kim    Ortho<br>145 East 32nd St. New York NY 10016<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/03/2023 | IME Companion | Mohammed Yasin- 1.5 hours<br>Dr. David Essig    Chiro<br>717 Church Avenue, Brooklyn, NY 11218<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/04/2023 | IME Companion | Rafael Moreno- 1.5 hours<br>Dr. Salvatore Lenzo    Ortho<br>955 5th Avenue, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/05/2023 | IME Companion | Maria Ortega-1 hour<br>Dr. Adam Bender    Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/07/2023 | IME Companion | Allendy Nunez Jimenez- 1.5 hours<br>Dr. Douglas Unis   Ortho<br>300 Cadman Plaza. Brooklyn, NY 11201<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/07/2023 | IME Companion | Maria Ortega- 1.5 hours<br>Dr. Jason Baynes    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/07/2023 | IME Companion | Miguel Bienvanido Bermeo Vera- 1 hour<br>Dr. Krishn Sharma    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/07/2023 | IME Companion | Andrei Perciun- 1 hour<br>Dr. Yong Kim    Ortho | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Served subpoena | | | |
| 04/19/2023 | IME Companion | Ivan Lchkevych- 1.5 hours<br>Dr. Allan Rubenstein Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/19/2023 | IME Companion | Lucia Quezada- 1 hour<br>Dr. Allan Rubenstein    Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/19/2023 | IME Companion | Bryan Montas- 1.5 hours<br>Dr. Allan Rubenstein Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/19/2023 | IME Companion | Tomasz Olfans- 2.5 hours<br>Dr. Ronald Snyder    Ortho<br>99 Court Street, White Plains, NY 10601<br>Outside NYC<br>Served subpoena | 1 | 420.00 | 420.00 |
| 04/19/2023 | IME Companion | Jaavoni Johnson- 1.5 hours<br>Dr. Joseph Yellin   Neuro<br>1599 East 15th Street, Brooklyn, NY 11230<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/20/2023 | IME Companion | Jose Gonzalez- 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Robert Mitchell- 1 hour<br>Dr. Adam Bender    Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Halmar Reyes Guevara - 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Demetria Jones- 1.5 hours<br>Dr. Dorothy Scarpinato    Ortho<br>176 Hicksville Road, Bethpage, NY 11714<br>Outside NYC<br>Served subpoena | 1 | 345.00 | 345.00 |
| 04/20/2023 | IME Companion | Sohail Butt Karim- 1.5 hours<br>Dr. Marc Chernoff    Ortho<br>800 Woodbury Road, Woodbury, NY 11797<br>Outside NYC<br>Served subpoena | 1 | 345.00 | 345.00 |
| 04/21/2023 | IME Companion | Nicholas Brooks- 1.5 hours<br>Dr. Frank Lombardo    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/21/2023 | IME Companion | Rohan Manragh- 1 hour<br>Dr. Dana Mannor    Ortho<br>28 Sycamore Lane, Commack, NY 11725<br>Outside NYC<br>Served subpoena | 1 | 300.00 | 300.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/21/2023 | IME Companion | Manuel Quishpe Llongo- 4 hours<br>Dr. William Barr    Neuro psych<br>724 2nd Avenue, New York, NY 10016<br>Served subpoena | 1 | 495.00 | 495.00 |
| 04/21/2023 | IME Companion | Michael Aragona- 2 hours<br>Dr. August Buerkle    Ortho<br>2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served subpoena | 1 | 375.00 | 375.00 |
| 04/21/2023 | IME Companion | Rigoberto Reyes Suarez- 2 hours<br>Dr. Tanuj Palvia    Anesthesia/PM<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/21/2023 | IME Companion | Carlos Andrade Salazar- 1 hour<br>Dr. Frank Lombardo    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 225.00 | 225.00 |

We appreciate your business and look forward to helping you again soon.

BALANCE DUE  **$10,755.00**