UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                Defendants.
-------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                Third-Party Plaintiffs,

    -against-

CARLOS ROA,

                Third-Party Defendant.
-------------------------------------------------------------------X
CARLOS ROA,

                Third-Party Counter-Claimant,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                Third-Party Counter-Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC)(JRC)

**REPLY DECLARATION OF
<u>SAFA A. GELARDI</u>**

        SAFA A. GELARDI, hereby declares and verifies the truth of the following, under penalty of perjury under the laws of the United States of America, pursuant to Title 28, United States Code, Section 1746:

1. I am a defendant in the above-captioned matter and the Chief Executive Officer of defendant IME Companions LLC ("IME Companions"), and I am fully familiar with the facts set forth herein. I make this declaration for the limited purpose of responding to the alleged IME Companions invoices attached to the supplemental declaration of Carlos Roa ("Roa").

2. The alleged invoices attached to Roa's supplemental declaration are falsified documents. The last invoice submitted by IME Companions to Subin Associates, LLP ("Subin") was dated March 1, 2023, and was for services rendered during the month of February 2023. A copy of the genuine IME Companions invoice dated March 1, 2023 is annexed as Exhibit "F." No further invoices were submitted to Subin for observing independent medical examinations.

3. It is readily apparent that the invoices annexed to Roa's supplemental declaration have been falsified. Indeed, the alleged invoice dated March 1, 2023, is for services allegedly rendered during the ensuing month of March, although any invoice which IME Companions would have submitted with a March 1, 2023 date would have been for services rendered during the preceding month of February, and has a payment due date of April 1, 2023, although the payment due date for any services rendered during the month of March would have been May 1, 2023. The alleged invoice dated April 1, 2023 is for services allegedly rendered during the ensuing month of April, although any invoice which IME Companions would have submitted with an April 1, 2023 date would have been for services rendered during the preceding month of March, and has a payment due date of May 1, 2023, although the payment due date for any services rendered during the month of April would have been June 1, 2023. Moreover, IME Companions' genuine invoices to Subin bear the firm's address of 150 Broadway, New York, New York 10038. The phony invoices attached to Roa's supplemental declaration contain no address for Subin.

-2-

4. That IME Companions stopped observing independent medical examinations for Subin as ordered is confirmed by my email exchange with Arnie Baum, Esq., the Chief Operating Officer of Subin. On March 30, 2023, I wrote to Mr. Baum:

> Dear Arnie, as you know, IME Watch dog and IME Companions have been in a heated litigation. We are not allowed to service your law firm anymore.
>
> Although you are free to use any service you like, I recommend Accompanied Exams.
>
> Their contact email is info@accompaniedexams.com.
>
> It has been a great pleasure working with you and everyone at Subin Associates.

On March 30, 2023, Mr. Baum replied:

> I'm sorry to hear that. IME Companions did an excellent job for us.
>
> As you know, before we retained IME Companions we used IME Watchdog, but stopped using them because serious issues arose. Since they are not an option for us moving forward, I will contact Accompanied Exams.
>
> Thank you for the recommendation.

A copy of my email exchange with Mr. Baum is annexed as Exhibit "E."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8th, 2023.

_____
Safa A. Gelardi

Sworn to before me this
8th day of June, 2023

_____
NOTARY PUBLIC

ATIQA REHMAN BHATTI
Notary Public, State of New York
No. 01BH6420012
Qualified in Nassau County
My Comission Expires July 26, 2025

-3-