# EXHIBIT "F"

IME Companions
PO Box 90398
Staten Island, NY  10309
info@imecompanions.com
(833) 463-7767



# Invoice

| BILL TO |
|---|
| Subin Associates, LLP<br>150 Broadway<br>New York NY 10038 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
|---|---|---|---|---|---|
| 5689 | 03/01/2023 | $14,635.00 | 04/01/2023 | | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01/2023 | IME Companion | File 30974 Pritam Sidhu- 1 hour<br>Dr. Robert Duarte    Neuro<br>611 Northern Boulevard, Great Neck, NY 11021<br>Served Subpoena/efiled | 1 | 290.00 | 290.00 |
| 02/01/2023 | IME Companion | File 32397 Vanessa Eastman-1.5 hours<br>Dr. Alexander Merkler    Neuro<br>315 West 57th Street, New York, NY 10019<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/02/2023 | IME Companion | File 32652 Carolina Mercedes Peralta Garcia- 1 hour<br>Dr. Paul Kuflik    Ortho<br>1122 Franklin Avenue, Garden City, NY 11530<br>Outside NYC<br>Served Subpoena/efiled | 1 | 335.00 | 335.00 |
| 02/02/2023 | IME Companion | File 32874 Louise Blake- 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/06/2023 | IME Companion | File 25477Jin Zhu- 1.5 hours<br>Dr. Robert April    Neuro<br>120 East 86th Street, New York, NY 10028<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/06/2023 | IME Companion | File 25550 Carlos Garcia Diaz- 4 hours<br>Dr. David Erlanger    Neuropsych<br>111 East 75th Street, New York, NY 10021<br>Told not to Subpoena | 1 | 420.00 | 420.00 |
| 02/07/2023 | IME Companion | File 31299 Lloyd Cambridge- 1 hour<br>Dr. Jeffrey Passick    Ortho<br>421 Ocean Parkway, Brooklyn, NY 11218<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/07/2023 | IME Companion | File 32240 Darwin Calderon- 1.5 hours<br>Dr. Eial Faierman    Ortho | 1 | 270.00 | 270.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/07/2023 | IME Companion | 37-47 77th Street, Jackson Heights, NY 11377<br>Served Subpoena/efiled<br>File 31697 Sean Walker- 1.5 hours<br>Dr. Jason Baynes     Ortho<br>2949 Middletown Road, Bronx, NY 10461<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/07/2023 | IME Companion | File 30787 Maisha Mitchell- 1 hour<br>Dr. Edward Toriello     Ortho<br>70--02 Fresh Pond Road, Ridgewood, NY 11385<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/07/2023 | IME Companion | File 30844 Tomasina Marte- 1 hour<br>Dr. Gregory Montalbano     Ortho<br>111 Broadway, New York, NY 10006<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/08/2023 | IME Companion | File 30496 Angelica Zombano Moral- 1.5 hours<br>Dr. Magda Famhy     PM&R<br>717 Church Avenue, Brooklyn, NY 11218<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/08/2023 | IME Companion | File 33595 Jean Sine- 2.5 hours<br>Dr. Marianna Golden     Neuro<br>162-04 Jamaica Avenue, Jamaica, NY 11432<br>Served Subpoena/efiled | 1 | 360.00 | 360.00 |
| 02/09/2023 | IME Companion | File 31155 Neal Thomas- 1 hour<br>Dr. Dorothy Scarpinato     Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/09/2023 | IME Companion | File 32242 Manuel Herrera- 1 hour<br>Dr. Dorothy Scarpinato     Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/09/2023 | IME Companion | File Rigoberto Reyes Suarez- 1.5 hours<br>Dr. Howard Kiernan     Ortho<br>3713 East Tremont Avenue, Bronx, NY 10465<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/09/2023 | IME Companion | File 30291 Darren Johnson- 1.5 hours<br>Dr. Regina Hillsman     Ortho<br>2949 Middletown Road, Bronx, NY 10461<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/09/2023 | IME Companion | File 32742 Maria Martinez Abreu- 1 hour<br>Dr. Adam Bender     Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/10/2023 | IME Companion | File 32240 Darwin Calderon- 1.5 hours<br>Dr. Charla Fischer     Ortho<br>145 East 32nd Street, New York, NY 10016<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/10/2023 | IME Companion | File 32426 Bryan Montas- 1.5 hours<br>Dr. Randall Ehrlich     Ortho | 1 | 270.00 | 270.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/13/2023 | IME Companion | 2932 Wilkinson Avenue, Bronx, NY 10461<br>Served Subpoena<br>File 32121 Lakeisha Reed- 1 hour<br>Dr. Eric Freeman    Ortho<br>247-11 Union Turnpike, Bellerose, NY 11426<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/13/2023 | IME Companion | File 32978 Brooke Smith- 1 hour<br>Dr. Eric Freeman    Ortho<br>247-11 Union Turnpike, Bellerose, NY 11426<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/13/2023 | IME Companion | File 32243 Dennemer Demetillo- 1 hour<br>Dr. Pierce Ferriter    Ortho<br>2044 Ocean Avenue, Brooklyn, NY 11230<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/13/2023 | IME Companion | File 32742 Maria Martinez Abreu- 1.5 hours<br>Dr. Bradley Wiener    Ortho<br>3626 East Tremont Avenue, Bronx, NY 10465<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/13/2023 | IME Companion | File 25608 Pedro Cordova- 1 hour<br>Dr. Pierce Ferriter    Ortho<br>2044 Ocean Avenue, Brooklyn, NY 11230<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/14/2023 | IME Companion | File 34283 Sixto Delgado- 1 hour<br>Dr. Edward Toriello    Ortho<br>70-02 Fresh Pond Road, Ridgewood, NY 11385<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/14/2023 | IME Companion | File 31650 Mariluz Muza- 1 hour<br>Dr. Eial Fairerman    Ortho<br>37-47 77th Street, Jackson Heights, NY 11372<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/14/2023 | IME Companion | File 35602 Djanabou Cisse- 1.5 hours<br>Dr. Douglas Unis    Ortho<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/14/2023 | IME Companion | File 35602 Djanabou Cisse- 1.5 hours<br>Dr. Brian Wolin    Chiro<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/14/2023 | IME Companion | File 31334 Lonise Webster-1 hour<br>Dr. Ronald Paul Grelsamer   Ortho<br>303 Second Avenue, New York, NY 10003<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/14/2023 | IME Companion | File 32153 Nelson Aguirre- 1 hour<br>Dr. Adam Bender    Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/14/2023 | IME Companion | File 31155 Neal Thomas- 1 hour<br>Dr. Afshin Razi    Spine Surgeon<br>6010 Bay Parkway, Brooklyn, NY 11204<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/15/2023 | IME Companion | File 35690 Shira Krasnow- 1 hour<br>Dr. Aruna Seneviratne     Ortho<br>717 Church Avenue, Brooklyn, NY 11218<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/15/2023 | IME Companion | File 33021 Miguelina Pereyra- 2.5 hours<br>Dr. Dana Mannor    Ortho<br>607 Park Avenue, New York, NY 10065<br>Served Subpoena/efiled | 1 | 360.00 | 360.00 |
| 02/15/2023 | IME Companion | File 35289 Roseanne Lander- 1 hour<br>Dr. Jack Choueka    Ortho<br>6010 Bay Parkway, Brooklyn, NY 11204<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/15/2023 | IME Companion | File 34287 Jordy Alexis Gonzalez De Jesus- 2.5 hours<br>Dr. David Manevitz     PM&R<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served Subpoena/efiled | 1 | 360.00 | 360.00 |
| 02/16/2023 | IME Companion | File 31498 Magaly Martinez- 1.5 hours<br>Dr. Eial Faierman Ortho<br>2100 Bartow Avenue, Bronx, NY 10475<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/16/2023 | IME Companion | File 25477 Jin Zhu- 1 hour<br>Dr. Andrew Bazos     Ortho<br>244 West 54th Street, New York, NY 10019<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/16/2023 | IME Companion | File 33595 Jean Sine- 1 hour<br>Dr. Amit Khaneja    Neuro<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/16/2023 | IME Companion | File 30587 Pablo Sosa- 2 hours<br>Dr. Roman Nowygrod     Vascular<br>161 Fort Washington Avenue, New York, NY 10032<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/17/2023 | IME Companion | File 34743 Vielka Rodriguez- 2 Hours<br>Dr. Daniel Schlatterer    Ortho<br>910 Grand Concourse, Bronx, NY 10457<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/20/2023 | IME Companion | File 33595 Jean Sine- 2 hours<br>Dr. Steven Goodman   Ortho<br>94-24 58th Avenue, Elmhurst, NY 11373<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/21/2023 | IME Companion | File 25994 Carmela Marra- 1 hour<br>Dr. Robert April    Neuro<br>120 East 86th Street, New York, NY 10028<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/21/2023 | IME Companion | File 30251 Leonard McKenzie- 2 hours | 1 | 315.00 | 315.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/21/2023 | IME Companion | Dr. Eial Faierman    Ortho<br>37-47 77th Street, Jackson Heights, NY 11372<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/22/2023 | IME Companion | File 31650 Mariluz Muza- 1 hour<br>Dr. Paul Lerner    Neuro<br>30-80 31st Street, Astoria, NY 11102<br>Served Subpoena/efiled | 1 | 270.00 | 270.00 |
| 02/22/2023 | IME Companion | File 32242 Manuel Herrera- 1.5 hours<br>Dr. Joseph Yellin    Neuro<br>1599 East 15th Street, Brooklyn, NY 11230<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/22/2023 | IME Companion | File 25608 Pedro Cordova- 1 hour<br>Dr. Joseph Yellin    Neuro<br>1599 East 15th Street, Brooklyn, NY 11230<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/22/2023 | IME Companion | File 33595 Jean Sine- 1 hour<br>Dr. Eric Roth    PM&R<br>98-76 Queens Boulevard, Rego Park, NY 11374<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/22/2023 | IME Companion | File 33251 Mayer Weinstock- 2 hours<br>Dr. Robert Pae    Ortho<br>337 Court Street, Brooklyn, NY 11231<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/22/2023 | IME Companion | File 25085 Ruth Broder- 1 hour<br>Dr. Howard Kiernan    Ortho<br>2044 Ocean Avenue, Brooklyn, NY 11230<br>Served Subpoena/efiled | 1 | 225.00 | 225.00 |
| 02/22/2023 | IME Companion | File 30251 Leonard McKenzie- 2 hours<br>Dr. Arnold Schwartz    Ortho<br>206 E. Jericho Turnpike, Huntington Staton, NY 11746<br>Outside NYC<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/23/2023 | IME Companion | File 31701 Davin Joseph- 2 hours<br>Dr. Afshin Razi    Spine Surgeon<br>6010 Bay Parkway, Brooklyn, NY 11204<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/23/2023 | IME Companion | File 33244 Miguel Argudo-  2 Hours<br>Dr. Paul Kuflik    ortho<br>955 5th Avenue, New York, NY 10075<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/28/2023 | IME Companion | File 32914 Naftali Rolinsky- 2 hours<br>Dr. Jay Eneman    Ortho<br>745 Ocean Parkway, Brooklyn, NY 11230<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |
| 02/28/2023 | IME Companion | File 32179 Nelson Lopez- 2 hours<br>Dr. Ira Chernoff    Ortho<br>400 East 54th Street New York, NY 10022<br>Served Subpoena/efiled | 1 | 315.00 | 315.00 |

| | | |
|---|---|---|
| We appreciate your business and look forward to helping you again soon. | BALANCE DUE | **$14,635.00** |