# EXHIBIT "G"

| | |
|---|---|
| **From:** | IME Companions |
| **To:** | Arnie |
| **Subject:** | Court Order |
| **Date:** | Thursday, March 30, 2023 2:04:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Dear Arnie,  as you know, IME Watch dog and IME Companions have been in a heated litigation. We are not allowed to service your law firm anymore.
Although you are free to use any service you like, I recommend Accompanied Exams.

Their contact email is info@accompaniedexams.com.

It has been a great pleasure working with you and everyone at Subin Associates.



**\*\*\*PLEASE NOTE OUR NEW ADDRESS\*\*\***



Best Regards,

Safa Gelardi
Chief Executive Officer



Office: 833-463-7767

Direct: 718-749-4732

**P.O. BOX 90398**
**STATEN ISLAND NY 10309**

Email: sgelardi@imecompanions.com

www.Imecompanions.com



Case 1:22-cv-01032-PKC-JRC   Document 225-2   Filed 06/09/23   Page 3 of 4 PageID #: 4481

| | |
|---|---|
| **From:** | Arnie Baum |
| **To:** | IME Companions |
| **Subject:** | RE: Court Order |
| **Date:** | Thursday, March 30, 2023 2:47:07 PM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

I'm sorry to hear that. IME Companions did an excellent job for us.

As you know, before we retained IME Companions we used IME Watchdog, but stopped using them because serious issues arose. Since they are not an option for us moving forward, I will contact Accompanied Exams.

Thank you for the recommendation.



**Arnie Baum**
Chief Operating Officer
**Subin Associates, LLP**
150 Broadway New York, NY 10038
**Email:** ABaum@subinlaw.com
**Main:** (212) 285-3800 ext.170
**Direct:** (646) 358-4983
**Fax:** (347) 771-8204
**Web:** www.subinlaw.com

   

**CONFIDENTIALITY NOTICE**: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

---

**From:** IME Companions <info@imecompanions.com>
**Sent:** Thursday, March 30, 2023 2:05 PM
**To:** Arnie Baum <ABaum@subinlaw.com>
**Subject:** Court Order

Dear Arnie, as you know, IME Watch dog and IME Companions have been in a heated litigation. We are not allowed to service your law firm anymore.
Although you are free to use any service you like, I recommend Accompanied Exams.

Their contact email is info@accompaniedexams.com.

It has been a great pleasure working with you and everyone at Subin Associates.

**\*\*\*PLEASE NOTE OUR NEW ADDRESS\*\*\***

Best Regards,

Safa Gelardi
Chief Executive Officer



Office: 833-463-7767

Direct: 718-749-4732

**P.O. BOX 90398**
**STATEN ISLAND NY 10309**

Email: sgelardi@imecompanions.com

www.Imecompanions.com

