**WARNER & SCHEUERMAN**
**Attorneys at Law**
**6 West 18th Street, 10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
**jdwarner@wslaw.nyc**

**Karl E. Scheuerman, Esq.**
**kescheuerman@wslaw.nyc**                                    November 3, 2023

**VIA ECF**

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021-1804

Re:     *IME WatchDog, Inc. v. Gelardi, et al.*
        Case No. 1:22-cv-1032 (PKC)(JRC)

Dear Judge Cho:

        We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC
(collectively, "Defendants") in the above-referenced matter and write to request an extension of
Defendants' time to respond to the Minute Order of October 20, 2023, from November 3, 2023,
to ten (10) days after the next in-person settlement conference scheduled for November 21, 2023,
at 2:00 P.M..

        Counsel for Carlos Roa, Leo Shalit, Esq., consents to the extension.

                                                        Respectfully yours,


                                                        */s/ Jonathon D. Warner*


JDW/ks


cc:     All counsel (via ECF)