**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                November 10, 2023

**VIA ECF**

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021-1804

Re:    *IME WatchDog, Inc. v. Gelardi, et al.*
       Case No. 1:22-cv-1032 (PKC)(JRC)

Dear Judge Cho:

      We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC in the above-referenced matter and write to request permission for Defendants to appear via Zoom at the in-person settlement conference scheduled for November 21, 2023, at 2:00 P.M..

      Safa and Vito Gelardi have relocated to Texas, where their children are enrolled in school. Their son is in the fourth grade and their daughter is in pre-kindergarten. Their parental duties preclude them from leaving Texas until December 23rd. They would only be available for in-person appearances in New York from December 23rd through January 3rd.

                                                                   Respectfully yours,

                                                                 */s/ Jonathon D. Warner*

JDW/ks

cc:    All counsel (via ECF)