

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055

Emanuel Kataev, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

## Invoice #4379

| Date | Terms |
|---|---|
| 02/22/2023 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 02/02/2023 | IME WATCHDOG, INC. v. GELARDI, ET AL. | 1190 | 02/13/2023 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Original Transcript of Safa Abdulrahim Gelardi** | | | |
| A  Original & One Copy - Transcript (295 Pages) | $ 5.35 | | $ 1,578.25 |
| A - 3-day expedite (295 Pages) | $ 3.48 | | $ 1,026.60 |
| E - Appearance Fee | $ 45.00 | | $ 135.00 |
| O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
| T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
| | | | $ 2,789.85 |
| | | Amount Due: | $ 2,789.85 |
| | | Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 2,789.85 |
| Payment Due: | 03/22/2023 |

**\*\*original per page rate agreed upon for this case**
**\*\*3rd night appearance included**
**\*\*expedite fee included**

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

We accept all major credit cards.

Tax ID 47-1294153

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Emanuel Kataev, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

## Invoice #4380

| Date | Terms |
|---|---|
| 02/22/2023 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 02/02/2023 | IME WATCHDOG, INC. v. GELARDI, ET AL. | 1190 | 02/20/2023 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Safa Abdulrahim Gelardi** | | | |
| V   Video First Two Hours | $ 295.00 | | $ 295.00 |
| V - Additional Video Hours (7 Hours) | $ 125.00 | | $ 875.00 |
| V - Overtime Video Hours (1 Hour) | $ 125.00 | | $ 187.50 |
| V - synchronized video to transcript (5.5 Hours) | $ 110.00 | | $ 605.00 |
| | | | $ 1,962.50 |
| | | Amount Due: | $ 1,962.50 |
| | | Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 1,962.50 |
| Payment Due: | 03/22/2023 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

We accept all major credit cards.

Tax ID 47-1294153

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Emanuel Kataev, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

## Invoice #4381

| Date | Terms |
|---|---|
| 02/22/2023 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 02/03/2023 | IME WATCHDOG, INC. v. GELARDI, ET AL. | 1190 | 02/13/2023 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Original Transcript of Safa Abdulrahim Gelardi** | | | |
| A  Original & One Copy - Transcript (252 Pages) | $ 5.35 | | $ 1,348.20 |
| A - 3-day expedite (252 Pages) | $ 3.48 | | $ 876.96 |
| E - Appearance Fee | $ 45.00 | | $ 90.00 |
| O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
| T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
| | | | $ 2,365.16 |
| | | Amount Due: | $ 2,365.16 |
| | | Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 2,365.16 |
| Payment Due: | 03/22/2023 |

***original per page rate agreed upon for this case**
***expedite fee included**

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

We accept all major credit cards.

Tax ID 47-1294153

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Emanuel Kataev, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

## Invoice #4382

| Date | Terms |
|---|---|
| 02/22/2023 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 02/03/2023 | IME WATCHDOG, INC. v. GELARDI, ET AL. | 1190 | 02/20/2023 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Safa Abdulrahim Gelardi** | | | |
| V   Video First Two Hours | $ 295.00 | | $ 295.00 |
| V - Additional Video Hours (5.5 Hours) | $ 125.00 | | $ 687.50 |
| V - synchronized video to transcript (4.5 Hours) | $ 110.00 | | $ 495.00 |
| | | | $ 1,477.50 |
| | | Amount Due: | $ 1,477.50 |
| | | Paid: | $ 0.00 |

| Balance Due: | $ 1,477.50 |
|---|---|
| Payment Due: | 03/22/2023 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

We accept all major credit cards.

Tax ID 47-1294153