Menu     🔍 Log Out

-02002

DELTA AIR LINES ATLANTA

| | Mar 27 | $2.17 |
|---|---|---|
| | GOOGLE *GOOGLE STORAG.CO/HELPPAY# CA | |

| | Mar 27 | ==$150.93== |
|---|---|---|
| | ==PARK PLAZA RESTAURANBROOKLYN NY== | |

| | Mar 27 | ==$170.00== |
|---|---|---|
| | ==PARK PLAZA RESTAURANBROOKLYN NY== | |

| | Mar 27 | $382.67 |
|---|---|---|
| | THOMSON REUTERS EAGAN MN | |

| | Mar 26 | ==$554.47== |
|---|---|---|
| | ==GODADDY.COM 480-505-8855 AZ== | |

| | Mar 26 | $2.95 |
|---|---|---|
| | IRONWOODBYHUDSONST19PHOENIX AZ | |

| | Mar 26 | $7.00 |
|---|---|---|
| | PAVR FOR GOOGLE CAL LOUISVILLE KY | |

| | Mar 24 | $15.00 |
|---|---|---|
| | 77TH STREET PARKING NEW YORK NY | |

| | Mar 24 | $7.03 |
|---|---|---|
| | BARNES & NOBLE CHANDLER AZ | |