# Milman Labuda Law Group PLLC

EXPENSE DETAILS

**FILTERS USED :**

**Matter In :**  IMEWatchDog-001 - IMEWatchDog-001

\* 🗎 *Invoiced* , ✏ = *Marked as Billed*, ◇ = *Non-Billable*, ✕ = *Xtra*

| MATTER | DESCRIPTION | PAID DATE | UNITS | COST RATE | COST | MU % | AMOUNT | STATUS* * |
|--------|-------------|-----------|-------|-----------|------|------|--------|-----------|
| **Expenses** | | | | | | | | |
| **2/26/2022** | | | | | | | | |
| IMEWatchDog-001 | Court/USDC | | 1.00 | $402.00 | $402.00 | 0.00 | $402.00 | A  🗎 |
| | *Court/USDC* | | | | | | | |
| **3/3/2022** | | | | | | | | |
| IMEWatchDog-001 | FOI Pallorium - Private Investigator | | 1.00 | $3,850.00 | $3,850.00 | 0.00 | $3,850.00 | A  🗎 |
| | *FOI Pallorium - Private Investigator* | | | | | | | |
| **4/6/2022** | | | | | | | | |
| IMEWatchDog-001 | Private Investigator  - FOI Pallorium | | 1.00 | $2,450.00 | $2,450.00 | 0.00 | $2,450.00 | A  🗎 |
| | *Private Investigator - FOI Pallorium* | | | | | | | |
| **4/7/2022** | | | | | | | | |
| IMEWatchDog-001 | Transcript Fee | | 1.00 | $774.21 | $774.21 | 0.00 | $774.21 | A  🗎 |
| | *Georgette K. Betts - Transcript Fee* | | | | | | | |
| **5/23/2022** | | | | | | | | |
| IMEWatchDog-001 | Postage & Delivery | | 1.00 | $33.21 | $33.21 | 0.00 | $33.21 | A  🗎 |
| | *Postage & Delivery* | | | | | | | |
| **12/15/2022** | | | | | | | | |
| IMEWatchDog-001 | Andronikh M. Barna, Offical Reporter | | 1.00 | $123.55 | $123.55 | 0.00 | $123.55 | A  🗎 |
| | *Andronikh M. Barna, Offical Reporter* | | | | | | | |
| **12/21/2022** | | | | | | | | |
| IMEWatchDog-001 | Silver Shield Security | | 1.00 | $25.12 | $25.12 | 0.00 | $25.12 | A  🗎 |
| | *Silver Shield Security* | | | | | | | |
| **12/26/2022** | | | | | | | | |
| IMEWatchDog-001 | Postage & Shipping | | 1.00 | $30.94 | $30.94 | 0.00 | $30.94 | A  🗎 |

GROUPED BY          Attorney                               *U=Un-Submitted, S=Submitted, A=Approved,F=Forwarded, R=Rejected, UA=Un-Approved

# Millman Labuda Law Group PLLC

## EXPENSE DETAILS

*\* 📄 Invoiced , ✏️ = Marked as Billed, ◈ = Non-Billable, ✖ = Xtra*

| MATTER | DESCRIPTION | PAID DATE | UNITS | COST RATE | COST | MU % | AMOUNT | STATUS* * |
|--------|-------------|-----------|-------|-----------|------|------|--------|-----------|
| **Expenses** | | | | | | | | |
| **12/26/2022** | | | | | | | | |
| | Postage & Shipping | | | | | | | |
| **1/1/2023** | | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $74.75 | $74.75 | 0.00 | $74.75 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $275.75 | $275.75 | 0.00 | $275.75 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $174.40 | $174.40 | 0.00 | $174.40 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $56.90 | $56.90 | 0.00 | $56.90 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $194.55 | $194.55 | 0.00 | $194.55 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| **1/3/2023** | | | | | | | | |
| IMEWatchDog-001 | Overcharge | | 1.00 | ($7.06) | ($7.06) | 0.00 | ($7.06) | A 📄 |
| | Refund for overpayment | | | | | | | |
| **1/16/2023** | | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $116.45 | $116.45 | 0.00 | $116.45 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $101.45 | $101.45 | 0.00 | $101.45 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $181.45 | $181.45 | 0.00 | $181.45 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |
| IMEWatchDog-001 | Nicoletti & Harris Services | | 1.00 | $91.45 | $91.45 | 0.00 | $91.45 | A 📄 |
| | Nicoletti & Harris Services | | | | | | | |

| GROUPED BY | Attorney | *U=Un-Submitted, S=Submitted, A=Approved,F=Forwarded, R=Rejected, UA=Un-Approved |
|------------|----------|---|

Core Standard Report Copyright © 2023 BQE Software                                                                       11/7/2023

# Milman Labuda Law Group PLLC

## EXPENSE DETAILS

* 🖹 Invoiced , 🖋 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra

| MATTER | DESCRIPTION | PAID DATE | UNITS | COST RATE | COST | MU % | AMOUNT | STATUS* | * |
|--------|-------------|-----------|-------|-----------|------|------|--------|---------|---|
| **Expenses** | | | | | | | | | |
| **3/19/2023** | | | | | | | | | |
| IMEWatchDog-001 | FOI Pallorium - Private Investigator | | 1.00 | $2,500.00 | $2,500.00 | 0.00 | $2,500.00 | A | 🖹 |
| | *FOI Pallorium - Private Investigator* | | | | | | | | |
| **3/29/2023** | | | | | | | | | |
| IMEWatchDog-001 | Linda D Danelczyk - Transcript Fee | | 1.00 | $439.92 | $439.92 | 0.00 | $439.92 | A | 🖹 |
| | *Linda D Danelczyk - Transcript Fee* | | | | | | | | |
| **6/5/2023** | | | | | | | | | |
| IMEWatchDog-001 | Charleane M. Heading, RMR, RCRR - Transcript Fee | | 1.00 | $480.00 | $480.00 | 0.00 | $480.00 | A | 🖹 |
| | *Charleane M. Heading, RMR, RCRR - Transcript Fee* | | | | | | | | |
| **6/26/2023** | | | | | | | | | |
| IMEWatchDog-001 | Postage & Shipping | | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | A | 🖹 |
| | *Postage & Shipping* | | | | | | | | |
| | | **Billable Total:** | **22.00** | | **$12,396.04** | | **$12,396.04** | | |
| | | **Expenses Total:** | **22.00** | | **$12,396.04** | | **$12,396.04** | | |
| **JF** | | | | | | | | | |
| **4/4/2022** | | | | | | | | | |
| IMEWatchDog-001 | Local Travel | | 1.00 | $75.00 | $75.00 | 0.00 | $75.00 | A | 🖹 |
| | *Parking at hearing for J. Felsen and R. Milman* | | | | | | | | |
| **3/27/2023** | | | | | | | | | |
| IMEWatchDog-001 | Local Travel | | 1.00 | $43.55 | $43.55 | 0.00 | $43.55 | A | 🖹 |
| | *Parking for court conference* | | | | | | | | |
| **5/4/2023** | | | | | | | | | |
| IMEWatchDog-001 | Local Travel | | 1.00 | $38.00 | $38.00 | 0.00 | $38.00 | A | 🖹 |
| | *parking for court conference* | | | | | | | | |
| **9/20/2023** | | | | | | | | | |
| IMEWatchDog-001 | Local Travel | | 1.00 | $38.00 | $38.00 | 0.00 | $38.00 | A | 🖹 |

| GROUPED BY | Attorney | *U=Un-Submitted, S=Submitted, A=Approved,F=Forwarded, R=Rejected, UA=Un-Approved |
|------------|----------|----------------------------------------------------------------------------------|

Core Standard Report Copyright © 2023 BQE Software

11/7/2023

# Milman Labuda Law Group PLLC

## EXPENSE DETAILS

*❏= Invoiced , ✎ = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

| MATTER | DESCRIPTION | PAID DATE | UNITS | COST RATE | COST | MU % | AMOUNT | STATUS* * |
|---|---|---|---|---|---|---|---|---|
| **JF** | | | | | | | | |
| **9/20/2023** | | | | | | | | |
| | *Parking for settlement conference* | | | | | | | |
| | | **Billable Total:** | **4.00** | | **$194.55** | | **$194.55** | |
| | | **JF Total:** | **4.00** | | **$194.55** | | **$194.55** | |
| | | Grand Total: | 26.00 | | $12,590.59 | | $12,590.59 | |