# Law Office of Leo Shalit

**INVOICE**

Invoice # 140
Date: 05/11/2023
Due On: 06/10/2023

United States

carlos roa

## 00148-roa

## IME Watchdog

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/28/2023 | Re: Discovery Motion to opposing counsel | 0.25 | $350.00 | $87.50 |
| Service | 03/02/2023 | Filing Discovery Motion | 0.06 | $350.00 | $21.00 |
| Service | 03/07/2023 | Convo with client | 0.25 | $350.00 | $87.50 |
| Service | 03/13/2023 | Client Communication | 0.06 | $350.00 | $21.00 |
| Service | 03/27/2023 | Injunction Hearing | 4.00 | $350.00 | $1,400.00 |
| Service | 04/04/2023 | Status Conference | 0.25 | $350.00 | $87.50 |
| Service | 04/07/2023 | Meeting re: Counterclaim Damages | 1.00 | $350.00 | $350.00 |
| Service | 04/10/2023 | Client Communication | 0.10 | $350.00 | $35.00 |
| Service | 04/13/2023 | Drafting Joint Letter | 0.06 | $350.00 | $21.00 |
| Service | 05/01/2023 | Settlement Conference Meeting | 0.50 | $350.00 | $175.00 |
| Service | 05/11/2023 | Letter Motion re: Settlement Conference | 0.10 | $350.00 | $35.00 |

Total $2,320.50


1456