**INVOICE**

Date: 11/17/2023

Zieher & Associates, P.C.  
11 Broadway, Suite 615  
New York, New York 10004

Abdulrahman Gelardi  
et al.  
Date of Loss:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/4/2022 | Meeting with client | 1.0 | $500.00 | $ 500.00 |
| 12/7/2022 | Review Emergency Order to Show Cause for pre-action discovery | 0.8 | $500.00 | $ 400.00 |
| 12/8/2022 | E-File Emergency Order to Show Cause | 0.3 | $500.00 | $ 150.00 |
| 12/8/2022 | NYSCEF - OTSC for pre-action disclosure and RJI filing fees | n/a | n/a | $ 360.47 |
| 12/10/2022 | Investigate Stanulis and Silver Shield | 2.0 | $500.00 | $ 1,000.00 |
| 12/13/2022 | Draft subpoena for Silver Shield Security LLC and Stephan Stanulis | 0.5 | $500.00 | $ 250.00 |
| 12/13/2022 | E-file Stanulis/Silver Shield subpoena | 0.1 | $500.00 | $ 50.00 |
| 12/13/2022 | Draft Land Air Sea preservation letter | 0.4 | $500.00 | $ 200.00 |
| 12/14/2022 | Postage for letter to Land Air Sea | n/a | n/a | $ 47.30 |
| 12/22/2022 | Conference call with Emanuel Kataev, Esq. and Richard Rosenzweig, Esq. | 0.3 | $500.00 | $ 150.00 |
| 12/26/2022 | Call with Silver Shield Security LLC and Stephan Stanulis' attorney Richard Rosenzweig, Esq. | 0.2 | $500.00 | $ 100.00 |
| 12/27/2022 | Email corresponce to Richard Rosenzweig, Esq. to set up Stanulis EBT | 0.1 | $500.00 | $ 50.00 |
| 1/4/2023 | Email correspondence with Daniella regarding case developments;  email   correspondence with Daniella and process server regarding service by publication. | 0.2 | $500.00 | $ 100.00 |
| 1/5/2023 | Email correspondence with Daniella and her attorneys regarding oral argument on OTSC and upcoming court appearance | 0.5 | $500.00 | $ 250.00 |
| 1/7/2023 | Email correspondence with Daniella regarding documents from Stanulis, deposition logistics. | 0.3 | $500.00 | $ 150.00 |
| 1/20/2023 | Call with attorney Richard Rosenzweig | 0.3 | $500.00 | $ 150.00 |
| 1/20/2023 | Review email correspondence and attachment from Richard Rosenzweig, Esq. | 0.3 | $500.00 | $ 150.00 |
| 1/23/2023 | Email correspondence to Richard Rosenzweig, Esq. | 0.2 | $500.00 | $ 100.00 |
| 1/23/2023 | Draft subpoena Land Air Sea records regarding tracking device records | 0.5 | $500.00 | $ 250.00 |
| 1/23/2023 | Draft subpoena to NYS Department of State, Licensing division | 0.5 | $500.00 | $ 250.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/23/2023 | E-file NYS Department of State, licensing division subpoena | 0.1 | $500.00 | $ 50.00 |
| 1/23/2023 | E-file Land Air Sea subpoena | 0.1 | $500.00 | $ 50.00 |
| 1/24/2023 | Review PI contract between Silver Shield Security LLC and Safa Abdulrahim Gelardi and IME Companions | 0.5 | $500.00 | $ 250.00 |
| 1/25/2023 | Call with attorney Richard Rosenzweig | 0.1 | $500.00 | $ 50.00 |
| 1/25/2023 | Draft subpoena for Thomas Brandon | 0.5 | $500.00 | $ 250.00 |
| 1/25/2023 | Draft subpoena for IME Companions and Safa Abdulrahim Gelardi | 0.5 | $500.00 | $ 250.00 |
| 1/25/2023 | investigate Thomas Brandon | 1.0 | $500.00 | $ 500.00 |
| 1/26/2023 | Email correspondence to Richard Rosenzweig, Esq. regarding questions about contract between Stanulis and Safa | 0.5 | $500.00 | $ 250.00 |
| 1/26/2023 | E-file IME Companions/Safa subpoena | 0.1 | $500.00 | $ 50.00 |
| 1/26/2023 | E-file Thomas Brandon subpoena | 0.1 | $500.00 | $ 50.00 |
| 1/27/2023 | Review email corresponse from Richard Rosenzweig, Esq. regarding questions about contract | 0.2 | $500.00 | $ 100.00 |
| 1/27/2023 | Email correspondence with Daniella, client and private investigator regarding subpoenas; correspondence with Daniella regarding service of subpoenas; correspondence with PI regarding Thomas Brandon subpoena. | 0.3 | $500.00 | $ 150.00 |
| 1/31/2023 | Call with representative from Land Air Sea to discuss subpoena | 0.3 | $500.00 | $ 150.00 |
| 2/1/2023 | Draft Summons with Notice | 1.5 | $500.00 | $ 750.00 |
| 2/1/2023 | E-file Summons with Notice | 0.2 | $500.00 | $ 100.00 |
| 2/1/2023 | Summons with Notice filing fees | n/a | n/a | $ 216.28 |
| 2/3/2023 | Review Land Air Sea subpoenaed records | 2.0 | $500.00 | $ 1,000.00 |
| 2/5/2023 | Email correspondence with Daniella, client and private investigator regarding service of subpoena on Thomas Brandon and request for additional information from PI. | 1.0 | $500.00 | $ 500.00 |
| 2/7/2023 | Draft subpoena for Thomas Brandon (updated address) | 0.3 | $500.00 | $ 150.00 |
| 2/8/2023 | Prepare for Court appearance | 2.0 | $500.00 | $ 1,000.00 |
| 2/9/2023 | Appearance at Order to Show Cause hearing | 0.5 | $500.00 | $ 250.00 |
| 2/9/2023 | Draft proposed order following Order to Show Cause hearing | 0.6 | $500.00 | $ 300.00 |
| 2/9/2023 | E-file proposed order | 0.2 | $500.00 | $ 100.00 |
| 2/13/2023 | Email correspondence with David Mossberg, Esq. | 0.4 | $500.00 | $ 200.00 |
| 2/13/2023 | Review Demand for Complaint from Vito, Safa, IME Companions | 0.2 | $500.00 | $ 100.00 |
| 2/21/2023 | Call with Richard Rosenzweig, Esq. | 0.2 | $500.00 | $ 100.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/21/2023 | Email correspondence with Daniella and client regarding Stanulis | 0.3 | $500.00 | $ 150.00 |
| 2/22/2023 | E-mail correspondence to Richard Rosenzweig, Esq. regarding case and federal prelimary injunction | 0.5 | $500.00 | $ 250.00 |
| 2/22/2023 | Draft preservation letter to Vito Gelardi | 0.4 | $500.00 | $ 200.00 |
| 2/22/2023 | Draft preservation letter to IME Companions/Safa | 0.4 | $500.00 | $ 200.00 |
| 2/23/2023 | Call with David Mossberg, Esq. from NYS Department of Licensing regarding our subpoena for Stanulis and Silver Shield's private investigator license records | 0.4 | $500.00 | $ 200.00 |
| 2/23/2023 | Research into Stephen Stanulis and Silver Shield Security LLC | 1.0 | $500.00 | $ 500.00 |
| 2/23/2023 | Draft preservation letter to Thomas Brandon | 0.4 | $500.00 | $ 200.00 |
| 2/23/2023 | Postage to send preservation letter to Thomas Brandon expense | n/a | n/a | $ 8.34 |
| 2/23/2023 | Postage to send preservation letter to Vito Gelardi expense | n/a | n/a | $ 11.30 |
| 2/23/2023 | postage to send preservation letter to safa Gelardi and IME companions expense | n/a | n/a | $ 11.30 |
| 2/24/2023 | Call with Richard Rosenzweig, Esq. | 0.1 | $500.00 | $ 50.00 |
| 2/24/2023 | Email correspondence to DL and Emanuel Kataev, Esq. regarding NYS Department of State subpoena and conversation with attorney from NYS Department of State | 0.4 | $500.00 | $ 200.00 |
| 2/27/2023 | Draft comments for Stanulis to address in his affidavit | 1.0 | $500.00 | $ 500.00 |
| 3/1/2023 | Review and revise Stephan Stanulis' affidavit | 0.5 | $500.00 | $ 250.00 |
| 3/1/2023 | Draft FOIL request to NYS Department of State regarding Silver Shield and Stanulis' private investigator license | 0.5 | $500.00 | $ 250.00 |
| 3/3/2023 | Draft letter releasing Stanulis and Silver Shield from claims arising from this incident | 0.8 | $500.00 | $ 400.00 |
| 3/8/2023 | Review Stanulis' revised affidavit | 0.5 | $500.00 | $ 250.00 |
| 3/15/2023 | Email correspondance with Richard Rosenzweig, Esq. regarding Stanulis' appearance at federal court hearing | 0.1 | $500.00 | $ 50.00 |
| 3/24/2023 | Call with Richard Rosenzweig, Esq. | 0.1 | $500.00 | $ 50.00 |
| 3/24/2023 | Call with Richard Rosenzweig, Esq. | 0.1 | $500.00 | $ 50.00 |
| 5/9/2023 | Review Defendants' Motion to Dismiss | 0.7 | $500.00 | $ 350.00 |
| 5/10/2023 | Review demand for complaint - Thomas Brandon | 0.1 | $500.00 | $ 50.00 |
| 6/19/2023 | Draft Summons and Complaint | 4.0 | $500.00 | $ 2,000.00 |
| 6/20/2023 | Draft affirmation in opposition to defendants' motion to dismiss | 2.0 | $500.00 | $ 1,000.00 |
| 6/20/2023 | E-file Summons and Complaint | 0.3 | $500.00 | $ 150.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/22/2023 | Review notice of rejection | 0.1 | $500.00 | $ 50.00 |
| 8/8/2023 | Nicoletti & Harris - Service of Summons with Notice and NYS Department of State subpoena fees | n/a | n/a | $ 554.12 |
| | Total | 36.6 | | $19,509.11 |