| Date | Attorney | Hours | Bill Rate | Amount | Memo |
|---|---|---|---|---|---|
| 11/2/2022 | DL | 0.8 | $450.00 | $360.00 | Review ECF bounce with USDJ Order denying motion for attorneys' fees, conference with atty regarding same; consent letter motion for extension of time to file letter response in opposition and concerning extension of time for Vito to respond to complaint. |
| 11/3/2022 | DL | 0.2 | $450.00 | $90.00 | Review ECF bounce from Court with USDJ Order granting extension of time to file letter response in opposition to letter motion for pre-motion conference and extending Vito's deadline to respond to complaint; correspondence with atty regarding ▇▇▇▇; ; conference with atty regarding strategy; |
| 11/4/2022 | DL | 0.5 | $450.00 | $225.00 | Conference call with attorneys |
| 11/4/2022 | DL | 0.6 | $450.00 | $270.00 | Correspondence with attys regarding strategy ; review reply correspondence, conference with attys regarding strategic developments; review reply correspondence and discuss with attys, |
| 11/7/2022 | DL | 0.6 | $450.00 | $270.00 | conference call withattyss |
| 11/9/2022 | DL | 0.5 | $450.00 | $225.00 | ; conference with attys, review correspondence with forensic analyst regarding production. |
| 11/10/2022 | DL | 0.5 | $450.00 | $225.00 | Correspondence with attys regarding Defendants' property for sale; conference with attys regarding GPS device; conference and correspondence with private investigator regarding same; review letter re defamation claiml; conference with attys regarding same and private investigator;review correspondence with private investigator providing authorization to move forward with investigation; |
| 11/11/2022 | DL | 0.4 | $450.00 | $180.00 | review Correspondence with forensic analyst regarding update; correspondence and conference with atty re forensic analyst; review ECF bounce from opposing counsel with reply letter regarding defamation claim; correspondence with attys regarding same; review correspondence with private investigator regarding authorization, investigation, and requested information and logistics |
| 11/12/2022 | DL | 0.2 | $450.00 | $90.00 | orrespondence with Roa, attys, and private investigator regarding canvas; conference with private investigator and attys; review and discussions with attys regarding videos found by Roa. |
| 11/13/2022 | DL | 0.1 | $450.00 | $45.00 | Correspondence with private investigator and attys regarding status of investigationl. |
| 11/14/2022 | DL | 0.1 | $450.00 | $45.00 | E-mail correspondence withattorneys regarding contempt motion |

| Date | Tkpr | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/14/2022 | DL | 0.3 | $450.00 | $135.00 | Correspondence with private investigator and attorneys regarding Dropbox link for video; correspondence with expert witness support Teklicon; review correspondence with JMK and private investigator regarding OneDrive link for video upload; correspondence with attotneys regarding affidavit from ▮▮▮▮▮; conference with attotneys regarding next steps and various developments with case. |
| 11/15/2022 | DL | 0.3 | $450.00 | $135.00 | ; review calls from private investigator; correspondence and conference with private investigator regarding developments with investigation; correspondence with client regarding exhibits to affidavit of ▮▮▮▮▮ |
| 11/16/2022 | DL | 0.5 | $450.00 | $225.00 | Correspondence with attotneys regarding photos for ▮▮▮▮▮ affidavit; correspondence with attrtneys regarding response from GoDaddy regarding subpoena and payment for same; review correspondence with Roa and private investigator regarding investigation and termination thereof; correspondence with attorneys regarding same; conference with attorneysregarding same and private investigator; l. |
| 11/17/2022 | DL | 0.5 | $450.00 | $225.00 | conference with private investigator regarding proposal to return to case; review video footage; correspondence with private investigator regarding conference; conduct conference with private investigator regarding case; conference with private investigator regarding strategy; correspondence with Shalit, Roa, and attorneys regarding action for pre-suit discovery; conference with attorneysregarding case; review correspondence with forensic analyst regarding discovery; review correspondence with private investigator regarding contact information for assigned detective. |
| 11/19/2022 | DL | 0.1 | $450.00 | $45.00 | Correspondence and conference with private investigator regarding detective and returning to investigation; conference with attorneys regarding same. |
| 11/20/2022 | DL | 0.1 | $450.00 | $45.00 | review Correspondence with with detective regarding case; . |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/21/2022 | DL | 1.5 | $450.00 | $675.00 | Conference and correspondence with Shalit regarding joint defense agreement and criminal investigation of GPS device; review correspondence with forensic analyst and opposing counsel regarding conference; review and accept calendar invitation for virtual meeting; calendar virtual meeting; conduct virtual meeting with forensic analyst and opposing counsel; review ECF bounce from Court with USDJ Order scheduling pre-motion conference; review correspondence with all counsel of record and USMJ Cho concerning adjournment of conference today and inability to access conference; correspondence and conference with attorneys regarding forensic analyst virtual meeting and next steps; review correspondence with forensic analyst regarding invoice; correspondence and conference with attorneys regarding virtual meeting to review forensic analyst's needs; conduct virtual meeting withattys; correspondence with attys regarding need to compare both customer lists and provide domains for firms outside of 2016 list. |
| 11/23/2022 | DL | 0.2 | $450.00 | $90.00 | review E-mail correspondence regarding C. Roa |
| 11/23/2022 | DL | 0.6 | $450.00 | $270.00 | reviewft joint cooperation agreement; correspondence with attys and, Roa, JSF, regarding communication to private investigator; review correspondence with private investigator regarding release and request for same from Roa. |
| 11/24/2022 | DL | 0.1 | $450.00 | $30.00 | Correspondence with counsel for Roa regarding ████████████████; correspondence with counsel for Roa, RFM, JSF, and client regarding emails exchanged with private investigator regarding ████████ |
| 11/29/2022 | DL | 0.3 | $450.00 | $135.00 | Correspondence with atty regarding domain name list to be sent to forensic analyst, payment to forensic analyst, and first production of documents by forensic analyst; correspondence with private investigator and attys regarding conference; ; correspondence with ██████ ████████████████████;il; review correspondence from forensic analyst with invoice; correspondence with private investigator and attys regarding ████████ ████ |
| 11/30/2022 | DL | 0.7 | $450.00 | $315.00 | Conference with private investigator regarding case (x2); correspondence with attys regarding Defendants' violation of temporary restraining Order; correspondence with attys re invoice from forensic analyst; review correspondence with forensic analyst regarding submission of same; review correspondence with forensic analyst regarding balances due and request for statement of account; review correspondence with forensic analyst and attys regarding same; review correspondence with private investigator regarding video enhancement; review consent letter motion and proposed scheduling Order; |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/1/2022 | DL | 0.6 | $450.00 | $270.00 | Correspondence with attys regarding Defendants' contempt; correspondence with attys regarding forensic analyst's failure to produce documents; correspondence with attys regarding Roa; review ECF bounce from Court with USDJ Order granting extension of time to complete discovery; conference with Shalit and client ▮▮▮; correspondence with client regarding ▮ revise joint cooperation agreement and submit same to Shalit, client, and JSF via email; correspondence with Roa, private investigator, Shalit, and client regarding waiver; forward same to JSF via email with correspondence regarding same; correspondence with client regarding invoice from forensic analyst; correspondence and conference with private investigator regarding NYPD Detective's findings concerning Staten Island private investigator; correspondence with JMK regarding meeting; draft preservation letter to Land Sea Air and submit same to Shalit and JMK via email; forward same to client, private investigator, and JSF via email. |
| 12/2/2022 | DL | 0.1 | $450.00 | $30.00 | Review correspondence from Shalit with executed counterpart to joint cooperation agreement; review correspondence from attys with executed counterpart; review reply correspondence from Shalit regarding same; |
| 12/3/2022 | DL | 0.1 | $450.00 | $45.00 | Update calendared deadline to complete all fact discovery; review reply correspondence from JSF regarding same. |
| 12/4/2022 | DL | 0.1 | $450.00 | $45.00 | Correspondence with attys regarding case. |
| 12/5/2022 | DL | 0.1 | $450.00 | $45.00 | Review joint defense agreement |
| 12/5/2022 | DL | 0.4 | $450.00 | $120.00 | Correspondence with atty, Shalit, Roa, and client regarding and attaching fully executed joint cooperation agreement; correspondence with attys regarding appearance before USDJ Chen tomorrow; correspondence with private investigator regarding conference; conference with attys regarding strategy; correspondence with attys regarding invoices from forensic examiner. |
| 12/6/2022 | DL | 0.4 | $450.00 | $180.00 | Interoffice meeting with E. Kataev |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/6/2022 | DL | 1.5 | $450.00 | $675.00 | Conference with private investigator regarding developments of ▮▮▮▮▮; correspondence with attys regarding questionable charges in bills; review voice message from private investigator; conference with attys regarding same; conference with private investigator and attys regarding developments with ▮▮▮▮▮ and private investigator most likely hired by Defendants; review ECF bounce from Court with USDJ minute entry for proceedings held on pre-motion conference; correspondence with BRG and client regarding payment; conference and correspondence with client regarding John Doe lawsuit in federal court and lack of subject matter jurisdiction for same; ▮▮▮▮▮ |
| 12/6/2022 | DL | 1.5 | $450 | $675 | Travel time. |
| 12/7/2022 | DL | 1.2 | $450.00 | $540.00 | review proposed correspondence to forensic analyst conference with attys regarding strategy on pre-action disclosure; review verified petition and related papers; correspondence with attys and Roa's new counsel regarding pre-action disclosure special proceeding; correspondence with attys regarding proposed correspondence to forensic analyst; review correspondence with Roa's new counsel regarding letterhead for preservation letters; conference with private investigator regarding status of case; conference with attys regarding logistical issues; conference regarding preservation letters; conference with private investigator regarding same; correspondence with private investigator regarding video; correspondence with private investigator and client regarding items for letter; |
| 12/8/2022 | DL | 1 | $450.00 | $450.00 | review Correspondence with Roa's additional counsel regarding letterhead and conference; t virtual meeting with Roa's additional counsel; review correspondence from forensic analyst addressing points; correspondence with cattys regarding contents and conference to discuss same;t virtual meeting to review and respond to forensic analyst's response; correspondence with private investigator and attys regarding revisions to petition for pre-action disclosure; review correspondence with Roa's additional counsel regarding error in petition; |
| 12/10/2022 | DL | 0.2 | $450.00 | $90.00 | review Correspondence with private investigator regarding update on investigation; review correspondence with private investigator regarding billing; correspondence with Roa and attys regarding question by investigator; |
| 12/11/2022 | DL | 0.1 | $450.00 | $45.00 | review Correspondence with client regarding invoice from private investigator. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/12/2022 | DL | 1.5 | $450.00 | $675.00 | review Correspondence with additional counsel for Roa regarding appearance on Order to show cause, subpoenas, and service by publication, and signed Order to show cause; virtual meeting with private investigator; reviiew correspondence with private investigator regarding Stanulis; review correspondence with private investigator regarding device information;review correspondence with private investigator regarding photos of Safa & Vito; [REDACTED]; review correspondence with private investigator regarding picture of device with serial number; review preservation letter to Land Air Sea with private investigator during virtual conference; |
| 12/13/2022 | DL | 0.3 | $450.00 | $135.00 | review Correspondence with private investigator regarding address for Stanulis; review correspondence with court reporter and opposing counsel regarding transcript fee; [REDACTED]; review correspondence with Roa's additional counsel, regarding executed subpoena; correspondence with attys, Roa, and his additional counsel regarding Roa's additional counsel unavailability; conference with atty regarding private investigator payments |
| 12/14/2022 | DL | 0.6 | $450.00 | $270.00 | Correspondence with atty regarding reimbursement for private investigator;review correspondence with Roa's additional counsel regarding Order to show cause; review correspondence with court reporter and opposing counsel regarding transcript; review correspondence with private investigator and atty regarding request to serve subpoena; review voice message from private investigator; review correspondence with Roa's additional counsel regarding conference to discuss case; correspondence and conference with private investigator regarding strategy; correspondence with Roa and client regarding pictures of Defendants' henchmen. |
| 12/17/2022 | DL | 0.3 | $450.00 | $135.00 | review correspondence and conference with forensic analyst regarding billing, correspondence aith attys regarding Defendants' contact with our customers. |
| 12/20/2022 | DL | 1 | $450.00 | $450.00 | Correspondence with Roa and atty regarding [REDACTED]; correspondence withatty regarding pre-virtual meeting conference; conference with private investigator regarding Stanulis license; review draft subpoena to NYSDOS Division of Licensing Services; correspondence withattys and Roa regarding financials comparison between WatchDog & Companions; conduct pre-virtual meeting conference with atty; ; review voice messages from private investigator; review correspondence with private investigator regarding conference;conference with private investigator and client regarding interview of Stanulis; review correspondence with private investigator regarding composition book and preservation of same; |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/21/2022 | DL | 1 | $450.00 | $450.00 | review Correspondence with client and Roa regarding breakdown of sales by customer between our client and Defendants; review correspondence with additional counsel for Roa regarding virtual meeting; virtual meeting with Roa's additional counsel regarding status, developments, and next steps; ; correspondence withattys |
| 12/23/2022 | DL | 0.9 | $450.00 | $405.00 | Ereview correspondence with Roa's additional counsel regarding contact by Stanulis' attorney for conference; review correspondence with client and private investigator regarding same; conference with private investigator regarding strategy with Stanulis; conference with Stanulis; |
| 12/25/2022 | DL | 1 | $450.00 | $450.00 | correspondence with attys regarding Defendants' formation of IME GuardDog Inc and related matters; review documents on Relativity; correspondence with attys regarding specific set of documents consisting of training materials utilized by Defendants; review correspondence with private investigator regarding moving conference; review correspondence with Roa's additional counsel regarding same; . |
| 12/26/2022 | DL | 1 | $450.00 | $450.00 | R correspondence with atty regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review correspondence with Roa's additional counsel regarding service by publication; review correspondence from Roa's additional counsel to counsel for Stanulis; review correspondence with Roa's additional counsel and private investigator regarding conference to discuss plan for call with Stanulis' counsel; conduct conference with Roa's additional counsel and private investigator to prepare for call; correspondence with Roa's additional counsel regarding same; calendar conference with Stanulis' counsel; conduct conference with Stanulis' counsel, Roa's additional counsel, and private investigator; conduct post-mortem conference with private investigator; conference with Roa's additional counsel;conference with atty regrding update on Stanulis;review correspondence with Roa's additional counsel regarding coordination of deposition date; correspondence with forensic analyst and opposing counsel regarding discovery and download functionality on Relativity; |
| 12/28/2022 | DL | 1 | $450.00 | $450.00 | Correspondence with attys |
| 12/29/2022 | DL | 1.4 | $450.00 | $630.00 | review Correspondence with Roa's additional counsel regarding Stanulis' deposition start time; correspondence with atty regarding strategy email; |
| 1/2/2023 | DL | 0.4 | $450.00 | $180.00 | review Correspondence with atty, Roa, and JSF regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conference and correspondence with Shalit regarding letter motion to compel discovery; correspondence with Shalit and opposing counsel regarding responses to Roa's discovery demands; correspondence with atty forwarding email from process server regarding cost of service by publication; |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/4/2023 | DL | 0.2 | $450.00 | $90.00 | Conference with atty regarding case and developments; review correspondence with Roa's additional counsel and process server regarding service by publication. |
| 1/5/2023 | DL | 0.5 | $450.00 | $225.00 | review correspondence with Roa's additional counsel regarding oral argument on Order to show cause; conference regarding status of appearance before Justice Alomar; [redacted] |
| 1/7/2023 | DL | 0.3 | $450.00 | $135.00 | review correspondence with Roa's additional counsel regarding documents from Stanulis, deposition start time, and advance notification of motion for sanctions for failure to appear; conference withatty regarding strategy, discovery, depositions, and summary judgment. |
| 1/12/2023 | DL | 0.8 | $450.00 | $360.00 | Correspondence with atty, Roa, and intellectual property counsel regarding website comparisons in advance of virtual meeting today;n. |
| 1/13/2023 | DL | 1 | $450.00 | $450.00 | conference with attys |
| 1/18/2023 | DL | 0.8 | $450.00 | $360.00 | review Correspondence with Roa's additional counsel, client, and private investigator regarding motion for contempt; review correspondence with client, Roa's additional counsel, and Roa regarding [redacted] concerning quote for service by publication; review correspondence with process server regarding status of service by publication; correspondence with attys regarding relief from service by publication; correspondence with [redacted] and client regarding service by publication; |
| 1/24/2023 | DL | 0.1 | $450.00 | $45.00 | Review PI's contract with Safa |
| 1/27/2023 | DL | 0.4 | $450.00 | $180.00 | review Correspondence with Roa's additional counsel, client, and private investigator regarding subpoenas; correspondence with Roa's additional counsel and process server concerning same and whether any attempts were made; review correspondence with private investigator regarding subpoena to Tom Brandon; |
| 2/5/2023 | DL | 2 | $450.00 | $900.00 | Review correspondence with Roa's additional counsel, Roa, and private investigator regarding service of subpoena upon Thomas Brandon; [redacted]; conference with private investigator regarding Thomas Brandon; correspondence with private investigator,atty and Roa's additional counsel regarding and attaching subpoena to Thomas Brandon with instructions concerning same and requests for information from Roa's additional counsel; conference with private investigator, and Roa's additional counsel with request to amend and refile subpoena prior to service; review extensive correspondence with Roa's additional counsel, Roa, atty and private investigator regarding provision of recording prior to service of subpoena upon Thomas Brandon; |
| 2/7/2023 | DL | 0.2 | $450.00 | $90.00 | call with atty |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/8/2023 | DL | 0.2 | $450.00 | $90.00 | Conference and correspondence with atty regarding case status, next steps, and regarding strategy concerning pre-action disclosure case |
| 2/9/2023 | DL | 0.2 | $450.00 | $90.00 | Read pre-motion conference letter; e-mail correspondence with E. Kataev |
| 2/10/2023 | DL | 0.4 | $450.00 | $180.00 | call and review docs re injunction motion |
| 2/12/2023 | DL | 1 | $450.00 | $450.00 | call and review docs re injunction motion |
| 2/13/2023 | DL | 0.3 | $450.00 | $135.00 | Review outline for motion for preliminary injunction |
| 2/16/2023 | DL | 0.5 | $450.00 | $225.00 | Review and revise OSC |
| 2/17/2023 | DL | 0.2 | $450.00 | $90.00 | Review memorandum of law in support of Order to show cause for sanctions; |
| 2/17/2023 | DL | 0.4 | $450.00 | $180.00 | Review and revise MOL in support of renewed OSC |
| 2/18/2023 | DL | 0.6 | $450.00 | $270.00 | Correspondence with Roa, regarding Florida property; correspondence regarding revisions to memorandum of law in support of Order to show cause for contempt; conference with atty regarding contempt motion; |
| 2/19/2023 | DL | 1.3 | $450.00 | $585.00 | Correspondence with attyt regarding Order to show cause; |
| 2/21/2023 | DL | 0.4 | $450.00 | $180.00 | Review correspondence with Roa's additional counsel, Roa, and client regarding Stanulis; review ECF bounce from opposing counsel with motion to dismiss cause of action for defamation;continue revising declaration of Roa in support of Order to show cause for contempt. |
| 2/25/2023 | DL | 0.5 | $450.00 | $225.00 | Conference with attys |
| 2/26/2023 | DL | 1.5 | $450.00 | $675.00 | conference with a atty regarding action items; regarding questions to Stanulis and subpoena to Division of Licensing Services; conference with Roa, private investigator, a |
| 2/27/2023 | DL | 1.5 | $450.00 | $675.00 | Review and revise reply brief; revise renewed motion for preliminary injunction |
| 3/1/2023 | DL | 0.2 | $450.00 | $90.00 | Correspondence with counseing documents; |
| 3/2/2023 | DL | 2.5 | $450.00 | $1,125.00 | Conference call atty, review motion for attachment |
| 3/3/2023 | DL | 0.2 | $450.00 | $90.00 | Correspondence with atty regarding revisions to proposed Order to show cause; |
| 3/3/2023 | DL | 1 | $450.00 | $450.00 | review motion for attachment |
| 3/5/2023 | DL | 0.1 | $450.00 | $45.00 | Correspondence with atty regarding Order to show cause for contempt. |
| 3/7/2023 | DL | 1 | $450.00 | $4,450.00 | Review and revise renewed motion for injunction; |
| 3/8/2023 | DL | 1.6 | $450.00 | $720.00 | Review and revise memorandum of law in support of renewed motion for injunction |
| 3/8/2023 | DL | 1 | $450.00 | $450.00 | review and revise Roa's declaration in support; ███████████████████████████████; review and revise memorandum of law in support; |
| 3/9/2023 | DL | 1.2 | $450.00 | $540.00 | Review and revise memorandum of law in support of renewed injunction and declarations |

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/10/2023 | DL | 1.2 | $450.00 | $540.00 | Final revisions to memorandum of law and declarations in support of renewed motion for injunction; |
| 3/10/2023 | DL | 2 | $450.00 | $900.00 | Correspondence atty re motion for contempt |
| 3/11/2023 | DL | 0.2 | $450.00 | $90.00 | call with atty |
| 3/12/2023 | DL | 1.5 | $450.00 | $675.00 | Correspondence withatty regarding case; calendar hearing and motion submission deadlines;Land Air Sea Systems; prepare addendum for Land Air Sea Systems. |
| 3/13/2023 | DL | 0.9 | $450.00 | $405.00 | meeting with atty |
| 3/13/2023 | DL | 1 | $450.00 | $450.00 | Correspondence with counsel |
| 3/14/2023 | DL | 1 | $450.00 | $450.00 | Correspondence withatty regarding strategy and efforts to obtain proof of violations of the temporary restraining Order; discuss forwarding Land Air Sea subpoena materials received; correspondence with Roa, private investigator, |
| 3/15/2023 | DL | 1 | $450.00 | $450.00 | R call eith atty |
| 3/17/2023 | DL | 0.5 | $450.00 | $225.00 | Review opposition to motion for renewed injunction |
| 3/17/2023 | DL | 1.5 | $450.00 | $675.00 | Review correspondence with Roa, and atty re declaration of ▮ to show violation of temporary restraining Order;conference; conference with private investigator regarding strategy and upcoming meeting; |
| 3/19/2023 | DL | 2 | $450.00 | $900.00 | Conduct strategy meeting with atty and private investigator; |
| 3/20/2023 | DL | 1 | $450.00 | $450.00 | Correspondence with atty |
| 3/22/2023 | DL | 1.5 | $450.00 | $675.00 | Review reply in further support of renewed motion for injunction; |
| 3/22/2023 | DL | 2 | $450.00 | $900.00 | review reply memorandum of law in further support of second motion for injunctive relief; |
| 3/23/2023 | DL | 1.5 | $450.00 | $675.00 | Correspondence with atty regarding meeting to prepare motion binders; conference with private investigator regarding hearing preparation; |
| 3/24/2023 | DL | 1 | $450.00 | $450.00 | conference with attys |
| 3/25/2023 | DL | 2.5 | $450.00 | $1,125.00 | Prepare for hearing |
| 3/25/2023 | DL | 2 | $450.00 | $900.00 | Correspondence with atty and Roa regarding exhibits; |
| 3/26/2023 | DL | 3 | $450.00 | $1,350.00 | Prepare for hearing |
| 3/26/2023 | DL | 3 | $450.00 | $1,350.00 | Review ECF bounce from Court with USDJ Order granting letter motion to compel; correspondenceatty and private investigator regarding meeting location for pre-hearing strategy session; |
| 3/27/2023 | DL | 1 | $450.00 | $450.00 | review oral argument outline |
| 3/27/2023 | DL | 2 | $450 | $900.00 | Travel time. |
| 3/27/2023 | DL | 4 | $450 | $1,800 | |
| | | 88.8 | | $43,870.00 | |