Carlos Roa

| Date | Memo/Decription | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/10/2022 | Reviewed security footage of 2 cameras | 1 | $100 | $100 |
| 11/10/2022 | Phone call with Daniella Levi Esq | 0.25 | $100 | $25 |
| 11/12/2022 | Phone call with Private Investigator | 0.25 | $100 | $25 |
| 11/14/2022 | Reported to 107 Precinct NYPD | 1 | $100 | $100 |
| 11/14/2022 | Phone call with Maria Zieher Esq. | 1 | $100 | $100 |
| 11/14/2022 | Phone call with Daniella Levi Esq | 0.5 | $100 | $50 |
| 11/15/2022 | Camera footage collection | 3 | $100 | $300 |
| 11/17/2022 | Phone call with NYPD Detective | 0.25 | $100 | $25 |
| 11/17/2022 | Phone call with Maria Zieher Esq. | 0.75 | $100 | $75 |
| 11/18/2022 | Camera footage review | 2 | $100 | $200 |
| 11/20/2022 | Background search of Stephan Stanulis and Silvershield | 3 | $100 | $300 |
| 11/21/2022 | Phone call and review with Leo Shalit Esq of Joint Defense Agreement | 1 | $100 | $100 |
| 11/23/2022 | Patrol home, work office building and search vehicle | 3 | $100 | $300 |
| 11/28/2022 | Patrol home, work office building and search vehicle | 1 | $100 | $100 |
| 12/1/2022 | Phone call with Leo Shalit Esq | 0.5 | $100 | $50 |
| 12/1/2022 | Phone call with Daniella Levi Esq regarding joint agreement and obtaining counsel for GPS state case | 0.25 | $100 | $25 |
| 12/4/2022 | Meeting with Maria Zieher Esq. | 1 | $100 | $100 |
| 12/5/2022 | Investigating Stephan Stanulis and Silvershield | 2 | $100 | $100 |
| 12/5/2022 | Correspondance with Leo Shalit Esq, Daniella Levi Esq, regarding and attaching fully executed joint cooperation agreement | 0.4 | $100 | $40 |
| 12/10/2022 | Photo analysis presented by Private investigator, photo analysis regarding the Gelardi's contacts and friends | 2 | $100 | $200 |
| 12/14/2022 | Photo analysis of Mark Purificati and Tiffany Uribe, correspondance with Emanuel Kataev Esq. | 1 | $100 | $100 |
| 12/15/2022 | Patrol home, work office building and search vehicle | 2 | $100 | $100 |
| 12/20/2022 | Investigating IME Companions, reviewing NYS Workers Comp case against IME Companions | 1 | $100 | $100 |
| 12/20/2022 | Correspondance with Daniella Levi Esq. regarding cybersecurity expert | 0.5 | $100 | $50 |
| 12/20/2022 | New York Department of State, Division of Corporations, of IME Guarddog inc documentation | 1 | $100 | $100 |
| 12/20/2022 | Investigating IME Companions stolen clients, adding up stolen revenue of IME Companions | 5 | $100 | $500 |
| 12/23/2022 | Patrol home, work office building and search vehicle | 1 | $100 | $100 |
| 12/26/2022 | EBT questions for Stanulis EBT | 3 | $100 | $300 |
| 1/8/2023 | Investigating 1475 MOON VALLEY DR, DAVENPORT FL 33896, mortgage documents and deed | 4 | $100 | $400 |
| 1/11/2023 | Analysis of IME Companions website vs. IME Watchdog | 3 | $100 | $300 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 1/27/2023 | Phone call with Maria Zieher Esq. | 0.5 | $100 | $50 |
| 1/22/2023 | OTSC Safa questions | 2 | $100 | $200 |
| 1/23/2023 | Forensic part 2, review of documents | 5 | $100 | $500 |
| 1/23/2023 | Department of State filings of MEDMALUSA LLC, BARGAIN SPOT ONLINE LLC, | 3 | $100 | $300 |
| 1/24/2023 | Phone call with Department of State | 0.25 | $100 | $25 |
| 1/24/2023 | Review contract between Stanulis and Safa, IME Companions | 0.5 | $100 | $50 |
| 1/25/2023 | Investigations of Thomas Brandon | 2 | $100 | $200 |
| 1/26/2023 | Patrol home, work office building and search vehicle | 1 | $100 | $100 |
| 1/27/2023 | Discussing Steve Stanulis and Silvershield with Maria, discuss subpoenas, and investigate Silver Shield Security | 5 | $100 | $500 |
| 1/28/2023 | Investigation of Thomas Brandon | 2 | $100 | $200 |
| 1/28/2023 | Investigation on Land Air Sea and GPS devices | 2 | $100 | $200 |
| 1/29/2023 | Discussing process serving with Maria Zieher Esq | 0.5 | $100 | $50 |
| 2/1/2023 | Questions regarding GPS tracker to Safa for her EBT | 1 | $100 | $100 |
| 2/7/2023 | Call with Maria Zieher Esq regarding update and next steps | 1 | $100 | $100 |
| 2/25/2023 | Review Stanulis correspondance with safa | 2 | $100 | $200 |
| 2/26/2023 | Review Safa EBT transcript and video regarding lying under oath about the GPS tracker | 2 | $100 | $200 |
| 2/26/2023 | conference with attorneys for IME WD, questions to Stanulis and subpoena to Division of Licensing Services | 1.5 | $100 | $150 |
| 3/7/2023 | Patrol home, work office building and search vehicle | 1 | $100 | $100 |
| 3/7/2023 | Review returned subpeona from Land Sea Air, audio, visual, IP addresses, communications | 2 | $100 | $200 |
| 3/8/2023 | Exhibits for declaration for motion | 1 | $100 | $100 |
| 3/8/2023 | Declaration for motion | 2 | $100 | $200 |
| 3/16/2023 | Discussion with Mayra Gomez regarding IME and seeing Jeff Beiben | 1 | $100 | $100 |
| 3/23/2023 | Travel time to drop off binder in Federal Court | 2 | $100 | $200 |
| 3/23/2023 | Meeting with Esqs for hearing, and binder prep for court | 3 | $100 | $300 |
| 3/24/2023 | Meeting with Esqs for hearing | 1 | $100 | $100 |
| 3/25/2023 | Preparing for hearing, marking exhibits, printing | 6 | $100 | $600 |
| 3/26/2023 | Patrol home, work office building and search vehicle | 1 | $100 | $100 |
| 3/26/2023 | Preparing for hearing | 4 | $100 | $100 |
| 3/27/2023 | Hearing prep and discussion with attorneys | 1 | $100 | $100 |
| 3/27/2023 | Travel time | 2 | $100 | $100 |
| 3/27/2023 | Hearing | 4 | $100 | $400 |
| | Totals | 107.9 hours | | $10,190 |