# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 24, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> *Re:* **IME WatchDog, Inc. v. Gelardi,** *et al.*
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**
> <u>MLLG File No.: 25-2022</u>

Dear Judge Chen:

This office represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

Plaintiff writes to respectfully request an extension of time, until Friday, February 9, 2024, to submit its reply letter in further support of its motion for attorneys' fees.

## **<u>Good Cause Exists to Grant an Extension of Time to File Plaintiff's Opposition Papers</u>**

Consistent with ¶ 1(G) of this Court's Individual Practices and Rules, Plaintiff respectfully submits that: (i) the current deadline to file reply papers is tomorrow, January 25, 2024 pursuant to Local Civil Rule 6.1(b)(3); (ii-iii) there have been no previous requests for an extension of time concerning this deadline; (iv) Defendants consent on the condition that they may file a sur-reply on or before February 19, 2024, to which Plaintiff does not object; and (v) the requested extension does not affect any other scheduled Court appearance or deadline to Plaintiff's knowledge.

The reason for the request is because your undersigned was traveling out of the country from Thursday, January 18, 2024 until Monday, January 22, 2024 and needs additional time to prepare a reply due to same and the necessary catch-up that ensues upon a return to the office from traveling.

Accordingly, sufficient good cause exists and excusable neglect exists to warrant an extension of time of the Plaintiff's reply papers notwithstanding this Court's requirement to request any extension of a filing deadline at least two (2) working days prior to the filing deadline. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B); <u>see</u> <u>also</u> ¶ 1(G) of this Court's Individual Practices and Rules.

Plaintiff thanks this Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
      January 24, 2024

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**
__/s/ Emanuel Kataev, Esq.__
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

**VIA ECF**
Warner & Scheuerman
Attn: Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, NY 10011-4602
(212) 924-7111 (telephone)
(646) 692-0166 (direct dial)
(212) 924-6111 (facsimile)
jdwarner@wslaw.nyc

*Attorneys for Defendants*
*Third-Party Plaintiffs*
*Safa Abdulrahim Gelardi*
*Vito Gelardi, and*
*IME Companions LLC*

**VIA ECF**
Leo Shalit, P.C.
Attn: Leo Shalit, Esq.
45 Glen Cove Road
Greenvale, NY 11548
(833) SHALIT-1 (office)
(646) 957-0009 (direct)
(833) 742-5481 (facsimile)
leo@shalit-law.com

*Attorneys for*
*Third-Party Defendant*
*Carlos Roa*

**VIA ECF**
Abrams Fensterman, LLP
Attn: Melanie I. Weiner, Esq.
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201-3831
(718) 215-5300 (office)
(718) 215-5304 (facsimile)
mweiner@abramslaw.com

*Attorneys for Defendants*
*Gregory Elefterakis,*
*Roman Pollak, and*
*Anthony Bridda*

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804