

Leo Shalit, Esq.

February 6, 2024

Hon. James Cho
225 Cadman Plaza East
Brooklyn, New York 11201
Third Party Action: Safa Gelardi and IME Companions, LLC v. Carlos Roa

Case: 1:22-CV-1032 (PKC)(JRC)

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THIRD PARTY DEFENDANT CARLOS ROA

Dear Judge Cho,

I represent Third Party Defendant, Carlos Roa in the above case.

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern District of New York, undersigned counsel, moves for an order granting Leo Shalit, Esq. to withdraw his appearance Carlos Roa's counsel and be discharged from this matter.

The attached affidavit explains that there is a permanent and irreparable breakdown in the Attorney-Client Relationship and Counsel is opposed to any continued representation herein .

Counsel certifies it is not asserting any retaining or charging lien. The Affidavit is attached as Exhibit 1. A copy of the motion has been served upon the Client and upon all parties. An Affidavit of Service is attached as Exhibit 2.

WHEREFORE, Leo Shalit respectfully moves for an order granting Leo Shalit PC leave to withdraw as counsel for Carlos Roa in this action and removing him from electronic filing notifications.

Respectfully submitted this 5th day of February, 2024.

Yours truly,

*Leo Shalit, Esq.*

Law Office of Leo Shalit

---

Leo Shalit, Esq.    45 Glen Cove Road    Greenvale, New York 11548    833.742.5481