UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------
SAFA GELARDI and IME COMPANIONS, LLC,

                Third-Party Plaintiff,

                                      Docket: 1:22-CV-1032 (PKC)(JRC)

           - against -

CARLOS ROA

                Third- Party Defendant.
------------------------------------------------

### CERTIFICATE OF SERVICE

Leo Shalit, an attorney admitted to practice law in the courts of the State of New York, hereby affirms the truth of the following under the penalties of perjury. That on February 7, 2024, I served a true copy of the Motion to Withdraw with Exhibits by mailing same in a sealed envelope with postage pre-paid thereon, in an official depository in the County of Nassau, State of New York, to the following address(es) listed below.:

**VIA FIRST CLASS MAIL and EMAIL to Client**

Carlos Roa, 14751 Coolidge Avenue, Jamaica, NY 11435
Carlos@royalathleticmanagement.com

**VIA E-Filing to Remaining Parties**

Abrams Fensterman, 1 Metrotech Center Suite 1701, Brooklyn, New York 11201

Milman Labuda Law Group, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042

Warner & Scheuerman, 6 West 18th Street, 10th Floor, New York, NY 10011

                                                                     */s/ LEO SHALIT*
                                                                       LEO SHALIT, ESQ.