# EXHIBIT "A"

| OFFICE OF THE RICHMOND COUNTY CLERK<br>130 STUYVESANT PLACE<br>STATEN ISLAND, NY 10301<br>HON. STEPHEN J. FIALA<br>COUNTY CLERK | <br>RCC-115302-135303 |
|---|---|

## RECORDING ENDORSEMENT PAGE

THIS ENDORSEMENT PAGE IS PART OF THE INSTRUMENT PRESENTED FOR RECORDING. THE ENDORSEMENT PAGE AND THE DOCUMENT RECORDED WITH IT HAVE BEEN PREPARED BY THE PARTIES TO THE TRANSACTION AND/OR THEIR AGENTS. THEY ARE SOLELY RESPONSIBLE FOR THE CONTENTS THEREOF. ANY QUESTIONS ABOUT THE CONTENTS SHOULD BE ADDRESSED TO THE PARTIES AND/OR THEIR AGENTS. THE PARTIES AND/OR THEIR AGENTS REQUEST THAT THIS DOCUMENT BE INDEXED ACCORDING TO THE INFORMATION THEY ARE PROVIDING ON THIS ENDORSEMENT PAGE.

| DOCUMENT SUBMITTED | SUBMITTED FOR RECORDING BY: | RECORD AND RETURN TO: |
|---|---|---|
| DEED | L 581219-R<br>EXPRESS ABSTRACT SERVICES INC<br>2047 VICTORY BOULEVARD<br>STATEN ISLAND, NY 10314 | ANTHONY PALUMBO ESQ.<br>2040 VICTORY BOULEVARD<br>STATEN ISLAND, NY 10314 |

### PROPERTY DATA    BLOCKS: 1   LOTS: 1

| BLOCK | LOT | BLOCK | LOT | BLOCK | LOT | BLOCK | LOT |
|---|---|---|---|---|---|---|---|
| 7267 | 307 | | | | | | |

### PARTIES

| NAME | COMPANY | PARTY | NAME | COMPANY | PARTY |
|---|---|---|---|---|---|
| MICHAEL EDWARDS | | GRANTOR | SAFA GELARDI | | GRANTEE |
| | | | VITO GELARDI | | GRANTEE |

| INDEXING NOTICE | PAYMENT DETAILS (NO PERSONAL CHECKS) | |
|---|---|---|
| THE OFFICE OF THE RICHMOND COUNTY CLERK WILL RELY UPON THE INFORMATION PROVIDED ON THIS ENDORSEMENT PAGE (INCLUDING THE SPELLING OF PARTIES' NAMES) FOR INDEXING THIS INSTRUMENT.<br><br>THIS ENDORSEMENT PAGE WILL CONTROL IN THE EVENT OF A CONFLICT BETWEEN THE ENDORSEMENT PAGE AND OTHER PARTS OF THE DOCUMENT. | RECORDING FEES:  $174.00<br>NYS RETT:  $3,980.00<br>NYC RPT:  $14,178.75<br>MORTGAGE TAX:  $0.00 | PAYABLE TO "RICHMOND COUNTY CLERK"<br>PAYABLE TO "RICHMOND COUNTY CLERK"<br>PAYABLE TO "COMMISSIONER OF FINANCE"<br>PAYABLE TO "RICHMOND COUNTY CLERK" |
| | TOTAL CHECK PAYMENTS TO A PAYEE IN EXCESS OF $20,000.00 MUST BE CERTIFIED | |

REVIEWED BY: [signature]    2 6 JAN 2021    SUPERVISOR (IF REQUIRED):

FOR OFFICE USE ONLY:

```
LAND DOC# 808179
Deed
RETT: 3827    $3980.00
RPT: 3827    $14178.75
01/26/2021 02:16:51 PM
Receipt: 2615   Fee: $174.00
Richmond County Clerk
```

RECORDED IN RICHMOND COUNTY

**FEES PAID**

[signature]
COUNTY CLERK

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 28th day of December, in the year 2020,

**BETWEEN**
Michael Edwards, residing at 148 Clay Pit Road, Staten Island, New York 10309,

party of the first part, and
Vito Gelardi and Safa Gelardi, *husband and wife*, residing at 332 88th Street, Brooklyn, New York 11209,

party of the second part,
**WITNESSETH**, that the party of the first part, in consideration of
Ten dollars and other valuable consideration dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the
Property description attached as Schedule "A".

Being and intended to be same premises conveyed by deed made by Michael Edwards and Janine Menechino Edwards, dated 04/30/2019, recorded 07/18/2019, in Land Doc# 745630.

Premises more commonly known as 148 Clay Pit Road, Staten Island, New York 10309.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____      _____
                                                                                    Michael Edwards

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of Richmond, ss:

On the 28th day of December in the year 2020, before me, the undersigned, personally appeared
Michael Edwards

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

CRAIG MARTIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6008740
Qualified in Richmond County
Commission Expires    June 15 20 22

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of    , ss:

On the    day of    in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared     , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of    , ss:

On the    day of    in the year    , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of    , County of    , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the    day of    in the year    , before me    the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Bargain and Sale Deed
# With Covenants

**Title No. L581219-R**

Edwards
TO
Gelardi



**DISTRIBUTED BY**
**YOUR TITLE EXPERTS**
**The Judicial Title Insurance Agency LLC**
**800-281-TITLE (8485)  FAX: 800-FAX-9396**

SECTION:

BLOCK: 7267

LOT: 307

COUNTY OR TOWN: Richmond
148 Clay Pit Road
Staten Island, New York 10309

**RETURN BY MAIL TO:**

Anthony Palumbo, Esq.
2940 Victory Boulevard
Staten Island, New York  10314

## SCHEDULE A

## DESCRIPTION

Title Number: **L581219-R**

**BLOCK - 7267 LOT - 307**

**ALL** that certain plot, piece or parcel of land, situate, lying and being in the Borough of Staten Island, County of Richmond, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Clay Pit Road and the easterly side of the West Shore Expressway the following courses and distances:

1. South 80 degrees 21 minutes 19 seconds East 94.20 feet to a point;

2. South 5 degrees 26 minutes 10 seconds East 8.46 feet to the true point of beginning.

RUNNING THENCE South 7 degrees 57 minutes 31 seconds East 186.46 feet Survey & Tax Map (South 05 degrees 26 minutes 10 seconds East 186.83 feet Deed) to a point;

RUNNING THENCE South 89 degrees 50 minutes 33 seconds East 59.18 feet Survey (South 89 degrees 58 minutes 18 seconds East 60.00 feet Deed & Tax Map) to a point;

RUNNING THENCE North 03 degrees 35 minutes 51 seconds East 160.74 feet Survey (North 05 degrees 25 minutes 12 seconds East 156.61 feet Deed 7 Tax Map) to a point on the southerly side of Clay Pit Road;

RUNNING THENCE along the southerly side of Clay Pit Road, North 71 degrees 11 minutes 35 seconds West 17.70 feet Survey (North 69 degrees 48 minutes 30 seconds West 21.78 feet Deed) to a point;

RUNNING THENCE still along the southerly side of Clay Pit Road, North 67 degrees 11 minutes 32 seconds West 71.78 feet Deed & Survey to a point; and running

THENCE along a curve bearing to the right having a radius of 45.00, a central angle of 19 degrees 27 minutes 16 seconds, an arc length of 15.28 feet Survey & Tax Map (15 degrees 28 minutes 32 seconds, an arc length of 12.15 feet Deed) to the point or place of BEGINNING.

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __ / __ / __ (Month/Day/Year) | STATE OF NEW YORK |
| C3. Book OR | C4. Page | STATE BOARD OF REAL PROPERTY SERVICES |
| C5. CRFN | | **RP - 5217NYC** |

## PROPERTY INFORMATION

**1. Property Location**
- STREET NUMBER: 148
- STREET NAME: CLAY PIT ROAD
- BOROUGH: STATEN ISLAND
- ZIP CODE: 10309

**2. Buyer Name**
- LAST NAME / COMPANY: GELARDI | FIRST NAME: VITO
- LAST NAME / COMPANY: GELARDI | FIRST NAME: SAFA

**3. Tax Billing Address** — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
- LAST NAME / COMPANY: _
- FIRST NAME: _
- STREET NUMBER AND STREET NAME: _
- CITY OR TOWN: _
- STATE: _
- ZIP CODE: _

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
- 6. Ownership Type is Condominium ☐
- 7. New Construction on Vacant Land ☐

**5. Deed Property Size:** ___ FRONT FEET X ___ DEPTH OR ___ ACRES

**8. Seller Name**
- LAST NAME / COMPANY: EDWARDS | FIRST NAME: MICHAEL
- LAST NAME / COMPANY: _ | FIRST NAME: _

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A ✔ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 9 / 10 / 2020

**11. Date of Sale / Transfer:** 12 / 28 / 2020

**12. Full Sale Price:** $ 995,000

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:** _

**14. Check one or more of these conditions as applicable to transfer:**
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ✔ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** A 1

**16. Total Assessed Value (of all parcels in transfer):** 46,944

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

STATEN ISLAND 7267 307

20200122100132220101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER SIGNATURE | BUYER | 12/28/2020 DATE | BUYER'S ATTORNEY |
| | | | LAST NAME | FIRST NAME |

148 CLAY PIT ROAD
STREET NUMBER    STREET NAME (AFTER SALE)    AREA CODE    TELEPHONE NUMBER

STATEN ISLAND    NY    10309    SELLER
CITY OR TOWN    STATE    ZIP CODE    SELLER SIGNATURE    12/28/2020 DATE

2020122100132201

Form RP-5217 NYC                                                                                                       ATTACHMENT

# CERTIFICATION

¹ I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**                                                                         **SELLERS**

_[signature]_      12/28/2020
Buyer Signature     Date         Seller Signature     Date

Buyer Signature     Date         Seller Signature     Date

_(additional blank Buyer Signature/Date and Seller Signature/Date lines repeated)_

2020122100132201