UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                              Defendants.
------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                            Third-Party Plaintiffs,

      -against-

CARLOS ROA,

                            Third-Party Defendant.
------------------------------------------------------------------X
CARLOS ROA,

                            Third-Party Counter-Claimant,

      -against-

SAFA ABUDLRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                            Third-Party Counter-Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as additional counsel for the Plaintiff IME WatchDog, Inc. in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       February 8, 2024                                   Respectfully submitted,

                                                                                       **SAGE LEGAL LLC**

                                                 By:   */s/ Emanuel Kataev, Esq.*
                                                 Emanuel Kataev, Esq.
                                                 18211 Jamaica Avenue
                                                 Jamaica, NY 11423-2327
                                                 (718) 412-2421 (office)
                                                 (917) 807-7819 (cellular)
                                                 (718) 489-4155 (facsimile)
                                                 emanuel@sagelegal.nyc

                                                 *Additional Attorneys for Plaintiff*
                                                 *IME WatchDog, Inc.*

**VIA ECF**
All counsel of record