UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                             Defendants.
---------------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                          Third-Party Plaintiffs,

      -against-

CARLOS ROA,

                          Third-Party Defendant.
---------------------------------------------------------------------X
CARLOS ROA,

                          Third-Party Counter-Claimant,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                          Third-Party Counter-Defendants.
---------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Maria Zieher, Esq. hereby appears as counsel for Third-Party Defendant Carlos Roa. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: New York, New York
February 21, 2024

                                  **ZIEHER & ASSOCIATES, P.C.**

                                  */s/ Maria Zieher*

                                  Maria Christine Zieher, Esq.
                                  11 Broadway, Suite 615
                                  New York, NY 10004
                                  (212) 235-7010 (office)
                                  mzieher@zieherlaw.com

CC: all counsel of record (Via ECF)