UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,

                        Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                        Defendants.
----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                        Third-Party Plaintiffs,

      -against-

CARLOS ROA,

                        Third-Party Defendant.
----------------------------------------------------------------X
CARLOS ROA,

                        Third-Party Counter-Claimant,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                        Third-Party Counter-Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC)(JRC)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF THIRD-PARTY ACTION AND THIRD-PARTY COUNTERCLAIMS**

       **WHEREAS**, defendants/third-party plaintiffs Safa Abdulrahim Gelardi and IME Companions, LLC, filed a third-party complaint against third-party defendant Carlos Roa on March 23, 2022; and

**WHEREAS**, third-party defendant Carlos Roa filed an answer to the third-party complaint with counterclaims against third-party counter-defendants Safa Abdulrahim Gelardi, IME Companions, LLC, and Vito Gelardi on May 5, 2022; and

**WHEREAS**, third-party plaintiffs/third-party counter-defendants Safa Abdulrahim Gelardi, IME Companions, LLC, and Vito Gelardi and third-party defendant/third-party counter-claimant Carlos Roa seek to resolve the issues alleged in the third-party complaint and third-party counterclaims and have negotiated in good faith for that purpose; and

**WHEREAS**, none of the parties hereto is an infant or incompetent person; and

**WHEREAS**, the parties hereto wish to discontinue the third-party action and third-party counterclaims;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and/or their respective attorneys that the third-party action is voluntarily dismissed, with prejudice, as against third-party defendant/counter-claimant Carlos Roa and that the counterclaims of third-party defendant Carlos Roa as against third-party plaintiffs/third party counter-defendants Safa Abdulrahim Gelardi, IME Companions, LLC, and Vito Gelardi are hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure § 41(a)(1)(A)(ii).

Dated: New York, New York
February 21, 2024

| | |
|---|---|
| **WARNER & SCHEUERMAN** | **ZIEHER & ASSOCIATES, P.C.** |
| Attorneys for Third-Party Plaintiffs/ | Attorneys for Third-Party Defendant/ |
| Third-Party Counter-Defendants | Counter-Claimant |
| Safa Abdulrahim Gelardi, Vito Gelardi | Carlos Roa |
| and IME Companions, LLC | |
| By: /s/ Jonathon D. Warner | By: /s/ Maria Zieher |
| Jonathon D. Warner (5195) | Maria Zieher (   ) |
| 6 West 18th Street, 10th Floor | 11 Broadway, Suite 615 |
| New York, New York 10011 | New York, New York 10004 |
| (212) 924-7111 | (212) 235-7010 |

**SO ORDERED:**

_____
U.S.M.J.