# EXHIBIT B

 imelegalreps.com/delivery-refund-policy/ 

**IME LEGAL REPS**

Services    Booking    Contact

We will host orders to you within 48 business hours after the completion of you IME appointment, but it can sometimes take longer depending on your order. In these instances we will contact you immediately.

### Business Days Explanation

Business days are Monday–Friday; Holidays, Saturday and Sunday are not included in delivery days.

### Order Cancellation

See our Refund Policy for details on order modifications / cancellations.

### Refund Policy

We are committed to 100% customer satisfaction. However, due to the nature of our services, we do not offer refunds or credit on purchases unless required under U.S. consumer law or other relevant consumer protection laws.

1. Unless otherwise specified, reports, products and services purchased from the IME Legal Reps website are not refundable after purchase. We do not accept returns, exchanges or refunds all sales are final.
2. If you are unsatisfied with your purchase, please contact IME Legal Reps at, (833) 463-7767.
3. All orders will be processed and received within 48 hours.
4. To cancel an appointment please contact us anytime prior to two (2) hours before the scheduled start time of your IME appointment. Any cancellation requests that are made within two (2) hours of a scheduled IME appointment will be handled on a case by case basis. If your order has not been processed, we will immediately refund your payment. If your order has already been processed, we will not refund your purchase.
5. All refund recipients will receive an email confirmation for their records.