# EXHIBIT C



corporates

abase Of The Corporate World

[ Company name or number ] **SEARCH**

● Companies   ○ Officers

My Ac

# egal Reps LLC

| | |
|---|---|
| ompany Number | 0805051096 |
| Status | In Existence |
| orporation Date | 9 May 2023 (10 months ago) |
| Company Type | Domestic Limited Liability Company (LLC) |
| Jurisdiction | Texas (US) |
| gistered Address | 205 CHARLESTON LN<br>FATE<br>75189-5067<br>TX<br>USA |
| ternative Names | IME Legal Reps LLC (trading name, 2023-05-12 - ) |
| Agent Name | United States Corporation Agents, Inc |
| Agent Address | 10601 Clarence Dr. Suite 250, Frisco, TX, 75033, USA |
| ectors / Officers | Eugene Liddie, managing member<br>United States Corporation Agents, Inc, agent |
| Registry Page | https://mycpa.cpa.state.tx.us/coa/ |

## Latest Events

No events generated yet for this company

## Corporate Grouping  USER CONTRIBUTED

None known. Add one now?

See all corporate groupings

## gs for IME Legal Reps LLC

| | |
|---|---|
| 4 | CHANGE OF NAME OR ADDRESS BY REGISTERED AGENT |
| 3 | CERTIFICATE OF FORMATION |