# EXHIBIT D



## About

The purpose of IME Advocates is to memorialize what really happened in the examination room, to prevent the IME Physician from conducting a second EBT, and to provide rebuttal testimony at trial.

*There are additional fees for travel to locations outside of NYC.

