# EXHIBIT "2"

# OFFER TO PURCHASE

**THE MASTERS DIVISION**
AT NEST SEEKERS INTERNATIONAL

**PROPERTY:** Address: 148 Clay Pt Rd Staten Island, NY   Block: 7267   Lot: 307
☐ 1 Family   ☐ 2 Family   ☐ MultiFamily   ☐ Condo   ☐ Coop   ☐ Other: _____

**SELLER**
Name: Vito Gelardi
Address: 148 Clay Pt Rd Staten Island, NY

**PURCHASER**
Name: Anthony Masullo
Address: 6506 10th Ave Brooklyn, NY

**TERMS:** Price: $ 975,000   Contract Down Payment $ 5,000   Closing Down Payment $ 970,000
Loan Amount $ 630,000   Loan Type Conventional   Anticipated Closing Date March 1, 2024

**SUBJECT TO:** ☐ Home Inspection   ☐ Termite Inspection   ☐ Tenancy   ☐ Contingency
☒ Other/Details: Contigent on the sale of Purchasers home at 6506 10th Ave Brooklyn, NY

**INCLUDED / EXCLUDED ITEMS** Included: ☒ Washer   ☒ Dryer   ☒ Refrigerator   ☒ Stove
Other Included Items: _____
Excluded Items: _____

**BROKERS:** Sellers and Purchasers agree that the following brokers/agents brought about this transaction:

**LISTING AGENT/BROKER**
Agent Name: James Barry
Agent Phone: 917-932-4536   Agent ID: 10401312191
Agent Email: jamesb@nestseekers.com
Broker Name: Nest Seekers International
Office Address: 505 Park Ave FL 19 New York, NY
Office Phone: (212) 252-8772   Broker ID: 10491203697

**LISTING AGENT/BROKER**
Agent Name: James Barry
Agent Phone: 917-932-4536   Agent ID: 10401312191
Agent Email: jamesb@nestseekers.com
Broker Name: Nest Seekers International
Office Address: 505 Park Ave FL 19 New York, NY
Office Phone: (212) 252-8772   Broker ID: 10491203697

**SELLERS ATTORNEY**
Name: Matthew Lenza
Address: 1110 South Ave Suite 303 SI, NY 10314
Phone: (347) 273-1280
Email: office@lenzalawfirm.com

**PURCHASER'S ATTORNEY**
Name: Kerry Katshorhis
Address: 77-53 Main St, Kew Gardens Hills, NY 11367
Phone: (718) 591-6900
Email: gklawny@gmail.com

*THE PARTIES AGREE THAT THIS "OFFER TO PURCHASE IS NOT A CONTRACT OR MEMORANDUM OF CONTRACT, AND IS NOT BINDING ON THE PARTIES IN ANY FASHION, UNTIL A FORMAL CONTRACT IS PREPARED AND NEGOTIATED BY THE ATTORNEYS FOR THE PARTIES AND SIGNED BY BOTH PARTIES.*

**SELLER'S SIGNATURE**
X _[signed: Vito Gelardi — DocuSigned 4F04530F2CE44BA...]_
X _____
Date: 1/26/2024

**PURCHASER'S SIGNATURE**
X _[signed: Anthony Masullo — DocuSigned B6E666E9558E4DE...]_
X _____
Date: 1/24/2024