# EXHIBIT A

No 96059869

**HOMESTEAD RECORDING SERVICE**
Commercial Mail Drop #646
1108 Lavaca St Suite 110
Austin, Texas 78701
(800) 400-1693

RP-2023-418265
11/01/2023  RP1  $18.00

**Return To:**
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS, TX 77433

---

## Designation of Homestead
### HARRIS COUNTY

I / We <u>VITO GELARDI</u> the person / persons entitled to present possession of the subject property, being first duly sworn upon oath, deposes and says that:

1. I / We hereby designate as homestead the house and land, together with all improvements thereon, and appurtenances thereto, commonly described as:

    26118 CROSSWOOD TRAILS LN CYPRESS, TX 77433

    **X**  The property is an urban homestead of not more than 1 acre.
    ___  The property is a rural homestead situated within a tract of more than one/two hundred acres.

If located in more than one survey, see the attached addendum "B", designating acreage in each survey.

2. I / We hereby designate the property described as my/our legal homestead, exempt from forced sale under the constitution and laws of the state of Texas.

3. I / We are resident(s) of the State of Texas, the above property is designated as the family homestead or as the homestead of a single adult not otherwise entitled to a homestead. The current record title holder of the property is: VITO GELARDI

Dated: Aug 31, 2023

_[signature]_
VITO GELARDI

**State of Texas, County of** Harris
On this 31st day of August, in the year 2023, before me, the undersigned, a Notary Public in and for said State of Texas, personally appeared

VITO GELARDI

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed it.

WITNESS my hand and official seal

_[notary signature]_
Notary Signature

HANG NGUYEN
Notary ID #133130306
My Commission Expires
May 28, 2025

Notary Public in and for said State.

**NO WRITING OR NOTARY SEAL ALLOWED OUTSIDE OF THIS BOX**

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

# FILED FOR RECORD

8:00:00 AM

Wednesday, November 1, 2023

*Leneshia Hudspeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2023-418265

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
  I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Wednesday, November 1, 2023

*Leneshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS