# SURETEC INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

IME WATCHDOG, INC.,

                Plaintiff,

v.

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, Et al,

                Defendants.

22 Civ. 1032 (PKC) (JRC)

BOND NO. 3511328

**UNDERTAKING ON ATTACHMENT**

WHEREAS, the above named Plaintiff, IME WATCHDOG, INC., has applied for an Order of Attachment in the above entitled action, attaching the property of Defendants, SAFA ABDULRAHIM GELARDI and VITO GELARDI, as more fully set forth in the Order signed by the Hon. Pamela K. Chen on February 29, 2024 under and by virtue of the Federal Rules of Civil Procedure subject to the posting of security in the sum of **NINE HUNDRED TWENTY AND 00/100 ($920.00) DOLLARS**.

NOW, THEREFORE, the **SURETEC INSURANCE COMPANY**, duly licensed to transact business in the State of New York and having an office and principal place of business at 15 Maiden Lane, Suite 800 New York NY 10038, as Surety, does hereby undertake in the sum of **NINE HUNDRED TWENTY AND 00/100 ($920.00) DOLLARS** that the Plaintiff, IME WATCHDOG, INC., will pay to the Defendants, SAFA ABDULRAHIM GELARDI and VITO GELARDI, such damages and costs not exceeding the sum of **NINE HUNDRED TWENTY AND 00/100 ($920.00) DOLLARS**, as the Defendants may sustain by reason of the Order of Attachment, if the Court shall finally decide that the Plaintiff, IME WATCHDOG, INC., was not entitled thereto: such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated: February 29, 2024

        SURETEC INSURANCE COMPANY

By: _____
        **NEIL P. PEDERSEN**
        ATTORNEY-IN-FACT

**SURETY ACKNOWLEDGEMENT**



**STATE OF NEW YORK**
**COUNTY OF NEW YORK** } SS:

On this 29th day of February in the year 2024, before me personally came **Neil P. Pedersen** to me known, who being by me duly sworn, did depose and say that he resides in **New York, N.Y.**; that he is Attorney-in-Fact of **SURETEC INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he knows the seal affixed to said instrument is such corporate seal; that it was affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

**William J. Pedersen**
**Notary Public, State of New York**
**No. 01-PE4997302**
**Qualified in New York County**
**Commission Expires June 1, 2026**

POA# 3210003

# JOINT LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That SureTec Insurance Company, a Corporation duly organized and existing under the laws of the State of Texas and having its principal office in the County of Harris, Texas and Markel Insurance Company (the "Company"), a corporation duly organized and existing under the laws of the state of Illinois, and having its principal administrative office in Glen Allen, Virginia, does by these presents make, constitute and appoint:

Neil P. Pedersen, William J. Pedersen

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on their own behalf, individually as a surety or jointly, as co-sureties, and as their act and deed any and all bonds and other undertaking in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

Five Million and 00/100 Dollars ($5,000,000.00)

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolutions adopted by the Board of Directors of SureTec Insurance Company and Markel Insurance Company:

"RESOLVED, That the President, any Senior Vice President, Vice President, Assistant Vice President, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the SureTec Insurance Company and Markel Insurance Company, as the case may be, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Markel Insurance Company and SureTec Insurance Company have caused their official seal to be hereunto affixed and these presents to be signed by their duly authorized officers on the 25th day of January, 2023.

SureTec Insurance Company
By: Michael C. Keimig, President

Markel Insurance Company
By: Lindey Jennings, Vice President



State of Texas
County of Harris:

On this 25th day of January, 2023 A. D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICERS OF THE COMPANIES, to me personally known to be the individuals and officers described in, who executed the preceding instrument, and they acknowledged the execution of same, and being by me duly sworn, disposed and said that they are the officers of the said companies aforesaid, and that the seals affixed to the proceeding instrument are the Corporate Seals of said Companies, and the said Corporate Seals and their signatures as officers were duly affixed and subscribed to the said instrument by the authority and direction of the said companies, and that Resolutions adopted by the Board of Directors of said Companies referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

JULIE E. MCCLARY
Notary Public State of Texas
Commission # 12947680-5
Commission Expires March 29, 2026

By: Julie E. McClary, Notary Public
My commission expires 3/29/2026

We, the undersigned Officers of SureTec Insurance Company and Markel Insurance Company do herby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, we have hereunto set our hands, and affixed the Seals of said Companies, on the 29TH day of February, 2024.

SureTec Insurance Company
By: M. Brent Beaty, Assistant Secretary

Markel Insurance Company
By: Andrew Marquis, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity. 3210003
For verification of the authority of this Power you may call (713)812-0800 on any business day between 8:30 AM and 5:00 PM CST.





SureTec Insurance Company
2103 CityWest Boulevard, Suite 1300
Houston, TX. 77042

## FINANCIAL STATEMENT
### as of December 31, 2022
### Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | $ 167,262,468 | Reserve for Losses and Loss Expense | $ — |
| Stocks | 100,917,540 | Reserve for Unearned Premiums | — |
| Cash & Short Term Investments | 61,395,608 | Other Liabilities | 200,129,944 |
| Agents Balances or Uncollected Premiums | 5,848,372 | TOTAL LIABILITIES | 200,129,944 |
| Other Admitted Assets | 3,878,356 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 124,172,400 |
| | | TOTAL POLICYHOLDERS SURPLUS | 129,172,400 |
| TOTAL ASSETS | $ 339,302,344 | TOTAL LIABILITIES AND POLICYHOLDERS SURPLUS | $ 329,302,344 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

## CERTIFICATE

David Allen Wisnoski, Secretary, and Michael Charles Keimig, President, of the SureTec Insurance Company, being duly sworn each for himself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2022, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2022, according to the best of their information, knowledge and belief.
167262

_____
President

_____
Secretary

STATE OF TEXAS
COUNTY OF HARRIS

On this 28th day of February, 2023, before me came the above named officers of SureTec Insurance Company to me known to be the individuals and officers described herein, and acknowledge that they executed the foregoing instrument and affixed the seal of the corporation thereto by the authority of their office.

_____
Notary Public



LINDA WHITE
Notary Public State of Texas
Commission # 123994008
Commission Expires 10/14/2025

# STATE OF NEW YORK
## DEPARTMENT OF FINANCIAL SERVICES

CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

**SureTec Insurance Company**
of Houston, Texas

a corporation organized under the laws of Texas and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties, and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $138,684,627. (Capital $5,000,000), as is shown by its sworn financial statement for the quarter ending, June 30, 2023, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 17th day of August 2023.

Adrienne A. Harris
Superintendent

By: _____

Rawle Lewis
Special Deputy Superintendent