# EXHIBIT "A"

**PARID: 09.3.1.5**     **5265 MILFORD RD**

## Parcel

| | |
|---|---|
| Parcel ID | 09.3.1.5 |
| Map Number | 09734300397650 |
| Property Location | 5265 MILFORD RD |
| Township | Middle Smithfield |
| Land Use | 111-Household Units |
| Property Class | 9-Taxable |
| Living Units | 2 |
| Land Area (acreage) | 3.67 |
| Neighborhood Code | 09R01 |
| Zoning | C1 |
| Homestead/Farmstead Status | |
| Legal Desc | |

## Owners

| | |
|---|---|
| Owner(s) | GELARDI VITO |
| | GELARDI SAFA |
| Mailing Address | 148 CLAYPIT RD |
| | |
| | STATEN ISLAND NY 10309 |

## Property/Location Factors

| | |
|---|---|
| Utilities | 3-Public Sewer |
| | 2-PUBLIC WATER |
| | 8-Electric |

## Sales History

| Date | Amount | Book | Page |
|---|---|---|---|
| 05/03/2022 | $535,000 | 2608 | 2115 |
| 05/30/2012 | $260,000 | 2403 | 1784 |
| 10/10/2006 | $399,000 | 2283 | 7337 |
| 06/17/2004 | $1 | 2193 | 4387 |
| 11/18/1986 | $155,000 | 1523 | 1317 |
| 05/11/1973 | $75,000 | 470 | 239 |
| 01/01/1800 | $0 | 108 | 668 |
| 01/01/1800 | $0 | 108 | 187 |

## Additional Information     1 of 8

| | |
|---|---|
| Date | 05/03/2022 |
| Grantor | LAKESIDE INVESTMENT CORP |
| Grantee | GELARDI VITO |
| | GELARDI SAFA |

## Primary Building

| | |
|---|---|
| Style | 2 FAMILY |
| Year Built | 1902 |
| Year Remodeled | 2016 |
| Stories | 2.2 |
| Exterior Walls | 07-STONE |
| Attic | 1-NONE |
| Fuel Type | 3-OIL |
| Heat System | 5-HOT WATER |
| Heat/AC Type | 3-CENTRAL |
| Fireplaces | 1 |
| Total Rooms | 9 |
| Bedrooms | 6 |
| Full Baths | 3 |
| Half Baths | |
| Basement | 4-FULL |
| Basement Garage Spaces | 0 |
| Finished Basement Area | |
| Basement Rec Room Area | |
| Living Area | 2,976 |

## Amenities

Amenity 1
Quantity

Amenity 2
Quantity

Amenity 3
Quantity

Amenity 4
Quantity

## Improvements

| Description | Area/Quantity |
|---|---|
| RG1-GARAGE-FRAME OR MTL DETACHED | 460 |

## Entrance

| Inspection Date | Inspection Code | Info Source Code |
|---|---|---|
| 09/19/2018 | MNC - DATA MAILER NO CHG | 1 - OWNER |
| 03/03/2017 | 7 - NO ONE AT HOME OVER 18 | 3 - OTHER |
| 04/19/1993 | - | - |