# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

TOMASZ OLFANS,                                      **EXPERT WITNESS**
                                                    **DISCLOSURE**
                          Plaintiff,
                                                    Index Number: 59291/22
            -against-

RICARDO A TORIBIO CALDERON, NATHAN
VANDERSLICE, AND JOSE HERRERA,

                          Defendants,

Please take notice that the following is the response of the defendant, Nathan J. Vanderslice, to plaintiff's request for expert disclosure pursuant to § 3101(d) of the CPLR:

1.   Defendant expects to call Dr. Ronald D. Snyder of 256 Old Nyack Turnpike, Spring Valley, NY 10977, an orthopedist, as an expert witness at the trial in the above matter.

2.   The subject matter upon which Dr. Ronald D. Snyder is presently expected to testify is set forth in detail in his report dated May 2, 2023, a copy of which is attached hereto and incorporated by reference herein.

3.   The facts and opinions upon which Dr. Ronald D. Snyder is expected to testify are based on his physical examination of the plaintiff, Tomasz Olfans, and his review of the plaintiff's medical records.

4.   The grounds for Dr. Ronald D. Snyder's opinion come from his education, training and experience in the fields of Medicine and Orthopedics, his physical examination of the plaintiff, Tomasz Olfans, on April 19, 2023, and his review of the plaintiff's medical records, and are set forth in Dr. Ronald D. Snyder's report, dated May 2, 2023.

5.   Dr. Ronald D. Snyder's qualifications are set forth in his Curriculum Vitae, a copy of which is annexed hereto.

6.      The grounds of Dr. Ronald D. Snyder's opinions are based upon his review of the Orthopedics report and the documents and testimony received into evidence during the trial of this action and the circumstances surrounding this incident. The defendant reserves the right to modify or supplement this answer.

Dated: Jericho, New York
       May 22, 2023

                                              Sincerely,
                                              **JAMES F. BUTLER & ASSOCIATES**
                                              Attorneys for Defendant

**SUBIN ASSOCIATES, LLP**                Nathan J. Vanderslice
Attorneys for Plaintiff                     P. O. Box 9040
Tomasz Olfans                             300 Jericho Quadrangle, Suite 260
150 Broadway                              Jericho, NY 11753
23rd Floor                                   (516) 229-6000
New York, NY 10038                  File Number: 22NEWY20135
(212) 285-3800                            Claim Number: 52-09J7-55T
info@subinlaw.com

**LAW OFFICES OF JOHN TROP**
Attorneys for Co-Defendants
Ricardo A. Torbio Calderon and Jose L. Herrera
120 White Plains Road, Suite 200
Tarrytown, NY 10591-5536
(914) 620-0100

2

# Ronald D. Snyder, M.D. M.S.

## Diplomate of American Board of Orthopaedic Surgery
### 256 Old Nyack Turnpike, Spring Valley, NY, 10977

Examination Date: April 19, 2023
Report Date: May 2, 2023

James F. Butler & Associates
300 Jericho Quadrangle
Suite 260, East Bldg POB 9040
Jericho, NY 11753

|  |  |
|--:|:--|
| Re: | Olfans, Tomasz |
| Claim #: | 5209J755T |
| EW/GC Case #: | 21945451 |
| DOI: | July 10, 2020 |
| Request Type: | Liability IME |

To Whom It May Concern:

I performed an independent orthopedic examination on the above-claimant on April 19, 2023, in my White Plains, New York office and provided valid photo identification.

The claimant did not fill out the intake form in its entirety as per his attorney's advice.

The claimant was accompanied by Mark, (*IME Companion*).

The history and examination findings are as follows:

**INJURY HISTORY:** The claimant did not provide any information regarding the accident, injuries, or immediate treatment on the intake form.

**WORK/EMPLOYMENT HISTORY**: The claimant did not provide any information regarding his occupational history or current work status on the intake form.

**PAST MEDICAL HISTORY**: Past medical history, as reported by the claimant, is negative.

The claimant did not provide any information regarding his prior injuries/accidents.

**PRIOR/UNRELATED SURGICAL HISTORY:** Mr. Olfans did not report any prior/unrelated surgical history.

**MEDICATION USE:**

Mr. Olfans indicated that he is using pain medication as needed.

Examinee Name: Olfans, Tomasz
Examination Date: April 19, 2023

**TREATMENT HISTORY TO DATE:**

According to the claimant, he had left knee surgery performed in 2022.

**MEDICAL RECORDS REVIEWED**:

- Verified Bill of Particulars dated 08/22/22. (Index #: 59291/2022)
- Follow-up exam reports from Chloe Brown, PA of McCulloch Orthopaedic Surgical Services, PLLC dated 03/10/21 to 04/22/21.
- Progress reports from Michael Gerling, M.D. of Center for Musculoskeletal and Neurological Care – Manhattan dated 05/17/22 to 09/06/22.
- Patient record report dated 07/10/20.
- ER report from Cristina Ho, M.D. of CityMD Eastchester dated 07/11/20.
- Evaluation reports from All Boro Medical Rehabilitation dated 07/17/20 to 07/15/22.
- EMG/NCV study report of the lower extremity from Felix Karafin, M.D. dated 11/20/20. Impression: The above electrodiagnostic study reveals evidence of left C6-C7 and right L5-S1 radiculopathy.
- Initial consult report from Luke Carey, PA of McCulloch Orthopaedic Surgical Services, PLLC dated 02/09/21.
- Follow-up exam reports from Kenneth McCulloch, M.D. of McCulloch Orthopaedic Surgical Services, PLLC dated 06/17/21 to 07/29/22.
- Operative report from Fifth Avenue Surgery Center, LLC dated 03/07/22. Pre-operative diagnosis: Left knee medial meniscus tear. Post-operative diagnosis: Left knee medial meniscus tear as well as synovitis. Procedure: (1) Left knee arthroscopic partial medial meniscectomy. (2) Left knee arthroscopic synovectomy.
- PostOp visit reports from New York Sports & Joints Orthopaedic Specialists dated 03/17/22 to 06/09/22.
- Work notes from All Boro Medical Rehabilitation, PLLC dated 09/11/20 to 04/16/21.
- Medical record reports from White Plains Hospital dated 08/16/13 to 02/04/14.
- ED summary report from White Plains Hospital dated 07/11/20.
- Evaluation report from White Plains Hospital dated 07/11/20.
- CT scan report of the cervical spine without contrast from White Plains Hospital Center dated 07/11/20. Impression: No acute fracture or subluxation. Other findings as above.
- CT scan report of the head without contrast from White Plains Hospital Center dated 07/11/20. Impression: No evidence of intracranial hemorrhage or acute infarction.
- PHA order from White Plains Hospital Center dated 07/11/20.
- Patient order summary report from White Plains Hospital Center dated 07/11/20.
- Medication discharge summary report from White Plains Hospital Center dated 07/11/20.
- EDM patient record report from New York – Presbyterian dated 07/15/20.
- Evaluation report from New York – Presbyterian Lawrence Hospital dated 07/15/20.
- Discharge summary report from New York – Presbyterian dated 07/15/20.

2 | P a g e

Examinee Name: Olfans, Tomasz
Examination Date: April 19, 2023

- CT scan report of the cervical spine without intravenous contrast from New York – Presbyterian Lawrence Hospital dated 07/15/20. Impression: No evidence of acute cervical spine fracture. Multilevel degenerative change of the cervical spine, as described.
- Medication discharge summary report from New York – Presbyterian Lawrence dated 07/15/20.
- MRI report of the cervical spine without contrast from Kolb Radiology dated 06/02/22. Impression: (1) Disc herniation at C5-C6 with central and bilateral foraminal narrowing and direct impingement upon the spinal cord, with no interval change. (2) Large central to right paracentral disc herniation at C6-7 with central, right lateral recess and bilateral foraminal narrowing, right greater than left. There is direct impingement upon the spinal cord. No interval change.
- MRI report of the lumbar spine without contrast from Kolb Radiology dated 06/02/22. Impression: (1) Disc herniations at L2-3 and L5-S1 impinging upon the thecal sac and the bilateral extra thecal S1 nerve roots, with no interval change. (2) Disc bulge L4-5.
- MRI report of the left knee without contrast from Kolb Radiology dated 09/04/20. Impression: (1) Intra substance tear of the posterior horn medial meniscus. (2) Partial tear of the anterior cruciate ligament. (3) There is chondral defect at the anterior aspect of the medial femoral condyle. Joint effusion.
- MRI report of the cervical spine without contrast from Kolb Radiology dated 09/07/20. Impression: (1) Disc herniation at C5-6 impinging upon the spinal cord with narrowing of the neural foraminal bilaterally. (2) Disc hernation at C6-7 is right paracentral impinging upon the thecal sac, right lateral recess and narrowing the neural foramina bilaterally, right greater than left. The herniation also impinges upon the spinal cord.
- MRI report of the lumbar spine without contrast from Kolb Radiology dated 09/07/20. Impression: (1) Shallow subligamentous disc herniation L5-S1 impinging upon the thecal sac abutting the bilateral extra thecal S1 nerve roots. (2) There is also a focal central posterior disc herniation at L2-3 impinging upon the thecal sac. (3) Disc bulge at L4-5.
- PT daily notes from All Boro Medical Rehabilitation, PLLC dated 06/17/21.
- Evaluation lumbar report from Dr. Alex Chan dated 07/21/20.
- Daily notes OV cervical P1/P2 from Dr. Nicole Dutra dated 07/23/20 to 07/30/20.
- Daily notes OV cervical P1/P2 from Dr. Brandon Hulasiya dated 07/27/20 to 08/17/20.
- Daily notes OV cervical P1/P2 from Dr. Alex Chan dated 08/06/20.
- Diagnosis & treatment plan report dated 07/22/20.
- Progress notes from Dr. Larry Piretra dated 08/10/20 to 08/25/20.
- Daily notes OV cervical P1/P2 from Dr. Christopher Repecki dated 08/13/20.
- Progress note lumbar from Dr. Larry Piretra dated 08/19/20.
- Daily notes OV cervical P1/P2 from Dr. Larry Piretra dated 08/12/20.
- Daily notes OV cervical P3 from Dr. Larry Piretra dated 08/26/20 to 09/23/20.
- Daily note OV cervical P3 from Dr. Kristina Bilanova dated 08/27/20.
- Daily note OV cervical P3 from Dr. Joshua Wasserman dated 09/11/20.

3 | Page

Examinee Name: Olfans, Tomasz
Examination Date: April 19, 2023

**PHYSICAL DESCRIPTION:** The claimant is a 5' 11" tall and weighs 190 lbs., 31-year-old male, with blue eyes.

**SYMPTOMATOLOGY:** The claimant did not provide any information regarding his current areas of pain.

**GENERAL OBSERVATIONS:** The claimant had a normal appearance and posture.

No limp or antalgic gait was observed.

He was asked to inform me as to any pain or tenderness during the examination. All ROM measurements were taken with the aid of a standard hand-held goniometer. ROM normal values are in accordance with both the NYS WC guidelines and AMA guidelines, 5th Edition.

**EXAMINATION OF THE CERVICAL SPINE:** Examination of the cervical spine revealed no spasms. There was no paraspinal tenderness or trapezii tenderness to palpation. Neurological examination of the upper extremities demonstrated normal muscle testing to be 5/5 throughout. Sensory responses were intact throughout the upper extremities. Deep tendon reflexes of the biceps, triceps and brachioradialis were 2+ and equal bilaterally. Spurling's test was negative. Axial load test was positive to the left shoulder.

CERVICAL SPINE

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 50° | 50° |
| EXTENSION | 60° | 50° |
| RIGHT ROTATION | 80° | 50° |
| LEFT ROTATION | 80° | 50° |
| RT. LATERAL FLEXION | 45° | 25° |
| LT. LATERAL FLEXION | 45° | 25° |

**EXAMINATION OF THE LUMBAR SPINE:** Examination of the lumbar spine revealed no paraspinal spasms. There was no paraspinal tenderness upon palpation. Neurological examination of the lower extremities demonstrated muscle testing to be 5/5 throughout. Sensory responses were intact throughout the lower extremities. Patellar and Achilles reflexes were 2+ and equal bilaterally. Straight leg raise test negative with left leg elevated to 70 degrees and right leg elevated to 60 degrees. Seated straight leg raising test was negative. Acetabular rotation test was positive. Waddell's signs were positive. The claimant was able to arise on heels and toes.

LUMBAR SPINE

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 60° | 50° |
| EXTENSION | 25° | 20° |
| RT LATERAL BENDING | 25° | 20° |
| LFT LATERAL BENDING | 25° | 20° |

4 | P a g e

Examinee Name:     Olfans, Tomasz
Examination Date:  April 19, 2023

**EXAMINATION OF THE RIGHT KNEE:** Examination of the right knee revealed no tenderness to palpation. There was no effusion. There was no atrophy of the quadriceps. McMurray's test was negative. Lachman's test was negative. Anterior drawer sign was negative. Posterior drawer sign was negative. Patello-femoral crepitus was not present. Valgus & Varus stress test was stable. The claimant lacks additional objective findings.

**RIGHT KNEE**

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 150° | 90° |
| EXTENSION | 0° | 0° |

There was suboptimal during the examination.

**EXAMINATION OF THE LEFT KNEE:** Healed portal incisions were noted. Examination of the left knee revealed medial and lateral joint line tenderness to palpation. There was no effusion. There was no atrophy of the quadriceps. McMurray's test was negative. Lachman's test was negative. Anterior drawer sign was negative. Posterior drawer sign was negative. Patello-femoral crepitus was not present. Valgus & Varus stress test was stable. The claimant lacks additional objective findings.

**LEFT KNEE**

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 150° | 90° |
| EXTENSION | 0° | 0° |

There was suboptimal during the examination.

**HEAD TRAUMA/LOSS OF CONSCIOUSNESS/CONCUSSION/POST-CONCUSSION SYNDROME/POSTTRAUMATIC STRESS/ANXIETY**: I defer comment to the appropriate specialty.

**DIAGNOSES**: The claimant presents with diagnoses of:

1. Cervical spine sprain/strain, resolved.
2. Lumbar spine sprain/strain, resolved.
3. S/P Left knee arthroscopic surgery on March 7, 2022, recovered.

**DISCUSSION:** Upon examination, the claimant did exhibit decreased range of motion. It should be noted that the findings of range of motion testing are subjective and represent voluntary movements, which are fully under the control of the claimant being examined, and therefore, are not a truly objective finding. Positive acetabular rotation test and positive axial load test is a Waddell's sign and suggests a possible non-organic component to pain.

**DISABILITY**: In my opinion, currently there is no orthopedic causally related disability.

5 | P a g e

Examinee Name: Olfans, Tomasz
Examination Date: April 19, 2023

I, Ronald D. Snyder, M.D. M.S. being a Diplomate of the American Board of Orthopaedic Surgery, am duly licensed to practice medicine in the State of New York. I affirm, under the penalties of perjury, that the information contained within this document was prepared and is the work product of the undersigned, and is true to the best of my knowledge and information.

If any additional information is made available for my review, I will be happy to re-evaluate my position at that time.

It is understood that no doctor/patient relationship exists or is implied by this examination. This individual was examined with reference to the specific complaints emanating from the original injury. Any other medical conditions, which were either unreported or felt to be unrelated to the original injury are considered to be beyond the scope of this examination.

All opinions expressed are based upon a reasonable degree of medical certainty.

I, Ronald D. Snyder, M.D. M.S., hereby affirm pursuant to CPLR 2106 under the penalties of perjury that I am a physician, duly licensed to practice medicine in the State of New York and I am not a party to the action herein. I further affirm pursuant to CPLR 2106 and under the penalties of perjury that the statements made in this report are true and accurate.

I attest to having the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue in this case. I have current, relevant, knowledge and experience to render an opinion for this case, and my opinions and conclusions are based solely upon the review of the records submitted as well as the results of my examination, if applicable. There is no conflict of interest known to me regarding this specific case. I have received no financial incentive or compensation that is dependent in any way on the opinion I have rendered. No delegation of this examination and/or review was rendered.

Sincerely,

*[signature: Ronald D. Snyder, MD]*

Ronald D. Snyder, M.D. M.S.
Diplomate of American Board
of Orthopaedic Surgery
License # 300922-1

RS:zb

Ronald D. Snyder, MD, MS
**Curriculum Vitae**

**Education:**

 **Pennsylvania State University** - University Park, PA
  B.S. Biology, 1986.
  Graduation with High Distinction
  Hammond Scholarship Recipient

 **University of Pennsylvania** - Philadelphia, PA
  Doctor of Medicine, 1991.
  American Heart Association - Merck Medical Student Research
   Fellowship, 1989-1990.

 **Southern Illinois University School of Medicine** - Springfield, IL
  Internship in General Surgery, 1991-1992.
  Residency in Orthopaedic Surgery, 1992-1995.
  Chief Residency in Orthopaedic Surgery, 1995-1996.

 **Rancho Los Amigos Medical Center** - Downey, CA
  Orthopaedic Resident in Orthopaedic Surgery and Rehabilitation January to June, 1994.
   Pediatric Orthopaedics, Head Injury and Stroke,
   Problem Fractures, and Diabetic Foot Amputees.

 **Orlando Regional Medical Center** - Orlando, FL
  Pediatric Orthopaedics Fellowship, August 1996 to July 1997.
  Chief of Service - Charles T. Price, MD

 **New York University School of Graduate Arts and Sciences** –
 New York, NY
  Masters of Science - Ergonomics and Biomechanics – May 2015

**Additional Professional Development:**

Engineering Mechanics – Statics- Three credit course college course through Danville Community College, Danville Virginia completed December 2011.

Engineering Mechanics – Dynamics - Three credit course college course through Danville Community College, Danville Virginia completed May 2012.

Introduction to Engineering Mechanics by Georgia Institute of Technology on Coursera. Certificate earned on January 27, 2016

Applications in Engineering Mechanics by Georgia Institute of Technology on Coursera. Certificate earned on February 17, 2016

Mechanics of Materials I: Fundamentals of Stress & Strain and Axial Loading by Georgia Institute of Technology on Coursera. Certificate earned on March 25, 2016.

Mechanics of Materials II: Thin-Walled Pressure Vessels and Torsion by Georgia Institute of Technology on Coursera. Certificate earned on April 26, 2016.

Engineering Systems in Motion: Dynamics of Particles and Bodies in 2D Motion by Georgia Institute of Technology on Coursera. Certificate earned on June 1, 2016.

Mechanics of Materials III: Beam Bending by Georgia Institute of Technology on Coursera. Certificate earned on June 8, 2016.

Calculus 1: Completed 5 credit college course by Indiana University East August 2018 – December 2018

Summary Statistics in Public Health by Johns Hopkins University on Coursera. Certificate earned on March 17, 2019.

Calculus 2: Completed 4 credit college course by Brandman University August 2019-December 2019.

Calculus 3: Completed 4 credit college course by Brandman University February 2020-June 2020.

**Licenses:**

Illinois (Inactive) – 125026523
Florida (Inactive) – ME70210
New Jersey – MA69755
New York - 300922-1

**Certification**:

    Board Certified, American Board of Orthopaedic Surgery, July 1999.
    Board Re-Certified, American Board of Orthopaedic Surgery, 2009-2019
    Board Re-Certified, American Board of Orthopaedic Surgery, 2019-2029
    New York Worker's Compensation Board – Authorization Date 10/22/2019 for Independent Medical Examinations

**Professional Memberships:**

    Fellow of American Academy of Orthopaedic Surgeons
    Pediatric Orthopaedic Society of North America

**Employment:**

    Angelides, Hinds, Coll, Nadler, and Rosabal, PA
    7100 W. 20th Ave. Suite 101
    Hialeah, FL  33016
    September 1997 – June 1999
    Scope of practice – General Orthopaedics, Adult and Pediatric Trauma

    Garden State Orthopaedic Associates, PA
    28-04 Broadway
    Fair Lawn, NJ  07410
    October 1999 – August 2001
    Scope of practice – General Orthopaedics, Adult and Pediatric Trauma

    Pediatric Orthopaedic Specialties, PA
    Ronald D. Snyder, MD
    22 Madison Avenue, Suite 102
    Paramus, NJ  07652
    September 2001 – Present
    Scope of practice – General Orthopaedics, Adult and Pediatric Trauma 9/2001 to 6/2003
    Current scope of practice – Youth, Adolescent, and Young Adult orthopaedics focused on sports-related injuries

**Consulting:**

    Physician's Integrated Medical Referrals
    585 Stewart Avenue
    Garden City, NY  11530
    January 2020 – December 31, 2020

    Patel Kao Pain and Rehab Associates, LLC
    364 Parsippany Rd, Ste 9B
    Parsippany, NJ  07054-5110
    March 2020 - Present

**Staff Appointments:**

    **Palmetto General Hospital** – Hialeah, FL
        Active Medical Staff
        September 1997 – June 1999

    **Parkway Regional Medical Center** – North Miami Beach, FL
        Active Medical Staff
        January 1998 – June 1999

    **Aventura Medical Center** – Aventura, FL
        Active Medical Staff
        January 1999 – June 1999

    **Hialeah Hospital** – Hialeah, FL
        Active Medical Staff
        January 1999 – June 1999

    **Chilton Memorial Medical Center** – Pompton Plains, NJ
        Active Medical Staff
        July 2002 – August 2014

    **The Valley Hospital** - Ridgewood, NJ
        Active Medical Staff
        October 2000 – September 2016

    **Hackensack University Medical Center** – Hackensack, NJ
        Active Medical Staff
        October 1999 – August 2018
        Affiliate Medical Staff
        September 2018 - Current

    **St. Joseph's Hospital and Medical Center** – Paterson, NJ
        Active Medical Staff
        January 2000 – Current

**Meetings Attended:**

    **International Pediatric Orthopaedic Symposium** – May 26-30, 1999.
        Chicago, Illinois.

    **New York Medical College, Pediatric Fracture Update** – December 1, 1999.
        Rye, NY

    **Third Annual International Pediatric Orthopaedic Symposium** –
        May 24-28, 2000. San Francisco, CA

    **Columbia University College of Physicians and Surgeons, Current Techniques in Upper and
        Lower Extremity Trauma** – June 1 & 2, 2001. New York, NY.

**12th Annual Baltimore Limb Deformity Course** – September 1-5, 2002. Baltimore, MD.

**New Jersey Orthopaedic Society, 23rd Annual Fall Symposium** – October 25, 2003.

**International Pediatric Orthopaedic Symposium** – December 3-7, 2003. San Diego, CA.

**Pediatric Orthopaedic Society of North America Annual Meeting** – April 28- May 1, 2004. St. Louis, MO.

**American Academy of Orthopaedic Surgeons Annual Meeting** – February 23-27, 2005. Washington, D.C.

**Pediatric Orthopaedic Society of North America Annual Meeting** – May 12-15, 2005. Ottawa, ONT

**AAOS Maintenance of Certification Preparation and Review** – November 17-19, 2006. Washington, DC

**Gait and Clinical Movement Analysis Society Annual Meeting** – April 2-5, 2008. Richmond, VA

**Risk Management and Patient Safety Institute** – October 22, 2008. Hanover, NJ

**Nemours Foundation Update on Management of Children with Cerebral Palsy** – November 5-7, 2008. Wilmington, DE

**Pediatric Orthopaedic Society of North America Annual Meeting** – April 29-May 2, 2009. Boston, MA

**Pediatric Orthopaedic Society of North America Annual Meeting** – May 4 – May 7, 2010. Waikoloa, HI

**AAOS/POSNA Cutting Edge Techniques in Sports Surgery for Children and Adolescents** – June 25-26, 2010. Rosemont, IL

**Hospital for Special Surgery - An Exercise in Self-Assessment of your Orthopaedic Knowledge: Preparation for MOC** – September 10, 2011. New York, NY.

**AMA Guides to the Evaluation of Permanent Impairment, 6th ed. Review of Principles of Disability Assessment** – August 11-12, 2012. Chicago, IL.

**AAOS 14th Annual Course in Occupational Disorders** – November 2-4, 2012. San Antonio, TX

**Pediatric Orthopaedic Society of North America Annual Meeting** – May 3, 2013. Toronto, ON. Canada

**American Academy of Pain Musculoskeletal Ultrasonography Level 1 Course** – August 23, 2014. Newark, NJ

**Catholic Medical Society Annual Meeting** – October 1-3, 2015. Philadelphia, PA

**Combined European Pediatric Orthopaedic Society and Pediatric Orthopaedic Society of North America Annual Meeting** – May 3-6, 2017. Barcelona, Spain

**World Master's Course "Principles and Practice of Conservative Scoliosis Treatment" Italian Scientific Spine Institute (ISICO).** – February 2018-November 2018. Milan, Italy.

**Catholic Medical Society Annual Meeting** – October 25-28, 2019. Nashville, TN.

**Pediatric Orthopaedic Society of North America Annual Meeting (Virtual)** – May 13, 2020.

**Publications:**

**Snyder R,** Pierrynowski M, Orlin M, Robertson W: Gait Cycle Length Variability in Children with Juvenile Rheumatoid Arthritis Compared to Matched Controls. Abstract presented at the Sixth Annual East Coast Clinical Gait Conference, East Lansing Michigan – December 6, 1990.

**Snyder R**, Pierrynowski M, Orlin M, Roberston W: An Approach to the Gait Analysis of Children with Juvenile Rheumatoid Arthritis. University of Pennsylvania Orthopaedic Journal 1991; 7: 22-25.

Eberle CF, **Snyder R**, Hill S: The Effect of Distal Hamstring Transfers on the Gait of Patients with Low Lumbar Myelomeningocele. Abstract presented At the Pediatric Orthopaedic Society of North America – May 1, 1995.

**Snyder R**, Powers CM, Fontaine C, Perry J: The Effect of Five Prosthetic Feet On the Gait and Loading of the Sound Limb in Dysvascular Below-Knee Amputees. Journal of Rehabiliation, Research, and Development. November 1995; v35 [4]: 309-315.

**References:**

Charles T. Price, MD
Emeritus Chief of Surgery
Nemours Childrens Clinic
83 W. Columbia St.
Orlando, FL  32806

Vincent McInerny, MD
Program Director of St. Joseph's Orthopaedic Residency Program
St. Joseph's Hospital and Medical Center
703 Main St.
Paterson, NJ  07503

Shira Schecter-Weiner, PT, PhD, CIE
Master's Degree Program Director
NYU Ergonomics and Biomechanics
Occupational and Industrial Center
63 Downing St.
New York, NY  10014

Index No: 59291/22    SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF WESTCHESTER

TOMASZ OLFANS,

Plaintiff,

-against-

RICARDO A TORIBIO CALDERON, NATHAN VANDERSLICE, AND JOSE HERRERA,

Defendants,

EXPERT WITNESS DISCLOSURE AND EXHIBITS

**JAMES F. BUTLER & ASSOCIATES**
Attorneys for Defendant
Nathan J. Vanderslice
P. O. Box 9040
300 Jericho Quadrangle, Suite 260
Jericho, NY 11753
(516) 229-6000

Attorney Certification:
The undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information, belief and reasonable inquiry, the contentions contained in the above referenced documents are not frivolous.

Dated:  Jericho, New York
        May 22, 2023

_____
NICOLE M. PASLOW, ESQ.

**SUBIN ASSOCIATES, LLP**
Attorneys for Plaintiff
Tomasz Olfans
150 Broadway
23rd Floor
New York, NY 10038
(212) 285-3800
info@subinlaw.com

**LAW OFFICES OF JOHN TROP**
Attorneys for Co-Defendants
Ricardo A. Torbio Calderon and Jose L. Herrera
120 White Plains Road, Suite 200
Tarrytown, NY 10591-5536
(914) 620-0100

Sincerely,
**JAMES F. BUTLER & ASSOCIATES**
Attorneys for Defendant
Nathan J. Vanderslice
P. O. Box 9040
300 Jericho Quadrangle, Suite 260
Jericho, New York 11753
(516) 229-6000