# EXHIBIT B

IME Companions
PO Box 90398
Staten Island, NY  10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

| BILL TO |
| --- |
| Subin Associates, LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 5828 | 04/01/2023 | $10,755.00 | 05/01/2023 | | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 04/03/2023 | IME Companion | Felipe Batista- 2 hours<br>Dr. Nicholas Post     Neuro<br>9020 5th Ave. Brooklyn NY 11209<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/03/2023 | IME Companion | Juana Rivera- 1.5 hours<br>Dr. Yong Kim     Ortho<br>145 East 32nd St. New York NY 10016<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/03/2023 | IME Companion | Mohammed Yasin- 1.5 hours<br>Dr. David Essig     Chiro<br>717 Church Avenue, Brooklyn, NY 11218<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/04/2023 | IME Companion | Rafael Moreno- 1.5 hours<br>Dr. Salvatore Lenzo     Ortho<br>955 5th Avenue, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/05/2023 | IME Companion | Maria Ortega-1 hour<br>Dr. Adam Bender     Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/07/2023 | IME Companion | Allendy Nunez Jimenez- 1.5 hours<br>Dr. Douglas Unis    Ortho<br>300 Cadman Plaza. Brooklyn, NY 11201<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/07/2023 | IME Companion | Maria Ortega- 1.5 hours<br>Dr. Jason Baynes     Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/07/2023 | IME Companion | Miguel Bienvanido Bermeo Vera- 1 hour<br>Dr. Krishn Sharma     Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/07/2023 | IME Companion | Andrei Perciun- 1 hour<br>Dr. Yong Kim     Ortho | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/10/2023 | IME Companion | 145 East 32nd St. New York NY 10016<br>Served subpoena<br>Yajaira Murillo- 2 hours<br>Dr. Bradley Wiener     Ortho<br>3626 East Tremont Avenue, Bronx, NY 10465<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/11/2023 | IME Companion | Carlos Andrade Salazar- 1.5 hours<br>Dr. Paul Lerner     Neuro<br>30-80 31st Apollo Imaging Building, Astoria, NY 11102<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/12/2023 | IME Companion | Danielle Wadler- 1.5 hours<br>Dr. Jeffrey Goldstein<br>111 Broadway, New York, NY 10006<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/13/2023 | IME Companion | Jimmy Pelaez- 2 hours<br>Dr. Dorothy Scarpinato     Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/13/2023 | IME Companion | Danny Castro Bajana- 1.5 hours<br>Dr. Dorothy Scarpinato     Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/13/2023 | IME Companion | Jaavoni Johnson- 1.5 hours<br>Dr. Dorothy Scarpinato     Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/13/2023 | IME Companion | Yuderkis Martinez- 2 hours<br>Dr. Neil Roth     Ortho<br>210 East 64th Street, New York, NY 10065<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/14/2023 | IME Companion | Jean Sine- 2.5 hours<br>Dr. Warren Cohen     Neuro<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served subpoena | 1 | 360.00 | 360.00 |
| 04/14/2023 | IME Companion | Roberto Javier- 1 hour<br>Dr. Lloyd Saberski     PM&R<br>50 Main Street, White Plains, NY 10606<br>Outside NYC<br>Served subpoena | 1 | 285.00 | 285.00 |
| 04/17/2023 | IME Companion | Juana Young- 3 hours<br>Dr. August Buerke     Ortho<br>224 West 35th Street, New York, NY 10001<br>Served subpoena | 1 | 405.00 | 405.00 |
| 04/17/2023 | IME Companion | Yanira Lantigua- 2 hours<br>Dr. Gregory Galano     Ortho<br>241 Ocean Parkway, Brooklyn, NY 11218<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/18/2023 | IME Companion | Roberto Javier- 1 hour<br>Dr. Salvatore Lenzo     Ortho<br>955 5th Avenue, New York, NY 10075 | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/19/2023 | IME Companion | Ivan Lchkevych- 1.5 hours<br>Dr. Allan Rubenstein Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/19/2023 | IME Companion | Lucia Quezada- 1 hour<br>Dr. Allan Rubenstein    Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/19/2023 | IME Companion | Bryan Montas- 1.5 hours<br>Dr. Allan Rubenstein Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/19/2023 | IME Companion | Tomasz Olfans- 2.5 hours<br>Dr. Ronald Snyder    Ortho<br>99 Court Street, White Plains, NY 10601<br>Outside NYC<br>Served subpoena | 1 | 420.00 | 420.00 |
| 04/19/2023 | IME Companion | Jaavoni Johnson- 1.5 hours<br>Dr. Joseph Yellin    Neuro<br>1599 East 15th Street, Brooklyn, NY 11230<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/20/2023 | IME Companion | Jose Gonzalez- 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Robert Mitchell- 1 hour<br>Dr. Adam Bender    Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Halmar Reyes Guevara - 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Demetria Jones- 1.5 hours<br>Dr. Dorothy Scarpinato    Ortho<br>176 Hicksville Road, Bethpage, NY 11714<br>Outside NYC<br>Served subpoena | 1 | 345.00 | 345.00 |
| 04/20/2023 | IME Companion | Sohail Butt Karim- 1.5 hours<br>Dr. Marc Chernoff    Ortho<br>800 Woodbury Road, Woodbury, NY 11797<br>Outside NYC<br>Served subpoena | 1 | 345.00 | 345.00 |
| 04/21/2023 | IME Companion | Nicholas Brooks- 1.5 hours<br>Dr. Frank Lombardo    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/21/2023 | IME Companion | Rohan Manragh- 1 hour<br>Dr. Dana Mannor    Ortho<br>28 Sycamore Lane, Commack, NY 11725<br>Outside NYC<br>Served subpoena | 1 | 300.00 | 300.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/21/2023 | IME Companion | Manuel Quishpe Llongo- 4 hours<br>Dr. William Barr    Neuro psych<br>724 2nd Avenue, New York, NY 10016<br>Served subpoena | 1 | 495.00 | 495.00 |
| 04/21/2023 | IME Companion | Michael Aragona- 2 hours<br>Dr. August Buerkle    Ortho<br>2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served subpoena | 1 | 375.00 | 375.00 |
| 04/21/2023 | IME Companion | Rigoberto Reyes Suarez- 2 hours<br>Dr. Tanuj Palvia    Anesthesia/PM<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/21/2023 | IME Companion | Carlos Andrade Salazar- 1 hour<br>Dr. Frank Lombardo    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 225.00 | 225.00 |

We appreciate your business and look forward to helping you again soon.

**BALANCE DUE** **$10,755.00**