

### Best departing flights

Ranked based on price and convenience. Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

| | 5:50 AM → 8:05 PM | | $528 round trip |
| --- | --- | --- | --- |
| | IAH            EWR | | 215 kg CO2e |
| | 1 stop · 13 hr 15 min · Spirit | | +18% emissions |

| | 6:00 AM → 8:49 PM | | $677 round trip |
| --- | --- | --- | --- |
| | HOU            LGA | | 330 kg CO2e |
| | 2 stops · 13 hr 49 min · American · Operated by Envoy Air as American Eagle, Re… | | +81% emissions |

| | 7:45 AM → 8:00 PM | | $834 round trip |
| --- | --- | --- | --- |
| | IAH            EWR | | 433 kg CO2e |
| | 1 stop · 11 hr 15 min · United · Operated by Gojet Airlines DBA United Express | | +138% emissions |

### Other departing flights





| | | |
|---|---|---|
| 6:00 AM → 8:59 PM<br>HOU　　　　LGA<br>1 stop · 13 hr 59 min · American · Operated by Envoy Air as American Eagle | $990<br>round trip<br>272 kg CO2e<br>+49% emissions | |
| 8:53 AM → 8:07 PM<br>IAH　　　　JFK<br>2 stops · 10 hr 14 min · American · Operated by Envoy Air as American Eagle | $1,064<br>round trip<br>326 kg CO2e<br>+79% emissions | |
| 6:45 AM → 8:00 PM<br>IAH　　　　JFK<br>1 stop · 12 hr 15 min · American | $1,647<br>round trip<br>233 kg CO2e<br>+28% emissions | |

11 more flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more