

### Returning flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sort by: 

| Flight | Price |
|---|---|
| 10:56 PM → 6:51 AM +1, EWR — IAH, 1 stop · 8 hr 55 min · Spirit | $528 round trip, 183 kg CO2e, Avg emissions |
| 9:00 PM → 12:12 AM +1, EWR — IAH, Nonstop · 4 hr 12 min · Spirit | $601 round trip, 164 kg CO2e, -12% emissions |





Displayed currencies may differ from the currencies used to purchase flights. Learn more