**WARNER & SCHEUERMAN**
**Attorneys at Law**
**6 West 18th Street, 10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                              March 8, 2024

<u>**VIA ECF**</u>

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
      <u>Case No.: 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Chen:

    We represent defendants Safa Gelardi ("Safa"), Vito Gelardi ("Vito") and IME Companions LLC and write to inform the Court, in accordance with its Status Report Order of March 1, 2024, that we have been advised by the real estate attorney for Safa and Vito that the closing of the sale of their Staten Island home has not yet been scheduled.

    We have further been advised that the purchaser's loan application remains "in underwriting" and that the lender has not cleared the loan for closing.

                                                      Respectfully,

                                                      */s/ Jonathon D. Warner*

JDW/ks

cc:   All counsel (via ECF)