**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                March 28, 2024

**VIA ECF**

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
      Case No.: 1:22-cv-1032 (PKC)(JRC)

Dear Judge Chen:

    We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC and write to inform the Court, in accordance with its Minute Order of March 19, 2024, that we have been advised that the closing of the sale of the individual defendants' Staten Island home has not yet been scheduled.

    We have further been advised that the closing is "close" and that a closing date might be agreed upon next week.

                                                Respectfully,

                                               */s/ Jonathon D. Warner*

JDW/ks

cc:   All counsel (via ECF)