**WARNER & SCHEUERMAN**
**Attorneys at Law**
**6 West 18th Street, 10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                             April 5, 2024

<u>VIA ECF</u>

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

    Re:    *IME Watchdog, Inc. v. Gelardi, et al.*
              Case No.: 1:22-cv-1032 (PKC)(JRC)

Dear Judge Chen:

      We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC and write to inform the Court, in accordance with its Minute Order of March 29, 2024, that we have been advised that the closing of the sale of the individual defendants' Staten Island home has been scheduled for April 12, 2024.

                                                                                                             Respectfully,

                                                                                      */s/ Jonathon D. Warner*

JDW/ks

cc:    All counsel (via ECF)