**From:** Conor McDaniel <conor@giantpartners.com>
**Sent:** Tuesday, April 25, 2023 11:35 AM
**To:** IME Legal Reps <imelegalreps@gmail.com>
**Subject:** Re: GP - IME Legal Reps

Thank you, Safa - I will reach out in a couple minutes to confirm we are in.


Cheers,

**CONOR MCDANIEL**
Director of Operations

conor@giantpartners.com
(805) 267-1575 x151
Connect on LinkedIn

On Tue, Apr 25, 2023 at 8:25 AM IME Legal Reps <imelegalreps@gmail.com> wrote:

see credentials

Safa1125
Pupa0507!!

On Tue, Apr 25, 2023 at 11:08 AM Conor McDaniel <conor@giantpartners.com> wrote:

Hey Safa,

On my way into the office now - I see Estefania is working with you and Eugene on it now.

If there is an issue with the imecompanions domain, we will need access to the domain registrar (ex. GoDaddy) that imecompanions.com is in.

Can you send those login credentials over to Estefania?


Cheers,

**CONOR MCDANIEL**
Director of Operations
conor@giantpartners.com
(805) 267-1575 x151
Connect on LinkedIn

On Tue, Apr 25, 2023 at 7:05 AM IME Legal Reps <imelegalreps@gmail.com> wrote:

Conor, you have to fix this. People are associating imecompanions to imelegalreps and that is a significant issue. we will sue giant partners if we lose any clients because of this and it looks like we will. we are not imecompanions and the site should not be linked. this has to be fixed NOW

On Wed, Apr 12, 2023 at 1:53 PM Conor McDaniel <conor@giantpartners.com> wrote:

Hey Safa,

I hope all has been well! It's great to have you back on board.

I want to introduce you to your Account Manager, Estefania Sedano! You're in excellent hands with Estefania.

I've been brought up to speed and notified that the immediate high-priority item is to develop a new logo and transfer the IME Companions website over to the imelegalreps.com domain and rebrand for IME Legal Reps.

A couple of questions for you:

- The GoDaddy Credentials you provided to Corey are incorrect. Can you check on those and send over the updated credentials?
- For IME Legal Reps, can we use the same colors as IME Companions?

Thank you, Safa!

Cheers,

**CONOR MCDANIEL**
Director of Operations
conor@giantpartners.com
(805) 267-1575 x151
Connect on LinkedIn



3

**From:** Corey Weissman <corey@giantpartners.com>
**Sent:** Thursday, June 1, 2023 5:28 PM
**To:** Safa Gelardi <safagelardi@gmail.com>; IME Legal Reps <imelegalreps@gmail.com>; 4536250@bcc.hubspot.com
**Subject:** Re: GiantPartners Follow up- Update for IMELegalReps & Eugene

Hi Safa and Eugene,

I hope all is well with you, I wanted to check in and see if you have any updates regarding the marketing for IME Legal Reps?

We were waiting for your response on 5/15 regarding the court date you mentioned and we hope to hear from you soon!

Please let me know if there's a good day or time we can talk!

All my best,

Corey

**COREY WEISSMAN**

1

Giant Partners

Database Marketing Specialist
corey@giantpartners.com

Office: (805) 267-1575 ext 126

Direct: (805) 871-0425

Connect on Linkedin

On Tue, May 30, 2023 at 2:12 PM Corey Weissman <corey@giantpartners.com> wrote:

Hi Safa,

I hope all is well with you, I wanted to check in and let you know we have been unsuccessful in reaching Eugene and we would like to know what's going on with IMELegalReps.

Can we start marketing? Can you have Eugene call us?

He hasn't picked up his phone and won't respond via email.

Please let me know ASAP.

Thanks,

Corey

**COREY WEISSMAN**

Giant Partners

Database Marketing Specialist
corey@giantpartners.com

Office: (805) 267-1575 ext 126

Direct: (805) 871-0425

2

Connect on Linkedin

- 

3

**From:** Corey Weissman <corey@giantpartners.com>
**Sent:** Wednesday, March 20, 2024 11:22 AM
**To:** eugene@imecompanions.com; IME Legal Reps <imelegalreps@gmail.com>; Safa Gelardi <safagelardi@gmail.com>; Safa Gelardi <sgelardi@imecompanions.com>
**Subject:** GiantPartners Follow up- New Agreement

Hi Eugene,

It was a pleasure speaking with you yesterday and today regarding your website and us potentially working together again.

I would like to schedule a call with you and Safa and Jeremy and myself so we can discuss what you guys need and that way we can customize the agreement and present a new price structure to you.

Please let me know your availability for a call as we look forward to hearing from you and working with you again soon.

All my best,

1

Corey

**COREY WEISSMAN**

Giant Partners, Database Marketing Advisor

Call: (805) 267-1575 ext 126

Text: (805) 625-9332

Email: corey@giantpartners.com

Calendar: Book meeting

Linkedin: Connect

-