UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                                  Plaintiff,

        -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                                 Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**PLAINTIFF'S EXHIBIT LIST FOR MAY 29, 2024 <u>CONTEMPT HEARING</u>**

      Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff") respectfully submits the instant exhibit list pursuant to this Court's Orders dated April 17, 2024 and May 7, 2024 in advance of the hearing scheduled for Wednesday, May 29, 2024 at 10:00 AM.

1) Defendant Safa Abdulrahman Gelardi's ("Safa") Deposition Transcript dated February 2, 2023 (ECF Docket Entry 154-4)

2) Safa's Deposition Transcript dated February 3, 2023 (ECF Docket Entry 154-5)

3) Exhibit A to Plaintiff's letter motion for extension of time (ECF Docket Entry 319-1)

4) Plaintiff's second supplemental Declaration in further support of motion for contempt with accompanying exhibits A through P (ECF Docket Entry 321)

5) Safa's Deposition Exhibit 10 (V&S Holdings)

6) Exhibit A through I to Plaintiff's Motion for Attorneys' Fees (ECF Docket Entries 262-1, 262-2, 262-3, 262-4, 262-5, 262-6, 262-7, 262-8, and 262-9)

7) Exhibits A and B to Defendants' Response in Opposition to Renewed Motion for Attachment (ECF Docket Entries 274-1 and 274-2)

8) Defendants' Letter Response in Opposition to Plaintiff's Motion for Contempt (ECF Docket Entry 328)

9) April 4, 2022 hearing transcript (ECF Docket Entry 46-1)

10) March 27, 2023 hearing transcript (ECF Docket Entry 197-5)

11) May 4, 2023 hearing transcript (ECF Docket Entry 219-1)

12) Giant Partners, Inc.'s production of documents in response to subpoena (available by link in ECF Docket Entry 326) together with Certification of Authenticity

13) Declaration of Safa A. Gelardi dated April 27, 2023 (ECF Docket Entry 202-3)

14) Declaration of Vito Gelardi dated April 27, 2023 (ECF Docket Entry 202-4)

15) Declaration of Eugene Liddie dated February 27, 2024 (ECF Docket Entry 282)

16) Declaration of Safa A. Gelardi dated May 10, 2024 (ECF Docket Entry 328-2)

17) Declaration of Vito Gelardi dated May 10, 2024 (ECF Docket Entry 328-3)

18) Website Sales Agreement (ECF Docket Entry 202-2)

Dated: Lake Success, New York
      May 15, 2024

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**
By: */s/Jamie S. Felsen, Esq.*
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

Dated: Jamaica, New York
      March 8, 2024

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.

                                                              18211 Jamaica Avenue  
                                                              Jamaica, NY 11423-2327  
                                                              (718) 412-2421 (office)  
                                                              (917) 807-7819 (cellular)  
                                                              (718) 489-4155 (facsimile)  
                                                              emanuel@sagelegal.nyc  

                                                             *Additional Attorneys for Plaintiff*  
                                                             *IME WatchDog, Inc.*

**VIA ECF**  
All counsel of record