UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IME WATCHDOG, INC.,

                 Plaintiff,

Case No.: 1:22-cv-1032 (PKC) (JRC)

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS, NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                 Defendants.
-------------------------------------------------------------------X

**STATE OF NEW YORK** )
                            )ss:
**COUNTY OF NASSAU** )

      PARBATIE SINGH, being duly sworn, deposes and says:

      I am not a party to the action, am over eighteen years of age and reside at, Queens Village, New York.

      On May 24, 2024, deponent mailed the within: **Subpoena to Appear And Testify At A Deposition** by First Class Mail Delivery to:

Warner & Scheuerman
<u>Attn</u>: Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, NY 10011-4602

                                                      _____
                                                          PARBATIE SINGH

Sworn to before me this
24th day of May, 2024

_____

NETANEL NEWBERGER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02NE6133046
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 9/6/25