**PARK EVALUATIONS**

212-581-8877
eval@parkeval.com
www.parkeval.com

| Start time | End time | Speaker | Text |
|---|---|---|---|
| 00:00:00.00 | 00:00:05.19 | Safa Gelardi | To New York. It is a criminal's dream state. |
| 00:00:05.19 | 00:00:12.23 | Jeremy Koenig | Yeah. With California at close second. |
| 00:00:12.23 | 00:00:16.14 | Safa Gelardi | Yes. If they're not both at first place. You know? |
| 00:00:16.16 | 00:00:18.13 | Jeremy Koenig | Exactly. Yeah. |
| 00:00:18.14 | 00:00:52.05 | Safa Gelardi | You know what? We're going to... Criminals and predators in this. By the way, the woman that's suing me, you guys are going to be so confused by this. She was a money launderer for the Cali drug cartel. This is not even fake stuff. She was arrested. There was an FBI sting. She was arrested. She was in the middle of it. She laundered $225 million for the murderous Cali drug cartel. |
| 00:00:52.12 | 00:00:54.05 | Cory Weissman | Wow. |
| 00:00:54.07 | 00:01:07.02 | Safa Gelardi | Yes. I wish I could make this stuff up. I have to write a book about this, Cory. And The President of her company is a known convicted pedophile on top of that. |
| 00:01:07.05 | 00:01:09.23 | Cory Weissman | Oh, my goodness. |
| 00:01:09.26 | 00:01:24.06 | Safa Gelardi | I swear to God. Who actually was caught by one of those predator hunter.com website, where they try to talk to little girls and little boys, but on the other end, it's the actual police? |
| 00:01:24.08 | 00:01:27.14 | Cory Weissman | They set them up. Yes, totally. That's still crazy. |
| 00:01:27.16 | 00:02:27.14 | Safa Gelardi | They exposed them. Yes, they exposed them, they shame them, they put them on TV. You saw those shows, right? So that's the president of her company. And the judge is actually granting her almost everything she asks for. I'm just a simple mom, never did anything wrong in my life, never even spit on a sidewalk, never committed a crime, never been arrested, but yet I'm being sued because I stole her idea. It's an idea for God's sake. With that being said, it seems like criminals and predators just have way more rights than the average American. I'm just going to make my life simpler by shutting IME companions down, and I'm going to just move my clients over, move my business over to plaintiffadvocates.com and I need to change the website around a little bit to make it look like, "Hey, this is not the IME companions website." |
| 00:02:27.16 | 00:02:29.25 | Jeremy Koenig | Yeah, I understand. |
| 00:02:30.00 | 00:02:52.13 | Safa Gelardi | We move that to go. Or maybe make a better video, or let's do something stronger. Let's police that thing. Let's make it like, we'll... Because the gentleman who's going to be partner up with me is a detective with the NYP. He's going to be the face of the company. Did I lose you guys? |
| 00:02:52.15 | 00:02:55.21 | Jeremy Koenig | No, I just put the brand up there. |
| 00:02:55.23 | 00:03:24.17 | Safa Gelardi | Yeah, no worries. He's going to be the face of the company for the first 6 to 9, maybe a year or so until we get this criminal off my back. He's going to be the face of the company. Because he's a police officer, I was thinking maybe we go down that route, you know? I don't know. Something to protect your clients. Maybe not. Maybe not even because not everybody likes cops in New York. This is New York. We like criminals. |
| 00:03:25.19 | 00:03:27.07 | Jeremy Koenig | Totally. |

**PARK EVALUATIONS**

212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:03:27.13 | 00:03:49.02 | Safa Gelardi | With that being said, I want to change IME companion's website around a little bit, even though we just worked on this brand-new site. But we want to make minor changes where they can't say this is the same website. We want to deactivate the name, imecompanions.com from that website. So, if you go to imecompanions.com there is no website. |
| 00:03:49.11 | 00:03:52.18 | Jeremy Koenig | Well, this is it. But yeah. |
| 00:03:52.21 | 00:04:00.21 | Safa Gelardi | Yes. But you see the back end is what concerns me. The front-end doesn't mean anything to me. It's just a bunch of pictures that we can change and a bunch of words. |
| 00:04:00.22 | 00:04:01.11 | Jeremy Koenig | Yeah. |
| 00:04:01.13 | 00:04:20.21 | Safa Gelardi | Well, the back end, my clients are used to booking on the back end. So, I want to keep everything the same, and I'm going to call them up today as soon as we get finished with our call. And I'm going to tell them, please start booking with plaintiffadvocates.com Makes sense? |
| 00:04:20.22 | 00:05:25.22 | Jeremy Koenig | Totally. No, I mean, it sounds like to me that this is... Honestly, this is a simple rebrand, and we need to be shrewd and strategic about how we do it. Your Facebook account and your Google account, they allow you to change your name once, actually. So we can just change your name within those accounts and then associate them with a new URL. And there's no penalty for that. That is what we should do because I know those accounts are already established and they have history in there already. We can help you with the rebrand itself. A new logo, a new style, a new identity. Taking this existing content and putting it onto a new WordPress divvy template that looks nice, that's no problem at all. We can make it; we can upgrade the look and feel to your point. It doesn't really matter. What really the only thing that I'm assuming the only thing that would be litigable is the name itself. Is that a correct assumption? |
| 00:05:25.24 | 00:05:50.25 | Safa Gelardi | No. I don't want to link plaintiffadvocates.com to me. I want to link it to who's going to be the current owner. So there's an operating agreement. I think I should be fully transparent. There's an operating agreement between me and a gentleman named Eugene Liddy, who is the officer that I mentioned to you a couple of minutes ago. |
| 00:05:50.25 | 00:05:50.35 | Jeremy Koenig | Yeah. |
| 00:05:51.00 | 00:06:10.13 | Safa Gelardi | He will be the face and per se, owner of plaintiffadvocates.com face value. But there's an operating agreement behind the scenes where he doesn't own it. It's actually, he's a small partner in it. |
| 00:06:10.15 | 00:06:16.05 | Jeremy Koenig | Got it. It's plaintiff agreements, plural, dot com? |
| 00:06:16.07 | 00:06:20.03 | Safa Gelardi | Plaintiffadvocates dot com. |
| 00:06:20.03 | 00:06:21.26 | Jeremy Koenig | Plaintiffadvocates dot com. And you've already bought that domain? |
| 00:06:22.01 | 00:06:24.23 | Safa Gelardi | No, I'm actually in the process of buying it right now. |
| 00:06:24.25 | 00:06:27.17 | Jeremy Koenig | Okay. |
| 00:06:27.19 | 00:06:52.05 | Safa Gelardi | So I'm going to buy the domain. It was available. I have it in the cards. I was about to process the cards. I'm going to buy the domain and I'm going to buy the office. I don't want to link plaintiffadvocates.com to my name, but can we take all the content from Google and Facebook and all that stuff that we built already and move it to plaintiffadvocates.com without linking it to me? |



212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | | |
|---|---|---|---|---|
| 00:06:52.07 | 00:06:59.02 | Jeremy Koenig | I believe so. Even if we have to just recreate it, it's not that big of a deal. |
| 00:06:59.04 | 00:07:00.00 | Safa Gelardi | Okay. |
| 00:07:00.02 | 00:07:31.00 | Jeremy Koenig | There is some benefit to having your accounts established already, but I'll just talk to our web development team and get their opinion. Technically, the public owner of this company that's going to be associated to, for example, I'm assuming, the credit card that buys the site, the credit card that's paying for the advertising, the credit card that's paying for the hosting, blah, blah, blah. That is going to be this other person. What's their full name again? |
| 00:07:31.02 | 00:07:38.18 | Safa Gelardi | His name is Eugene. E-u-g-e-n-e L-i-d-d-y. |
| 00:07:38.18 | 00:07:58.18 | Jeremy Koenig | L-i-d-d-y. Got it. Okay, cool. Basically, the way I'm looking at this is we're going to set up a brand-new company, plaintiffadvocates.com Everything is going to be in Eugene Liddy's name. Now, should we write up a new giant partners agreement under Eugene Liddy? |
| 00:07:58.21 | 00:08:02.18 | Safa Gelardi | Yeah, why not? What do you think? |
| 00:08:02.21 | 00:08:06.09 | Jeremy Koenig | Well, I'm just saying I don't know how sinister these… |
| 00:08:06.11 | 00:08:15.09 | Safa Gelardi | Oh, these motherfuckers are sinister. They are beyond sinister. So, yeah, let's do a new agreement. |
| 00:08:15.11 | 00:08:32.00 | Jeremy Koenig | Yeah, if we want to kill the paper trail. Let's do it. I've dealt with this throughout my professional and personal career, where you just have bad apples that are out there trying to make money and ultimately steal from people. |
| 00:08:32.16 | 00:08:33.18 | Safa Gelardi | It's so sad. |
| 00:08:33.21 | 00:08:57.17 | Jeremy Koenig | It's terrible. It's absolutely terrible. So that's what we should do. Let's just do this as we're going to set up a plaintiffadvocates.com brand new website. Everything is going to be registered under Eugene Liddy. So, I would make sure, for example, when you go and buy that domain on GoDaddy or wherever you buy it, you buy it under his name. |
| 00:08:57.19 | 00:09:12.14 | Safa Gelardi | Yes, I'm buying everything under his name. I have his credit card. I have his information. The LLC is even being created today as well in Texas because we're going to be using the Texas address. So, I can give you that as well. |
| 00:09:12.16 | 00:09:13.26 | Jeremy Koenig | Got it. |
| 00:09:14.21 | 00:09:51.05 | Safa Gelardi | You have no idea that this... I am so disgusted living in New York that I swear to you, Jeremy, I'm not even exaggerating, I put my own home up for sale because the judge granted these criminal rights to an idea. It's an idea. It's not even... It's like you wanted to start an IME company tomorrow because I explained it all to you. So what? Then please do so. A rising tide raises all ships. But the judge granted her whatever she did because she's suing me for stealing her idea. |
| 00:09:51.07 | 00:10:25.07 | Safa Gelardi | By the way, I've been in business six years. I've met this woman maybe 30 times at multiple events with my banners, with my marketing material. I go to all these lawyer events. She's seen me for years. And because I got bigger than her, she decides to sue me because she lost so much business. So you know what? I'm going to play the criminal's game, and I'm going to just rebrand. But I don't want to call it a rebrand. What I want to call it, I just want to create a whole new company. You know? |



212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:10:25.09 | 00:11:02.02 | Jeremy Koenig | Totally. No, I 100% get it. It's similar to… So I've been a part of this a couple of times where my company has been acquired and you have a statute of limitations. So, for five years, I have to basically work for that company. And then after that five years, I can start a brand new company under a new name and do the same exact thing. It's completely legal. We're doing that same exact process here where we are going to basically create a brand-new company from scratch. And you're a silent partner, right? You have a percentage. |
| 00:11:02.04 | 00:11:05.14 | Safa Gelardi | A hundred %. I have a 90 % percentage in this business. |
| 00:11:07.19 | 00:11:12.16 | Jeremy Koenig | But even that doesn't even matter, right? You're just a silent partner. |
| 00:11:12.16 | 00:11:12.17 | Safa Gelardi | Correct. |
| 00:11:12.18 | 00:11:28.19 | Jeremy Koenig | How you operate your company, how you distribute profits from your company. That's not our business. Our business is we're going to set up a new contract with plaintiff advocates. And I just pulled this up. Did I spell that right? |
| 00:11:28.19 | 00:11:30.00 | Safa Gelardi | I haven't purchased it yet. |
| 00:11:32.00 | 00:11:34.19 | Jeremy Koenig | Is that spelled right? Is that the actual... |
| 00:11:35.17 | 00:11:40.09 | Safa Gelardi | Let me see. Plaintiffadvocates.com. Correct. Yes. |
| 00:11:40.09 | 00:11:56.21 | Jeremy Koenig | Yeah. Definitely snatch this up ASAP and do it on his credit card because it's there. I was actually surprised that it's available. You're going to want to set up a new GoDaddy account under his name, and then you're going to want to purchase it. |
| 00:11:56.23 | 00:12:08.00 | Safa Gelardi | Yes, that's right. I have his credit card. I have all the information. He's on the phone right now with an accountant in Texas. We're starting the LLC as we speak as this conference call is going on. |
| 00:12:08.16 | 00:12:19.26 | Jeremy Koenig | You don't need any of that stuff to buy a website. Set I'll send you a... Set the GoDaddy... Create a GoDaddy account in his name. |
| 00:12:20.01 | 00:12:21.20 | Safa Gelardi | Yeah, I'm doing that right now. |
| 00:12:21.22 | 00:12:29.06 | Jeremy Koenig | Cool. And then purchase that domain and then share with Giant Partners the login credentials to that domain. |
| | | Safa Gelardi | Okay, got it. |
| 00:12:29.09 | 00:13:28.06 | Jeremy Koenig | Then And we can log in, we'll create a new instance of WordPress divvy, and then we will make sure all your hosting is correct, blah, blah, blah. And we'll make sure everything is under Eugene Liddy. And then to be extra careful and safe, we'll write up a new contract under plaintiff advocates, and let's put it under a new address and a new phone number. That'll basically, you will cease to exist in the eyes of client partners, and then a new contract will be generated in which, so we'll have complete separation. So, all we would need is a... We technically need an address. And an email and a phone number. And an email and a phone. I would say, we'll help you to set up your email. It can be your name, right? |
| 00:13:28.07 | 00:13:59.22 | Safa Gelardi | It can be Safa, or we can even use a nickname. You know what? The email... Oh, the email where we're using... Okay, I'm sorry. As far as the email, I just purchased plaintiffadvocates@gmail.com, just so that all our paperwork will go into Gmail for now, because I'm going in to buy the domain, and I don't want to use my email or Eugene's email. We're just trying to be extra careful, to be honest with you. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:13:59.25 | 00:14:06.14 | Jeremy Koenig | We'll use that. So plaintiffadvocates |
| 00:14:06.16 | 00:14:36.11 | Safa Gelardi | @gmail.com is just where... For the agreement, for all the business, corporation, documents, everything is going to go into that. As soon as I buy the domain, which is going to be in the next minute or so, what I'm going to do is as soon as I buy that domain, I'm going to give it to you so that you can create the website, attach the IME companion's website to plaintiff advocates with the changes to it, correct? |
| 00:14:36.13 | 00:15:12.15 | Jeremy Koenig | We'll create the new site in a sandbox environment, so you'll be able to go through it, wordsmith it, make any changes, just significant changes to headers, navigation, whatever, before we turn it on. Just to make sure that there aren't any... What we'll do is we'll do a control F on the IME companion switch, and we'll switch the whole thing to plaintiffadvocates. But still, we'll probably want to go through there and just tweak things before we make it live. |
| 00:15:12.17 | 00:15:43.16 | Safa Gelardi | Okay. Yeah, I definitely want to take a look at it before we make it live. But, Jeremy, I really want this to go live ASAP. Maybe in the next day or two, if you guys will be willing to... I'll work with you all day, all night. We'll get this done. I really need it to go live before she tries to destroy me and put me in contempt for still operating with clients that she claims she owns. You're not even free in this country to use whenever. |
| 00:15:44.07 | 00:15:56.22 | Jeremy Koenig | Yeah, I mean, Technically, I understand. But there's not much content on this site anyway, so we'll just get it all transferred over. |
| 00:15:56.25 | 00:16:12.07 | Safa Gelardi | Okay. The *About Us* has to change. I'm going to give you a short description on *About Us* because I want to put Eugene's law enforcement information on there and how he's been protecting and serving for whatever. I mean, just a little bio on him. |
| 00:16:12.09 | 00:16:14.11 | Jeremy Koenig | Yeah, you want it to be a different theme? |
| 00:16:14.13 | 00:16:16.24 | Safa Gelardi | Yeah. |
| 00:16:16.26 | 00:16:20.22 | Jeremy Koenig | You wanted to look and feel different, right? |
| 00:16:20.25 | 00:16:32.07 | Safa Gelardi | I mean, somewhat look and feel different. Not necessarily completely, just somewhat. Yeah. I want it to look like a whole another company. Exactly. This is not us. It's nothing to do with us. You know? |
| 00:16:32.09 | 00:16:39.25 | Jeremy Koenig | I get it. Obviously, that's subjective. Let me just pull up a couple of examples. |
| 00:16:40.00 | 00:16:46.06 | Cory Weissman | While you're doing that, we don't need to have another kickoff call with our team, do we? |
| 00:16:46.07 | 00:16:47.13 | Jeremy Koenig | No. |
| 00:16:47.16 | 00:16:48.19 | Cory Weissman | Okay, cool. |
| 00:16:48.21 | 00:17:08.05 | Jeremy Koenig | Cory, what we'll do is we'll rewrite up the same exact contract that we had before, and I'll just put in there a clause that in the first phase of this thing is just going to be setting up a new brand, so you know what I'm saying? |
| 00:17:03.00 | 00:17:08.05 | Cory Weissman | Yeah. Got it. Okay. Once I get the address and the phone number, I could create the new core account. |
| 00:17:08.06 | 00:17:09.18 | Jeremy Koenig | Exactly. |
| 00:17:09.26 | 00:17:18.10 | Safa Gelardi | Okay. So, I'm getting the domain now as we speak, and I'm buying an 800 number as well. |

Case 1:22-cv-01032-PKC-JRC   Document 345-1   Filed 06/11/24   Page 6 of 12 PageID #: 6143



212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:17:18.12 | 00:17:19.11 | Jeremy Koenig | Cool. |
| 00:17:19.13 | 00:17:50.12 | Safa Gelardi | And then I can give it to you immediately, Cory or Jeremy. I'll send you guys the email. Here's the domain. Actually, I'm going to send you the email from client I'm sorry, from plaintiff... What's the business name again? Plaintiffsadvocates@gmail.com. I'm going to send you all the emails from there. And let me know if this is on your phone number. We just purchased the domain. Everything is all set. Just waiting for you guys to move on it, and then I'll put the credit card on file. |
| 00:17:50.14 | 00:17:58.17 | Jeremy Koenig | Yeah, and plaintiff advocates. And the only thing we need is an address. Do you have that address that you need us filing? |
| 00:17:58.19 | 00:18:02.03 | Safa Gelardi | Yes. The Texas address? |
| | | Jeremy Koenig | Yeah. |
| 00:18:02.05 | 00:18:04.05 | Safa Gelardi | Yeah, Vido, give it to me. |
| 00:18:04.07 | 00:18:08.17 | Vido | I was out of paper. I just had it here for you. I'm on that jurisdiction. |
| 00:18:08.19 | 00:18:09.25 | Safa Gelardi | Okay. We're getting it to you right now. |
| 00:18:10.00 | 00:18:11.12 | Jeremy Koenig | Thank you. |
| 00:18:11.15 | 00:18:30.09 | Safa Gelardi | Yeah, so that address is going to be a Texas address, and then we'll complete all the business documentation and stuff behind the scenes. You guys don't need to be involved with that. I'll just email you right away as soon as the domain is purchased and the phone number for the business is purchased, and then I'll just give you that. |
| 00:18:30.11 | 00:18:36.25 | Cory Weissman | Jeremy, for the phone number for CORE, do we want to use the cell phone or is this your phone number? |
| 00:18:37.00 | 00:18:40.07 | Jeremy Koenig | No, use the 800 number that she's going to get from. |
| | | Cory Weissman | Got it. |
| 00:18:40.09 | 00:19:03.23 | Safa Gelardi | Yes. The address, Jeremy, is 205 Charleston Lane. I'm going to spell that for you. C-h-a-r-l-e-s-t-o-n Lane. Fate, F-a-t-e, Texas, 75189. |
| 00:19:05.02 | 00:19:24.07 | Jeremy Koenig | I got that written down. Do me a favor, just type it into the chat. Type in the… Just type in the name, the address, the phone, and the email. I have it all written down here, but then there will be any... It'll be just… |
| 00:19:24.09 | 00:19:26.01 | Safa Gelardi | No discrepancies, correct. Where is the chat? |
| 00:19:26.03 | 00:19:27.18 | Jeremy Koenig | It's the little... |
| 00:19:27.21 | 00:19:47.18 | Cory Weissman | It's the bottom right of your screen. There's a little message box next to the two people. It says chat with everyone. You should see meeting details, show everyone, chat with everyone, activities and host controls, bottom right of the meeting screen? |
| 00:19:48.00 | 00:19:54.02 | Safa Gelardi | Bottom right. Oh, I see it. Here it is. I had to move my screen over. Okay. So, it is... |
| 00:19:54.05 | 00:19:55.16 | Cory Weissman | No problem. |
| 00:19:55.18 | 00:20:23.04 | Safa Gelardi | Email is... plaintiffadvocates. For the business e-mail, it's going to be info@printifadvocates.com, which I'm purchasing also as we speak. So we can actually communicate through that afterwards. I think that's probably the one. |

PARK EVALUATIONS

212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:20:23.06 | 00:20:27.05 | Jeremy Koenig | Yeah, take your time. Just want to make sure we get everything spelled right. |
| 00:20:27.07 | 00:20:39.16 | Safa Gelardi | And then P-L-A-I-N-T-T-I-F. Yes. And then the business email will be info@plaintiffadvocants.com. The address is 205. |
| 00:20:46.19 | 00:20:53.12 | Cory Weissman | Jeremy, while she's doing this, am I creating a new HubSpot account for Eugene and connecting it to IMV? |
| 00:20:53.14 | 00:20:55.02 | Jeremy Koenig | Exactly. |
| 00:20:55.04 | 00:20:57.00 | Cory Weissman | Okay, we're doing all that now. |
| 00:20:57.02 | 00:21:30.00 | Safa Gelardi | That is 7, 5, 1, 8, 9. And remove the video. The video is not necessary for the moment. Maybe me and Cory or Connor or my marketing team can work on a brand-new video, and I want to blast the hell out of this video. But it has to be a whole another video because that one everyone is seeing. |
| 00:21:30.02 | 00:21:32.07 | Jeremy Koenig | Yep, no problem. |
| 00:21:32.09 | 00:21:49.16 | Safa Gelardi | Yeah, it's not even necessary, to be honest with you. The video is not necessary at all. I just want to change this website around, deactivate iamcampaigns.com from it, make it live with plaintiffadvocates.com, and just move forward from there. |
| 00:21:49.18 | 00:21:53.26 | Jeremy Koenig | Yes, I'm calling up a bunch of templates right now that you can pick from. |
| 00:21:54.01 | 00:22:06.23 | Cory Weissman | Okay. So I'm just thinking about that address. So after the Charleston Lane, it says Fate. So is it... That's the name Fate, Texas? |
| | | Safa Gelardi | Yes. |
| 00:22:06.26 | 00:22:08.25 | Cory Weissman | Got it. |
| 00:22:08.25 | 00:22:10.00 | Safa Gelardi | That's the city. Sorry, just wanted to confirm. |
| 00:22:10.02 | 00:22:51.10 | Jeremy Koenig | I'm going to pull my screen up here. I'll just let you pick one of these. So these are all WordPress divvy templates that are designed for, typically for lawyers. So I think one of these will look nice. So here I'll just flip through them. [Humming] Almost exactly the same. And these are just the structure. So you can design whatever you want, but in terms of the look and feel. Let me go the one that I like. This one's nice. It's a little bit more feminine. |
| 00:22:51.12 | 00:23:18.06 | Safa Gelardi | I like that. I want to use that same wording. We offer a wide range of services. We do because we are adding on services to plaintiffadvocants.com. I definitely want to use this. I don't like the girl there. I like the pictures. I own that picture, the one with the gavel on a different website that I have, which is an old one. |
| 00:23:18.16 | 00:23:25.00 | Jeremy Koenig | Try to see through the pictures and the text. You're just looking at the structure. We can put anything more. |
| 00:23:25.02 | 00:23:26.07 | Safa Gelardi | Okay, got you. |
| 00:23:26.09 | 00:23:37.13 | Jeremy Koenig | We can put anything more. This could be a picture of Oscar the Grouch. The question is do you more like the white or do you more like the dark? |
| 00:23:37.13 | 00:23:38.16 | Safa Gelardi | Can we get the dark? |
| 00:23:38.18 | 00:23:59.23 | Jeremy Koenig | Do you more like the feminine? A little bit more... So this one's much more masculine. The corners are harsher, it's more bold. Here's more of the fact that one that's a little... Here's one that's even softer than the feminine one. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:23:59.25 | 00:24:04.24 | Safa Gelardi | No, I don't want soft. I want it a little harsher. |
| 00:24:04.26 | 00:24:06.02 | Jeremy Koenig | So let's go back to the… |
| 00:24:06.04 | 00:24:12.26 | Safa Gelardi | I wanted it in the... Yeah. Do you have anything in the middle between that harsh one and that very soft one? |
| 00:24:13.01 | 00:24:18.11 | Jeremy Koenig | Oh, yeah. There's tons of them here. Let me see. |
| 00:24:19.14 | 00:24:43.17 | Vido | I'm just having a description. I just fix it on Barry. He put slender on the back for the minor details. I'm not going to plan. |
| 00:24:46.12 | 00:24:52.25 | Jeremy Koenig | I'm going to pull your existing site back up here. |
| 00:24:53.00 | 00:25:00.07 | Safa Gelardi | I like the site. It's not harsh, but it's professional. |
| 00:25:00.09 | 00:25:31.03 | Jeremy Koenig | Yeah. So, here are... Here. Yeah, this one is... And just, again, we can change everything out, but I like it a lot. I like the way the pictures are. I like the way the buttons are. The color palette is very similar to your existing color palette. Let me just try to share my whole screen here. And apologies for my home office. I actually had to run to pick my sick sunup for on spring break, and I ran home and turned my computer back on. |
| 00:25:31.06 | 00:25:32.06 | Safa Gelardi | No worries. |
| 00:25:32.09 | 00:25:39.09 | Jeremy Koenig | Yeah, we're… Look at a skateboard. How unprofessional is that? Give me a break in my guest room. All right. |
| 00:25:39.11 | 00:25:42.16 | Safa Gelardi | Where are you guys calling from? California? |
| 00:25:42.17 | 00:26:25.06 | Jeremy Koenig | Yeah, we're in Thousand Oaks, which is in Ventura County. It's one of the last great bastions of freedom in California. Don't tell anybody. Everybody will be here. We're in Oaks. We're in Oaks County, Ventura County, or are both wonderful. It's just in the middle that's not so good. All right. Here's your example. Buddy, you need to stay out for a little bit. All right. So here's your existing site, right? |
| 00:26:25.06 | 00:26:25.08 | Safa Gelardi | Mm-hmm. |
| 00:26:25.07 | 00:26:45.02 | Jeremy Koenig | I think that's not the home page. Let's go back to the home page. We'll go slow for whatever reason. We'll fix that problem. Oh, come on, come on. |
| 00:26:45.05 | 00:26:59.06 | Safa Gelardi | [inaudible] I'm just trying to get a phone number. |
| 00:26:59.18 | 00:27:42.14 | Jeremy Koenig | There's your existing site? Right? Yes. And then check this site out. So just imagine your same pictures just... Very similar. All the pictures are different, right? Yeah. Well, we can tweak all that stuff. But what I'm saying is we will invert over the site and then we'll do a new logo. We can do a little bit different color, but at least it will look like a totally different business, right? |
| 00:27:42.16 | 00:27:44.18 | Safa Gelardi | Yes, that's the plan. |
| 00:27:44.20 | 00:27:55.08 | Jeremy Koenig | Which is what we care about. And honestly, it's so similar that we can put pictures and videos however we want, wherever we want. That's no problem. |
| 00:27:55.10 | 00:28:06.17 | Safa Gelardi | I was thinking we just use the same IME companion's website, the same exact one, just change the pictures, the same template. Just change the pictures and the words. |
| 00:28:06.19 | 00:28:16.16 | Jeremy Koenig | I'm going to change the template and then just transfer all the words over because then it won't look like the same company.<br>It'll be the thing. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:28:16.18 | 00:28:25.17 | Safa Gelardi | Right. Okay. So that's fine. Since it's already built, it's just a matter of changing the template on the front-end. That's all. |
| 00:28:26.00 | 00:28:27.10 | Jeremy Koenig | Exactly. |
| 00:28:27.12 | 00:28:30.15 | Safa Gelardi | But the back end will remain the way it is. |
| 00:28:30.17 | 00:28:32.11 | Jeremy Koenig | Very similar. |
| 00:28:33.02 | 00:28:54.00 | Vido | Okay. Can we add just to make it look... And also, hey, how are you doing? How are you doing, guys? Now, I want to add also, if Safa agrees, like another service for example, where we could provide actual doctors. We could hire doctors and we could hire... It's time to throw it up there to look like a... |
| 00:28:54.02 | 00:28:58.14 | Safa Gelardi | Yeah. So basically, yes, that's in the wording. We're going to be... |
| 00:28:58.16 | 00:29:09.12 | Jeremy Koenig | Yeah, we'll make the site exactly the way that you want it. These are just going to be the default fonts and colors and buttons. We can change everything. Completely customizable. |
| 00:29:09.14 | 00:29:33.26 | Safa Gelardi | Yeah, we'll just use this website for now because we got to move fast. So, we'll take this template for now. We'll use it. Yeah, we definitely want to balance the scales of justice so we can leave Lady Liberty down there with the scale, which is really not balanced whatsoever. I don't even think there's a way to balance the scales justice, but we're just going to go along with things right now. |
| 00:29:34.01 | 00:29:39.03 | Jeremy Koenig | Yeah, no, we'll just convert it over real quickly. No problem at all. |
| 00:29:39.05 | 00:29:47.05 | Safa Gelardi | Okay. Remove imecompanions.com from that. Obviously, we're going to deactivate that one. |
| 00:29:47.07 | 00:29:51.17 | Jeremy Koenig | You want us to work up a new logo for you? |
| 00:29:51.19 | 00:29:53.21 | Safa Gelardi | Yes. What do you think? |
| 00:29:53.22 | 00:30:00.09 | Jeremy Koenig | Well, let me just work on it because I'm pretty good at this. So, I'll come up with a really cool plaintiff advocates. |
| | | | |
| 00:30:00.40 | 00:30:02.02 | Jeremy Koenig | This dot com logo. |
| 00:30:02.04 | 00:30:03.37 | Safa Gelardi | Right. Okay. |
| 00:30:03.00 | 00:30:05.33 | Jeremy Koenig | And I'll call in. |
| 00:30:05.36 | 00:30:14.80 | Safa Gelardi | I want a logo that I can use on my reports. Just a little... We had the eye for IME companions. I was getting sick in that eye anyway. |
| 00:30:14.88 | 00:30:19.41 | Jeremy Koenig | You're going to love it. Your new brand is going to look way more high end. You're going to love it. |
| 00:30:19.49 | 00:30:45.38 | Safa Gelardi | Okay, perfect. So, Jeremy, I'm sorry to say this to you again, but I really need to move as fast as possible because this is detrimental to courts and deadlines and things like that. So if we can just get this moving ASAP, the logo can come as we work together. But let's start with deactivating and activating plaintiff advocates and getting that website live. |
| 00:30:45.41 | 00:30:59.40 | Jeremy Koenig | Absolutely. That's not a problem at all. The only thing we need is the login credentials to the GoDaddy account that you just purchased that domain on, and then we can set up and configure all the hosting and all that and get the site would apply. |
| 00:30:59.43 | 00:31:08.02 | Safa Gelardi | Can you get my Apple phone? I don't know. You have to call. Call Jenna's number. It's on that Apple phone. |

**PARK EVALUATIONS**

212-581-8877
eval@parkeval.com
www.parkeval.com

| | | | |
|---|---|---|---|
| 00:31:08.05 | 00:31:31.76 | Jeremy Koenig | And then what we'll do is we'll just write up a new, we'll write up a new agreement with plaintiff advocates under Eugene's name. We'll send that over to you. And then it'll be exactly the same price. It'll be exactly the same scope of services. It'll just have a clause that says we're converting over the one site to the other site. |
| 00:31:32.32 | 00:31:35.53 | Safa Gelardi | Yes, but that will be only between us. Confidential. |
| 00:31:35.56 | 00:31:39.89 | Jeremy Koenig | Yes, and I'll write it up in a way that is not like you couldn't even read it. |
| 00:31:39.92 | 00:31:48.10 | Safa Gelardi | Okay, perfect. Okay, so I just needed the phone because the credit card was on there. So I'm purchasing it now. |
| 00:31:48.13 | 00:31:54.42 | Cory Weissman | We just need the phone number, right, Jeremy, for the core account? |
| 00:31:54.45 | 00:32:32.52 | Safa Gelardi | Yes, I'm sending it. I'm buying the 800 number now. I think I need to get off the phone. I know what Jeremy needs and you guys need. And then I'm going to send you everything. I'm going to send you the phone number, the domain, and the credit card on file to put on for... The email is going to come from plaintiffadvocates@gmail.com. We'll communicate through that until the business is up completely, and then we'll use, once I purchase the office, we can either switch emails to communicate info@plaintiffadvocates, or we can continue at plaintiffadvocates@gmail. It doesn't matter. |
| 00:32:32.61 | 00:32:33.82 | Jeremy Koenig | No problem at all. |
| 00:32:33.85 | 00:32:45.66 | Cory Weissman | Okay, guys. Okay, perfect. So once you got us that information, Safa, we'll get you over the agreement. And then, yeah, as soon as that's done, we're going to get going on everything for you once you send us all the information. So we're good to go. |
| 00:32:45.69 | 00:32:57.70 | Jeremy Koenig | From my perspective, once we set up your new Giant Partners contract and we charge that card, we'll get it done within a couple of days. I'll personally just make sure that it goes, that everything goes. |
| 00:32:57.73 | 00:33:02.10 | Safa Gelardi | Okay, wonderful. A couple of days sounds amazing. Thank you, Jeremy. |
| 00:33:02.13 | 00:33:03.17 | Jeremy Koenig | Thank you very much. |
| 00:33:03.25 | 00:33:04.00 | Cory Weissman | Awesome. |
| 00:33:04.00 | 00:33:06.16 | Safa Gelardi | I will be in contact shortly via email. |
| 00:33:06.24 | 00:33:08.92 | Cory Weissman and Jeremy Koenig | Very good. Sounds good. Awesome. All right. Thank you. |
| 00:33:08.95 | 00:33:12.08 | Cory Weissman | Looking forward to it. Bye-bye. |



June 10, 2024

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed English to English transcription (Park Case 24023709) was made under my personal supervision by a qualified translator who is fluent in this language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original file.

This file has not been transcribed for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original file. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator



June 10, 2024

# TRANSCRIPTION CERTIFICATION

I, Andrea Marchiaro, am fluent and competent in the **English** language. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of my knowledge and belief, the transcription accurately reflects the meaning and intention of the original file.

I am not a family member, friend, or business associate of anyone referenced in this transcription but a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original file.

Sincerely,

_____
Andrea Marchiaro

24023709