UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IME WATCHDOG, INC.,

                         Plaintiff,

           -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                         Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE IN ACCORDANCE WITH THIS COURT'S ORDER DATED JUNE 11, 2024**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On Wednesday, June 12, 2024, I forwarded a copy of this Court's June 11, 2024 Order as well as Plaintiff's letter motion to compel with accompanying exhibit (ECF Docket Entries 345 and 345-1) via email to: (i) Karen Charrington, Esq. ("Charrington") at **kcharrington@charringtonlawfirm.com**; and (ii) Jonathan Warner, Esq. ("Warner") at **jdwarner@wslaw.nyc**. A copy of the email is annexed hereto as **Exhibit "A."**

4. In addition, consistent with the June 11, 2024 Order, I caused non-party Eugene Liddie, Charrington, and Warner to be sent hard copies of the foregoing documents via Federal Express and first-class mail as follows:

• Karren Charrington, Esq., One Cross Island Plaza, Suite 229, Rosedale, NY 11422 via Federal Express tracking number 654530206717;

• Karren Charrington, Esq., 11 Broadway, Suite 615, New York, NY 11422 via Federal Express tracking number 654530206728;

• Eugene Liddie, 329 Brookville Avenue, Islip, NY 11751 via Federal Express tracking number 654530206691; and

• Jonathon Warner, Esq., 6 West 18th Street, 10th Floor, New York, NY 10011 via Federal Express tracking number 654530206706.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 12, 2024.

                                               */s/ Emanuel Kataev, Esq.*
                                               Emanuel Kataev, Esq.

# EXHIBIT A

## Emanuel Kataev

| | |
|---|---|
| **From:** | Emanuel Kataev |
| **Sent:** | Wednesday, June 12, 2024 5:53 PM |
| **To:** | kcharrington@charringtonlawfirm.com; Jonathon Warner |
| **Cc:** | Jamie Felsen |
| **Subject:** | FW: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order on Motion to Compel |
| **Attachments:** | 2024-06-11 XXX USDJ Order Granting DE345.pdf; 2024-06-11 345 Ps Letter Motion to Compel.pdf |

Counselors:

Please see attached and below, courtesy copies of which are *en route* to you via Federal Express and first-class mail pursuant to the Court's Order.

Regards,

**Emanuel Kataev, Esq.**
**Sage Legal LLC**
**Emanuel Kataev, Esq., P.C.**
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, June 11, 2024 6:14 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order on Motion to Compel

> **Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/11/2024 at 6:13 PM EDT and filed on 6/11/2024
**Case Name:**       IME WatchDog, Inc. v. Gelardi et al
**Case Number:**     [1:22-cv-01032-PKC-JRC](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The Court grants Plaintiff's [345] Motion to Compel. The Court directs both Safa Gelardi and Eugene Liddie to appear at the 6/17/2024 hearing in light of the evidence indicating that they perjured themselves. Plaintiff is directed to serve a copy of this order on Eugene Liddie by overnight and first-class mail. Plaintiff shall file proof of service on the docket by 6/12/2024. Ordered by Judge Pamela K. Chen on 6/11/2024. (HMM)**


**1:22-cv-01032-PKC-JRC Notice has been electronically mailed to:**

Steven Siegler      steven@kilegal.com, karen@kilegal.com, samantha@kilegal.com, ssiegler123@gmail.com

Anthony Joseph Genovesi      agenovesi@abramslaw.com, anthony@genovesi.us

Jonathon D. Warner      jdwarner@warnerandscheuerman.com, diana@warnerandscheuerman.com, kescheuerman@warnerandscheuerman.com, melanie@warnerandscheuerman.com

Jamie Scott Felsen      jamiefelsen@mmmlaborlaw.com

Melanie I. Wiener      mwiener@abramslaw.com

Andreas Koutsoudakis      andreas@kilawgroup.com, calendar@kilawgroup.com, tess@kilegal.com, zoe@kilegal.com

Kenneth C. Brown      kcb@alberlegal.com

James Francis Valentino      james@valentinolegal.com, valentino@clayro.com, valentino.james@gmail.com

Emanuel Kataev      emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, daniellalevi@levilawny.com, ekesq2014@recap.email

Maria Zieher      mzieher@zieherlaw.com

**1:22-cv-01032-PKC-JRC Notice will not be electronically mailed to:**