# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 13, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

   *Re*: **IME WatchDog, Inc. v. Gelardi,** *et al.*
      **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

  This office, together with Milman Labuda Law Group PLLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

  Plaintiff writes to provide the Court with a copy of the written and video transcript from the deposition of Giant Partners. A copy of the transcript is annexed hereto as **Exhibit "A."** A copy of the exhibits referenced during the deposition may be found here: https://littlereporting.box.com/s/z3dgmg47uepcyr0cakyss99qqgxemgdx. A copy of the video may be accessed here: https://littlereporting.box.com/s/m7aj71d4g0euj2hlvj2wlxp4vg999un0.

  Plaintiff thanks this Court for its continued time and attention to this case.

Dated: Jamaica, New York
    June 13, 2024        Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**

                <u>/s/ Jamie S. Felsen, Esq.</u>

                **SAGE LEGAL LLC**

                <u>/s/ Emanuel Kataev, Esq.</u>

cc: all counsel of record