# THE CHARRINGTON FIRM, P.C. Attorneys and Counselors at Law

One Cross Island Plaza
Suite 229
Rosedale, New York 11422
(718) 528-4422 Fax: (718) 528-4420

11 Broadway
Suite 615
New York, New York 10004
(*New York City Office*)

June 13, 2024

Hon. Justice Pamela K. Chen
United States District Court
Eastern District of New York
Courtroom: 4F
225 Cadman Plaza East
Brooklyn New York 11201

      Re: IME WatchDog, Inc. v. Gelardi, et al.
         Case No.: 1:22-cv-1032 (PKC) (JRC)

Dear Honorable Pamela Chen:

  This office represents Eugene Liddie, a non-party in the above referenced action. We were advised of a hearing or conference that will occur on June 17, 2024 which requires his appearance.

  Mr. Liddie's daughter graduates on June 17, 2024 and he would like to attend the graduation and spend time with his family on that day. In addition, I, as counsel for Mr. Liddie, will be unable to appear with Mr. Liddie on June 17, 2024. We respectfully request that the matter be adjourned to another date. Thank you for your consideration in this matter.

Respectfully Submitted,
 /s/
Karen H. Charrington, Esq.

cc: Emanuel Kataev, Esq. emanuel@sagelegal.nyc – via E-mail and ECF
  Jamie Scott Felsen, Esq. jamiefelsen@mmmlaborlaw.com - via E-mail and ECF
  Jonathon D. Warner, Esq. jdwarner@warnerandscheuerman.com - via E-mail and ECF