UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IME WATCHDOG, INC.,

                         Plaintiff,

        -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                        Defendants.
-------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE IN ACCORDANCE WITH THIS COURT'S ORDER DATED JUNE 13, 2024**

       Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

       2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

       3.     On Thursday, June 13, 2024, I caused non-party Eugene Liddie to be sent a hard copy of this Court's June 13, 2024 Order via Federal Express and first class mail to 329 Brookville Avenue, Islip, NY 11751 with Federal Express tracking number 776857591286.

       I declare under penalty of perjury that the foregoing is true and correct.   Executed on June 14, 2024.

                                                           */s/ Emanuel Kataev, Esq.*
                                                          Emanuel Kataev, Esq.