UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,

                                Plaintiff,

       -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                                Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. ("IME WatchDog") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office, and provide certain exhibits relevant to this Court's determination of the instant motion.

3. Plaintiff incorporates by reference this Court's May 13, 2022 Order and resulting injunction. See ECF Docket Entries 66 and 66-1.

4. Plaintiff incorporates by reference this Court's October 20, 2023 Order and resulting expanded injunction. See ECF Docket Entries 254 and 254-1.

5. Plaintiff incorporates by reference this Court's February 29, 2024 Order and resulting injunction. See ECF Docket Entry 284.

6. Plaintiff incorporates by reference the facts adduced at the April 4, 2022 hearing. See ECF Docket Entry 46-1.

7. Plaintiff incorporates by reference the facts adduced at Defendant Safa Gelardi ("Safa") February 2, 2023 deposition. See ECF Docket Entry 154-4.

8. Plaintiff incorporates by reference the facts adduced at Safa's February 3, 2023 deposition. See ECF Docket Entry 154-5.

9. Plaintiff incorporates by reference the facts adduced at the March 27, 2023 hearing. See ECF Docket Entry 197-5.

10. Plaintiff incorporates by reference the facts adduced at the May 4, 2023 hearing. See ECF Docket Entry 219-1.

11. Plaintiff incorporates by reference the facts adduced at the May 29, 2024 hearing. See true and accurate copy of same annexed hereto as **Exhibit "A."**

12. Plaintiff incorporates by reference the facts adduced at non-party Giant Partners, Inc.'s ("GP") deposition on June 11, 2024. See ECF Docket Entry 347-1.

13. Plaintiff incorporates by reference Daniella Levi, Esq.'s first declaration in support of its motion for contempt, with all accompanying exhibits. See ECF Docket Entry 317.

14. Plaintiff incorporates by reference Daniella Levi, Esq.'s second declaration in support of its motion for contempt, with all accompanying exhibits. See ECF Docket Entry 321.

15. Plaintiff attaches a true and accurate copy of the LinkedIn Accelerator spreadsheet in native form as produced by GP in response to a subpoena as **Exhibit "B"** (filed under seal).

16. Plaintiff attaches a true and accurate copy of the Enjoined Customers List as **Exhibit "C"** (filed under seal).

17. Plaintiff attaches a true and accurate copy of excerpts of the LinkedIn Accelerator spreadsheet in native form containing evidence of Defendants' contact with customers on the Enjoined Customers List as **Exhibit "D"** (filed under seal).

18. Plaintiff provides links to the April 10, 2023 recorded virtual meeting between Defendants and GP herein as Exhibits "E" and "F."

19. Plaintiff attaches a true and accurate copy of non-party Eugene Liddie's ("Liddie") response to its subpoena as **Exhibit "G."**

20. Plaintiff attaches a true and accurate copy of non-party Jeremy Koenig's declaration submitted on behalf of non-party GP as **Exhibit "H."**

21. Plaintiff attaches a true and accurate copy of non-party Sheldon Katz's declaration submitted on behalf of non-party GP as **Exhibit "I."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2024.

                                                 */s/ Emanuel Kataev, Esq.*
                                                 Emanuel Kataev, Esq.