# EXHIBIT E

## VIDEO 1 OF 2