# EXHIBIT F

## [VIDEO 2 OF 2](VIDEO 2 OF 2)