UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                                    Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,

                                    Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law and Declaration of Carlos Roa, Plaintiff IME WatchDog, Inc. will move this Court at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11021, at a date and time to be determined by the Court, for an Order permitting Plaintiff to file three (3) exhibits under seal in connection with Plaintiff's motion for a temporary restraining order and preliminary injunction against Defendants and non-parties Eugene Liddie and IME Legal Reps.

Dated: Lake Success, New York
          June 19, 2024

                                    Respectfully submitted,

                                    **MILMAN LABUDA LAW GROUP PLLC**

                                    By: */s/Jamie S. Felsen, Esq.*
                                    Jamie S. Felsen, Esq.
                                    3000 Marcus Avenue, Suite 3W8
                                    Lake Success, NY 11042-1073
                                    (516) 328-8899 (office)
                                    (516) 303-1391 (direct dial)
                                    (516) 328-0082 (facsimile)

jamiefelsen@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Additional Attorneys for Plaintiff*
*IME WatchDog, Inc.*

2