UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                      Plaintiff,

       -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                      Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF CARLOS ROA IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Carlos Roa declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am employed by the Plaintiff IME WatchDog, Inc. ("IME WatchDog") in this case.

2. I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge.

3. On May 1, 2024, Giant Partners Inc. ("GP") produced documents in response to a subpoena IME WatchDog served on it.

4. Among the documents produced by GP was a LinkedIn accelerator spreadsheet which was submitted to this Court on June 19, 2024 under seal as Exhibit B to the Declaration of Emanuel Kataev (ECF Docket Entry 355). This document lists, *inter alia*, 228 of Plaintiff's customers on the Enjoined Customers List (ECF Docket Entry 180-7) and contains data related to Giant Partners' efforts in contacting said customers at the behest of Defendants and non-parties, IME Legal Reps and Eugene Liddie.

5. I reviewed Exhibit B to the Declaration of Emanuel Kataev and then created

1

Exhibit D to the Declaration of Emanuel Kataev which identifies only the 228 customers of Plaintiff that are contained on Exhibit B to the Declaration of Emanuel Kataev who are on the Enjoined Customers List.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2024.

_____
Carlo Roa

Sworn to before me
on June 19, 2024

JHON PINEDA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PI6376201
Qualified in Kings County
Commission Expires June 4, 2026