UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                          Plaintiff,

          -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                        Defendants.
-----------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**REPLY DECLARATION OF JAMIE S. FELSEN, ESQ. IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TRO**

I, Jamie S. Felsen, Esq., pursuant to 28 U. S.C. § 1746, declare as follows:

1. I am a member of the law firm Milman Labuda Law Group PLLC ("MLLG"), counsel for IME WatchDog, Inc. (hereinafter "Plaintiff") in the above-referenced case.

2. I submit this declaration in support of Plaintiff's motion for a preliminary injunction and temporary restraining order.

3. Annexed hereto as Exhibit A is a copy of a response I received on June 26, 2024 in response to a subpoena I caused to be served on GoDaddy.com, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024.

                                                    **MILMAN LABUDA LAW GROUP PLLC**

                                                    */s/Jamie S. Felsen*
                                                    Jamie S. Felsen, Esq.