# EXHIBIT A

**CERTIFICATE OF AUTHENTICITY**
**OF**
**BUSINESS RECORDS**

I, Reanna Diehl, declare that I am employed by GoDaddy.com, LLC, and that my office title or position is Paralegal. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;
2. such records are kept in the course of a regularly conducted business activity;
3. the business activity made such records as a regular practice; and
4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 25th day of June 2024.

Reanna R. Diehl, Paralegal
GoDaddy.com, LLC.
100 S. Mill Ave., Suite 1600
Tempe, AZ 85281

# Shopper Info for Shopper ID 564097816

| | |
|---|---|
| Shopper ID: | 564097816 |
| Private Label ID: | 1 |
| Login Name: | accompaniedexams@gmail.com |
| First Name: | Yousef |
| Last Name: | Abdulrahman |
| Company: | |
| Address1: | 19826 River Rock Dr |
| Address2: | |
| City: | Katy |
| State/Prov: | TX |
| Postal Code: | 77449 |
| Country: | US |
| Phone Work: | +1.9375405056 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | accompaniedexams@gmail.com |
| Date Created: | 3/13/2023 11:36:22 AM |
| Last Changed By Date: | 3/30/2023 8:09:43 AM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

# Domain List for Shopper ID 564097816

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| accompaniedexams.com | 0 Active | 3/13/2023 | 3/13/2025 | 2503426900 |
| accompaniedexam.com | 0 Active | 3/13/2023 | 3/13/2025 | 2503426900 |

# Domain Information for Shopper ID 564097816

| | |
|---|---|
| Shopper ID: | 564097816 |
| Domain Name: | accompaniedexams.com |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 1 |
| Create Date: | 3/13/2023 1:50:21 PM |
| Expiration Date: | 3/13/2025 1:50:21 PM |
| Update Date: | 3/14/2024 11:01:41 AM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | GoDaddy.com, LLC |
| Transferred Away Date: | |
| Last Modified: | 3/14/2024 9:01:41 AM |
| Custom DNS: | Yes |
| Name Servers: | ns53.domaincontrol.com<br>ns54.domaincontrol.com |
| Auto Renew: | Yes |
| Renew Period: | 0 |

# Domain Information for Shopper ID 564097816

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAMS.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:23 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAMS.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:23 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAMS.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:23 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAMS.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:23 AM |

# Custom DNS Entries

# accompaniedexams.com

Shopper ID: 564097816

Domain Name: accompaniedexams.com

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | PARKED | 600 |
| NS | @ | NS53.DOMAINCONTROL.COM. | 3600 |
| NS | @ | NS54.DOMAINCONTROL.COM. | 3600 |
| CNAME | AUTODISCOVER | AUTODISCOVER.OUTLOOK.COM. | 3600 |
| CNAME | EMAIL | EMAIL.SECURESERVER.NET. | 3600 |
| CNAME | LYNCDISCOVER | WEBDIR.ONLINE.LYNC.COM. | 3600 |
| CNAME | MSOID | CLIENTCONFIG.MICROSOFTONLINE-P.NET. | 3600 |
| CNAME | PAY | PAYLINKS.COMMERCE.GODADDY.COM. | 3600 |
| CNAME | SIP | SIPDIR.ONLINE.LYNC.COM. | 3600 |
| CNAME | WWW | @ | 3600 |
| CNAME | _DOMAINCONNECT | _DOMAINCONNECT.GD.DOMAINCONTROL.COM. | 3600 |
| SOA | @ | @ | 3600 |
| MX | @ | ACCOMPANIEDEXAMS-COM.MAIL.PROTECTION.OUTLOOK.COM. | 3600 |
| TXT | @ | NETORGFT13226933.ONMICROSOFT.COM | 3600 |
| TXT | @ | V=SPF1 INCLUDE:SECURESERVER.NET -ALL | 3600 |
| SRV | @ | SIPDIR.ONLINE.LYNC.COM. | 3600 |
| SRV | @ | SIPFED.ONLINE.LYNC.COM. | 3600 |

# Contact Audit History

# accompaniedexams.com

| Modified | Origin | Note |
|---|---|---|
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Registrant: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 3/13/2023 11:50:23 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:23 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:23 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Registrant: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:23 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:12 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:12 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:12 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ | Registrant: Registration\|Private\|Domains By Proxy, LLC\| |

# Contact Audit History

# accompaniedexams.com

| Modified | Origin | Note |
|---|---|---|
| | sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:12 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |

# Domain Information for Shopper ID 564097816

| | |
|---|---|
| Shopper ID: | 564097816 |
| Domain Name: | accompaniedexam.com |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 1 |
| Create Date: | 3/13/2023 1:50:22 PM |
| Expiration Date: | 3/13/2025 1:50:22 PM |
| Update Date: | 3/25/2024 10:15:31 AM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | GoDaddy.com, LLC |
| Transferred Away Date: | |
| Last Modified: | 3/25/2024 8:15:32 AM |
| Custom DNS: | Yes |
| Name Servers: | ns05.domaincontrol.com<br>ns06.domaincontrol.com |
| Auto Renew: | Yes |
| Renew Period: | 0 |

# Domain Information for Shopper ID 564097816

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAM.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:22 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAM.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:22 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAM.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:22 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | ACCOMPANIEDEXAM.COM@ domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 3/13/2023 11:50:22 AM |

# Custom DNS Entries

# accompaniedexam.com

Shopper ID: 564097816

Domain Name: accompaniedexam.com

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | PARKED | 600 |
| NS | @ | NS05.DOMAINCONTROL.COM. | 3600 |
| NS | @ | NS06.DOMAINCONTROL.COM. | 3600 |
| CNAME | WWW | @ | 3600 |
| CNAME | _DOMAINCONNECT | _DOMAINCONNECT.GD.DOMAINCONTROL.COM. | 3600 |
| SOA | @ | @ | 3600 |

# Contact Audit History

# accompaniedexam.com

| Modified | Origin | Note |
| --- | --- | --- |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Registrant: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 6/5/2023 8:14:10 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 3/13/2023 11:50:22 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:22 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:22 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Registrant: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:22 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: gdFFDomains.dffDomainDbp | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:13 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:13 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:13 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ | Registrant: Registration\|Private\|Domains By Proxy, LLC\| |

# Contact Audit History

# accompaniedexam.com

| Modified | Origin | Note |
|---|---|---|
| | sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | DBP@domainsbyproxy.com\| DomainsByProxy.com\|2155 E Warner Rd\|\| Tempe\|Arizona\|85284\|United States\| +1.4806242599\|+1.4806242598\| |
| 3/13/2023 11:50:13 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ sp;REQUESTEDBY:2503426900 fulfillment;IP:P3PWGDCOMM003 | Technical: Registration\|Private\|Domains By Proxy, LLC\| DBP@domainsbyproxy.com\| DomainsByProxy.com\|2155 E Warner Rd\|\| Tempe\|Arizona\|85284\|United States\| +1.4806242599\|+1.4806242598\| |

# Notes for Shopper ID 564097816

## 3/12/2023 to 5/16/2024

| Entered Date / By | Note |
|---|---|
| 3/25/2024 8:15:32 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name accompaniedexam.com renewed - minus 1 year(s) - by RegAgentSvc on 03/25/2024 08:15:32 |
| 3/18/2024 4:01:00 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt (domain): 2. Parking Domain. Next Attempt Date: 03/25/2024 Reason: Payment request was declined. Domain: ACCOMPANIEDEXAM.COM |
| 3/15/2024 7:30:42 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Contact preference ANALYTICS_DATA_COLLECTION was toggled OFF by login.prod.client.int.godaddy.com at 03/15/2024 07:30:42 |
| 3/15/2024 7:30:42 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Contact preference MARKETING_ADVERTISING_GENERAL was toggled OFF by login.prod.client.int.godaddy.com at 03/15/2024 07:30:42 |
| 3/15/2024 7:30:42 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Contact preference SUPPORT_GENERAL was toggled OFF by login.prod.client.int.godaddy.com at 03/15/2024 07:30:42 |
| 3/14/2024 9:01:42 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name accompaniedexams.com renewed - minus 1 year(s) - by RegAgentSvc on 03/14/2024 09:01:42 |
| 3/14/2024 9:01:38 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt (domain): 1. Domain still active. Next Attempt Date: 03/18/2024 Reason: Payment request was declined. Domain: ACCOMPANIEDEXAM.COM |
| 9/9/2023 4:20:00 PM / Auth Platform / Client IP: GoDaddy Internal | Shopper 564097816 has been sent a temporary access code at ['email'] by agent self |
| 5/7/2023 9:47:22 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Contact preference MARKETING_ADVERTISING_GENERAL was toggled ON by login.prod.client.int.godaddy.com at 05/07/2023 09:47:22 |
| 5/7/2023 9:47:22 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Contact preference SUPPORT_GENERAL was toggled ON by login.prod.client.int.godaddy.com at 05/07/2023 09:47:22 |
| 5/7/2023 9:47:22 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Contact preference ANALYTICS_DATA_COLLECTION was toggled ON by login.prod.client.int.godaddy.com at 05/07/2023 09:47:22 |
| 5/6/2023 7:21:00 AM / gdResourceGeneration / Client IP: GoDaddy Internal | Free product subscription(s) initiated with 'Trial' status and Order #2565506003 - 1 total row(s): [Row #0] Product: 1336711 'Websites + Marketing Free'; |
| 3/30/2023 8:47:00 AM / GoDaddy Payments / Client IP: GoDaddy Internal | GoDaddy Payments application is complete |
| 3/30/2023 8:47:00 AM / GoDaddy Payments / Client IP: GoDaddy Internal | GoDaddy Payments application is Approved |
| 3/30/2023 8:09:44 AM / gdResourceGeneration / Client IP: GoDaddy Internal | Free product subscription(s) initiated with 'Trial' status and Order #2523080307 - 1 total row(s): [Row #0] Product: 1336704 'Websites + Marketing Standard US Free Trial', Free Period End: 4/06/2023; |
| 3/30/2023 8:09:43 AM / Customer / Client IP: ::ffff:192.168.186.192 | New preference.marketId: "en-US" |
| 3/30/2023 7:54:54 AM / Customer / Client IP: ::ffff:10.114.32.17 | emailAndOffice (Manage All) account accessed |
| 3/30/2023 7:48:48 AM / gdResourceGeneration / Client IP: GoDaddy Internal | Free product subscription(s) initiated with 'Trial' status and Order #2523071800 - 1 total row(s): [Row #0] Product: 1323091 'GoDaddy Studio', Free Period End: 4/03/2023; |
| 3/30/2023 7:48:47 AM / Customer / Client IP: ::ffff:192.168.186.192 | New preference.marketId: "en-US" |
| 3/30/2023 7:46:00 AM / Auth Platform / Client IP: GoDaddy Internal | Password Reset performed by shopper 564097816 |
| 3/30/2023 7:46:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 564097816 completed the pw reset flow and changed their pw |
| 3/30/2023 7:43:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 564097816 has been sent a pw reset email |
| 3/13/2023 12:33:47 PM / | Request submitted to update information for mailbox: info@accompaniedexams.com by |

# Notes for Shopper ID 564097816

## 3/12/2023 to 5/16/2024

| Entered Date / By | Note |
|---|---|
| WorkspaceProvisioning / Client IP: GoDaddy Internal | |
| 3/13/2023 11:56:26 AM / Fraud Auto Verify - Service / Client IP: GoDaddy Internal | Marked as VERIFIED NO FRAUD. |
| 3/13/2023 11:56:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 564097816 lock fraud set to value V |
| 3/13/2023 11:56:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 564097816 lock isLocked set to value 0 |
| 3/13/2023 11:55:27 AM / WorkspaceProvisioning / Client IP: GoDaddy Internal | request submitted to create mailbox with email address: <pii>info@ accompaniedexams.com</pii> from account: daf25932-c1cf-11ed-82c9-3417ebe72601 |
| 3/13/2023 11:50:42 AM / GoDaddy Payments / Client IP: GoDaddy Internal | GoDaddy Payments can accept payments. Underwriting team may request additional |
| 3/13/2023 11:50:42 AM / GoDaddy Payments / Client IP: GoDaddy Internal | GoDaddy Payments application is complete |
| 3/13/2023 11:50:40 AM / gdResourceGeneration / Client IP: GoDaddy Internal | Free product subscription(s) initiated with " status and Order #2503441399 - 1 total row(s): [Row #0] Product: 1329349 'GoDaddy Payments'; |
| 3/13/2023 11:50:22 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name accompaniedexams.com registered |
| 3/13/2023 11:50:22 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name accompaniedexam.com registered |
| 3/13/2023 11:50:21 AM / service-Feature / Client IP: GoDaddy Internal | Setting AutoRenew = 1: .COM Domain Name Registration - 1 Year (recurring) OrderID: 2503426900 RowID: 3 Namespace:domain ResourceID: 391375203 |
| 3/13/2023 11:50:15 AM / service-Feature / Client IP: GoDaddy Internal | Setting AutoRenew = 1: .COM Domain Name Registration - 1 Year (recurring) OrderID: 2503426900 RowID: 0 Namespace:domain ResourceID: 391375202 |
| 3/13/2023 11:50:12 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain ACCOMPANIEDEXAM.COM privacy set up. DBP customer number is 564099428. |
| 3/13/2023 11:50:12 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain ACCOMPANIEDEXAMS.COM privacy set up. DBP customer number is 564099428. |
| 3/13/2023 11:50:08 AM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New preference.marketId: "en-US" |
| 3/13/2023 11:50:08 AM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New contact.address.address1: "19826 River Rock Dr" \| New contact.address.address2: "" \| New contact.address.city: "Katy" \| New contact.address.country: "US" \| New contact.address.postalCode: "77449" \| New contact.address.state: "TX" \| New contact.fax: "" \| New contact.organization: "" \| New contact.phoneHome: "" \| New contact.phoneWork: "+1.9375405056" |
| 3/13/2023 11:50:05 AM / PaymentProfile / Client IP: GoDaddy Internal | PaymentProfile: Activating credit_card account ending in 0957 (profile 123276731); |
| 3/13/2023 11:36:21 AM / login.prod.client.int.godaddy.com / Client IP: GoDaddy Internal | Shopper 564097816 accepted and agreed to the Universal Terms of Service and Privacy Policy |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference EMAIL_NOTIFICATION was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference VOICE_PROMOTIONAL was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference EMAIL_ACCOUNT_SUMMARY was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default- | Contact preference EMAIL_ACCOUNT_SUMMARY was toggled ON by consent-default- |

# Notes for Shopper ID 564097816

# 3/12/2023 to 5/16/2024

| Entered Date / By | Note |
|---|---|
| processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference EMAIL_PROMOTIONAL was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference EMAIL_NOTIFICATION was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference EMAIL_PROMOTIONAL was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference DIRECT_MAIL_GENERAL was toggled OFF by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference SMS_PROMOTIONAL was toggled OFF by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference OFFLINE_DATA_ADVERTISING_GENERAL_1 was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |
| 3/13/2023 6:36:22 AM / consent-default-processor.prod.client.int.godaddy. / Client IP: GoDaddy Internal | Contact preference OFFLINE_DATA_ADVERTISING_GENERAL_1 was toggled ON by consent-default-processor.prod.client.int.godaddy.com at 03/13/2023 06:36:22 |

# Case Notes for Shopper ID 564097816

No Case Notes account information is available.

# Fraud Review Notes for Shopper ID 564097816

## 3/12/2023 to 5/16/2024

No Fraud Review Notes account information is available.

# Shopper Contact Audit for Shopper ID 564097816

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 3/13/2023 11:50:08 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | city | | Katy |
| 3/13/2023 11:50:08 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | country | | US |
| 3/13/2023 11:50:08 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | phone1 | | +1.9375405056 |
| 3/13/2023 11:50:08 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | state | | TX |
| 3/13/2023 11:50:08 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | street1 | | 19826 River Rock Dr |
| 3/13/2023 11:50:08 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | zip | | 77449 |
| 3/13/2023 11:36:22 AM | login.prod.client.int.godaddy.com | GoDaddy Internal IP | email | 564097816 | accompaniedexams@gmail.com |
| 3/13/2023 11:36:22 AM | login.prod.client.int.godaddy.com | GoDaddy Internal IP | first_name | | Yousef |
| 3/13/2023 11:36:22 AM | login.prod.client.int.godaddy.com | GoDaddy Internal IP | last_name | | Abdulrahman |

# Legal Receipt for Shopper ID 564097816

Shopper ID: 564097816
Receipt ID: 3001118712
ProgId: GoDaddy
SiteUrl: http://registrar.godaddy.com
Date (Local AZ): 3/25/2024 8:15:26 AM
Source Code: ROHB from_app: wsc_dr

## Shipping Information

Yousef Abdulrahman
19826 River Rock Dr
Katy, TX 77449 US
Daytime Phone: +1.9375405056
accompaniedexams@gmail.com

## Billing Information

Yousef Abdulrahman
19826 River Rock Dr
Katy, TX 77449 US
Daytime Phone: +1.9375405056
accompaniedexams@gmail.com

**Transaction Occurred as: United States Dollar (USD)**

***Payment 1: $35.16***

Paid: Credit Card
Processor: Litle-GD
AVS Code: E
Name: Yousef Abdulrahman
Creditcard Number: ############0957
Creditcard Information: MasterCard Exp. 12/2024

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: accompaniedexam.com | $21.99 | $21.99 | $0.18 | 1 | $0.00 | $22.17 |
| 2 | 1329768-1 | Full Domain Protection - Renewal<br>Length: 1 Year(s)<br>Domain: accompaniedexam.com | $12.99 | $12.99 | $0.00 | 1 | $0.00 | $12.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $35.16 | $0.00 | $0.00 | $35.16 |

# Legal Receipt for Shopper ID 564097816

Shopper ID: 564097816
Receipt ID: 2983676431
ProgId: GoDaddy
SiteUrl: http://registrar.godaddy.com
Date (Local AZ): 3/14/2024 9:01:35 AM
Source Code: ROHB from_app: wsc_dr

## Shipping Information

Yousef Abdulrahman
19826 River Rock Dr
Katy, TX 77449 US
Daytime Phone: +1.9375405056
accompaniedexams@gmail.com

## Billing Information

Yousef Abdulrahman
19826 River Rock Dr
Katy, TX 77449 US
Daytime Phone: +1.9375405056
accompaniedexams@gmail.com

**Transaction Occurred as: United States Dollar (USD)**

***Payment 1: $35.16***

Paid: Credit Card
Processor: Litle-GD
AVS Code: E
Name: Yousef Abdulrahman
Creditcard Number: ############0957
Creditcard Information: MasterCard Exp. 12/2024

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: accompaniedexams.com | $21.99 | $21.99 | $0.18 | 1 | $0.00 | $22.17 |
| 2 | 1329768-1 | Full Domain Protection - Renewal<br>Length: 1 Year(s)<br>Domain: accompaniedexams.com | $12.99 | $12.99 | $0.00 | 1 | $0.00 | $12.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $35.16 | $0.00 | $0.00 | $35.16 |

# Legal Receipt for Shopper ID 564097816

Shopper ID: 564097816

Receipt ID: 2982066071

ProgId: GoDaddy

SiteUrl: http://registrar.godaddy.com

Date (Local AZ): 3/13/2024 9:05:14 AM

Source Code: ROHB from_app: wsc_dr

## Shipping Information

Yousef Abdulrahman

19826 River Rock Dr

Katy, TX 77449 US

Daytime Phone: +1.9375405056

accompaniedexams@gmail.com

## Billing Information

Yousef Abdulrahman

19826 River Rock Dr

Katy, TX 77449 US

Daytime Phone: +1.9375405056

accompaniedexams@gmail.com

**Transaction Occurred as: United States Dollar (USD)**

***Payment 1: $127.79***

Paid: Credit Card

Processor: Litle-GD

AVS Code: E

Name: Yousef Abdulrahman

Creditcard Number: ############0957

Creditcard Information: MasterCard Exp. 12/2024

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 1073689-1 | Email Plus - Renewal - 1 year<br>Length: 1 Year(s)<br>Domain: | $119.88 | $119.88 | $0.00 | 1 | $0.00 | $119.88 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $119.88 | $0.00 | $7.91 | $127.79 |

# Legal Receipt for Shopper ID 564097816

Shopper ID: 564097816

Receipt ID: 2503426900

ProgId: GoDaddy

SiteUrl: http://registrar.godaddy.com

Date (Local AZ): 3/13/2023 11:50:06 AM

Source Code: ???

## Shipping Information

Yousef Abdulrahman

US

accompaniedexams@gmail.com

## Billing Information

Yousef Abdulrahman

19826 River Rock Dr

Katy, TX 77449 US

Daytime Phone: +1.9375405056

accompaniedexams@gmail.com

IP: 70.23.95.208::https://cart.godaddy.com/payapi

**Transaction Occurred as: United States Dollar (USD)**

***Payment 1: $96.15***

Paid: Credit Card

Processor: Litle-GD

AVS Code: U

Name: Yousef Abdulrahman

Creditcard Number: ############0957

Creditcard Information: MasterCard Exp. 12/2024

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 101-1 | .COM Domain Name Registration - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: accompaniedexams.com<br>This is a service item. | $19.99 | $11.99 | $0.18 | 1 | $0.00 | $12.17 |
| 2 | 1329767-1 | Full Domain Protection<br>Length: 1 Year(s)<br>Domain: accompaniedexams.com<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |
| 3 | 1073688-1 | Email Plus From GoDaddy - 1 year<br>Length: 1 Year(s)<br>Domain:<br>This is a service item. | $83.88 | $47.88 | $0.00 | 1 | $0.00 | $47.88 |
| 4 | 101-1 | .COM Domain Name Registration - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: accompaniedexam.com<br>This is a service item. | $19.99 | $11.99 | $0.18 | 1 | $0.00 | $12.17 |
| 5 | 1329767-1 | Full Domain Protection<br>Length: 1 Year(s)<br>Domain: accompaniedexam.com<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |

# Legal Receipt for Shopper ID 564097816

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $92.20 | $0.00 | $3.95 | $96.15 |

# CAS Tickets

No CAS Tickets account information is available.