UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE IN ACCORDANCE WITH THIS COURT'S ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER DATED JULY 1, 2024**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On Monday, July 1, 2024, I caused non-party Eugene Liddie ("Liddie") to be sent a hard copy of this Court's July 1, 2024 Order to show cause with temporary restraining Order, along with the papers upon which it is based via Federal Express to 329 Brookville Avenue, Islip, NY 11751 with Federal Express tracking number 777162309408.

4. On Monday, July 1, 2024, I caused Liddie's counsel to be sent a copy of the Order via email. A copy of the correspondence is annexed hereto as **Exhibit "A."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2024.

                                                          */s/ Emanuel Kataev, Esq.*
                                                          Emanuel Kataev, Esq.

# EXHIBIT A

# Emanuel Kataev

| | |
|---|---|
| **From:** | Emanuel Kataev |
| **Sent:** | Monday, July 1, 2024 5:34 PM |
| **To:** | kcharrington@charringtonlawfirm.com; Jonathon Warner |
| **Cc:** | Jamie Felsen |
| **Subject:** | Re: IME WatchDog, Inc. v. Gelardi; Case No.: 1:22-cv-1032 (PKC) (JRC). |
| **Attachments:** | 2024-07-01 365 USDJ Order to Show Cause & TRO.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counselors:

Consistent with the attached Court's Order, service is hereby made via email.

Regards,

**Emanuel Kataev, Esq.**
**Sage Legal LLC**
**Emanuel Kataev, Esq., P.C.**
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.