UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IME WATCHDOG, INC.,

                              Plaintiff,

            -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                              Defendants.

-----------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**DECLARATION OF
EMANUEL KATAEV, ESQ. AS TO
SERVICE IN ACCORDANCE
WITH THIS COURT'S
SCHEDULING ORDER DATED
JULY 2, 2024**

       Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

       2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

       3.     On Wednesday, July 3, 2024, I caused non-party Eugene Liddie ("Liddie") to be sent a hard copy of this Court's July 2, 2024 Scheduling Order via Federal Express to 329 Brookville Avenue, Islip, NY 11751 with Federal Express tracking number 777200862289.

       I declare under penalty of perjury that the foregoing is true and correct.   Executed on July 3, 2024.

                                 */s/ Emanuel Kataev, Esq.*
                                  Emanuel Kataev, Esq.