UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IME WATCHDOG, INC.,                                              Case No.: 1:22-cv-1032 (PKC)(JRC)

       -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,            EXHIBIT LIST FOR JULY
GREGORY ELEFTERAKIS, ROMAN POLLAK,                29, 2024 HEARING ON
ANTHONY BRIDDA, IME COMPANIONS LLC,               BEHALF OF EUGENE
CLIENT EXAM SERVICES LLC, and                     LIDDIE
IME MANAGEMENT & CONSULTING LLC,
Defendants.
---------------------------------------------------------X

       EUGENE LIDDIE, a nonparty submits the following exhibit list for the July 29, 2024 hearing in the above captioned matter. (Said exhibits are potential exhibits to be used at the hearing):

Exhibit "LIDDIE A" a redacted copy of IME Legal Reps Chase March 2024 bank statement for account ending 0116. This exhibit displays purchases for edible arrangements as part of Mr. Liddie's marketing strategy.

Exhibit "LIDDIE B" a copy of IME LegalReps Flyer for business. This flyer is used as part of Eugene Liddie's marketing for his business.

Dated: Rosedale, New York
       July 28, 2024

                                                           /s/
                                              _____
                                              KAREN H. CHARRINGTON, ESQ.
                                              THE CHARRINGTON FIRM, P.C.
                                              Attorneys Non-Party Eugene Liddie
                                              One Cross Island Plaza, Suite 229
                                              Rosedale, New York 11422
                                              (718)528-4422

TO:
Emanuel Kataev, Esq. emanuel@sagelegal.nyc –via ECF
Jamie Scott Felsen, Esq. jamiefelsen@mmmlaborlaw.com - via ECF
Jonathon D. Warner, Esq. jdwarner@warnerandscheuerman.com - via ECF