

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2024 through March 29, 2024

Account Number: ▇▇▇▇▇▇▇▇▇▇

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00670432 DRE 802 219 09024 NNNNNNNNNNN  1 000000000 64 0000

IME LEGAL REPS LLC
PO BOX 901374
FAR ROCKAWAY NY 11690



## Good news: We've eliminated the non-Chase ATM fee for inquiries and transfers

As of December 10, 2023, we no longer charge the $3 transaction fee for each balance inquiry or balance transfer made at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM, unless your account is eligible for a waiver.[1]

Surcharge fees from the ATM owner/network may still apply. We don't charge these fees when you use a Chase ATM.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] We waive this fee for Chase Business Complete Checking ® accounts with Chase Military Banking Benefits, Chase Platinum Business℠ Checking, Chase Performance Business Checking ® and Chase Analysis Business Checking ℠ accounts.

## CHECKING SUMMARY | Chase Business Complete Checking



Your Monthly Service Fee was $15 this statement period.



EXHIBIT "Liddie A"



March 01, 2024 through March 29, 2024
Account Number:

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $5.85.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/14 | Recurring Card Purchase 03/13 Grasshopper.Com Logmein.Com MA Card 6740 | | $42.26 |
| 03/14 | Card Purchase | 03/13 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/14 | Card Purchase | 03/13 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/14 | Card Purchase | 03/13 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/14 | Card Purchase | 03/13 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/20 | Card Purchase | 03/19 Dnh*Godaddy.Com 480-5058855 AZ Card 6740 | 553.90 |
| 03/21 | Card Purchase | 03/20 Edible Arrangements Central Islip NY Card 6740 | 51.04 |
| 03/21 | Card Purchase | 03/20 Edible Arrangements Central Islip NY Card 6740 | 51.04 |
| 03/21 | Card Purchase | 03/20 Edible Arrangements Central Islip NY Card 6740 | 51.04 |
| 03/22 | Card Purchase | 03/21 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/22 | Card Purchase | 03/21 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/22 | Card Purchase | 03/21 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/25 | Recurring Card Purchase 03/23 Straighttalk*Services 877-430-2355 FL Card 6740 | | 38.73 |
| 03/27 | Recurring Card Purchase 03/26 Dnh*Godaddy.Com 480-5058855 AZ Card 6740 | | 4,919.14 |
| 03/27 | Card Purchase | 03/27 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 6740 | 32.66 |
| 03/28 | Card Purchase | 03/27 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/28 | Card Purchase | 03/27 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/28 | Card Purchase | 03/27 Edible Arrangements Central Islip NY Card 6740 | 43.44 |
| 03/29 | Card Purchase | 03/28 Edible Arrangements Central Islip NY Card 6740 | 40.00 |
| 03/29 | Card Purchase | 03/28 Edible Arrangements Central Islip NY Card 6740 | 40.00 |
| 03/29 | Card Purchase | 03/28 Edible Arrangements Central Islip NY Card 6740 | 40.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$6,294.21** |

## ATM & DEBIT CARD SUMMARY

Eugene W Liddie  Card 6740

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,294.21 |

# CHASE 🟦

March 01, 2024 through March 29, 2024
Account Number: ▉▉▉▉▉▉▉



|  | Total Card Deposits & Credits | $0.00 |
|---|---|---|

**ATM & Debit Card Totals**

|  | Total ATM Withdrawals & Debits | $0.00 |
|---|---|---|
|  | Total Card Purchases | $6,294.21 |
|  | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | Zelle Payment To Mark ▉▉▉▉▉ | ▉▉▉ |
| 03/12 | Zelle Payment To Mark ▉▉▉▉▉ | ▉▉▉ |
| 03/15 | Zelle Payment To Dave ▉▉▉▉▉ | ▉▉▉ |
| 03/27 | Zelle Payment To Angela ▉▉▉▉ | ▉▉▉ |

**Total Electronic Withdrawals** ▉▉▉

## OTHER WITHDRAWALS

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ $18,000.00

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| ▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉ |

## DAILY ENDING BALANCE

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉



March 01, 2024 through March 29, 2024

Account Number: ▮▮▮▮▮▮▮▮

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**