

# IME LEGALREPS

*The IME Legal Rep fee is a disbursement.*

## OUR MISSION

IME Legal Reps has one mission, to protect the plaintiffs...

## SERVICES WE OFFER

- We accompany your clients to the Defense Medical Exam
- Ensure your client only fills out appropriate paperwork
- Take detailed notes on all questions, responses, tests, instruments used and not used, length of intake/exam/wait, etc.
- Prevent inappropriate questions being answered or inappropriate tests being performed
- Testify or sign an affidavit if there is a disparity between DME physician and Legal Rep reports

Our mission is to balance the scale of justice and do exactly what you would do if you attended the exam with your client

Our patient representatives are well qualified and trained to witness IMEs, prevent claimants from being deposed by IME physicians and ensure plaintiff attorneys have an independent record of what transpired in the event that the IME physician's report is inaccurate.

We can also hire an interpreter for additional languages, if needed.

If you're tired of your clients feeling intimidated during their DME appointment, reach out to IME **Legal Reps** using our contact information below:

**imelegalreps.com**
**info@imelegalreps.com**
**Or fill out our online booking form today!**

**(800) 409-9921**



EXHIBIT
Liddie B

We will ***never turn down a request*** for an IME **Legal Rep**. ***We accept last minute requests.***