# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 9, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

      *Re:*   **IME WatchDog, Inc. v. Gelardi,** *et al.*
             **Case No.: 1:22-cv-1032 (PKC) (JRC)**
             <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

      This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

      Plaintiff writes with respect to this Court's Order dated August 9, 2024 directing Defendants and non-party Eugene Liddie to confirm their availability on the dates proposed by Plaintiff. As noted in the footnote of Plaintiff's August 9, 2024 letter, ECF Docket Entry 373, Plaintiff confirmed that Defendants, Liddie, and their respective counsel are available on the proposed dates.

      As such, Plaintiff respectfully requests that the hearing be scheduled based on the Court's availability.

                                      Respectfully submitted,

                                      **MILMAN LABUDA LAW GROUP PLLC**

                                      <u>/s/ Jamie S. Felsen, Esq.</u>

                                      **SAGE LEGAL LLC**

                                      <u>/s/ Emanuel Kataev, Esq.</u>

cc: All Counsel of Record (via ECF).