# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 12, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

    *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
            **Case No.: 1:22-cv-1032 (PKC) (JRC)**
            <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

    This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

    In light of the Court scheduling an additional hearing for September 25, 2024 and because the parties have not yet received the transcript from the July 29, 2024 hearing, Plaintiff respectfully requests an extension of time until September 16, 2024 to comply with the Court's July 29, 2024 order directing Plaintiff, by August 12, 2024, to file a list of exhibits admitted during the May 29, 2024 and July 29, 2024 hearings, including exhibit numbers and a brief description of the document.

    Respectfully submitted,

    **MILMAN LABUDA LAW GROUP PLLC**

    <u>/s/ Jamie S. Felsen, Esq.</u>

    **SAGE LEGAL LLC**

    <u>/s/ Emanuel Kataev, Esq.</u>

cc: All Counsel of Record (via ECF)