UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                              Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**<u>DECLARATION OF SERVICE</u>**

       Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.    I am admitted to practice before this Court and am a member of Milman Labuda Law Group PLLC, attorneys for the Plaintiff IME Watchdog, Inc. in this case.

       2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

       3.    On August 9, 2024, through email correspondence, Eric Allen, counsel for Giant Partners, Inc., Corey Weissman, and Jeremy Koenig, agreed to accept service on behalf of Giant Partners, Inc., Corey Weissman and Jeremy Koenig of the Court's August 9, 2024 Order scheduling a virtual hearing for September 25, 2024 at 2:00 pm EST.

       I declare under penalty of perjury that the foregoing is true and correct.   Executed on August 14, 2024.

                                                                      */s/ Jamie S. Felsen*
                                                                     Jamie S. Felsen, Esq.