**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                          August 26, 2024

**BY HAND**

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

Re:     *IME Watchdog, Inc. v. Gelardi, et al.*
        Case No.: 1:22-cv-1032 (PKC)(JRC)

Dear Judge Chen:

In response to your Honor's Minute Order dated July 29, 2024, as amended by your Honor's Minute Order dated August 8, 2024, I enclose the following financial records of defendants Safa Gelardi, Vito Gelardi and IME Companions LLC:

      1. Mortgage Loan Statement dated August 13, 2024 for 26118 Crosswood Trails Lane, Cypress, Texas 77433.

      2. Mortgage Loan Statement dated August 13, 2024 for 5265 Milford Road, East Stroudsburg, Pennsylvania 18302.

      3. Mortgage Loan Statement dated August 12, 2024 for 9 Woods End Road, Lake Harmony, Pennsylvania 18624.

      4. Mortgage Loan Statement dated August 9, 2024 for 148 Clay Pit Road, Staten Island, New York, 10309.

      5. Purchase Money Mortgage Note & Rent to Buy Agreement for 148 Clay Pit Road dated March 1, 2024.

      6. Chase Bank monthly statements from April 2023 through July 2024.

Pamela K. Chen, U.S.D.J.
August 26, 2024

       7. Evidence of IRS indebtedness.

       8. 2022 Tax Returns

       With respect to Berkeley Research Group, LLC, I have been advised that no agreement has been reached with respect to payment, but a $500.00 wire transfer was initiated to BRG on August 25, 2024.

       Respectfully,

       */s/ Jonathon D. Warner*

JDW/dlr

cc:    Emanuel Kataev, Esq. at emanuel@sagelegal.nyc
       Jamie Felsen, Esq. at jamiefelsen@mllaborlaw.com