**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IME WATCHDOG, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>SAFA ABDULRAHIM, VITO GELARDO, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,<br><br>      Defendants. | Case No. 22-cv-01032-PKC-JRC |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Eric S. Allen, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Non-Party Giant Partners Inc. in the above-captioned action.

I am in good standing of the bar of the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted, this 20th day of September 2024.

          ALLEN, MITCHELL & ALLEN, PLLC

          /s/ *Eric S. Allen*
          Eric S. Allen, Esq.
          2091 E. Murray Holladay Road, Suite 21
          Salt Lake City, Utah 84117
          T: (801) 930-1117
          Eric@allenlawyer.com
          *Attorneys for Non-Party Giant Partners Inc.*