UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFA ABDULRAHIM, VITO GELARDO, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC, <br><br> Defendants. | Case No.: 22-cv-01032-PKC-JRC |

## DECLARATION OF ERIC S. ALLEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Eastern and Southern Districts of New York and 28 U.S.C. § 1746, I, Eric S. Allen declare the following:

1. I am an attorney with the firm ALLEN, MITCHELL & ALLEN, PLLC.

2. I a member in good standing of the State of Utah.

3. I have never been censured, suspended, disbarred or denied admission or readmission of any court.

4. There are no pending disciplinary proceedings against me in any state of federal court.

5. Attached to this declaration are true and accurate copies of certificates of good standing from the State of Utah and The United States District Court, District of Utah.

6. I declare under penalty of perjury the foregoing is true and correct.

Executed on September 20, 2024

/s/ Eric S. Allen
Eric S. Allen, Esq.

## **EXHIBIT A**

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 9/20/2024

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Eric S Allen

This is to certify that Eric S Allen, Utah State Bar No. 13486 was admitted to practice law in Utah on 5/18/2011.

Eric S Allen is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2024 -1104663
verify by email at cogsrequest@utahbar.org

AO 136

## CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Eric S. Allen

Bar # **13486**, was duly admitted to practice in this Court on 05/18/2011, and is in good standing as a member of the bar of this Court.



Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah
on September 20, 2024

_____
*(By) Deputy Clerk*