UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFA ABDULRAHIM, VITO GELARDO, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,<br><br>Defendants. | Case No. 22-cv-01032-PKC-JRC |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Eric S. Allen ("Applicant") for admission to practice Pro Hac Vice in the above-caption action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Utah and his contact information is as follows:

Eric S. Allen, Esq.
2091 E. Murray Holladay Road, Suite 21
Salt Lake City, Utah 84117
T: (801) 930-1117
Eric@allenlawyer.com

Applicant having request admission Pro Hac Vice to appear for all purposes as counsel for Non-Party Giant Partners Inc. in the above-caption action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-caption case in the United States District Court for the Eastern District of New York. All attorney appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: This ___ day of _____, 2024

_____
HON. PAMELA K. CHEN
United States District Court Judge