UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IME WatchDog, Inc.

                **Plaintiff(s),**

v.

Gelardi et al

                **Defendant(s).**

1:22cv01032

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Eric Allen, being duly sworn, hereby depose and say as follows:

1. I am a(n) **Partner** with the law firm of **Allen, Mitchell & Allen PLLC**
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of **Utah**.
4. There are no pending disciplinary proceedings against me in any state or federal court **True**
5. I **Have not** been convicted of a felony. If you have, please describe facts and circumstances.
6. I **Have not** been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: **Utah Bar No. 13486**
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case **1:22cv01032** for **3 Non-Party Witnesses: Sheldon Katz, Corey Weissman and Jeremy Koenig (September 25, 2024 Hearing)**

Date **9/20/24**

_____, UT

**NOTARIZED**

Signature of Movant

Firm Name **Allen, Mitchell & Allen PLLC**

Address **2091 E Murray Holladay Rd STE 21**
**Salt Lake City, UT 84117**

Email **eric@allenlawyer.com**
Phone **801-930-1117**

## Acknowledgment

State of Utah )
&sect;
County of Salt Lake )

On this 20th day of September, in the year 2024, before me, Christopher Wixom a notary
    date         month         year         notary public name

public, personally appeared Eric Allen, proved on the basis of satisfactory
    name of document signer

evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.

Witness my hand and official seal.

_____
(notary signature)

CHRISTOPHER WIXOM
Notary Public, State of Utah
Commission # 725146
My Commission Expires On
June 09, 2026

(seal)