UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFA ABDULRAHIM, VITO GELARDO, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,<br><br>Defendants. | Case No. 22-cv-01032-PKC-JRC |

## NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY GIANT PARTNERS INC.

Eric S. Allen of the firm Allen, Mitchell & Allen PLLC, having been admitted *pro hac vice*, hereby enters his appearance as counsel for non-party Giant Partners, Inc.

Respectfully submitted, this 24th day of September 2024.

ALLEN, MITCHELL & ALLEN, PLLC

 /s/ *Eric S. Allen*
Eric S. Allen, admitted *pro hac vice*
2091 E. Murray Holladay Road, Suite 21
Salt Lake City, Utah 84117
(801) 930-1117
eric@allenlawyer.com
Utah Bar No. 13486
*Attorney for Non-Party Giant Partners, Inc.*