UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,

                Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF HOWARD M. ADELSBERG] CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and (12)**

STATE OF NEW YORK            )
                                      ) ss.:
COUNTY OF NEW YORK        )

HOWARD M. ADELSBERG, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The documents set out in this Certification are based upon a search of the records pursuant to the subpoena served.

2. I am an Associate of Subin Associates, LLP.

3. I am the individual that requested that the records for Subin Associates, LLP ("Subin") be searched pursuant to the subpoena.

4. I submit this declaration in support of authenticating the documents Subin produced in response to a subpoena from the Plaintiff.

5. The above-referenced records were made at or near the time of the events set forth therein by people with knowledge of those matters.

6. It was the regular practice of the business activity to make the records.

7. The records were kept in the regular course of business activity.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024.

                                                                           _____
                                                                           Howard M. Adelsberg