UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                               Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                             Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**

      Jamie S. Felsen, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.     I am admitted to practice before this Court and am a member of Milman Labuda Law Group PLLC, who – together with Sage Legal LLC – are the attorneys for the Plaintiff IME WatchDog, Inc. in this case.

      2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

      3.     This declaration is submitted in support of Plaintiff's motion for sanctions against Defendants Safa Gelardi, Vito Gelardi, and IME Companions LLC ("Defendants").

      4.     On August 28, 2024, I served a Rule 11 Safe Harbor Notice and Notice of Motion for Sanctions on Defendants. Annexed hereto as **Exhibit A** is a copy of the safe harbor notice and notice of motion that were served on Defendants.

      5.     Despite service of same, Defendants have not complied with Plaintiff's demands therein necessitating the filing of this motion.

6. Although the Rule 11 Safe Harbor Notice states that sanctions will also be sought against Defendants' counsel, Warner & Scheuerman and Jonathon D. Warner, Esq., Plaintiff currently only seeks sanctions against the Defendants based on the information available to Plaintiff at this time.

7. Plaintiff reserves the right to seek sanctions against Defendants' counsel should it receive information that they were complicit in the conduct that forms the basis of the instant motion.[1]

8. Plaintiff respectfully requests that this Court grant the relief requested.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2024.

/s/ Jamie S. Felsen
Jamie S. Felsen, Esq.

---

[1] The notice of motion also refers to relief being sought for Defendants' discovery deficiencies. Plaintiff thereafter separately sought relief from this Court concerning same which this Court has referred to Judge Cho. See ECF Docket Entries 385, 390, 391. The discovery deficiencies are not part of the instant motion.