UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IME WATCHDOG, INC.,

                                  Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                                  Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION IN SUPPORT**

Emanuel Kataev, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. ("IME WatchDog") in this case.

2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3.      Throughout this case, Plaintiff has sought discovery from Defendants and various related third parties regarding Defendants' contemptuous conduct in violation of this Court's Orders. See copy of subpoenas and an affidavit of service annexed hereto as **Exhibit "A."**

4.      No response to these subpoenas were received.

5.      I respectfully request that this Court grant the relief requested herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2024.

                                                                                 */s/ Emanuel Kataev, Esq.*
                                                                                     Emanuel Kataev, Esq.