# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 16, 2024

**VIA ECF**
United States District Court Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

    *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
            **Case No.: 1:22-cv-1032 (PKC) (JRC)**
            <u>**MLLG File No.: 25-2022**</u>

Dear Judge Chen:

    This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

    On September 25, 2024, the Court invited the parties to submit post-hearing letter briefs of up to five (5) pages. Plaintiff respectfully requests leave for an additional three (3) pages. The reason for the request is that there is a significant number of exhibits and substantial hearing testimony obtained over the course of several hearings that is pertinent to Plaintiff's motion and which Plaintiff intends to highlight for the Court which cannot be covered in five (5) pages.

                Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**

                <u>/s/ Jamie S. Felsen, Esq.</u>

                **SAGE LEGAL LLC**

                <u>/s/ Emanuel Kataev, Esq.</u>

cc: All Counsel of Record (via ECF)