# EXHIBIT "B"

# Karl Scheuerman

| | |
|---|---|
| **From:** | Karl Scheuerman |
| **Sent:** | Friday, March 1, 2024 9:29 AM |
| **To:** | matthew@lenzalawfirm.com; office@lenzalawfirm.com |
| **Cc:** | Jonathon Warner; Safa Gelardi; vito gelardi |
| **Subject:** | FW: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order on Motion to Deposit Funds |
| **Attachments:** | Memorandum&OrderDatedFebruary292024.pdf |
| **Importance:** | High |

Dear Mr. Lenza:

Please see below Minute Order of Judge Pamela Chen directing that the net proceeds from the sale of the premises known as 148 Clay Pit Road, Staten Island, New York, not be released to the sellers and instead be delivered to Warner & Scheuerman, as attorneys, to be held in escrow. I also attach the Judge's Memorandum & Order dated February 29, 2024.

Warner & Scheuerman will also need you to deliver with the escrow check any HUD Settlement Statement or other document reflecting charges against the sale proceeds at the closing, including any closing statement prepared by your office.

It is absolutely imperative that you comply with the Judge's Order.

Thank you for your anticipated cooperation.

Karl E. Scheuerman
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, New York 10011
Office: 212-924-7111
Cell: 516-375-0645

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Thursday, February 29, 2024 2:39 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order on Motion to Deposit Funds

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

1

The following transaction was entered on 2/29/2024 at 2:39 PM EST and filed on 2/29/2024

**Case Name:** IME WatchDog, Inc. v. Gelardi et al
**Case Number:** 1:22-cv-01032-PKC-JRC
**Filer:**
**Document Number:** 284

**Docket Text:**
**ORDER: For the reasons stated in the attached Memorandum and Order, Plaintiff's [270] Motion for Attachment is granted in part and denied in part, and Plaintiff's [278] Motion for a Temporary Restraining Order ("TRO") is denied as moot.**

**Pursuant to CPLR § 6201(3), the Court orders attachment of the net proceeds from the Individual Defendants' sale of the Staten Island Property. Within fourteen (14) days of the closing and no later than March 15, 2024, the Individual Defendants are directed to file: (1) proof that the net proceeds from the sale were deposited in the escrow account of their attorneys in this matter; (2) an accounting of all funds disbursed as part of the sale, including all closing costs.**

**Plaintiff is directed to post an undertaking in accordance with CPLR § 6212(b) in the sum of $920 within fourteen (14) days of this order. Ordered by Judge Pamela K. Chen on 2/29/2024. (HMM)**


**1:22-cv-01032-PKC-JRC Notice has been electronically mailed to:**

Steven Siegler    steven@kilegal.com, karen@kilegal.com, samantha@kilegal.com, ssiegler123@gmail.com

Anthony Joseph Genovesi    agenovesi@abramslaw.com, anthony@genovesi.us

Jonathon D. Warner    jdwarner@warnerandscheuerman.com, diana@warnerandscheuerman.com, kescheuerman@warnerandscheuerman.com, melanie@warnerandscheuerman.com

Jamie Scott Felsen    jamiefelsen@mmmlaborlaw.com

Melanie I. Wiener    mwiener@abramslaw.com

Andreas Koutsoudakis    andreas@kilawgroup.com, calendar@kilawgroup.com, karen@kilegal.com, samantha@kilegal.com, zoe@kilegal.com

Kenneth C. Brown    kcb@alberlegal.com

James Francis Valentino    james@valentinolegal.com, valentino@clayro.com, valentino.james@gmail.com

Emanuel Kataev    emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, daniellalevi@levilawny.com, ekesq2014@recap.email, mail@emanuelkataev.com

Maria Zieher    mzieher@zieherlaw.com

**1:22-cv-01032-PKC-JRC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/29/2024] [FileNumber=18725439-0]
[8ee7aac62c09967242cd3f38afe257e5c7c88f3e26c28b937c7bac9c63c29fc08c7e
20b14251535e8483bcebaad4fdf7326ea4ecd017f7c205a6ad1c40bb4be4]]

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Karl Scheuerman

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Thursday, March 7, 2024 4:55 PM |
| **To:** | Karl Scheuerman |
| **Cc:** | Jonathon Warner; vito gelardi; Safa Gelardi |
| **Subject:** | Re: 148 Clay Pit Road, Staten Island, New York |

Loan not clear still in underwriting of course before closing i will reach out to you to confirm

On Thu, Mar 7, 2024, 4:21 PM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Dear Mr. Lenza,
>
> As you know, we represent Vito and Safa Gelardi.  We have been ordered to provide the Court with an update tomorrow concerning the closing of the above property.  Please provide us with an update as soon as possible.
>
> Thank you for your cooperation.
>
> Sincerely,
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645

1

# Karl Scheuerman

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Thursday, March 28, 2024 10:33 AM |
| **To:** | Karl Scheuerman |
| **Cc:** | Jonathon Warner; Safa Gelardi; vito gelardi |
| **Subject:** | Re: 148 Clay Pit Road, Staten Island, New York |

We are getting very close. I believe we should be scheduled to close next week.

-Matt

On Thu, Mar 28, 2024 at 10:27 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Matthew,
>
> We have to provide Judge Chen with another status report regarding the closing of the above.
>
> Please let us know the status of the transaction and whether a closing date has been scheduled.
>
> Thank you,
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645

1

## Karl Scheuerman

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Friday, April 5, 2024 10:23 AM |
| **To:** | Karl Scheuerman |
| **Cc:** | Jonathon Warner; Safa Gelardi; vito gelardi |
| **Subject:** | Re: 148 Clay Pit Road, Staten Island, New York |

Finally have a date- a week from today 4-12

On Fri, Apr 5, 2024 at 10:17 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Matt –
>
> We need to provide the Judge with another update today. Any word on the closing?
>
> Thanks,
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645
>
> **From:** Matthew Lenza <matthew@lenzalawfirm.com>
> **Sent:** Thursday, March 28, 2024 10:33 AM
> **To:** Karl Scheuerman <kescheuerman@wslaw.nyc>
> **Cc:** Jonathon Warner <jdwarner@wslaw.nyc>; Safa Gelardi <safagelardi@gmail.com>; vito gelardi <vitogelardi@gmail.com>
> **Subject:** Re: 148 Clay Pit Road, Staten Island, New York

1

We are getting very close. I believe we should be scheduled to close next week.

-Matt

On Thu, Mar 28, 2024 at 10:27 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Matthew,
>
> We have to provide Judge Chen with another status report regarding the closing of the above.
>
> Please let us know the status of the transaction and whether a closing date has been scheduled.
>
> Thank you,
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Karl Scheuerman**

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Thursday, April 11, 2024 3:01 PM |
| **To:** | Jonathon Warner |
| **Cc:** | Karl Scheuerman; Safa Gelardi; vito gelardi |
| **Subject:** | Re: 148 Clay Pit Road, Staten Island, New York |

No, the bank attorney does not yet have the clear to close.

Jeannine Uske,
for Matthew Lenza

On Thu, Apr 11, 2024 at 11:06 AM Jonathon Warner <jdwarner@wslaw.nyc> wrote:

> Are you closing tomorrow?
>
> Jonathon D. Warner, Esq.
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, NY 10011
>
> Office: 212.924.7111
>
> Fax:    212.924.6111
>
> Cell:   917.656.4197
>
> www.wslaw.nyc



**From:** Matthew Lenza <matthew@lenzalawfirm.com>
**Sent:** Friday, April 5, 2024 10:23 AM
**To:** Karl Scheuerman <kescheuerman@wslaw.nyc>
**Cc:** Jonathon Warner <jdwarner@wslaw.nyc>; Safa Gelardi <safagelardi@gmail.com>; vito gelardi

1

<vitogelardi@gmail.com>
**Subject:** Re: 148 Clay Pit Road, Staten Island, New York

Finally have a date- a week from today 4-12

On Fri, Apr 5, 2024 at 10:17 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

Matt –

We need to provide the Judge with another update today. Any word on the closing?

Thanks,

Karl E. Scheuerman

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, New York 10011

Office: 212-924-7111

Cell: 516-375-0645

**From:** Matthew Lenza <matthew@lenzalawfirm.com>
**Sent:** Thursday, March 28, 2024 10:33 AM
**To:** Karl Scheuerman <kescheuerman@wslaw.nyc>
**Cc:** Jonathon Warner <jdwarner@wslaw.nyc>; Safa Gelardi <safagelardi@gmail.com>; vito gelardi <vitogelardi@gmail.com>
**Subject:** Re: 148 Clay Pit Road, Staten Island, New York

We are getting very close. I believe we should be scheduled to close next week.

-Matt

On Thu, Mar 28, 2024 at 10:27 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

Matthew,

We have to provide Judge Chen with another status report regarding the closing of the above.

Please let us know the status of the transaction and whether a closing date has been scheduled.

Thank you,

Karl E. Scheuerman

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, New York 10011

Office: 212-924-7111

Cell: 516-375-0645

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Karl Scheuerman

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Friday, April 19, 2024 10:57 AM |
| **To:** | Karl Scheuerman |
| **Cc:** | vito gelardi; Safa Gelardi; Jonathon Warner |
| **Subject:** | Re: Gelardi Staten Island Home |

Buyer still hasn't gotten loan clearance.It's killing me. Confirming that no funds will be released to seller until confirmed with your office.

Regards,
Matthew

On Fri, Apr 19, 2024 at 9:52 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Dear Mr. Lenza,
>
> We are required to provide the Judge with another status report today concerning the closing of or mutual clients' Cuba Hill Road property in Staten Island. Please let us know if a closing has been scheduled.
>
> Thank you for your anticipated cooperation and patience.
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645

# Karl Scheuerman

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Thursday, May 2, 2024 2:06 PM |
| **To:** | Karl Scheuerman |
| **Subject:** | Re: Gelardi/148 Clay Pitts |

Hey Karl,

I think it may be dead. Im confirming today

On Thu, May 2, 2024, 2:00 PM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Matthew,
>
> We have to report back to the Judge tomorrow.  Any closing date yet?
>
> Thanks again,
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

1

## Karl Scheuerman

| | |
|---|---|
| **From:** | Matthew Lenza <matthew@lenzalawfirm.com> |
| **Sent:** | Friday, May 17, 2024 8:18 AM |
| **To:** | Karl Scheuerman |
| **Cc:** | Jonathon Warner |
| **Subject:** | Re: Gelardi closing |

The buyer killed the deal. I am still holding escrow for the initial downpayment and will likely need to pay it into the court.

On Fri, May 17, 2024, 7:13 AM Karl Scheuerman <kescheuerman@wslaw.nyc> wrote:

> Matthew,
>
> Please let us know the status of the closing.  The Judge expects a status report today.
>
> Thanks,
>
> Karl E. Scheuerman
>
> Warner & Scheuerman
>
> 6 West 18th Street, 10th Floor
>
> New York, New York 10011
>
> Office: 212-924-7111
>
> Cell: 516-375-0645

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.