# EXHIBIT "D"

# MORTGAGE LOAN STATEMENT

**STATEMENT DATE**
08/09/2024

**LOAN NUMBER**
[redacted]

**PROPERTY ADDRESS**
148 CLAYPIT RD
STATEN ISLAND, NY 10309

**PAYMENT DUE DATE**
09/01/2024

**AMOUNT DUE**
## $4,516.12

*If payment is received on or after **09/17/2024**, a **$66.59** late fee will be charged.*

## QUESTIONS? WE'RE HERE TO HELP.

[redacted].mrcooper.com

VITO GELARDI
SAFA GELARDI

**PRINCIPAL** $1,412.54
**REGULAR MONTHLY PAYMENT** $4,516.12
**INTEREST** $1,916.79
**ESCROW TAXES & INSURANCE** $1,186.79

## ACCOUNT OVERVIEW

**INTEREST BEARING PRINCIPAL BALANCE**
$707,737.18         4,481.25

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

|  |  |  |
|---|---|---|
|  | $1,408.73 | $11,163.85 |
|  | $1,920.60 | $15,470.79 |
|  | $1,186.79 | $9,494.32 |
| OPTIONAL INSURANCE |  |  |
|  |  |  |
|  |  |  |
|  |  | 00 |
| **TOTAL** | **$4,516.12** | **$36,128.96** |

## EXPLANATION OF AMOUNT DUE

|  |  |
|---|---|
| [redacted] | $4,516.12 |
| [redacted] | $0.00 |
|  | $0.00 |
|  | $0.00 |
|  | **$4,516.12** |
|  | $0.00 |

...rst to receive discount alerts, offers and new products by signing up for Mr. Cooper's text alerts. Simply, text JOIN to COOPER (266737)

...ome obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| FEES | $_____ |
| LENDER PAID EXPENSES | $_____ |
| **TOTAL AMOUNT OF YOUR CHECK** **DO NOT SEND CASH** | |

**All amounts must be paid in full before additional principal can be made.

[heavily redacted content] .ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

**You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

## PAYMENT OPTIONS

[redacted content]

omplete the Quick Collect form with your name and Mr. Cooper loan number, indicating:

[redacted content]

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

[redacted content]

## CONTACT INFORMATION

[redacted content]

| NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|
| PO Box 619098<br>Dallas, TX 75261-9741 | Lake Vista 4<br>800 State Highway 121 Bypass<br>Lewisville, TX 75067 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | PO Box 9225<br>Coppell, TX 75019<br>Fax (817) 826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

6-0516

[redacted content]

EQUAL HOUSING OPPORTUNITY

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:   ☐ MAILING ADDRESS       ☐ TELEPHONE NUMBER       LOAN #: _____

Borrower's Name: _____       Co-Borrower's Name: _____
Borrower's New Address: _____       Co-Borrower's New Address: _____
_____       _____

Authorized Borrower's Number(s):       Authorized Co-Borrower's Number(s):
Home: ( ____ ) _____   Mobile:  Yes   No       Home: ( ____ ) _____   Mobile:  Yes   No
Work: ( ____ ) _____ Ext: ____  Mobile:  Yes   No       Work: ( ____ ) _____ Ext: ____  Mobile:  Yes   No
Other: ( ____ ) _____   Mobile:  Yes   No       Other: ( ____ ) _____   Mobile:  Yes   No
Signature Required: _____       Signature Required: _____



**MORTGAGE LOAN STATEMENT**

STATEMENT DATE
**08/09/2024**

PAYMENT DUE DATE
09/01/2024

LOAN NUMBER

AMOUNT DUE
**$4,516.12**

PROPERTY ADDRESS
148 CLAYPIT RD
STATEN ISLAND, NY 10309

*If payment is received on or after **09/17/2024**, a **$66.59** late fee will be charged.*

rcooper.com

ible.