# EXHIBIT "D"

# MORTGAGE LOAN STATEMENT

**STATEMENT DATE**
08/09/2024

**LOAN NUMBER**

**PROPERTY ADDRESS**
148 CLAYPIT RD
STATEN ISLAND, NY 10309

**PAYMENT DUE DATE**
09/01/2024

## AMOUNT DUE
## $4,516.12

*If payment is received on or after **09/17/2024**, a **$66.59** late fee will be charged.*

VITO GELARDI
SAFA GELARDI

## QUESTIONS? WE'RE HERE TO HELP.

.mrcooper.com

**PRINCIPAL**
$1,412.54

**REGULAR MONTHLY PAYMENT**
$4,516.12

**INTEREST**
$1,916.79

**ESCROW TAXES & INSURANCE**
$1,186.79

## ACCOUNT OVERVIEW

**INTEREST BEARING PRINCIPAL BALANCE**
$707,737.18

4,481.25

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| | $4,516.12 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | **$4,516.12** |
| | $0.00 |

| | | |
|---|---|---|
| | $1,408.73 | $11,163.85 |
| | $1,920.60 | $15,470.79 |
| | $1,186.79 | $9,494.32 |
| OPTIONAL INSURANCE | | |
| | | |
| | | |
| | | 00 |
| **TOTAL** | **$4,516.12** | **$36,128.96** |

rst to receive discount alerts, offers and new products by signing up for Mr. Cooper's text alerts. Simply, text JOIN to COOPER (266737)

ome obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| FEES | $_____ |
| LENDER PAID EXPENSES | $_____ |
| **TOTAL AMOUNT OF YOUR CHECK**<br>*DO NOT SEND CASH* | |

**All amounts must be paid in full before additional principal can be made.

▓▓▓ .ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

**You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

## PAYMENT OPTIONS

▓▓▓ omplete the Quick Collect form with your name and Mr. Cooper loan number, indicating: ▓▓▓

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

▓▓▓

### CONTACT INFORMATION

▓▓▓

| NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|
| PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

6-0516

EQUAL HOUSING OPPORTUNITY

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:   ☐ MAILING ADDRESS          ☐ TELEPHONE NUMBER          LOAN #: _____

Borrower's Name: _____          Co-Borrower's Name: _____
Borrower's New Address: _____          Co-Borrower's New Address: _____
_____          _____

Authorized Borrower's Number(s):                             Authorized Co-Borrower's Number(s):
Home: ( ____ ) _____   Mobile: Yes No      Home: ( ____ ) _____   Mobile: Yes No
Work: ( ____ ) _____ Ext: _____   Mobile: Yes No   Work: ( ____ ) _____ Ext: _____   Mobile: Yes No
Other: ( ____ ) _____   Mobile: Yes No     Other: ( ____ ) _____   Mobile: Yes No

Signature Required: _____          Signature Required: _____

