# EXHIBIT B

IME Companions
PO Box 90398
Staten Island, NY  10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

| BILL TO |
|---|
| Subin Associates, LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
|---|---|---|---|---|---|
| 5827 | 03/01/2023 | $12,365.00 | 04/01/2023 | | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01/2023 | IME Companion | Rhadera Allen- 2.5 hours<br>Dr. Dana Mannor     Ortho<br>945 Huguenot Avenue, Staten Island, NY 10312<br>Outside NYC<br>Served Subpoena | 1 | 410.00 | 410.00 |
| 03/01/2023 | IME Companion | Natali Rolitsky- 2 hours<br>Dr. Aruna Senevirante     Ortho<br>717 Church Avenue, Brooklyn, NY 11218<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/01/2023 | IME Companion | Jean Sine- 2 hours<br>Dr. Marianna Golden     Neuro<br>162-04 Jamaica Avenue, Jamaica, NY 11432<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/02/2023 | IME Companion | Estalin Batista- 1 hour<br>Dr. Jeffrey Klein     Ortho<br>303 2nd Avenue, New York, NY 10010<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/02/2023 | IME Companion | Felice Blackledge- 2 hours<br>Dr. Aruna Senevirante     Ortho<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/02/2023 | IME Companion | Ivan Popovych- 1 hour<br>Dr. Andrew Bazos     Ortho<br>244 West 54th Street, New York, NY 10019<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/03/2023 | IME Companion | Athanasios Hondros- 2.5 hours<br>Dr. Calogero Gambino     Ortho<br>6740 4th Avenue, Brooklyn, NY 11220<br>Served Subpoena | 1 | 360.00 | 360.00 |
| 03/03/2023 | IME Companion | Richard Lord- 1 hour<br>Dr. Andrew Casden     Ortho | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/04/2023 | IME Companion | 210 East 64th Street, New York, NY 10065<br>Served Subpoena<br>Claudia Vigoya- 1.5 hours<br>Dr. Michael Tawfellos    PM&R | 1 | 340.00 | 340.00 |
| 03/06/2023 | IME Companion | 217 Merrick Road, Amityville, NY 11701<br>Outside NYC<br>Served Subpoena<br>Victor Rodriguez- 1 hour<br>Dr. Michael Miller    Ortho | 1 | 290.00 | 290.00 |
| 03/07/2023 | IME Companion | 220 North Central Avenue, Hartsdale, NY 10530<br>Outside NYC<br>Served Subpoena<br>Ulyses Campbell- 1 hour<br>Dr. Ronald Grelsamer    Ortho | 1 | 225.00 | 225.00 |
| 03/08/2023 | IME Companion | 303 Second Avenue, New York, NY 10003<br>Served Subpoena<br>Luis Pabon- 1.5 hours<br>Dr. Carl Friedman    Internal Medicine | 1 | 270.00 | 270.00 |
| 03/10/2023 | IME Companion | 1000 Park Avenue, New York, NY 10028<br>Served Subpoena<br>Rohan Manragh- 1.5 hours<br>Dr. Edward Weiland    Neuro | 1 | 350.00 | 350.00 |
| 03/10/2023 | IME Companion | 186 West Montauk Highway, Hampton Bays, NY 11946<br>Outside NYC<br>Served Subpoena<br>Miguel Bienvanido Bermeo vera- 1.5 hours<br>Dr. Randall Ehrlich    Ortho | 1 | 270.00 | 270.00 |
| 03/13/2023 | IME Companion | 2932 Wilkinson Avenue, Bronx, NY 10461<br>Served Subpoena<br>Brittany Mcgrath- 1 hour<br>Dr. Pierce Ferriter   Ortho | 1 | 225.00 | 225.00 |
| 03/13/2023 | IME Companion | 2044 Ocean Avenue, Brooklyn, NY 11230<br>Served Subpoena<br>Devon Carter- 1.5 hours<br>Dr. Yong Kim    Ortho Spine | 1 | 270.00 | 270.00 |
| 03/14/2023 | IME Companion | 145 East 32nd Street, New York, NY 10016<br>Served Subpoena<br>Manuel Llongo- 1 hour<br>Dr. Adam Bender    Neuro | 1 | 225.00 | 225.00 |
| 03/15/2023 | IME Companion | 1150 Park Avenue, New York, NY 10128<br>Served Subpoena<br>Miguel Vera- 1.5 hours<br>Dr. Rene Elkin    Neuro | 1 | 270.00 | 270.00 |
| 03/16/2023 | IME Companion | 1560 Grand Concourse, Bronx, NY 10457<br>Served Subpoena<br>Maitza Quiones- 1.5 hours<br>Dr. Arnold Berman    Ortho | 1 | 270.00 | 270.00 |
| 03/16/2023 | IME Companion | 30 Park Avenue, New York, NY 10016<br>Served Subpoena<br>Rohan Manragh- 1 hour<br>Dr. Dana Mannor    Ortho | 1 | 325.00 | 325.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/17/2023 | IME Companion | 28 Sycamore Lane, Commack, NY 11725<br>Outside NYC<br>Served Subpoena<br>Chery Roenickel- 2 hours<br>Dr. Edward Mills    Ortho | 1 | 375.00 | 375.00 |
| 03/20/2023 | IME Companion | 2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served Subpoena<br>Rokshana Jahan- 2 Hours<br>Dr. Warren Cohen    Neuro | 1 | 315.00 | 315.00 |
| | | 42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena | | | |
| 03/21/2023 | IME Companion | Nancy Rivera 1.5 hours<br>Mark Ramnauth    Voc rehab<br>Zoom<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/22/2023 | IME Companion | Francia Montano- 1.5 hours<br>Dr. Douglas Cohen    Neuro<br>80 Maiden Lane, New York, NY 10038<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/22/2023 | IME Companion | Rick Andre Jean- 1 hour<br>Dr. William Schell    Ortho<br>1790 Broadway, New York, NY 10019<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/22/2023 | IME Companion | Nasir Khan- 2 hours<br>Dr. Larry Shemen    ENT<br>233 East 69th Street, New York, NY 10021<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/22/2023 | IME Companion | Veronica Hillario- 1 hour<br>Dr. Arnold Berman    Ortho<br>30-55 21st Street, Astoria, NY 11002<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/22/2023 | IME Companion | Magaly Martinez- 2 Hours<br>Dr. Rene Elkin    Neuro<br>1560 Grand Concourse, Bronx, NY 10457<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/23/2023 | IME Companion | Claudia Lucia Vigoya- 1 hour<br>Dr. Robert Sohn    Chiro<br>2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served Subpoena | 1 | 285.00 | 285.00 |
| 03/23/2023 | IME Companion | Miles Hires- 1 hour<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/23/2023 | IME Companion | Davin Joseph- 1 hour<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/23/2023 | IME Companion | Adriene Harrison- 2 Hours | 1 | 315.00 | 315.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/24/2023 | IME Companion | Dr. Amit Khaneja    Neuro<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena<br>Ulyses Campbell- 2 hours<br>Dr. Jared Brandoff    Ortho<br>205 E 76th Street, New York, NY 10075<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/27/2023 | IME Companion | Joshua Torres- 1.5 hours<br>Dr. Steven Schneider    Chiro<br>717 Church Avenue, Brooklyn, NY 11218<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/27/2023 | IME Companion | Carmen Santos- 1.5 hours<br>Dr. Nicholas Post    Ortho<br>9020 5th Avenue, Brooklyn, NY 11209<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/27/2023 | IME Companion | Adriene Harrison- 2 hours<br>Dr. Regina Hillsman Ortho<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/28/2023 | IME Companion | Felipe Batista- 2 hours<br>Dr. Jeffrey Passick    Ortho<br>421 Ocean Parkway, Brooklyn, NY 11218<br>Served Subpoena | 1 | 270.00 | 270.00 |
| 03/28/2023 | IME Companion | Mark Perry- 1 Hour<br>Dr. Daniel Wolstein,  Voc Rehab<br>Zoom<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/28/2023 | IME Companion | Robert Mitchell- 1 hour<br>Dr. John Bendo Ortho<br>862 Park Avenue, New York, NY 10075<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/28/2023 | IME Companion | Andrei Percium- 5 hours<br>Dr. William Head    Neuro Psych<br>154 W. 14th Sr. New York NY<br>Served Subpoena | 1 | 585.00 | 585.00 |
| 03/29/2023 | IME Companion | Perisia Gonzalez- 1.5 hours<br>Dr. Kenneth Mroczek    Ortho<br>303 2nd Avenue, New York, NY 10003<br>Served Subpoena | 1 | 225.00 | 225.00 |
| 03/29/2023 | IME Companion | Alberto Navarro- 2 hours<br>Dr. Eial Faierman    Ortho<br>2100 Bartow Avenue, Bronx, NY 10475<br>Served Subpoena | 1 | 315.00 | 315.00 |
| 03/30/2023 | IME Companion | Ambra Martin- 2 hours<br>Dr. Regina Hillsman    Ortho<br>2949 Middletown Road, Bronx, New York 10461<br>Served Subpoena | 1 | 315.00 | 315.00 |

We appreciate your business and look forward to helping you again soon.    BALANCE DUE    $12,365.00

IME Companions
PO Box 90398
Staten Island, NY  10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

| BILL TO |
|---|
| Subin Associates, LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
|---|---|---|---|---|---|
| 5828 | 04/01/2023 | $10,755.00 | 05/01/2023 | | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03/2023 | IME Companion | Felipe Batista- 2 hours<br>Dr. Nicholas Post      Neuro<br>9020 5th Ave. Brooklyn NY 11209<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/03/2023 | IME Companion | Juana Rivera- 1.5 hours<br>Dr. Yong Kim      Ortho<br>145 East 32nd St. New York NY 10016<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/03/2023 | IME Companion | Mohammed Yasin- 1.5 hours<br>Dr. David Essig      Chiro<br>717 Church Avenue, Brooklyn, NY 11218<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/04/2023 | IME Companion | Rafael Moreno- 1.5 hours<br>Dr. Salvatore Lenzo      Ortho<br>955 5th Avenue, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/05/2023 | IME Companion | Maria Ortega-1 hour<br>Dr. Adam Bender      Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/07/2023 | IME Companion | Allendy Nunez Jimenez- 1.5 hours<br>Dr. Douglas Unis    Ortho<br>300 Cadman Plaza. Brooklyn, NY 11201<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/07/2023 | IME Companion | Maria Ortega- 1.5 hours<br>Dr. Jason Baynes      Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/07/2023 | IME Companion | Miguel Bienvanido Bermeo Vera- 1 hour<br>Dr. Krishn Sharma     Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/07/2023 | IME Companion | Andrei Perciun- 1 hour<br>Dr. Yong Kim     Ortho | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/10/2023 | IME Companion | 145 East 32nd St. New York NY 10016<br>Served subpoena<br>Yajaira Murillo- 2 hours<br>Dr. Bradley Wiener    Ortho<br>3626 East Tremont Avenue, Bronx, NY 10465<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/11/2023 | IME Companion | Carlos Andrade Salazar- 1.5 hours<br>Dr. Paul Lerner    Neuro<br>30-80 31st Apollo Imaging Building, Astoria, NY 11102<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/12/2023 | IME Companion | Danielle Wadler- 1.5 hours<br>Dr. Jeffrey Goldstein<br>111 Broadway, New York, NY 10006<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/13/2023 | IME Companion | Jimmy Pelaez- 2 hours<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/13/2023 | IME Companion | Danny Castro Bajana- 1.5 hours<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/13/2023 | IME Companion | Jaavoni Johnson- 1.5 hours<br>Dr. Dorothy Scarpinato    Ortho<br>277 88th Street, Brooklyn, NY 11209<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/13/2023 | IME Companion | Yuderkis Martinez- 2 hours<br>Dr. Neil Roth    Ortho<br>210 East 64th Street, New York, NY 10065<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/14/2023 | IME Companion | Jean Sine- 2.5 hours<br>Dr. Warren Cohen    Neuro<br>42-23 Francis Lewis Blvd, Bayside, NY 11361<br>Served subpoena | 1 | 360.00 | 360.00 |
| 04/14/2023 | IME Companion | Roberto Javier- 1 hour<br>Dr. Lloyd Saberski    PM&R<br>50 Main Street, White Plains, NY 10606<br>Outside NYC<br>Served subpoena | 1 | 285.00 | 285.00 |
| 04/17/2023 | IME Companion | Juana Young- 3 hours<br>Dr. August Buerke    Ortho<br>224 West 35th Street, New York, NY 10001<br>Served subpoena | 1 | 405.00 | 405.00 |
| 04/17/2023 | IME Companion | Yanira Lantigua- 2 hours<br>Dr. Gregory Galano    Ortho<br>241 Ocean Parkway, Brooklyn, NY 11218<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/18/2023 | IME Companion | Roberto Javier- 1 hour<br>Dr. Salvatore Lenzo    Ortho<br>955 5th Avenue, New York, NY 10075 | 1 | 225.00 | 225.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/19/2023 | IME Companion | Ivan Lchkevych- 1.5 hours<br>Dr. Allan Rubenstein Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/19/2023 | IME Companion | Lucia Quezada- 1 hour<br>Dr. Allan Rubenstein    Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/19/2023 | IME Companion | Bryan Montas- 1.5 hours<br>Dr. Allan Rubenstein Neuro<br>1050 Park Avenue, New York, NY<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/19/2023 | IME Companion | Tomasz Olfans- 2.5 hours<br>Dr. Ronald Snyder    Ortho<br>99 Court Street, White Plains, NY 10601<br>Outside NYC<br>Served subpoena | 1 | 420.00 | 420.00 |
| 04/19/2023 | IME Companion | Jaavoni Johnson- 1.5 hours<br>Dr. Joseph Yellin    Neuro<br>1599 East 15th Street, Brooklyn, NY 11230<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/20/2023 | IME Companion | Jose Gonzalez- 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Robert Mitchell- 1 hour<br>Dr. Adam Bender    Neuro<br>1150 Park Avenue, New York, NY 10128<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Halmar Reyes Guevara - 1 hour<br>Dr. Andrew Bazos    Ortho<br>244 West 54th Street, New York, NY 10019<br>Served subpoena | 1 | 225.00 | 225.00 |
| 04/20/2023 | IME Companion | Demetria Jones- 1.5 hours<br>Dr. Dorothy Scarpinato    Ortho<br>176 Hicksville Road, Bethpage, NY 11714<br>Outside NYC<br>Served subpoena | 1 | 345.00 | 345.00 |
| 04/20/2023 | IME Companion | Sohail Butt Karim- 1.5 hours<br>Dr. Marc Chernoff    Ortho<br>800 Woodbury Road, Woodbury, NY 11797<br>Outside NYC<br>Served subpoena | 1 | 345.00 | 345.00 |
| 04/21/2023 | IME Companion | Nicholas Brooks- 1.5 hours<br>Dr. Frank Lombardo    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 270.00 | 270.00 |
| 04/21/2023 | IME Companion | Rohan Manragh- 1 hour<br>Dr. Dana Mannor    Ortho<br>28 Sycamore Lane, Commack, NY 11725<br>Outside NYC<br>Served subpoena | 1 | 300.00 | 300.00 |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/21/2023 | IME Companion | Manuel Quishpe Llongo- 4 hours<br>Dr. William Barr    Neuro psych<br>724 2nd Avenue, New York, NY 10016<br>Served subpoena | 1 | 495.00 | 495.00 |
| 04/21/2023 | IME Companion | Michael Aragona- 2 hours<br>Dr. August Buerkle    Ortho<br>2545 Hempstead Turnpike, East Meadow, NY 11554<br>Outside NYC<br>Served subpoena | 1 | 375.00 | 375.00 |
| 04/21/2023 | IME Companion | Rigoberto Reyes Suarez- 2 hours<br>Dr. Tanuj Palvia    Anesthesia/PM<br>2114 Williamsbridge Road, Bronx, NY 10461<br>Served subpoena | 1 | 315.00 | 315.00 |
| 04/21/2023 | IME Companion | Carlos Andrade Salazar- 1 hour<br>Dr. Frank Lombardo    Ortho<br>205 East 76th Street, New York, NY 10075<br>Served subpoena | 1 | 225.00 | 225.00 |

We appreciate your business and look forward to helping you again soon.

**BALANCE DUE** **$10,755.00**

IME Companions
PO Box 90398
Staten Island, NY  10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

| BILL TO |
|---|
| Subin Associates, LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | ENCLOSED |
|---|---|---|---|---|
| 5829 | 03/01/2023 | $2,200.00 | 04/01/2023 | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01/2023 | No Fault | Total of March NF | 1 | 2,200.00 | 2,200.00 |

We appreciate your business and look forward to helping you again soon.

**BALANCE DUE**     $2,200.00

IME Companions
PO Box 90398
Staten Island, NY  10309
(833) 463 7767
info@imecompanions.com
www.imecompanions.com



# Invoice

| BILL TO |
|---|
| Subin Associates, LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
|---|---|---|---|---|---|
| 5830 | 04/01/2023 | $2,000.00 | 05/01/2023 | | |

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01/2023 | No Fault | Totoal of April NF Invoices | 1 | 2,000.00 | 2,000.00 |

We appreciate your business and look forward to helping you again soon.

**BALANCE DUE** $2,000.00

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,
```

                Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,

                Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF HOWARD M. ADELSBERG] CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and (12)**

```
STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF NEW YORK             )
```

HOWARD M. ADELSBERG, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The documents set out in this Certification are based upon a search of the records pursuant to the subpoena served.

2. I am an Associate of Subin Associates, LLP.

3. I am the individual that requested that the records for Subin Associates, LLP ("Subin") be searched pursuant to the subpoena.

4. I submit this declaration in support of authenticating the documents Subin produced in response to a subpoena from the Plaintiff.

5. The above-referenced records were made at or near the time of the events set forth therein by people with knowledge of those matters.

6. It was the regular practice of the business activity to make the records.

7. The records were kept in the regular course of business activity.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024.

                                                                                                      _____
                                                                                                      Howard M. Adelsberg