# EXHIBIT C

**From:** Conor McDaniel conor@giantpartners.com
**Subject:** Re: imelegalreps
**Date:** April 12, 2023 at 13:07
**To:** Corey Weissman corey@giantpartners.com
**Cc:** Jeremy Koenig jeremy@giantpartners.com

Received - thank you Corey.

Cheers,

**CONOR MCDANIEL**
Director of Operations
conor@giantpartners.com
(805) 267-1575 x151
Connect on LinkedIn



On Tue, Apr 11, 2023 at 10:17 AM Corey Weissman <corey@giantpartners.com> wrote:
> Hi Conor,
>
> Here are the credentials for the GoDaddy account for Safa at IME Legal Reps.
>
> I just asked about the hosting and will let you know.
>
> All my best,
>
> Corey
>
> **COREY WEISSMAN**
>
> Giant Partners
>
> Database Marketing Specialist
> corey@giantpartners.com
>
> Office: (805) 267-1575 ext 126
>
> Direct: (805) 871-0425



Connect on Linkedin

---------- Forwarded message ---------
From: **IME Legal Reps** <imelegalreps@gmail.com>
Date: Tue, Apr 11, 2023 at 10:14 AM
Subject: Re: imelegalreps
To: Corey Weissman <corey@giantpartners.com>

Godaddy acct
imelegalreps@gmail.com / 567675340 customer number
paswd - Levicunt62



EXHIBIT 39

On Tue, Apr 11, 2023 at 10:59 AM Corey Weissman <corey@giantpartners.com> wrote:
> Good morning Safa!
>
> I hope all is well with you, are you planning on securing the agreement today so we can get going on the website?
>
> Please let me know if you have any questions.
>
> All my best,
>
> Corey
>
> **COREY WEISSMAN**
>
> Giant Partners
>
> Database Marketing Specialist
> corey@giantpartners.com
>
> Office: (805) 267-1575 ext 126
>
> Direct: (805) 871-0425
>
> 
>
> Connect on Linkedin

On Mon, Apr 10, 2023 at 2:16 PM Corey Weissman <corey@giantpartners.com> wrote:
> Hi Safa,
>
> Here is the link to the new agreement, same details just new company, and us helping you build the new website.
>
> Please let me know if you have any questions:
>
> **Eugene Liddy** (IMELegalReps@Gmail.com)
> Eugene Liddy,
>
> Click the link below to confirm your email address for your new PaymentGiant.com account.
>
> https://paymentgiant.com/index/confirm/key/5d305c3319670e4c6983114763847a49
>
> We are greatly looking forward to working with you again!
>
> All my best,
>
> Corey
>
> **COREY WEISSMAN**
>
> Giant Partners
>
> Database Marketing Specialist
> corey@giantpartners.com
>
> Office: (805) 267-1575 ext 126
>
> Direct: (805) 871-0425



Connect on Linkedin

On Mon, Apr 10, 2023 at 12:59 PM IME Legal Reps <imelegalreps@gmail.com> wrote:
info@imelegalreps.com
1800-409-9921
205 Charleston Lane
Fate Texas 75189