# EXHIBIT E

# WEBSITE SALES AGREEMENT

This Website Sales Agreement (the "Agreement") is made effective on this 10 day of _April, 2023, by and between Vito and Safa Gelardi of IME Companions.com (the "Seller"), and Eugene Liddie of IME IMElegalreps.com (the "Buyer").

## WEBSITE SALE

Subject to the terms and conditions contained in this Agreement the Seller hereby sells and transfers to the Buyer the any and all of Seller's right, title and interest in and to the Website IMECompanions.com (the "Website") and any other rights associated with the Website, including, without limitation, any intellectual property rights.

## PAYMENT TERMS

In consideration for the sale of the Website the Buyer agrees to pay the Seller the amount of $ 4,300.00. This amount shall be paid within 5 business days from the date of this Agreement. In the event if Buyer fails to make the payment, this Agreement may be cancelled by the Seller at the Seller's sole discretion.

## DISCLAIMER

SELLER EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

## REPRESENTATIONS AND WARRANTIES BY THE SELLER

a) The Seller has all necessary right, power, and authorization to sign and perform all the obligations under this Agreement.

b) The Seller has the exclusive ownership of the Website and there are no disputes with any third party over the proprietary rights to the Website.

_[Signatures]_

Sellers/ Vito and Safa Gelardi

Buyer/Eugene Liddie

EXHIBIT S2