# EXHIBIT G

**From:** IME Legal Reps imelegalreps@gmail.com
**Subject:** Re: GP - IME Legal Reps
**Date:** April 19, 2023 at 10:23
**To:** Estefania Sedano estefania@giantpartners.com
**Cc:** Conor McDaniel conor@giantpartners.com, Corey Weissman corey@giantpartners.com, Scott Owen scottowen@giantpartners.com, Steve Page stevep@giantpartners.com

Hello Everyone, This is Eugene Liddy, I am the owner of IME Legal Reps. Please remove the video about IME Companions and please get the new mock ups ready as soon as possible. we need this website up as IME Legal reps vision immediately. Please communicate only with me as Safa is no longer involved.

Eugene Liddy

On Fri, Apr 14, 2023 at 12:44 PM Estefania Sedano <estefania@giantpartners.com> wrote:
> Hey Safa,
>
> The team needs to get login approval. They have sent a Godaddy code to your email, could you please provide it?
>
> Cheers,
>
> Estefania Sedano
>
> Giant Partners
> Account Manager
> (805) 262 7994 or
> (805) 267-1575 ext.130
> estefania@giantpartners.com
>
> On Fri, Apr 14, 2023 at 11:15 AM Estefania Sedano <estefania@giantpartners.com> wrote:
>> Hey Safa,
>>
>> Currently working on it! Let me check in with the team.
>>
>> Cheers,
>>
>> Estefania Sedano
>>
>> Giant Partners
>> Account Manager
>> (805) 262 7994 or
>> (805) 267-1575 ext.130
>> estefania@giantpartners.com
>>
>> On Fri, Apr 14, 2023 at 11:03 AM Safa Gelardi <safagelardi@gmail.com> wrote:
>>> please deactivate imecompanions.com. it is very important that the domain imecompanions.com be deactivated asap. imelegalreps.com has to go up asap and when a client books we should get an email to info@imelegalreps.com. It is imperative this is done asap
>>>
>>> On Fri, Apr 14, 2023 at 11:59 AM Estefania Sedano <estefania@giantpartners.com> wrote:
>>>> Good morning Safa,
>>>>
>>>> Happy Friday!
>>>>
>>>> Got it. We'll work on a couple of mockups for your review.
>>>>
>>>> Cheers,
>>>>
>>>> Estefania Sedano
>>>>
>>>> Giant Partners
>>>> Account Manager
>>>> (805) 262 7994 or
>>>> (805) 267-1575 ext.130
>>>> estefania@giantpartners.com



EXHIBIT 54

On Thu, Apr 13, 2023 at 8:12 PM Safa Gelardi <safagelardi@gmail.com> wrote:
> Let's change it up a little bit

On Thu, Apr 13, 2023, 5:43 PM Estefania Sedano <estefania@giantpartners.com> wrote:
> Hi Safa,
>
> I'm super excited to start working with you! I heard so many good things from the team that I'm ready to start rolling the ball.
>
> Circling back on Conor's question, for IME Sales Rep branding can we use the same colors as IME Companions?
>
> Cheers,
>
> Estefania Sedano
>
> Giant Partners
> Account Manager
> (805) 262 7994 or
> (805) 267-1575 ext.130
> estefania@giantpartners.com
>
> On Wed, Apr 12, 2023 at 12:53 PM Conor McDaniel <conor@giantpartners.com> wrote:
>> Hey Safa,
>>
>> I hope all has been well! It's great to have you back on board.
>>
>> I want to introduce you to your Account Manager, Estefania Sedano! You're in excellent hands with Estefania.
>>
>> I've been brought up to speed and notified that the immediate high-priority item is to develop a new logo and transfer the IME Companions website over to the imelegalreps.com domain and rebrand for IME Legal Reps.
>>
>> A couple of questions for you:
>> - The GoDaddy Credentials you provided to Corey are incorrect. Can you check on those and send over the updated credentials?
>> - For IME Legal Reps, can we use the same colors as IME Companions?
>>
>> Thank you, Safa!
>>
>> Cheers,
>>
>> **CONOR MCDANIEL**
>> Director of Operations
>> conor@giantpartners.com
>> (805) 267-1575 x151
>> Connect on LinkedIn