# EXHIBIT H

**From:** Estefania Sedano estefania@giantpartners.com
**Subject:** IME Legal Reps - Updates
**Date:** April 18, 2023 at 15:13
**To:** Safa Gelardi safagelardi@gmail.com
**Cc:** Conor McDaniel conor@giantpartners.com, Corey Weissman corey@giantpartners.com, Manuel Cabrera manuel@giantpartners.com

Hey Safa,

Hope all is well!

I wanted to check in and send you an update on the work in progress - see below.

**Branding**

- Currently, the logo and colors mockups are in Quality Control, once we have approval from Scott I will be sending these.

**Website transfer**

- On Friday we moved the website development to the new domain: https://imelegalreps.com/ and while we get the new branding approved and ready, we have removed any IME Companion logo or wording in the website.

**New Social & Paid Accounts**

- In order to set up the new Social Media and Paid accounts (such as Google Ads and LinkedIn), there are two ways to do it:
  - You can share the login information of the email you want to register all accounts.
  - Or we can schedule a meeting and do it together.

For the meeting, we can do

**Wednesday** at 10:00 am or 1:00 pm - 3:30 pm PDT

**Thursday** at 9:00 am - 1:00 pm PDT

Let me know what works for you!

Cheers,

Estefania Sedano

Giant Partners
Account Manager
(805) 262 7994 or
(805) 267-1575 ext.130
estefania@giantpartners.com

