# EXHIBIT I

**From:** Corey Weissman corey@giantpartners.com
**Subject:** Re: GiantPartners Follow up- Update for IMELegalReps & Eugene
**Date:** June 1, 2023 at 17:28
**To:** Safa Gelardi safagelardi@gmail.com, IME Legal Reps imelegalreps@gmail.com, 4536250@bcc.hubspot.com
**Bcc:** 4536250@bcc.hubspot.com

Hi Safa and Eugene,

I hope all is well with you, I wanted to check in and see if you have any updates regarding the marketing for IME Legal Reps?

We were waiting for your response on 5/15 regarding the court date you mentioned and we hope to hear from you soon!

Please let me know if there's a good day or time we can talk!

All my best,

Corey

**COREY WEISSMAN**

Giant Partners

Database Marketing Specialist
corey@giantpartners.com

Office: (805) 267-1575 ext 126

Direct: (805) 871-0425



Connect on Linkedin

On Tue, May 30, 2023 at 2:12 PM Corey Weissman <corey@giantpartners.com> wrote:

Hi Safa,

I hope all is well with you, I wanted to check in and let you know we have been unsuccessful in reaching Eugene and we would like to know what's going on with IMELegalReps.

Can we start marketing? Can you have Eugene call us?

He hasn't picked up his phone and won't respond via email.

Please let me know ASAP.

Thanks,

Corey

**COREY WEISSMAN**

Giant Partners

Database Marketing Specialist
corey@giantpartners.com

Office: (805) 267-1575 ext 126

Direct: (805) 871-0425



EXHIBIT
64



Connect on Linkedin