# EXHIBIT J

**From:** Safa Gelardi (via Google Drive) drive-shares-dm-noreply@google.com
**Subject:** Share request for "Marketing Collaterals "
**Date:** June 21, 2023 at 17:38
**To:** conor@giantpartners.com
**Cc:** scottowen@giantpartners.com, stevep@giantpartners.com, estefania@giantpartners.com



## Share a folder?



Safa Gelardi (safagelardi@gmail.com) is **requesting access** to the following folder:

📁 Marketing Collaterals

⚠ Safa Gelardi is outside your organization.

Manage sharing

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because safagelardi@gmail.com requested access to a file or folder located in Google Drive.

Google Workspace

EXHIBIT 66