# EXHIBIT K



"As the Managing Attorney at a large personal injury law firm like Subin Associates LLP, we pride ourselves in making sure that our clients are taken care of by the best people throughout the duration of their lawsuit. One very important step in a lawsuit is the IME or Independent Medical Examination which requires our client to appear before a doctor on behalf of the defendants. Frequently our clients have been taken advantage of by these doctors and therefore we found it necessary to have our clients accompanied by individuals who will look out for our clients and make sure that nobody takes advantage of them and everything goes smoothly. IME Legal Reps has been the absolute best at protecting the interests of our clients. They are dedicated to the needs of our clients and have gone above and beyond for them as well as my firm. Specifically, Eugene Liddy the CEO of IME Legal Reps, has been so instrumental in making sure our clients are treated with the utmost care. He is involved in every matter where an IME is needed. He makes sure that the client is notified of the exam and is there on time. He additionally makes sure that the client is being treated fairly by the doctors retained by the defendants. He simply fights for our clients. Eugene also manages to visit our firm on a frequent basis to ensure that we are satisfied with their services. I would highly recommend IME Legal Reps; they are the absolute best."

– Robert Eisen, Subin Associates
*Managing Attorney*

