# EXHIBIT L

**From:** **Estefania Sedano** estefania@giantpartners.com
**Subject:** Re: estefania@giantpartners.com has invited you to review a collection of proofs
**Date:** April 20, 2023 at 17:07
**To:** IME Legal Reps imelegalreps@gmail.com
**Cc:** Conor McDaniel conor@giantpartners.com, Corey Weissman corey@giantpartners.com

ES

Hey Eugene

The team is still working on the website. I'll let you know once is ready for you review.

Cheers,

Estefania Sedano

Giant Partners
Account Manager
(805) 262 7994 or
(805) 267-1575 ext.130
estefania@giantpartners.com

On Thu, Apr 20, 2023 at 3:05 PM IME Legal Reps <imelegalreps@gmail.com> wrote:

> Estefania, please make the legal rep more visible on the website. I can barely see it. Maynethelogo should Bea litter bigger
>
> On Thu, Apr 20, 2023, 12:09 PM Estefania Sedano <estefania@giantpartners.com> wrote:
>
> > Good morning Eugene!
> >
> > We can have the logo on the website today ASAP - let me speak with the team.
> >
> > As for the whole look and feel (new colors in place, remove sections), most likely will be tomorrow - but will do our best to have it today! Will keep you posted.
> >
> > Cheers,
> >
> > Estefania Sedano
> >
> > Giant Partners
> > Account Manager
> > (805) 262 7994 or
> > (805) 267-1575 ext.130
> > estefania@giantpartners.com
> >
> > On Wed, Apr 19, 2023 at 7:41 PM IME Legal Reps <imelegalreps@gmail.com> wrote:
> >
> > > Also can we get the logo on the site tonight
> > >
> > > On Wed, Apr 19, 2023, 8:33 PM IME Legal Reps <imelegalreps@gmail.com> wrote:
> > >
> > > > inaccurate or harmful to your clients claim. Our companions are trained professionals and will protect your clients from a doctors report that may be inaccurate or harmful to your clients claim.
> > > >
> > > > This is from the why choose us. Please replace companions
> > > >
> > > > On Wed, Apr 19, 2023, 7:51 PM Estefania Sedano <estefania@giantpartners.com> wrote:
> > > >
> > > > > On it!
> > > > >
> > > > > Cheers,
> > > > >
> > > > > Estefania Sedano
> > > > >
> > > > > Giant Partners
> > > > > Account Manager
> > > > > (805) 262 7994 or
> > > > > (805) 267-1575 ext.130
> > > > > estefania@giantpartners.com
> > > > >
> > > > > On Wed, Apr 19, 2023 at 6:36 PM IME Legal Reps <imelegalreps@gmail.com> wrote:
> > > > >
> > > > > > Yes client page hidden, booking and contact us leaveactivebut update to the correct phone number and remove the address. Please pitted logo up asap.
> > > > > >
> > > > > > On Wed, Apr 19, 2023, 7:28 PM Estefania Sedano <estefania@giantpartners.com> wrote:
> > > > > >
> > > > > > > Noted! I guess the Our Client page needs to be hidden for now right?
> > > > > > >
> > > > > > > We can leave the Booking and Contact Us pages active - does that work for you?
> > > > > > >
> > > > > > > And last question, do we need to update the address or leave it as it is?









Cheers,

Estefania Sedano

Giant Partners
Account Manager
(805) 262 7994 or
(805) 267-1575 ext.130
estefania@giantpartners.com

On Wed, Apr 19, 2023 at 6:18 PM IME Legal Reps <imelegalreps@gmail.com> wrote:

> Remove the about us completely from now and will work on a bio and will send it to you asap. Please remove the reviews as well. Everything that has any connection to companions has to be removed.
>
> On Wed, Apr 19, 2023, 7:11 PM Estefania Sedano <estefania@giantpartners.com> wrote:
>
>> Hey Eugene,
>>
>> Sounds good, thank you!
>>
>> We will proceed to finalize the Brand Guidelines and then update the website design!
>>
>> As far as the website content writing, do you have new content that would you like us to update?
>>
>> There's one section we'll need info for, in the About Us --> Meet our Team we removed Safa and left Vito but he doesn't have a picture. How would you like to proceed with this section?
>>
>> And is info@imelegalreps.com an active email?
>>
>> Cheers,
>>
>> Estefania Sedano
>>
>> Giant Partners
>> Account Manager
>> (805) 262 7994 or
>> (805) 267-1575 ext.130
>> estefania@giantpartners.com
>>
>> On Wed, Apr 19, 2023 at 5:54 PM IME Legal Reps <imelegalreps@gmail.com> wrote:
>>
>>> Sample 3 approved.
>>>
>>> On Wed, Apr 19, 2023, 6:46 PM Giant Partners <team@pageproof.com> wrote:
>>>
>>>> GIANTPARTNERS.
>>>>
>>>> ## Your proof invitation
>>>>
>>>> Hi imelegalreps@gmail.com
>>>>
>>>> PageProof makes gathering feedback on work nice and simple - **estefania@giantpartners.com** has asked you to review a collection of proofs. When you click the button below, they will be listed under the collection folder IME Legal Reps - Logo Mockups version 1.
>>>>
>>>> VIEW COLLECTION
>>>>
>>>> You'll find the comment tool is on the left, and this quick guide and short video will help you learn

more.

By clicking View Collection you are agreeing to our privacy policy.

p