# EXHIBIT N

Case 1:22-cv-01032-PKC-JRC   Document 412-14   Filed 10/25/24   Page 2 of 3 PageID #: 8065

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details

**ENTITY NAME:** CLIENT EXAM SERVICES LLC
**DOS ID:** 6766214
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/16/2023
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/16/2023
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 03/31/2025
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LIMITED LIABILITY COMPANY

**Address:** 228 PARK AVE S #814495, NEW YORK, NY, UNITED STATES, 10003

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:** UNITED STATES CORPORATION AGENTS, INC.

**Address:** 7014 13TH AVENUE , SUITE 202, BROOKLYN, NY, 11228

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| | | |

AgenciesApp DirectoryCountiesEventsProgramsServices

**REGISTER TO VOTE**
Register to vote or update your voter information online.