# EXHIBIT A

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2024040100431001001E3137 |

**RECORDING AND ENDORSEMENT COVER PAGE**  PAGE 1 OF 4

| | | |
|---|---|---|
| **Document ID:** 2024040100431001 | **Document Date:** 03-21-2024 | **Preparation Date:** 04-01-2024 |

**Document Type:** DEED
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| LIBERTY LAND ABSTRACT, INC<br>42-40 BELL BLVD. SUITE 103<br>49371<br>BAYSIDE, NY 11361<br>718-281-0505<br>RECORDINGS@LLABSTRACT.COM | AMER J ANWAR, ESQ.<br>5811 6TH AVENUE<br>SUITE CF1<br>BROOKLYN, NY 11220 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5750 | 55 | Entire Lot | 6506 10TH AVENUE |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year_____ Reel____ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ANTHONY MASULLO<br>6506 10TH AVENUE<br>BROOKLYN, NY 11219 | HUI CHEN<br>6506 10TH AVENUE<br>BROOKLYN, NY 11219 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: | |
| Taxable Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Exemption: | | | NYC Real Property Transfer Tax: | |
| TAXES:  County (Basic): | $ | 0.00 | | $ 25,222.50 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $7,080.00 + $17,700.00 = $ | 24,780.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| NYCTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| Additional MRT: | $ | 0.00 | **CITY OF NEW YORK** | |
| TOTAL: | $ | 0.00 | Recorded/Filed   04-02-2024 09:33 | |
| Recording Fee: | $ | 47.00 | City Register File No.(CRFN): | |
| Affidavit Fee: | $ | 0.00 | 2024000081822 | |

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2024040100431001001C33B7 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**  PAGE 2 OF 4

**Document ID:** 2024040100431001  Document Date: 03-21-2024  Preparation Date: 04-01-2024
Document Type: DEED

### PARTIES
**GRANTOR/SELLER:**
NICOLE MASULLO
6506 10TH AVENUE
BROOKLYN, NY 11219

### PARTIES
**GRANTEE/BUYER:**
YE LIN
6506 10TH AVENUE
BROOKLYN, NY 11219

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 21st day of March, 2024

BETWEEN

Anthony Masullo and Nicole Masullo, as Tenants in Common. 6506 10th Avenue, Brooklyn, N.Y./ 11219

HuiC
YL

party of the first part, and

Hui Chen and Ye Lin, tenants in common

both residing at 6506 10th Avenue, Brooklyn, N.Y. 11219

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of

Seven Hundred Seventy Thousand ($1,770,000.00)------------------------------------------------------------ dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of 10th Avenue, distant 150 feet northerly from the corner formed by the intersection of the westerly side of 10th Avenue and the northerly side of 66th Street;

RUNNING THENCE westerly parallel with 66th Street, 100 feet;

THENCE northerly parallel with 10th Avenue, 25 feet;

THENCE easterly again parallel with 66th Street and part of the distance through a party wall, 100 feet to the westerly side of 10th Avenue, and

THENCE southerly along the westerly side of tenth Avenue, 25 feet to the point or place of BEGINNING.

SAID PREMISES BEING KNOWN AS AND BY STREET NUMBER 6506 10TH AVENUE, BROOKLYN, N.Y. 11219 AND BY TAX BLOCK 5750, LOT 55.

Being the same premises conveyed to the party of the first part by deed dated 06/18/2013, recorded 07/05/2013 in CRFN
20913000266553 in the Office of the Register of the City of New York, County of Kings

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

Anthony Masullo

Nicole Masullo
Nicole Masullo

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Queens , ss: | State of New York, County of Queens , ss: |
| On the 21 day of March in the year 2024 , before me, the undersigned, personally appeared Anthony Masullo , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the 21 day of Marcxh, 2024 in the year , before me, the undersigned, personally appeared Nicole Masullo , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| NOTARY PUBLIC KERRY JOHN KATSORHIS Notary Public, State of New York No. 41-2042585 Qualified in Queens County Commission Expires December 31, 2025 | NOTARY PUBLIC KERRY JOHN KATSORHIS Notary Public, State of New York No. 41-2042585 Qualified in Queens County Commission Expires December 31, 2025 |

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of , ss: | State of , County of , ss: |
| On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | On the day of in the year , before me, the undersigned personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |
| NOTARY PUBLIC | NOTARY PUBLIC |

## Bargain and Sale Deed
### With Covenants

Masullo

TO

Chen/ Lin

Title Company: Liberty Land Abstract

Title Number: LL- 49371-24 K

COUNTY: Kings
TOWN/CITY:
PROPERTY ADDRESS: 6506 10th Avenue
Brooklyn, New York 11219
SECTION:
BLOCK: 5750
LOT: 55

RETURN BY MAIL TO:

Amer J. Anwar, Esq.
5811 6th Avenue
Suite CF 1
Brooklyn, N.Y. 11220

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2024040100431001001SFFB6 |

| SUPPORTING DOCUMENT COVER PAGE | | PAGE 1 OF 1 |
|---|---|---|
| **Document ID:** 2024040100431001<br>Document Type: DEED | Document Date: 03-21-2024 | Preparation Date: 04-01-2024 |

| **ASSOCIATED TAX FORM ID:** 2024031200779 |
|---|

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY   11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service:  BOROUGH: BROOKLYN     BLOCK: 5750     LOT: 55

(2) Property Address: 6506 10TH AVENUE, BROOKLYN, NY 11219

(3) Owner's Name:    CHEN , HUI

   Additional Name:  LIN , YE

**Affirmation:**

[✔]  Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: Hui Chen
Signature: _Hui Chen_                                    Date (mm/dd/yyyy): 03-21-2024
Name and Title of Person Signing for Owner, if applicable:

CS-7CRF-ACRIS  REV. 8/08

2024031200779101

# REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: __ / __ / __ (Month/Day/Year)
- C3. Book
- C4. Page
- OR
- C5. CRFN

## PROPERTY INFORMATION

1. **Property Location**: 6506 10TH AVENUE, BROOKLYN, 11219
   (STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

2. **Buyer Name**:
   - CHEN, HUI
   - LIN, YE

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: ___ FRONT FEET X ___ DEPTH OR ___ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. **Seller Name**:
   - MASULLO, ANTHONY
   - MASULLO, NICOLE

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☐ One Family Residential
   - B ☑ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 12 / 29 / 2023
11. **Date of Sale / Transfer**: 3 / 21 / 2024
12. **Full Sale Price**: $ 1,770,000

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: _____

14. Check one or more of these conditions as applicable to transfer:
   - A ☐ Sale Between Relatives or Former Relatives
   - B ☐ Sale Between Related Companies or Partners in Business
   - C ☐ One of the Buyers is also a Seller
   - D ☐ Buyer or Seller is Government Agency or Lending Institution
   - E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below)
   - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
   - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
   - H ☐ Sale of Business is Included in Sale Price
   - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
   - J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: B 1
16. **Total Assessed Value** (of all parcels in transfer): 49,872
17. **Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s)): BROOKLYN 5750 55

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | | | |
|---|---|---|---|---|---|
| **BUYER** | | | **BUYER'S ATTORNEY** | | |
| _Hui Chen_ | 03-21-2024 | Anwar | | Amer | J |
| BUYER SIGNATURE | DATE | LAST NAME | | FIRST NAME | |
| 6506 10TH AVENUE | | 718 | 975-1060 | | |
| STREET NUMBER    STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | | |
| | | **SELLER** | | | |
| BROOKLYN | NY    11219 | _[signature]_ | | 03-21-24 | |
| CITY OR TOWN | STATE    ZIP CODE | SELLER SIGNATURE | | DATE | |

2024031200779201

Form RP-5217 NYC                                                                                                   ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**                                                                                          **SELLERS**

X Hui Chen                              3/21/2024                    [signature]                              3/21/2024
Buyer Signature                         Date                         Seller Signature                         Date

X Ye Ly                                 3/21/2024
Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

Buyer Signature                         Date                         Seller Signature                         Date

2024031200779201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of Qns     }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____6506 10TH AVENUE_____, _____, 
Street Address Unit/Apt.

_____BROOKLYN_____ New York, _____5750_____ _____55_____ (the "Premises");
Borough                              Block            Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

ANTHONY MASULLO                          Hui Chen
Name of Grantor (Type or Print)          Name of Grantee (Type or Print)

[signature]                              Hui Chen
Signature of Grantor                     Signature of Grantee

Sworn to before me                       Sworn to before me
this 21 day of MARCH 2024                this 21st day of MARCH 2024

KERRY JOHN KATSORHIS                     CHRISTINA LANGONE
Notary Public, State of New York         Notary Public, State of New York
No. 41-4012535                           No. 01LA6013628
Qualified in Queens County               Qualified in Queens County
Commission Expires December 31, 2025     Commission Expires 09/21/2026

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2024031200779101

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2024040100431003001EF14E |

## RECORDING AND ENDORSEMENT COVER PAGE                                PAGE 1 OF 4

**Document ID:** 2024040100431003   **Document Date:** 03-12-2024   **Preparation Date:** 04-01-2024
**Document Type:** SATISFACTION OF MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| LIBERTY LAND ABSTRACT, INC<br>42-40 BELL BLVD. SUITE 103<br>49371<br>BAYSIDE, NY 11361<br>718-281-0505<br>RECORDINGS@LLABSTRACT.COM | THE KATSORHIS LAW FIRM, P.C.<br>77-53 MAIN STREET<br>FLUSHING, NY 11367 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5750 | 55 | Entire Lot | 6506 10TH AVENUE |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2013000266554

### PARTIES

| MORTGAGER/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| ANTHONY MASULLO | AMEDURI A. LUCILLE |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        04-02-2024 09:33
City Register File No.(CRFN):
                                    2024000081824

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2024040100431003001CF3CE |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 4 |
|---|---|---|
| **Document ID:** 2024040100431003 | Document Date: 03-12-2024 | Preparation Date: 04-01-2024 |
| Document Type: SATISFACTION OF MORTGAGE | | |

**PARTIES**

**MORTGAGER/BORROWER:**
NICOLE MASULLO

# SATISFACTION OF MORTGAGE

**LUCILLE A. AMEDURI**, having an address at 454 Beaulieu Loop, The Villages, FL 32162

**Does Hereby Certify**, that a certain Mortgage, bearing the date of **June 18, 2013**, made and executed by **ANTHONY MASULLO & NICOLE MASULLO** in the amount of **Six Hundred Sixty Seven Thousand Five Hundred and 00/100 ($667,500.00) DOLLARS** to **LUCILLE A. AMEDURI,** and recorded in the Office of the City Register of the City of New York on July 5, 2013 as CRFN 2013000266554;

The above referenced Mortgage is PAID and the Mortgagee hereby consents that same be discharged of record. The said mortgage has not been assigned.

In Witness Whereof, the said **LUCILLE A. AMEDURI** has duly executed this satisfaction of Mortgage this 12 day of March, 2024.

_____
Lucille A. Ameduri

STATE OF FLORIDA        )
COUNTY OF Sumter        )SS:
                        )

On the 12 day of March, in the year 2024 before me, personally appeared **LUCILLE A. AMEDURI**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the written instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____  JOAN RYAN
NOTARY PUBLIC

JOAN RYAN
MY COMMISSION # HH 394041
EXPIRES: May 3, 2027

LUCILLE A. AMEDURI

TO

ANTHONY MASULLO AND

NICOLE MASULLO

# Satisfaction of Mortgage

Dated:   March 12, 2024

ADDRESS OF PROPERTY:

BLOCK:      5750

LOT:          55

Address:     6506 10th Avenue, Brooklyn, NY

County:      Kings

THE LAW FIRM OF HALL & HALL, LLP
ATTORNEYS AT LAW
2555 Richmond Avenue, Suite 230
Staten Island, NY 10314

LOAN NUMBER:

HALL &HALL FILE # 53,613/21

RECORD AND RETURN:

The Katsorhis Law Firm, P.C.
77-53 Main Street
Flushing, New York 11367