# THE CHARRINGTON FIRM, P.C. Attorneys and Counselors at Law

One Cross Island Plaza  
Suite 229  
Rosedale, New York 11422  
(718) 528-4422 Fax: (718) 528-4420

11 Broadway  
Suite 615  
New York, New York 10004  
(*New York City Office*)

November 5, 2024

Hon. Justice Pamela K. Chen  
United States District Court  
Eastern District of New York  
Courtroom: 4F  
225 Cadman Plaza East  
Brooklyn New York 11201

           Re:    IME WatchDog, Inc. v. Gelardi, et al.  
                  Case No.: 1:22-cv-1032 (PKC) (JRC)

Dear Honorable Justice Chen:

      This office represents Eugene Liddie and IME LegalReps, non-parties in the above-referenced action.

      This office filed ECF Doc. **No. 414** in error by uploading the wrong document which was a draft of a final document. In order to maintain the consistency of the docket, we respectfully request that the Court issue an order authorizing the removal of document number 414 from the docket. The correct document was filed under ECF Doc. No. 415. If the Court grants this request, the Clerk of Court will remove the document.

      We thank the Court for its consideration of this request.

Respectfully Submitted,

KAREN CHARRINGTON, ESQ.