# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 26, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, NY 11201-1804

    *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
              **Case No.: 1:22-cv-1032 (PKC) (JRC)**
              **MLLG File No.: 25-2022**

Dear Judge Chen:

This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case. On September 25, 2024, this Court granted Plaintiff's and non-party Carlos Roa's ("Roa") motion for costs and fees in connection with their motion for contempt against Defendants Safa Abdulrahim Gelardi ("Safa"), Vito Gelardi ("Vito"), and IME Companions LLC ("Companions") (Safa, Vito, and Companions collectively hereinafter the "Defendants") and directed them to pay, by November 25, 2024 (i) $58,358.23 to Plaintiff; and (ii) $8,099.11 to Roa, for attorneys' fees and costs. The Court warned Defendants that the failure to timely pay the full amounts could result in further contempt sanctions and/or the imposition of interest. <u>See</u> ECF Docket Entry [394](#).

To date, Defendants have failed to make any payment to Plaintiff and Roa. Accordingly, Plaintiff respectfully requests that the Court enter judgment against them, jointly and severally, and impose sanctions as set forth in this Court's September 25, 2024 Order. <u>See</u> <u>Id.</u> at 22 ("Defendants are warned that the failure to timely pay the full amounts could result in further contempt sanctions and/or the imposition of interest"). A proposed judgment is annexed hereto. Plaintiff thanks this Court for its continued time and attention to this case.

Dated: Lake Success, New York
       November 26, 2024                  Respectfully submitted,
                                                   **MILMAN LABUDA LAW GROUP PLLC**
                                                   <u>/s/ Jamie S. Felsen, Esq.</u>

Dated: Jamaica, New York
       November 26, 2024                  **SAGE LEGAL LLC**
                                                   <u>/s/ Emanuel Kataev, Esq.</u>

Enclosure
cc: All Counsel of Record (via ECF)