UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                       Plaintiff,

     -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,

                       Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That pursuant to United States District Judge Pamela K. Chen's September 25, 2024 Memorandum & Order, judgment is hereby entered:

    1.    In favor of Plaintiff IME Watchdog, Inc. and against Defendants Safa Abdulrahim Gelardi, Vito Gelardi, and IME Companions LLC in the amount of $58,358.23 in addition to pre-judgment interest and post-judgment interest at the statutory rate and all computed as provided under 28 U.S.C. § 1961, commencing September 25, 2024; and

    2.    In favor of non-party Carlos Roa and against Defendants Safa Abdulrahim Gelardi, Vito Gelardi, and IME Companions LLC in the amount of $8,099.11 in addition to pre-judgment interest and post-judgment interest at the statutory rate and all computed as provided under 28 U.S.C. § 1961, commencing September 25, 2024.

This is a final judgment as to the contempt sanctions incurred by Defendants Safa Abdulrahim Gelardi, Vito Gelardi, and IME Companions LLC, and shall take effect immediately upon entry by the Clerk of Court.

**DATED:** Brooklyn, New York
        November ___, 2024

                                    **RUBY J. KRAJICK**
                                    ---------------------------------------
                                    **Clerk of the Court**

                                    **By:** _____
                                    **Deputy Clerk**

**SO ORDERED**

**BY:** _____
**Hon. Pamela K. Chen, U.S.D.J.**