# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 2, 2024

**VIA E-Mail - jdwarner@wslaw.nyc**

Jonathon D. Warner, Esq.
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, NY 10011

      *Re:*    **IME WatchDog, Inc. v. Gelardi**, *et al.*
            **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Mr. Warner:

In support of Plaintiff's and Carlos Roa's motion for entry of a judgment, enclosed are the following documents:

1. Notice of Motion; and
2. Plaintiff's and non-party Carlos Roa's Memorandum of Law in support of their motion for entry of judgment in connection with Defendants' failure to pay attorneys' fees and costs as ordered by this court in its September 25, 2024 Memorandum & Order.

                                          Respectfully submitted,

                                          **MILMAN LABUDA LAW GROUP PLLC**

                                          /s/ Jamie S. Felsen, Esq.

                                          **SAGE LEGAL LLC**

                                          /s/ Emanuel Kataev, Esq.

Enclosures

cc: Hon. C Pamela K. Chen, U.S.D.J. (via ECF – without enclosures)