# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

December 12, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

      *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
             **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

    This office, together with Milman Labuda Law Group PLLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

    Plaintiff writes to respectfully enclose certified transcripts of the April 10, 2023 and April 11, 2023 audio recordings of telephone calls between Defendant Safa Gelardi and representatives of Giant Partners admitted in evidence at the September 25, 2024 continued hearing.

    Plaintiff thanks this Court for its continued time and attention to this case.

Dated: Jamaica, New York
       December 12, 2024            Respectfully submitted,

                                           **MILMAN LABUDA LAW GROUP PLLC**

                                           <u>/s/ Jamie S. Felsen, Esq.</u>

                                           **SAGE LEGAL LLC**

                                           <u>/s/ Emanuel Kataev, Esq.</u>

Enclosures.

cc: all counsel of record