

212-581-8877
eval@parkeval.com
www.parkeval.com

participantTwo:(530-1870): We need it now.
participantTwo:(1910-2430): Hello.
participantOne:(2500-5420): Hey, it's Corey from Giant Partners.
participantOne:(5460-9320): Uh, yeah, I just wanted to check and I sent you an email, an email bounced.
participantOne:(9360-11440): The plaintiff advocates at Gmail.
participantTwo: Yes
participantOne:(11480-12940): Is that email live?
participantTwo:(13660-14980): No it's not live yet.
participantTwo:(14980-16340): I'm, actually in the process.
participantTwo:(16380-23000): You know why, um, the problem is I'm trying to, I'm trying to buy it and it asked me for a phone number.
participantTwo:(23040-25520): So then I went in to try to buy the phone number.
participantTwo:(25520-32100): So that I can buy the Gmail and it's like everything you need an email to buy the phone number and the phone numbers by the email.
participantOne:(30320-31240): Oh boy.
participantTwo:(32140-37780): So, I'm gonna get it up and running within minutes just give me five minutes while I figure this out.
participantOne:(36150-37070): No problem.
participantOne:(38210-38930): Yeah, no problem.
participantOne:(38930-41490): I'll wait for your email and a yep, no problem at all.
participantTwo:(41820-43560): Hey, Corey.
participantOne:(43230-43810): Yeah.
participantTwo:(43560-44720): I'm glad you called.
participantTwo:(44760-48460): So remember, I wanted to do plaintiffadvocates.com?
participantOne:(49210-50290): Yeah.
participantTwo:(49620-52400): I went in and I found the company.
participantTwo:(52400-56540): It's a law firm in Chicago and they own the domain.
participantTwo:(56580-64680): Plaintiffadvocate.com without the S and I really don't want to go through another legal battle and a cease and desist.
participantOne:(58640-58980): Okay.
participantTwo:(64740-69660): So, I'm kind of bearing away from plaintiff advocates, I'm in the process of buying imelegalreps.com.
participantTwo:(72160-73220): So if you give me.
participantOne:(72500-75380): I-M-E Legal R-E-P-S.
participantTwo:(74160-76360): Legal.com.
participantTwo:(76360-78480): Yes, so that's gonna be.
participantOne:(77500-81740): So it would be, I-M-E Legal R-E-P-S?
participantTwo:(82220-83500): Yes, how that sounds to you?
participantOne:(83280-83880): Okay.
participantOne:(85500-86240): That sounds great.
participantOne:(86240-87540): IME Legal Reps.
participantOne:(87580-89220): I I'll let Jeremy know to see if he has any recos.
participantTwo:(91390-96630): Yeah, because you know what I just don't wanna go through another legal issue for a simple stupid little thing.
participantTwo:(96630-99410): I didn't even know that plaintiffadvocate.com was taken.
participantTwo:(100470-102730): So just to take the precaution.
participantOne:(101110-102430): Yeah, no problem.
participantTwo:(103450-108230): Um, so I'm gonna do IME Legal Reps as soon as I finish coordinating the phone number, the emails and everything.
participantTwo:(109290-114910): I'm gonna send everything to you in a matter of five minutes and then we'll move forward with whatever that business name is gonna be.
participantOne:(115580-116340): Okay perfect.
participantOne:(116340-117720): Yeah, once I get that information.
participantOne:(117720-121480): I'll type up the, uh, the agreement will get you the link as soon as you make that payment.



212-581-8877
eval@parkeval.com
www.parkeval.com

```
participantOne:(121480-121700): You know.
participantOne:(121700-124800): Well, we'll be off and running.
participantTwo:(123500-124940): Yep, yep, perfect.
participantTwo:(124980-125940): Thanks Corey.
participantOne:(125100-126860): All right, perfect, thanks Safa.
participantOne:(126900-127520): No problem.
participantTwo:(127500-128380): Okay, bye.
participantOne:(127580-128500): All right, bye bye.
```



September 25, 2024

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed English to English transcription (Park Case 24037393) was made under my personal supervision by a qualified translator who is fluent in this language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original document. This document has not been created for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator

(212) 581-8877 • www.ParkEval.com



September 25, 2024

# TRANSCRIPTION CERTIFICATION

I, Zoila Rios, am fluent and competent in English. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of my knowledge and belief, the transcription accurately reflects the meaning and intention of the original text. I am not a family member, friend, or business associate of anyone referenced in this transcription but a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original document.

Sincerely,

_____
Zoila Rios

24037393