PARK EVALUATIONS

212-581-8877
eval@parkeval.com
www.parkeval.com

participantTwo:(880-1740): Hey Corey.
participantOne:(2740-4080): Hey (unintelligible), how's it going?
participantTwo:(4620-5340): Okay, good thank you.
participantTwo:(5380-6420): You got what you needed?
participantOne:(7450-11190): Um, so yeah, you sent me the, um, the go
participantOne:(11190-11930): Daddy stuff.
participantOne:(11930-13290): We, um…
participantOne:(13290-21890):  Connor wanted me to ask you if you could send over your hosting details because we don't believe that go Daddy does the hosting unless you do have hosting through them for your site.
participantTwo:(23840-27880): Oh! For your site, I think you guys are hosting it, no?
participantOne:(29590-32310): Um, I'm not sure.
participantOne:(32310-33670): There… there should be a site.
participantOne:(33670-34430): That's hosting.
participantOne:(34430-35170): The site.
participantOne:(35230-37290): Um, so Conor.
participantTwo:(36050-36730): I think it's…
participantTwo:(36770-44710): I think it's because they used to be… it used to be a the place that the company that…
participantTwo:(46120-56760): That I build the website with, they used to host it, but then when you guys came in and you took access. As of recently, he told me he's not hosting it anymore.
participantTwo:(56800-60400): So I assumed you were the only ones that could host it after that.
participantOne:(61940-62740): Okay, I'll
participantOne:(62740-64660): Confirm with Connor on those details.
participantTwo:(56800-60400): Yeah.
participantOne:(64700-68040): Um, and then, um, I noticed the payment…
participantOne:(68040-69040): hasn't gone through yet.
participantOne:(69040-71160): So I just wanted to confirm if you...
participantTwo:(70390-71710): Oh! it didn't.
participantTwo:(71710-73210): I'm sorry, I thought I did it…
participantTwo:(73210-74210): I put the… I'm.
participantTwo:(74250-80870): I could've sworn the payment went through, you know what I'm meeting up with Eugene like in five minutes.
participantTwo:(81110-82950): Um, I'll have him check his card.
participantOne:(81690-82110): Okay.
participantTwo:(83030-86370): If his card didn't go through then I will process it again.
participantTwo:(86510-87430): I could have sworn.
participantOne:(87310-87790): Okay.
participantTwo:(87430-88330): I did it Corey.
participantOne:(88610-90190): Yeah, no problem at all.
participantOne:(90230-91530): Um, you know once we get it.
participantOne:(91570-97750): Uh, you know everything will get set to motion and, um, yeah, I will check with Connor on the details about the hosting.
participantTwo:(98370-100270): Okay, yeah, yeah, definitely.
participantOne:(100120-100760): All right, perfect.
participantTwo:(100270-101730): I think Tiffany
participantTwo:(101730-103670): May know too, Tiffany Lazo.
participantOne:(104520-105600): Yeah, no problem.
participantOne:(105640-111940): I will… I will definitely check with the team and, uh, yeah, just let me know if there's any issues when making a payment.
participantOne:(111980-117100): Um, sometimes I can go to our like accounting department and they could tell me what the error is.



212-581-8877
eval@parkeval.com
www.parkeval.com

participantOne:(117100-119140): And I can let you know exactly why the card.
participantOne:(119140-120380): Isn't like going through.
participantTwo:(121020-122020): Yeah, because it's odd.
participantTwo:(122020-125560): I think I processed it and then I didn't get a receipt.
participantTwo:(125600-126860): So I'm like, okay, I'll.
participantTwo:(126860-128280): Just find out from Gene.
participantTwo:(128640-132680): Um, and I never followed up, but I'm gonna meet up with him in about five minutes.
participantTwo:(132740-133000): I'll.
participantTwo:(133000-134900): Have him check his card.
participantOne:(133500-133900): Okay.
participantTwo:(134940-137340): If no payment went through then we'll process.
participantTwo:(137340-142820): It again if it doesn't go through then maybe I can call you and you can process it on your end.
participantOne:(138820-139220): Okay.
participantOne:(140470-140670): <unk>.
participantOne:(143560-145260): So we can't do it through our end.
participantOne:(145260-145440): It's.
participantOne:(145440-147500): All like manual through your end.
participantOne:(147600-153820): Um, but I could I'd be more than happy to stay on the phone with you while you're going through because I know there is like after you submit the payment.
participantTwo:(147810-148390): Okay.
participantTwo:(152500-153280): Okay, got it.
participantOne:(153820-155740): I believe you have to enter your information again.
participantOne:(155740-156460): A second time.
participantOne:(156460-161500): So that that might have been what happened, you might have not done that and then that's, why I didn't go through who knows.
participantTwo:(160910-162210): You know what that is.
participantOne:(161660-162200): .
participantTwo:(162210-162910): What happened?
participantTwo:(162910-163390): You're, right.
participantTwo:(163390-166490): But I thought I was like, Hey, no, I don't wanna process it again.
participantTwo:(166490-167470): So I stopped.
participantTwo:(167510-171950): I thought it went through and yeah, okay, so then it must have not went through.
participantOne:(168360-169000): Oh. okay.
participantOne:(170220-170740): Oh.
participantTwo:(171950-173750): So I'm, listen, I have my laptop.
participantOne:(172750-173510): Yes.
participantTwo:(174010-176730): I'll, I'll meet with him in a few minutes and we'll process.
participantTwo:(176730-176890): It.
participantOne:(177710-178430): Yeah, no problem.
participantOne:(178430-182550): You have any issues just give me a call and a corner just message me he's checking right now.
participantOne:(182750-188190): Uh, on the hosting and, um, if, uh, once he confirms, if we don't need anything.
participantOne:(188190-192450): I'll just email you back and say all good, uh, if not, then I'll reach back.
participantTwo:(190500-190980): Okay.
participantOne:(192450-192570): I'll.
participantOne:(192570-192970): Let you know.
participantTwo:(193670-194690): Okay, wonderful.
participantTwo:(194690-195330): Thanks, Cory.



212-581-8877
eval@parkeval.com
www.parkeval.com

participantOne:(195440-197960): Alright, perfect, thanks Safa, talk to you soon.
participantTwo:(197140-197440): You're.
participantTwo:(197440-198600): Welcome bye.
participantOne:(198420-199420): All right, bye.



September 25, 2024

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed English to English transcription (Park Case 24037393) was made under my personal supervision by a qualified translator who is fluent in this language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original document. This document has not been created for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator

(212) 581-8877 • www.ParkEval.com



September 25, 2024

# TRANSCRIPTION CERTIFICATION

I, Zoila Rios, am fluent and competent in English. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of my knowledge and belief, the transcription accurately reflects the meaning and intention of the original text. I am not a family member, friend, or business associate of anyone referenced in this transcription but a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original document.

Sincerely,

_____
Zoila Rios

24037393