**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

| | |
|---|---|
| **Jonathon D. Warner, Esq.** | **Karl E. Scheuerman, Esq.** |
| jdwarner@wslaw.nyc | kescheuerman@wslaw.nyc |

December 23, 2024

**VIA EMAIL**

| | |
|---|---|
| Jamie S. Felson, Esq. | Emanuel Kataev, Esq. |
| *Milman Labuda Law Group PLLC* | *Sage Legal LLC* |
| 3000 Marcus Avenue, Suite 3W8 | 18211 Jamaica Avenue |
| Lake Success, New York 11042 | Jamaica, New York 11423 |

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
       Case No.: 1:22-cv-1032 (PKC)(JRC)

Dear Counselors:

In opposition to the motion of plaintiff and Carlos Roa for the entry of a judgment, we enclose the following documents:

1. Defendants' Memorandum Of Law In Opposition To Motion For Entry of Judgment;

2. Declaration of Safa Gelardi;

3. Declaration of Vito Gelardi.

Sincerely yours,

*/s/ Jonathon D. Warner*

JDW/dlr
Encs.

cc:   Hon. Pamela K. Chen, U.S.D.J. (via ECF - without enclosures)