11420 Dairy Ashford
Sugar Land, Texas 77478

# ASHFORD LAKES

- ⭐ **FOR LEASE**
- 📍 **UPTO 1,500 RSF**
- 🏢 **RETAIL CENTER**



**Ashford Lakes** is an 18,074 square foot strip center at 11420 Dairy Ashford in Sugar Land. Located at the corner of Dairy Ashford and Alston Road. It was built on 2005. Tenants include Pho Viet Seafood and All Seasons Cafe.

| THE PROPERTY | SITE PLAN | DEMOGRAPHICS AND LOCATION MAP |

11111 Katy Freeway
Suite 535  |  Houston, Texas
713.464.1001  |  Investarinc.com



KATHY JONES
713.273.1377
kjones@investarinc.com

# Site Plan + Vacancy

**ASHFORD LAKES**

11420 Dairy Ashford
Sugar Land, TX 77478



| Suite | SQ | Base Rate | NNN |
|---|---|---|---|
| 102 | 1,500 | $15.00/SF/YR | $6.53/SF/YR |

**RENTAL RATES**

THE PROPERTY    SITE PLAN    DEMOGRAPHICS AND LOCATION MAP

11111 Katy Freeway
Suite 535  |  Houston, Texas
713.464.1001  |  Investarinc.com



KATHY JONES
713.273.1377
kjones@investarinc.com

2

**ASHFORD LAKES**

# Demographics and Location Map

11420 Dairy Ashford
Sugar Land, Texas 77478

**Total Population**
*3 mile radius*
**153,526**

**2027 Population Projection**
*3 mile radius*
**234,921**



**Traffic Count** — *3 mile radius* — **21,098**

**Total Household Units** — *3 mile radius* — **49,605**

**Avg Household Income** — *77478 Zip Code* — **$147,001**



THE PROPERTY    SITE PLAN    **DEMOGRAPHICS AND LOCATION MAP**

11111 Katy Freeway
Suite 535  |  Houston, Texas
713.464.1001  |  Investarinc.com



KATHY JONES
713.273.1377
kjones@investarinc.com

3




# Information About Brokerage Services

*Texas law requires all real estate license holders to give the following information about brokerage services to prospective buyers, tenants, sellers and landlords.*

11-2-2015

**TYPES OF REAL ESTATE LICENSE HOLDERS:**
- **A BROKER** is responsible for all brokerage activities, including acts performed by sales agents sponsored by the broker.
- **A SALES AGENT** must be sponsored by a broker and works with clients on behalf of the broker.

**A BROKER'S MINIMUM DUTIES REQUIRED BY LAW (A client is the person or party that the broker represents):**
- Put the interests of the client above all others, including the broker's own interests;
- Inform the client of any material information about the property or transaction received by the broker;
- Answer the client's questions and present any offer to or counter-offer from the client; and
- Treat all parties to a real estate transaction honestly and fairly.

**A LICENSE HOLDER CAN REPRESENT A PARTY IN A REAL ESTATE TRANSACTION:**

**AS AGENT FOR OWNER (SELLER/LANDLORD):** The broker becomes the property owner's agent through an agreement with the owner, usually in a written listing to sell or property management agreement. An owner's agent must perform the broker's minimum duties above and must inform the owner of any material information about the property or transaction known by the agent, including information disclosed to the agent or subagent by the buyer or buyer's agent.

**AS AGENT FOR BUYER/TENANT:** The broker becomes the buyer/tenant's agent by agreeing to represent the buyer, usually through a written representation agreement. A buyer's agent must perform the broker's minimum duties above and must inform the buyer of any material information about the property or transaction known by the agent, including information disclosed to the agent by the seller or seller's agent.

**AS AGENT FOR BOTH - INTERMEDIARY:** To act as an intermediary between the parties the broker must first obtain the written agreement of *each party* to the transaction. The written agreement must state who will pay the broker and, in conspicuous bold or underlined print, set forth the broker's obligations as an intermediary. A broker who acts as an intermediary:
- Must treat all parties to the transaction impartially and fairly;
- May, with the parties' written consent, appoint a different license holder associated with the broker to each party (owner and buyer) to communicate with, provide opinions and advice to, and carry out the instructions of each party to the transaction.
- Must not, unless specifically authorized in writing to do so by the party, disclose:
  - that the owner will accept a price less than the written asking price;
  - that the buyer/tenant will pay a price greater than the price submitted in a written offer; and
  - any confidential information or any other information that a party specifically instructs the broker in writing not to disclose, unless required to do so by law.

**AS SUBAGENT:** A license holder acts as a subagent when aiding a buyer in a transaction without an agreement to represent the buyer. A subagent can assist the buyer but does not represent the buyer and must place the interests of the owner first.

**TO AVOID DISPUTES, ALL AGREEMENTS BETWEEN YOU AND A BROKER SHOULD BE IN WRITING AND CLEARLY ESTABLISH:**
- The broker's duties and responsibilities to you, and your obligations under the representation agreement.
- Who will pay the broker for services provided to you, when payment will be made and how the payment will be calculated.

**LICENSE HOLDER CONTACT INFORMATION:** This notice is being provided for information purposes. It does not create an obligation for you to use the broker's services. Please acknowledge receipt of this notice below and retain a copy for your records.

| Licensed Broker /Broker Firm Name or Primary Assumed Business Name | License No. | Email | Phone |
|---|---|---|---|
| Designated Broker of Firm | License No. | Email | Phone |
| Licensed Supervisor of Sales Agent/ Associate | License No. | Email | Phone |
| Sales Agent/Associate's Name | License No. | Email | Phone |

_____  _____  _____
Buyer/Tenant/Seller/Landlord Initials                          Date

Regulated by the Texas Real Estate Commission          Information available at www.trec.texas.gov

IABS 1-0