UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                                      Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                                        Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Milman Labuda Law Group PLLC, attorneys for the Plaintiff IME Watchdog, Inc. in this case.

2. On January 20, 2025, I served the Court's January 17, 2025 text Order on the following individuals via first class mail and e-mail as follows:

    a. Christian Hogarth, 7901 4th Avenue, Apr. F3, Brooklyn, NY 11209; christianhogarth@yahoo.com
    b. Fari Gutierrez, 8117 102nd Avenue, Apartment 1, Ozone Park, NY 11416; fgten03@yahoo.com
    c. Lizbeth Medina, 961 E 27th St., Paterson, NJ 07513; lizbethmedina34@gmail.com
    d. Mark Purficati, 50-19 104th Street, Corona, NY 11368; markpurificati@yahoo.com and tmllc28@gmail.com
    e. Sara Gonzalez, 2069 Union Street, Apt. 4F, Brooklyn, NY 11212; sgmorales81@gmail.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2025

                                                                          */s/ Jamie S. Felsen*