UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                        Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                        Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

       Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.    I am admitted to practice before this Court and am a member of Milman Labuda Law Group PLLC, attorneys for the Plaintiff IME Watchdog, Inc. in this case.

       2.    On February 14, 2025, I served the Court's February 14, 2025 text Order on Ignatius Grande of BRG via:

- Email to [igrande@thinkbrg.com;](mailto:igrande@thinkbrg.com) and

- U.S. Mail to Berkeley Research Group, LLC 810 Seventh Avenue, 41st Floor, New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2025

                                            /s/ Jamie S. Felsen