UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                            Plaintiff,

          -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                           Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE IN ACCORDANCE WITH THIS COURT'S SCHEDULING ORDER DATED FEBRUARY 20, 2025**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On Thursday, February 20, 2025, I forwarded a copy of this Court's Order of the same date to Ignatius Grande, Esq. of Berkeley Research Group, LLC via email to igrande@thinkbrg.com. A copy of the email is annexed hereto as **Exhibit "A."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2025.

                                                       */s/ Emanuel Kataev, Esq.*
                                                       Emanuel Kataev, Esq.

# EXHIBIT A

## Emanuel Kataev

| | |
|---|---|
| **From:** | Ignatius Grande <igrande@thinkbrg.com> |
| **Sent:** | Thursday, February 20, 2025 2:12 PM |
| **To:** | Emanuel Kataev |
| **Cc:** | Jamie Felsen; Daniella Levi; Eli Levi; carlos@imewatchdog.com |
| **Subject:** | Re: [EXT] FW: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Scheduling Order |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution: This email originates from outside of the sagelegallc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Emanuel,

Thank you.  I am confirming receipt of your email and will note the new time in my calendar.

Best,

Ignatius

Sent from my iPhone

On Feb 20, 2025, at 2:05 PM, Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> **This Message Is From an External Sender**
>
> This message came from outside your organization.

FYI

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Thursday, February 20, 2025 2:03 PM

1

**To:** nobody@nyed.uscourts.gov

**Subject:** Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Scheduling Order

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/20/2025 at 2:02 PM EST and filed on 2/20/2025

**Case Name:**      IME WatchDog, Inc. v. Gelardi et al

**Case Number:**    [1:22-cv-01032-PKC-JRC](#)

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: The Show Cause hearing previously scheduled for 11:30 am ET on Wednesday, April 2, 2025, will now take place at 2:00 pm ET on the same day. Plaintiffs should provide Mr. Grande with notice of the updated time, and file with the Court proof of the same by February 27, 2025.**

**The Court will send the parties the Zoom link in advance of the conference. The public may listen in via telephone at: +1 (646) 828-7666; Meeting ID: 161 449 7871; Passcode: 812159.**

**Ordered by Judge Pamela K. Chen on 2/20/2025. (JJB)**

**1:22-cv-01032-PKC-JRC Notice has been electronically mailed to:**

Steven Siegler     steven@kilegal.com, karen@kilegal.com, samantha@kilegal.com, ssiegler123@gmail.com

Anthony Joseph Genovesi     agenovesi@abramslaw.com, anthony@genovesi.us

Jonathon D. Warner     jdwarner@warnerandscheuerman.com, diana@warnerandscheuerman.com, kescheuerman@warnerandscheuerman.com, melanie@warnerandscheuerman.com

Jamie Scott Felsen     jamiefelsen@mmmlaborlaw.com

Melanie I. Wiener     mwiener@abramslaw.com

Andreas Koutsoudakis     andreas@aklegalteam.com, 6820592420@filings.docketbird.com, calendar@kilawgroup.com, melissa@kilegal.com, tess@kilegal.com, zoe@kilegal.com

Karen Hillary Charrington     kcharrington@charringtonlawfirm.com

Kenneth C. Brown     kcb@alberlegal.com

James Francis Valentino     james@valentinolegal.com, valentino@clayro.com, valentino.james@gmail.com

Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, daniellalevi@levilawny.com, ekesq2014@recap.email

Alan Smikun     smikunlaw@gmail.com

Maria Zieher     mzieher@zieherlaw.com

Eric Allen     eric@allenlawyer.com

**1:22-cv-01032-PKC-JRC Notice will not be electronically mailed to:**

---

**BERKELEY RESEARCH GROUP, LLC (TOGETHER WITH ITS AFFILIATES, "BRG") - NOTICE**
THIS EMAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM BRG WHICH MAY BE CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED.

**TAX ADVICE DISCLOSURE**
ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

BRG IS (I) NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL ADVICE AND (II) NOT A CPA FIRM AND DOES NOT PROVIDE AUDIT, ATTEST OR PUBLIC ACCOUNTING SERVICES.