# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 14, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

   *Re:* **IME WatchDog, Inc. v. Gelardi,** *et al.*
      **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Cho:

  This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

  On February 27, 2025, Plaintiff informed the Court that, on February 27, 2025, it re-served the subpoenas on the non-party observers, Christian Hogarth, Fari Gutierrez, Lizbeth Medina, Mark Purficati, and Sara Gonzalez and filed declarations of service. To date, none of the non-party observers have complied with the subpoenas. Accordingly, Plaintiff respectfully requests that pursuant to 28 U.S.C. § 636(e), the Court certify to Judge Chen the facts surrounding the contempt by non-party observers, Christian Hogarth, Fari Gutierrez, Lizbeth Medina, Mark Purficati, and Sara Gonzalez.

Dated: Lake Success, New York
   March 14, 2025       Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**

                <u>/s/ Jamie S. Felsen, Esq.</u>

Dated: Jamaica, New York
   March 14, 2025

                **SAGE LEGAL LLC**

                <u>/s/ Emanuel Kataev, Esq.</u>

cc:  All Counsel of Record (via ECF)