UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IME WATCHDOG, INC.,

                    Plaintiff,

  -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                    Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**<u>DECLARATION OF SERVICE</u>**

Parbatie Singh declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am employed as an administrative assistant by Milman Labuda Law Group PLLC, counsel for the Plaintiff.

2. On March 25, 2025, I served the enclosed (i) March 25, 2025 Minute Entry for Motion Hearing proceedings held on 2/7/2025 before Magistrate Judge James R. Cho; and (ii) March 25, 2025 Order, on the following individuals via First Class Mail and e-mail as follows:

    a. Christian Hogarth, 7901 4th Avenue, Apr. F3, Brooklyn, NY 11209; christianhogarth@yahoo.com
    b. Fari Gutierrez, 8117 102nd Avenue, Apartment 1, Ozone Park, NY 11416; fgten03@yahoo.com
    c. Lizbeth Medina, 961 E 27th St., Paterson, NJ 07513; lizbethmedina34@gmail.com
    d. Mark Purficati, 50-19 104th Street, Corona, NY 11368; markpurificati@yahoo.com
    e. Sara Gonzalez, 2069 Union Street, Apt. 4F, Brooklyn, NY 11212; sgmorales81@gmail.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2025

_/s/ Parbatie Singh_
Parbatie Singh

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order |
| **Date:** | Monday, March 24, 2025 4:05:24 PM |

**Caution:** The sender's identity cannot be verified and might not be who they claim to be. Use care when replying, selecting links, or opening attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/24/2025 at 4:03 PM EDT and filed on 3/24/2025

**Case Name:** IME WatchDog, Inc. v. Gelardi et al
**Case Number:** 1:22-cv-01032-PKC-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Due to a delay in uploading the Minute Entry for the 2/7/2025 conference, the Court *sua sponte* extends the deadlines set at that conference as follows:**

**By 4/7/2025, plaintiff and non-party Eugene Liddie shall file a joint letter regarding the status of their discovery dispute (Dkt. 440).**

**By 4/14/2025, non-parties Christian Hogarth, Fari Gutierrez, Lizbeth Medina, Mark Purficati, and Sara Gonzalez (the "non-parties") shall respond to plaintiff's subpoenas.**

**By 4/21/2025, parties shall file a joint status report regarding the status of party discovery.**

**The Court denies plaintiff's motion (Dkt. 446) to certify the non-parties in contempt without prejudice and with leave to renew.**

**By 3/27/2025, plaintiff shall serve the non-parties with a copy of this Order and the Minute Entry for the 2/7/2025 conference and file proof of service on ECF.**

**Ordered by Magistrate Judge James R. Cho on 3/24/2025. (JDP)**

**1:22-cv-01032-PKC-JRC Notice has been electronically mailed to:**

Steven Siegler    steven@kilegal.com, karen@kilegal.com, samantha@kilegal.com, ssiegler123@gmail.com

Anthony Joseph Genovesi    agenovesi@abramslaw.com, anthony@genovesi.us

Jonathon D. Warner    jdwarner@warnerandscheuerman.com, diana@warnerandscheuerman.com, kescheuerman@warnerandscheuerman.com, melanie@warnerandscheuerman.com

Jamie Scott Felsen    jamiefelsen@mmmlaborlaw.com

Melanie I. Wiener    mwiener@abramslaw.com

Andreas Koutsoudakis    andreas@aklegalteam.com, 6820592420@filings.docketbird.com, calendar@kilawgroup.com, melissa@kilegal.com, tess@kilegal.com, zoe@kilegal.com

Karen Hillary Charrington    kcharrington@charringtonlawfirm.com

Kenneth C. Brown    kcb@alberlegal.com

James Francis Valentino    james@valentinolegal.com, valentino@clayro.com, valentino.james@gmail.com

Emanuel Kataev    emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, daniellalevi@levilawny.com, ekesq2014@recap.email

Alan Smikun    smikunlaw@gmail.com

Maria Zieher    mzieher@zieherlaw.com

Eric Allen    eric@allenlawyer.com

**1:22-cv-01032-PKC-JRC Notice will not be electronically mailed to:**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order on Motion to Compel |
| **Date:** | Monday, March 24, 2025 4:02:30 PM |

**Caution:** The sender's identity cannot be verified and might not be who they claim to be. Use care when replying, selecting links, or opening attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/24/2025 at 4:00 PM EDT and filed on 3/24/2025
**Case Name:**        IME WatchDog, Inc. v. Gelardi et al
**Case Number:**    1:22-cv-01032-PKC-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for Motion Hearing proceedings held on 2/7/2025 before Magistrate Judge James R. Cho: Appearances by Emanuel Kataev for plaintiff, with Daniella Levi and Carlos Roa, corporate representatives; Jonathon D. Warner for defendants Safa Abdulrahim Gelardi, Vito Gelardi, and IME Companions LLC (collectively, "defendants"). Non-parties Christian Hogarth, Fari Gutierrez, Lizbeth Medina, Mark Purficati, and Sara Gonzalez (the "non-parties") failed to appear despite receiving notice of the hearing. Plaintiff's [405] motion to compel is granted. By 2/26/2025, the non-parties shall respond to plaintiff's subpoenas. The non-parties are warned that the failure to respond may result in a finding of contempt and the imposition of a monetary fine.**

**Plaintiff's [419] motion for a certification of contempt is denied without prejudice.**

**By 2/21/2025, plaintiff and non-party Eugene Liddie shall file a joint letter regarding the status of their discovery dispute (see Dkt. 440).**

**As discussed on the record, the parties shall proceed with discovery regarding**

**damages. The parties shall promptly meet and confer regarding the scheduling of depositions and production of documents.**

**By 3/6/2025, parties shall file a joint status report.**

**By 2/12/2025, plaintiff shall serve the non-parties with a copy of this Order and file proof of service on ECF. (FTR 12:07-12:22) (JDP)**

**1:22-cv-01032-PKC-JRC Notice has been electronically mailed to:**

Steven Siegler     steven@kilegal.com, karen@kilegal.com, samantha@kilegal.com, ssiegler123@gmail.com

Anthony Joseph Genovesi     agenovesi@abramslaw.com, anthony@genovesi.us

Jonathon D. Warner     jdwarner@warnerandscheuerman.com, diana@warnerandscheuerman.com, kescheuerman@warnerandscheuerman.com, melanie@warnerandscheuerman.com

Jamie Scott Felsen     jamiefelsen@mmmlaborlaw.com

Melanie I. Wiener     mwiener@abramslaw.com

Andreas Koutsoudakis     andreas@aklegalteam.com, 6820592420@filings.docketbird.com, calendar@kilawgroup.com, melissa@kilegal.com, tess@kilegal.com, zoe@kilegal.com

Karen Hillary Charrington     kcharrington@charringtonlawfirm.com

Kenneth C. Brown     kcb@alberlegal.com

James Francis Valentino     james@valentinolegal.com, valentino@clayro.com, valentino.james@gmail.com

Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, daniellalevi@levilawny.com, ekesq2014@recap.email

Alan Smikun     smikunlaw@gmail.com

Maria Zieher     mzieher@zieherlaw.com

Eric Allen     eric@allenlawyer.com

**1:22-cv-01032-PKC-JRC Notice will not be electronically mailed to:**