UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IME WATCHDOG, INC.,

                                    Plaintiff,

                -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                            Defendants.
-----------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**COURT-AUTHORIZED NOTICE**

**PLEASE BE ADVISED**, that:

# (i)   IME Legal Reps LLC;
# (ii)  IME Companions, LLC;
# (iii) Client Exam Services LLC;
# (iv) Accompanied Exam Services;
# (v)  IME Management & Consulting LLC; and
# (vi) the IME Company,

**each together with their respective managers, agents, and/or employees, have been enjoined by Order of Judge Pamela K. Chen, in *IME Watchdog, Inc. v. Gelardi* (22-cv-1032), from providing any services to you pending a further order of the Court.**

For more information, please see ECF Docket Entries 66 (May 13, 2022), 66-1 (First Preliminary Injunction), 80 (Amended Preliminary Injunction), 254 (October 20, 2023), 254-1 (Second Amended Preliminary Injunction), 284 (February 29, 2024), 299 (March 13, 2024), 299-1 (Second Amended Preliminary Injunction), 365 (July 1, 2024), 394 (September 25, 2024), 398 (September 30, 2024), 448 (March 31, 2025), 448-1 (Third Amended Preliminary Injunction).

Dated:  Brooklyn, New York
        April _____, 2025

                            **SO ORDERED:**

                            _____
                            Hon. Pamela K. Chen, U.S.D.J.