# WARNER & SCHEUERMAN
### Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                      April 9, 2025

<u>**VIA ECF**</u>

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

Re:    *IME Watchdog, Inc. v. Gelardi, et al.*
       <u>Case No.: 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Chen:

      We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC and write in opposition to plaintiff's request for a pre-motion conference. In light of the Court's comments at the hearing held on April 2, 2025, defendants believe that plaintiff's request for a pre-motion conference to move for "case-ending sanctions" and summary judgment is moot.

      In any event, plaintiff has yet to be deposed and is seeking leave to amend, meaning that any dispositive motion would be pre-mature at this time.

                                                        Respectfully,

                                                        */s/ Jonathon D. Warner*

JDW/ks

cc:    All counsel (via ECF)