# WARNER & SCHEUERMAN
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc       April 15, 2025

<u>VIA ECF</u>

Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 4F North
Brooklyn, New York 11201-1804

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
      <u>Case No.: 1:22-cv-1032 (PKC)(JRC)</u>

Dear Judge Chen:

    We represent defendants Safa Gelardi, Vito Gelardi and IME Companions LLC and write to respectfully request a two-week extension to respond to this Court's April 2, 2025 Minute Order and this Court's Third Amended Preliminary Injunction dated March 31, 2025.

    We have been advised that defendants are attempting to diligently marshal all responsive documents. However, we believe that defendants will require additional time due to their present personal and business circumstances of which the Court is aware from the last hearing.

                          Respectfully,

                          */s/ Jonathon D. Warner*

JDW/ks

cc:   All counsel (via ECF)