# EXHIBIT "A"

Case 1:22-cv-01032-PKC-JRC   Document 464-1   Filed 04/17/25   Page 1 of 3 PageID #: 8980

# WARNER & SCHEUERMAN
## Attorneys at Law
6 West 18th Street
10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

Jonathon D. Warner, Esq.
jdwarner@wslaw.nyc

Karl E. Scheuerman, Esq.
kescheuerman@wslaw.nyc

June 3, 2022

**By E-mail**

Ms. Safa Gelardi
Mr. Vito Gelardi
IME Companions, LLC
148 Claypit Road,
Staten Island, NY 10309

Re:   IME WatchDog, Inc. v. Safa Gelardi, Vito Gelardi, and IME Companions, LLC
      U.S. District Court, Eastern District of NY, Case No. 1:22-cv-01032-PKC-JRC

Dear Ms. Gelardi:

You have requested that Warner & Scheuerman ("W&S") represent you in in the above-referenced action.

We will require an initial retainer of $20,000.00 against our normal time charges and our out-of-pocket disbursements for such expenses including, but not limited to, research fees, Court filing fees, deposition transcripts, expert reports, transportation to and from Court, postage, etc. My time is presently billed at $550.00 hourly; my partner's time is presently billed at $550.00 hourly; and my paralegal's time is presently billed at $200.00 hourly. These time charges may change, but you will be given at least thirty (30) days' notice of any such changes. When time charges and disbursements exceed the $20,000.00 retainer, you will be billed such excess monthly. Payment will be due immediately.

Any dispute between you and W&S regarding fees may be subject, at your election, to arbitration pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

Ms. Safa Gelardi
Mr. Vito Gelardi
IME Companions, LLC
June 3, 2022
Page -2-

    If the above accurately represents our agreement and understanding, kindly execute this letter and forward it to me. You can pay the $20,000.00 fee by wiring the funds to the following account:

Warner & Scheuerman IOLA

[redacted]

I greatly appreciate the confidence you have expressed in us.

                        Very truly yours,

                        **WARNER & SCHEUERMAN**

                        By: /s/Jonathon D. Warner
                            Jonathon D. Warner, Esq.

**ACCEPTED AND AGREED TO:**



_____
Safa Gelardi

_____
Vito Gelardi

**IME COMPANIONS, LLC**

By: _____
     Safa Gelardi, Manager