# EXHIBIT "B"

# WARNER & SCHEUERMAN

## Attorneys at Law

**6 West 18th Street**
**10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
**jdwarner@wslaw.nyc**

**Karl E. Scheuerman, Esq.**
**kescheuerman@wslaw.nyc**

February 28, 2025

**By E-mail**

Mrs. Safa Gelardi
Mr. Vito Gelardi

*Re:*    *Legal Services Rendered:*
*IME WatchDog, Inc. v. Safa Gelardi, Vito Gelardi, and IME Companions, LLC*
**U.S. District Court, Eastern District of NY, Case No. 1:22-cv-01032-PKC-JRC**

*Carlos Roa v. Gelardi, Gelardi, IME Companions, LLC, and Thomas Brandon*
**Supreme Court, Queens County, Index No. 702350/2023**

Dear Mr. and Mrs. Gelardi:

I enclose a detailed printout of all charges from January 1, 2025, through February 28, 2025. Time came to $2,725.00 with a disbursement of $19.00, totaling $2,744.00.

| | |
|---|---|
| December 2024 Invoice: | $270,965.75 |
| Payment: | -$10,000.00 |
| Current charges: | + 2,744.00 |
| **February 2025 Invoice total:** | **$263,709.75** |

I would appreciate payment at your earliest convenience.

Sincerely,

*/s/Jonathon D. Warner*

JDW/dlr
Encl.

Warner & Scheuerman

---

Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: Gelardi, Safa, et al. |
| Slip.Transaction Date | 1/1/2025 - 2/28/2025 |

---

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: ads. IME WatchDog, Inc. | | | | |
| 145851<br>1/7/2025 | TIME | | | |
| | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| ▮▮▮▮▮▮▮▮▮▮ | | | | |
| 146621<br>1/17/2025 | TIME | | | |
| | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| ▮▮▮▮. | | | | |
| 145979<br>1/20/2025 | TIME | | | |
| | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| ▮▮▮▮▮▮ | | | | |
| 146623<br>1/20/2025 | TIME | | | |
| | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| ▮▮▮. | | | | |
| 146624<br>1/21/2025 | TIME | | | |
| | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| ▮▮▮. | | | | |
| 146627<br>1/23/2025 | TIME | | | |
| | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| ▮▮▮. | | | | |
| 146387<br>1/29/2025 | TIME | | | |
| | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |
| ▮▮▮▮. | | | | |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 146636<br>1/29/2025 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 146490<br>2/6/2025 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 146497<br>2/7/2025 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 2.00 | 550.00 | 1100.00 |
| 146537<br>2/11/2025 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 146573<br>2/12/2025 | TIME | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 146652<br>2/14/2025 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |
| 147244<br>2/14/2025 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 146691<br>2/20/2025 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 147254<br>2/20/2025<br>███████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 147261<br>2/25/2025<br>███████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 147267<br>2/27/2025<br>███████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |

| Total: ads. IME WatchDog, Inc. | | | | |
|---|---|---|---|---|
| | Billable | 5.00 | | 2725.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 5.00 | | 2725.00 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 5.00 | | 2725.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 5.00 | | 2725.00 |

# WARNER & SCHEUERMAN

## Attorneys at Law

### 6 West 18th Street
### 10th Floor
### New York, New York 10011
### Tel: (212) 924-7111
### Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
**jdwarner@wslaw.nyc**

**Karl E. Scheuerman, Esq.**
**kescheuerman@wslaw.nyc**

December 31, 2024

**By E-mail**

Mrs. Safa Gelardi
Mr. Vito Gelardi

*Re:*     *Legal Services Rendered:*
           *IME WatchDog, Inc. v. Safa Gelardi, Vito Gelardi, and IME Companions, LLC*
           **U.S. District Court, Eastern District of NY, Case No. 1:22-cv-01032-PKC-JRC**

           *Carlos Roa v. Gelardi, Gelardi, IME Companions, LLC, and Thomas Brandon*
           **Supreme Court, Queens County, Index No. 702350/2023**

Dear Mr. and Mrs. Gelardi:

I enclose a detailed printout of all charges from October 1, 2024, through December 31, 2024. Time came to $39,977.50.

| | |
|---|---|
| September 2024 Invoice: | $230,988.25 |
| Current charges: | + $39,977.50 |
| **December 2024 Invoice total:** | **$270,965.75** |

I would appreciate payment at your earliest convenience.

Sincerely,

*/s/Jonathon D. Warner*

JDW/dlr
Encl.

Warner & Scheuerman

---

### Selection Criteria

| Clie.Selection | Include: Gelardi, Safa, et al. |
|---|---|
| Slip.Transaction Date | 10/1/2024 - 12/31/2024 |

---

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| **Nickname 1: ads. Carlos Roa** | | | | |
| 145284<br>10/1/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.10 | 525.00 | 52.50 |
| 144793<br>10/9/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.60 | 550.00 | 330.00 |
| 145011<br>10/24/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 2.80 | 550.00 | 1540.00 |
| 145693<br>11/14/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 1.00 | 525.00 | 525.00 |
| 145339<br>11/18/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.20 | 550.00 | 110.00 |
| 145701<br>11/18/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.20 | 525.00 | 105.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 145713<br>11/21/2024<br>██████████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.10 | 525.00 | 52.50 |

Total: ads. Carlos Roa

|  |  | Units | | Slip Value |
|---|---|---|---|---|
| Billable | | 5.00 | | 2715.00 |
| Unbillable | | 0.00 | | 0.00 |
| Total | | 5.00 | | 2715.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: ads. IME WatchDog, Inc. | | | | |
| 145285    TIME<br>10/1/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 5.00 | 525.00 | 2625.00 |
| 144705    TIME<br>10/2/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.00 | 550.00 | 550.00 |
| 145287    TIME<br>10/2/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 4.00 | 525.00 | 2100.00 |
| 144764    TIME<br>10/8/2024 | Jonathon Warner<br>Conference<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 145295    TIME<br>10/9/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 144897    TIME<br>10/10/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |
| 144924    TIME<br>10/11/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 145304<br>10/11/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 4.00 | 525.00 | 2100.00 |
| 145306<br>10/15/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 144864<br>10/16/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 145311<br>10/16/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 144936<br>10/17/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.60 | 550.00 | 330.00 |
| 145313<br>10/17/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 525.00 | 262.50 |
| 144943<br>10/18/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |
| 145314<br>10/18/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 5.00 | 525.00 | 2625.00 |

Warner & Scheuerman

| Slip ID Dates and Time Status Description | Attorney Activity Client Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
|  . | | | | |
| 144982 10/21/2024 | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.70 | 550.00 | 385.00 |
| 145315 10/21/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 6.00 | 525.00 | 3150.00 |
| 145000 10/23/2024 | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 1.20 | 550.00 | 660.00 |
| 145321 10/23/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 5.00 | 525.00 | 2625.00 |
| 145323 10/24/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 6.00 | 525.00 | 3150.00 |
| 145025 10/25/2024 | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.60 | 550.00 | 330.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 145325<br>10/25/2024 █ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 5.00 | 525.00 | 2625.00 |
| 145326<br>10/28/2024 █ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 145332<br>10/29/2024 █ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 145126<br>11/4/2024 █ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |
| 145647<br>11/4/2024 █ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 145150<br>11/5/2024 █ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.80 | 550.00 | 440.00 |
| 145653<br>11/5/2024 █ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 2.00 | 525.00 | 1050.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 145174<br>11/6/2024<br>████████████████. | TIME | Jonathon Warner<br>Conference<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 145656<br>11/6/2024<br>████████████████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 4.00 | 525.00 | 2100.00 |
| 145183<br>11/7/2024<br>████████████████ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.20 | 550.00 | 660.00 |
| 145658<br>11/7/2024<br>████████████████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 3.50 | 525.00 | 1837.50 |
| 145684<br>11/8/2024<br>███████████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 145688<br>11/12/2024<br>████████████████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 145249<br>11/13/2024<br>████████████████ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.80 | 550.00 | 440.00 |
| 145689<br>11/13/2024<br>██ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al. | 2.00 | 525.00 | 1050.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| | | ads. IME WatchDog, In | | | |
|  | | | | | |
| 145266<br>11/14/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.10 | 550.00 | 605.00 |
| 145692<br>11/14/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.00 | 525.00 | 525.00 |
| 145279<br>11/15/2024 | TIME | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 145702<br>11/18/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 145370<br>11/19/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 145394<br>11/21/2024 | TIME | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 145716<br>11/22/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 145720<br>11/26/2024<br>██████████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 145475<br>11/27/2024<br>████████████████. | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 145725<br>11/27/2024<br>██████████████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 145493<br>12/2/2024<br>███████████. | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |
| 145993<br>12/2/2024<br>██████████████. | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 146016<br>12/12/2024<br>█████████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 145619<br>12/16/2024<br>█████████████ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 146025<br>12/16/2024<br>███████████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 525.00 | 262.50 |
| 145640<br>12/17/2024<br>██████████. | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 145668<br>12/18/2024 | TIME | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 146027<br>12/18/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 2.00 | 525.00 | 1050.00 |
| 145749<br>12/20/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 146035<br>12/20/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 145769<br>12/23/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |
| 146037<br>12/30/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 145803<br>12/31/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |

Total: ads. IME WatchDog, Inc.

| | Units | Slip Value |
|---|---|---|
| Billable | 70.40 | 37262.50 |
| Unbillable | 0.00 | 0.00 |
| Total | 70.40 | 37262.50 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 75.40 | | 39977.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 75.40 | | 39977.50 |

# WARNER & SCHEUERMAN

## Attorneys at Law

**6 West 18th Street**
**10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
**jdwarner@wslaw.nyc**

**Karl E. Scheuerman, Esq.**
**kescheuerman@wslaw.nyc**

September 30, 2024

**By E-mail**

Mrs. Safa Gelardi
Mr. Vito Gelardi

Re:     *Legal Services Rendered:*
        ***IME WatchDog, Inc. v. Safa Gelardi, Vito Gelardi, and IME Companions, LLC***
        **U.S. District Court, Eastern District of NY, Case No. 1:22-cv-01032-PKC-JRC**

        ***Carlos Roa v. Gelardi, Gelardi, IME Companions, LLC, and Thomas Brandon***
        **Supreme Court, Queens County, Index No. 702350/2023**

Dear Mr. and Mrs. Gelardi:

I enclose a detailed printout of all charges through September 30, 2024. Time came to $24,670.00 and there was $913.40 in disbursements, for a total of $25,583.40.

| | |
|---|---|
| July 2024 Invoice: | $205,809.85 |
| Payment: | - $405.00 |
| | $205,404.85 |
| | |
| Current charges: | + $25,583.40 |
| **September 2024 Invoice total:** | **$230,988.25** |

I would appreciate payment at your earliest convenience.

Sincerely,

*/s/Jonathon D. Warner*

JDW/dlr
Encl.

Warner & Scheuerman

---

### Selection Criteria

---

Clie.Selection          Include: Gelardi, Safa, et al.
Slip.Transaction Date   8/1/2024 - 9/30/2024

---

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: ads. Carlos Roa | | | | |
| 143756<br>8/5/2024     TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.10 | 550.00 | 55.00 |
| 143802<br>8/8/2024     TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.60 | 550.00 | 330.00 |
| 143835<br>8/9/2024     TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.50 | 550.00 | 275.00 |
| 144083<br>8/27/2024     TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br> ds. Carlos Roa | 1.20 | 550.00 | 660.00 |
| 144178<br>9/6/2024     TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 1.40 | 550.00 | 770.00 |
| 144408<br>9/25/2024     TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 3.10 | 550.00 | 1705.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 144443<br>9/30/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 1.50 | 550.00 | 825.00 |



Total: ads. Carlos Roa

| | | | |
|---|---|---|---|
| Billable | 8.40 | | 4620.00 |
| Unbillable | 0.00 | | 0.00 |
| Total | 8.40 | | 4620.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: ads. IME WatchDog, Inc. | | | | |
| 143772<br>8/6/2024 | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 143783<br>8/7/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| 144315<br>8/8/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.00 | 525.00 | 525.00 |
| 144321<br>8/9/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 143852<br>8/12/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 144345<br>8/12/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 144323<br>8/13/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 143874<br>8/14/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |

Warner & Scheuerman

| Slip ID Dates and Time Status Description | | Attorney Activity Client Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 144325 8/14/2024 | TIME ▮▮▮▮▮▮. | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 143942 8/20/2024 | TIME ▮▮▮▮▮▮▮. | Jonathon Warner Telephone Conv Gelardi, Safa, et al. ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 144056 8/21/2024 | TIME ▮▮▮▮▮▮ | Jonathon Warner Telephone Conv Gelardi, Safa, et al. ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 144339 8/22/2024 | TIME ▮▮▮▮▮▮. | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 144036 8/23/2024 | TIME ▮▮▮▮▮▮ | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 144342 8/23/2024 | TIME ▮▮▮▮▮▮ | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.50 | 525.00 | 262.50 |
| 144068 8/26/2024 | TIME ▮▮▮▮▮▮. | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 1.00 | 550.00 | 550.00 |
| 144110 8/28/2024 | TIME ▮▮▮▮▮▮ | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |
| 144111 8/29/2024 | TIME ▮▮▮▮▮▮ | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| ████ . | | | | | |
| 144343<br>8/29/2024<br>████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 525.00 | 262.50 |
| 144144<br>9/3/2024<br>████ . | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |
| 144797<br>9/3/2024<br>████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 4.00 | 525.00 | 2100.00 |
| 144799<br>9/4/2024<br>████ . | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 144804<br>9/5/2024<br>████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.00 | 525.00 | 525.00 |
| 144807<br>9/6/2024<br>████ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 4.00 | 525.00 | 2100.00 |

Warner & Scheuerman

| Slip ID Dates and Time Status Description | Attorney Activity Client Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| 144185 9/9/2024 █████████. | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |
| 144808 9/9/2024 ████████████ | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 144814 9/10/2024 █████████ | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 144211 9/11/2024 ███████. | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 144816 9/11/2024 █████████████ | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 144247 9/16/2024 ██████████████ | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| 144823 9/16/2024 ███████████████ | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 144265 9/17/2024 ██████████████ | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 1.00 | 550.00 | 550.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 144826<br>9/17/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 3.00 | 525.00 | 1575.00 |
| 144277<br>9/18/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.40 | 550.00 | 220.00 |
| 144830<br>9/18/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 525.00 | 105.00 |
| 144353<br>9/19/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| 144836<br>9/20/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 144366<br>9/23/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.00 | 550.00 | 550.00 |
| 144837<br>9/23/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 3.50 | 525.00 | 1837.50 |

Warner & Scheuerman

| Slip ID Dates and Time Status Description | | Attorney Activity Client Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 144385 9/24/2024 | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| 144839 9/24/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 1.50 | 525.00 | 787.50 |
| 144844 9/25/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.50 | 525.00 | 262.50 |
| 144414 9/26/2024 | TIME | Jonathon Warner Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| 144847 9/26/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 3.00 | 525.00 | 1575.00 |
| 144852 9/27/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 2.00 | 525.00 | 1050.00 |
| 144853 9/30/2024 | TIME | Karl Scheuerman Administrative Gelardi, Safa, et al. ads. IME WatchDog, In | 3.00 | 525.00 | 1575.00 |



Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Total: ads. IME WatchDog, Inc. | | | | |
| | Billable | 37.80 | | 20050.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 37.80 | | 20050.00 |
| | | | | |
| Grand Total | | | | |
| | Billable | 46.20 | | 24670.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 46.20 | | 24670.00 |

# WARNER & SCHEUERMAN

## Attorneys at Law

**6 West 18th Street**
**10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
**jdwarner@wslaw.nyc**

**Karl E. Scheuerman, Esq.**
**kescheuerman@wslaw.nyc**

July 31, 2024

**By E-mail**

Mrs. Safa Gelardi
Mr. Vito Gelardi

*Re:*    *Legal Services Rendered:*
*IME WatchDog, Inc. v. Safa Gelardi, Vito Gelardi, and IME Companions, LLC*
<u>*U.S. District Court, Eastern District of NY, Case No. 1:22-cv-01032-PKC-JRC*</u>

*Carlos Roa v. Gelardi, Gelardi, IME Companions, LLC, and Thomas Brandon*
<u>*Supreme Court, Queens County, Index No. 702350/2023*</u>

Dear Mr. and Mrs. Gelardi:

I enclose a detailed printout of all charges through July 31, 2024. Time came to $15,910.00 and there was $209.80 in disbursements, for a total of $16,119.80.

| | |
|---|---|
| June 2024 Invoice: | $190,590.05 |
| Payment: | - $900.00 |
| | $189,690.05 |
| | |
| Current charges: | + $16,119.80 |
| **July 2024 Invoice total:** | **$205,809.85** |

I would appreciate payment at your earliest convenience.

Sincerely,

*/s/Jonathon D. Warner*

JDW/dlr
Encl.

Warner & Scheuerman

---

Selection Criteria

---

| Clie.Selection | Include: Gelardi, Safa, et al. |
|---|---|
| Slip.Transaction Date | 7/1/2024 - 7/31/2024 |

---

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: ads. Carlos Roa | | | | |
| 144008          TIME<br>7/29/2024<br>███████████ | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. Carlos Roa | 0.30 | 525.00 | 157.50 |

| Total: ads. Carlos Roa | | | | |
|---|---|---|---|---|
| | Billable | 0.30 | | 157.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.30 | | 157.50 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: ads. IME WatchDog, Inc. | | | | |
| 143077<br>7/1/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |
| 143953<br>7/1/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 2.00 | 525.00 | 1050.00 |
| 143079<br>7/2/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.60 | 550.00 | 330.00 |
| 143956<br>7/2/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 2.50 | 525.00 | 1312.50 |
| 143958<br>7/3/2024 | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 143153<br>7/9/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 143196<br>7/11/2024 | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 143199<br>7/12/2024 | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.50 | 550.00 | 275.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| | ▮▮▮▮▮▮▮▮▮ | | | | |
| 143974<br>7/12/2024<br>▮▮▮▮▮▮▮ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.70 | 525.00 | 367.50 |
| 143507<br>7/15/2024<br>▮▮▮▮▮▮ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 1.00 | 550.00 | 550.00 |
| 143977<br>7/15/2024<br>▮▮▮▮▮▮ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 3.50 | 525.00 | 1837.50 |
| 143518<br>7/16/2024<br>▮▮▮▮ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 550.00 | 55.00 |
| 143984<br>7/16/2024<br>▮▮▮▮ | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 5.00 | 525.00 | 2625.00 |
| 143522<br>7/17/2024<br>▮▮▮▮▮ | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| 143990<br>7/17/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 2.50 | 525.00 | 1312.50 |
| 143538<br>7/18/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |
| 143991<br>7/18/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 525.00 | 157.50 |
| 143608<br>7/24/2024 | TIME | Jonathon Warner<br>Telephone Conv<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.20 | 550.00 | 110.00 |
| 143625<br>7/25/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.90 | 550.00 | 495.00 |
| 144004<br>7/25/2024 | TIME | Karl Scheuerman<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.10 | 525.00 | 52.50 |
| 143658<br>7/29/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 7.70 | 550.00 | 4235.00 |
| 143667<br>7/30/2024 | TIME | Jonathon Warner<br>Administrative<br>Gelardi, Safa, et al.<br>ads. IME WatchDog, In | 0.30 | 550.00 | 165.00 |

Warner & Scheuerman

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units | Rate | Slip Value |
|---|---|---|---|---|
| Total: ads. IME WatchDog, Inc. | | | | |
| | Billable | 29.40 | | 15752.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 29.40 | | 15752.50 |
| | | | | |
| Grand Total | | | | |
| | Billable | 29.70 | | 15910.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 29.70 | | 15910.00 |