UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IME WATCHDOG, INC.,

                            Plaintiff,

              -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,

                            Defendants.
-------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE IN ACCORDANCE WITH THE ORDER OF THE HON. JAMES R. CHO, U.S.M.J. DATED APRIL 18, 2025**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On Friday, April 18, 2025, I forwarded a copy of this Court's Order of the same date to Karen H. Charrington, Esq. ("Ms. Charrington") via email to kcharrington@charringtonlawfirm.com. A copy of the email is annexed hereto as **Exhibit "A."**

4. Plaintiff also respectfully notes that Ms. Charrington is a recipient of all ECF bounces on this case and, as such, the separate service of Orders should not be required. See Fed. R. Civ. P. 5(b)(2)(E) (permitting service by "sending it to a registered user by filing it with the court's electronic-filing system").

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2025.

                                                */s/ Emanuel Kataev, Esq.*
                                                Emanuel Kataev, Esq.

**Emanuel Kataev**

| | |
|---|---|
| **From:** | Karen Charrington <kcharrington@charringtonlawfirm.com> |
| **Sent:** | Friday, April 18, 2025 1:21 PM |
| **To:** | Emanuel Kataev |
| **Cc:** | Jamie Felsen |
| **Subject:** | Re: FW: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

Yes I will accept. FRE 408

Best Regards,
Karen H. Charrington, Esq.
THE CHARRINGTON FIRM, P.C.
One Cross Island Plaza
Suite 229
Rosedale, New York 11422
718-528-4422
Fax 718-528-4420

On Fri, Apr 18, 2025 at 1:02 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> Karen:
>
> Please confirm you will accept service of the below Order via email on behalf of IME Legal Reps and Eugene Liddie.
>
> Thanks,

1



**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Friday, April 18, 2025 1:00 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/18/2025 at 12:59 PM EDT and filed on 4/18/2025

**Case Name:**         IME WatchDog, Inc. v. Gelardi et al
**Case Number:**    1:22-cv-01032-PKC-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The Court grants the motion [458] by Eugene Liddie (Liddie) and IME LegalReps (IMELR) for an extension of time of the Court's 4/8/2025 Order until 4/25/2025 to provide plaintiffs with a declaration confirming that no other bank accounts exist and supplementing the sales summary previously provided. By 4/22/2025, plaintiff shall serve IMELR with a copy of this Order and file proof of service on ECF. Ordered by Magistrate Judge James R. Cho on 4/18/2025. (SGC)**


**1:22-cv-01032-PKC-JRC Notice has been electronically mailed to:**

Steven Siegler      steven@kilegal.com, karen@kilegal.com, samantha@kilegal.com, ssiegler123@gmail.com

Anthony Joseph Genovesi      agenovesi@abramslaw.com, anthony@genovesi.us

Jonathon D. Warner      jdwarner@warnerandscheuerman.com, diana@warnerandscheuerman.com, kescheuerman@warnerandscheuerman.com, melanie@warnerandscheuerman.com

Jamie Scott Felsen      jamiefelsen@mmmlaborlaw.com

Melanie I. Wiener      mwiener@abramslaw.com

Karen Hillary Charrington      kcharrington@charringtonlawfirm.com

Kenneth C. Brown   kcb@alberlegal.com

James Francis Valentino   james@valentinolegal.com, valentino@clayro.com, valentino.james@gmail.com

Emanuel Kataev   emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, daniellalevi@levilawny.com, ekesq2014@recap.email

Alan Smikun   smikunlaw@gmail.com

Maria Zieher   mzieher@zieherlaw.com

Eric Allen   eric@allenlawyer.com

**1:22-cv-01032-PKC-JRC Notice will not be electronically mailed to:**