UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IME WATCHDOG, INC.,

                      Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                     Defendants.
------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC)(JRC)

**DECLARATION OF SERVICE**

       JONATHON D. WARNER, hereby declares and verifies the truth of the following, under penalty of perjury under the laws of the United States of America, pursuant to Title 28, United States Code, Section 1746:

       1.     I am a member of the firm of Warner & Scheuerman ("W&S"), attorneys for defendants Safa Abdulrahim Gelardi, Vito Gelardi and IME Companions LLC, and I am fully familiar with the facts set forth herein.

       2.     On April 18, 2025, I caused W&S's motion to withdraw (Dkt. Nos. 463 and 464) and this Court's SCHEDULING ORDER entered on April 18, 2025, to be served upon defendants Safa Abdulrahim Gelardi, Vito Gelardi and IME Companions LLC by email addressed to both Safa Gelardi and Vito Gelardi via the email addresses I routinely use to communicate with Safa Gelardi and Vito Gelardi.

       3.     This Court's SCHEDULING ORDER entered on April 18, 2025, was served upon defendants via email on April 18, 2025, at 12:41 P.M..  W&S's motion to withdraw (Dkt. Nos. 463 and 464) was served upon defendants via email on April 18, 2025, at 1:50 P.M..  The emails

were received by the recipients.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 22, 2025.

                       */s/ Jonathon D. Warner*
                       Jonathon D. Warner