# EXHIBIT A

Case 1:22-cv-01032-PKC-JRC    Document 472-1    Filed 04/28/25    Page 1 of 5 PageID #: 9044

**CARBON COUNTY RECORDER OF DEEDS**
**DONNA L. GENTILE, RECORDER**
**PO BOX 89**
**JIM THORPE, PA  18229-0089**



CARBON COUNTY COURTHOUSE
JIM THORPE

Instrument Number - 202501745
Recorded On 3/20/2025 At 11:45:57 AM        * Total Pages - 4
* Instrument Type - DEED
Invoice Number - 320342
* Grantor - GELARDI, VITO
* Grantee - EVERMARK INVESTMENTS LLC
* Customer - CLEAR SKIES TITLE AGENCY

| *FEES | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| PA REALTY TAX | $3,900.00 |
| RECORDING FEES | $28.00 |
| AFFORDABLE HOUSING FEES | $11.05 |
| AFFORDABLE HOUSING ADMINISTRATIVE FEE | $1.95 |
| DEMOLITION FUND | $15.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| JIM THORPE REALTY TAX | $1,950.00 |
| KIDDER TWP SOUTH REALTY TAX | $1,950.00 |
| TOTAL PAID | $7,901.75 |

*RETURN DOCUMENT TO:
CLEAR SKIES TITLE AGENCY
16 BLEEKER ST STE A
MILLBURN, NJ 07041-1415

I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office Of Carbon County, Pennsylvania



Donna L. Gentile
Recorder of Deeds

This is a certification page

# DO NOT DETACH

This page is now part

of this legal document.

| Carbon County UPI Certification On March 20, 2025 By CGM |
|---|

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

CERTIFICATION OF PARCEL NUMBERS ONLY
DOES NOT CERTIFY CONTENTS OF THIS DOCUMENT
CARBON COUNTY RECORDER OF DEEDS

0379EF


Book: **2932**    Starting Page: **760**

Prepared by and Return to:

Clear Skies Abstract
16 Bleeker Street, Suite A
Millburn, NJ 07041

File No. CSA23123105

APN: 32C-21-F33

# This Indenture, made the February 27, 2025

### Between

**VITO GELARDI and SAFA GELARDI,** __Husband and Wife__

with a post office address of 26118 Crosswood Trails Lane Cypress TX 77433

(hereinafter called the Grantors/Sellers), of the one part, and

**Evermark Investments, LLC,** a New Jersey Limited Liability Company with a business address of 525 Route 73 N, Suite 104, Marlton, NJ 08053.

(hereinafter called the Grantee/Buyers), of the other part,

**Witnesseth** that the said Grantor for and in consideration of the sum of **$390,000.00** lawful money of United States of American, unto Sellers well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, Seller granted, bargained and sold, released and confirmed, and by these presents do grant, bargain and sell, release and confirm unto the said Grantee

**Municipality of the Township of Kidder, County of Carbon, State of Pennsylvania**
**Parcel ID #: 32C-21-F33**

**Being known as: 9 Woods End, Lake Harmony, PA 18624**

**Please see attached Legal Description annexed hereto and made a part hereof.**

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of Seller, the said Grantor, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, their heirs and assigns, to and for the only proper use and behoof of the said Grantee, their heirs and assigns, forever.

**And** the said Grantor, for themselves and their heirs, executors and administrators, do, by these presents, covenant, grant and agree, to and with the said Grantee, their heirs and assigns, that Seller, the said Grantor, and their heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, their heirs and assigns, against the Seller, the said lawfully claiming or to claim the same or any part thereof, by, from or under him, her, it or any of them, shall and will

**Generally Warrant and Forever Defend.**

**In Witness Whereof,** the parties of the first part have hereunto set their hand and seal. Dated the day and year first above written.

Sealed and Delivered
IN THE PRESENCE OF US:

_____ {SEAL}
VITO GELARDI

_____ {SEAL}
SAFA GELARDI

~~Commonwealth~~ State of ~~Pennsylvania~~ Texas
County of ~~Monroe~~ Harris

On this the February 27, 2025, **VITO GELARDI** and **SAFA GELARDI**, personally appeared before me, the undersigned Notary Public, and identified (himself and/or herself or themselves) as the Grantor(s) named within this instrument and acknowledgment that he/she/they executed the same for the purposes herein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

DIANA L MURFF
Notary ID #132632276
My Commission Expires
August 19, 2028

_____
Notary Public   Diana L Murff
My Commission Expires  08-19-2028

The precise residence and the complete post office address of the above-named Grantee is:
525 Route 73 N., Suite 104, Marlton, NJ

_____
On behalf of the Grantee Clear Skies Abstract
HOUDA MOUHAID

# EXHIBIT A
# LEGAL DESCRIPTION

Issuing Office File No. CSA24112204

ALL THAT CERTAIN piece or parcel of land, situated in the Township of Kidder, County of Carbon and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point in the Easterly sideline of the 50 feet wide Woods End Road, said point also being in the dividing line between Lots No. 33 and No. 34 of the Split Rock, Section "F" plot of lots, hereinafter referred to; thence from said point and along said road sideline, by a curve to the left in a Northeasterly direction, for an arc distance of 80 feet to a point in the dividing line between Lots No. 33 and No. 32 of said plot of lots, said curve having a radius of 360 feet; thence from said point and along said dividing line and continuing along Lot No. 31, South 42 degrees 47 minutes 04 seconds East, 194.11 feet to a point in the dividing line between Lot No. 33 and lands now or formerly the remaining lands of Vacation Charters Limited; thence from said point and along said dividing line, South 74 degrees 28 minutes 04 seconds West, 126.15 feet to a point in the dividing line between Lots No. 33 and No. 34 of said plot of lots; thence from said point and along said dividing line, North 30 degrees 03 minutes 08 West, 148.86 feet to a point, the place of beginning.

BEING all of Lot No. 33 as shown on the Split Rock, Section "F", Plot of Lots as prepared by R.K.R. Hess Associated, Stroudsburg, Pennsylvania, July 14, 1988, last Revised October 4, 1988, said plan recorded in Carbon County Plot Book 2 page 71.

EXCEPTING AND RESERVING to Vacation Charters, Ltd., its successors and assigns, the full ownership of, in and to the roads, streets, lanes, and pathways, upon which the said above described lot or piece of land abuts, which roads, streets, lanes and pathways shall be and remain at all times vested in Vacation Charters, Ltd., its successors and assigns, absolutely and in fee, subject to the use of said roads, streets, lanes and pathways for the purpose of ingress, egress and egress by the grantees, their heirs, representatives and assigns, and the invitees thereof and available for such use as Vacation Charters, Ltd., its successors and assigns, may desire, suffer or permit.

ALSO EXCEPTING AND RESERVING to Vacation Charters, Ltd., its successors and assigns, the right and privilege of locating, constructing, operating and maintaining telephone and electric transmission line or lines, with the necessary wires, fixtures and other apparatus and appliances, upon over and across the lot hereinabove described, together with the right of ingress, egress and regress along the said line or lines for the purpose of operation and maintenance from time to time as required by Vacation Charters, Ltd., its licensees, agents, employees, successors and assigns.

Being the same premises which Brian Kerins and Patricia Kerins, husband and wife by Deed dated June 14, 2019 and recorded July 11, 2019 in Carbon County in Record Book 2436 Page 651 conveyed unto Vito Gelardi and Safa Gelardi, husband and wife , in fee.