**WARNER & SCHEUERMAN**
Attorneys at Law
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: (212) 924-7111
Fax: (212) 924-6111

**Jonathon D. Warner, Esq.**
jdwarner@wslaw.nyc

**Karl E. Scheuerman, Esq.**
kescheuerman@wslaw.nyc                                             April 30, 2025

**VIA ECF**

Hon. James R. Cho U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, New York 11201-1804

Re:   *IME Watchdog, Inc. v. Gelardi, et al.*
      Case No.: 1:22-cv-1032 (PKC)(JRC)

Dear Judge Cho:

In accordance with your Honor's directive of this afternoon, please be advised that Safa and Vito Gelardi reside at 26118 Crosswood Trails Lane, Cypress, Texas 77433. Safa Gelardi's email address is safagelardi@gmail.com, and her phone number is 718-749-4732. Vito Gelardi's email address is vitogelardi@gmail.com, and his phone number is 347-645-1137.

I thank the Court for its courtesies and cooperation.

                                                                Respectfully,

                                                                */s/ Jonathon D. Warner*

JDW/ks

cc:    All counsel (via ECF)
       Safa and Vito Gelardi (by email)