# EXHIBIT B

Case 1:22-cv-01032-PKC-JRC    Document 479-2    Filed 05/02/25    Page 1 of 2 PageID #: 9084

# Description

## This property is no longer available to rent or to buy. This description is from March 03, 2025

Under Contract - Back Up Offers Only. HISTORIC Airbnb, Hastings House, Circa 1763! Bright & Airy 5 Bedroom, 2.5 Bath Stone Colonial Boasts 2'thick Walls, Deep Sills, Original Stone Walk-In Hearth in Dining Room, Large Kitchen w/ Breakfast Nook, Picture Windows, Gorgeous Wood Floors, Original Built-Ins & Fabulous Trim-Work! Home ALSO includes 1 Bedroom Apartment in Lower Level w/Separate Electric Meter and Separate Entry. Use as In-law Suite or Rent to Tenants & Produce Easy Monthly INCOME! Proven Rental History & Completely Turn-Key! The 4 Acre Property has a Flagstone Patio, Firepit, and Gorgeous Nature Trails! Property has GREAT Road Frontage with Tons of Land to Build-On & Explore! Close to I-80 & Delaware Water Gap! Home is eligible for the LERTA Tax Assistance Program! Schedule Your PRIVATE Showing to see ALL This Beautiful