UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

     -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                              Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**<u>DECLARATION OF SERVICE</u>**

      Jamie S. Felsen, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am a member of Milman Labuda Law Group PLLC, counsel for the Plaintiff.

      2.    On May 2, 2025, I served the following documents on *pro se* Defendants Safa Gelardi and Vito Gelardi by email to safagelardi@gmail.com and vitogelardi@gmail.com: (i) Order to Show Cause; (ii) Plaintiff's Memorandum of Law in Support of its Motion for Contempt, Case Ending Sanctions, and Pre-judgment Attachment; and (iii) Declaration of Carlos Roa with exhibits.

      I declare under penalty of perjury that the foregoing is true and correct.   Executed on May 2, 2025

                                                    */s/ Jamie S. Felsen*