UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Instructions for Pro Se Registration and Consent for Electronic Service
of Orders and Notices Issued by the Court in Civil Cases**

It is now possible for you to receive electronic notification of court issued filings in your civil case(s).

**What does electronic notification mean?**

By registering for electronic notification you will be **waiving** your right to receive service of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions **in paper form by mail**.

Instead, you will be sent notices of electronic filing via e-mail. In your email mailbox, the notice will be from "ecf_bounce" and the subject will be "Activity in Case [xx]-cv-[xxx]." Upon receipt of a notice, you will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time you should **print or save the document** to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by you through PACER (Public Access to Court Electronic Records) and you may be charged to view the document. It is strongly recommend that you establish a PACER account by visiting the PACER website at www.pacer.gov, so that you can view, print, and download documents at any time for a nominal fee.

Because you will be receiving court-issued documents only in electronic form, you must maintain a valid email address and regularly check your email.

Electronic service does **not** allow you to file documents electronically and does **not** mean that you can serve documents by e-mail to the opposing party. You must continue to file all communications regarding your case in paper copy with the Court and to serve the opposing party. Although you will receive electronic notices of what your adversary(s) files, your adversary must still serve you with a paper copy.

**To be eligible you must**:
(1) not be incarcerated;
(2) have a valid email address; and
(3) have regular access to a computer.
It is highly recommended that you establish a PACER account.
Electronic notification is not available in social security or immigration cases.

If you are eligible and wish to receive electronic notification of court issued documents complete the Registration and Consent form for each case you want to receive electronic notifications and return the form(s) to the Court. The form is available on the Court's website:
www.nyed.uscourts.gov/forms/all-forms/prose_forms

8/2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

    Initial here __SG__

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

    Initial here __SG__

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

    Initial here __SG__

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

    Initial here __SG__

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

    Initial here __SG__

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

    Initial here __SG__

Date: 5/2/25

Signature: _____

Case No: 1:22-cv-01032

Print Full Name: Safta Geelani

Telephone No.: (718) 749-4732

Email Address: saftageelani@gmail.com

Home Address: 26118 Crosswood Trails Lane Cypress TX 77433

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
225 Cadman Plaza East   or   100 Federal Plaza
Brooklyn, NY 11201              Central Islip, NY 11722

8/2013