*IME Watchdog, Inc. v. Gelardi, et al.* 1:22-cv-01032

| **BRG Past Due Invoices: Interest Calculator** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Matter# | Invoice Date | Invoice# | Invoice Amount | Net Payment Days | Monthly Interest Rate | Input Date | Interest Owed | Total Amount Owed (/w Interest) |
| 043993 | 8/26/22 | 138643 | 9,803.75 | 30 | 1.00% | 4/3/2025 | $2,941.13 | $12,744.88 |
| 043993 | 11/21/22 | 140379 | 13,964.84 | 30 | 1.00% | 4/3/2025 | $3,770.51 | $17,735.35 |
| 043993 | 12/21/22 | 145019 | 1,219.84 | 30 | 1.00% | 4/3/2025 | $317.16 | $1,537.00 |
| 043993 | 1/26/23 | 145926 | 6,751.45 | 30 | 1.00% | 4/3/2025 | $1,687.86 | $8,439.31 |
| 043993 | 3/31/23 | 147715 | 2,987.18 | 30 | 1.00% | 4/3/2025 | $687.05 | $3,674.23 |
| 043993 | 3/31/23 | 149244 | 2,150.50 | 30 | 1.00% | 4/3/2025 | $494.62 | $2,645.12 |
| 043993 | 5/3/23 | 151458 | 2,624.33 | 30 | 1.00% | 4/3/2025 | $577.35 | $3,201.68 |
| 043993 | 6/1/23 | 153975 | 214.58 | 30 | 1.00% | 4/3/2025 | $45.06 | $259.64 |
| | | | **$39,716.47** | | | | **$10,520.73** | **$50,237.20** |