UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IME WATCHDOG, INC.,

                            Plaintiff,

     -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                           Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

      Parbatie Singh declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am an administrative assistant with Milman Labuda Law Group PLLC, counsel for the Plaintiff.

      2.    On May 5, 2025, I served the following documents on *pro se* Defendants Safa Gelardi and Vito Gelardi by (i) Federal Express overnight mail to 26118 Crosswood Trails Lane, Cypress, TX 77433; and (ii) by email to safagelardi@gmail.com and vitogelardi@gmail.com:

- May 5, 2025 Order to Show Cause with its attachments (ECF Docket Entries 482, 482-1, 482-2); and

- February 29, 2024 Memorandum and Order (ECF Docket Entry 284).

      3.    On May 5, 2025, I served the following documents on Ignatius Grande by email to igrande@thinkbrg.com:

- May 5, 2025 Order to Show Cause with its attachments (ECF Docket Entries

482, 482-1, 482-2).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2025

_____
Parbatie Singh