6/8/23, 9:17 AM
Case 1:22-cv-01032-PKC-JRC    Document 487    Filed 05/21/25    Page 1 of 4 PageID #: 9109
Carlos Daniel Roa, Valley Stream, NY (1520) - Spokeo
*** Filed ***
06:28 PM, 19 May, 2025
U.S.D.C., Eastern District of New York



People Search › Roa › Carlos Roa › New York › Valley Stream › Carlos Daniel Roa

## Carlos Daniel Roa, Age 45
*Aka: C Roa*

**Current Address:** 1052 Linden St, Valley Stream, NY

**Past Addresses:** 5 Lantern Way Nesconset, NY +10 more

**Phone Number:** (516) 770-1352 +5 phones

**Email Address:** carlosroa@aol.com +5 emails

**GET BACKGROUND+ REPORT**

PDF | SHARE | MORE

Phone & Email (12)        Social (141)
All Addresses (12)        Court 🔒
Family (6)                Extra Info

### PHONE & EMAIL (12)                    VIEW DETAIL

**(516) 770-1352**
Westbury, NY • Sprint

**(516) 770-0135**
Westbury, NY • Sprint

**carlosroa@aol.com**
aol

**croa@hotmail.com**
hotmail • 1 social profile

### ADDRESS HISTORY (12)                  VIEW DETAIL

We found 12 addresses for Carlos.



| | 1052 Linden St | | 5 Lantern Way | | 2037 Wintermere Po |
|---|---|---|---|---|---|
| | **VALLEY STREAM, NY** • 1996-2019 | | **NESCONSET, NY** • 2016-2017 | | **WINTER GARDEN, FL** • 20 |
| | This 1,133 square foot home is the last known address for Carlos. | | Carlos departed this home in 2017. | | Carlos left this home in 2 |
| | View More | | View More | | V |

## FAMILY MEMBERS (6)                                         VIEW DETAIL

We found 6 relatives for Carlos.



| Victor Roa | Melissa Roa | Patricia Roa |
|---|---|---|
| **MALE • AGE 79** | **FEMALE • AGE 42** | **FEMALE** |
| Carlos has resided in Winter Garden, FL in a single family house with Victor. | Carlos has lived with Melissa in Nesconset, NY in a single family house. | Carlos and Patricia have together in a single fami in Kissimmee, FL. |
| View More | View More | V |

## SOCIAL PROFILES (141)                                         VIEW DETAIL

We found Hi5 and 140 more accounts.



| Hi5 | Instagram | Twitter |
|---|---|---|
| **EMAIL MATCH** | **USERNAME MATCH** | **USERNAME MATCH** |
| Hi5 is a social networking site where users can create a profile to showcase their interests. Users can | Instagram is a free photo sharing app which allows users to take a photo, apply a digital filter to it, and then s | Twitter is an internet ser where users can update world in real-time as to t current act |
| View More | View More | V |

## COURT RECORDS

We search 620 million Court Records for any matches.



### Criminal Records
**NATIONWIDE**
227 court search results for people named "Carlos Roa" in the United States.

---

## EXTRA INFO                                                VIEW DETAIL

### Personal Information
**VITAL INFO & HISTORICAL RECORDS**
Uncover birth, marriage, military, & other records.

### Wealth
**PROPERTY, HOUSEHOLD INCOME, & MORE**
View income, investment, and property details.

### Work
**EMPLOYMENT HISTORY**
Discover work experience, company details, and more.

---

## More Ways to Use Spokeo

You can easily find a person's information by entering any information you have—name, email, phone or address.

Enter a name, phone, address or email      SEARCH

**Look Up Unknown Callers**
Want to know who's calling? Look up a phone number to identify an owner.

**Check Neighborhood Threats**
Search an address to identify sexual offenders living in that neighborhood.

**Research Yourself**
View your digital footprint others can find out a...

Case 1:22-cv-01032-PKC-JRC    Document 487    Filed 05/21/25    Page 4 of 4 PageID #: 9112

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.

About    Terms    Privacy    Contact
Careers    Help    Blog    Affiliates

Copyright © 2006-2023 Spokeo, Inc.