# Account Balance

## Total Amount Owed

**View your account information in the Details By Year section**

The information provided is based on our current data.

The numbers here may not reflect:

- Recently filed or processing returns
- Pending payments or adjustments
- Information on your business account
- Installment agreement fees

[Frequently Asked Questions About Balances](#)

## Details By Year

| Tax Year | You Owe |
|---|---|
| ⊕ 2023 **INFO** ⓘ | |
| ⊕ 2022 | $32,402.74 |
| ⊕ 2021 | $114,785.29 |
| ⊕ 2020 | $5,121.69 |
| ⊕ 2019 | $17,663.62 |