*** Filed 06:28 PM, 19 May, 2025 U.S.D.C., Eastern District of New York ***

People Search  /  Roa  /  Carlos Roa  /  New York  /  Valley Stream  /  Carlos Daniel Roa



# Carlos Daniel Roa, Age 45

*Aka: C Roa*

**Current Address:** 1052 Linden St, Valley Stream, NY

**Past Addresses:** 5 Lantern Way Nesconset, NY +10 more

**Phone Number:** (516) 770-1352 +5 phones

**Email Address:** carlosroa@aol.com +5 emails

**GET BACKGROUND+ REPORT**

PDF  |  SHARE  |  MORE

---

**Phone & Email** (12)          **Social** (141)

**All Addresses** (12)          **Court** 🔒

**Family** (6)                  **Extra Info**

---

### PHONE & EMAIL (12)                                    VIEW DETAIL

**(516) 770-1352**
Westbury, NY • Sprint

**(516) 770-0135**
Westbury, NY • Sprint

**carlosroa@aol.com**
aol

**croa@hotmail.com**
hotmail • 1 social profile

---

### ADDRESS HISTORY (12)                                  VIEW DETAIL

We found 12 addresses for Carlos.



Map data ©2023 Google

**1052 Linden St**
VALLEY STREAM, NY • 1996-2019
This 1,133 square foot home is the last known address for Carlos.
View More

**5 Lantern Way**
NESCONSET, NY • 2016-2017
Carlos departed this home in 2017.
View More

**2037 Wintermere Po...**
WINTER GARDEN, FL • 20...
Carlos left this home in 2...
V...

## FAMILY MEMBERS (6)    VIEW DETAIL

We found 6 relatives for Carlos.



**Victor Roa**
MALE • AGE 79
Carlos has resided in Winter Garden, FL in a single family house with Victor.
View More

**Melissa Roa**
FEMALE • AGE 42
Carlos has lived with Melissa in Nesconset, NY in a single family house.
View More

**Patricia Roa**
FEMALE
Carlos and Patricia have together in a single fami... in Kissimmee, FL.
V...

## SOCIAL PROFILES (141)    VIEW DETAIL

We found Hi5 and 140 more accounts.



**Hi5**
EMAIL MATCH
Hi5 is a social networking site where users can create a profile to showcase their interests. Users can
View More

**Instagram**
USERNAME MATCH
Instagram is a free photo sharing app which allows users to take a photo, apply a digital filter to it, and then s
View More

**Twitter**
USERNAME MATCH
Twitter is an internet ser... where users can update ... world in real-time as to t... current act
V...

## COURT RECORDS

We search 620 million Court Records for any matches.

6/8/23, 9:17 AM
Case 1:22-cv-01032-PKC-JRC
Carlos Daniel Roa, Valley Stream, NY (128) - Spokeo
Document 492-1
Filed 05/21/25
Page 3 of 4 PageID #: 9247



Unlock Court Records »

UNLOCK COURT RECORD

### Criminal Records
**NATIONWIDE**

227 court search results for people named "Carlos Roa" in the United States.

---

## EXTRA INFO                                    VIEW DETAIL

### Personal Information
**VITAL INFO & HISTORICAL RECORDS**
Uncover birth, marriage, military, & other records.

### Wealth
**PROPERTY, HOUSEHOLD INCOME, & MORE**
View income, investment, and property details.

### Work
**EMPLOYMENT HISTORY**
Discover work experience, company details, and more.

## More Ways to Use Spokeo

You can easily find a person's information by entering any information you have—name, email, phone or address.

Enter a name, phone, address or email        SEARCH



**Look Up Unknown Callers**
Want to know who's calling? Look up a phone number to identify an owner.

**Check Neighborhood Threats**
Search an address to identify sexual offenders living in that neighborhood.

**Research Yoursel...**
View your digital foot... others can find out a...

Case 1:22-cv-01032-PKC-JRC    Document 493-1    Filed 05/31/25    Page 4 of 4 PageID #: 9248

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.

About  Terms  Privacy  Contact
Careers  Help  Blog  Affiliates

Copyright © 2006-2023 Spokeo, Inc.