11:12 

 

*** Filed ***
11:33 AM, 27 May, 2025
U.S.D.C. Eastern District of New York

# Confirmed: Your payment to Ignatious Grande is complete

 

Dear Safa,

Just confirming that your payment to Ignatious has finished processing.

**Payment Details**

| | |
|---|---|
| Confirmation Number | 4030410000 |
| Amount | $500.00 |
| From | Prosperity Bank, Business Checking, xxxxx0789 |
| To | Ignatious Grande (718-249-7203) |

As of May 25, 2025, the money for this payment was removed from your account and credited to Ignatious. You can sign in to Zelle to view your activity.

Thank you for using Zelle offered by Prosperity Bank.

Sincerely,
Customer Care

This email was sent to safagelardi@gmail.com as part of the services of Prosperity Bank. If you have received this email in error, please contact us at 800-531-1401 at your earliest convenience. Questions about our service? Go to https://www.prosperitybankusa.com/ or send us a message via your Bill Pay product. Please do not reply to this message.

You received this service-related email because you sent money through Zelle.

Email ID: ZEL203