UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                                                    Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                                                 Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**<u>DECLARATION OF SERVICE</u>**

        Jamie S. Felsen, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.    On May 28, 2025, I served the Court's May 28, 2025 Text order on Ignatius Grande by email to igrande@thinkbrg.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2025

                                                                  */s/ Jamie S. Felsen*