# opencorporates

The Open Database Of The Corporate World

[Company name or number] [Search]

● Companies  ○ Officers

- My Account
- Logout

# IME GUARDDOG INC

Company Number
: 5131773
Status
: Active
Incorporation Date
: 4 May 2017 (about 8 years ago)
Company Type
: DOMESTIC BUSINESS CORPORATION
Jurisdiction
: New York (US)
Registered Address
: - 508 72ND STREET
  - BROOKLYN
  - 11209
  - NY
  - United States
Agent Name
: THE FIVE PILLARS FINANCIAL SERVICES LTD
Agent Address
: 508 72ND STREET, BROOKLYN, NEW YORK, 11209

Directors / Officers

- THE FIVE PILLARS FINANCIAL SERVICES LTD, dos process agent
- THE FIVE PILLARS FINANCIAL SERVICES LTD, agent

Data source and freshness

Last Update From Source
: 26 May 2025
Last Change Recorded
: 28 May 2025
Next Update From Source
: Monthly
Source
: Corporation and Business Entity Database, Division of Corporations, State Records and UCC, Department of State

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our [purpose, history and principles](#)

The OpenCorporates website is free for general-public and public-benefit use

[Use the OpenCorporates API](#)

[License this data in bulk](#)

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry should always be referred to for definitive information

**OpenCorporates :** legal-entity data done right

Global Authority

- **Unrivalled domain expertise**
- **Driving global policy**
- **Certified B Corp**

Trustworthy data

- **100% official primary sources**
- **Quality baked in**
- **Underpinned by Legal-Entity Data Principles**

Designed for the future

- **Legal-entity data model**
- **For the needs of today and tomorrow**
- **Provenanced, standardized data**

[Learn more](#)

## About us

- About
- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Grants