An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** IME GUARDDOG INC
**DOS ID:** 5131773
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 05/04/2017
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 05/04/2017
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:** 05/31/2019
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

*** Filed ***
01:09 PM, 30 May, 2025
U.S.D.C., Eastern District of New York

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE FIVE PILLARS FINANCIAL SERVICES LTD
**Address:** 508 72ND STREET, BROOKLYN, NY, UNITED STATES, 11209

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:** THE FIVE PILLARS FINANCIAL SERVICES LTD

**Address:** 508 72ND STREET, BROOKLYN, NY, 11209

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

Agencies App Directory Counties Events Programs Services