An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** IME GUARDS, LLC
**DOS ID:** 5289822
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 02/20/2018
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 02/20/2018
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 02/28/2022
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**



*** Filed ***
03:33 PM, 30 May, 2025
U.S.D.C., Eastern District of New York

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC
**Address:** 26 COURT STREET, STE. 1104, BROOKLYN, NY, UNITED STATES, 11242

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies  App Directory  Counties  Events  Programs  Services