UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                             Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                             Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

      Jamie S. Felsen, Esq declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am a member of Milman Labuda Law Group PLLC, counsel for the Plaintiff.

      2.    On June 2, 2025, I served the Court's June 2, 2025 Text Order on Ignatius Grande by email to igrande@thinkbrg.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2025

                                                     /s/ Jamie S. Felsen