UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                               Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                               Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

        Parbatie Singh declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.    I am an administrative assistant with Milman Labuda Law Group PLLC, counsel for the Plaintiff.

        2.    On June 2, 2025, I served the following documents on *pro se* Defendant Vito Gelardi by first class mail to 26118 Crosswood Trails Lane, Cypress, TX 77433:

- Plaintiff's May 28, 2025 letter in opposition to motion to extend stay (ECF Docket Entry 496); and
- May 30, 2025 Order to Show Cause (ECF Docket Entry 500).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2025

                                                    */s/ Parbatie Singh*
                                                    Parbatie Singh