**From:** Ignatius Grande <igrande@thinkbrg.com>
**Sent:** Thursday, June 5, 2025 3:11 PM
**Subject:** re: IME WatchDog, Inc. v. Gelardi, et al. (1:22-cv-1032)

**CAUTION - EXTERNAL:**

Dear Judge Chen,

I am following up on the order that you issued on June 2nd. I am writing to inform you that BRG received two separate checks for $500 yesterday (Wed., 6/4) from Safa Gelardi.

Best regards,

Ignatius

**Ignatius Grande** | Director

**BRG**

810 Seventh Avenue, Suite 4100 | New York, NY 10019

D 646.809.8066 | M 718.249.7203

igrande@thinkbrg.com | thinkbrg.com

