10:47 AM
04/10/17
Accrual Basis

Case 1:22-cv-01032-PKC-JRC   Document 510-1   Filed 06/07/25   Page 1 of 7 PageID #: 9311

IME Watchdog, Inc.
Sales by Customer Summary
March 2017
New Client

*** Filed ***
03:25 PM, 07 Jun, 2025
U.S.D.C., Eastern District of New York

- Alan J. Stern & Associates
- Alan S. Friedman, Esq.
- Alan S. Ripka & Associates
- Appell & Parrinelli
- Arthur R. Sisser, Esq
- Bergman, Bergman, Goldberg, Fields &
- Birbrower & Beldock, P.C.
- Blank, Goolnick & Dittenhoefer, Esq.
- Block O'Toole & Murphy, LLP
- Borchert & LaSpina, P.C.
- Bornstein & Emanuel, P.C.
- BRIAN J. LEVY & ASSOCIATES, PLLC
- Brown & Gropper, LLP
- Bruce Montague & Partners
- Buttafuoco & Associates, PLLC
- Ceasar & Napoli
- Cellino & Barnes, P.C. - Melville
- Cherny & Podolsky, PLLC
- Costella & Gordon, LLP
- Dalli & Marino, LLP
- Daniella Levi & Associates, P.C.
- David J. Raimondo & Associates
- David Resnick
- David Zelman, Esq.
- Douglas Fanning Law
- Duenas Gene, Esq.
- Edward Savidge
- Elefterakis, Elefterakis & Panek
- Finz & Finz
- Foley Griffin, LLP
- FRANCKEL & PLEVY, LLP
- Frederick J. Martorell, Esq.
- Gassler & O'Rourke
- Georgaklis & Mallas, PLLC
- Gersowitz, Libo & Korek, P.C.
- Ginsberg & Bianco, LLP
- GIUFFRÉ LAW OFFICES, P.C.
- Godosky & Gentile, P.C.
- Gruenberg, Kelly, & Della
- Hagelin & Hagelin, LLC
- Hausman & Pendzick
- Hecht, Kleeger & Damashek
- Khavinson & Associates, P.C.
- Kramer & Dunleavy, L.L.P.
- Krinsky & Musumeci, Esqs, PLLC.
- Larry Saftler, Esq.

10:47 AM
04/10/17
Accrual Basis

IME Watchdog, Inc.
Sales by Customer Summary
March 2017

New Client

- Stern & Stern
- Steven B. Kaufman
- Subin Associates, LLP
- Surdez & Perez, P.C.
- Terilli & Tintle, PLLC
- The Fink Law Firm, P.C.
- The Katter Law Firm
- The Law Offices of Seth Michael Goldstein
- The Perecman Firm, PLLC
- Tomkiel & Tomkiel, PC
- William Ricigliano, P.C.
- Wingate, Russotti & Shapiro
- Winkler, Kurtz & Winkler, LLP
- Zalman Schnurman & Miner P.C.
- Zaremba, Brownell & Brown, PLLC

10:47 AM
04/10/17
Accrual Basis

IME Watchdog, Inc.
Sales by Customer Summary
March 2017
New Client

Law Office Of Alexander Bespechny
Law Office Of Alexander Bespechny (Bronx)
Law Office of Cohen & Jaffe, LLP
Law Office of Craig Rosuck, P.C.
Law Office of Glenn H. Shore
Law Office of Joshua Brian Irwin, P.C.
Law Office of Matthew Glassman
Law Office of Sheryl Menkes
Law Office of Stephen A. Strauss, P.C.
Law Office of Stephen Frankel
Law Offices of Bradley S. Hames, P.C.
Law Offices of Christoper James Patsos
Law Offices of Daniel Chavez
Law Offices of Michael Dreishpoon
Law Offices of Orin J. Cohen
Lerner, Arnold & Winston, LLP
Lindstadt Law PLLC
Lipsig, Shapey, Manus & Moverman, P.C.
Marc J. Bern & Partners, LLP
Matthew Haicken
Michael P. Palillo P.C.
Morgan Levine, P.C.
Mullaney & Gjelaj, PLLC
Murtagh, Cohen & Byrne
Napoli Shkolnik, PLLC
Neil H. Greenberg & Associates, PC
Nicholas Rose, PLLC
O'Dwyer & Bernstien, LLP
Paris and Chaikin
Pasternack, Tilker, Ziegler, Walsh,
Paul Ajlouny & Associates., P.C.
Pazer, Epstein & Jaffe, P.C.
Peter DiBona, Esq.
Philip J. Dinhofer, Esq.
Philip Newman, P.C.
Raphaelson & Levine Law Firm
Robert Goodman, Esq.
Rosenberg & Gluck, LLP
Rutberg Basso Personal Injury Law
Rutberg Breslow
RYAN & CONLON, LLP
Sarisohn, Sarisohn, Carner, Lebow
Silberstein Awad & Miklos
Silbowitz, Garafola, Silbowitz, Schatz
Silver & Kelmachter, LLP
Spektor Law

10:52 AM
04/10/17
Accrual Basis

# IME Watchdog, Inc.
## Profit & Loss
### March 2017

|  | Mar 17 | Mar 16 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Sales Income | 106,245.59 | 90,819.21 |
| **Total Income** | 106,245.59 | 90,819.21 |
| **Gross Profit** | 106,245.59 | 90,819.21 |
| **Expense** | | |
| **Business/Office Expenses** | | |
| Advertising and Promotion | 84.92 | 43.56 |
| Bank Service Charges | 0.00 | 90.35 |
| Computer and Internet Expenses | 113.83 | 18.59 |
| Credit Card Processing Fee | 1,338.71 | 1,434.85 |
| Dues and Subscriptions | 55.49 | 48.99 |
| Intuit Payroll Processing Fee | 7,083.86 | 5,798.35 |
| Meals and Entertainment | 419.75 | 139.34 |
| Office Supplies | 143.79 | 34.97 |
| Postage and Delivery | 0.00 | 22.25 |
| Telephone Expense | 248.61 | 231.89 |
| Utilities | 819.76 | 672.82 |
| **Total Business/Office Expenses** | 10,308.72 | 8,535.96 |
| Commissioner of Labor | 0.00 | 1,596.56 |
| Contribution | 500.00 | 500.00 |
| **Independent Contractor - 1099** | | |
| April Quijano | 493.00 | 843.75 |
| Carlo Elepano | 245.25 | 528.25 |
| Carlos Valencia | 98.00 | 2,136.50 |
| Celeste Concepcion | 649.00 | 0.00 |
| Eli Amzalag | 3,394.56 | 3,251.04 |
| Gabrielle M. Papacostas | 2,290.00 | 1,708.25 |
| Hiram Vidal | 2,645.00 | 683.00 |
| Ismael Soto | 136.50 | 1,226.00 |
| Jamal Aaron | 0.00 | 8,175.50 |
| Jason Ciccone | 0.00 | 2,932.00 |
| Joey Betancourt | 875.50 | 879.00 |
| Jorge Rolon | 0.00 | 716.00 |
| Julia Kelly- Voicu | 3,189.50 | 1,265.75 |
| Leonid Shenderovich | 68.75 | 0.00 |
| Michael Lilien | 1,479.00 | 0.00 |
| Sandra Huerta Ramirez | 429.00 | 0.00 |
| Shawn Jerrick | 3,736.00 | 5,094.00 |
| Shelia Wojcichhowski | 0.00 | 95.00 |
| Supreet Manchanda | 0.00 | 1,427.50 |
| Tamara Saydalimova | 0.00 | 2,536.50 |
| Ulises Baquero | 4,128.00 | 2,575.00 |
| Veronica Casanova | 244.75 | 518.00 |
| **Total Independent Contractor - 1099** | 24,101.81 | 36,591.04 |
| Interest Expense | 0.00 | 162.23 |
| **Professional Fees** | | |
| Accountant | 1,000.00 | 0.00 |
| **Lawyer** | | |
| Trivella & Forte | 5,000.00 | 5,000.00 |
| **Total Lawyer** | 5,000.00 | 5,000.00 |
| **Total Professional Fees** | 6,000.00 | 5,000.00 |
| Taxes | 7,175.00 | 24,978.00 |
| Travel Expense | 2,581.95 | 401.05 |

Page 1

10:52 AM
04/10/17
Accrual Basis

# IME Watchdog, Inc.
## Profit & Loss
### March 2017

|  | Mar 17 | Mar 16 |
|---|---:|---:|
| Zariz | 25,000.00 | 10,000.00 |
| **Total Expense** | 75,667.48 | 87,764.84 |
| **Net Ordinary Income** | 30,578.11 | 3,054.37 |
| **Net Income** | 30,578.11 | 3,054.37 |

Page 2

# IME Watchdog, Inc.
## Profit & Loss
### January through March 2017

|  | Jan - Mar 17 | Jan - Mar 16 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Sales Income | 276,477.46 | 239,890.40 |
| Uncategorized Income | -25.22 | 0.00 |
| **Total Income** | 276,452.24 | 239,890.40 |
| **Gross Profit** | 276,452.24 | 239,890.40 |
| **Expense** | | |
| **Business/Office Expenses** | | |
| Advertising and Promotion | 1,803.02 | 187.65 |
| Bank Service Charges | 114.40 | 90.35 |
| Computer and Internet Expenses | 240.40 | 112.92 |
| Credit Card Processing Fee | 5,072.52 | 4,525.00 |
| Dues and Subscriptions | 941.57 | 421.97 |
| Intuit Payroll Processing Fee | 21,350.25 | 18,260.61 |
| Meals and Entertainment | 729.43 | 523.21 |
| Office Supplies | 300.71 | 252.84 |
| Postage and Delivery | 56.73 | 33.20 |
| Stationary | 723.45 | 923.22 |
| Telephone Expense | 722.30 | 460.72 |
| Utilities | 2,337.34 | 2,862.68 |
| **Total Business/Office Expenses** | 34,392.12 | 28,654.37 |
| Commissioner of Labor | 0.00 | 1,596.56 |
| Contribution | 2,500.00 | 2,100.00 |
| **Independent Contractor - 1099** | | |
| April Quijano | 1,600.00 | 2,305.50 |
| Bohee Park | 0.00 | 330.00 |
| Carlo Elepano | 1,227.00 | 2,015.60 |
| Carlos Valencia | 2,383.50 | 6,897.00 |
| Celeste Concepcion | 2,324.50 | 0.00 |
| Debra Lapadula | 0.00 | 916.25 |
| Eli Amzalag | 13,347.81 | 10,120.14 |
| Gabrielle M. Papacostas | 6,447.50 | 5,642.25 |
| Hiram Vidal | 10,114.95 | 2,115.00 |
| Ismael Soto | 1,316.00 | 3,935.00 |
| Jamal Aaron | 7,704.75 | 24,605.25 |
| Jason Ciccone | 0.00 | 10,487.00 |
| Jesus Hernandez | 311.25 | 0.00 |
| Joey Betancourt | 4,621.75 | 3,542.50 |
| Jonathan Ojeda | 0.00 | 500.00 |
| Jorge Rolon | 1,579.00 | 716.00 |
| Julia Kelly- Voicu | 7,349.60 | 2,524.25 |
| Leonid Shenderovich | 653.75 | 0.00 |
| Manny Mitchnik | 0.00 | 335.00 |
| Michael Lilien | 2,202.00 | 0.00 |
| Sandra Huerta Ramirez | 1,405.25 | 0.00 |
| Shawn Jerrick | 13,880.00 | 13,663.75 |
| Shelia Wojcichhowski | 0.00 | 95.00 |
| Supreet Manchanda | 0.00 | 1,427.50 |
| Tamara Saydalimova | 0.00 | 7,938.50 |
| Ulises Baquero | 13,778.00 | 8,588.04 |
| Veronica Casanova | 1,380.55 | 976.25 |
| **Total Independent Contractor - 1099** | 93,627.16 | 109,675.78 |
| Interest Expense | 526.16 | 162.23 |
| Miscellaneous | 0.00 | 0.00 |
| **Professional Fees** | | |
| Accountant | 1,000.00 | 0.00 |

10:53 AM
04/10/17
Accrual Basis

# IME Watchdog, Inc.
## Profit & Loss
### January through March 2017

|  | Jan - Mar 17 | Jan - Mar 16 |
|---|---:|---:|
| Lawyer |  |  |
|   Trivella & Forte | 10,000.00 | 15,000.00 |
| Total Lawyer | 10,000.00 | 15,000.00 |
| Total Professional Fees | 11,000.00 | 15,000.00 |
| Taxes |  |  |
|   Interest & Penalties | 65.75 | 0.00 |
|   Taxes - Other | 7,175.00 | 24,978.00 |
| Total Taxes | 7,240.75 | 24,978.00 |
| Travel Expense | 5,052.16 | 1,557.39 |
| Zariz | 75,000.00 | 40,000.00 |
| Total Expense | 229,338.35 | 223,724.33 |
| Net Ordinary Income | 47,113.89 | 16,166.07 |
| **Net Income** | **47,113.89** | **16,166.07** |