# AFFIDAVIT OF SERVICE

State of New York  County of Eastern  United States District Court

Index Number: 1:22-CV-1032 (PKC) (JRC)
Date Filed: _____

Plaintiff:
**IME Watchdog, Inc.**

vs.

Defendant:
**Gelardi, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Lumina Systems Inc., 99 Wall Street, Ste 1536, New York, NY 10005**.

I, Alex Colon, being duly sworn, depose and say that on the **14th day of March, 2023** at **1:42 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Mr Evan** as **Clerk** for **Lumina Systems Inc.**, at the address of: **99 Wall Street, Ste 1536, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF    New York)

Subscribed and Sworn to before me on the 14th day of March, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023003989

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n