UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                              Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

       Parbatie Singh declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.    I am an administrative assistant with Milman Labuda Law Group PLLC, counsel for the Plaintiff.

       2.    On June 10, 2025, I served the enclosed June 9, 2025 letter motion to strike on Vito Gelardi by first class mail to 26118 Crosswood Trails Lane, Cypress, TX 77433.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2025

                                                      _/s/ Parbatie Singh_
                                                      Parbatie Singh