

Safa Gelardi <safagelardi@gmail.com>

## What are your thoughts on this kind of structure

**Adam Rosenblatt** <adammrosenblatt@gmail.com>	Wed, Jun 28, 2017 at 2:50 PM
To: "safagelardi@gmail.com" <safagelardi@gmail.com>

Equity payouts paid quarterly on January 15th, April 15th, July 15th, and October 15th. If Adam was paid more salary in the previous quarter than is due him under the terms set forth, the additional salary collected will be subtracted when calculating his equity payout.

When quarterly profit available to shareholders after salary equals $25,000 or less:

Adam's salary $7,000/month
Adam's equity = 10%
Investors equity = 90%

When quarterly profit available to shareholders after salary equals $25,000 to $50,000:

Adam's salary $5,000/month
Adam's equity = 20%
Investors equity = 80%

When quarterly profit available to shareholders after salary equals $50,000 to $75,000:

Adam's salary $4,000/month
Adam's equity = 30%
Investors equity = 70%

When quarterly profit available to shareholders after salary equals $75,000 to $100,000:

Adam's salary $3,000/month
Adam's equity = 40%
Investors equity = 60%

When quarterly profit available to shareholders after salary equals $100,000 or more:

Adam's salary $2,000/month
Adam's equity = 50%
Investors equity = 50%

Thank you