# EXHIBIT B

Case 1:22-cv-01032-PKC-JRC    Document 525-2    Filed 07/01/25    Page 1 of 3 PageID #: 9522

# IME Companions

Sales by Customer Detail

January 1 - December 19, 2022

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Alan Ripka & Associates | | | | | | | $18,525.00 | |
| Appell & Parrinelli | | | | | | | $3,610.00 | |
| Arcia & Associates, PC | | | | | | | $1,090.00 | |
| Bergman Bergman Goldberg Fields Lam | | | | | | | $15,270.00 | |
| Block O'Toole & Murphy, LLP | | | | | | | $21,200.00 | |
| Bogoraz Law Group | | | | | | | $25,215.00 | |
| Boris H. Linares, P.C. | | | | | | | $2,265.00 | |
| Brian J. Levy & Associates, PC | | | | | | | $3,205.00 | |
| Caesar and Napoli, PC | | | | | | | $1,720.00 | |
| Chopra & Nocerino, LLP | | | | | | | $315.00 | |
| Christopher Caputo PC | | | | | | | $1,325.00 | |
| Clay M. Evall, Esq. | | | | | | | $1,700.00 | |
| Costas Eliades | | | | | | | $890.00 | |
| Dan Danzi Law | | | | | | | $150.00 | |
| Davidoff & Associates | | | | | | | $1,020.00 | |
| Digianni Law | | | | | | | $440.00 | |
| Douglas And London | | | | | | | $48,715.00 | |
| Elefterakis, Elefterakis & Panek | | | | | | | $22,005.00 | |
| Evan Goldberg | | | | | | | $225.00 | |
| Feld Law Firm, PC | | | | | | | $1,585.00 | |
| Georgaklis & Mallas, Pllc | | | | | | | $7,590.00 | |
| Ginarte Gallardo Gonzalez Winograd, LLP | | | | | | | $126,940.00 | |
| Gold Benes LLP | | | | | | | $275.00 | |
| Greenberg Law P.C | | | | | | | $175.00 | |
| Gropper&Nejat | | | | | | | $525.00 | |
| Gucciardo Law Firm, PLLC | | | | | | | $13,065.00 | |
| Haggerty & Silverman | | | | | | | $565.00 | |
| Hill & Moin LLP | | | | | | | $1,235.00 | |
| Jay Hernandez / Transportation | | | | | | | $14,010.00 | |
| Joudeh & Kuller, LLP | | | | | | | $6,675.00 | |
| Khavinson & Associates, P.C. | | | | | | | $27,156.00 | |
| Kleblan Law Group, P.C. | | | | | | | $4,225.00 | |
| Kohan Law Group | | | | | | | $1,200.00 | |
| Law Office of Jason Greenberg | | | | | | | $225.00 | |
| Lever & Ecker, PLLC | | | | | | | $4,750.00 | |
| Liakas Law, P.C. | | | | | | | $86,085.00 | |
| Magendzo Law P.C | | | | | | | $5,110.00 | |
| Martin Ginsberg | | | | | | | $1,095.00 | |
| Michael J Brown P.C | | | | | | | $450.00 | |
| Morris Downing & Sherred LLP | | | | | | | $1,535.00 | |
| Mushiyev & Associates | | | | | | | $8,370.00 | |
| Neil Borg Law | | | | | | | $175.00 | |
| O'Donovan | | | | | | | $250.00 | |
| Oleg Smolyar Esq. | | | | | | | $350.00 | |
| Oresky & Associates | | | | | | | $215.00 | |
| Pascale Law | | | | | | | $1,170.00 | |
| Perecman and Assoc. | | | | | | | $1,300.00 | |
| Pinkhasov & Associates Pllc | | | | | | | $4,700.00 | |
| Raskin & Kremins, LLP | | | | | | | $5,130.00 | |
| Rosenberg & Rodriguez PLLC | | | | | | | $3,130.00 | |
| Silberstein Awad & Miklos PC | | | | | | | $39,300.00 | |
| Silbowitz, Garafola, Silbowitz, Schatz, & Frederick, LLP | | | | | | | $10,150.00 | |
| Spektor Law | | | | | | | $7,360.00 | |
| Subin Associates, LLP | | | | | | | $234,305.00 | |
| Sutton & Smyth | | | | | | | $620.00 | |
| The Barnes Firm | | | | | | | $4,555.00 | |
| Vangeles Skartsiaris | | | | | | | $490.00 | |
| Vladimir & Associates | | | | | | | $1,545.00 | |
| Weitz & Pascale | | | | | | | $1,040.00 | |
| Wickman, Victoria | | | | | | | $350.00 | |
| Wilson Grochow & Drucker | | | | | | | $1,840.00 | |
| Wingate, Russotti, Shapiro & Halperin LLP | | | | | | | $14,225.00 | |
| Wiss Law | | | | | | | $225.00 | |
| Yadgarov Law | | | | | | | $16,520.00 | |
| Yankowitz Law Firm | | | | | | | $2,805.00 | |
| Zaremba Brown PLLC | | | | | | | $49,570.00 | |

# IME Companions

Sales by Customer Detail

January 1 - December 19, 2022

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Zemsky & Salomon | | | | | | | | |