# EXHIBIT D

# IME Legal Reps

| Name | Company name | Phone | All payments made to date |
|---|---|---|---|
| Bergman, Bergman, Fields & Lamonsoff | Bergman, Bergman, Fields & Lamonsoff | (516) 739-2220 | $22,255 |
| Cherny & Associate | Cherny & Associate | | |
| Chernyy & Associates | Chernyy & Associates | (718) 682-3939 | $0.00 |
| G Wesley | G Wesley Law | (718) 345-8213 | $0.00 |
| Ginarte Gonzalez & Winograd LLP | Ginarte Gonzalez & Winograd LLP | | $119,565 |
| Glenys Rosario | Glenys Rosario | (914) 342-7004 | $870 |
| Jacobson Law | Jacobson Law | | $0.00 |
| Kohan Law Group | Kohan Law Group | | $0.00 |
| Law Offices of Marshall & Inwood | Law Offices of Marshall & Inwood | (212) 971-3113 | $1510 |
| Rosenbaum & Rosenbaum | Rosenbaum & Rosenbaum | (212) 514-5007 | $555.00 |
| Rosinbaum Law | Rosinbaum Law | | |
| The Ginsgerg Firm | Martin Ginsberg | | $0.00 |
| The Rizzuto Law Firm | The Rizzuto Law Firm | (516) 622-0606 | $2,730 |
| Zemsky and Salomon | Zemsky and Salomon | (516) 485-3800 | $50,120 |