# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 1, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, NY 11201-1804

> *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff"), in the above-referenced case.

Plaintiff submits this letter, pursuant to this Court's individual rules, to request a pre-motion conference concerning its anticipated motion to amend the complaint to add the following IME observers as defendants: Jeffrey Beiben, Christian Hogarth, Fari Gutierrez, Lizbeth Medina, Mark Purficati, Sara Gonzalez, Tiffany Uribe, and David Segovia. Upon information and belief, these IME observers assisted Defendants in misappropriating Plaintiff's trade secrets and several of them continue to do so.  <u>See</u> ECF Docket Entry 516, at 26-29 (establishing Zelle payments made by Safa to observers, Jeffrey Beiben, Christian Hogarth, and Dave Sagovia).  In addition, Plaintiff seeks leave to amend the complaint to assert additional causes of action against Defendants Safa Gelardi and Vito Gelardi arising out of conduct previously complained of in letter motion practice. <u>See</u>, <u>e.g.</u>, ECF Docket Entry 315.

Plaintiff respectfully notes that its earlier letter motion for a pre-motion conference[1] remains *sub judice*, but has been rendered moot by virtue of Plaintiff's settlement with putative Defendants Eugene Liddie and IME Legal Reps LLC.

Dated: Lake Success, New York
　　　July 1, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MILMAN LABUDA LAW GROUP PLLC**

　　　　　　　　　　　　　　　　　　<u>/s/ Jamie S. Felsen, Esq.</u>

---

[1] <u>See</u> ECF Docket Entry 449.

Dated:  Jamaica, New York
       July 1, 2025

**SAGE LEGAL LLC**

<u>/s/ Emanuel Kataev, Esq.</u>

cc:     Safa Gelardi (via ECF)

       Vito Gelardi (first class mail)
       26118 Cypress Trails Lane
       Cypress, TX 77433

2
