UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                          Plaintiff,

     -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                        Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**<u>DECLARATION OF SERVICE</u>**

       Parbatie Singh declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.    I am an administrative assistant with Milman Labuda Law Group PLLC, counsel for the Plaintiff.

       2.    On July 2, 2025, I served the following documents on Vito Gelardi by first class mail to 26118 Crosswood Trails Lane, Cypress, TX 77433.

- Notice of Motion to Seal (ECF Docket Entry 520);
- Memorandum of Law in Support of Motion to Seal (ECF Docket Entry 521);
- Supplemental Memorandum of Law in Support of Motion for Attorneys' Fees (ECF Docket Entry 524);
- Declaration of Daniella Levi in Support of Supplemental Motion for Attorneys Fees ((ECF Docket Entries 525-525-6);
- Memorandum of Law in Opposition to Motion to Vacate Pre-Judgment Order of Attachment (ECF Docket Entry 527);

- Plaintiff's July 1, 2025 Pre-Motion Conference Request (ECF Docket Entry 528); and

- Plaintiff's Opposition to Motion to Quash Jeff Beiben Subpoena (ECF Docket Entry 529).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2025

_____
Parbatie Singh