UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                          Plaintiff,

           -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                        Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

      CARLOS ROA, declares under, pursuant to 28 U.S. Code § 1746, under penalty of perjury, that the following is true and correct:

1.     I am a not a party in the above captioned matter.

2.     On July 3, 2025, I served the following documents on Vito Gelardi by First Class Mail to 26118 Cross Trails Lane, Cypress, Texas 77433:

- CARLOS ROA's Memorandum of Law in Opposition to Defendants' Motion to Vacate This Court's Pre-Judgement Order of Attachment
- Letter to Defendant Vito Gelardi to Produce all Personal and Business financial records as previously ordered by the Court, by July 8, 2025, 5PM Eastern Time.

3.     On July 3, 2025, I served the following documents on Safa Abdulrahman Gelardi by First Class mail to 26118 Cross Trails Lane, Cypress, Texas 77433 & 11420 Dairy Ashford Rd Suite 110, Sugar Land, TX 77478:

- CARLOS ROA's Memorandum of Law in Opposition to Defendants' Motion to Vacate This Court's Pre-Judgement Order of Attachment
- Letter to Defendant Safa Abdulrahman Gelardi to Produce all Personal and Business

financial records as previously ordered by the Court, by July 8, 2025, 5PM Eastern Time.

I declare under penalty of perjury the forgoing is true and correct.

Dated: New York, New York
      July 3, 2025,

Carlos Roa
*Pro Se* former Third-Party Defendant
and Counter Claimant
Office of Zieher & Associates
11 Broadway, Suite 615
New York, NY 10004
Carlos@zieherlaw.com