**From:** Ignatius Grande <igrande@thinkbrg.com>
**Sent:** Tuesday, July 1, 2025 10:53 PM
**Subject:** re: IME WatchDog, Inc. v. Gelardi, et al. (1:22-cv-1032)

**CAUTION - EXTERNAL:**

Judge Chen,

I wanted to let you know that I received an update from our Finance Department at close of business today that no payment has been received from Ms. Gelardi as of the 6:00 pm on July 1, 2025. If I receive notice of any payments, I will inform the Court.

**Ignatius Grande** | Director

**BRG**

810 Seventh Avenue, Suite 4100 | New York, NY 10019

D 646.809.8066 | M 718.249.7203

igrande@thinkbrg.com | thinkbrg.com

