**Hon. Pamela K. Chen**
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: IME Watchdog, Inc. v. Gelardi, et al., Case No. 1:22-cv-01032 (PKC)(JRC)
Defendant's Motion to Compel**

Dear Judge Chen:

I respectfully submit the enclosed Motion to Compel Plaintiffs' compliance with their outstanding discovery obligations and to schedule the deposition of Plaintiff Daniella Levi, as previously authorized by the Court.

I understand there have been several recent submissions, including my Motion to Strike (ECF 526), my opposition to Plaintiffs' motion to seal, and related letters. Each filing was made in good faith and for the sole purpose of defending myself and moving this long-delayed litigation forward.

On July 3, Plaintiffs' counsel stated they were "not available until [Mr. Felson] return" during the week of July 14. Yet as of today, no request has been made to adjourn the Court-ordered settlement conference scheduled for **July 11**. This suggests that Plaintiffs' unavailability applies selectively to avoiding a discovery meet-and-confer while proceeding with appearances that serve their interests.

As a pro se litigant, I am doing my best to respond diligently and respectfully within the bounds of the Federal Rules and the Court's orders. I appreciate the Court's attention to these matters and remain committed to full cooperation throughout the remainder of this litigation.

Respectfully submitted,
**Safa Gelardi**
Pro Se Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IME WATCHDOG, INC.,
*Plaintiff,*

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI
DECLARATION OF GREGORY ELEFTERAKIS,
ROMAN POLLAK, JONATHON D. WARNER, ESQ.
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,
***Defendants.***

CaseNo.:1:22-cv-1032 (PKC)(JRC)

------------------------------------------------------------X

# DEFENDANT SAFA GELARDI'S MOTION TO COMPEL PLAINTIFFS' COMPLIANCE WITH DISCOVERY OBLIGATIONS

**TO THE HONORABLE COURT:**

I respectfully move to compel Plaintiffs' compliance with discovery obligations as outlined in the Court's prior Order dated April 2, 2025, which explicitly extended the discovery deadline to May 30, 2025, for the limited purpose of:

1. Taking the deposition of Plaintiff Daniella Levi,

2. Exchanging documents to support Plaintiff's damages claims, and

3. Resolving any remaining objections to Defendants' document requests.

**Despite this clear directive, Plaintiffs have failed to comply in both substance and spirit.**

---

**1. Plaintiffs Have Not Produced Key Damages Documentation**

To date, Plaintiffs have not produced any complete financial records to support their asserted claims for reputational and monetary damages. No tax records, bank statements, client loss documentation, or signed IRS Form 4506-T authorizations have been provided.

Instead, they produced a self-prepared Excel spreadsheet and a number of invoices that are unsubstantiated, unauthenticated, and insufficient to support any damages calculation. These documents do not demonstrate causation, loss of business, or traceability to Defendants' alleged conduct.

## 2. Plaintiffs Have Failed to Schedule Daniella Levi's Deposition

Although the Court explicitly permitted Ms. Levi's deposition, Plaintiffs have not cooperated in scheduling it. On July 1, 2025, I initiated a meet and confer to resolve this and other discovery issues. On July 3, Plaintiffs' counsel responded, stating:

*"I am leaving for vacation and we are not available until my return."*

I responded immediately, offering full availability during the week of July 14 between 12:00 p.m. and 2:00 p.m. each day. As of this filing, Plaintiffs have not confirmed a date.

Notably, while Mr. Felsen claimed to be unavailable, there was no indication that co-counsel Mr. Kataev is also on vacation, despite both attorneys being copied on the emails. This unexplained blanket unavailability appears designed to delay compliance further—especially concerning given Plaintiffs were able to file multiple submissions on July 1 and 2, just before claiming unavailability.

## 3. Adam Rosenblatt Must Be Deposed as a Material Witness

In light of the evidence submitted in my recent Motion to Strike (ECF No. 526)—including contradictory emails, affidavits, and firsthand communications—Adam Rosenblatt emerges as a central figure in this case.

He:

- Played a substantive role in the events giving rise to Plaintiff's claims,
- Authored key communications used by Plaintiffs,
- Has knowledge of client relationships, reputational claims, and internal dynamics that are central to this case.

I respectfully request permission to depose Mr. Rosenblatt under Rule 30, as his testimony is essential to understanding Plaintiffs' damages assertions and overall narrative.

## 4. Relief Requested

For the foregoing reasons, I respectfully ask the Court to:

1. Compel Plaintiffs to produce complete and verified damages documentation, including tax returns, bank statements, and signed Form 4506-T.

2. **Order Plaintiffs to confirm a deposition date for Daniella Levi within 14 days of this Order.**

3. **Grant permission to depose Adam Rosenblatt as a fact witness central to Plaintiffs' claims.**

4. **Award any other relief the Court deems just and proper, including sanctions if warranted under Rule 37(a)(5) for failure to participate in good faith discovery.**

**Respectfully submitted,**
**Safa Gelardi**
**Pro Se Defendan**



Safa Gelardi <safagelardi@gmail.com>

# Meet and Confer 4506-T production and Deposition Scheduling (Adam Rosenblatt & Daniella Levi)
3 messages

**Safa Gelardi** <safagelardi@gmail.com>  Tue, Jul 1, 2025 at 3:50 PM
To: jamiefelsen@mllaborlaw.com, Emanuel Kataev <emanuel@sagelegal.nyc>
Cc: Safa Gelardi <safagelardi@gmail.com>

Dear Counsel,

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 37.3, I am requesting your cooperation on two outstanding discovery issues that remain unresolved and are essential to the defense of this case.

### 1. Plaintiff's Damages Documentation – IRS Form 4506-T

The plaintiff has made extensive claims of lost profits, business damages, and alleged financial harm. Despite repeated opportunities, Plaintiff has failed to produce any evidence supporting these damages, including tax return records or financial disclosures.

Accordingly, please confirm by July 5, 2025, whether Plaintiff will:

- Execute and produce the appropriate IRS Form 4506-T authorizing the release of federal tax return transcripts for IME Watchdog, Inc. for the relevant years, from 2017 to 2022.

- Provide a written explanation for withholding them.

This is your opportunity to confirm whether Plaintiff actually suffered any loss, or whether this was a fabricated claim never supported by actual data.

### 2. Deposition Dates for Adam Rosenblatt and Daniella Levi

I am formally requesting deposition dates for Adam Rosenblatt and Daniella Levi to be scheduled within the next 14 calendar days. These witnesses are central to multiple factual issues now in dispute, especially following the motion to strike and the documentary evidence attached thereto. Avoiding or delaying these depositions will only further prejudice the defense.

If I do not receive a response by 5:00 p.m. on Friday, July 5, 2025, I will file a motion to compel without further notice and will attach this communication as an exhibit. Any continued refusal to comply with reasonable discovery requests will also be addressed in a forthcoming motion for sanctions under Rule 37.

Thank you for your prompt attention. I look forward to your response.

Sincerely,

Safa Gelardi

Pro Se Defendant

**Jamie Felsen** <jamiefelsen@mllaborlaw.com>	Thu, Jul 3, 2025 at 11:28 AM
To: Safa Gelardi <safagelardi@gmail.com>, Emanuel Kataev <emanuel@sagelegal.nyc>

Ms. Gelardi,

I am leaving for vacation and we are not available until my return.  Please provide your availability the week of July 14 for a meet and confer.

_____

Jamie S. Felsen - Partner

Milman Labuda Law Group PLLC

[3000 Marcus Ave](). , Suite 3W8

Lake Success, NY 11042

Telephone (516) 328-8899

Fax (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately.  Thank you.

[Quoted text hidden]

---

**Safa Gelardi** <safagelardi@gmail.com>	Thu, Jul 3, 2025 at 12:10 PM
To: Jamie Felsen <jamiefelsen@mllaborlaw.com>

Counsel,

Thank you for your response. I am available for a meet and confer any day during the week of July 14 between 12:00 p.m. and 2:00 p.m. Please let me know which date and time during that window works best for you, and I will confirm accordingly.

Please note that I reserve the right to proceed with any necessary filings should circumstances require action prior to that time.

Best regards,
Safa Gelardi

[Quoted text hidden]