UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**NOTICE OF MOTION**

        **PLEASE TAKE NOTICE**, that upon the attached Declaration of Carlos Roa., dated July 8, 2025, and upon the accompanying Memorandum of Law, non-party and Pro Se former Third-Party Defendant and Counter Claimant will move this Court at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11021, at a date and time to be determined by the Court, for an Order declaring Defendants Safa Abdulrahman Gelardi and Vito Gelardi as vexatious litigants and an injunction from filing any further frivolous motions and submissions without leave of court.

Dated: New York, New York
      July 8, 2025,

                                    Carlos Roa
                                    Pro Se former Third-Party Defendant
                                    and Counter Claimant
                                    Office of Zieher & Associates
                                    11 Broadway, Suite 615
                                    New York, NY 10004
                                    Carlos@zieherlaw.com