

July 9, 2025

VIA ECF
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: IME Watchdog, Inc. v. Gelardi, et al. – Case No. 1:22-cv-01032 (PKC)(JRC)**

**Request for Clarification and Enforcement Regarding Filings by Carlos Roa**

Dear Judge Chen:

I respectfully write to request clarification regarding the continued filings being submitted by Carlos Roa. Mr. Roa is no longer a party to this case, yet he continues to insert himself into the docket by filing materials, declarations, and responses.

As a pro se defendant, I am doing everything I can to respect the Court's procedures and respond through proper channels. Carlos Roa is a **disgruntled former contractor** who continues to improperly insert himself into this litigation **despite having no standing**. He is not a party to this case, yet he persists in filing materials and declarations in a transparent effort to remain relevant and inflame the record. His behavior is not rooted in justice or fact—it is driven by **resentment, personal vendetta, and a thirst for attention and revenge**. His filings serve no legal purpose, and I respectfully ask the Court to **disregard his submissions** or direct him to cease unless formally authorized

I, request that the Court disregard his submissions and instruct the Clerk to reject further filings from him unless authorized.

Thank you for your time and attention.

Respectfully submitted,

Safa Gelardi (Pro Se Defendant)