Safa Gelardi
Pro Se Defendant

July 16, 2025

VIA ECF
Hon. Pamela K Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *IME Watchdog, Inc. v. Gelardi, et al.*, Case No. 1:22-cv-01464 (PKC) (JRC)

**Honorable Pamela K. Chen,**

**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**

Defendants **Safa Gelardi** and **Vito Gelardi** respectfully submit this notice to inform the Court that **Plaintiff has not filed any opposition** to the Defendants' **Motion to Strike the Declarations of Adam Rosenblatt**, specifically those filed at:

- **ECF No. 45-5**,
- **ECF No. 56-2**,

Defendants' Motion to Strike (ECF No. **526**) was filed on **July 1, 2025**, and properly served via ECF. As of the date of this filing, the deadline for Plaintiff to oppose has passed, and no response has been submitted.

Accordingly, Defendants respectfully request that the Court treat the Motion to Strike as **unopposed**, and grant the relief requested therein including **striking all declarations submitted by Adam Rosenblatt** from the record.

**Respectfully submitted,**

Safa Gelardi

July 16, 2025