**From:** Jonathon Warner <jdwarner@wslaw.nyc>
**Sent:** Monday, July 21, 2025 4:30 PM
**Cc:** Karl Scheuerman <kescheuerman@wslaw.nyc>; Safa Gelardi <safagelardi@gmail.com>; vito gelardi <vitogelardi@gmail.com>; Jamie Felsen <jamiefelsen@mllaborlaw.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Melanie Wiener <MWiener@Abramslaw.com>
**Subject:** RE: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog,, Inc. v. Gelardi et al ; Response to Minute Order

**CAUTION - EXTERNAL:**

I attach my response to the Court's July 18 Minute Order. I thank you for your courtesy and attention to this matter.

Jonathon D. Warner, Esq.
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, NY 10011
Office: 212.924.7111
Fax:    212.924.6111
Cell:    917.656.4197
www.wslaw.nyc

