UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IME WATCHDOG, INC.,

                Plaintiff,

- against -

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES, LLC, and IME MANAGEMENT & CONSULTING LLC,

                Defendants.

Case No : 1:22-CV-01032-PKC-JRC

**Notice of Appearance**

PLEASE TAKE NOTICE that Brent A. Chapman, Esq., Partner of the law firm of **GILDIN AND CHAPMAN LEGAL SERVICES, PLLC**, with offices at 159 W 25th Street, Suite 409, New York, NY 10001, hereby appears as counsel for Defendant, IME COMPANIONS LLC, in the above-entitled action and respectfully requests that all papers be forwarded to him at the address set forth below.

Dated :    July 21, 2025
             New York, NY

                                Respectfully submitted,

                                **GILDIN AND CHAPMAN LEGAL SERVICES, PLLC**

                                By:  *Brent Chapman*
                                BRENT CHAPMAN, Esq.
                                Gildin and Chapman Legal Services, PLLC
                                *Attorneys for Co-Defendant IME COMPANIONS LLC*
                                159 W. 25th Street, Suite 409
                                New York, NY 10001
                                Phone:  (516) 707 - 0557
                                Brent@nys-lawyer.com

Case 1:22-cv-01032-PKC-JRC   Document 567   Filed 07/21/25   Page 2 of 2 PageID #: 10168