# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 6, 2025

**VIA ECF**

Hon. James R. Cho, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, NY 11201-1804

> *Re:*    **IME WatchDog, Inc. v. Gelardi, *et al.***
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Cho:

This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff"), in the above-referenced case.

Plaintiff has reached a settlement in principle with Defendants Gregory Elefterakis, Roman Pollak, and Anthony Bridda which we are in the process of memorializing. We will file a stipulation of dismissal in accordance with the executed settlement agreement.

Dated: Lake Success, New York
      August 6, 2025

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Jamie S. Felsen, Esq.

Dated: Jamaica, New York
      August 6, 2025

**SAGE LEGAL LLC**

/s/ Emanuel Kataev, Esq.

cc:    All Counsel of Record (via ECF)

1