# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 8, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

      *Re*:   **IME WatchDog, Inc. v. Gelardi,** *et al.*
            **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Cho:

      This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff"), in the above-referenced case.

      In accordance with the Court's August 6, 2025 Order, a copy of Plaintiff's Sales by Customer Summary from 2011 through 2022 has been filed under seal.  <u>See</u> ECF Docket Entry 574 (filed under seal as permitted by the Order).  Plaintiff has redacted from its Sales by Customer Summaries all of its customers who are not included on any of IME Companions LLC's ("Companions") Sales by Customer Summaries that Companions produced to Plaintiff.

      In accordance with the Court's August 6, 2025 Order, Plaintiff represents that, as previously stated in Daniella Levi, Esq.'s May 28, 2025 Declaration (ECF Docket Entry 525), in quantifying its damages for Defendants' contempt, Plaintiff will also rely on Companions' Sales by Customer Detail.  Notably, despite several Orders for them to do so, Defendants have not produced a Sales by Customer Detail for 2023, 2024, and 2025, so Plaintiff will be forced to extrapolate data from Companions' 2022 Sales by Customer Detail to calculate its damages for 2023 through the present.  Moreover, as noted in Mrs. Levi's May 28, 2025 Declaration, Companions' Sales by Customer Detail for 2022 omitted Plaintiff's former customer, Zemsky & Salomon, which Companions also stole.  Companions should thus again be directed to produce (i) its Sales by Customer Detail for 2023-2025; and (ii) its sales data for Zemsky & Salomon in 2022.

      Plaintiff respectfully submits that, because its Sales by Customer Summaries from 2011 through 2022 identifies each of Plaintiff's customers misappropriated by Defendants along with the amount of Plaintiff's annual sales for each such customer, these documents, along with Companions' Sales by Customer Summaries, provides all of the necessary information to calculate Plaintiff's damages.

      Accordingly, there is no basis for the production of IME Watchdog's tax returns (which, in any event, do not contain any detailed information sorted by customers misappropriated by Defendants); indeed, no tax document will show the details of Plaintiff's damages for customers that were misappropriated (e.g. Subin, Bergman, Zemsky etc., and the amounts).

Dated: Lake Success, New York
       August 8, 2025                       Respectfully submitted,

                                         **MILMAN LABUDA LAW GROUP PLLC**

                                         /s/ Jamie S. Felsen, Esq.

Dated: Jamaica, New York
       August 8, 2025

                                         **SAGE LEGAL LLC**

                                         /s/ Emanuel Kataev, Esq.

cc:    All Parties and Counsel of Record (via ECF)
       Vito Gelardi (via e-mail)