**Safa Gelardi**
Pro Se Defendant

August 8, 2025

**VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *IME Watchdog, Inc. v. Gelardi, et al.*, Case No. 1:22-cv-01464 (PKC)(JRC)

**Defendants' Letter Response to Court's August 8, 2025 Order**

Dear Judge Chen:

This submission is provided in direct response to the Court's August 8, 2025 Order. Pursuant to that Order, I respectfully provide the following information to the best of my knowledge and based on the information available to me:

**Client Exam Services**

I do not own this entity and, to my knowledge, it operated for approximately two weeks. I do not have any records of the type described in the Court's Order. If any such documents are located in the future, they will be provided to the Court.

**Accompanied Exam Services**

I do not own this entity and, to my knowledge, it never conducted business or operated in the IME industry. I do not have any records of the type described in the Court's Order. If any such documents are located in the future, they will be provided to the Court.

**IME Companions LLC**

To my knowledge and based on the information available to me, there are no records that contain the requested details in the specific form or manner described in the Court's Order. If any such documents are located in the future, they will be provided to the Court.

**The IME Company**

To my knowledge and based on the information available to me, there are no records that contain

the requested details in the specific form or manner described in the Court's Order. If any such documents are located in the future, they will be provided to the Court.

Domain Names

The following domain names are associated with the independent medical examination business:

1. imecompanions.com

2. theimecompany.com (currently active)

3. imecompanion.com

This submission is made in good faith and is intended to fully satisfy the requirements of the Court's August 8, 2025 Order.

Respectfully submitted,

Safa Gelardi