# EXHIBIT A

GH: File No. 23-00705-01 (CH)/000361411

SUPREME COURT STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------------------------------x

Hector B. Collins,

                           Plaintiff(s),

Index No.: 536609/23

- against -

**EXCHANGE OF MEDICAL REPORT and 3101(d) EXPERT INFORMATION**

Royal Donuts Inc. and Haim Rozenberg,

                           Defendant(s).

---------------------------------------------------------x

**G R E E T I N G S:**

**PLEASE TAKE NOTICE THAT**, pursuant to NYCRR Rule 202.17(g) which regulates the exchange of medical information, enclosed herewith is a copy of the medical report of Hector B. Collins, conducted on April 9, 2025, by Pierce Ferriter, M.D.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to CPLR §3101(d), which regulates the exchange of expert information, our office may call to testify the aforesaid physician as an expert at the time of trial. Defendant(s) reserve the right to call other individuals as expert witnesses at trial, if and when such other experts are retained.

1. Concerning the subject matter of testimony, the expert is expected to testify, *inter alia*, as to his/her review and understanding of the plaintiff's medical records, his/her examination of plaintiff and the alleged injuries claimed by plaintiff, including, but not limited to, causality of same, in conformance with his/her narrative report.

2. The substance of the facts and opinions upon which the doctor is expected to testify are those contained in the annexed report, as well as such findings and evidence presented up to and including the time of trial which are within the expert's area of expertise.

3. The summary of the grounds for the expert's opinion will include the expert basing his opinion on his training, knowledge and experience in the fields of medicine and, where applicable, in his specialty in medicine, as well as his review of all available medical records, treatment records, physician reports, medical evaluations, diagnostic studies, pleadings, deposition transcripts, public records and/or discovery in this matter, and the physician's own physical examination of the plaintiff.

4. The expert's qualifications are detailed in the annexed curriculum vitae.

**PLEASE TAKE FURTHER NOTICE THAT** the defendant(s) reserve the right to supplement this response up until the time of the trial.

Dated: New York, New York
May 7, 2025

Yours, etc.,

BY: *Constantine Hatzis*
CONSTANTINE HATZIS, ESQ., Ext. 5157

**CHEVEN KEELY & HATZIS**
*Attorneys for Defendant(s)*
ROYAL DONUTS INC, HAIM ROZENBERG
40 Wall Street, 13th Floor
New York, New York 10005-2301
(212) 809-7600
Our File No.: 23-00705-01 (CH)/000361411

See Affidavit of Service for Distribution List

# Pierce Ferriter, M.D.
**Diplomate American Board of Orthopedic Surgery**
2044 Ocean Ave Room A1
Brooklyn, NY 11230

4/9/2025

ATTN: Elitha John
Country-Wide Insurance Company
40 Wall St., 14th Fl.
New York, NY 10005

Case ID: 22557027
Claimant: Collins, Hector B.
Claim #: 000361411-002 / 23-00705-01-CH
D/O/A: 09/12/2022
Exam Type: Orthopaedic Surgery
Claim Type: Liability

To Whom It May Concern:

I am a Board Certified Orthopedic Surgeon duly licensed to practice in the State of New York. At your request, I have performed an orthopedic independent medical evaluation regarding Mr. Hector B. Collins, which took place on 4/9/2025 in the Brooklyn office. The claimant presented his identification card prior to the examination. The claimant was accompanied to this examination by Christian Hogarth from IME Companions. An office assistant, Alla, was present at the time of this examination.

Please note the claimant did not wish to complete the claimant's questionnaire. Therefore, the accident history and information pertaining to the accident were obtained from the medical records provided for my review and my interview with the claimant.

**HISTORY OF ACCIDENT AND TREATMENT:**

Mr. Collins reports that he was involved in a motor vehicle accident on 09/12/2022.

As per the review of medical records, the claimant was a restrained driver that was hit by a truck.

The claimant reports that he sustained injuries to his neck, mid back, lower back, right shoulder, left shoulder and left elbow.

Mr. Collins states that following the accident he came under the care of various physicians for further assessment. The claimant was initiated on a course of conservative management which included physical therapy and injections.

As per the review of medical records, MRI's of the neck, mid back, lower back, right shoulder, left shoulder and left elbow and X-ray of the left fingers were performed.

Mr. Collins underwent left shoulder surgery on 08/18/2023.

**CURRENT COMPLAINTS:** Mr. Collins reports that he has complaints of pain in the neck, mid back, lower back, right shoulder, left shoulder and left elbow.

**PAST MEDICAL HISTORY:** As per the review of medical records, the claimant was involved in a prior MVA in 2016. There was no information provided in the medical records with regard to what injuries were sustained.

**PAST SURGICAL HISTORY:** As per the review of medical records, the claimant's past surgical history is negative.

**CURRENT MEDICATIONS:** Mr. Collins did not report whether he takes any pain medications at this time. The claimant reports that he did not take any medications today prior to the examination.

**ALLERGIES:** As per the review of medical records, Mr. Collins has no known allergies.

**EMPLOYMENT HISTORY:** As per the review of medical records, the claimant was employed as a forklift operator.

He did not provide information regarding his current work status.

**REVIEW OF RECORDS:**

1. Plaintiff's Verified Bill of Particulars, dated 02/05/2024. Index No: 536609/2023.
2. Office visit report, dated 09/16/2022, 10/17/2022, 11/18/2022, 01/03/2023, Trinity Medical Health Services.
3. Outcome assessment report, dated 09/16/2022, 10/17/2022, 11/18/2022, 01/03/2023, Trinity Medical Health Services.
4. Physical Therapy Notes, dated 10/05/2022 through 03/27/2023, Singh PT PLLC.
5. X-Ray Left Fingers, dated 10/29/2022. Impression: Normal left thumb radiographs.
6. MRI Left Elbow, dated 10/29/2022. Impression: Mild elbow joint effusion. Posterior soft tissue edema/contusion posterior to the olecranon and/or component of olecranon bursitis.
7. MRI Thoracic Spine, dated 10/29/2022. Impression: Relative disc desiccation and loss of disc space height of the mid thoracic levels particularly at T6-7 and T7-8. T1-T2: Posterior central herniation with central canal narrowing. T 4-5, T7 -8 and T8-9: Discs bulge with central canal narrowing.
8. MRI Left Shoulder, dated 10/06/2022. Impression: Partial tearing and tendinosis of the supraspinatus tendon as well as the more anterior fibers of the infraspinatus tendon. Mild amount of fluid/synovitis of the subacromial subdeltoid bursa. Os acromiale with mild signal changes at the synchondrosis. Mild degree of subacromial impingement upon the musculotendinous junction of the supraspinatus.
9. MRI Right Shoulder, dated 10/06/2022. Impression: Partial tear of the distal supraspinatus tendon favoring the medial aspect of the footprint. Partial tearing and tendinosis of the infraspinatus tendon in a mostly intra substance location and by the footprint. Os acromiale with some signal changes at the synchondrosis.
10. MRI Cervical Spine, dated 10/13/2022. Impression: Slight left convex curvature of the cervical spine with some loss of the upper lordosis. Posterior disc bulge at the C3-4 level. Central posterior disc herniation at the C4-5 level, superimposed upon a posterior disc bulge, and coming in close proximity to the ventral aspect of the cord. Posterior disc herniation at the C5-6 level most prominent In a left paracentral location where it migrates

FILED: KINGS COUNTY CLERK 05/07/2025 12:02 PM
NYSCEF DOC. NO. 44
INDEX NO. 536609/2023
RECEIVED NYSCEF: 05/07/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-1    Filed 08/12/25    Page 6 of 16 PageID #: 10487

Claimant: Collins, Hector B.
D/O/A: 09/12/2022
Page **3** of **7**

several millimeters inferiorly and slightly superiorly and impinges upon and slightly flattens the left ventral margin of the cord. Posterior disc bulge at the C6-7 level.
11. MRI Lumbar Spine, dated 10/13/2022. Impression: Slight right convex lumbar scoliosis. Signal abnormality involving the anterior superior aspect of the L4 vertebral body indicative of bone edema with an apparent small partial fracture plane for which clinical correlation is recommended. Broad-based central posterior disc herniation at the L5-S1 level. Posterior disc bulges at the L2-3 through L4-5 levels.
12. Progress notes, dated 07/05/2023, 08/23/2023, Linden Orthopedics, P.C.
13. Operative report of left shoulder, dated 08/18/2023, Surgicare of Brooklyn, Andrew Miller, MD. Procedure: Left shoulder diagnostic arthroscopy, Complete synovectomy of the subacromial space, Extensive debridement of the labrum and superior border of the rotator cuff.
14. Office visit report, dated 06/22/2023, Total Anesthesia Provider, P.C.
15. Injection report of cervical spine, dated 06/28/2023, Total Anesthesia Provider, P.C., David Shabtian D.O. Procedure: Cervical Epidural Steroid Injection C7-T1 1st Under Fluoroscopic guidance. Epidurogram.

**PHYSICAL EXAMINATION:** Mr. Collins is reportedly a 45-year-old male.

**OBSERVATION:** The claimant walks into the exam room with a normal gait and posture. No limp or foot drop was present. No brace or assistive device was used.

**RANGE OF MOTION MEASUREMENTS:** The range of motion of the examined body parts were performed by the claimant. This is a subjective maneuver on the part of the claimant. All measurements of the ranges of motion were performed by the examiner using a hand-held goniometer. The measurement itself is, therefore, an objective measurement of the claimant's subjective efforts. The values of all the measurements were compared to the normal active range of motion values according to the publication, "Guidelines to the Evaluation of Permanent Impairment," 5th edition, published by the American Medical Association.

**ORTHOPEDIC EXAMINATION:**

**Cervical Spine:** Inspection of the spine revealed no swelling, discoloration, or deformity.

There is no muscle spasm upon palpation of the paracervical muscles. There is no complaint of tenderness upon palpation.

Active range of motion reveals flexion to 50 degrees (50 degrees normal), extension to 60 degrees (60 degrees normal), right lateral flexion to 45 degrees (45 degrees normal) and left lateral flexion to 45 degrees (45 degrees normal), and right rotation to 80 degrees (80 degrees normal) and left rotation to 80 degrees (80 degrees normal).

The following orthopedic tests are performed:

- Spurling's – Negative.
- Shoulder Shrug – Negative.
- Hoffman's – Negative.
- Atrophy of Scapula – Negative.
- Compression – Negative.
- Jackson's – Negative.

Claimant: Collins, Hector B.
D/O/A: 09/12/2022
Page **4** of **7**

➢ Soto-Hall's – Negative.

Neurological examination of the bilateral upper extremities shows as follows: There is no atrophy noted bilaterally. Muscle strength in each range is at 5/5 bilaterally. Deep tendon reflexes, biceps and triceps, are at 2+ bilaterally. Sensation to light touch is within normal limits bilaterally.

**Thoracic Spine:** Inspection of the spine revealed no swelling, discoloration, or deformity.

There is no parathoracic spasm upon palpation. There is no complaint of tenderness upon palpation.

Active range of motion reveals flexion to 45 degrees (45 degrees normal), extension to 0 degrees (0 degrees normal), right lateral flexion to 45 degrees (45 degrees normal) and left lateral flexion to 45 degrees (45 degrees normal), and right rotation to 25 degrees (25 degrees normal) and left rotation to 25 degrees (25 degrees normal).

The following orthopedic tests are performed:

➢ Scapular Winging – Negative.
➢ Kyphosis Present – Negative.

**Lumbar Spine:** Inspection of the spine revealed no swelling, discoloration, or deformity.

There is no muscle spasm upon palpation of the paralumbar muscles. There is no complaint of tenderness upon palpation.

Active range of motion reveals flexion to 60 degrees (60 degrees normal), extension to 25 degrees (25 degrees normal), right lateral flexion to 25 degrees (25 degrees normal) and left lateral flexion to 25 degrees (25 degrees normal).

Straight Leg Raise:

➢ Sitting straight leg raise is Negative with no radiculopathy.
➢ Supine straight leg raise is Negative with no radiculopathy.

The following orthopedic tests are performed:

➢ Faber – Negative.
➢ Soto Hall test – Negative.
➢ Kemp's – Negative.
➢ Minor's sign – Negative.
➢ Laseque's test – Negative.

Neurological examination of the bilateral lower extremities shows as follows: There is no atrophy in the muscles of the right and left thigh or right and left calf. Muscle strength in each range is at 5/5 bilaterally. Deep tendon reflexes are in the right knee at 2+, left knee at 2+, right ankle at 2+, and left ankle at 2+. Sensation to light touch is within normal limits bilaterally.

**Right Shoulder:**

Claimant: Collins, Hector B.
D/O/A: 09/12/2022
Page **5** of **7**

There is no heat, swelling, effusion, erythema, or crepitus appreciated.

- ➢ Hawkins/Kennedy Impingement – negative.
- ➢ Neer Impingement maneuver – negative.
- ➢ Cross Arm Adduction – negative.
- ➢ Empty can (Jobe's) test – negative.
- ➢ Scapular Winging – negative.
- ➢ Drop Arm – negative.
- ➢ O'Brien – negative.
- ➢ Painful Arc – negative.
- ➢ Atrophy of deltoid – negative.
- ➢ Rotator Cuff Strength – 5/5.

There is no complaint of tenderness upon palpation in the acromioclavicular or supraspinatus.

Active range of motion demonstrates forward flexion to 180 degrees (180 degrees normal), extension to 40 degrees (40 degrees normal), abduction to 180 degrees (180 degrees normal), adduction to 30 degrees (30 degrees normal), internal rotation to 80 degrees (80 degrees normal), and external rotation to 90 degrees (90 degrees normal).

**Left Shoulder:**

Examination reveals well healed arthroscopic scars. There is no heat, swelling, effusion, erythema, or crepitus appreciated.

- ➢ Hawkins/Kennedy Impingement – negative.
- ➢ Neer's Impingement – negative.
- ➢ Cross Arm Adduction – negative.
- ➢ Empty Can (Jobe's) – negative.
- ➢ Scapular Winging – negative.
- ➢ Drop Arm – negative.
- ➢ O'Brien – negative.
- ➢ Painful Arc – negative.
- ➢ Atrophy of Deltoid – negative.
- ➢ Rotator Cuff Strength - 5/5.

There is no complaint of tenderness upon palpation in the acromioclavicular or supraspinatus.

Active range of motion is forward flexion at 180 degrees (180 degrees normal), extension at 40 degrees (40 degrees normal), abduction at 180 degrees (180 degrees normal), adduction at 30 degrees (30 degrees normal), internal rotation at 80 degrees (80 degrees normal), and external rotation at 90 degrees (90 degrees normal).

**Right Elbow:**

There is no heat, swelling, effusion, erythema, or crepitus appreciated. There is no complaint of tenderness upon palpation in the olecranon or epicondyle.

The following orthopedic tests are performed:

Claimant: Collins, Hector B.
D/O/A: 09/12/2022
Page **6** of **7**

- Tinel's – Negative.
- Bursitis – Negative.
- Biceps Strength – 5/5.
- Triceps Strength – 5/5.

Active range of motion reveals flexion to 150 degrees (150 degrees normal), extension to 0 degrees (0 degrees normal), supination to 80 degrees (80 degrees normal), and pronation to 80 degrees (80 degrees normal).

**Left Elbow:**

There is no heat, swelling, effusion, erythema, or crepitus appreciated. There is no complaint of tenderness upon palpation in the olecranon or epicondyle.

The following orthopedic tests are performed:

- Tinel's – Negative.
- Bursitis – Negative.
- Biceps Strength – 5/5.
- Triceps Strength – 5/5.

Active range of motion reveals flexion to 150 degrees (150 degrees normal), extension to 0 degrees (0 degrees normal), supination to 80 degrees (80 degrees normal), and pronation to 80 degrees (80 degrees normal).

**DIAGNOSES:**

1. Cervical spine sprain / strain – resolved.
2. Thoracic spine sprain / strain– resolved.
3. Lumbar spine sprain / strain – resolved.
4. Right shoulder sprain / strain - resolved.
5. Left shoulder status post surgery - healed.
6. Left elbow sprain / strain - resolved.

**IMPRESSION:** Based on today's objectively negative examination, review of medical records, and within reasonable degree of medical certainty, the claimant has fully recovered.

**AFFIRMATION:** All opinions expressed are based upon a reasonable degree of medical certainty.

I, Pierce Ferriter, M.D., being a Diplomate of the American Board of Orthopedic Surgery, being a doctor duly licensed to practice medicine in the State of New York hereby affirm under penalties of perjury pursuant to CPLR Section 2106 that the statements contained herein are true and accurate. It is, therefore, understood that no doctor/patient relationships exists or is implied by this examination. The claimant was examined with reference to the specific complaint emanating from the original injury. Any other medical conditions, which were either unreported or felt to be unrelated to the original injury, are considered to be beyond this examination.

I affirm this 9th day of April, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

FILED: KINGS COUNTY CLERK 05/07/2025 12:02 PM
NYSCEF DOC. NO. 44

INDEX NO. 536609/2023
RECEIVED NYSCEF: 05/07/2025

Case 1:22-cv-01032-PKC-JRC   Document 577-1   Filed 08/12/25   Page 10 of 16 PageID #: 10491

Claimant: Collins, Hector B.
D/O/A: 09/12/2022
Page      **7** of **7**

I attest to having the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue in this case. I have current, relevant, knowledge and experience to render an opinion for this case, and my opinions and conclusions are based solely upon the review of the records submitted as well as the results of my examination, if applicable. There is no conflict of interest known to me regarding this specific case. I have received no financial incentive or compensation that is dependent in any way on the opinion I have rendered. No delegation of this examination and/or review was rendered.

I further certify that the signature appearing below is my electronic signature, as the term is defined by New York State Technology Law § 302 (3) and 15 USC § 7001 et. Seq; that I have personally placed the within electronic signature on this report; and that facsimiles and copies of this report shall be deemed originals.

Sincerely,

*[signature]*

Pierce Ferriter, M.D.
Board Certified Orthopedic Surgeon
New York State License No: 145930-01

Pierce J. Ferriter, M.D., PLLC
1421 Third Ave Fifth Floor
New York, New York 10028
Tel 212-772-9711
Fax 212-772-9713

# Curriculum Vitae

**DATE OF BIRTH:** April 15, 1952

**HOME ADDRESS:** 1160 Park Avenue, New York, NY 10128

**MARITAL STATUS:** Marries: Wife, Sandra; Children: Piper, Pierce, Jr.

**BUSINESS ADDRESS:** 1421 Third Ave Fifth Floor New York, New York 10028

**OFFICE PHONE:** 212-772-9711

**LICENSER:** New York State, 1979: 145930-1

**DEA CERTIFICATION:** BF-0415643

**BOARD CERTIFICATION:** Board Certified by the American Academy of Orthopaedic Surgery, 1988
Recertified 1998
Fellow of the American Academy of Orthopaedic Surgeons 1991

**EDUCATION:** 1975-1979 Rutgers Medical School, M.D.
1970-1974 Manhattan College, B.S.

**POSTGRADUATE TRAINING:**

General Surgery Residency, Lenox Hill Hospital, NYC 1979-81
Orthopaedic Residency, Lenox Hill Hospital, NYC, 1981-1985
Pediatric Orthopaedic Surgery, Boston Children's Hospital, January-July 1983
Orthopaedic Surgery, Lenox Hill Hospital, NYC, 1983-1984
Orthopaedic Surgery, Lenox Hill Hospital, NYC, 1984-1985
Sports Medicine Resident, Lenox Hill Hospital, 1984-1985

**FELLOWSHIP TRAINING:**

Fellow in Spinal Surgery, Buffalo General Hospital, 1985-1986
Certificate of Fellowship in Spinal Surgery under the direction of Dr. Edward Simmons.

**HONORS:** Phi Beta Kappa, Manhattan College, 1974
Magna Cum Laude, Manhattan College, 1974
President of the House Staff Lenox Hill Hospital 1981-82
Murray Cowen Attending Teaching Award 1999
President of the Alumni Association of Lenox Hill Hospital 2000

FILED: KINGS COUNTY CLERK 05/07/2025 12:02 PM
NYSCEF DOC. NO. 44
INDEX NO. 536609/2023
RECEIVED NYSCEF: 05/07/2025

Case 1:22-cv-01032-PKC-JRC   Document 577-1   Filed 08/12/25   Page 13 of 16 PageID #: 10494

Jun 11 2008 8:45    Pierce J Ferriter MD    2127729713    p.3

**SOCIETY MEMBERSHIPS:** American Medical Association
American Academy of Orthopaedic Surgeons
Eastern Orthopaedic Association
New York State Orthopaedic Society
Fellow of the American College of Surgeons
Cervical Spine Research Society
North American Spine Society

**ACADEMIC AND HOSPITAL APPOINTMENTS:**

Lenox Hill Hospital: Assistant Adjunct Attending, Department of Orthopaedic Surgery, July, 1986
Fire Medical Officer New York City Fire Department since 1995
Orthopedic Consultant DeWitt Nursing Home

**CONFERENCE PARTICIPATION:**

First Annual Alumni Day Symposium, Lenox Hill Hospital, June 15, 1995, New York, NY

Anterior Surgical Approaches to the Spine, September 30-October 1, 1995, Memphis TN

AO/ASIF Advanced Spinal Techniques Course, October 6-8 1995, Southhampton, Bermuda

Anterior Column Support of Thoracolumbar, December 8-9, 1995, New York NY

**PRESENTATIONS:**

1. Illo-tibial Muscle Tendon Unit Transfer for the Anterior Cruciate Deficient Knee, presented at:
   a) American College of Sports Medicine Conference, Williamsburg, V.A. 1983
   b) The American Academy of Orthopaedic Surgeons, Atlanta, G.A., 1984
   c) The Eastern Orthopaedic Association, Acapulco, Mexico, 1984

2. Effect of Osteotomy in Blount's Disease, presented at:
   a) The National Residents Conferences, Ann Arbor, Michigan, 1984
   b) The American Academy of Orthopaedic Surgeons, Las Vegas, Nevada, 1985

3. Incomplete Proximal Tibia Osteotomy with Tension Band

Fixation in the Correction of Angular Deformity, presented at The American Academy of Orthopaedic Surgeons, Las Vegas, Nevada, 1985

4.  Diagnosis and Management of the Unstable Spine Fracture, presented at The Hospital of Joint Diseases Orthopaedic Institute Alumni Scientific Meeting, New York, October, 1984

5.  Arthroscopic Treatment of Lateral Meniscal Cysts, presented at The Arthroscopy Association of North America, Boston, Massachusetts, 1985

6.  Cervical Spine Injuries in Football, Merck, Sharpe and Dohme/AOSSM European Sports Medicine Traveling Fellows, Lenox Hill Hospital, New York City

7.  Primary Atlanto-Axial Osteoarthritis, presented at meeting of The Cervical Spine Research Society, Boston Massachusetts, 1985

8.  The Relationship Between Adolescent Lumbar Disk Herniation and Congenital Lumbar Spinal Stenosis, presented at meeting of North American Spine Research Society, Boston Massachusetts, 1985

9.  The Treatment of Rotatory Subluxation of the Atlanto-Axial Joint in Children, presented at the Cervical Spine Research Society, Palm Springs, California, 1992

10. The Relationship Between Adolescent Lumbar Disc Herniation and Congenital Lumbar Spinal Stenosis, presented at the American Academy of Orthopaedic Surgeons, San Francisco, California, 1993

11. Lumbar Spinal Synovial Cysts, presented at:
    a) Eastern Orthopaedic Association, Orlando, Florida, October 1993
    b) Annual Alumni Day Symposium, Lenox Hill Hospital, New York, NY 1995

12. The Relationship Between Increased Interpedicular Distance and Fractures of the Neural Arch in thoracolumbar Burst Fractures, presented at:
    a) The North American Spine Society, Minneapolis, Minnesota 1994
    b) First Annual Alumni Day Symposium, Lenox Hill Hospital, New York, NY 1995

13. Evaluation of Spine Trauma, Ferriter, P.J., Lenox Hill Hospital Department of Medicine, New York, NY 1995

FILED: KINGS COUNTY CLERK 05/07/2025 12:02 PM
NYSCEF DOC. NO. 44
INDEX NO. 536609/2023
RECEIVED NYSCEF: 05/07/2025
Jun 11 2008 8:46    Pierce J Ferriter    2127729713    p.5
Case 1:22-cv-01032-PKC-JRC   Document 577-1   Filed 08/12/25   Page 15 of 16 PageID #: 10496

14. **Pedicle Fixation of the Lumbar Spine: Concepts and Patient Review**, Ferriter, P.J. Second Annual Alumni Day Symposium, Lenox Hill Hospital, New York, NY 1996

15. **Lumbar Spondylolysis: Surgical Management with Fusion and Fixation.**
Presented at Alumni Day at Lenox Hill Hospital 1997.

16. **Adjacent Segment Degeneration after Lumbar Fusion.**
Presented at Lenox Hill Hospital Alumni Conference 2000.

17. **Allograft Plate Fixaton of the Cervical Spine**
Lenox Hill Hospital Alumni Conference 2001

## PUBLICATIONS:

1. <u>Popliteal Pseudoaneurysm</u> Ferriter, P.J.; Hirschy, J.; Kessler, H.; Scott, W.N. JBJS, Vol. 65-A, No. 5, June 1983, pg. 695-697

2. <u>Cervical Spondylolisthesis, A Case Report</u> Ferriter, P.J.; O'Leary, P.F.; Block, J.; Fielding, J.W. Spine Vol 9, No. 8, 1984, pg. 830-832

3. <u>Intra-Articular Transfer of the Ilotibial Tract</u> Scott, N.W.; Ferriter, P.J.; Marino, M. R.P.T.; JBJS, Vol 67-A, No. 4, April, 1985, pg. 532-538

4. <u>Giant Cell Tumor of the Proximal Radius</u> Lewis, M.M.; Kaplan, H.; Klein, J.J.; Ferriter, P.J.; Legouri, R.A. Clinical Orthopaedics and Related Research, No. 201, 1985, pg. 186-189

5. <u>Infantile Tibia Vara: Factors Affecting Outcome Following Proximal Tibia Osteotomy</u> Ferriter, P.J. and O'Leary, P.F. The Upper Extremity in Sports Medicine, C.V. Mosby Company, 1990

6. <u>Oblique Proximal Tibia Osteotomy For Correction of Tibia Vara in the Young</u>, Laurencin, C.T., Ferriter, P.J., Millis, M.B. Clinical Orthopaedics and Related Research, Lippincott-Raven Publishers, Number 327, pg. 218-224, 1996

GH: File No. 23-00705-01 (CH)/000361411

SUPREME COURT STATE OF NEW YORK
COUNTY OF KINGS

---

Hector B. Collins,

                                            Plaintiff(s),        Index No.: 536609/23

            - against -

Royal Donuts Inc. and Haim Rozenberg,

                                            Defendant(s).

---

### EXCHANGE OF MEDICAL REPORT AND 3101(D) EXPERT INFORMATION

---

**CHEVEN KEELY & HATZIS**
Attorneys for Defendant(s)
ROYAL DONUTS INC, HAIM ROZENBERG
40 Wall Street, 13th Floor
New York, New York 10005-2301
(212) 809-7600

### CERTIFICATION

The above referenced items are hereby certified pursuant to 22 N.Y.C.R.R. 130-1.1-a.

Dated: New York, New York
        May 7, 2025

                                                    *Constantine Hatzis*
                                          **CONSTANTINE HATZIS, ESQ.**