# EXHIBIT B

**IME Companions**
8517 95th Ave
Ozone Park, NY  11416-1244
+18334637767
info@imecompanions.com
www.imecompanions.com



# Invoice

**BILL TO**
Kleban Law Group, P.C.

| INVOICE # | DATE | TOTAL DUE | DUE DATE | ENCLOSED |
|---|---|---|---|---|
| 5810 | 03/20/2023 | $265.00 | 03/20/2023 | |

**IME DOCTOR**
Dr. Pierce Ferriter

**IME COMPANION**
Christian

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/20/2023 | IME Companion | - 2 Hours 2044 Ocean Avenue, Brooklyn, NY 11230 | 1 | 175.00 | 175.00 |
| 03/20/2023 | Additional half hour | | 2 | 45.00 | 90.00 |

We appreciate your business and look forward to helping you again soon.

**BALANCE DUE**                        **$265.00**

**IME Companions**
8517 95th Ave
Ozone Park, NY 11416-1244
+18334637767
info@imecompanions.com
www.imecompanions.com



# Invoice

**BILL TO**
Kleban Law Group, P.C.

| INVOICE # | DATE | TOTAL DUE | DUE DATE | ENCLOSED |
|---|---|---|---|---|
| 5809 | 03/14/2023 | $220.00 | 03/14/2023 | |

**IME DOCTOR**
Dr. Howard Levy

**IME COMPANION**
Fari

| IME DATE | DESCRIPTION | LOCATION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/14/2023 | IME Companion | - 1.5 Hours 1110 Pennsylvania Avenue, Brooklyn, NY 11207 | 1 | 175.00 | 175.00 |
| 03/14/2023 | Additional half hour | | 1 | 45.00 | 45.00 |

We appreciate your business and look forward to helping you again soon.

**BALANCE DUE** **$220.00**

## Christy Berrios

| | |
|---|---|
| **From:** | IME Companions <info@imecompanions.com> |
| **Sent:** | Tuesday, November 7, 2023 1:34 PM |
| **To:** | legal clerk |
| **Subject:** | Re: ████████ |

Confirmed

Get Outlook for iOS

---

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Friday, November 3, 2023 4:37:19 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:** ████████

Please see attached: 11.13.23 Liability ████ IME

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**CONFIDENTIALITY STATEMENT**



IME COMPANIONS
WE WANT TO BE FOR YOU

INFO@IMECOMPANIONS.COM
833-463-7767

### IME SUBMISSION FORM

#### PATIENT INFORMATION



| IME Appointment Info |
| Date 11/13/23   Time 12:45 PM |

#### ATTORNEY INFORMATION

Kleban Law Group, P.C.
Law Firm

Alla Kleban
Attorney Name

4924  Avenue  K
Address

Brooklyn, NY 11234

(718)304-0064
Phone

clerk@klebanlawgroup.com
Email

#### PHYSICIAN INFORMATION

Jay. Eneman, M.D.
Physician Name

Orthopedics
Specialty

42-23 Francis Lewis Blvd. Suite 201 Bayside, NY 11361
Address

Phone

| | |
|---|---|
| **From:** | Safa Gelardi |
| **To:** | legal clerk; IME Companions |
| **Subject:** | Re: ██████████████ |
| **Date:** | Tuesday, August 22, 2023 1:16:50 PM |

Corrected appts received

Get Outlook for iOS

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Tuesday, August 22, 2023 1:08:24 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:** ██████████████████████

Good Afternoon, please disregard Liability Independent Medical Exam for 9/13/23 for both clients it was cancelled. The appointments attached below are correct.

Have a nice day!

*Kayla Leacock, Clerk*
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

CONFIDENTIALITY STATEMENT

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY STATEMENT

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under

 Outlook

---

From    IME Companions <info@imecompanions.com>
Date    Thu 11/30/2023 1:59 PM
To      legal clerk <Clerk@klebanlawgroup.com>

confirmed for 1/10 and 1/9

---

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Wednesday, November 22, 2023 5:18 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:**

Please see attached: 1.10.24 Liability Neuro IME

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination,

 Outlook

**From** IME Companions <info@imecompanions.com>
**Date** Tue 11/7/2023 1:34 PM
**To** legal clerk <Clerk@klebanlawgroup.com>

Confirmed

Get Outlook for iOS

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Friday, November 3, 2023 4:37:19 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:**

Please see attached: 11.13.23 Liability Ortho IME

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**CONFIDENTIALITY STATEMENT**

IME Companions
info@imecompanions.com

| From | Subject | Received ▼ | Size |
|---|---|---|---|
| IME Companions; Your message | Read: Leaf Matter | Fri 12/22/2023 4:48 PM | 82 KB |
| IME Companions; disregard please saw it on second page | Re: | Thu 11/30/2023 1:48 PM | 97 KB |
| IME Companions; please send clients number | Re: | Thu 11/30/2023 1:45 PM | 96 KB |
| IME Companions; confirmed kayla | Re: | Thu 11/30/2023 1:43 PM | 96 KB |
| IME Companions; Your message | Read: | Wed 11/22/2023 8:18 PM | 84 KB |
| IME Companions; Confirmed. Get Outlook for iOS | Re: | Tue 11/7/2023 1:55 PM | 101 KB |
| IME Companions; | Newly Completed PO FROM IME | Thu 9/14/2023 3:33 PM | 413 KB |
| IME Companions; confirmed kayla | Re: | Mon 9/21/2023 1:03 PM | 95 KB |
| IME Companions; Your message | Read: | Mon 8/21/2023 1:05 PM | 82 KB |
| IME Companions; hi kayla. please advise when the check will be sent. Get Outlook for iOS - end - | Payment | Thu 5/4/2023 11:19 AM | 55 KB |
| IME Companions; I just received Kind Regards, Safa Gelardi, Chief Executive Officer | RE: Hello | Thu 1/26/2023 3:04 PM | 132 KB |
| IME Companions; Kind Regards, Safa Gelardi, Chief Executive Officer | Hello | Thu 1/26/2023 2:54 PM | 114 KB |

| From: | IME Companions |
|---|---|
| To: | legal clerk |
| Subject: | Reminder: Invoice 5809 from IME Companions |
| Date: | Tuesday, October 24, 2023 5:17:38 PM |

INVOICE 5809 DETAILS



# IME Companions

### DUE 03/14/2023

# $220.00

**Review and pay**

**Powered by QuickBooks**

Dear Kleban Law Group, P.C.,

Just a reminder that we have not received a payment for this invoice yet. Let us know if you have questions.

Thanks for your business!
IME Companions

Bill to                                    Kleban Law Group, P.C.

Ime doctor                          Dr. Howard Levy

Ime companion                       Fari

03/14/2023

IME Companion                                      $175.00

███████████████████████████

1 X $175.00

03/14/2023

Additional half hour                               $45.00

1 X $45.00

Balance due        $220.00

We appreciate your business and look forward to helping you again soon.

**Review and pay**

IME Companions

PO Box 90398 Staten Island, NY 10309

(833) 463 7767      info@imecompanions.com      www.imecompanions.com

If you receive an email that seems fraudulent, please check with the business owner before paying.



© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service



IME COMPANIONS
WE WATCH OUT FOR YOU

INFO@IMECOMPANIONS.COM
833-463-7767

## IME SUBMISSION FORM

*PATIENT INFORMATION*



IME Appointment Info

Date 1|10|24  Time 10:00am

*ATTORNEY INFORMATION*

Kleban law Group, P.C.
Law Firm

4924 Avenue K
Address

(718) 304-0064
Phone

Alla Kleban
Attorney Name

Brooklyn, NY 11234

clerk@klebanlawgroup.com
Email

*PHYSICIAN INFORMATION*

Debra Pollack, M.D.
Physician Name

421 Ocean Parkway Brooklyn, NY 11218
Address

Phone

Neurology
Specialty



IME COMPANIONS
WE WATCH OUT FOR YOU

INFO@IMECOMPANIONS.COM
833-463-7767

IME SUBMISSION FORM

## PATIENT INFORMATION



| IME Appointment Info |
| --- |
| Date 1/10/24  Time 9:00 AM |

## ATTORNEY INFORMATION

Kleban Law Group, P.C.
Law Firm

Alla Kleban
Attorney Name

4924 Avenue K
Address

Brooklyn, NY 11234

(718) 304-0064
Phone

clerk@klebanlawgroup.com
Email

## PHYSICIAN INFORMATION

Dr. Marc Chernoff
Physician Name

Orthopedics
Specialty

897 Park Avenue Suite E
Address

New York, NY 10022

_____
Phone



INFO@IMECOMPANIONS.COM
833·463·7767

## IME SUBMISSION FORM

### *PATIENT INFORMATION*

[REDACTED]

| IME Appointment Info |
| Date 12/19/23  Time 3:45 PM |

### *ATTORNEY INFORMATION*

Kleban Law Group, P.C.
Law Firm

Alla Kleban
Attorney Name

4924 Avenue K
Address

Brooklyn, NY 11234

(718)304-0064
Phone

clerk@klebanlawgroup.com
Email

### *PHYSICIAN INFORMATION*

Jeffrey Passick, M.D.
Physician Name

Orthopedics
Specialty

421 Ocean Parkway  Brooklyn, NY 11218
Address

Phone



INFO@IMECOMPANIONS.COM
833 463-7767

IME SUBMISSION FORM

## PATIENT INFORMATION



**IME Appointment Info**

Date 12/05/23   Time 3:45 Pm

## ATTORNEY INFORMATION

Kleban law Group, P.C.
Law Firm

4924 Avenue K
Address

(718) 304-0064
Phone

Alla Kleban
Attorney Name

Brooklyn, NY 11234

Clerk@klebanlawgroup.com
Email

## PHYSICIAN INFORMATION

Howard Kiernan.
Physician Name

86-11 Lefferts Blvd LL Level
Address

Phone

Orthopedics
Specialty

Richmond Hill, NY 11418

| | |
|---|---|
| **From:** | legal clerk |
| **To:** | sgelardi@imecompanions.com; info@imecompanions.com |
| **Subject:** | LexPI Matter▮ |
| **Date:** | Friday, December 22, 2023 4:04:16 PM |

Good Evening, please add to your companion calendar for January 29, 2024 at 10:40 AM Dr. Mazzella (Neurology) Location: 825 Avenue W Brooklyn, NY 11223.
Client Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank You. Happy Holidays !

Have a nice day!

***Kayla Leacock**, Clerk*
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** legal clerk
**To:** sgelardi@imecompanions.com; info@imecompanions.com
**Subject:** LexPI Matter:█
**Date:** Friday, December 22, 2023 4:04:16 PM

Good Evening, please add to your companion calendar for January 29, 2024 at 10:40 AM Dr. Mazzella (Neurology) Location: 825 Avenue W Brooklyn, NY 11223.
Client Name: ███████████████████████████

Thank You. Happy Holidays !

Have a nice day!

*Kayla Leacock, Clerk*
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

| | |
|---|---|
| **From:** | legal clerk |
| **To:** | IME Companions |
| **Subject:** | RE: ▓▓▓▓▓▓ |
| **Date:** | Thursday, November 30, 2023 1:46:00 PM |

Okay.

**From:** IME Companions <info@imecompanions.com>
**Sent:** Thursday, November 30, 2023 1:46 PM
**To:** legal clerk <Clerk@klebanlawgroup.com>
**Subject:** Re: ▓▓▓▓▓▓▓▓

disregard please saw it on second page

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Thursday, November 30, 2023 1:37 PM
**To:** sgelardi@imecompanions.com <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:** ▓▓▓▓▓▓▓▓

Please see attached: 12.05.23 Liability Ortho IME

Have a nice day!

*Kayla Leacock, Clerk*
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

CONFIDENTIALITY STATEMENT

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

| | |
|---|---|
| **From:** | legal clerk |
| **To:** | sgelardi@imecompanions.com; info@imecompanions.com |
| **Subject:** | ██████████ |
| **Date:** | Wednesday, November 22, 2023 5:18:17 PM |
| **Attachments:** | 1.10.24 Liability Neuro IME.pdf |
| | 1.09.23 Liability Ortho IME.pdf |

Please see attached: 1.10.24 Liability Neuro IME

Have a nice day!

***Kayla Leacock, Clerk***
**KLEBAN LAW GROUP, PC**
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

| From: | legal clerk |
|---|---|
| To: | sgelardi@imecompanions.com; info@imecompanions.com |
| Subject: | ▇▇▇▇ |
| Date: | Thursday, November 30, 2023 1:37:16 PM |
| Attachments: | 12.05.23 Liability Ortho IME.pdf |

Please see attached: 12.05.23 Liability Ortho IME

Have a nice day!

*Kayla Leacock, Clerk*
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

| | |
|---|---|
| **From:** | legal clerk |
| **To:** | sgelardi@imecompanions.com; info@imecompanions.com |
| **Subject:** | ███████ |
| **Date:** | Friday, November 17, 2023 4:35:49 PM |
| **Attachments:** | 12.19.23 Liability Ortho IME.pdf |

Please see attached: 12.19.23 Liability Ortho IME

Have a nice day!

***Kayla Leacock, Clerk***
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

From: legal clerk
To: sgelardi@imecompanions.com; info@imecompanions.com
Subject: ████████
Date: Wednesday, November 15, 2023 4:45:19 PM
Attachments: 1.10.24 Liability Ortho IME..pdf

Good Afternoon, please cancel IME Companion for 11.29.23, that appointment has been rescheduled to the attachment listed below.

Have a nice day!

*Kayla Leacock, Clerk*
KLEBAN LAW GROUP, PC
4924 AVENUE K
BROOKLYN, NEW YORK 11234

T: (718) 304-0064 EXT. 17
F: (718) 304-0079
EMAIL: CLERK@KLEBANLAWGROUP.COM

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Alla Kleban**

| | |
|---|---|
| **From:** | IME Companions <info@imecompanions.com> |
| **Sent:** | Thursday, May 4, 2023 11:19 AM |
| **To:** | legal clerk |
| **Subject:** | Payment |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Kayla   please advise when the check will be sent.

Get Outlook for iOS

Results

< Older

| From | Subject | Received ▼ | Size |
|---|---|---|---|
| IME Companions<br>quickbooks@notification.intuit.com | | | |
| IME Companions<br>INVOICE 5609 DETAILS IME Companions: DUE 02/14/2023 $235.00 Review and pay | Reminder: Invoice 5609 from IME Companions - Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Just a reminder that we have not received a payment for this invoice yet. Let us know if you have questions. T <end> | Thu 6/22/2023 9:34 PM | 133 KB |
| IME Companions<br>INVOICE 5210 DETAILS IME Companions: DUE 03/20/2023 $265.00 Review and pay | Reminder: Invoice 5810 from IME Companions - Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Just a reminder that we have not received a payment for this invoice yet. Let us know if you have questions. T <end> | Wed 4/12/2023 12:34 PM | 141 KB |
| IME Companions<br>INVOICE 5810 DETAILS IME Companions: DUE 03/20/2023 $265.00 Review and pay | Invoice 5810 from IME Companions - Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Please see attached invoice! Please review and approve at your earliest convenience. We appreciate your prompt <end> | Wed 4/12/2023 12:33 PM | 140 KB |
| IME Companions<br>INVOICE 5609 DETAILS IME Companions: DUE 02/14/2023 $235.00 Review and pay | Invoice 5609 from IME Companions - Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Please see attached invoice! Please review and approve at your earliest convenience. We appreciate your prompt <end> | Mon 1/2/2023 3:46 PM | 313 KB |
| IME Companions<br>INVOICE 5535 DETAILS IME Companions: DUE 12/07/2022 $175.00 Review and pay | Invoice 5535 from IME Companions - Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Please see attached invoice! Please review and approve at your earliest convenience. We appreciate your prompt <end> | Mon 1/2/2023 3:45 PM | 256 KB |
| QuickBooks Payments<br>Manage payment You paid $175.00 | Payment confirmation invoice #5535 (IME Companions) | Tue 12/6/2022 3:41 PM | 174 KB |
| QuickBooks Payments<br>Manage payment You paid $265.00 | Payment confirmation invoice #5465 (IME Companions) | Tue 12/6/2022 3:39 PM | 175 KB |
| QuickBooks Payments<br>Manage payment You paid $175.00 | Payment confirmation invoice #5547 (IME Companions) | Tue 12/6/2022 3:36 PM | 174 KB |
| QuickBooks Payments<br>Manage payment You paid $235.00 | Payment confirmation invoice #5101 (IME Companions) | Tue 12/6/2022 2:59 PM | 174 KB |
| QuickBooks Payments<br>Manage payment You paid $265.00 | Payment confirmation invoice #4761 (IME Companions) | Mon 10/3/2022 12:26 PM | 395 KB |
| QuickBooks Payments<br>Manage payment You paid $265.00 | Payment confirmation invoice #5101 (IME Companions) | Mon 10/3/2022 12:20 PM | 175 KB |
| QuickBooks Payments<br>Manage payment You paid $235.00 | Payment confirmation invoice #5101 (IME Companions) | Mon 10/3/2022 12:19 PM | 176 KB |
| QuickBooks Payments<br>Manage payment You paid $265.00 | Payment confirmation invoice #4761 (IME Companions) | Mon 10/3/2022 12:16 PM | 175 KB |
| QuickBooks Payments<br>Manage payment You paid $175.00 | Payment confirmation invoice #4541 (IME Companions) | Mon 10/3/2022 12:15 PM | 175 KB |
| QuickBooks Payments<br>Manage payment You paid $310.00 | Payment confirmation invoice #4517 (IME Companions) | Mon 10/3/2022 2:13 PM | 175 KB |
| QuickBooks Payments<br>Manage payment You paid $235.00 | Payment confirmation invoice #5100 (IME Companions) | Mon 10/3/2022 12:13 PM | 175 KB |
| IME Companions<br>INVOICE 5101 DETAILS IME Companions: DUE 08/29/2022 $235.00 Review and pay | Invoice 5101 from IME Companions - Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Please see attached invoice! Please review and approve at your earliest convenience. We appreciate your prompt <end> | Thu 9/15/2022 10:50 AM | 338 KB |
| IME Companions<br>INVOICE 5100 DETAILS IME Companions: DUE 08/26/2022 $235.00 Review and pay. Powered by QuickBooks. Dear Kleban Law Group, P.C., Please see attached invoice! Please review and approve at your earliest convenience. We appreciate your prompt <end> | Invoice 5100 from IME Companions | Thu 9/15/2022 10:49 AM | 510 KB |

Search Complete.

More

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM
NYSCEF DOC. NO. 51

INDEX NO. 520547/2021
#: 10523
Page 26 of 88 PageID
RECEIVED NYSCEF: 09/11/2024

# Debra A. Pollack, M.D.

## Diplomate of the American Board of Psychiatry and Neurology

2114 Williamsbridge Rd, Bronx, NY, 10461

Date of examination: 1/10/24
Date of report: 2/9/24

DeSena & Sweeney, LLP
1500 Lakeland Avenue
Bohemia, NY 11716

Re: Thomas Mendelsohn
Claim #: 32 11R5 06K
DOI: 9/21/2020
Request Type: Liability IME

To Whom It May Concern:

I performed an independent neurology examination of the claimant noted above on 1/10/24 in my Brooklyn, New York office.

The claimant presented valid photo identification which was verified but it was not permitted to be copied.

The claimant was accompanied by Christian Hogarth from IME Legal Reps. He was also accompanied by Tiara Torres, a legal representative from William Schwitzer & Associates, PC.

The claimant was driven to this visit. He refused to answer when asked whether he drives.

The claimant was provided with intake forms but refused to complete them.

The following are findings of the examination:

## WORK HISTORY

The claimant did not provide information regarding his employment history or his current work status.

## INJURY HISTORY

Mr. Mendelsohn was involved in an accident on 9/21/20. He did not provide any information regarding the accident, areas injured, or whether he went to an emergency room following the accident.

## PAST MEDICAL HISTORY

Examinee Name:    Thomas Mendelsohn
Examination Date:  1/10/24

The claimant did not provide any information regarding his past medical history.

He did not provide information as to whether he was involved in any prior motor vehicle or workers' compensation accidents or whether he sustained any prior injuries.

## PRIOR/UNRELATED SURGICAL HISTORY

The claimant did not provide any information regarding his past surgical history.

## MEDICATION USE

The claimant verbally reported he is using Tylenol at this time.

## TREATMENT HISTORY

The claimant did not provide any information as to whether he received treatment or medical supplies subsequent to the accident of 9/21/20.

Mr. Mendelsohn did not provide any information regarding current treatment.

Mr. Mendelsohn underwent cervical spine surgery on 8/4/21 and right hip surgery on 1/10/23 (per operative reports).

## MEDICAL RECORDS REVIEWED

- Verified Bill of Particulars dated 12/08/21. (Index no. 518095/2021)
- Second Supplemental Verified Bill of Particulars dated 11/30/22. (Index no. 802027/2021E)
- Supplemental Bill of Particulars dated 01/20/22. (Index no. 802027/2021E)
- Police accident report from New York State Department of Motor Vehicles dated 07/16/12.
- Emergency room treatment report from Mount Sinai Emergency Department dated 09/21/20.
- Discharge summary report from Nolan Kagetsu, M.D., F.A.C.R. of Mount Sinai Emergency Department dated 09/21/20.
- CT scan report of the cervical spine without contrast from Nolan Kagetsu, M.D., F.A.C.R. of Mount Sinai, P.C. dated 09/21/20. Impression: There is no compression traumatic fracture. Straightening of the expected lordotic curvature of the cervical spine may be related to patient positioning or paraspinal muscle spasm. There is multilevel cervical spondylosis with endplate changes, areas of mild disc space narrowing, facet arthrosis, vertebral body osteophytes as well as disc bulges and disc osteophyte ridge complexes. The contents of the spinal canal are well seen down to the level of C5. Below C5, there is artifact arising from the adjacent shoulders that precludes adequate assessment. Thyroid gland is unremarkable. Lung apices are clear.
- CT scan report of the lumbar spine without contrast from Nolan Kagetsu, M.D., F.A.C.R. of Mount Sinai, P.C. dated 09/21/20. Impression: No high-grade spinal canal

2 | P a g e

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

stenosis or neural foraminal stenosis is seen, though please note that evaluation at the L3-L4 level is limited due to streak artifact from posterior spinal fusion hardware. Right nephrolithiasis.

- X-ray report of the right shoulder from Barbara Zeifer, M.D. of Mount Sinai, P.C. dated 09/21/20. Impression: No fracture or dislocation of the right shoulder. Mild osteoarthritis and rotator cuff degeneration.
- X-ray report of the right hip AP and lateral from Barbara Zeifer, M.D. of Mount Sinai, P.C. dated 09/21/20. Impression: Severe osteoarthritis of the right hip. If there is continued concern for an occult fracture then an MRI should be performed.
- X-ray report of the right knee AP and lateral from Barbara Zeifer, M.D. of Mount Sinai, P.C. dated 09/21/20. Impression: N fracture or dislocation of the right knee. Mild medial tibiofemoral compartment osteoarthritis.
- MRI report of the left knee from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 12/18/20. Impression: (1) Intrasubstance tear peripheral margin posterior horn medial meniscus. (2) Partial tear anterior cruciate ligament. (3) Quadriceps tendinopathy. (4) Mild effusion. (5) Anterior soft tissue edema.
- MRI report of the right knee from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 12/18/20. Impression: (1) Intrasubstance tear medial meniscus. (2) anterior cruciate ligament sprain. (3) Chondromalacia identified anteriorly within the lateral femoral condyle. (4) Anterior soft tissue edema. (5) Mild effusion. (6) Central tibial plateau subcortical development.
- MRI report of the lumbar spine from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 10/12/20. Impression: (1) L4/5 disc herniation deforming the thecal sac abutting the proximal L5 nerve roots bilaterally with bilateral proximal neural foraminal extension and moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. (2) T11/12 disc herniation deforming the thecal sac impinging the lower thoracic spinal cord contributing to moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. (3) L5/S1 and L2/3 disc bulges with L2/3 moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophy. (4) L3/4 postsurgical changes and mild central spinal stenosis in conjunction with hypertrophic changes. (5) Lumbar spine straightening.
- MRI report of the cervical spine from David H. Stemerman, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 10/05/20. Impression: (1) C5-C6: There is a right posterolateral protruding disc herniation impinging on the right anterior thecal sac and right anterior cervical cord with concavity of the right anterior cord. There is impingement on the right lateral recess related to the disc herniation, vertebral osseous ridging, and encroachment on the right neural foramen related to the adjacent facet. There is impingement on the left lateral recess to a lesser degree than on the right side related to vertebral osseous ridging and concomitant shallower disc extension. There is abutment of the left neural foramen related to the adjacent facet. There is impingement on the posterior thecal sac abutting the posterior cervical cord related to bone hypertrophy. There is central canal narrowing with cord impingement related to the above findings with negligible CSF surrounding the cervical cord. (2) There is linear focus of increased signal seen traversing through the cervical cord at C5 on the sagittal T2 images, but not definitively seen on the axial images and may be artifactual. Correlation with clinical exam and history is suggested for any atypical

3 | P a g e

Examinee Name:      Thomas Mendelsohn
Examination Date:   1/10/24

symptoms related to this region. If necessary, this can be further evaluated with repeat thin section imaging through this region. (3) There is straightening of the cervical lordosis with slight levoangulation at the cervicothoracic junction. (4) C2-C3: There is a posterior subligamentous disc bulge. There is abutment of both lateral recesses related to vertebral osseous ridging, a disc bulge, and encroachment on both neural foramina, right slightly greater than left, related to the adjacent facets. There is pannus surrounding the odontoid impinging on the anterior thecal sac. (5) C3-C4: There is an annular disc bulge impinging on the anterior thecal sac. There is impingement on both lateral recesses related to vertebral osseous ridging and encroachment on both neural foramina, left slightly greater than right, related to the adjacent facets. (6) C4-C5: There is an annular disc bulge with concomitant lobulated posterior protruding disc herniation somewhat lateralized to the right impinging on the anterior thecal sac and right anterior cervical cord with flattening of the right anterior cord. There is also a prominent left posterolateral components to the disc herniation along with vertebral osseous ridging. There is impingement on the left lateral recess and along with the adjacent facet impingement on the left neural foramina. There is also impingement on the right lateral recess related to the disc abnormality, vertebral osseous ridging, and abutment of the right neural foramen related to the adjacent facet. There is central canal narrowing related to the above findings with diminished CSF surrounding the cervical cord. (7) C6-C7: There is a posterior subligamentous disc bulge impinging on the anterior thecal sac. There is encroachment on both lateral recesses related to the disc bulge, vertebral osseous ridging, and abutment of both neural foramina related to the adjacent facets. (8) C7-T1: There is impingement on the left lateral recess and abutment of the right lateral recess related to the uncovertebral joint osseous ridging. (9) There is minimal nodular mucosal thickening of both base of both maxillary sinuses.

- Emergency room treatment report from Hospital for Special Surgery Emergency Department dated 08/04/21.
- Discharge summary report from Hospital for Special Surgery Emergency Department dated 08/05/21.
- X-ray report of the cervical spine flexion extension from Susan C. Lee, M.D. of Hospital for Special Surgery Imaging Department dated 03/09/21. Impression: 12 rib-bearing thoracic and 5 non-rib-bearing lumbar type vertebral bodies are identified. The patient has undergone interbody and posterior lateral fusion at L3-L4. The hardware is intact. The vertebral body heights are maintained although evaluation at the upper thoracic spine is limited due to obscuration by the patient's shoulders. Multilevel degenerative disc disease is seen throughout the spine, preferentially affecting L4-L5 and L5-S1. There is minimal retrolisthesis of L2 on L3 and L4 and L5, without translational instability on flexion and extension. The cervical spine demonstrates no translational instability on flexion and extension. The prevertebral soft tissues are unremarkable. There is severe bilateral hip osteoarthritis with cam type configuration. The lungs demonstrate no focal consolidation. Cardiomediastinal silhouette is unremarkable.
- X-ray report of the lumbar spine flexion extension, X-ray scoliosis AP lateral from Susan C. Lee, M.D. of Hospital for Special Surgery Imaging Department dated 03/09/21. Impression: 12 rib-bearing thoracic and 5 non-rib-bearing lumbar type vertebral bodies are identified. The vertebral body heights are maintained. The patient has undergone posterior and interbody fusion at L3-L4. Hardware is intact. Multilevel

4 | P a g e

Examinee Name:     Thomas Mendelsohn
Examination Date:    1/10/24

degenerative disc disease is seen throughout the cervical, thoracic and lumbar spine, preferentially affecting the mid instability of the lumbar spine on flexion and extension. There is severe bilateral hip osteoarthritis with bone-on-bone. Degenerative changes of bilateral sacroiliac joints noted. Lungs demonstrate no focal consolidation.

- Emergency room treatment report from Hospital for Special Surgery Emergency Department dated 07/13/21.
- Discharge summary report from Hospital for Special Surgery Emergency Department dated 07/13/21.
- MRI report of the lumbar spine without contrast from Christian Geannette, M.D. of Hospital for Special Surgery Imaging Department dated 07/13/21. Impression: Magnetic resonance imaging of the lumbar and lower thoracic spine, status post interbody and posterolateral fusion at L3-L4. There is suggestion of partial L3-L4 interbody bony bridging posteriorly. A CT could be obtained for further characterization of the hardware. T10-T11: As visualized on the sagittal sequence, there is severe central canal stenosis, with abdominal signal in the posterior aspect of the thoracic cord. T11-T12: A posterior disc osteophyte complex, ligamentum flavum thickening, and prominent posterior epidural fat result in severe central canal stenosis and mild compression of the thoracic cord. L2-L3: Marked ligamentum flavum thickening contributes to severe central canal stenosis and mild thecal sac compression. L3-L4: Operative changes. There is mild-to-moderate central canal stenosis. L4-L5: Moderate -to-severe central canal stenosis with narrowing of subarticular recesses. Nodularity involving the medial limb of the left adrenal gland in nonspecific. Comparison with prior imaging is recommended to assess for stability.
- MRI report of the thoracic spine without contrast from Darius P. Melisaratos, M.D. of Hospital for Special Surgery Imaging Department dated 07/27/21. Impression: MRI thoracic spine demonstrates focal abnormal cord signal posteriorly on both sides of midline centered at T10-11 in the setting of severe central spinal stenosis and ventral and dorsal cord compression. The abnormal signal likely reflects edema and/or cord myelomalacia. The dorsal aspect of the cord is markedly compressed by severe facet arthrosis and ligamentum flavum hypertrophy, some of which may be mineralized. T11-12: Central protrusion with moderate ventral thecal sac impingement and mild ventral cord flattening. Neural foraminal narrowing is in part due to hypertrophy of the ligamentum flavum and facet arthrosis. Ligamentum flavum may be partially ossified at multiple levels, again can be assessed with CT imaging if needed.
- X-ray report of the chest PA lateral from Theodore T. Miller, M.D. of Hospital for Special Surgery Imaging Department dated 07/27/21. Impression: Negative for radiographic evidence of acute cardiopulmonary disease.
- CT scan report of the cervical spine without contrast from Shari T. Jawetz, M.D. of Hospital for Special Surgery Imaging Department dated 07/30/21. Impression: C2-C3: Moderate to severe left osseous foraminal stenosis. Moderate left facet arthrosis. C3-C4: Moderate acquired central canal stenosis is seen. Moderate bilateral osseous foraminal stenosis. C4-C5: Moderate acquired central canal stenosis. Severe left osseous foraminal stenosis. C5-C6: Severe acquired central canal stenosis. Severe right osseous foraminal stenosis. C7-T1: Moderate left osseous foraminal stenosis.
- CT scan report of the head without contrast from Levi J. Chazen, M.D. Joseph W. Song of Hospital for Special Surgery Imaging Department dated 08/04/21. Impression: No CT evidence of acute infarct, intracranial hemorrhage, or mass lesion.

5 | P a g e

Case 1:22-cv-01933-PKC-JRC   Document 577-2   Filed 09/12/25   Page 31 of 88 PageID #: 10528

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

- CT scan report of the cervical spine without contrast from Susan C. Lee, M.D. of Hospital for Special Surgery Imaging Department dated 08/04/21. Impression: CT of the cervical and thoracic spine demonstrates ACDF from C4 through C6, without acute osseous abnormality. Surgical drain remains at the left neck. There is mineralization of the ligamentum flavum particularly at T10-T12 contributing to central canal stenosis. C4-C5: Moderate to severe left foraminal stenosis. C5-C6: Moderate to severe right foraminal stenosis. T2-T3: Severe bilateral foraminal stenosis. T10-T11: Severe central canal stenosis. T11-T12: Severe central canal stenosis.

- CT scan report of the thoracic spine without contrast from Susan C. Lee, M.D. of Hospital for Special Surgery Imaging Department dated 08/04/21. Impression: CT of the cervical and thoracic spine demonstrates ACDF from C4 through C6, without acute osseous abnormality. Surgical drain remains at the left neck. There is mineralization of the ligamentum flavum particularly at T10-T12 contributing to central canal stenosis. C4-C5: Moderate to severe left foraminal stenosis. C5-C6: Moderate to severe right foraminal stenosis. T2-T3: Severe bilateral foraminal stenosis. T10-T11: Severe central canal stenosis. T11-T12: Severe central canal stenosis.

- X-ray report of the cervical spine AP lateral from Theodore T. Miller, M.D. of Hospital for Special Surgery Imaging Department dated 08/05/21. Impression: The patient is status post anterior cervical discectomy and fusion at C4-5 and C5-6 with intervertebral cages and anterior plate and screws. Negative for hardware complication. Alignment is anatomic. Postoperative prevertebral soft tissue swelling is present. Visualized upper lung fields are clear.

- X-ray report of the cervical spine AP lateral from Christian S. Geanette, M.D. of Hospital for Special Surgery Imaging Department dated 09/01/21. Impression: Postoperative changes of the cervical spine, without acute osseous complication. Interval improvement and near resolution of prevertebral soft tissue swelling.

- X-ray report of the cervical spine AP lateral from Carolyn M. Sofka, M.D. of Hospital for Special Surgery Imaging Department dated 10/08/21. Impression: Postoperative changes without acute osseous abnormality or change in alignment.

- X-ray report of the cervical spine AP lateral from Carolyn M. Sofka, M.D. of Hospital for Special Surgery Imaging Department dated 12/08/21. Impression: Postoperative changes without acute osseous abnormality or change in alignment.

- X-ray report of the cervical spine AP lateral from Carolyn M. Sofka, M.D. of Hospital for Special Surgery Imaging Department dated 03/30/22. Impression: Postoperative changes without acute osseous abnormality or change in alignment.

- X-ray report of the left clavicle from Yura Stoly, M.D. of Ocean Radiology, P.C. dated 10/21/20. Impression: (1) Productive hypertrophic changes of acromioclavicular joint, which may produce some impingement of rotator cuff. MRI may be useful for further evaluation. (2) No acute fractures, dislocations or destructive bony lesions.

- CT scan report of the lumbar spine from Franco Cerabone, M.D. of Ocean Radiology, P.C. dated 12/01/16. Impression: (1) L3-4, mild loss of disc space height and diffuse disc bulges are complex with compression of anterior thecal sac and impingement neuroforamina. Status post posterior stabilization and fusion with pedicle screws and stabilization rods and intervertebral disc spacer placement. Mild facet and ligamentum flavum hypertrophic changes with mild spinal canal stenosis.

6 | P a g e

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

- MRI report of the lumbar spine from Ajax E. George, M.D. of Healthcare Associates In Medicine, P.C. dated 07/05/22. Impression: In the setting of a developmentally borderline spinal canal there is mild straightening of sagittal lordosis. Postoperative changes prior L3-L4 posterior and anterior fusion with pedicle screws and disc spacer in place and patent spinal canal and foramina. Adjacent level L4-5 severe spinal and foraminal stenosis due to bulging disc, disc protrusion and moderate to severe facet hypertrophy with ligamentous buckling. Adjacent level L2-3 moderate to severe spinal stenosis. T11-T12 moderate spondylosis with mild impingement of the conus without edema.

- X-ray report of the pelvis 2 views from Steven Shankman, M.D. of Maimonides Medical Center, P.C. dated 01/06/23. Impression: Marked osteoarthritis of the hips.

- Ultrasound report of the right shoulder from SH Medical, P.C. dated 09/22/20. Impression: (no detail provided).

- MRI report of the right knee from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 02/27/16. Impression: (1) Intrasubstance tear peripheral margin posterior horn of the medial meniscus. (2) Insertional patellar tendinopathy. (3) Mild prepatellar bursitis. (4) Mild joint effusion.

- MRI report of the lumbar spine from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 05/31/19. Impression: (1) L5/S1, L4/5 and L2/3 disc bulges deforming the thecal sac, with L2/3 and L4/5 moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. (2) T11/12 disc herniation deforming the thecal sac impinging the lower thoracic spinal cord contributing to moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. (3) L3/4 post-surgical changes with mild central spinal stenosis in conjunction with hypertrophic changes.

- MRI report of the lumbar spine from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 08/14/17. Impression: (1) L3/4 postsurgical changes, left paracentral disc herniation deforming the thecal sac abutting the proximal left L4 nerve root contributing to mild central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. (2) L5.S1, L4/5 and L2/3 disc bulges, with L2/3 and L4/5 moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. (3) T11/12 disc herniation deforming the thecal sac impinging the spinal cord contributing to moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes.

- MRI report of the lumbar spine from Lisa A. Corrente, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 10/14/15. Impression: (1) Interval post-surgical changes include bilateral transpedicular screw fixation hardware and interbody graft at L3-4 with improved patency of the central canal, but with a new left lateral recess protrusion-disc herniation indenting the ventral thecal sac. (2) Paraspinous non-infectious/inflammatory fasciitis and muscle strain/myositis which are expected post surgical findings. (3) Sagittal images demonstrates persistent dorsal marginal spur and disc herniation at T11-12 indenting the distal spinal cord causing central canal stenosis.

- MRI report of the lumbar spine from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 11/20/12. Impression: L3/4 disc herniation deforming the thecal sac contributing to central spinal stenosis in conjunction with posterior hypertrophic changes with associated annular tear and bilateral neural foraminal extension. L2/3

7 | P a g e

Examinee Name:   Thomas Mendelsohn
Examination Date:   1/10/24

and L4/5 disc bulges. T11/12 disc herniation deforming the thecal sac impressing the lower thoracic spinal cord contributing to central spinal stenosis in conjunction with paracentral spur formation and posterior hypertrophic changes. Lumbar spine straightening.

- MRI report of the lumbar spine from Lisa A. Corrente, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 03/04/12. Impression: Persistent and possible progression of distal spinal cord compression at T10/11 and T11/12 since the prior study. Recommend correlation with thoracic spine MRI. Probable progression in severe central canal stenosis at L3/4 since the prior study with exiting L4 nerve root compression due to broad disc bulge and facet arthropathy. Broad disc bulge at L2/3 and L4/5, as described above.

- MRI report of the thoracic spine from Lisa A. Corrente, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 03/16/12. Impression: At T8/9, a midline disc herniation contacts the ventral cord. At T9/10, posterolateral central canal stenosis is due to facet and ligamentum flavum hypertrophy. At T10/11 and T11/12 severe central canal stenoses are due to marginal osteophytes, facet and ligamentum flavum hypertrophy, as described above.

- MRI report of the brain from Stephen Hershowitz, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 05/22/17. Impression: No evidence of intracranial pathology.

- MRI report of the bilateral hips with attention to the right hip from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 07/23/14. Impression: Subchondral signal focus right acetabulum compatible with degenerative arthritis. Faint signal elevation identified adjacent to the right greater trochanter suggestive of mild changes related to gluteal tendinitis. Mild joint effusion.

- MRI report of the right shoulder from Steven Winter, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 09/21/12. Impression: Subscapularis tendon is bulbous and inhomogeneous with tendinosis. Infraspinatus tendon demonstrates a 1.5 x 0.8 cm approximately 50% humeral surface tear extending to its attachment site on the humerus. Trace amount of fluid in the long head of the biceps tendon sheath. Productive acromioclavicular joint changes and there is a laterally down sloping type II acromial configuration with abutment of the underlying supraspinatus. Synovial fluid at the axillary recess of the glenohumeral articulation. Some marginal spurring of the glenoid, more so posteriorly with slight irregularity of the posterior cortical margin with an approximately 1-2 mm step off deformity at this region. There is no overlying chondral or labral defect in the posterior capsule and the entire capsulolabral complex is otherwise unremarkable.

- Laboratory results report dated 05/27/15.

- X-ray report of the right knee portable from Christopher Wladyka, M.D. dated 05/28/15. Impression: No acute osseous abnormality of the right knee.

- X-ray report of the lumbosacral spine 2 views from David A. Boyajian, M.D. dated 07/13/15. Impression: No acute radiographic abnormality of the lumbar spine, status post interval posterior fixation and interbody spacer placement at L3-L4 as described.

- X-ray report of the right knee standard + sunrise from Meghan K. Doherty, M.D. dated 02/01/16. Impression: No acute osseous or articular abnormality. Joint spaces are well-maintained.

8 | Page

Case 1:22-cv-01032-PKC-JRC    Document 577-2    Filed 08/12/25    Page 34 of 88 PageID #: 16531

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

- X-ray report of the lumbosacral spine 2 views from Meghan K. Doherty, M.D. dated 02/01/16. Impression: No acute radiographic abnormality of the lumbosacral spine. Status post posterior fixation as described.
- MRI report of the lumbar spine from Mark Shapiro, M.D. of Doshi Diagnostic Imaging Services, P.C. dated 02/02/08. Impression: (1) Disc herniation at L3-4 creating central stenosis and foraminal impingement. (2) Moderate disc bulge at L4-5.
- MRI report of the cervical spine without contrast from Narayan Paruchuri, M.D. of Doshi Diagnostic Imaging Services, P.C. dated 07/24/12. Impression: (1) At C5-6, there is a central disc herniation and a central annular tear and severe left thecal sac impingement. There is impingement upon the anterior aspect of the cervical cord. There is also right foraminal herniation and right foraminal impingement. There is no left foraminal impingement. (2) At C4-5, there is a right paracentral disc herniation and diffuse disc bulge. There is significant anterior thecal sac impingement particularly on the right side of the thecal sac and significant bilateral foraminal impingement. (3) At C3-4, there is a disc bulge and bilateral foraminal herniations. There is bilateral foraminal impingement. There is an anterior thecal sac impingement.
- MRI report of the cervical spine without contrast from Mark Shapiro, M.D. of Doshi Diagnostic Imaging Services, P.C. dated 01/27/08. Impression: Right paracentral/foraminal herniation at C5-6 creating impingement.
- MRI report of the brain without contrast from Narayan Paruchuri, M.D. of Doshi Diagnostic Imaging Services, P.C. dated 07/24/12. Impression: No evidence of acute intracranial hemorrhage or infarction. No mass or midline shift.
- Emergency room treatment report from Hospital for Special Surgery Emergency Department dated 08/04/21.
- Discharge summary report from Hospital for Special Surgery Emergency Department dated 08/05/21.
- Operative report from Andrew A. Sama, M.D. of Hospital for Special Surgery, P.C. dated 08/04/21. Preoperative Diagnosis: (1) Severe cervical stenosis C4-C5, C5-C6. (2) Cervical disc herniation C4-C5, C5-C6. (3) Cervical cord compression C4-C5, C5-C6. (4) Cervical myeloradiculopathy C4-C5, C5-C6. Postoperative Diagnosis: (1) Severe cervical stenosis C4-C5, C5-C6. (2) Cervical disc herniation C4-C5, C5-C6. (3) Cervical cord compression C4-C5, C5-C6. (4) Cervical myeloradiculopathy C4-C5, C5-C6. Procedure: (10 Anterior cervical decompression C4-C5, C5-C6. (2) Anterior cervical fusion C4-C5, C5-C6. (3) Partial vertebrectomy C4, C5, and C6. (4) Insertion of prosthetic spacers at C4-C5, C5-C6. (5) Anterior spinal fixation C4-C5, C5-C6 DePuy skyline plate. (6) Application and removal of Gardner-Wells tongs. (7) Intraoperative neurologic monitoring motor evoked potentials, somatosensory evoked potential and spontaneous EMG. (8) Intraoperative fluoroscopy.
- Operative report from David Kutler, M.D. of Hospital for Special Surgery, P.C. dated 08/04/21. Preoperative Diagnosis: Cervical spine degeneration levels C4-5 and C5-6. Postoperative Diagnosis: Cervical spine degeneration levels C4-5 and C5-6. Procedure: Anterior cervical approach and spine fusion levels C4-5 and C5-6.
- Pre-op medical evaluation report from Alana E. Sigmund, M.D. of Hospital for Special Surgery, P.C. dated 07/27/21 to 08/04/21.
- ECG 12 lead report from David Lefkowitz, M.D. dated 07/27/21. Interpretation: Sinus rhythm. Right bundle branch block. No previous ECG available for comparison.

9 | P a g e

Case 1:22-cv-01032-PKC-JRC    Document 577-2    Filed 08/12/25    Page 35 of 88 PageID
#: 16532

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

- Brief op note from Robert Hermann, P.A. dated 08/04/21.
- Operative report from Andrew A. Sama, M.D. of Hospital for Special Surgery, P.C. dated 08/04/21. Preoperative Diagnosis: Cervical cord myelomalacia, cervical spinal cord compression, cervical myelopathy, DDD (degenerative disc disease), cervical, cervical spinal stenosis. Postoperative Diagnosis: Cervical cord myelomalacia, cervical spinal cord compression, cervical myelopathy, DDD (degenerative disc disease), cervical, cervical spinal stenosis. Procedure: Fusion cervical anterior 2 level with instrumentation decompression and fusion C4-6, cages, plates, left iliac crest bone graft, GW tongs. Anterior.
- Progress notes from Lucila Acendra of Hospital for Special Surgery, P.C. dated 07/13/21.
- Otolaryngology post-operative evaluation report from Mark Lee, M.D. dated 08/04/21.
- Progress notes from Ichiro Okano, M.D. of Hospital for Special Surgery, P.C. dated 08/05/21.
- Progress notes from Andrew A. Sama, M.D. dated 08/05/21.
- Progress notes from Alana E. Sigmund, M.D. of Hospital for Special Surgery, P.C. dated 08/05/21.
- Discharge summary from Brian L. Lyons, P.A. of Hospital for Special Surgery, P.C. dated 08/05/21.
- Nursing note from Angela Romeo, R.N. of Hospital for Special Surgery, P.C. dated 08/05/21.
- Post discharge call note from Danielle Silletti, R.N. of Hospital for Special Surgery, P.C. dated 08/05/21.
- Operative report from Joseph Feliccia, M.D. of Maimonides Health, P.C. dated 01/10/23. Preoperative Diagnosis: Degenerative arthritis of the right hip. Postoperative Diagnosis: Degenerative arthritis of the right hip. Procedure: Right total hip replacement using a Stryker Hip System Secur-Fit Max femoral stem No. 10 x 132 degrees, a 32-mm Biolox head +2.5 mm, a Trident acetabular shell 56 mm with lipped liner.
- Operative report from Franco P. Cerabona, M.D. dated 05/27/15. Preoperative Diagnosis: Lumbar radiculopathy. Postoperative Diagnosis: Lumbar radiculopathy. Procedure: L3-L4 combined posterior and interbody fusion, decompression and exploration of L3 and L4 nerve roots on the right. Placement of biomechanical device cage, placement of pedicle screws at L3-L4 bilaterally, placement of allograft, morcellated allograft, and stem cells, and fluoroscopic guidance, spine.
- Surgical pathology report from Gregory Massimi, M.D. of New York-Presbyterian/Lower Manhattan Hospital, P.C. dated 05/27/15. Final Diagnosis: Disc, L3-L4, discectomy. Fibrocartilaginous tissue with degenerative changes.
- Ortho resident admission note from dated 05/27/15.
- Operative report from Franco Cerabona, M.D./Andrew Merola, M.D. of NY Presbyterian The University Hospital of Columbia and Cornell, P.C. dated 05/27/15. Preoperative Diagnosis: Lumbar radiculopathy. Postoperative Diagnosis: Lumbar radiculopathy. Procedure: Transforaminal lumbar interbody fusion L3-L4.
- Operative report from Franco Cerabona, M.D. of Lower Manhattan Hospital Main OR, P.C. dated 05/27/15. Preoperative Diagnosis: Herniated disc L3-4. Postoperative Diagnosis: Same. Procedure: Transforaminal lumbar interbody fusion L3-4.

10 | Page

Examinee Name:   Thomas Mendelsohn

Examination Date:   1/10/24

- Ortho post op note from Amit Ramjit, M.D. NY Presbyterian The University Hospital of Columbia and Cornell, P.C. dated 05/27/15.
- General surgery note from Peter Anthony Fedullo, P.A. NY Presbyterian The University Hospital of Columbia and Cornell, P.C. dated 05/28/15.
- Physical therapy treatment notes from Xiao-Jing Zhang, P.T. of NY Presbyterian The University Hospital of Columbia and Cornell, P.C. dated 05/28/15 to 05/29/15.
- Nursing discharge assessment note from Margarita Chang, R.N. dated 05/29/15.
- Follow up care report from NY Presbyterian The University Hospital of Columbia and Cornell, P.C. dated 06/05/15.
- Evaluation report from Andrew A. Sama, M.D. dated 03/09/21 to 08/09/21.
- Phone notes from Amy Agria, M.S., P.A.-C. dated 04/13/21 to 09/14/21.
- Initial office consultation report from Andrew A. Sama, M.D. dated 04/26/21.
- Phone notes from Andrew A. Sama, M.D. dated 06/14/21 to 08/09/21.
- Subsequent office examination report from Andrew A. Sama, M.D. dated 07/13/21.
- Phone notes from Tara Flamm, R.P.A.-C. dated 07/19/21 to 02/02/22.
- Progress notes from Andrew A. Sama, M.D. dated 06/10/21 to 07/21/21.
- Progress notes from Tara Flamm, R.P.A.-C. dated 07/21/21.
- Progress notes from Eleni Manitaras, P.A.-C., M.P.A.S. dated 08/06/21 to 08/09/21.
- Office examination report from Amy Agria, M.S., P.A.-C. dated 03/09/21.
- Telehealth virtual first postoperative examination report from Eleni Manitaras, P.A.-C., M.P.A.S. dated 08/09/21.
- First postoperative examination report from Amy Agria, M.S., P.A.-C. dated 09/01/21.
- Second postoperative examination report from Andrew A. Sama, M.D. dated 10/08/21.
- Subsequent office examination report from Julieanne Milo, P.A.-C. dated 12/08/21.
- Subsequent office examination report from Amy Agria, M.S., P.A.-C. dated 03/30/22.
- Phone notes from Grace Nicolia, P.A.-C. dated 05/20/22.
- Subsequent office examination report from Andrew A. Sama, M.D. dated 07/12/22.
- Emergency room treatment report from  Maimonides Medical Center Emergency Department dated 12/14/20.
- Discharge summary report from Maimonides Medical Center Emergency Department dated 12/14/20.
- Initial orthopedic consult examination report from Paul Ackerman, M.D. of Contemporary Orthopedics, P.C. dated 12/14/20.
- Follow up orthopedic consult examination report from Paul Ackerman, M.D. of Contemporary Orthopedics, P.C. dated 12/23/20.
- Visit note from Joseph Feliccia, M.D. of Bone & Joint Center, P.C. dated 02/10/21. To 01/25/23.
- Follow up visit report from Franco Cerabona, M.D. of New York Downtown Orthopaedic Associates, P.C. dated 08/10/20 to 05/19/22.
- Electrodiagnostic report cervical spine sensory pain fiber nerve conduction study report from Selena Apelis, D.C. dated 10/09/20. Diagnostic Summary: These findings are seen in and are suggestive of small sensory pain fiber radiculopathy. Dysfunction in these fibers is causing proprioceptive dyskinesia and segmental biomechanical dysfunction specifically causing pathomechanical vertebral segmental coupled motion. It is these levels of abnormal coupled motion that is at the root of the patient's pain and

11 | P a g e

Examinee Name:   Thomas Mendelsohn

Examination Date:   1/10/24

dysfunction and where chiropractic high velocity low amplitude manipulative techniques should be performed.

- Electrodiagnostic report lumbar spine sensory pain fiber nerve conduction study report from Selena Apelis, D.C. dated 02/08/21. Diagnostic Summary: These findings are seen in and are suggestive of small sensory pain fiber radiculopathy. Dysfunction in these fibers is causing proprioceptive dyskinesia and segmental biomechanical dysfunction specifically causing pathomechanical vertebral segmental coupled motion. It is these levels of abnormal coupled motion that is at the root of the patient's pain and dysfunction and where chiropractic high velocity low amplitude manipulative techniques should be performed.
- Physical therapy initial examination report from RB Physical and Occupational Therapy, P.L.L.C. dated 10/13/21.
- Plan of care report from RB Physical and Occupational Therapy, P.L.L.C. dated 10/13/21 to 05/17/23.
- Physical therapy progress notes from RB Physical and Occupational Therapy, P.L.L.C. dated 11/18/21 to 05/17/23.
- Discharge note from RB Physical and Occupational Therapy, P.L.L.C. dated 11/24/22.
- Daily note/Billing sheet from RB Physical and Occupational Therapy, P.L.L.C. dated 10/13/21 to 06/14/23.
- Physical therapy initial examination addendum report from RB Physical and Occupational Therapy, P.L.L.C. dated 02/02/23.
- Chiropractic initial exam form report from Gaia Chiropractic, P.C. dated 09/23/20.
- Chiropractic re-exam report from Selena Apelis, D.C. of Gaia Chiropractic, P.C. dated 11/02/20 to 02/12/21.
- Chiropractic SOAP notes from Selena Apelis, D.C. of Gaia Chiropractic, P.C. dated 09/23/20 to 04/15/21.
- Initial acupuncture report from Vivid Acupuncture, P.C. dated 09/23/20.
- Re-evaluation report from Vivid Acupuncture, P.C. dated 10/24/20 to 03/23/21.
- Progress notes from Vivid Acupuncture, P.C. dated 09/24/20 to 04/08/21.
- Ambulatory encounter report from Hospital for Special Surgery, P.C. dated 07/13/21.
- Emergency room treatment report from Maimonides Health Emergency Department dated 01/10/23.
- Discharge summary report from Maimonides Health Emergency Department dated 01/11/23.
- Operative report from Joseph Feliccia, M.D. of Maimonides Health, P.C. dated 01/10/23. Preoperative Diagnosis: Degenerative arthritis of the right hip. Postoperative Diagnosis: Degenerative arthritis of the right hip. Procedure: Right total hip replacement using a Stryker Hip System Secur-Fit Maxc femoral stem No. 10 x 132 degrees, a 32-mm Biolox head +2.5 mm, a Trident acetabular shell 56 mm with lipped liner.

## PHYSICAL DESCRIPTION

The claimant is a 55-year-old male who stands 5' 8" tall and weighs 246 pounds. The claimant stated being right-hand dominant.

12 | P a g e

Case 1:23-cv-01033-PKC-JRC    Document 577-3    Filed 08/12/25    Page 38 of 88 PageID #: 10535

INDEX NO. 508095/2021
RECEIVED NYSCEF: 09/11/2024

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

## SYMPTOMS

This individual verbally reported that he feels pain in the neck, right shoulder, bilateral hips, bilateral knees and experiences tingling in his hands. He did not provide any further details regarding his current complaints.

## PHYSICAL EXAMINATION

### LANGUAGE AND COGNITION

The claimant is pleasant and cooperative. Mood and affect are appropriate for the setting. The claimant is alert and oriented to person, place and date. Recent and remote memories are intact. Speech is fluent. There is no expressive or receptive aphasia present.

### CRANIAL NERVES

Visual fields are full to confrontation. Extraocular motility is intact. There is no nystagmus. Pupils are equal and reactive to light. There is no dysarthria. The face is symmetric. Sternocleidomastoid power is full. Tongue and uvula are midline.

### HEAD

The head is atraumatic. There is no palpable mass or tenderness. There are no facial tics. There are no facial twitches.

### MOTOR EXAM

Strength is 5/5 throughout. There is no muscle atrophy. There is no pronator drift. There are no fasciculations.

### CEREBELLAR

There is no tremor present. There is no ataxia with tandem gait.

### GAIT

13 | P a g e

Examinee Name: Thomas Mendelsohn
Examination Date: 1/10/24

The claimant's gait is antalgic. He ambulates with the aid of a straight cane. The claimant was able to stand on heels/toes without assistance. The claimant is able to transfer himself to and from the examination table without any assistance.

## REFLEXES

| Triceps | Biceps | Brachioradialis | Knee | Ankle |
|---------|--------|-----------------|------|-------|
| R 1+ | R 1+ | R 1+ | R 1+ | R 1+ |
| L 1+ | L 1+ | L 1+ | L 1+ | L 1+ |

There was no ankle clonus.

## SENSORY

Sensation to light touch is normal throughout the face, arms, and legs. Romberg's sign is negative.

-------------------------------------------------

*All ROM measurements were taken with the aid of a standard hand-held goniometer. ROM normal values are in accordance with AMA guidelines.*

### EXAMINATION OF THE CERVICAL SPINE

| RANGE OF MOTION | NORMAL | CLAIMANT |
|-----------------|--------|----------|
| FLEXION | 50° | 40° |
| EXTENSION | 60° | 20° |
| RT. ROTATION | 80° | 50° |
| LFT. ROTATION | 80° | 40° |
| RT. LATERAL BENDING | 45° | 30° |
| LFT. LATERAL BENDING | 45° | 30° |

A well-healed left ACDF surgical scar was noted. There is no tenderness upon percussion. There is no spasm.

### EXAMINATION OF THE THORACIC SPINE

| RANGE OF MOTION | NORMAL | CLAIMANT |
|-----------------|--------|----------|
| FLEXION | 45° | 40° |
| EXTENSION | 0° | 0° |
| RT. ROTATION | 30° | 30° |

**14** | P a g e

Examinee Name: Thomas Mendelsohn
Examination Date: 1/10/24

| LFT. ROTATION | 30° | 30° |
|---|---|---|
| RT. LATERAL BENDING | 45° | 45° |
| LFT. LATERAL BENDING | 45° | 45° |

There is tenderness upon percussion. There is no spasm.

## EXAMINATION OF THE LUMBAR SPINE

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 60° | 40° |
| EXTENSION | 25° | 20° |
| RT LATERAL BENDING | 25° | 25° |
| LFT LATERAL BENDING | 25° | 25° |

There is tenderness upon percussion. There is no spasm. Seated straight leg raising test was negative at 90 degrees bilaterally and elicits no referred pain.

## RIGHT SHOULDER/BILATERAL HIPS/BILATERAL KNEES

Comment is deferred to the appropriate specialist with respect to the claimant's right shoulder, bilateral hips, and bilateral knees as they are outside the scope of my specialty.

## DIAGNOSES

The claimant presents with diagnoses of:

1. Chronic pain of the cervical spine with disc herniations, resolved, status post surgery with chronic pain.
2. Thoracic spine sprain/strain, resolved.
3. Lumbar spine sprain/strain, resolved.

## DISCUSSION

There is no clinical evidence of radiculopathy.

Records of the claimant's condition prior to the accident in question reflect degenerative disease of the lumbar spine and a prior instrumented lumbar fusion. This contributes in a moderate way to claimant's condition as it pertains to this accident.

A cervical spine MRI revealed disc bulges/herniations, one of which predated the accident in question, and pre-existing degenerative disease, all which contributed in a moderate way to the subsequent trauma.

## CAUSAL RELATIONSHIP

**15** | P a g e

Examinee Name:    Thomas Mendelsohn
Examination Date:    1/10/24

After reviewing the claimant's medical file, taking a complete history and performing a physical examination, and if the history reported is correct, there appears to be causal relationship between the injuries sustained and the reported accident of 9/21/20.

## DISABILITY

The claimant presents today with very mild (10%) disability secondary to the injuries sustained.

I, Debra A. Pollack, being a Diplomate of the American Board of Psychiatry and Neurology, am duly licensed to practice medicine in the State of New York. I affirm, under the penalties of perjury, that the information contained within this document was prepared and is the work product of the undersigned, and is true to the best of my knowledge and information.

If any additional information is made available for my review, I will be happy to re-evaluate my position at that time.

Sincerely,

Debra A. Pollack, M.D.
Diplomate of the American Board
of Psychiatry and Neurology
License # 253739

DP:dp

It is understood that no doctor/patient relationship exists or is implied by this examination. This individual was examined with reference to the specific complaints emanating from the original injury. Any other medical conditions, which were either unreported or felt to be unrelated to the original injury are considered to be beyond the scope of this examination.

I, Debra A. Pollack, M.D., hereby affirm pursuant to CPLR 2106 under the penalties of perjury that I am a physician, duly licensed to practice medicine in the State of New York and I am not a party to the action herein. I further affirm pursuant to CPLR 2106 and under the penalties of perjury that the statements made in this report are true and accurate.

16 | P a g e

Case 1:22-cv-01032-PKC-JRC    Document 577-2    Filed 08/12/25    Page 42 of 88 PageID #: 10539

# DEBRA ANN POLLACK, M.D.

| | | |
|---|---|---|
| **BOARD CERTIFICATION:** | **Neurology**<br>American Board of Psychiatry and Neurology | 1996, 2006, 2016, through 2026; |
| | **Sleep Medicine** (ABMS Subspecialty)<br>American Board of Psychiatry and Neurology<br>**Sleep Medicine**<br>American Board of Sleep Medicine | 2011, through 2021<br>1998, lifetime |
| **LICENSURE:** | CT (through 4/2022), NY (through 3/2023). MA (through 4/2023) | |
| **PROFESSIONAL EXPERIENCE:** | Director of Neurology and Sleep Medicine<br>Center for Comprehensive Care, LLC<br>Danbury, CT | 02/2009-present |
| | Staff Physician, Sleep Disorders Center<br>Berkshire Medical Center<br>Pittsfield, MA | 11/2019-present |
| | Medical Director, Gaylord Sleep Medicine<br>Gaylord Hospital<br>Multiple locations in CT | 12/2003-01/2009 |
| | Director, Gaylord/New Haven Sleep Services<br>Gaylord Hospital<br>New Haven, CT | 12/1998 – 12/2003 |
| | Neurology and Sleep Medicine Associates, and<br>Attending Neurologist, St. Vincent's Medical Center, Bridgeport, CT | 09/1996 – 11/1998 |
| **POST-GRADUATE TRAINING:** | Fellowship in Sleep Medicine<br>Medical College of Pennsylvania<br>Philadelphia, PA | 07/1995 -07/1996 |
| | Neurology Residency<br>Pennsylvania Hospital, Philadelphia, PA | 07/1992 – 06/1995 |
| | Internal Medicine Internship<br>Graduate Hospital, Philadelphia, PA | 07/1991 – 06/1992 |
| **EDUCATION:** | Hahnemann University School of Medicine<br>Philadelphia, PA<br>Doctor of Medicine | 08/1987- 05/1991 |
| | Cornell University, Ithaca, NY<br>Bachelor of Science | 08/1983-05/1987 |

| Index No. 518095/2021 | Year 2021 |
|---|---|

SUPREME COURT OF THE STATE OF NEW YORK: COUNTY OF KINGS

THOMAS MENDELSOHN,

<div align="center">Plaintiff,</div>

<div align="center">-against-</div>

TSIPORAH EMILY RAHMANFAR and RABIN RAHMANFAR,

<div align="center">Defendants.</div>

<div align="center">

## EXPERT WITNESS DISCLOSURE

**DeSENA & SWEENEY, LLP**
**Attorneys at Law**
*Attorneys for* TSIPORAH EMILY RAHMANFAR AND RABIN RAHMANFAR
**1500 Lakeland Avenue**
**Bohemia, NY 11716**
**(631) 360-7333**

</div>

**ATTORNEY CERTIFICATION**
The undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, belief and reasonable inquiry, the contentions contained in the above referenced document(s) are not frivolous.

Dated: Bohemia, New York
     September 11, 2024

Signed by:

*Michael W. Butler*

844A82BB6504405...

MICHAEL W. BUTLER, ESQ.

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a         duly entered in the office of the clerk of the within named Court on       , 20   .

☐ NOTICE OF SETTLEMENT
that an order     of which the within is a true copy will be presented for settlement to the Honorable         , one of the judges of the within named court at on     , 20 at     M.

To:
William Schwitzer & Associates, PC
Attorneys for Plaintiff (Trial Counsel)
820 Second Avenue, 10th Floor
New York, NY 10017
212-683-3800

<div align="center">

Yours etc.,

**DeSENA & SWEENEY, LLP**
*Attorneys for*
TSIPORAH EMILY RAHMANFAR AND RABIN
RAHMANFAR
1500 Lakeland Avenue
Bohemia, NY 11716
(631) 360-7333

</div>

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM          INDEX NO. 518095/2021
NYSCEF DOC. NO. 52                                    RECEIVED NYSCEF: 09/11/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

THOMAS MENDELSOHN,

|  |  |
|---|---|
| | Plaintiff, |

-against-

TSIPORAH EMILY RAHMANFAR and RABIN
RAHMANFAR,

Defendants.

**EXPERT WITNESS
DISCLOSURE**

Index No. 518095/2021

**SIR/MADAM(S):**

1)      Defendants, TSIPORAH EMILY RAHMANFAR and RABIN
RAHMANFAR, expect to call Jeffrey Passick, M.D., an orthopedic surgeon/Board
Certified Orthopedist, as an expert witness at the trial in the above matter.

2)      The subject matter upon which Jeffrey Passick, M.D., is presently
expected to testify is set forth in detail in his report dated January 31, 2024, a copy of
which is attached to this Response and incorporated by reference herein.

3)      The facts and opinions upon which Jeffrey Passick, M.D is
expected to testify are based on his physical examination of the plaintiff, THOMAS
MENDELSOHN, and his review of the plaintiff's medical records and tests.

4)      The grounds of Jeffrey Passick, M.D.'s opinion comes from his
education, training and experience in the fields of medicine and orthopedic surgery, his
physical examination of the plaintiff, THOMAS MENDELSOHN, his review of the
plaintiff's medical records and tests, and are set forth in Jeffrey Passick, M.D.'s report
dated January 31, 2024.

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021
NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

5)    In addition, Jeffrey Passick, M.D. may testify as to the opinion concerning the casual connection between the subject accident and the claimed injuries, plaintiff's past medical history treatment and condition as it relates to the injuries being claimed.

6)    Jeffrey Passick, M.D. may testify concerning his review of relevant medical records, his examination of plaintiff's x-rays, MRI or other diagnostic materials as well as other similar evidence that may be introduced at trial.

7)    Jeffrey Passick, M.D. may use at trial such demonstrative aids such as charts, drawings, graphs, anatomical models and such other demonstrative aids as may be useful and helpful to the jury.

8)    Jeffrey Passick, M.D.'s qualifications are set forth in his Curriculum Vitae, a copy of which is attached to this Response and incorporated by reference herein.

Dated:    Bohemia, New York
          September 11, 2024

William Schwitzer & Associates, PC
Attorneys for Plaintiff (Trial Counsel)
820 Second Avenue, 10th Floor
New York, NY 10017
(212) 683-3800

Yours, etc.,
DESENA & SWEENEY, LLP

BY: *Michael W. Butler*
MICHAEL W. BUTLER, ESQ.
Attorneys for Defendants
TSIPORAH EMILY RAHMANFAR and
RABIN RAHMANFAR
1500 Lakeland Avenue
Bohemia, New York 11716
(631) 360-7333
File Number: 21SF0243K "W"
Claim Number: 32-11R5-06K

-2-

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021
NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

### JEFFREY PASSICK, M.D., F.A.A.O.S.
### DIPLOMATE AMERICAN BOARD OF ORTHOPEDIC SURGERY

**421 Ocean Parkway**
**Brooklyn, NY 11218**

**Tel. # 718-339-8200**
**Fax # 718-336-8200**

Examination Date:  1/9/24
Report Date: 1/31/24

DeSena & Sweeney, LLP
1500 Lakeland Avenue
Bohemia, NY 11716

**RE:**            **Thomas Mendelsohn**
**Claim #:**        **32 11R5 06K**
**DOI:**            **9/21/2020**
**Request Type:**   **Liability IME**

To Whom It May Concern:

As per your request, I performed an orthopedic examination on the above claimant on 1/9/24 in my Brooklyn, New York office.  The claimant presented valid photo identification which was verified but it was not permitted to be copied.  Description of appearance: He is a 5' 8", 246-pound male with hazel eyes.  His date of birth is 7/26/68.

The claimant was accompanied by Jeff Beibin, a legal representative from Kleban Law, and Mya Nunez,  a legal representative from William Schwitzer & Associates, PC.

The claimant was provided with intake forms but refused to complete them at the advice of his attorney.

My findings are as follows:

**HISTORY:**

Mr. Mendelsohn was involved in a motor vehicle accident on 9/21/20.  He verbally reported he was the driver of a car hit on the rear passenger side.  He verbally reported he went to an emergency department by ambulance and

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021
NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

2

Re:     Thomas Mendelsohn
Exam Date: 1/9/24

was treated and released. The claimant verbally reported sustaining injuries to the neck, back, right shoulder, right hip, and right knee.

He verbally reported he was treated with physical therapy. He verbally reported he currently goes to physical therapy for the left hip.

Mr. Mendelsohn underwent cervical spine surgery on 8/4/21 and right hip surgery on 1/10/23 (per operative reports). He verbally reported he underwent bilateral hip replacements.

## REVIEW OF MEDICAL RECORDS:

- Second Supplemental Bill of Particulars (Index No: 802027/2021E) dated 01/20/22 to 11/30/22.
- Verified Bill of Particulars (Index No: 518095/2021) dated 12/08/21.
- Police Accident Report dated 07/16/12.
- ED Record Only report of Mount Sinai BI dated 09/21/20.
- X-ray of the right shoulder report from Barbara Zeifer, MD dated 09/21/20. Impression: No fracture or dislocation of the right shoulder. Mild osteoarthritis and rotator cuff degeneration.
- X-ray of the right hip AP & Lat report from Barbara Zeifer, MD dated 09/21/20. Impression: Severe osteoarthritis of the right hip. If there is continued concern for an occult fracture then an MRI should be performed.
- X-ray of the right knee AP & Lat report from dated 09/21/20. Impression: No fracture or dislocation of the right knee. Mild medial tibiofemoral compartment osteoarthritis.
- ED Triage/Intake from Robert Lynch, RN of X Mount Sinai BI dated 09/21/20.
- CT of the lumbar spine without contrast report from dated 09/21/20. Impression: No high-grade spinal canal stenosis or neural foraminal stenosis is seen, though please note that evaluation at the L3-L4 level is limited due to streak artifact from posterior spinal fusion hardware. Right nephrolithiasis.
- MRI of the left knee report from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 12/18/20. Impression: Intrasubstance tear peripheral margin posterior horn medial meniscus. Partial tear anterior cruciate ligament. Quadriceps tendinopathy. Mild effusion. Anterior soft tissue edema.
- MRI of the left knee report from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 12/18/20. Impression: Intrasubstance tear medial meniscus. Anterior cruciate ligament sprain. Chondromalacia identified

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021

NYSCEF DOC. NO. 52                                                     RECEIVED NYSCEF: 09/11/2024

3

Re:      Thomas Mendelsohn
Exam Date: 1/9/24

anteriorly within the lateral femoral condyle. Anterior soft tissue edema. Mild effusion. Central tibial plateau subcortical degeneration.

- MRI of the lumbar spine report from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 10/12/20. Impression: L4/5, disc herniation deforming the thecal sac abutting the proximal L5 nerve roots bilaterally with bilateral proximal neural foramina extension and moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. T11/12, disc herniation deforming the thecal sac impinging the lower thoracic spinal cord contributing to moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. L5/S1 and L2/3, disc bulges with L2/3 moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophy. L3/4 postsurgical changes and mild central spinal stenosis in conjunction with hypertrophic changes. Lumbar spine straightening.

- MRI of the cervical spine report from Harold M. Tice, M.D. of Stand-Up MRI of Bensonhurst, P.C. dated 10/05/20. Impression: C5-6: There is a right posterolateral protruding disc herniation impinging on the right anterior thecal sac and right anterior cervical cord with concavity of the right anterior cord. There is impingement on the right lateral recess related to the disc herniation, vertebral osseous ridging and encroachment on the right neural foramen related to the adjacent facet. There is impingement on the left lateral recess to a lesser degree than on the right side related to vertebral osseous ridging and concomitant shallower disc extension. There is abutment of the left neural foramen related to the adjacent facet. There is impingement on the posterior thecal sac abutting the posterior cervical cord related to bone hypertrophy. There is central canal narrowing with cord impingement related to the above findings with negligible CSF surrounding the cervical cord. There is linear focus of increased signal seen traversing through the cervical cord at C5 on the sagittal T2 images, but not definitively seen on the axial images and may be artifactual. Correlation with clinical exam and history is suggested for any atypical symptoms related to his region. If necessary, this can be further evaluated with repeat thin-section imaging through this region. There is straightening of the cervical lordosis with slight levoangulation at the cervicothoracic junction. C2-C3: There is a posterior subligamentous disc bulge. There is abutment of both lateral recesses related to vertebral osseous ridging a disc bulge, and encroachment on both neural foramina, right slightly greater than left, related to the adjacent facets. There is pannus surrounding the odontoid impinging on the anterior thecal sac. C3-4: There is

4

Re:      Thomas Mendelsohn
Exam Date: 1/9/24

an annular disc bulge impinging on the anterior thecal sac. There is impingement on both lateral recesses related to vertebral osseous ridging and encroachment on both neural foramina, right slightly greater than left, related to the adjacent facets. There is pannus surrounding the odontoid impinging on the anterior thecal sac. C3-4: There is an annular disc bulge impinging on the anterior thecal sac. There is impingement on both lateral recesses related to vertebral osseous ridging and encroachment on both neural foramina, left slightly greater than right, related to the adjacents facets. C4-C5: There is an annular disc bulge with concomitant lobulated posterior protruding disc herniation somewhat lateralized to the right impinging on the anterior thecal sac and right anterior cervical cord with flattening of the right anterior cord. There is also a prominent left posterolateral component to the disc herniation along with vertebral osseous ridging. There is impingement on the left lateral recess and along with the adjacent facet impingement on the left neural foramina. There is also impingement on the right lateral recess related to the disc abnormality, vertebral osseous ridging and abutment of the right neural foramen related to the adjacent facet. There is central canal narrowing related to the above findings with diminished CSF surrounding the cervical cord. C6-C7: There is a posterior subligamentous disc bulge impinging on the anterior thecal sac. There is encroachment on both lateral recesses related to the disc bulge, vertical osseous ridging, and abutment of both neural foramina related to the adjacent facets. C7-T1: There is impingement on the left lateral recess and abutment of the right lateral recess related to the uncovertebral joint osseous ridging. There is minimal nodular mucosal thickening of both base of both maxillary sinuses.

- X-ray of the cervical spine flexion, extension report from Susan C. Lee, MD dated 03/09/21. Impression: 12 rib-bearing thoracic and 5 non-rib-bearing lumbar type vertebral bodies are identified. The patient has undergone interbody and posterior lateral fusion at L3-L4. The hardware is intact. The vertebral body heights are maintained although evaluation at the upper thoracic spine is limited due to obscuration by the patient's shoulders. Multilevel degenerative disc disease is seen throughout the spine, preferentially affecting L4-L5 and L5-S1. There is minimal retrolisthesis of L2 on L3 and L4-L5, without translational instability on flexion and extension. The cervical spine demonstrates no translational instability on flexion and extension. The prevertebral soft tissues are unremarkable. There is severe

5

Re:      Thomas Mendelsohn
Exam Date: 1/9/24

bilateral hip osteoarthritis with cam type configuration. The lungs demonstrate no focal consolidation. Cardiomediastinal silhouette is unremarkable.

- X-ray of the lumbar spine flexion, extension report from Susan C. Lee, MD dated 03/09/21. Impression: 12 rib-bearing thoracic and 5 nonrib-bearing lumbar type vertebral bodies are identified. The vertebral body heights are maintained. The patient has undergone posterior and interbody fusion at L3-L4. Hardware is intact. Multilevel degenerative disc disease is seen throughout the cervical, thoracic and lumbar spine, preferentially affecting the mid cervical spine and L4-L5 and L5-S1. 3 mm retrolisthesis of L4 and L5 is identified. There is no transitional instability of the lumbar spine on flexion and extension. There is severe bilateral hip osteoarthritis with bone-on-bone. Degenerative changes of bilateral sacroiliac joints noted. Lungs demonstrate no focal consolidation.

- X-ray of the scoliosis AP, lateral report from Susan C. Lee, MD dated 03/09/21. Impression: 12 rib-bearing thoracic and 5 nonrib-bearing lumbar type vertebral bodies are identified. The vertebral body heights are maintained. The patient has undergone posterior and interbody fusion at L3-L4. Hardware is intact. Multilevel degenerative disc disease is seen throughout the cervical, thoracic and lumbar spine, preferentially affecting the mid cervical spine and L4-L5 and L5-S1. 3 mm retrolisthesis of L4 and L5 identified. There is no translational instability of the lumbar spine on flexion and extension. There is severe bilateral hip osteoarthritis with bone-on-bone. Degenerative changes of bilateral sacroiliac joints noted. Lungs demonstrate no focal consolidation.

- CT of lumbar spine without contrast report from Leslie Alonso dated 06/02/21.

- X-ray chest PA lateral report from Theodore T. Miller, MD dated 07/21/21. Impression: Negative for radiographic evidence of acute cardiopulmonary disease.

- CT of the cervical spine without contrast report from Shari T. Jawelz, MD dated 07/30/21. Impression: C2-C3: Moderate to severe left osseous foraminal stenosis. Moderate left facet arthrosis. C3-C4: Moderate acquired central canal stenosis is seen. Moderate bilateral osseous foraminal stenosis. C4-C5: Moderate acquired central canal stenosis. Severe left osseous foraminal stenosis. C5-C6: Severe acquired central canal stenosis. Severe right osseous foraminal stenosis. C7-T1: Moderate left osseous foraminal stenosis.

- CT of the head without contrast report from Chazen J. Levi, MD dated 08/04/21. Impression: No CT evidence of acute infarct, intracranial hemorrhage, or mass lesion.

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM
INDEX NO. 518095/2021
NYSCEF DOC. NO. 52
RECEIVED NYSCEF: 09/11/2024

6

Re:      Thomas Mendelsohn
Exam Date: 1/9/24

- CT of the cervical spine without contrast report from Susan C. Lee, MD dated 08/04/21. Impression: C2 of the cervical and thoracic spine demonstrates ACDF from C4 through C6, without acute osseous abnormality. Surgical drain remains at the left neck. There is mineralization of the ligamentum flavum particularly at T10-12 contributing to central canal stenosis. C4-C5: Moderate to severe left foraminal stenosis. C5-C6: Moderate to severe right foraminal stenosis. T2-T3: Severe bilateral foraminal stenosis. T10-T11: Severe central canal stenosis. T11-T12: Severe central canal stenosis.
- X-ray of the cervical spine AP lateral report from Theodore T. Miller, MD dated 08/05/21. Impression: The patient is status post anterior cervical discectomy and fusion at C4-C5 and C5-C6 with intervertebral cages and anterior plate and screws. Negative for hardware complication. Alignment is anatomic. Postoperative prevertebral soft tissue swelling is present. Visualized upper lung fields are clear.
- X-ray of the cervical spine AP lateral report from Christian S. Geannette, MD dated 09/01/21. Impression: Postoperative changes of the cervical spine, without acute osseous complication. Interval improvement and near resolution of prevertebral soft tissue swelling.
- X-ray of the cervical AP lateral report from Carolyn Sofka, MD dated 10/08/21. Postoperative changes without acute osseous abnormality or change in alignment.
- X-ray of the cervical AP, lateral report from Carolyn M. Sofka, MD dated 12/01/21. Impression: Postoperative changes without acute osseous abnormality or change in alignment.
- X-ray of the cervical spine AP, lateral report from Carolyn Sofka, MD dated 03/30/22. Impression: Postoperative changes without acute osseous abnormality or change in alignment.
- Radiographs of the left clavicle report from Yura Stoly, MD of Ocean Radiology dated 10/21/20. Impression: 1.) Productive hypertrophic changes of acromioclavicular joint, which may produce some impingement of rotator cuff. MRI may be useful for further evaluation. 2.) No acute fractures, dislocations or destructive bony lesions.
- CT of the lumbar spine report from Franco Cerabone, MD of Ocean Radiology dated 12/01/16. Impression: 1.) L3-4, mild loss of disc height and diffuse disc bulges are complex with compression of anterior thecal sac and impingement neuroforamina. Status post posterior stabilization and fusion with pedicle screws and stabilization rods and intervertebral disc spacer

7

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

placement. Mild facet and ligamentum flavum hypertrophic changes with mild spinal canal stenosis.

- MRI of the lumbar spine report from Harold M. Tice, M.D. of Healthcare Associates in Medicine, P.C. dated 07/05/22. Impression: In the setting of a developmentally borderline spinal canal there is mild straightening of sagittal lordosis. Postoperative changes prior L3-L4 posterior and anterior fusion with pedicle screws and disc space in place and patent spinal canal and foramina. Adjacent level L4-5 severe spinal and foraminal stenosis due to bulging disc, disc protrusion and moderate to severe facet hypertrophy with ligamentous buckling. Adjacent level L2-3 moderate to severe spinal stenosis. T11-12 moderate spondylosis with mild impingement of the conus without edema

- Pelvis 2 views report from Steven Shankman, MD dated 01/06/23. Impression: Marked osteoarthritis of the hips.

- Right shoulder ultrasound report dated 09/22/20.

- MRI of the right knee report from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 02/27/16. Impression: Intrasubstance tear peripheral margin posterior horn of the medial meniscus. Insertional patellar tendinopathy. Mild prepatellar bursitis. Mild joint effusion.

- MRI of the lumbar spine report from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 05/31/19. Impression: L5/S1, L4 /5 and L2/3, disc bulges deforming the thecal sac, with L2/3 and L4/5 moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. T11/12, disc herniation deforming the thecal sac impinging the lower thoracic spinal cord contributing to moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. L3/4 post-surgical changes with mild central spinal stenosis in conjunction with hypertrophic changes.

- MRI of the lumbar spine report from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 08/14/17. Impression: L3/4 postsurgical changes, left paracentral disc herniation deforming the thecal sac abutting the proximal left L4 nerve root contributing to mild central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. L5/S1, L4/5, and L2/3, disc bulges, with L2/3 and L4/5 moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes. T11/12, disc herniation deforming the thecal sac impinging the spinal cord contributing to moderate central spinal stenosis in conjunction with facet and ligamentous hypertrophic changes.

8

Re:      Thomas Mendelsohn
Exam Date: 1/9/24

- MRI of the lumbar spine report from Lisa A. Corrente, MD of Stand-Up MRI of Brooklyn, P.C. dated 10/14/15. Impression: Interval post-surgical changes include bilateral transpedicular screw fixation hardware and interbody graft at L3-4 with improved patency of the central canal, but with a new left lateral recess protrusion-disc herniation indenting the ventral thecal sac. Paraspinous noninfectious/inflammatory fasciitis and muscle strain/myositis which are expected post-surgical findings. Sagittal images demonstrate persistent dorsal marginal spur and disc herniation at T11-12 indenting the distal spinal cord causing central canal stenosis.

- MRI of the lumbar spine report from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 11/20/12. Impression: L3/4, disc herniation deforming the thecal sac contributing to central spinal stenosis in conjunction with posterior hypertrophic changes with associated annular tear and bilateral neural foraminal extension. L2/3 and L4/5, disc bulges. T11/12, disc herniation deforming the thecal sac. Impressing the lower thoracic spinal cord contributing to central spinal stenosis in conjunction with paracentral spur formation and posterior hypertrophic changes. Lumbar spine straightening.

- MRI scan of the lumbar spine report from Lisa A. Corrente, MD of Stand-Up MRI of Brooklyn, P.C. dated 03/04/12. Impression: Persistent and possible progression of distal spinal cord compression at T10/11 and T11/12 since the prior study. Recommend correlation with thoracic spine MRI. Probable progression in severe central canal stenosis at L3/4 since the prior study with exiting L4 nerve root compression due to broad disc bulge and facet arthropathy. Broad disc bulge at L2/3 and L4/5, as described above.

- MRI scan of the thoracic spine report from Lisa A. Corrente, MD of Stand-Up of Brooklyn, P.C. dated 03/16/12. Impression: At T7/8, a left paracentral broad disc bulge flattens the ventral thecal sac. At T8/9, a midline disc herniation contacts the ventral cord. At T9/10, posterolateral central canal stenosis is due to facet and ligamentum flavum hypertrophy. At T10/11 and T11/12 severe central canal stenoses are due to marginal osteophytosis, facet and ligamentum flavum hypertrophy, as described above.

- MRI scan of the brain spine report from Stephen Hershowitz, MD of Stand-Up of Brooklyn, P.C. dated 05/22/17. Impression: No evidence of intracranial pathology.

- MRI of the bilateral hips with attention to the bilateral hips with attention to the right hip report from Harold M. Tice, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 07/23/14. Impression: Subchondral signal focus right acetabulum

9

Re:     Thomas Mendelsohn
Exam Date: 1/9/24

compatible with degenerative arthritis. Faint signal elevation identified adjacent to the right greater trochanter suggestive of mild changes related to gluteal tendinitis. Mild joint effusion. Mild joint effusion.

- MRI scan of the right shoulder report from Steven Winter, M.D. of Stand-Up MRI of Brooklyn, P.C. dated 09/21/12. Impression: Subscapularis tendon is bulbous and inhomogeneous with tendinosis. Infraspinatus tendon demonstrates a 1.5 x 0.8 cm approximately 50% humeral surface tear extending to its attachment site on the humerus. Trace amount of fluid in the long head of the biceps tendon sheath. Productive acromioclavicular joint changes and there is a laterally downsloping type II acromial configuration with abutment of the underlying supraspinatus. Synovial fluid at the axillary recess of the glenohumeral articulation. Some marginal spurring of the glenoid, more so posteriorly with slight irregularity of the posterior cortical margin with an approximately 1-2 mm step off deformity at this region. There is no overlying chondral or labral defect in the posterior capsule and the entire capsulolabral complex is otherwise unremarkable.

- Patient Record Summary report from dated 01/01/15 to 08/08/23.

- MRI of the lumbar spine report from Mark Shapiro, MD of Mill Basin Doshi Diagnostic Imaging Services dated 02/02/08. Impression:1.) Disc herniation at L3-4 creating central stenosis and foraminal impingement. 2.) Moderate disc bulge at L4-5.

- MRI of the cervical spine without contrast report from Narayan Paruchuri, MD of Mill Basin Doshi Diagnostic dated 07/24/12. Impression: 1.) At C5-6, there is a central disc herniation and a central annular tear and severe left thecal sac impingement. There is impingement upon the anterior aspect of the cervical cord. There is also right foraminal herniation and right foraminal impingement. There is no left foraminal impingement. 2.) At C4-5, there is a right paracentral disc herniation and diffuse disc bulge. There is significant anterior thecal sac impingement particularly on the right side of the thecal sac and significant bilateral foraminal impingement. 3.) At C3-4, there is a disc bulge and bilateral foraminal herniations. There is bilateral foraminal impingement. There is anterior thecal sac impingement.

- MRI of the cervical spine report from Mark Shapiro, MD of Mill Basin Doshi Diagnostic Imaging Services dated 01/27/08. Impression: Right paracentral/foraminal herniation at C5-6 creating impingement.

- MRI of the brain without contrast report from Narayan Paruchuri, MD of Mill Basin Doshi Diagnostic Imaging Services dated o7/24/12. Impression: No

10

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

evidence of acute intracranial hemorrhage or infarction. No mass or midline shift.

- Operative Report from Andrew A. Sama, MD dated 08/04/21.Preliminary Diagnosis: 1.) Severe cervical stenosis C4-C5, C5-C6. 2.) Cervical disc herniation C4-C5, C5-C6. 3.) Cervical cord compression C4-C5, C5-C6. 4.) Cervical myeloradiculopathy C4-C5, C5-C6.  Postoperative Diagnosis: 1.) Severe cervical stenosis C4-C5, C5-C6. 2.) Cervical cord compression C4-C5, C5-C6. 3.) Cervical myeloradiculopathy C4-C5, C5-C6. Name of Operation: 1.) Anterior cervical decompression C4-C5, C5-C6. 2.) Anterior cervical fusion C4-C5, C5-C6. 3.) Partial vertebrectomy C4, C5, and C6. 4.) Insertion of prosthetic spacers at C4-C5, C5-C6. 5.) Anterior spinal fixation C4-C5, C5-C6 DePuy skyline plate. 6.) Application and removal of Gardner-Wells tongs. 7.) Intraoperative neurologic monitoring motor evoked potentials, somatosensory evoked potential and spontaneous EMG. 8.) Intraoperative fluoroscopy.
- Operative Record report from David Kutler, M.D. dated 08/04/21. Preliminary Diagnosis: Cervical spine degeneration levels C4-5 and C5-6. Postoperative Diagnosis: Cervical spine degeneration levels C4-5 and C5-6. Name of Operation: Anterior cervical approach and spine fusion levels C4-5 and C5-6.
- Pre-Op Medical Evaluation report from Andrew Sama, MD dated 08/04/21.
- Interval H&P note from Andrew Sama, MD dated 08/04/21.
- Interval H&P Note from Brian Lyon, PA dated 08/04/21.
- H&P from Alan Elise Sigmund, MD dated 07/27/21, 08/15/21.
- Progress Notes from Mark Lee, MD dated 08/04/21.
- Progress Notes from Elaine I. Yang, MD dated 08/04/21.
- Progress Notes from Ichiro Okano, MD dated 08/05/21.
- Progress Notes from Andrew A. Sama dated 08/05/21.
- Discharge Summary report from Brian L. Lyons, PA dated 08/05/21.
- Operative Report form of Maimonides Health dated 01/10/23. Preoperative Diagnosis: Degenerative arthritis of the right hip. Postoperative Diagnosis: Degenerative arthritis of the right hip. Name of Operation: Right total hip replacement using a Stryker Hip System Secu-Fit Max femoral stem No. 10 x 12 degrees, a 32-mm Biolox head +2.5 mm, a Trident acetabular shell 56 mm with lipped liner.
- Surgical Pathology Report of New York-Presbyterian/Lower Manhattan Hospital dated 05/27/16.
- Office Record report from Amy Aria, M.S., P.A. dated 03/09/21.

11

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

- Initial orthopedic consultation examination report from Paul Ackerman, MD dated 12/14/20.
- Follow up orthopedic consult examination report from Paul Ackerman, M.D. dated 12/23/20.
- Visit Note from Joseph Feliccia dated 02/10/21, 01/25/23.
- Follow up visit report from Franco Cerabona, M.D. dated 08/10/20, 11/16/20.
- Orthopaedic Consultation report from Franco Cerabona, M.D. of New York Downtown Orthopaedic Associates dated 05/19/22.
- Cervical plexus pain fiber NCS report dated 10/09/20.
- Sensory Pain Fiber Nerve Conduction Study Report dated 10/09/20 to 02/08/21.
- Lumbar plexus pain fiber NCS report dated 02/08/21.
- Physical Therapy Initial Examination report of RB Physical and Occupational Therapy, PLLC dated 10/13/21.
- Plan of Care report from Kerri Mclean, PT, DPT of EB Physical and Occupational Therapy, PLLC dated 05/16/21 to 05/17/23.
- Physical Therapy Progress Note from of RB Physical and Occupational Therapy, PLLC dated 09/16/21 to 05/17/23.
- Discharge Note from of RB Physical and Occupational Therapy, PLLC dated 11/24/22.
- Daily Note/Billing Sheet report from Kerri Mclean, PT, DPT of RB Physical and Occupational Therapy, PLLC dated 10/13/21 to 08/14/23.
- Daily Note/Billing Sheet report from Michael Sansone, PT, DPT and Kerri Mclean, PT, DPT of RB Physical and Occupational, PLLC dated 11/03/21 to 06/29/22.
- Daily Note/Billing Sheet Addendum report from Michael Sansone, PT, DPT and Kerri Mclean, PT, DPT of RB Physical and Occupational Therapy, PLLC dated 01/17/22 to 06/08/22.
- Physical Therapy Initial Examination Addendum report from of RB Physical Therapy and Occupational Therapy, PLLC dated 02/02/23.
- Plan of Care Addendum report from Kerri Mclean, PT, DPT of RB Physical and Occupational Therapy, PLLC dated 02/02/23.
- Daily Note/Billing Sheet Addendum report from Kerri Mclean, PT, DPT of RB Physical Occupational Therapy, PLLC dated 02/02/23.
- Bill report dated 10/13/21 to 06/14/22.
- Initial Exam form dated 09/23/20.

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021

NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

12

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

- Re-examination exam report from DR. Selena Apelis dated 11/02/20 to 01/11/21.
- Chiropractic treatment (CMT) report dated 09/23/20 to 04/15/21.
- Initial acupuncture report dated 09/23/20.
- Re-Evaluation report of Vivid Acupuncture, P.C. dated 11/25/20 to 03/23/21.
- Progress Notes of Vivid Acupuncture dated 09/24/20 to 04/28/21.
- Amb Encounter Report dated 07/13/21 to 08/05/21.
- Progress Notes from Pantelis Pavlakis, MD dated 07/13/21.
- Interval H&P Note from Andrew A. Sama, MD dated 08/04/21.
- Interval H&P Note from Brian L. Lyons, PA dated 08/04/21.
- Plan of Care from Tyler Souza, RN dated 08/05/21.
- Plan of Care Angela Romeo, RN dated 08/05/21.
- Plan of Care Cecelia Lawrence, PT dated 08/05/21.
- Plan of Care from Alice A. Crowley, RN dated 08/05/21.
- Plan of Care from Hope Fried dated 08/05/21.
- Progress Notes from Lucila Acendra dated 07/13/21.
- Progress Notes from Ichiro Okano, MD dated 08/05/21.
- Progress Notes from Alana Elise Sigmund, MD dated 08/05/21.
- Brief Op Note from Andrew A. Sama, MD dated 08/04/21. Procedure (s): Fusion cervical anterior 2 level with instrumentation decompression and fusion C4-6 cages, plates left iliac bone graft, GW tongs. Anterior. Pre-op Diagnosis: Cervical cord myelomalacia, Cervical spinal cord compression, Cervical myelopathy, DDD (degenerative disc disease) cervical, Cervical spinal stenosis [664178,246211, 208885, 303330, 234775]. Post-op Diagnosis: Cervical cord myelomalacia-[664178]<br> Cervical spinal cord compression [246211]<br> Cervical spinal stenosis [234775].
- Plan of Care Tyler Souza, RN dated 08/05/22.
- Plan of Care from Angela Romeo, RN dated 08/05/21.
- Pelvis 2 views doe PAT report from Steven Shankman, MD dated 01/06/23. Impression: Marked osteoarthritis of the hips.
- Pre-Ambulatory Surgery PAT report dated 01/05/23.
- Anesthesia Preanesthesia Record PAT report dated 01/05/23.
- Operative Report from Joseph Feliccia, MD dated 01/10/23. Preoperative Diagnosis: Degenerative arthritis of the right hip. Postoperative Diagnosis: Degenerative Diagnosis: Degenerative arthritis of the right hip. Name of Procedure: Right total hip replacement using a Stryker Hip System Secur-Fit

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021
NYSCEF DOC. NO. 52                                RECEIVED NYSCEF: 09/11/2024

13

Re:       Thomas Mendelsohn
Exam Date: 1/9/24

> Max femoral stem No. 10 x 132 degrees a 32-mm Biolox head +2.5 mm a Trident acetabular shell 56 mm with lipped linear.

- Discharge Summary Adult report dated 01/10/23.
- Interim Note-Adult Patient report from Dayna V. Weisman, PA dated 01/10/23.
- Post-Op Report Sheet from Joseph Feliccia dated 01/10/23.
- Progress Note-Surgery-Orthopedics dated 01/11/23.
- Surgical Pathology Report from Joseph Felicia dated 01/10/23.
- Right total hip RM report from Javier Beltran, MD dated 01/06/23. Impression: Status post right total hip arthroplasty, uncomplicated. Degenerative changes of the left hip.
- Rehab Interim Note Note-OT Evaluation report dated 01/11/23.
- Rehab Interim Note-OT Evaluation report from Veldin Gorbo, OT dated 01/11/23.
- Rehab Interim Note-PT Evaluation note from Milana Saunova, PT dated 01/10/23.
- Discharge Planning Evaluation/Initial Assessment report from Cornelia Allen, PTA dated 01/11/23.
- Police Accident Report dated 07/16/12.

**CHIEF COMPLAINTS:**

The claimant did not provide any information regarding his current complaints.

**PAST MEDICAL HISTORY:**

The claimant did not provide any information regarding his past medical history.

He did not provide information as to whether he was involved in any prior motor vehicle or workers' compensation accidents or whether he sustained any prior injuries.

**SURGICAL HISTORY:**

The claimant did not provide any information regarding his past surgical history.

**MEDICATIONS:**

The claimant verbally reported he takes Tylenol on occasion.

**EMPLOYMENT HISTORY:**

14

Re:       Thomas Mendelsohn
Exam Date: 1/9/24

Mr. Mendelson did not provide information regarding his employment history at the time of the examination.

He verbally reported he is a residential supervisor for NCHA.

**PHYSICAL EXAMINATION:**

The claimant is a 55-year-old male who stands 5' 8" tall and weighs 246 pounds. He has hazel eyes. The claimant stated being right-hand dominant.

The claimant was examined with the examining room door left ajar. The claimant was asked to inform me as to any pain or tenderness during the examination.    Range of motion was assessed with the aid of a goniometer. Range of motion normals are based on both the NYS WC guidelines and AMA guidelines.

**EXAMINATION OF THE CERVICAL SPINE:**    Operative scarring was note. Examination of the cervical spine revealed no spasms. There was no paraspinal tenderness upon palpation. There was minimal trapezii tenderness to light touch bilaterally.   Neurological examination of the upper extremities demonstrated normal muscle testing (5/5) throughout.    Sensory responses were intact throughout the upper extremities. Deep tendon reflexes of the biceps, triceps, and brachioradialis were 2+ and equal bilaterally. There was no atrophy of the intrinsic muscles.

**CERVICAL SPINE**

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 50° | 40° |
| EXTENSION | 60° | 40° |
| ROTATION TO RIGHT | 80° | 50° |
| ROTATION TO LEFT | 80° | 45° |
| LATERAL FLEXION - RIGHT | 45° | 35° |
| LATERAL FLEXION - LEFT | 45° | 35° |

**EXAMINATION OF THE THORACIC SPINE:**  Examination of the thoracic spine revealed no paraspinal spasms. There was no paraspinal tenderness.

**THORACIC SPINE**

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 45° | 45° |

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM
INDEX NO. 518095/2021
NYSCEF DOC. NO. 52
RECEIVED NYSCEF: 09/11/2024

15

Re:      Thomas Mendelsohn
Exam Date: 1/9/24

| EXTENSION | 0° | 0° |
|---|---|---|
| ROTATION TO RIGHT | 30° | 30° |
| ROTATION TO LEFT | 30° | 30° |
| LATERAL FLEXION - RIGHT | 45° | 45° |
| LATERAL FLEXION - LEFT | 45° | 45° |

**EXAMINATION OF THE LUMBAR SPINE:**   Operative scarring was noted. Examination of the lumbar spine revealed no paraspinal spasms to palpation. There was minimal paraspinal tenderness to light touch bilaterally. Neurological examination of the lower extremities demonstrated normal muscle testing (5/5) throughout.   Sensory responses were intact throughout the lower extremities. There was no atrophy of the intrinsic muscles. Patellar and Achilles reflexes were 2+ and equal bilaterally. Straight leg raising test was negative bilaterally.  The claimant was able to arise on tiptoes/heels.

LUMBAR SPINE

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 60° | 50° |
| EXTENSION | 25° | 20° |
| RIGHT LATERAL BENDING | 25° | 20° |
| LEFT LATERAL BENDING | 25° | 20° |

**EXAMINATION OF THE RIGHT SHOULDER:**   Examination of the right shoulder revealed tenderness to palpation. There was no effusion. There was no crepitus. Impingement sign was negative.

RIGHT SHOULDER

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| ABDUCTION | 180° | 150° |
| ADDUCTION | 30° | 25° |
| FORWARD FLEXION | 180° | 150° |
| EXTENSION | 40° | 35° |
| INTERNAL ROTATION | 80° | 50° |
| EXTERNAL ROTATION | 90° | 70° |

**EXAMINATION OF THE LEFT SHOULDER:** Examination of the left shoulder revealed no tenderness to palpation.  There was no effusion.  There was no crepitus. Impingement sign was negative.

LEFT SHOULDER

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021

NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

16

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| ABDUCTION | 180° | 180° |
| ADDUCTION | 30° | 30° |
| FORWARD FLEXION | 180° | 180° |
| EXTENSION | 40° | 40° |
| INTERNAL ROTATION | 80° | 80° |
| EXTERNAL ROTATION | 90° | 90° |

**EXAMINATION OF THE RIGHT HIP**: Operative scarring was noted. Examination of the right hip revealed tenderness on palpation.

RIGHT HIP

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FORWARD FLEXION | 120° | 90° |
| EXTENSION | 30° | 15° |
| ABDUCTION | 45° | 35° |
| ADDUCTION | 35° | 20° |
| EXTERNAL ROTATION | 45° | 30° |
| INTERNAL ROTATION | 45° | 30° |

**EXAMINATION OF THE LEFT HIP**: Operative scarring was noted. Examination of the left hip revealed tenderness on palpation.

LEFT HIP

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FORWARD FLEXION | 120° | 70° |
| EXTENSION | 30° | 15° |
| ABDUCTION | 45° | 20° |
| ADDUCTION | 35° | 20° |
| EXTERNAL ROTATION | 45° | 20° |
| INTERNAL ROTATION | 45° | 25° |

**EXAMINATION OF THE RIGHT KNEE**: Examination of the right knee revealed tenderness on palpation. Effusion was negative. There was no atrophy of the quadriceps. McMurray's test was negative. Lachman's test was negative. Anterior drawer sign, pivot shift test, and posterior drawer sign were each negative. There was no patellofemoral crepitus. Valgus & varus stress test was stable.

RIGHT KNEE

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021

NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

17

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 150° | 150° |
| EXTENSION | 0° | 0° |

**EXAMINATION OF THE LEFT KNEE**:  Examination of the left knee revealed no tenderness on palpation.  Effusion was negative.  There was no atrophy of the quadriceps.  McMurray's test was negative.  Lachman's test was negative. Anterior drawer sign, pivot shift test, and posterior drawer sign were each negative.  There was no patellofemoral crepitus.  Valgus & varus stress test was stable.

**LEFT KNEE**

| RANGE OF MOTION | NORMAL | CLAIMANT |
|---|---|---|
| FLEXION | 150° | 150° |
| EXTENSION | 0° | 0° |

**DIAGNOSES**: The claimant presents with diagnoses of:

1. Cervical spine strain, status post surgery, recovered.
2. Thoracic spine strain, resolved.
3. Lumbar spine strain, resolved.
4. Right shoulder strain, resolved.
5. Right hip strain, status post surgery, recovered.
6. Left hip strain, resolved.
7. Right knee strain, resolved.
8. Left knee strain, resolved.

**DISCUSSION:**

Mr. Mendelson had multiple imaging studies done in the emergency room on 9/21/20.  CT scan of the cervical spine showed evidence of degenerative disc disease and no evidence of traumatic injury.  CT scan of the lumbar spine showed evidence of prior spinal fusion and degenerative disease as well.  X-ray of the right shoulder showed evidence of arthritis in that shoulder.  An X-ray of the right hip noted him to have severe osteoarthritis.

He subsequently had multiple MRI tests performed on the left knee including on 12/20/20 which showed a degenerative signal in the medial meniscus, but otherwise there were no significant findings.  MRI of the right knee done on the same date showed the degenerative findings, which were also noted to have progressed since the prior MRI of that knee in 2016.  No evidence of injury was noted.

18

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

MRI of the lumbar spine showed the prior fusion and surrounding degenerative disc disease in other levels but, again, no evidence of traumatic injury.

MRI of the cervical spine similarly showed degenerative disc disease but no convincing evidence of traumatic injury. There are MRIs of the cervical spine from 2008 and 2012 that show progression of degenerative disc disease which is consistent with the degree of degenerative disc disease noted on the post-accident films.

The claimant denies prior problems with the neck or hips despite imaging records to the contrary. He denies any prior imaging or treatment for the above areas. He had intermittent back pain after prior surgery to the lumbar spine.

Range of motion is subjective and under the control of the examinee.

**CAUSAL RELATIONSHIP:**

After review of the claimant's file, taking a history, and performing a physical examination, and if the history reported is correct, it appears that the above-diagnosed injuries are causally related to the accident on 9/21/20.

Based on the imaging available, there is severe long standing degenerative disease to both the cervical spine and right hip, as well as to the back and right knee. There is no radiographic evidence that worsening of those conditions occurred during this accident and necessitated the cervical fusion and right hip surgery.

Review of treatment records related to those imaging studies would help to determining the causal relationship, if any, of the accident to those surgeries.

**DISABILITY:**

I find no causally related orthopedic disability based on the physical examination at this time. This is also based upon the available medical documentation, which was reviewed.

I, Jeffrey Passick, being a Diplomate of the American Board of Orthopaedic Surgery, am duly licensed to practice medicine in the State of New York. I affirm, under the penalties of perjury, that the information contained within this document was prepared and is the work product of the undersigned and is true to the best of my knowledge and information.

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518093/2021
NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

19

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

With reasonable notice, I am available to testify, by appointment, should the need arise.

All opinions are expressed to a reasonable degree of medical certainty.

Sincerely,

Jeffrey Passick, M.D., F.A.A.O.S.
Diplomate of American Board of
Orthopedic Surgery
License: # 166191, NY

JP/dp

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021

NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

20

Re:    Thomas Mendelsohn
Exam Date: 1/9/24

DATE: 1/9/24

I _Thomas Mendelsohn_ do not have my identification today, physical
description of me as per below is accurate.

## PHYSICAL DESCRIPTION

**PLEASE INDICATE IN THE REPORT:**

Detailed Description Substitute

NAME: Thomas Mendelsohn

AGE: 55

HEIGHT: 5 '8

WEIGHT: 246

DOB: 7-26-68

HAIR COLOR:

EYE COLOR: Hazel

ETHNICITY:

M ✓ F __

Please Sign _____

ID verified

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021

NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

# CURRICULUM VITAE
## JEFFREY M. PASSICK, M.D., F.A.A.O.S.

**CURRENT AFFILIATION:**

    **Coney Island Hospital**
    **Brooklyn, NY**
    Director of Orthopedic Surgery
    Member, Surgical Quality Assurance Committee
    Physician Champion HHC Breakthrough Quality Initiative

**PREVIOUS AFFILIATION**

    **Putnam Hospital Center**
    **Carmel, NY**
    Chairman, Department of Orthopedic Surgery
    Chairman, Quality Review/Assurance Committee
    Chairman, Medical Executive Committee

**POST GRADUATE TRAINING:**

    Fellowship
        Total Joint and Arthritis Surgery
        Kerlan-Jobe Orthopaedic Clinic
        Inglewood, CA
        August 1989-July 1990

    Residency
        Combined Residency Program
        Montefiore Medical Center/
        Albert Einstein College of Medicine
        Bronx, NY
        Orthopaedic Surgery
        July 1985-June 1989

    Internship
        Montefiore Medical Center/
        Albert Einstein College of Medicine
        Bronx, NY
        General Surgery
        July 1984-June 1985

**EDUCATION:**

    Medical
        Albert Einstein College of Medicine
        Bronx, NY
        M.D., 9/1980 – 6/1984

    Undergraduate
        University of Rochester
        College of Engineering
        Interdisciplinary Program
        In Bioengineering
        B.S., 9/1976 – 6/1980

FILED: KINGS COUNTY CLERK 09/11/2024 01:22 AM    INDEX NO. 518095/2021
NYSCEF DOC. NO. 52    RECEIVED NYSCEF: 09/11/2024

**LICENSURE:**

New York, 166191

**CERTIFICATION:**

American Board of Orthopaedic Surgery
Certified, January 1993
Recertified January 2003

**PROFESSIONAL ORGANIZATIONS:**

American Academy of Orthopaedic Surgeons
Fellow February 1994

Dorr Fellows Society
Founder and President, 1991-1993

**PUBLICATIONS AND PRESENTATIONS:**

Passick J, Habermann ET:
Osteolysis Following Total Hip Replacement
Orthopaedic Grand Rounds 5(3): 10-15,1988

Patel A, Passick J, Habermann ET:
Giant Cell Tumor of Bone
Orthopaedic Grand Rounds 5(3): 1-10, 1988

Passick J, Hirsch D:
Recurrent Infection of a Total Hip Arthroplasty
Associated with Radiation Induced Colitis: A Case Report
J of Arthroplasty 4(1): 87-90, 1989

Passick J, Dorr LD:
Primary Total Knee Arthroplasty for the 1990's,
Techniques in Orthopaedics 5(1): 57-66, 1990

Passick J, Dorr LD, Gruen TS, Saberi M:
Complications of Proximally Fixed Bone Ingrowth
Total Hip Replacement
Orthopaedic Transactions, 1991

Case 1:22-cv-01032-PKC-JRC    Document 577-2    Filed 08/12/25    Page 68 of 88 PageID #: 20565

**PRESENTATIONS:**

Prevention of Deep Vein Thrombosis Following
Orthopaedic Surgery
Presented at the Delaware Orthopaedic Nurses' Association
February 1988

Coumadin Prophylaxis in Total Hip Replacement:
The Einstein Experience
Presented at the Selesnick Memorial Lecture Day
Montefiore Medical Center
June 1988

Pre-operative Assessment and Planning in Total Joint Surgery
Presented at Video Surgery Symposium
Centinella Hospital Center
Inglewood, CA
June 1990

Surgical Technique of the APRII Hip Replacement
Presented with L.D. Dorr at the Arthroplasty Workshop
Ritz-Carleton, Laguna Nigel, CA
March 1990

Complications of Proximally Fixed Bone Ingrowth
Total Hip Replacement
Presented at the 58th Annual meeting of the
American Academy of Orthopaedic Surgeons
Anaheim, CA
March 1991

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM   INDEX NO. 518095/2021

NYSCEF DOC. NO. 52   RECEIVED NYSCEF: 09/11/2024

Index No. 518095/2021                          Year 2021

SUPREME COURT OF THE STATE OF NEW YORK: COUNTY OF KINGS

THOMAS MENDELSOHN,

                                               Plaintiff,

                        -against-

TSIPORAH EMILY RAHMANFAR and RABIN RAHMANFAR,

                                               Defendants.

## EXPERT WITNESS DISCLOSURE

### DeSENA & SWEENEY, LLP
**Attorneys at Law**
*Attorneys for* TSIPORAH EMILY RAHMANFAR AND RABIN RAHMANFAR
**1500 Lakeland Avenue**
**Bohemia, NY 11716**
**(631) 360-7333**

**ATTORNEY CERTIFICATION**

The undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, belief and reasonable inquiry, the contentions contained in the above referenced document(s) are not frivolous.

Dated: Bohemia, New York
        September 11, 2024

Signed by:

*Michael W. Butler*

844A82BB6504405

MICHAEL W. BUTLER, ESQ.

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a                    duly entered in the office of the clerk
of the within named Court on                        , 20    .

☐ NOTICE OF SETTLEMENT
that an order              of which the within is a true copy will be presented for settlement to the
Honorable                        , one of the judges of the within named court at on              , 20
at           M.

To:                                    Yours etc.,
William Schwitzer & Associates, PC
Attorneys for Plaintiff (Trial Counsel)       **DeSENA & SWEENEY, LLP**
820 Second Avenue, 10th Floor                   *Attorneys for*
New York, NY 10017                     TSIPORAH EMILY RAHMANFAR AND RABIN
212-683-3800                                  RAHMANFAR
                                         1500 Lakeland Avenue
                                         Bohemia, NY 11716
                                         (631) 360-7333

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM    INDEX NO. 518095/2021<br>
NYSCEF DOC. NO. 51    RECEIVED NYSCEF: 09/11/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

THOMAS MENDELSOHN,

Plaintiff,

-against-

TSIPORAH EMILY RAHMANFAR and RABIN
RAHMANFAR,

Defendants.

**EXPERT WITNESS
DISCLOSURE**

Index No. 518095/2021

**SIR/MADAM(S):**

1)    Defendants, TSIPORAH EMILY RAHMANFAR and RABIN RAHMANFAR, expects to call Debra A. Pollack, M.D., a Board Certified Neurologist, as an expert witness at the trial in the above matter.

2)    The subject matter upon which Debra A. Pollack, M.D. is presently expected to testify is set forth in detail in her report dated February 9, 2024, a copy of which is attached to this Response and incorporated by reference herein.

3)    The facts and opinions upon which Debra A. Pollack, M.D. is expected to testify are based on her physical examination of the plaintiff THOMAS MENDELSOHN, and review of the plaintiff's records, tests.

4)    The grounds of Debra A. Pollack, M.D.'s opinion comes from her education, training and experience in the fields of medicine and neurology, her review of the plaintiff's medical records, tests, and physical examination of the plaintiff THOMAS MENDELSOHN, and are set forth in Debra A. Pollack, M.D.'s report dated February 9, 2024.

FILED: KINGS COUNTY CLERK 09/11/2024 11:22 AM     INDEX NO. 518095/2021
NYSCEF DOC. NO. 51     RECEIVED NYSCEF: 09/11/2024

5)      In addition, Debra A. Pollack, M.D. may testify as to the opinion concerning the casual connection between the subject accident and the claimed injuries, plaintiff's past medical history treatment and condition as it relates to the injuries being claimed.

6)      Debra A. Pollack, M.D. may testify concerning her review of relevant medical records, her examination of plaintiff's x-rays, MRI or other diagnostic materials as well as other similar evidence that may be introduced at trial.

7)      Debra A. Pollack, M.D. may use at trial such demonstrative aids such as charts, drawings, graphs, anatomical models and such other demonstrative aids as may be useful and helpful to the jury.

8)      Debra A. Pollack, M.D.'s qualifications are set forth in her Curriculum Vitae, a copy of which is attached to this Response and incorporated by reference herein.

Dated:   Bohemia, New York
         September 11, 2024

William Schwitzer & Associates, PC          Yours, etc.,
Attorneys for Plaintiff (Trial Counsel)     **DESENA & SWEENEY, LLP**
820 Second Avenue, 10th Floor
New York, NY 10017                           BY: *Michael W. Butler*
(212) 683-3800                               **MICHAEL W. BUTLER, ESQ.**
                                             Attorneys for Defendants
                                             TSIPORAH EMILY RAHMANFAR and
                                             RABIN RAHMANFAR
                                             1500 Lakeland Avenue
                                             Bohemia, New York 11716
                                             (631) 360-7333
                                             File Number: 21SF0243K "W"
                                             Claim Number: 32-11R5-06K

-2-

| | |
|---|---|
| **Subject:** | Revised July invoice |
| **Date:** | Wednesday, September 19, 2018 at 3:21:05 PM Eastern Daylight Time |
| **From:** | IME Companions <info@imecompanions.com> |
| **To:** | Leacock, Kayla <clerk@klebanlawgroup.com> |
| **Attachments:** | IME Invoice 1114- July.pdf |

Hi Kayla,
Please see revised July invoice.

Best Regards,
Safa Gelardi
IME Companions
Office: 833 463 7767
Direct: 718 749 4732

CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

NYSCEF - New York State Courts Electronic Filing (Live System)

## 518095/2021 – Kings County Supreme Court

Short Caption: **Thomas Mendelsohn v. Tsiporah Emily Rahmanfar et al**
Case Type: **Torts – Motor Vehicle**
Case Status: **Active**
eFiling Status: **Full Participation Recorded**
Assigned Judge: Robin Sheares

**Full Caption**
Thomas Mendelsohn v. Tsiporah Emily Rahmanfar, Rabin Rahmanfar

**Plaintiffs/Petitioners**

| Name | Represented By |
|------|----------------|
| Thomas Mendelsohn | STOKES, KELLY on 03/29/2024<br>WILLIAM SCHWITZER & ASSOCIATES, P.C. |
| | DIAMOND, BETH MICHELLE on 09/10/2021<br>William Schwitzer Associates |
| | KLEBAN, ALLA on 07/21/2021<br>KLEBAN LAW GROUP, P.C. |

**Defendants/Respondents**

| Name | Represented By |
|------|----------------|
| Tsiporah Emily Rahmanfar | BUTLER, MICHAEL W. on 01/23/2023<br>DeSena & Sweeney LLP |
| | SWEENEY, ROBERT P. on 09/07/2021<br>DeSena & Sweeney, LLP |
| | FINNEGAN, VINCENT DENNIS on 09/08/2021<br>Morris Duffy Alonso Faley & Pitcoff |
| Rabin Rahmanfar | BUTLER, MICHAEL W. on 01/23/2023<br>DeSena & Sweeney LLP |
| | SWEENEY, ROBERT P. on 09/07/2021<br>DeSena & Sweeney, LLP |
| | FINNEGAN, VINCENT DENNIS on 09/08/2021<br>Morris Duffy Alonso Faley & Pitcoff |

**Authorized Agents**

| Attorney Name | Authorized Agent | Authorization Date | Revocation Date |
|---------------|------------------|--------------------|-----------------|
| ALLA KLEBAN | PM LEGAL | 8/31/2021 | |

**Subject:**    Rahel Yigzaw
**Date:**    Friday, November 3, 2023 at 5:37:19 PM Eastern Daylight Time
**From:**    Leacock, Kayla <clerk@klebanlawgroup.com>
**To:**    Safa Gelardi <sgelardi@imecompanions.com>, IME Companions <info@imecompanions.com>
**Attachments:**    11.13.23 Liability Ortho IME.pdf

Please see attached: 11.13.23 Liability Ortho IME

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 Avenue K
Brooklyn, New York 11234

T: (718) 304-0064 Ext. 17
F: (718) 304-0079
Email: clerk@klebanlawgroup.com

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters

addressed herein.

**SIGNET** MEDICAL
SERVICES PC

Two Huntington Quadrangle
Suite 1S08
Melville, NY 11747
Phone: (866) 756-0300
Phone: (866) 756-0333

Date: 10/20/2023

Kleban Law Group
4924 Ave K
Brooklyn, NY 11234

*Liability*

RE:
Claimant Name     Rahel Yigzaw.
Date of Loss      6/14/2022
Signet Number     23222824OR1
Claim Number      817702120977
Insured           Mismake Yimane
Docket Number     NYA00002072236

We have been asked by Plymouth Rock Assurance Corporation of New York to schedule an Independent Medical Examination for your client listed above. The examination has been scheduled as follows:

**Jay Eneman, M.D.**
**QUEENS**
**42-23 Francis Lewis Blvd. Suite 201**
**Bayside, NY 11361**

Date:       **11/13/2023**
Time:       **12:45 PM**
Exam Type:  **Orthopedic**

Please notify your client of the above information and the importance in attending this examination.
If you have any questions, please contact our office at **631-756-0300**.

cc:
Franci Freilich
Plymouth Rock Assurance Corporation of New York
PO Box 9112
Boston, MA 02112

**Subject:** RE: Islam Bayashev & Akniet Sharshembekova
**Date:** Tuesday, August 22, 2023 at 1:38:27 PM Eastern Daylight Time
**From:** legal clerk <Clerk@klebanlawgroup.com>
**To:** Safa Gelardi <sgelardi@imecompanions.com>, IME Companions <info@imecompanions.com>

Thank you.

**From:** Safa Gelardi <sgelardi@imecompanions.com>
**Sent:** Tuesday, August 22, 2023 1:17 PM
**To:** legal clerk <Clerk@klebanlawgroup.com>; IME Companions <info@imecompanions.com>
**Subject:** Re: Islam Bayashev & Akniet Sharshembekova

Corrected appts received

Get Outlook for iOS

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Tuesday, August 22, 2023 1:08:24 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:** Islam Bayashev & Akniet Sharshembekova

Good Afternoon, please disregard Liability Independent Medical Exam for 9/13/23 for both clients it was cancelled. The appointments attached below are correct.

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 Avenue K
Brooklyn, New York 11234

T: (718) 304-0064 Ext. 17
F: (718) 304-0079
Email: clerk@klebanlawgroup.com

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Subject:** Re: David Howard

**Date:** Wednesday, August 2, 2023 at 1:29:06 PM Eastern Daylight Time

**From:** IME Companions <info@imecompanions.com>

**To:** Leacock, Kayla <clerk@klebanlawgroup.com>, Safa Gelardi <sgelardi@imecompanions.com>, JMerlino@wsatlaw.com <JMerlino@wsatlaw.com>

Confirmed receipt Kayla

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Wednesday, August 2, 2023 2:08 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>; JMerlino@wsatlaw.com <JMerlino@wsatlaw.com>
**Subject:** David Howard

Please see attached: 8.17.23 Liability Ortho IME

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 Avenue K
Brooklyn, New York 11234

T: (718) 304-0064 Ext. 17
F: (718) 304-0079
Email: clerk@kleblanlawgroup.com

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue

contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Subject:** RE: LexPI Matter:Veerasammy.L
**Date:** Thursday, May 18, 2023 at 9:58:34 AM Eastern Daylight Time
**From:** legal clerk <Clerk@klebanlawgroup.com>
**To:** Safa Gelardi <sgelardi@imecompanions.com>, IME Companions <info@imecompanions.com>

Thank you.

**From:** Safa Gelardi <sgelardi@imecompanions.com>
**Sent:** Wednesday, May 17, 2023 5:17 PM
**To:** legal clerk <Clerk@klebanlawgroup.com>; IME Companions <info@imecompanions.com>
**Subject:** Re: LexPI Matter:Veerasammy.L

Confirmed Kayla

Get Outlook for iOS

**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**Sent:** Wednesday, May 17, 2023 6:11:24 PM
**To:** Safa Gelardi <sgelardi@imecompanions.com>; IME Companions <info@imecompanions.com>
**Subject:** LexPI Matter:Veerasammy.L


Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 Avenue K
Brooklyn, New York 11234

T: (718) 304-0064 Ext. 17
F: (718) 304-0079
Email: clerk@klebanlawgroup.com

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**CONFIDENTIALITY STATEMENT**

Page 1 of 2

5/15/2023 2:40 PM    DD Associates    717183040079    2 717183040079



PO Box 9150, Garden City, NY 11530          ime@ddassociates.com          Tel: (800) 554-0347  Fax: (516) 240-4059

5/12/2023

KLEBAN LAW GROUP
4924 AVENUE K
BROOKLYN NY 11234

*Liability*

**RE: GREGORY ALLEN**
**Insured: SOLOMON BERKOVITCH**
**D/A: 10/26/2021**
**File #: 473690000005**

-----------------------------------------
**D & D ACCTNO: 22723014041**
-----------------------------------------

<u>**LIABILITY EVALUATION EXAM**</u>

This letter is being sent on behalf of LIBERTY MUTUAL. We have arranged an appointment for a physical examination, for the above patient, with the following Examiner:

**STEVEN HAUSMANN  -  ORTHOPAEDIC SURGERY**
**22 IBM Road, Suite 108**
**Poughkeepsie, NY 12601**

**Appointment Date and Time: 6/26/2023 at 9:20 AM**

Be sure to bring any and all MEDICAL RECORDS/X-RAY FILMS for the doctor to review, as well as PHOTO IDENTIFICATION at the time of the examination.

Please call D&D Associates to confirm this appointment 48 hours in advance at (516) 326-8800, Monday thru Friday, between 9 A.M. and 4 P.M.

Very truly yours,

Elisa Frazer - Ext. 118151

cc:   CAMERON HENRICKS at LIBERTY MUTUAL, PO BOX 5014, SCRANTON, PA  18505
      KLEBAN LAW GROUP, 4924 AVENUE K, BROOKLYN, NY  11234
      MARIE  BROWN    at NYSIF - LIVERPOOL, POST OFFICE BOX 66699, ALBANY, NY  12206



IME COMPANIONS
WE WATCH OUT FOR YOU

INFO@IMECOMPANIONS.COM
833-463-7767

IME SUBMISSION FORM

PATIENT INFORMATION

Gregory Allen
Name

1110 East 84th street Brooklyn, NY 11236
Address

(031) 664-3004                    English
Phone                            Preferred Language

IME Appointment Info
Date 6/26/23  Time 9:20 AM

ATTORNEY INFORMATION

Kleban Law Group, P.C.              Alla Kleban
Law Firm                            Attorney Name

4924 Avenue K                       Brooklyn, NY 11234
Address

(718) 304-0064                      clerk@klebanlawgroup.com
Phone                               Email

PHYSICIAN INFORMATION

Steven Hausmann,                    Orthopaedic
Physician Name                      Specialty

22 IBM Road, Suite 108              Poughkeepsie, NY 12601
Address

Phone

**Subject:** LexPI Matter:Allen.Greg
**Date:** Monday, May 15, 2023 at 6:32:01 PM Eastern Daylight Time
**From:** Leacock, Kayla <clerk@klebanlawgroup.com>
**To:** Safa Gelardi <sgelardi@imecompanions.com>, IME Companions <info@imecompanions.com>
**Attachments:** 6.26.23 Liability Ortho IME.pdf

Have a nice day!

*Kayla Leacock, Clerk*
**KLEBAN LAW GROUP, PC**
4924 Avenue K
Brooklyn, New York 11234

T: (718) 304-0064 Ext. 17
F: (718) 304-0079
Email: clerk@klebanlawgroup.com

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**CONFIDENTIALITY STATEMENT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email immediately. In addition, this firm does not accept service of papers by email or facsimile transmission.

In accordance with Internal Revenue Service Circular 230, we inform  you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

 

# INVOICE

**IME Companions LLC**
92-07 245th
Floral Park, NY 11001
833-463-7767
info@imecompanions.com

Invoice No : 1114
Date : 8/1/2018

Kleblan Law Group, P.C.
4384 Avenue K
Brooklyn, NY 11234
718-304-0064

| Payment Terms | Due Date |
|---|---|
| Due upon receipt | Net 7 days |

| Date | Description | Unit Price | Line Total |
|---|---|---|---|
| 7/9/2018 | Woodley Jasne - 1.5 Hours | $220.00 | $ 220.00 |
| 7/10/2018 | Garfield Casanova - 1 Hour | $175.00 | $ 175.00 |
| 7/12/2018 | Shenae Thompson - 2.5 Hours | $265.00 | $ 265.00 |
| 7/24/2018 | Jerez Porfirio - 1 Hour | $175.00 | $ 175.00 |
| 7/25/2018 | Dilfuza Hamrqkulova - 1 Hour | $175.00 | $ 175.00 |
| | Subtotal | | $ 1,010.00 |
| | **TOTAL** | | $ 1,010.00 |

Make all checks payable to IME Companions LLC.

THANK YOU FOR YOUR BUSINESS!

IME COMPANIONS
WE WAIT SO YOU DON'T HAVE TO
INFO@IMECOMPANIONS.COM
833-463-7767

IME SUBMISSION FORM

PATIENT INFORMATION

Ranel Yigzaw
Name

19001 Palo Alto Avenue Hollis, NY 11423
Address

English
Preferred Language

(646) 740-1250
Phone

```
IME Appointment Info

Date 11/13/23    Time 12:45 PM
```

ATTORNEY INFORMATION

Alla Kleban
Attorney Name

Kleban Law Group, P.C.
Law Firm

Brooklyn, NY 11234

4924 Avenue K
Address

clerk@klebanlawgroup.com
Email

(718) 304-0064
Phone

PHYSICIAN INFORMATION

Orthopedics
Specialty

Jay Eneman, M.D.
Physician Name

42-23 Francis Lewis Blvd, Suite 201 Bayside, NY 11361
Address

Phone