# EXHIBIT C

**Email Content**

Tue 4/8/2025 2:05:00 PM
From:     Ki, Jung
To:       info@imecompanions.com
CC:
BCC:
Subject:  Gabriel Law Firm, P.C.: GLF21-0314 - Bayner, Marek v. Rempell
Message:
          Client's Name: Marek Bavner

This client has been scheduled with the following appointment(s):

Liability IME Neuro 04.09.25.@10AM................Must attend.
Liability IME Ortho 04.18.25.@12PM.................Must attend.

The handling attorney is Patrick J. Garvey, Esq. and the litigation paralegal

Attached please find the Bill of Particular(s).

Please reach out if you have any questions or concerns.
I am in office.
Thank you.

? ?? *Jung S. Ki*
Litigation Assistant, IME

Gabriel Law Firm, P.C.
**2 LINCOLN AVENUE, SUITE 400**
**ROCKVILLE CENTRE, NY 11570**

516-360-9101 EXT: 210
Fax 516-268-6004

The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this email is strictly prohibited. If you have received this email in error, please immediately notify us by reply.

**Attached Document**

| Category  | SubCategory                 | Date      | From                              | To                                | Document Type    | Actions |
|-----------|-----------------------------|-----------|-----------------------------------|-----------------------------------|------------------|---------|
| Discovery | Response to Demands/Notices | 6/14/2024 | Gabriel Law Firm, P.C.            | Law Offices of Michael E. Pressman | Scanned Document |         |
| IME- NF/BI | Notice                     | 4/2/2025  | Law Offices of Michael E. Pressman | Gabriel Law Firm, P.C.            | Scanned Document |         |

E-Mail

| | | | | | | |
|---|---|---|---|---|---|---|
| IME- NF/BI | Notice | 4/2/2025 | Law Offices of Michael E. Pressman | Gabriel Law Firm, P.C. | Scanned Document | |

Page 1 of 1 (3 items)    1

Create Filter

# INVOICE

**IME Companions**
8517 95th Ave
Ozone Park, NY 11416-1244

info@imecompanions.com
+1 (833) 463-7767
www.imecompanions.com



**Bill to**
Gabriel Law Firm
2 Lincoln Avenue
Suite 400
Rockville Centre, New York
11570 United States

**Ship to**
Gabriel Law Firm
2 Lincoln Avenue
Suite 400
Rockville Centre, New York
11570 United States

**Invoice details**

Invoice no.: 6016
Terms: Due on receipt
Invoice date: 04/18/2025
Due date: 04/18/2025

IME Doctor: Dr. Frank Lombardo
IME Companion: Christian

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 04/18/2025 | **IME Companion** | Marek Bayner- 1 hour<br>205 East 76th Street, New York, NY 10075 | 1 | $175.00 | $175.00 |

**Total**  $175.00

## Ways to pay

    

Overdue    04/18/2025

### Note to customer

We appreciate your business and look forward to helping you again soon.

View and pay