# EXHIBIT D

**Mount Sinai Spine**

Wesley Bronson, MD
Assistant Professor
Department of Orthopedic Surgery
Mount Sinai Spine Center
5 East 98th Street, Box 1188
New York, NY 10029-6574
T 212-241-5435
F 646-537-8535

03/31/2023

The Law Office of Eric D. Feldman
485 Lexington Ave 7th floor
New York, NY 10017

Re: Erric Lackenbauer
Claim Number: EXE3795

To Whom it May Concern:

I had the opportunity to see Eric Lackenbauer in my office on March 31, 2023. He was accompanied by Jeff Beibin of IME Companions. History is provided from medical record as well as claimant interview.

HISTORY OF PRESENT ILLNESS:

Mr. Lackenbauer is a 39-year-old male. On 12/20/2017, he was working where he tripped over a pile and fell. Denies any head trauma or loss of consciousness and had immediate onset of pain around his right shoulder. He said he felt like he dislocated his right shoulder and it self-relocated. He went to the emergency room where he was evaluated, radiographs were performed, and he was provided pain medication and discharged. He eventually came under the care of varying physicians for management of his right shoulder.

He presents today primarily for cervical spine evaluation. He endorsed that early after the injury, although, he does not remember exactly when, he began having pain in the neck. He describes it as a soreness in the neck/stiffness 8/10 in intensity. The pain was primarily posterior in the neck and to the right side. This was associated with numbness in the right upper extremity that radiated to the forearm and eventually the index and middle finger with some difficulty with grip. He was treated with physical therapy, Motrin as well as epidural injections.

He eventually underwent surgery on the neck in August of 2022, where he had a C5-C7 anterior cervical diskectomy and fusion. Postoperatively, he reports that he woke up with new pain in the left arm which is still present. He has pain in the posterior aspect of the neck, 7/10 to 8/10 in intensity.

In terms of his right upper extremity, he still feels some numbness and he has new numbness in the left upper extremity.

He was undergoing physical therapy and last did physical therapy approximately 4 weeks ago. He takes Motrin for pain. His last MRI was approximately 2 months ago. He denies any problems with his neck

Page 1

or prior visits for any neck related problems prior to this injury. He currently lives with friends. He is independent in all activities of daily living. He thinks he can sit for approximately 15-20 minutes and stand and walk for 15-20 minutes.

PAST MEDICAL HISTORY: None.

PAST SURGICAL HISTORY: Includes cervical spine as well as right shoulder surgery.

MEDICATIONS: Does not take any medications other than the Motrin.

ALLERGIES: Penicillin and possibly prednisone.

SOCIAL HISTORY: He previously was working as union carpenter. However, he has been off work since the day of the accident. Denies tobacco and alcohol use.

PHYSICAL EXAMINATION: He is in no apparent distress. He has a normal straight-line gait. Normal tandem gait. Normal heel-toe walking. Range of motion of his cervical spine demonstrates 30 degrees of flexion, 20 degrees of extension, 45 degrees of rotation to left and to the right, and 45 degrees lateral bending. Thoracolumbar spine is able to bend at the waist 90, extend 20, laterally bend 40, and rotate to the left and to the right 40 degrees. He has a well-healed left-sided 5 cm transverse anterior cervical incision. No tenderness to palpation in his cervical spine. Negative Spurling. Negative Hoffmann. He has no lumbar spine tenderness. Negative straight leg raise bilaterally. No hip irritability. Motor testing is 5/5 in the bilateral deltoids, biceps, triceps, wrist flexion, extension, and grip with the exception of some decreased strength of right shoulder abduction, which he says is limited secondary to his shoulder. He has 5/5 strength in his bilateral iliopsoas, quad, hamstrings, ankle dorsiflexion, plantar flexion and toe extension. He has normal sensation to sharp and dull touch in the bilateral upper and lower extremities with the exception of some decreased sensation in the right middle finger and ring finger. In terms of his left hand, he endorses extra sensitivity to light touch. He has 2+ reflexes in the bilateral biceps, brachioradialis, triceps, knee, and ankle. His extremities are warm and well perfused.

Normal ROM Cervical Spine (AMA Guidelines)
Flexion 50°
Extension 60°
Lateral Bending Right 45°
Lateral Bending Left 45°
Rotation Left 80°
Rotation Right 80°

Normal ROM Lumbar Spine (AMA Guidelines)
Flexion 60°
Extension 25°
Lateral Bending Right 25°
Lateral Bending Left 25°
Lateral Rotation Left 30°
Lateral Rotation Right 30°

Page 2

I reviewed the following radiology reports:
1. X-rays of the right shoulder dated 12/20/2017. Impression, no fracture or dislocation of the right shoulder.
2. MRI of the right shoulder dated 01/22/2018. Impression, mild AC joint arthrosis, chronic small glenohumeral joint effusion, indeterminate age.
3. MRI of the left knee dated 01/25/2019. Impression, trace popliteal cyst, intact medial and lateral meniscus, acute osseous injury. No evidence of acute ligamentous injury.
4. MRI of the cervical spine dated 12/12/2020. Impression, straightening of cervical lordosis. C5-C6 there is right paracentral/lateral recess disk herniation indenting upon the ventral thecal sac and flattening the right hemicord. There is right foraminal narrowing and impingement of the exiting right C6 nerve root. There is right greater than left uncovertebral spurring. There is mild left foraminal narrowing. C6-C7, there is right paracentral lateral recess disc herniation impinging the exiting right C7 nerve root. There is mild spinal canal stenosis with preservation of CSF spaces. There is left uncovertebral spurring contributing to moderate to severe left foraminal narrowing and impinging the exiting left C7 nerve root. At C3-C4, there is a disk bulge and mild bilateral uncovertebral spurring indenting upon the ventral thecal sac. There is no significant spinal canal or foraminal stenosis. C4-C5, there is a disk bulge and mild left uncovertebral spurring indenting upon the ventral thecal sac. There is no significant spinal canal or foraminal stenosis. I also performed independent review of the images.
5. MRI of the left shoulder dated 02/21/2020. Impression, infraspinatus tendinosis and articular surface fraying. No high-grade partial or full-thickness rotator cuff tear, mild AC joint arthrosis.
6. MRI of the cervical spine without contrast dated 05/02/2022. Impression, at C5-C6, a right paracentral disc protrusion is slightly larger than on the prior exam. There is again moderate to severe thecal sac compression and the disc protrusion again compresses the right anterolateral aspect of the spinal cord as well as abuts the right-sided intrathecal nerve roots. At C6-C7, there is severe bilateral foraminal stenosis as well as mild to moderate thecal sac compression. I also performed independent review of the images.
7. EMG performed on may 18, 2021. Impression, right C5-C6 and C6-C7 radiculopathy. Right ulnar nerve neuropathy at the elbow. This is consistent with the clinical diagnosis of mild cubital tunnel syndrome.

I reviewed the following medical records;
1. Verified bill of particulars index #161333-2018.
2. Emergency department medical records from John T Mather Memorial Hospital dated December 20, 2017.
3. Notes from Total Orthopedics and Sports Med, DP, dating December 20, 2018, through October 2021.
4. Notes from Long Island Spine Specialists dating 04/05/2022 through 10/17/2022.
5. Operative report of C5-C7 anterior cervical diskectomy and fusion by Dr. Hargovind DeWal, date of surgery 08/12/2022 with associated medical records from Good Samaritan Hospital Medical Center.
6. Notes from Branch Orthopedics dating 12/21/2017 through 2018.
7. Operative report of right shoulder arthroscopy dating 07/12/2018. Surgeon was Dr. Chris Moros.
8. Independent orthopedic examination by Dr. Warwick Green dated 05/08/2018.
9. Independent medical examination performed by Dr. Robert V Moriarty dated November 7, 2018.
10. Psychological evaluation and consultation performed by Lynn Seskin dated march 12, 2019.
11. Independent psychological examination performed by Dr. Victoria L Londin dated 07/24/2019.

Page 3

12. Independent neurological examination performed by Dr. Lourdes P Esteban dated February 16, 2022.
13. Teleconference deposition of Chris Morose dated Monday, April 30, 2018.
14. Teleconference deposition of Chris Morose dated March 13, 2019.
15. Teleconference deposition of Richard McCormack dated March 6, 2019.
16. Teleconference deposition of Robert Moriarty, dated February 27th.

ASSESSMENT: Mr. Lackenbauer is presenting for cervical spine evaluation. He reportedly sustained an injury to his cervical spine with right upper extremity discomfort. He underwent C5-C7 anterior cervical diskectomy and fusion in August of 2022. He endorses some numbness in the right hand, but otherwise is neurologically intact with full strength in his extremities and good range of motion of his cervical spine. Full healing after anterior cervical diskectomy and fusion can take up to 1 year. As it pertains to his cervical spine and neurologic function, I would not expect this to interfere with his ability to return to work at his pre-injury level of function.

Sincerely,


Wesley H. Bronson


I, Doctor Wesley Bronson, being a physician duly licensed to practice medicine in the State of New York, pursuant to New York CPLR Section 210.6, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate. The above claimant was examined according to the restrictive rules concerning an independent medical examination. It is therefore understood that no doctor patient relationship exists or is implied by this examination.

FILED: NEW YORK COUNTY CLERK 07/01/2025 12:53 PM	INDEX NO. 161333/2018
NYSCEF DOC. NO. 346	RECEIVED NYSCEF: 07/01/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-4    Filed 08/12/25    Page 5 of 12 PageID #: 10594

# Wesley Harris Bronson, MD, MSB

## EXPERIENCE

2018-Present      Assistant Professor Orthopedic Surgery
Mount Sinai Hospital and Health System
New York, NY

## SPECIALTY TRAINING

2017-2018      Fellowship in Spine Surgery
The Rothman Institute / Thomas Jefferson University Hospital
Philadelphia, PA

2012 – 2017      Residency in Orthopaedic Surgery
New York University / Hospital for Joint Diseases
New York, NY
*Executive Chief Resident, 2016-2017*

## EDUCATION

2008 – 2012      Medical School
Mount Sinai School of Medicine
New York, NY

2008 – 2012      Graduate School
Mount Sinai School of Medicine / Union Graduate College
New York, NY
MS in Bioethics, specialization in clinical ethics

2004 – 2008      Undergraduate
Princeton University
Princeton, NJ
BA in Philosophy (*cum laude*)

## LICENSURE/BOARD CERTIFICATION

2020      American Board of Orthopedic Surgery: Part 2 Eligible
2017      American Board of Orthopedic Surgery: Part 1 Passed
2015-Present      New York State Medical License      #282275
2017-2018      Pennsylvania State Medical License      #MD460159
2017-2018      New Jersey State Medical License      #25MA10090100

## AWARDS / HONORS

| | |
|---|---|
| 2017 | Ralph Luskin Senior Resident Teaching Award |
| 2016-2017 | Executive Chief Resident, NYU Hospital for Joint Diseases |
| 2016 | American Orthopaedic Association, Resident Leadership Forum |
| 2015 – 2016 | Resident Editor, Bulletin of the Hospital for Joint Diseases |
| 2012 | Mount Sinai, Oxford University, Kings College London Bioethics Fellowship Awarded visiting fellowship to research and study bioethics at the Ethox Centre, Oxford University Dept of Public Health |
| 2009 | Mount Sinai Summer Research Fellowship |
| 2008 | Cum Laude, Princeton University |
| 2004 | Intel Science Talent Search, National Semi-finalist |

## LEADERSHIP

| | |
|---|---|
| 2015-2017 | House Staff Leadership Committee, NYU Langone Medical Center |
| 2014-2017 | Fellowship integration Committee, NYU Hospital for Joint Diseases |
| 2014-2017 | Co-Leader, Transition of Care Committee, NYU Hospital for Joint Diseases |
| 2014, 2017 | Representative, ACGME Clinical Learning Environment Review |
| 2009-2010 | President, Mount Sinai Orthopedics Interest Group |
| 2009-2010 | President, Mount Sinai Medical Ethics Student Organization |

## TEACHING / MENTORING

| | |
|---|---|
| 2011 | Senior Anatomy Teaching Assistant, Mount Sinai School of Medicine |
| 2011 | Clinical Skills Mentor, Mount Sinai School of Medicine |
| 2010 | Microbiology Teaching Assistant, Mount Sinai School of Medicine |
| 2009 | Anatomy Teaching Assistant, Mount Sinai School of Medicine |
| 2006-2008 | Undergraduate Fellow Mentor, Princeton University Butler College |

## PROFESSIONAL ORGANIZATIONS / SOCIETY MEMBERSHIPS

American Academy of Orthopaedic Surgeons, Candidate Member
North American Spine Society
American Orthopaedic Association, Resident Leadership Forum

## EDITORIAL RESPONSIBILITIES

Editorial Board, *Clinical Spine Surgery*

## PUBLICATIONS

1. Bronson W. On Van Inwagen's Argument against the Doctrine of Arbitrary Undetached Parts. *Arché*. Spring 2008; 2 (1): 3-10.

2. **Bronson W**, Intentionality, Intending, and Moral Responsibility. *Rutgers University Undergraduate Philosophy Journal*. Spring 2008;1 (1): 43-57.

3. **Bronson W**, Koehler SM, Qureshi SA, Hecht AC. The Importance of Plain Radiography in the Evaluation of Radiculopathy After Failed Diskectomy. *Orthopedics*. 2010;33(5):358.

4. Stets K, Koehler SM, **Bronson W**, Chen M, Yang K, Bronson M. Weight and Body Mass Index Change after Total Joint Arthroplasty. *Orthopedics*. 2010;33(6): 386.

5. **Bronson W**, Strauss E, Bronson M. Osteoarthritis: Eliminating Pain and Restoring Function—An Orthopedic Perspective. *Clinical Geriatrics*. 2010:18 (10): 39-41.

6. Capozzi J, **Bronson W**, Rhodes R. Moral Complexity. *J Bone Joint Surg Am*. 2011: 93 (15): E88 1-3.

7. **Bronson W**, Forsh D, Qureshi SA, Deiner SG, Weisz DJ, Hecht AC. Evolving Compartment Syndrome Detected by Loss of Somatosensory and Motor-evoked Potential Signals During Cervical Spine Surgery. *Orthopedics*. 2012; 35(9): e1453-56.

8. **Bronson W**, Fewer M, Godlewski K, Slover JD, Caplan A, Iorio R, Bosco J. The Ethics of Patient Risk Modification Prior to Elective Joint Replacement Surgery. *J Bone Joint Surg Am*, 2014 Jul 02;96(13):e113.

9. **Bronson W**, Kaye ID, Egol KA. Atypical Femur Fractures: A Review. *Curr Osteoporos Rep*, 2014 Dec;12(4): 446-53.

10. **Bronson W**, Doran J, Slover J, Peretta D, Iorio R. Unanticipated Transient Neurologic Deficits from Intra-wound Liposomal Bupivacaine Injection During Total Hip Arthroplasty. *Arthroplasty Today*, 2015;1(2):21-4.

11. Guss M, **Bronson W**, Rettig M. Acute Scapholunate Ligament Instability. *J Hand Surg Am*. 2015;40(10)2065-7.

12. **Bronson W**, Lajam C, Iorio R, Caplan A, Bosco J. Ethics in Practice: Ethics of Provider Risk Factor Modification in Total Joint Arthroplasty. *J Bone Joint Surg Am*. 2015;97(19):1635-9.

13. **Bronson W**, Moses M, Propotsaltis TS. Correction of dropped head deformity through combined anterior and posterior osteotomies to restore horizontal gaze and improve sagittal alignment. *Eur Spine J*, 2018;27(8):1992-9.

14. Passias P, Poorman G, Jalai C, Diebo B, Vira S, Horn S, Baker J, Shenoy K, Hasan S, Buza J, **Bronson W**, Paul J, Kaye I, Foster N, Cassilly RT, Oren JH, Moskovich R, Line B, Oh C, Bess S, LaFage V, Errico T. Incidence of Congenital Spinal Abnormalities Among Pediatric Patients and Their Association with Scoliosis and Systemic Anomalies. *J Pediatr Orthop*. [Epub ahead of print]

15. Passias PG, Horn SR, Frangella NJ, Poorman GW, Vasquez-Montes D, Diebo BG, Bortz CA, Segreto FA, Moon JY, Zhou PL, Vira S, Sure A, Beaubrun B, Tishelman JC, Ramchandran S, Jalai CM, **Bronson W**, Wang C, Lafage V, Buckland AJ, Errico TJ.Full-Body Analysis of Adult Spinal Deformity Patient's Age Adjusted Alignment at 1 Year. World Neurosurg. 2018;114: e775-e784.

16. **Bronson W**, Koomson J, Rojulpote M, Russo G, Boody B, Segar A, Vaccaro AR. An Update on the Medical and Surgical Management of Rheumatoid Arthritis of the Spine. *Contemporary Spine*

*Surgery* [Forthcoming]

17. Boody BS, Sharma R, **Bronson WH**, Russo GS, Segar A, Vaccaro AR. Updates on Stem Cell Applications in Spine Surgery. *Contemporary Spine Surgery* [Forthcoming]

18. Segar AH, **Bronson WH**, Boody B, Russo GS, Gugale S, Gleason B, Schroeder GD, Vaccaro AR. Minimally Invasive Spine Surgery in Spinal Deformity. *Contemporary Spine Surgery* [Forthcoming]

19. **Bronson W**, Vaccaro AR. Is There a Role for Anterior Augmentation? *Indian Spine Journal*. 2018; 1(2):86-93

20. **Bronson W**, Kingery MT, Hutzler L, Karia R, Errico T, Bosco J, Bendo JA. Lack of Cost Savings for Lumbar Spine Fusions After Bundled Payment for Care Improvement Initiative: A Consequence of Increased Case Complexity. *Spine*, 2019;44(4):298-304.

21. **Bronson W**, Dai A, Protopsaltis T. Sacral Pedicle Subtraction Osteotomy for Fixed Sagittal Imbalance and Lumbosacral Kyphosis. *Clin Spine Surg* [Epub Ahead of Print]

22. Fang T, **Bronson W**, Kepler C. The C2 "Parsicle" Screw: Introduction of a Novel Posterior Surgical Technique for Upper Cervical Fixation. *Clinical Spine Surgery* [Forthcoming]

23. **Bronson W**, Protopsaltis TA. Management of Type II Odontoid Fractures in Adults. *Bull Hosp Jt Dis*. 2019;77(1):4-10

24. Galetta MS, Kepler CK, Divi SN, Russo GN, Segar AH, Boody BS, **Bronson W**, Rihn JA, Goyal DJC, Fang T, Schroeder GF, Vaccaro AR. Consensus on Wound Care of SSI in Spine Surgery. *Clin Spine Surg*. [Epub Ahead of Print]

25. Divi SN, Kepler CK, Boody BS, **Bronson WH**, Russo GS, Segar AH, Galetta MS, Goyal DKC, Fang T, Schroder GD, Vaccaro AR. Consensus on Implants in Infections After Spine Surgery. Clin Spine Surg. 2019 [Epub Ahead of Print]

26. Kepler CK, Divi SN, Russo GS, Segar AH, Boody BS, **Bronson WH**, Tarazona DA, Cifuentes E, Asma A, Galetta MS, Goyal DKC, Fang T, Schroeder GD, Vaccaro AR. Consensus on the Role of Antibiotic Use in SSI Following Spinal Surgery. Clin Spine Surg. 2019 [Epub Ahead of Print]

27. Kepler CK, Divi SN, **Bronson WH**, Boody BS, Segar AH, Russo GS, Kaye ID, Sirch FJ, Galetta MS, Goyal DKC, Fang T, Schroeder GD, Vaccaro AR. General Principles in the Consensus of SSI Management After Spine Surgery. 2019. [Epub Ahead of Print]

## ABSTRACTS / PRESENTATIONS / POSTERS

1. **Bronson W**. "Intentionality, Intending, and Moral Responsibility." University of Chicago 2nd Annual Undergraduate Philosophy Conference. February 23, 2008. Podium presentation and discussion.

2. **Bronson W**, Hayden BL, Villalobos CE, Wittig JC, Malawer MM. "Chondrosarcoma of the Scapula Treated with a Limb-Sparing Resection and Total Scapula Prosthetic Reconstruction." 64th Annual Meeting of the American Society for the Surgery of the Hand, San Francisco, CA. September 3-5, 2009. Video presentation.

3. **Bronson W**, Hayden BL Villalobos CE, Malawer MM; Wittig JC. "Limb-sparing Resection of the Scapula for a Large Chondrosarcoma and Reconstruction of the Shoulder Girdle with a Constrained Total Scapula Prosthesis. How I do it." The International Symposium of Limb Salvage and The Musculoskeletal Tumor Society, Boston, MA. September 23-26, 2009. Poster and Video presentation.

4. Wittig JC, **Bronson W**, Villalobos CE, Hayden BL, Malawer MM. "Radical Resection of the Scapula for Large Chondrosarcoma and Reconstruction with a Constrained Total Scapula Prosthesis." 95th Annual Clinical Congress of the American College of Surgeons, Chicago, IL. October 11-15, 2009. Video presentation.

5. Wittig JC, **Bronson W**, Hayden BL, Villalobos CE, Choi I, Malawer MM. "Chondrosarcoma of the Scapula Treated with Limb-Sparing Resection and Total Scapula Prosthetic Reconstruction." Annual Meeting of the American Academy of Orthopaedic Surgeons, New Orleans, LA. March 9-13, 2010. Video presentation.

6. **Bronson W**, Hayden BL Villalobos CE, Malawer MM; Wittig JC. "Chondrosarcoma of the Scapula: Limb-Sparing Resection of the Scapula and Reconstruction with a Constrained Total Scapula Prosthesis." VuMedi. July, 2009. (https://www.vumedi.com/video/chondrosarcoma-of-the-scapula-limb-sparing-resection-of-the-scapula-and-reconstruction-with-a-constr/). Video presentation.

7. Andriotis A, **Bronson W**, Choudhri T. "The Effect of Increasing Age in Elderly Patients on Post-Operative Complications and Outcomes of Spine Surgery." 15th Annual Medical Student Research Day. Mount Sinai School of Medicine, New York. November 5, 2009. Poster presentation.

8. **Bronson W**, Andriotis A, Choudhri T. "Balancing Post Operative Drain Use and Antibiotic Regimens Following Spine Surgery: A Retrospective Study." 15th Annual Medical Student Research Day. Mount Sinai School of Medicine, New York. November 5, 2009. Poster presentation.

9. Stets K, Koehler SM, **Bronson W**, Chen M, Yang K, Bronson M. "Weight and Body Mass Index Change after Total Joint Arthroplasty." 16th Annual Medical Student Research Day. Mount Sinai School of Medicine, New York. November 4, 2010. Poster presentation.

10. **Bronson W**. "Conflicts in Orthopedic Surgery." Medical Ethics Student Organization, Mount Sinai School of Medicine, June 16, 2011. Podium presentation and discussion.

11. Sandres M, Park B, **Bronson W**, Egol K, Phillips D. Use of Audience Response System in Orthopedic Residency Training. New York State Osteopathic Medical Society Regional Meeting April 16-19 2015. Poster Presentation.

12. **Bronson W**, Lafage V, Liabaud B, Mundis G, Gum J, Burton D, Smith J, Ames C, Schwab F, Protopsaltis TS, ISSG. "Reliability of Intraoperative Prone Lateral Radiographs in Predicting Postoperative Standing Sagittal Alignment". Annual Meeting of the American Academy of Orthopaedic Surgeons, Orlando, FL. March 3, 2016. Podium Presentation.

13. Hassan S, Patel K, **Bronson W**, Ryan W, Protopsaltis T, Goldstein J, Errico T. "Total Disc Arthroplasty: The Current and Future Use of an Evolving Technology in Spine Surgery". Annual Meeting of the American Academy of Orthopaedic Surgeons, Orlando, FL. March 1-5, 2016. Scientific Exhibit.

14. Poorman G, Jalai C, Diebo B, Vira S, Baker J, Shenoy K, Hasan S, Buza J, **Bronson W**, Paul J, Kaye D, Atanda A, Lafage V, Errico T, Passias P. "Congenital vs. Idiopathic scoliosis: Comparison of In-hospital Co-morbidities Using Nationwide Inpatient Database (KID)." 2016 SRS Annual Meeting, Prague, Czech Republic. September 21 - 24, 2016. E-Poster.

15. Passias P, Poorman G, Jalai C, Diebo B, Vira S, Baker J, Shenoy K, Hasan S, Buza J, **Bronson W**, Paul J, Kaye D, Atanda A, Lafage V, Errico T. "Incidence of Congenital Spinal Abnormalities Among Paediatric Patients and their Association with Scoliosis and Systemic Anomalies." 2016 SRS Annual Meeting, Prague, Czech Republic. September 21 - 24, 2016. E-Poster.

16. Poorman G, Jalai C, Diebo B, Vira S, Baker J, Shenoy K, Hasan S, Buza J, **Bronson W**, Paul J, Kaye D, Atanda A, Lafage V, Errico T, Passias P. "Congenital vs. Idiopathic scoliosis: Comparison of In-hospital Co-morbidities Using Nationwide Inpatient Database (KID)." NASS 31st Annual Meeting, Boston MA, Oct 26-29 2016. E-Poster.

17. Passias P, Poorman G, Jalai C, Diebo B, Vira S, Baker J, Shenoy K, Hasan S, Buza J, **Bronson W**, Paul J, Kaye D, Atanda A, Lafage V, Errico T. "Incidence of Congenital Spinal Abnormalities Among Paediatric Patients and their Association with Scoliosis and Systemic Anomalies." NASS 31st Annual Meeting, Boston MA, Oct 26-29 2016. E-Poster.

18. **Bronson W**, Bosco J, Hurtzler L, Bendo J, Errico T. "Two Year Cost Analysis of the Spine Bundled Payments for Care Improvement Initiative at a Large Urban Tertiary Care Academic Institution." Annual Meeting of the American Academy of Orthopaedic Surgeons, San Diego, CA. March 14-18, 2017. Poster Presentation. *Chosen to be highlighted on e-poster tour.*

19. Mercuri, J, **Bronson W**, Bosco J, Iorio R, Schwarzkopf R, Lajam C, Zuckerman J. "Unintended Ethical Consequences of Value Based Care in Total Joint Arthroplasty." Annual Meeting of the American Academy of Orthopaedic Surgeons, San Diego, CA. March 14-18, 2017. Scientific Exhibit.

20. **Bronson W**, Dai A, Protopsaltis T. S1 Pedicle Subtraction Osteotomy for Fixed Sagittal Imbalance. Annual Meeting of the American Academy of Orthopaedic Surgeons, San Diego, CA. March 14-18, 2017. Video presentation.

21. Poorman GW, Horn SR, **Bronson W**, Hasan S, Moon JY, Diebo BG, Passias P "Determinants of Cost-to-Charge Ratio Variation among US Hospitals. NASS 32nd Annual Meeting. Orlando, FL. October 25-28. Podium Presentation.

22. Fang T, **Bronson W**, Tarazona D, Nicholson KJ, Galetta MS, Kaye ID, Kepler CK, Kurd MF, Hilibrand AS, Woods BI, Radcliff KE, Rihn JA, Anderson G, Vaccaro AR, Schroeder GD. "Are HRQOL Outcomes after ACDF Influenced by Smoking Status?" 46th Annual Meeting Cervical Spine Research Society, Scottsdale AZ. December 6-8. E-Poster

## TEXTBOOK CHAPTERS

1. **Bronson W**, Heller J. "Navigated Sacroiliac Joint Fusion" *Navigation and Robotics in Spine Surgery.* (forthcoming)
2. **Bronson W**, Segar A, Harris E, Hilibrand AS. "Cervical Instability and Kyphosis (Rheumatoid, Dwarfism, Degenerative, Others)". *Textbook of Spinal Surgery, Fourth Edition.* (forthcoming)
3. Mangan J, **Bronson W**, Snyder N, Lendner M, Vannello C, West M, Vaccaro AR. "The Rothman Model." Challenges, Risks & Opportunities in Today's Spine World (forthcoming)
4. **Bronson W**, Stull J, McKenzie J, Vaccaro AR. "Chapter 49: Thoracolumbar Conditions." *Orthopaedic Knowledge Update 13* (forthcoming)

## RESEARCH IN PROGRESS

Bronson W, Lafage V, Liabaud B, Mundis G, Gum J, Burton D, Smith J, Ames C, Schwab F, Protopsaltis TS, ISSG. Reliability of Intraoperative Prone Lateral Radiographs in Predicting Postoperative Standing Sagittal Alignment. *In submission.*

## INVITED LECTURES / GRAND ROUNDS

1. "Debate on The Best Treatment for Cervical Myelopathy: Cervical Laminectomy and Fusion" 18th Annual Thomas Jefferson Spine Fellows Alumni Symposium. July 14, 2018

## VOLUNTEER

| | |
|---|---|
| 2013-2014 | Sideline physician, Varsity high school football, Bayside, Queens NY |
| 2004-2008 | Instructor, Princeton University Special Olympics Skating Program, Princeton NJ |
| 2005 | Global Service Corps English language instructor and hospital volunteer, Sai Yok, Thailand |