# EXHIBIT F

NYSCEF DOC. NO. 36
INDEX NO. 710467/2023
RECEIVED NYSCEF: 04/09/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-6    Filed 08/12/25    Page 2 of 11 PageID #: 10631

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-----------------------------------------------------------------------X   Index No.:710467/2023E
MOHAMMED MOHSIN,

                            **Plaintiff(s),**                        **NOTICE OF EXPERT**
       -against-                                                        **WITNESS PURSUANT**
                                                                               **TO CPLR 3101(d)**

ADOM RENTAL TRANSPORTATION INC AND AZUKO
NWOSU,
                            **Defendant(s).**
-----------------------------------------------------------------------X   File No.:1104955

COUNSELOR(S):

**PLEASE TAKE NOTICE**, of Defendant(s), **ADOM RENTAL TRANSPORTATION INC AND AZUKO NWOSU**, response to Plaintiff(s) request for expert disclosure pursuant to section 3101(d) of the Civil Practice Law and Rules.

Defendants expect to call, **HOWARD A. KIERNAN, M.D.,** as an expert witness at the trial in the above matter.

The subject matter upon which the examining physician is presently expected to testify is set forth in detail in report(s) dated, **JULY 29, 2024,** attached hereto and incorporated by reference herein.

The facts and opinions upon which the examining physician is expected to testify are based on his/her physical examination of the plaintiff and/or his/her review of the plaintiff's medical records and upon all matters in evidence.

The grounds of the physician's opinion come from his/her physical examination of the plaintiff on the above date and/or his/her review of the plaintiff's medical records and is set forth in the attached report.

The Curriculum Vitae for the examining physician is annexed to the report.

Dated: Freeport, New York
        August 08, 2024

Yours,
BAKER, MCEVOY& MOSKOVITS

TO: LAW OFFICES OF SOLOMON AMINOV P.C.
     147-17 UNION TURNPIKE
     FLUSHING, NY 11367
     (212) 725-2969

_____
RONIT Z. MOSKOVITS, Esq.
ATTORNEY FOR DEFENDANT(S)
5 BROADWAY, SUITE 3
FREEPORT, NEW YORK 11520
(212) 857-8230

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**
-------------------------------------------------------------------------X   Index No.:710467/2023E
MOHAMMED MOHSIN,

                             **Plaintiff(s),**

   -against-

ADOM RENTAL TRANSPORTATION INC AND AZUKO
NWOSU,
                            **Defendant(s).**
-------------------------------------------------------------------------X   File No.:1104955

**NOTICE OF EXPERT WITNESS PURSUANT TO CPLR 3101(d)**

---

**BAKER, McEVOY & MOSKOVITS**
Attorneys for Defendant(s)
**ADOM RENTAL TRANSPORTATION INC AND AZUKO NWOSU**
Office and Post Office Address, Telephone Number
5 Broadway, Suite 3
Freeport, NY 11520
(212) 857-8230

---

To: LAW OFFICES OF SOLOMON AMINOV P.C.

Attorney(s) for: MOHAMMED MOHSIN

Service of a copy of the within

                                       is hereby admitted.

Dated,

Attorney(s) for

**Howard A. Kiernan, M.D**.
Diplomate American Board of Orthopaedic Surgery
86 -11 Lefferts Blvd, L L Level.
Richmond Hill, NY 11418

07/29/2024

| | |
|---|---|
| Claimant: | Mohsin, Mohammed |
| RMA#: | 043124 |
| Claim#: | 1104955 |
| DOB | ▇▇/1969 |
| DOA: | 10/20/2021 |

To Whom It May Concern:

I am a Board-Certified Orthopedic Surgeon and have been asked to perform an orthopedic examination on 07/22/2024 regarding Mr. Mohammed Mohsin at the Richmond Hill, New York office. He presented his New York State Driver License prior to this examination.

He was accompanied to this examination by his IME Companion, Christian Hogarth.

An office assistant, Alla, was present at the time of this examination.

My findings are as follows:

Please note the claimant did not wish to complete the claimant's questionnaire.

**HISTORY OF ACCIDENT (as per BOP):** Mr. Mohsin was involved in a motor vehicle accident occurring on 10/20/2021. At that time, he was the driver when the vehicle was rear-ended.

Immediately, Mr. Mohsin injured his neck, low back, right shoulder, and right ankle. He went to the Jamaica Hospital. He was seen in the emergency room where he was evaluated. Mohsin was later released.

**TREATMENT HISTORY:** Following the accident, Mr. Mohsin came under the care of various physicians. He was initiated on a course of conservative treatment. He received cervical spine trigger point injection on 10/26/2021, trigger point injection on 12/07/2021 and epidural steroid injection on 12/12/2021.

He underwent right shoulder arthroscopy on 05/23/2022.

Claimant:  Mohsin, Mohammed  RMA#: 043124
Claim#:    1104955             DOA:  10/20/2021
Page       2

**CURRENT COMPLAINTS:** Mr. Mohsin has complaints of pain in his neck, mid back, low back, right shoulder, and right ankle.

**REVIEW OF SUBMITTED RECORDS:**

1. Verified bill of particulars, index# 7104678/2023
2. Police accident report dated 10/20/2021.

I am advised that there are no legally authenticated medical records were available for review. If any authenticated medical records are available at any later time. I would be pleased to review them and advise whether they have any effect on my opinion, which is based on today's examination.

**PAST MEDICAL HISTORY:** Mr. Mohsin did not disclose any details regarding his past medical history. He does not disclose any details regarding prior or subsequent accidents or injuries.

**PAST SURGICAL HISTORY:** He does not disclose if he underwent any surgery in the past.

**MEDICATION HISTORY:** Mr. Mohsin does not disclose any details regarding current medications. He did not take any medications today prior to this examination.

**OCCUPATIONAL HISTORY AND CURRENT JOB STATUS (as per BOP):** Mr. Mohsin was employed at the time of the accident. Currently he is not working.

**EXAMINATION:**
**(07/22/2024)**

**PHYSICAL EXAMINATION:** Mr. Mohsin is a 54-year-old male. His height is 5 feet 8 inches (as per ID card) tall. He has black eyes (as per ID card).

Note: the claimant did not provided his weight.

**OBSERVATION:** The claimant walks into the exam room with a normal gait and posture. No limp or foot drop was present. No brace or assistive device was used.

**RANGE OF MOTION MEASUREMENTS:** The range of motion of the examined body parts were performed by the claimant. This is a subjective maneuver on the part of the claimant. Measurements of the ranges of motion were performed by the examiner using a hand-held goniometer where applicable. The measurement itself is, therefore, an objective measurement of the claimant's subjective efforts. The values of all the measurements were compared to the normal active range of motion values according to the

Claimant:   Mohsin, Mohammed          RMA#:  043124
Claim#:     1104955                   DOA:   10/20/2021
Page        3

---

publication, "Guidelines to the Evaluation of Permanent Impairment," 5th edition, pages 569-598, published by the American Medical Association.

**ORTHOPEDIC EXAMINATION:**

**Cervical Spine:**

There is no muscle spasm upon palpation of the paracervical muscles. There is no complaint of tenderness upon palpation.

Active range of motion reveals flexion to 50 degrees (50 degrees normal), extension to 60 degrees (60 degrees normal), right lateral flexion to 45 degrees (45 degrees normal) and left lateral flexion to 45 degrees (45 degrees normal), and right rotation to 80 degrees (80 degrees normal) and left rotation to 80 degrees (80 degrees normal).

The following orthopedic tests are performed:

- Spurling's – Negative.
- Lhemitte's sign – Negative.
- Hoffman's – Negative.
- Compression – Negative.

Neurological examination of the bilateral upper extremities shows as follows: There is no atrophy noted bilaterally. Muscle strength in each range is at 5/5 bilaterally. Deep tendon reflexes, biceps and triceps, are at 2+ bilaterally. Sensation to light touch is within normal limits bilaterally.

**Lumbar Spine:**

There is no muscle spasm upon palpation of the paralumbar muscles. There is no complaint of tenderness upon palpation.

Active range of motion reveals flexion to 60 degrees (60 degrees normal), extension to 25 degrees (25 degrees normal), right lateral flexion to 25 degrees (25 degrees normal) and left lateral flexion to 25 degrees (25 degrees normal).

Straight Leg Raise:

- Sitting straight leg raise is negative, bilaterally with no radiculopathy.
- Supine straight leg raise is negative, bilaterally with no radiculopathy.

The following orthopedic tests are performed:

- Fabere – Negative.

| | | | |
|---|---|---|---|
| Claimant: | Mohsin, Mohammed | RMA#: | 043124 |
| Claim#: | 1104955 | DOA: | 10/20/2021 |
| Page | 4 | | |

- Babinski sign – Negative.
- Long Tract Sign – Negative.
- Laseque's test – Negative.

Neurological examination of the bilateral lower extremities shows as follows: There is no atrophy in the muscles of the right and left thigh or right and left calf. Muscle strength in each range is at 5/5 bilaterally. Deep tendon reflexes are in the right knee at 2+, left knee at 2+, right ankle at 2+, and left ankle at 2+. Sensation to light touch is within normal limits bilaterally.

**Right Shoulder:**

Examination reveals healed arthroscopic scars. There is no heat, swelling, effusion, erythema, or crepitus appreciated.

The following orthopedic tests are performed:

- Hawkins/Kennedy Impingement – Negative.
- Cross Arm Adduction – Negative.
- Scapular Winging – Negative.
- O'Brien – Negative.
- Painful Arc – Negative.
- Neer's Impingement – Negative.
- Empty Can (Jobe's) – Negative.
- Drop Arm – Negative.
- Atrophy of Deltoid – Negative.
- Rotator Cuff Strength – 5/5.

There is no complaint of tenderness upon palpation in the acromioclavicular or supraspinatus.

Active range of motion reveals forward flexion to 180 degrees (180 degrees normal), extension to 40 degrees (40 degrees normal), abduction to 180 degrees (180 degrees normal), adduction to 30 degrees (30 degrees normal), internal rotation to 80 degrees (80 degrees normal), and external rotation to 90 degrees (90 degrees normal).

**Right Ankle:**

There is no heat, swelling, effusion, erythema, or crepitus appreciated. There is no evidence of atrophy.

The following orthopedic tests are performed:

- Drawer – Negative.
- Talar Tilt – Negative.
- Instability – No.

| | | | |
|---|---|---|---|
| Claimant: | Mohsin, Mohammed | RMA#: | 043124 |
| Claim#: | 1104955 | DOA: | 10/20/2021 |
| Page | 5 | | |

- Dorsiflexion Strength – 5/5.
- Plantar Flexion Strength – 5/5.

Active range of motion reveals dorsiflexion (extension) to 20 degrees (20 degrees normal), plantarflexion (flexion) to 40 degrees (40 degrees normal), inversion to 30 degrees (30 degrees normal), and eversion to 20 degrees (20 degrees normal). There is no complaint of tenderness upon palpation.

**Right Foot:**

Range of motion: Great Toe: IP Joint: 0-90 degrees (0-90 degrees normal flexion), and MTP Joint: 0-45 degrees (0-45 degrees normal flexion) and 0-70 degrees (0-70 degrees normal extension). Smaller Toes (2, 3, 4, 5): MTP: 0-90 degrees (0-90 degrees normal), PIP: 0-100 degrees (0-100 degrees normal), and DIP: 0-90 degrees (0-90 degrees normal). There is no complaint of tenderness upon palpation.

**IMPRESSION:**

1. Alleged cervical spine sprain/strain – resolved.
2. Alleged lumbar spine sprain/strain – resolved.
3. Status post alleged right shoulder surgery on 05/23/2022 – healed.
4. Alleged right ankle/foot sprain/strain – resolved.

**CONCLUSIONS:**

The Bill of Particulars alleges that as a result of the accident on 09/10/2021 the claimant sustained injuries to cervical spine, lumbar spine, right shoulder, and right ankle/foot.

Today's examination indicates that the injured body parts alleged in the Bill of Particulars have resolved. The claimant did not sustain any significant or permanent injury as a result of the motor vehicle accident on 10/20/2021. There are no objective clinical findings indicative of a present disability, and functional impairment, which prevents the examinee from engaging in ADL, and usual activities including work, and hobbies. The claimant is able to return to full duty work without restrictions.

Upon completion of the examination, Mr. Mohammed Mohsin offers no complaints as a result of this examination and left the examining area stable and unchanged.

If you have any further questions regarding Mr. Mohammed Mohsin, please do not hesitate to contact me.

Claimant: Mohsin, Mohammed    RMA#: 043124
Claim#: 1104955    DOA: 10/20/2021
Page 6

**ATTESTATION:** I, Howard A. Kiernan, M.D., being an Orthopedic Surgeon, duly licensed to practice medicine in the State of New York, am not a party to this lawsuit, pursuant to the applicable provisions of these Civil Practice Law and Rules section 2106. Hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

Sincerely,

Howard A. Kiernan, M.D.
Board Certified Orthopedic Surgeon
License#: 099298-01



Howard A. Kiernan, Jr., M.D.

## Education

| | |
|---|---|
| 1954-1958 | St. Francis Xavier High School, NYC |
| 1958-1962 | Holy Cross College, Worchester, Massachusetts Bachelor of Science |
| 1962-1966 | New York University School of Medicine, NYC Doctor of Medicine |

## Hospital Training

| | |
|---|---|
| 1966-1967 | Bellevue Hospital General Surgery Internship |
| 1969-1970 | Bellevue Hospital General Surgery Residency |
| 1970-1973 | New York Hospital Orthopaedic Residency |
| 1973-1974 | Frank Stinchfield Fellowship in Hip Surgery |

## Certifications

1967 ABOS
1993 Recertified

## Licensure

State of New York
Certified, National Board of Medical Examiners

## University Appointments

1973-1983 College of Physicians and Surgeons, Columbia University
1974-approx. 2011 The New York Hospital, Columbia Presbyterian Medical Center

## Current Professional Activities

Medical Review Consultant, EmpireStat
Private Practice

## Selected Publications in Referred Journals

Total knee arthroplasty and Parkinson disease: enhancing outcomes and avoiding complications. Macaulay W; Geller JA; Brown AR; Cote LJ; Kiernan HA. The Journal of the American Academy of Orthopaedic Surgeons, Vol. 18, no. 11 (November 2010), pp. 687-94.

Intraoperative Music Reduces Perceived Pain After Total Knee Arthroplasty – A Blinded, Prospective, Randomized, Placebo-Controlled Clinical Trial. Simcock, Xavier C.; Yoon, Richard S.; Chalmers, Peter; Geller, Jeffrey A.; Kiernan, Howard A.; Macaulay, William. Journal of Knee Surgery, Vol. 21, Issue 4 (October 2008), pp. 275-278.

Prospective Randomized Clinical Trial Comparing Hemiarthroplasty to Total Hip Arthroplasty in the Treatment of Displaced Femoral Neck Fractures. William Macaulay and other members of the DFACTO Consortium including Howard A. Kiernan. The Journal of Arthoplasty, Volume 23, Issue 6, Supplement (September 2008), pp. 2–8.

Foreman, Oz Lontz, Treat, Kiernan. Lazar assisted Fibrin Clot soldering of Human Menisci. Clinical Orthopaedics & Related Research. 310:47-41.

Schinsky MF., Macaualy W., Parks ML., Kiernan, H. Nercessian, O.A.: Nerve Injury after Primary Total Knee Arthroplasty. In Press, Journal of Arthroplasty, 1001.

Abstracts

Kiernan, H. Nercessian, O.A., & Brown, H.: Review of the Result of Arthroscopic Meniscectomy & debridement for Degenerative Meniscal Tear, 1993.

Wittig, J., Nercessian, O.A., Kiernan, H., & dick, H.M. Limb Salvage for Neoplastic Disease in the Femur. Result with Massive Allograft, 1997.