# EXHIBIT G

# Exhibit A

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 3 of 31 PageID #: 10643

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
HENRY SAINT VIL

     Plaintiff,

-against-

BRIAN HALL, DNC CORP, AND
 PENSKE TRUCK LEASING CO., L.P.

     Defendants.
-----------------------------------------------------------------X

**EXPERT DISCLOSURE
PURSUANT TO
CPLR § 3101(D)**

**Index No: 720300/2021**

     PLEASE TAKE NOTICE, that Defendants, BRIAN HALL, AND DNC CORP.,

(hereinafter referred to as "Defendants"), by their attorneys, LAW OFFICES OF JOHN J. BELLO,

JR., as and for their Expert Witness Disclosure, hereby alleges, upon information and belief, as

follows:

| | |
|---|---|
| IDENTITY OF EXPERT: | CHARLA FISCHER, MD |
| QUALIFICATIONS: | Dr. Charla Fischer is a duly licensed physician in the State of New York and a Board Certified. Her Curriculum Vitae is annexed hereto as **Exhibit "A"**. |
| SUBJECT MATTER: | Dr. Fischer is expected to testify and give her expert opinion concerning all aspects of her examination of the plaintiff on July 2, 2024, including, but not limited to, her background, medical training and expertise, the scope of the examination and the medical significance thereof, and will offer her opinions and conclusions derived therefrom. |
| | Dr. Fischer will also testify as to the records, documents, films, documents exchanged during the course of litigation and introduced at trial, and other materials reviewed, the history obtained, as well as her review of additional records provided to her, and will offer her opinions as to the diagnosis, prognosis, findings, and permanency, if any, regarding the plaintiff's claimed injuries, disabilities and their sequelae. |
| | Dr. Fischer is expected to testify regarding the findings and opinions expressed in plaintiff's experts' reports and disclosures, their |

© 2025 by The Hartford. Classification: Non-Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

findings and opinions at trial, the findings and opinions expressed by other witnesses who have testified or who can reasonably be expected to testify at trial; and the findings and opinions expressed by other physicians who have treated and/or examined the plaintiff and/or who have reviewed or interpreted films and records regardless of whether or not they have testified at trial. Dr. Fischer is expected to offer rebuttal testimony in response to Plaintiff's experts, as well as the documents, films, photographs, exhibits and items offered into evidence during Plaintiff's case in chief.

Dr. Fischer's report, dated August 6, 2024, is annexed hereto as **Exhibit "B"**. Dr. Fischer may also testify about any exhibit or testimony preceding her own testimony.

In addition to what is set forth in her narrative report dated August 6, 2024, Dr. Fischer is expected to testify, among other things, regarding Plaintiff's alleged injuries and their sequelae; the mechanics, causation, degrees, clinical signs and/or symptoms and diagnosis of such injuries. She is expected to testify about the course that such injuries typically take; about the healing and/or recovery process; and about the various treatment modalities for such injuries (including therapy and medications). She will testify regarding the physiology of the human body, including but not limited to the bony structures, ligaments, muscles, tissue, nerves, nerve roots and the manner in which the various components relate to one another generally and in regard to the plaintiff specifically.

GROUNDS FOR
OPINION:                Dr. Fischer's opinions are based upon her education, training, and experience, her review of the plaintiff's medical records, diagnostic studies, and films, as well as her review of additional records provided to him subsequent to the examination conducted by her.

**PLEASE TAKE FURTHER NOTICE,** that Defendants, BRIAN HALL, AND DNC CORP., reserve their right to amend and/or supplement this disclosure up to and including the time of trial of this action.

Dated: New York, New York
        February 27, 2025

© 2025 by The Hartford. Classification: Non-Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 5 of 31 PageID #: 10645

LAW OFFICES OF JOHN J. BELLO, JR.

_____

Scott B. Pero, Esq.
Attorneys for Defendant
BRIAN HALL, AND
DNC CORP.
Penn 1
One Pennsylvania Plaza
50th Floor, Suite #5004
New York, NY  10119
Tel. No.: (212) 553-8770

TO:
KULLER LAW FIRM, LLP
Attorneys for Plaintiff
One Old Country Road, Suite 270
Carle Place, New York 11514

© 2025 by The Hartford. Classification: Non-Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 6 of 31 PageID #: 10646

# Exhibit A

## Curriculum Vitae

## Charla R. Fischer, M.D.

## Current Appointments and Leadership

**Faculty Appointment**
04/01/2017    Associate Professor, Non-tenure eligible, Orthopedic Surgery, NYU School of Medicine New York, NY

**Hospital Appointment**
04/01/2017    Attending Physician, Orthopedic Surgery, NYU Langone Medical Center, New York, NY

**Administrative Leadership**
04/01/2017    Departmental, Director of Quality and Patient Safety for the Spine Division, Orthopedic Surgery, NYU Langone Orthopedic Hospital, New York, NY
01/01/2018    Departmental, Associate Fellowship Director, Spine Division, NYU Langone Orthopedic Hospital, New York, NY

**Education**

| Year | Degree | Field | Institution |
|---|---|---|---|
| 1998 | Certificate | | Mira Loma High School |
| 2002 | B.S. | Biochemistry | University of Southern California |
| 2006 | M.D. | Medicine | University of Southern California |

**Postdoctoral Training**
2006-2007    General Surgery Internship, Columbia University, New York
2007-2010    Orthopedic Surgery Residency, Columbia University, New York
2010-2011    Chief Resident, Orthopedic Surgery, Columbia University, New York
2011-2012    Spine Surgery Fellow, NYU-Hospital for Joint Diseases, New York

**Specialty Certification**
2015    American Board of Orthopedic Surgery

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 8 of 31 PageID #: 10648

**Licensure and Certification**
2011                          New York #240106

**Previous Appointments and Leadership**
**Academic Appointments**
09/2012-03/2017               Assistant Professor, Non-tenure eligible, Orthopedic Surgery, Columbia
                              University School of Medicine, New York, NY

**Hospital Appointments**
09/2012-03/2017               Attending Physician, Orthopedic Surgery, New York Presbyterian Hospital,
                              New York, NY

**Awards, Honors, and Memberships in Honorary Societies**
**Internal**
none

**External**
2012                          AAOS Best Spine Poster
2005                          Alpha Omega Alpha
2001                          USC Ambassador
2001                          Mortar Board
2001                          Phi Beta Kappa
2001                          Phi Kappa Phi

**Research Activity**

**Major Research Interests**
Clinical outcomes after minimally invasive spine surgery
Cost Effectiveness after spine surgery

**Grants Received**
**Past Support**

| Agency | Title | Type & # | Period | Total Direct Costs | Role | % Effort |
|--------|-------|----------|--------|-------------------|------|----------|
| OMeGA | Spine Surgery Fellowship | n/a | 8/11-7/12 | $50,000 | | 7% |
| NIH-NIAMS | ERK Signaling in Inflammatory Bone Loss | 1R01AR056246-01A1 – Supplement to promote diversity | 1/13-12/16 | $170,000 | Co-Inv | 5% |
| OREF | The Effect of Calreticulin on Osteoclastogenesis and Overiectomy Induced Bone Loss in Mice Residency | New Investigator Grant | 1/14-1/16 | $50,000 | PI | 20% |

| Agency | Title | Type & # | Period | Total Direct Costs | Role | % Effort |
|--------|-------|----------|--------|--------------------|------|----------|
| OMeGA | Resident Surgical Skills | Residency Education Grant | 1/14-1/15 | $5000 | PI | 7% |
| OSRF | The Effect of Risk Factors for Osteoporosis on Outcomes after Spinal Fusion | n/a | 1/16-12/16 | $3850 | PI | 7% |

## Current Support
Current Research Funding:

| Agency | Title | Type & # | Period | Total Direct Costs | Role | % Effort |
|--------|-------|----------|--------|--------------------|------|----------|
| Exela | Safety of Tranexamic acid in Spine surgery | n/a | 11/1/18-present | | Co-Inv | |
| Pfizer | Pre-operative Vaccine to prevent MSSA infections in spine surgery | n/a | 50/30/17-present | | Co-Inv | |

## Clinical Activity
I am dedicated to the surgical treatment of spinal disease, with a particular focus on the minimally invasive treatment of degenerative disease and the use of emerging technologies such as navigation and robotics.

## Education Activity
I am dedicated to teaching undergraduate, medical students, residents, and fellows in the area of orthopedic spine surgery. I enjoy teaching in the operating room, as well as demonstrating and mentoring good bedside behavior to help students learn the art of medicine. I also am dedicated to teaching students to pursue the understanding of medicine through research.

## Teaching Activities
| | |
|---|---|
| 09/2012-03/2017 | GME, Teaching in residency program, attending physician Columbia University Medical Center, 10hrs/week |
| 09/2012-08/2015 | UME, Foundations of Clinical Medicine, Columbia College of Physicians and Surgeons |
| 09/2012-08/2016 | UME, Medical Student Orthopedic Surgery Rotation Preceptor, Columbia College of Physicians and Surgeons |
| 04/2017 | GME, Teaching in orthopedic residency program, attending physician NYU Langone Orthopedic Hospital, 10hrs/week |

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 10 of 31 PageID #: 10650

04/2017              GME, Teaching in spine fellowship program, attending physician
                     NYU Langone Orthopedic Hospital, 20hrs/week

Curriculum development and other innovative educational activities
09/2012-06/2015      Development of a required course, Intern Surgical Skills Course,
                     Department of Orthopedics, Columbia University Medical Center, 40
                     hrs the first year, 3 hours/year thereafter

**Invited Talks and Teaching of Peers**

**Internal**

1.  **Fischer, CR.** Spondyloarthropathies. Resident Lecture.  New York University  - Hospital for Joint Diseases, February 15, 2012.

2.  **Fischer, CR.** Physical Examination of the Lumbar and Cervical spine.  Physician Assistants and Residents Lecture. New York University - Hospital for Joint Diseases, May 21, 2012.

3.  **Fischer, CR.** A Systematic Review of Bone Graft Substitutes for Common Spine Procedures.  Spine Grand Rounds.  New York University – Hospital for Joint Diseases, June 1, 2012

4.  **Fischer CR**. Trimba Y. Peters A. Goldstein JA. Spivak JM.  Bendo JA.  Cost-Effectiveness of Lumbar Spondylolisthesis Surgery: 2 Years Follow up.  Fellows Graduation Research Presentation, July 19, 2012.

5.  **Fischer CR.** Robotic Assisted Spine Surgery.  Spine Grand Rounds.  New York University - Hospital for Joint Disease, July 8, 2016.

6.  **Fischer CR**.  Minimally Invasive Lumbar Spine Surgery: Evidence Based Medicine and Best Practices.  Grand Rounds, NYU Langone Department of Rehabilitation Medicine.  New York, NY.  May 10, 2017.

7.  **Fischer CR.** Indications and Results of Lumbar Spine Surgery without Spondylolisthesis.  NYU Langone Comprehensive Spine Course. New York, NY. October 13, 2017.

8.  **Fischer, CR.** Cervical Myelopathy and Radiculopathy.  Resident Lecture, NYU Langone Orthopedic Hospital.  New York, NY.  August 12, 2018

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 11 of 31 PageID #: 10651

9. **Fischer CR.** Lumbar Fusion: When and How.  NYU Langone Comprehensive Spine Course. New York, NY.  October 5, 2018.

10. **Fischer, CR.** Spine OITE Review.  Resident Lecture, NYU Langone Orthopedic Hospital.  New York, NY.  October 31, 2018.

11. **Fischer CR**. Minimally Invasive Lumbar Spine Surgery.  Grand Rounds, NYU Langone Department of Pain Medicine.  New York, NY.  November 12, 2018.

**External**
1. **Fischer, CR**. Unicameral Bone Cysts. Presented at Grand Rounds. New York Orthopaedic Hospital, Columbia Presbyterian, April 2008

2. **Fischer, CR**.  Amorosa, L. Brown, G. Overhead Throwing Injuries in Athletes. Presented at Grand Rounds. New York Orthopaedic Hospital, Columbia Presbyterian, June 2008

3. **Fischer, CR.**  Nellans, K. Wolfe, V.  Rheumatoid Disease in the Cervical Spine. New York Orthopaedic Hospital, Columbia Presbyterian, April 2010

4. **Fischer CR,** Kim YJ, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Gupta MC, Cho SK, Cha TD Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis.  Resident Graduation.  New York Orthopaedic Hospital, Columbia Presbyterian, June, 2011.

5. **Fischer, CR.** Atlantoaxial Instability in Rheumatoid Arthritis.  Spine Grand Rounds. New York University – Hospital for Joint Diseases, August 5, 2011

6. **Fischer, CR.** Spine OITE Review.  Resident Lecture. New York Univeristy – Hospital for Joint Diseases, September 16, 2011.

7. **Fischer CR**. The Surgical Treatment of Lumbar Spinal Stenosis.  The ABC's of Lumbar Spinal Stenosis.  Allied Health Series at the North American Spine Society Annual Meeting, October 9, 2013.

8. **Fischer CR**. Surgical Decompression and Spinal Fusion.  The ABC's of the Aging Spine.  Allied Health Series at the North American Spine Society Annual Meeting. San Francisco, CA.  November 11, 2014.

9. **Fischer CR.**  Treatment of Cervical Spinal Stenosis in Adolescents and Adults with Neuromuscular Diseases.  The Future History of Cerebral Palsy.  New York, NY. November 14, 2015

10. **Fischer CR**.  Cervical Disc Arthroplasty compared to Anterior Cervical Discectomy and Fusion.  New York Orthopedic Hospital Alumni Meeting.  New York, NY.  May 13, 2016

11. **Fischer CR.** Sagittal Plane Fundamentals and Spondylolisthesis. K2M Residents and Fellows course. Leesburg, VA. May 21, 2016

12. **Fischer CR**. Antibiotics: IV and topical – best evidence/best practice 2017. Safety in Spine Surgery Summit. The Spine Hospital, NYP-Columbia, New York NY. February 10, 2017

13. **Fischer CR.** Buckland, A. Qureshi, S. Uribe J. Pragmatic Learning for New Technologies in Spine Surgery. Technical Skills Symposium, American Academy of Orthopedic Surgeons Annual Meeting. San Diego, CA. March 16, 2017.

14. **Fischer CR**. Researching Tools: Internet/Database Searches, Tools for Radiographic Analysis, Helpful Software. Lunchtime Symposium I: Developing Your Academic Footprint. Scoliosis Research Society Annual Meeting. Philadelphia, PA. September 6, 2017.

15. **Fischer CR**. Cervical Disc Arthroplasty vs. ACDF. Stryker Women in Spine: Techniques and Training. Washington, D.C. September 8, 2017

16. **Fischer CR**. Stereotactic Navigation and Image Guidance. Stryker Women in Spine: Techniques and Training. Washington, D.C. September 8, 2017.

17. **Fischer CR.** Transforaminal Lumbar Interbody Fusion. LSRS Hands On Cadaver Course, Innovative and Advanced Surgery of the Degenerative and Deformed Lumbar Spine. St. Louis, MO. September 14-16, 2017

18. **Fischer CR.** Extreme Lateral Lumbar Interbody Fusion. LSRS Hands On Cadaver Course, Innovative and Advanced Surgery of the Degenerative and Deformed Lumbar Spine. St. Louis, MO. September 14-16, 2017

19. **Fischer CR.** Review of Alignment. LSRS Hands On Cadaver Course, Innovative and Advanced Surgery of the Degenerative and Deformed Lumbar Spine. St. Louis, MO. September 14-16, 2017

20. **Fischer CR.** Buckland, A. Qureshi, S. Khanna, N. Pragmatic Learning for New Technologies in Spine Surgery. Technical Skills Symposium, American Academy of Orthopedic Surgeons Annual Meeting. Las Vegas, NV. March 12, 2017

21. **Fischer CR.** Hillebrand, A. Radclif, K. Razi, A. Management of Adult Lumbar Spine Problems for General Orthopaedic Surgeons: A Practical Guide for 2019. Instructional Course Lecture, American Academy of Orthopedic Surgeons Annual Meeting. Las Vegas, NV. March 13, 2017

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 13 of 31 PageID
#: 10653

22. **Fischer CR.** Buckland, A. Protopsaltis, T. Jegede K. Lumbar Degenerative
Scoliosis: Controversies and Solutions. Symposium, American Academy of
Orthopedic Surgeons Annual Meeting. Las Vegas, NV. March 14, 2017

**Mentoring and Advising**

Predoctoral students supervised and mentored
None

Postdoctoral students supervised and mentored

| | |
|---|---|
| 06/2012-06/2016 | Comron Saifi, Orthopedic Surgery Residency Program, Advisor, Columbia University Medical Center, Assistant Professor, Perelman School of Medicine at University of Pennsylvania |
| 06/2012-06/2016 | Kolawole Jegede, Orthopedic Surgery Residency Program, Advisor, Columbia University Medical Center, Assistant Professor, NYU Langone Orthopedic Hospital |
| 06/2012-03/2017 | Melvin Mahkni, Orthopedic Surgery Residency Program, Advisor, Columbia University Medical Center |
| 06/2017 – present | Daniel Buchwalter, Orthopedic Surgery Residency Program, NYU Langone Orthopedic Hospital, Advisor |
| 06/2017 – present | Abidemi Adenikinju, Orthopedic Surgery Residency Program, Advisor NYU Langone Orthopedi Hospital, |
| 06/2017 – present | Adam Driesman, Orthopedic Surgery Residency Program, Advisor NYU Langone Orthopedic Hospital |

Faculty Mentored
none

**Institutional, Local/National Service and Related Activity**

**Institutional Service**

| | |
|---|---|
| 2013-2017 | Executive Committee, Department of Orthopedics, Columbia University Medical Center |
| 2013-2017 | ACGME Milestones Committee Member, Department of Orthopedics, Columbia University Medical Center |
| 2015-2017 | Managed Care Committee, Columbia Doctors Faculty Practice |
| 2014-2017 | Director of Communications for Quality and Patient Safety, Department of Orthopedics, Columbia University Medical Center |
| 04/2017 – present | NYU Langone Orthopedic Hospital, Committee Member, Patient Safety Committee |
| 04/2017 – present | NYU Langone Helath, Committee Member, Spine Operations Committee |
| 05/2017 – present | NYU Langone Health Committee, Physician Lead, VBM Committee, Thoracolumbar Spine Pathway development |
| 06/2018 – present | NYU Langone Orthopedic Hospital Divisional Quality Assurance Council |

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 14 of 31 PageID #: 10654

**Professional Service**

**Professional Service for Professional Organizations**

| | |
|---|---|
| 2009 - | American Academy of Orthopedic Surgery (AAOS) |
| 2010 - | Ruth Jackson Orthopedic Society |
| 2012 - | Medical Society of the State of New York |
| 2012 - | North American Spine Society |
| 2012 - | American Medical Association |
| 2012 - | AO Spine Fellow |
| 2012 - | Emerging Leaders Program, American Orthopedic Association |
| 2013 - | Virginia Kneeland Franz Society for Women Faculty |
| 2013 - | Robert J. Gladden Orthopedic Society |
| 2013 - | Scoliosis Research Society |
| 2013 – present | Diversity Advisory Board, American Academy of Orthopedic Surgery |
| 2018 – present | Diversity Advisory Board, Communications Committee Liason |
| 2015 – 2017 | Research Committee, Scoliosis Research Society |
| 2015 – 2017 | Global Outreach Committee, Scoliosis Research Society |
| 2015 – 2017 | Orthopedic Video Theater Committee, American Academy of Orthopedic Surgery |
| 2016 – 2017 | Regional Leadership Task Force, American Orthopedic Association |
| 2017 – 2018 | IMAST Committee, Scoliosis Research Society |
| 2018 - present | Safety and Value Committee, Scoliois Research Society |

**Peer Review Groups, Grant Application Review Groups, and Study Sections**

**Advisory Boards and Consultant Positions**

**Organizing Roles in Scientific Meetings**

**Editorial and Journal Positions**

| | |
|---|---|
| 2016 - present | CME Editor, Journal of Bone and Joint Surgery |
| 2016 – 2017 | Editorial Council, Emerging Leaders Messenger, American Orthopedic Association |

**Community Service, Volunteer Activities, and Teaching of Patients**

| | |
|---|---|
| 2012-2016 | Health Outreach Lectures at Morgan Stanley Corporate Care Events |

## Bibliography

## Publications

## Peer Reviewed Publications

1. Frances BA. Wang M. Lei H. Du LT. Minkler DS. Green RL. **Roland C**. Changes in Axial Length Following Trabeculectomy and Glaucoma Drainage Device Surgery. British Journal of Ophthalmology. 89: 17-20, January 2005.

2. Tang P. **Fischer CR**. Lacerations to Zones VIII and IX ? It's Not Just a Tendon Injury. Advances in Orthopaedics, vol 2011, page 7, August 2010

3. Tang P. **Fischer CR**. A New Volar Vascularization Technique Using the Superficial Palmar Branch of the Radial Artery for the Collapsed Scaphoid Nonunion. Techniques in Hand and Upper Extremity Surgery. 14(3):160-172, September 2010

4. **Fischer CR**. Yongjung K. Selective Fusion For Adolescent Idiopathic Scoliosis: A Review of Current Operative Strategy. European Spine Journal. 2011 Jul; 20(7): 1048 – 57

5. Levine, WN. **Fischer CR**. Nguyen D. Flatow EL. Ahmad CS. Bigliani LU. Long-term Follow-up of Shoulder Hemiarthroplasty for Glenohumeral Osteoarthritis. Journal of Bone and Joint Surgery. 2012 Nov 21: 94(22):e1641-7

6. **Fischer CR**. Cassily, R. Cantor, W.S. Edusei, E. Hammouri, Q. Errico, T. A Systematic Review of Comparative Studies on Bone Graft Alternatives for Common Spine Fusion Procedures. European Spine Journal. 2013, June; 22(6): 1423 – 1435

7. **Fischer CR**. Braaksma B. Peters A. Weinreb J. Nalbandian N. Spivak J. Petrizzo P. Outcomes and Complications of the Midline Anterior approach 3 Years after Lumbar Spine Surgery. Advances in Orthopaedics, 2014 vol. 2014, Article ID 142604. doi:10.1155/2014/142604.

8. Terran J. McHugh B. **Fischer CR**. Lonner B. Glassman S. Bridwell K. Schwab F. Lafage V. Surgical treatment for adult spinal deformity surgery: projected cost effectiveness at 5-year follow-up. The Oschner Journal, 2014 Spring; 14(1):14-22

9. **Fischer CR**. Ducoffe A. Errico T. Posterior Lumbar Fusion: Choice of Approach and Adjunct Techniques. Journal of the American Academy of Orthopaedic Surgeons, 2014 Aug; 22(8):503-511

10. **Fischer CR**, Terran J, Lonner B, McHugh B, Warren D, Glassman S, Bridwell K, Schwab F, LaFage, V. Factors Predicting Cost-effectiveness of Adult Spinal Deformity Surgery at 2 Years, Spine Deformity, 2014, Sept; 2(5):415–422

11. Patel N, Nizami S, Song L, Mikami M, Hsu A, Hickernell T, Chandhanayingyong C, Rho S, Compton JT, Caldwell JM, Kaiser PB, Bai H, Lee HG, **Fischer CR**, Lee FY. CA-074Me compound inhibits osteoclastogenesis via suppression of the NFATc1 and c-Fos signaling pathways. J Orthop Res. 2015 Oct;33(10):1474-86.

12. **Fischer CR,** Hansen G, Eller M, Lehman R. A Systematic Review of Treatment Strategies for Lumbar Spine Fusion Surgery in Osteoporotic Patients. Geriatric Orthopedic Surgery and Rehabilitation. 2016 Dec;7(4):188-196.

13. **Fischer CR**. Cassilly, R. Dyrszka, M. Trimba, Y. Peters, A. Goldstein J. Spivak J. Bendo, J. Cost-Effectiveness of Lumbar Spondylolisthesis Surgery at 2-Year Follow-up. Spine Deformity, 2016 Jan; 4, (1): 48-54.

14. Makhni MC, Caldwell JE, Saifi C, **Fischer CR**, Lehman RA, Lenke LG, Lee FY. Tissue Engineering Advances in Spine Surgery. Regen Med. 2016 Mar;11(2):211-22

15. **Fischer CR**, Mikami M, Minematsu H, Nizami S, Lee HG, Stamer D, Patel N, Soung DY, Back JH, Song L, Drissi H, Lee FY. Calreticulin inhibits inflammation induced osteoclastogenesis and bone resorption. J Orthop Res. 2017 Dec;35(12):2658-2666.

16. Laratta JL, Shillingford JN, Lombardi JM, Mueller JD, Reddy H, Saifi C, Fischer CR, Ludwig SC, Lenke LG, Lehman RA. Utilization of vertebroplasty and kyphoplasty procedures throughout the United States over a recent decade: an analysis of the Nationwide Inpatient Sample. Journal of Spine Surgery, 2017 3(3):364-370

17. **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Gupta, MC. Kim YJ. Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis. Spine Deformity. 2017 (),(2017):- (# 2862952)

18. Lin JD, Lenke LG, Shilllingford JN, Laratta JL, Tan LA, **Fischer CR**, Weller MA Lehman RA. Efficacy and Safety of High-dose Tranexamic Acid Protocol in Adult Spinal Deformity – Analysis of 100 Consecutive Cases. Spine Deform. 2018 Mar - Apr;6(2):189-194. Epub 2017 Nov 2.

19. Laratta JL, Shillingford JN, Lombardi JM, Alrabaa G, Benkil B, **Fischer CR**, Lenke LG, Lehman RA. Accuracy of S2 Alar-Iliac Screw Placement Under Robotic Guidance. Spine Deform. 2018 Mar - Apr;6(2):130-136. Epub 2017 Oct 16.

20. Shillingford JN, Laratta JL, Tan LA, Sarpong NO, Lin JD, **Fischer CR**, Lehman RA, Yongjung YJ, Lenke LG. The Free-Hand Technique for S2-Alar-Ilianc Screw Placement: A Safe and Effective Method for Sacropelvic Fixation in Adult Spinal Deformity. J Bone Joint Surg Am. 2018 Feb 21;100(4):334-342.

21. Vitale M, Minkara A, Matsumoto H, Albert T, Anderson R, Angevine P, Buckland A, Cho S, Cunningham M, Errico T, **Fischer C**, Kim H, Lehman R, Lonner B, Passias P, Protopsaltis T, Schwab F, Lenke L. Building Consensus: Development of Best

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 17 of 31 PageID #: 10657

Practice Guidelines on Wrong Level Surgery in Spinal Deformity. Spine Deform. 2018 Mar - Apr;6(2):121-129. Epub 2017 Oct 18.

22. Shillingford, JN, Laratta, JL, Sarpong N, Lehman, RA, Lenke, LG, **Fischer CR**. Visual Loss Following Spine Surgery: What Have We Seen Within the Scoliosis Research Society (SRS) Morbidity and Mortality Database? Spine (Phila Pa 1976). 2018 Feb 16.

23. Shillingford J, Laratta J, Lombardi J, Mueller J, Cerpa M, Reddy H, Saifi C, **Fischer CR**, Lehman RA. Complications following single-level interbody fusion procedures: an ACS-NSQIP study. Journal of spine surgery. 2018 4(1):17-27

24. Laratta JL, Reddy H, Lombardi JM, Shillingford JN, Saifi C, Pugely A, **Fischer CR**, Lehman RA, Lenke LG. Utilization of interspinous process devices throughout the United States over a recent decade: an analysis of the Nationwide Inpatient Sample. Global Spine Journal. 2018 8(4):382-387 (# 3185892)

25. Ge D, Stekas N,Varlotta, C, **Fischer CR**, Petrizzo A, Protopsaltis TS, Passias PG, Errico TJ, Buckland AJ. Comparative Analysis of Two Transforaminal Lumbar Interbody Fusion Techniques: Open TLIF Versus Wiltse MIS TLIF. Spine. 2018 ():- (# 3368352)

26. Shillingford, JN, Laratta JL, Ha A, Saifi C, Lehman, RA, Lenke, LG, **Fischer CR**. Postoperative Surgical Site Infection after Spine Surgery: An Update from the Scoliosis Research Society (SRS) Morbidity and Mortality Database. Spine Deform. 2018 Nov - Dec;6(6):634-643. doi: 10.1016/j.jspd.2018.04.004.

27. **Fischer CR.** Beaubrun, B. Manning, J. Qureshi, S. Uribe, J. Evidence Based Medicine Review of Posterior Thoracolumbar Minimally Invasive Technology, Accepted to International Journal of Spine Surgery, March 2018

28. **Fischer CR**, Vasudeva E, Beaubrun, B, Messer Z, Cazzulino A, Lehman R. Osteoporosis Knowledge Among Spine Surgery Patients. Accepted to International Journal of Spine Surgery, March 2018

29. Ge D, Hockley A,Vasquez-Montes D, Moawad M, Passias P, Errico TJ. Buckland A, Protopsaltis TS, **Fischer CR**. Total Inpatient Morphine Milligram Equivalents Can Predict Long Term Opioid Use After Transforaminal Lumbar Interbody Fusion. Accepted to Spine Journal September 2018

30. Shillingford JN, Laratta JL, Sarpong N, Lehman RA, Lenke LG, **Fischer CR**. Instrumentation Complication Rates Following Spine Surgery: A Report from the Scoliosis Research Society (SRS) Morbidity and Mortality Database. Accepted to Journal of Spine Surgery, December 2018

31. Hockely A, Ge D, Vasquez-Montes D, Moawad M, Passias P,  Errico TJ. Buckland A, Protopsaltis TS, **Fischer CR**.   Minimally Invasive versus Open Transforaminal Lumbar Interbody Fusion Surgery: An Analysis of Opioids, Non-Opioid Analgesics, and Perioperative Characteristics.  Accepted to Global Spine Journal, December 2018

32. **Fischer CR**, Beaubrun B, Wang K, Vitale M.  Quality Approach to Prevention of Surgical Site Infections in Thoracolumbar Fusion.  Submitted to Spine Deformity, June 2017

33. Zhou PL, Moon J, Vasquez-Montes D, Tishelman JC, Errico TJ, Passias PG, **Fischer CR,** Protopsaltis TP, Buckland AJ.  The Outcomes of Using Preoperative Planning Software and Patient Specific Precontoured Rods in Adult Spinal Deformity Surgery.  Submitted to European Spine Journal, August 2017

34. Shillingford JN, Laratta JL, Sarpong N, Lehman RA, Lenke LG, **Fischer CR**. Safety and Outcomes Following Anterior versus Posterior Lumbar Interbody Fusion Procedures.  Submitted to Clinical Spine Surgery, August 2017.

**Peer Reviewed Reviews**
1. **Fischer CR**. Lee J. Macaulay WB.  Patient Activity after Hip Arthroplasty:  State of the Art, Current Knowledge, and Guidelines.  Operative Techniques in Orthopaedics. 19(3):176-181, July 2009.

**Non peer-reviewed publications**
1. **Fischer C**, Ludwig SC. Rheumatoid Arthritis: Spinal Manifestations and Treatment. American Academy of Orthopaedic Surgeons Web site: Orthopaedic Knowledge Online 2009;7 (12): http:// www5.aaos.org/oko/description.cfm? topic=SPI030&referringPage=mainmenu.cfm. Accessed December 3, 2009

**Book Chapters, Books**
1. **Fischer CR.**  Cassilly RT, Makhni MC, Weidenbaum M.  The Spine: Physical and Neurologic Examination of the Spine. 1st ed., Jaypee Publing, New Delhi, India, publication pending.
2. **Fischer CR.**  Cassilly RT, Saifi C, Dyrszka M.  Physical Examination and Diagnosis of Shoulder and Elbow Disorders: Physical Examination of the Cervical Spine.  1st Ed, JP Publishing, New Delhi, India, publication pending

**Editorials and Commentaries**

**Book reviews**

**Meeting Reports, Consensus Reports, practice guidelines and any other publication**

**Media appearances**

FILED: QUEENS COUNTY CLERK 03/04/2025 02:24 PM
NYSCEF DOC. NO. 70

INDEX NO. 720300/2021
RECEIVED NYSCEF: 03/04/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 19 of 31 PageID
#: 10659

**Other Media including Research and Analytic Tools**
1. **Fischer, CR.** Cassilly, R. Saifi, C. Dyrszka, M. Physical Examination and Diagnosis of Shoulder and Elbow Disorders: Physical Examination of the Cervical Spine. 1st Ed, JP Publishing, New Delhi, India, publication pending

**Abstracts**

1. **Roland CD**, Woodson C, MacPherson E, Zalavras C. Location of positive cultures in infected total hip arthroplasty: A review of 50 cases, abstract. Journal of Investigative Medicine. 54(1): S169, January 2006.

2. **Fischer CR**, Covey A, Nguyen D, Ahmad CS, Flatow EF, Biligani LU, Levine WN. 13-18 year Follow-up of Shoulder Hemiarthroplasty for Shoulder Osteoarthritis. Transactions of the American Academy of Orthopaedic Surgeons, 2009

3. Kim YJ, **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Cho SK, Cha TD, Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis**.** Transactions of the American Academy of Orthopaedic Surgeons, 2011

4. Kim YJ, **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Gupta MC, Cho SK, Cha TD, Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis. Transactions of the Scoliosis Research Society, 2011

5. **Fischer CR**. Warren D. McHugh B. Terran J. Lonner B. Bridwell K. Glassman S. Schwab F. Lafage V. Adult Deformity QALY at 2 years: A comparison between idiopathic (IS) and de novo degenerative scoliosis (DS). Accepted to the Transactions of the AOA Annual Meeting Scientific Program, Washington, D.C.; 2012

**Oral and poster presentations**

1. **Roland CD**, Woodson C, MacPherson E, Zalavras C. Locations of Positive Cultures in Periprosthetic Hip Infections: A Review of 50 Cases. Podium. Western Regional Student Medical Research Forum, Monterey, CA. February 4, 2006

2. Kim YJ, **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Cho SK, Cha TD. Stable Vertebra for Surgical Management of Adolescent Idiopathic Scoliosis: How much stable is enough? Podium. International Society for the Advancement of Spine Surgery Annual Meeting, Toronto, Canada, July 21-24, 2010

3. Kim YJ, **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Cho SK, Cha TD. Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis. Podium. American Academy of Orthopaedic Surgeons Annual Meeting, San Diego, CA. February 17, 2011

Case 1:22-cv-01032-PKC-JRC Document 577-7 Filed 08/12/25 Page 20 of 31 PageID #: 10660

4.  Kim YJ, **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Cho SK, Cha TD. Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis. Poster. American Orthopaedic Association Annual Meeting Scientific Poster Display, Boston, June, 2011

5.  Kim YJ, **Fischer CR**, Lenke LG, Bridwell KH, Boachie-Adjei O, Clements JL, Gupta MC, Cho SK, Cha TD. Optimal Lowest Instrumented Vertebra for Thoracic Adolescent Idiopathic Scoliosis. Podium. Scoliosis Research Society Annual Meeting, Louisville, Kentucky. September 17, 2011

6.  **Fischer CR**. Warren D.McHugh B. Terran J.  Lonner B. Bridwell K. Glassman S. Schwab F. Lafage V.  Adult Deformity QALY at 2 years: A comparison between idiopathic (IS) and de novo degenerative scoliosis (DS). Special Emphasis Poster Presentation. AOA Annual Meeting Scientific Program, Washington, D.C. June 2012

7.  **Fischer CR**. Warren D.McHugh B. Terran J.  Lonner B. Bridwell K. Glassman S. Schwab F. Lafage V.  Adult Deformity QALY at 2 years: A comparison between idiopathic scoliosis (IS) and de novo degenerative scoliosis (DS).  Poster. AOA Annual Meeting Scientific Program, Washington, D.C., June 2012

8.  Bigliani L. **Fischer CR**. Furuya Y. Cohen J. Possley S. Regan B. Covington L. Hyman S.  Compton A. Jacobs M. Canjura R. Multidisciplinary Approach to Collaborate and Implement Strategies for Reducing Surgical Site Infections of Spinal Fusion Patients. Poster. New York- Presbyterian Healthcare System Quality Symposium.  Pelham, NY. November, 2014.

9.  **Fischer, CR.**  Wang, K.  Vitale, M.  Quality Approach to Prevention of Surgical Site Infections in Thoracolumbar Fusion.  Scientific Exhibit, American Academy of Orthopedic Surgeons Annual Meeting.  San Diego, CA. March 16, 2017.

10. Laratta JL, Shillingford JN, Hardy N, Lombardi JM, Saifi C, Romanov A, **Fischer CR**, Lehman RA, Lenke LG, Riew KD. Intrawound Tobramycin Powder Eradicates Surgical Wound Contamination: An in Vivo Rabbit Study. Podium. Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 6, 2017

11. Laratta JL, Hardy N, Shillingford JN, Lombardi JM, Lin JD, Saifi C, Pugely A, **Fischer CR**, Lenke LG, Lehman RA. National Trends in the Utilization of Vertebroplasty and Kyphoplasty Procedures Throughout the United States.  Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 6, 2017

12.  Lin JD, Shillingford JN, Laratta JL, Tan LA, **Fischer CR**, Lehman RA, Lenke LG. Efficacy and Safety of High-dose Tranexamic Acid Protocol in Adult Spinal Deformity – Analysis of 100 Consecutive Cases. Podium. Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 6, 2017

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 21 of 31 PageID #: 10661

13. Shillingford JN, Laratta JL, Sarpong N, Lehman RA, Lenke LG, **Fischer CR**. Visual Loss Following Spine Surgery: What Have We Seen Within the Scoliosis Research Society (SRS) Morbidity and Mortality Database? Podium. Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 6, 2017

14. Shillingford JN, Laratta JL, Sarpong N, Lehman RA, Lenke LG, **Fischer CR**. Instrumentation Complication Rates Following Spine Surgery: A Report from the Scoliosis Research Society (SRS) Morbidity and Mortality Database. Podium. Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 6, 2017

15. Shillingford JN, Laratta JL, Mueller JD, Lombardi J, **Fischer CR**, Lehman RA. Safety and Outcomes Following Anterior versus Posterior Lumbar Interbody Fusion Procedures. Poster. Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 6-7, 2017

16. Thuet ED, Mendiratta A, Choi H, Lehman RA, Kim Y, **Fischer CR**, Weidenbaum M, Lenke LG. Improved Clinical Outcomes of Intraoperative Lumbar Nerve Root Monitoring Changes Using Motor Evoked Potentials During Thoracolumbar Spinal Surgery. Podium. International Meeting on Advanced Spine Techniques. Cape Town, South Africa. July 12-15, 2017

17. Lin JD, Schillingford JN, Laratta JL, Tan L, **Fischer CR**, Lehman RA, Lenke LG. Efficacy and Safety of a High-Dose Tranexamic Acid Protocol in Complex Adult Spinal Deformity: Analysis of 100 Consecutive Cases. Podium. International Meeting on Advanced Spine Techniques. Cape Town, South Africa. July 12-15, 2017

18. Shillingford, JN, Laratta JL, Ha A, Saifi C, Lehman, RA, Lenke, LG, **Fischer CR**. Postoperative Surgical Site Infection after Spine Surgery: An Update from the Scoliosis Research Society (SRS) Morbidity and Mortality Database. Podium. Scoliosis Research Society Annual Meeting. Philadelphia, PA. September 7-9, 2017.

19. Shillingford, JN, Laratta, JL, Sarpong N, Lehman, RA, Lenke, LG, **Fischer CR**. Visual Loss Following Spine Surgery: What Have We Seen Within the Scoliosis Research Society (SRS) Morbidity and Mortality Database? Podium. Scoliosis Research Society Annual Meeting. Philadelphia, PA. September 7-9, 2017.

20. Johnson, B. Vasquez-Montes, D. Buckland, A. Bendo, J. Goldstein, J. **Fischer, CR.** Association Between Non-Modifiable Demographic Factors and Press Ganey Satisfaction Scores in Spine Surgery Clinics. Podium. Lumbar Spine Research Society Annual Meeting. Chicago, IL. April 4-6, 2018.

21. Steinmetz L, Segreto F, Varlotta C, Grimes K, Bakarania P, Berdischevsky H, **Fischer CR.** Surgeon Attitudes Towards Physiotherapeutic Scoliosis Specific exercises in Adult Deformity Patients. International Society for the Advancement of Spine Surgery Annual Meeting. Toronto, Canada. April 11-13, 2018.

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 22 of 31 PageID #: 10662

22. Steinmetz L, Segreto F, Varlotta C, Grimes K, Bakarania P, Berdishevsky H, Fischer CR. Surgeon Attitudes Toward Physical Therapy and Physiotherapeutic Scoliosis Specific Exercises (PSSE) in Adult Spine Deformity Patients. Society on Scoliosis Orthopedic Rehabilitation and Treatment Annual Meeting. Podium. Dubrovnik, Croatia, April 18-21, 2018.

23. Vasquez-Montes D, Freitag R, Zhou P, Suré A, Moon Y, Hutzler L, Bosco J, Errico T, Egol K, Iorio R, Protopsaltis T, **Fischer CR**, Zuckerman J, Buckland A. Patient Satisfaction Surveys for Inpatient Orthopedic Care: A critical look at result reporting and improving Patient Satisfaction. Poster. AOA Annual Meeting. Boston, MA. June 26-30, 2018

24. Vasquez-Montes D, Freitag R, Suré A, Hutzler L, Iorio R, Bosco J, **Fischer CR**, Errico T, Buckland A. Influencers and Inaccuracies of Patient Satisfaction Reporting in the Office Setting for Orthopedic Subspecialties. Poster. AOA Annual Meeting. Boston, MA. June 26-30, 2018

25. **Fischer CR**, Steinmetz L, Vasquez-Montes D, Buckland A, Bendo JA, Frempong-Boadu A, Errico TJ. Prevalence of Risk Factors for Hospital Acquired Venous Thromboembolism in Patient Who Sustained a PE or DVT. Poster. NYU Langone Health Patient Safety Day. New York, NY. June 13, 2018

26. Passias P, Bortz C, Horn S, Segreto F, Stekas N, Ge D, Varlotta C, Frangella N, Lafage R, Lafage V, Steinmetz L, Vasquez-Montes D, Moawad M, Deflorimonte C, **Fischer CR**, Protopsaltis TS, Buckland A, Errico TJ, Gerling M. Diminishing Clinical Returns of Multilevel Minimally InvasiveLumbar Interbody Fusion Podium. International Meeting on the Advancement of Spine Techniques. Los Angeles, CA. July 11-14, 2018.

27. Passias P, Segreto F, Horn S, Bortz C, Vasquez-Montes D, Steinmetz L, Moon J, Varlotta C, Frangella N, Stekas N, Ge D, Manning J, Moawad M, Deflorimonte C, Deflorimonte C, Bassel D, Lafage R, Lafage V, Gerling M, **Fischer CR**, Protopsaltis TS, Buckland A, Errico TJ. Defining Age-Adjusted Spinopelvic Alignment Thresholds: Should we Integrate BMI? Podium. International Meeting on the Advancement of Spine Techniques. Los Angeles, CA. July 11-14, 2018.

28. Varlotta C, Ge D, Stekas N, Frangella N, Manning J, Steinmetz L,Vasquez-Montes D, Errico TJ, Bendo JA, Kim Y, Stieber J, Varlotta G, **Fischer CR**, Protopsaltis TS, Passias P, Buckland A. MRI Radiological Predictors of Requiring Microscopic Lumbar Discectomy after Lumbar Disc Herniation Podium. International Meeting on the Advancement of Spine Techniques. Los Angeles, CA. July 11-14, 2018.

29. Frangella NJ, Vasquez-Montes D, Steinmetz L, Moawad M, Lee A, Passias PG, Protopsaltis TS, Errico TJ, Buckland AJ, **Fischer CR**. Differences in PROMIS and Legacy HRQoLs in Patients with Different Combinations of Spinal Diagnoses. North American Spine Society Annual Meeting. Podium. Los Angeles, CA. September 27, 2018

30. Bortz C, Segreto F, Horn S, Varlotta C, Ge D, Frangella N, Stekas N,  Steinmetz L, Vasquez-Montes D, Moawad M, Deflorimonte C, Lafage V, Lafage R,  **Fischer CR**, Gerling M, Protopsaltis TS, Errico TJ,  BucklandA, Passias P.  Complication Risk in Primary and Revision Minimally Invasive Lumbar Interbody Fusion: A Comparable Alternative to Conventional Open Techniques? Podium. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

31. Horn S, Segreto F, Bortz C, Vasquez-Montes D, Steinmetz L, Stekas N, Varlotta C,Frangella N, Ge D, Johnson B, Lafage R, Lafage V,Buckland A, Protopsaltis TS, Gerling M, Errico TJ, **Fischer C**, Passias P. PROMIS Correlates with Patient Satisfaction and VAS Back Pain Scores. Podium. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

32. Passias P, Horn S, Bortz C, Segreto FA, Vasquez-Montes D,Moon JY, Varlotta C, Ge D, Steinmetz L, Frangella N, Stekas N, Raman R, Lafage R, Lafage V, Gerling M,Protopsaltis TS, Buckland A, **Fischer CR**, Errico TJ. ODI Cannot Account for All of the Variability inPROMIS Scores in Thoracolumbar Patients. Podium. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

33. Ge D, Varlotta C, Stekas N, Steinmetz L, Vasquez-Montes D,Tomas Kuprys T, Jegede KA, Spivak JM, Kim Y, Razi A, **Fischer CR**, Errico TJ,Petrizzo A, Bendo JA, Goldstein JA, TS, Passias P, Buckland A. Comparative Analysis of Three Transforaminal Lumbar Interbody Fusion (TLIF) Techniques: Open, Midline MIS and Wiltse Podium. North American Spine Society Annual Meeting. Los Angeles, CA. September 27, 2018

34. Passias P, Bortz C, Horn S, Segreto F, Stekas N, Ge D, Varlotta C, Frangella N, Lafage V, Lafage R, Steinmetz L, Vasquez-Montes D, Moawad MA, Chloe Deflorimonte C, **Fischer CR**, Protopsaltis TS, Buckland A. Diminishing Clinical Returns of Multilevel Minimally Invasive Lumbar Interbody Fusion. Podium. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

35. Horn S, Segreto F, Bortz C, Dennis Vasquez-Montes D, Zhou P,Moon JY, Frangella N,Stekas, Steinmetz L, Varlotta C, Ge D, Bradley Johnson B, Vira S, Diebo B, Deflorimonte C, Moawad M, Lafage R, Lafage V, Schwab F, Gerling M, **Fischer CR**, Protopsaltis TS, Buckland A, Errico TJ,Passias P. Regional and Segmental Changes of the Spinefrom Standing to Sitting: A Chain of Compensation. Poster. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

36. Johnson B, Vasquez-Montes D,Buckland A, Bendo JA, Goldstein JA, Errico TJ, **Fischer CR**. Association Between Non-Modifiable Demographic Factors and Press Ganey Satisfaction Scores in Spine Surgery Clinics Poster. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 24 of 31 PageID #: 10664

37. Passias P, Bortz C, Vasquez-Montes D, Segreto F, Horn S, Frangella N, Stekas N, Steinmetz L, Shenoy K,Zhou P, Varlotta C, Ge D, Manning J, Moawad M, Deflorimonte C, Diebo B, Vira S, Gerling M, Lafage R,Schwab F, **Fischer CR**, Protopsaltis TS, Lafage V, Buckland A, Errico TJ. Quantitative Age-Adjusted Targets for Ideal Cervicothoracic Sagittal Alignment in Asymptomatic Adults Poster. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

38. Passias P, Bortz C, Segreto F, Horn S, Steinmetz L, Varlotta C, Stekas N, Jalai C, Frangella N, Raman T, Ge D, DelSole E, Manning J, Dennis Vasquez-Montes D, Moawad M, Deflorimonte C, Diebo B, Vira S, Schwab F, Lafage R, Lafage V, Gerling M, **Fischer CR**, Protopsaltis TS, Buckland A, Errico TJ. Pelvic Incidence Affects Age-Adjusted Alignment Outcomes in a Population of Adult Spinal Deformity Poster. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

39. Passias P, Bortz C, Horn S, Segreto F, Varlotta C, Stekas N, Jalai C, Frangella N, Kuprys T, Ge D, Dennis Vasquez-Montes D, Steinmetz L, Moawad M, Deflorimonte C, **Fischer CR**, Protopsaltis TS, Buckland A, Lafage V, Lafage R, Gerling M, Errico TJ. Quantitative Increase in Canal Cross Sectional Area and Reduction in Stenosis Following Minimally Invasive Lumbar Interbody Fusion Poster. North American Spine Society Annual Meeting. Los Angeles, CA.  September 27, 2018

40. Mendiratta A, Lenke LG, Tan LA, Cerpa M, Lehman RA, Weidenbaum MA, Kim YJ, **Fischer CR,** Kent P, Thuet ED. Clinical Outcome of Intraoperative Lumbosacral Nerve Root Monitoring Changes Using Motor Evoked Potential Warning Criteria. Podium. Scoliosis Research Society Annual Meeting.  Bologna, Italy. October 10-13, 2018

41. Johnson BC, Vasquez-Montes D, Steinmetz L, Buckland AJ, Bendo JA, Goldstein JA, Errico TJ, **Fischer CR**.  Association Between Non-Modifiable Demographic Factors and Press Ganey Satisfaction Scores in Spine Surgery Clinics.  Scoliosis Research Society Annual Meeting.  Podium. Bologna, Italy. October 10-13, 2018

42. Buza J, Ihejirika R, Patel K, Buckland A, **Fischer CR**, Passias P, Protopsaltis T. Spine Implant Surface Technology: Current Knowledge and Future Directions.  Scientific Exhibit.  American Academy of Orthopedic Surgeons Annual Meeting.  Las Vegas, NV. March 12-16, 2018

43. Ge D, Hockley A,Vasquez-Montes D, Moawad M, Passias P,  Errico TJ. Buckland A, Protopsaltis TS, **Fischer CR**.  Total Inpatient Morphine Milligram Equivalents Can Predict Long Term Opioid Use After Transforaminal Lumbar Interbody Fusion. American Academy of Orthopedic Surgeons Annual Meeting.  Podium. Las Vegas, NV. March 12-16, 2018.

44. Hockely A, Ge D, Vasquez-Montes D, Moawad M, Passias P,  Errico TJ. Buckland A, Protopsaltis TS, **Fischer CR**.  Minimally Invasive versus Open Transforaminal Lumbar Interbody Fusion Surgery: An Analysis of Opioids, Non-Opioid Analgesics,

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 25 of 31 PageID
#: 10665

and Perioperative Characteristics. American Academy of Orthopedic Surgeons Annual Meeting. Podium. Las Vegas, NV. March 12-16, 2018.

45. **Fischer CR,** Frangella N, Vasquez-Montes D, Steinmetz L, Moawad M, Passias P, Protopsaltis TS, Errico TJ, Buckland A. Differences between PROMIS and Legacy Health Related Quality of Life Metrics in Patients with Different Combinations of Lumbar Spinal Diagnoses. Podium. American Academy of Orthopedic SurgeonsAnnual Meeting. Las Vegas, NV. March 12-16, 2018.

46. Steinmetz L, Vasquez-Montes D, Johnson BC, Buckland A, Goldstein JA, Bendo JA, Errico TJ, **Fischer CR**. Modifiable and Non-Modifiable Factors Associated with Patient Satisfaction in Spine Surgery Patients and Other Orthopedic Subspecialties. Podium. American Academy of Orthopedic Surgeons Annual Meeting. Las Vegas, NV. March 12-16, 2018.

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 26 of 31 PageID #: 10666

# Exhibit B

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 27 of 31 PageID #: 10667

# Charla Fischer, MD
**145 East 32nd Street, Fourth Floor**
**New York, NY 10016**
**Tel: 212-427-3986**
**Fax:** ▮▮▮▮▮▮▮▮

August 6, 2024

Scott Pero
Law Offices of John J. Bello, Jr.
One Pennsylvania Plaza - PENN 1
50th Floor, Suite 5004
New York, NY 10119

RE: Henry Saint Vil
Claim #: Y2JAL50263-001
D/A: 11/20/2018

Dear Mr. Pero:

The following is an independent orthopedic examination report on the above-named claimant. The claimant is a 64-year-old male who was examined in my New York, New York office on July 2, 2024. Prior to the examination, he presented a valid photographic ID to confirm his identity. He was accompanied by Jeff Beibin from IME companions. To the best of my knowledge, there is no conflict of interest to perform this examination.

## HISTORY:

Mr. Henry Saint Vil, the claimant, was involved in a car accident on November 20, 2018.

Mr. Saint Vil saw Dr. Herschel Kotkes on June 11, 2019, complaining of neck and back pain. Dr. Kotkes performed cervical epidural steroid injections on June 13, 2019, and July 18, 2019.

Mr. Saint Vil saw Dr. Arthur Jenkins for a second opinion regarding spine surgery on January 10, 2020. Mr. Saint Vil continued to complain of neck and back pain. He stated that he had seen the spine surgeon Dr. Sebatian Latuga who had recommended a cervical and lumbar fusion. Dr. Jenkins recommended a posterior cervical

Case 1:22-cv-01032-PKC-JRC Document 577-7 Filed 08/12/25 Page 28 of 31 PageID #: 10668

Saint Vil, Henry                                                     8/6/24

decompression and fusion. On April 7, 2021, Dr. Jenkins performed a posterior cervical laminoplasty C3-C7, with C2-3 and C7-T1 foraminotomies. Mr. Saint Vil continued to follow up with Dr. Jenkins until January 24, 2022.

**PRESENT HISTORY:**
The claimant states that he has pain in the neck, right more than left shoulder, lower back and right hip.

**WORK HISTORY:**
At the advice of Mr. Beibin, Mr. Saint Vil refused to answer questions about his employment history.

**PAST MEDICAL HISTORY:**
Denies

**PAST SURGICAL HISTORY:**
Posterior cervical fusion

**MEDICATIONS:**
Motrin
Tylenol

**ALLERGIES:**
Denies

**SOCIAL HISTORY:**
Denies tobacco, alcohol or drug use

**PHYSICAL EXAMINATION:**
Height 5' 6.5" and weight 205.1

The claimant ambulated without difficulty.

Inspection of the spine revealed a midline posterior cervical incision 15 cm, well healed.

Range of motion measurements were tested using a goniometer. The normal values were obtained from the AMA "Guides to the Evaluation of Permanent Impairment" (5th edition). Please note that the range of motion examination is a subjective test under the voluntary control of the individual being tested.

**Charla R. Fischer, M.D.**
**145 East 32nd Street, Fourth Floor**
**New York, NY 10016**

Case 1:22-cv-01032-PKC-JRC    Document 577-7    Filed 08/12/25    Page 29 of 31 PageID #: 10669

Saint Vil, Henry                                                8/6/24

Cervical range of motion testing revealed forward flexion to 25 degrees (average 50 degrees), extension 15 degrees (average 60 degrees), lateral rotation 45 degrees right/ 10 degrees left (average 80 degrees) and lateral bending 15 degrees right/left (average 45 degrees).

Lumbar spinal range of motion testing revealed flexion to 40 degrees (average 60 degrees) extension 15 degrees (average 25 degrees) and lateral bending was 10 degrees right/left (average 25 degrees)

The remainder of the examination was performed with the claimant seated on the examination table. The claimant was able to get up onto the examination table easily multiple times.

Motor examination revealed 5/5 intact motor testing of the bilateral upper and lower extremities. He demonstrated strength of 4/5 in his entire right leg

Upper and lower extremity sensory exam was intact. Mr. Saint Vil described decreased sensation right more than left in both arms and legs.

Reflexes were 2+ equal and symmetric.

Long tract signs were absent.

Hoffman test was negative.

Clonus was absent.

Seated root tension test was negative.

There was no evidence of any muscular atrophy in the upper or lower extremities. Bilateral calf circumference measured 41 cm.

## REVIEW OF MEDICAL RECORDS:
The following medical records pertaining to this claimant were made available for my review:
- Jenkins, MD, Arthur
  - 1/10/2020-1/15/2021 Office Notes
  - 4/7/2021 – Operative Report: Posterior laminoplasty C3-C7 with C2-3 and C7-T1 foraminotomies
  - 4/26/2021-1/24/2022 Office Notes

**Charla R. Fischer, M.D.**
**145 East 32nd Street, Fourth Floor**
**New York, NY 10016**

3

Case 1:22-cv-01032-PKC-JRC Document 577-7 Filed 08/12/25 Page 30 of 31 PageID #: 10670

Saint Vil, Henry                                                                        8/6/24

- Kotkes, MD, Herschel
  - 6/11/2019 – Office Notes
  - 6/13/2019 – Procedure report: CESI
  - 7/18/2019 – Procedure report: CESI
- Worker's Compensation Records
  - 11/20/2018

**RADIOGRAPHIC REVIEW:**

The following reports of radiographic studies pertaining to this claimant were made available for my review:

- Atlas Radiology
  - 3/23/2019 - MRI Lumbar Spine: straightening of the lumbar curvature which may reflect muscles spasm and for which clinical correlation is recommended. Posterior bulge and a left foraminal herniation at L5-S1, which, by location, may impinge the exiting left L5 nerve.
- Lenox Hill Radiology
  - 2/26/2020 - CT Lumbar Spine without Contrast: Transitional lumbosacral junction with partially sacralized L5 level. Disc bulge and small left foraminal disc protrusion at L4/5. The protrusion moderated narrows the left neural foramen. The right neural foramen is mildly narrowed.

**DIAGNOSIS:**

1. Pre-existing cervical disc degeneration
2. s/p surgery posterior cervical decompression
3. Pre-existing lumbar disc degeneration

**DISCUSSION:**

Mr. Saint Vil claims to have sustained injuries after an accident on November 20, 2018. He claims that He developed neck and back pain after the accident.

In terms of his cervical spine, Mr. Saint Vil has no evidence of an acute trauma of the cervical spine after the accident. In the absence of any radiographic imaging, Mr. Saint Vil underwent surgery for likely pre-existing disc degeneration.

In terms of his lumbar spine, Mr. Saint Vil has no evidence of an acute trauma of the lumbar spine after the accident. The report MRI of the lumbar spine performed on March 23, 2019, describes a disc bulge and a left foraminal herniation at L5-S1. Disc bulging and foraminal disc herniations are seen in long standing wear and tear and are not due to an acute event. These are findings of pre-existing disc degeneration. The

Saint Vil, Henry                                                    8/6/24

CT of the lumbar spine performed on February 26, 2020, again describes the same findings.  These are continued findings of pre-existing disc degeneration.

Mr. Saint Vil demonstrated limitations in his range of motion on examination.  This evaluation, while measured with a goniometer, is very subjective based upon claimant effort.  Any limitations in range of motion noted on examination is likely related to pre-existing disc degeneration as outlined above. He also demonstrated a non-anatomic neurologic examination.  Thus, there is no spinal explanation for his vague and non-focal signs and symptoms.

In summary, it appears that the claimant, Mr. Saint Vil can work and perform his normal daily activities without restrictions as it relates to this accident.

The above opinions are made with a reasonable degree of medical certainty.  I reserve the right to adjust my opinions based on future records.


Very truly yours,


CHARLA R. FISCHER, M.D.



I, Charla R. Fischer, M.D., being a physician duly licensed to practice medicine in the State of New York, pursuant to CPLR Section 2106, do hereby affirm under the penalty of perjury that the statements contained herein are true and accurate.


Dated: 8/6/24


CHARLA R. FISCHER, M.D.
145 East 32nd Street, 4th Floor New York,
New York 10016 (212) 427-3986


**Charla R. Fischer, M.D.**
**145 East 32nd Street, Fourth Floor**
**New York, NY 10016**

5