# EXHIBIT H

FILED: KINGS COUNTY CLERK 11/27/2024 05:01 PM		INDEX NO. 513497/2023
NYSCEF DOC. NO. 18		RECEIVED NYSCEF: 11/27/2024

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
-------------------------------------------------------------------------------X   Index No.:513497/2023E
ROSARIO DOMINGUEZ,

                          **Plaintiff(s),**                                    **NOTICE OF EXPERT**
      -against-                                                                              **WITNESS PURSUANT**
                                                                       **TO CPLR 3101(d)**

JEANLORS ELANCIEUX AND JAYATURSERVICE LLC,
                          **Defendant(s).**
-------------------------------------------------------------------------------X   File No.:1121020

**COUNSELOR(S):**

**PLEASE TAKE NOTICE**, of Defendant(s), **JEANLORS ELANCIEUX AND JAYATUR SERVICE LLC S/H/A JAYATURSERVICE LLC**, response to Plaintiff(s) request for expert disclosure pursuant to section 3101(d) of the Civil Practice Law and Rules.

Defendants expect to call, **PIERCE J. FERRITER, M.D.,** as an expert witness at the trial in the above matter.

The subject matter upon which the examining physician is presently expected to testify is set forth in detail in report(s) dated **AUGUST 08, 2024,** attached hereto and incorporated by reference herein.

The facts and opinions upon which the examining physician is expected to testify are based on his/her physical examination of the plaintiff and/or his/her review of the plaintiff's medical records and upon all matters in evidence.

The grounds of the physician's opinion come from his/her physical examination of the plaintiff on the above date and/or his/her review of the plaintiff's medical records and is set forth in the attached report.

The Curriculum Vitae for the examining physician is annexed to the report.

Dated: Freeport, New York                                        Yours,
         September 05, 2024                                      BAKER, MCEVOY& MOSKOVITS

TO: BERGMAN, BERGMAN, FIELDS &
      LAMONSOFF, LLP
      80-02 KEW GARDENS ROAD, #307
      KEW GARDENS, NY 11415
      (718) 275-3300

_____
RONIT Z. MOSKOVITS, Esq.
ATTORNEY FOR DEFENDANT(S)
5 BROADWAY, SUITE 3
FREEPORT, NEW YORK 11520
(212) 857-8230

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
-------------------------------------------------------------------------X  Index No.:513497/2023E
ROSARIO DOMINGUEZ,

        **Plaintiff(s)**,

 -against-

JEANLORS ELANCIEUX AND JAYATURSERVICE LLC,
        **Defendant(s).**
-------------------------------------------------------------------------X  File No.:1121020

### NOTICE OF EXPERT WITNESS PURSUANT TO CPLR 3101(d)

**BAKER, McEVOY & MOSKOVITS**
Attorneys for Defendant(s)
**JEANLORS ELANCIEUX AND JAYATUR SERVICE LLC**
**S/H/A JAYATURSERVICE LLC**
Office and Post Office Address, Telephone Number
5 Broadway, Suite 3
Freeport, NY 11520
(212) 857-8230

To: BERGMAN, BERGMAN, FIELDS & LAMONSOFF, LLP

Attorney(s) for: ROSARIO DOMINGUEZ

Service of a copy of the within

            is hereby admitted.

Dated,

Attorney(s) for

# Pierce J. Ferriter, M.D.
### Diplomate American Board of Orthopaedic Surgery

2044 Ocean Avenue
Brooklyn, NY 11230

08/08/2024

| | |
|---|---|
| Claimant: | Dominguez, Rosario |
| RMA#: | 041749 |
| Claim#: | 1121020 |
| DOA: | 10/29/2022 |
| DOB: | ██/██/1964 |

To Whom It May Concern:

I am a Board-Certified Orthopedic Surgeon and have been asked to perform an independent orthopedic examination on 07/29/2024 regarding Ms. Rosario Dominguez at the Brooklyn, New York office. She was accompanied and driven to this examination by her legal representative, Christian Hogarth, from IME Watchdogs. She presented her New York State Driver License prior to this examination.

An office assistant, Alla, was present at the time of this examination.

Please note the claimant did not wish to complete the claimant's questionnaire.

My findings are as follows:

**HISTORY OF ACCIDENT (as per the BOP):**

Ms. Dominguez was involved in a motor vehicle accident occurring on 10/29/2022.

Immediately, Ms. Dominguez injured her low back and right knee.

She went to the Northwell Health Long Island Jewish Valley Stream Hospital. She was seen in the emergency room where she was evaluated. She was later released.

**TREATMENT HISTORY:**

As per review of BOP, Following the accident, Ms. Dominguez came under the care of various physicians. She was initiated on a course of conservative treatment.

She did not undergo any surgery as a result of the accident.

| | | | |
|---|---|---|---|
| Claimant: | Dominguez, Rosario | RMA#: | 041749 |
| Claim#: | 1121020 | DOA: | 10/29/2022 |
| Page | 2 | | |

### PAST MEDICAL HISTORY:

Ms. Dominguez did not disclose any details regarding her past medical history. She does not disclose any details regarding prior or subsequent accidents or injuries. She does not disclose if she underwent any surgery in the past.

Ms. Dominguez does not disclose any details regarding current medications.

### OCCUPATIONAL HISTORY AND CURRENT JOB STATUS (as per the medical records):

Ms. Dominguez was employed as a home health aide at the time of the accident. She has not provided any details regarding the current employment status.

### CURRENT COMPLAINTS:

Ms. Dominguez has complaints of pain in her low back and right knee.

### REVIEW OF SUBMITTED RECORDS:

The following records were available for my review:

1. Verified Bill of Particulars, Index No#: 513497/2023.
2. Police accident report dated 10/29/2022.

*I am advised that there are no legally authenticated medical records were available for review. If any authenticated medical records are available at any later time. I would be pleased to review them and advise whether they have any effect on my opinion, which is based on today's examination.*

### PHYSICAL EXAMINATION:

Ms. Dominguez is a 59-year-old female. Her height is 5 feet tall and weighs 138 pounds. She has black eyes (as per ID card).

### OBSERVATION:

The claimant walks into the exam room with a normal gait and posture. No limp or foot drop was present. No brace or assistive device was used.

### RANGE OF MOTION MEASUREMENTS:

| | | | |
|---|---|---|---|
| Claimant: | Dominguez, Rosario | RMA#: | 041749 |
| Claim#: | 1121020 | DOA: | 10/29/2022 |
| Page | 3 | | |

The range of motion of the examined body parts were performed by the claimant. This is a subjective maneuver on the part of the claimant. Measurements of the ranges of motion were performed by the examiner using a hand-held goniometer where applicable. The measurement itself is, therefore, an objective measurement of the claimant's subjective efforts. The values of all the measurements were compared to the normal active range of motion values according to the publication, "Guidelines to the Evaluation of Permanent Impairment," 5th edition, pages 569-598, published by the American Medical Association.

### ORTHOPEDIC EXAMINATION:

**Lumbar Spine:** Inspection of the spine revealed no swelling, discoloration or deformity.

There is no muscle spasm upon palpation of the paralumbar muscles. There is no complaint of tenderness upon palpation of the paralumbar muscles.

Active range of motion reveals in flexion to 60 degrees (60 degrees normal), extension to 25 degrees (25 degrees normal), and right lateral bending to 25 degrees (25 degrees normal) and left lateral bending to 25 degrees (25 degrees normal).

Straight Leg Raise:

- Sitting straight leg raise is negative to 90 degrees bilaterally (90 degrees normal) with no radiculopathy.
- Supine straight leg raise is negative to 90 degrees bilaterally (90 degrees normal) with no radiculopathy.

The following orthopedic tests are performed:

- Fabere –Negative.
- Minor's Sign – Negative.
- Kemp's – Negative.
- Lasègue Test – Negative.
- Soto-Hall Test – Negative.

Neurological examination of the bilateral lower extremities: There is no atrophy. Muscle strength is at 5/5. Deep tendon reflexes are at 2+. Sensation to light touch is within normal limits. Heel-toe-walk is negative.

**Right Knee:**

| | | |
|---|---|---|
| Claimant: | Dominguez, Rosario | RMA#: 041749 |
| Claim#: | 1121020 | DOA: 10/29/2022 |
| Page | 4 | |

There is no heat, swelling, effusion, erythema, or crepitus appreciated.

There is no complaint of tenderness upon palpation.

The following orthopedic tests are performed:

- Lachman's –Negative.
- Patella Tracking – Negative.
- Anterior Drawer – Negative.
- Posterior Drawer – Negative.
- Stable on Varus/Valgus Stress – Yes.
- Patella Grind – Negative.
- McMurray's – Negative
- Varus/Valgus Deformity –No.
- Bounce Test – Negative.

Active range of motion reveals in flexion to 150 degrees (150 degrees normal) and extension to 0 degrees (0 degrees normal).

- Patella Bursitis –No.
- Pivot Shift – Negative.

Quadriceps and hamstring strength testing reveals 5/5 strength. No atrophy noted in the quadriceps and hamstring muscles. No chondromalacia present on palpation of the patella.

**IMPRESSION:**

1. Alleged lumbar spine sprain/strain – resolved.
2. Alleged right knee sprain/strain – resolved.

**CONCLUSIONS:**

The Bill of Particulars alleges that as a result of the accident on 10/29/2022 the claimant sustained injuries to lumbar spine and right knee.

Today's examination indicates that the injured body parts alleged in the Bill of Particulars have resolved. The claimant did not sustain any significant or permanent injury as a result of the motor vehicle accident on 10/29/2022. There are no objective clinical findings indicative of a present disability, and functional impairment, which prevents the examinee from engaging in ADL, and usual activities including work, school, and hobbies. The claimant is able to return to full duty work without restrictions.

| | | | |
|---|---|---|---|
| Claimant: | Dominguez, Rosario | RMA#: | 041749 |
| Claim#: | 1121020 | DOA: | 10/29/2022 |
| Page | 5 | | |

Upon completion of the examination, Ms. Rosario Dominguez offers no complaints as a result of this examination and left the examining area stable and unchanged.

If you have any further questions regarding Ms. Rosario Dominguez, please do not hesitate to contact me.

**ATTESTATION:**

*I, Pierce J. Ferriter, M.D., being an Orthopedic Surgeon, duly licensed to practice medicine in the State of New York, am not a party to this lawsuit, pursuant to the applicable provisions of the Civil Practice Law and Rules section 2106. Hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.*

Sincerely,

Pierce J. Ferriter, M.D.
Board Certified Orthopedic Surgeon
License#: 145930-01



# PIERCE J. FERRITER, M.D., PLLC

212-772-9711 | Fax# 212-772-9713 | Ferritermd@gmail.com | 16 East 79th Street #37 New York, New York 10075 | F.A.C.S, F.A.A.O.S | Orthopaedic and Spinal Surgery

## PROFILE SUMMARY

A results-oriented and committed orthopedic surgeon with a robust orthopedic and spinal surgery background. Board-certified and fellowship-trained. Actively engaged in advancing the field, I have made significant contributions to academic and professional forums through conferences, presentations, and publications focused on orthopedic and spinal surgery.

## WORK EXPERIENCE

**Attending Orthopedic Surgeon**
**Lenox Hill Hospital** – New York City, NY                                                                                           1986 – Current
**New York City Fire Department** – New York City, NY                                                                    Jan 1995 – Mar 2020
Duties include surgery, emergency coverage, and resident teaching.
- Perform surgical procedures on the musculoskeletal system to correct deformities, improve function, and repair injuries.
- Prescribe treatments and medications as needed, including antibiotics, sedatives, and specific preoperative or postoperative procedures.
- Analyze patient information, including current physical condition, medical history, examination results, and allergies to determine the safest and most effective treatment option.
- Educate patients on their current condition, the underlying cause of their symptoms, and the treatment options available to them.
- Follow established surgical techniques during every procedure, and ensure cleanliness of the treatment room and sterilization of all tools utilized during surgery.

**Consulting orthopedic surgeon**
**Upper Eastside Rehabilitation and Nursing Home**                                                                              1986 – Current
- Diagnose trauma, injuries, infections, tumors, and other problems that require surgical procedures to correct.
- Specialize in treating patients with spine disorders, arthritis, or muscle, ligament, and tendon damage.
- Communicate with patients to help them decide what the best course of treatment is to meet their needs and ensure their quality of life.

## ACADEMIC AND HOSPITAL APPOINTMENTS

Lenox Hill Hospital | Assistant Adjunct Attending, Department of Orthopaedic Surgery                        1986 – Present
Orthopedic Consultant | Upper East Side Rehabilitation Center

## EDUCATION

**Rutgers Medical School | M.D.**                                                                                                              1975 – 1979
**Manhattan College | B.S.**                                                                                                                       1970 – 1974

## POSTGRADUATE TRAINING

General Surgery Residency, Lenox Hill Hospital, NYC                                                                            1979 – 1981
Orthopaedic Residency, Lenox Hill Hospital, NYC                                                                                   1981 – 1985
Pediatric Orthopaedic Surgery, Boston Children's Hospital,                                                               Jan 1983 – Jul 1983
Orthopaedic Surgery, Lenox Hill Hospital, NYC                                                                                       1983 – 1984
Orthopaedic Surgery, Lenox Hitt Hospital, NYC                                                                                       1984 – 1985
Sports Medicine Resident, Lenox Hill Hospital                                                                                        1984 – 1985

## FELLOWSHIP TRAINING

Fellowship training at Buffalo General Hospital under Dr. Edward Simmons                                                1986
Fellow in Spinal Surgery, Buffalo General Hospital,                                                                                   1985 – 1986
Certificate of Fellowship in Spinal Surgery under the direction of Dr. Edward Simmons.

## MEDICAL LICENSE

Physician – New York State                                                                                                                           03/2022
License New York State #145930

## CERTIFICATION

Fellow of the American Academy of Orthopaedic

Board Certification: American Academy of Orthopaedic Surgery
Active, Validity Period: 01/2018 – 12/2028
Recertification: 2018
Initial Certification: 1988

## HONORS

| | |
|---|---|
| President of the Alumni Association of Lenox Hill Hospital | 2000 |
| Murray Cowen Attending Teaching Award | 1999 |
| President of the House Staff Lenox Hill Hospital | 1981 – 1982 |
| Phi Beta Kappa, Manhattan College | 1974 |
| Magna Cum Laude, Manhattan College | 1974 |

## CONFERENCE PARTICIPATION

**First Annual Alumni Day Symposium**
**Lenox Hill Hospital** – New York, NY                                                                          Jun 1995

**Anterior Surgical Approaches to the Spine** – Memphis, TN                                           Sep 1995 – Oct 1995

**AO/ASIF Advanced Spinal Techniques Course** – Southampton, Bermuda                     Oct 1995

**Anterior Column Support of Thoracolumbar** – New York, NY                                          Dec 1995

## PRESENTATION

1. **Allograft Plate Fixation of the Cervical Spine**, presented at Lenox Hill Hospital Alumni Conference    2001
2. **Adjacent Segment Degeneration after Lumber Fusion**, presented at Lenox Hill Hospital Alumni Conference    2000
3. **Lumber Spondyloisis: Surgical Management with Fusion and Fixation**, presented at Alumni Day at Lenox Hill Hospital    1997
4. **Pedicle Fixation of the Lumber Spine: Concepts and Patient Review**, Ferriter, PJ Second Annual Alumni Day Symposium, Lenox Hill Hospital, New York, NY    1996
5. **Evolution of Spine Trauma**, Ferriter, PJ Lenox Hill Hospital, Department of Medicine – New York, NY    1995
6. **The Relationship Between Increased Interpedicular Distance and Fractures of the Neural Arch in Thoracolumbar Burst Fractures**, presented at:
    a.   First Annual Alumni Day Symposium, Lenox Hill Hospital – New York, NY    1995
    b.   The North Amrican Spine Society – Minneapolis, MN    1994
7. **Lumber Spinal Synovial Cysts**, presented at:
   a.   Annual Alumni Day Symposium, Lenox Hill Hospital – New York, NY    1995
   b.   The Eastern Orthopaedic Association – Orlando, FL    Oct 1993
8. **The Relationship Between Adolescent Lumber Disc Herniation and Congenital Lumber Spinal Stenosis**, presented at the American Academy of Orthopaedic Surgeons, San Francisco, CA    1992
9. **The Treatment of Rotatory Subiuxation of the Atlanto-Axial Joint in Children**, presented at the Cervical Spine Research Society – Palm Springs, CA    1992
10. **The Relationship between Adolescent Lumber Disk Herniation and Congenital Lumber Spinal Stenosis**, presented at the meeting of North American Spine Research Society – Boston, MA    1985
11. **Primary Atlanto-Axial Osteoarthritis**, presented at the meeting of The Cervical Spine Research Society – Boston, MA    1985
12. **Cervical Spine Injuries in Football**, Merck, Sharpe, and Dohme/AOSSM European Sports Medicine Traveling Fellows, Lenox Hill Hospital, New York City    1985
13. **Arthroscopic Treatment of Lateral Meniscal Cysts**, presented at The Arthroscopy Association of North America, Boston, MA    1985
14. **Diagnosis and Management of the Unstable Spine Fracture**, presented at The Hospital of the Joint Diseases Orthopaedic Institute Alumni Scientific Meeting, New York    1984
15. **Incomplete Proximal Tibia Osteotomy with Tension Bond Fixation in the Correction of Angular Deformity**, presented at The American Academy of the Orthopaedic Surgeon, Las Vegas, NV    1985
16. **Effects of Osteotomy in Blount's Disease**, Presented at:
   a.   The American Academy of Orthopaedic Surgeons, Las Vegas, NV    1985
   b.   The National Residents Conference – Ann Arbor, MI    1984

27. **Ilio-tibial Muscle Tendon Unit Transfer for the Anterior Cruciate Deficient Knee**, presented at:
    a. The Eastern Orthopaedic Association – Acapulco, Mexico                                                   1984
    b. The American Academy of Orthopaedic Surgeons – Atlanta, GA                                               1984
    c. American College of Sports Medicine Conference – Williamsburg, VA                                        1983

## PUBLICATIONS

17. **Popliteal Pseudoaneurysm** Ferriter, PJ; Hirschy, J; Kessler, H; Scott, WN; JBJS, Vol. 65-A, NO.5, Jun2 1983, pg. 695-697
18. **Cervical Spondylolisthesis, A case Report** Ferriter, PJ; O'Leary, PF; Block, J; Fielding, JW; Spine Vol 9, No 8, 1984, pg 830-832
19. I**ntra-Articular Transfer of the Liotibial Tract**, Scott, NW; Ferriter, PJ; Mariano, MRPT; JBJS, Vol 67-A, NO 4, April 2985, pg 532-538
20. **Giant Cell Tumor of the Proximal Radius**, Lewis, MM; Kaplan, H; Klien, JJ; ferriter, PJ; Legouri, RA; Clinical Orthopaedic and Related Research, No 201, 1985, pg 186-189
21. **Infantile Tibia Vara: Factors Affecting Outcome Following Proximal Tibia Osteotomy**, Ferriter, PJ and O'Leary, PF; The Upper Extremity in Sports Medicine, CV Mosby Company, 1990
22. **Oblique Proximal Tibia Osteotomy For Correction of Tibia Vara in the Young**, Laurencin, CT; Ferriter, PJ; Millis, MB; Clinical Orthopaedics and Related Research, Lippincott-Raven Publishers, No 327, pg 218-224, 1996
23. **Caude Equina Syndrome: A Case Report and Review of the Literature**, Ahmed Al-Badri; JeanJacques Mbabuike; David Porter; Pierce J. Ferriter; and Steven Mandel; Practical Neurology, Nov/Dec 2013, pg 33-36
24. **Cervical Myelopathy:** Pierce J. Ferriter; Steven Mandel; Gerard DeGregoris; Eli Kamara and Steven Aydin; Practical Neurology; Apr 2014, pg 43-46
25. **Medial or Lateral Epicondylitis: Differential Diagnosis of Isolated Elbow Pain and treatment, Part 1:** Madonua Hanna, Kevin Trinh; Gerard DeGregoris; Pierce J Ferriter; Steven Mandel and Steve M Aydin; Practical Neurology, Sep 2014, pg 33-39
26. **Differential Diagnosis of Isolated Elbow Pain and Treatment in Patients with Medical and Lateral Epicondylitis, Part 2:** Madonua Hanna; Kevin Trinh; Gerard DeGregoris; Pierce J Ferriter; Steven Mandel and Steven Aydin; Practical Neurology, Oct 2014, pg 37-40

## PROFESSIONAL AFFILIATIONS

- American Medical Association
- American Academy of Orthopaedic Surgeons
- Eastern Orthopaedic Association
- New York State Orthopaedic Society
- Fellow of The American College of Surgeons
- Cervical Spine Research Society
- North American Spine Society

## REFERENCES

Available upon request