# EXHIBIT I

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
ANDREW TORO and QUERIDA FLORES,    Index No.: 526522/2022

                          Plaintiffs,

          -against-

ZALMAN GOLDMAN and PEARL GOLDMAN,

                          Defendants.
------------------------------------------------------------------------X

**NOTICE OF EXPERT WITNESS EXCHANGE PURSUANT TO CPLR 3101(d)**

        **PLEASE TAKE NOTICE** that defendants, ZALMAN GOLDMAN and PEARL GOLDMAN, by their attorneys the LAW OFFICE OF ERIC D. FELDMAN, as and for their response to the demand for expert information upon information and belief, set forth as follows:

        That pursuant to the rules governing the exchange of medical reports attached hereto is a copy of the plaintiff's medical report by Marc Chernoff, M.D. dated October 22, 2024 and addendum dated January 28, 2025 regarding the physical examination and/or film review of QUERIDA FLORES.

        **PLEASE TAKE FURTHER NOTICE**, that this defendant reserves the right to call Marc Chernoff, M.D. to testify at the time of trial. The doctor's qualifications are set forth in the attached Curriculum Vitae.

        The doctor's opinions are set forth in the attached report. The defendant reserves its right to ask the doctor to provide testimony responsive to the proof offered by the parties at the time of trial, including but not limited to testimony, records, reports and diagnostic testing, including but not limited to MRI, CT, EMG, EKG, x-ray and lab studies.

        The doctors opinions may be based on and/or responsive to the following: an examination of the plaintiff (if conducted, as documented in the attached report), a review of

relevant medical records and diagnostic tests results, proof adduced at trial, the doctor's background, training, experience and pertinent medical literature, if and where it is appropriate.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned reserves all rights to supplement and/or alter any or all of the foregoing if and when additional and/or different information becomes available and/ or known up to and including the time of trial.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 130.01 of the Rules of the Chief Administrator (22NYCRR), I certify to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, that the within Response to 3101 Notice is not frivolous.

Dated: New York, New York
February 7, 2025

Yours, etc.

*The Law Office Of*
**ERIC D. FELDMAN**

*Safiya Parker-Norman*

By: Safiya Parker-Norman
Attorneys for Defendants
ZALMAN GOLDMAN and
PEARL GOLDMAN
**Mailing Address[1]**
P.O. Box 2903
Hartford, CT 06104-2903
T: (917) 778-6600
F: (877) 890-1328
Matter No.: 2022107971

TO:

Brett L. Kuller, Esq.
JOUDEH & KULLER, LLP
Attorneys for Plaintiffs
1539 Franklin Avenue, Suite 101
Mineola, NY 11501
T : 516-540-2000

---

[1] **Office Address:** 485 Lexington Avenue, 7th Floor, New York, NY 10017

# NEW YORK ORTHOPAEDIC SPINAL ASSOCIATES
## IRA J. CHERNOFF, M.D.
## MARC CHERNOFF, M.D.
897 Park Avenue
Suite E
New York, New York 10075
(631) 246-6100

## INDEPENDENT MEDICAL RE-EXAMINATION

October 22, 2024

Law Office of Eric D. Feldman
485 Lexington Avenue
7th Floor
New York, N.Y. 10017

Re: **Querida Flores**
Docket No.: 2022107971
Claim No.: ITK8405
Date of Accident: 06/14/2022

To Whom It May Concern:

Querida Flores presented to my Manhattan office on October 22, 2024 for the purpose of an Independent Medical Examination. Ms. Flores' New York State Driver's License was presented and photocopied for the purpose of picture identification. She was previously evaluated by me on November 15, 2023. She is accompanied by Christian Hogarth from IME Companions, representing her attorney's office, who was present throughout this evaluation. A questionnaire that was provided to the claimant was not filled out, as the attorney representative present stated, and the claimant confirmed than no forms in writing were to be filled out, as per her attorney, and thus an oral history was obtained.

She is a 28-year-old right hand dominant female, who currently presents without complaints. She states that she has no pain and no complaints currently. She notes that since the prior independent medical examination performed by me on November 15, 2023, that she has continued to see Dr. Gerling and has attended physical therapy one to two times per week. She notes that she had persistent neck pain and tingling in both arms, and that because of this she underwent an anterior cervical discectomy and fusion at C4/5 performed by Dr. Gerling on April 11, 2024. She notes being in a hard collar for one month, noting that she would use it, especially when in the train, and that nobody would bump into her. She also notes being in postoperative physical therapy. She states

Independent Medical Re-Examination
Flores, Querida
10/22/2024
Page 2 of 5

the surgery helped her symptoms. She again notes an injury on June 14, 2022, when a ceiling collapsed in her apartment. She currently notes that she continues to see Dr. Gerling for follow-up appointments. She is no longer in physical therapy.

**PAST MEDICAL HISTORY:** None.

**PAST SURGICAL HISTORY:** She is status post anterior cervical discectomy and fusion at C4/5 on April 11, 2024 by Dr. Gerling.

**ALLERGIES:** None.

**MEDICATIONS:** None.

**EMPLOYMENT HISTORY:** During my prior independent medical examination, she had noted that she was bussing tables and also worked in a grocery store. I asked her if she was currently working; however, at that point, her attorney representative interrupted and stated that as per her attorney, she was not to answer this. I also asked whether she lost any time from work, including any time from work after the surgery, and whether she had lost any time from work since my prior independent medical examination on November 15, 2023. However, again, the attorney representative interrupted, and stated that the client was not to answer any questions concerning work, as per her attorney, which the claimant agreed not to answer.

**SOCIAL HISTORY:** She does not smoke. She drinks rarely

**INTERVAL INJURIES:** She denies any interval injuries since the prior independent medical examination on November 15, 2023.

**PHYSICAL EXAMINATION:** On physical examination, all measurements were obtained via visual inspection and use of a goniometer. Normal range of motion values were obtained from standard sources such as Hoppenfeld's Physical Examination of the Spine and Extremities, the New York State Medical Guidelines, and the AMA Guidelines.
All measurements were obtained actively and are thus under the claimant's control and have a subjective component.

Examination of the cervical spine revealed a 3 ½-centimeter left transverse wll-healed incisional scar. Cervical flexion is 55-degrees (normal cervical flexion 60-degrees), cervical extension is 27-degrees (normal extension 30-degrees), cervical lateral bending is 40-degrees bilaterally (normal lateral bending 30 to 45-degrees), and cervical lateral rotation is 75-degrees bilaterally (normal lateral rotation 80-degrees). Deep tendon

Independent Medical Re-Examination
Flores, Querida
10/22/2024
Page 3 of 5

reflexes are 2+ at the knees, and 2+ at the biceps, triceps, and brachioradialis bilaterally. Sensation is intact to light touch in the C5, C6, C7, C8, & T1 distribution bilaterally. Power testing reveals 5/5 strength in the deltoids, biceps, triceps, wrist flexors, wrist extensors, interossei, and grip strength bilaterally.

**MEDICAL RECORDS REVIEW:** The following medical records are reviewed:

- Prior independent medical examination report performed by me dated November 15, 2023.
- Supplemental Verified Bill of Particulars dated April 25, 2024, alleging additional injuries caused, aggravated, accelerated, precipitated, and/or enhanced including cervical spine C4/5 herniated disc, anterior cervical discectomy and fusion, arthrodesis, anterior instrumentation, plate and screws, PEEK spacer, allograft, morselized autograft, local through same incision, and fluoroscopic guidance performed on April 11, 2024.
- MRI of the cervical spine report from Lenox Hill Radiology dated December 20, 2023, noting C3/4 broad central disc herniation, C4/5 broad central disc herniation, C5/6 broad central disc herniation, C6/7 bulge, C7/T1 small central disc herniation, noting multilevel degenerative disc disease, straightening of cervical lordosis.
- Cervical spine x-ray report from Lenox Hill Radiology dated December 11, 2023, noting mild kyphosis, prominent straightening of lordosis in neutral position, otherwise normal spine.
- MRI of the right shoulder report from Lenox Hill Radiology dated August 31, 2023, noting supraspinatus and subscapularis tendinosis, capsular hypertrophy, synovitis of the acromioclavicular joint, lateral downsloping acromion, subacromial-subdeltoid bursitis.
- MRI of the lumbar spine report from Lenox Hill Radiology dated July 7, 2022, noting L1/2, L2/3, L3/4, L4/5, L5/S1 disc bulges.
- MRI of the cervical spine report from Lenox Hill Radiology dated July 7, 2022, noting C3/4 central herniation, C4/5 central herniation, C5/6 central herniation, C6/7 and C7/T1 disc bulges, straightening of cervical lordosis.
- MRI of the right hip report from Lenox Hill Radiology dated June 30, 2022, noting cartilage loss, marrow edema, cystic changes of the right acetabulum, partial tear of chondral labral junction, right greater trochanteric bursitis, increased signal at quadratus femoris, tendinosis of semimembranosus tendon, moderate right hip effusion.
- MRI of the left shoulder report from Lenox Hill Radiology dated June 30, 2022, noting supraspinatus tendinosis, capsular hypertrophy and synovitis of the acromioclavicular joint, lateral downsloping acromion, moderate tenosynovitis of biceps tendon.

Independent Medical Re-Examination
Flores, Querida
10/22/2024
Page 4 of 5

- Operative report from Michael Gerling, M.D., dated April 11, 2024, noting an operative procedure performed including anterior cervical discectomy and fusion C4/5, instrumentation, plate and screws, PEEK spacer, allograft, local morselized autograft, and fluoroscopic guidance.

**INTERVAL DIAGNOSTIC IMPRESSION:**

Status post anterior cervical discectomy and fusion at C4/5 on April 11, 2024.

**DISCUSSION:**

This claimant currently presents without complaints. Since my prior independent medical examination report on November 15, 2023, she has undergone an anterior cervical discectomy and fusion at C4/5 on April 11, 2024. Initial cervical MRIs that I reviewed performed on July 7, 2022 demonstrate mild diffuse disc desiccation with multilevel bulges at C3/4, C4/5, and C5/6. Very small central subligamentous disc protrusions at C3/4, C4/5, and C5/6 are noted, without spinal cord compression, with neuroforamina being patent. This claimant has undergone a subsequent cervical MRI performed on December 20, 2023. I would like the opportunity to review these cervical MRI study images, if and when they become available. Reports indicate broad central disc herniations at C3/4, C4/5, and C5/6, and a small central disc herniation at C7/T1. Reports note no spinal canal or foraminal stenosis.

My overall diagnostic impression and opinions as stated in my independent medical examination on November 15, 2023 remain unchanged. I do not find evidence that the anterior cervical discectomy and fusion at C4/5 performed on April 11, 2024 was medically necessary or causally related to the accident of record on June 14, 2022. I await review of requested interval cervical MRI images performed.

*The claimant was examined according to the restrictive rules concerning independent medical examinations and it is therefore understood that no doctor/patient relationship exists or is implied by this examination.*

*The claimant is examined in reference to that/those specific complaint/s emanating from the original injury. Any other medical conditions, which were either unreported or felt to be unrelated to the original injury, are considered to be beyond the purview of this exam.*

*I state that I am a physician authorized by law to practice in the State of New York. I am not party to the above proceeding. I am the physician, who subscribed to the above (or attached) report. I have read the same and know the contents thereof; that the same is true to my knowledge, except as to the matters stated to be on information and belief as to be those matters I believe to be true.*

Independent Medical Re-Examination
Flores, Querida
10/22/2024
Page 5 of 5

I, Dr. Marc Chernoff, being a physician duly licensed to practice in the State of New York, pursuant to CPLR Section 2106, hereby affirm under the penalty of perjury, that the statements contained herein are true and accurate.

Sincerely,

MARC CHERNOFF, M.D.
ORTHOPAEDIC SPINAL SURGERY
Date: 10/28/24

WCB rating: COS 210344
License#: 210344
MC/pah

# NEW YORK ORTHOPAEDIC SPINAL ASSOCIATES
## IRA J. CHERNOFF, M.D.
## MARC CHERNOFF, M.D.
897 Park Avenue
Suite E
New York, New York 10075
(631) 246-6100

## INDEPENDENT MEDICAL ADDENDUM

January 28, 2025

Law Office of Eric D. Feldman
485 Lexington Avenue
7th Floor
New York, N.Y. 10017

Re: **Querida Flores**
Docket No.: 2022107971
Claim No.: ITK8405
Date of Accident: 06/14/2022

To Whom It May Concern:

The following radiology study images are reviewed in order to supplement my prior independent medical examination performed on November 15, 2023, and my independent re-examination on October 22, 2024. These radiology studies include:

- MRI images of the lumbar spine from Lenox Hill Radiology dated July 7, 2022 are again reviewed. These include T1, T2 STIR sagittal and T1, T2 axial images. Lumbar discs are seen to be very well-hydrated throughout the lumbar spine. There is mild disc bulging at L4/5. No herniated discs are seen. There is no neural compression.
- MRI images of the cervical spine from Lenox Hill Radiology dated December 20, 2023, including T1, T2 STIR sagittal and T2 axial images. There is disc desiccation seen at C3/4, C4/5, C5/6. At C3/4, there is disc bulging and a small shallow subligamentous disc herniation. Neuroforamina and spinal canal are seen to be widely patent. At C5/6, there is disc bulging and a shallow subligamentous disc herniation. Neuroforamina and spinal canal are seen to be widely patent. At C4/5, there is a broad central disc herniation. Neuroforamina are seen to be widely patent. Spinal cord diameter and signal intensity is maintained throughout. When directly comparing these cervical MRIs to prior cervical MRIs performed at Lenox Hill Radiology on July 7, 2022, there has been an interval

Independent Medical Addendum
Flores, Querida
01/28/2025
Page 2 of 2

increase in size of the central disc herniation at C4/5 compared to cervical MRIs performed approximately one-and-a-half years prior.

### DISCUSSION:

After review of above radiology study images, I find that this claimant has undergone an anterior cervical discectomy and fusion at C4/5 on April 11, 2024, with interval development of a more focal central disc herniation at C4/5. The remainder of my opinions as stated in my prior independent medication examinations remain unchanged. I do not find that the anterior cervical discectomy and fusion at C4/5 performed on April 11, 2024 was causally related to the accident of record on June 14, 2022.

*I state that I am a physician authorized by law to practice in the State of New York. I am not party to the above proceeding. I am the physician, who subscribed to the above (or attached) report. I have read the same and know the contents thereof; that the same is true to my knowledge, except as to the matters stated to be on information and belief as to be those matters I believe to be true.*

*I, Dr. Marc Chernoff, being a physician duly licensed to practice in the State of New York, pursuant to CPLR Section 2106, hereby affirm under the penalty of perjury, that the statements contained herein are true and accurate.*

Sincerely,

[signature]

MARC CHERNOFF, M.D.
ORTHOPAEDIC SPINAL SURGERY
Date: 2/3/25

WCB rating: COS 210344
License#: 210344
MC/pah

# MARC B. CHERNOFF, MD
## Curriculum Vitae

**New York Orthopaedic Spinal Associates**     August 1999 to present
2500 Nesconset Highway, Building 9
Stony Brook, NY 11790
631-246-6100

**Medical License**
New York State # 210344

**Board Certification**
American Board of Orthopaedic Surgeons     July 2001

**Education & Degrees Awarded**

Fellowship in Spine     August 1998 to July 1999
Beth Israel/Deaconess Hospital
Harvard University, Boston, MA

Residency in Orthopaedic Surgery     July 1993 to June 1998
State University of New York (SUNY)
Stony Brook, NY

Bachelor of Science/Medical Degree Program     June 1991
City University of New York (CUNY) Medical School
New York, NY

**Professional Memberships**
- Fellow of the American Academy of Orthopaedic Surgeons
- Long Island Spine Society
- North American Spine Society (NASS)

# MARC B. CHERNOFF, MD
## Curriculum Vitae
Page 2

## Awards & Honors

- Alpha Omega Alpha                                                May 1992
  State University of New York at Stony Brook
  Stony Brook, NY

- Sophie Davis Award of Honor                                      May 1991
  City University of New York

- Summa Cum Laude Graduate                                         May 1991
  City College of New York

- Dr. Sidney Silverman                                             May 1991
     Human Values Award & Scholarship

- CUNY Medical School Honor Society                                1986-1991
    (Alpha Gamma Delta)

- City College of New York Dean's List                             1986-1991


## Research Projects

CLINICAL TRIALS:

- Spinology – OLIF (device), Optimesh for Lumbar Interbody Fusion study. August 2006-present.

- DOV Pharmaceuticals, "A multi-Center, Standard of Care Controlled Study to evaluate the Long Term Safety of Bicifadine for the Treatment of Chronic Lower Back Pain." July 2005-December 2006. Sub-private Investigator.

- The Use of Ultrasound in the Evaluation of Leg Length Discrepancy; A comparative analysis to CT and x-ray scanogram. Residents research presentation. June 1997.

- The Use of Partially Tapped, as Opposed to Fully Tapped Pedicle Screws of the Lumbar Spine Affecting the Incidence of Pedicle Perforation when an Off-Center Starting Hole is Employed.

## Publications & Manuscripts

Chernoff, M., White, A.A. "Painless epidural abscess occurring two months after discectomy, presenting as acute cauda equina syndrome: A Case Report. Manuscript in Preparation

Chernoff, M., White, A.A. "The Management of Acute Lower Back Pain." Bulletin Rheumatic Diseases. Accepted for publication.

## TRAINING PROGRAM

The Center for SPINE ARTHOPLASTY at the Endo-Surgery Institute, CHARITE ARTIFICIAL DISC, Cincinnati, Ohio – May 27, 2005.

UPDATED July 8, 2014