# EXHIBIT J

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 2 of 72 PageID #: 10697

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------x    Index #725276/2023
MAREK BAYNER,

                              Plaintiff,          NOTICE    OF    EXPERT
                                                  WITNESS EXCHANGE

            -against-


MICHAEL R. REMPELL and ZACHARY G. REMPELL,

                              Defendants.
-----------------------------------------------------x

        PLEASE TAKE NOTICE, that Defendants, by and through their attorneys,
the LAW OFFICES OF MICHAEL E. PRESSMAN, pursuant to the CPLR and
Uniform Court Rules, herein submit the following Notice of Expert Witness
Exchange pursuant to the Uniform Rules of the Court and CPLR 3101(d) and
designate the following individual to testify as an Expert Witness:

        1.    Upon the trial of this matter, defendants intend to call Frank
Lombardo, M.D. as a medical expert in the field of orthopedics and orthopedic
surgery.

        2.    Dr. Lombardo is a Board Certified Orthopedic Surgeon and is
licensed to practice medicine in the State of New York. A copy of his
*Curriculum Vitae* is annexed hereto, made a part hereof.

        3.    Dr. Lombardo is expected to testify with regard to the results of
her examination of the plaintiff, and his findings concerning same, as set forth
in detail in his attached narrative report, the examination before trial
testimony of the plaintiff, the future trial testimony of plaintiff, and the future

trial testimony of plaintiff's medical providers. A copy of Dr. Lombardo's Narrative Report is annexed hereto, made a part hereof.

4.      Dr. Lombardo's expert medical opinion is based upon his experience, medical texts, journals, articles, formal training as a licensed physician and orthopedist, and her examination of the plaintiff, as well as the history provided by plaintiff, the plaintiff's examination before trial testimony, future trial testimony, the future trial testimony of the plaintiff, the testimony of plaintiff's medical providers, and his review of the plaintiff's medical records and Bills of Particulars made available to him.

5.      Dr. Lombardo may also offer testimony in rebuttal to testimony offered by the plaintiff and plaintiff's expert(s) at the time of trial.

**PLEASE TAKE FURTHER NOTICE**, that defendants reserve their right to amend and/or supplement their response up to and including the time of trial.

Dated:  New York, New York
        July 17, 2025

                          Yours,

                          *Benjamin L. Zepnick*

                          _____
                          Law Offices of Michael E. Pressman
                          Attorneys for Defendants
                          125 Maiden Lane, 17th Floor
                          New York, New York 10038
                          (212) 480-3030
                          File No.: CFC 17142A

TO:

Case 1:22-cv-01032-PKC-JRC Document 577-10 Filed 08/12/25 Page 4 of 72 PageID #: 10699

ALL PARTIES VIA E-FILE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-----------------------------------------------------x    Index #725276/2023

MAREK BAYNER,

                                    Plaintiff,        NOTICE    OF    EXPERT
                                                      WITNESS EXCHANGE

          -against-


MICHAEL R. REMPELL and ZACHARY G. REMPELL,

                                    Defendants.

-----------------------------------------------------x

      PLEASE TAKE NOTICE, that Defendants, by and through their attorneys,

the LAW OFFICES OF MICHAEL E. PRESSMAN, pursuant to the CPLR and

Uniform Court Rules, herein submit the following Notice of Expert Witness

Exchange pursuant to the Uniform Rules of the Court and CPLR 3101(d) and

designate the following individual to testify as an Expert Witness:

      1.    Upon the trial of this matter, defendants intend to call Alexander

Merkler, M.D. as a medical expert in the field of orthopedics and orthopedic

surgery.

      2.    Dr. Merkler is a Board Certified Neurologist and is licensed to

practice medicine in the State of New York. A copy of his *Curriculum Vitae* is

annexed hereto, made a part hereof.

      3.    Dr. Merkler is expected to testify with regard to the results of his

examination of the plaintiff, and his findings concerning same, as set forth in

detail in his attached narrative report, the examination before trial testimony

of the plaintiff, the future trial testimony of plaintiff, and the future trial

testimony of plaintiff's medical providers. A copy of Dr. Merkler's Narrative Report is annexed hereto, made a part hereof.

4.    Dr. Merkler's expert medical opinion is based upon his experience, medical texts, journals, articles, formal training as a licensed physician and orthopedist, and her examination of the plaintiff, as well as the history provided by plaintiff, the plaintiff's examination before trial testimony, future trial testimony, the future trial testimony of the plaintiff, the testimony of plaintiff's medical providers, and his review of the plaintiff's medical records and Bills of Particulars made available to him.

5.    Dr. Merkler may also offer testimony in rebuttal to testimony offered by the plaintiff and plaintiff's expert(s) at the time of trial.

**PLEASE TAKE FURTHER NOTICE**, that defendants reserve their right to amend and/or supplement their response up to and including the time of trial.

Dated:  New York, New York
        July 17, 2025

                                    Yours,

                                    *Benjamin L. Zepnick*

                                    _____
                                    Law Offices of Michael E. Pressman
                                    Attorneys for Defendants
                                    125 Maiden Lane, 17th Floor
                                    New York, New York 10038
                                    (212) 480-3030
                                    File No.: CFC 17142A

TO:

ALL PARTIES VIA E-FILE

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 8 of 72 PageID #: 10703

**Alexander E. Merkler, MD, MS**
Board-certified Neurologist and Neurointensivist
Assistant Professor of Neurology and Neuroscience
Weill Cornell Medical College / New York Presbyterian Hospital
Email: nycbraindoc@gmail.com
Phone: 917-373-8523

Benjamin L. Zepnick, Esq.
Law Offices of Michael E. Pressman
125 Maiden Lane- 17th Floor
New York, NY 10038

April 24, 2025

Re: Marek Bayner
Date of accident: 8/23/21
Date of birth: 1/3/48
File #: CFC 17142A

To Whom It May Concern:

I am a board-certified neurologist, and I am certified in the subspecialty of neurocritical care by the United Council for Neurological Subspecialties. I graduated from Brown University and received my medical degree from NYU School of Medicine. I completed a neurology residency at New York Presbyterian Hospital/Weill Cornell Medical College where I served as Chief Resident. I then completed a Neurocritical Care Fellowship at Cornell/Columbia University and received a Master's Degree in Clinical and Translational Investigation from Cornell University. I currently serve as an attending neurologist at New York Presbyterian Hospital/Weill Cornell Medical College, where I routinely take care of patients with neurological disorders. I am also an Assistant Professor of Neurology and Neuroscience at Weill Cornell Medical College and the Brain and Mind Research Institute. I have authored more than 100 publications in peer reviewed medical journals on neurological disorders. I also serve as a peer reviewer for several medical journals including *JAMA, Neurology, Stroke, Journal of the American College of Cardiology, Circulation, Neurocritical Care* and *Hypertension.* I have given multiple invited lectures on neurological disorders at the International Stroke Conference, the American Academy of Neurology, and at other courses around the world. Finally, I routinely give lectures to residents, medical students, and nurses at Weill Cornell Medical College on the management and treatment of neurological disorders. Please see my CV for additional details.

At your request, I performed an independent neurologic medical examination on the above-named claimant, Mr. Marek Bayner on 4/9/25. Prior to the examination, Mr. Marek Bayner presented valid photographic ID to confirm his identity. Prior to the examination, I explained that this was an independent medical examination and that we had no patient-physician relationship. Mark Purificati, a legal representative was present throughout the examination.

I have reviewed the following materials regarding Mr. Marek Bayner:

- Verified Bill of Particulars dated 6/10/24
- Expert Report of Yong Kim, L.Ac.
- Medical Records:
    a. American Medical Initiatives, P.C.
    b. New York Orthopaedic Surgery & Rehabilitation

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 9 of 72 PageID #: 10704

      c.  Metropoint Medical, PC
      d.  Meral Duran, NP

The following neurological body parts/injuries were allegedly injured as a result of the accident on 8/23/21, as per the Bill of Particulars:

- Cervical spine
- Lumbar spine

### *History of Present Illness as per Mr. Marek Bayner:*

On 4/9/25, Mr. Marek Bayner reported to me that on 8/23/21 he was in a motor vehicle accident. He reported to me that he was the restrained driver of the vehicle and there was no airbag deployment. He reported to me that he did not have loss of consciousness and incontinence and did not recall if he had any numbness, tingling, or pain at the time of the accident. He reported to me that he was able to self-extricate and walk around. He reported to me that he did not go to hospital but instead was able to drive himself home which was approximately thirty minutes away.

His current complaints as reported to me on 4/9/25 included: headache, and pain in the neck, right shoulder, right hand, right knee, anxiety, and difficulty with vision.

As for the headache, he stated that he had a headache ranging from a few times per week to once every few weeks. He reported that he did not have headaches prior to the accident. He reported that his headaches were stable over time.

As for the neck pain, he stated that he had intermittent neck pain which occurred on average once or twice a week and was on average a 7-8/10 in severity. He stated that he was unsure if the pain radiated. He denied incontinence. He reported intermittent numbness and tingling in his right wrist and fingers but was unsure which fingers. He reported that he had not undergone surgery to his neck. He denied having neck pain prior to the accident. He reported that his neck pain was worsening over time.

As for his vision, he reported he gets intermittent blurred vision and feels as though the room is spinning.

He denied any other problems.

On review of systems, he stated "no" to seizures, memory impairment (which he stated he was unsure if it was normal or not), and back pain which occurred when he was in bed. He reported that he did not have back pain prior to the accident. He reported that he had not undergone surgery to his back. He reported that on average the pain is an 8/10 in severity and did not radiate.

Mark Purificati, the legal representative told him to not answer any questions about his medical or surgical history or whether he smoked, used drugs, or drank alcohol. He reported that he takes Tylenol as needed but no other medications.

Mark Purificati, the legal representative told him to not answer any questions about his employment.

He stated that he can independently walk, use stairs, eat, dress, use the bathroom, shower/bathe, and drive.

### *History as per the provided medical records:*

*Post-accident records:*

On 9/7/21, he began acupuncture.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 10 of 72
PageID #: 10705

On 9/7/21, he began physical therapy.

On 10/28/21, he was evaluated by Michelle Brunner, MD at SMB / Metro Point Medical for pain in his neck, left thumb, and low back. The assessment was sprain of the ligaments of the cervical and lumbar spine; pain in the left hand; myalgia, another site. He began therapy at SMB / Metro Point Medical.

On 12/8/22, he was evaluated by Christopher Kyriakides, DO for pain in the neck, back, and left shoulder.

On 10/8/24, he was evaluated by Meral Duran, NP for headache and pain in the neck and low back.

### Neurological Examination, performed at 430 East 86th Street, Suite 1F, New York, NY 10028.

*General:* He was in no acute distress.

*Mental status:* He was awake, alert, and oriented to person, place, and time. His speech was fluent.

*Cranial nerves:* Pupils were equal and reactive bilaterally. Extra-ocular movements were normal. Visual fields were full. Palate was symmetric. Shrug was symmetric. His face was symmetric. Facial sensation was normal. Sternocleidomastoid was normal. Tongue was midline. Hearing was normal.

*Motor/tone:* Tone was normal. He had no atrophy. He had no pronator drift. He had 5/5 strength in both arms, hands, legs, and feet. He had full strength in the hand intrinsic and full strength in each of the paired radial, median, and ulnar nerves. He was able to stand on his toes and heels. He was able to stand on each leg independently. He was easily able to independently take off and put on his shoes and jacket.

*Reflexes:* 2+ and symmetric in biceps, brachioradialis, triceps, patellas, and ankles. No evidence of pathologic reflexes (Hoffman and Babinski). No clonus.

*Range of motion:* Range of motion testing was undertaken with a computer goniometer. The normal range of motion was derived as per American Medical Association "Guidelines to the Evaluation of Permanent Impairment," Sixth Edition, 2009. Range of motion testing is noted to be subjective, under the voluntary control of the individual being tested.

> Cervical spine range of motion measured with a goniometer revealed a 40-degree forward flexion (normal is 50 degrees). His extension was 45 degrees (normal is 60 degrees). Lateral rotation was 65 degrees bilaterally (normal is 80 degrees). There was no tenderness to palpation over the midline or paracervical regions.

> Bilateral shoulder joint range of motion measured with a goniometer revealed hyperabduction of 180 degrees in the left shoulder and 150 degrees in the right shoulder and elevation of 170 degrees in the left shoulder and 120 degrees in the right shoulder (normal is 180 degrees for both motions). There was subjective tenderness to palpation over the right shoulder.

> Lumbar spine range of motion measured with a goniometer revealed forward flexion of 40 degrees (normal is 60 degrees). His extension and bilateral lateral flexion were 15 degrees each (normal is 25 degrees). There was no tenderness to palpation over the paravertebral or midline lumbar spine.

*Sensation:* He had normal sensation to light touch throughout his extremities. He reported decreased sensation in the big toe of his left foot.

*Coordination:* No dysmetria on finger-nose-finger or heel-knee-shin bilaterally. Romberg negative.

*Gait:* Gait was normal. Tandem walk was wobbly.

### Definitions

Prior to providing my conclusions, I find it worthwhile to provide a brief discussion of the term "spinal degenerative disease." Spinal degenerative disease is a chronic, nontraumatic condition due to normal wear and

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 11 of 72
PageID #: 10706

tear of the bones and joints of the spine. Wear and tear are a type of arthritis, just like that seen in the knees or hips, which worsens with age. As the bones and discs deteriorate, they can compress the spinal nerves or the spinal cord itself. The term "spondylosis" refers to arthritis of the spine. "Disc desiccation" refers to the loss of water within the intervertebral discs, which are the "padding" between the bones or vertebrae of the spine. "Osteophytes" are bony growths which can compress the spinal cord or nerves exiting from the spinal canal. On the sides of the spinal canal, there are holes or "foramen" where nerve roots exit. Spinal degenerative disease leads to narrowing of these holes or "foraminal stenosis." Spinal degenerative disease can also narrow the central spinal canal where the spinal cord is encased– this is termed "spinal stenosis." "Disc bulges" refer to diffuse enlargement of the discs due to dehydration and stiffening of the disc material and are unanimously considered non-traumatic in etiology. Although disc herniations can be a result of spinal trauma, in actuality, the most common cause of disc herniation is spinal degenerative disease.

*Opinions*

Mr. Marek Bayner was allegedly involved in an accident on 8/23/21. Based on a thorough review of the medical records and my examination performed on 4/9/25, it is my professional opinion that Mr. Marek Bayner did not sustain any traumatic or permanent spine or nerve injury as a result of the 8/23/21 reported incident and there is no clinical examination evidence of spinal cord or spinal nerve injury or dysfunciton. Below is a summary of my opinions related to this case, all stated to a reasonable degree of medical certainty.

1. **There is no objective evidence that Mr. Marek Bayner sustained any traumatic or permanent spine or nerve injury as a result of the 8/23/21 accident.**

   First, there was no evidence of traumatic or permanent spinal cord or nerve injury at the time of the accident. Patients with spinal cord or nerve injury will have immediate symptoms of weakness, numbness, tingling, or incontinence. He did not report any of these symptoms and importantly did not seek emergency medical care at the time of the accident or at any time after the accident. Instead, he was able to drive home. When he was eventually evaluated by a physician, the diagnoses were cervical/lumbar strains, which means a muscle/tendon pull and not spinal cord or nerve injury. Thus, the 8/23/21 accident did not cause any spinal cord or nerve injury.

   Second, there is no clinical evidence of spinal cord or spinal nerve injury or dysfunction. His neurological exam was normal apart from some mild difficulty with tandem walking (walking with one foot in front of the other) which is unrelated to the 8/23/21 accident and instead related to his older age and loss of proprioception.

   **In sum, the 8/23/21 accident did not cause any permanent spinal cord or nerve injury.**

2. **No further neurological diagnostic testing or treatment is needed as related to the 8/23/21 accident.**

3. **There is no neurological disability related to the 8/23/21 accident.**

All of my opinions are to a reasonable degree of medical certainty and based upon my review of the materials as well as my experience, training, and knowledge. I reserve the right to modify and/or supplement my opinions as discovery continues and more information becomes available, or in response to Plaintiffs expert reports or cross examination questioning.

Sincerely,

Alexander E. Merkler, MD, MS

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 12 of 72
PageID #: 10707

## Weill Cornell Medical College, Cornell University
## Faculty Curriculum Vitae

**Name:**    Alexander Eliot Merkler

**Signature:**

**Date of Preparation:**    January 24, 2025

### A.    PERSONAL DATA

Office address: 525 East 68th Street, F610
New York, NY 10065

Office telephone: 212-746-0382

Work email: alm9097@med.cornell.edu

Home address: 505 East 79th Street, Apt 15K
New York, NY 10075

Cell phone: 917-373-8523

Personal email: amerkler@gmail.com

### B.    EDUCATION

**Academic Degree(s)**

| Degree | Institution | Dates attended | Year Awarded |
|---|---|---|---|
| BS, *Neuroscience* | Brown University, Providence, RI | *09/2002 - 05/2006* | *2006* |
| MD | New York University School of Medicine, New York, NY | *08/2006 - 05/2010* | *2010* |
| MS | CTSC – Weill Cornell Medical College, New York, NY | *09/2017 - 12/2020* | *2020* |

**Other Educational Experiences**

| Description | Institution | Dates attended |
|---|---|---|
| MS | CTSC – Weill Cornell Medical College, New York, NY | *09/2017 - 12/2020* |

### C.    POSTDOCTORAL TRAINING

| Title | Institution | Dates |
|---|---|---|
| Intern, Internal Medicine | New York Presbyterian Hospital- Weill Cornell Medicine, New York, NY | *06/10 - 06/11* |
| Resident, Neurology | New York Presbyterian Hospital- Weill Cornell Medicine, New York, NY | *06/11 - 06/13* |

| Chief Resident, Neurology | New York Presbyterian Hospital- Weill Cornell Medicine, New York, NY | *06/13 - 06/14* |
| Fellow, Neurocritical Care | New York Presbyterian Hospital - Columbia University / Weill Cornell Medicine, New York, NY | *7/14 - 06/16* |

## D.  PROFESSIONAL POSITIONS & EMPLOYMENT

### Academic Appointments

| Title | Institution | Dates |
| --- | --- | --- |
| Assistant Professor of Neurology | Department of Neurology, Weill Cornell Medicine, New York, NY | *07/16 - current* |
| Assistant Professor of Neuroscience | Feil Family Brain and Mind Research Institute, Weill Cornell Medicine, New York, NY. | *02/18 - current* |

### Hospital Appointments

| Title | Institution | Dates |
| --- | --- | --- |
| Attending | New York-Presbyterian Hospital/ Weill Cornell Medical Center | *07/16 - current* |
| Attending | New York-Presbyterian Hospital/Gracie Square Hospital | *02/17 - current* |
| Attending | New York-Presbyterian Hospital Queens | *11/20 - current* |

### Other Professional Positions & Employment

| Title | Institution | Dates |
| --- | --- | --- |
| Not Applicable | | |

## E.  EMPLOYMENT STATUS

**Name of Current Employer*(s)*:**
**Current Employment Status**

Full-time salaried by Weill Cornell

## F.  LICENSURE, BOARD CERTIFICATION

### Licensure:

| State | Number | Date of issue | Date of expiration |
| --- | --- | --- | --- |
| New York | 273685-01 | *02/04/2014* | *12/31/2025* |
| California | C-196277 | *05/01/2024* | *07/31/2026* |

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 14 of 72
PageID #: 10709

DEA number: FM465326

**If no license:**

(1) Do you have a temporary certificate? Not Applicable
(2) Have you passed the examination for foreign medical school graduates? Not Applicable

**Board Certification**

| Full Name of Board | Certificate # | Dates of Certification |
|---|---|---|
| American Board of Psychiatry and Neurology Neurology | 58905 | *2014 – 2027* |
| United Council for Neurologic Subspecialties, Neurocritical Care | NCC1506-17 | *2017 - 2027* |
| American Board of Psychiatry and Neurology Neurocritical Care | 599 | *2024-* |

**G.    INSTITUTIONAL/HOSPITAL AFFILIATION**

Primary Hospital Affiliation: New York-Presbyterian Hospital/ Weill Cornell Medical Center

Other Hospital Affiliations: New York Presbyterian Hospital Queens

Other Institutional Affiliations: Gracie Square Hospital

**H.    HONORS, AWARDS**

| Name of award | Organization | Date awarded |
|---|---|---|
| Phi Beta Kappa | Brown University | *2006* |
| Bachelor of Science, *magna cum laude* | Brown University | *2006* |
| Sigma Xi | Brown University | *2006* |
| Rosenbluth Foundation Travel Grant | NYU School of Medicine | *2010* |
| Chief Resident | Weill Cornell Medicine | *2014* |
| Resident Teaching Award | Weill Cornell Medicine | *2014* |
| American Academy of Neurology Annual Meeting Resident Scholarship Award | American Academy of Neurology | *2014* |

| | | |
|---|---|---|
| American Academy of Neurology Annual Meeting Resident Scholarship Award | American Academy of Neurology | *2015* |
| International Stroke Conference Rehabilitation and Recovery Travel Award | International Stroke Conference | *2016* |
| International Stroke Conference New Investigator Award | International Stroke Conference | *2016* |
| Plum and Posner Annual Award for Best Neurology Faculty Teacher | Weill Cornell Medicine | *2017* |
| National Institute of Health KL2 Career Training Award given by the Weill Cornell Medical College Clinical & Translational Science Center | National Institute of Health and Weill Cornell Medicine Clinical & Transitional Science Center | *2017* |
| Leon Levy Fellowship in Neuroscience Scholarship | Leon Levy Fellowship in Neuroscience | *2018* |
| American Neurological Association Travel Award | American Neurological Association | *2018* |
| Career Development Award | American Heart Association | *2018* |
| Weill Cornell Medicine Covid-19 Research Grant | Weill Cornell Medicine | *2020* |
| Robert G. Siekert New Investigator Award | International Stroke Conference | *2021* |

## I.     PROFESSIONAL ORGANIZATIONS AND SOCIETY MEMBERSHIPS

| Organization | Date |
|---|---|
| American Academy of Neurology | *2011 - current* |
| American Heart Association | *2012 - current* |
| Neurocritical Care Society | *2014 - current* |
| American Neurological Association | *2018 - current* |

## J.     PERCENT EFFORT AND INSTITUTIONAL RESPONSIBILITIES

| Weill Cornell Activity *(Current or Anticipated)* | Percent Effort (%) | Does the activity involve Weill Cornell students/research trainees? (Yes/No) |
|---|---|---|
| Teaching | 10 | Yes |
| Clinical | 40 | Yes |
| Administrative | 10 | Yes |
| Research | 40 | Yes |
| **Total** | **100%** | |

## K.  EDUCATIONAL CONTRIBUTIONS

**Didactic teaching**

Small Group Leader, Brain and Mind Medical Student Course                     *07/17 - current*

Yearly Lectures for neurology residents:                                      *07/16 - current*
1.) Neurological Emergencies
2.) Management of Acute Ischemic Stroke
3.) Management of Large Hemispheric Infarction
4.) Subarachnoid Hemorrhage
5.) Status Epilepticus

**Clinical teaching**

Clinical supervision and teaching of fellows, residents, and medical students    *07/16 - current*
rotating in the neuroscience intensive care unit and inpatient stroke unit
(15 weeks per year)

Instructor for Neurology Physical Diagnosis, part of the Brain and Behavior Course    *07/19 - current*
for 2nd Year Medical Students at Weill Cornell Medical College

**Administrative teaching**

Associate Program Director, Neurocritical Care Fellowship,                     *07/17 - current*
Weill Cornell Medicine/Columbia University

Course Director, Multi-Disciplinary Critical Care Conference                   *09/19 - current*

Course Director, Neurocritical Care/Vascular Fellows Teaching Seminar          *01/20 - current*

Course Director, Neurocritical Care Medical Student Elective                   *07/20 - current*

**Continuing education and professional education as teacher**

I complete yearly continuing medical education activities including attending local, national, and international conferences on neurological topics. In addition, I have participated in courses offered by the learning institute at Weill Cornell in order to improve my skills as a clinician educator.

**Other education/outreach activities**

I have given multiple invited talks to the community regarding stroke. This is how I have helped to educate the public on the importance of stroke. I also am an active member of the American Heart Association where I have given multiple talks at private events and have appeared on television.

## L.  CLINICAL PRACTICE, INNOVATION, and LEADERSHIP

Case 1:22-cv-01032-PKC-JRC Document 577-10 Filed 08/12/25 Page 17 of 72 PageID #: 10712

**Clinical Practice**

| | |
|---|---|
| Attending Physician, Neuroscience Intensive Care Unit (13 weeks per year) | *2016 - current* |
| Attending Physician, Inpatient Stroke Service (2 weeks per year) | *2011 - current* |
| Attending Physician, Outpatient Neurology Clinic | *2016 - current* |

**Clinical Innovations**

Not Applicable

**Clinical Leadership**

| | |
|---|---|
| Associate Program Director of the Neurocritical Care Fellowship, Director of Medical Student | *2017 - current* |
| Director of Education in the Neurosciences Intensive Care Unit | *2019 - current* |
| Director of Tele-Neuro ICU at New York Presbyterian Hospital | *2020 - current* |

## M.   RESEARCH

**Research Activities:**

I became committed to a career in health-oriented research during my neurology residency training at New York-Presbyterian Hospital/Weill Cornell (NYPH/Cornell). Through my clinical work, I became interested in improving our limited ability to accurately identify the mechanism of stroke. This knowledge gap meant that the etiology of ischemic stroke in many patients was unknown and, as a consequence, the appropriate treatment for secondary stroke prevention was uncertain. During residency and fellowship, I published studies evaluating the risk of ischemic stroke in relationship to clinically occult mechanisms such as subacute bacterial endocarditis and cancer. Since my appointment as a faculty member at NYPH/Cornell in 2016, I have remained dedicated to evaluating the relationship between occult cardiovascular disease and cryptogenic stroke because of the paucity of data on this important clinical topic. My preliminary data, gathered with support from grant funding, have led me to hypothesize that left ventricular dysfunction may be a novel stroke risk factor. To further pursue this hypothesis, I have established collaborations with investigators in cardiology, vascular neurology, and neurobiology. I received extramural funding from the American Heart Association a KL2 career development award from the NIH, and the Leon Levy Foundation. I have also been a co-investigator on multiple R01s. I have pending funding on U03 grant through the NIH

Please see attached NIH-format biosketch for description of key contributions to science

**Research Support:**

**Current Research Funding**

| Award Source: | R01 Nguyen (PI) |
|---|---|
| Project title: | |
| Annual direct costs: Non-financial support *(e.g., drugs or services provided)*: | $18,396.00 |
| Duration of support: | 03/2022-present |
| Name of Principal Investigator: | Thanh Nguyen |
| Your role*: | Co-I |

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 18 of 72
PageID #: 10713

| Your percent (%) effort: | 10% |
| *(Optional - The major goals of this project are)*: | |

| Award Source: | NIH/NHLBI, Source of support HHSN26818HV00001R, Project number |
|---|---|
| Project title: | Cardiovascular Disease in American Indians |
| Annual direct costs: Non-financial support *(e.g., drugs or services provided)*: | Effort only |
| Duration of support: | 10/01/20 - 02/14/25 |
| Name of Principal Investigator: | Devereux |
| Your role*: | Co-I |
| Your percent (%) effort: | |
| *(Optional - The major goals of this project are)*: | The major goals of this study are to follow up the cohorts from the Strong Heart Study and Strong Heart Family Study and adjudicate clinical outcomes, and to assess the prognostic value of data on preclinical cardiovascular disease obtained in the 1st through 5th phases of the Strong Heart Study. |

| Award Source: | NIH/NHLBI, Source of support R01HL144541, Project number |
|---|---|
| Project title: | MRI Detection of Carotid Plaques as a mechanism for Embolic strokes of undetermined source (MRI DECIPHER) |
| Annual direct costs: Non-financial support *(e.g., drugs or services provided)*: | $3,931,710 |
| Duration of support: | 08/15/19 - 07/31/24 |
| Name of Principal Investigator: | Kamel / Gupta |
| Your role*: | Co-I |
| Your percent (%) effort: | |
| *(Optional - The major goals of this project are)*: | The goal of this study is to test the association between nonstenosing atherosclerotic plaque and stroke. |

| Award Source: | NIH/NINDS, Source of support 1 R01 NS123576-01A1, Project number |
|---|---|
| Project title: | Quantitative susceptibility mapping for stroke risk prediction of vulnerable carotid plaques |
| Annual direct costs: Non-financial support *(e.g., drugs or services provided)*: | $3,227,941 |
| Duration of support: | 4/15/2022 - 3/31/2027 |
| Name of Principal Investigator: | Gupta / Kamel |
| Your role*: | Co-I |
| Your percent (%) effort: | |
| *(Optional - The major goals of this project are)*: | The proposed research will develop a magnetic resonance imaging method called quantitative susceptibility mapping (QSM) for the characterization |

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 19 of 72 PageID #: 10714

|  | and risk evaluation of unstable carotid atherosclerotic plaque that can cause ischemic stroke. A successful outcome of this research will provide a reliable noninvasive imaging tool for stroke prevention and research on vascular diseases. |
|---|---|

## Past (Completed) Funding

CTSC Weill Cornell Medicine, NIH KL2-TR-002385, 9/17-6/18,  P I

Leon Levy Fellowship in Neuroscience Grant, 02/18-02/19, PI

American Heart Association Career Development Award, 07/18-06/21, PI

Weill Cornell Medical College, 07/20-6/21, PI

## Pending Funding

| Award Source: | NIH |
|---|---|
| Project title: | RESOLVE: Reducing Embolic Stroke with Optimal antithrombotic therapy in Left Ventricular injury and low Ejection fraction |
| Annual direct costs: Non-financial support *(e.g., drugs or services provided)*: | $20,000,000 |
| Duration of support: | 01/2026- |
| Name of Principal Investigator: | Alexander Merkler |
| Your role*: | |
| Your percent (%) effort: | 30% |
| *(Optional - The major goals of this project are)*: | RESOLVE is a multicenter, randomized, double-blind, active-control, phase 3 clinical trial of apixaban versus aspirin in patients who have evidence of left ventricular (LV) injury and a recent non-lacunar ischemic stroke. One thousand subjects will be recruited from 100 sites in the United States. Subjects will be followed for a minimum of 2 years. The primary efficacy outcome is recurrent stroke or systemic embolism, and the primary safety outcomes are 1) symptomatic intracranial hemorrhage and 2) major hemorrhage at any site. |

## N.    MENTORING

### Mentees

### Current Mentees:

| Name | *Joshua Kahan* |
|---|---|
| Site/Position | *Weill Cornell Medicine / Neurocritical care Fellow* |
| Expected Period | *07/2022-ongoing* |
| Project/Accomplishments** | *Topic: Association between vascular disease and carotid artery dissection* |
| Goals/expected Outcomes | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 20 of 72 PageID #: 10715

| Name | Marialaura Simonetto, MD |
|---|---|
| Site/Position | *Weill Cornell Medicine / Neurocritical care Fellow* |
| Expected Period | *07/2023-ongoing* |
| Project/Accomplishments** | *Topic: COVID-19 and the risk of stroke* |
| Goals/expected Outcomes | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

| Name | Mohammad Ridha, MD |
|---|---|
| Site/Position | *Assistant Professor of Neurology* |
| Expected Period | *7/2022-ongoing* |
| Project/Accomplishments** | *Topic: Association between silent myocardial infarction and stroke* |
| Goals/expected Outcomes | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

| Name | Will Harris, MD |
|---|---|
| Site/Position | *Weill Cornell Medicine / Neurology resident* |
| Expected Period | *7/2022-ongoing* |
| Project/Accomplishments** | *Topic: Neurology evaluation of retinal artery occlusion* |
| Goals/expected Outcomes | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

**Past Mentees:**

| Name | Devin Burke, MD |
|---|---|
| Site/Position | *Weill Cornell Medicine Neurocritical care Fellow* |
| Mentoring Period | *07/2021-06/2022* |
| Project/Accomplishments** | *Topic: Heart failure and the risk of stroke.* |
| Current Position | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

| Name | Pirouz Piran, MD |
|---|---|
| Site/Position | *Weill Cornell Medicine Stroke Fellow* |
| Mentoring Period | *7/2018-6/2019* |
| Project/Accomplishments** | *Topic: Relationship between visceral infarction and functional outcomes among patients with acute ischemic stroke* |
| Current Position | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

| Name | Yahyah Atalay, MD |
|---|---|
| Site/Position | *Weill Cornell Medicine Stroke Fellow* |
| Mentoring Period | *7/2018-6/2019* |
| Project/Accomplishments** | *Topic: Incidence and prevalence of cervical artery dissection across age groups.* |
| Current Position | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 21 of 72
PageID #: 10716

| Name | Jessica Lin, MD |
|---|---|
| Site/Position | Weill Cornell Medicine Neurocritical Care Fellow |
| Mentoring Period | 7/2018-6/2020 |
| Project/Accomplishments** | Topic: Blood pressure variation between ICH etiologies |
| Current Position | |
| Type of Supervision (research, clinical, teaching, leadership) | Research |

| Name | Billy Roth, MD |
|---|---|
| Site/Position | Weill Cornell Medicine Neurocritical Care Fellow |
| Mentoring Period | 7/2018-6/2020 |
| Project/Accomplishments** | Topic: Relationship between GI disorders and stroke |
| Current Position | |
| Type of Supervision (research, clinical, teaching, leadership) | Research |

| Name | Ayham Alkhachroum, MD |
|---|---|
| Site/Position | Weill Cornell Medicine Neurocritical Care Fellow |
| Mentoring Period | 7/2017- 6/2019 |
| Project/Accomplishments** | Topic: Trends in Endotracheal intubation in patients with Neurocritical care diseases |
| Current Position | |
| Type of Supervision (research, clinical, teaching, leadership) | Research |

| Name | Mais Al-Kawaz, MD |
|---|---|
| Site/Position | Weill Cornell Medicine |
| Mentoring Period | 7/2016-6/2019 |
| Project/Accomplishments** | Topic: Relationship between aortic aneurysm and subarachnoid hemorrhage |
| Current Position | |
| Type of Supervision (research, clinical, teaching, leadership) | |

| Name | Darya Khazanova, MD |
|---|---|
| Site/Position | Weill Cornell Medicine |
| Mentoring Period | 7/2016-6/2019; |
| Project/Accomplishments** | Topic: Risk of recurrent status epilepticus |
| Current Position | |
| Type of Supervision (research, clinical, teaching, leadership) | Research |

| Name | Sally Wang, MD |
|---|---|
| Site/Position | Weill Cornell Medicine |
| Mentoring Period | 7/2019-present |
| Project/Accomplishments** | Topic: Trends in Moya-Moya disease |
| Current Position | |
| Type of Supervision (research, clinical, teaching, leadership) | Research |

| Name | Shobana Ramasamy, MD |
|---|---|
| Site/Position | Weill Cornell Medicine |
| Mentoring Period | 9/2017-6/2019 |

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 22 of 72
PageID #: 10717

| | |
|---|---|
| Project/Accomplishments** | *Topic: Relationship between ventricular disease and stroke.* |
| Current Position | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

| | |
|---|---|
| Name | *Mary McKnight, BS* |
| Site/Position | *Cornell University* |
| Mentoring Period | *7/2019-8/2019* |
| Project/Accomplishments** | *Topic: Stroke research* |
| Current Position | |
| Type of Supervision *(research, clinical, teaching, leadership)* | *Research* |

## O.    INSTITUTIONAL LEADERSHIP ACTIVITIES

Not Applicable

## P.    INSTITUTIONAL ADMINISTRATIVE ACTIVITIES

| Name of Committee | Role | Dates |
|---|---|---|
| Neurocritical Care Associate Fellowship Director | Director | *2017 - current* |
| ACGME Neurocritical Care Fellowship Application Review Committee | Committee Member | *2017 - current* |
| ACGME Neurology Residency Review Committee | Committee Member | *2018 - current* |
| ACGME Neurology Residency Application Review Committee | Committee Member | *2018 - current* |
| Quality and Patient Safety | Committee Member | *2018 - current* |
| Medical Student Rotation in the Neurosciences Intensive Care Unit | Director | *2020 - current* |
| ACGME Neurocritical Care Fellowship Program Evaluation Committee | Committee Member | *2023 - current* |
| ACGME Neurocritical Care Fellowship Clinical Competency Committee | Committee Member | *2023 - current* |

## Q.    EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

**Leadership in Extramural Organizations**

Not Applicable

**Service on Boards and/or Committees**

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 23 of 72
PageID #: 10718

Regional

| Name of Committee | Role | Organization | Dates |
|---|---|---|---|
| Medical Advisory Committee | Member | American Heart Association Young Professionals Group of NYC | *2016 - current* |

**Grant Reviewing/Study Sections**

| Role(s) | Organization Name | Dates |
|---|---|---|
| Grant Reviewer | Dutch Heart Foundation | *2018 - current* |
| Grant Reviewer | Master's Program at the Clinical and Translational Science Center | *2018 - current* |
| Grant Reviewer | The Netherlands Organization for Health Research and Development | *2019 - current* |
| Grant Reviewer | PSI Foundation | *2020 - current* |
| Grant Reviewer | Weill Cornell Medicine Physician Assistant Thesis Reviewer | *2020 - current* |
| Grant Reviewer | UK Research and Innovation | *2021 - current* |
| Grant Reviewer | AHA Career Development Award Study section | *2020 - current* |

**Editorial Activities**

| Editor/Co-Editors | Dates |
|---|---|
| *Neurohospitalist* (Associate Editor) | *2018 - current* |

Journal Reviewing/Ad hoc Reviewing

| Journal / Organization Name | Dates |
|---|---|
| | *2011 - current* |

Journal of the American College of Cardiology (20 papers)
Circulation (2 papers)
JAMA Neurology (21 papers)
Journal of Neurology, Neurosurgery, and Psychiatry (13 papers)
Hypertension (18 papers)
Neurology (2 papers)
Stroke (14 papers)
Neurohospitalist (20 papers)
European Journal of Neurology (3 papers)
European Stroke Journal (1 paper)
Neurocritical Care (1 paper)
Expert Review of Cardiovascular Therapy (1 paper)

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 24 of 72
PageID #: 10719

Circulation Research (1 paper)
Cerebrovascular Diseases (3 papers)
PLoS ONE (5 papers)
Neurological Research (1 paper)
Journal of Cardiac Failure (2 paper)
Journal of the American Heart Association (1 paper)
American Journal of Respiratory and Critical Care Medicine (1 paper)


### R. INVITATIONS TO SPEAK/PRESENT

**Regional***

| Title | Institution/Location | Dates |
|---|---|---|
| Recurrent Thromboembolic Events After Ischemic Stroke in Patients with Cancer | Department of Neurology Grand Rounds, Weill Cornell Medical | *2013* |
| Intracranial Hemorrhage. Neuroscience Nursing Education Series 2015 | New York- Presbyterian Hospital | *2015* |
| Intracranial Hemorrhage. Neuroscience Nursing Education Series 2016 | New York- Presbyterian Hospital | *2016* |
| Invited lecture, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | Weill Cornell Medicine | *2016* |
| Grand Rounds, Division of Critical Care Medicine; "Infectious Disease and the Central Nervous System" | Columbia University Medical Center | *2016* |
| Invited lecture, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | Weill Cornell Medicine | *2017* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | Weill Cornell Medicine | *2017* |
| Grand Rounds, Department of Neurology; "Infective Endocarditis and Stroke" | New York Methodist Hospital | *2017* |
| Grand Rounds, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | Weill Cornell Medicine | *2017* |
| Grand Rounds, Department of Medicine; "Update in Neurology" | Weill Cornell Medicine | *2017* |
| Invited lecture, Department of Medicine; "Coma" | Weill Cornell Medicine | *2017* |
| Invited lecture, Department of Neurology Resident Bootcamp Lecture Series; | Weill Cornell Medicine | *2018* |

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 25 of 72 PageID #: 10720

"Treatment of Acute Neurological
Emergencies."

| | | |
|---|---|---|
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | Weill Cornell Medicine | *2018* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | Weill Cornell Medicine | *2018* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Status Epilepticus" | Weill Cornell Medicine | *2018* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Subarachnoid Hemorrhage" | Weill Cornell Medicine | *2018* |
| Invited Lecture, Department of Neurology; "The Focused Neurological Examination" | Weill Cornell Medicine | *2018* |
| Invited lecture, Department of Medicine; "Coma" | Weill Cornell Medicine | *2018* |
| Invited Lecture, New York Brain Attack Conference: "Angiographically Negative Subarachnoid Hemorrhage" | Weill Cornell Medicine | *2018* |
| Invited Speaker Symposium 2018: Stroke Rehabilitation – Focus on Clinical Management, Department of Rehabilitation; "A Primer on Secondary Stroke Prevention" | Weill Cornell Medicine | *2018* |
| Invited Lecture, Stroke and Neurocritical Care Conference; "Neurocritical Care Management of the Non-Stroke Patient" | New York-Presbyterian Hospital Queens | *2018* |
| Invited lecture, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | Weill Cornell Medicine | *2019* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | Weill Cornell Medicine | *2019* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | Weill Cornell Medicine | *2019* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Status Epilepticus" | Weill Cornell Medicine | *2019* |

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 26 of 72
PageID #: 10721

| | | |
|---|---|---|
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Subarachnoid Hemorrhage" | Weill Cornell Medicine | *2019* |
| Grand Rounds, Nursing; "Update in the Management of Status Epilepticus" | Weill Cornell Medicine | *2019* |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Critical Care Fellows Lecture Series: "Management of Status Epilepticus" | Weill Cornell Medicine | *2019* |
| Grand Rounds, "Myocardial Infarction and the Risk of Stroke." | NYU School of Medicine, Winthrop Hospital | *2019* |
| Invited Lecture, Center Neuropsychology Didactics series; "The Neurological Exam." | Weill Cornell Medical | *2020* |
| Invited lecture, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | Weill Cornell Medical | *2020* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | Weill Cornell Medical | *2020* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | Weill Cornell Medical | *2020* |
| Grand Rounds, Department of Neurology; "Interactive Review of Stroke." | Weill Cornell Medical | *2020* |
| Invited Lecture, College Second Year Medical School Course; "Neurological Manifestations of Covid-19." | Weill Cornell Medical | *2020* |
| Invited Lecture, New York Brain Attack Conference: "Treatment of Cerebral Vein Thrombosis: Pro: Direct Oral Anticoagulation" | New York Presbyterian Hospital | *2020* |
| Invited Lecture, Multidisciplinary Critical Care Fellows Lecture Series: "Treatment of Acute Ischemic Stroke" | Weill Cornell Medical | *2020* |
| Invited Lecture, Lower Manhattan Community Affairs Education Series: "How to Identify & Treat Stroke" | Weill Cornell Medical | *2020* |
| Invited Lecture, Fall 2020 Health and Wellness Seminar Series: Strokes and Covid- 19; "Covid-19 and Stroke" | New York Presbyterian Hospital | *2020* |

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 27 of 72
PageID #: 10722

| | | |
|---|---|---|
| Invited Lecture, Multidisciplinary Physician Assistant Curriculum: "Treatment of Acute Ischemic Stroke" | Weill Cornell Medicine | *2020* |
| Invited Lecture, Stroke and Neurocritical Care Conference 2020: "Cerebrovascular Manifestations of Covid-19." | New York Presbyterian Hospital Queens | *2020* |
| Invited Lecture, Brain and Mind Research Institute at Weill Cornell Medicine; Bench-to-Bedside Lecture Series: "Neurological Manifestations of Covid-19." | Weill Cornell Medicine | *2020* |
| Invited Lecture, Covid-19 Summit, Cornell University, Ithaca, New York: "Neurological Manifestations of Covid-19." | Cornell University, Ithaca, New York | *2020* |
| Invited Lecture, Community Lecture Series; "Acute Ischemic Stroke" | Weill Cornell Medicine | *2020* |
| Invited Lecture, Weill Cornell Research Symposium: "Covid-19 and the Risk of Stroke." | Weill Cornell Medicine | *2021* |
| Invited lecture, Department of Medicine; "Coma" | Weill Cornell Medicine | *2021* |
| Invited Lecture, Practical Updated in Neurology; "Update on Status Epilepticus" | Weill Cornell Medicine | *2021* |
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | | *2021* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Acute Ischemic Stroke" | Weill Cornell Medicine | *2021* |
| Invited Lecture, Neurology Grand Rounds; "Myocardial Infarction and the Risk of Ischemic Stroke" | New York-Presbyterian Hospital Brooklyn | *2021* |
| Invited Lecture, Neuroscience Grand Rounds, Weill Cornell Medical Center, NY; "Neurological Manifestations of Covid-19." | Weill Cornell Medical | *2021* |
| Invited Lecture, Critical Care Grand Rounds, Westchester Medical Center, NY; "Left Ventricular Injury and the Risk of Ischemic Stroke." | Westchester Medical Center | *2021* |
| | Mount Sinai | *2022* |

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 28 of 72 PageID #: 10723

| | | |
|---|---|---|
| Invited Lecture, Neurology Grand Rounds, Mount Sinai, NY; "Left Ventricular Injury and the Risk of Ischemic Stroke" | | |
| Invited lecture, Department of Medicine; "Coma" | Weill Cornell Medicine | *2022* |
| Invited Lecture, Memorial Sloan Kettering, Department of Neurology; "Management of Acute Ischemic Stroke" | Memorial Sloan Kettering | *2022* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | Weill Cornell Medicine | *2022* |
| Invited Lecture, Rheumatology Grand Rounds, Hospital for Special Surgery; "Case Conference | | *2022* |
| Invited Lecture, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | Weill Cornell Medicine | *2022* |
| Invited Lecture, Physical Medicine and Rehabilitation Grand Rounds, Weill Cornell Medical Center; "COVID-19 and the Risk of Neurological Disease." | Weill Cornell Medicine | *2022* |
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | | *2022* |
| Invited Lecture, Community Lecture Series; "Acute Ischemic Stroke" | | *2022* |
| Invited Lecture, Community Lecture Series; "Acute Ischemic Stroke" | | *2023* |
| Invited Lecture, Community Lecture Series; "Recognizing and Preventing Stroke" | | *2023* |
| Invited Lecture, Multidisciplinary Critical Care Conference at Weill Cornell Medical College. "Status Epilepticus." | Weill Cornell Medical | *2023* |
| Invited Lecture, "Brain Attack," at New York Presbyterian Hospital: Left Ventricular Disease and Stroke | New York Presbyterian Hospital | *2023* |
| Invited Lecture, Memorial Sloan Kettering, Department of Neurology; "Coma and Brain Death" | Memorial Sloan Kettering | *2024* |
| Minimal Invasive Surgery for Evacuation of ICH, debate, Con. New | New York Academy of Medicine | *2024* |

Case 1:22-cv-01032-PKC-JRC     Document 577-10     Filed 08/12/25     Page 29 of 72
PageID #: 10724

| | | |
|---|---|---|
| York Symposium: Innovation in Neurosciences (NYS-IN) | NYP Queens Stoke and Neurocritical Care Conference | *2024* |
| Stroke as a result of COVID and other Respiratory illnesses. | | |
| Invited Lecture, Department of Medicine; "Coma" | Weill Cornell Medicine | *2025* |

## National*

| Title | Institution/Location | Dates |
|---|---|---|
| Grand Rounds, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | Robert Wood Johnson Medical School, New Jersey | *2017* |
| Grand Rounds, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | Rutgers New Jersey Medical School, New Jersey | *2017* |
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | American Academy of Neurology Annual Meeting, Pennsylvania | *2019* |
| Invited Lecture, Yale Neuro ICU / Stroke Monthly Research Seminar, Yale University School of Medicine; "Myocardial Infarction and the Risk of Stroke." | Yale University School of Medicine, Connecticut | *2020* |
| Invited Lecture, Neurology Grand Rounds: "Myocardial Injury and the Risk of Ischemic Stroke." | Brown University, Rhode Island | *2020* |
| Invited Lecture, Neurology Grand Rounds, University of Florida, FL; "Left Ventricular Injury and the Risk of Ischemic Stroke" | University of Florida, Florida | *2021* |
| Invited Lecture, Neurology Grand Rounds, University of Kansas, KS; "Left Ventricular Injury and the Risk of Ischemic Stroke" | University of Kansas, Kansas | *2021* |
| Invited Lecture, University of Arkansas for Medical Sciences, Department of Neurology: Left Ventricular Disease and Stroke | University of Arkansas for Medical Science, Arkansas | *2023* |
| Invited Lecture, Debate: ICH Evacuation for Non-traumatic ICH; position: CON. Society for Vascular and Interventional Neurosurgery; Miami, FL | Society for Vascular and Interventional Neurosurgery, Florida | *2023* |

## International*

Case 1:22-cv-01032-PKC-JRC Document 577-10 Filed 08/12/25 Page 30 of 72 PageID #: 10725

| Title | Institution/Location | Dates |
|---|---|---|
| Invited Lecture, Swiss Neurology Webinars CME, Kantonsspital Aarau, Aarau, Switzerland: "Covid-19 and Stroke" | Kantonsspital Aarau, Aarau, Switzerland | 2020 |
| Invited Lecture, Weill Cornell Seminar in Neurology 2020, Salzburg Stiftung der American Austrian Foundation, Vienna, Austria: "Neurological Manifestations of Covid-19." | Salzburg Stiftung der American Austrian Foundation, Vienna, Austria | 2020 |
| Invited Lecture, 75th Brazilian Congress of Cardiology, Brazil: "Silent Myocardial Infarction and the Risk of Stroke." | Brazilian Congress of Cardiology, Brazil | 2021 |
| Invited Lecture, Weill Cornell Seminar in Neurology 2021, Salzburg Stiftung der American Austrian Foundation, Vienna, Austria: "Neurological Manifestations of Covid-19." | Salzburg Stiftung der American Austrian Foundation, Vienna, Austria | 2021 |
| Invited lecture to Grand Rounds, Case Moderator. | Stroke Grand Rounds at Philippine General Hospital | 2024 |

## S.  **BIBLIOGRAPHY**

1.  **Peer-reviewed Research Articles**:

    1.  **Merkler AE**, Saini V, Kamel H, Stieg PE. Preoperative Steroid Use and the Risk of Infectious Complications After Neurosurgery. Neurohospitalist 2014;4:80-85.

    2.  **Merkler AE**, Marcus JR, Gupta A, Kishore SA, Leifer A, Patsalides A, DeAngelis LM, Navi, BB. Endovascular Therapy for Acute Stroke in Patients with Cancer. Neurohospitalist 2014;4:133-135.

    3.  Navi BB, Singer S, **Merkler AE**, Cheng NT, Stone, JB, Kamel H, Iadecola C, Mitchell E, DeAngelis LM. Recurrent Thromboemoblic Events After Ischemic Stroke in Patients with Cancer. Neurology 2014;83:26-33.

    4.  Navi BB, Singer S, **Merkler AE**, Cheng NT, Stone, JB, Kamel H, Iadecola C, Mitchell E, DeAngelis LM. Cryptogenic Subtype Predicts Reduced Survival Among Cancer Patients with Ischemic Stroke. Stroke 2014;45:2292-7.

    5.  Chu S, **Merkler AE**, Cheng N, Kamel H. Readmission for Infective Endocarditis after Ischemic Stroke or Transient Ischemic Attack. Neurohospitalist 2015;5:55-58.

    6.  **Merkler AE**, Navi BB, Singer S, Cheng NT, Stone JB, Kamel H, Iadecola C, Elkind MS, DeAngelis LM. Diagnostic Yield of Echocardiography in Cancer Patients with Ischemic Stroke. J Neurooncol 2015;123:115-121.

    7.  **Merkler AE**, Parikh NS, Chaudhry S, Chait A, Allen NC, Navi BB, Kamel H. Hospital Revisit Rate after a Diagnosis of Conversion Disorder. J Neurol Neurosurg Psychiatry 2016;87:363- 366.

    8.  Morris NA, **Merkler AE**, Parker WE, Claassen J, Connolly ES, Sheth KN, Kamel H. Adverse Outcomes After Initial Non-surgical Management of Subdural Hematoma: A Population- Based Study. Neurocrit Care 2016;24:226-232.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 31 of 72 PageID #: 10726

9. **Merkler AE,** Chu SY, Lerario MP, Navi BB, Kamel H. Temporal Relationship between Infective Endocarditis and Stroke. Neurology 2015;85:512-516.

10. Lahiri S, Navi BB, Mayer SA, Rosengart A, **Merkler AE,** Claassen J, Kamel H. Hospital Readmission Rates Among Mechanically Ventilated Patients With Stroke. Stroke 2015;46:2969-2971.

11. Kummer BR, Bhave PD, **Merkler AE,** Gialdini G, Okin PM, Kamel H. Demographic Differences in Catheter Ablation After Hospital Presentation with Symptomatic Atrial Fibrillation. J Am Heart Assoc 2015;4:e002097.

12. Lerario MP, Gialdini G, Lapidus DM, Shaw MM, Navi BB, **Merkler AE,** Lip GY, Healey JS, Kamel H. Risk of Ischemic Stroke after Intracranial Haemorrhage in Patients with Atrial Fibrillation. PloS One 2015 Dec 23;10(12):e0145579.

13. Lerario MP, **Merkler AE,** Gialdini G, Parikh NS, Navi BB, Kamel H. Risk of Stroke after the International Classification of Diseases-Ninth Revision Discharge Code Diagnosis of Hypertensive Encephalopathy. Stroke 2016;47:372-375.

14. Navi BB, Parikh NS, Lerario MP, **Merkler AE,** Lappin RI, Fahimi J, Iadecola C, Kamel H. Risk of Intracerebral Hemorrhage after Emergency Department Discharges for Hypertension. J Stroke Cerebrovasc Dis 2016;25:1683-1687.

15. Murthy SB, Moradiya Y, Shah J, **Merkler AE,** Mangat HS, Iadecola C, Hanley DF, Kamel H, Ziai WC. Nosocomial Infections and Outcomes after Intracerebral Hemorrhage: A Population- Based Study. Neurocrit Care 2016;25:178-84.

16. Murthy SB, Shastri A, **Merkler AE,** Hanley DF, Ziai WC, Fink ME, Iadecola C, Kamel H, Navi BB. Intracerebral Hemorrhage Outcomes in Patients with Cancer. J Stroke Cerebrovasc Dis 2016;25:2918-2924.

17. **Merkler AE,** Ch'ang J, Parker WE, Murthy SB, Kamel H. The rate of Complications after Ventriculoperitoneal Shunt Surgery. World Neurosurg 2017;98:654-658

18. Parikh NS, **Merkler AE,** Schneider Y, Navi BB, Kamel H. Discharge Disposition After Stroke in Patients with Liver Disease. Stroke 2017;48:476-478.

19. **Merkler AE,** Liberman AL, Gialdini G, Messe SR, Lerario MP, Murthy SB, Kamel H, Navi, BB. Risk of Pulmonary Embolism after Cerebral Venous Thrombosis. Stroke 2017;48:563-567.

20. Morris NA, **Merkler AE,** Gialdini G, Kamel H. Timing of Incident Stroke Risk After Cervical Artery Dissection Presenting Without Ischemia. Stroke 2017;48:551-555.

21. Sebasigari D, **Merkler AE,** Guo Y, Gialdini G, Kummer B, Hemendinger M, Song C, Chu A, Cutting S, Silver B, Elkind MSV, Kamel H, Furie KL, Yaghi S. Biomarker of Atrial Cardiopathy and Atrial Fibrillation Detection on Mobile Outpatient Continuous Telemetry After Embolic Stroke of Undetermined Source. J Stroke Cerebrovasc Dis 2017;26:1249-1253.

22. **Merkler AE,** Reynolds AS, Gialdini G, Morris NA, Murthy SB, Thakur K, Kamel H. Neurological complications after tuberculous meningitis in a multi-state cohort in the United States. J Neurol Sci 2017;15:460-463.

23. Murthy SB, Gupta A, **Merkler AE,** Navi BB, Mandava P, Iadecola C, Sheth KN, Hanley DF, Ziai WC, Kamel H. Restarting Anticoagulant Therapy After Intracranial Haemorrhage: A Systemic Review and Meta-Analysis. Stroke 2017;48:1594-1600.

24. Murthy SB, **Merkler AE,** Omran SS, Gialdini G, Gusdon A. Hartley B, Roh D, Mangat HS, Iadecola C, Navi BB, Kamel H. Outcomes after Intracerebral Hemorrhage from Arteriovenous Malformations. Neurology 2017;88:1882-1888.

25. **Merkler AE,** Liberman AL, Navi BB. Response by Merkler et al to Letter Regarding Article, "Risk of Pulmonary Embolism After Cerebral Venous Thrombosis." Stroke 2017;48:e147.

INDEX NO. 725276/2023
NYSCEF DOC. NO. 243
RECEIVED NYSCEF: 07/17/2025

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 32 of 72
PageID #: 10727

26. Morris NA, Cool J, **Merkler AE**, Kamel H. Subarachnoid Hemorrhage and Long-Term Stroke Risk After Traumatic Brain Injury. Neurohospitalist 2017;7:122-126.

27. Gialdini G, Parikh NS, Chatterjee A, Lerario MP, Kamel H, Schneider DB, Navi BB, Murthy SB, Iadecola C, **Merkler AE**. Rates of Spinal Cord Infarction After Repair of Aortic Aneurysm or Dissection. Stroke 2017;48:2073-2077.

28. Montalvo M, Tadi P, **Merkler AE**, Gialdini G, Martin-Schild S, Navalkele D, Samai A, Nouh A, Houssain M, Goldblatt S, Hemendinger M, Chu A, Song C, Kamel H, Furie KL, Yaghi S. PR Interval Prolongation and Cryptogenic Stroke: A multicentre Retrospective Study. J Stroke Cerebrovasc Dis 2017;26:2416-2420.

29. **Merkler AE**, Salehi Omran S, Gialdini G, Lerario MP, Yaghi S, Elkind MSV, Navi BB. Safety Outcomes After Thrombolysis for Acute Ischemic Stroke in Patients With Recent Stroke. Stroke 2017;48:2282-2284.

30. Gusdon AM, Gialdini G, Kone G, Baradaran H, **Merkler AE**, Mangat HS, Navi BB, Iadecola C, Gupta A, Kamel H, Murthy SB. Neutrophil-Lymphocyte Ratio and Perihematomal Edema Growth in Intracerebral Hemorrhage. Stroke 2017;48:2589-2592.

31. Reznik ME, **Merkler AE**, Mahta A, Murthy SB, Claassen J, Kamel H. Long-term risk of seizures in adult survivors of sepsis. Neurology 2017;89:1476-1482.

32. **Merkler AE**, Gialdini G, Yaghi S, Okin PM, Iadecola C, Navi BB, Kamel H. Safety Outcomes after Transcutaneous Closure of Patent Foramen Ovale. Stroke 2017;48:3073-3077.

33. **Merkler AE**, Gialdini G, Murthy SB, Salehi Omran S, Moya A, Lerario MP, Chong J, Okin PM, Weinsaft JW, Safford MM, Fink ME, Navi BB, Iadecola C, Kamel H. Association between Troponin Levels and Embolic Stroke of Undetermined Source. J Am Heart Assoc 2017;6.

34. Al-Mufti F, **Merkler AE**, Boehme AK, Dancour E, May T, Schmidt JM, Park S, Connolly ES, Lavine SD, Meyers PM, Claassen J, Agarwal S. Functional Outcomes and Delayed Cerebral Ischemia Following Nonperimesencephalic Angiogram-Negative Subarachnoid Hemorrhage Similar to Aneurysmal Subarachnoid Hemorrhage. Neurosurgery 2018;82:359-364.

35. Conroy MA, Finch T, Levin TT, **Merkler AE**, Safdieh J, Samuels S, Gordon Elliott JS. Chronic Schizophrenia Later Diagnosed with Anti-NMDA Receptor Encephalitis: Case Report and Review of the Literature. Clin Schizophr Relat Psychoses 2018;11:201-204.

36. Dakay K, Chang AD, Hemendinger M, Cutting S, McTaggart TA, Jayarman MV, Chu A, Panda N, Song C, **Merkler AE**, Gialdini G, Kummer B, Lerario MP, Kamel H, Elkind MSV, Kurie KL, Yaghi S. Left Atrial Enlargement and Anticoagulation Status in Patients with Acute Ischemic Stroke and Atrial Fibrillation. J Stroke Cerebrovasc Dis 2018;27:192-197.

37. Yaghi S, Chang AD, Ricci BA, Jayaraman MV, McTaggart RA, Hemendinger M, Narwal P, Dakay K, Mac Grory B, Cutting SM, Burton TM, Song C, Mehanna E, Siket M, Madsen TE, Reznik M, **Merkler AE**, Lerario MP, Kamel H, Elkind MSV, Furie KL. Early Elevated Troponin Levels After Ischemic Stroke Suggests a Cardioembolic Source. Stroke 2018;49:121-126.

38. Parikh NS, Chatterjee A, Diaz I, Pandya A, **Merkler AE**, Gialdini G, Kummer BR, Mir SA, Lerario MP, Fink ME, Navi BB, Kamel H. Modeling the Impact of Interhospital Transfer Network Design on Stroke Outcomes in a Large City. Stroke 2018;49:370-376.

39. Yaghi S, Chang AD, Hung P, Mac Grory B, Collins S, Gupta A, Reynolds J, Finn CB, Hemendinger M, Cutting SM, McTaggart RA, Jayaraman M, Leasure A, Sansing L, Panda N, Song C, Chu A, **Merkler AE**, Gialdini G, Sheth KN, Kamel H, Elkind MSV, Greer D, Furie K, Atalay M. Left Atrial Appendage Morphology and Embolic Stroke of Undetermined SourceA Cross-Sectional Multicenter Pilot Study. J Stroke Cerebrovasc Dis 2018. Epub ahead of print.

40. **Merkler AE**, Gialdini G, Lerario MP, Parikh NS, Morris NA, Kummer B, Dunn L, Reznik ME, Murthy SB, Navi BB, Grinspan ZM, Iadecola C, Kamel H. Population-Based Assessment of the Long-Term

Risk of Seizures in Survivors of Stroke. Stroke 2018. Stroke 2018;49:1319-1324.

41. Liberman AL, Gialdini G, Bakradze E, Chatterjee A, Kamel H, **Merkler AE.** Misdiagnosis of Cerebral Vein Thrombosis in the Emergency Department. Stroke 2018;49:1504-1506.

42. Johnston SC, Easton JD, Farrant M, Barsan W, Conwit RA, Elm JJ, Kim AS, Lindblad AS, Palesch YY; Clinical Research Collaboration, Neurological Emergencies Treatment Trials Network, and the POINT Investigators. N Engl J Med 2018;279:215-225.

43. Alkhachroum AM, Rubinos C, Kummer BR, Parikh NS, Chen M, Chatterjee A, Reynolds A, **Merkler AE**, Claassen J, Kamel H. Risk of Seizures and Status Epilepticus in Older Patients with Liver Disease. Epilepsia 2018;59:1392-1397.

44. Liberman AL, Bakradze E, **Merkler AE.** Response by Liberman et al to Letter Regarding Article, "Misdiagnosis of Cerebral Vein Thrombosis in the Emergency Department." Stroke 2018;49:e280.

45. Parikh NS, **Merkler AE**, Kummer BR, Kamel H. Ischemic Stroke After Emergency Department Discharge for Symptoms of Transient Neurological Attack. Neurohospitalist 2018;8:135-140.

46. Morris NA, Chatterjee A, Adejumo OL, Chen M, **Merkler AE**, Murthy SB, Kamel H. The Risk of Takotsubo Cardiomyopathy in Acute Neurological Disease. Neurocrit Care 2018. Epub ahead of print.

47. Murthy SB, Cushman M, Bobrow D, Kamel H, **Merkler AE**, Alkind MSV, DeAngelis LM, Navi BB. Ability of the Khorana Score to Predict Recurrent Thromboembolism in Cancer Patients with Ischemic Stroke. J Clin Neurosci 2018;57:111-115.

48. Martin A, Chen ML, Chatterjee A, **Merkler AE**, Chung CD, Wu X, Morris NA, Kamel H. Specialty Classification of Physicians Who Provide Neurocritical Care in the United States. Neurocrit Care 2018. Epub ahead of print.

49. Chatterjee A, Chen M, Gialdini G, Reznik ME, Murthy S, Kamel H, **Merkler AE.** Trends in Tracheostomy After Stroke: Analysis of the 1994 to 2013 National Inpatient Sample. Neurohospitalist 2018;8(4):171-176.

50. Chen ML, Gupta A, Chatterjee A, Khazanova D, Dou E, Patel H, Gialdini G, **Merkler AE**, Navi BB, Kamel H. Association Between Unruptured Intracranial Aneurysms and Downstream Stroke. Stroke 2018;49:2029-2033.

51. Witsch J, **Merkler AE**, Chen ML, Navi BB, ISheth KN, Freedman B, SChwamm LH, Kamel H. Incidence of Atrial Fibrillation in Patients with Recent Ischemic Stroke versus Matched Controls. Stroke 2018;49:2529-2531.

52. Yaghi S, Chang AD, Cutting S, Jayaraman M, McTaggart RA, Ricci BA, Akay K, Narawal P, Grory BM, Burton T, Reznik M, Silber B, Gupta A, Song C, Mehanna E, Siket M, Lerario MP, Saccetti DC, **Merkler AE**, Kamel H, Elkind MSV, Fuirie K. Troponin Improves the Yield of Transthoracic Echocardiography in Ischemic Stroke Patients of Determined Stroke Subtype. Stroke 2018; 49:2777-2779.

53. **Merkler AE,** Diaz I, Wu X, Murthy SB, Gialdini G, Navi BB, Yaghi S, Weinsaft JW, Okin PM, Safford MM, Iadecola C, Kamel H. Duration of Heightened Ischemic Stroke Risk After Acute Myocardial Infarction. J Am Heart Assoc 2018; 7:e010782.

54. Omran SS, Lerario MP, Gialdini G, **Merkler AE**, Moya A, Chen ML, Kamel H, DeSancho M, Navi BB. Clinical Impact of Thrombophilia Screening in Young Adults with Ischemic Stroke. J Stroke Cerebrovasc Dis 2019;28:882-889.

55. Knight-Greenfield A, Jose Quitlong Nario J, Vora A, Baradaran H, **Merkler AE**, Navi BB, Kamel H, Gupta A. Associations Between Features of Nonstenosing Carotid Plaque on Computer Tomographic Angiography and Ischemic Stroke Subtypes. J Am Heart Assoc 2019;8:e014818.

56. **Merkler AE,** Alakbarli J, Gialdini G, Navi BB, Murthy SB, Goyal P, Kim J, Devereux RB, Safford MM,

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 34 of 72
PageID #: 10729

Iadecola C, Kamel H, Weinsaft JW. Short-Term Risk of Ischemic Stroke After Detection of Left Ventricular Thrombus on Cardiac Magnetic Resonance Imaging, J Stroke Cerebrovasc Dis 2019;28:1027-1031.

57. Knopman J, Link TW, Navi BB, Murthy SB, **Merkler AE**, Kamel H. Rates of Repeated Operation for Isolated Subdural Hematoma Among Older Adults. JAMA Netw Open 2018;1:e183737.

58. Parikh NS, **Merkler AE**, Jesudian A, Kamel H. Association between cirrhosis and aneurysmal subarachnoid hemorrhage. Ann Clin Trans Neurol 2018;5:27-32.

59. Salehi Omran S. Chatterjee A, Chen ML, Lerario MP, **Merkler AE,** Kamel H. National Trends in Hospitalizations for Stroke Associated with Infective Endocarditis and Opiod Use Between 1993 and 2015. Stroke 2019;50:577-582.

60. Chen ML, Parikh NS, **Merkler AE**, Kleindorfer DO, Bhave PD, Levitan EB, Soliman EZ, Kamel H.  Risk of Atrial Fibrillation in Black Versus White Medicare Beneficiaries With Implanted Cardiac Devices. J Am Heart Assoc. 2019;8:e010661.

61. **Merkler AE,** Chen ML, Parikh NS, Murthy SB, Yaghi S, Goyal P, Okin PM, Karas MG, Navi BB, Iadecola C, Kamel H. Association Between Heart Transplantation and Subsequent Risk of Stroke Among Patients With Heart Failure. Stroke 2019;50:583-587.

62. Mahta A, **Merkler AE,** Reznik ME, Burch JE, Yaghi S, Sellke FW, Furie KL, Kamel H. Emphysema: A Potential Risk Factor for Subarachnoid Hemorrhage and Ruptured Aortic Aneurysm. Stroke 2019;50:992-994.

63. Chang A, Ricci B, Grory BM, Cutting S, Burton T, Dakay K, Jayaraman M, **Merkler AE,** Reznik M, Lerario MP, Song C, Kamel H, Elkind MSV, Furie K, Yaghi S. Cardiac Biomarkers Predict Large Vessel Occlusion in Patients with Ischemic stroke. J Stroke Cerebrovasc Dis 2019. Epub ahead of print.

64. Ramasamy S, Yaghi S, Salehi Omran S, Lerario MP, Devereux R, Okin PM, Gupta A, Navi BB, Kamel H, **Merkler AE.** Association Between Left Ventricular Ejection Fraction, Wall Motion Abnormality, and Embolic Stroke of Undetermined Source. J Am Heart Assoc. 2019;8:e011593.

65. **Merkler AE,** Sigurdsson S, Eiriksdottir G, Safford MM, Phillips CL, Iadecola C, Gudnason V, Weinsaft JW, Kamel H, Arai AE, Launder LJ. Association Between Unrecognized Myocardial Infarction and Cerebral Infarction on Magnetic Resonance Imaging. JAMA Neurol 2019 May 20. Epub ahead of print.

66. Chatterjee A, **Merkler AE,** Murthy SB, Burch JE, Chen ML, Gialdini G, Kamel H, Ballman KV, Navi BB. Temporal Trends in the Use of Acute Recanalization Therapies for Ischemic Stroke in Patients with Cancer. J Stroke Cerebrovasc Dis 2019;28:2244-2261.

67. Jordan K, Yaghi S, Poppas A, Chang AD, Mac Grory B, Cutting S, Burton T, Jayaraman M, Tsivgoulis G, Sabeh MK, **Merkler AE,** Kamel H, Elkind MSV, Furie K, Song C. Left Atrial Volume Index is Associated With Cardioembolic Stroke and Atrial Fibrillation Detection After Embolic Stroke of Undetermined Source. Stroke 2019;50:1997-2001.

68. Intensive vs Standard Treatment of Hyperglycemia and Funtctional Outcome in Patients With Acute Ischemic Stroke: The SHINE Randomized Clinical Trial. Johnston KC, Bruno A, Pauls Q, Hall CE, Barrett KM, Barsan W, Fansler A, Van de Bruinhorst K, Janis S, Durkalski-  Mauldin VL,; Neurological Emergencies Treatment Trials Network and the SHINE Trial Investigators. JAMA 2019;322:326-335.

69. Kamel H, Okin PM, **Merkler AE** Navi BB, Campion TR, Devereux RB, Diaz I, Weinsaft JW, Kim J. Relationship between left atrial volume and ischemic stroke subtype. Ann Clin Trans Neurol 2019;6:1480-1486.

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM
NYSCEF DOC. NO. 243

INDEX NO. 725276/2023
RECEIVED NYSCEF: 07/17/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 35 of 72
PageID #: 10730

70. Reynolds AS, Chen ML, **Merkler AE,** Chatterjee A, Diaz I, Navi BB, Kamel H. Effect of A Randomized trial of Unruptured Brain Arteriovenous Malformation on Interventional Treatment Rates for Unruptured Arteriovenous Malformations. Cerebrovasc Dis 2019. Epub ahead of print.

71. Al-Kawaz M, Kamel H, Murthy SB, **Merkler AE.** Association of Aortic Aneurysms and Dissections With Subarachnoid Hemorrhage. J Am Heart Assoc 2109;8:e013456. Epub 2019.

72. Lerario MP, Grotta JC, **Merkler AE**, Omran SS, Chen ML, Parikh NS, Yaghi S, Murthy S, Navi BB, Kamel H. Association Between Intravenous Thrombolysis and Anaphylaxis Among Medicare Beneficiaries. Stroke 2019;50:3283-3285.

73. Alkhachroum AM, Rubinos C, Chatterjee A, Chen ML, Martin A, Claassen J, Murthy SB, **Merkler AE.** Rates and Trends of Endotracheal Intubation in Patients with Status Epilepticus. Neurohospitalist 2019;9:190-196.

74. Ramasamy S, Patel P, Gupta A, Okin PM, Murthy S, Navi BB, Kamel H, **Merkler AE.** Association Between Troponin Levels and Visceral Infarction in Patients with Acute Ischemic Stroke. J Stroke Cerebrovasc Dis 2019;28:104449.

75. Murthy SB. Diaz I, Wu X, **Merkler AE**, Iadecola C, Safford MM, Sheth KN, Navi BB, Kamel H. Risk of Arterial Ischemic Events After Intracerebral Hemorrhage. Stroke. 2020;51:137-142.

76. Lin J, Piran P, Lerario MP, Ong H, Gupta A, Murthy SB, Diaz I, Stieg PE, Knopman J, Falcone GJ, Sheth KN, Fink ME, **Merkler AE**, Kamel H. Differences in Admission Blood Pressure Among Causes of Intracerebral Hemorrahge. Stroke. 2020;51:644-647.

77. Kamel H, Navi BB, **Merkler AE**, Baradaran H, Diaz I, Parikh NS, Kasner SE, Gladstone DJ, Iadecola C, Gupta A. Reclassification of Ischemic Stroke Etiological Subtypes on the Basis of High-Risk Nonstenosing Carotid Plaque. Stroke. 2020;51:504-510.

78. Parikh NS, Kamel H, Navi BB, Iadecola C, **Merkler AE**, Jesudian A, Dawson J, Falcone GJ, Sheth KN, Roh DJ, Elkind MSV, Hanley DF, Ziai WC, Murthy SB; VISTA-ICH Collaborators. Liver Fibrosis Indices and Outcomes After Primary Intracerebral Hemorrhage. Stroke. 2020;51:830-837.

79. Chang AD, Ignacio GC, Akiki R, Gorry BM, Cutting SS, Burton T, Jayaraman M, **Merkler AE**, Song C, Poppas A, Kamel H, Elkind MSV, Furie K, Atalay M, Yaghi S. Increased Left Atrial Appendage Density on Computerized Tomography is Associated with Cardioembolic Stroke. J Stroke Cerebrovasc Dis. 2020;29:104604.

80. Salehi Omran S, Chaker S, Lerario MP, **Merkler AE**, Navi BB, Kamel H. Relationship between Lambl's excerescences and embolic strokes of undetermined source. Eur Stroke J. 2020;5:169-173.

81. Bruce SS, **Merkler AE**, Bassi M, Chen ML, Salehi Omran S, Navi BB, Kamel H. Differences in Diagnostic Evaluation in Women and Men After Acute Ischemic Stroke. J Am Heart Assoc. 2020;9:e015625.

82. Murthy SB, Wu X, Diaz I, Parasram M, Parikh NS, Iadecola C, **Merkler AE**, Falcone GJ, Brown S, Biffi A, Ch'ang J, Knopman J, Stieg PE, Navi BB, Sheth KN, Kamel H. Non-Traumatic Subdural Hemorrhage and Risk of Arterial ischemic Events. Stroke. 2020;51:1464-1469.

83. Liberman AL, Navi BB, Esenwa CC, Zhang C, Song J, Cheng NT, Labovitz DL, Kamel H, **Merkler AE.** Misdiagnosis of Cervicocephalic Artery Dissection in the Emergency Department. Stroke. 2020;51:1876-1878.

84. Parikh NS, Chatterjee A, Diaz I, **Merkler AE,** Murthy SB, Iadecola C, Navi BB, Kamel H. Trends in Active Cigarette Smoking Among Stroke Survivors in the United States, 1999 to 2018. Stroke. 2020;51:1656-1661.

85. Salehi Omran S, Parikh NS, Poisson S, Armstrong J, **Merkler AE**, Prabhu M, Navi BB, Riley LE, Fink ME, Kamel H. Association Between Pregnancy and Cervical Artery Disseciton. Ann Neurol

2020;88:596-602.

86. **Merkler AE**, Parkihk NS, Mir S, Gupta A, Kamel H, Lin E, Lantos J, Schenck EJ, Goyal P, Bruce SS, Kahan J, Lansdale KN, LeMoss MM, Murthy SB, Stieg PE, Fink ME, Iadecola C, Segal AZ, Campion TR, Diaz I, Zhang C, Navi BB. Risk of Ischemic Stroke in Patients with Covid-19 versus Patients with Influenza. JAMA Neurol. 2020;77:1-7.

87. Piran P, Atalay YB, Gupta A, Patel P, Murthy SB, Navi BB, Kamel H, **Merkler AE**. Relationship between Presence of Visceral Infarction and Functional Outcome of Patients with Acute Ischemic Stroke. Cerebrovasc Dis. 2020; 49(3):316-320.

88. Parauda SC, Gao V, Gewirtz AN, Parikh NS, **Merker AE**, Lantos J,. White H, Leifer D, Navi BB, Segal AZ. Posterior Reversible Encephalopathy Syndrome in Patients with Covid-19. J Neurol Sci. 2020. Epub ahead of print.

89. Kamel H, Navi BB, Parikh NS, **Merkler AE**, Okin PM, Devereux RB, Weinsaft JW, Kim J, Cheung JW, Kim LK, Casadei B, Iadecola C, Sabuncu MR, Gupta A, Diaz I. Machine Learning Prediction of Stroke Mechanism in Embolic Strokes of Undetermined Source. Stroke. 2020;51(9):e203-e210.

90. Morris NA, Chen ML, Adejumo OL, Murthy SB, Kamel H, **Merkler AE**. Stroke Risk Following Takotsubo Cardiomyopathy. Neurohospitalist. 202;10:277-280.

91. Roth WH, Cai A, Zhang C, Chen ML, **Merkler AE**, Kamel H. Gastrointestinal Disorders and Risk of First-Ever Ischemic Stroke. Stroke. 2020;51:3577-3583.

92. **Merkler AE**, Alakbarli J, Barbar T, Baradaran H, Adejumo O, Navi BB, Kamel H, Kim J, Okin PM, Gupta A, Weinsaft JW. Association Between the Size and Location of Myocardial Infarction and Cerebral Infarction. J Neurol Sci. 202;419:117182.

93. Murthy S, Roh DJ, Chatterjee A, McBee N, Parikh NS, **Merkler AE**, Navi BB, Falcone GJ, Sheth KN, Awad I, Hanley D, Kamel H, Ziai WC; CLEAR III, MISTIE III and VISTA-ICH Collaborators. Prior Antiplatelet Therapy and Hematoma Expansion after Primary Intracerebral Haemorrhage: an Individual Patient-level Analysis of CLEAR III, MISTIE III and VISTA-ICH. J Neurol Neurosurg Psychiatry. 2020. Online ahead of print.

94. Atalay YB, Piran P, Chatterjee A, Murthy S, Navi BB, Liberman AL, Dardick J, Zhang C, Kamel H, **Merkler AE**. Prevalence of Cervical Artery Dissection Among Hospitalized Patients with Stroke by Age in a Nationally Representative Sample from the United States. Neurology. 2021;96:e1005-e1011.

95. **Merkler AE**, Zhang C, Navi BB. Risk of Haemorrhage Stroke in Patients with Coronavirus Disease 2019-Reply. JAMA Neurol. 2021;78:497.

96. Bruce SS, Kahan J, Huq T, Santillan A, Navi BB, **Merkler AE**, Parikh NS, Mir S, Schweitzer AD, Segal AZ. Missed Cerebrovascular Events During Prolonged Sedation for COVID-19 Pneumonia. J Clin Neurosci. 2021;86:180-183.

97. Lavette LE, Miller A, Rook B, London Z, Cook C, **Merkler AE**, Santini V, Ruff IM, Kraakevik J, Smith D, Anderson WE, Johnson SL, yan PZ, Sweeney J, Chamberlain A, Rogers-Baggett B, Isaacson R, Strowd RE. Education Research: NeuroBytes: A New Rapid, High-Yield e-Learning Platform for Continuing Professional Development in Neurology. Neurology 2021;97:393- 400.

98. **Merkler AE**, Bartz TM, Kamel H, Soliman EZ, Howard V, Psaty BM, Okin PM, Safford MM, Elkind MSV, Loongstreth WT Jr. Silent Myocardial Infarction and Subsequent Ischemic Stroke in the Cardiovascular Health Study. Neurology 2021;97:e436-e443.

99. Magid-Bernstein J, Omran SS, Parikh NS, **Merkler AE**, Navi B, Kamel H. RCVS: Symptoms, Incidence, and Resource Utilization in a Population-Based US Cohort. Neurology 2021;97:e248-53.

100. Bruce SS, Kahan J, Huq T, Snatillan A, Navi BB, **Merkler AE**, Pariksh NS, Mir S, Scheitzer AD,

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 37 of 72
PageID #: 10732

Segal AZ. Missed Cerebrovascular Events During Prolonged Sedation for COVID-19 Pneumonia. J Clin Neurosci 2021;86:180-183.

101. **Merkler AE**, Pearce LA, Kasner SE, Shoamanesh A, Birnbaum LA, Kamel H, Sheth KN, Sharma R. Left Ventricular Dysfunction Among Patients with Embolic Stroke of Undetermined Source and the Effect of Rivaroxaban vs Aspirin: A subgroup Analysis of the NAVIGATE ESUS Randomized Clinical Trial. JAMA Neurol 2021;78:1454-1460.

102. Witsch J, Roh DJ, Avadhani R, **Merkler AE,** Kamel H, Awad I, Hanley DF, Ziai WC, Murthy SB. Association Between Intraventricular Alteplase Use and Parenchymal Hematoma Volume in Patients with Spontaneous Intracerebral Hemorrhage and Intraventricular Hemorrhage. JAMA Netw Open 2021;4:32135773.

103. Witsch J, Mir SA, Parikh NS, Murthy SB, Kamel H, Navi BB, Segal AZ, Fink ME, Rutrick SB, Safford MM, Narula N, Goyal P, Gaudino M, Girardi LN, Devereux RB, Roman MJ, Zhang C, **Merkler AE.** Association Between Cervical Artery Dissection and Aortic Dissection. Circulation 2021;144:840-842.

104. Parikh NS, Navi BB, **Merkler AE,** Kamel H. Electronic Cigarette use and Cigarette-Smoking Cessation Attempts Among Stroke Survivors in the US. JAMA Neurol 2021;78:759-760.

105. Liberman AL, Zhang C, Lipton RB, Kamel H, Parikh NS, Navi BB, Segal AZ, Razzak J, Newman- Toker DE, **Merkler AE.** Short-term Stroke Risk After Emergency Department Treat-and- Release Headache Visit. Headache 2022;62:1198-1206.

106. Kuohn LR, Witsch J, Steiner T, Kheth KN, Kamel H, Navi BB, **Merkler AE,** Murthy SB, Mayer SA. Early Deterioration, Hematoma Expansion, and Outcomes in Deep Versus Lobar Intracerebral Hemorrhage: The FAST Trial. Stroke 2022;53:2441-2448.

107. Baker AD, Schwamm LH, Sanborn DY, Furie K, Stretz C, Mac Grory B, Yaghi S, Kleindorfer D, Sucharew H, Mackey J, Walsh K, Flaherty M, Kissela B, Alwell K, Khoury J, Khatri P, Adeoye O, Ferioli S, Woo D, Martini S, De Los Rios La Rosa F, Demel SL, Madsen T, Star M, Coleman E, Slavin S, Jasne A, Mistry EA, Haverbusch M, **Merkler AE**, Kamel H, Schinlder J, Sansing LH, Faridi KF, Sugeng L, Sheth KN, Sharma R. Acute Ischemic Stroke, Depressive Left Ventricular Ejection Fraction, and Sinus Rhythm: Prevalance and Practice Patterns. Stroke 2022;53:1883-1891.

108. Kahan J, Ong H, Ch'ang J, **Merkler AE**, Fink ME, Gupta A, Kamel H, Murthy SB. Comparing Hematoma Characteristics in Primary Intracerebral Hemorrhage versus Intracerebral Hemorrhage caused by Stuctural Vascular Lesions. J Clin Neurosci 2022;99:5-9.

109. Ford JN, Zhang Q, Sweeney EM, **Merkler AE,** de Leon MJ, Gupta A, Nguyen TD, Ivanidze J. Quantitative Water Permeability Mapping of Blood-Brain-Barrier Dysfunction In Aging. Front Aging Neurosci 2022;14:867452.

110. **Merkler AE**, Zhang C, Diaz I, Stewart C, LeMoss NM, Mir S, Parikh N, Murthy S, Lin N, Gupta A, Iadecola C, Elkind MSV, Kamel H, Navi BB. Risk Stratification Models for Stroke in Patients Hospitalized with COVID-19 Infection. J Stroke Cerebrovasc Dis 2022;31:106589.

111. Parikh NS, Parasram M, White H, **Merkler AE,** Navi BB, Kamel H. Smoking Cessation in Stroke Survivors in the United States: A Nationwide Analysis. Stroke 2022;53:1285-1291.

112. Parasram M, Parkih NS, **Merkler AE,** Ch'ang JH, Navi BB, Kamel H, Zhang C, Murthy SB. Long- Term Risk of Ischemic Stroke Among Elderly Survivors of Non-Traumatic Subarachnoid Hemorrhage. Cerebrovasc Dis 2022;51:14-19.

113. Magid-Bernstein JR, Li Y, Cho SM, Piran PJ, Roh DJ, Gupta A, Shoamanesh A, **Merkler AE**, Zhang C. Avadhani R, Montano N, Iadecola C, Falcone GJ, Sheth KN, Qureshi AI, Rosand J, Goldstein J, Awad I, Hanley DF, Kamel H, Ziai WC, Murthy SB. Cerebral Microbleeds and Acute Hematoma Characteristic in the ATACH-2 and MISTIE III Trials. Neurology 2022;98:e1013-31020.

114. Chen D, Zhang C, Parikh N, **Merkler AE**, Navi BB, Fink ME, Sheth KN, Falcone GJ, de Leon MJ, Gupta A, Kamel H, Murthy SB. Association Between Systemic Amyloidosis and Intracranial Hemorrhage. Stroke 2022;53:e92-e93.

115. Parauda SC, Zhang C, Salehi Omran S, Schweitzer AD, Murthy SB, **Merkler AE**, Navi BB, Iadecola C, Kamel H, Parikh NS. Risk of Stroke After Posterior Reversible Encephalopathy Syndrome. Stroke 2022;53:3313-3319.

116. Reading Turchioe M, Soliman EZ, Goyal P, **Merkler AE,** Kamel H, Cushman M, Soroka O, Masterson Creber R, Safford MM. Atrial Fibrillation and Stroke Symptoms in the REGARDS Study. J Am Heart Assoc 2022;11:30222921.

117. Panda A, Yu YJ, Ge Y, Nagel E, Kwong RY, Bakar RA, Grizzard JK, **Merkler AE**, Ntusi N, Petersen SE, Rashedi N, Schwitter J, Selvanayagam JB, White JA, Carr J, Raman SV, Simonetti OP, Bucciarelli-Ducci C, Sierra-Galan LM, Ferrari VA, Bhatia M, Kelle S. Evidence-based Cardiovascular Magnetic Resonance Cost-effectiveness Calculator for the Detection of Significant Coronary Artery Disease. J Cardiovasc Magn Reson 2022;24.

118. Witsch J, Rutrick SB, Lansdale KN, Seitz A, Kamel H, Parikh NS, Segal AZ, Mir SA, Murthy SB, Niogi SN, Gaudino M, Girardi LN, Kim J, Devereux RB, Roman MJ, Iadecola C, Kasner SE, Zhang C, **Merkler AE**. Influenza-Like Illness as a Short-Term Risk Factor for Arterial Dissection. Stroke 2023;54:e66-e68.

119. Seitz A, Parauda SC, Salehi Omran S, Schweitzer AD, Liberman AL, Murthy SB, **Merkler AE**, Navi BB, Iadecola C, Kamel H, Zhang C, Parikh NS. Long-term Risk of Seizure after Posterior Reversible Encephalopathy Syndrome. Ann Clin Transl Neurol 2023.

120. Liberman AL, Kamel H, Lappin R, Ishak A, Navi BB, Parikh NS, **Merkler AE,** Razzak J. Prevalance of Neurological Complaints among Emergency Department Patients with Severe Hypertension. Am J Emeg Med 2023;64:90-95.

121. Burke DJ, Baig J, Goyal P, Kamel H, Sharma R, Parikh NS, McCullough SA, Zhang C, **Merkler AE**. Duration of Heightened Risk of Acute Ischemic Stroke After Hospitalization for Acute Systolic Heart Failure. J Am heart Assoc 2023;12:e027179.

122. Kamel H, Liberman AL, **Merkler AE**, Parikh NS, Mir SA, Segal AZ, Zhang C, Diaz I, Navi BB. Validation of the *International Classification of Diseases, Tenth Revision Code* for the National Institutes of Health Stroke Scale Score. Circ Cardiovasc Qual Outcomes 2023;16:e009215.

123. Garton ALA, Oh SE, Muller A, Avadhani R, Zhang C, **Merkler AE,** Awad I, Hanley D, Kamel H, Ziai WC, Murthy SB. Catheter Tract Hemorrhages and Intracerebral Hemorrhage Outcomes in the Clot Lysis: Evaluating Accelerated Resolution of Intraventricular Hemorrhage Trial. Neurosurgery 2024;94:334-339.

124. Mears J, Kaleem S, Panchamia R, Kamel H, Tam C, Thalappillil R, Murthy S, **Merkler AE,** Zhang C, Ch;ang JH. Leveraging the Capabilities of AI: Novice Neurology-Trained Operators Performing Cardiac POCUS in Patients with acute Brain Injury. Neurocritical Care 2024. Online ahead of print.

125. Kaleem S, Zhang C, Gusdon AM, Oh S, **Merkler AE,** Avadhani R, Awad I, Hanley DF, Kamel H, Ziai WC, Murthy SB. Association Between Neutrophil-Lymphocyte Ratio and 30-Day Infection and Thrombotic Outcomes After Intraventricular Hemorrhage: A CLEAR III Analysis. Neurocrit Care. 2024;40:529-537.

126. McNamara KF, **Merkler AE**, Freeman JV, Krumholz HM, Ahmad T, Sharma R. Ischemic Stroke and Reduced Left Ventricular Ejection Fraction: A Multidisciplinary Approach to Optimize Brain and Cardiac Health. 2024 Jun;55(6):1720-1727. doi: 10.1161/STROKEAHA.123.045623. Epub 2024 Apr 25. PMID: 38660813.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 39 of 72
PageID #: 10734

127. Barra ME, Forman R, Long-Fazio B, **Merkler AE**, Gurol ME, Izzy S, Sharma R. Optimal Timing for Resumption of Anticoagulation After Intracranial Hemorrhage in Patients With Mechanical Heart Valves. J Am Heart Assoc. 2024 May 21;13(10):e032094. doi: 10.1161/JAHA.123.032094. Epub 2024 May 18. PMID: 38761076

128. Kaleem S, Zhang C, Gusdon AM, Oh S, **Merkler AE**, Avadhani R, Awad I, Hanley DF, Kamel H, Ziai WC, Murthy SB. Association Between Neutrophil-Lymphocyte Ratio and 30-Day Infection and Thrombotic Outcomes After Intraventricular Hemorrhage: A CLEAR III Analysis. Neurocrit Care. 2024 Apr;40(2):529-537. doi: 10.1007/s12028-023-01774-6. Epub 2023 Jun 22. PMID: 37349600.

129. Müller A, Avadhani R, Zhang C, **Merkler AE**, Awad I, Hanley D, Kamel H, Ziai WC, Murthy SB. Catheter Tract Hemorrhages and Intracerebral Hemorrhage Outcomes in the Clot Lysis: Evaluating Accelerated Resolution of Intraventricular Hemorrhage Trial. Garton ALA, Oh SE, Neurosurgery. 2024 Feb 1;94(2):334-339. doi: 10.1227/neu.0000000000002687. Epub 2023 Sep 18. PMID: 37721435.

130. Kahan J, Zhang C, Liberman AL, Segal AZ, Murthy SB, Kim J, Kamel H, **Merkler AE**. Association between atherosclerotic disease and cervical artery dissection in a population-based cohort of older people. Ann Clin Transl Neurol. 2024 Dec;11(12):3095-3102. doi: 10.1002/acn3.52216. Epub 2024 Oct 23. PMID: 39440642 Free PMC article.

131. Mears J, Kaleem S, Panchamia R, Kamel H, Tam C, Thalappillil R, Murthy S, **Merkler AE**, Zhang C, Ch'ang JH. Leveraging the Capabilities of AI: Novice Neurology-Trained Operators Performing Cardiac POCUS in Patients with Acute Brain Injury. Neurocrit Care. 2024 Oct;41(2):523-532. doi: 10.1007/s12028-024-01953-z. Epub 2024 Mar 20. PMID: 38506968.

2. <u>Reviews and Editorials</u>:

1. **Merkler AE**, Parikh NS, Kamel H. Jump Starting Your Clinical Research Career UsingAdministrative Data Sets for Stroke Research. Stroke 2018;49:e303-e305.26

2. Kamel H, **Merkler AE**, Iadecola C, Gupta A, Navi BB. Tailoring the Approach to Embolic Stroke of Undetermined Source: A Review. JAMA Neurol 2019. Epub ahead of print.

3. Buchman SL, **Merkler AE**. Basilar Artery Occlusion: Diagnosis and Acute Treatment. Curr. Treat Options Neurol 2019;21:45.

4. Parikh N, **Merkler AE**, Iadecola C. Inflammation, Autoimmunity, Infection, and Stroke.Epidemiology and Lessons from Therapeutic Intervention. Stroke 2020;51:711-718.

5. **Merkler AE**. Blood Cell Disorders of the Nervous System. Continuum 2020;26:659-674.

6. Simonetto M, Wechscler PM, **Merkler AE**. Stroke Treatment in the Era of COVID-19: a Review. Curr Treat Options Neurol 2022;24:155-171.

7. De Michele M, Kahan J, Berto I, Schiavo OG, Iacobucci M, Toni D, **Merkler AE** Cerebrovascular Complications of COVID-19 and COVID-19 Vaccination. Circ Res 2022;130:1187-1203.

8. Seitz A, **Merkler AE.** <u>Time to Think About Myocardial Infarction in Acute Ischemic Stroke.</u> JAMA Neurol. 2024 Jul 1;81(7):691-692. doi: 10.1001/jamaneurol.2024.1547. PMID: 38829666 No abstract available.

3. <u>Chapters</u>:

1. **Merkler AE**, Safdieh J. "Neurological History and Examination" Textbook of Internal Medicine – An Intensive Board Review with 1000 MCQs. Blendon Miller 2013. In Press.

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM
NYSCEF DOC. NO. 243

INDEX NO. 725276/2023
RECEIVED NYSCEF: 07/17/2025

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 40 of 72
PageID #: 10735

2. Al-Kawaz M, **Merkler AE**. "Stroke." Critical Care Examination and Board Review. McGraw Hill 2019.

4. <u>Case Reports</u> *(optional, or list 10 best)*:

1. **Merkler AE**, Parlitsis G, Patel S. Infection of the Optic Apparatus and Hypothalamus by Mycobacterium haemophilum. Neurology 2014;83:659-660.

2. **Merkler AE**, Prasad M, Lavi E, Safdieh J. Hyperacusis as the Initial Presentation of Creutzfeldt-Jakob Disease. Neurol Neuroimmunol Neuroinflammation 2014;Sep 18;1:e2.

3. Wang E, Shirvalkar PR, Maciel CB, **Merkler AE**, Safdieh J, Gupta A. American neuroborreliosis presenting as cranial polyneuritis and radiculoneuritis. Neurol Neuroimmunol Neuroinflammation 2014;Sep 4;1:e30.

4. **Merkler AE**, Maciel CB, May AS, Vargas WS, Yohay K. Neuro-Behçet Disease in an African American Adolescent. Neurohospitalist 2015;5:43-44.

5. Parikh N, **Merkler AE**, Cheng NT, Baradaran H, White H, Leifer D. Clinical Reasoning: An unusual case of subacute encephalopathy. Neurology 2015;84:e33-37.

6. **Merkler AE**, Gaines N, Barandaran H, Schuetz AN, Lavi E, Simpson SA, Dinkin MJ. Direct Invasion of the Optic Nerves, Chiasm, and Tracts by Cryptococcus neoformans in an Immunocompetent Host. Neurohospitalist 2015;5:217-22.

7. Najjar M, Taylor A, Agarwal S, Fojo T, **Merkler AE**, Rosenblum MK, Lennihan L, Kluger MD. Anti-Hu paraneoplastic brainstem encephalitis caused by a pancreatic neuroendocrine tumor presenting with central hypoventilation. J Clin Neurosci 2017;40:72-73.

8. Roh D, **Merkler AE**, Al-Mufti F, Morris N, Agarwal S, Claassen J, Park S. Global cerebral edema from hypercapnic respiratory acidosis and response to hyperosmolar therapy. Neurology 2016;86:1556-1558.

9. Dinkin M, Lavi E, Winterkorn J, Oliveira C, **Merkler AE**. Ischemic Optic Neuropathy Secondary to Intravascular Lymphoma. J Neuroophthalmol. 2018;39(3):313-318.

10. Zelikovich AS, Kaleem S, Kocharian G, Tata N, Seitz A, **Merkler AE.** Teaching NeuroImage: Hemorrhagic Arachnoid Cyst. Neurology. 2024 Nov 12;103(9):e209931. doi:10.1212/WNL.0000000000209931. Epub 2024 Sep 27.

5. <u>Abstracts</u>

1. **Merkler AE**, Ch'ang JH, Kamel H. The Rate of Complications After Ventriculoperitoneal Shunt Surgery. Presented as an oral platform presentation at the 2015 Annual Meeting of the Neurocritical Care Society, Scottsdale, AZ.

2. **Merkler AE**, Dunn LE, Lerario MP et al. The long term risk of seizures after stroke. Presented as an oral abstract at the 2016 International Stroke Conference, Los Angeles, CA.

3. **Merkler AE.** Chatterjee A, Gialdini G, et al. Trends and Characteristics of Tuberculous Meningitis in the United States, 1993-2013. Presented as a platform presentation at the 2017 American Academy of Neurology Annual Meeting, Boston, MA.

4. **Merkler AE,** Gialdini G, Yaghi S et al. Long-term Risk of Complications after Percutaneous Transcatheter Closure of Patent Foramen Ovale Presented as an platform presentation at the 2017 American Academy of Neurology Annual Meeting, Boston, MA.

5. **Merkler AE,** Diaz I, Murthy SB. Duration of Heightened Stroke Risk after Myocardial Infarction. Presented as an oral abstract at the 2018 International Stroke Conference, Los Angeles, CA.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 41 of 72
PageID #: 10736

6. **Merkler AE,** Bartz TM, Kamel H. Silent Myocardial Infarction and Subsequent Ischemic Stroke Risk in the Cardiovascular Health Study. Presented as an oral abstract at the 2021 International Stroke Conference, Virtual Conference.

6.  <u>Multimedia presentations:</u>

1.  America Heart Association: Silent Myocardial Infarction and Subsequent Ischemic Stroke in the Cardiovascular Health Study. March 2021.
2.  America Heart Association: Scoring system helped predict stroke risk for people hospitalized with COVID-19. February 2022.
3.  Weill Cornell Medicine Neurological Surgery: TPA and Thrombectomy. December 2023.
4.  Weill Cornell Medicine Neurological Surgery: Coma and Brain Death. December 2023.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 42 of 72
PageID #: 10737

**Frank Lombardo, MD**
205 East 76th Street, Unit M1
New York, New York 10075
Diplomate American Board of Orthopedic Surgery

Claimant:   Marek Bayner
Date of Birth: January 3, 1948
File #:  CFC 17142A
Date of Loss:  August 23, 2021

Date of Examination:  April 18, 2025
Approximate Time:  12:00 PM
Exam Location:  205 E 76th Street - Unit M1,
                           New York, New York 10075

Mr. Benjamin L. Zepnick, Esquire
Law Offices of Michael E. Pressman
125 Maiden Lane - 17th Floor
New York, New York 10038

Dear Mr. Zepnick,

I am an orthopedist duly licensed to practice orthopedics in the state of New York.  As per your request, I have reviewed the following additional records for the above-noted claimant in the specialty of orthopedics.   The claimant was previously examined in my office on April 18, 2025.

In preparing this report, I reviewed the following medical records and documents:
1. **Verified Bill of Particulars, June 10, 2024**
    a.   Alleged Injuries:
    b.   Cervical Spine
    c.   Lumbar Spine
    d.   Left Shoulder
    e.   Left Wrist
    f.    Left Thumb
    g.   Left Hip
2. **Independent Medical Examination, February 9, 2022, Yong Kim, L.AC.**
3. **American Medical Initiatives, P.C.**
    a.   Order
        i.     MRI - Right Ankle, September 25, 2024
        ii.    X-Ray - Right Ankle, September 25, 2024

Marek Bayner
April 18, 2025
Page 2

        iii.     X-Ray Left Ankle, September 25, 2024

        iv.     MRI - Left Ankle, September 25, 2024

**4. New York Orthopaedic Surgery & Rehabilitation**

    a.  Follow Up Report, December 8, 2022

    b.  Procedure Report, January 12, 2023

        i.     Left Wrist and Thumb Bone Marrow Aspirate Injection

    c.  Follow-Up Report, June 15, 2023

    d.  Follow-Up Report, October 5, 2023

    e.  Follow-Up Report, December 19, 2023

    f.  Follow-Up Report, January 2, 2024

    g.  Follow-Up Report, April 11, 2024

    h.  Follow-Up Evaluation, July 30, 2024

    i.  Follow-Up Report, November 5, 2024

**5. Metropoint Medical, PC**

    a.  Report

    b.  Acupuncturist Progress Note, October 27, 2022-August 31, 2023

    c.  Acupuncture Re-Evaluation, August 15, 2023

    d.  Physical Therapy Progress Note, October 21, 2022-August 31, 2023

**6. Meral Duran, NP**

    a.  Progress Note, October 8, 2024

    b.  Progress Note, November 4, 2024

    c.  Progress Note, December 10, 2024

**8. Metropoint Medical, PC**

    a.  Visit Notes/Letters– 9/24/2021 – 8/27/2024

    b.  Procedure Notes – 9/30/2021- 8/26/2022 – (Radial Pressure Wave Therapy)

    c.  Physical Therapy Treatment Notes – 9/7/2021 – 9/15/2022

    d.  Acupuncture Treatment Notes – 8/23/2021 – 10/21/2022

**9. New York Orthopedic & Rehabilitation**

    a.  Visit Notes – 12/8/2022 – 2/1/2024

REVIEW OF ADDITIONAL MEDICAL RECORDS:

1. The Verified Bill of Particulars was reviewed dated June 10, 2024, alleging an accident that took place on August 23, 2021, at approximately 8:10 PM. The subject incident occurred on Bay Street at or near the intersection of Main Street, County of Suffolk, State of New York. Alleged injuries include the cervical spine, lumbar spine, left shoulder, left wrist, left thumb and left hip. Alleged injuries to the left shoulder include rotator cuff tendon tear of the distal insertion of the supraspinatus tendon, rotator cuff tear at the distal insertion of the infraspinatus tendon, tear of the anterior labrum extending superiorly inferiorly, joint effusion, bursal effusion, radiculopathy, impingement, internal derangement, posttraumatic sprain/strain, muscle spasm, marked restriction in range of motion, severe pain, swelling, stiffness, tenderness, posttraumatic

Marek Bayner
April 18, 2025
Page 3

osteoarthritis, need for future surgery and need for future injections. The claimant underwent multiple sessions of radial pressure with his therapy.

Alleged left wrist injury includes tear of the ulnar side body, tear of the peripheral fold of the insertion of the triangular fibrocartilage, tear of the ulnar triquetral ligament, tear of the extensor carpi ulnaris, tear of the extensor radialis longus and brevis, tear of the radial scaphoid ligament, tear of the anterior oblique ligament of the trapezoidal metacarpal articulation with a radial subluxation of the base of the first metacarpal, intraarticular derangement TFCC, joint space narrowing, bursal effusion, radiculopathy, radiculitis, impingement, internal derangement, posttraumatic sprain/strain, muscle spasm, marked restriction in motion, severe pain, swelling, stiffness, posttraumatic arthritis, need for future surgery and need for future injections. The document also alleges that future surgery and injections are indicated and that bone marrow aspirate injection was also performed.

Alleged injury to the lumbar spine includes herniation at L2-3, L3-4, L4-5 with impingement on the L4 nerve root. There is also an indication of radiculopathy, impingement, derangement, posttraumatic sprain/strain, muscle spasm, restricted range of motion, severe pain and swelling and posttraumatic arthritis.

Alleged injury to the cervical spine includes herniation at C3-4, C4-5, C5-6 and C6-7, all with associated impingement, anterolisthesis at C4 upon C5 with radiculopathy, impingement and internal derangement. Also indicated is posttraumatic strain, muscle spasm, marked restriction in range of motion, severe pain, swelling, stiffness, posttraumatic arthritis, need for future injections and need for future surgery.

2.  The independent medical examination of Dr. Yong Kim performed on February 9, 2022, was reviewed. Dr. Kim performed a complete traditional medicine exam as well as standard physical examination of the claimant regarding the bilateral upper extremities, thoracic spine and cervical spine. Mild restriction in range of motion of the cervical and lumbar spine is noted. Examination of the left wrist and hand is normal. Examination of the left hip is normal. Examination of the left shoulder is normal. Dr. Kim's final conclusion is that of left shoulder sprain, resolved; left wrist sprain, resolved; left hip sprain, resolved; status post cervical, thoracic and lumbar sprain, resolved. Restriction in range of motion was not consistent with objective findings.

3.  Records of American Medical Initiatives were reviewed, diagnostic order form for the claimant indicating MRI of the cervical spine, MRI of the lumbar spine, MRI of the right foot and ankle.

    MRI of the right ankle was not included in the claim as a result of an accident, but there is no indication of which accident this refers to but indicates that Meral Duran ordered the study. A

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 45 of 72 PageID #: 10740

Marek Bayner
April 18, 2025
Page 4

right ankle exam included x-rays and MRI. Diagnoses listed include contusion of talus and calcaneus bones, sprain of the talar attachment of the anterior tibiofibular ligament.

MRI of the left ankle indicating diagnoses of subcutaneous edema around the ankle, sprain of the talar attachment of the deltoid ligament and intramuscular edema surrounding the ankle. The studies essentially indicate bilateral ankle sprain.

4.  Records of New York Orthopaedic Surgery & Rehabilitation were reviewed:

Office visit follow-up note dated December 8, 2022, indicates that this was a telemedicine visit. The claimant was involved in a motor vehicle accident in 2021 with injury to the left shoulder, neck, back, left wrist and left "from." He continued to have discomfort in his neck and back and reported numbness and tingling in the upper extremity, left shoulder, improved with bone marrow treatment. Recommendation was to continue with physical therapy.

Procedure report dated January 12, 2023, was reviewed, indicating that the claimant underwent left wrist and thumb bone marrow aspirate injection by Dr. Kyriakides. The injection was preformed into the triangular fibrocartilage due to tear.

Follow-up note dated June 15, 2023, indicates the claimant had severe pain and discomfort in his neck and back. He did feel improvement in the left shoulder, wrist and thumb with bone marrow aspirate treatment. The notes indicate the claimant is a definite candidate for cervical and lumbar discectomy but wished to try eight additional weeks of physical therapy before proceeding with discectomy.

Office visit note dated December 19, 2023, indicates the claimant presented for evaluation status post motor vehicle accident with injury. The same history is provided. Physical examination was notable for tenderness to palpation over the facets on the left side with positive Spurling's maneuver bilaterally. There was weakness on the right side in the C6 and C7 myotomes, muting of the brachioradialis on the left. Examination of the lumbar spine was notable for positive slump side on the right side with weakness in the gluteus medius and EHL. The claimant was assessed with cervical spine internal derangement notable at C4-5, lumbar spine intervertebral disc derangement at L4-5, left shoulder intraarticular and rotator cuff derangement, left wrist intraarticular derangement with TFCC and PCU tear. The claimant was indicated for epidural steroid injection and physical therapy.

Office visit note dated November 5, 2024, is the final visit note available from this physician. Indication is that the claimant will continue with current treatment and also recommends acoustic shockwave therapy and may also try acupuncture.

Marek Bayner
April 18, 2025
Page 5

5.  Records of Metropoint Medical were reviewed (Dr. Duran).  The claimant was provided acupuncture treatment sessions two to three times per week from October 21, through August 13, 2023.

Progress note was reviewed dated October 8, 2024 (under Liberty Medical Mutual Insurance).  The claimant is a 76-year-old male injured on August 23, 2021, in a motor vehicle accident.  The claimant had not attended physical medicine treatment to decrease pain.  The claimant presented with complaints of bilateral SI joint pain, bilateral ankle and foot pain.  Diagnostic workup was reviewed including x-rays of the right ankle, x-rays of the left ankle, MRI of the left ankle, and MRI of the right ankle.  The findings noted were previously reviewed and appear to represent acute sprains.  There is a statement indicating that the inclusion of the claimant's right and left ankles in 2024 as the result of an injury that occurred in 2021 is disingenuous.  The claimant underwent an MRI of the right and left ankles demonstrating findings associated with an acute ankle sprain.  The suggestion by the claimant as well as his treating physician that these findings could at all be related to the claimant's alleged accident nearly three years earlier is completely unreasonable and disingenuous.

Visit notes dated September 24, 2021, through August 27, 2024, were reviewed.  The initial note indicates that the claimant is a 73-year-old male who presented after the aforementioned motor vehicle accident.  He was the restrained driver and was t-boned on the front passenger side by another vehicle.  He denied loss of consciousness.  He states his left hand hit the window.  He also complained of whiplash.  He had limited range of motion and reported pain with movement and lying down.  He reported left thumb pain.  An ultrasound was performed with positive findings.  He also had an MRI of the cervical spine, lumbar spine and shoulders.  Shoulder examination demonstrated full range of motion of both shoulders.  Diagnoses included sprain of the cervical spine, sprain of lumbar spine, pain left hand, myalgia.  He was referred for an MRI of the hand.

Follow-up on December 2, 2021, notes similar complaints.  He was recommended to wear a thumb brace by an orthopedist.  Continued physical therapy was recommended along with continued acupuncture and consider K-laser.

Follow-up visit on January 13, 2022, indicates the same complaints of neck pain and low back pain.  Range of motion was further restricted.  No change in the treatment plan is indicated.

Additional office visit notes were reviewed dated July 14, 2022, and May 12, 2022.  No significant change in the treatment plan is noted.  Physical exam findings are unchanged.

Follow-up on August 27, 2024, was after an extended period of time had passed without evaluation.  He indicated that he had head, neck, back, bilateral ankle pain, foot pain, and right

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 47 of 72
PageID #: 10742

Marek Bayner
April 18, 2025
Page 6

hip pain. He was indicated for trigger point injections, nerve blocks, joint injections, MRI of the cervical spine, MRI of the lumbar spine, and a home exercise program.

Multiple notes indicating high power laser therapy treatments were reviewed dated September 30, 2021, through August 26, 2022.

Physical therapy treatment notes were reviewed dated September 7, 2021, through September 15, 2022.

Acupuncture treatment notes were reviewed dated August 23, 2021, through October 21, 2022.

6. Medical records from New York Orthopedic & Rehabilitation were reviewed, visit notes dated December 8, 2022, through February 1, 2024:

7. Initial visit on December 8, 2022, was a telemedicine visit which appears to have been previously reviewed and reported above.

Office visit note dated February 1, 2024, notes the claimant continued to have pain and discomfort in the left shoulder, wrist, and thumb. He reported 50% to 70% improvement. He indicated that his neck and back remained quite painful. He decided to hold off on epidural steroid injections due to taking blood thinners for atrial fibrillation.

HISTORY OF INJURY RELAYED BY THE CLAIMANT:
The claimant stated that he was involved in a motor vehicle accident in which he was t-boned. He was the seat-belted driver. He was attended to by EMS but did not go to the emergency room. He went home and then followed up with an orthopedist as an outpatient.

ALLEGED INJURIES:
1. Cervical Spine
2. Left Shoulder
3. Left Thumb/Left Wrist
4. Lumbar Spine
5. Left Hip

HISTORY OF THE TREATMENT RELAYED BY THE CLAIMANT AND MEDICAL RECORD:
With respect to the cervical spine, the claimant rates his pain at 9 out of 10. He states the pain is about the same and that he had no pain previously. He states that sleeping and turning make the pain worse. There are no alleviating actions. He has undergone physical therapy, nonsteroidal anti-inflammatory medication, epidural steroid injections, ultrasound-guided injections and laser

Marek Bayner
April 18, 2025
Page 7

therapy, all of which provided temporary improvement. He sees Dr. Kyriakides. His last visit was one week ago. His next visit is in three weeks. Future treatment may include surgery.

Regarding the left shoulder, the claimant rates his pain at 8 out of 10. He states the pain is stable and was sudden in onset. He states he had no pain prior to this alleged accident. He states he has difficulty sleeping on his left side. The pain is relieved by medication. He has had no prior surgery for the left shoulder. He has undergone physical therapy and nonsteroidal anti-inflammatory medication. He has not had any injections for the left shoulder. He sees Dr. Kyriakides. His last visit was one week ago. His next visit is in three weeks. He states that surgery has been suggested.

With respect to the left thumb and wrist, he rates the pain at 7 out of 10. He states the pain varies. He reports the pain was sudden in onset after the alleged accident. He reports difficulty with making a fist. He states acupuncture makes the pain better. He has undergone physical therapy and nonsteroidal anti-inflammatory medication. He has had no injections or surgery for the thumb or wrist. He sees Dr. Kyriakides for the left thumb and wrist. His last appointment was one week ago, and his next appointment is in three weeks. He has no future treatment planned.

With respect to the lumbar spine, he reports pain throughout his lower back but no radiating pain. He rates the pain at 9 out of 10 and that the pain is stable. He reports the pain occurred suddenly after the alleged accident. He has difficulty sleeping and walking. There are no alleviating actions. He states that he has undergone physical therapy and nonsteroidal anti-inflammatory medication. He has had epidural steroid injections with minimal relief. He has not had any surgery for the lumbar spine. He sees Dr. Kyriakides for his lumbar spine. His last appointment was one week ago, and his next visit is in three weeks. He has no treatment planned.

With regard to his left hip, he states that he has 9 out of 10 pain. He denies groin pain. He has pain on the lateral border of the hip. The pain is stable and occurred suddenly. He reports difficulty with walking and sleeping. He states that alternating sides when sleeping makes some of the pain better. He has undergone physical therapy and nonsteroidal anti-inflammatory medication. He has had no injections for the hip. He sees Dr. Kyriakides. His last visit was one week ago, and his next visit is in three weeks.

MEDICAL HISTORY:   At the advice of his attorney, the claimant did not answer these questions.

SURGICAL HISTORY:   At the advice of his attorney, the claimant did not answer these questions.

CURRENT MEDICATIONS:   At the advice of his attorney, the claimant did not answer these questions.

ALLERGIES:   At the advice of his attorney, the claimant did not answer these questions.

Marek Bayner
April 18, 2025
Page 8

SOCIAL HISTORY:   At the advice of his attorney, the claimant did not answer these questions.

WORK HISTORY:   At the advice of his attorney, the claimant did not answer these questions.

PHYSICAL EXAMINATION:

**General Exam**:

_Constitutional:_  Well-groomed with no signs of malnutrition.

_Mental Status:_  Oriented to time, place, and person.  Mood and affect are appropriate.

_Neurological:_  Coordination observed as regular.

_Gait_:  Gait and stance are normal.  Ambulates unassisted.

_Vital Signs:_  Height: 5 ft., 11 in., Weight: 215 pounds, BMI: 30

_Normal ranges of motion are as per the A.M.A. Guides to the Evaluation of Permanent Impairment, sixth edition.  The range of motion assessment was performed using a goniometer, with three separate measurements obtained and averaged._

**Cervical Spine Examination:**

_Inspection:_  Local inspection shows no step-off, bruising, or previous incisions.  Cervical alignment is normal.  Sagittal and coronal balance are neutral.

_Palpation:_  There was mild subjective tenderness at the midline and paraspinal muscular region.  There was no palpable step-off or paraspinal spasm.

_Range of Motion:_  The range of motion of the cervical spine revealed flexion 45 degrees (50 degrees AMA normal), extension 45 degrees (60 degrees AMA normal), right rotation 70 degrees (80 degrees being normal), left rotation 70 degrees (80 degrees AMA normal), right lateral flexion 40 degrees (45 degrees AMA normal) and left lateral flexion 40 degrees (45 degrees AMA normal).

_Strength:_  Strength testing is 3/5 in all muscle groups tested, including the deltoid, biceps, triceps, brachioradialis, wrist flexors, and hand intrinsics.

_Sensation:_  Sensations are intact over the radial, ulnar, palmar, dorsal, and dorsal aspects of the hand and all dermatomes of the upper extremity.

_Special Tests:_  Spurling's compression tests were positive, bilateral.

**Lumbar Spine Examination:**

_Inspection_:  Local inspection shows no step-off, bruising, or previous incisions.  Lumbar alignment is normal.  Sagittal and coronal balance are neutral.

_Palpation:_  There was significant subject tenderness at the midline and paraspinal muscular region.  There was no palpable step-off or paraspinal spasm.

_Range of Motion:_ The range of motion of the lumbar spine reveals flexion 40 degrees (60 degrees being normal), extension 15 degrees (25 degrees being normal), and right and left lateral bending 15 degrees (25 degrees being normal).

_Strength:_ Strength testing is 3/5 in all muscle groups, including hip flexors, quadriceps, hamstrings,

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 50 of 72
PageID #: 10745

Marek Bayner
April 18, 2025
Page 9

tibialis anterior, gastrocs, EHL, and FHL.

_Sensation:_  Sensations are intact over the plantar and dorsal aspects of the foot and all dermatomes of the lower extremity.

_Special Tests:_  Straight leg testing is negative.

**Left Shoulder Examination:**

_Inspection:_  There are no step-offs, bruises, or previous incisions.  The skin is clean, dry, and intact.

_Palpation:_  There was no tenderness over the AC joint or the upper portion of the shoulder and scapula.

_Range of Motion:_  The range of motion of the right shoulder reveals abduction 70 degrees (180 degrees being normal), forward flexion 70 degrees (180 degrees being normal), internal rotation 70 degrees (80 degrees being normal) and external rotation 40 degrees (90 degrees being normal).

_Strength:_  Strength testing is 3/5 in all muscle groups, including the deltoid, biceps, triceps, brachioradialis, wrist flexors, and hand intrinsic.  Muscle strength was assessed at 3/5, and the subscapularis, supraspinatus, teres minor, and infraspinatus muscle groups were tested.

_Sensation:_  Sensations are intact over the radial, ulnar, palmar, and dorsal aspects of the hand and all dermatomes of the upper extremity.

_Special Tests:_  Neer's impingement sign is positive.  O'Brien's test is positive.  Yergason test is positive.  Speed's test is positive.  Hawkins test is positive.  The drop arm test is noncompliant.

**Left Wrist Examination:**

_Inspection:_  Local inspection shows no step-off, bruising, or previous incisions.  The skin is clean, dry, and intact.

_Palpation:_  There was significant subjective tenderness over the distal portion of the radius, distal ulna, and carpus.

_Range of Motion:_  There is a range of motion, including pronation (wrist) 40 degrees (80 degrees being normal), supination (wrist) 40 degrees (80 degrees being normal), dorsiflexion 20 degrees (60 degrees being normal), volar flexion (wrist) 30 degrees (60 degrees being normal), radial deviation 0 degrees (20 degrees being normal), and ulnar deviation 15 degrees (30 degrees being normal).

_Strength:_  Strength testing is 3/5 in all muscle groups, including the deltoid, biceps, triceps, brachioradialis, wrist flexors, and hand intrinsics.

_Sensation:_  Sensations are intact over the radial, ulnar, palmar, and dorsal aspects of the hand and all dermatomes of the upper extremity.

_Special Tests:_  Tinel's tests were negative.

**Left Thumb Examination:**

_Inspection:_  No deformity, atrophy, ecchymosis, swelling or visible scars of the finger.

_Palpation:_  There is no tenderness to radial, ulnar, dorsal or volar aspect of the finger to palpation.  There is no evidence of any effusion, tenderness, or crepitus.

_Range of Motion:_  The range of motion at the MCP was 0 to 90°, IP was also 0 to 90° with pain.

_Strength:_  Finger strength testing 3/5 with flexion and extension.

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 51 of 72
PageID #: 10746

Marek Bayner
April 18, 2025
Page 10

_Sensation:_  Sensations are normal throughout the whole finger.

_Special tests:_  There is significant subjective tenderness with palpation at the basal joint.

**Left Hip Examination:**

_Inspection:_  The skin is clean, dry, and intact.  There is no swelling, ecchymosis, or deformity.  There are no previous incisions.

_Palpation:_  There was moderate bursal/lateral-sided subjective tenderness on deep palpation.

_Range of Motion:_  The range of motion revealed forward flexion 50 degrees (100 degrees being normal), extension 0 degrees (30 degrees being normal), abduction 10 degrees (40 degrees being normal), adduction 10 degrees (20 degrees being normal), external rotation 20 degrees (50 degrees being normal), internal rotation 20 degrees (40 degrees being normal).

_Strength:_  Strength testing measured 3/5 in muscle groups, including the hip flexors, internal rotators, external rotators, hamstrings, and quadriceps.

_Sensation:_  Sensations are intact in all dermatomes around the hip and thigh.

_Special Tests:_  Faber's test was negative. Ober's test was negative.  Trendelenburg test was positive.

***Normal Range of Motion Values:***

*For the physical examination documented above, please rely upon the following approximate normal values as described in the AMA Guidelines 6th Edition.   Measurements above are often made with double and triple repeated measurements with a goniometer.  Please note these are simply "normals" in the general population and can vary based on multiple factors including genetics or age.  Normal cervical range of motion is 45 degrees of extension, 70 degrees of left rotation and 70 degrees of right rotation. Normal degree of thoracolumbar flexion is 90 degrees and 30 degrees of extension.  Normal degrees of shoulder range of motion are 180 degrees of forward elevation, 180 degrees of abduction, 45 degrees of external rotation and 55 degrees of internal rotation.  Normal ranges of elbow motion are 135 degrees of flexion and 0 degrees of extension, 90 degrees of pronation and 90 degrees of supination.  Normal ranges of wrist motion are 90 degrees or extension and 90 degrees of flexion.  Normal range of interphalangeal motion and metacarpal-phalangeal motion are 0 degrees extension to 90 degrees of flexion.  Normal hip motion includes 90 degrees of flexion and 20 degrees of extension and internal and external rotation of 45 degrees.  Normal knee range of motion is 0 degrees of extension and 135 degrees of flexion.  Normal ankle dorsiflexion is 20 degrees, and normal ankle flexion is 50 degrees.  Normal ankle inversion and eversion are 5 degrees.  Range of motion testing is noted to be subjective under the voluntary control of the individual being tested.*

CONCLUSIONS:

In summary, Mr. Bayner, the claimant, was reportedly involved in a motor vehicle accident on August 23, 2021. The claimant states that he was a restrained passenger when his car was allegedly struck on the driver's side. The claimant reports that he injured his cervical spine, lumbar spine, left shoulder, left wrist, left thumb, and left hip in the alleged accident.  EMS evaluated Mr. Bayner at the time of the alleged incident, but there is no report to support this claim.  The claimant did not go to the emergency

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 52 of 72 PageID #: 10747

Marek Bayner
April 18, 2025
Page 11

room on the day of the accident but was instead evaluated at an unknown facility before his first consultation at MetroPoint Medical. During his initial evaluation at MetroPoint Medical on October 28, 2021, the claimant had already undergone an ultrasound of his hand and an MRI of his cervical spine, lumbar spine and bilateral shoulders. This documentation is not available for review, and I recommend obtaining those records for further clarification and verification of the claimant's initial symptoms. The claimant was provided an extensive course of conservative management with physical therapy, acupuncture, laser therapy and radial pressure wave therapy.

**Left Shoulder:**

Regarding the claimant's ongoing left shoulder pain, advanced imaging findings within the Bill of Particulars, and any additional treatments, I do not find these issues causally related to the alleged accident of August 23, 2021. The mechanism of injury described by the claimant is inconsistent with the advanced imaging findings documented in the Bill of Particulars. The constellation of findings including partial-thickness rotator cuff tearing of the supraspinatus and infraspinatus, labral degeneration or tearing, subacromial bursitis, and mild to moderate glenohumeral osteoarthritis, indicates a chronic, degenerative process rather than an acute traumatic event. These changes typically develop from cumulative trauma, age-related tissue degeneration, and mechanical impingement which are not known to result from a single impact, such as that experienced in a motor vehicle accident with restraints. While high-force motor vehicle accidents may cause acute injuries, they rarely cause the type of repetitive trauma needed to produce this specific set of findings. Rotator cuff pathology, including tearing of the distal insertions of the supraspinatus and infraspinatus tendons is directly linked to internal impingement, which is often seen in individuals with a history of overhead activity or preexisting rotator cuff degeneration. Likewise, the labral and chondral damage reflect a chronic degenerative process that predates the accident. Furthermore, the lack of any reported dislocation, subluxation, or direct high-energy shoulder trauma during the incident supports the conclusion that this imaging pattern could not reasonably have arisen from the event in question. The biomechanical mechanism of a restrained motor vehicle accident is impossible for these findings to be caused by the alleged incident, suggesting that they are due to long-standing degenerative changes. The imaging results are more consistent with ongoing wear and tear and are not causally related to the reported traumatic event.

I have not received the radiographic report of the claimant's right shoulder MRI, nor have I had the chance to review the imaging studies myself. To make a thorough and accurate evaluation, it would be very helpful to obtain the original radiology report and the MRI images so that an independent review can be done. This would provide better clarification about the nature and severity of the findings and help confirm that the pathology observed is due to long-standing degenerative changes. It is medically implausible for this complex set of shoulder issues to have arisen directly from the restrained motor vehicle accident, especially the rotator cuff tendon tears. The identified tears, specifically at the distal insertions of the supraspinatus and infraspinatus, are degenerative in nature, usually resulting from long-term wear and tendon degeneration rather than an acute injury. These degenerative changes are

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 53 of 72
PageID #: 10748

Marek Bayner
April 18, 2025
Page 12

common in middle-aged and older individuals and reflect a chronic process rather than an immediate post-trauma event.  Additionally, the anterior labral tear extending superiorly is more likely due to chronic labral degeneration and internal derangement rather than an acute labral avulsion or injury from shoulder dislocation, which would be typical in high-energy trauma or shoulder instability and neither of which is supported by the clinical records.  The presence of a bursal effusion is nonspecific and does not differentiate between acute and chronic conditions.  However, in this case, the findings align with reactive changes associated with degenerative shoulder issues.

The impingement observed indicates a primary biomechanical problem that causes internal joint derangement and chronic rotator cuff dysfunction.  Subacromial impingement disrupts glenohumeral movement and results in ongoing frictional wear between the acromion and rotator cuff tendons.  Over time, this mechanical irritation leads to bursal inflammation, tendon fraying, and progressive internal damage within the shoulder joint.  These changes develop gradually due to long-term biomechanical stress and degeneration and are not sudden in onset.  The claimant's subacromial impingement is the main cause of the pathology in the rotator cuff, causing subluxation of the gleno-humeral joint and secondary superior glenoid wear.  It is medically incorrect to state that the claimant's subacromial impingement is secondary to the alleged motor vehicle accident.  Rather, it is the primary cause of the overall shoulder pathology observed.

Lastly, the suggestion that post-traumatic osteoarthritic changes developed due to the restrained motor vehicle accident is not supported by radiographic or clinical evidence.  Osteoarthritic changes result from a chronic, progressive condition involving cartilage degradation, joint space narrowing, and sub-chondral bone remodeling, processes that do not occur as a result of a single traumatic incident.  The imaging findings indicate primary osteoarthritis that likely existed before the accident.

Dr. Kim conducted an independent medical examination of the claimant on February 9, 2022.  The examination revealed completely normal physical findings with no objective signs of musculoskeletal dysfunction of the shoulder.  Based on his clinical assessment, Dr. Kim concluded that the claimant's previously diagnosed left shoulder sprain had fully healed.  This is a reasonable conclusion, as it is physiologically plausible for the claimant to have developed a shoulder strain from the alleged motor vehicle accident.  However, it is neither medically plausible nor reasonable to suggest that any of the findings mentioned in the Bill of Particulars are related to or occurred after the claimant's alleged motor vehicle accident.

The physical examination which I conducted on the claimant's left shoulder on April 18, 2025, conflicts with the findings previously documented by the claimant's treating physicians.  The range of motion observed during my assessment was significantly more limited than what has been recorded in the claimant's medical records.  The claimant demonstrated a level of restriction in the movement of his left shoulder that would have considerably affected his ability to perform routine daily tasks.  However, such limitations are not documented in the clinical notes provided by his treating providers.  In fact, the

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 54 of 72
PageID #: 10749

Marek Bayner
April 18, 2025
Page 13

claimant's medical records indicate improvement in symptoms over time with no signs of severe restriction or joint dysfunction. Currently, the physical exam suggests a frozen shoulder, a condition that has never been diagnosed or mentioned in his treatment history. This notable discrepancy between previous records and current findings raises serious questions about symptom exaggeration. Additionally, the claimant exhibited 3/5 muscle strength in the left upper extremity, despite no documented neurological issues explaining such weakness. Overall, the findings from the examination are completely inconsistent, lack a clear anatomical or clinical basis, and are deemed not credible.

In conclusion, the imaging findings and clinical context strongly support that the claimant's shoulder pathology is chronic and degenerative. Exam findings are inconsistent and do not align with the advanced imaging results and are considered non-physiological. These findings are not causally related to the restrained motor vehicle accident and should be regarded as preexisting, unrelated pathology.

**Left Wrist:**

Regarding the claimant's ongoing left wrist pain, advanced imaging findings within the Bill of Particulars, and any additional treatments, I do not find these issues to be causally related to the alleged accident of August 23, 2021. The mechanism of injury described by the claimant is inconsistent with the advanced imaging findings documented in the Bill of Particulars. It is not medically reasonable or even possible to conclude that the complex pattern of soft tissue, ligamentous, and tendon injuries affecting nearly every compartment of the wrist resulted from a single motor vehicle accident as a restrained driver in which the claimant reports he hit his wrist on the car window. TFCC degeneration, ECU tendinopathy, and anterior oblique ligament insufficiency are typically degenerative and develop over time. The presence of a joint effusion and intraarticular derangement involving these chronic structures may indicate underlying pathology rather than acute trauma. This is especially true for middle-aged or older adults or individuals with a history of repetitive hand or wrist use. The presence of both ECU and ECRL/ECRB tendon tears is also biomechanically impossible without repetitive overload and is not a common outcome of a restrained vehicular impact.

The degenerative changes observed in the triangular fibrocartilage complex (TFCC), along with associated degenerative findings involving the extensor tendons, both intrinsic and extrinsic ligaments, and carpal joint structures, clearly indicate a chronic degenerative process. These changes are directly connected to the claimant's underlying degenerative condition, which is most likely caused by his age and significantly influenced by his previous occupational and vocational activities. The imaging pattern does not suggest an acute traumatic injury but instead shows gradual wear and tear that occurs over time. These findings do not support a causal link to the motor vehicle accident described and are more accurately attributed to the claimant's age-related and occupational degenerative progression.

I have not received the radiographic report from the claimant's right shoulder MRI, nor have I had the opportunity to review the imaging studies myself. To perform a thorough and accurate evaluation, it would be helpful to obtain the original radiology report and MRI images for independent review. This would offer clearer insight into the nature and severity of the findings and help confirm that the

Marek Bayner
April 18, 2025
Page 14

observed pathology results from long-standing degenerative changes. Although I have not received the actual radiographic exam referenced in the Verified Bill of Particulars regarding the claimant's left wrist, presumably seen on MRI, the injuries and the reported severity of findings seem too advanced to have reasonably resulted from a single traumatic event that occurred just one year ago. It is medically inaccurate and anatomically impossible for the claimant's left wrist injury to have caused radiculopathy. Radiculopathy results from neurologic issues in the cervical spine, not from injuries to wrist soft tissues, tendons, or ligaments such as the triangular fibrocartilage complex, extensor tendons, or intrinsic ligaments. These structures are not close enough anatomically to cause nerve root inflammation or radicular symptoms. Therefore, any claim that the claimant's wrist injuries could have directly caused cervical radiculopathy is medically incorrect.

The Bill of Particulars states that the claimant developed posttraumatic osteoarthritis or will develop this condition in the future. However, the claimant could not have developed posttraumatic osteoarthritis due to the alleged accident because he already showed clear signs of preexisting, degenerative osteoarthritis. The concept and medical basis of posttraumatic osteoarthritis depends on the presence of a previously healthy joint, free of significant arthritic changes at the time of injury. In this case, the claimant's imaging studies and clinical findings clearly show preexisting degenerative joint disease, invalidating any claim that subsequent arthritic changes are post-traumatic. Once a joint is already affected by degenerative wear, it is impossible to distinguish between the progression of existing disease and any potential effect of trauma. Therefore, it is unreasonable and medically unsupported to conclude that the claimant developed posttraumatic osteoarthritis because the preexisting arthritic condition negates the essential criteria for that diagnosis.

A bone marrow aspirate injection performed by Dr. Kyriakides to treat the claimant's wrist is not supported by current clinical guidelines or evidence-based orthopedic practices for managing degenerative wrist changes. There is no established clinical indication for using bone marrow aspirate to treat chronic degenerative joint diseases of the wrist, such as osteoarthritis or age-related cartilage deterioration. Such biologic therapies remain experimental and investigational, with limited peer-reviewed evidence of effectiveness, especially in joints such as the wrist, where degenerative issues are typically managed through conservative care and activity modification. While the claimant may ultimately need future injections or surgery for the left wrist, this would target preexisting degenerative conditions and is not related to the alleged accident.

Dr. Kim conducted an independent medical examination of the claimant on February 9, 2022. The examination showed completely normal physical findings, with no objective signs of musculoskeletal dysfunction in the left wrist. Based on his clinical assessment, Dr. Kim concluded that the claimant's previously diagnosed left wrist sprain had fully healed. This is a reasonable conclusion, as it is physiologically plausible for the claimant to have developed a left wrist strain from the alleged motor vehicle accident. However, it is neither medically plausible nor reasonable to suggest that any of the

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 56 of 72
PageID #: 10751

Marek Bayner
April 18, 2025
Page 15

findings mentioned in the Bill of Particulars are related to or occurred after the claimant's alleged motor
vehicle accident.

The claimant's physical examination findings documented during my evaluation on April 18, 2025, are
vastly inconsistent with those previously recorded by the claimant's treating physicians.  Notably, the
claimant demonstrated 3/5 muscle strength in the upper extremity, a finding that was not reported in
prior assessments.  This level of reduced motor effort, in the absence of any documented neurological
deficit, indicates a significant lack of participation and is highly concerning.  Additionally, the reported
range of motion was non-physiological and did not match any earlier documented exam findings or
known anatomical limitations related to the described pathology.  During palpation, the claimant
exhibited diffuse tenderness throughout the entire wrist, without localization to any specific anatomical
structure, including the ulnar aspect, which is the area where pathology has been specifically noted.
The inconsistency across all aspects of the examination, combined with non-anatomic findings and
diminished effort, strongly suggests symptom magnification and raises questions about the credibility
and reliability of the claimant's subjective complaints, ultimately rendering the overall examination
findings untrustworthy.  Although the claimant showed limited motion in the left wrist during the
physical exam, which he attributed to severe pain, stiffness, and tenderness, it is important to recognize
these as highly subjective complaints that cannot be verified through objective tests.  The physical exam
displayed non-physiologic responses, including inconsistent effort during resisted movements,
exaggerated pain behaviors, and hypersensitivity to light touch, none of which align with the anatomical
or biomechanical findings on imaging.  These findings do not correspond with the structural
abnormalities seen on x-rays or MRI.  While the claimant has radiographic evidence of moderate to
severe osteoarthritis in the wrist, the clinical signs are much more severe than typically observed even in
advanced degenerative joint disease.  Patients with similar or more significant arthritis generally have
better function and do not exhibit such widespread, severe deficits unless there are additional
non-organic or behavioral factors.

**Left Thumb:**
Regarding the claimant's ongoing left thumb pain, imaging findings noted within the Bill of Particulars,
and any additional treatments, I do not find these issues causally related to the alleged accident of
August 23, 2021. The mechanism of injury described by the claimant is inconsistent with the imaging
findings documented.  It is not medically reasonable or possible to conclude that the complex pattern of
soft tissue, ligamentous, and joint injuries affecting the thumb resulted from a single restrained driver
motor vehicle accident in which the claimant hit his wrist on the car window.  The tear in the anterior
oblique ligament at the trapezial-metacarpal joint, along with radial subluxation of the base of the first
metacarpal as detailed in the Bill of Particulars, is a pathognomonic sign of chronic degenerative joint
disease rather than an acute traumatic injury.  The anterior oblique ligament stabilizes the thumb
carpometacarpal joint.  Thinning or tearing of this ligament is a common feature of basal joint arthritis,
a well-documented degenerative condition that develops gradually over time, especially with age and in
individuals with repetitive thumb use.  Additionally, the radial subluxation of the first metacarpal base

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 57 of 72 PageID #: 10752

Marek Bayner
April 18, 2025
Page 16

further supports the chronic nature of this finding, reflecting progressive ligamentous laxity, capsular insufficiency, and joint remodeling that occur over years.  These structural changes indicate advanced CMC joint instability secondary to age-related wear and do not align with the injury mechanism described as a restrained driver motor vehicle accident.  Therefore, it is my professional opinion that the tear of the anterior oblique ligament and the associated thumb basal joint instability are degenerative in origin, directly related to the claimant's age-related ligamentous deterioration, and are not causally related to the alleged motor vehicle accident.  This diagnosis reflects the natural progression of osteoarthritic disease and should not be interpreted as evidence of traumatic injury.

The assertion regarding the Bill of Particulars claim of posttraumatic osteoarthritis is medically incorrect. The claimant could not have developed posttraumatic osteoarthritis as a result of the alleged accident, given that he already showed clear evidence of preexisting, degenerative osteoarthritis. The very concept and medical plausibility of posttraumatic osteoarthritis depend on the presence of a previously healthy joint, free of significant arthritic changes at the time of trauma.  In this case, the claimant's imaging studies and clinical findings clearly demonstrate pretraumatic degenerative joint disease, thereby invalidating any assertion that subsequent arthritic changes are post-traumatic in origin.  Once a joint is already affected by degenerative wear, it becomes impossible to distinguish between the progression of existing disease and any hypothetical contribution from trauma.

I have not received the radiographic report from the MRI of the claimant's left thumb, nor have I had the chance to review the imaging studies myself.  For a thorough and accurate evaluation, it would be helpful to obtain the original radiology report and MRI images for independent review.  This would offer clearer insight into the nature and severity of the findings and help confirm that the observed pathology results from long-standing degenerative changes.  Although I have not received the actual radiographic exam referenced in the Verified Bill of Particulars regarding the claimant's left thumb, presumably an MRI, the injuries and the severity of the reported findings seem too advanced to have reasonably resulted from a single traumatic event that occurred just one year ago.

I examined the claimant's right thumb on April 18, 2025, and the evaluation demonstrated clear evidence of basal joint osteoarthritis.  These findings are completely normal for someone of the claimant's age and are purely age-related.  The physical examination results do not match any signs of an acute traumatic injury and are not causally linked to the claimant's reported motor vehicle accident. The presentation is typical of chronic degenerative joint changes and should be considered a preexisting condition unrelated to the alleged incident.

**Left Hip:**
Regarding the claimant's ongoing left hip pain, the findings noted within the Bill of Particulars, and any additional treatments, I do not find these issues causally related to the alleged accident of August 23, 2021.  A thorough review of the claimant's medical records and clinical documentation shows no

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM
NYSCEF DOC. NO. 243

INDEX NO. 725276/2023

RECEIVED NYSCEF: 07/17/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 58 of 72
PageID #: 10753

Marek Bayner
April 18, 2025
Page 17

radiographic evidence supporting a significant injury to the left hip. There is no indication of fracture, dislocation, or acute soft tissue damage involving the left hip on any of the imaging studies reviewed. The medical record does not demonstrate any findings suggestive of internal derangement or femoroacetabular impingement resulting from the alleged injury. No labral pathology, bone abnormalities, or joint space irregularities have been identified that would support such diagnoses. The physical examinations documented across multiple assessments fail to correlate with any meaningful left hip pathology. Consistent, reproducible findings are absent, such as positive impingement signs and a restricted range of motion specific to the hip joint. The lack of both objective imaging results and supporting physical examination findings raises concerns about the medical validity of including the left hip as an injury site. Without confirming diagnostic or clinical evidence including the left hip in this claim appears unsupported and may not represent a credible injury from the incident in question.

It is medically inaccurate and anatomically impossible for the claimant's left hip injury to have caused radiculopathy. Radiculopathy results from neurologic issues in the lumbar spine, not from injuries to hip. These structures are not close enough anatomically to cause nerve root inflammation or radicular symptoms. Therefore, any claim that the claimant's hip injuries could have directly caused lumbar radiculopathy is medically incorrect.

I have not received the radiographic report from the claimant's left hip studies, nor have I reviewed the imaging studies myself. To perform a thorough and accurate evaluation, it would be helpful to obtain the original radiology report and MRI images for independent review. This would provide a clearer understanding of the nature and severity of the findings and help confirm that the observed pathology results from long-standing degenerative changes.

The claimant could not have developed posttraumatic osteoarthritis as a result of the alleged accident, as the mechanism of action is not consistent with the development of such a condition. The claimant was a seated passenger who was restrained at the time of the alleged accident. It is nearly impossible for the claimant to have sustained a significant hip injury that would have caused any internal derangement or posttraumatic osteoarthritis or any hypothetical contribution from trauma.

Dr. Kim performed an independent medical examination of the claimant on February 9, 2022. The results demonstrated completely normal physical findings with no objective signs of musculoskeletal dysfunction in the left hip. Based on his clinical assessment, Dr. Kim determined that the claimant's previously diagnosed left hip sprain had fully healed. This is a reasonable conclusion, as it is physiologically plausible, for the claimant to have developed a left hip strain from the alleged motor vehicle accident. However, it is neither medically plausible nor reasonable to suggest that any of the findings listed in the Bill of Particulars are related to or occurred after the claimant's alleged motor vehicle accident.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 59 of 72
PageID #: 10754

Marek Bayner
April 18, 2025
Page 18

The claimant's physical examination findings during my evaluation on April 18, 2025, were inconsistent with those documented in previous examinations by his treating physicians and also vastly different from the objective pathology outlined in the Bill of Particulars. The claimant showed significant symptom magnification, including widespread pain responses, inconsistent motor effort, and exaggerated limitations in range of motion, all of which appeared non-anatomic and non-physiologic. The overall clinical picture did not correlate with the radiographic findings or with the expected symptoms of the listed conditions. Therefore, the examination was considered non-physiologic, raising serious concerns about the validity and reliability of the claimant's subjective complaints.

**Cervical Spine:**

Regarding the claimant's ongoing cervical pain, imaging findings noted in the Bill of Particulars, and any additional treatments, I do not consider these issues causally related to the alleged accident on August 23, 2021. The cervical spine findings observed are consistent with chronic, age-related degenerative cervical spondylosis rather than an acute traumatic event. The presence of multilevel disc herniations, central canal narrowing, bilateral foraminal stenosis, and direct spinal cord impingement at two levels (C4-5 and C5-6) indicates a longstanding degenerative process that develops gradually over many years. The identification of anterolisthesis of C4 on C5, along with intervertebral disc derangement, suggests segmental instability, which is common in cervical disc degeneration and facet joint arthropathy. These structural changes are not typical of acute trauma, and their occurrence across multiple contiguous levels makes it medically unlikely to attribute them to a single incident such as a motor vehicle accident, especially in the absence of high-energy impact or confirmed traumatic fracture. Traumatic disc herniations are usually confined to one level and cause sudden symptoms needing immediate assessment. If acute cord impingement occurs, it would likely lead to neurological signs requiring urgent care, such as in an emergency room. However, without evidence of emergency treatment after the reported incident, it is unreasonable to believe that these extensive findings are directly caused by a traumatic event.

It is medically incorrect to suggest that the claimant will develop posttraumatic osteoarthritis of the cervical spine. The claimant could not have developed posttraumatic osteoarthritis as a result of the alleged accident, given that he already showed clear evidence of preexisting, degenerative osteoarthritis. The very idea and medical plausibility of posttraumatic osteoarthritis depends on the presence of a previously healthy joint, free of significant arthritic changes at the time of trauma, which the claimant certainly did not have given the advanced degenerative changes noted. In this case, the claimant's imaging studies and clinical findings clearly demonstrate preexisting degenerative joint disease, thereby invalidating any claim that subsequent arthritic changes are posttraumatic in origin. Once a joint is already affected by degenerative wear, it becomes impossible to distinguish between the progression of existing disease and any hypothetical contribution from trauma.

It is reasonable to conclude that the claimant may have suffered a posttraumatic cervical spine sprain or strain from the reported incident. However, such injuries are self-limiting and usually resolve with

Marek Bayner
April 18, 2025
Page 19

conservative treatment within days to a few weeks. These soft tissue injuries typically do not cause chronic or long-lasting symptoms and are not linked to multilevel contiguous degenerative changes such as those mentioned in the Bill of Particulars. The MRI findings, including multilevel disc herniations, central and foraminal stenosis, spinal cord impingement, and anterolisthesis, clearly indicate a chronic, age-related degenerative process rather than a result of a single traumatic event. The observed inconsistent effort and diffuse symptom reporting, without corresponding neurologic deficits or focal findings, are not consistent with true cervical radiculopathy or myelopathy and instead strongly suggest symptom magnification.

The claimant underwent radial pressure wave therapy administered by Dr. Michelle Benner. However, this treatment was medically unnecessary given the claimant's presentation. Radial pressure wave therapy is usually reserved for chronic soft tissue injuries related to non-acute, degenerative musculoskeletal conditions, and is typically considered only after conservative treatments have failed. It is important to note that the clinical evidence for this therapy's effectiveness is limited, with most peer-reviewed studies showing only modest, short-term symptom improvement, especially in cases of tendinopathy or enthesopathy. Consequently, most insurance carriers do not approve this therapy, categorizing it as an elective or investigational treatment rather than a standard, evidence-based intervention. The inclusion of this treatment in the Bill of Particulars is unusual, as it is neither an invasive surgical procedure nor generally accepted as a medically necessary intervention for acute posttraumatic injuries. Its use in this context appears disproportionate to the clinical findings and raises concerns about the appropriateness and justification of the treatment provided.

Dr. Kim conducted an independent medical examination of the claimant on February 9, 2022. After a thorough assessment, Dr. Kim determined that the claimant's previously diagnosed cervical sprain/strain has resolved. At the examination, the claimant only reported subjective pain and restricted cervical range of motion, neither of which was supported by objective clinical findings. Therefore, the claimant's ongoing complaints are not medically justified and do not align with the resolution of a soft tissue cervical strain.

The claimant's physical examination findings of the cervical spine were benign. Although he demonstrated evidence of symptom magnification, including 3/5 muscle strength in the upper extremities, there were no objective neurological deficits to support this level of weakness in all muscle groups, as it does not correlate with any specific nerve root. During the physical exam, the claimant showed restricted range of motion of the cervical spine and reported diffuse pain throughout the entire cervical region. However, these findings are nonspecific and not anatomically consistent with the imaging results. Additionally, the claimant's lack of participation in motor testing, showing only 3/5 muscle strength across multiple muscle groups without a corresponding nerve root pattern, further suggests a nonorganic component to his complaints. There was no abnormal alignment of the cervical spine noted on inspection or palpation, and the claimant did not exhibit any significant sensory deficits or dermatomal pattern loss. While he demonstrated a bilateral positive Spurling's sign, it is important to

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 61 of 72 PageID #: 10756

Marek Bayner
April 18, 2025
Page 20

note that this is a subjective test based entirely on the claimant's pain response and has no objective means of clinical verification.  Overall, the examination did not support the presence of a significant cervical spine injury or neurologic compromise.

**Lumbar spine:**

Regarding the claimant's ongoing lumbar pain, imaging findings noted within the Bill of Particulars, and any additional treatments, I do not find them causally related to the alleged accident of August 23, 2021. The constellation of lumbar spine findings noted is highly consistent with chronic, age-related degenerative cervical spondylosis rather than an acute traumatic event.  The MRI findings indicating disc herniations at L2-3, L3-4 and L4-5 with associated exiting nerve root impingement are representative of significant degenerative changes and are consistent with age-related spinal deterioration and not the result of an acute traumatic event.  The presence of multilevel disc herniations and foraminal narrowing is characteristic of chronic disc degeneration, commonly seen in aging individuals, particularly those with a history of repetitive spinal loading.  For herniations of this magnitude to occur acutely because of trauma, the inciting event would need to be of considerable force, such as a high-speed collision, fall from height, or crush injury, the type of incident that would typically necessitate immediate emergency department evaluation and hospitalization.  However, the claimant explicitly stated during our discussion that he did not require emergency room evaluation following the alleged accident, which significantly undermines the likelihood that these disc herniations and nerve root compressions were caused by the reported incident.  Additionally, the extent and distribution of the disc pathology involving multiple contiguous lumbar levels further support the conclusion that this is the result of a long-standing degenerative process rather than a singular, acute traumatic mechanism.  In clinical practice, it is exceedingly rare to see such widespread lumbar disc disease develop instantaneously from a single event, particularly in the absence of contemporaneous symptoms or urgent care.  It is my opinion that the disc herniations and associated foraminal narrowing identified on imaging are chronic, degenerative in nature and not attributable to the accident in question.  Had these injuries truly resulted from an acute traumatic event, they would have almost certainly produced severe, immediate symptoms warranting emergency medical intervention, which is absent from the claimant's reported history.

Although I have not yet reviewed the diagnostic imaging studies referenced, I would be happy to provide an independent evaluation of these images to assess for the degenerative changes that I strongly suspect are present.  Should the relevant records and imaging become available in the future, I would be pleased to perform a formal review and interpretation of those materials to further clarify the nature and extent of the findings in question.

Although radiculopathy is mentioned in the Bill of Particulars, the claimant showed no clinical signs of radiculopathy during my exam.  The claimant reported isolated low back pain and did not endorse any symptoms indicating nerve root involvement, such as numbness, tingling, or radiating pain into either leg.  The lack of neurological complaints or findings on exam does not support a current diagnosis of lumbar radiculopathy.

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 62 of 72
PageID #: 10757

Marek Bayner
April 18, 2025
Page 21

It is reasonable to assume that the claimant may have sustained a post-traumatic lumbar sprain or strain, along with associated muscle spasms, as a result of the reported accident. However, these conditions are self-limiting and are well-known to respond positively to conservative treatments, including rest, physical therapy, anti-inflammatory medications, and activity modification. In the absence of significant underlying pathology, such injuries usually resolve within a few days to a few weeks. Persistent or prolonged symptoms beyond this typical recovery period are not common with simple sprain or strain injuries and may indicate the presence of pre-existing degenerative changes, which could contribute to ongoing discomfort or delayed healing.

The claimant received radial pressure wave therapy from Dr. Michelle Benner. However, this treatment was medically unnecessary given the claimant's presentation. Radial pressure wave therapy is usually used for chronic soft tissue injuries linked to nonacute, degenerative musculoskeletal conditions, and is typically considered only after conservative treatments have failed. It is important to note that the clinical effectiveness of this therapy is limited, with most peer-reviewed studies showing only modest, short-term symptom relief, especially in cases of tendinopathy or enthesopathy. Consequently, this therapy is not approved by most insurance providers and is often classified as an elective or investigational treatment rather than a standard, evidence-based intervention. Including this treatment in the Bill of Particulars is unusual, as it is not an invasive surgical procedure, nor is it generally deemed medically necessary for acute posttraumatic injuries. Its use here appears disproportionate to the clinical findings and raises concerns about the appropriateness and justification of the treatment provided.

The claimant could not have developed posttraumatic osteoarthritis as a result of the alleged accident, given that he already showed clear evidence of preexisting, degenerative osteoarthritis. The very concept and medical plausibility of posttraumatic osteoarthritis depend on the presence of a previously healthy joint, free of significant arthritic changes at the time of trauma. In this case, the claimant's imaging studies and clinical findings clearly demonstrate pretraumatic degenerative joint disease, thereby invalidating any assertion that subsequent arthritic changes are post-traumatic in origin. Once a joint is already compromised by degenerative wear, it becomes impossible to distinguish between the progression of existing disease and any hypothetical contribution from trauma.

Dr. Kim conducted an independent medical examination of the claimant on February 9, 2022. Based on his thorough evaluation, Dr. Kim concluded that the claimant's previously diagnosed lumbar spine strain has healed. During the examination, the claimant reported only subjective pain and limited range of motion, which were not supported by any objective findings. Therefore, the ongoing symptoms are not consistent with the typical progression of a resolved lumbar strain and lack objective medical support.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 63 of 72 PageID #: 10758

Marek Bayner
April 18, 2025
Page 22

The claimant's physical examination findings of the lumbar spine were fairly benign. Although he showed evidence of symptom magnification, including 3/5 muscle strength in the lower extremities, there were no objective neurological deficits to explain such weakness. There was no evidence of abnormal lumbar alignment, deformity, or postural compensation during inspection or gait assessment, and the claimant did not exhibit any significant sensory changes in a dermatomal distribution. While he reported discomfort during seated straight leg raise testing bilaterally, this response is entirely subjective and lacks an objective clinical correlate. Overall, the examination did not reveal any findings consistent with significant lumbar spine injury or radiculopathy.

**Additional:**

The inclusion of the claimant's right and left ankles in the current injury claim for 2024, allegedly related to an incident that happened in 2021, is both medically and factually unsupported. MRI evaluations of both ankles showed findings consistent with an acute ankle sprain. The claimants and the treating physicians' suggestion that these acute findings are causally connected to an incident from nearly three years earlier is entirely unreasonable and lacks medical credibility. This claim appears dishonest and raises serious concerns about the integrity of the claimant's treating doctors.

I am a physician duly licensed to practice medicine and surgery in the state of New York and affirm the truth of the foregoing under the penalty of perjury pursuant to CPLR 2106. This report was prepared by me and is based on my observations of the claimant and contains my opinions, which were made within a reasonable degree of medical certainty.

The above report was based upon the available information at the time, including the history given by the examinee, the physical exam performed, and the medical records and tests provided. It is assumed that the information provided is correct. If more information becomes available at a later date it may or may not change the opinion rendered in this evaluation.

The conclusions provided are not to be considered medical orders or suggestions. The claimant is to seek medical advice and direction from his physician.

The claimant was not harmed in any way by my examination and left the office in good spirits and in the same condition as before he arrived.

There are no known conflicts of interest.

Respectfully,

Marek Bayner
April 18, 2025
Page 23


Frank Lombardo, MD

FL/lm

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 65 of 72
PageID #: 10760

**Frank T. Lombardo**
6565 Spring Brook Ave, #235
Rhinebeck, NY  12572

## EDUCATION:

| | |
|---|---|
| **7/2008 - 7/2009** | **Adult Reconstruction Fellowship** |
| | Anderson Orthopedic Research Institute |
| | Alexandria, Virginia 22306 |
| | |
| **7/2004 – 6/2008** | **Orthopedic Surgical Residency** |
| | North Shore-LIJ Health System |
| | New Hyde Park, New York 11040 |
| | |
| **7/2003 – 6/2004** | **General Surgery Internship** |
| | North Shore-LIJ Health System |
| | New Hyde Park, New York 11040 |
| | |
| **8/1998 – 5/2003** | **Medical Doctorate with Honorary Recognition in Research** |
| | State University of New York at Stony Brook |
| | Stony Brook, New York 11794 |
| | |
| **8/1994 – 7/1998** | **Bachelor of Science with Honors in Biochemistry** |
| | State University of New York at Stony Brook |
| | Stony Brook, New York 11794 |

## HONORS AND ADWARDS:

Hudson Valley Top Doctor 2020
Hudson Valley Top Doctor 2019
Hudson Valley Top Doctor 2018
Department of Orthopaedic Surgery Resident of the Year 2005
Honorary Recognition in Research 2003
Excellence in Research Award 2003
Plenary Award American Society of Bone and Mineral Research 2001
Arthritis Foundation Fellowship Award 1998
Bachelors of Science with Honors in Biochemistry 1998
Phi Beta Kappa 1998
Magna cum Laude 1998
Arthritis Foundation Fellowship Award 1996
Golden Key National Honor Society 1996
Arthritis Foundation Fellowship Award 1995
State University of New York at Stony Brook Dean's List 1994-98

INDEX NO. 725276/2023
RECEIVED NYSCEF: 07/17/2025

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 66 of 72
PageID #: 10761

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| **2019 – Present** | **Chairperson of Orthopedics**<br>Kingston Hospital<br>Kingston, New York 12401 |
| **2014 – Present** | **Director of Joint Replacement**<br>Health Alliance of the Hudson Valley<br>Kingston, New York 12401 |
| **2010 – Present** | **Director of Joint Replacement**<br>Vassar Brothers Hospital<br>Poughkeepsie, New York 12601 |
| **8/2009 – Present** | **Orthopedic Surgeon and Partner**<br>Orthopedic Associates of Dutchess County, P.C.<br>Poughkeepsie, NY 12601 |
| **2001 – 2002** | **Senior Research Specialist**<br>Departments of Orthopaedics and Biomedical Engineering<br>State University of New York at Stony Brook<br>Stony Brook, New York |
| **1994 – 1999** | **Research Associate**<br>Department of Nephrology<br>Nassau County Medical Center<br>East Meadow, New York |
| **1996 – 1998** | **Auxiliary Volunteer**<br>Emergency Medicine Department<br>Nassau County Medical Center<br>East Meadow, New York |
| **1991 – 1998** | **Owner and Creator**<br>Lombardo Landscaping and Irrigation Co.<br>Babylon, New York<br>Created and developed Lombardo Landscaping and Irrigation. |

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 67 of 72 PageID #: 10762

**CERTIFICATION:**

        ABOS Recertification
        ABOS Board Certified Part II
        ABOS Board Certified Part I
        AO Principals and Techniques of Operative Fracture Management
        Advanced Cardiac Life Support
        Basic Life Support
        USMLE Step 3
        USMLE Step 2
        USMLE Step 1

**LICENSES:**

        Virginia Medical License 2008-2011
        New York State Medical License 2007- Present

**AFFILIATIONS:**

| | |
|---|---|
| 2009- Present | Kingston Hospital Medical Staff |
| 2009- Present | Benedictine Hospital Medical Staff |
| 2009- Present | Vassar Brothers Hospital Medical Staff |
| 2009- Present | Northern Dutchesss Hospital Medical Staff |
| 2009- Present | Surgical Center at Orthopedic Asssociates Medical Staff |

**PUBLICATIONS:**

Gersch RP, **Lombardo F**, McGovern SC and Hajiargyrou M.  "*Reactivation of Hox gene Expression during bone regeneration.*"  J Orthop Res. 2005 July; 23(4):882-0

Joo J, Ahn H, **Lombardo F**, Hadjiargyrou M and Zhu W.  "*Statistical approaches in the Analysis of gene expression data derived from bone regeneration specific cDNA Microarrays*"  J Biopharm Stat. 2004 Aug; 14(3):607-28

**Lombardo F,** Komastsu D, Hadjiargyrou M. "*Molecular cloning and characterization Of Mustang, a novel nuclear protein expressed during skeletal development and regeneration*"  FASEB J. 2004 Jan;18(1):52-61

Lombardo, F., Komatsu, D., McGovern, S. and Hadjiargyrou, M. "*Cloning of a Novel Gene Expressed During Osteogenic Differentiation in a Healing Fracture Callus.*" J OrthoRes. 49 (2003):

McGovern, S., Ka, A., Lombardo, F. and Hadjiargyrou, M. "*Temporal and Spatial Expression of Hox Genes during Fracture Repair.*" J. Ortho Res. 49 (2003):

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 68 of 72
PageID #: 10763

Hadjiargyrou, M., **Lombardo F.,** Zhao, S., Ahrens, W., Joo, J., Ahn, H., White, D.W. and Rubin, C.T. *"Transcriptional profiling of bone regeneration: Insight into the MolecularComplexity of Wound Repair"* J. Biol Chem. 277(33) (2002):30177-30182.

Coritsidis, G., **Lombardo F.,** Pizzuto, A., Raminfard, L., Rumore, P. and Beers, P. *"Oligonucleosomes Stimulate Mesangial Cell Matrix Production."* Exp Nephrol.10 (3) (2002):216-226.

**Lombardo, F.,** Joo, J. White, D.W., Ahn, H., Rubin, C.T. and Hadjiargyrou, M. *"Insight into the molecular complexity of fracture repair."* JBMR(2002)

Hadjiargyrou, M., Rightmire, E. Ando, T. and **Lombardo, F.** *"E11 Osteoblastic Lineage Marker is Differentially Expressed During Fracture Healing."* Bone 29 (2001):149-154.

**Lombardo, F.,** White, D., Dhundale, A., Rubin C. T. and Hadjiargyrou, M. *"Transcriptional profiling of the early phases of bone regeneration via cDNA library construction and custom microarrays."* JBMR 16(2001): S-189.

Garman, R., **Lombardo, F.** and Hadjiargyrou, M. *" Identification of a novel fracture repair-specific gene expressed during early callus formation."* Ann Biomed. Eng 29 (2001): S-89.

Judex, S., **Lombardo, F.,** Donahue, R., Hadjiargyrou, M. and Rubin C. T. *" Changes in transcriptional activity induced by altered mechanical demand of the skeleton."* Ann Biomed. Eng 29 (2001): S-37.

Kuo, S., Li, P., Nwabueze, N., **Lombardo, F.** and Coritsidis, G. *"Intraperitoneal Injection of Oligonucleosomes in Mice Results in Proteinuria and Enhanced Mesangial Matrix Binding of I125-ON."* JASN 10 (1999): A-2905.

Panlilio, N., **Lombardo, F.** and Balsam, L. *" L-Arginine Inhibits AVP-Stimulated Collagen Production in Murine Mesangial Cells."* JASN 8 (1998): A-2682.

Olmer, E., Soliman, E., **Lombardo, F.** and Coritsidis, G. *"Oligonucleosomes Stimulation Of Mesangial Cells Collagen Production maybe Via Protein Kinase C Translocation."* JASN 8 (1998): A-2583.

Soliman, E., Alan, M., **Lombardo, F.** and Coritsidis, G. *"The Effects of Nuclear Proteins on Phagocytosis of Apoptotic Cells by Human Mesangial Cells and Marcrophages: A Novel Quantitative Phagocytosis Assay."* JASN 8 (1998): A-2285.

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM
NYSCEF DOC. NO. 243

INDEX NO. 725276/2023
RECEIVED NYSCEF: 07/17/2025

Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 69 of 72
PageID #: 10764

**Lombardo, F.**, Pizzuto, A., Raminfard, L., Rumore, P., Beers, P. and Coritsidis, G. *Oligonucleosomes Stimulation of Collagen Synthesis by Mouse Mesangial Cells is Regulated by ON/DNA Receptor."* JASN 8 (1997): A-2421.

**Lombardo, F.**, Pizzuto, A., Rumore, P. and Coritsidis, G. *"Oligonucleosomes Promote Collagen Production in Rat Mesangial Cells."* JASN 7 (1996): A-2563.

## POSTER PRESENTATIONS:

"*A posterior triceps sparing approach to the distal humerus; a technique description and retrospective analysis"* Thoms R, **Lombardo F,** Mostafavi H OTA. Nov

*"Commencement and cessation of ambulation in spina bifida; analysis of 74 patients"* Jared Brandoff, **Frank T. Lombardo**, Jason Lipitz, Jeffery Silber

"*Cloning of Novel Gene Expressed During Osteogenic Differentiation in a Healing Fracture Callus."* **Lombardo, F.,** Komatsu, D., McGovern, S. and Hadjiargyrou, M. Ortho Res Soc. New Orleans, Louisiana Feb 2-5 2003

*"Temporal and Spatial Expression of Hox Genes during Fracture Repair."* McGovern, S., Ka,A., **Lombardo, F.** and Hadjiargyrou, M. Ortho Res Soc. New Orleans, Louisiana Feb 2-5

*"Insight into the molecular complexity of fracture repair."* **Lombardo, F.,** Joo, J., White, D.W., Ahn, H., Rubin C.T. and Hadjiargyrou M.

*"Transcriptional profiling of the early phases of bone regeneration via cDNA library Construction and custom microarrays."* **Lombardo, F.**, White, D., Dhundale, A., Rubin, C.T. and Hadjiargyrou, M.

*"Identification of a novel fracture repair-specific gene expressed during early callus formation."* Garman, R., **Lombardo, F.** and Hadjiargyrou, M.

*"Changes in transcriptional activity induced by altered mechanical demand of the skeleton."* Judex, S., **Lombardo, F.**, Donahue, L.R., Hadjiargyrou, M. and Rubin, C.T.

*"Intraperitoneal Injection of Olignoucleosomes in Mice Results in Proteinuria and Enhanced Mesangial Matrix Binding of I124-ON."* Kuo, S. Li, P. Nwabueze, N., **Lombardo, F.**,Coritsidis, G.

*"L-Arginine Inhibits AVP-Stimulated Collagen Production in Murine Mesangial Cells."* Panlilio, N., **Lombardo, F.** and Balsam, L.

Case 1:22-cv-01032-PKC-JRC    Document 577-10    Filed 08/12/25    Page 70 of 72
PageID #: 10765

*"Oligonucleosomes Stimulation of Mesangial Cells Collagen Production maybe Via Protein Kinase C Translocation."* Olmer, E., Soliman, E., **Lombardo, F.** and Coritsidis, G.

*"Oligonucleosomes Stimulation of Heparin Sulfate Synthesis Enhances I125-ON Binding to Mesangial Cell Matrix."* **Lombardo, F.**, Beers, P. and Coritsidis, G.

*"The Effects of Nuclear Proteins on Phagocytosis of Apoptotic Cells by Human Mesangial Cells and Macrophages: A Novel Quantitative Phagocytosis Assay."* Soliman, E., Alan, M., **Lombardo, F.** and Coritsidis, G.

*"Oligonucleosomes Stimulation of Collagen Synthesis by Mouse Mesangial Cells is Regulated by ON/DNA Receptor."* **Lombardo, F.**, Pizzuto, A., Raminfard, L., Rumore, P., Beers, P. and Coritsidis, G.

*"Oligonucleosomes Promote Collagen Production in Rat Mesangial Cells."* **Lombardo, F.**, Pizzuto, A., Rumore, P. and Coritsidis, G.


## PRESENTATIONS:

*"Diagnosis and Managment of Periprosthetic Joint Infections.*" Orthopedic Physician Assistant Lecture. December 2019

*"Perioperative Hip Fracture Co-management: All the Peices of the Puzzle."* Vassar Bother Physician Prenestation. October 2018

*"MAKOplasty: Partial Knee Replacement Surgery.*" Vassar Bother Community Prenestation. April 2017

*"Value Based Care: Comprehensive Care for Joint Replacement"* Orthopedic Educations Day Vassar Brother Hospital. November 2016

*"Value Based Care: The Bundled Payment, Threat or Opportunity"* North American Partners in Anesthesia Education Seminar January 2016

*"Metal on Metal Hip Replacement Surgery: Has My Hip Been Recalled."* Community Seminar Health Alliance Hospital. December 2015

*"Metal on Metal Hip Replacement Surgery: The Enemy of Good is Better.*" Orthopedic Educations Day Vassar Brother Hospital. November 2015

*"Diagnosis and Managment of Periprosthetic Joint Infections."* Nursing Vassar Brother Hospital. February 2015

FILED: QUEENS COUNTY CLERK 07/17/2025 12:55 PM
Case 1:22-cv-01032-PKC-JRC   Document 577-10   Filed 08/12/25   Page 71 of 72
PageID #: 10766

"*MAKOplasty: Partial Knee Replacement Surgery.*" Vassar Bother Physician Prenestation. November 2014

"*Hip Fractures: Diagnosis and Treatment.*" Orthopedic Educations Day Vassar Brother Hospital. November 2014

"*Rapid Joint Replacement Recovery.*" Hudson Valley Community Presntation. October 2014

"*The Painfull Knee Hospital Consult.*" Orthopedic Physician Assistant Lecture. January 2014

"* Whats Hip and Whats Not*" Orthopedic Educations Day Vassar Brother Hospital. June 2013

"*The Healthy Knee.*" Senior Living Center. May 2013

"*Alternatives to of the Knee Replacement Patient.*" Benedictine Hospital Nursing Education. May 2013

"*Postoperative Managemenrt of the Hip Replacement Patient.*" Benedictine Hospital Nursing Education. January 2013

"*Postoperative Managemenrt of the Hip Replacement Patient.*" Benedictine Hospital Nursing Education. January 2013

"*The Painfull Hip: What can I do.*" North Dutchess Community Education Seminar. October 2011

"*Hip and Knee Replacement Surgery.*"  Heath Allience Nursing Staff. March 2011

"*Advances in Hip and Knee Replacement Surgery*" Hudson Valley Community Presentations. March 2011

"*Advances in Hip Replacement Surgery: Anterior Supine Hip Replacement.*" Hudson Valley Community Presentations.  September 2010

"*Lower Extremity Skiing Injuries: Diagnosis and Managment.*" Hudson Valley Ski Instructors and EM. December 2009

**MEDIA:**

> Hudson Valley Top Doctor Magazine 2020
> Hudson Valley Top Doctor Magazine 2019
> Hudson Valley Top Doctor Magazine 2018
> MD News: Advancing Orthopedic Surgery in the Mid Hudson Region with State of the Art Technology 2015
> MD News: Hudson Valley Orthopedic Surgeons Vassar Brother Medical Center 2015 Healthy
> WAMC Medical Monday Radio Talk Show 2015
> KCR Kingston Community Radio Morning Show Medical Monday 2015
> Lifesstyles: MAKOplasty at Vassar Brother Medical Center 2014
> Poughkeepsie Journal: Let the Robots Fix Your Joints. 2014
> Healthy Hudson Valley: What is Hip? 2013

**TEACHING EXPERIENCE:**

| | |
|---|---|
| 2001.2002 | Students Mentored Department of Biomedical Engineering |
| **1996** | Organic Chemistry Teaching Assistant |
| **1995** | Physics Teaching Assistant |

**PATENTS:**

Patent disclosure statement for a novel gene "Skeletogenin"

**INTERESTS:**

> Fine woodworking, furniture making and marquetry
> Real estate
> Molecular and cellular biology of bone and soft tissue healing
> Adult reconstructive surgery
> Orthopaedic Traumatology