UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,

  v.

SAFA ABDULRAHIM GELARDI, VITO GELARDI, GREGORY ELEFTERAKIS, ROMAN POLLAK, ANTHONY BRIDDA, IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC, and IME MANAGEMENT & CONSULTING LLC,

                Defendants.
----------------------------------------------------------------X

JUDGMENT

22-CV-1032 (PKC) (JRC)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on August 13, 2025, granting Plaintiff's motion for entry of judgment; denying its request for additional civil contempt sanctions; directing the Clerk of Court to enter judgment in favor of Plaintiff against Defendants for $58,358.23, and to enter judgment in favor of Roa against Defendants for $8,189.11; it is

      ORDERED and ADJUDGED the Plaintiff's motion for entry of judgment is granted and its request for additional civil contempt sanctions is denied; and that judgment is entered in favor of Plaintiff against Defendants for $58,358.23, and in favor of Roa against Defendants for $8,189.11.

Dated:  Brooklyn, New York
         August 13, 2025

                                       Brenna B. Mahoney
                                       Clerk of Court

                          By:    */s/Jalitza Poveda*
                                  Deputy Clerk