# EXHIBIT E

| Date | Employee | Hours | Memo | Bill Rate | Amount |
|------|----------|-------|------|-----------|--------|
| 1/25/2024 | JF | 2.1 | Draft renewed motion for attachment; email opposing counsel for financial records for mediation | $450.00 | $945.00 |
| 1/26/2024 | JF | 3.6 | Begin drafting reply in further support of motion for fees | $450.00 | $1,620.00 |
| 1/27/2024 | JF | 0.1 | Review court order and email with client regaridng same | $450.00 | $45.00 |
| 1/29/2024 | JF | 0.2 | Email with client | $450.00 | $90.00 |
| 2/7/2024 | JF | 0.9 | Call with client; draft letter to court; review opposition to motion for attachment; email with client regarding strategy | $450.00 | $405.00 |
| 2/8/2024 | JF | 0.1 | Email with client regarding reply in support of motion for attachment | $450.00 | $45.00 |
| 2/22/2024 | JF | 2 | Review Order; draft affidavit pursuant to Order | $450.00 | $900.00 |
| 2/23/2024 | JF | 4.2 | Call with C. Roa and email with client about Staten Island home; draft motion; conference with client to discuss hearing | $450.00 | $1,890.00 |
| 2/27/2024 | JF | 1.2 | Review opposition to motion for attachment; draft reply | $450.00 | $540.00 |
| 2/28/2024 | JF | 0.3 | Finalize and file reply in further support of motion for attachment | $450.00 | $135.00 |
| 2/29/2024 | JF | 0.1 | File bond | $450.00 | $45.00 |
| 2/29/2024 | JF | 0.3 | Review decision and communicate with client regarding same; file bond | $450.00 | $135.00 |
| 3/1/2024 | JF | 0.1 | Review Safa declaration | $450.00 | $45.00 |
| 3/4/2024 | JF | 0.4 | Email with client regarding hearing | $450.00 | $180.00 |
| 3/5/2024 | JF | 1.7 | Review Carlos' email regarding contempt; draft contempt motion regarding Gucciardo Law Firm PLLC | $450.00 | $765.00 |
| 3/6/2024 | JF | 1 | Prepare for and appear for call with client to prepare for evidentiary hearing | $450.00 | $450.00 |
| 3/6/2024 | JF | 1.2 | Review defendants' response to motion for contempt; draft reply | $450.00 | $540.00 |
| 3/6/2024 | JF | 0.4 | Finalize and file letter regarding contempt | $450.00 | $180.00 |
| 3/11/2024 | JF | 2.1 | Review order and communicate with client regarding same; review motion for reconsideration and call with client regarding same | $450.00 | $945.00 |
| 3/12/2024 | JF | 0.3 | Email with client regarding settlement; draft email to opposing counsel regaridng settlement | $450.00 | $135.00 |
| 3/15/2024 | JF | 0.3 | Review additional motion for reconsideration and email with client regarding same | $450.00 | $135.00 |
| 3/18/2024 | JF | 6.2 | Draft opposition to motions for reconsideration; call with E. Kataev; review decision | $450.00 | $2,790.00 |
| 3/19/2024 | JF | 0.2 | Revise opposition to motions for reconsideration | $450.00 | $90.00 |
| 3/20/2024 | JF | 0.5 | Review revisions to opposition to motion for reconsideration and finalize and file | $450.00 | $225.00 |
| 3/21/2024 | JF | 1.8 | Call with client and E. Kataev to strategize for hearing and discuss subpoenas; draft supplemental letter to court | $450.00 | $810.00 |
| 3/30/2024 | JF | 0.1 | Email regarding Lumina | $450.00 | $45.00 |
| 4/2/2024 | JF | 0.2 | Review subpoenas | $450.00 | $90.00 |
| 4/3/2024 | JF | 0.7 | Revise subpoenas | $450.00 | $315.00 |
| 4/8/2024 | JF | 0.6 | Finalize subpoenas | $450.00 | $270.00 |
| 4/9/2024 | JF | 0.6 | Calls and emails regarding subpoenas | $450.00 | $270.00 |
| 4/10/2024 | JF | 0.8 | Call regarding subpoenas; emails with client; review IME reports; draft subpoena | $450.00 | $360.00 |
| 4/11/2024 | JF | 1 | Draft preservation letter; call regarding subpoena served on law firm; meeting with client and E. Kataev | $450.00 | $450.00 |
| 4/12/2024 | JF | 0.1 | Call with law firm regarding served subpoena | $450.00 | $45.00 |
| 4/15/2024 | JF | 3.1 | Review Order; draft affidavit in compliance with order; call with opposing counsel regarding discovery; call with Gucciardo | $450.00 | $1,395.00 |
| 4/15/2024 | JF | 0.1 | Revise godaddy subpoena | $450.00 | $45.00 |
| 4/16/2024 | JF | 0.5 | Revise letter requesting extension of discovery; call and emails regarding subpoenas | $450.00 | $225.00 |
| 4/16/2024 | JF | 0.4 | Email Gucciardo; email regarding IMES and Liddie | $450.00 | $180.00 |
| 4/17/2024 | JF | 0.6 | Calls regarding subpoenas | $450.00 | $270.00 |
| 4/18/2024 | JF | 0.8 | Review subpoena responses; calls regarding subpoenas; review C. Roa's chart; call with client | $450.00 | $360.00 |
| 4/19/2024 | JF | 3.1 | Email regarding subpoenas; conference with client and E. Kataev | $450.00 | $1,395.00 |

| Date | Atty | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/21/2024 | JF | 1.7 | Meeting with client and E. Kataev | $450.00 | $765.00 |
| 4/22/2024 | JF | 1 | Emails and review of subpoena responses | $450.00 | $450.00 |
| 4/23/2024 | JF | 0.6 | Send out subpoena; calls regarding subpoenas; prepare subpoenas for service | $450.00 | $270.00 |
| 4/25/2024 | JF | 0.5 | Review subpoena responses; review Order | $450.00 | $225.00 |
| 4/26/2024 | JF | 0.2 | Review subpoena responses | $450.00 | $90.00 |
| 4/27/2024 | JF | 0.1 | Review emails regarding subpoenas | $450.00 | $45.00 |
| 4/29/2024 | JF | 1.6 | Call with client and E. Kataev regarding supplemental declaration | $450.00 | $720.00 |
| 5/1/2024 | JF | 2.5 | Call with client to discuss submission of supplemental declaration | $450.00 | $1,125.00 |
| 5/1/2024 | JF | 0.7 | Review IME reports; review and revise declaration | $450.00 | $315.00 |
| 5/2/2024 | JF | 4.1 | Conference calls to discuss supplemental declaration; call with attorney regarding subpoena | $450.00 | $1,845.00 |
| 5/3/2024 | JF | 2.2 | Call to discuss supplemental declaration; revise opposition to motion to contact customers; review order; | $450.00 | $990.00 |
| 5/6/2024 | JF | 3.6 | Review motion for reconsideration and draft opposition; calls with client; revise certification of business records for Giant Partners; review reply to motion for reconsideration | $450.00 | $1,620.00 |
| 5/7/2024 | JF | 0.3 | Review Order and call with client regarding same | $450.00 | $135.00 |
| 5/8/2024 | JF | 0.2 | Email regarding subpoenas | $450.00 | $90.00 |
| 5/10/2024 | JF | 2.2 | Email with client; review chart from C. Roa; call with client to discuss hearing | $450.00 | $990.00 |
| 5/11/2024 | JF | 3 | Review Liddie testimony and email with client regarding same; prepare hearing questions | $450.00 | $1,350.00 |
| 5/13/2024 | JF | 1.6 | Prepare for hearing; all with Gucciardo | $450.00 | $720.00 |
| 5/14/2024 | JF | 1.4 | Meeting with client to prepare for hearing | $450.00 | $630.00 |
| 5/14/2024 | JF | 0.2 | Prepare for hearing | $450.00 | $90.00 |
| 5/15/2024 | JF | 0.9 | Revise subpoena to Giant Partners; file witness and exhibit list; prepare for hearing | $450.00 | $405.00 |
| 5/16/2024 | JF | 3.5 | Draft letter objecting to use of declarations at hearing; prep for hearing | $450.00 | $1,575.00 |
| 5/17/2024 | JF | 0.5 | Prep for hearing | $450.00 | $225.00 |
| 5/17/2024 | JF | 4.2 | Prepare for hearing; meeting with client; review Order; draft motion to depose Giant Partner and review opposition | $450.00 | $1,890.00 |
| 5/18/2024 | JF | 2.2 | Conference with client to prepare for hearing | $450.00 | $990.00 |
| 5/18/2024 | JF | 0.1 | Email regarding Giant Partner deposition | $450.00 | $45.00 |
| 5/19/2024 | JF | 3.3 | Hearing prep with client | $450.00 | $1,485.00 |
| 5/21/2024 | JF | 1.8 | Hearing prep with client | $450.00 | $810.00 |
| 5/23/2024 | JF | 2.5 | Hearing prep | $450.00 | $1,125.00 |
| 5/24/2024 | JF | 5.1 | Hearing prep | $450.00 | $2,295.00 |
| 5/27/2024 | JF | 9.2 | Revise outlines; meeting with client to prepare for hearing | $450.00 | $4,140.00 |
| 5/28/2024 | JF | 7.7 | Prepare for hearing; draft letter to court | $450.00 | $3,465.00 |
| 5/29/2024 | JF | 10.8 | Appear for hearing | $450.00 | $4,860.00 |
| 5/31/2024 | JF | 0.2 | Email with client; review closing | $450.00 | $90.00 |
| 6/3/2024 | JF | 0.4 | Call with Giant Partners' counsel | $450.00 | $180.00 |
| 6/4/2024 | JF | 2.9 | Meeting to discuss Giant Partners deposition | $450.00 | $1,305.00 |
| 6/6/2024 | JF | 0.2 | Strategy call with client | $450.00 | $90.00 |
| 6/7/2024 | JF | 0.6 | Listen to GP and Safa meeting; email with client | $450.00 | $270.00 |
| 6/14/2024 | JF | 0.7 | Review and revise reply in further support of Liddie TRO | $450.00 | $315.00 |
| 6/15/2024 | JF | 1.3 | Conference to discuss TRO | $450.00 | $585.00 |
| 6/16/2024 | JF | 0.5 | Revise TRO | $450.00 | $225.00 |
| 6/18/2024 | JF | 1.6 | Review and revise TRO brief | $450.00 | $720.00 |

| Date | Atty | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/19/2024 | JF | 3.8 | Draft motion to seal; emails/texts with client | $450.00 | $1,710.00 |
| 6/25/2024 | JF | 0.1 | Draft subpoena | $450.00 | $45.00 |
| 6/26/2024 | JF | 7.5 | Draft reply in further support of TRO against Liddie | $450.00 | $3,375.00 |
| 6/27/2024 | JF | 0.1 | Call with forensic | $450.00 | $45.00 |
| 6/28/2024 | JF | 0.2 | Call with client and E. Kataev | $450.00 | $90.00 |
| 7/2/2024 | JF | 0.3 | Communications with client and  draft letter to court regarding hearing | $450.00 | $135.00 |
| 7/3/2024 | JF | 2.9 | Review file in preparation of hearing; research case-ending sanctions; email with client; conference with client and E. Kataev regarding hearing | $450.00 | $1,305.00 |
| 7/9/2024 | JF | 2.2 | Conference with client to strategize for hearing | $450.00 | $990.00 |
| 7/10/2024 | JF | 1.7 | Digest hearing transcript | $450.00 | $765.00 |
| 7/11/2024 | JF | 1.5 | Review Safa testimony and draft summary | $450.00 | $675.00 |
| 7/12/2024 | JF | 3 | Review and summarize Safa's testimony | $450.00 | $1,350.00 |
| 7/15/2024 | JF | 0.6 | Review subpoena; review Warner's subpoena response | $450.00 | $270.00 |
| 7/16/2024 | JF | 0.5 | Calls with E. Kataev and Subin and with client regarding Subin subpoena | $450.00 | $225.00 |
| 7/18/2024 | JF | 4 | Email with opposing counsel regarding subpoena; prepare for hearing; revise closing; research attachment; review defendants' opposition to motion for preliminary injunction | $450.00 | $1,800.00 |
| 7/19/2024 | JF | 0.1 | Email with K. Charrington | $450.00 | $45.00 |
| 7/22/2024 | JF | 2.1 | Conference with client to prepare for hearing; review file in preparation for hearing; research attorneys fees | $450.00 | $945.00 |
| 7/23/2024 | JF | 0.1 | Review letter to Subin | $450.00 | $45.00 |
| 7/25/2024 | JF | 0.2 | Communications with client regarding order; call with K. Charrington | $450.00 | $90.00 |
| 7/26/2024 | JF | 2.2 | Meeting with client to prepare for hearing | $450.00 | $990.00 |
| 7/28/2024 | JF | 1.5 | Review Liddie's subpoena response; prepare for hearing; revise closing | $450.00 | $675.00 |
| 7/29/2024 | JF | 12.5 | Prepare for and appear for hearing; conference with client and E. Kataev to discuss strategy | $450.00 | $5,625.00 |
| 7/30/2024 | JF | 0.1 | Review order and email client | $450.00 | $45.00 |
| 8/1/2024 | JF | 0.2 | Call with Giant Partner | $450.00 | $90.00 |
| 8/5/2024 | JF | 0.8 | Meeting with Giant Partners; call with client | $450.00 | $360.00 |
| 8/6/2024 | JF | 0.9 | Draft exhibit list | $450.00 | $405.00 |
| 8/7/2024 | JF | 2.6 | Conference with Giant Partners; research 2 party consent; email regarding Liddie subpoena deficiencies in response | $450.00 | $1,170.00 |
| 8/9/2024 | JF | 2.8 | Research recordings under CA law; conference with Giant Partners; conference with client and E. Kataev | $450.00 | $1,260.00 |
| 8/12/2024 | JF | 0.3 | Review file regarding exhibit list; draft letter to court requesting extension of time | $450.00 | $135.00 |
| 8/14/2024 | JF | 0.3 | Draft and file affidavit of service on Giant Partners; texts with client | $450.00 | $135.00 |
| 8/22/2024 | JF | 0.2 | Email K. Charrington regarding deficiencies in subpoena response | $450.00 | $90.00 |
| 8/22/2024 | JF | 0.2 | Email K. Charrington regarding deficiencies in subpoena response | $450.00 | $90.00 |
| 8/26/2024 | JF | 1.2 | Review defendants' submission to court regarding assets; draft letter to court regarding misrepresentations and failure to comply with order | $450.00 | $540.00 |
| 8/27/2024 | JF | 1.2 | Review court order; communications regarding formal motion; draft Rule 11 notice of motion and letter to opposing counsel | $450.00 | $540.00 |
| 8/28/2024 | JF | 0.7 | Listen to recordings; draft notice of motion and Rule 11 motion | $450.00 | $315.00 |
| 9/3/2024 | JF | 0.2 | Draft letter to court identifying hearing ehibits | $450.00 | $90.00 |
| 9/4/2024 | JF | 1.9 | Draft rule 11 motion | $450.00 | $855.00 |
| 9/6/2024 | JF | 0.8 | Call with opposing counsel regarding discovery deficiencies; review response to Rule 11 letter | $450.00 | $360.00 |
| 9/13/2024 | JF | 0.4 | Conference with E. Kataev; call with K. Charrington | $450.00 | $180.00 |

| Date | | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/16/2024 | JF | 4.1 | Review discovery; call and email with buyer's attorney; revise motion for sanctions and motion to compel discovery' prepare for hearing with client; call with Giant Partner's counsel | $450.00 | $1,845.00 |
| 9/17/2024 | JF | 4.2 | Revise motions for sanctions and motion to compel; draft subpoenas; call with E. Kataev; revise subpoena response from Subin | $450.00 | $1,890.00 |
| 9/19/2024 | JF | 0.2 | Email regarding transcript; email with Masullo attorney | $450.00 | $90.00 |
| 9/23/2024 | JF | 2.9 | Conference with Giant Partners to prepare for hearing; review hearing outline | $450.00 | $1,305.00 |
| 9/24/2024 | JF | 1.2 | Prepare for hearing; review defendants' opposition to motion to compel | $450.00 | $540.00 |
| 9/25/2024 | JF | 6.4 | Prepare for and appear at contempt hearing; review decision granting attorneys fees and call with client regarding same | $450.00 | $2,880.00 |
| 9/26/2024 | JF | 1.4 | Finalize and file motion for sanctions; email correspondence regarding hearing transcript | $450.00 | $630.00 |
| 9/27/2024 | JF | 0.5 | Review transcript | $450.00 | $225.00 |
| 9/28/2024 | JF | 2.3 | Draft post-hearing brief | $450.00 | $1,035.00 |
| 10/4/2024 | JF | 2.6 | Draft closing argument | $450.00 | $1,170.00 |
| 10/7/2024 | JF | 0.2 | Review and revise motion for reconsideration | $450.00 | $90.00 |
| 10/9/2024 | JF | 0.4 | Review and revise motion for reconsideration; review file for subpoenas | $450.00 | $180.00 |
| 10/14/2024 | JF | 1 | Draft closing | $450.00 | $450.00 |
| 10/16/2024 | JF | 0.7 | Draft subpoena to real estate attorneys and Warner; draft letter to court requesting additional pages; revise motion to compel | $450.00 | $315.00 |
| 10/17/2024 | JF | 0.7 | Listen to recording with M. Purficati; revise and file motion to compel; update closing | $450.00 | $315.00 |
| 10/18/2024 | JF | 0.2 | Review Court Order and draft declaration of service | $450.00 | $90.00 |
| 10/21/2024 | JF | 3.5 | Prepare exhibits; call with E. Katatev; review plaintiff's opposition to motion for sanctions and begin drafting reply | $450.00 | $1,575.00 |
| 10/22/2024 | JF | 5 | Communications with client regarding subpoenas; revise closing brief; draft reply in further support of motion for sanctions | $450.00 | $2,250.00 |
| 10/24/2024 | JF | 0.2 | Prepare exhibits | $450.00 | $90.00 |
| 10/24/2024 | JF | 0.4 | Conference with E. Kataev; finalize closing argument; review Court Order | $450.00 | $180.00 |
| 10/25/2024 | JF | 1.7 | Finalize and reply closing argument and exhibits; review defendants and Liddie's closing | $450.00 | $765.00 |
| 10/28/2024 | JF | 0.4 | Revise reply in further support of motion for reconsideration; texts with client | $450.00 | $180.00 |
| 10/29/2024 | JF | 4.5 | Draft closing reply | $450.00 | $2,025.00 |
| 10/30/2024 | JF | 0.8 | Draft reply closing | $450.00 | $360.00 |
| 11/1/2024 | JF | 4.5 | Complete first draft of reply for closing for motion for contempt | $450.00 | $2,025.00 |
| 11/4/2024 | JF | 0.8 | Draft letter to court regarding observers' contempt; review order on motion for reconsideration | $450.00 | $360.00 |
| 11/5/2024 | JF | 0.1 | Review Liddie's closing reply | $450.00 | $45.00 |
| 11/6/2024 | JF | 0.3 | Draft declaration for reply closing | $450.00 | $135.00 |
| 11/7/2024 | JF | 2.1 | Revise closing for contempt motion | $450.00 | $945.00 |
| 11/8/2024 | JF | 1 | Finalize reply closing for motion for contempt; conference with E. Kataev regarding same | $450.00 | $450.00 |
| 11/14/2024 | JF | 1.1 | Review file regarding motion to compel; conference with E. Kataev; conference with opposing counsel; draft status report to court | $450.00 | $495.00 |
| 11/15/2024 | JF | 0.5 | Strategy conference with client and E. Kataev | $450.00 | $225.00 |
| 11/18/2024 | JF | 0.6 | Research and draft judgment and letter to court | $450.00 | $270.00 |
| 11/20/2024 | JF | 0.3 | Strategy call with client | $450.00 | $135.00 |
| | | 250.6 | | | $112,770.00 |