# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 26, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

      *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
              **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Cho:

      This firm, together with Sage Legal LLC, represents Plaintiff IME WatchDog, Inc. (the "Plaintiff") in the above-referenced case.

      This letter is submitted in compliance with the Court's August 12, 2025 Scheduling Order that required the parties to submit a joint updated joint status report by today confirming that all outstanding discovery has been completed. I sent a draft letter to defendants yesterday morning and asked them whether they have any suggested revisions, but they have not responded.

      All discovery is complete except for the obligation of Defendants Safa Gelardi ("Safa"), Vito Gelardi ("Vito"), and IME Companions LLC ("Companions") (Safa, Vito, and Companions collectively hereinafter the "Defendants") to produce financial records pursuant to this Court's Orders, including, but not limited to, Companions' Sales by Customer Details since 2022, in addition to Defendants' obligation to comply with the August 18, 2025 Order requiring information and documents concerning customers served by Defendants. <u>See</u> ECF Docket Entry <u>482</u> and Text Only Orders dated July 29, 2024, April 2, 2025, May 9, 2025, and August 18, 2025.

      All discovery has otherwise been completed, and Plaintiff requests that this Court issue an Order directing Defendants to produce the financial records under pain of sanctions.

      The parties thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
        August 26, 2025                    Respectfully submitted,
                                     **MILMAN LABUDA LAW GROUP PLLC**
                                      */s/ Jamie S. Felsen, Esq.*
                                     Jamie S. Felsen, Esq.
                                     3000 Marcus Avenue, Suite 3W8

        Lake Success, NY 11042-1073
        (516) 328-8899 (office)
        (516) 303-1391 (direct dial)
        (516) 328-0082 (facsimile)
        jamiefelsen@mllaborlaw.com

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

Dated: Jamaica, New York
       August 26, 2025

**SAGE LEGAL LLC**

 /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Additional Attorneys for Plaintiff*
*IME WatchDog, Inc.*

cc:     All Counsel of Record (via ECF)
       Safa Gelardi (via ECF)
       Vito Gelardi (via email vitogelardi@gmail.com)