**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**IME Watchdog, Inc.,**

Plaintiff,

v.

**Safa Abdulrahim Gelardi, et al.,**

Defendants.

Case No. 1:22-cv-01032 (PKC) (JRC)        August 26, 2025

**DEFENDANT'S LETTER MOTION REGARDING SANCTION PAYMENT**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Chen:

I respectfully write regarding the Court's sanction order requiring payment by August 26, 2025.

I understand the Court sanctioned me for sending an email submission. I wish to clarify that my only purpose in sending that email was to provide the TRO client list to demonstrate that I had not serviced any clients on Plaintiff's protected list. At the time, I believed in good faith that emailing Chambers, rather than filing on ECF, was the proper way to respect the Court's July 21, 2025, docket order instituting a filing freeze. My intent was to comply, not to bypass the Court's rules, and I now fully understand that all submissions must be made through ECF.

Unfortunately, I do not have the financial ability to make the sanction payment today. I respectfully request that the Court either reconsider the sanction, grant me additional time to pay, or permit payment in installments.

Thank you for your consideration.

Respectfully submitted,

**Safa Gelardi**
Pro se Defendant