**From:** Ignatius Grande
**Sent:** Tuesday, July 15, 2025 11:00 AM
**Subject:** re: IME WatchDog, Inc. v. Gelardi, et al. (1:22-cv-1032)

Judge Chen,

I am writing in response to your July 7th order that is pasted below:

Accordingly, by July 8, 2025, Defendant Safa Gelardi shall pay $500 in sanctions to the Clerk of Court, United States District Court, Eastern District of New York, and shall pay BRG the $500 payment that was due on July 1, 2025. Defendant is directed to file proof of both payments on the docket by July 9, 2025. Ordered by Judge Pamela K. Chen on 7/7/2025. (JJB)

I have seen no proof of payments noted on the docket since your order and I wanted to confirm that as of the morning of July 15th, BRG has not received any payment from Ms. Gelardi since the payment received on June 4th.  If we do receive another payment, I will promptly inform the Court.

Best regards,
Ignatius Grande

**Ignatius Grande, Esq. |** Director

Global Investigations + Strategic Intelligence

*Digital Forensics, Corporate Investigations, E-Discovery, Data Privacy, Information Governance*

**Berkeley Research Group, LLC**

810 Seventh Avenue, Suite 4100 | New York, NY 10019

D 646.809.8066 | M 718.249.7203

igrande@thinkbrg.com | thinkbrg.com

