From: Ignatius Grande <igrande@thinkbrg.com>
Sent: Monday, August 4, 2025 8:09 PM
Subject: re: IME WatchDog, Inc. v. Gelardi, et al. (1:22-cv-1032)

**CAUTION - EXTERNAL:**

Judge Chen,

I am writing to provide you with an update since the first of the month just passed. I wanted to email you to confirm that as of today, Monday, August 4th, BRG has **NOT** received the $500 payment that was due on August 1st. As you know, we also did not receive the payment that was due in July and I do not believe that the $500 in sanctions was paid, which was due to the Court on July 8th. The last payment from Ms. Gelardi was received by BRG on June 4, 2025.

Best regards,

Ignatius

**Ignatius Grande** | Director

**BRG**

810 Seventh Avenue, Suite 4100 | New York, NY 10019

D 646.809.8066 | M 718.249.7203

igrande@thinkbrg.com | thinkbrg.com

