**From:** Jonathon Warner <jdwarner@wslaw.nyc>
**Sent:** Friday, August 29, 2025 10:18 AM
**To:** NYED_Chen Chambers <chen_chambers@nyed.uscourts.gov>
**Cc:** Karl Scheuerman <kescheuerman@wslaw.nyc>
**Subject:** RE: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Memorandum & Opinion

**CAUTION - EXTERNAL:**

I attach my Declaration with Exhibit 1 attached, in accordance with your Honor's Order of August 25.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:     212.924.6111

Cell:    917.656.4197

www.wslaw.nyc

