**ABRAMS FENSTERMAN, LLP**
ATTORNEYS AT LAW

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

**Melanie I. Wiener, Partner**
mwiener@abramslaw.com

November 21, 2023

<u>Via ECF</u>
United States District Court
Eastern District of New York
Attn: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

        Re:    IME Watchdog, Inc., v. Safa Abdulrahim Gelardi, Vito Gelardi, Gregory Elefterakis, Roman Pollak, Anthony Bridda, Nicholas Elefterakis, Nicholas Elefterakis, and IME Companions L.L.C., Docket No.: 1:22-cv-1032

Dear Judge Chen:

      This law firm is counsel to the Defendants Gregory Elfterakis ("Elefterakis"), Roman Pollak ("Pollak"), and Anthony Bridda ("Bridda") (collectively "Defendants") in the matter above matter.

      Defendants entered into a Stipulation of Settlement with Plaintiffs on or about August 27, 2025. That Stipulation has a provision regarding confidentiality of the terms of the settlement. I mistakenly filed the Stipulation on ECF (Document No. 592) on September 4, 2025 contrary to the agreed upon confidentiality provision.

      Therefore, I am requesting that this Court either strike Document No. 592 from the Docket so that a redacted version of the Stipulation may be filed or that this Court retroactively seal the Stipulation.

      Thank you for your attention to this matter.

                                             Very truly yours,

                                             Melanie I. Wiener