**Safa Gelardi**
26118 Crosswood Trails Lane
Cypress TX, 77433
Pro Se Defendant

9/15/25

**Hon. Pamela K Chen**
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *IME Watchdog, Inc. v. Gelardi, et al.*, Case No. 1:22-cv-01032 (PKC)(JRC)

**Subject: Inability to Pay BRG Costs**

Dear Judge Chen:

I write respectfully as a pro se defendant to address the Court's prior orders concerning BRG's forensic costs. I recognize the seriousness of the Court's directives, and I want to make clear that I am not ignoring them. But I must candidly inform the Court that I am facing severe financial hardship and simply do not have the means to pay BRG.

Over the course of this litigation, my family and I have exhausted our savings, sold assets, and relied on family help to meet obligations. I have complied with Court orders to the best of my ability, even when doing so has been extraordinarily difficult. At this point, however, there is nothing left to draw on. If I were required to pay BRG, I would be forced to choose between compliance and covering basic necessities like rent, utilities, and food.

I also respectfully note that BRG's review did not substantiate Plaintiff's allegations of threats, and coercion, attributable to me. To require me to shoulder the cost of that work—when it produced no findings of misconduct on my part—would be punitive, not compensatory. Civil contempt sanctions are intended to compensate for proven harm, not to punish or impose costs where no wrongdoing was established.

The human impact of this obligation is devastating. I am already struggling to keep my household stable, and the pressure of this debt is overwhelming. I am genuinely fearful of how I will care for my family if required to absorb BRG's fees.

For these reasons, I respectfully ask the Court to consider relieving me of this obligation, reallocating the costs, or suspending them in light of my financial circumstances and BRG's findings. Even a partial reallocation or deferral would prevent catastrophic consequences.

I assure the Court that I remain committed to complying with all lawful orders and participating in this case responsibly. I am only asking for relief because the financial burden of BRG's invoices is one I cannot bear.

Thank you for your attention and understanding.

Respectfully submitted,

**Safa A. Gelardi**

**Vito Gelardi**
Pro Se Defendant