**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 30, 2025

**VIA ECF**
United States District Court Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

   *Re:* **IME WatchDog, Inc. v. Gelardi, *et al.*
      Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

  This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff"), in the above-referenced case.

  Plaintiff is unable to access ECF Docket Entry 597 as it appears to have been filed under seal. Since it was filed, I have twice contacted the Defendants to request that they email Plaintiff a copy of the filing, but they (and counsel for IME Companions LLC), have not provided a copy. Ms. Gelardi responded stating (incorrectly) that she is not permitted to transmit it by email. Plaintiff respectfully requests that Defendants be directed to immediately email Plaintiff's counsel a copy of ECF Docket Entry 597, or that Plaintiff be provided access to the document under seal, rather than remain an *ex parte* sealed document.

  In the event that a formal motion is required seeking to compel Defendants to provide the undersigned a copy of all documents they file with the Court, including ECF Docket Entry 597, Plaintiff respectfully requests leave to file a formal motion and to seek attorneys' fees associated with said motion.

Dated: Lake Success, New York
    September 30, 2025     Respectfully submitted,

                   **MILMAN LABUDA LAW GROUP PLLC**
                   <u>/s/ Jamie S. Felsen, Esq.</u>

                   **SAGE LEGAL LLC**
                   <u>/s/ Emanuel Kataev, Esq.</u>

cc: All Counsel of Record (via ECF)
   Safa Gelardi (via ECF)
   Vito Gelardi (via email <u>vitogelardi@gmail.com</u>)