From: Ignatius Grande <igrande@thinkbrg.com>
Sent: Friday, September 5, 2025 5:26 PM
Subject: RE: IME WatchDog, Inc. v. Gelardi, et al. (22-CV-1032)

**CAUTION - EXTERNAL:**

Judge Chen,

Has per your 8/28 order in this case, I wanted to inform you that as of 5:00 pm today (Friday, September 5, 2025), BRG has not received a payment for $1500 from the Defendants in this case (or any payment). I will send another email should BRG receive any additional payments, and I will plan to send another email by end of the day Monday regarding whether or not BRG has received the payment referenced in the Court's order.

Best regards,

Ignatius Grande

Ignatius Grande | Director

BRG

810 Seventh Avenue, Suite 4100 | New York, NY 10019

D 646.809.8066 | M 718.249.7203

igrande@thinkbrg.com | thinkbrg.com

