From: Ignatius Grande <igrande@thinkbrg.com>
Sent: Monday, September 8, 2025 5:45 PM
Subject: re: IME WatchDog, Inc. v. Gelardi, et al. (22-CV-1032)

**CAUTION - EXTERNAL:**

Judge Chen,

I am following up on Friday's email to confirm that no payment was received in this case on Friday and no payment was received today (Mon., 9/8/2025).

I have asked our Finance department to inform me as soon as we receive any payment in this case.

Thank you for your attention to our unpaid invoices.

Best regards,

Ignatius Grande

BRG

810 Seventh Avenue, Suite 4100 | New York, NY 10019

D 646.809.8066 | M 718.249.7203

igrande@thinkbrg.com | thinkbrg.com

