

October 2, 2025

Hon. Pamela K. Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

      Re:  IME WatchDog, Inc. v. Gelardi, *et al.*
           Case No.: 1:22-cv-1032 (PKC) (JRC) MLLG File No.: 25-2022

Dear Judge Chen:

      I am reaching out to you as it is October 2nd and once again, **BRG has not received any payment from the Defendants** in this case even though they previously had been ordered to and agreed to pay BRG $500 per month toward the amount owed to BRG, which is currently **$29,216.47** (not including interest).  The last payment that BRG received from Defendants was received almost four months ago on **June 4, 2025**.  Defendants have missed their July 1, August 1, September 1 and now October 1 payments along with the sanctions payments which they have been ordered to pay as well.  For your records, I have attached an updated spreadsheet showing the invoices issued to the Defendants and payments received from Defendants since BRG was retained as the neutral forensic examiner in this case back in July 2022.

      I read the letter submitted to the Court by Mr. & Mrs. Gelardi on September 15th and I would just note that based upon developments in this case in early 2022, on May 13, 2022, this Court ordered the parties to retain an independent forensic analyst and the Court ordered that the parties share equally the cost of the forensic analyst. Subsequently, BRG was engaged by **both parties** on July 6, 2022, and BRG followed the parameters that were agreed-upon by the parties and so-ordered by this Court in the *"Consent Order for Forensic Examination of Defendants' Records and Electronic Accounts"* on June 27, 2022.  There were no arguments made at the time by Defendants or Defendants' counsel that Defendants might be unable to pay BRG's fees and Defendants do not dispute that BRG did the work that it was retained to perform.

      BRG was retained to perform a forensic examination of Defendants' records and electronic accounts and whether or not any of Plaintiff's claims were substantiated by our forensic examination is irrelevant. BRG was retained as a "neutral" forensic examiner by both parties and Defendants agreed to be responsible for 50% of BRG's fees.  Plaintiffs have paid their portion of the fees and as noted previously, Defendants currently owe BRG **$29,216.47** in unpaid fees, which goes up to **$41,040.19** when accounting for interest owed as set forth in our engagement letter.

      BRG executed its responsibilities in this case to both parties and is merely asking that it be paid for the time and expenses incurred in doing the work in this matter.  We shall update the Court if BRG does receive payment from the defendants in this case.  If you have any questions

Berkeley Research Group, LLC
810 Seventh Avenue, 41st Floor • New York, NY 10019 USA



or require any additional information, please let me know.  We thank the Court for its continued efforts to ensure that BRG gets paid by Defendants for the work performed in this matter.

Thank you,

Ignatius Grande, Esq., Director
Berkeley Research Group, LLC
Phone: 718-249-7203
Email: igrande@thinkbrg.com

Enclosure