IME WatchDog, Inc. v. Gelardi, et al.
Case No.: 1:22-cv-1032 (PKC) (JRC) MLLG File No.: 25-2022
Matter #043993

### Past Due Invoices: Interest Calculator

| Matter# | Invoice Date | Invoice# | Invoice Amount | Net Payment Days | Monthly Interest Rate | Input Date | Interest Owed | Total Amount Owed (/w Interest) |
|---|---|---|---|---|---|---|---|---|
| 043993 | 8/26/2022 | 138643 | $6,803.75 | 30 | 1.00% | 10/2/2025 | $2,449.35 | $9,253.10 |
| 043993 | 11/21/2022 | 140379 | $13,964.84 | 30 | 1.00% | 10/2/2025 | $4,608.40 | $18,573.24 |
| 043993 | 12/21/2022 | 145019 | $1,219.84 | 30 | 1.00% | 10/2/2025 | $390.35 | $1,610.19 |
| 043993 | 1/26/2023 | 145926 | $6,751.45 | 30 | 1.00% | 10/2/2025 | $2,092.95 | $8,844.40 |
| 043993 | 3/31/2023 | 147715 | $2,987.18 | 30 | 1.00% | 10/2/2025 | $866.28 | $3,853.46 |
| 043993 | 3/31/2023 | 149244 | $2,150.50 | 30 | 1.00% | 10/2/2025 | $623.65 | $2,774.15 |
| 043993 | 5/3/2023 | 151458 | $2,624.33 | 30 | 1.00% | 10/2/2025 | $734.81 | $3,359.14 |
| 043993 | 6/1/2023 | 153975 | $214.58 | 30 | 1.00% | 10/2/2025 | $57.94 | $272.52 |
| | | | $36,716.47 | | | | $11,823.72 | $48,540.19 |
| Prepaid Balance | | | -$7,500.00 | | | | | -$7,500.00 |
| **Total** | | | **$29,216.47** | | | | | **$41,040.19** |

| Payment Date | Invoice # | Payment Amount |
|---|---|---|
| 12/29/2022 | 143560 | ($5,018.35) |
| 8/26/2024 | 138643 | ($500.00) |
| 4/7/2025 | 138643 | ($2,000.00) |
| 6/4/2025 | 138643 | ($500.00) |
| 6/4/2025 | 138643 | ($500.00) |
| **Total Payments** | | **($8,518.35)** |

*Interest Rate standard for this form is 1%