UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IME Watchdog, Inc. v. Safa Abdulrahim Gelardi, et al.
Case No. 1:22-cv-01032 (PKC)(JRC)

Letter Motion to the Court

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Request for Court Authorization for Clerk to Provide Copy of ECF No. 597 (Filed Under Seal)

Dear Judge Chen:

I respectfully request an order authorizing the Clerk's Office to provide me, as a pro se defendant, with a sealed-party copy of my filing docketed as ECF No. 597, titled "Defendants' Final Response to Order on Contempt and Sanctions," which was filed under seal on September 24, 2025.

After filing that document, my computer was compromised and all stored files—including this response and its exhibits—were permanently deleted. I contacted the Pro Se Office, and they advised that, because the document is under seal, it cannot be released to me without a Court directive.

I am making this request solely to comply with the Court's October 6, 2025 instruction requiring submission of a highlighted (redaction) version of the same response for review. I cannot complete the required highlighting or resubmission without access to my original sealed filing.

Accordingly, I respectfully ask that the Court issue a short order directing the Clerk's Office to furnish me, via my ECF-registered email address, a copy of ECF No. 597 (and its exhibits) for the limited purpose of preparing the highlighted version in compliance with the Court's order.

Thank you for the Court's attention and continued consideration.

Respectfully submitted,
Safa Gelardi

Pro Se Defendant