United States District Court
Eastern District of New York
IME Watchdog, Inc. v. Gelardi et al.
Case No. 1:21-cv-01215 (PKC)(JRC)

## Emergency Letter Motion to Restrict Access to ECF No. 597

Dear Judge Chen:

Defendants respectfully request immediate clarification or modification of the Court's October 9, 2025 Order concerning ECF No. 597. The docket entry now states that case participants may access ECF 597; however, the document remains sealed and contains **attorney client communications and privileged work product matterials** thatwere sunmitted soley for the Courts in camera review.

Defendants did not intend for Plaintiffs or their counsel to receive the unredacted version. Accordingly, Defendants respectfully request that the Court:

**1. Restrict access to ECF 597 to the Court and Defendants only; or, in the alternative,**

**2. Direct that Plaintiffs' counsel receive only a redacted version, which Defendants will promptly submit.**

This request is made in good faith to preserve attorney–client privilege and avoid any inadvertent disclosure.

Respectfully submitted,
Safa A. Gelardi
Pro Se Defendant

Dated: October 9, 2025