**Hon. Pamela K. Chen**
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Compliance with October 6, 2025 Order / IME Companions LLC**
 **Case No.: 1:22-cv-01032 (PKC)(JRC)**

Dear Judge Chen,

Thank you for considering my continued efforts to comply with the Court's orders. In response to the October 6, 2025, Order, I selected the option to pay $2,500 to Berkeley Research Group (BRG) by October 16 in order to vacate the $2,000 in sanctions. I confirm that the wire was submitted on October 15, 2025. Because my own bank account was overdrawn, I had to borrow the money from my brother to make the payment. I have attached (1) proof of the $2,500 wire transfer from his account, and (2) a screenshot of my personal bank account showing a negative balance, to respectfully demonstrate the financial hardship I am under and the extent of effort I made to comply.

I also respectfully ask that no default judgment be entered against IME Companions. Although Attorney Brent Chapman did not respond to the Court's August 8, 2025, Order, I personally submitted the information that was requested from IME Companions. I understand the seriousness of compliance and made sure the Court received what it needed. I hope the Court will consider this good-faith effort and allow me the opportunity to move forward. I've done everything within my power to comply, and at this point, I am simply asking for the chance to return to work and move forward with my life

Throughout this case, I have faced an uphill battle. I was held accountable for the failures of my former attorney, Jonathan Warner, who repeatedly refused to follow my instructions. He failed to present critical evidence, challenge the plaintiffs' marketing list, pursue damages, or schedule key depositions. As a result, I was forced to hire two additional attorneys—not because the Court required it, but simply to try to move the case forward. Unfortunately, I could not afford to retain them long enough for meaningful action to be taken, and I was ultimately left to handle the compliance on my own after proceeding pro se.

As for the claims against me, they were never true. The plaintiffs' key witness—a married man in his forties—accused me of coercion and threats, yet more than $80,000 in forensic analysis produced no such evidence, because none existed. If the plaintiffs had suffered any damages, they could have easily demonstrated them from the very beginning through a simple profit-and-loss statement or a copy of their 1065 tax filing, but they never did. They never intended on proving damages; they knew they had none. From the start, their strategy was never to reach the point of proof but to pressure me into quitting or settling. If they truly had damages, they would

not have accepted a nominal settlement from the founders of IME Companions—who, like me, stood their ground on truth and refused to be coerced. They could have brought their witness, Adam Rosenblatt, forward for testimony or deposition, but instead they hid him for four years. He is the very person who betrayed them, leaked their confidential information, and attempted to form a competing company, IME Guard Dog, to steal their clients—yet he remains president of IME Watchdog and still has access to their sensitive data. This case could have ended years ago with transparency and truth, but instead it was prolonged without merit, wasting the Court's time and devastating my life and livelihood.

This case has consumed nearly four years of my life. I've endured personal and financial hardship, not because of any wrongdoing, but because I stood firm in telling the truth. I have complied with every order and made every effort to respond in good faith. All I ask now is the chance to return to work and move forward with my life

Respectfully,
 **Safa Gelardi and Vito Gelardi**

**Pro Se Defendants**

11:48

Success 



# Your wire is processing

SHARE

| | |
|---|---|
| Date sent | Oct 15 |
| Date available | Oct 15<br>May be available earlier |
| Confirmation # | VBEYVZ9DM |
| To | Berkley Research Group Llc |
| Recipient address | 500 First Ave pittsburgh, PA  15219, United States |

**Your total transfer cost**

| | |
|---|---|
| Transfer amount | $2,500.00 USD<br>From Adv SafeBalance Banking - 7764 |
| Transfer fees | + $30.00 USD |
| Total cost | $2,530.00 USD |

DONE

