Hon. Pamela K. Chen United States District Judge Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201

Re: IME Watchdog, Inc. v. Gelardi et al., 1:22-cv-01032 (PKC)(JRC) Defendants' Letter Regarding Dkt. 597 / 597-1

Dear Judge Chen:

I respectfully write to clarify that I no longer have access to the full filing previously docketed as Dkt. 597 and 597-1 ("Final Response to Order on Contempt and Sanctions"). The document remained sealed on my end, and I was never able to view or download the complete version before it was struck from the docket. Because my computer subsequently crashed, I do not have a copy of that full submission or its exhibits.

I respectfully request that the Court re-file or restore the original Dkt. 597-1 from the Court's sealed records so that it may be considered on the merits and served on Plaintiff. I also confirm that I withdraw my prior request for Court-eyes-only treatment and have no objection to Plaintiff receiving and reviewing the filing in its entirety.

I note that Plaintiffs had already received access to Dkt. 597-1 before it was struck, as reflected in the Court's October 20, 2025 order directing them to dispose of and disregard any copies. Accordingly, both parties have previously seen the filing, and I respectfully request that it be restored to the record as originally submitted rather than re-filed by me.

If necessary, I waive privilege solely to establish that my former attorney, Jonathan Warner, was aware of the 9 Woods End sale—no broader waiver is intended.

Thank you for your attention to this matter and for the opportunity to clarify the record.

Respectfully submitted, Safa Gelardi Pro Se Defendant