**Honorable Judge Chen**
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

IME WATCHDOG, INC.,

Plaintiff,                                        CaseNo.:1:22-cv-1032 (PKC)(JRC)

-against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI

Dear Judge Chen:

I write to provide **proof of the November 1 payment to BRG** (Exhibit A) and to confirm that I have **fully complied with the Court's directive**, including the prior **$2,500 payment**. As a pro se litigant, I appreciate the Court's patience and guidance. I did not intend to cause any frustration in asking to refile Dkt. 597, and I understand your instructions. I will file my response by **November 10**.

With my family's help, I have met these obligations despite severe hardship. This four year litigation has imposed a profound financial and emotional toll, but I have continued to comply in good faith and to correct mistakes caused by prior ineffective counsel.

Substantively, **plaintiffs have produced no admissible evidence of coercion or of damages**. Most concerning, they have **shielded their key accuser, Adam Rosenblatt, from deposition** while relying entirely on his affidavit. When Judge Cho asked plaintiffs' counsel whether Mr. Rosenblatt had ever been noticed, they denied it—despite **multiple written requests from our former counsel, Jonathan Warner, including a formal deposition notice dated May 10, 2023** for Mr. Rosenblatt, Ms. Levi, and Mr. Roa. For the Court's convenience, I attach the May 10, 2023 transmittal email and notice as **Exhibit B**.

We are grateful that, per the Court's prior order, the BRG related sanctions will now be vacated upon this compliance. I will timely file the separate response regarding the 9 Woods End issue by November 10, as directed.

Thank you for the Court's consideration.

Respectfully submitted,

**Safa Gelardi, Vito Gelardi**


**Attachments:** Exhibit A — Proof of November 1 BRG Payment; Exhibit B — May 10, 2023 Email (Warner) Transmitting Deposition Notices

**Exhibit Index**

| Exhibit | Description |
|---------|-------------|
| A | Proof of November 1 BRG Payment (wire screenshot) |
| B | May 10, 2023 Email from Jonathan Warner transmitting deposition notices for A. Rosenblatt, D. Levi, and C. |





Safa Gelardi <safagelardi@gmail.com>

---

## FW: Depositions in Gelardi ads. Watchdogs

---

**Jonathon Warner** <jdwarner@wslaw.nyc>  Wed, May 10, 2023 at 5:22 PM
To: Safa Gelardi <safagelardi@gmail.com>, vito gelardi <vitogelardi@gmail.com>

I served these Deposition Notices today on the plaintiff. Please note your schedules accordingly.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:     212.924.6111

Cell:     917.656.4197

www.wslaw.nyc



---

**From:** Jonathon Warner
**Sent:** Wednesday, May 10, 2023 2:22 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>; LEO SHALIT <leo@shalit-law.com>
**Cc:** mweiner@abramslaw.com
**Subject:** FW: Depositions in Gelardi ads. Watchdogs

Please see attached Notices for your clients.

[Quoted text hidden]

---

### 3 attachments

📄 **DepositionNoticeLevi.pdf**
170K

📄 **DepositionNoticeRosenblatt.pdf**
170K

📄 **DepositionNoticeCarlosRoa.pdf**
170K