U.S. District Court
U.S. Courthourse-EDNY
FILED DATE:11/11/2025
BKLYN COURTHOUSE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IME WATCHDOG, INC.,
*Plaintiff,*

                                              **CaseNo.:1:22-cv-1032 (PKC)(JRC)**

**-against-**
SAFA ABDULRAHIM GELARDI, VITO GELARDI
DECLARATION OF GREGORY ELEFTERAKIS,
ROMAN POLLAK, JONATHON D. WARNER, ESQ.
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,
***Defendants.***

------------------------------------------------------------------X

**DEFENDANTS' FINAL RESPONSE TO ORDER ON CONTEMPT AND SANCTIONS**

# PRELIMINARY STATEMENT

**ENOUGH.** I am done being treated as guilty before I have ever been given a fair chance to prove my innocence. The Court's Order asks why I should not be branded a criminal and punished with case-ending sanctions. The answer is in the record: I **disclosed**, I **relied on counsel**, and the **documents** prove it.

For nearly four years my family has lived under a false narrative—built by Plaintiffs' bad faith and sustained by my former attorney, who failed me and then lied to this Court to save himself. This Court credited **Adam Rosenblatt's affidavits**—**untested, un-deposed** and dripping with lies, while the emails, texts, corporate records, domain routing, sworn third-party affidavits, and the almost 80k in forensics told the opposite story. What kind of court rewards a liars affidavit and ignores the documentary proof that contradicts it?

This case has **upended** my life. My children watched me lose years of peace and stability. My business and reputation were attacked. I have been held in contempt twice—both times because of my own attorney. After the TRO, we asked Jonathan Warner what to do. His advice is memorialized **in my email to him**: **"CES was the only company that I helped create for the purpose of the TRO. We were advised to do that, and we never denied it.**" He gave the advice; I followed it; I was held in contempt. I looped him in while I explored hiring a PI; if he had told me not to hire one, **I would not have.** Later I retained Steve; he still never advised against it—and I was held in contempt again. How many times must I be punished for relying on counsel while the lawyer who gave the advice walks away and lies in a CYA email after the fact to save himself?

*** Filed ***
01:58 AM, 11 Nov, 2025
U.S.D.C., Eastern District of New York

DONATE

**JTA**

# 5 Jdl Members Enter Guilty Pleas in an 11-count Federal Indictment

November 18, 1976      📄 SEE ORIGINAL DAILY BULLETIN FROM THIS DATE

ADVERTISEMENT

Five members of the Jewish Defense League have entered guilty pleas to charges in an 11-count federal indictment charging conspiracy stemming from shootings and pipe-bombings against targets in the Bronx and Manhattan, according to a transcript of their pleas in the United States Attorney's office made available today to the Jewish Telegraphic Agency.

The five defendants are Thomas Macintosh, 36, of Woodbury, N.J.; Steven Ehrlich, 21, San Francisco; Russel Kelner, 35 and Jeffrey Weingarten, 21, both of Brooklyn; and Steven Rambam, 18 who was a juvenile at the time of his arrest by the FBI and whose arrest was not reported at the time. Macintosh, described by the JDL as a convert, reportedly had been prepared to turn state's evidence and be a witness for the prosecution. However, there was no trial because all five pleaded guilty.

The FBI arrested Ehrlich, Macintosh and Rambam in a car coming from New Jersey to New York last June 8. The arrest took place on Staten Island on charges of interstate transportation of explosive material which the FBI said was in the car.

Ehrlich came here from San Francisco during the last week in August for arraignment. He was freed Sept. 1 on $25,000 cash bond. Kelner, former JDL operations officer, and Weingarten were released on similar cash bonds after a hearing Aug. 19, the day the federal indictment was handed up. Rambam was rearrested in July on additional charges and released on $5000 cash bail and $45,000 collateral by Judge Lloyd

## Get JTA in your inbox

By submitting the above I agree to the privacy policy and terms of use of JTA.org

On Sept. 28, Judge MacMahon declared Rambam as having adult status and revised bail requirements for him, ordering posting of an additional $20,000 in cash, so that the bail was $25,000 in cash and $25,000 in collateral.

SIGN UP FOR
JTA'S DAILY BRIEFING

...ND THE TERMS

Ehrlich entered a plea of guilty Sept. 29 to Count 1 of the indictment, a count of conspiracy to transporting explosives illegally interstate. That count carries a maximum prison term of five years and up to $10,000 in fines. The four other JDL members entered their guilty pleas Nov. 1.

Kelner pleaded guilty to Count 2, charging he transported a 30-caliber rifle into New York on or about Feb. 24. That rifle was alleged to have been used to shoot into the Soviet residential complex in The Bronx. That count carries a term of up to five years and fines of up to $5000.

Rambam pleaded guilty to Count 8 of interstate transportation of explosives. The explosives-eight cans of black powder-were asserted to have been planned for use to damage Soviet property in New York. That count carries a prison term of up to 10 years and $10,000 fine.

Weingarten pleaded guilty to Count 6, unlawful transportation into New York last March of a rifle from New Jersey, which is the subject of other counts in the indictment. Count 6 carries the same penalty as Count 2.

Macintosh pleaded guilty to Count 1 and Count 8. At the time of his guilty plea, he was understood to have agreed to cooperate with the prosecution. Since Rambam is under 22, being 18 at the time he entered his plea, his sentence may be up to six years, under the federal Youth Correction Act and he may he put into custody of the Attorney General. If he successfully completes his sentence, he will be entitled to a certificate easing the conviction, the JTA was told.

## SENTENCING DATES SET

According to the transcript, bail was fixed for MacIntosh and the bail was posted. All five are at liberty on bail, pending appearances for sentencing. Ehrlich will appear for sentencing Nov. 29. Kelner and Weingarten will be sentenced Dec. 7. Rambam and Macintosh will be sentenced Dec. 15.

**Power the news that matters to you**. Before 2025 ends, help JTA's independent, award-winning newsroom document Jewish history in real-time.

## Get JTA in your inbox

By submitting the above I agree to the privacy policy and terms of use of JTA.org

US $180          US $360

USD      $ Other

If Warner believed that step was improper, it was his duty to advise me. He never did. I relied on counsel, and once again I was punished for following counsel's silence

I complied. I disclosed. I kept my lawyer in the loop. When he abandoned me, On July 18, after I went pro se, I wrote directly to this Court in **good faith**. I attached (1) my **January 10, 2025** text to Warner promising **repayment from the 9 Woods closing**, and (2) the **cashed check** that matched that message — so the Court would have **peace of mind** that I intended to comply, meet deadlines, and **not** make this process harder for anyone. My intent was twofold: to assure compliance and to **prove I did not lie, that my attorney knew**. I did not posture as a victim; I wanted the court to know that I am **not** the caricature this Court accepted **without evidence**. And yet, that good faith submission was **not docketed or acknowledged, it was ignored.**

Meanwhile, Plaintiffs chose to wage fear not law. They hired **Steven Rambam—a convicted felon previously caught by the FBI transporting explosives across state lines**—as their investigator, and he followed me everywhere, including to my child's preschool and inside supermarkets. I reported it to Warner. He filed nothing. Plaintiffs' decision to send a man like that to stalk a mother and her children tells this Court everything about their litigation tactics; Warner's silence let it continue.

And note **what my lawyer knew and said** at the time. When **Roas's claims were dismissed** in the Supreme Court, Warner wrote me on **Nov. 14, 2024**: "**Finally, we have a judge who knows and respects the law. Roa's claims have been dismissed.**" The next day, when I asked if that would impact Judge Chen, he replied **"Not one iota unfortunately."** He cannot privately concede who "knows and respects the law" and then pretends he didn't know the 9 Woods truth sitting in his inbox and on his phone for months.

Instead of getting the truth—**the evidence, the harassment, the slander**—before this Court, he hid behind **"she hates you"** and **"she knows nothing about the law."** That wasn't advocacy. That was surrender. And then he rewrote the timeline to cover it.

The **paper trail**—not rhetoric—resolves this dispute. From **April 18, 2024** (two emails minutes apart: cash buyers and an "Offer for 9 woods" with a Seller Net Sheet), to **November 13, 2024** (Warner copied: "9 Woods End is vacant… dropping the price to sell"), to **December 10, 2024** ("lowered to **$390,000**, think I might have a buyer"),  to **January 10, 2025** (repayment text), ending with the **March 10, 2025 HUD** at **$390,000**—Warner had months of notice before the date he now swears he "first learned."

This is not concealment or disobedience. It is disclosure + reliance on counsel, met with neglect and then rewritten as my "defiance." I disclosed everything; my lawyer ignored it; and the Plaintiffs exploited his silence. They also hid their key witness, Adam Rosenblatt, from discovery. Warner formally requested his deposition multiple times, served deposition notices, and followed the proper procedure. **The Plaintiffs simply ignored those notices**. Then, when questioned by the Court, t**hey lied to Judge Cho**—telling him that Mr. Warner had never requested Rosenblatt's deposition. That falsehood kept the most critical witness out of reach.The result is that the single individual who could have confirmed the Plaintiffs' misconduct and false testimony—their own president, Adam Rosenblatt—was shielded from discovery and never put under oath. Instead, the Plaintiffs built their entire case on his untested un deposed affidavit, protected by their own lie to this Court.

Finally, Plaintiffs' damages are a spreadsheet fiction—gross revenue with 29 non-clients, no expenses, no causation, and even year-over-year growth. Under Weitzman and Goodyear, compensatory contempt requires actual, causal, net loss. They have none. The lawful figure is $0.

The Court should judge this matter by the writings and sworn evidence in the record—not by a witness the Plaintiffs hid, an affidavit they never allowed to be challenged, or a narrative that cannot survive the documents. **Deny contempt. Reject sanctions. Let the evidence—and the truth—close this case.**


# I. WARNER'S DECLARATION—LINE BY LINE, WITH A COMPLETE TIMELINE

**A. 9 Woods End — what counsel knew and when (subjects, documents, phone calls)**

- **Apr. 18, 2024 — two separate 9 Woods emails (minutes apart):**

- **Apr 18, 2024 (9:47 AM)** -Vito tells Warner he met with cash buyers in the Poconos for 9 Woods. (Exhibit: Gmail — met with a few cash buyers, and Exhibit: Gmail —Offer for 9 woods.)
- **Apr 18, 2024 (9:56 & 10:08 AM)** — Subject **"Offer for 9 woods"** Minutes later, Vito again updates him on **9 Woods,** attaching a Seller Net Sheet. same thread explains we were **forced to move to Texas** under harassment pressure.
- **Nov 13, 2024** — Safa → Scheuerman **cc Warner**: "**9 Woods End is currently vacant … dropping the price dramatically to try to sell it**."
- **Dec 10, 2024 (12:38 PM)** — Vito → Warner: "**Lowered the price to $390,000. Think I might have a buyer.**"
- **Dec. 18, 2024 — Purchase & Sale Agreement (executed)**:
- **9 Woods End** for **$390,000** (Exhibit: Purchase Agreement, matches the Dec. 10 "Update" Warner knew)
- **Jan 10, 2025** — Safa → Warner (text): "**Once the house closes we will send you at least $10,000 … all profits will go to the debt I owe you.**" (Ex. J)
- **Mar 10, 2025** — HUD-1 shows **$390,000** sale of **9 Woods End** (precisely the December price. closing lines 101/404).

**B. Paragraph-by-paragraph rebuttal**

¶2 — **"I learned of the sale on March 11, 2025 by telephone."**
**Rebuttal:** Impossible. He had both Apr. 18 emails, the November 13 and December 10 emails (update), and the January 10, text message, all updating him on the sale of 9 woods. —all before March 11. We also discussed the $400k fall-through, the $390k buyer, and repayment by **phone**. "First learned March 11" is fiction.

¶3 — **"I was not aware a contract of sale had been entered before that date."**
**Rebuttal:** Impossible. Warner was updated on the entire **9 Woods** process—in writing and by phone. He received three separate emails before closing: two on **April 18, 2024** (cash-buyer update and **"Offer for 9 woods"** with the Seller Net Sheet) **(Gmail - Met with a few cash buy…)** and the **December 10, 2024 email (**subject: "Update") lowering the price to $390,000 and noting a likely buyer, plus my **January 10, 2025** text confirming repayment from closing (Ex. J). On top of that, we executed an **April 25, 2024** contract at $400,000 (which later fell through) then a **December 18, 2024,** and the HUD closed at $390,000.

**We disclosed the milestones by phone; he never asked for copies. The documents attached now match exactly what he already knew ¶5 I did not notify the Court within three days."**

**Rebuttal:** Calendaring and notice are **counsel's** duty. If the 3/8/24 order required 3-day notice, **he** had to calendar and file it. I provided facts and relied on him. If I had ever told him not to notify, where is his email saying "that is wrong; you must comply"? It does not exist—because I never gave such an instruction. He also **never requested** buyer identity or contracts.

**¶6 — "I did not notify the Court because Safa instructed me not to."**

**Rebuttal:** Absurd. For **years** I ordered my lawyer to **act,** not hide—notify the **Court; contest the plaintiff's marketing list they pretend is a 'client list'; secure depositions; pursue damages/4506-T; document harassment/stalking/slander**. What exists instead are dozens of emails and messages (subset of many more) proving it. If I had instructed silence, **where is his pushback?** There is none

**¶7 — "She concealed; I had no choice."**

**No concealment.** On **Jan 10**, I memorialized repayment from closing; the **HUD** later matched the disclosed price. After counsel withdrew, I **wrote the Court directly on July 18**, attaching the **text** and **cashed check** to assure compliance and prove I had not lied. Good faith, not concealment.

**¶8–10 — Withdrawal.**

**Rebuttal:** Not conscience—**retreat.** He withdrew under the weight of his failures. He knew about 9 Woods. He knew I explored a PI and later retained Steve. He told us to give the business away after the TRO (in writing: **"We were advised to do that").** He never asked for sale documents. He even **released ~$260,000**—not the act of counsel who believed he was misled.

**¶11 — "I received $10,000."**

**Rebuttal:** Exactly as promised on **Jan. 10**—transparency, not concealment.

# II. EMAIL RECORD — "PLEASE FILE," "COMPEL," "HELP," "HARASSMENT," "NOTIFY THE COURT"Requests to act (compel / damages / depositions).

"Please file a motion to compel her for deposition and damages."

"What can I do to make you file the motion to compel?"

"Dear Karl, please file the motion to compel… I am begging you." .

**Reports of harassment/stalking.**

"Please Jonathan make the judge aware of their bullying tactics. About the cars following us. The phone calls." (Apr. 27, 2023).

"Help" thread to Warner: "I don't want my husband to go to jail… Please help us before one of us goes to jail." Feb. 23, 2023

"They are stalking us and the website." (June 5, 2023).

"Porn site sign-ups… I opened one email and it was disgusting." (May 7, 2024).

"Just some more harassment"

## Rambam warnings.

**"Important to mention to the judge: Steve Rambam… had his license pulled for intimidating and harassing clients." (Mar. 26, 2023).**

**Sale updates & transparency.**

-Apr. 18 emails (cash buyers; seller net sheet)
-"9 Woods End is currently vacant... dropping the price dramatically to try to sell it."(Nov. 13, 2024; Warner copied).
-"Lowered the price to $390,000... think I might have a buyer." (Dec. 10, 2024).
-"Once the house closes we will send you at least $10,000... all profits will go to the debt I owe you." (Jan. 10, 2025 text).

This is not a client instructing silence. It is a client **begging counsel to act**

### III. PI / TRACKER — DISCLOSURE FIRST; LATER COST-SAVING ADD-ON

I looped Warner in while **exploring** a PI for a lawful purpose: to gather evidence of harassment and bring the truth to the Court. He was on the communications and could have advised against it. He did not. I later retained Steve. A tracker was suggested later as a **cost-saving** measure compared to 24/7 tailing—hence separate invoices. I disclosed; counsel stayed silent. I was punished for following counsel's inaction

### IV. LEVI/WATCHDOG'S "COERCION" NARRATIVE (PRESENTED THROUGH THEIR PRESIDENT, ADAM ROSENBLATT) — DESTROYED BY HIS OWN WORDS AND RECORD

The Plaintiffs built their entire "coercion" theory around one man: Adam Rosenblatt, Watchdog's president then and now. Every affidavit, accusation, and supposed victim narrative flows through him. His own words and actions destroy that story.

The forensic record and corporate filings show a deliberate architect, not a coerced subordinate. Rosenblatt's communications, business filings, developer correspondence, and funding outreach document a years-long pattern of planning, concealment, and control—not fear, not threats, and not coercion.**"Once the site is live, we pull the plug on Watchdog." "If anything ever comes out, I'll just say you ran with it and I didn't know."** These are not the words of a man under duress. They are the words of a man plotting a duplicate operation, changing his alias, and rehearsing excuses in advance. The forensic packet (Ex. 8) confirms this pattern of secrecy and self-preservation.

**A. The Forensic Texts (2020–2021)  Rosenblatt's recovered text messages expose his true role:**

"What do you think about this structure?"
"Delete the emails... just text or WhatsApp."
"She uses me... this is my chance to break out."
"Just call me Mike Rosen."
"The site should look a little different but basically same functions."
"Once the site is live we pull the plug on watchdog"

**B. Affidavit — Incorporator (Five Pillars/Y. Abdelaziz):** Sworn: Adam **personally retained, provided data,** and **paid** to form the corporation; office policy forbids filings for third parties; **Adam was the only participant**. (Exhibit: Five Pillars affidavit.)

**C. Corporate Formation — May 2017**

**Rosenblatt himself incorporated IME Guard Dog, Inc., filed May 4, 2017 (NY DOS ID 5131773). (Ex. IME GD Entity Info.pdf)T**his was not an accident; it was a new entity with Watchdog's DNA.

**D. Developer affidavit & emails: Yaniv Liron (Lumina) s**wears Adam directly engaged him in 2017 to scope/build **"IME Guard Dogs"**; Lumina issued a **proposal** to **Adam; site never built;** (Exhibit: **Yaniv affidavit.pdf.**) Adam's own **"Website Concept"** email (5/3/2017) instructs Lumina to **"take a significant amount of content from IME WatchDog"**, listing a functional clone (booking, client areas, calendar, payroll, reporting). (Exhibit: **Ar website concept.pdf.**) His **"Structure"** email (6/28/2017) lays out equity/salary terms and asks, **"What are your thoughts on this kind of structure?"** (Exhibit: **AR proposal to me.pdf.**) Rename trail confirms **IME Guard Dogs — Website & Online Marketing Proposal"** → IME Sentinel (Exhibit: **AR proposition…/ email to Yaniv.pdf).**

**E. Domain and Routing**
**Domain & routing (public link):The domain imeguardogs.com resolved directly to IME Watchdog's live site—visible in the browser bar.** This wasn't happenstance; it was domain masking. **(Ex. GD Website.pdf.)**

**F. Launch timeline (offer on a non-existent company → later IME Guards):** Adam **pitched** LawCash on **IME Guard Dog** and **got terms—5% per year for 3 years; $100k salary; before** any operating company existed. **(**Exhibit: **AR offer by law cash.pdf.)**
He **turned it down; later "IME Guards" launches.** Translation: the offer was made on Adam's deck; he passed; the concept later appeared anyway. That is **pitching,** not fear. It is **orchestration.**

**G. The Synthesis**
A married executive in his 40s who: **Incorporates a clone entity, personally retains tax preparer directs a developer, orders the use of Watchdog's data, buys a domain, shops funding proposals, and later hides his tracks is not a coerced victim, …is not a victim of anyone's threats. He is the perpetrator.**

If Warner had used this evidence when I provided it to him—emails, sworn affidavits, and public filings—the "coercion" lie would have died in 2021. Instead, it was buried. Warner's refusal to present it allowed Levi and Rosenblatt to rewrite history and build this case on a fiction.

Adam Rosenblatt's own fingerprints are on every act the Plaintiffs accuse others of committing. His words, his filings, and his money trail prove that he was not coerced; he was in control. **The coercion narrative is not just false—it is impossible**

# IV.   PLAINTIFFS' DAMAGES MODEL A SPREADSHEETFICTION THAT FAILS AS A MATTER OF LAW

The Plaintiffs' "damages" are not damages at all.
They have never produced a **net loss**, an **accounting**, or a single document showing **causation**.
What they call a damages model is a **"Sales by Customer Summary"**—a gross revenue list pulled from their bookkeeping software and labeled as "loss."
 It measures income, not injury.

## A. The Spreadsheet Itself Disproves Damages

- It includes **29 companies** I never serviced.
- It double-counts clients, lists vendors as "customers," and lumps in businesses that pre-date me entirely.
- It omits every line item for **cost of labor, payroll, rent, taxes, insurance, and marketing**—the very expenses that transform gross into net.
- It presents **gross receipts** from other vendors as if they were losses from me.
- It contains entries for clients who were deceased, inactive, or never retained IME Companions at all.

A **gross-revenue chart** is not proof of harm. It is a list of deposits. Nothing in that exhibit ties a single dollar of claimed "loss" to me, IME Companions.

## B. The Law Forbids What Plaintiffs Seek

Under *Weitzman v. Stein*, 98 F.3d 717 (2d Cir. 1996), and *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101 (2017), compensatory contempt damages must show **actual, causal, and net loss**. They cannot rest on speculation or unadjusted revenue. The rule is simple: **no causal proof, no recovery.** Here, Plaintiffs show **none**. They provide no profit-and-loss statements, no tax returns, no contemporaneous books tying any reduction in business to me.

Their only exhibit is the same "Sales by Customer" printout this Court has seen before—unchanged, unverified, and meaningless. Compensatory contempt must be actual, causal, net. Under Second Circuit authority, their number fails all three tests; the lawful figure is **zero.**

## C. Wingate's Growth Proves The Opposite

Their own numbers show that Wingate—the firm they use as their damages baseline—**grew** during the same period. Revenue up, not down. Growth cannot be "caused by" my alleged interference. It mathematically destroys causation.

## D. The Settlement With The Founders Locks Their Valuation

Plaintiffs already accepted a nominal settlement from IME Companions' founders, closing out the same alleged loss.

That settlement fixed their value of harm at a token amount.

They cannot now multiply that number by a hundred simply because they kept this litigation alive. The law of damages and the law of equity both forbid double recovery.

## E. The Only Lawful Figure Is $0

When a plaintiff's proof consists of a revenue list that shows no loss, when their own baseline business grew, and when they already settled the same claim, the result is not "uncertain damages."

 It is no damages.

Under Weitzman and Goodyear, the lawful compensatory figure here is $0.

 The Court cannot manufacture a number that the record does not supply

# V. LEGAL STANDARD AND APPLICATION

## A. Civil Contempt (Second Circuit)

Civil contempt requires **clear and convincing evidence** that:

1. a clear and unambiguous order existed;
2. the defendant violated that order; and
3. the defendant failed to diligently comply.

King v. Allied Vision Ltd., 65 F.3d 1051 (2d Cir. 1995); Paramedics Electromedicina Comercial, Ltda. v. GE Med. Sys., 369 F.3d 645 (2d Cir. 2004).

None of those elements is satisfied here.

The order was ambiguous as applied to me; I **relied on counsel** for calendaring and notice; and the record shows continuous disclosure and good-faith compliance.

## B. The "Fair Ground of Doubt" Rule (*Taggart v. Lorenzen*, 139 S. Ct. 1795 (2019))

The Supreme Court in *Taggart* held that contempt cannot lie where there is a **fair ground of doubt** as to whether conduct violated a court order. A party who **relies on counsel** and **discloses everything acts with good faith and diligence. At a minimum, this record creates such a fair ground of doubt. In truth, it shows no violation at all. From April 18, 2024 to March 10, 2025, Warner had full written notice of the 9 Woods End sale, price, buyer, closing, and repayment. At every step, I disclosed; at every step, he failed to act. There is no contempt when the "violation" is the attorney's silence, not the client's concealment.**

## C. Inherent-Power and Bad-Faith Sanctions (Chambers v. NASCO, Inc., 501 U.S. 32 (1991); Schlaifer Nance & Co. v. Estate of Warhol, 194 F.3d 323 (2d Cir. 1999))

Sanctions under the Court's inherent power require clear evidence of bad faith—that a party acted for an improper purpose such as harassment or delay. Nothing in this record supports that. I did not hide assets, falsify records, or defy orders. I relied on counsel's advice and made full disclosures through him and, later, directly to the Court. Any procedural lapse was his—not mine. Punishing a client for counsel's failure contravenes the purpose of inherent-power sanctions. The record instead reflects Plaintiffs' bad faith: employing a felon investigator to stalk a defendant, fabricating a coercion narrative, and submitting a gross-revenue spreadsheet as "damages."

## D. Case-Ending Sanctions (Southern New England Tel. Co. v. Global NAPsInc., 624 F.3d 123 (2d Cir. 2010))

Case-ending sanctions are reserved for willful, persistent defiance after lesser sanctions fail. They are the last resort, not the first. Where the record shows disclosure, reliance on counsel, and ongoing cooperation, such an extreme remedy is not merely unwarranted—it is unconstitutional. **Societe Internationale v. Rogers, 357 U.S. 197 (1958).**

## E. Compensatory Contempt and Damages (*Weitzman v. Stein*, 98 F.3d 717 (2d Cir. 1996); *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101 (2017))

Contempt damages must be **causal, proven, and net**. They must reimburse actual loss, not provide windfalls. Plaintiffs' "Sales by Customer Summary" fails all three tests. It is a list of gross revenue that does not tie any alleged loss to me, includes unrelated entities, and even shows business growth. There is no causal link and no net figure. By law, their damages are **zero**.

## F. Application to This Record

1. No Clear Violation: The orders required transparency; I complied.
2. No Willfulness: Every act was on counsel's advice or through him.
3. No Concealment: April → November → December → January → March → July 18 submission prove disclosure.
4. Fair Ground of Doubt: Counsel's silence alone creates doubt; my record eliminates bad faith.
5. No Causal Damages: Gross receipts ≠ harm.
6. **Bad Faith Lies With Plaintiffs: Hiring a felon investigator, hiding their president from deposition, and lying about discovery are the acts that merit sanction—not my compliance.**

**On this record, contempt and sanctions cannot stand. The law requires denial, not compromise. The only lawful outcome is to deny Plaintiffs' motion, vacate prior sanctions, and restore the integrity of this case to the evidence, not the noise.**

## VI. VICTIM IMPACT — THE HUMAN COST OF FOUR YEARS OF LITIGATION ABUSE

For four years, I have lived inside a case that should have ended long ago. I have endured harassment, stalking, financial ruin, and character assassination—not because of any defiance, but because I trusted my attorney. When the threats began, we fled New York to protect our safety. The harassment **followed us to Texas.** Plaintiffs' investigator and associates flew drones **over our property, harassed me through my business website, TheIMECompany.com, and used my personal information to sign me up for hundreds of pornographic sites and obscene email lists**. They called repeatedly from blocked numbers and used every tactic imaginable to break me down. My children watched me look over my shoulder every day. This was not litigation—it was psychological warfare.

I reported every incident to Warner, attaching screenshots, URLs, and photographs. I begged him to notify the Court and to request protection. He ignored me. His silence emboldened them. They learned that I was unprotected, that they could stalk and humiliate me with impunity, and that the person sworn to defend me would not act.

The toll has been catastrophic. My income disappeared; my credit collapsed; my reputation was destroyed by lies and defamation that spread unchecked. I have spent four years fighting to prove what should have been obvious from the start, I disclosed everything, and that the Plaintiffs built this case on deception.

Despite everything, I never stopped cooperating. I produced every document, every message, every affidavit. When my attorney failed, I stepped in and gave the Court the proof myself. I did not hide; I filed. I did not defy; I complied. The Plaintiffs used their wealth to prolong this abuse, while I used only evidence to defend myself.

This Court now has the complete record: the **emails and HUD** that prove disclosure, the **forensic evidence** that exposes Rosenblatt's orchestration, and the **undisputed proof** that Plaintiffs suffered no damages. There is nothing left to punish me for. What remains is for the Court to acknowledge the truth and finally allow my family to live in peace.

# VII. CONCLUSION & RELIEF

For four years, this case has survived on performance—untested affidavits, discovery gamesmanship, and a "damages model" that is no model at all. The record now tells the only story that matters:

Disclosure, not concealment. T**he April → November → December → January communications, followed by the March HUD**, show continuous notice and transparent intent. Reliance on counsel, not defiance. I did what clients are told to do: I disclosed to counsel and relied on him to file with the Court.

Orchestration, not coercion. Adam Rosenblatt's own texts, filings, and funding outreach show he architected the conduct Plaintiffs pinned on me.

**Harassment, not "investigation."** Plaintiffs retained an investigator who impersonated an FBI agent, a convicted felon and with a documented explosives/firearms case and a later arrest to follow to follow and harrass a mother—at a preschool, in stores, and near her home. That is not reasonably necessary to litigation; it is unduly harassing. Zero damages, not speculation. Gross revenue ≠ loss. Wingate's growth breaks causation. The law requires a net, causally attributable number; Plaintiffs offer none.

Under the governing standards, Plaintiffs cannot prove civil contempt by clear and convincing evidence: there is no clear and unambiguous order, no clear violation, and, at minimum, a fair ground of doubt as to any alleged noncompliance. Nor have Plaintiffs shown net, causally attributable damages. What the record does show are Plaintiffs' tactics, prior counsel's failures, and my consistent efforts to comply.

The law is clear: **no clear violation, no willfulness, fair ground of doubt, no causal damages, no bad faith by me.** What remains are Plaintiffs' tactics, my former counsel's failures, and a record that vindicates me.

If the Court is still unsure who is telling the truth, I will do what the other side will not:
 **I am prepared to take a polygraph examination under oath.** I invite **Warner, Rosenblatt, and Levi** to do the same. The science may be imperfect. **Courage is not.** I have it because I have told the truth from the start.

## RELIEF REQUESTED

1. **Deny civil contempt and vacate all sanctions issued or sought against Defendants.**

2. **Enter findings** that the **9 Woods End** sale was **not concealed** and that Defendants **provided continuous written notice** to counsel (Apr 18, 2024 emails; Nov 13, 2024 email; Dec 10, 2024 "$390,000" update; Jan 10, 2025 repayment text; Mar 10, 2025 HUD), and that any failure of notice or calendaring was **counsel's duty** and **not attributable to Defendants**.

3. **Dismiss Plaintiffs' claims with prejudice** for failure of proof:

    a. the "coercion" narrative is refuted by Adam Rosenblatt's own words and records;

    b. the "damages" presentation is a non-causal gross-revenue list with no net loss.

4. **Award fees and costs** to Defendants under **28 U.S.C. § 1927** and/or the Court's **inherent power** for Plaintiffs' and former counsel's bad-faith multiplication of proceedings (and permit a short, supported fee application within 14 days).

5. **Order the immediate release/vacatur** of any sanction orders traceable to counsel's omissions (including notice/calendaring failures), and **restore** any restraints that flow from those orders.

6. **Credibility challenge:** If any doubt remains, I am prepared to take a **polygraph examination under oath**, And I invite **Warner, Rosenblatt, and Levi** to do the same.

**Four years is enough.** The affidavits cannot survive the documents. The damages cannot survive the math. The narrative cannot survive the truth.
 **Deny contempt. Reject sanctions. Let the evidence end this case.**

Respectfully submitted,
 **Safa Gelardi & Vito Gelardi**
 *Pro Se Defendants*

```
DIGITAL FORENSIC TEXT EXTRACTION — MESSAGE LOG
Conversation Aliases:  Mama = You   |   Liar Snake = Adam Rosenblatt
Generated: 2025-11-11 04:24
-------------------------------------------------------------------------------
From: +13476652160 Liar Snake
Timestamp: 12/02/2019 03:37:18 PM (UTC-5)
Source App: Native Messages
Body:
I'm like 5 mins from just walking out and starting my own company.
-------------------------------------------------------------------------------
From: +13476652160 Liar Snake
Timestamp: 06/28/2020 --:--:--
Source App: Native Messages
Body:
What do you think about this structure?
-------------------------------------------------------------------------------
From: +1347664321 Liar Snake
Timestamp: 07/15/2020 --:--:--
Source App: Native Messages
Body:
Delete the emails, just text or WhatsApp. I don't want her seeing anything on the
work system.
-------------------------------------------------------------------------------
From: +13476654321 Liar Snake
Timestamp: 08/12/2020 --:--:--
Source App: Native Messages
Body:
She uses me. Doesn't even pay market. This is my chance to finally break out.
-------------------------------------------------------------------------------
From: +13476654321 Liar Snake
Timestamp: 08/25/2020 --:--:--
Source App: Native Messages
Body:
If anything ever comes out, I'll just say you ran with it and I didn't know.
-------------------------------------------------------------------------------
From: +13476654321 Liar Snake
Timestamp: 09/02/2020 --:--:--
Source App: Native Messages
Body:
Do they pay better than LawCash?
-------------------------------------------------------------------------------
From: +13476654321 Liar Snake
Timestamp: 09/15/2020 --:--:--
```

```
Source App: Native Messages
Body:
Thank you for the opportunity... You believed in me more than anyone.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 10/01/2020 --:--:--
Source App: Native Messages
Body:
Just call me Mike Rosen.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 10/05/2020 --:--:--
Source App: Native Messages
Body:
We'll use my cousin for the business address. It keeps things clean and off the
radar.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 10/12/2020 --:--:--
Source App: Native Messages
Body:
What if she checks the computer? What if she finds the other stuff?
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 10/18/2020 --:--:--
Source App: Native Messages
Body:
We need to figure out pricing, if we undercut a little, we can grab her clients
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 11/03/2020 --:--:--
Source App: Native Messages
Body:
Don't tell anyone I'm involved. Not even the dev. Say it's your project.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 11/10/2020 --:--:--
Source App: Native Messages
Body:
Already got the logo draft. I think I can go live by January.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 11/14/2020 --:--:--
```

Source App: Native Messages
Body:
She thinks I'm working late for her. Joke's on her, I'm building something real
now.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 11/25/2020 --:--:--
Source App: Native Messages
Body:
IME Guard Dog is going to destroy her. She'll lose her mind.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 12/01/2020 --:--:--
Source App: Native Messages
Body:
Let's not use company emails at all. I'll make a Gmail just for this.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 12/03/2020 --:--:--
Source App: Native Messages
Body:
She's clueless about what I'm building. This is going to blindside her.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 12/10/2020 --:--:--
Source App: Native Messages
Body:
The site should look a little different but basically same functions.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 01/03/2021 --:--:--
Source App: Native Messages
Body:
She's clueless. I could run this whole thing better without her.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 01/12/2021 --:--:--
Source App: Native Messages
Body:
Can we switch hosting to a private server? I don't want it linked back to me at
all.
--------------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake

```
Timestamp: 01/18/2021 --:--:--
Source App: Native Messages
Body:
Don't worry, I already moved most of the files to a private folder.
---------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 01/25/2021 --:--:--
Source App: Native Messages
Body:
She still thinks I'm staying late for trial prep. I'm on the call with our dev.
---------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 02/05/2021 --:--:--
Source App: Native Messages
Body:
If this works, I'll finally get out from under her thumb.
---------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 02/15/2021 --:--:--
Source App: Native Messages
Body:
Use IME Comp if they ask. She'll never know—it's seamless on the backend.
---------------------------------------------------------------------------
-------
From: +13476654321 Liar Snake
Timestamp: 03/01/2021 --:--:--
Source App: Native Messages
Body:
Once the site is live, we pull the plug on Watchdog. We do this on our terms.
---------------------------------------------------------------------------
-------
```

 Gmail

Safa Gelardi <safagelardi@gmail.com>

## Motion to Compel
1 message

**Safa Gelardi** <safagelardi@gmail.com>                                    Thu, Apr 17, 2025 at 10:15 AM
To: Karl Scheuerman <kescheuerman@wslaw.nyc>

Please file motion to compel today and have the court sign the 4506T form for you. If not done today I will do it myself.



Safa Gelardi <safagelardi@gmail.com>

---

## This case could of been over 2 years ago if you filed the motion to compel
1 message

**Safa Gelardi** <safagelardi@gmail.com>                              Thu, Apr 17, 2025 at 10:24 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Karl Scheuerman <kescheuerman@wslaw.nyc>

I begged and I have all the emails to prove it, for Jonathan to contest the list and I sent so much evidence to him that most of the clients are not using her and using other IME services. And what he do he sent an email to the atty. Ii have pleaded with you guys to put a fire under them to produce her for deposition and produce the damages and you did NOTHING but respond to their motions. This is a major issue and I want an answer to why you allowed this to drag on so long when you could have played offense a little it and defend me. I will send a letter to the judge detailing how many times I have asked you to file a motion to compel her her deposition date and I was ignored like my life is not already in shambles. You guys have caused more destruction by not representing me properly and have cost me more damage aemotuonalyu and mentally. Why are you afraid to file that motion what are you afraid of them and request they produce her asap. Are you enjoying the show. If the motion is not filed by tomorrow I will file it and send a letter to the judge.

 Gmail

**Safa Gelardi <safagelardi@gmail.com>**

---

## (no subject)
1 message

---

**Safa Gelardi** <safagelardi@gmail.com>                                        Wed, Apr 16, 2025 at 10:22 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Karl Scheuerman <kescheuerman@wslaw.nyc>

PLEASE FILE THE MOTION YO COMPEL

 Gmail

Safa Gelardi <safagelardi@gmail.com>

## (no subject)
1 message

**Safa Gelardi** <safagelardi@gmail.com>                                    Wed, Apr 16, 2025 at 10:24 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Karl Scheuerman <kescheuerman@wslaw.nyc>

PLEASE FILE THE MOTION TO COMPEL.
I will send this email all day. Please I am begging you to file the motion to compel for her documents and get it yourself by her signing the 4506T. She will forget the documents if we don't get them straight from the IRS. NO PERMANENT INJUNCTION

 Gmail

Safa Gelardi <safagelardi@gmail.com>

## Motion to Compel
1 message

**Safa Gelardi** <safagelardi@gmail.com>                    Thu, Apr 17, 2025 at 10:15 AM
To: Karl Scheuerman <kescheuerman@wslaw.nyc>

Please file motion to compel today and have the court sign the 4506T form for you. If not done today I will do it myself.

 Gmail

Safa Gelardi <safagelardi@gmail.com>

## WHY
1 message

**Safa Gelardi** <safagelardi@gmail.com>                                Fri, Apr 18, 2025 at 8:45 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Karl Scheuerman <kescheuerman@wslaw.nyc>

Jonathan, as we are this close to the end, this is what you do. I want this over with just as you do. I am so curious to know what made you do this. I know I put tremendous pressure on you to file the motion to compel,
I begged you for years to do it and get dates for her deposition, I begged you to contest the list. I begged you to file a motion exposing her harassing me and my family. I provided you with proof of the cars following us, she flew drones over our house in Texas. I begged you to file a motion of the slander that she did on me and my company. I provided you proof of that slander. All you kept telling me was the judge hates you.
What happened? Did they threaten you?
You took an oath to uphold the law.  I asked you many many times why are you afraid of them? I need to know why you decided to file a lotion to be relieved instead of filing the motion to compel. There is no way a lawyer will take my case. I have no money for a retainer. You are deliberately sabotaging me.
You must stay and file the necessary motions no matter what. We are near the end.



**vito gelardi <vitogelardi@gmail.com>**

## FW: Gelardi - Daniella Levi criminal prosecution docs

**vito gelardi** <vitogelardi@gmail.com>                                    Tue, May 2, 2023 at 3:08 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

I will not. I fear for my wife and children. I want to run as far away from theses people. We did receive treating calls, I told you this a little while back, they are following us and grunt to keep us in New York by stopping the sale of our properties.

Please help us.


Sent from my iPhone


On May 2, 2023, at 3:50 PM, Jonathon Warner <jdwarner@wslaw.nyc> wrote:


[Quoted text hidden]


**From:** Rebecca Warner <rwarner@wslaw.nyc>
**Sent:** Tuesday, May 2, 2023 2:32 PM
**To:** Jonathon Warner <jdwarner@wslaw.nyc>
**Subject:** Gelardi - Daniella Levi criminal prosecution docs


Here are the documents we obtained from the District of Connecticut. Please see page 76 for a letter regarding her plea agreement, page 82 for identifier details (DOB, Address, and SSN), and page 92 for the law school reference.


Rebecca Warner

Director of Investigations

WARNER & SCHEUERMAN

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:     212.924.6111

www.wslaw.nyc

**2 attachments**



**image001.png**
11K

**Gelardi, Safa, et al. Daniella Levi criminal prosecution documents District of CT.pdf**
8648K



**vito gelardi <vitogelardi@gmail.com>**

---

## FW: IME WatchDog, Inc. v. Gelardi, et al.; Case No.: 1:22-cv-1032 (PKC) (JRC).

**vito gelardi** <vitogelardi@gmail.com>
To: Jonathon Warner <jdwarner@wslaw.nyc>

Wed, Jun 21, 2023 at 4:45 PM

Johnaton, when are we deposing Daniella, Carlos, and Adam?  What's up with all theses request, half don't apply to anything and the other half they have already from the forensics.


Sent from my iPhone


On Jun 20, 2023, at 2:26 PM, Jonathon Warner <jdwarner@wslaw.nyc> wrote:


[Quoted text hidden]

---

**From:** Emanuel Kataev <Emanuel@mllaborlaw.com>
**Sent:** Tuesday, June 20, 2023 1:21 PM
**To:** Jonathon Warner <jdwarner@wslaw.nyc>
**Subject:** Re: IME WatchDog, Inc. v. Gelardi, et al.; Case No.: 1:22-cv-1032 (PKC) (JRC).


Dear Jonathan:


Please see attached Plaintiff's first request for documents.


Thanks and best,


**Emanuel Kataev, Esq.**

**Associate**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)

(516) 303-1395 (direct dial)

(516) 328-0082 (facsimile)

emanuel@mllaborlaw.com

11/9/25, 4:53 PM
Gmail - FW: IME Watchdog, Inc. v. Gelardi, et al. Case No. 1:22-cv-1032 (PKC) (JRC)

Case 1:22-cv-01032-PKC-JRC   Document 605   Filed 11/11/25   Page 27 of 65 PageID
#: 11618

This message and its attachments may contain confidential information that is legally privileged.  If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

---

**2 attachments**



**image001.png**
11K

**2023-06-20 Ps First Request for Documents.pdf**
170K

 Gmail

Safa Gelardi <safagelardi@gmail.com>

---

## Screenshot 2025-03-24 at 4.30.57 PM
1 message

**Safa Gelardi** <safagelardi@gmail.com>                                        Mon, Mar 24, 2025 at 4:40 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Please put pressure on them and schedule the depositions and get the tax returns.

Is there anything else in this order we need to discus?

Sent from my iPhone

As discussed on the record, the parties      **Screenshot 2025-03-24 at 4.30.57 PM.jpeg**
shall proceed with discovery regarding      58K
damages. The parties shall promptly meet
and confer regarding the scheduling of
depositions and production of documents.

 Gmail

Safa Gelardi <safagelardi@gmail.com>

---

## (no subject)
1 message

---

**Safa Gelardi** <safagelardi@gmail.com>                                    Wed, Apr 16, 2025 at 10:24 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Karl Scheuerman <kescheuerman@wslaw.nyc>

PLEASE FILE THE MOTION TO COMPEL.
I will send this email all day. Please I am begging you to file the motion to compel for her documents and get it yourself by her signing the 4506T. She will forget the documents if we don't get them straight from the IRS. NO PERMANENT INJUNCTION

 Gmail

Safa Gelardi <safagelardi@gmail.com>

## MOTION TO COMPEL
1 message

**Safa Gelardi** <safagelardi@gmail.com>                                    Tue, Apr 15, 2025 at 11:31 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Karl Scheuerman <kescheuerman@wslaw.nyc>

Please file a motion to compel asap. The court gave the extension to you Jonathan not to them. They are filing motions left and right. Two motions so far filed since the April 2 hearing, and what have we done nothing. I want the motion to compel to be filed before Friday.

Thank you



Safa Gelardi <safagelardi@gmail.com>

---

# We are owed an explanation
1 message

---

**Safa Gelardi** <safagelardi@gmail.com>                                      Fri, Apr 18, 2025 at 9:36 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>, Vito <vitogelardi@gmail.com>, Karl Scheuerman <kescheuerman@wslaw.nyc>

Please send me all the demand letters that you have sent to watchdog Attny's regarding the request for tax returns and please send all the correspondences you have filed on my behalf.

A courteous response will be appreciated.
Safa

 Gmail

Safa Gelardi <safagelardi@gmail.com>

---

## (no subject)
1 message

---

**Safa Gelardi** <safagelardi@gmail.com>                                    Thu, Sep 26, 2024 at 12:47 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Jonathan, I don't understand why you only play on the defense Pleas3 file a motion describing the abuse of the law and harassment. You must do this or it is going to get ugly. You have to do something

 Gmail

Safa Gelardi <safagelardi@gmail.com>

---

## Gelardi ads. IME Watchdog

**Safa Gelardi** <safagelardi@gmail.com>                                  Wed, Nov 13, 2024 at 4:59 PM
To: Karl Scheuerman <kescheuerman@wslaw.nyc>
Cc: vito gelardi <vitogelardi@gmail.com>, Jonathon Warner <jdwarner@wslaw.nyc>

car note comes out of the makever experience as well as our texas mtg. We have two mortgages with Mr. Cooper one for the pennsylvania property and one for the staten island property. The tennant of staten island pays that mortgage directly and Airbnb pays the mtg for the Milford property. The lake harmony property is not listed nor is it rented. 0 income from there, not sure how long we can hold on to it. dropping the price dramatically to try to sell it

[Quoted text hidden]

---

### 6 attachments

 **safa-PayoffQuoteLetter_2024-11-14.pdf**
12K

 **statement_10312024.pdf**
89K

 **statement_10312024 (2).pdf**
83K

 **statement_10312024 (3).pdf**
126K

 **Mr. Cooper.pdf**
174K

 **Mr. Cooper staten island.pdf**
256K



Safa Gelardi <safagelardi@gmail.com>

## Help
3 messages

---

**Safa Gelardi** <safagelardi@gmail.com>                                                    Thu, Feb 23, 2023 at 12:19 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Jonathan, I don't want my husband to go to jail. Vito is the calm one and the grounded one and now I am the one stopping
him from God knows what.  Please help us before one of us goes to jail.

---

**Jonathon Warner** <jdwarner@wslaw.nyc>                                                    Thu, Feb 23, 2023 at 4:13 PM
To: Safa Gelardi <safagelardi@gmail.com>

Who did Carlos threaten? (Name)


Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:    212.924.6111

Cell:    917.656.4197

www.wslaw.nyc



[Quoted text hidden]

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

**Safa Gelardi** <safagelardi@gmail.com>                                                    Thu, Feb 23, 2023 at 4:15 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>



**Safa Gelardi <safagelardi@gmail.com>**

## Roa v. Gelardi
3 messages

**Jonathon Warner** <jdwarner@wslaw.nyc>                                    Thu, Nov 14, 2024 at 1:56 PM
To: Safa Gelardi <safagelardi@gmail.com>, vito gelardi <vitogelardi@gmail.com>

Finally, we have a Judge who knows and respects the law. Roa's claims have been dismissed.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:      212.924.6111

Cell:      917.656.4197

www.wslaw.nyc



📄 **Gelardi, Order Dismissing Roa State Court Action, filed November 14, 2024.pdf**
    660K

**Safa Gelardi** <safagelardi@gmail.com>                                    Fri, Nov 15, 2024 at 10:47 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Wow. I wonder if this impacts Chen at all
Sent from my iPhone

On Nov 14, 2024, at 1:56 PM, Jonathon Warner <jdwarner@wslaw.nyc> wrote:

Finally, we have a Judge who knows and respects the law. Roa's claims have been dismissed.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:      212.924.6111

Cell:     917.656.4197

www.wslaw.nyc

<image001.jpg>


<Gelardi, Order Dismissing Roa State Court Action, filed November 14, 2024.pdf>

_____

**Jonathon Warner** <jdwarner@wslaw.nyc>                              Fri, Nov 15, 2024 at 10:48 AM
To: Safa Gelardi <safagelardi@gmail.com>

Not one iota, unfortunately.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:      212.924.6111

Cell:     917.656.4197

www.wslaw.nyc



[Quoted text hidden]

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.



Safa Gelardi <safagelardi@gmail.com>

---

## Submission from (Name) on IME Companion Advocates Contact Form
**2 messages**

---

**temptitle** <safagelardi@gmail.com>                                      Fri, Mar 22, 2024 at 10:38 PM
To: safagelardi@gmail.com

> **First Name**
>
>    Steven
>
> **Last Name**
>
>    Ear
>
> **Your Email**
>
>    steven.ear@gmail.com
>
> **Note**
>
>    https://www.kilegal.com/blog/2022/august/defending-the-client-who-may-have-broken-the-law/
>
>    يخبر العالم كم أنت مذنب

---

**Safa Gelardi** <safagelardi@gmail.com>                                  Sun, Mar 24, 2024 at 8:18 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

just some more harassment

---------- Forwarded message ---------
From: **temptitle** <safagelardi@gmail.com>
Date: Fri, Mar 22, 2024 at 11:38 PM
Subject: Submission from (Name) on IME Companion Advocates Contact Form
To: <safagelardi@gmail.com>

> **First Name**
>
>    Steven
>
> **Last Name**
>
>    Ear
>
> **Your Email**
>
>    steven.ear@gmail.com
>
> **Note**
>
>    https://www.kilegal.com/blog/2022/august/defending-the-client-who-may-have-broken-the-law/
>
>    يخبر العالم كم أنت مذنب

 **Gmail**

**Safa Gelardi <safagelardi@gmail.com>**

___

## (no subject)
1 message

___

**Safa Gelardi** <safagelardi@gmail.com>                                      Mon, May 1, 2023 at 11:48 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Hi Jonathan, please relay how this is hurting our mental health and they are using bullying tactics. We have shut down completely. Please



## Fwd: Chick-fil-A, Inc.

**Safa Gelardi** <safagelardi@gmail.com>          Thu, Apr 27, 2023 at 3:54 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Jonathon, I feel there is more than can be said. Carlos posted I was trying to kill him on his face book and kataev posted on linked in about the case. I think the jusge needs to know these things. They are doing everything to provoke us. I wanted to also address the ill earned gains part of their complaint. There was no ill earned gains. They are dragging our family and friends into this and that should also be addressed. Hesham does not work for me and has a sick pregnant wife at home. Why does he need to be involved. Fari wanted to start his own business and has been a part time companion for years. He was not allowed. We never gave any info to anyone. The fact the a person with a mental Illness can run, operate and grow the business who they claim has aspbergers. Why does everyone else have to be an atty. Why can't we also address rhe fact that this was ribald Rosenblatts idea and we have proof of him claiming it to be. The fact that she removed from her face book the malpractice Watchdog post when the case started also leads to Jim gi ING her rhe two ideas he stated with me. Rhis needs to e said to the judge. Please jonathan make.the.judge aware of their bullying tactics. About the cars following us. The phone calls. They tell judge everything whether they have proof or not.

[Quoted text hidden]

---

**5 attachments**



**image001.png**
11K

**image002.jpg**
1K

**image002.jpg**
1K

**image001.png**
11K

**image002.jpg**
1K

 **Gmail**

Safa Gelardi <safagelardi@gmail.com>

## Levi
1 message

**Safa Gelardi** <safagelardi@gmail.com>                                    Mon, Jan 13, 2025 at 9:02 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Please Jonathan I am begging you. Please request dates of depositions
Sent from my iPhone

 Gmail

**Safa Gelardi <safagelardi@gmail.com>**

## Following Up
2 messages

---

**Safa Gelardi** <safagelardi@gmail.com>                                              Wed, Mar 26, 2025 at 2:00 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Hi Jonathan, I am following up on an email I sent you two days ago. Please push for the depositions to be scheduled and please get her damages. If she is not complying please write a letter to the judge. Thank you.

Safa

---

**Jonathon Warner** <jdwarner@wslaw.nyc>                                             Wed, Mar 26, 2025 at 2:03 PM
To: Safa Gelardi <safagelardi@gmail.com>

I am pushing hard.



Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:    212.924.6111

Cell:   917.656.4197

www.wslaw.nyc



[Quoted text hidden]

---



**Safa Gelardi <safagelardi@gmail.com>**

---

## 4506T
1 message

---

**Safa Gelardi** <safagelardi@gmail.com>            Tue, Apr 8, 2025 at 6:02 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Jonathan. Send her a 4506T tomorrow morning. Please have them sign it and follow up so we could get their return. The hey are playing with you. Please send them the 4506T



Safa Gelardi <safagelardi@gmail.com>

## Dr. Marshall Kielson
1 message

**Safa Gelardi** <safagelardi@gmail.com>         Tue, Aug 9, 2022 at 9:33 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Dr. Marshall Kielson has received one of the slandering emails from Kashif. He advised my Companion about the email he received. This is getting out of hand. please help me Jonathan.

 Gmail

Safa Gelardi <safagelardi@gmail.com>

## I build and they keep knocking me down
1 message

**Safa Gelardi** <safagelardi@gmail.com>                    Wed, Jan 25, 2023 at 10:21 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Jonathan, I have been following your orders and the courts and judges orders. I am building and doing what I can to continue growing but they keep knocking me down. They are not complying and this is not fair. I lost Ginarte yesterday which is the last highest hit I could take. I only have Subin now that is keeping me running. I need something done. They can target my clients with lies and slander and I can't theirs. What kind of justice is this. I need goor help if there is nothing you can do to help I need to know that also. If they won't stop I will be out of business.



**Safa Gelardi <safagelardi@gmail.com>**

---

## FW: Depositions in Gelardi ads. Watchdogs

**Jonathon Warner <jdwarner@wslaw.nyc>**                        Wed, May 10, 2023 at 5:22 PM
To: Safa Gelardi <safagelardi@gmail.com>, vito gelardi <vitogelardi@gmail.com>

I served these Deposition Notices today on the plaintiff. Please note your schedules accordingly.


Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:      212.924.6111

Cell:      917.656.4197

www.wslaw.nyc





---

**From:** Jonathon Warner
**Sent:** Wednesday, May 10, 2023 2:22 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>; LEO SHALIT <leo@shalit-law.com>
**Cc:** mweiner@abramslaw.com
**Subject:** FW: Depositions in Gelardi ads. Watchdogs


Please see attached Notices for your clients.

[Quoted text hidden]

---

### 3 attachments

**DeposiotionNoticeLevi.pdf**
170K

**DepositionNoticeRosenblatt.pdf**
170K

**DepositionNoticeCarlosRoa.pdf**
170K

# 2 J.D.L. MEMBERS SEIZED BY F.B.I.

## Agents Report Finding Four Pounds of an Explosive

The Federal Bureau of Investigation announced yesterday the arrest shortly after midnight of two young members of the Jewish Defense League and a New Jersey flea-market operator who allegedly supplied them with explosives.

The two youths were taken into custody as they reached the New York side of the Goethals Bridge from New Jersey in an automobile. Federal agents said they found, on the front seat, a package containing four pounds of black powder used to make explosive devices.

A spokesman for the Jewish Defense League charged that the powder had been planted there by F.B.I. agents.

Arraigned in Federal Court in Brooklyn were Steven Ehrlich, 20 years old, of San Francisco, and a 17-year-old juvenile, identified by the J.D.L. as Stephen Rombom, a student at Nranklhn D. Roosevelt High School in Brooklyn.

### Magistrate Critical

Mr. Ehrlich was released on a $10,000 personal recognizance bond, supported by $1,-000 in cash after the United States Magistrate, A. Simon Chrin, criticized the Government for using the name of the juvenile in the complaint as a co-conspirator. Magistrate Chrein also ordered that all photographs and fingerprints taken of the juvenile be destroyed.

At a separate arraignment in Federal Court in Newark, Thomas Mac Intosh Jr., 36, of Woodbury, N.J., was ordered held in lieu of $100,000 bail on a charge of supplying four pounds of powder to the two J.D.L. members, knowing it would be taken to New York.

According to the complaints filed in Federal Court in Brooklyn, Federal agents received word from a confidential informant on the alleged activities of Mr. Mac Intosh and Mr. Rombom, and then wiretapped telephone conversations between the two in which Mr. Mac Intosh was asked repeatedly for supplies of black powder.

The Federal agents cited three occasions since last April in which Mr. Mac Intosh had supplied the explosive powder to young Rombom—five pounds on April 25, an unspecified quantity on April 6, and four pounds Monday night.

### Long Investigation

Both Federal and local police authorities had placed the suspects under observation as a result of the information they had received.

At a news conference yesterday, J. Wallace La Prade, assistant director of the F.B.I., said the arrests were the result of a long investigation by his agency in cooperation with the New York City Police Department and the Treasury Department.

Calling the arrests "significant," Mr. La Prade indicated they could furnish clues to a number of explosions in New York City.

The New York Times
Copyright © The New York Times
Originally published June 9, 1976

Document 605    Filed 11/
#: 11639

# Tricksters beaten; 2 nabbed

Two reputed Jewish Defense League members were arrested yesterday on charges of grabbing three teenage trick-or-treaters on a Brooklyn street, assaulting them with baseball bats and fists and imprisoning them in a car, police said.

Ronald Kahn, 30, of E. 17th St., and Steven Rombom, 24, of E. 18th St. were charged with unlawful imprisonment and assault after they were identified by the trick-or-treaters as two of their four assailants, police said. The other two are still being sought, police said.

The teenagers were grabbed by a group of men near Congregation Beth Torah Synagogue, 1060 Ocean Parkway, about 10:30 p.m. They were beaten and thrown from a car at E. Eighth St. and Avenue I, said police who took them to Kings County Hospital. They were treated there for scrapes and bruises.

Washington Cemetery, across the street from the synagogue has been a target of Halloween vandals in the past, according to area residents.

2:29

105    AR

Adam

But I guess only u know what's really best for you and your family

Plus they could get rid of Jamal any time

Does he have any ownership

Idk they offered me 5% a year for 3 years

So 5, 10 and the. 15

That's not bad

What was the salary

But they control everything would be like here but way less oversight

Was 100k





Safa Gelardi <safagelardi@gmail.com>

---

## forensics
15 messages

---

**Safa Gelardi** <safagelardi@gmail.com>                                    Wed, Nov 2, 2022 at 7:14 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Good morning Jonathan, my apologies for the early call. The company I am working with to get behind the slandering emails asked me to call you. they are in a different time zone. They would like to speak with you if possible today. please let me know if you have a few min to get on a call with us this morning.

---

**Jonathon Warner** <jdwarner@wslaw.nyc>                                    Wed, Nov 2, 2022 at 9:52 AM
To: Safa Gelardi <safagelardi@gmail.com>

How is 11:15-11:30 for you and them?

Sent from my iPhone


On Nov 2, 2022, at 8:15 AM, Safa Gelardi <safagelardi@gmail.com> wrote:


Good morning Jonathan, my apologies for the early call. The company I am working with to get behind the slandering emails asked me to call you. they are in a different time zone. They would like to speak with you if possible today. please let me know if you have a few min to get on a call with us this morning.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

**Safa Gelardi** <safagelardi@gmail.com>                                    Wed, Nov 2, 2022 at 9:53 AM
To: Michael Roberts <michael@rexxfield.com>

Hi Michael, my atty can speak with us at 11:15. are you available at that time?
[Quoted text hidden]

---

**Mike Roberts** <michael@rexxfield.com>                                    Wed, Nov 2, 2022 at 9:54 AM
To: Safa Gelardi <safagelardi@gmail.com>

Yes, but earlier is better. Anna cant make that time. 8-9am your time is perfect
[Quoted text hidden]
--
With my kindest regards,

Michael Roberts
Licensed Private Investigator # 3589109
Digital Forensic & Internet Litigation Support Consultant

---

**Safa Gelardi** <safagelardi@gmail.com>     Wed, Nov 2, 2022 at 9:55 AM
To: Mike Roberts <michael@rexxfield.com>

I will call you in 15 min.
[Quoted text hidden]

---

**Safa Gelardi** <safagelardi@gmail.com>     Wed, Nov 2, 2022 at 9:56 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

i will call you in 20 min
[Quoted text hidden]

---

**Mike Roberts** <michael@rexxfield.com>     Wed, Nov 2, 2022 at 10:15 AM
To: Safa Gelardi <safagelardi@gmail.com>

I thought you meant tomorrow, I had to leave now for a meeting sorry
[Quoted text hidden]

---

**Safa Gelardi** <safagelardi@gmail.com>     Wed, Nov 2, 2022 at 10:19 AM
To: Mike Roberts <michael@rexxfield.com>, Jonathon Warner <jdwarner@wslaw.nyc>

Hi Michael, I will let my attorney Jonathan know that tomorrow works for you, hopefully, it works for Jonathan.

Safa G
[Quoted text hidden]

---

**Jonathon Warner** <jdwarner@wslaw.nyc>     Wed, Nov 2, 2022 at 10:31 AM
To: Safa Gelardi <safagelardi@gmail.com>
Cc: Mike Roberts <michael@rexxfield.com>

At 11 am?

Sent from my iPhone

> On Nov 2, 2022, at 11:20 AM, Safa Gelardi <safagelardi@gmail.com> wrote:

[Quoted text hidden]

---

**Mike Roberts** <michael@rexxfield.com>     Wed, Nov 2, 2022 at 10:51 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>
Cc: Safa Gelardi <safagelardi@gmail.com>

11 AM works, so it would be better if we could do first thing in the morning your time.
[Quoted text hidden]

---

**Safa Gelardi** <safagelardi@gmail.com>     Wed, Nov 2, 2022 at 10:52 AM
To: Mike Roberts <michael@rexxfield.com>
Cc: Jonathon Warner <jdwarner@wslaw.nyc>

Dear Jonathan, is there anyway we could do an 8am NY time conference call?
[Quoted text hidden]

---

**Jonathon Warner** <jdwarner@wslaw.nyc>     Wed, Nov 2, 2022 at 11:03 AM
To: Safa Gelardi <safagelardi@gmail.com>, Mike Roberts <michael@rexxfield.com>

Yes, 8 am tomorrow is good for me.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:    212.924.6111

Cell:    917.656.4197

www.wslaw.nyc



[Quoted text hidden]

---

**Mike Roberts** <michael@rexxfield.com>                              Wed, Nov 2, 2022 at 11:06 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>
Cc: Anna Brown Rexxfield <anna@rexxfield.com>, Safa Gelardi <safagelardi@gmail.com>

Eastern time yes?

Anna, can u join?
[Quoted text hidden]

---

**Safa Gelardi** <safagelardi@gmail.com>                              Wed, Nov 2, 2022 at 12:32 PM
To: Mike Roberts <michael@rexxfield.com>
Cc: Anna Brown Rexxfield <anna@rexxfield.com>, Jonathon Warner <jdwarner@wslaw.nyc>

Yes! Eastern
[Quoted text hidden]

---

**Safa Gelardi** <safagelardi@gmail.com>                              Thu, Nov 3, 2022 at 6:47 AM
To: Mike Roberts <michael@rexxfield.com>
Cc: Anna Brown Rexxfield <anna@rexxfield.com>, Jonathon Warner <jdwarner@wslaw.nyc>

Good morning Mike, please send Jonathan and I the zoom link please. We already to
Join the call.
[Quoted text hidden]

 Gmail

**vito gelardi <vitogelardi@gmail.com>**

---

## FW: Activity in Case 1:22-cv-01032-PKC-JRC IME WatchDog, Inc. v. Gelardi et al Order on Motion to Dismiss for Failure to State a Claim

**Safa Gelardi** <safagelardi@gmail.com>          Mon, Sep 30, 2024 at 12:39 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>
Cc: vito gelardi <vitogelardi@gmail.com>

CES was the only company that i helped create for the purpose of the TRO. We were advised to do that and we never denied it. IME M&C is an established company that has nothing to do with our services. It is easily researchable. she accused us of opening it and it is not me or anything to do with IME's. its a tech company from what I understand. Sshe is wrong and she has to be proven wrong. Ido  bot understand the language of these orders that is what i ask you to translate them in simple terms.

[Quoted text hidden]

# SALES CONTRACT FOR REAL ESTATE

**THIS AGREEMENT** is made this __25th__ day of __April__ 2024, by and between _____ **Vito & Safa Gelardi** _____ , hereafter called Seller(s), and _____ **Empire Systems Inc.** _____ and/or assigns, hereafter called Buyer.

Buyer and Seller shall hereafter jointly be referred to as the "Parties".

**DESCRIPTION OF THE PREMISES.** Seller(s) agrees to sell to Buyer the property located at:
**9 Woods End, Lake Harmony, PA 18624, USA**

Description Written as Follows:__ **AS IS Condition**

Description is including any fixtures, window and floor coverings, built-in appliances, draperies including hardware, shades, blinds, window and door screens, awnings, outdoor plants, trees, and other permanently attached items now on premises.

I. **PURCHASE PRICE.** The Seller agrees to convey property to Buyer for the sum of
II.

**$ (Four Hundred Thousand and 00/100)**

**TOTAL SALES PRICE (CASH): $ 400,000.00**

**Earnest Money: $ 10.00**

I. **TERMS**. The following terms are applicable to this contract:

1. Closings costs, attorney fees, title fees and other miscellaneous costs are to be paid in the following fashion – **paid in full by Buyer.**
2. Any taxes (Not Including Transfer Taxes), Liens, Encumbrances and or Mortgage owed will be closed and paid in full by the Seller.
3. The Seller and Buyer will set closing to be as soon as possible for all parties, but no later than **60 business days or sooner after date of Ratification** without written addendum to this agreement. If closing is not possible within this time due to issues that arise during title search, closing may be extended for 90 days, at option of Buyer.
4. Property sold "AS IS" with no warranties implied or stated from seller.
5. Seller to provide buyer with permission to access property for purposes such as evaluation of repairs needed and for final inspection. If property is vacant,

SELLER: _____          BUYER:_____

Seller shall provide Buyer with a key to access property specifically for the reasons above. Key shall be provided on date of Ratification.

6. This offer is contingent on the Seller providing a clear title to the Buyer. The Buyer will have 21 days to determine if the title is insurable. If the title is not insurable, this agreement shall be terminated, any and all earnest money will be refunded to Buyer.

7. This offer is subject to financial partner's approval

8. The Title report and survey, if required, will be ordered promptly and, if not available on the settlement Date, then Settlement may be delayed for up to 14 business days to obtain the title report and survey after which this Contract, at the option of the Buyer, may be terminated and the Deposit will be refunded in full to the Buyer.

9. Any Changes must be made in writing, and mutually agreed upon.

10. DEFECTS: Seller warrants subject property to be free from hazardous substances and from violation of any zoning, environmental, building, health or other governmental codes or ordinances. Seller further warrants that there is no material or other known defects or facts regarding this property, which would adversely affect the value of said property.

11. INSURANCE: As consideration for this purchase the Seller will assign all insurance policies on the property to the Buyer and Seller will grant a limited power of attorney to the Buyer to deal with the lender(s) and insurance provider(s).

12. RISK OF LOSS: If subject property is damaged prior to transfer of title, Buyer has the option of accepting any insurance proceeds with title to the property in "as is" condition or of canceling this contract and accepting the return of the deposit.

13. NO JUDGMENTS: Seller warrants that there are no judgments threatening the equity in subject property, and that there is no bankruptcy pending or contemplated by any titleholder. Seller will not further encumber the property and an affidavit may be recorded at Buyer's expense putting the public on notice that the closing of this contract will extinguish liens and encumbrances hereafter recorded.

14. ACCEPTANCE: This instrument will become a binding contract when accepted by the Seller and signed by both Buyer and Seller.

Additional Terms: Must be Vacant at Closing

BUYER: _____    DATE: _____

SELLER: _____    DATE: _____

SELLER: _____    DATE: _____

SELLER: _____    BUYER: _____

## A. Settlement Statement (HUD-1)

| B. Type of Loan | | |
|---|---|---|
| Conv | File Number: **CSA24112204** | Loan Number: |

| C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. | **Clear Skies Abstract**<br>16 Bleeker Street, Suite A<br>Millburn, NJ 07041<br>(215) 461-4393 |
|---|---|

| D. Name & Address of Borrower:<br>**Evermark Investments, LLC**<br>**2825 Milton Way Unit 354**<br>**Milton, WA, 98354** | E. Name & Address of Seller:<br>**Vito Gelardi And Safa Gelardi, Husband and Wife,**<br>**9 Woods End**<br>**Lake Harmony, PA 18624** | F. Name & Address of Lender:<br>**RFLF 4, LLC,a Delaware Liability Company**<br>**222 W ADAMS STREET, SUITE 3150 CHICAGO IL**<br>**60606** |
|---|---|---|

| G. Property Location:<br>**9 Woods End**<br>**Lake Harmony, PA 18624**<br>**APN: 32C-21-F33** | H. Settlement Agent:<br>**Clear Skies Title Agency**<br><br>Place of Settlement:<br>**Clear Skies Abstract**<br>**16 Bleeker Street, Suite A**<br>**Millburn, NJ 07041** | I. Settlement Date:<br>**3/10/2025**<br><br>Disbursement Date:<br>**3/10/2025** |
|---|---|---|

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $390,000.00 | 401. Contract sales price | $390,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $20,383.25 | 403. | |
| 104. | | 404. | |
| 105. Construction Reserve | $80,000.00 | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. School Tax 3/10/2025 - 6/30/2025 | $2,062.34 | 406. School Tax 3/10/2025 - 6/30/2025 | $2,062.34 |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | $492,445.59 | **420. Gross Amount Due to Seller** | $392,062.34 |
| **200. Amounts Paid by or on Behalf of Borrower** | | **500. Reductions on Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $431,000.00 | 502. Settlement charges to seller (line 1400) | $8,794.74 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. Payoff good through 03/17 0108241050 Freedom Mortgage Corporation(wire) | $259,040.29 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. County Tax 1/1/2025 - 3/10/2025 | $362.85 | 510. County Tax 1/1/2025 - 3/10/2025 | $362.85 |
| 211. Township Tax 1/1/2025 - 3/10/2025 | $193.99 | 511. Township Tax 1/1/2025 - 3/10/2025 | $193.99 |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | $431,556.84 | **520. Total Reduction Amount Due Seller** | $268,391.87 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from borrower (line 120) | $492,445.59 | 601. Gross amount due to seller (line 420) | $392,062.34 |
| 302. Less amounts paid by/for borrower (line 220) | $431,556.84 | 602. Less reduction in amount due seller (line 520) | $268,391.87 |
| 303. **Cash from Borrower** | $60,888.75 | 603. **Cash to Seller** | $123,670.47 |

### L. SETTLEMENT CHARGES

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. | | | |
| 702. | | | |
| 703. Commission paid at Settlement | | | |
| 704 | | | |
| 705 | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Advanced Legal Review Fee | to: RFLF 4, LLC,a Delaware Limited Liability Company | $750.00 | |
| 802. Appraisal Fee | to: RFLF 4, LLC,a Delaware Limited Liability Company | $450.00 | |
| 803. Origination Fee | to: RFLF 4, LLC,a Delaware Limited Liability Company | $4,310.00 | |
| 804. Processing Fee | to: RFLF 4, LLC,a Delaware Limited Liability Company | $995.00 | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Prepaid Interest @ $95.06 per day for 25 days (3/7/2025 to 4/1/2025) | | $2,091.38 | |
| 902. Homeowners Insurance Premium | to: Capital Region Insurance Agency | $2,569.00 | |
| 903. Mortgage Insurance Premium | | | |
| 904. Property Tax | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Homeowners Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. Property Tax | | | |
| 1004. | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Notary<br>Notary ($50.00)<br>Property Tax & Assessment Search ($35.00)<br>Wire- Incoming (Borrower/Buyer) ($35.00)<br>Wire- Outgoing (Seller) ($35.00) | to: Clear Skies Abstract | $120.00 | $35.00 |
| 1102. Out of State Notary Fee | to: Clear Skies Abstract | | $250.00 |
| 1103. Release Handling Fee | to: Clear Skies Title Agency | | $75.00 |
| 1104. Endorsements<br>PA 900 (ALTA 8.1) Environmental Protection Lien (7-1-21) ($100.00)<br>PA 1030 (ALTA 9-06 rev 4-2-12) REM (10/1/17) ($291.17)<br>PA 1530 (ALTA 14) Future Advance - Priority (7-1-21) RES ($200.00)<br>PA 1600 (ALTA 10) Assignment (7-1-21) ($700.00)<br>TIRBOP PA Closing Protection Letter-Single Transaction (5/1/16) ($145.00) | to: Clear Skies Abstract | $1,436.17 | |
| 1105. | | | |
| 1106. | | | |
| 1107. | | | |
| 1108. Title Insurance (Chicago Title Insurance Company) L: $431,000 O: $390,000 | | $2,911.70 | |
| 1109. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fees   Deed: $300.00 Mortgage: $550.00 Release: $0.00 | to: Carbon County Recorder of Deeds | $850.00 | |
| 1202. Transfer Tax County/Local $3,900.00 | to: Carbon County Recorder of Deeds | $1,950.00 | $1,950.00 |
| 1203. Transfer Tax State $3,900.00 | to: Commonwealth of Pennsylvania | $1,950.00 | $1,950.00 |
| **1300. Additional Settlement Charges** | | | |
| 1301. County 2025 Escrow | to: CST County Tax | | $2,303.34 |
| 1302. final Water reading | to: CST Water | | $500.00 |
| 1303. Preparation of Seller Docs | to: CST | | $500.00 |
| 1304. Township 2025 Escrow | to: CST Township Tax | | $1,231.40 |
| 1305. Trash $209.00 POCS | to: KIDDER TWP | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$20,383.25** | **$8,794.74** |

**ACKNOWLEDGEMENT**

I/We have carefully reviewed the HUD-1 Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. I/We authorize **Clear Skies Title Agency** to cause the funds to be disbursed in accordance with this statement.

**BUYERS/BORROWERS**                     **SELLER(S)**

Evermark Investments, LLC

_____          _____
By:                                       Vito Gelardi


_____          _____
                                          Safa Gelardi


**SETTLEMENT AGENT**

_____
Clear Skies Title Agency



**vito gelardi <vitogelardi@gmail.com>**

## FW: IME Watchdog v. Gelardi

**vito gelardi** <vitogelardi@gmail.com>                                    Thu, Apr 18, 2024 at 9:47 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Hey guys, writing a check today it will mail it out.  It will be 3,000.  That's all I can afford today.  Meet with a few cash buyer in the Poconos trying to get 150,000 in my pocket for the 9 woods house.  Thought we were closing Monday, had to come back Home last Night to work.

Tried calling Matt for update. He never gets back to me.  I know I'm contact?


Sent from my iPhone

> On Apr 15, 2024, at 1:49 PM, Jonathon Warner <jdwarner@wslaw.nyc> wrote:


[Quoted text hidden]

---

**From:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Sent:** Monday, April 15, 2024 2:11 PM
**To:** Jonathon Warner <jdwarner@wslaw.nyc>
**Cc:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** IME Watchdog v. Gelardi


Jonathon,


Attached are the document demands served on defendants last June that have not been responded to.


_____

Jamie S. Felsen - Partner

Milman Labuda Law Group PLLC

3000 Marcus Ave., Suite 3W8

Lake Success, NY 11042

Telephone (516) 328-8899

Fax (516) 328-0082



**vito gelardi <vitogelardi@gmail.com>**

## Offer for 9 woods

2 messages

---

**vito gelardi** <vitogelardi@gmail.com>                    Thu, Apr 18, 2024 at 9:56 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

This property contract with my realtor expired, this is the best offer I see. So far.  Was going to do renovation. To it before law suit happed and I couldn't because I have ti dump all my money in ti this case could have sold it for 650. I have taken huge loses due ti they criminal Daniela levi, and her pedophile minions.  I want ti sue her for all these loses I took with all my assets.

The 1031 deal with Florida the Philly property and claypit so  for I reduced close to 600,000. We have everything documented and she needs to pay for my losses and attorney fees .


Sent from my iPhone

---

 **Seller Net Sheet - New Cash & Sell Offer_24.04.15.pdf**
65K

---

**vito gelardi** <vitogelardi@gmail.com>                    Thu, Apr 18, 2024 at 10:08 AM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Man sorry for all the typos, really stressed, what I Am meaning to say is I have lost about 600,000 in equity because I sold as a desperate seller, I know I can get way more for 9 woods, and claypit too.  I took major looses selling Florida and Philly.  I feel I still have about 1,000,0000 in equity with in theses properties i still have, If I can do renovations, I was forced to move to Texas and things got more difficult for me.  Need more time to get more money.


If we can get in front of a jury, I really feel it will be obvious that we are good people and they are evil. And we will get lawyers fees and damages.  I will and have always won in my life. And I always pay my debts.

Sent from my iPhone

> On Apr 18, 2024, at 9:56 AM, vito gelardi <vitogelardi@gmail.com> wrote:
>
> This property contract with my realtor expired, this is the best offer I see. So far.  Was going to do renovation. To it before law suit happed and I couldn't because I have ti dump all my money in ti this case could have sold it for 650. I have taken huge loses due ti they criminal Daniela levi, and her pedophile minions.  I want ti sue her for all these loses I took with all my assets.
> [Quoted text hidden]
>
>
> Sent from my iPhone

---

 **Seller Net Sheet - New Cash & Sell Offer_24.04.15.pdf**
65K

 Gmail

vito gelardi <vitogelardi@gmail.com>

## Update
1 message

**vito gelardi** <vitogelardi@gmail.com>                                    Tue, Dec 10, 2024 at 12:38 PM
To: Jonathon Warner <jdwarner@wslaw.nyc>

Our credit cards are almost maxed out, trying to get these businesses off the ground, I lowered the price for 9 woods down to $390,000. Think I might have a buyer.   We are not good. Sorry trying to get myself up sooner than later.  Safa has been very sick and is not sleeping well. She asked me to call you but I figured it his email is better.  I'm not a victim type of guy and I know once we get these two companies off the ground we will be back on top.  As for the case I don't have the capacity right now to read anything.  All I know is you got to get Daniella deposed.  Or find a way to have her back down.  Don't know what that might be.



**7:21**

**213**

**JW**

**Jonathon** ›

iMessage
Fri, Jan 10 at 4:32 PM

Jonathan. I have 4 kids enrolled with absolutely no marketing. I know once I market and hit the streets with flyers I will have at least 10 kids enrolling each month. I will be able to pay you off in time and once this house closes we will send you at least 10k. I appreciate you hanging in there with us. You are a good man and I give you my word all of my profits will go to the debt I owe you. Please continue to fight for us. Have a beautiful weekend.

Tue, Apr 1 at 4:47 PM

THE MAKEOVER EXPERIENCE LLC
26118 CROSSWOOD TRAILS LANE   347-645-1137
CYPRESS, TX 77433

1022
88-2265/1131-43

10-13-2025
Date

Pay to the
Order of   Jonathan Warner                    $ 10,000.00

Ten   thousand                                 Dollars

PROSPERITY BANK®
CYPRESS BANKING CENTER
25820 US HWY 290   CYPRESS, TX 77429
281-373-0008   www.prosperitybankusa.com

For   New York Corruption

⑈1131226551⑈   221480290⑈ 1022

The date was an error, in the letter i submitted to the court on July 18, this check date was explained and has further proof of the error in the date field, please refer back to the July 18 letter for context.

# IME Watchdog, et al. v. Gelardi, et al.

No. 1:22-cv-01032 (E.D.N.Y.)

## Letter Regarding Redactions and Privilege

Dear Judge Chen:

I write regarding my Final Response with Exhibits (filed November 10, 2025) to confirm the scope of redactions and address privilege.

1. **No protected legal strategy or advice disclosed.** The filing does not reveal attorney legal strategy, legal opinions, or advice. Any references to communications with former counsel are included solely to establish factual timeline and notice, not to convey legal guidance or work product.

2. **No waiver of privilege.** To the extent any attorney–client communications appear in the record for context, I am not waiving attorney–client privilege or work-product protection in this or any related proceeding.

3. **Limited redactions.** The only material redacted in the November 10 filing is the image of my personal check, which contains banking information. No other content has been redacted or altered. There is no confidential, proprietary, or client information contained in the submission.

Respectfully submitted,

**Safa Gelardi and Vito Gelardi**
Pro Se Defendants