UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                Case No.: 1:22-cv-1032 (PKC) (JRC)

            Plaintiff,

                **DECLARATION OF SERVICE**

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

           Defendants.
------------------------------------------------------------------X

    Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

    2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

    3. On Wednesday, December 17, 2025, I forwarded a copy of Plaintiff's letter response in opposition to Defendants' emergency motion for a stay, ECF Docket Entry 608, via first class mail to:

Safa Gelardi & Vito Gelardi
26118 Cypress Trails Lane
Cypress, TX 77433-1348

I declare under penalty of perjury that the foregoing is true and correct.   Executed on December 17, 2025.

                                  */s/ Emanuel Kataev, Esq.*
                                  Emanuel Kataev, Esq.
                            Friday, December 19, 2025 at 09:04:50 Eastern Standard Time

| | |
|---|---|
| Date: | Thursday, December 18, 2025 at 7:14:30 PM Eastern Standard Time |
| From: | Cuttermill Mailroom |
| To: | Emanuel Kataev |

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

---

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 12/18/2025 4:13:50 PM |
| From: | SAGE LEGAL LLC |
| Shipped to: | SAFA GELARDI & VITO GELARDI<br>26118 CROSSWOOD TRAILS LN<br>CYPRESS, TX, 77433-1348 |
| Tracking #: | 9407111899561915884402 |
| Expected Arrival: | Not Applicable |

**Thanks you for using Cuttermill Mailroom for all your packing, shipping and printing needs! For any other information you may call us at 516829-7447 (516-829-SHIP), email us at sales@cuttermillmailroom.com or visit our web site, www.cuttermillmailroom.com**

1 of 2