UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IME WATCHDOG, INC.,

                              Plaintiff,

   -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                              Defendants.
-------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**NOTICE OF PENDENCY**

Premises: 148 Clay Pit Road,
Staten Island, NY 10309-1902
County of Richmond
Section 5, Block 7267, Lot 307.

      **NOTICE IS HEREBY GIVEN,** that an action has been commenced and is pending, under the above captioned case number, in the above-named Court, upon a complaint of the abovenamed Plaintiff against Defendants Safa Abdulrahim Gelardi ("Safa") and Vito Gelardi ("Vito") (Safa and Vito collectively hereinafter the "Gelardis"), seeking a judgment, *inter alia*: for violations of the Defend Trade Secrets Act, directing the Gelardis to convey to Plaintiff the property known as 148 Clay Pit Road, Staten Island, NY 10309-1902 and as further described below. The real property affected by the action and this notice is situated in section 5, block 7267, and lot 307, in the County of Richmond, City and State of New York, and is also known as 148 Clay Pit Road, Staten Island, NY; said premises being more fully described in the description annexed hereto as **Exhibit "A"** and made a part hereof.

      **THE CLERK IS RESPECTFULLY DIRECTED TO** file this notice against: (i) the name of Defendants Safa Abdulrahim Gelardi and Vito Gelardi, and (ii) section 5, block 7267, lot 307 in the block index for the County of Richmond and State of New York.

Dated:  Jamaica, New York
         December 28, 2025

                                       **SAGE LEGAL LLC**

                                       */s/ Emanuel Kataev, Esq.*
                                      Emanuel Kataev, Esq.
                                      18211 Jamaica Avenue
                                      Jamaica, NY 11423-2327
                                      (718) 412-2421 (office)
                                      emanuel@sagelegal.nyc

# EXHIBIT "A"

## SCHEDULE A

## DESCRIPTION

Title Number: **L581219-R**

**BLOCK - 7267 LOT - 307**

**ALL** that certain plot, piece or parcel of land, situate, lying and being in the Borough of Staten Island, County of Richmond, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Clay Pit Road and the easterly side of the West Shore Expressway the following courses and distances:

1. South 80 degrees 21 minutes 19 seconds East 94.20 feet to a point;

2. South 5 degrees 26 minutes 10 seconds East 8.46 feet to the true point of beginning.

RUNNING THENCE South 7 degrees 57 minutes 31 seconds East 186.46 feet Survey & Tax Map (South 05 degrees 26 minutes 10 seconds East 186.83 feet Deed) to a point;

RUNNING THENCE South 89 degrees 50 minutes 33 seconds East 59.18 feet Survey (South 89 degrees 58 minutes 18 seconds East 60.00 feet Deed & Tax Map) to a point;

RUNNING THENCE North 03 degrees 35 minutes 51 seconds East 160.74 feet Survey (North 05 degrees 25 minutes 12 seconds East 156.61 feet Deed 7 Tax Map) to a point on the southerly side of Clay Pit Road;

RUNNING THENCE along the southerly side of Clay Pit Road, North 71 degrees 11 minutes 35 seconds West 17.70 feet Survey (North 69 degrees 48 minutes 30 seconds West 21.78 feet Deed) to a point;

RUNNING THENCE still along the southerly side of Clay Pit Road, North 67 degrees 11 minutes 32 seconds West 71.78 feet Deed & Survey to a point; and running

THENCE along a curve bearing to the right having a radius of 45.00, a central angle of 19 degrees 27 minutes 16 seconds, an arc length of 15.28 feet Survey & Tax Map (15 degrees 28 minutes 32 seconds, an arc length of 12.15 feet Deed) to the point or place of BEGINNING.