UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                     Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                     Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On Monday, December 29, 2025, I caused a copy of Plaintiff's notice of *lis pendens* (or notice of pendency), ECF Docket Entry 610, via first class mail to:

Safa Gelardi & Vito Gelardi
26118 Cypress Trails Lane
Cypress, TX 77433-1348

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 29, 2025.

                                                       */s/ Emanuel Kataev, Esq.*
                                                       Emanuel Kataev, Esq.

**Emanuel Kataev**

| | |
|---|---|
| **From:** | The Mail Drop <mailserver@notify.postalmate.net> |
| **Sent:** | Monday, December 29, 2025 5:43 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Package Shipment Notification |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

### USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 12/29/2025 2:42:31 PM |
| From: | Sage Legal LLC |
| Shipped to: | Safa Gelardi & Vito Gelardi<br><br>26118 CROSSWOOD TRAILS LN<br>CYPRESS, TX, 77433-1348 |
| Tracking #: | 9407111899561912025228 |
| Expected Arrival: | Not Applicable |

**Thank you for shipping with The Mail Drop.**

1