# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 21, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

   *Re:* **IME WatchDog, Inc. v. Gelardi, *et al.***
     **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

  This office, along with Milman Labuda Law Group PLLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff") in the above-referenced case.

  Plaintiff writes to respectfully request leave to: (i) file an Order to show cause for contempt against Safa Gelardi and Vito Gelardi (the "Defendants") for their continued violations of this Court's Orders; and (ii) file supplemental papers in further support of the Order to show cause that non-party observers Christian Hogarth, Fari Gutierrez, Lizbeth Medina, Mark Purficati, and Sara Gonzalez (collectively hereinafter the "non-parties") are in contempt for failing to respond to subpoenas. See ECF Docket Entry 457 and Text Only Order to Show Cause dated April 16, 2025 (granting in part plaintiff's discovery motion, finding that the "non-parties" are "Ordered To Show Cause by 5/5/2025 as to why the Court should not find them in contempt for failure to comply with the Court's 3/24/2025 Order that the non-parties respond to plaintiff's subpoenas by 4/14/2025"); see also ECF Docket Entry 461 (certificate of service).

  This Court thereafter issued a filing injunction to, *inter alia*, allow the Court an opportunity to address the pending motions and other filings in this case. See Text Only Order dated July 21, 2025.

  In light of the foregoing, Plaintiff seeks leave to file supplemental papers in further support of the Order to show cause. There is good cause to grant leave for the following reasons.

  As to Plaintiff's request for leave to file an Order to show cause for contempt, Plaintiff is in receipt of third-party discovery from Defendants' financial institutions demonstrating that Defendants continue to violate this Court's Orders.

  As to Plaintiff's request for leave to file supplemental papers in further support of their Order to show cause against the non-parties, Plaintiff is in receipt of admissions from those non-observers that bear upon their culpability for contempt in refusing to respond to the subpoenas issued to them.

  Recognizing that this case is at its end, Plaintiff filed suit against the non-parties in the United States District Court for the Southern District of New York. See IME WatchDog, Inc. v. Beiben, *et al.*; Case No.: 1:25-cv-10218 (VSB) (RFT).

In that case, many of these same non-parties filed motions which are electronically signed by each of them referencing the subpoenas they never responded to.  Id., ECF Docket Entry 21 at 2 (signed by, among others, Purificati, Gutierrez, and Hogarth) and 3 ("This SDNY action follows years of related EDNY litigation and *subpoena practice directed at these same individuals*, including third-party subpoenas beginning in 2023 and continuing into 2025) .  In light of the non-observers' demonstrated awareness of the subpoenas, made evident by their own filings, Plaintiff respectfully seeks leave to file supplemental papers demonstrating the non-observers' contempt of court due to their failure to respond to the subpoenas.

Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
January 21, 2026

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**
/s/ Jamie S. Felsen, Esq.

Dated: Jamaica, New York
January 21, 2026

**SAGE LEGAL LLC**
/s/ Emanuel Kataev, Esq.