UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,

                              Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                              Defendants.
----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                              Third-Party Plaintiffs,

      -against-

CARLOS ROA,

                              Third-Party Defendant.
----------------------------------------------------------------X
CARLOS ROA,

                              Third-Party Counter-Claimant,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                              Third-Party Counter-Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC)(JRC)

**NOTICE OF DEPOSITION**

        **PLEASE TAKE NOTICE,** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendants Safa Abdulrahim Gelardi, Vito Gelardi and IME Companions LLC, by and through its attorneys, Warner & Scheuerman, will take the deposition of plaintiff IME Watchdog, Inc., by Daniella Levi, upon oral examination of any knowledge or information that is relevant to this

case before a Notary Public or other person authorized to administer oaths at 10:00 a.m. on June 15, 2023, by stenographic, audiovisual, and/or videographic means, at the office of Warner & Scheuerman, 6 West 18th Street, 10th Floor, New York, New York 10011.

The oral examination will continue for one day of seven (7) hours until completed. Plaintiff reserves the right to seek additional time consistent with Rules 26(b)(1) and (2).

Dated: New York, New York
May 10, 2023

          **WARNER & SCHEUERMAN**
          Attorneys for Defendants
          Safa Abdulrahim Gelardi, Vito Gelardi and
          IME Companions, LLC

By:  */s/ Jonathon D. Warner*
      Jonathon D. Warner (5195)
      6 West 18th Street, 10th Floor
      New York, New York 10011
      (212) 924-7111
      jdwarner@wslaw.nyc

To:  MILMAN LABUDA LAW GROUP PLLC
      Attorneys for Plaintiffs
      3000 Marcus Avenue, Suite 3W8
      Lake Success, New York 11042
      (516) 328-8899
      emanuel@mllaborlaw.com
      (VIA EMAIL)

LEO SHALIT, P.C.,
Attorneys for Third-Party Defendant/
Third-Party Counterclaimant
Carlos Roa
45 Glen Cove Road
Greenvale, New York 11548
(833) SHALIT-1
leo@shalit-law.com
(VIA EMAIL)


MELANIE I. WIENER, ESQ.
Attorney for Defendants
Anthony Bridda, Roman Pollak
and Gregory Elefterakis
1 Metro Tech Center, Suite 1701
Brooklyn, New York 11201
(718) 215-5300
mwiener@abramslaw.com
(VIA EMAIL)


LAW OFFICES OF MICHAEL J. ALBER, P.C.
Attorneys for Defendants
Safa Abdulrahim Gelardi, Vito Gelardi and
IME Companions, LLC
21 Walt Whitman Road, 2nd Floor
Huntington Station, New York 11746
(631) 333-1600
kcb@alberlegal.com
(VIA EMAIL)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                      Plaintiff,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                      Defendants.
-----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                      Third-Party Plaintiffs,

      -against-

CARLOS ROA,

                      Third-Party Defendant.
-----------------------------------------------------------------X
CARLOS ROA,

                      Third-Party Counter-Claimant,

      -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                      Third-Party Counter-Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC)(JRC)

**NOTICE OF DEPOSITION**

        **PLEASE TAKE NOTICE,** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendants Safa Abdulrahim Gelardi, Vito Gelardi and IME Companions LLC, by and through its attorneys, Warner & Scheuerman, will take the deposition of third-party defendant/third-party claimant Carlos Roa upon oral examination of any knowledge or information that is relevant

to this case before a Notary Public or other person authorized to administer oaths at 10:00 a.m. on June 8, 2023, by stenographic, audiovisual, and/or videographic means, at the office of Warner & Scheuerman, 6 West 18th Street, 10th Floor, New York, New York 10011.

The oral examination will continue for one day of seven (7) hours until completed. Plaintiff reserves the right to seek additional time consistent with Rules 26(b)(1) and (2).

Dated: New York, New York
May 10, 2023

        **WARNER & SCHEUERMAN**
        Attorneys for Defendants
        Safa Abdulrahim Gelardi, Vito Gelardi and
        IME Companions, LLC

By: */s/ Jonathon D. Warner*
     Jonathon D. Warner (5195)
     6 West 18th Street, 10th Floor
     New York, New York 10011
     (212) 924-7111
     jdwarner@wslaw.nyc

To:   MILMAN LABUDA LAW GROUP PLLC
      Attorneys for Plaintiffs
      3000 Marcus Avenue, Suite 3W8
      Lake Success, New York 11042
      (516) 328-8899
      emanuel@mllaborlaw.com
      (VIA EMAIL)

LEO SHALIT, P.C.,
Attorneys for Third-Party Defendant/
Third-Party Counterclaimant
Carlos Roa
45 Glen Cove Road
Greenvale, New York 11548
(833) SHALIT-1
leo@shalit-law.com
(VIA EMAIL)


MELANIE I. WIENER, ESQ.
Attorney for Defendants
Anthony Bridda, Roman Pollak
and Gregory Elefterakis
1 Metro Tech Center, Suite 1701
Brooklyn, New York 11201
(718) 215-5300
mwiener@abramslaw.com
(VIA EMAIL)


LAW OFFICES OF MICHAEL J. ALBER, P.C.
Attorneys for Defendants
Safa Abdulrahim Gelardi, Vito Gelardi and
IME Companions, LLC
21 Walt Whitman Road, 2nd Floor
Huntington Station, New York 11746
(631) 333-1600
kcb@alberlegal.com
(VIA EMAIL)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                            Plaintiff,

        -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, NICHOLAS ELEFTERAKIS,
NICHOLAS LIAKIS, and IME COMPANIONS LLC,

                            Defendants.
-----------------------------------------------------------------X
SAFA GELARDI and IME COMPANIONS, LLC,

                            Third-Party Plaintiffs,

        -against-

CARLOS ROA,

                            Third-Party Defendant.
-----------------------------------------------------------------X
CARLOS ROA,

                            Third-Party Counter-Claimant,

        -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
and IME COMPANIONS, LLC,

                            Third-Party Counter-Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC)(JRC)

**NOTICE OF DEPOSITION**

        **PLEASE TAKE NOTICE,** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendants Safa Abdulrahim Gelardi, Vito Gelardi and IME Companions LLC, by and through its attorneys, Warner & Scheuerman, will take the deposition of plaintiff IME Watchdog, Inc., by Adam Rosenblatt, upon oral examination of any knowledge or information that is relevant

to this case before a Notary Public or other person authorized to administer oaths at 10:00 a.m. on June 1, 2023, by stenographic, audiovisual, and/or videographic means, at the office of Warner & Scheuerman, 6 West 18th Street, 10th Floor, New York, New York 10011.

The oral examination will continue for one day of seven (7) hours until completed. Plaintiff reserves the right to seek additional time consistent with Rules 26(b)(1) and (2).

Dated: New York, New York
       May 10, 2023

                                            **WARNER & SCHEUERMAN**
                                            Attorneys for Defendants
                                            Safa Abdulrahim Gelardi, Vito Gelardi and
                                            IME Companions, LLC

By:   */s/ Jonathon D. Warner*
        Jonathon D. Warner (5195)
        6 West 18th Street, 10th Floor
        New York, New York 10011
        (212) 924-7111
        jdwarner@wslaw.nyc

To:   MILMAN LABUDA LAW GROUP PLLC
       Attorneys for Plaintiffs
       3000 Marcus Avenue, Suite 3W8
       Lake Success, New York 11042
       (516) 328-8899
       emanuel@mllaborlaw.com
       (VIA EMAIL)

LEO SHALIT, P.C.,
Attorneys for Third-Party Defendant/
Third-Party Counterclaimant
Carlos Roa
45 Glen Cove Road
Greenvale, New York 11548
(833) SHALIT-1
leo@shalit-law.com
(VIA EMAIL)


MELANIE I. WIENER, ESQ.
Attorney for Defendants
Anthony Bridda, Roman Pollak
and Gregory Elefterakis
1 Metro Tech Center, Suite 1701
Brooklyn, New York 11201
(718) 215-5300
mwiener@abramslaw.com
(VIA EMAIL)


LAW OFFICES OF MICHAEL J. ALBER, P.C.
Attorneys for Defendants
Safa Abdulrahim Gelardi, Vito Gelardi and
IME Companions, LLC
21 Walt Whitman Road, 2nd Floor
Huntington Station, New York 11746
(631) 333-1600
kcb@alberlegal.com
(VIA EMAIL)



Safa Gelardi <safagelardi@gmail.com>

---

## FW: Depositions in Gelardi ads. Watchdogs

**Jonathon Warner** <jdwarner@wslaw.nyc>                                                        Wed, May 10, 2023 at 5:22 PM
To: Safa Gelardi <safagelardi@gmail.com>, vito gelardi <vitogelardi@gmail.com>

I served these Deposition Notices today on the plaintiff. Please note your schedules accordingly.

Jonathon D. Warner, Esq.

Warner & Scheuerman

6 West 18th Street, 10th Floor

New York, NY 10011

Office: 212.924.7111

Fax:     212.924.6111

Cell:    917.656.4197

www.wslaw.nyc



---

**From:** Jonathon Warner
**Sent:** Wednesday, May 10, 2023 2:22 PM
**To:** Emanuel Kataev <Emanuel@mllaborlaw.com>; LEO SHALIT <leo@shalit-law.com>
**Cc:** mweiner@abramslaw.com
**Subject:** FW: Depositions in Gelardi ads. Watchdogs

Please see attached Notices for your clients.

[Quoted text hidden]

---

**3 attachments**

📄 **DepositionNoticeLevi.pdf**
170K

📄 **DepositionNoticeRosenblatt.pdf**
170K

📄 **DepositionNoticeCarlosRoa.pdf**
170K



Safa Gelardi <safagelardi@gmail.com>

# Re: Plaintiffs' Counsel's False Statement Regarding Rosenblatt Deposition / Necessity of 4506-T / Deficiency of Client Summary

1 message

**Safa Gelardi** <safagelardi@gmail.com>  Wed, Aug 6, 2025 at 6:19 PM
To: NYED_Cho Chambers <cho_chambers@nyed.uscourts.gov>

Dear Judge Cho:

At the August 6, 2025 conference, Mr. Kataev falsely stated that defendants only sought the depositions of Daniella Levi and Carlos Roa—not Adam Rosenblatt. That was a direct misrepresentation to the Court.

Enclosed are the formal deposition notices dated May 10, 2023, served through counsel, which include:

- Adam Rosenblatt (June 1, 2023)
- Carlos Roa (June 8, 2023)
- Daniella Levi (June 15, 2023)

Plaintiffs' attorneys were properly served with these notices. There is no ambiguity. The claim that we "never asked for Rosenblatt" is false—and it is not the first time plaintiffs' counsel has misstated facts to the Court. This conduct reflects a **consistent pattern of obstruction and misrepresentation** that undermines the integrity of these proceedings.

Equally concerning is the plaintiffs' continued refusal to produce real financial documentation supporting their claimed damages. For over three years, they have alleged millions in lost income and business value without producing a single tax return, P&L statement, or bank record.

That is why the **IRS Form 4506-T** is essential. It provides certified IRS income records that cannot be manipulated, unlike the selectively generated QuickBooks "Sales by Customer Summary" they now offer. If plaintiffs truly lost millions, it will appear in their tax filings. If not, the case is built on fiction.

**What I was trying to explain during the conference is simple: I earned close to a million dollars a year in this business. If plaintiffs are claiming I "stole" their business, then they need to show they were making at least that much—and lost it because of me.** Anything less does not support their damages claim.

Additionally, we note that a "Sales by Customer Summary" is not proof of damages or entitlement. IME Watchdog may have been the first IME observer business, but that does not mean every client they once worked with belongs to them. **By the time I obtained many of those clients, they were already using other IME observer companies—not IME Watchdog.** I did not take them from Watchdog—I gained them from the broader market after they had moved on. Clients are not property, and prior use of IME Watchdog does not establish exclusive ownership or monetary loss.

## Accordingly, I respectfully request that the Court:

1. **Acknowledge** that defendants properly and timely requested Mr. Rosenblatt's deposition;
2. **Take judicial notice** of Mr. Kataev's false statement made directly to the Court;
3. **Preclude** plaintiffs from relying on Mr. Rosenblatt's affidavits or testimony going forward; and
4. **Compel** plaintiffs to execute IRS Form 4506-T for tax years 2022, 2023, and 2024 to finally verify or disprove their claimed financial losses.

Thank you for your attention to these serious issues, which continue to prejudice defendants and delay resolution of this matter.

Respectfully,
**Safa Gelardi**
Pro Se Defendant

1/17/26, 10:56 AM Gmail - Re: Plaintiffs' Counsel's False Statement Regarding Rosenblatt Deposition / Necessity of Deficiency of Client Su…

Case 1:22-cv-01032-PKC-JRC    Document 613-1    Filed 01/17/26    Page 12 of 12 PageID #: 11737

**Attachments:**

1. Notice of Deposition – Adam Rosenblatt (June 1, 2023)

2. Notice of Deposition – Carlos Roa (June 8, 2023)

3. Notice of Deposition – Daniella Levi (June 15, 2023)

4. Email from Jonathan Warner dated May 10, 2025

Respectfully,
**Safa Gelardi**
Pro Se Defendant

---

**4 attachments**


**DeposiotionNoticeLevi.pdf**
170K


**DepositionNoticeCarlosRoa.pdf**
170K


**DepositionNoticeRosenblatt.pdf**
170K

**Gmail - FW_ Depositions in Gelardi ads. Watchdogs.pdf**
184K