UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                        Plaintiff,

    -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                        Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**DECLARATION OF SERVICE**

       Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

       2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

       3.     On Friday, January 23, 2026, I caused a copy of Plaintiff's letter motion for leave to file documents, ECF Docket Entry 612, via first class mail to:

> Safa Gelardi & Vito Gelardi
> 26118 Cypress Trails Lane
> Cypress, TX 77433-1348

       4.     I made the mailing request on Wednesday, January 21, 2026 but it was regrettably only sent today.

       I declare under penalty of perjury that the foregoing is true and correct.   Executed on January 23, 2026.

                                                          */s/ Emanuel Kataev, Esq.*
                                                          Emanuel Kataev, Esq.