# Emanuel Kataev

| | |
|---|---|
| **From:** | Cuttermill Mailroom <mailserver@notify.postalmate.net> |
| **Sent:** | Friday, January 23, 2026 5:40 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Cuttermill Mailroom Receipt |
| **Attachments:** | logo.jpg |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe



e-Receipt

```
              Cuttermill Mailroom
              16 Middle Neck Road
              Great Neck, NY 11021
              Tel: (516) 829-7447
              Fax: (516) 829-7201
         Email: sales@cuttermillmailroom.com
               www.cuttermillmailroom.com




    Shipment-------------------
       USPS First Class Mail Flat
       Ship To:
           Safa Gelardi & Vito Gelardi
           26118 Cypress Trails Lane
           CYPRESS, TX 77433
```

1

```
   Package ID: 562651             9.60
   Tracking #:  9407111899561914559752
    Certified            [$6.60]
Office Supplies                   2.00 TX
Copies          2 @ 0.35          0.70 TX

     SUBTOTAL                    12.30
     TAX
     State Tax on 2.70            0.23
     TOTAL                       12.53
TEND American Expres             12.53

Total shipments: 1
EMANUEL KATAEV, ESQ.: SAGE LEGAL LLC
                              01/23/2026
#227955                        05:39 PM
Workstation: 21 - Auxiliary Workstation 21
CCTran# 6593703529




     *******************************************
       All Claims or Damages must be made in
       writing to Cuttermill Mailroom within
         10 Days of Receipt of Packages.
     *******************************************
           Thank you for your business!
     *******************************************
```

2