**From:** Ignatius Grande <igrande@thinkbrg.com>
**Sent:** Monday, December 8, 2025 3:07 PM
**To:** NYED_Chen Chambers <chen_chambers@nyed.uscourts.gov>
**Subject:** RE: IME WatchDog, Inc. v. Gelardi, et al. (22-CV-1032)

**CAUTION - EXTERNAL:**

Dear Ms. Abdallah,

I am writing to inform you and Judge Chen that we have **NOT** yet received a payment this month from Ms. Gelardi or her brother in connection with the above-captioned matter as per Judge Chen's earlier court orders.

Please do not hesitate to reach out if you have any questions.

Best regards,
Ignatius

**Ignatius Grande | Director**

**BRG**
810 Seventh Avenue, Suite 4100 | New York, NY 10019
D 646.809.8066 | M 718.249.7203
igrande@thinkbrg.com | thinkbrg.com



**From:** Ignatius Grande <igrande@thinkbrg.com>
**Sent:** Tuesday, January 6, 2026 11:18 AM
**To:** NYED_Chen Chambers <chen_chambers@nyed.uscourts.gov>
**Subject:** RE: IME WatchDog, Inc. v. Gelardi, et al. (22-CV-1032)

**CAUTION - EXTERNAL:**

Dear Ms. Abdallah,

Happy New Year! I am writing to inform the Court that BRG again did **NOT** receive a payment in the IME Watchdog matter from Ms. Gelardi or her brother in connection with the above-captioned matter at the beginning of this month. I do not know what the current status is of this action, but I wanted to keep Judge Chen updated regarding where things stand.

The last payment that BRG received was on Nov. 3, 2025.

Best regards,
Ignatius Grande