UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IME WATCHDOG, INC.,

                    Plaintiff,

    v.

SAFA ABDULRAHIM GELARDI, et al.,

                    Defendants.
---------------------------------------------------------------X

SECOND JUDGMENT

22-CV-1032 (PKC) (JRC)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on February 9, 2026, granting in part and denying in part Plaintiff's motion for contempt, (Dkt. 477); it is

      ORDERED and ADJUDGED that Plaintiff's motion for contempt, (Dkt. 477), is granted in part and denied in part as follows:

      1. The Court denies Plaintiff's request for the Court to hold the Gelardis in criminal contempt.

      2. The Court finds the Gelardis in civil contempt and orders case-ending sanctions. Default will be entered against the Gelardis under Rule 55(a) of the Federal Rules of Civil Procedure. The Court orders Plaintiff to file a motion for default judgment pursuant to Rule 55(b)(2) within thirty (30) days of this Memorandum and Order. The Gelardis shall submit any objections to Plaintiff's proposed judgment within thirty (30) days thereafter.

      3. Safa's counterclaims, (Dkt. 547), are dismissed pursuant to Rule 41(c), and Safa's request for the Court to take judicial notice, (Dkt. 569), is denied.

      4. The Court sanctions Defendants $105,881.78 for the contempt found in the Court's March 2025 Memorandum and Order, (Dkt. 448), which represents Plaintiff's reasonable associated attorneys' fees. The Court grants Plaintiff's request for immediate entry of judgment as

to that amount, (Dkt. 582), pursuant to Rule 58(d) and 58(a); it is also

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff against Defendants for $105,881.78 pursuant to Rule 58(d) and 58(a).

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 10, 2026 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   /s/Jalitza Poveda<br>        Deputy Clerk |