UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IME WATCHDOG, INC.,

                     Plaintiff,                                     22-CV-1032 (PKC) (JRC)

-     against  –                                **CERTIFICATE OF DEFAULT**

SAFA ABDULRAHIM GELARDI, et al.,

                     Defendants.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants Safa Abdulrahim Gelardi, Vito Gelardi, IME Companions LLC, Client Exam Services LLC, and IME Management & Consulting LLC, have not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      February 11, 2026                    BRENNA B. MAHONEY, Clerk of the Court

                                                    By: ___*Jalitza Poveda*___
                                                             Deputy Clerk