UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IME WATCHDOG, INC.,

      Plaintiff,

v.                              Case No. 1:22-cv-01032 (PKC) (JRC)

SAFA GELARDI, VITO GELARDI,

IME COMPANIONS LLC, CLIENT EXAM SERVICES LLC,

IME MANAGEMENT & CONSULTING LLC, and others,

Defendants

-----------------------------------------------------------X

**NOTICE OF APPEAL**

    Notice is hereby given that Defendants Safa Gelardi and Vito Gelardi, appearing pro se, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum & Order entered February 9, 2026 (ECF No. 616), and the Judgment entered February 10, 2026 (ECF No. 617). Defendants further appeal from the Certificate of Default entered February 11, 2026 (ECF No. 618), and from all prior orders, rulings, and determinations that merge into the foregoing and/or form the basis for the relief awarded.

Dated: February 11, 2026

Respectfully submitted,

/s/ Safa Gelardi, pro se

/s/ Vito Gelardi, pro se