UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                          Plaintiff,

          -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                          Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**ORDER TO SHOW CAUSE**

Upon the annexed second amended Complaint, the declaration of Carlos Roa, and the annexed Memorandum of Law in support,

**LET** the defendants, Safa Abdulrahim Gelardi ("Safa"), Vito Gelardi ("Vito"), and IME Companions LLC ("Companions") (Safa, Vito, and Companions collectively the "Defendants") and non-parties Direct IME Services LLC ("Direct"), Mark Purificati ("Purificati"), Dave Segovia ("Segovia"), Christian Hogarth ("Hogarth"), and Jeff Beiben ("Beiben") show cause before the Hon. Pamela K. Chen, U.S.D.J., of this Court to be held at the courthouse thereof, located at 225 Cadman Plaza East, Courtroom 4F North, Brooklyn , NY 11201, on the

_____ day of _____, 2026 at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard, why an Order should not be issued:

      (a)     preliminarily enjoining Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth, and Beiben from serving customers on the Enjoined Customers List ("ECL");

      (b)     preliminarily enjoining Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati,

Segovia, Hogarth, and Beiben from using in any manner whatsoever IME WatchDog, Inc.'s

("IME WatchDog") trade secret and confidential and proprietary information (including,

without limitation, IME WatchDog's customer database, including the identity and contact

information of IME WatchDog's customers, or any other information regarding IME

WatchDog's customers, clients, transactions, financial information,or other matters involving

IME WatchDog);

(c)    directing Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any

persons or entities acting in concert with or on behalf of Defendants, Direct, Segovia, Hogarth,

and Beiben to return to IME WatchDog all originals and copies of documents, records, and

information, whether in hard copy and/or computerized and/or other electronic media form, that

contain IME WatchDog's trade secrets and confidential and proprietary information (including,

without limitation, IME WatchDog's customer database, including the identity and contact

information of IME WatchDog's customers, and for each customer of IME WatchDog the

services offered and payments received from IME WatchDog's customers, and/or other matters

involving IME WatchDog and which Defendants obtained or accessed, including without

limitation information regarding IME WatchDog's customers, clients, transactions, financial

information,or other information involving IME WatchDog) with the use of an independent

third-party monitor to be paid for by Defendants, Direct, Purificati, Segovia, Hogarth, Beiben;

(d)    directing Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons

or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth,

and Beiben to make all electronic accounts that are in  their custody or control and on which they

stored information regarding IME WatchDog's trade secrets and confidential or proprietary

information available and accessible to IME WatchDog (including providing relevant passwords)

to inspect to ensure IME WatchDog's trade secrets and confidential and proprietary information is secure and has not been improperly copied or distributed and to determine all violations of this Court's Orders;

(e)    directing Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth, and Beiben to pay for a forensic analysis of their digital devices;

(f)    issuing a Court-Authorized Notice to customers on the ECL;

(g)    preliminarily enjoining Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Segovia, Hogarth, and Beiben from contacting any IME WatchDog clients and/or individuals currently performing services for IME Watchdog;

(h)    directing Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Segovia, Hogarth, and Beiben to place a public notice on the home page of any website operated by Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth, and Beiben with the Court-Authorized Notice; and

(i)    preliminarily enjoining Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth, and Beiben from operating Direct due to Defendants' prior and continued contempt of this Court's Orders; and

(j)    directing the U.S. Marshal to arrest Safa and Vito due to their demonstrable perjury and repeated willful and contumacious conduct in disobeying this Court's multiple Orders, and it

3

is further

   **ORDERED**, that pending the hearing and determination of this application, and further

order of this Court, Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any

persons/entities acting in concert with them, are hereby:

   (a)    preliminarily enjoined from serving customers on the ECL;

   (b)    preliminarily enjoined from using in any manner whatsoever IME WatchDog's

trade secret and confidential and proprietary information (including, without limitation, IME

WatchDog's customer database, including the identity and contact information of IME

WatchDog's customers, or any other information regarding IME WatchDog's customers, clients,

transactions, financial information,or other matters involving IME WatchDog);

   (c)    directed to return to IME WatchDog all originals and copies of documents,

records, and information, whether in hard copy and/or computerized and/or other electronic

media form, that contain IME WatchDog's trade secrets and confidential and proprietary

information (including, without limitation, IME WatchDog's customer database, including the

identity and contact information of IME WatchDog's customers, and for each customer of IME

WatchDog, the services offered and payments received from IME WatchDog's customers, and/or

other matters involving IME WatchDog and which Defendants obtained or accessed, including

without limitation information regarding IME WatchDog's customers, clients, transactions,

financial information,or other information involving IME WatchDog and to cooperate with an

independent third-party court monitor to do so;

   (d)    directed to make all electronic accounts that are in  their custody or control and on

which they stored information regarding IME WatchDog, Inc.'s trade secrets and confidential or

proprietary information available and accessible to IME WatchDog, Inc. (including providing

relevant passwords) to inspect to ensure IME WatchDog, Inc.'s trade secrets and confidential and proprietary information is secure and has not been improperly copied or distributed and to determine all violations of this Court's Orders;

      (e)    directed to pay for a forensic analysis of their digital devices;

      (f)    directed to provide a list of all customers served by them for purposes of issuing a Court-Authorized Notice;

      (g)    preliminarily enjoined from contacting IME WatchDog's clients and/or agents;

      (h)    directed to place a public notice on the home page of the websites for Direct, and any other website operated by Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth, and Beiben with a Court-Authorized Notice to be approved by the Court;

      (i)    preliminarily enjoined from continuing to operate Direct or any other IME company due to Defendants' prior and continued contempt of this Court's Orders; and

      (j)    Safa and Vito are directed to surrender themselves to the custody of the U.S. Marshal due to their demonstrable perjury and willful and contumacious conduct in disobeying this Court's multiple Orders; and it is further

    **ORDERED** that pending the hearing of this matter, IME WatchDog shall be permitted to conduct discovery on an expedited basis as against Defendants, Direct, Purificati, Segovia, Hogarth, Beiben, and any persons or entities acting in concert with or on behalf of Defendants, Direct, Purificati, Segovia, Hogarth, and Beiben, including obtaining documents from them and taking depositions in aid of the requested injunctive relief, and it is further

    **ORDERED** that service by email and federal express of a copy of this Order, along with the papers upon which it is based, shall be made upon Defendants via ECF and upon Direct,

Purificati, Segovia, Hogarth, and Beiben by filing same via ECF in the case against them in the United States District Court for the Southern District of New York, <u>IME WatchDog, Inc. v. Beiben, *et al.*</u>; Case No.: 1:25-cv-10218 (VSB) (RFT), as well as via e-mail and overnight delivery to their last known address, on or before the ____ day of February, 2026, and such service shall be deemed good and sufficient; and it is further

**ORDERED** that pursuant to the Court's January 28, 2026 Order, answering papers, if any, shall be served on or February 25, 2026 (Defendants, Direct, Purificati, Segovia, Hogarth, Beiben must ensure their papers are filed on ECF and emailed to Plaintiff's counsel on or before February 25, 2026), and Plaintiff's reply, if any, shall be filed by March 4, 2026.

Dated:                                    **SO ORDERED:**


_____
                                           , U.S.D.J.