# EXHIBIT A

**LRO Centralized Mail**
**Mail Code LA2-7300**
**1414 Woodward Avenue**
**Ruston, LA 71270-2015**

12/30/2025

DANIELLE N GRZAN
DANIELLE N GRZAN ESQ PC
114 FOREST AVENUE UNIT 1
GLEN COVE NY 11542

**Case Name:  IME WATCHDOG INC AND CARLOS ROA VS SAFA ABDULRAHAM GELARDI, VITO GELARDI AND IME COMPANIONS LLC**
**Case No.:  22CV1032**
**JPMorgan Chase File No.:  SB1790334-F1**

To Whom It May Concern:

We have received a subpoena and/or request for the matter referenced above. Based on the information you provided in the request, a good faith search was conducted for information or records related to the named subject(s). Here is the information located during this search that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728; we accept operator relay calls.  We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.  Please know that we are only able to provide the status of this request.  We can't verbally disclose further information related to the records and/or information provided.

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

**Here's our updated mailing address, effective November 3, 2025.**
Please send all mail to the address below.

LRO Centralized Mail Services
1414 Woodward Avenue, LA2-7300
Ruston, LA 71270-2015

Thank you for updating your records accordingly.


Sincerely,


National Subpoena Processing


JPMorgan Chase Bank, N.A. Member FDIC
SUBP17

**DECLARATION**

**Case No. : 22CV1032**

I, Georgia M Taylor, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated:  12/30/2025        By:  *Georgia Taylor*
                                Georgia M Taylor
                                Transactions Specialist III
                                JPMORGAN CHASE BANK, N.A.

SB1790334-F1                                                                 Subp10a

**Table Of Contents:**
**SB1790334-F1**

**Account Number :** ████████0000
    **Customer - Demographics**      **1**

**Account Number :** ████████3888
    **Statements and/or Items**      **2**

**Account Number :** ████████1024
    **Statements and/or Items**      **56**

**Account Number :** ████████9350
    **Statements and/or Items**      **106**

**Account Number :** ████████2082
    **Statements and/or Items**      **150**

**Account Number :** ████████8842
    **Statements and/or Items**      **198**

**Account Number :** ████████0215
    **Statements and/or Items**      **246**

**Account Number :** ████████5706
    **Statements and/or Items**      **292**

**Account Number :** ████████1762
    **Statements and/or Items**      **308**

**Account Number :** ████████7268
    **Statements and/or Items**      **318**

**Account Number :** ████████0710
    **Statements and/or Items**      **350**

This document contains information related to customer demographics

Customer Name: SAFA GELARDI
Customer Address: 26118 CROSSWOOD TRAILS LN, CYPRESS, TX 774331348
Employer: STERLING bank.

Customer Name: VITO GELARDI
Customer Address: 26118 CROSSWOOD TRAILS LN, CYPRESS, TX 774331348
Employer: st mathews church

Customer Name: Ime Companions LLC
Customer Address: 26118 Crosswood Trails Ln, Cypress, TX 77433-1348, United States/Us Territories
Employer: No data available

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 05, 2024 through January 06, 2025

Primary Account: ■■■■■■ 3888

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00957864 DRE 802 219 00725 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## A reminder about incoming wire transfer fees

Due to a system issue, we may not have charged you for all incoming wires in the past. Beginning March 23, 2025, wire transfer fees will be charged for all incoming wires for Chase High School Checking[SM], Chase College Checking[SM], Chase Total Checking®, Chase Premier Plus Checking[SM] and Chase Savings[SM] accounts. Please visit **chase.com/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Sapphire[SM] Checking, Chase Private Client Checking[SM], Chase Private Client Savings[SM], Chase Premier Savings[SM] accounts and for Chase Premier Plus Checking[SM] accounts with Military Enhanced Benefits.

As a reminder, Chase Secure Banking[SM] and Chase First Banking[SM] accounts cannot send or receive wire transfers.

If you have any questions, call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ■■■■■3888 | $2,932.99 | $1,460.00 |
| Chase Total Checking | ■■■■■0215 | 4,535.94 | 4,511.41 |
| **Total** | | **$7,468.93** | **$5,971.41** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$7,468.93** | **$5,971.41** |

**SB1790334-F1**

2



December 05, 2024 through January 06, 2025

Primary Account: ███████ 3888

## CHASE TOTAL CHECKING

SAFA GELARDI                                      Account Number: ███████ 3888

## CHECKING SUMMARY

|  | AMOUNT |
| --- | --- |
| **Beginning Balance** | **$2,932.99** |
| Deposits and Additions | 14,104.76 |
| Electronic Withdrawals | -15,577.75 |
| **Ending Balance** | **$1,460.00** |

Interest paid in 2024 for account ███████ 3888 was $0.25.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
|  | **Beginning Balance** |  | **$2,932.99** |
| 12/05 | Zelle Payment To Cleaning Lady Jpm99Asd1Gbx | -80.00 | 2,852.99 |
| 12/09 | Zelle Payment From Rose Jordan Pncaa0Oms67Q | 150.00 | 3,002.99 |
| 12/09 | Zelle Payment To Fifi Jpm99Aslh4Ow | -250.00 | 2,752.99 |
| 12/09 | Zelle Payment To Yousef Buddah Jpm99Asmwhlb | -200.00 | 2,552.99 |
| 12/10 | Online Transfer From Chk ...0215 Transaction#: 23004026555 | 500.00 | 3,052.99 |
| 12/10 | Zelle Payment To Jenine Jpm99Asowxeo | -150.00 | 2,902.99 |
| 12/10 | Zelle Payment To Jenine Jpm99Aspl4E8 | -10.00 | 2,892.99 |
| 12/10 | Zelle Payment To Jenine Jpm99Aspl72H | -20.00 | 2,872.99 |
| 12/11 | Zelle Payment To Jenine Jpm99Aspxdt1 | -50.00 | 2,822.99 |
| 12/11 | Zelle Payment To Galila 23011847677 | -1,750.00 | 1,072.99 |
| 12/12 | 12/12 Online Transfer To Chk ...0215 Transaction#: 23028103497 | -1,000.00 | 72.99 |
| 12/13 | Zelle Payment From Jamel Ferguson Rgn0Iscegzbh | 250.00 | 322.99 |
| 12/16 | Venmo        Cashout        PPD ID: 5264681992 | 4,999.00 | 5,321.99 |
| 12/16 | Venmo        Cashout        PPD ID: 5264681992 | 341.00 | 5,662.99 |
| 12/16 | Zelle Payment To Makeup 23056039190 | -120.00 | 5,542.99 |
| 12/16 | Zelle Payment To Makeup 23060783433 | -240.00 | 5,302.99 |
| 12/16 | Zelle Payment To Amira 23062200696 | -750.00 | 4,552.99 |
| 12/16 | Zelle Payment To Nasaun Jpm99At0Ozp3 | -600.00 | 3,952.99 |
| 12/16 | Zelle Payment To Yihya Dj 23065683273 | -2,000.00 | 1,952.99 |
| 12/16 | Zelle Payment To Nasaun Jpm99At1Juex | -400.00 | 1,552.99 |
| 12/16 | Capital One        Crcardpmt 3Yr3Kjx5Ux523Qn Web ID: 9541719318 | -55.00 | 1,497.99 |
| 12/16 | Zelle Payment To Dave Sagovia 23075973474 | -1,000.00 | 497.99 |
| 12/17 | Cash App        Safa Gelar        PPD ID: 8800429876 | 1,458.75 | 1,956.74 |
| 12/17 | Intuit        Transfer        PPD ID: 9002000202 | 1,000.00 | 2,956.74 |
| 12/17 | Venmo        Cashout        PPD ID: 5264681992 | 500.00 | 3,456.74 |
| 12/17 | 12/17 Online Transfer To Chk ...0215 Transaction#: 23079146168 | -1,000.00 | 2,456.74 |
| 12/18 | Cash App        Safa Gelar        PPD ID: 8800429876 | 2,565.00 | 5,021.74 |
| 12/20 | Synchrony Bank  Cc Pymt  601918390845324 Tel ID: 9856794001 | -400.00 | 4,621.74 |
| 12/20 | 12/20 Online Transfer To Chk ...0215 Transaction#: 23114780277 | -1,000.00 | 3,621.74 |
| 12/23 | Remote Online Deposit        1 | 68.87 | 3,690.61 |

**SB1790334-F1**

3



**CHASE ◯**

December 05, 2024 through January 06, 2025
Primary Account: ▓▓▓▓▓▓ 3888



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|---|---|--------|---------|
| 12/23 | Zelle Payment From NY Connected Corp. 23147384315 | | | 75.00 | 3,765.61 |
| 12/23 | Zelle Payment To Jenine Jpm99Atdpgqx | | | -20.00 | 3,745.61 |
| 12/23 | Zelle Payment To Dave Sagovia 23137450414 | | | -2,000.00 | 1,745.61 |
| 12/23 | Zelle Payment To Jenine Jpm99Atgyfqv | | | -69.00 | 1,676.61 |
| 12/24 | Intuit    Transfer | PPD ID: 9002000202 | | 1,000.00 | 2,676.61 |
| 12/27 | Zelle Payment To Jenine Jpm99Atpdl0U | | | -700.00 | 1,976.61 |
| 12/30 | Remote Online Deposit    1 | | | 54.02 | 2,030.63 |
| 12/30 | Chase Credit Crd Autopay | PPD ID: 4760039224 | | -123.00 | 1,907.63 |
| 12/30 | Prosper Marketpl Mpl Trust1 | PPD ID: ACH1800083 | | -864.75 | 1,042.88 |
| 12/30 | Zelle Payment To Jenine Jpm99Attjby2 | | | -381.00 | 661.88 |
| 12/31 | Zelle Payment From Tallal Yousef Salameh 23225027712 | | | 900.00 | 1,561.88 |
| 01/02 | Cash App    Safa Gelar | PPD ID: 8800429876 | | 243.12 | 1,805.00 |
| 01/03 | Chase Credit Crd Autopay | PPD ID: 4760039224 | | -200.00 | 1,605.00 |
| 01/03 | Zelle Payment To Jenine Jpm99Au3Upu8 | | | -125.00 | 1,480.00 |
| 01/06 | Zelle Payment To Jenine Jpm99Au9K54Y | | | -20.00 | 1,460.00 |
| | **Ending Balance** | | | | **$1,460.00** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $12,106.87. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $72.99)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $2,164.12)

## CHASE TOTAL CHECKING

VITO GELARDI

Account Number: ▓▓▓▓▓ 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|--|--------|
| **Beginning Balance** | **$4,535.94** |
| Deposits and Additions | 14,803.45 |
| ATM & Debit Card Withdrawals | -192.28 |
| Electronic Withdrawals | -14,635.70 |
| **Ending Balance** | **$4,511.41** |



December 05, 2024 through January 06, 2025

Primary Account: ███████3888

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$4,535.94** |
| 12/05 | Hctra EFT      Eztagstppd      PPD ID: 2746019451 | -28.61 | 4,507.33 |
| 12/05 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Asdv3Uq | -325.00 | 4,182.33 |
| 12/05 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Asexy9V | -100.00 | 4,082.33 |
| 12/09 | Remote Online Deposit            1 | **2,200.00** | 6,282.33 |
| 12/09 | Airbnb 4977      Airbnb      PPD ID: 1463165559 | 1,762.49 | 8,044.82 |
| 12/09 | Citi Autopay      Payment   191559494020003 Tel ID: Citicardap | -100.00 | 7,944.82 |
| 12/09 | 12/07 Payment To Chase Card Ending IN 8842 | -300.00 | 7,644.82 |
| 12/09 | Zelle Payment To Mohammed Dabke Group Jpm99Asl85W5 | -1,000.00 | 6,644.82 |
| 12/09 | American Express ACH Pmt      R6022      Tel ID: 2005032111 | -300.00 | 6,344.82 |
| 12/10 | 12/10 Payment To Chase Card Ending IN 0710 | -35.00 | 6,309.82 |
| 12/10 | 12/10 Online Transfer To Chk ...3888 Transaction#: 23004026555 | -500.00 | 5,809.82 |
| 12/11 | State Farm Ro 27 Sfpp      PPD ID: 9000307001 | -266.90 | 5,542.92 |
| 12/11 | Hctra EFT      Eztagstppd      PPD ID: 2746019451 | -20.00 | 5,522.92 |
| 12/11 | Nsm Dbamr.Cooper Nsm Dbamr  7766181      Web ID: 0000452701 | -3,486.10 | 2,036.82 |
| 12/12 | Remote Online Deposit            1 | 150.00 | 2,186.82 |
| 12/12 | Online Transfer From Chk ...3888 Transaction#: 23028103497 | **1,000.00** | 3,186.82 |
| 12/12 | 12/12 Online Payment 22709152428 To Barclays Bank Delaware | -200.00 | 2,986.82 |
| 12/12 | Zelle Payment To Princess Paety Hall 23028106145 | -2,760.00 | 226.82 |
| 12/13 | ATM Cash Deposit      12/13 26030 Nw Freeway Cypress TX Card 8142 | **1,000.00** | 1,226.82 |
| 12/13 | Online Transfer From Sav ...1762 Transaction#: 23032694939 | 132.00 | 1,358.82 |
| 12/13 | Online Transfer From Sav ...1751 Transaction#: 23032695795 | 91.00 | 1,449.82 |
| 12/13 | Hctra EFT      Eztagstppd      PPD ID: 2746019451 | -20.00 | 1,429.82 |
| 12/13 | Trieagle Energy  Trie_ACH   035973531742   Tel ID: 9889760501 | -258.00 | 1,171.82 |
| 12/16 | ADT Security Ser Adtpapach  320285739      Web ID: 8881323080 | -71.52 | 1,100.30 |
| 12/16 | Citi Card Online Payment   431565088613932 Web ID: Citictp | -41.00 | 1,059.30 |
| 12/16 | T-Mobile      Pcs Svc   9517781      Web ID: 0000450304 | -367.20 | 692.10 |
| 12/16 | Hns Hughesnet86  6-347-3292 9385449      Web ID: 0000749317 | -125.88 | 566.22 |
| 12/17 | Online Transfer From Chk ...3888 Transaction#: 23079146168 | **1,000.00** | 1,566.22 |
| 12/17 | Hctra EFT      Eztagstppd      PPD ID: 2746019451 | -20.00 | 1,546.22 |
| 12/17 | Recurring Card Purchase 12/17 Simply Business Simplybusines MA Card 8142 | -47.70 | 1,498.52 |
| 12/19 | Home Depot      Payment      PPD ID: Citigpufdr | -29.00 | 1,469.52 |
| 12/19 | Amz_Storecrd_Pmt Payment   604578119667222 Tel ID: 9130142001 | -51.00 | 1,418.52 |
| 12/19 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99At83Wyr | -325.00 | 1,093.52 |
| 12/20 | Online Transfer From Chk ...3888 Transaction#: 23114780277 | **1,000.00** | 2,093.52 |
| 12/20 | Aqua      Aqua Servi      PPD ID: 1023940101 | -136.70 | 1,956.82 |
| 12/20 | Hctra EFT      Eztagstppd      PPD ID: 2746019451 | -20.00 | 1,936.82 |
| 12/20 | Discover      Payments  5273      Tel ID: 3510020270 | -7.00 | 1,929.82 |
| 12/23 | Ppl Eu      Elec Svc      PPD ID: 1230959590 | -51.46 | 1,878.36 |
| 12/23 | Hctra EFT      Eztagstppd      PPD ID: 2746019451 | -20.68 | 1,857.68 |
| 12/23 | Wf Credit Card  Auto Pay      PPD ID: 50260000 | -200.00 | 1,657.68 |
| 12/26 | Airbnb 4977      Airbnb      PPD ID: 1463165559 | 1,791.59 | 3,449.27 |
| 12/26 | American Express ACH Pmt      A3342      Web ID: 9493560001 | -500.00 | 2,949.27 |
| 12/26 | Firstenergy Opco ACH      033193761178   CCD ID: 1341968288 | -31.42 | 2,917.85 |
| 12/26 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Atmsqb2 | -325.00 | 2,592.85 |
| 12/26 | 12/26 Payment To Chase Card Ending IN 0710 | -35.00 | 2,557.85 |
| 12/30 | Airbnb 4977      Airbnb      PPD ID: 1463165559 | **1,113.56** | 3,671.41 |
| 12/30 | Firstenergy Opco ACH      PPD ID: 1341968288 | -385.10 | 3,286.31 |
| 12/30 | Firstenergy Opco ACH      PPD ID: 1341968288 | -140.84 | 3,145.47 |



December 05, 2024 through January 06, 2025
Primary Account: ██████████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 12/30 | Home Depot          Payment              PPD ID: Citigpufdr | -29.00 | 3,116.47 |
| 12/30 | 12/30 Online Payment 22850466210 To Discover | -150.00 | 2,966.47 |
| 12/30 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Atudb7J | -325.00 | 2,641.47 |
| 12/30 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Atuf0Fo | -325.00 | 2,316.47 |
| 12/30 | Zelle Payment To Scott Landscaper Jpm99Atumszb | -75.00 | 2,241.47 |
| 12/31 | Airbnb 4977         Airbnb                PPD ID: 1463165559 | **1,307.56** | 3,549.03 |
| 12/31 | State Farm Ro 27 Sfpp              PPD ID: 9000307001 | -37.00 | 3,512.03 |
| 12/31 | Hctra EFT        Eztagstppd            PPD ID: 2746019451 | -20.00 | 3,492.03 |
| 01/02 | Airbnb 4977         Airbnb                PPD ID: 1463165559 | **2,255.25** | 5,747.28 |
| 01/02 | Zelle Payment To Jenine Jpm99Au0J3Q6 | -23.00 | 5,724.28 |
| 01/03 | Verizon Wireless Payments             PPD ID: 1223344794 | -160.00 | 5,564.28 |
| 01/03 | Trieagle Energy  Trie_ACH  035389350818   Tel ID: 9889760501 | -250.42 | 5,313.86 |
| 01/06 | Hctra EFT        Eztagstppd            PPD ID: 2746019451 | -20.00 | 5,293.86 |
| 01/06 | Zelle Payment To Jenine Jpm99Au6Hsot | -162.00 | 5,131.86 |
| 01/06 | Card Purchase With Pin  01/05 Costco Whse #1208 Cypress TX Card 8142 | -144.58 | 4,987.28 |
| 01/06 | Cpenergy Entex  Ent ACH Eb 006403272815   Tel ID: 176051140D | -40.88 | 4,946.40 |
| 01/06 | 01/06 Payment To Chase Card Ending IN 8842 | -408.00 | 4,538.40 |
| 01/06 | American Express ACH Pmt   A3188         Web ID: 9493560001 | -26.99 | 4,511.41 |
| | **Ending Balance** | | **$4,511.41** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $8,230.45. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $226.82)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,152.26)





December 05, 2024 through January 06, 2025

Primary Account: ███████████ 3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

**CHASE ◯**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 07, 2025 through February 05, 2025
Primary Account: ▮▮▮▮ 3888

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00967836 DRE 802 219 03725 NNNNNNNNNNN   1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



**To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps**

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:

- Request details about your payment's purpose and how you made contact with the recipient
- Block or decline payments identified as originating from contact through social media
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement if you do not respond truthfully to questions we ask

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:

- On chase.com, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▮▮▮3888 | $1,460.00 | $8,334.36 |
| Chase Total Checking | ▮▮▮0215 | 4,511.41 | 3,414.21 |
| **Total** | | **$5,971.41** | **$11,748.57** |

| | | | |
|---|---|---|---|
| **TOTAL  ASSETS** | | **$5,971.41** | **$11,748.57** |

**SB1790334-F1**

8



January 07, 2025 through February 05, 2025

Primary Account: ███████ **3888**

## CHASE TOTAL CHECKING

SAFA GELARDI                                                                 Account Number: ███████ 3888

## CHECKING SUMMARY

|                          | AMOUNT      |
|--------------------------|-------------|
|                          | **AMOUNT**  |
| **Beginning Balance**    | **$1,460.00** |
| Deposits and Additions   | 10,500.00   |
| Electronic Withdrawals   | -3,625.64   |
| **Ending Balance**       | **$8,334.36** |

Interest paid in 2024 for account ███████ 3888 was $0.25.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|      | **Beginning Balance** |        | **$1,460.00** |
| 01/08 | Zelle Payment To Melissa B 23322032007 | -100.00 | 1,360.00 |
| 01/08 | Zelle Payment To Christian Creole And French Ime Jpm99Aud4R78 | -525.00 | 835.00 |
| 01/09 | Intuit      Transfer      PPD ID: 9002000202 | 500.00 | 1,335.00 |
| 01/14 | Chase Credit Crd Autopay      PPD ID: 4760039224 | -86.00 | 1,249.00 |
| 01/15 | Tjx Rew Mstrcrd Syf Paymnt 524366167356148 Web ID: 9069872103 | -104.89 | 1,144.11 |
| 01/17 | Capital One      Crcardpmt 42Nfzysnyjyhqwf Web ID: 9541719318 | -55.00 | 1,089.11 |
| 01/21 | Zelle Payment To Fidel Jpm99Avc0Iav | -80.00 | 1,009.11 |
| 01/21 | Barclaycard US  Creditcard 1215300841      Tel ID: 2510407970 | -500.00 | 509.11 |
| 01/28 | Chase Credit Crd Autopay      PPD ID: 4760039224 | -395.00 | 114.11 |
| 01/30 | Intuit      Transfer      PPD ID: 9002000202 | 10,000.00 | 10,114.11 |
| 01/30 | Prosper Marketpl Mpl Trust1      PPD ID: ACH1800083 | -864.75 | 9,249.36 |
| 01/31 | Zelle Payment To Jenine Jpm99Awlsuee | -170.00 | 9,079.36 |
| 02/03 | Chase Credit Crd Autopay      PPD ID: 4760039224 | -350.00 | 8,729.36 |
| 02/05 | Zelle Payment To Christian Creole And French Ime Jpm99Ax5LdI8 | -395.00 | 8,334.36 |
|      | **Ending Balance** |        | **$8,334.36** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $10,743.12. Note: some deposits may be listed on your previous statement.)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $114.11)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $2,535.39)

**SB1790334-F1**



**CHASE ◻**

January 07, 2025 through February 05, 2025

Primary Account: **3888**



## CHASE TOTAL CHECKING

VITO GELARDI                                                      Account Number: **0215**

OR SAFA ABDUL-RAHMAN-GELARDI

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,511.41** |
| Deposits and Additions | 11,323.40 |
| ATM & Debit Card Withdrawals | -47.70 |
| Electronic Withdrawals | -12,372.90 |
| **Ending Balance** | **$3,414.21** |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $4,511.41 |
| 01/07 | ATM Cash Deposit        01/07 26030 Nw Freeway Cypress TX Card 8142 | 2,500.00 | 7,011.41 |
| 01/07 | Citi Autopay     Payment    191586280210052 Tel ID: Citicardap | -1,872.82 | 5,138.59 |
| 01/07 | Home Depot     Payment    091585736679976 Tel ID: Citigpufdr | -122.55 | 5,016.04 |
| 01/07 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.00 | 4,996.04 |
| 01/07 | 01/07 Online Transfer To Gmr ...5706 Transaction#: 23308087081 | -200.00 | 4,796.04 |
| 01/08 | American Express ACH Pmt    A8442     Web ID: 9493560001 | -45.03 | 4,751.01 |
| 01/13 | State Farm Ro 27 Sfpp            PPD ID: 9000307001 | -266.90 | 4,484.11 |
| 01/13 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.00 | 4,464.11 |
| 01/13 | Nsm Dbamr Cooper Nsm Dbamr 9112041     Web ID: 0000452701 | -3,486.10 | 978.01 |
| 01/14 | Citi Card Online Payment   431591737509863 Web ID: Citictp | -147.96 | 830.05 |
| 01/14 | Barclaycard US  Creditcard 1210029717     Web ID: 2510407970 | -111.73 | 718.32 |
| 01/14 | ADT Security Ser Adtpapach 320285739     Web ID: 8881323080 | -71.52 | 646.80 |
| 01/14 | 01/14 Online Payment 23020692887 To Barclays Bank Delaware | -200.00 | 446.80 |
| 01/15 | ATM Cash Deposit        01/15 26030 Nw Freeway Cypress TX Card 8142 | 700.00 | 1,146.80 |
| 01/15 | Amazon Store    Syf Paymnt 604578119667222 Tel ID: 9069872103 | -250.00 | 896.80 |
| 01/15 | Hns Hughesnet86 6-347-3292 0498553       Web ID: 0000749317 | -125.88 | 770.92 |
| 01/15 | T-Mobile        Pcs Svc   0641479      Web ID: 0000450304 | -367.20 | 403.72 |
| 01/17 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.74 | 382.98 |
| 01/17 | Recurring Card Purchase 01/17 Simply Business Simplybusines MA Card 8142 | -47.70 | 335.28 |
| 01/21 | Airbnb 4977     Airbnb           PPD ID: 1463165559 | 1,815.84 | 2,151.12 |
| 01/21 | Discover      Payments  5273        Tel ID: 3510020270 | -5.00 | 2,146.12 |
| 01/21 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Avk1Fp0 | -400.00 | 1,746.12 |
| 01/22 | Aqua        Aqua Servi       PPD ID: 1023940101 | -136.70 | 1,609.42 |
| 01/22 | Samsclub Mstrcrd Syf Paymnt 521333141554064 Tel ID: 9069872103 | -40.00 | 1,569.42 |
| 01/22 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.00 | 1,549.42 |
| 01/23 | Ppl Eu     Elec Svc        PPD ID: 1230959590 | -72.42 | 1,477.00 |
| 01/23 | Wf Credit Card  Auto Pay        PPD ID: 50260000 | -200.00 | 1,277.00 |
| 01/24 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.00 | 1,257.00 |
| 01/24 | American Express ACH Pmt    R5488     Tel ID: 2005032111 | -400.00 | 857.00 |
| 01/27 | Firstenergy     Opco-ACH        PPD ID: 1341968288 | -28.45 | 828.55 |
| 01/27 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.00 | 808.55 |
| 01/27 | American Express ACH Pmt    A0742     Web ID: 9493560001 | -500.00 | 308.55 |
| 01/28 | Deposit     2090894999 | 5,000.00 | 5,308.55 |

Page 3 of 4



January 07, 2025 through February 05, 2025

Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|---|---|--------|---------|
| 01/28 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -22.48 | 5,286.07 |
| 01/28 | 01/28 Online Transfer To Sav ...1762 Transaction#: 23531846373 | | | -300.00 | 4,986.07 |
| 01/29 | State Farm Ro 27 Sfpp | | PPD ID: 9000307001 | -37.00 | 4,949.07 |
| 01/29 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 4,929.07 |
| 01/29 | 01/29 Payment To Chase Card Ending IN 0710 | | | -50.00 | 4,879.07 |
| 01/30 | Firstenergy | Opco-ACH | PPD ID: 1341968288 | -918.30 | 3,960.77 |
| 01/30 | Firstenergy | Opco-ACH | PPD ID: 1341968288 | -178.33 | 3,782.44 |
| 01/30 | 01/30 Online Payment 23214687367 To Discover | | | -150.00 | 3,632.44 |
| 02/03 | Verizon Wireless Payments | | PPD ID: 1223344794 | -65.76 | 3,566.68 |
| 02/04 | Airbnb 4977 | Airbnb | PPD ID: 1463165559 | **1,307.56** | 4,874.24 |
| 02/04 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 4,854.24 |
| 02/05 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 4,834.24 |
| 02/05 | 02/05 Payment To Chase Card Ending IN 7268 | | | -120.03 | 4,714.21 |
| 02/05 | Zelle Payment To Raffle Deli Land Lord Jpm99Ax63Cy4 | | | -1,300.00 | 3,414.21 |
| | **Ending Balance** | | | | **$3,414.21** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $5,378.65. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $308.55)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,034.21)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◉

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 06, 2025 through March 05, 2025

Primary Account: ███████ **3888**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00969694 DRE 802 219 06525 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## We're introducing new security measures for certain wire transfers when using our digital banking services

To help protect your account, you may be required to use a trusted device to send certain wire transfers when using chase.com or the Chase Mobile® app.[1] Here are the key changes that will be effective May 8, 2025:

- **Use of Trusted Devices:** You'll need to use a trusted device to send certain wire transfers using our digital banking services. A trusted device is a smartphone that has been enrolled with us based on specific criteria.
- **Enrolling a Device:** You may already be using a trusted device. If not, you'll receive step-by-step instructions to make your device trusted the next time you initiate a wire transfer that requires it. You'll need to use a smartphone with the Chase Mobile® app installed and fulfill certain identification requirements, such as scanning and uploading a copy of your driver's license or state ID.
- **Restrictions on Wire Transfers:** If you don't have a trusted device, you may not be able to add recipients or initiate certain wire transfers using our digital banking services. This won't affect your ability to initiate wires at a Chase branch or J.P. Morgan Financial Center.

### Where to Find More Information

These policy updates are effective May 8, 2025, and will be detailed in Section 3 of the *Online Wire Transfer and Chase Global Transfer Services Addendum*, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement.

You can review the new requirements in those agreements beginning February 20, 2025. Here's how to access them:
- **On chase.com:** Log in to your account, click on the Main Menu, and select "Agreements & Disclosures."
- **On the Chase Mobile® app:** Go to "Legal Information" in Profile & Settings or at the bottom of the home page, then select "Legal Agreements and Disclosures."

If you have any questions, please call the number listed on this statement.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ███ 3888 | $8,334.36 | $1,663.61 |
| Chase Total Checking | ███ 0215 | 3,414.21 | 1,995.79 |
| **Total** | | **$11,748.57** | **$3,659.40** |

**SB1790334-F1**

**12**

Page 1 of 6


**CHASE** ⬤

February 06, 2025 through March 05, 2025
Primary Account: ▮▮▮▮ **3888**

## CONSOLIDATED BALANCE SUMMARY *(continued)*

**TOTAL ASSETS**                                           $11,748.57        $3,659.40

## CHASE TOTAL CHECKING

SAFA GELARDI                                          Account Number: ▮▮▮▮ 3888

### CHECKING SUMMARY

|                          | AMOUNT       |
|--------------------------|-------------|
|                          |             |
| **Beginning Balance**    | **$8,334.36** |
| Deposits and Additions   | 9,175.00    |
| Electronic Withdrawals   | -15,845.75  |
| **Ending Balance**       | **$1,663.61** |

Interest paid in 2024 for account ▮▮▮▮ 3888 was $0.25.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|      | **Beginning Balance** |        | **$8,334.36** |
| 02/07 | Intuit        Transfer          PPD ID: 9002000202 | **1,000.00** | 9,334.36 |
| 02/07 | Zelle Payment To Yousef Buddah Jpm99Axdl9Bx | -400.00 | 8,934.36 |
| 02/10 | Zelle Payment From Tallal Yousef Salameh 23667590075 | **2,500.00** | 11,434.36 |
| 02/10 | Online Transfer From Chk ...0215 Transaction#: 23686874957 | **400.00** | 11,834.36 |
| 02/10 | 02/09 Online Transfer To Chk ...0215 Transaction#: 23670482132 | -2,500.00 | 9,334.36 |
| 02/10 | Zelle Payment To Ashley 23683882240 | -1,000.00 | 8,334.36 |
| 02/10 | Zelle Payment To Jenine Jpm99Axrawfo | -381.00 | 7,953.36 |
| 02/11 | Zelle Payment To Melissa B 23694584147 | -100.00 | 7,853.36 |
| 02/11 | Zelle Payment To Gabby Jpm99Axuqg89 | -200.00 | 7,653.36 |
| 02/13 | Zelle Payment To Melissa B 23717907642 | -115.00 | 7,538.36 |
| 02/14 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -287.00 | 7,251.36 |
| 02/18 | Zelle Payment From Nasaun Toliver Pncaa0Qdp23F | **125.00** | 7,376.36 |
| 02/18 | 02/15 Online Transfer To Chk ...0215 Transaction#: 23739724017 | -5,000.00 | 2,376.36 |
| 02/18 | Synchrony Bank  Cc Pymt   601918390845324 Web ID: 9856794001 | -297.00 | 2,079.36 |
| 02/18 | Capital One     Crcardpmt  42Tzhfywcoi9Ncf Web ID: 9541719318 | -59.00 | 2,020.36 |
| 02/19 | Zelle Payment To Marianne Ime Jpm99Aymsu7T | -100.00 | 1,920.36 |
| 02/19 | Zelle Payment To Amira  23780648146 | -215.00 | 1,705.36 |
| 02/20 | Zelle Payment To Marianne Ime Jpm99Aysb1Xn | -230.00 | 1,475.36 |
| 02/21 | Venmo          Cashout            PPD ID: 5264681992 | **160.00** | 1,635.36 |
| 02/24 | Zelle Payment To Jenine Jpm99AZ1Q5Xc | -50.00 | 1,585.36 |
| 02/24 | Zelle Payment To Melissa B 23837384597 | -200.00 | 1,385.36 |
| 02/26 | Barclaycard US  Creditcard 1235715479     Tel ID: 2510407970 | -400.00 | 985.36 |
| 02/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -422.00 | 563.36 |
| 03/03 | Deposit     2136862684 | **500.00** | 1,063.36 |



**CHASE ◯**

February 06, 2025 through March 05, 2025

Primary Account: **3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 03/03 | Zelle Payment From Tallal Yousef Salameh 23926809515 | | 2,500.00 | 3,563.36 |
| 03/03 | Intuit       Transfer | PPD ID: 9002000202 | 1,000.00 | 4,563.36 |
| 03/03 | Zelle Payment From Sivasankar Cherukuri Bachu81Emvfx | | 350.00 | 4,913.36 |
| 03/03 | Zelle Payment From Daniel Boadi Baci8Srqit0 | | 140.00 | 5,053.36 |
| 03/03 | Prosper Marketpl Mpl Trust1 | PPD ID: ACH1800083 | -864.75 | 4,188.61 |
| 03/03 | Chase Credit Crd Autopay | PPD ID: 4760039224 | -400.00 | 3,788.61 |
| 03/03 | Zelle Payment To Marianne Ime Jpm99B04NA8T | | -400.00 | 3,388.61 |
| 03/03 | 03/03 Online Transfer To Chk ...0215 Transaction#: 23926845196 | | -1,800.00 | 1,588.61 |
| 03/03 | Zelle Payment To Marianne Ime Jpm99B05Khx0 | | -125.00 | 1,463.61 |
| 03/03 | Zelle Payment To Jenine Jpm99B06281C | | -300.00 | 1,163.61 |
| 03/04 | Intuit       Transfer | PPD ID: 9002000202 | 500.00 | 1,663.61 |
| | **Ending Balance** | | | **$1,663.61** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $12,660.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $563.36)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $4,380.05)

## CHASE TOTAL CHECKING

VITO GELARDI

Account Number: 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$3,414.21** |
| Deposits and Additions | 15,031.65 |
| Checks Paid | -5,068.99 |
| ATM & Debit Card Withdrawals | -227.70 |
| Electronic Withdrawals | -10,653.38 |
| Other Withdrawals | -500.00 |
| **Ending Balance** | **$1,995.79** |



February 06, 2025 through March 05, 2025

Primary Account: ███████3888

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 192 ^ | 02/12 | $29.99 |
| 193 ^ | 02/12 | 19.50 |
| 194 ^ | 02/12 | 19.50 |
| 196 * ^ | 02/24 | 5,000.00 |
| **Total Checks Paid** | | **$5,068.99** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$3,414.21** |
| 02/06 | Online Transfer From Chk ...7061 Transaction# 23635137053 | 75.00 | 3,489.21 |
| 02/06 | American Express ACH Pmt   A6052       Web ID: 9493560001 | -518.39 | 2,970.82 |
| 02/07 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 2,950.82 |
| 02/10 | ATM Cash Deposit        02/08 6103 N Fry Rd Katy TX Card 8142 | 700.00 | 3,650.82 |
| 02/10 | Online Transfer From Chk ...3888 Transaction# 23670482132 | 2,500.00 | 6,150.82 |
| 02/10 | American Express ACH Pmt   A7494       Web ID: 9493560001 | -339.35 | 5,811.47 |
| 02/10 | Citi Card Online Payment   431613733751299 Web ID: Citictp | -100.00 | 5,711.47 |
| 02/10 | 02/10 Online Transfer To Chk ...3888 Transaction# 23686874957 | -400.00 | 5,311.47 |
| 02/11 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 5,291.47 |
| 02/11 | Nsm Dbamr.Cooper Nsm Dbamr  0153109      Web ID: 0000452701 | -3,486.10 | 1,805.37 |
| 02/12 | Costco Cash    Reward           PPD ID: Costcorewd | 320.17 | 2,125.54 |
| 02/12 | State Farm Ro 27 Sfpp           PPD ID: 9000307001 | -266.90 | 1,858.64 |
| 02/12 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -26.56 | 1,832.08 |
| 02/12 | Check          # 192 | -29.99 | 1,802.09 |
| 02/12 | Check          # 193 | -19.50 | 1,782.59 |
| 02/12 | Check          # 194 | -19.50 | 1,763.09 |
| 02/13 | 02/13 Online Payment 23379473055 To Barclays Bank Delaware | -200.00 | 1,563.09 |
| 02/14 | Citi Card Online Payment   431618451021666 Web ID: Citictp | -202.11 | 1,360.98 |
| 02/14 | Barclaycard US  Creditcard 1221900644      Web ID: 2510407970 | -110.85 | 1,250.13 |
| 02/14 | ADT Security Ser Adtpapach 320285739       Web ID: 8881323080 | -71.52 | 1,178.61 |
| 02/14 | Cpenergy Entex  Ent ACH Eb 006403272815    Web ID: 176051140D | -72.00 | 1,106.61 |
| 02/14 | Trieagle Energy  Trie_ACH  035310192933    Tel ID: 9889760501 | -231.36 | 875.25 |
| 02/18 | Online Transfer From Chk ...3888 Transaction# 23739724017 | 5,000.00 | 5,875.25 |
| 02/18 | Airbnb 4977    Airbnb           PPD ID: 1463165559 | 1,536.48 | 7,411.73 |
| 02/18 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 7,391.73 |
| 02/18 | Recurring Card Purchase 02/17 Simply Business Simplybusines MA Card 8142 | -47.70 | 7,344.03 |
| 02/18 | Hns Hughesnet86 6-347-3292 2420577      Web ID: 0000749317 | -125.88 | 7,218.15 |
| 02/19 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -26.11 | 7,192.04 |
| 02/19 | Amz_Storecrd_Pmt Payment    604578119667222 Tel ID: 9130142001 | -50.00 | 7,142.04 |
| 02/20 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 7,122.04 |
| 02/20 | Discover        Payments  5273        Tel ID: 3510020270 | -12.00 | 7,110.04 |
| 02/21 | Aqua           Aqua Servi        PPD ID: 1023940101 | -137.38 | 6,972.66 |
| 02/24 | Ppl Eu         Elec Svc          PPD ID: 1230959590 | -171.55 | 6,801.11 |
| 02/24 | Zelle Payment To Gabby Jpm99AZ4Ooiq | -50.00 | 6,751.11 |



**CHASE ◯**

February 06, 2025 through March 05, 2025
Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 02/24 | American Express ACH Pmt    A6132        Web ID: 9493560001 | -500.00 | 6,251.11 |
| 02/24 | Wf Credit Card   Auto Pay              PPD ID: 50260000 | -200.00 | 6,051.11 |
| 02/24 | Zelle Payment To Ashley Tucker Jpm99AZ8Yxjb | -500.00 | 5,551.11 |
| 02/24 | Check              # 196 | -5,000.00 | 551.11 |
| 02/25 | Firstenergy     Opco-ACH          PPD ID: 1341968288 | -32.69 | 518.42 |
| 02/25 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 498.42 |
| 02/26 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 478.42 |
| 02/27 | 02/27 Online Payment 23545064927 To Discover | -150.00 | 328.42 |
| 02/27 | 02/27 Payment To Chase Card Ending IN 0710 | -35.00 | 293.42 |
| 03/03 | ATM Cash Deposit        03/03 26030 Nw Freeway Cypress TX Card 8142 | **800.00** | 1,093.42 |
| 03/03 | Deposit        960055169 | **2,300.00** | 3,393.42 |
| 03/03 | Online Transfer From Chk ...3888 Transaction# 23926845196 | **1,800.00** | 5,193.42 |
| 03/03 | Firstenergy     Opco-ACH          PPD ID: 1341968288 | -1,128.60 | 4,064.82 |
| 03/03 | Home Depot       Payment          PPD ID: Citigpufdr | -512.08 | 3,552.74 |
| 03/03 | Firstenergy     Opco-ACH          PPD ID: 1341968288 | -91.65 | 3,461.09 |
| 03/03 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -37.00 | 3,424.09 |
| 03/03 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 3,404.09 |
| 03/03 | 03/01 Withdrawal | -500.00 | 2,904.09 |
| 03/03 | Verizon Wireless Payments          PPD ID: 1223344794 | -728.30 | 2,175.79 |
| 03/03 | ATM Withdrawal        03/03 26030 Nw Freeway Cypress TX Card 8142 | -180.00 | 1,995.79 |
| | **Ending Balance** | | **$1,995.79** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $3,164.21. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $293.42)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $3,487.61)



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

**17**

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 06, 2025 through April 03, 2025

Primary Account: ▬▬▬▬ **3888**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00970601 DRE 802 219 09425 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

**Access your replacement debit card sooner by adding it to your digital wallet**
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**.

Special Note: If you have a Chase Private Client Checking℠, Chase Sapphire℠ Checking or Chase Private Client Savings℠ account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▮▮▮3888 | $1,663.61 | $93.50 |
| Chase Total Checking | ▮▮▮0215 | 1,995.79 | 631.01 |
| **Total** | | **$3,659.40** | **$724.51** |

| | | | |
|---|---|---|---|
| **TOTAL  ASSETS** | | **$3,659.40** | **$724.51** |

**SB1790334-F1**


**CHASE**

March 06, 2025 through April 03, 2025
Primary Account: ████████ **3888**

## CHASE TOTAL CHECKING

SAFA GELARDI                                             Account Number: ████████ 3888

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,663.61** |
| Deposits and Additions | 6,978.64 |
| Electronic Withdrawals | -8,548.75 |
| **Ending Balance** | **$93.50** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,663.61** |
| 03/06 | Zelle Payment From Mary Roberiza Furigay Bacvrnelvc79Y | 50.00 | 1,713.61 |
| 03/07 | Zelle Payment From Zejyiah Demaris Wfct0Ylmdglf | 150.00 | 1,863.61 |
| 03/10 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -92.00 | 1,771.61 |
| 03/10 | Zelle Payment To Tallal Salameh 24008865614 | -1,750.00 | 21.61 |
| 03/11 | Zelle Payment From Bridges To Permanency LLC 24015410189 | 450.00 | 471.61 |
| 03/11 | Zelle Payment From Agnes Konadu Baclloi8N3Qe | 140.00 | 611.61 |
| 03/11 | Cash App      Safa Gelar          PPD ID: 8800429876 | 72.94 | 684.55 |
| 03/12 | Remote Online Deposit          1 | 62.55 | 747.10 |
| 03/13 | Zelle Payment To Christian Creole And French Ime Jpm99B17Bztk | -300.00 | 447.10 |
| 03/13 | 03/13 Online Transfer To Chk ...0215 Transaction#: 24044444040 | -300.00 | 147.10 |
| 03/14 | Online Transfer From Chk ...0215 Transaction#: 24048163668 | 500.00 | 647.10 |
| 03/14 | Cash App      Safa Gelar          PPD ID: 8800429876 | 194.50 | 841.60 |
| 03/14 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -291.00 | 550.60 |
| 03/17 | Remote Online Deposit          1 | 395.00 | 945.60 |
| 03/17 | Zelle Payment From Bridges To Permanency LLC 24087327138 | 450.00 | 1,395.60 |
| 03/17 | Zelle Payment From Mary Roberiza Furigay Bact41J5Dt9M | 150.00 | 1,545.60 |
| 03/17 | Zelle Payment To Jenine Jpm99B1Ifrt8 | -114.00 | 1,431.60 |
| 03/17 | Capital One      Crcardpmt 42Zw9Lkps1Yqb1R Web ID: 9541719318 | -200.00 | 1,231.60 |
| 03/18 | Online Transfer From Chk ...0215 Transaction#: 24098040240 | 250.00 | 1,481.60 |
| 03/18 | Zelle Payment To Marianne Ime Jpm99B1Q45Wl | -250.00 | 1,231.60 |
| 03/18 | Capital One      Mobile Pmt 430CR51Ccb88W33 Web ID: 9279744380 | -500.00 | 731.60 |
| 03/19 | Zelle Payment From Daniel Boadi Bacdjtprq1Il | 140.00 | 871.60 |
| 03/21 | Zelle Payment To Jenine Jpm99B20Gsab | -180.00 | 691.60 |
| 03/21 | Zelle Payment To Jenine Jpm99B20Gkeq | -40.00 | 651.60 |
| 03/24 | Zelle Payment To Jenine Jpm99B29310X | -160.00 | 491.60 |
| 03/24 | Zelle Payment To Jenine Jpm99B2Detf9 | -265.00 | 226.60 |
| 03/25 | Remote Online Deposit          1 | 60.39 | 286.99 |
| 03/28 | Zelle Payment From Tallal Yousef Salameh 24201391855 | 97.73 | 384.72 |
| 03/28 | Zelle Payment From Tallal Yousef Salameh 24211492913 | 33.55 | 418.27 |
| 03/28 | Zelle Payment From Tallal Yousef Salameh 24201535100 | 21.98 | 440.25 |
| 03/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -403.00 | 37.25 |
| 03/31 | Online Transfer From Chk ...0215 Transaction#: 24220496440 | 500.00 | 537.25 |



**CHASE** 🔾

March 06, 2025 through April 03, 2025

Primary Account: ▓▓▓▓▓**3888**

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 04/01 | Zelle Payment From Tallal Yousef Salameh 24264258754 | | **2,500.00** | 3,037.25 |
| 04/01 | Zelle Payment From Tallal Yousef Salameh 24264028867 | | **60.00** | 3,097.25 |
| 04/01 | Prosper Marketpl Mpl Trust1 | PPD ID: ACH1800083 | -864.75 | 2,232.50 |
| 04/01 | 04/01 Online Transfer To Chk ...0215 Transaction#: 24264647988 | | -1,000.00 | 1,232.50 |
| 04/01 | Zelle Payment To Dave Sagovia 24264869877 | | -500.00 | 732.50 |
| 04/02 | Zelle Payment To Jenine Jpm99B3I8Lqj | | -89.00 | 643.50 |
| 04/03 | Online Transfer From Chk ...0215 Transaction#: 24287553546 | | **700.00** | 1,343.50 |
| 04/03 | Chase Credit Crd Autopay | PPD ID: 4760039224 | -400.00 | 943.50 |
| 04/03 | Zelle Payment To Marianne Ime Jpm99B3Lkpul | | -850.00 | 93.50 |
| | **Ending Balance** | | | **$93.50** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $1,767.44. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $21.61)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $723.93)

## CHASE TOTAL CHECKING

VITO GELARDI                                                            Account Number: ▓▓▓▓▓0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,995.79** |
| Deposits and Additions | 140,590.47 |
| ATM & Debit Card Withdrawals | -1,000.00 |
| Electronic Withdrawals | -40,928.25 |
| Other Withdrawals | -100,000.00 |
| Fees | -27.00 |
| **Ending Balance** | **$631.01** |



March 06, 2025 through April 03, 2025

Primary Account: ■■■■■3888

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$1,995.79** |
| 03/06 | American Express ACH Pmt    A7190        Web ID: 9493560001 | -31.16 | 1,964.63 |
| 03/06 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99B0Hny10 | -325.00 | 1,639.63 |
| 03/07 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 1,619.63 |
| 03/10 | American Express ACH Pmt    A1456        Web ID: 9493560001 | -570.56 | 1,049.07 |
| 03/10 | Citi Card Online Payment    421637939723006 Web ID: Citictp | -41.00 | 1,008.07 |
| 03/11 | Fedwire Credit Via: Spencer Savings Bank, Sla/221271951 B/O: Clear Skies Title Agency LLC Millburn , NJ 07041 Ref: Chase Nyc/Ctr/Bnf=Vito Gelardi OR Safa Cypress TX 77433-1348 US/Ac-000 000001201 Rfb=O/B Spencer Svgs Obi= Seller Proceeds/9 Woods End Lake H Armony PA, 18624/Vito Gelardi And S Afa Gelardi B Imad: 0311Gmqfmp01008725 Trn: 0463531070Ff | 123,670.47 | 124,678.54 |
| 03/11 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -21.90 | 124,656.64 |
| 03/11 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 124,636.64 |
| 03/11 | Nsm Dbamr.Cooper Nsm Dbamr  1464469        Web ID: 0000452701 | -3,486.10 | 121,150.54 |
| 03/11 | 03/11 Payment To Chase Card Ending IN 0710 | -932.23 | 120,218.31 |
| 03/11 | 03/11 Withdrawal | -100,000.00 | 20,218.31 |
| 03/11 | 03/11 Online Transfer To Chk ...7061 Transaction# 24016588190 | -12,000.00 | 8,218.31 |
| 03/11 | ATM Withdrawal        03/11 26030 Nw Freeway Cypress TX Card 8142 | -1,000.00 | 7,218.31 |
| 03/11 | Zelle Payment To Giovanny Zelle  24022124988 | -500.00 | 6,718.31 |
| 03/11 | Domestic Incoming Wire Fee | -15.00 | 6,703.31 |
| 03/12 | Online Transfer From Chk ...7061 Transaction# 24024299714 | 1,000.00 | 7,703.31 |
| 03/12 | Citi Card Online Payment    431641122521831 Web ID: Citictp | -6,269.16 | 1,434.15 |
| 03/12 | State Farm Ro 27 Sfpp        PPD ID: 9000307001 | -266.90 | 1,167.25 |
| 03/12 | Discover        E-Payment  2256        Web ID: 3510020270 | -250.00 | 917.25 |
| 03/12 | Barclaycard US  Creditcard 1241351109        Web ID: 2510407970 | -200.00 | 717.25 |
| 03/12 | Citi Card Online Payment    431641125098881 Web ID: Citictp | -84.36 | 632.89 |
| 03/12 | Trieagle Energy  Trie_ACH  035785337511    Tel ID: 9889760501 | -200.41 | 432.48 |
| 03/13 | Remote Online Deposit        1 | 3,000.00 | 3,432.48 |
| 03/13 | Online Transfer From Chk ...3888 Transaction# 24044444040 | 300.00 | 3,732.48 |
| 03/13 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 3,712.48 |
| 03/13 | 03/13 Online Payment 23708945011 To Barclays Bank Delaware | -200.00 | 3,512.48 |
| 03/13 | American Express ACH Pmt    M1974        Web ID: 2005032111 | -1,000.00 | 2,512.48 |
| 03/14 | Barclaycard US  Creditcard 1233384832        Web ID: 2510407970 | -109.74 | 2,402.74 |
| 03/14 | ADT Security Ser Adtpapach  320285739        Web ID: 8881323080 | -71.52 | 2,331.22 |
| 03/14 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 2,311.22 |
| 03/14 | 03/14 Online Transfer To Chk ...3888 Transaction# 24048163668 | -500.00 | 1,811.22 |
| 03/17 | Deposit        9930094280 | 2,000.00 | 3,811.22 |
| 03/17 | Deposit        9930094286 | 500.00 | 4,311.22 |
| 03/17 | Deposit        9930094282 | 500.00 | 4,811.22 |
| 03/17 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 4,791.22 |
| 03/17 | American Express ACH Pmt    M0386        Web ID: 2005032111 | -1,320.14 | 3,471.08 |
| 03/17 | T-Mobile        Pcs Svc    3199937        Web ID: 0000450304 | -1,182.22 | 2,288.86 |
| 03/17 | Hns Hughesnet86 6-347-3292 3024259        Web ID: 0000749317 | -125.88 | 2,162.98 |
| 03/18 | Deposit        1205033414 | 3,120.00 | 5,282.98 |
| 03/18 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 5,262.98 |
| 03/18 | 03/18 Online Transfer To Chk ...3888 Transaction# 24098040240 | -250.00 | 5,012.98 |
| 03/18 | American Express ACH Pmt    M7702        Web ID: 2005032111 | -1,394.91 | 3,618.07 |
| 03/18 | American Express ACH Pmt    M4292        Web ID: 2005032111 | -900.00 | 2,718.07 |
| 03/19 | Amz_Storecrd_Pmt Payment    6045781196672222 Web ID: 9130142001 | -150.00 | 2,568.07 |
| 03/20 | Citi Card Online Payment    421647859617195 Web ID: Citictp | -684.42 | 1,883.65 |



March 06, 2025 through April 03, 2025

Primary Account: ████████3888

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 03/20 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | | -20.00 | 1,863.65 |
| 03/20 | Discover       Payments  5273        Tel ID: 3510020270 | | -20.00 | 1,843.65 |
| 03/24 | Wf Credit Card   Auto Pay            PPD ID: 50260000 | | -200.00 | 1,643.65 |
| 03/24 | Cpenergy Entex   Ent ACH Eb 006403272815    Web ID: 176051140D | | -134.00 | 1,509.65 |
| 03/25 | ATM Check Deposit      03/25 26030 Nw Freeway Cypress TX Card 8142 | | **2,000.00** | 3,509.65 |
| 03/25 | Ppl Eu        Elec Svc              PPD ID: 1230959590 | | -158.49 | 3,351.16 |
| 03/25 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | | -20.00 | 3,331.16 |
| 03/25 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | | -20.00 | 3,311.16 |
| 03/25 | Zelle Payment To Amira  24178168715 | | -300.00 | 3,011.16 |
| 03/26 | Aqua        Aqua Servi               PPD ID: 1023940101 | | -134.19 | 2,876.97 |
| 03/26 | Firstenergy      Opco-ACH            PPD ID: 1341968288 | | -39.72 | 2,837.25 |
| 03/28 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | | -20.00 | 2,817.25 |
| 03/31 | Deposit      9930101087 | | **3,000.00** | 5,817.25 |
| 03/31 | State Farm Ro 27 Sfpp               PPD ID: 9000307001 | | -37.00 | 5,780.25 |
| 03/31 | 03/29 Online Transfer To Chk ...3888 Transaction# 24220496440 | | -500.00 | 5,280.25 |
| 03/31 | 03/29 Online Transfer To Chk ...7061 Transaction# 24220527349 | | -2,000.00 | 3,280.25 |
| 03/31 | Firstenergy      Opco-ACH            PPD ID: 1341968288 | | -800.26 | 2,479.99 |
| 03/31 | Firstenergy      Opco-ACH            PPD ID: 1341968288 | | -81.22 | 2,398.77 |
| 03/31 | 03/31 Online Transfer To Chk ...7061 Transaction# 24246299247 | | -1,000.00 | 1,398.77 |
| 03/31 | Zelle Payment To Jenine Jpm99B388L01 | | -186.00 | 1,212.77 |
| 03/31 | 03/31 Online Payment 23862953338 To Discover | | -150.00 | 1,062.77 |
| 04/01 | Online Transfer From Chk ...3888 Transaction# 24264647988 | | **1,000.00** | 2,062.77 |
| 04/02 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | | -20.00 | 2,042.77 |
| 04/03 | Online Transfer From Sav ...1762 Transaction# 24290717926 | | **500.00** | 2,542.77 |
| 04/03 | Ppl Eu        Elec Svc              PPD ID: 1230959590 | | -41.81 | 2,500.96 |
| 04/03 | Verizon Wireless Payments            PPD ID: 1223344794 | | -1,157.95 | 1,343.01 |
| 04/03 | 04/03 Online Transfer To Chk ...3888 Transaction# 24287553546 | | -700.00 | 643.01 |
| 04/03 | Monthly Service Fee | | -12.00 | 631.01 |
| | **Ending Balance** | | | **$631.01** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A Monthly Service Fee was charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $432.48)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was  $2,871.37)

  *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**

**SB1790334-F1**



March 06, 2025 through April 03, 2025

Primary Account: ██████████ 3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

**23**

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 04, 2025 through May 05, 2025
Primary Account: ████████ 3888

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00971830 DRE 802 219 12625 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



**Please review our overdraft service options at the end of this statement**

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████3888 | $93.50 | $338.35 |
| Chase Total Checking | ████0215 | 631.01 | 451.84 |
| **Total** | | **$724.51** | **$790.19** |
| **TOTAL  ASSETS** | | **$724.51** | **$790.19** |

**SB1790334-F1**

 **CHASE** ❏

April 04, 2025 through May 05, 2025
Primary Account: ███ **3888**

## CHASE TOTAL CHECKING

SAFA GELARDI                                                    Account Number: ███ 3888

## CHECKING SUMMARY

|                          | AMOUNT      |
|--------------------------|-------------|
| **Beginning Balance**    | **$93.50**  |
| Deposits and Additions   | 7,762.60    |
| Electronic Withdrawals   | -7,517.75   |
| **Ending Balance**       | **$338.35** |

## TRANSACTION DETAIL

| DATE  | DESCRIPTION                                                        | AMOUNT    | BALANCE   |
|-------|-------------------------------------------------------------------|-----------|-----------|
|       | **Beginning Balance**                                             |           | **$93.50**|
| 04/04 | Zelle Payment From Tallal Yousef Salameh 24303750439              | 2,000.00  | 2,093.50  |
| 04/04 | Zelle Payment To Jonathon Warner 24303759822                     | -2,000.00 | 93.50     |
| 04/07 | Zelle Payment From Tallal Yousef Salameh 24333076144             | 25.00     | 118.50    |
| 04/08 | Zelle Payment From Tallal Yousef Salameh 24339381153            | 39.00     | 157.50    |
| 04/09 | Chase Credit Crd Autopay            PPD ID: 4760039224           | -290.00   | -132.50   |
| 04/15 | Safa Gelardi     Zelle            PPD ID: 1770527921             | 500.00    | 367.50    |
| 04/16 | Capital One     Crcardpmt 436Fq2C1Ojz77Fz Web ID: 9541719318    | -200.00   | 167.50    |
| 04/17 | Intuit        Transfer         PPD ID: 9002000202               | 1,000.00  | 1,167.50  |
| 04/17 | Zelle Payment To Jenine Jpm99B58D3Qb                            | -50.00    | 1,117.50  |
| 04/18 | Remote Online Deposit        1                                  | 68.95     | 1,186.45  |
| 04/18 | Chase Credit Crd Retry Pymt         PPD ID: 4760039224          | -268.00   | 918.45    |
| 04/18 | Zelle Payment To Amaly Jpm99B5Cmfll                             | -60.00    | 858.45    |
| 04/21 | 04/19 Online Transfer To Chk ...0215 Transaction#: 24471823042  | -200.00   | 658.45    |
| 04/22 | Zelle Payment From Mali Farraj Wlct0Yr48Qvj                    | 10.00     | 668.45    |
| 04/23 | Remote Online Deposit        1                                  | 58.65     | 727.10    |
| 04/23 | Zelle Payment To Jenine Jpm99B5TX7Zg                            | -58.00    | 669.10    |
| 04/24 | Zelle Payment From Tallal Yousef Salameh 24524179916           | 37.00     | 706.10    |
| 04/25 | Zelle Payment From Christopher Anderson Pncaa0Ryd54Z           | 150.00    | 856.10    |
| 04/25 | Zelle Payment From Tallal Yousef Salameh 24530574783          | 65.00     | 921.10    |
| 04/28 | Intuit        Transfer         PPD ID: 9002000202              | 300.00    | 1,221.10  |
| 04/28 | Zelle Payment From Mary Roberiza Furigay Bact5Mjjezch          | 300.00    | 1,521.10  |
| 04/28 | Zelle Payment From Jeff Baldwin Wlct0Yrnlklq                   | 175.00    | 1,696.10  |
| 04/28 | Zelle Payment To Christian Creole And French Ime Jpm99B6Db1N6  | -600.00   | 1,096.10  |
| 04/28 | Chase Credit Crd Autopay            PPD ID: 4760039224         | -427.00   | 669.10    |
| 04/30 | Zelle Payment From Tallal Yousef Salameh 24584959943          | 55.00     | 724.10    |
| 04/30 | Zelle Payment From Tallal Yousef Salameh 24584410121          | 39.00     | 763.10    |
| 05/01 | Zelle Payment From Tallal Yousef Salameh 24610300988          | 2,500.00  | 3,263.10  |
| 05/01 | Intuit        Transfer         PPD ID: 9002000202             | 250.00    | 3,513.10  |
| 05/01 | Prosper Marketpl Mpl Trust1         PPD ID: ACH1800083        | -864.75   | 2,648.35  |
| 05/02 | 05/02 Online Transfer To Chk ...0215 Transaction#: 24618975510 | -1,500.00 | 1,148.35  |
| 05/05 | Zelle Payment From Melida Carcamo Santos Bacovgt1Atui         | 150.00    | 1,298.35  |

**SB1790334-F1**

**25**



**CHASE ⬤**



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 05/05 | Zelle Payment From Tallal Yousef Salameh 24655120402 | | **40.00** | 1,338.35 |
| 05/05 | Zelle Payment To Marianne Ime Jpm99B76Gxp5 | | -600.00 | 738.35 |
| 05/05 | Chase Credit Crd Autopay | PPD ID: 4760039224 | -400.00 | 338.35 |
| | **Ending Balance** | | | **$338.35** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,050.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**

## CHASE TOTAL CHECKING

VITO GELARDI

Account Number: ▪▪▪▪▪▪▪ 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$631.01** |
| Deposits and Additions | 4,985.39 |
| Electronic Withdrawals | -5,164.56 |
| **Ending Balance** | **$451.84** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$631.01** |
| 04/04 | Zelle Payment To Jenine Jpm99B3Rxcil | | -180.00 | 451.01 |
| 04/07 | Online Transfer From Chk ...7061 Transaction#: 24329776183 | | **1,000.00** | 1,451.01 |
| 04/07 | Zelle Payment To Jenine Jpm99B3Vikys | | -314.00 | 1,137.01 |
| 04/07 | American Express ACH Pmt   A9204 | Web ID: 9493560001 | -230.12 | 906.89 |
| 04/10 | Online Transfer From Sav ...1762 Transaction#: 24361819421 | | **300.00** | 1,206.89 |
| 04/10 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99B4C917S | | -500.00 | 706.89 |
| 04/10 | 04/10 Payment To Chase Card Ending IN 0710 | | -35.00 | 671.89 |
| 04/11 | Online Transfer From Chk ...7061 Transaction#: 24372193933 | | **487.00** | 1,158.89 |
| 04/11 | Transfer From Sav Xxxxxx1762 | | **190.83** | 1,349.72 |



April 04, 2025 through May 05, 2025

Primary Account: ▬▬▬▬3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/11 | Zelle Payment To Jeff Bongiovanni Jpm99B4Fwrl1 | -487.00 | 862.72 |
| 04/14 | State Farm Ro 27 Sfpp              PPD ID: 9000307001 | -266.90 | 595.82 |
| 04/14 | Discover       E-Payment  2256     Web ID: 3510020270 | -250.00 | 345.82 |
| 04/14 | Barclaycard US  Creditcard 1244597083     Web ID: 2510407970 | -99.06 | 246.76 |
| 04/14 | ADT Security Ser Adtpapach  320285739     Web ID: 8881323080 | -71.52 | 175.24 |
| 04/14 | Trieagle Energy  Trie_ACH  035429091141   Tel ID: 9889760501 | -170.22 | 5.02 |
| 04/21 | Online Transfer From Chk ...3888 Transaction# 24471823042 | **200.00** | 205.02 |
| 04/21 | Aqua       Aqua Servi              PPD ID: 1023940101 | -137.06 | 67.96 |
| 04/21 | Amz_Storecrd_Pmt Payment    6045781196672222 Web ID: 9130142001 | -150.00 | -82.04 |
| 04/22 | Airbnb 4977      Airbnb           PPD ID: 1463165559 | **1,307.56** | 1,225.52 |
| 04/23 | Wf Credit Card   Auto Pay         PPD ID: 50260000 | -200.00 | 1,025.52 |
| 04/24 | American Express ACH Pmt     A5346      Web ID: 9493560001 | -500.00 | 525.52 |
| 04/25 | Firstenergy      Opco-ACH         PPD ID: 1341968288 | -27.63 | 497.89 |
| 04/29 | State Farm Ro 27 Sfpp              PPD ID: 9000307001 | -37.00 | 460.89 |
| 04/30 | Firstenergy      Opco-ACH         PPD ID: 1341968288 | -280.79 | 180.10 |
| 04/30 | Firstenergy      Opco-ACH         PPD ID: 1341968288 | -36.81 | 143.29 |
| 05/02 | Online Transfer From Chk ...3888 Transaction# 24618975510 | **1,500.00** | 1,643.29 |
| 05/02 | 05/02 Online Payment 24238270512 To Discover | -150.00 | 1,493.29 |
| 05/05 | Zelle Payment To Seger Safa Cosin Jpm99B726Vhv | -500.00 | 993.29 |
| 05/05 | Verizon Wireless Payments          PPD ID: 1223344794 | -541.45 | 451.84 |
| | **Ending Balance** | | **$451.84** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $1,307.56. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



April 04, 2025 through May 05, 2025

Primary Account: ███████████ 3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---





April 04, 2025 through May 05, 2025

Primary Account: ▮▮▮▮▮3888

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage<sup>SM</sup>, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist<sup>SM</sup>, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire<sup>SM</sup> Checking and Chase Private Client Checking<sup>SM</sup> accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

**SB1790334-F1**

**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 06, 2025 through June 04, 2025
Primary Account: ████████3888



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00970596 DRE 802 219 15625 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## Important update about your Chase Total Checking® Monthly Service Fee

Beginning August 24, 2025, the Monthly Service Fee for Chase Total Checking will change to **$15**, however you can continue to pay a **$0** Monthly Service Fee when you meet one of the ways listed below to have it waived.

### How to have your Monthly Service Fee waived:
$0 Monthly Service Fee when you have **any ONE** of the following during each monthly statement period:
- Electronic deposits[1] made into this account totaling $500 or more
- **OR**, a balance at the beginning of each day of $1,500 or more in this account
- **OR**, an average beginning day balance of $5,000 or more in any combination of this account and linked qualifying deposits[2]/investments[3].

### Maximize the benefits of your Chase Total Checking account, which include:
- **Convenience** – Enjoy access to more than 15,000 fee-free Chase ATMs and the ability to meet with a banker at nearly 5,000 branches, with the only bank to have branches in all lower 48 states. Also, bank virtually anytime, anywhere with the Chase Mobile® app[4] and use Zelle®[5] as a fast and easy way to send and receive money with people you know and trust who have an eligible account at a participating U.S. bank.
- **Security** – Receive identity monitoring and check your credit score for free with Credit Journey®. With Zero Liability Protection get reimbursed for unauthorized debit card transactions when reported promptly[6].
- **Money saving benefits** – Earn cash back with Chase Offers when you activate deals on great brands and pay with your Chase debit card.

If you have questions, you can schedule a meeting with a banker at **chase.com/meeting** or call us at the number on this statement. You can also find information in the Additional Banking Services and Fees disclosure at chase.com/disclosures.

[1] Such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa® or Mastercard® network.

[2] Qualifying personal deposits include Chase First Checking[SM], accounts, personal Chase savings accounts (excluding Chase Premier Savings[SM], and Chase Private Client Savings[SM]), CDs, certain Chase Retirement CDs, or certain Chase Retirement Money Market Accounts.

[3] Qualifying personal investments include balances in investment and annuity products offered through JPMorgan Chase & Co. and its affiliates and agencies. For most products, we use daily balances to calculate the average beginning day balance for such investment and annuity products. Some third-party providers report balances on a weekly, not daily, basis and we will use the most current balance reported. Balances in 529 plans, donor-advised funds, and certain retirement plan investment accounts do not qualify. Investment products and related services are only available in English.

[4] **Chase Mobile App:** Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

[5] **Zelle:** Enrollment in Zelle® at a participating financial institution using an eligible U.S. checking or savings account is required to use the service. Chase customers may not enroll using savings accounts; an eligible Chase consumer or business checking account is required and may have its own account fees. Consult your account agreement. Funds are typically made available in minutes when the recipient's email address or U.S. mobile number is already enrolled with Zelle® (go to enroll.zellepay.com to view participating banks). Select transactions could take up to 3 business days. Enroll on the Chase Mobile® app or Chase Online[SM]. Limitations may apply. Message and data rates may apply.

**SB1790334-F1**

30



Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle® and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle® offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies for certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

§ **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████ 3888 | $338.35 | $2,177.70 |
| Chase Total Checking | ████ 0215 | 451.84 | 1,589.23 |
| **Total** | | **$790.19** | **$3,766.93** |

| **TOTAL ASSETS** | | **$790.19** | **$3,766.93** |
|---|---|---|---|

## CHASE TOTAL CHECKING

SAFA GELARDI                                   Account Number: ████████ 3888

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$338.35** |
| Deposits and Additions | 7,603.36 |
| Electronic Withdrawals | -5,764.01 |
| **Ending Balance** | **$2,177.70** |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$338.35** |
| 05/06 | Zelle Payment To Amaly Jpm99B7Hpiqr | -30.00 | 308.35 |
| 05/07 | Zelle Payment From Tallal Yousef Salameh 24688829487 | 46.00 | 354.35 |
| 05/07 | 05/07 Online Transfer To Chk ...0215 Transaction#: 24680435518 | -100.00 | 254.35 |
| 05/09 | Zelle Payment From Mary Roberiza Furigay Bacu5Exm0Gkd | 400.00 | 654.35 |
| 05/09 | Chase Credit Crd Autopay            PPD ID: 4760039224 | -315.00 | 339.35 |
| 05/14 | Zelle Payment From Hannah Angel Holmes 24763802381 | 150.00 | 489.35 |
| 05/14 | Chase Credit Crd Autopay            PPD ID: 4760039224 | -285.00 | 204.35 |
| 05/16 | Capital One    Crcardpmt  43Crpwjqdws663Z Web ID: 9541719318 | -200.00 | 4.35 |
| 05/19 | Remote Online Deposit        1 | 458.16 | 462.51 |



May 06, 2025 through June 04, 2025
Primary Account: ■■■■■■3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/19 | Zelle Payment From Tallal Yousef Salameh 24823728849 | **81.27** | 543.78 |
| 05/20 | Zelle Payment To Marianne Ime Jpm99B93Ujx9 | -500.00 | 43.78 |
| 05/21 | Zelle Payment From Sharon L Donia 24842148495 | **225.00** | 268.78 |
| 05/21 | 05/21 Online Transfer To Chk ...0215 Transaction#: 24842178900 | -75.00 | 193.78 |
| 05/23 | Remote Online Deposit            1 | **66.13** | 259.91 |
| 05/23 | Remote Online Deposit            1 | **60.34** | 320.25 |
| 05/23 | Zelle Payment To Amaly Jpm99B9Hnnzn | -42.00 | 278.25 |
| 05/27 | Zelle Payment From Ignatius Grande Cti94Bqb3Ivb | **500.00** | 778.25 |
| 05/27 | Intuit          Transfer          PPD ID: 9002000202 | **250.00** | 1,028.25 |
| 05/27 | Zelle Payment To Christian Creole And French Ime Jpm99B9Xb0Cf | -500.00 | 528.25 |
| 05/28 | Safa Gelardi     Zelle          PPD ID: 1770527921 | **1,000.00** | 1,528.25 |
| 05/28 | Intuit          Transfer          PPD ID: 9002000202 | **800.00** | 2,328.25 |
| 05/28 | Zelle Payment From Hannah Angel Holmes 24916413699 | **150.00** | 2,478.25 |
| 05/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -414.00 | 2,064.25 |
| 05/28 | Zelle Payment To Christian Creole And French Ime Jpm99B9Zucym | -1,000.00 | 1,064.25 |
| 05/29 | Cash Redemption | **162.30** | 1,226.55 |
| 05/29 | Cash Redemption | **148.86** | 1,375.41 |
| 05/29 | Cash Redemption | **87.04** | 1,462.45 |
| 05/30 | Zelle Payment From Nancy Garcia 24954803740 | **150.00** | 1,612.45 |
| 06/02 | Zelle Payment From Tallal Yousef Salameh 24961267832 | **130.00** | 1,742.45 |
| 06/02 | Prosper Marketpl Mpl Trust1          PPD ID: ACH1800083 | -864.75 | 877.70 |
| 06/03 | Intuit          Transfer          PPD ID: 9002000202 | **1,000.00** | 1,877.70 |
| 06/03 | Zelle Payment To Jenine Jpm99Barsv85 | -38.26 | 1,839.44 |
| 06/03 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -400.00 | 1,439.44 |
| 06/03 | Zelle Payment To Jeff Biebin Jpm99Basfeo8 | -1,000.00 | 439.44 |
| 06/04 | Remote Online Deposit            1 | **38.26** | 477.70 |
| 06/04 | Intuit          Transfer          PPD ID: 9002000202 | **1,700.00** | 2,177.70 |
| | **Ending Balance** | | **$2,177.70** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $5,000.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**


**CHASE** ◼

May 06, 2025 through June 04, 2025
Primary Account: ▮▮▮▮▮**3888**

## CHASE TOTAL CHECKING

VITO GELARDI                                    Account Number: ▮▮▮▮▮0215
OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

|                        | AMOUNT     |
|------------------------|-----------:|
|                        | **AMOUNT** |
| **Beginning Balance**  | **$451.84** |
| Deposits and Additions | 9,492.59   |
| Checks Paid            | -1,000.00  |
| Electronic Withdrawals | -7,355.20  |
| **Ending Balance**     | **$1,589.23** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|--------------|-----------|-------:|
| 197 ^        | 06/04     | $500.00 |
| 198 ^        | 06/04     | 500.00 |
| **Total Checks Paid** |  | **$1,000.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
|      | **Beginning Balance** |  | **$451.84** |
| 05/06 | American Express ACH Pmt    A7654        Web ID: 9493560001 | -500.00 | -48.16 |
| 05/07 | Online Transfer From Chk ...3888 Transaction# 24680435518 | **100.00** | 51.84 |
| 05/07 | Citi Autopay    Payment    191689920600030 Web ID: Citicardap | -41.00 | 10.84 |
| 05/12 | Discover       E-Payment 2256        Web ID: 3510020270 | -250.00 | -239.16 |
| 05/13 | Deposit       960056766 | **1,500.00** | 1,260.84 |
| 05/13 | 05/13 Payment To Chase Card Ending IN 0710 | -35.00 | 1,225.84 |
| 05/14 | ATM Cash Deposit        05/14 26030 Nw Freeway Cypress TX Card 8142 | **2,200.00** | 3,425.84 |
| 05/14 | American Express Retry Pymt A8520        Web ID: 9493560001 | -1,490.00 | 1,935.84 |
| 05/14 | State Farm Ro 27 Sfpp            PPD ID: 9000307001 | -266.90 | 1,668.94 |
| 05/14 | Barclaycard US   Creditcard 1256355616    Web ID: 2510407970 | -102.01 | 1,566.93 |
| 05/14 | ADT Security Ser Adtpapach 320285739        Web ID: 8881323080 | -71.25 | 1,495.68 |
| 05/14 | 05/14 Online Transfer To Chk ...7061 Transaction# 24761960148 | -500.00 | 995.68 |
| 05/14 | 05/14 Online Payment 24407475825 To Barclays Bank Delaware | -200.00 | 795.68 |
| 05/15 | ADT Security Ser Adtpapach 320285739        Web ID: 8881323080 | -0.27 | 795.41 |
| 05/16 | 05/16 Online Transfer To Chk ...7061 Transaction# 24790639681 | -400.00 | 395.41 |
| 05/19 | ATM Cash Deposit        05/18 26030 Nw Freeway Cypress TX Card 8142 | **800.00** | 1,195.41 |
| 05/19 | 05/17 Online Transfer To Chk ...7061 Transaction# 24805131179 | -200.00 | 995.41 |
| 05/19 | 05/18 Online Transfer To Chk ...7061 Transaction# 24814752980 | -400.00 | 595.41 |
| 05/19 | Home Depot    Auto Pymt 721674327230843 Tel ID: Citiautfdr | -29.00 | 566.41 |
| 05/19 | Amz_Storecrd_Pmt Payment    6045781119667222 Web ID: 9130142001 | -150.00 | 416.41 |
| 05/19 | Trieagle Energy  Trie_ACH   035290442653    Tel ID: 9889760501 | -207.45 | 208.96 |
| 05/19 | American Express ACH Pmt    W2278        Web ID: 2005032111 | -176.20 | 32.76 |
| 05/20 | Online Transfer From Chk ...7061 Transaction# 24829627364 | **220.00** | 252.76 |



May 06, 2025 through June 04, 2025
Primary Account: ████████ 3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/20 | Aqua        Aqua Servi        PPD ID: 1023940101 | -136.83 | 115.93 |
| 05/20 | Cpenergy Entex  Ent ACH Eb 006403272815   Tel ID: 176051140D | -133.00 | -17.07 |
| 05/21 | Online Transfer From Chk ...3888 Transaction# 24842178900 | **75.00** | 57.93 |
| 05/22 | ATM Cash Deposit        05/22 26030 Nw Freeway Cypress TX Card 8142 | **900.00** | 957.93 |
| 05/22 | 05/22 Online Transfer To Chk ...7061 Transaction# 24853673608 | -500.00 | 457.93 |
| 05/23 | Wf Credit Card   Auto Pay        PPD ID: 50260000 | -200.00 | 257.93 |
| 05/27 | ATM Cash Deposit        05/27 26030 Nw Freeway Cypress TX Card 8142 | **400.00** | 657.93 |
| 05/27 | American Express ACH Pmt    A1810        Web ID: 9493560001 | -500.00 | 157.93 |
| 05/27 | Firstenergy      Opco-ACH        PPD ID: 1341968288 | -28.17 | 129.76 |
| 05/28 | ATM Cash Deposit        05/28 26030 Nw Freeway Cypress TX Card 8142 | **1,700.00** | 1,829.76 |
| 05/29 | State Farm Ro 27 Sfpp        PPD ID: 9000307001 | -37.00 | 1,792.76 |
| 05/29 | Firstenergy      Opco-ACH        PPD ID: 1341968288 | -61.53 | 1,731.23 |
| 05/29 | Firstenergy      Opco-ACH        PPD ID: 1341968288 | -59.89 | 1,671.34 |
| 05/29 | 05/29 Online Payment 24585411419 To Discover | -150.00 | 1,521.34 |
| 06/03 | Airbnb 4977      Airbnb        PPD ID: 1463165559 | **1,597.59** | 3,118.93 |
| 06/03 | Verizon Wireless Payments        PPD ID: 1223344794 | -293.22 | 2,825.71 |
| 06/04 | Trieagle Energy  Trie_ACH  930002386005    Web ID: 9889760501 | -236.48 | 2,589.23 |
| 06/04 | Check        # 197 | -500.00 | 2,089.23 |
| 06/04 | Check        # 198 | -500.00 | 1,589.23 |
|  | **Ending Balance** |  | **$1,589.23** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $1,597.59. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.



**SB1790334-F1**



May 06, 2025 through June 04, 2025

Primary Account: ████████ 3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 05, 2025 through July 03, 2025
Primary Account: ███████ 3888

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00970057 DRE 802 219 18525 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



# We're making changes to help better protect your account

1. **You may be required to use a trusted device for certain account and digital services**
   Starting September 21, 2025, you may need to use a trusted device to manage your account and digital profile, access or use certain account product and services (including certain wire transfers), make certain payments and transfers, or to provide authentication or approvals. A trusted device is a smartphone that has been enrolled with us based on specific criteria.

   **You may need to enroll a device**
   You may already be using a trusted device. If not, you'll receive instructions to make your device trusted the next time you try to perform an action that requires it.

   For more details, please see the Amendment in the Deposit Account Agreement and the new Section V. D. *Using trusted devices.*

2. **How we treat third-party endorsed check deposits is changing**
   A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

   You can find this update in Section III. A. *Our rights and responsibilities for deposits.*

You can see the complete, updated Deposit Account Agreement beginning June 12, 2025, at **chase.com/disclosures**. If you have questions, please don't hesitate to contact us by calling the number on this statement.

**SB1790334-F1**

36


**CHASE** 🟊

June 05, 2025 through July 03, 2025

Primary Account: █████ **3888**

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 3888 | $2,177.70 | $1,172.00 |
| Chase Total Checking | 0215 | 1,589.23 | 320.33 |
| **Total** | | **$3,766.93** | **$1,492.33** |

| **TOTAL ASSETS** | | **$3,766.93** | **$1,492.33** |
|---|---|---|---|

## CHASE TOTAL CHECKING

SAFA GELARDI
Account Number: █████ 3888

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,177.70** |
| Deposits and Additions | 5,127.00 |
| Electronic Withdrawals | -3,826.00 |
| Other Withdrawals | -2,206.70 |
| Fees | -100.00 |
| **Ending Balance** | **$1,172.00** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | **Beginning Balance** | | | | **$2,177.70** |
| 06/05 | Intuit | Transfer | PPD ID: 9002000202 | 600.00 | 2,777.70 |
| 06/05 | Intuit | Transfer | PPD ID: 9002000202 | 400.00 | 3,177.70 |
| 06/05 | Zelle Payment To Jeff Biebin Jpm99Bazwz1F | | | -750.00 | 2,427.70 |
| 06/05 | Zelle Payment To Dave Sagovia 25028886214 | | | -535.00 | 1,892.70 |
| 06/06 | Intuit | Transfer | PPD ID: 9002000202 | 500.00 | 2,392.70 |
| 06/06 | Zelle Payment To Jeff Sammys Subs Jpm99BB4Fy56 | | | -100.00 | 2,292.70 |
| 06/09 | Chase Credit Crd Autopay | | PPD ID: 4760039224 | -305.00 | 1,987.70 |
| 06/10 | Zelle Payment From Hannah Angel Holmes 25078546268 | | | 170.00 | 2,157.70 |
| 06/16 | Intuit | Transfer | PPD ID: 9002000202 | 600.00 | 2,757.70 |
| 06/16 | Zelle Payment From Alaina M Alford 25147876670 | | | 275.00 | 3,032.70 |
| 06/16 | Chase Credit Crd Autopay | | PPD ID: 4760039224 | -276.00 | 2,756.70 |
| 06/16 | 06/16 Online Transfer To Chk ...0215 Transaction#: 25147976687 | | | -400.00 | 2,356.70 |
| 06/16 | Capital One | Crcardpmt 43Jb8L7Sxky23Jj Web ID: 9541719318 | | -200.00 | 2,156.70 |
| 06/17 | Zelle Payment From Hannah Angel Holmes 25158508505 | | | 150.00 | 2,306.70 |
| 06/17 | Legal Processing Fee | | | -100.00 | 2,206.70 |
| 06/30 | Coal-17Jun25-1788 | | | -2,206.70 | 0.00 |
| 07/02 | Intuit | Transfer | PPD ID: 9002000202 | 1,500.00 | 1,500.00 |

**CHASE ◐**

June 05, 2025 through July 03, 2025

Primary Account: **3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|--|--|--------|---------|
| 07/02 | Intuit | Transfer | PPD ID: 9002000202 | **865.00** | 2,365.00 |
| 07/02 | Zelle Payment To Christian Creole And French Ime Jpm99Be9750O | | | -860.00 | 1,505.00 |
| 07/03 | Zelle Payment From Tallal Yousef Salameh 25359667113 | | | 67.00 | 1,572.00 |
| 07/03 | Chase Credit Crd Autopay | | PPD ID: 4760039224 | -400.00 | 1,172.00 |
| | **Ending Balance** | | | | **$1,172.00** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNowSM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $7,165.00. Note: some deposits may be listed on your previous statement.)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



## CHASE TOTAL CHECKING

VITO GELARDI

OR SAFA ABDUL-RAHMAN-GELARDI

Account Number: 0215

## CHECKING SUMMARY

| | AMOUNT |
|--|--------|
| **Beginning Balance** | **$1,589.23** |
| Deposits and Additions | 2,723.88 |
| Electronic Withdrawals | -3,786.65 |
| Other Withdrawals | -172.13 |
| Fees | -34.00 |
| **Ending Balance** | **$320.33** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|--|--|--------|---------|
| | **Beginning Balance** | | | | **$1,589.23** |
| 06/05 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 1,569.23 |
| 06/06 | American Express ACH Pmt | A6714 | Web ID: 9493560001 | -500.00 | 1,069.23 |
| 06/09 | Citi Autopay | Payment | 191716704090127 Web ID: Citicardap | -79.65 | 989.58 |
| 06/09 | American Express ACH Pmt | A7440 | Web ID: 9493560001 | -119.00 | 870.58 |
| 06/10 | Zelle Payment To Jeff Bongiovanni Jpm99Bbnzrha | | | -140.00 | 730.58 |
| 06/11 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 710.58 |
| 06/12 | Discover | E-Payment 2256 | Web ID: 3510020270 | -250.00 | 460.58 |
| 06/12 | 06/12 Online Payment 24758233533 To Barclays Bank Delaware | | | -200.00 | 260.58 |
| 06/16 | Online Transfer From Chk ...3888 Transaction#: 25147976687 | | | 400.00 | 660.58 |



June 05, 2025 through July 03, 2025

Primary Account: ████████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/16 | Barclaycard US  Creditcard 1267471317      Web ID: 2510407970 | -98.93 | 561.65 |
| 06/16 | ADT Security Ser Adtpapach  320285739      Web ID: 8881323080 | -71.52 | 490.13 |
| 06/16 | Hns Hughesnet86 6-347-3292 6707671      Web ID: 0000749317 | -318.00 | 172.13 |
| 06/20 | Amz_Storecrd_Pmt Payment    604578119667222 Web ID: 9130142001 | -150.00 | 22.13 |
| 06/20 | Aqua      Aqua Servi          PPD ID: 1023940101 | -136.83 | -114.70 |
| 06/23 | Homeaway.Com, IN Hom          PPD ID: 8426695228 | **1,234.21** | 1,119.51 |
| 06/23 | Wf Credit Card  Auto Pay      PPD ID: 50260000 | -200.00 | 919.51 |
| 06/23 | Zelle Payment To Sager Jpm99Bd5Y7Dv | -170.00 | 749.51 |
| 06/24 | 06/24 Payment To Chase Card Ending IN 0710 | -75.00 | 674.51 |
| 06/24 | 06/24 Payment To Chase Card Ending IN 7268 | -19.59 | 654.92 |
| 06/24 | American Express ACH Pmt    A2730        Web ID: 9493560001 | -500.00 | 154.92 |
| 06/25 | Firstenergy      Opco-ACH      PPD ID: 1341968288 | -29.24 | 125.68 |
| 06/25 | Hctra EFT        Eztagstppd      PPD ID: 2746019451 | -20.00 | 105.68 |
| 06/26 | Overdraft Fee For A $20.00 Item - Details: Hctra EFT        Eztagstppd  PPD ID: 2746019451 | -34.00 | 71.68 |
| 06/30 | Coal-17Jun25-1788 | -172.13 | -100.45 |
| 06/30 | Firstenergy      Opco-ACH      PPD ID: 1341968288 | -64.27 | -164.72 |
| 06/30 | Firstenergy      Opco-ACH      PPD ID: 1341968288 | -26.68 | -191.40 |
| 07/01 | Evolve Vacation  Transfer    St-J9Z0K7R2C9J4 CCD ID: 4270465600 | **1,089.67** | 898.27 |
| 07/01 | Cpenergy Entex  Ent ACH DR      PPD ID: 176051140D | -63.00 | 835.27 |
| 07/01 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -37.00 | 798.27 |
| 07/01 | 07/01 Online Payment 24926723709 To Discover | -150.00 | 648.27 |
| 07/03 | Verizon Wireless Payments      PPD ID: 1223344794 | -327.94 | 320.33 |
| | **Ending Balance** | | **$320.33** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $3,921.47. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

## OVERDRAFT FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $34.00 | $34.00 |

**SB1790334-F1**





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



June 05, 2025 through July 03, 2025
Primary Account: ███████████**3888**

This Page Intentionally Left Blank

**CHASE ◯**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

July 04, 2025 through August 05, 2025
Primary Account: ▮▮▮▮ **3888**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00973080 DRE 802 219 21825 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▮▮3888 | $1,172.00 | $1,091.22 |
| Chase Total Checking | ▮▮0215 | 320.33 | 1,298.05 |
| **Total** | | **$1,492.33** | **$2,389.27** |

| **TOTAL ASSETS** | **$1,492.33** | **$2,389.27** |
|---|---|---|

## CHASE TOTAL CHECKING

SAFA GELARDI                                    Account Number: ▮▮▮▮ 3888

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,172.00** |
| Deposits and Additions | 3,650.97 |
| Electronic Withdrawals | -3,731.75 |
| **Ending Balance** | **$1,091.22** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$1,172.00** |
| 07/07 | Zelle Payment From Tallal Yousef Salameh 25405935591 | | **119.00** | 1,291.00 |
| 07/07 | Zelle Payment From Tallal Yousef Salameh 25403312655 | | **10.27** | 1,301.27 |
| 07/07 | Chase Credit Crd Retry Pymt | PPD ID: 4760039224 | -420.00 | 881.27 |
| 07/08 | Online Transfer From Chk ...0215 Transaction#: 25410994942 | | 190.00 | 1,071.27 |
| 07/08 | Zelle Payment From Tallal Yousef Salameh 25416218839 | | **83.40** | 1,154.67 |
| 07/08 | Prosper Marketpl Mpl Trust1 | PPD ID: ACH1800083 | -864.75 | 289.92 |



July 04, 2025 through August 05, 2025

Primary Account: ████████3888

# TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/09 | Zelle Payment From Anthony Tucker Ctihkwvfefvq | **500.00** | 789.92 |
| 07/09 | Online Transfer From Chk ...0215 Transaction# 25420582523 | **200.00** | 989.92 |
| 07/09 | Zelle Payment From Tallal Yousef Salameh 25424225338 | **43.30** | 1,033.22 |
| 07/09 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -309.00 | 724.22 |
| 07/14 | 07/12 Online Transfer To Chk ...0215 Transaction# 25459389489 | -200.00 | 524.22 |
| 07/14 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -279.00 | 245.22 |
| 07/16 | Intuit          Transfer          PPD ID: 9002000202 | **800.00** | 1,045.22 |
| 07/16 | Capital One     Crcardpmt  43Pn5Vziu1A9Htb Web ID: 9541719318 | -200.00 | 845.22 |
| 07/17 | Zelle Payment From Ayesha Sheikh Tdp0Jfye9Ezk | **65.00** | 910.22 |
| 07/21 | 07/20 Online Transfer To Chk ...0215 Transaction# 25551079838 | -200.00 | 710.22 |
| 07/21 | 07/21 Online Transfer To Chk ...0215 Transaction# 25559612909 | -200.00 | 510.22 |
| 07/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -409.00 | 101.22 |
| 07/29 | Online Transfer From Chk ...0215 Transaction# 25652379181 | **200.00** | 301.22 |
| 07/29 | Zelle Payment To Jenine Jpm99Bhfmwm | -50.00 | 251.22 |
| 07/30 | Zelle Payment From Tallal Yousef Salameh 25665114903 | **300.00** | 551.22 |
| 07/30 | Zelle Payment To Amelia Lacey Mom  11 Month Old Jpm99Bhk13Uz | -150.00 | 401.22 |
| 08/01 | Zelle Payment From Gkk Consulting LLC 25701133226 | **500.00** | 901.22 |
| 08/01 | Zelle Payment From The Legacy Bride LLC 25701153043 | **500.00** | 1,401.22 |
| 08/04 | Zelle Payment From Wilbert F Johnson III 25734777962 | **140.00** | 1,541.22 |
| 08/04 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -400.00 | 1,141.22 |
| 08/05 | Zelle Payment To Yousef Buddah Jpm99Bicv2Pi | -50.00 | 1,091.22 |
| | **Ending Balance** | | **$1,091.22** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

• **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
(Your total electronic deposits this period were $3,165.00. Note: some deposits may be listed on your previous statement)

• **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

• **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



CHASE ◖

July 04, 2025 through August 05, 2025

Primary Account: ▬▬▬3888



## CHASE TOTAL CHECKING

VITO GELARDI                                        Account Number: ▬▬▬0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$320.33** |
| Deposits and Additions | 6,463.02 |
| Electronic Withdrawals | -5,417.30 |
| Fees | -68.00 |
| **Ending Balance** | **$1,298.05** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $320.33 |
| 07/07 | 07/05 Payment To Chase Card Ending IN 7268 | -19.59 | 300.74 |
| 07/07 | American Express ACH Pmt  A4622      Web ID: 9493560001 | -500.00 | -199.26 |
| 07/07 | Citi Autopay   Payment   191740895750125 Web ID: Citicardap | -140.96 | -340.22 |
| 07/08 | Evolve Vacation  Transfer  St-C2Y5Q7N6B7D1 CCD ID: 4270465600 | 1,400.98 | 1,060.76 |
| 07/08 | Hctra EFT      Eztagstppd          PPD ID: 2746019451 | -20.00 | 1,040.76 |
| 07/08 | 07/08 Online Transfer To Chk ...3888 Transaction#: 25410994942 | -190.00 | 850.76 |
| 07/08 | American Express ACH Pmt   A7260      Web ID: 9493560001 | -400.00 | 450.76 |
| 07/09 | 07/09 Online Transfer To Chk ...3888 Transaction#: 25420582523 | -200.00 | 250.76 |
| 07/14 | Online Transfer From Chk ...3888 Transaction#: 25459389489 | 200.00 | 450.76 |
| 07/14 | Discover      E-Payment  2256      Web ID: 3510020270 | -250.00 | 200.76 |
| 07/14 | Barclaycard US  Creditcard 1279645271      Web ID: 2510407970 | -100.01 | 100.75 |
| 07/15 | ADT Security Ser Adtpapach 320285739      Web ID: 8881323080 | -71.52 | 29.23 |
| 07/21 | Online Transfer From Chk ...3888 Transaction#: 25551079838 | 200.00 | 229.23 |
| 07/21 | Online Transfer From Chk ...3888 Transaction#: 25559612909 | 200.00 | 429.23 |
| 07/21 | Aqua      Aqua Servi          PPD ID: 1023940101 | -136.83 | 292.40 |
| 07/21 | Amz_Storecrd_Pmt Payment   604578119667222 Web ID: 9130142001 | -150.00 | 142.40 |
| 07/23 | WI Credit Card  Auto Pay          PPD ID: 50260000 | -200.00 | -57.60 |
| 07/24 | Overdraft Fee For A $200.00 Item - Details: WI Credit Card  Auto Pay  PPD ID: 50260000 | -34.00 | -91.60 |
| 07/25 | Firstenergy    Opco-ACH          PPD ID: 1341968288 | -34.41 | -126.01 |
| 07/28 | Overdraft Fee For A $34.41 Item - Details: Firstenergy    Opco-ACH  PPD ID: 1341968288 | -34.00 | -160.01 |
| 07/29 | Evolve Vacation  Transfer  St-B6A0A2T1C6U6 CCD ID: 1800948598 | 1,400.98 | 1,240.97 |
| 07/29 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -37.00 | 1,203.97 |
| 07/29 | 07/29 Online Transfer To Chk ...3888 Transaction#: 25652379181 | -200.00 | 1,003.97 |
| 07/30 | Firstenergy    Opco-ACH          PPD ID: 1341968288 | -176.01 | 827.96 |
| 07/30 | Firstenergy    Opco-ACH          PPD ID: 1341968288 | -103.30 | 724.66 |
| 07/30 | Hctra EFT      Eztagstppd          PPD ID: 2746019451 | -20.00 | 704.66 |
| 07/31 | Homeaway.Com, IN Hom          PPD ID: 8426695228 | 3,061.06 | 3,765.72 |
| 07/31 | American Express Retry Pymt A5206      Web ID: 9493560001 | -500.00 | 3,265.72 |
| 07/31 | 07/31 Online Payment 25305325454 To Discover | -150.00 | 3,115.72 |
| 08/01 | Cpenergy Entex  Ent ACH DR          PPD ID: 176051140D | -61.00 | 3,054.72 |
| 08/04 | 08/02 Payment To Chase Card Ending IN 0710 | -500.00 | 2,554.72 |
| 08/04 | 08/02 Payment To Chase Card Ending IN 7268 | -19.59 | 2,535.13 |



July 04, 2025 through August 05, 2025

Primary Account: ▮▮▮▮▮3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 08/04 | Evolve Vacation  Transfer   St-V3C7K3Y9A3W7 CCD ID: 1800948598 | | -572.30 | 1,962.83 |
| 08/04 | Verizon Wireless Payments | PPD ID: 1223344794 | -302.46 | 1,660.37 |
| 08/04 | Trieagle Energy  Trie_ACH | PPD ID: 9889760501 | -342.32 | 1,318.05 |
| 08/05 | Hctra EFT       Eztagstppd | PPD ID: 2746019451 | -20.00 | 1,298.05 |
| | **Ending Balance** | | | **$1,298.05** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $5,863.02. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

## OVERDRAFT FEE SUMMARY

| | Total for<br>This Period | Total<br>Year-to-date |
|--|--------------------------|-----------------------|
| Total Overdraft Fees | $68.00 | $102.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 06, 2025 through September 04, 2025

Account Number: ████████ **3888**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00973451 DRE 802 219 24825 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

---

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,091.22** |
| Deposits and Additions | 1,614.74 |
| Electronic Withdrawals | -2,866.75 |
| Fees | -15.00 |
| **Ending Balance** | **-$175.79** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,091.22** |
| 08/07 | Zelle Payment From Tallal Yousef Salameh 25773391332 | **41.22** | 1,132.44 |
| 08/07 | Prosper Marketpl Mpl Trust1          PPD ID: ACH1800083 | -864.75 | 267.69 |
| 08/11 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -299.00 | -31.31 |
| 08/12 | Zelle Payment From Wilbert F Johnson III 25825172462 | **140.00** | 108.69 |
| 08/14 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -270.00 | -161.31 |
| 08/15 | Zelle Payment From Crystal Gonzalez 25867827878 | **325.00** | 163.69 |
| 08/15 | Zelle Payment From Wilbert F Johnson III 25867183872 | **140.00** | 303.69 |
| 08/18 | Capital One        Crcardpmt  43W6Osh2U7L3Gq7 Web ID: 9541719318 | -200.00 | 103.69 |
| 08/21 | 08/21 Online Payment 25927677993 To Capital One | -100.00 | 3.69 |
| 08/22 | Zelle Payment From Balquis Khanum Bacyh34Kr08T | **150.00** | 153.69 |
| 08/25 | Credit Return: Online Payment 25927677993 To Capital One | **100.00** | 253.69 |
| 08/25 | 08/23 Online Payment 25954341333 To Capital One | -150.00 | 103.69 |
| 08/27 | Zelle Payment From Balquis Khanum Bacx0100Da7O | **150.00** | 253.69 |
| 08/28 | Zelle Payment From Tallal Yousef Salameh 26012558407 | **178.52** | 432.21 |
| 08/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -413.00 | 19.21 |
| 08/29 | Zelle Payment From Wilbert F Johnson III 26018023208 | **240.00** | 259.21 |
| 09/02 | Credit Return: Online Payment 25954341333 To Capital One | **150.00** | 409.21 |
| 09/02 | Zelle Payment To Amelia Lacey Mom  11 Month Old Jpm99Bl9Smns | -150.00 | 259.21 |
| 09/02 | Zelle Payment To Jenine Jpm99Blkobgo | -20.00 | 239.21 |
| 09/03 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -400.00 | -160.79 |
| 09/04 | Monthly Service Fee | -15.00 | -175.79 |
| | **Ending Balance** | | **-$175.79** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

**SB1790334-F1**



A Monthly Service Fee was charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- <u>OR</u>, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- <u>OR</u>, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

  *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

**CHASE** ⬣

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 05, 2025 through October 03, 2025
Account Number: ▬▬▬▬ 3888



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00969264 DRE 802 219 27725 NNNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

**Please review our overdraft service options at the end of this statement**

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **-$175.79** |
| Deposits and Additions | 1,173.81 |
| Electronic Withdrawals | -1,217.00 |
| **Ending Balance** | **-$218.98** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **-$175.79** |
| 09/05 | Zelle Payment From Eleanya Eleanya Cof48Jsr9Lmc | **150.00** | -25.79 |
| 09/09 | Zelle Payment From Eleanya Eleanya Cofbdsxvfe5X | **150.00** | 124.21 |
| 09/09 | Chase Credit Crd Autopay      PPD ID: 4760039224 | -303.00 | -178.79 |
| 09/19 | Safa Gelardi    Zelle      PPD ID: 1770527921 | **200.00** | 21.21 |
| 09/23 | Zelle Payment From Eleanya Eleanya Cof8O2V5Phgb | **160.00** | 181.21 |
| 09/26 | Intuit      Transfer      PPD ID: 9002000202 | **500.00** | 681.21 |
| 09/26 | Zelle Payment To Christian Creole And French Ime Jpm99Bom08Rw | -400.00 | 281.21 |
| 09/29 | Zelle Payment To Christian Creole And French Ime Jpm99Bov6Zmr | -100.00 | 181.21 |
| 09/29 | Chase Credit Crd Autopay      PPD ID: 4760039224 | -414.00 | -232.79 |
| 10/03 | Zelle Payment From Tallal Yousef Salameh 26459941519 | **13.81** | -218.98 |
| | **Ending Balance** | | **-$218.98** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

**SB1790334-F1**



September 05, 2025 through October 03, 2025

Account Number: ▮▮▮▮▮▮3888

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $700.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

Page 2 of 4

49



September 05, 2025 through October 03, 2025

Account Number: ███████3888



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to pay a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage$^{SM}$, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist$^{SM}$, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire$^{SM}$ Checking and Chase Private Client Checking$^{SM}$ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

**SB1790334-F1**

**CHASE** ⬡

September 05, 2025 through October 03, 2025

Account Number: ████████ **3888**

This Page Intentionally Left Blank

**CHASE ⬡**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 04, 2025 through November 05, 2025

Account Number: ████████ **3888**

00966043 DRE 802 219 31025 NNNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **-$218.98** |
| Deposits and Additions | 2,554.46 |
| Electronic Withdrawals | -2,284.00 |
| **Ending Balance** | **$51.48** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **-$218.98** |
| 10/06 | Zelle Payment From Tallal Yousef Salameh 26494599409 | **137.00** | -81.98 |
| 10/06 | Zelle Payment From Tallal Yousef Salameh 26494004709 | **6.00** | -75.98 |
| 10/07 | Remote Online Deposit                    1 | **109.75** | 33.77 |
| 10/07 | Remote Online Deposit                    1 | **40.25** | 74.02 |
| 10/09 | Chase Credit Crd Autopay            PPD ID: 4760039224 | -300.00 | -225.98 |
| 10/14 | Zelle Payment From Tallal Yousef Salameh 26574402225 | **72.24** | -153.74 |
| 10/14 | Zelle Payment From Tallal Yousef Salameh 26567349761 | **25.00** | -128.74 |
| 10/16 | Safa Gelardi    Zelle            PPD ID: 1770527921 | **600.00** | 471.26 |
| 10/20 | Chase Credit Crd Retry Pymt        PPD ID: 4760039224 | -271.00 | 200.26 |
| 10/20 | Zelle Payment To Angela Jpm99Brglfb7 | -70.00 | 130.26 |
| 10/21 | Zelle Payment From Tallal Yousef Salameh 26663371714 | **47.85** | 178.11 |
| 10/31 | Just Real Kare    Payroll            PPD ID: 9111111102 | **816.37** | 994.48 |
| 10/31 | Zelle Payment To Hannan Texas Jpm99Bszi0Kh | -700.00 | 294.48 |
| 11/03 | Chase Credit Crd Retry Pymt        PPD ID: 4760039224 | -398.00 | -103.52 |
| 11/04 | Safa Gelardi    Zelle            PPD ID: 1770527921 | **700.00** | 596.48 |
| 11/04 | 11/04 Payment To Chase Card Ending IN 2082 | -545.00 | 51.48 |
| | **Ending Balance** | | **$51.48** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
(Your total electronic deposits this period were $2,116.37. Note: some deposits may be listed on your previous statement)

**SB1790334-F1**

Page 1 of 2

52



- <u>OR</u>, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- <u>OR</u>, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 06, 2025 through December 03, 2025
Account Number: ████████ **3888**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00961543 DRE 802 219 33825 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$51.48** |
| Deposits and Additions | 8,744.96 |
| Electronic Withdrawals | -8,252.38 |
| **Ending Balance** | **$544.06** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$51.48** |
| 11/10 | Intuit        Transfer              PPD ID: 9002000202 | **750.00** | 801.48 |
| 11/10 | Intuit        Transfer              PPD ID: 9002000202 | **350.00** | 1,151.48 |
| 11/10 | Zelle Payment From Tallal Yousef Salameh 26914862535 | **47.12** | 1,198.60 |
| 11/10 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -288.00 | 910.60 |
| 11/12 | Zelle Payment From Tallal Yousef Salameh 26937005796 | **67.67** | 978.27 |
| 11/12 | Zelle Payment To Christian Creole And French Ime Jpm99Bub3Qgg | -650.00 | 328.27 |
| 11/14 | Just Real Kare   Payroll            PPD ID: 9111111102 | **816.37** | 1,144.64 |
| 11/14 | Zelle Payment From Joshua Dailey Bacl86Cjatd4 | **100.00** | 1,244.64 |
| 11/14 | Zelle Payment To Hannan Texas Jpm99Bups818 | -700.00 | 544.64 |
| 11/17 | Intuit        Transfer              PPD ID: 9002000202 | **4,000.00** | 4,544.64 |
| 11/17 | Zelle Payment From Yousef Abdulrahman Wfct0Zhl5Xbh | **100.00** | 4,644.64 |
| 11/17 | Macys          Online Pmt 601855662644515 Web ID: Citictp | -61.00 | 4,583.64 |
| 11/17 | Capital One      Crcardpmt CA00E045A2E6C38 Tel ID: 9541719318 | -200.00 | 4,383.64 |
| 11/17 | Zelle Payment To Marianne Ime Jpm99Bv33Nmy | -200.00 | 4,183.64 |
| 11/20 | American Express ACH Pmt   V1006      Tel ID: 2005032111 | -2,000.00 | 2,183.64 |
| 11/20 | American Express ACH Pmt   M4486      Web ID: 2005032111 | -700.00 | 1,483.64 |
| 11/20 | American Express ACH Pmt   M5966      Web ID: 2005032111 | -636.48 | 847.16 |
| 11/20 | American Express ACH Pmt   M8466      Web ID: 2005032111 | -500.00 | 347.16 |
| 11/21 | 11/21 Online Payment 27049908064 To Amex-Macy's | -66.04 | 281.12 |
| 11/24 | Zelle Payment To Maggie Daycare Jpm99Bvrjmqo | -165.00 | 116.12 |
| 11/24 | Zelle Payment To Maggie Daycare Jpm99Bvslo0P | -40.00 | 76.12 |
| 11/25 | American Express ACH Pmt   M6720      Web ID: 2005032111 | -8.86 | 67.26 |
| 11/28 | Just Real Kare   Payroll            PPD ID: 9111111102 | **816.39** | 883.65 |
| 11/28 | Zelle Payment From Yousef Abdulrahman Wfct0Zjm2Ydr | **750.00** | 1,633.65 |

SB1790334-F1



November 06, 2025 through December 03, 2025

Account Number: ████████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 11/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -404.00 | 1,229.65 |
| 12/01 | Zelle Payment To Hannan Texas Jpm99Bwj718G | -700.00 | 529.65 |
| 12/01 | Zelle Payment To Vito Gelardi Jpm99Bwj7Bt1 | -500.00 | 29.65 |
| 12/02 | Intuit          Transfer          PPD ID: 9002000202 | **850.00** | 879.65 |
| 12/02 | Zelle Payment From Tallal Yousef Salameh 27181231598 | **97.41** | 977.06 |
| 12/02 | Zelle Payment To Dave Sagovia 27184274634 | -433.00 | 544.06 |
| | **Ending Balance** | | **$544.06** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $9,099.13. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

Case 1:22-cv-01032-PKC-PK Document 472-1 Filed 12/26/24 Page 80 of 198 PageID #: 11873



 

### Manage your account anytime at:
www.chase.com/cardhelp

### Questions? Call:
1-800-493-3319

### Get the Chase Mobile® app today

**January 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$13,362.68**

Minimum Payment Due
**$395.00**

Payment Due Date
**01/27/25**

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 8,429 |
| + 1 Point per $1 earned on all purchases | 6,362 |
| + 3x pts on dining | 338 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 33 |

**Total points available for redemption**    **15,162**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $38,544 |
| $528 | 3 years | $18,994 (Savings=$19,550) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $6,739.10 |
| Payment, Credits | -$123.00 |
| Purchases | +$6,484.85 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$261.73 |
| New Balance | $13,362.68 |
| Opening/Closing Date | 12/03/24 - 01/02/25 |
| Credit Access Line | $18,000 |
| Available Credit | $4,637 |
| Cash Access Line | $3,600 |
| Available for Cash | $3,600 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

The Ennismore hotel benefit will be expiring on 12/31/2024. Eligible cardmembers must book by 12/31/2024 and stay by 12/31/2025 to receive this benefit.

Your next AutoPay payment for $395.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.



414720242620102400039500013362680000000003

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **01/27/25** |
| **New Balance:** | **$13,362.68** |
| **Minimum Payment Due:** | **$395.00** |

Account number: XXXX XXXX XXXX 1024

$_____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

13040 BEX 9 225 D

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**     **56**

**To contact us regarding your account**



| | |
|---|---|
| **In U.S.for Customer Service** | |
| In U.S. | 1-800-493-3319 |
| Spanish | 1-800-493-3319 |
| Pay by phone | 1-800-436-7958 |
| International | 1-614-776-7050 |
| We accept operator relay calls | |



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298



**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423



**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining payment to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some transactions. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC Document 512-1 Filed 02/01/26 Page 62 of 193 PageID #: 11875

**SAPPHIRE**



Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/27 | AUTOMATIC PAYMENT - THANK YOU | -123.00 |
| **PURCHASE** | | |
| 12/02 | VICTORIA BRIDAL 713-3393865 TX | 433.00 |
| 12/02 | NRG 844-878-4412 TX | 858.85 |
| 12/03 | MSK SIGNS & PRINTING SOLU 713-777-1947 TX | 2,917.36 |
| 12/03 | SARA'S HALAL BURGERS SUGAR LAND TX | 26.27 |
| 12/04 | CHEVRON 0384170 SUGAR LAND TX | 58.16 |
| 12/04 | TX HHSC CCL FEE EGOV.COM TX | 50.36 |
| 12/04 | SARA'S HALAL BURGERS SUGAR LAND TX | 25.72 |
| 12/07 | KROGER #362 CYPRESS TX | 46.69 |
| 12/06 | PAYPAL *TATREEZDRES 402-935-7733 CA | 78.81 |
| 12/07 | KROGER #362 CYPRESS TX | 8.47 |
| 12/07 | KROGER #362 CYPRESS TX | 5.13 |
| 12/10 | IMPERIAL CITY CHINESE CAF CYPRESS TX | 34.36 |
| 12/10 | WAL-MART #5091 CYPRESS TX | 132.08 |
| 12/10 | ISLAND NAILS LOUNGE COR. CYPRESS TX | 142.00 |
| 12/10 | OCEAN NAIL LOUNGE LLC CYPRESS TX | 115.00 |
| 12/11 | GLAM HOUSE HOUSTON TX | 517.68 |
| 12/11 | SQ *JUST FALAFEL VEGAN CA Houston TX | 26.27 |
| 12/12 | SUITS U #1 HOUSTON TX | 86.57 |
| 12/12 | ELSY'S FASHION HOUSTON TX | 53.04 |
| 12/13 | SMALLPDF ZURICH | 12.00 |
| 12/13 | SUITS U #1 HOUSTON TX | 68.17 |
| 12/14 | CYPRESS GROCERY AND HALAL CYPRESS TX | 128.05 |
| 12/14 | CHATEAU CRYSTALE 713-5324070 TX | 650.00 |
| 12/22 | APPLE.COM/BILL 800-275-2273 CA | 10.81 |
| **INTEREST CHARGED** | | |
| 01/02 | PURCHASE INTEREST CHARGE | 261.73 |
|  | TOTAL INTEREST FOR THIS PERIOD | $261.73 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $261.73 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $12,713.40 | $261.73 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



Case 1:22-cv-01032-PKC-RC Document 181-21 Filed 02/04/2024 Page 1 of 1 PageID #: 11877



**SAPPHIRE®**

Manage your account online
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

### February 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**New Balance**
## $13,697.38

**Minimum Payment Due**
## $422.00

**Payment Due Date**
## 02/27/25

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $39,524 |
| $541 | 3 years | $19,470 (Savings=$20,054) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $13,362.68 |
| Payment, Credits | -$395.00 |
| Purchases | +$444.52 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$285.18 |
| **New Balance** | **$13,697.38** |
| Opening/Closing Date | 01/03/25 - 02/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $702 |
| Cash Access Line | $2,880 |
| Available for Cash | $702 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 15,162 |
| + 1 Point per $1 earned on all purchases | 445 |
| + 2x Points earned on travel | 0 |
| + Anniversary Points Boost | 163 |

### Total points available for redemption 15,770

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $422.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

---

0000001  FIS33339 D 13
0444

Y    9   02   25/02/02        Page 1 of 2        06530    MA MA 29771          7101



**SAPPHIRE®**

4147202426201024000422000136973800000000004

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **02/27/25** |
| **New Balance:** | **$13,697.38** |
| **Minimum Payment Due:** | **$422.00** |

**Account number: XXXX XXXX XXXX 1024**

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

29771 BEX 9 03325 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S.           1-800-493-3319<br>Spanish        1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International  1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining payment). You may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

* Account information: Your name and Account number.

* Dollar amount: The dollar amount of the suspected error.

* Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.

* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

* We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

SAPPHIRE®

Manage your account online at www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/27 | AUTOMATIC PAYMENT - THANK YOU | -395.00 |
| **PURCHASE** | | |
| 01/02 | NRG 844-878-4412 TX | 432.52 |
| 01/13 | SMALLPDF ZURICH | 12.00 |
| **INTEREST CHARGED** | | |
| 02/02 | PURCHASE INTEREST CHARGE | 285.18 |
| | TOTAL INTEREST FOR THIS PERIOD | $285.18 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $546.91 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $13,852.31 | $285.18 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



Case 1:22-cv-01032-PKC-RML Document 472-1 Filed 12/14/24 Page 1 of 88 PageID #: 11881

 
# SAPPHIRE®



| | March 2025 | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | **27** | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

**New Balance**
**$13,974.28**

**Minimum Payment Due**
**$403.00**

**Payment Due Date**
**03/27/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $40,407 |
| $552 | 3 years | $19,864 (Savings=$20,543) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $13,697.38 |
| Payment, Credits | -$422.00 |
| Purchases | +$435.06 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$263.84 |
| **New Balance** | **$13,974.28** |
| Opening/Closing Date | 02/03/25 - 03/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $425 |
| Cash Access Line | $2,880 |
| Available for Cash | $425 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 15,770 |
| + 1 Point per $1 earned on all purchases | 436 |
| + 2x Points earned on travel | 0 |

**Total points available for redemption   16,206**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $403.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 8        Y   9   02   25/03/02        Page 1 of 2        06530    MA MA 29543        301
0444



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

4147202426201024000403000139742800000000008

| | |
|---|---|
| **Payment Due Date:** | **03/27/25** |
| **New Balance:** | **$13,974.28** |
| **Minimum Payment Due:** | **$403.00** |

**Account number: XXXX XXXX XXXX 1024**

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

29543 BEX 9 06125 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**

**64**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S.           1-800-493-3319<br>Spanish         1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International  1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC   Document 332-1   Filed 02/01/25   Page 70 of 193   PageID #: 11883

Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

**SAPPHIRE**®  

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/27 | AUTOMATIC PAYMENT - THANK YOU | -422.00 |
| **PURCHASE** | | |
| 02/03 | NRG 844-878-4412 TX | 401.11 |
| 02/11 | SCHOOLCAFE 855-7292328 TX | 21.95 |
| 02/13 | SMALLPDF ZURICH | 12.00 |
| **INTEREST CHARGED** | | |
| 03/02 | PURCHASE INTEREST CHARGE | 263.84 |
| | TOTAL INTEREST FOR THIS PERIOD | $263.84 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $810.75 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $14,188.83 | $263.84 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | - 0 - | - 0 - |
| | | | **28 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.








## SAPPHIRE®

| April 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$13,872.15**
Minimum Payment Due
**$427.00**
Payment Due Date
**04/27/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $40,044 |
| $548 | 3 years | $19,719 (Savings=$20,325) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $13,974.28 |
| Payment, Credits | -$403.00 |
| Purchases | +$12.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$288.87 |
| **New Balance** | **$13,872.15** |
| Opening/Closing Date | 03/03/25 - 04/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $527 |
| Cash Access Line | $2,880 |
| Available for Cash | $527 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 16,206 |
| + 1 Point per $1 earned on all purchases | 12 |
| + 2x Points earned on travel | 0 |

**Total points available for redemption** **16,218**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $427.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 13  0444        Y   9  02  25/04/02        Page 1 of 2        06530    MA MA 12859                   9901



## SAPPHIRE®

4147202426201024000427000138721500000009

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **04/27/25** |
| **New Balance:** | **$13,872.15** |
| **Minimum Payment Due:** | **$427.00** |

Account number: XXXX XXXX XXXX 1024

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

12859 BEX 9 09225 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                    **68**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service** In U.S. 1-800-493-3319 Spanish 1-800-493-3319 Pay by phone 1-800-436-7958 International 1-614-776-7050 We accept operator relay calls |  **Send Inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 |  **Mail Payments to:** P.O. Box 1423 Charlotte, NC 28201-1423 |  **Visit Our Website:** www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants, balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for non-fee based transactions. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC   Document 432-1   Filed 02/03/25   Page 74 of 193 PageID #: 11887

SAPPHIRE®

Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319 

Mobile: Download the
Chase Mobile® app today 

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/27 | AUTOMATIC PAYMENT - THANK YOU | -403.00 |
| **PURCHASE** | | |
| 03/13 | SMALLPDF ZURICH | 12.00 |
| **INTEREST CHARGED** | | |
| 04/02 | PURCHASE INTEREST CHARGE | 288.87 |
| | TOTAL INTEREST FOR THIS PERIOD | $288.87 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,099.62 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $14,031.38 | $288.87 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | – 0 – | – 0 – |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.








## SAPPHIRE

| May 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**New Balance**
**$13,734.66**

Minimum Payment Due
**$414.00**

Payment Due Date
**05/27/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $39,638 |
| $542 | 3 years | $19,523 (Savings=$20,115) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 1024

| | |
|---|---|
| Previous Balance | $13,872.15 |
| Payment, Credits | -$427.00 |
| Purchases | +$12.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$277.51 |
| **New Balance** | **$13,734.66** |
| Opening/Closing Date | 04/03/25 - 05/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $665 |
| Cash Access Line | $2,880 |
| Available for Cash | $665 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 16,218 |
| + 1 Point per $1 earned on all purchases | 12 |
| + 2x Points earned on travel | 0 |
| **Total points available for redemption** | **16,230** |

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $414.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 D 10       Y   9   02   25/05/02       Page 1 of 2        06530   MA MA 14087 ▮▮▮▮▮701
0444



## SAPPHIRE

4147202426201024000414000137346600000000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **05/27/25** |
| **New Balance:** | **$13,734.66** |
| **Minimum Payment Due:** | **$414.00** |

Account number: XXXX XXXX XXXX 1024

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

14087 BEX 9 12225 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**

**72**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S.    1-800-493-3319<br>Spanish    1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International  1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC   Document 332-1   Filed 02/24/26   Page 78 of 193 PageID #: 11891

**SAPPHIRE®**

Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 04/27 | AUTOMATIC PAYMENT - THANK YOU | -427.00 |
| **PURCHASE** | | |
| 04/13 | SMALLPDF ZURICH | 12.00 |
| **INTEREST CHARGED** | | |
| 05/02 | PURCHASE INTEREST CHARGE | 277.51 |
| | TOTAL INTEREST FOR THIS PERIOD | $277.51 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,377.13 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $13,929.04 | $277.51 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | – 0 – | – 0 – |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



Manage your account at:
www.chase.com/cardhelp
Questions? Call:
1-800-493-3319
Get more. Do more with the
Chase Mobile® app today






| June 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

**New Balance**
**$13,643.67**
Minimum Payment Due
**$420.00**
Payment Due Date
**06/27/25**

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 16,230 |
| + 1 Point per $1 earned on all purchases | 12 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 82 |
| - Points redeemed this statement period | 16,230 |

### Total points available for redemption                                    94

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $39,362 |
| $539 | 3 years | $19,394 (Savings=$19,968) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 1024

| | |
|---|---|
| Previous Balance | $13,734.66 |
| Payment, Credits | -$414.00 |
| Purchases | +$39.04 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$283.97 |
| New Balance | $13,643.67 |
| Opening/Closing Date | 05/03/25 - 06/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $756 |
| Cash Access Line | $2,880 |
| Available for Cash | $756 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $420.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 12 0444   Y  9  02  25/06/02   Page 1 of 2   06530  MA MA 14282 ▆▆▆▆201



4147202426201024000420000136436700000003

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **06/27/25** |
| **New Balance:** | **$13,643.67** |
| **Minimum Payment Due:** | **$420.00** |

Account number: XXXX XXXX XXXX 1024

$_____ . _____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

14282 BEX 9 15325 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                                        **76**

To contact us regarding your account



| In U.S.for Customer Service | |
|---|---|
| In U.S. | 1-800-493-3319 |
| Spanish | 1-800-493-3319 |
| Pay by phone | 1-800-436-7958 |
| International | 1-614-776-7050 |
| We accept operator relay calls | |



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298



**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423



**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC Document 322-1 Filed 03/13/25 Page 82 of 193 PageID #: 11895

SAPPHIRE®

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today




## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/27 | AUTOMATIC PAYMENT - THANK YOU | -414.00 |
| **PURCHASE** | | |
| 05/13 | SMALLPDF ZURICH | 12.00 |
| 05/25 | APPLE.COM/BILL 866-712-7753 CA | 21.64 |
| 05/31 | APPLE.COM/BILL 866-712-7753 CA | 5.40 |
| **INTEREST CHARGED** | | |
| 06/02 | PURCHASE INTEREST CHARGE | 283.97 |
| | TOTAL INTEREST FOR THIS PERIOD | $283.97 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,661.10 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $13,793.69 | $283.97 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | - 0 - | - 0 - |
| | | | 31 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



 

SAPPHIRE PREFERRED

Manage your account online: www.chase.com/cardhelp

Questions? Call: 1-800-493-3319

Get the Chase Mobile® app today



**New Balance**
## $13,515.43
**Minimum Payment Due**
## $409.00
**Payment Due Date**
## 07/27/25

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
| --- | --- | --- |
| Only the minimum payment | 24 years | $38,980 |
| $534 | 3 years | $19,211 (Savings=$19,769) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 1024**

| | |
| --- | --- |
| Previous Balance | $13,643.67 |
| Payment, Credits | -$840.00 |
| Purchases | +$437.40 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$274.36 |
| **New Balance** | **$13,515.43** |
| Opening/Closing Date | 06/03/25 - 07/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $884 |
| Cash Access Line | $2,880 |
| Available for Cash | $884 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS®
## SUMMARY

| | |
| --- | --- |
| Previous points balance | 94 |
| + 1 Point for $1 earned on all purchases | 12 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 17 |

### Total points available for redemption    123

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $409.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 D 13
0444

Y   9   02   25/07/02

Page 1 of 2

06530   MA MA  14298                    9801

 SAPPHIRE PREFERRED®

4147202426201024000409000135154 3000000004

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
| --- | --- |
| **Payment Due Date:** | **07/27/25** |
| **New Balance:** | **$13,515.43** |
| **Minimum Payment Due:** | **$409.00** |

Account number: XXXX XXXX XXXX 1024

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

14298 BEX 9 18325 D

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S.          1-800-493-3319<br>Spanish       1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International  1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some transactions. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-PK Document 532-1 Filed 03/03/25 Page 86 of 193 PageID #: 11899

SAPPHIRE PREFERRED   Manage your account online at
www.chase.com/cardhelp   Customer Service:
1-800-493-3319   Mobile: Download the
Chase Mobile® app today




## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/27 | AUTOMATIC PAYMENT - THANK YOU | -420.00 |
| 07/02 | Payment Thank You - 2nd Attempt | -420.00 |
| **PURCHASE** | | |
| 06/13 | SMALLPDF ZURICH | 12.00 |
| 06/28 | APPLE.COM/BILL 866-712-7753 CA | 5.40 |
| 06/27 | Returned Payment | 420.00 |
| **INTEREST CHARGED** | | |
| 07/02 | PURCHASE INTEREST CHARGE | 274.36 |
| | TOTAL INTEREST FOR THIS PERIOD | $274.36 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,935.46 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $13,770.79 | $274.36 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 24.24%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319




Get the free Chase Mobile® app today



SAPPHIRE PREFERRED

| August 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | **27** | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

**New Balance**
## $13,396.49

**Minimum Payment Due**
## $413.00

**Payment Due Date**
## 08/27/25

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $38,635 |
| $529 | 3 years | $19,043 (Savings=$19,592) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 1024

| | |
|---|---|
| Previous Balance | $13,515.43 |
| Payment, Credits | -$421.00 |
| Purchases | +$22.81 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$279.25 |
| **New Balance** | **$13,396.49** |
| Opening/Closing Date | 07/03/25 - 08/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $1,003 |
| Cash Access Line | $2,880 |
| Available for Cash | $1,003 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 123 |
| + 1 Point for $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 33 |

### Total points available for redemption
### 156

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $413.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 9      Y   9   02   25/08/02      Page 1 of 2      06530   MA MA 73103          0301
0444



SAPPHIRE PREFERRED

4147202426201024000413000133964900000006

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | 08/27/25 |
| **New Balance:** | $13,396.49 |
| **Minimum Payment Due:** | $413.00 |

Account number: XXXX XXXX XXXX 1024

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

73103 BEX 9 21425 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S.            1-800-493-3319<br>Spanish          1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International   1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC   Document 332-1   Filed 02/23/26   Page 90 of 193 PageID #: 11903

Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319




Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 07/13 | SMALLPDF      ZURICH | -12.00 |
| 07/27 | AUTOMATIC PAYMENT - THANK YOU | -409.00 |
| **PURCHASE** | | |
| 07/05 | APPLE.COM/BILL 800-275-2273 CA | 10.81 |
| 07/13 | SMALLPDF ZURICH | 12.00 |
| **INTEREST CHARGED** | | |
| 08/01 | PURCHASE INTEREST CHARGE | 279.25 |
| | TOTAL INTEREST FOR THIS PERIOD | $279.25 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $2,214.71 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $13,564.32 | $279.25 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 24.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 24.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

0000001  FIS33339 D 9

**SB1790334-F1**
Page 2 of 2

Y   9   02   25/08/02        Page 2 of 2

06530    MA MA  73103

**86**
Statement Date:      08/02/25

0302






**SAPPHIRE PREFERRED**

Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today



| September 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Balance
**$13,439.06**

Minimum Payment Due
**$414.00**

Payment Due Date
**09/27/25**

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 156 |
| + 1 Point per $1 earned on all purchases | 149 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 82 |

**Total points available for redemption**    **387**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $38,744 |
| $531 | 3 years | $19,103 (Savings=$19,641) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $13,396.49 |
| Payment, Credits | -$413.00 |
| Purchases | +$175.54 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$280.03 |
| **New Balance** | **$13,439.06** |
| Opening/Closing Date | 08/03/25 - 09/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $960 |
| Cash Access Line | $2,880 |
| Available for Cash | $960 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

This statement also contains important information about change(s) to your account terms.

Starting October 26th, 2025, the Chase Dining(SM) storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

0000001  FIS33339 D 10 0444    Y   9   02   25/09/02     Page 1 of 3     06530   MA MA 36304      0401



**SAPPHIRE PREFERRED**

4147202426201024000414000134390600000000004

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **09/27/25** |
| **New Balance:** | **$13,439.06** |
| **Minimum Payment Due:** | **$414.00** |

Account number: XXXX XXXX XXXX 1024

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

36304 BEX 9 24525 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S.    1-800-493-3319<br>Spanish    1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International  1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day before 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any disputed amount). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for new purchases including Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC   Document 432-1   Filed 02/03/26   Page 94 of 193 PageID #: 11907

 
## YOUR ACCOUNT MESSAGES (CONTINUED)

Your next AutoPay payment for $414.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/27 | AUTOMATIC PAYMENT - THANK YOU | -413.00 |
| **PURCHASE** | | |
| 08/04 | APPLE.COM/BILL 800-275-2273 CA | 21.64 |
| 08/05 | WWW.PACER.GOV 800-676-6856 TX | 148.50 |
| 08/13 | APPLE.COM/BILL 866-712-7753 CA | 5.40 |
| **INTEREST CHARGED** | | |
| 09/02 | PURCHASE INTEREST CHARGE | 280.03 |
| | TOTAL INTEREST FOR THIS PERIOD | $280.03 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $2,494.74 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.24%(v)(d) | $13,602.40 | $280.03 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 24.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 24.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



Your account ending in 1024

## Important Changes to Your Account Terms

We're modifying your Cardmember Agreement by changing your Purchase, My Chase Loan and Balance Transfer Annual Percentage Rates (APRs) going forward because your existing APRs are below the APRs we currently offer for similar accounts. Lower APRs will continue to apply to any existing balances as described below.

All changes take effect 11/09/2025. These changes to your APRs will apply to any new transactions on your account made on or after this date. Transacting on your account after 11/09/2025 constitutes acceptance of these changes.

## These changes will affect your account as follows:

Transactions made on or after 11/09/2025: As of 11/09/2025, the change to the Annual Percentage Rate (APR) described below will apply to these transactions.

Transactions made before 11/09/2025: The current APR will continue to apply to these transactions.

| Revised Terms as of 11/09/2025 | |
|---|---|
| **Purchase Annual Percentage Rate (APR)** | **26.74%**; This APR will vary with the market based on the Prime Rate.[a] |
| **My Chase Loan APR** | **26.74%**; This APR will vary with the market based on the Prime Rate.[a]<br>Promotional offers with fixed APRs and varying durations may be available from time to time on some accounts. |
| **Balance Transfer APR** | **26.74%**; This APR will vary with the market based on the Prime Rate.[a] |

**Additional Information About These Changes**

**Variable Rates/Prime Rate**: Variable APRs are based on the highest U.S. prime rate published in the Money Rates section of *The Wall Street Journal* two business days (not weekends or federal holidays) before your statement closing date. If the prime rate has changed, your rate may be different. Any new rate will be applied as of the first day of your billing cycle during which the prime rate has changed.

[a] **Purchase/ My Chase Loan/ Balance Transfer APR:** We add **19.24%** to the prime rate to determine the Purchase and Balance Transfer APRs (daily periodic rate currently **0.07326%**). Maximum APR **29.99%** (daily periodic rate **0.08217%**).

**Amendment to your Cardmember Agreement:** The changes described in the Revised Terms Summary and Additional Information sections of this notice amend your Cardmember Agreement and replace the corresponding terms that currently apply. Any terms of your account not described in this notice continue to apply.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

**Notice to Married Wisconsin Residents:** No provision of any marital property agreement, unilateral statement or court decree adversely affects our rights, unless you give us a copy of such agreement, statement or court order before we grant you credit, or we have actual knowledge of the adverse obligation. All obligations on this account will be incurred in the interest of your marriage or family. You understand that we may be required to give notice of this account to your spouse. **Married Wisconsin residents must furnish their (the applicant's) name and Social Security number as well as the name and address of their spouse to Cardmember Service at PO Box 15218, Wilmington, DE 19850-5218.**





| | | October 2025 | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$13,301.65**

Minimum Payment Due
**$398.00**

Payment Due Date
**10/27/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $38,079 |
| $523 | 3 years | $18,843 (Savings=$19,236) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $13,439.06 |
| Payment, Credits | -$414.00 |
| Purchases | +$10.81 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$265.78 |
| **New Balance** | **$13,301.65** |
| Opening/Closing Date | 09/03/25 - 10/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $1,098 |
| Cash Access Line | $2,880 |
| Available for Cash | $1,098 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 387 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 33 |

**Total points available for redemption** **420**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

We hope you enjoy all the benefits your card has to offer and we appreciate your business. Your annual membership fee in the amount of $95.00 will be billed on 12/01/2025. There is a transaction fee for each balance transfer and cash advance in the amount of 5.00% or $5.00 minimum per balance transfer and 5.00% or $10.00 minimum per cash advance. Chase Pay Over Time monthly fee of up to 1.72% of the amount of each eligible purchase transaction or

0000001 FIS33339 D 8 0444    Y 9 02 25/10/02    Page 1 of 2    06530 MA MA 14386 ▮▮▮8601



41472024262010240003980001330165000000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

AUTOPAY IS ON
See Your Account
Messages for details.

| | |
|---|---|
| Payment Due Date: | 10/27/25 |
| New Balance: | $13,301.65 |
| Minimum Payment Due: | $398.00 |

Account number: XXXX XXXX XXXX 1024

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

14386 BEX 9 27525 D

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**

| | In U.S.for Customer Service | | | |
|---|---|---|---|---|
|  | In U.S. 1-800-493-3319<br>Spanish 1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International 1-614-776-7050<br>We accept operator relay calls | <br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | <br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-MMR   Document 360-21   Filed 06/15/26   Page 100 of 193   PageID #: 11913

**SAPPHIRE PREFERRED**

Manage your account online at
www.chase.com/cardhelp

Contact Customer Service:
1-800-493-3319

Manage your account on the
Chase Mobile® app today




## YOUR ACCOUNT MESSAGES  (CONTINUED)

amount you select to pay over time. Please see the Annual Renewal Notice section of your statement disclosures for more information.

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $398.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/26 | AUTOMATIC PAYMENT - THANK YOU | -414.00 |
| **PURCHASE** | | |
| 09/13 | APPLE.COM/BILL 866-712-7753 CA | 10.81 |
| **INTEREST CHARGED** | | |
| 10/02 | PURCHASE INTEREST CHARGE | 265.78 |
| | TOTAL INTEREST FOR THIS PERIOD | $265.78 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $2,760.52 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.99%(v)(d) | $13,478.39 | $265.78 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 23.99%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 23.99%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

0000001  FIS33339 D 8

**SB1790334-F1**
Page 2 of 2

Y   9   02   25/10/02         Page 2 of 2         06530    MA MA  14386

**96**
Statement Date:   10/02/25

8602



 

**SAPPHIRE PREFERRED** | Manage your account online at www.chase.com/cardhelp | Customer Service: 1-800-493-3319 | Get the most from the Chase Mobile® app today



| November 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$13,181.78**
Minimum Payment Due
**$404.00**
Payment Due Date
**11/27/25**

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 420 |
| + 1 Point for $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 17 |

**Total points available for redemption**     **437**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $37,710 |
| $519 | 3 years | $18,674 (Savings=$19,036) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 1024

| | |
|---|---|
| Previous Balance | $13,301.65 |
| Payment, Credits | -$796.00 |
| Purchases | +$403.40 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$272.73 |
| **New Balance** | **$13,181.78** |
| Opening/Closing Date | 10/03/25 - 11/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $0 |
| Cash Access Line | $2,880 |
| Available for Cash | $0 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $404.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 13  0444    Y   9   02   25/11/02     Page 1 of 2     06530   MA MA 31680   ███████ ████001



**SAPPHIRE PREFERRED**

4147202426201024000404000131817800000000002

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| Payment Due Date: | 11/27/25 |
|---|---|
| New Balance: | $13,181.78 |
| Minimum Payment Due: | $404.00 |

Account number: XXXX XXXX XXXX 1024

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

31680 BEX 9 30625 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**      **98**

**To contact us regarding your account**

| In U.S.for Customer Service | | | |
|---|---|---|---|
| In U.S. | 1-800-493-3319 | **?** |  |
| Spanish | 1-800-493-3319 | | |
| Pay by phone | 1-800-436-7958 | **Send Inquiries to:** | **Mail Payments to:** |
| International | 1-614-776-7050 | P.O. Box 15298 | P.O. Box 1423 |
| We accept operator relay calls | | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 |



**Visit Our Website:**
www.chase.com/cardhelp



## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for new cash advances. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

SAPPHIRE PREFERRED

Manage your account online at www.chase.com/cardhelp

Call Customer Service: 1-800-493-3319

Mobile: Download the Chase Mobile® app today




## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/27 | AUTOMATIC PAYMENT - THANK YOU | -398.00 |
| 10/30 | Payment Thank You - 2nd Attempt | -398.00 |
| **PURCHASE** | | |
| 10/19 | APPLE.COM/BILL 866-712-7753 CA | 5.40 |
| 10/27 | Returned Payment | 398.00 |
| **INTEREST CHARGED** | | |
| 11/02 | PURCHASE INTEREST CHARGE | 272.73 |
| | TOTAL INTEREST FOR THIS PERIOD | $272.73 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $3,033.25 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.99%(v)(d) | $13,384.86 | $272.73 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 23.99%(v)(d) | – 0 – | – 0 – |
| My Chase Loan | 23.99%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**100**
Statement Date:   11/02/25

0000001   FIS33339 D 13          Y   9   02   25/11/02      Page 2 of 2          06530   MA MA  31680          2002





**SAPPHIRE PREFERRED**

Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$13,035.84**

Minimum Payment Due
**$388.00**

Payment Due Date
**12/27/25**

## ULTIMATE REWARDS® SUMMARY

| Previous points balance | 437 |
|---|---|
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |

**Total points available for redemption** **437**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 23 years | $37,042 |
| $511 | 3 years | $18,404 (Savings=$18,638) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1024**

| | |
|---|---|
| Previous Balance | $13,181.78 |
| Payment, Credits | -$404.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$258.06 |
| **New Balance** | **$13,035.84** |
| Opening/Closing Date | 11/03/25 - 12/02/25 |
| Credit Access Line | $14,400 |
| Available Credit | $0 |
| Cash Access Line | $2,880 |
| Available for Cash | $0 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

0000001  FIS33339 D 9
0444

Y  9  02  25/12/02

Page 1 of 2

06530  MA MA  14289    9901



**SAPPHIRE PREFERRED**

4147202426201024000388000130358400000000006

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **12/27/25** |
| **New Balance:** | **$13,035.84** |
| **Minimum Payment Due:** | **$388.00** |

Account number: XXXX XXXX XXXX 1024

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

14289 BEX 9 33625 D

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**

**102**

**To contact us regarding your account**

| In U.S.for Customer Service | | | |
|---|---|---|---|
|  In U.S. 1-800-493-3319<br>Spanish 1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International 1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:



1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-VMS   Document 308-1   Filed 08/15/25   Page 108 of 193 PageID #: 11921




## YOUR ACCOUNT MESSAGES  (CONTINUED)

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/27 | AUTOMATIC PAYMENT - THANK YOU | –404.00 |
| **INTEREST CHARGED** | | |
| 12/02 | PURCHASE INTEREST CHARGE | 258.06 |
| | TOTAL INTEREST FOR THIS PERIOD | $258.06 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $3,291.31 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.74%(v)(d) | $13,225.89 | $258.06 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 23.74%(v)(d) | – 0 – | – 0 – |
| My Chase Loan | 23.74%(v)(d) | – 0 – | – 0 – |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.







| March 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

**New Balance**
**$9,202.95**

Minimum Payment Due
**$92.00**

Payment Due Date
**03/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| Previous points balance | 1,081 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 13,805 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

**Total points available for redemption**     **14,886**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | $29,280 |
| $382 | 3 years | $13,760 (Savings=$15,520) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | $0.00 |
| Purchases | +$9,202.95 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$9,202.95** |
| Opening/Closing Date | 01/12/25 - 02/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,597 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,597 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $92.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 C 2
0509

Y   9   11   25/02/11          Page 1 of 2          06610   MA MA 69780 ▮▮▮▮▮▮001



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

4266841714859350000092000092029500000009

| Payment Due Date: | 03/08/25 |
|---|---|
| New Balance: | $9,202.95 |
| Minimum Payment Due: | $92.00 |

Account number: XXXX XXXX XXXX 9350

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69780 BEX 9 04225 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423



|  |  |

**To contact us regarding your account**

| **Call Customer Service:** | ? | ⊠ | ✐ |
|---|---|---|---|
| In U.S. 1-800-524-3880 | | | |
| Spanish 1-888-446-3308 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| Pay by phone 1-800-436-7958 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| International 1-302-594-8200 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PURCHASE** | | |
| 02/01 | PYL*Investar Real Estate 866-7295327 TX | 9,202.95 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**108**
Statement Date: 02/11/25

0000001  FIS33339 C 2          Y   9   11   25/02/11          Page 2 of 2          06610   MA MA 69780          3002





Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



| April 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$9,308.60**

Minimum Payment Due
**$290.00**

Payment Due Date
**04/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 14,886 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5% (1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

**Total points available for redemption 14,886**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | $29,173 |
| $387 | 3 years | $13,917 (Savings=$15,256) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| | |
|---|---|
| Previous Balance | $9,202.95 |
| Payment, Credits | -$92.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$197.65 |
| New Balance | $9,308.60 |
| Opening/Closing Date | 02/12/25 - 03/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,491 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,491 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $290.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.



426684171485935000029000009308600000000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| Payment Due Date: | 04/08/25 |
| New Balance: | $9,308.60 |
| Minimum Payment Due: | $290.00 |

Account number: XXXX XXXX XXXX 9350

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

68767 BEX 9 07025 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                    **110**

## To contact us regarding your account

| Call Customer Service: |  Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-524-3880 | | | |
| Spanish 1-888-446-3308 | | | |
| Pay by phone 1-800-436-7958 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| International 1-302-594-8200 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| We accept operator relay calls | | | |

### Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

---

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.


Manage your account at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880



Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/07 | AUTOMATIC PAYMENT - THANK YOU | -92.00 |
| **INTEREST CHARGED** | | |
| 03/11 | PURCHASE INTEREST CHARGE | 197.65 |
| | TOTAL INTEREST FOR THIS PERIOD | $197.65 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $197.65 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $9,205.87 | $197.65 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **28 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

0000001  FIS33339 C 2

**SB1790334-F1**
Page 2 of 2

Y   9   11   25/03/11        Page 2 of 2

**112**
Statement Date:    03/11/25

06610    MA MA  68767                    8702













### May 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**New Balance**
## $9,241.55
**Minimum Payment Due**
## $315.00
**Payment Due Date**
## 05/08/25

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 14,886 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

### Total points available for redemption       14,886

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $28,883 |
| $384 | 3 years | $13,817 (Savings=$15,066) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 9350**

| | |
|---|---|
| Previous Balance | $9,308.60 |
| Payment, Credits | -$290.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$222.95 |
| **New Balance** | **$9,241.55** |
| Opening/Closing Date | 03/12/25 - 04/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,558 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,558 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $315.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2
0509

Y   9   11   25/04/11        Page 1 of 2        06610   MA MA 68089                    901



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841714859350000315000092415500000002

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **05/08/25** |
| **New Balance:** | **$9,241.55** |
| **Minimum Payment Due:** | **$315.00** |

**Account number: XXXX XXXX XXXX 9350**

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

68089 BEX 9 10125 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**To contact us regarding your account**

| Call Customer Service: | ? | ✉ | ⌖ |
|---|---|---|---|
| In U.S.        1-800-524-3880<br>Spanish       1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International  1-302-594-8200<br>We accept operator relay calls | **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.


Manage your account at
www.chase.com/cardhelp

Call Customer Service:
1-800-524-3880


Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 04/08 | AUTOMATIC PAYMENT - THANK YOU | -290.00 |
| **INTEREST CHARGED** | | |
| 04/11 | PURCHASE INTEREST CHARGE | 222.95 |
| | TOTAL INTEREST FOR THIS PERIOD | $222.95 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $420.60 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $9,378.98 | $222.95 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**116**
Statement Date:    04/11/25

0000001  FIS33339 C 2          Y   9   11   25/04/11          Page 2 of 2          06610   MA MA  68089          3902








Manage your account online at www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Pay by phone:
Download the Chase Mobile® app today



| June 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

**New Balance**
**$9,140.56**

Minimum Payment Due
**$305.00**

Payment Due Date
**06/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| Previous points balance | 14,886 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

**Total points available for redemption**    **14,886**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | $28,568 |
| $380 | 3 years | $13,666 (Savings=$14,902) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| | |
|---|---|
| Previous Balance | $9,241.55 |
| Payment, Credits | -$315.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$214.01 |
| **New Balance** | **$9,140.56** |
| Opening/Closing Date | 04/12/25 - 05/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,659 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,659 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $305.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 C 2
0509

Y   9   11   25/05/11          Page 1 of 2          06610    MA MA 67555      9501

---



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841714859350000030500009140560000000004

**AUTOPAY IS ON**
See Your Account Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **06/08/25** |
| **New Balance:** | **$9,140.56** |
| **Minimum Payment Due:** | **$305.00** |

Account number: XXXX XXXX XXXX 9350

$_____ . _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

67555 BEX 9 13125 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**



| Call Customer Service: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-524-3880 |  |  | www.chase.com/cardhelp |
| Spanish 1-888-446-3308 | P.O. Box 15298 | P.O. Box 1423 | |
| Pay by phone 1-800-436-7958 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| International 1-302-594-8200 | | | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.


Manage your account at
www.chase.com/cardhelp


Customer Service:
1-800-524-3880


Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/08 | AUTOMATIC PAYMENT - THANK YOU | -315.00 |
| **INTEREST CHARGED** | | |
| 05/11 | PURCHASE INTEREST CHARGE | 214.01 |
| | TOTAL INTEREST FOR THIS PERIOD | $214.01 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $634.61 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $9,302.98 | $214.01 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**120**
Statement Date:   05/11/25

0000001  FIS33339 C 2          Y   9   11   25/05/11      Page 2 of 2          06610   MA MA  67555          5502



   

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Manage your account with the
Chase Mobile® app today



| July 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

**New Balance**
**$9,054.42**

Minimum Payment Due
**$309.00**

Payment Due Date
**07/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| Previous points balance | 14,886 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |
| - Points redeemed this statement period | 14,886 |

**Total points available for redemption**    **0**

Start redeeming today. Visit Ultimate Rewards® at
www.ultimaterewards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $28,262 |
| $376 | 3 years | $13,537 (Savings=$14,725) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| Previous Balance | $9,140.56 |
|---|---|
| Payment, Credits | -$305.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$218.86 |
| **New Balance** | **$9,054.42** |
| Opening/Closing Date | 05/12/25 - 06/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,745 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,745 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $309.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2
0509

Y   9   11   25/06/11

Page 1 of 2

06610   MA MA 69636   [redacted]  9601



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

426684171485935000030900009054420000000001

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **07/08/25** |
| **New Balance:** | **$9,054.42** |
| **Minimum Payment Due:** | **$309.00** |

Account number: XXXX XXXX XXXX 9350

$_____ . _____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69636 BEX 9 16225 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**       **122**

**To contact us regarding your account**

| Call Customer Service: |  | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. 1-800-524-3880 | | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| Spanish 1-888-446-3308 | | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| Pay by phone 1-800-436-7958 | | | | |
| International 1-302-594-8200 | | | | |
| We accept operator relay calls | | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

 Manage your account online at www.chase.com/cardhelp    Contact us: 1-800-524-3880      Mobile: Download the Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/08 | AUTOMATIC PAYMENT - THANK YOU | -305.00 |
| **INTEREST CHARGED** | | |
| 06/11 | PURCHASE INTEREST CHARGE | 218.86 |
| | TOTAL INTEREST FOR THIS PERIOD | $218.86 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $853.47 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $9,207.05 | $218.86 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.





Manage your account online at
www.chase.com/cardhelp

Contact us at
1-800-524-3880

Pay on the go with the
Chase Mobile® app today



## August 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$8,955.09**

Minimum Payment Due
**$299.00**

Payment Due Date
**08/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

### Total points available for redemption 0

Start redeeming today. Visit Ultimate Rewards® at
www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $27,948 |
| $372 | 3 years | $13,389 (Savings=$14,559) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 9350**

| | |
|---|---|
| Previous Balance | $9,054.42 |
| Payment, Credits | -$309.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$209.67 |
| **New Balance** | **$8,955.09** |
| Opening/Closing Date | 06/12/25 - 07/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,844 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,844 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $299.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2          Y   9   11   25/07/11      Page 1 of 2          06610   MA MA 69272  201
0509



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841714859350002990000895509000000001

AUTOPAY IS ON
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **08/08/25** |
| **New Balance:** | **$8,955.09** |
| **Minimum Payment Due:** | **$299.00** |

Account number: XXXX XXXX XXXX 9350

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69272 BEX 9 19225 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                        **126**

**To contact us regarding your account**

| Call Customer Service: | ? Send Inquiries to: | ✉ Mail Payments to: | 🖱 Visit Our Website: |
|---|---|---|---|
| In U.S.        1-800-524-3880 | | | |
| Spanish       1-888-446-3308 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| Pay by phone 1-800-436-7958 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| International 1-302-594-8200 | | | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.


Manage your account at
www.chase.com/cardhelp


Customer Service:
1-800-524-3880


Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 07/08 | AUTOMATIC PAYMENT - THANK YOU | -309.00 |
| **INTEREST CHARGED** | | |
| 07/11 | PURCHASE INTEREST CHARGE | 209.67 |
| | TOTAL INTEREST FOR THIS PERIOD | $209.67 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,063.14 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $9,114.56 | $209.67 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**128**
Statement Date: 07/11/25

0000001  FIS33339 C 2          Y   9   11   25/07/11        Page 2 of 2          06610   MA MA 69272          202



Case 1:22-cv-01032-PKC-PK Document 100-21 Filed 03/01/23 Page 134 of 193 PageID #: 11947



Manage your account online
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



| September 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

**New Balance**
## $8,870.51

**Minimum Payment Due**
## $303.00

**Payment Due Date**
## 09/08/25

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| Previous points balance | 0 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

### Total points available for redemption    0

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $27,646 |
| $368 | 3 years | $13,262 (Savings=$14,384) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| | |
|---|---|
| Previous Balance | $8,955.09 |
| Payment, Credits | -$299.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$214.42 |
| **New Balance** | **$8,870.51** |
| Opening/Closing Date | 07/12/25 - 08/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $1,929 |
| Cash Access Line | $2,160 |
| Available for Cash | $1,929 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $303.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2         Y   9   11   25/08/11        Page 1 of 2        06610   MA MA 69052 ████████8201
0509



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4 2 6 6 8 4 1 7 1 4 8 5 9 3 5 0 0 0 0 3 0 3 0 0 0 0 8 8 7 0 5 1 0 0 0 0 0 0 0 0 0 2

**AUTOPAY IS ON**
See Your Account
Messages for details.

| **Payment Due Date:** | **09/08/25** |
|---|---|
| **New Balance:** | **$8,870.51** |
| **Minimum Payment Due:** | **$303.00** |

Account number: XXXX XXXX XXXX 9350

$_____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69052 BEX 9 22325 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                        **130**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | **?**<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | <br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for cash advances. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:



1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account at
www.chase.com/cardhelp

Call
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/08 | AUTOMATIC PAYMENT - THANK YOU | -299.00 |
| **INTEREST CHARGED** | | |
| 08/11 | PURCHASE INTEREST CHARGE | 214.42 |
| | TOTAL INTEREST FOR THIS PERIOD | $214.42 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,277.56 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $9,020.21 | $214.42 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**132**
Statement Date:  08/11/25

0000001  FIS33339 C 2      Y   9   11  25/06/11      Page 2 of 2      06610   MA MA 69052      3202





**Manage your account online:**
www.chase.com/cardhelp

**Mobile:** Download the
Chase Mobile® app today

**Customer Service:**
1-800-524-3880

| October 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**New Balance**
**$8,779.88**

**Minimum Payment Due**
**$300.00**

**Payment Due Date**
**10/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

**Total points available for redemption**    **0**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $27,344 |
| $365 | 3 years | $13,127 (Savings=$14,217) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| | |
|---|---|
| Previous Balance | $8,870.51 |
| Payment, Credits | -$303.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$212.37 |
| **New Balance** | **$8,779.88** |
| Opening/Closing Date | 08/12/25 - 09/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $2,020 |
| Cash Access Line | $2,160 |
| Available for Cash | $2,020 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $300.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

| 0000001 FIS33339 C 2 0509 | Y 9 11 25/09/11 | Page 1 of 2 | 06610 | MA MA 67785 | 9501 |



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841714859350000300000877980000000007

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **10/08/25** |
| **New Balance:** | **$8,779.88** |
| **Minimum Payment Due:** | **$300.00** |

Account number: XXXX XXXX XXXX 9350

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

67785 BEX 9 25425 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**      **134**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | **?**<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | ✉<br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

* Account information: Your name and Account number.

* Dollar amount: The dollar amount of the suspected error.

* Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.

* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

* We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account at
www.chase.com/cardhelp

Call Service:
1-800-524-3880

Monitor, plan, and download
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/08 | AUTOMATIC PAYMENT - THANK YOU | -303.00 |
| **INTEREST CHARGED** | | |
| 09/11 | PURCHASE INTEREST CHARGE | 212.37 |
| | TOTAL INTEREST FOR THIS PERIOD | $212.37 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,489.93 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | $8,934.13 | $212.37 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.99%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**136**
Statement Date:  09/11/25

0000001  FIS33339 C 2      Y  9  11  25/09/11      Page 2 of 2      06610  MA MA  67785      502



Case 1:22-cv-01032-PKC-PK  Document 410-11 Filed 03/01/25 Page 142 of 193  
Manage your account online
www.chase.com/cardhelp
PageID #: 11955
1-800-524-3880



| November 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$8,681.37**
Minimum Payment Due
**$288.00**
Payment Due Date
**11/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

**Total points available for redemption**    **0**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $26,851 |
| $359 | 3 years | $12,936 (Savings=$13,915) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 9350**

| | |
|---|---|
| Previous Balance | $8,779.88 |
| Payment, Credits | -$300.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$201.49 |
| New Balance | $8,681.37 |
| Opening/Closing Date | 09/12/25 - 10/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $2,118 |
| Cash Access Line | $2,160 |
| Available for Cash | $2,118 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $288.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 8    0509     Y   9   11   25/10/11    Page 1 of 2     06610   MA MA 29236    ▮▮▮▮ 8601



4266841714859350000288000086813700000000006

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **11/08/25** |
| **New Balance:** | **$8,681.37** |
| **Minimum Payment Due:** | **$288.00** |

Account number: XXXX XXXX XXXX 9350

$ _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

29236 BEX 9 28425 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.



Manage your account at
www.chase.com/cardhelp

Customer Service:
1-800-524-5880

Download the
Chase Mobile® app today



## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/08 | AUTOMATIC PAYMENT - THANK YOU | -300.00 |
| **INTEREST CHARGED** | | |
| 10/10 | PURCHASE INTEREST CHARGE | 201.49 |
| | TOTAL INTEREST FOR THIS PERIOD | $201.49 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,691.42 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.74%(v)(d) | $8,837.26 | $201.49 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.74%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**140**
Statement Date:  10/11/25

0000001  FIS33339 D 8       Y   9   11   25/10/11       Page 2 of 2       06610   MA MA 29236       6602








Manage your account at
www.chase.com/cardhelp

1-800-524-3880

Download the
Chase Mobile® app today

### December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$8,597.29**

Minimum Payment Due
**$289.00**

Payment Due Date
**12/08/25**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

**Total points available for redemption**     **0**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $26,398 |
| $355 | 3 years | $12,768 (Savings=$13,630) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 9350

| | |
|---|---|
| Previous Balance | $8,681.37 |
| Payment, Credits | -$288.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$203.92 |
| **New Balance** | **$8,597.29** |
| Opening/Closing Date | 10/12/25 - 11/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $0 |
| Cash Access Line | $2,160 |
| Available for Cash | $0 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $289.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 12
0509

Y  9  11  25/11/11

Page 1 of 2

06610   MA MA 36381               8101



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841714859350000289000085972900000008

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **12/08/25** |
| **New Balance:** | **$8,597.29** |
| **Minimum Payment Due:** | **$289.00** |

Account number: XXXX XXXX XXXX 9350

$ _____  . _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

36381 BEX 9 31525 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**

**142**

**To contact us regarding your account**

| Call Customer Service: | ? | ✉ | ↗ |
|---|---|---|---|
| In U.S. 1-800-524-3880 <br> Spanish 1-888-446-3308 <br> Pay by phone 1-800-436-7958 <br> International 1-302-594-8200 <br> We accept operator relay calls | Send Inquiries to: <br> P.O. Box 15298 <br> Wilmington, DE 19850-5298 | Mail Payments to: <br> P.O. Box 1423 <br> Charlotte, NC 28201-1423 | Visit Our Website: <br> www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

 Manage your account at
www.chase.com/cardhelp

Call or write us at
1-800-524-3880

  Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/07 | AUTOMATIC PAYMENT - THANK YOU | -288.00 |
| **INTEREST CHARGED** | | |
| 11/11 | PURCHASE INTEREST CHARGE | 203.92 |
| | TOTAL INTEREST FOR THIS PERIOD | $203.92 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,895.34 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.49%(v)(d) | $8,733.63 | $203.92 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.49%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**144**
Statement Date: 11/11/25

0000001  FIS33339 D 12          Y   9   11   25/11/11          Page 2 of 2          06610   MA MA 36381          B102






www.chase.com/cardhelp


1-800-524-3880


Manage your account online at www.chase.com/cardhelp | Customer Service 1-800-524-3880 | Mobile: Download the Chase Mobile® app today



### January 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**New Balance**
**$8,822.78**

Minimum Payment Due
**$602.00**

Payment Due Date
**01/08/26**

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| Previous points balance | 0 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |
| + 1.5%(1.5 Pts)/$1 addl on Dining purchases | 0 |
| +1.5%(1.5 Pts)/$1 addl on Drugstore purchases | 0 |
| 3.5%(3.5 Pts)/$1 addl on Chase Travel | 0 |

### Total points available for redemption    0

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 5% Cash Back rewards on Chase Travel, unlimited 3% cash back on dining at restaurants and drugstore purchases, and unlimited 1.5% cash back on all other purchases. It's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $26,432 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 9350**

| | |
|---|---|
| Previous Balance | $8,597.29 |
| Payment, Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$196.49 |
| **New Balance** | **$8,822.78** |
| Opening/Closing Date | 11/12/25 - 12/11/25 |
| Credit Limit | $10,800 |
| Available Credit | $0 |
| Cash Access Line | $2,160 |
| Available for Cash | $0 |
| **Past Due Amount** | **$289.00** |
| **Balance over the Credit Limit** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

0000001 FIS33339 D 9 0509     Y   9   11   25/12/11     Page 1 of 2     06610    MA MA 36246      601



4 2 6 6 8 4 1 7 1 4 8 5 9 3 5 0 0 0 0 6 0 2 0 0 0 0 8 8 2 2 7 8 0 0 0 0 0 0 0 0 0 4

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**The Past Due amount of $289.00 is included in your Minimum Payment.**

| | |
|---|---|
| **Payment Due Date:** | **01/08/26** |
| **New Balance:** | **$8,822.78** |
| **Minimum Payment Due:** | **$602.00** |

Account number: XXXX XXXX XXXX 9350

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

36246 BEX 9 34525 D
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423



**SB1790334-F1**      **146**

**To contact us regarding your account**

| | Call Customer Service: |  |  |  |
|---|---|---|---|---|
| | In U.S.          1-800-524-3880 | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
| | Spanish        1-888-446-3308 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| | Pay by phone 1-800-436-7958 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| | International  1-302-594-8200 | | | |
| | We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





## YOUR ACCOUNT MESSAGES  (CONTINUED)

Starting October 26th, 2025, the Chase Dining℠ storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **FEES CHARGED** | | |
| 12/08 | LATE FEE | 29.00 |
| | TOTAL FEES FOR THIS PERIOD | $29.00 |
| **INTEREST CHARGED** | | |
| 12/11 | PURCHASE INTEREST CHARGE | 196.49 |
| | TOTAL INTEREST FOR THIS PERIOD | $196.49 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $29.00 |
| Total interest charged in 2025 | $2,091.83 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.49%(v)(d) | $8,695.71 | $196.49 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.49%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.49%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**148**
Statement Date: 12/11/25

0000001  FIS33339 D 9          Y   9   11   25/12/11          Page 2 of 2          06610   MA MA 36246          602



Case 1:22-cv-01032-PKC-JAM   Document 108-11   Filed 03/01/23   Page 154 of 193
PageID #: 11967

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today





| February 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | **13** | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$8,777.32**

Minimum Payment Due
**$287.00**

Payment Due Date
**02/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 8,651 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 53 |

**Total points available for redemption**     **8,704**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $26,831 |
| $361 | 3 years | $12,992 (Savings=$13,839) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

Account Number:  XXXX XXXX XXXX 2082

| | |
|---|---|
| Previous Balance | $8,610.79 |
| Payment, Credits | -$86.00 |
| Purchases | +$52.92 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$199.61 |
| **New Balance** | **$8,777.32** |
| Opening/Closing Date | 12/17/24 - 01/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $322 |
| Cash Access Line | $1,820 |
| Available for Cash | $322 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $287.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 C 2      Y   9   16   25/01/16      Page 1 of 2      06610   MA MA 61183 ████████ 8301
0404



4266841738952082000287000008773200000004

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| Payment Due Date: | 02/13/25 |
|---|---|
| New Balance: | $8,777.32 |
| Minimum Payment Due: | $287.00 |

Account number: XXXX XXXX XXXX 2082

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

61183 BEX 9 01625 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**        **150**

**To contact us regarding your account**

| Call Customer Service: | | | |
|---|---|---|---|
| In U.S. | 1-800-524-3880 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |





Call Customer Service:
In U.S. 1-800-524-3880
Spanish 1-888-446-3308
Pay by phone 1-800-436-7958
International 1-302-594-8200
We accept operator relay calls

Send Inquiries to:
P.O. Box 15298
Wilmington, DE 19850-5298

Mail Payments to:
P.O. Box 1423
Charlotte, NC 28201-1423

Visit Our Website:
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

Manage your account at
www.chase.com/cardhelp

Call Customer Service:
1-800-524-3880

Get our mobile app
Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/13 | AUTOMATIC PAYMENT - THANK YOU | -86.00 |
| **PURCHASE** | | |
| 01/13 | VERIZON WRLS 70257-01 CYPRESS TX | 52.92 |
| **INTEREST CHARGED** | | |
| 01/16 | PURCHASE INTEREST CHARGE | 199.61 |
| | TOTAL INTEREST FOR THIS PERIOD | $199.61 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $199.61 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,627.76 | $199.61 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | – 0 – | – 0 – |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in this quarter's bonus categories from 1/1/25 - 3/31/25. Learn more & activate at chase.com/freedom or call 1-800-524-3880 by March 14, 2025.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**152**
Statement Date: 01/16/25

0000001   FIS33339 C 2          Y   9   16   25/01/16          Page 2 of 2          06610   MA MA 61183          8302








Manage your account online at
www.chase.com/cardhelp
Customer Service:
1-800-524-3880
Pay with your Chase Mobile® app today



**March 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

New Balance
**$8,694.82**

Minimum Payment Due
**$291.00**

Payment Due Date
**03/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 8,704 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

**Total points available for redemption** **8,704**

Start redeeming today. Visit Ultimate Rewards® at
www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $26,550 |
| $358 | 3 years | $12,870 (Savings=$13,680) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,777.32 |
| Payment, Credits | -$287.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$204.50 |
| **New Balance** | **$8,694.82** |
| Opening/Closing Date | 01/17/25 - 02/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $405 |
| Cash Access Line | $1,820 |
| Available for Cash | $405 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $291.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

| 0000001 FIS33339 C 2 0404 | Y 9 16 25/02/16 | Page 1 of 2 | 06610 MA MA 61885 | 9501 |
|---|---|---|---|---|



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841738952082000291000086948200000000006

**AUTOPAY IS ON**
See Your Account
Messages for details.

| **Payment Due Date:** | **03/13/25** |
|---|---|
| **New Balance:** | **$8,694.82** |
| **Minimum Payment Due:** | **$291.00** |

Account number: XXXX XXXX XXXX 2082

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

61885 BEX 9 04725 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

To contact us regarding your account

| Call Customer Service: |  |  |  |
|---|---|---|---|
| In U.S.      1-800-524-3880 | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
| Spanish    1-888-446-3308 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| Pay by phone 1-800-436-7958 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| International 1-302-594-8200 | | | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/13 | AUTOMATIC PAYMENT - THANK YOU | -287.00 |
| **INTEREST CHARGED** | | |
| 02/16 | PURCHASE INTEREST CHARGE | 204.50 |
| | TOTAL INTEREST FOR THIS PERIOD | $204.50 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $404.11 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,839.22 | $204.50 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in
this quarter's bonus categories from 1/1/25 - 3/31/25.
Learn more & activate at chase.com/freedom
or call 1-800-524-3880 by March 14, 2025.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**156**
Statement Date:   02/16/25

0000001  FIS33339 C 2          Y  9  16  25/02/16        Page 2 of 2          06610   MA MA  61885                    3502





Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



### April 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**New Balance**
**$8,586.48**

Minimum Payment Due
**$268.00**

Payment Due Date
**04/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 8,704 |
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

**Total points available for redemption**  **8,704**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 21 years | $26,240 |
| $353 | 3 years | $12,710 (Savings=$13,530) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,694.82 |
| Payment, Credits | -$291.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$182.66 |
| **New Balance** | **$8,586.48** |
| Opening/Closing Date | 02/17/25 - 03/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $513 |
| Cash Access Line | $1,820 |
| Available for Cash | $513 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $268.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.



4266841738952082000268000085864800000000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **04/13/25** |
| **New Balance:** | **$8,586.48** |
| **Minimum Payment Due:** | **$268.00** |

Account number: XXXX XXXX XXXX 2082

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

63245 BEX 9 07525 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**

**158**

**To contact us regarding your account**

| | Call Customer Service: | ? | | ✉ | | ⌂ |
|---|---|---|---|---|---|---|
| | In U.S. 1-800-524-3880 | | Send Inquiries to: | | Mail Payments to: | Visit Our Website: |
| | Spanish 1-888-446-3308 | | P.O. Box 15298 | | P.O. Box 1423 | www.chase.com/cardhelp |
| | Pay by phone 1-800-436-7958 | | Wilmington, DE 19850-5298 | | Charlotte, NC 28201-1423 | |
| | International 1-302-594-8200 | | | | | |
| | We accept operator relay calls | | | | | |



## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.


Manage your account at
www.chase.com/cardhelp


Customer Service:
1-800-524-3880


Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/13 | AUTOMATIC PAYMENT - THANK YOU | -291.00 |
| **INTEREST CHARGED** | | |
| 03/16 | PURCHASE INTEREST CHARGE | 182.66 |
| | TOTAL INTEREST FOR THIS PERIOD | $182.66 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $586.77 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,741.37 | $182.66 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **28 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**160**
Statement Date: 03/16/25

0000001 FIS33339 C 2        Y  9  16  25/03/16        Page 2 of 2        06610  MA MA 63245        1502





Customer Service:
1-800-524-3880

Download the
Chase Mobile® app today



| May 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance
**$8,519.17**

Minimum Payment Due
**$285.00**

Payment Due Date
**05/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 8,704 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

**Total points available for redemption**     **8,704**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 20 years | $25,978 |
| $350 | 3 years | $12,610 (Savings=$13,368) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,586.48 |
| Payment, Credits | -$536.00 |
| Purchases | +$268.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$200.69 |
| **New Balance** | **$8,519.17** |
| Opening/Closing Date | 03/17/25 - 04/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $580 |
| Cash Access Line | $1,820 |
| Available for Cash | $580 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $285.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

---

| 0000001 FIS33339 C 2 0404 | | Y 9 16 25/04/16 | Page 1 of 2 | 06610 MA MA 64253 ███████ ███301 |
|---|---|---|---|---|



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841738952082000285000008519170000000009

**AUTOPAY IS ON**
See Your Account
Messages for details.

| Payment Due Date: | 05/13/25 |
|---|---|
| New Balance: | $8,519.17 |
| Minimum Payment Due: | $285.00 |

Account number: XXXX XXXX XXXX 2082

$ _____    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

64253 BEX 9 10625 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account at:
www.chase.com/cardhelp

Call us at:
1-800-524-3880

Monitor your account. Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay
payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay
payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 04/13 | AUTOMATIC PAYMENT - THANK YOU | -268.00 |
| 04/16 | Payment Thank You - 2nd Attempt | -268.00 |
| **PURCHASE** | | |
| 04/13 | Returned Payment | 268.00 |
| **INTEREST CHARGED** | | |
| 04/16 | PURCHASE INTEREST CHARGE | 200.69 |
| | TOTAL INTEREST FOR THIS PERIOD | $200.69 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $787.46 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,674.66 | $200.69 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in
this quarter s bonus categories from 4/1/25 - 6/30/25.
Learn more & activate at chase.com/freedom
or call 1-800-524-3880 by June 14, 2025.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**164**
Statement Date:  04/16/25

0000001  FIS33339 C 2          Y   9   16   25/04/16          Page 2 of 2          06610   MA MA 64253                 6302




Manage your account at:
www.chase.com/cardhelp
Customer Service:
1-800-524-3880
Manage your account with the
Chase Mobile® app today

### June 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

New Balance
**$8,426.13**

Minimum Payment Due
**$276.00**

Payment Due Date
**06/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 8,704 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

**Total points available for redemption**    **8,704**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $25,690 |
| $346 | 3 years | $12,472 (Savings=$13,218) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,519.17 |
| Payment, Credits | -$285.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$191.96 |
| **New Balance** | **$8,426.13** |
| Opening/Closing Date | 04/17/25 - 05/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $673 |
| Cash Access Line | $1,820 |
| Available for Cash | $673 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $276.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841738952082000276000084261300000000006

**AUTOPAY IS ON**
See Your Account Messages for details.

| Payment Due Date: | 06/13/25 |
|---|---|
| New Balance: | $8,426.13 |
| Minimum Payment Due: | $276.00 |

Account number: XXXX XXXX XXXX 2082

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

65967 BEX 9 13625 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**      **166**

**To contact us regarding your account**

| Call Customer Service: | | | |
|---|---|---|---|
|  In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  Send Inquiries to:<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Mail Payments to:<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  Visit Our Website:<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

Manage your account at
www.chase.com/cardhelp

Cardmember Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/13 | AUTOMATIC PAYMENT - THANK YOU | -285.00 |
| **INTEREST CHARGED** | | |
| 05/16 | PURCHASE INTEREST CHARGE | 191.96 |
| | TOTAL INTEREST FOR THIS PERIOD | $191.96 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $979.42 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,573.97 | $191.96 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**168**
Statement Date:   05/16/25

0000001  FIS33339 C 2          Y   9   16   25/05/16          Page 2 of 2          06610   MA MA  65967          6702



Case 1:22-cv-01032-PKC-PK Document 166-11 Filed 03/01/24 Page 171 of 193 PageID #: 11987



Manage your account online:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## July 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

**New Balance**
**$8,346.44**

Minimum Payment Due
**$279.00**

Payment Due Date
**07/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 8,704 |
| + 1% (1 Pt)/$1 earned on all purchases | 0 |
| - Points redeemed this statement period | 8,704 |

**Total points available for redemption** 0

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $25,420 |
| $343 | 3 years | $12,354 (Savings=$13,066) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,426.13 |
| Payment, Credits | -$276.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$196.31 |
| **New Balance** | **$8,346.44** |
| Opening/Closing Date | 05/17/25 - 06/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $753 |
| Cash Access Line | $1,820 |
| Available for Cash | $753 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $279.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841738952082000279000083464000000008

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **07/13/25** |
| **New Balance:** | **$8,346.44** |
| **Minimum Payment Due:** | **$279.00** |

Account number: XXXX XXXX XXXX 2082

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

68908 BEX 9 16725 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                    **170**

**To contact us regarding your account:**

| Call Customer Service: |  |  | |
|---|---|---|---|
| In U.S. 1-800-524-3880 | | | |
| Spanish 1-888-446-3308 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| Pay by phone 1-800-436-7958 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| International 1-302-594-8200 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.


Manage your account at
www.chase.com/cardhelp


Contact us:
1-800-524-3880


Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/13 | AUTOMATIC PAYMENT - THANK YOU | -276.00 |
| **INTEREST CHARGED** | | |
| 06/16 | PURCHASE INTEREST CHARGE | 196.31 |
| | TOTAL INTEREST FOR THIS PERIOD | $196.31 |

|  **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,175.73 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,485.50 | $196.31 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**172**
Statement Date: 06/16/25

0000001  FIS33339 C 2          Y  9  16  25/06/16          Page 2 of 2          06610  MA MA 68908          0802



Case 1:22-cv-01032-PKC-PK Document 205-1 Filed 05/01/25 Page 178 of 193 PageID #: 11991



Manage your account at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



| August 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$8,255.51**

Minimum Payment Due
**$270.00**

Payment Due Date
**08/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 0 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

**Total points available for redemption** **0**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 20 years | $25,133 |
| $339 | 3 years | $12,220 (Savings=$12,913) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,346.44 |
| Payment, Credits | -$279.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$188.07 |
| New Balance | $8,255.51 |
| Opening/Closing Date | 06/17/25 - 07/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $844 |
| Cash Access Line | $1,820 |
| Available for Cash | $844 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $270.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2   Y   9   16   25/07/16   Page 1 of 2   06610   MA MA 72146   4601
0404



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4266841738952082000270000082555100000000000

AUTOPAY IS ON
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **08/13/25** |
| **New Balance:** | **$8,255.51** |
| **Minimum Payment Due:** | **$270.00** |

Account number: XXXX XXXX XXXX 2082

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

72146 BEX 9 19725 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                   174

**To contact us regarding your account**



| Call Customer Service: |  Send Inquiries to: | Mail Payments to: |  Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-524-3880 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| Spanish 1-888-446-3308 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| Pay by phone 1-800-436-7958 | | | |
| International 1-302-594-8200 | | | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

Manage your account online at: www.chase.com/cardhelp

Customer Service: 1-800-524-3880

Mobile: Download the Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 07/13 | AUTOMATIC PAYMENT - THANK YOU | -279.00 |
| **INTEREST CHARGED** | | |
| 07/16 | PURCHASE INTEREST CHARGE | 188.07 |
| | TOTAL INTEREST FOR THIS PERIOD | $188.07 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,363.80 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,400.15 | $188.07 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in this quarter s bonus categories from 7/1/25 - 9/30/25.
Learn more & activate at chase.com/freedom
or call 1-800-524-3880 by September 14, 2025.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**176**
Statement Date:    07/16/25

0000001   FIS33339 C 2          Y   9   16   25/07/16          Page 2 of 2          06610   MA MA  72146          4602




Manage your account at
www.chase.com/cardhelp
Customer Service:
1-800-524-3880

Pay on the go
Mobile Download the
Chase Mobile® app today



| September 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

**New Balance**
**$8,177.85**

Minimum Payment Due
**$274.00**

Payment Due Date
**09/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 0 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

### Total points available for redemption 0

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 20 years | $24,867 |
| $336 | 3 years | $12,105 (Savings=$12,762) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,255.51 |
| Payment, Credits | -$270.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$192.34 |
| **New Balance** | **$8,177.85** |
| Opening/Closing Date | 07/17/25 - 08/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $922 |
| Cash Access Line | $1,820 |
| Available for Cash | $922 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $274.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2        Y   9   16   25/08/16        Page 1 of 2        06610   MA MA  13528                    2801
0404



426684173895208200027400008177850000000006

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| Payment Due Date: | 09/13/25 |
| New Balance: | $8,177.85 |
| Minimum Payment Due: | $274.00 |

Account number: XXXX XXXX XXXX 2082

$ _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

13528 BEX 9 22825 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**

**178**

| | **Call Customer Service:**<br>In U.S.      1-800-524-3880<br>Spanish     1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | **?**<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | ✉<br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/13 | AUTOMATIC PAYMENT - THANK YOU | -270.00 |
| **INTEREST CHARGED** | | |
| 08/15 | PURCHASE INTEREST CHARGE | 192.34 |
| | TOTAL INTEREST FOR THIS PERIOD | $192.34 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,556.14 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,313.73 | $192.34 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in
this quarter s bonus categories from 7/1/25 - 9/30/25.
Learn more & activate at chase.com/freedom
or call 1-800-524-3880 by September 14, 2025.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**180**
Statement Date:  08/16/25

0000001  FIS33339 C 2          Y  9  16  25/06/16          Page 2 of 2          06610  MA MA 13528          2802





Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



### October 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | **13** | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**New Balance**
## $8,094.16

**Minimum Payment Due**
## $271.00

**Payment Due Date**
## 10/13/25

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

### Total points available for redemption — 0

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $24,596 |
| $333 | 3 years | $11,981 (Savings=$12,615) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,177.85 |
| Payment, Credits | -$274.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$190.31 |
| **New Balance** | **$8,094.16** |
| Opening/Closing Date | 08/17/25 - 09/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $1,005 |
| Cash Access Line | $1,820 |
| Available for Cash | $1,005 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $271.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 2   0404   Y   9   16   25/09/16   Page 1 of 2   06610   MA MA 68623   ████████ 2301



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account Messages for details.


4266841738952082000271000008094160000000007

| | |
|---|---|
| **Payment Due Date:** | 10/13/25 |
| **New Balance:** | $8,094.16 |
| **Minimum Payment Due:** | $271.00 |

Account number: XXXX XXXX XXXX 2082

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

68623 BEX 9 25925 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

## To contact us regarding your account

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S.     1-800-524-3880<br>Spanish     1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

### Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  
## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/12 | AUTOMATIC PAYMENT - THANK YOU | -274.00 |
| **INTEREST CHARGED** | | |
| 09/16 | PURCHASE INTEREST CHARGE | 190.31 |
| | TOTAL INTEREST FOR THIS PERIOD | $190.31 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,746.45 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.24%(v)(d) | $8,225.81 | $190.31 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 27.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 27.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**184**
Statement Date: 09/16/25

0000001   FIS33339 C 2        Y   9   16   25/09/16        Page 2 of 2        06610   MA MA  68623        302



freedom®

Manage your account online at: www.chase.com/cardhelp

Customer Service: 1-800-524-3880

Mobile: Download the Chase Mobile® app today

| November 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$8,285.65**
Minimum Payment Due
**$545.00**
Payment Due Date
**11/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1% (1 Pt)/$1 earned on all purchases | 0 |
| **Total points available for redemption** | **0** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $24,423 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,094.16 |
| Payment, Credits | -$816.00 |
| Purchases | +$819.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$188.49 |
| **New Balance** | **$8,285.65** |
| Opening/Closing Date | 09/17/25 - 10/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $0 |
| Cash Access Line | $1,820 |
| Available for Cash | $0 |
| **Past Due Amount** | **$274.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

**Your account is $274.00 Past Due** and will not be brought current by AutoPay.

0000001 FIS33339 C 2 Y 9 16 25/10/16 Page 1 of 2 06610 MA MA 73268 [redacted]801
0404

freedom®

42668417389520820005450000828565000000007

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**ACCOUNT PAST DUE**
Autopay will not satisfy Min Due. See Your Account Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **11/13/25** |
| **New Balance:** | **$8,285.65** |
| **Minimum Payment Due:** | **$545.00** |

**Account number: XXXX XXXX XXXX 2082**

$________.____ Amount Enclosed

Make/Mail to Chase Card Services at the address below:

73268 BEX 9 28925 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

SB1790334-F1

[redacted]

**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | **?**<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | ✉<br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.







Manage your account at
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

**To bring your account current,** you must make a payment(s) outside AutoPay totaling $545.00 before your AutoPayment deduction.  If you do so, your AutoPayment will be reduced to $0.00 for that month.

Your Total Minimum Payment Due is $545.00, of which only $271.00 will be paid by your next scheduled AutoPayment, which will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday).  Any payment posted to your account prior to your AutoPay payment being processed will be deducted from the AutoPayment amount identified above.  As a result, you cannot make a payment for the past due amount and then have Autopay cover the balance of your Total Minimum Payment Due.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/17 | Payment Thank You - 2nd Attempt | -274.00 |
| 10/13 | AUTOMATIC PAYMENT - THANK YOU | -271.00 |
| 10/16 | Payment Thank You - 2nd Attempt | -271.00 |
| **PURCHASE** | | |
| 09/12 | Returned Payment | 274.00 |
| 09/17 | Returned Payment | 274.00 |
| 10/13 | Returned Payment | 271.00 |
| **INTEREST CHARGED** | | |
| 10/16 | PURCHASE INTEREST CHARGE | 188.49 |
| | TOTAL INTEREST FOR THIS PERIOD | $188.49 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,934.94 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 26.99%(v)(d) | $8,450.49 | $187.47 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 26.99%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 26.99%(v)(d) | - 0 - | - 0 - |
| | | | 30 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in
this quarter s bonus categories from 10/1/25 - 12/31/25.
Learn more & activate at chase.com/freedom
or call 1-800-524-3880 by December 14, 2025.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**188**
Statement Date:  10/16/25

0000001  FIS33339 C 2          Y  9  16  25/10/16          Page 2 of 2          06610   MA MA 73268          ████████ 3802

