

Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the Chase Mobile® app today

| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | **13** |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**New Balance**
**$7,925.69**

Minimum Payment Due
**$264.00**

Payment Due Date
**12/13/25**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

**Total points available for redemption** **0**

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 20 years | $23,740 |
| $324 | 3 years | $11,653 (Savings=$12,087) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $8,285.65 |
| Payment, Credits | -$545.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$185.04 |
| **New Balance** | **$7,925.69** |
| Opening/Closing Date | 10/17/25 - 11/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $0 |
| Cash Access Line | $1,820 |
| Available for Cash | $0 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.



4266841738952082000264000079256900000005

**AUTOPAY IS ON**
See Your Account
Messages for details.

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

| **Payment Due Date:** | **12/13/25** |
|---|---|
| **New Balance:** | **$7,925.69** |
| **Minimum Payment Due:** | **$264.00** |

Account number: XXXX XXXX XXXX 2082

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

72465 BEX 9 32025 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**

**190**

## To contact us regarding your account:

| | | | |
|---|---|---|---|
| **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC    Document 603-14    Filed 02/11/26    Page 3 of 214 PageID #: 12009

Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your next AutoPay payment for $264.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/04 | Payment Thank You-Mobile | -545.00 |
| **INTEREST CHARGED** | | |
| 11/16 | PURCHASE INTEREST CHARGE | 185.04 |
| | TOTAL INTEREST FOR THIS PERIOD | $185.04 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $2,119.98 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 26.74%(v)(d) | $8,147.77 | $185.04 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 26.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 26.74%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in this quarter s bonus categories from 10/1/25 - 12/31/25.
Learn more & activate at chase.com/freedom
or call 1-800-524-3880 by December 14, 2025.

SAFA GELARDI

SB1790334-F1
Page 2 of 2

192
Statement Date:   11/16/25

0000001   FIS33339 C 2          Y   9   16   25/11/16      Page 2 of 2      06610   MA MA  72465                  8502





Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

| January 2026 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | **13** | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance
**$8,129.16**

Minimum Payment Due
**$548.00**

Payment Due Date
**01/13/26**

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 0 |
|---|---|
| + 1% (1 Pt)/$1 earned on all purchases | 0 |

### Total points available for redemption    0

Start redeeming today. Visit Ultimate Rewards® at
www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 20 years | $23,597 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 2082**

| | |
|---|---|
| Previous Balance | $7,925.69 |
| Payment, Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$174.47 |
| New Balance | $8,129.16 |
| Opening/Closing Date | 11/17/25 - 12/16/25 |
| Credit Access Line | $9,100 |
| Available Credit | $0 |
| Cash Access Line | $1,820 |
| Available for Cash | $0 |
| **Past Due Amount** | **$264.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.



4266841738952082000548000081291600000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**The Past Due amount of $264.00 is included in your Minimum Payment.**

| Payment Due Date: | 01/13/26 |
|---|---|
| New Balance: | $8,129.16 |
| Minimum Payment Due: | $548.00 |

Account number: XXXX XXXX XXXX 2082

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

71467 BEX 9 35025 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                **194**

**To contact us regarding your account:**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S. 1-800-524-3880<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | **?**<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | <br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest on new purchases from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC    Document 603-10    Filed 02/11/26    Page 7 of 214 PageID #: 12013

Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **FEES CHARGED** | | |
| 12/14 | LATE FEE | 29.00 |
| | TOTAL FEES FOR THIS PERIOD | $29.00 |
| **INTEREST CHARGED** | | |
| 12/16 | PURCHASE INTEREST CHARGE | 174.47 |
| | TOTAL INTEREST FOR THIS PERIOD | $174.47 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $29.00 |
| Total interest charged in 2025 | $2,294.45 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 26.49%(v)(d) | $8,012.56 | $174.47 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.49%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 26.49%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 26.49%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

0000001  FIS33339 C 2

**SB1790334-F1**
Page 2 of 2

Y   9   16   25/12/16     Page 2 of 2

06610   MA MA  71467

**196**
Statement Date:   12/16/25

6702



Case 24-bk-01032-PKC-JRC    Manage your account online:    Filed 02/24/25 Customer Service    Page 9 of 214 Mobile: Download D
www.chase.com/united    1-800-537-7783    Chase Mobile® app today
#: 12015



UNITED

| February 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**New Balance**
**$14,774.04**

Minimum Payment Due
**$408.00**

Payment Due Date
**02/02/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $38,625 |
| $556 | 3 years | $20,015 (Savings=$18,610) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

Account Number: 4388 5761 5279 8842

| | |
|---|---|
| Previous Balance | $15,012.94 |
| Payment, Credits | -$500.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$261.10 |
| New Balance | $14,774.04 |
| Opening/Closing Date | 12/06/24 - 01/05/25 |
| Credit Access Line | $21,000 |
| Available Credit | $6,225 |
| Cash Access Line | $4,200 |
| Available for Cash | $4,200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |

**Total miles transferred to United 0**

Log onto united.com for more information about your MileagePlus® account and program benefits or to book travel.

Thank you for using your United(SM) Explorer Card. Use your Card for all your purchases to earn MileagePlus® award miles that can be used for flights on United and for many other award options. You'll earn 1 mile per $1 spent on all purchases and 1 additional mile on airline tickets, seat upgrades, Economy Plus®, inflight food, beverages and Wi-Fi purchased from United. You'll also earn 1 additional mile per $1 spent (for a total of 2) on purchases at restaurants and on hotel stays when booked directly through the hotel.

## YOUR ACCOUNT MESSAGES

**Your Fixed AutoPayment of $200.00 will not satisfy the Minimum Payment Due on your account.**

Your Total Minimum Payment Due is $408.00, of which only $200.00 will be paid by your next scheduled AutoPayment, which will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday).

0000001 FIS33339 C 4    Y  9  05  25/01/05    Page 1 of 2    05058  MA MA 57208    0801
0480



UNITED

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY WARNING**
Autopay is on, but will not satisfy Min Due. See Your Account Messages for details.

4388576152798842000408000147740400000000004

| | |
|---|---|
| **Payment Due Date:** | **02/02/25** |
| **New Balance:** | **$14,774.04** |
| **Minimum Payment Due:** | **$408.00** |

Account number: 4388 5761 5279 8842

$ _____ ._____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

57208 BEX 9 525 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                    **198**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:** In U.S. 1-800-537-7783 Spanish 1-888-446-3308 Pay by phone 1-800-436-7958 International 1-847-888-6600 We accept operator relay calls |  **Send Inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 |  **Mail Payments to:** P.O. Box 1423 Charlotte, NC 28201-1423 |  **Visit Our Website:** www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

## YOUR ACCOUNT MESSAGES (CONTINUED)

**To keep your account current,** you must make a payment outside AutoPay totaling $208.00 before your AutoPayment deduction or update your Fixed AutoPayment amount to an amount equal to or greater than $408.00.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/07 | Payment Thank You-Mobile | -300.00 |
| 01/02 | AUTOMATIC PAYMENT - THANK YOU | -200.00 |
| **INTEREST CHARGED** | | |
| 01/05 | PURCHASE INTEREST CHARGE | 261.10 |
| | TOTAL INTEREST FOR THIS PERIOD | $261.10 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $261.10 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $14,823.08 | $261.10 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | - 0 - | - 0 - |
| | | **31 Days in Billing Period** | |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**200**

0000001   FIS33339 C 4          Y   9   05   25/01/05        Page 2 of 2          05058   MA MA  57208                    0802

Statement Date:   01/05/25






Manage your account online:
www.chase.com/united

Pay by phone:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today



| March 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

New Balance
**$14,324.11**

Minimum Payment Due
**$398.00**

Payment Due Date
**03/02/25**

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile for $1 spent on all purchases | 53 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| Total miles transferred to United | 53 |

### Year-to-date miles earned on credit card — 53

Log onto united.com for more information about your MileagePlus® account and program benefits or to book travel.

Thank you for using your United(SM) Explorer Card. Use your Card for all your purchases to earn MileagePlus® award miles that can be used for flights on United and for many other award options. You'll earn 1 mile per $1 spent on all purchases and 1 additional mile on airline tickets, seat upgrades, Economy Plus®, inflight food, beverages and Wi-Fi purchased from United. You'll also earn 1 additional mile per $1 spent (for a total of 2) on purchases at restaurants and on hotel stays when booked directly through the hotel.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $37,399 |
| $539 | 3 years | $19,405 (Savings=$17,994) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 8842

| | |
|---|---|
| Previous Balance | $14,774.04 |
| Payment, Credits | -$758.00 |
| Purchases | +$52.92 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$255.15 |
| New Balance | $14,324.11 |
| Opening/Closing Date | 01/06/25 - 02/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $575 |
| Cash Access Line | $2,980 |
| Available for Cash | $575 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting April 1, 2025, only purchases of $50 or more in the United airfare purchases category will be eligible for Pay Yourself Back.

**Your Fixed AutoPayment of $350.00 will not satisfy the Minimum Payment Due on your account.**



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY WARNING**
Autopay is on, but will not satisfy Min Due. See Your Account Messages for details.

4388576152798842000398000143241100000007

**Payment Due Date:** 03/02/25
**New Balance:** $14,324.11
**Minimum Payment Due:** $398.00

Account number: XXXX XXXX XXXX 8842

$_____    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

59159 BEX 9 03625 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423



**SB1790334-F1**                    **202**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S.    1-800-537-7783<br>Spanish    1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International  1-847-888-6600<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

Case 2:25-cv-01032-PKC-JRC Document 32-2 Filed 03/03/25 Page 15 of 214 PageID #: 12021

Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your Total Minimum Payment Due is $398.00, of which only $350.00 will be paid by your next scheduled AutoPayment, which will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday).

**To keep your account current,** you must make a payment outside AutoPay totaling $48.00 before your AutoPayment deduction or update your Fixed AutoPayment amount to an amount equal to or greater than $398.00.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/06 | Payment Thank You-Mobile | -408.00 |
| 02/02 | AUTOMATIC PAYMENT - THANK YOU | -350.00 |
| **PURCHASE** | | |
| 01/13 | VERIZON WRLS 70257-01 CYPRESS TX | 52.92 |
| **INTEREST CHARGED** | | |
| 02/05 | PURCHASE INTEREST CHARGE | 255.15 |
| | TOTAL INTEREST FOR THIS PERIOD | $255.15 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $516.25 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $14,485.23 | $255.15 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**204**
Statement Date:  02/05/25

0000001  FIS33339 C 4          Y   9   05  25/02/05        Page 2 of 2          05058   MA MA 59159                          2902





Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## April 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$14,152.85**

Minimum Payment Due
**$370.00**

Payment Due Date
**04/02/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $36,978 |
| $533 | 3 years | $19,173 (Savings=$17,805) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 8842

| | |
|---|---|
| Previous Balance | $14,324.11 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$228.74 |
| New Balance | $14,152.85 |
| Opening/Closing Date | 02/06/25 - 03/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $747 |
| Cash Access Line | $2,980 |
| Available for Cash | $747 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned on flights | 0 |
| + Additional miles earned on hotel stays | 0 |
| Total miles transferred to United | 0 |

**Year-to-date miles earned on credit card** — **53**

Log onto united.com for more information about your MileagePlus® account and program benefits or to book travel.

Thank you for using your United(SM) Explorer Card. Use your Card for all your purchases to earn MileagePlus® award miles that can be used for flights on United and for many other award options. You'll earn 1 mile per $1 spent on all purchases and 1 additional mile on airline tickets, seat upgrades, Economy Plus®, inflight food, beverages and Wi-Fi purchased from United. You'll also earn 1 additional mile per $1 spent (for a total of 2) on purchases at restaurants and on hotel stays when booked directly through the hotel.

## YOUR ACCOUNT MESSAGES

We hope you enjoy all the benefits your card has to offer and we appreciate your business. Your annual membership fee in the amount of $95.00 will be billed on 05/01/2025. There is a transaction fee for each balance transfer and cash advance in the amount of 5.00% or $5.00 minimum per balance transfer and 5.00% or $10.00 minimum per cash advance. Chase Pay Over Time monthly fee of up to 1.72% of the amount of each eligible purchase transaction or



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4388576152798842000370000141528500000007

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **04/02/25** |
| **New Balance:** | **$14,152.85** |
| **Minimum Payment Due:** | **$370.00** |

Account number: XXXX XXXX XXXX 8842

$_____  _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

59994 BEX 9 06425 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**

**206**

## To contact us regarding your account



**Call Customer Service:**
In U.S. 1-800-537-7783
Spanish 1-888-446-3308
Pay by phone 1-800-436-7958
International 1-847-888-6600
We accept operator relay calls



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298



**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423



**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some eligible purchases. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.




## YOUR ACCOUNT MESSAGES (CONTINUED)

amount you select to pay over time. Please see the Annual Renewal Notice section of your statement disclosures for more information.

Starting April 1, 2025, only purchases of $50 or more in the United airfare purchases category will be eligible for Pay Yourself Back.

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 03/05 | PURCHASE INTEREST CHARGE | 228.74 |
| | TOTAL INTEREST FOR THIS PERIOD | $228.74 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $744.99 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $14,377.30 | $228.74 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | – 0 – | – 0 – |
| | | | **28 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**208**
Statement Date: 03/05/25

0000001 FIS33339 C 4     Y   9   05   25/03/05     Page 2 of 2     05058   MA MA 59994     402





 

**May 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance
**$14,003.37**

Minimum Payment Due
**$390.00**

Payment Due Date
**05/02/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $36,509 |
| $527 | 3 years | $18,971 (Savings=$17,538) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 8842

| | |
|---|---|
| Previous Balance | $14,152.85 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$250.52 |
| **New Balance** | **$14,003.37** |
| Opening/Closing Date | 03/06/25 - 04/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $896 |
| Cash Access Line | $2,980 |
| Available for Cash | $896 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| Total miles transferred to United | 0 |

### Year-to-date miles earned on credit card — 53

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

## YOUR ACCOUNT MESSAGES

Starting April 1, 2025, only purchases of $50 or more in the United airfare purchases category will be eligible for Pay Yourself Back.

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly

0000001 FIS33339 C 4 0480          Y  9  05  25/04/05          Page 1 of 2          05058  MA MA 27533          301



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4388576152798842000039000014003370000000003



AUTOPAY IS ON
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **05/02/25** |
| **New Balance:** | **$14,003.37** |
| **Minimum Payment Due:** | **$390.00** |

Account number: XXXX XXXX XXXX 8842

$_____ · _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

27533 BEX 9 09525 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**          **210**

## To contact us regarding your account



**Call Customer Service:**
In U.S. 1-800-537-7783
Spanish 1-888-446-3308
Pay by phone 1-800-436-7958
International 1-847-888-6600
We accept operator relay calls



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298



**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423



**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 04/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 04/04 | PURCHASE INTEREST CHARGE | 250.52 |
| | TOTAL INTEREST FOR THIS PERIOD | $250.52 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $995.51 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $14,222.52 | $250.52 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

0000001   FIS33339 C 4

**SB1790334-F1**
Page 2 of 2

Y   9   05   25/04/05        Page 2 of 2

05058   MA MA  27533

**212**
Statement Date:   04/05/25

8302







### June 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

**New Balance**
## $13,938.41

**Minimum Payment Due**
## $379.00

**Payment Due Date**
## 06/02/25

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| Total miles transferred to United | 0 |

### Year-to-date miles earned on credit card — 53

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 24 years | $36,368 |
| $525 | 3 years | $18,883 (Savings=$17,485) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8842**

| | |
|---|---|
| Previous Balance | $14,003.37 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$95.00 |
| Interest Charged | +$240.04 |
| New Balance | $13,938.41 |
| Opening/Closing Date | 04/06/25 - 05/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $961 |
| Cash Access Line | $2,980 |
| Available for Cash | $961 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting April 1, 2025, only purchases of $50 or more in the United airfare purchases category will be eligible for Pay Yourself Back.

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly

0000001  FIS33339 C 4     Y  9  05  25/05/05     Page 1 of 2     05058  MA MA 60700          0001
0480 INS16546



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4388576152798842000379000139384100000000 5

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **06/02/25** |
| **New Balance:** | **$13,938.41** |
| **Minimum Payment Due:** | **$379.00** |

Account number: XXXX XXXX XXXX 8842

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

60700 BEX 9 12525 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

## To contact us regarding your account

|  **Call Customer Service:**<br>In U.S.    1-800-537-7783<br>Spanish    1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-847-888-6600<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |
|---|---|---|---|

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants);

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  
## YOUR ACCOUNT MESSAGES  (CONTINUED)

statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **FEES CHARGED** | | |
| 05/01 | ANNUAL MEMBERSHIP FEE | 95.00 |
| | TOTAL FEES FOR THIS PERIOD | $95.00 |
| **INTEREST CHARGED** | | |
| 05/05 | PURCHASE INTEREST CHARGE | 240.04 |
| | TOTAL INTEREST FOR THIS PERIOD | $240.04 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $1,235.55 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $14,081.84 | $240.04 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**SB1790334-F1**
Page 2 of 2

**216**

SAFA GELARDI

0000001  FIS33339 C 4          Y   9   05   25/05/05        Page 2 of 2          05058    MA MA  60700                    2002

Statement Date:   05/05/25




Case 4:24-cv-01032-PKC Document 92-2 Filed 07/14/25 Page 30 of 214
PageID #: 12035





| July 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
**$13,785.12**
Minimum Payment Due
**$384.00**
Payment Due Date
**07/02/25**

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| **Total miles transferred to United** | **0** |

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 23 years | $35,935 |
| $519 | 3 years | $18,675 (Savings=$17,260) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8842**

| | |
|---|---|
| Previous Balance | $13,938.41 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$246.71 |
| New Balance | $13,785.12 |
| Opening/Closing Date | 05/06/25 - 06/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $1,114 |
| Cash Access Line | $2,980 |
| Available for Cash | $1,114 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

0000001  FIS33339 C 4          Y  9  05  25/06/05          Page 1 of 2          05058  MA MA 60997          9701
0480



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4388576152798842000384000137851200000001

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **07/02/25** |
| **New Balance:** | **$13,785.12** |
| **Minimum Payment Due:** | **$384.00** |

Account number: XXXX XXXX XXXX 8842

$_____ ._____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

60997 BEX 9 15625 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                                                 **218**

| | | | | |
|---|---|---|---|---|
|  **Call Customer Service:**<br>In U.S.          1-800-537-7783<br>Spanish        1-888-446-9308<br>Pay by phone 1-800-436-7958<br>International 1-847-888-6600<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for new purchases (including for fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  
Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 06/05 | PURCHASE INTEREST CHARGE | 246.71 |
| | TOTAL INTEREST FOR THIS PERIOD | $246.71 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $1,482.26 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $14,006.24 | $246.71 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**220**
Statement Date:   06/05/25

0000001   FIS33339 C 4          Y   9   05   25/06/05          Page 2 of 2          05058   MA MA  60997          9702



 
Manage your account online: Customer Service: Mobile: Download the
www.chase.com/united 1-800-537-7783 Chase Mobile® app today

PageID #: 12039



| August 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$13,621.14**
Minimum Payment Due
**$372.00**
Payment Due Date
**08/02/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 23 years | $35,504 |
| $513 | 3 years | $18,453 (Savings=$17,051) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8842**

| | |
|---|---|
| Previous Balance | $13,785.12 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$236.02 |
| New Balance | $13,621.14 |
| Opening/Closing Date | 06/06/25 - 07/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $1,278 |
| Cash Access Line | $2,980 |
| Available for Cash | $1,278 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| **Total miles transferred to United** | **0** |

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

## YOUR ACCOUNT MESSAGES

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

0000001  FIS33339 C 4
0480
Y  9  05  25/07/05        Page 1 of 2        05058  MA MA 30455 ▇▇▇▇▇501



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4388576152798842000372000136211400000003

AUTOPAY IS ON
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **08/02/25** |
| **New Balance:** | **$13,621.14** |
| **Minimum Payment Due:** | **$372.00** |

Account number: XXXX XXXX XXXX 8842

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

30455 BEX 9 18625 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                    **222**



**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **Call Customer Service:** |  |  |  |
| In U.S. 1-800-537-7783 | | | |
| Spanish 1-888-446-3308 | | | |
| Pay by phone 1-800-436-7958 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| International 1-847-888-6600 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| We accept operator relay calls | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.




Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 07/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 07/04 | PURCHASE INTEREST CHARGE | 236.02 |
| | TOTAL INTEREST FOR THIS PERIOD | $236.02 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $1,718.28 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $13,845.93 | $236.02 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.74%(v)(d) | – 0 – | – 0 – |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

SB1790334-F1
Page 2 of 2

224
Statement Date: 07/05/25

0000001  FIS33339 C 4                Y  9  05  25/07/05        Page 2 of 2            05058   MA MA  30455              502



Case 22-cv-01032-PKC Document 302-2 Filed 09/04/24 Page 37 of 214

Managed your account online:
www.chase.com/united

Pay by phone:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

PageID #: 12043



| September 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Balance
**$13,461.98**

Minimum Payment Due
**$375.00**

Payment Due Date
**09/02/25**

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| **Total miles transferred to United** | **0** |

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 23 years | $35,054 |
| $507 | 3 years | $18,237 (Savings=$16,817) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 8842

| | |
|---|---|
| Previous Balance | $13,621.14 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$240.84 |
| New Balance | $13,461.98 |
| Opening/Closing Date | 07/06/25 - 08/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $1,438 |
| Cash Access Line | $2,980 |
| Available for Cash | $1,438 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

0000001 FIS33339 C 4
0480 INS16551

Y 9 05 25/08/05

Page 1 of 2

05058 MA MA 60974 ⬛ 7401



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

 4388576152798842000375000134619800000006

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **09/02/25** |
| **New Balance:** | **$13,461.98** |
| **Minimum Payment Due:** | **$375.00** |

Account number: XXXX XXXX XXXX 8842

$_____ . _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

60974 BEX 9 21725 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                          **226**

## To contact us regarding your account

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S.  1-800-537-7783<br>Spanish  1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International  1-847-888-6600<br>We accept operator relay calls | **?** **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

### Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Case: cv-01032-PKC JRO Document 32-2 Filed 02/03/26 Page 39 of 214 PageID #: 12045

Mileage Plus
UNITED

Manage your account online
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/01 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 08/05 | PURCHASE INTEREST CHARGE | 240.84 |
| | TOTAL INTEREST FOR THIS PERIOD | $240.84 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $1,959.12 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $13,673.32 | $240.84 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 20.74%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**228**
Statement Date: 08/05/25

0000001  FIS33339 C 4          Y   9   05   25/06/05          Page 2 of 2          05058   MA MA  60974                      7402





Case 2:24-cv-01032-PKC-ROM Document 102-2 Filed 07/07/25 Page 1 of 1
PageID #: 12047



| October 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**New Balance**
**$13,300.22**

Minimum Payment Due
**$371.00**

Payment Due Date
**10/02/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 23 years | $34,602 |
| $501 | 3 years | $18,018 (Savings=$16,584) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8842**

| | |
|---|---|
| Previous Balance | $13,461.98 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$238.24 |
| New Balance | $13,300.22 |
| Opening/Closing Date | 08/06/25 - 09/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $1,599 |
| Cash Access Line | $2,980 |
| Available for Cash | $1,599 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |

### Total miles transferred to United 0

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

## YOUR ACCOUNT MESSAGES

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

0000002  FIS33339 C 4        Y  9  05  25/09/05        Page 1 of 2        05058   MA MA 69494 ████████9401
0480 INS16559



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only



4388576152798842000371000133002200000000 1

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **10/02/25** |
| **New Balance:** | **$13,300.22** |
| **Minimum Payment Due:** | **$371.00** |
| **Account number: XXXX XXXX XXXX 8842** | |

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69494 BEX 9 24825 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

## To contact us regarding your account

| | | | |
|---|---|---|---|
|  **Call Customer Service:** |  |  |  |

**Call Customer Service:**
In U.S.                  1-800-537-7783
Spanish                  1-888-446-3308
Pay by phone             1-800-436-7958
International             1-847-888-6600
We accept operator relay calls

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423

**Visit Our Website:**
www.chase.com/cardhelp

---

**Information About Your Account**

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the enclosed envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining payment. You may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 09/05 | PURCHASE INTEREST CHARGE | 238.24 |
| | TOTAL INTEREST FOR THIS PERIOD | $238.24 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $2,197.36 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.74%(v)(d) | $13,525.72 | $238.24 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.74%(v)(d) | – 0 – | – 0 – |
| My Chase Loan | 20.74%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**232**
Statement Date: 09/05/25

0000002  FIS33339 C 4          Y  9  05  25/09/05      Page 2 of 2      05058   MA MA 69494              402



  


| November 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$13,125.16**
Minimum Payment Due
**$356.00**
Payment Due Date
**11/02/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 23 years | $33,875 |
| $492 | 3 years | $17,720 (Savings=$16,155) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8842**

| | |
|---|---|
| Previous Balance | $13,300.22 |
| Payment, Credits | -$400.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$224.94 |
| New Balance | $13,125.16 |
| Opening/Closing Date | 09/06/25 - 10/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $1,774 |
| Cash Access Line | $2,980 |
| Available for Cash | $1,774 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |
| **Total miles transferred to United** | **0** |

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

## YOUR ACCOUNT MESSAGES

Your next Fixed AutoPayment for $400.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). The AutoPay amount will never be more than the Fixed Amount. However, the AutoPay amount may be less than the Fixed Amount (even zero) if either the New Balance shown on your monthly statement is less than the Fixed Amount or if the Current Balance when AutoPay processes is less than the Fixed Amount.

0000002   FIS33339 C 4          Y   9   05   25/10/05         Page 1 of 2          05058   MA MA 69396                    9601
0480 INS16559



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4388576152798842000356000131251600000000000

AUTOPAY IS ON
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **11/02/25** |
| **New Balance:** | **$13,125.16** |
| **Minimum Payment Due:** | **$356.00** |

Account number: XXXX XXXX XXXX 8842

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69396 BEX 9 27825 C
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**To contact us regarding your account**



| Call Customer Service: | ? |  |  |
| In U.S. 1-800-537-7783 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| Spanish 1-888-446-3308 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| Pay by phone 1-800-436-7958 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| International 1-847-888-6600 | | | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| **INTEREST CHARGED** | | |
| 10/05 | PURCHASE INTEREST CHARGE | 224.94 |
| | TOTAL INTEREST FOR THIS PERIOD | $224.94 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $2,422.30 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.49%(v)(d) | $13,355.66 | $224.94 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.49%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 20.49%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**236**
Statement Date: 10/05/25

0000002   FIS33339 C 4                Y   9   05   25/10/05        Page 2 of 2        05058    MA MA 69396                        9602





Manage your account at:
www.chase.com/united

Pay by phone:
1-800-537-7783

Download the
Chase Mobile® app today

| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | **2** | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$13,360.29**
Minimum Payment Due
**$695.00**
Payment Due Date
**12/02/25**

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |

### Total miles transferred to United 0

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 23 years | $33,684 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 8842

| | |
|---|---|
| Previous Balance | $13,125.16 |
| Payment, Credits | -$1,229.00 |
| Purchases | +$1,200.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$235.13 |
| New Balance | $13,360.29 |
| Opening/Closing Date | 10/06/25 - 11/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $0 |
| Cash Access Line | $2,980 |
| Available for Cash | $0 |
| **Past Due Amount** | **$327.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

**Your account is $327.00 Past Due and will not be brought current by AutoPay.**

Your Total Minimum Payment Due is $695.00, of which only $400.00 will be paid by your next scheduled AutoPayment, which will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday).

0000002  FIS33339 C 4          Y   9   05   25/11/05        Page 1 of 2          05058    MA MA 69039                    901
0480 INS16559



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**ACCOUNT PAST DUE**
Autopay will not satisfy Min Due. See Your Account Messages for details.

4388576152798842000069500013360290000000009

| Payment Due Date: | 12/02/25 |
|---|---|
| New Balance: | $13,360.29 |
| Minimum Payment Due: | $695.00 |

Account number: XXXX XXXX XXXX 8842

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

69039 BEX 9 30925 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                                          **238**

**To contact us regarding your account**



| Call Customer Service: |  |  |  |
|---|---|---|---|
| In U.S. 1-800-537-7783<br>Spanish 1-888-446-9308<br>Pay by phone 1-800-436-7958<br>International 1-847-888-6600<br>We accept operator relay calls | Send Inquiries to:<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Mail Payments to:<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | Visit Our Website:<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for new purchases (including Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants);

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

**To bring your account current,** you must make a payment outside AutoPay totaling $295.00 before your AutoPayment deduction or update your Fixed AutoPayment amount to an amount equal to or greater than $695.00.

Your account is closed and no longer available for use.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/07 | Payment Thank You - 2nd Attempt | -400.00 |
| 11/02 | AUTOMATIC PAYMENT - THANK YOU | -400.00 |
| 11/02 | Late Fee Credit Adjustment | -29.00 |
| 11/05 | Payment Thank You - 2nd Attempt | -400.00 |
| **PURCHASE** | | |
| 10/02 | Returned Payment | 400.00 |
| 10/07 | Returned Payment | 400.00 |
| 11/02 | Returned Payment | 400.00 |
| **FEES CHARGED** | | |
| 11/02 | LATE FEE | 29.00 |
| | TOTAL FEES FOR THIS PERIOD | $29.00 |
| **INTEREST CHARGED** | | |
| 11/05 | PURCHASE INTEREST CHARGE | 235.13 |
| | TOTAL INTEREST FOR THIS PERIOD | $235.13 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $124.00 |
| Total interest charged in 2025 | $2,657.43 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | $13,626.20 | $234.23 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.24%(v)(d) | – 0 – | – 0 – |
| My Chase Loan | 20.24%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**240**
Statement Date:   11/05/25

0000002   FIS33339 C 4          Y   9   05   25/11/05          Page 2 of 2          05058   MA MA 69039                    8902



Manage your account online:
www.chase.com/united
Mobile: Download the
Chase Mobile® app today
PageID #: 12059






| January 2026 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**New Balance**
**$14,020.11**
Minimum Payment Due
**$768.00**
Payment Due Date
**01/02/26**

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 0 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 0 |
| + Additional miles earned on hotel stays | 0 |

### Total miles transferred to United 0

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 23 years | $35,356 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8842**

| | |
|---|---|
| Previous Balance | $13,360.29 |
| Payment, Credits | $0.00 |
| Purchases | +$400.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$230.82 |
| New Balance | $14,020.11 |
| Opening/Closing Date | 11/06/25 - 12/05/25 |
| Credit Access Line | $14,900 |
| Available Credit | $0 |
| Cash Access Line | $2,980 |
| Available for Cash | $0 |
| **Past Due Amount** | **$368.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

Your account is closed and no longer available for use.



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only



4388576152798842000768000140201100000003

**The Past Due amount of $368.00 is included in your Minimum Payment.**

| | |
|---|---|
| **Payment Due Date:** | **01/02/26** |
| **New Balance:** | **$14,020.11** |
| **Minimum Payment Due:** | **$768.00** |

Account number: XXXX XXXX XXXX 8842

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

60696 BEX 9 33925 C

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                    **242**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S.        1-800-537-7783<br>Spanish        1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International   1-847-888-6600<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest.  Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases from month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  
Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PURCHASE** | | |
| 11/05 | Returned Payment | 400.00 |
| **FEES CHARGED** | | |
| 12/02 | LATE FEE | 29.00 |
| | TOTAL FEES FOR THIS PERIOD | $29.00 |
| **INTEREST CHARGED** | | |
| 12/05 | PURCHASE INTEREST CHARGE | 230.82 |
| | TOTAL INTEREST FOR THIS PERIOD | $230.82 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $153.00 |
| Total interest charged in 2025 | $2,888.25 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | $13,875.33 | $230.82 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 20.24%(v)(d) | - 0 - | - 0 - |
| | | **30 Days in Billing Period** | |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SAFA GELARDI

**SB1790334-F1**
Page 2 of 2

**244**
Statement Date: 12/05/25

0000001  FIS33339 C 4     Y   9   05   25/12/05     Page 2 of 2     05058   MA MA   60696       9602



# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 05, 2024 through January 06, 2025

Primary Account: ███████ 3888

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00957864 DRE 802 219 00725 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## A reminder about incoming wire transfer fees

Due to a system issue, we may not have charged you for all incoming wires in the past. Beginning March 23, 2025, wire transfer fees will be charged for all incoming wires for Chase High School Checking[SM], Chase College Checking[SM], Chase Total Checking®, Chase Premier Plus Checking[SM] and Chase Savings[SM] accounts. Please visit **chase.com/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Sapphire[SM] Checking, Chase Private Client Checking[SM], Chase Private Client Savings[SM], Chase Premier Savings[SM] accounts and for Chase Premier Plus Checking[SM] accounts with Military Enhanced Benefits.

As a reminder, Chase Secure Banking[SM] and Chase First Banking[SM] accounts cannot send or receive wire transfers.

If you have any questions, call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████ 3888 | $2,932.99 | $1,460.00 |
| Chase Total Checking | ████ 0215 | 4,535.94 | 4,511.41 |
| **Total** | | **$7,468.93** | **$5,971.41** |
| | | | |
| **TOTAL ASSETS** | | **$7,468.93** | **$5,971.41** |



CHASE

December 05, 2024 through January 06, 2025

Primary Account: **3888**

## CHASE TOTAL CHECKING

SAFA GELARDI                                                        Account Number: 3888

### CHECKING SUMMARY

|                          | AMOUNT       |
|--------------------------|-------------:|
| **Beginning Balance**    | **$2,932.99**|
| Deposits and Additions   | 14,104.76    |
| Electronic Withdrawals   | -15,577.75   |
| **Ending Balance**       | **$1,460.00**|

Interest paid in 2024 for account 3888 was $0.25.

### TRANSACTION DETAIL

| DATE  | DESCRIPTION                                                      | AMOUNT     | BALANCE    |
|-------|-----------------------------------------------------------------|-----------:|-----------:|
|       | **Beginning Balance**                                           |            | **$2,932.99** |
| 12/05 | Zelle Payment To Cleaning Lady Jpm99Asd1Gbx                     | -80.00     | 2,852.99   |
| 12/09 | Zelle Payment From Rose Jordan Pncaa0Oms67Q                     | 150.00     | 3,002.99   |
| 12/09 | Zelle Payment To Fifi Jpm99Aslh4Ow                              | -250.00    | 2,752.99   |
| 12/09 | Zelle Payment To Yousef Buddah Jpm99Asmwhlb                     | -200.00    | 2,552.99   |
| 12/10 | Online Transfer From Chk ...0215 Transaction#: 23004026555      | 500.00     | 3,052.99   |
| 12/10 | Zelle Payment To Jenine Jpm99Asowxeo                            | -150.00    | 2,902.99   |
| 12/10 | Zelle Payment To Jenine Jpm99Aspl4E8                            | -10.00     | 2,892.99   |
| 12/10 | Zelle Payment To Jenine Jpm99Aspl72H                            | -20.00     | 2,872.99   |
| 12/11 | Zelle Payment To Jenine Jpm99Aspxdt1                            | -50.00     | 2,822.99   |
| 12/11 | Zelle Payment To Galila 23011847677                             | -1,750.00  | 1,072.99   |
| 12/12 | 12/12 Online Transfer To Chk ...0215 Transaction#: 23028103497  | -1,000.00  | 72.99      |
| 12/13 | Zelle Payment From Jamel Ferguson Rgn0Iscegzbh                  | 250.00     | 322.99     |
| 12/16 | Venmo          Cashout          PPD ID: 5264681992             | 4,999.00   | 5,321.99   |
| 12/16 | Venmo          Cashout          PPD ID: 5264681992             | 341.00     | 5,662.99   |
| 12/16 | Zelle Payment To Makeup 23056039190                             | -120.00    | 5,542.99   |
| 12/16 | Zelle Payment To Makeup 23060783433                             | -240.00    | 5,302.99   |
| 12/16 | Zelle Payment To Amira 23062200696                              | -750.00    | 4,552.99   |
| 12/16 | Zelle Payment To Nasaun Jpm99At0Ozp3                            | -600.00    | 3,952.99   |
| 12/16 | Zelle Payment To Yihya Dj 23065683273                           | -2,000.00  | 1,952.99   |
| 12/16 | Zelle Payment To Nasaun Jpm99At1Juex                            | -400.00    | 1,552.99   |
| 12/16 | Capital One     Crcardpmt 3Yr3Kjx5Ux523Qn Web ID: 9541719318  | -55.00     | 1,497.99   |
| 12/16 | Zelle Payment To Dave Sagovia 23075973474                       | -1,000.00  | 497.99     |
| 12/17 | Cash App        Safa Gelar        PPD ID: 8800429876          | 1,458.75   | 1,956.74   |
| 12/17 | Intuit          Transfer         PPD ID: 9002000202          | 1,000.00   | 2,956.74   |
| 12/17 | Venmo           Cashout          PPD ID: 5264681992          | 500.00     | 3,456.74   |
| 12/17 | 12/17 Online Transfer To Chk ...0215 Transaction#: 23079146168 | -1,000.00  | 2,456.74   |
| 12/18 | Cash App        Safa Gelar        PPD ID: 8800429876          | 2,565.00   | 5,021.74   |
| 12/20 | Synchrony Bank   Cc Pymt   601918390845324 Tel ID: 9856794001  | -400.00    | 4,621.74   |
| 12/20 | 12/20 Online Transfer To Chk ...0215 Transaction#: 23114780277 | -1,000.00  | 3,621.74   |
| 12/23 | Remote Online Deposit          1                                | 68.87      | 3,690.61   |

**SB1790334-F1**

247



**CHASE ❏**

December 05, 2024 through January 06, 2025
Primary Account: ▮▮▮▮ 3888



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 12/23 | Zelle Payment From NY Connected Corp. 23147384315 | | 75.00 | 3,765.61 |
| 12/23 | Zelle Payment To Jenine Jpm99Atdpgqx | | -20.00 | 3,745.61 |
| 12/23 | Zelle Payment To Dave Sagovia 23137450414 | | -2,000.00 | 1,745.61 |
| 12/23 | Zelle Payment To Jenine Jpm99Atgyfqv | | -69.00 | 1,676.61 |
| 12/24 | Intuit       Transfer | PPD ID: 9002000202 | 1,000.00 | 2,676.61 |
| 12/27 | Zelle Payment To Jenine Jpm99Atpdl0U | | -700.00 | 1,976.61 |
| 12/30 | Remote Online Deposit          1 | | 54.02 | 2,030.63 |
| 12/30 | Chase Credit Crd Autopay | PPD ID: 4760039224 | -123.00 | 1,907.63 |
| 12/30 | Prosper Marketpl Mpl Trust1 | PPD ID: ACH1800083 | -864.75 | 1,042.88 |
| 12/30 | Zelle Payment To Jenine Jpm99Attjby2 | | -381.00 | 661.88 |
| 12/31 | Zelle Payment From Tallal Yousef Salameh 23225027712 | | 900.00 | 1,561.88 |
| 01/02 | Cash App      Safa Gelar | PPD ID: 8800429876 | 243.12 | 1,805.00 |
| 01/03 | Chase Credit Crd Autopay | PPD ID: 4760039224 | -200.00 | 1,605.00 |
| 01/03 | Zelle Payment To Jenine Jpm99Au3Upu8 | | -125.00 | 1,480.00 |
| 01/06 | Zelle Payment To Jenine Jpm99Au9K54Y | | -20.00 | 1,460.00 |
| | **Ending Balance** | | | **$1,460.00** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid
this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll
  providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or
  FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or
  Mastercard network.**
  (Your total electronic deposits this period were $12,106.87. Note: some deposits may be listed on your previous
  statement.)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $72.99)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and
  investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $2,164.12)

## CHASE TOTAL CHECKING

VITO GELARDI                                                Account Number: ▮▮▮▮ 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|--|--------|
| **Beginning Balance** | **$4,535.94** |
| Deposits and Additions | 14,803.45 |
| ATM & Debit Card Withdrawals | -192.28 |
| Electronic Withdrawals | -14,635.70 |
| **Ending Balance** | **$4,511.41** |



December 05, 2024 through January 06, 2025

Primary Account: ███████ 3888

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| | **Beginning Balance** | | **$4,535.94** |
| 12/05 | Hctra EFT        Eztagstppd              PPD ID: 2746019451 | -28.61 | 4,507.33 |
| 12/05 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Asdv3Uq | -325.00 | 4,182.33 |
| 12/05 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Asexy9V | -100.00 | 4,082.33 |
| 12/09 | Remote Online Deposit            1 | **2,200.00** | 6,282.33 |
| 12/09 | Airbnb 4977        Airbnb              PPD ID: 1463165559 | **1,762.49** | 8,044.82 |
| 12/09 | Citi Autopay       Payment    191559494020003 Tel ID: Citicardap | -100.00 | 7,944.82 |
| 12/09 | 12/07 Payment To Chase Card Ending IN 8842 | -300.00 | 7,644.82 |
| 12/09 | Zelle Payment To Mohammed Dabke Group Jpm99Asl85W5 | -1,000.00 | 6,644.82 |
| 12/09 | American Express ACH Pmt    R6022       Tel ID: 2005032111 | -300.00 | 6,344.82 |
| 12/10 | 12/10 Payment To Chase Card Ending IN 0710 | -35.00 | 6,309.82 |
| 12/10 | 12/10 Online Transfer To Chk ...3888 Transaction#: 23004026555 | -500.00 | 5,809.82 |
| 12/11 | State Farm Ro 27 Sfpp              PPD ID: 9000307001 | -266.90 | 5,542.92 |
| 12/11 | Hctra EFT        Eztagstppd              PPD ID: 2746019451 | -20.00 | 5,522.92 |
| 12/11 | Nsm Dbamr.Cooper Nsm Dbamr 7766181      Web ID: 0000452701 | -3,486.10 | 2,036.82 |
| 12/12 | Remote Online Deposit            1 | 150.00 | 2,186.82 |
| 12/12 | Online Transfer From Chk ...3888 Transaction#: 23028103497 | **1,000.00** | 3,186.82 |
| 12/12 | 12/12 Online Payment 22709152428 To Barclays Bank Delaware | -200.00 | 2,986.82 |
| 12/12 | Zelle Payment To Princess Paety Hall 23028106145 | -2,760.00 | 226.82 |
| 12/13 | ATM Cash Deposit       12/13 26030 Nw Freeway Cypress TX Card 8142 | **1,000.00** | 1,226.82 |
| 12/13 | Online Transfer From Sav ...1762 Transaction#: 23032694939 | 132.00 | 1,358.82 |
| 12/13 | Online Transfer From Sav ...1751 Transaction#: 23032695795 | 91.00 | 1,449.82 |
| 12/13 | Hctra EFT        Eztagstppd              PPD ID: 2746019451 | -20.00 | 1,429.82 |
| 12/13 | Trieagle Energy  Trie_ACH   035973531742   Tel ID: 9889760501 | -258.00 | 1,171.82 |
| 12/16 | ADT Security Ser Adtpapach 320285739      Web ID: 8881323080 | -71.52 | 1,100.30 |
| 12/16 | Citi Card Online Payment   431565088613932 Web ID: Citictp | -41.00 | 1,059.30 |
| 12/16 | T-Mobile       Pcs Svc   9517781        Web ID: 0000450304 | -367.20 | 692.10 |
| 12/16 | Hns Hughesnet86  6-347-3292 9385449      Web ID: 0000749317 | -125.88 | 566.22 |
| 12/17 | Online Transfer From Chk ...3888 Transaction#: 23079146168 | **1,000.00** | 1,566.22 |
| 12/17 | Hctra EFT        Eztagstppd              PPD ID: 2746019451 | -20.00 | 1,546.22 |
| 12/17 | Recurring Card Purchase 12/17 Simply Business Simplybusines MA Card 8142 | -47.70 | 1,498.52 |
| 12/19 | Home Depot      Payment              PPD ID: Citigpufdr | -29.00 | 1,469.52 |
| 12/19 | Amz_Storecrd_Pmt Payment    604578119667222 Tel ID: 9130142001 | -51.00 | 1,418.52 |
| 12/19 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99At83Wyr | -325.00 | 1,093.52 |
| 12/20 | Online Transfer From Chk ...3888 Transaction#: 23114780277 | **1,000.00** | 2,093.52 |
| 12/20 | Aqua       Aqua Servi          PPD ID: 1023940101 | -136.70 | 1,956.82 |
| 12/20 | Hctra EFT        Eztagstppd              PPD ID: 2746019451 | -20.00 | 1,936.82 |
| 12/20 | Discover       Payments   5273      Tel ID: 3510020270 | -7.00 | 1,929.82 |
| 12/23 | Ppl Eu       Elec Svc          PPD ID: 1230959590 | -51.46 | 1,878.36 |
| 12/23 | Hctra EFT        Eztagstppd              PPD ID: 2746019451 | -20.68 | 1,857.68 |
| 12/23 | Wf Credit Card  Auto Pay          PPD ID: 50260000 | -200.00 | 1,657.68 |
| 12/26 | Airbnb 4977        Airbnb              PPD ID: 1463165559 | **1,791.59** | 3,449.27 |
| 12/26 | American Express ACH Pmt    A3342       Web ID: 9493560001 | -500.00 | 2,949.27 |
| 12/26 | Firstenergy Opco ACH      033193761178   CCD ID: 1341968288 | -31.42 | 2,917.85 |
| 12/26 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Atmsqb2 | -325.00 | 2,592.85 |
| 12/26 | 12/26 Payment To Chase Card Ending IN 0710 | -35.00 | 2,557.85 |
| 12/30 | Airbnb 4977        Airbnb              PPD ID: 1463165559 | **1,113.56** | 3,671.41 |
| 12/30 | Firstenergy Opco ACH              PPD ID: 1341968288 | -385.10 | 3,286.31 |
| 12/30 | Firstenergy Opco ACH              PPD ID: 1341968288 | -140.84 | 3,145.47 |



December 05, 2024 through January 06, 2025
Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 12/30 | Home Depot    Payment        PPD ID: Citigpufdr | | -29.00 | 3,116.47 |
| 12/30 | 12/30 Online Payment 22850466210 To Discover | | -150.00 | 2,966.47 |
| 12/30 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Atudb7J | | -325.00 | 2,641.47 |
| 12/30 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Atuf0Fo | | -325.00 | 2,316.47 |
| 12/30 | Zelle Payment To Scott Landscaper Jpm99Atumszb | | -75.00 | 2,241.47 |
| 12/31 | Airbnb 4977    Airbnb          PPD ID: 1463165559 | | **1,307.56** | 3,549.03 |
| 12/31 | State Farm Ro 27 Sfpp         PPD ID: 9000307001 | | -37.00 | 3,512.03 |
| 12/31 | Hctra EFT     Eztagstppd      PPD ID: 2746019451 | | -20.00 | 3,492.03 |
| 01/02 | Airbnb 4977    Airbnb          PPD ID: 1463165559 | | **2,255.25** | 5,747.28 |
| 01/02 | Zelle Payment To Jenine Jpm99Au0J3Q6 | | -23.00 | 5,724.28 |
| 01/03 | Verizon Wireless Payments     PPD ID: 1223344794 | | -160.00 | 5,564.28 |
| 01/03 | Trieagle Energy  Trie_ACH  035389350818  Tel ID: 9889760501 | | -250.42 | 5,313.86 |
| 01/06 | Hctra EFT     Eztagstppd      PPD ID: 2746019451 | | -20.00 | 5,293.86 |
| 01/06 | Zelle Payment To Jenine Jpm99Au6Hsot | | -162.00 | 5,131.86 |
| 01/06 | Card Purchase With Pin  01/05 Costco Whse #1208 Cypress TX Card 8142 | | -144.58 | 4,987.28 |
| 01/06 | Cpenergy Entex  Ent ACH Eb 006403272815   Tel ID: 176051140D | | -40.88 | 4,946.40 |
| 01/06 | 01/06 Payment To Chase Card Ending IN 8842 | | -408.00 | 4,538.40 |
| 01/06 | American Express ACH Pmt    A3188      Web ID: 9493560001 | | -26.99 | 4,511.41 |
| | **Ending Balance** | | | **$4,511.41** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $8,230.45. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $226.82)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,152.26)



December 05, 2024 through January 06, 2025

Primary Account: ███████████ 3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

SB1790334-F1

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 07, 2025 through February 05, 2025

Primary Account: ████████ 3888

00967836 DRE 802 219 03725 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



**To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps**

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:

- Request details about your payment's purpose and how you made contact with the recipient
- Block or decline payments identified as originating from contact through social media
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement if you do not respond truthfully to questions we ask

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:

- On chase.com, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████ 3888 | $1,460.00 | $8,334.36 |
| Chase Total Checking | ████ 0215 | 4,511.41 | 3,414.21 |
| **Total** | | **$5,971.41** | **$11,748.57** |
| | | | |
| **TOTAL ASSETS** | | **$5,971.41** | **$11,748.57** |

**SB1790334-F1**

252

**CHASE**

January 07, 2025 through February 05, 2025
Primary Account: ▬▬▬**3888**

## CHASE TOTAL CHECKING

SAFA GELARDI                                         Account Number: ▬▬▬3888

## CHECKING SUMMARY

|                          | AMOUNT       |
|--------------------------|--------------|
| **Beginning Balance**    | **$1,460.00**|
| Deposits and Additions   | 10,500.00    |
| Electronic Withdrawals   | -3,625.64    |
| **Ending Balance**       | **$8,334.36**|

Interest paid in 2024 for account ▬▬▬3888 was $0.25.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|       | **Beginning Balance** |          | **$1,460.00** |
| 01/08 | Zelle Payment To Melissa B 23322032007 | -100.00 | 1,360.00 |
| 01/08 | Zelle Payment To Christian Creole And French Ime Jpm99Aud4R78 | -525.00 | 835.00 |
| 01/09 | Intuit     Transfer        PPD ID: 9002000202 | 500.00 | 1,335.00 |
| 01/14 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -86.00 | 1,249.00 |
| 01/15 | Tjx Rew Mstrcrd Syf Paymnt 524366167356148 Web ID: 9069872103 | -104.89 | 1,144.11 |
| 01/17 | Capital One    Crcardpmt 42Nfzysnyjyhqwf Web ID: 9541719318 | -55.00 | 1,089.11 |
| 01/21 | Zelle Payment To Fidel Jpm99Avc0Iav | -80.00 | 1,009.11 |
| 01/21 | Barclaycard US  Creditcard 1215300841    Tel ID: 2510407970 | -500.00 | 509.11 |
| 01/28 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -395.00 | 114.11 |
| 01/30 | Intuit     Transfer        PPD ID: 9002000202 | 10,000.00 | 10,114.11 |
| 01/30 | Prosper Marketpl Mpl Trust1        PPD ID: ACH1800083 | -864.75 | 9,249.36 |
| 01/31 | Zelle Payment To Jenine Jpm99Awlsuee | -170.00 | 9,079.36 |
| 02/03 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -350.00 | 8,729.36 |
| 02/05 | Zelle Payment To Christian Creole And French Ime Jpm99Ax5Ldl8 | -395.00 | 8,334.36 |
|       | **Ending Balance** |          | **$8,334.36** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $10,743.12. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $114.11)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $2,535.39)

**SB1790334-F1**                                                                           **253**



**CHASE ◆**

January 07, 2025 through February 05, 2025

Primary Account: **3888**



## CHASE TOTAL CHECKING

VITO GELARDI

Account Number: 0215

OR SAFA ABDUL-RAHMAN-GELARDI

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,511.41** |
| Deposits and Additions | 11,323.40 |
| ATM & Debit Card Withdrawals | -47.70 |
| Electronic Withdrawals | -12,372.90 |
| **Ending Balance** | **$3,414.21** |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $4,511.41 |
| 01/07 | ATM Cash Deposit        01/07 26030 Nw Freeway Cypress TX Card 8142 | 2,500.00 | 7,011.41 |
| 01/07 | Citi Autopay     Payment   191586280210052 Tel ID: Citicardap | -1,872.82 | 5,138.59 |
| 01/07 | Home Depot      Payment   091585736679976 Tel ID: Citigpufdr | -122.55 | 5,016.04 |
| 01/07 | Hctra EFT      Eztagstppd            PPD ID: 2746019451 | -20.00 | 4,996.04 |
| 01/07 | 01/07 Online Transfer To Gmr ...5706 Transaction#: 23308087081 | -200.00 | 4,796.04 |
| 01/08 | American Express ACH Pmt   A8442      Web ID: 9493560001 | -45.03 | 4,751.01 |
| 01/13 | State Farm Ro 27 Sfpp            PPD ID: 9000307001 | -266.90 | 4,484.11 |
| 01/13 | Hctra EFT      Eztagstppd            PPD ID: 2746019451 | -20.00 | 4,464.11 |
| 01/13 | Nsm Dbamr Cooper Nsm Dbamr 9112041      Web ID: 0000452701 | -3,486.10 | 978.01 |
| 01/14 | Citi Card Online Payment   431591737509863 Web ID: Citictp | -147.96 | 830.05 |
| 01/14 | Barclaycard US  Creditcard 1210029717      Web ID: 2510407970 | -111.73 | 718.32 |
| 01/14 | ADT Security Ser Adtpapach 320285739      Web ID: 8881323080 | -71.52 | 646.80 |
| 01/14 | 01/14 Online Payment 23020692887 To Barclays Bank Delaware | -200.00 | 446.80 |
| 01/15 | ATM Cash Deposit        01/15 26030 Nw Freeway Cypress TX Card 8142 | 700.00 | 1,146.80 |
| 01/15 | Amazon Store    Syf Paymnt 604578119667222 Tel ID: 9069872103 | -250.00 | 896.80 |
| 01/15 | Hns Hughesnet86 6-347-3292 0498553      Web ID: 0000749317 | -125.88 | 770.92 |
| 01/15 | T-Mobile      Pcs Svc   0641479      Web ID: 0000450304 | -367.20 | 403.72 |
| 01/17 | Hctra EFT      Eztagstppd            PPD ID: 2746019451 | -20.74 | 382.98 |
| 01/17 | Recurring Card Purchase 01/17 Simply Business Simplybusines MA Card 8142 | -47.70 | 335.28 |
| 01/21 | Airbnb 4977      Airbnb            PPD ID: 1463165559 | 1,815.84 | 2,151.12 |
| 01/21 | Discover      Payments  5273       Tel ID: 3510020270 | -5.00 | 2,146.12 |
| 01/21 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99Avk1Fp0 | -400.00 | 1,746.12 |
| 01/22 | Aqua       Aqua Servi        PPD ID: 1023940101 | -136.70 | 1,609.42 |
| 01/22 | Samsclub Mstrcrd Syf Paymnt 521333141554064 Tel ID: 9069872103 | -40.00 | 1,569.42 |
| 01/22 | Hctra EFT      Eztagstppd            PPD ID: 2746019451 | -20.00 | 1,549.42 |
| 01/23 | Ppl Eu      Elec Svc        PPD ID: 1230959590 | -72.42 | 1,477.00 |
| 01/23 | Wf Credit Card  Auto Pay        PPD ID: 50260000 | -200.00 | 1,277.00 |
| 01/24 | Hctra EFT      Eztagstppd            PPD ID: 2746019451 | -20.00 | 1,257.00 |
| 01/24 | American Express ACH Pmt   R5488      Tel ID: 2005032111 | -400.00 | 857.00 |
| 01/27 | Firstenergy     Opco-ACH        PPD ID: 1341968288 | -28.45 | 828.55 |
| 01/27 | Hctra EFT      Eztagstppd            PPD ID: 2746019451 | -20.00 | 808.55 |
| 01/27 | American Express ACH Pmt   A0742      Web ID: 9493560001 | -500.00 | 308.55 |
| 01/28 | Deposit      2090894999 | 5,000.00 | 5,308.55 |

**SB1790334-F1**

Page 3 of 4

**254**



January 07, 2025 through February 05, 2025
Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|--|--|--------|---------|
| 01/28 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -22.48 | 5,286.07 |
| 01/28 | 01/28 Online Transfer To Sav ...1762 Transaction#: 23531846373 | | | -300.00 | 4,986.07 |
| 01/29 | State Farm Ro 27 Sfpp | | PPD ID: 9000307001 | -37.00 | 4,949.07 |
| 01/29 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 4,929.07 |
| 01/29 | 01/29 Payment To Chase Card Ending IN 0710 | | | -50.00 | 4,879.07 |
| 01/30 | Firstenergy | Opco-ACH | PPD ID: 1341968288 | -918.30 | 3,960.77 |
| 01/30 | Firstenergy | Opco-ACH | PPD ID: 1341968288 | -178.33 | 3,782.44 |
| 01/30 | 01/30 Online Payment 23214687367 To Discover | | | -150.00 | 3,632.44 |
| 02/03 | Verizon Wireless Payments | | PPD ID: 1223344794 | -65.76 | 3,566.68 |
| 02/04 | Airbnb 4977 | Airbnb | PPD ID: 1463165559 | 1,307.56 | 4,874.24 |
| 02/04 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 4,854.24 |
| 02/05 | Hctra EFT | Eztagstppd | PPD ID: 2746019451 | -20.00 | 4,834.24 |
| 02/05 | 02/05 Payment To Chase Card Ending IN 7268 | | | -120.03 | 4,714.21 |
| 02/05 | Zelle Payment To Raffle Deli Land Lord Jpm99Ax63Cy4 | | | -1,300.00 | 3,414.21 |
| | **Ending Balance** | | | | **$3,414.21** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $5,378.65. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $308.55)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,034.21)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 06, 2025 through March 05, 2025
Primary Account: ▇▇▇▇ **3888**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00969694 DRE 802 219 06525 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## We're introducing new security measures for certain wire transfers when using our digital banking services

To help protect your account, you may be required to use a trusted device to send certain wire transfers when using chase.com or the Chase Mobile® app.[1] Here are the key changes that will be effective May 8, 2025:

- **Use of Trusted Devices:** You'll need to use a trusted device to send certain wire transfers using our digital banking services. A trusted device is a smartphone that has been enrolled with us based on specific criteria.
- **Enrolling a Device:** You may already be using a trusted device. If not, you'll receive step-by-step instructions to make your device trusted the next time you initiate a wire transfer that requires it. You'll need to use a smartphone with the Chase Mobile® app installed and fulfill certain identification requirements, such as scanning and uploading a copy of your driver's license or state ID.
- **Restrictions on Wire Transfers:** If you don't have a trusted device, you may not be able to add recipients or initiate certain wire transfers using our digital banking services. This won't affect your ability to initiate wires at a Chase branch or J.P. Morgan Financial Center.

**Where to Find More Information**
These policy updates are effective May 8, 2025, and will be detailed in Section 3 of the *Online Wire Transfer and Chase Global Transfer Services Addendum*, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement.

You can review the new requirements in those agreements beginning February 20, 2025. Here's how to access them:
- **On chase.com:** Log in to your account, click on the Main Menu, and select "Agreements & Disclosures."
- **On the Chase Mobile® app:** Go to "Legal Information" in Profile & Settings or at the bottom of the home page, then select "Legal Agreements and Disclosures."

If you have any questions, please call the number listed on this statement.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▇▇▇▇ 3888 | $8,334.36 | $1,663.61 |
| Chase Total Checking | ▇▇▇▇ 0215 | 3,414.21 | 1,995.79 |
| **Total** | | **$11,748.57** | **$3,659.40** |

**SB1790334-F1**

256

  **CHASE**

February 06, 2025 through March 05, 2025
Primary Account: **3888**

## CONSOLIDATED BALANCE SUMMARY *(continued)*

**TOTAL ASSETS**                                    $11,748.57        $3,659.40

## CHASE TOTAL CHECKING

SAFA GELARDI                                   Account Number: **3888**

### CHECKING SUMMARY

|                          | AMOUNT      |
|--------------------------|-------------|
| **Beginning Balance**    | **$8,334.36** |
| Deposits and Additions   | 9,175 00    |
| Electronic Withdrawals   | -15,845.75  |
| **Ending Balance**       | **$1,663.61** |

Interest paid in 2024 for account ▮▮▮▮3888 was $0.25.

### TRANSACTION DETAIL

| DATE  | DESCRIPTION | AMOUNT | BALANCE |
|-------|-------------|--------|---------|
|       | **Beginning Balance** |        | **$8,334.36** |
| 02/07 | Intuit      Transfer        PPD ID: 9002000202 | **1,000.00** | 9,334.36 |
| 02/07 | Zelle Payment To Yousef Buddah Jpm99Axdl9Bx | -400.00 | 8,934.36 |
| 02/10 | Zelle Payment From Tallal Yousef Salameh 23667590075 | **2,500.00** | 11,434.36 |
| 02/10 | Online Transfer From Chk ...0215 Transaction#: 23686874957 | **400.00** | 11,834.36 |
| 02/10 | 02/09 Online Transfer To Chk ...0215 Transaction#: 23670482132 | -2,500.00 | 9,334.36 |
| 02/10 | Zelle Payment To Ashley 23683882240 | -1,000.00 | 8,334.36 |
| 02/10 | Zelle Payment To Jenine Jpm99Axrawfo | -381.00 | 7,953.36 |
| 02/11 | Zelle Payment To Melissa B 23694584147 | -100.00 | 7,853.36 |
| 02/11 | Zelle Payment To Gabby Jpm99Axuqg89 | -200.00 | 7,653.36 |
| 02/13 | Zelle Payment To Melissa B 23717907642 | -115.00 | 7,538.36 |
| 02/14 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -287.00 | 7,251.36 |
| 02/18 | Zelle Payment From Nasaun Toliver Pncaa0Qdp23F | **125.00** | 7,376.36 |
| 02/18 | 02/15 Online Transfer To Chk ...0215 Transaction#: 23739724017 | -5,000.00 | 2,376.36 |
| 02/18 | Synchrony Bank  Cc Pymt  601918390845324 Web ID: 9856794001 | -297.00 | 2,079.36 |
| 02/18 | Capital One      Crcardpmt  42Tzhfywcoi9Ncf Web ID: 9541719318 | -59.00 | 2,020.36 |
| 02/19 | Zelle Payment To Marianne Ime Jpm99Aymsu7T | -100.00 | 1,920.36 |
| 02/19 | Zelle Payment To Amira 23780648146 | -215.00 | 1,705.36 |
| 02/20 | Zelle Payment To Marianne Ime Jpm99Aysb1Xn | -230.00 | 1,475.36 |
| 02/21 | Venmo        Cashout        PPD ID: 5264681992 | **160.00** | 1,635.36 |
| 02/24 | Zelle Payment To Jenine Jpm99AZ1Q5Xc | -50.00 | 1,585.36 |
| 02/24 | Zelle Payment To Melissa B 23837384597 | -200.00 | 1,385.36 |
| 02/26 | Barclaycard US  Creditcard 1235715479      Tel ID: 2510407970 | -400.00 | 985.36 |
| 02/28 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -422.00 | 563.36 |
| 03/03 | Deposit    2136862684 | **500.00** | 1,063.36 |

**SB1790334-F1**



February 06, 2025 through March 05, 2025

Primary Account: **3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 03/03 | Zelle Payment From Tallal Yousef Salameh 23926809515 | | **2,500.00** | 3,563.36 |
| 03/03 | Intuit    Transfer    PPD ID: 9002000202 | | **1,000.00** | 4,563.36 |
| 03/03 | Zelle Payment From Sivasankar Cherukuri Bachu81Emvfx | | **350.00** | 4,913.36 |
| 03/03 | Zelle Payment From Daniel Boadi Baci8Srqit0 | | **140.00** | 5,053.36 |
| 03/03 | Prosper Marketpl Mpl Trust1    PPD ID: ACH1800083 | | -864.75 | 4,188.61 |
| 03/03 | Chase Credit Crd Autopay    PPD ID: 4760039224 | | -400.00 | 3,788.61 |
| 03/03 | Zelle Payment To Marianne Ime Jpm99B04NA8T | | -400.00 | 3,388.61 |
| 03/03 | 03/03 Online Transfer To Chk ...0215 Transaction#: 23926845196 | | -1,800.00 | 1,588.61 |
| 03/03 | Zelle Payment To Marianne Ime Jpm99B05Khx0 | | -125.00 | 1,463.61 |
| 03/03 | Zelle Payment To Jenine Jpm99B06281C | | -300.00 | 1,163.61 |
| 03/04 | Intuit    Transfer    PPD ID: 9002000202 | | **500.00** | 1,663.61 |
| | **Ending Balance** | | | **$1,663.61** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $12,660.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $563.36)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $4,380.05)

## CHASE TOTAL CHECKING

VITO GELARDI

Account Number: 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|--|--------|
| **Beginning Balance** | **$3,414.21** |
| Deposits and Additions | 15,031.65 |
| Checks Paid | -5,068.99 |
| ATM & Debit Card Withdrawals | -227.70 |
| Electronic Withdrawals | -10,653.38 |
| Other Withdrawals | -500.00 |
| **Ending Balance** | **$1,995.79** |



February 06, 2025 through March 05, 2025
Primary Account: ███████3888

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 192 ^ | 02/12 | $29.99 |
| 193 ^ | 02/12 | 19.50 |
| 194 ^ | 02/12 | 19.50 |
| 196 * ^ | 02/24 | 5,000.00 |
| **Total Checks Paid** | | **$5,068.99** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$3,414.21** |
| 02/06 | Online Transfer From Chk ...7061 Transaction# 23635137053 | 75.00 | 3,489.21 |
| 02/06 | American Express ACH Pmt    A6052      Web ID: 9493560001 | -518.39 | 2,970.82 |
| 02/07 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 2,950.82 |
| 02/10 | ATM Cash Deposit        02/08 6103 N Fry Rd Katy TX Card 8142 | 700.00 | 3,650.82 |
| 02/10 | Online Transfer From Chk ...3888 Transaction# 23670482132 | 2,500.00 | 6,150.82 |
| 02/10 | American Express ACH Pmt    A7494      Web ID: 9493560001 | -339.35 | 5,811.47 |
| 02/10 | Citi Card Online Payment    431613733751299 Web ID: Citictp | -100.00 | 5,711.47 |
| 02/10 | 02/10 Online Transfer To Chk ...3888 Transaction# 23686874957 | -400.00 | 5,311.47 |
| 02/11 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 5,291.47 |
| 02/11 | Nsm Dbamr.Cooper Nsm Dbamr  0153109        Web ID: 0000452701 | -3,486.10 | 1,805.37 |
| 02/12 | Costco Cash     Reward          PPD ID: Costcorewd | 320.17 | 2,125.54 |
| 02/12 | State Farm Ro 27 Sfpp        PPD ID: 9000307001 | -266.90 | 1,858.64 |
| 02/12 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -26.56 | 1,832.08 |
| 02/12 | Check        # 192 | -29.99 | 1,802.09 |
| 02/12 | Check        # 193 | -19.50 | 1,782.59 |
| 02/12 | Check        # 194 | -19.50 | 1,763.09 |
| 02/13 | 02/13 Online Payment 23379473055 To Barclays Bank Delaware | -200.00 | 1,563.09 |
| 02/14 | Citi Card Online Payment    431618451021666 Web ID: Citictp | -202.11 | 1,360.98 |
| 02/14 | Barclaycard US  Creditcard 1221900644      Web ID: 2510407970 | -110.85 | 1,250.13 |
| 02/14 | ADT Security Ser Adtpapach 320285739        Web ID: 8881323080 | -71.52 | 1,178.61 |
| 02/14 | Cpenergy Entex  Ent ACH Eb 006403272815    Web ID: 176051140D | -72.00 | 1,106.61 |
| 02/14 | Trieagle Energy  Trie_ACH  035310192933    Tel ID: 9889760501 | -231.36 | 875.25 |
| 02/18 | Online Transfer From Chk ...3888 Transaction# 23739724017 | 5,000.00 | 5,875.25 |
| 02/18 | Airbnb 4977      Airbnb          PPD ID: 1463165559 | 1,536.48 | 7,411.73 |
| 02/18 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 7,391.73 |
| 02/18 | Recurring Card Purchase 02/17 Simply Business Simplybusines MA Card 8142 | -47.70 | 7,344.03 |
| 02/18 | Hns Hughesnet86 6-347-3292 2420577        Web ID: 0000749317 | -125.88 | 7,218.15 |
| 02/19 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -26.11 | 7,192.04 |
| 02/19 | Amz_Storecrd_Pmt Payment    604578119667222 Tel ID: 9130142001 | -50.00 | 7,142.04 |
| 02/20 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 7,122.04 |
| 02/20 | Discover        Payments  5273        Tel ID: 3510020270 | -12.00 | 7,110.04 |
| 02/21 | Aqua            Aqua Servi        PPD ID: 1023940101 | -137.38 | 6,972.66 |
| 02/24 | Ppl Eu          Elec Svc          PPD ID: 1230959590 | -171.55 | 6,801.11 |
| 02/24 | Zelle Payment To Gabby Jpm99AZ4Ooiq | -50.00 | 6,751.11 |



February 06, 2025 through March 05, 2025
Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 02/24 | American Express ACH Pmt    A6132         Web ID: 9493560001 | -500.00 | 6,251.11 |
| 02/24 | Wf Credit Card   Auto Pay                 PPD ID: 50260000 | -200.00 | 6,051.11 |
| 02/24 | Zelle Payment To Ashley Tucker Jpm99AZ8Yxjb | -500.00 | 5,551.11 |
| 02/24 | Check                # 196 | -5,000.00 | 551.11 |
| 02/25 | Firstenergy      Opco-ACH              PPD ID: 1341968288 | -32.69 | 518.42 |
| 02/25 | Hctra EFT        Eztagstppd            PPD ID: 2746019451 | -20.00 | 498.42 |
| 02/26 | Hctra EFT        Eztagstppd            PPD ID: 2746019451 | -20.00 | 478.42 |
| 02/27 | 02/27 Online Payment 23545064927 To Discover | -150.00 | 328.42 |
| 02/27 | 02/27 Payment To Chase Card Ending IN 0710 | -35.00 | 293.42 |
| 03/03 | ATM Cash Deposit       03/03 26030 Nw Freeway Cypress TX Card 8142 | **800.00** | 1,093.42 |
| 03/03 | Deposit        960055169 | **2,300.00** | 3,393.42 |
| 03/03 | Online Transfer From Chk ...3888 Transaction# 23926845196 | **1,800.00** | 5,193.42 |
| 03/03 | Firstenergy      Opco-ACH              PPD ID: 1341968288 | -1,128.60 | 4,064.82 |
| 03/03 | Home Depot       Payment              PPD ID: Citigpufdr | -512.08 | 3,552.74 |
| 03/03 | Firstenergy      Opco-ACH              PPD ID: 1341968288 | -91.65 | 3,461.09 |
| 03/03 | State Farm Ro 27 Sfpp                  PPD ID: 9000307001 | -37.00 | 3,424.09 |
| 03/03 | Hctra EFT        Eztagstppd            PPD ID: 2746019451 | -20.00 | 3,404.09 |
| 03/03 | 03/01 Withdrawal | -500.00 | 2,904.09 |
| 03/03 | Verizon Wireless Payments              PPD ID: 1223344794 | -728.30 | 2,175.79 |
| 03/03 | ATM Withdrawal          03/03 26030 Nw Freeway Cypress TX Card 8142 | -180.00 | 1,995.79 |
| | **Ending Balance** | | **$1,995.79** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $3,164.21. Note: some deposits may be listed on your previous statement)

- <u>OR</u>, keep a balance at the beginning of each day of $1,500.00 or more in this account.
(Your lowest beginning day balance was $293.42)

- <u>OR</u>, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
(Your average beginning day balance of qualifying linked deposits and investments was $3,487.61)



February 06, 2025 through March 05, 2025

Primary Account: ████████**3888**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

261

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 06, 2025 through April 03, 2025

Primary Account: ██████ **3888**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00970601 DRE 802 219 09425 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

**Access your replacement debit card sooner by adding it to your digital wallet**
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**.

Special Note: If you have a Chase Private Client Checking℠, Chase Sapphire℠ Checking or Chase Private Client Savings℠ account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████ 3888 | $1,663.61 | $93.50 |
| Chase Total Checking | ████ 0215 | 1,995.79 | 631.01 |
| **Total** | | **$3,659.40** | **$724.51** |
| | | | |
| **TOTAL  ASSETS** | | **$3,659.40** | **$724.51** |

**SB1790334-F1**

262



CHASE ❖

March 06, 2025 through April 03, 2025

Primary Account: 3888

## CHASE TOTAL CHECKING

SAFA GELARDI                                        Account Number: 3888

## CHECKING SUMMARY

|                         | AMOUNT      |
|-------------------------|-------------|
|                         | **AMOUNT**  |
| **Beginning Balance**   | **$1,663.61** |
| Deposits and Additions  | 6,978.64    |
| Electronic Withdrawals  | -8,548.75   |
| **Ending Balance**      | **$93.50**  |

## TRANSACTION DETAIL

| DATE  | DESCRIPTION | AMOUNT | BALANCE |
|-------|-------------|--------|---------|
|       | **Beginning Balance** |        | **$1,663.61** |
| 03/06 | Zelle Payment From Mary Roberiza Furigay Bacvrnelvc79Y | 50.00 | 1,713.61 |
| 03/07 | Zelle Payment From Zejyiah Demaris Wfct0Ylmdglf | 150.00 | 1,863.61 |
| 03/10 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -92.00 | 1,771.61 |
| 03/10 | Zelle Payment To Tallal Salameh 24008865614 | -1,750.00 | 21.61 |
| 03/11 | Zelle Payment From Bridges To Permanency LLC 24015410189 | 450.00 | 471.61 |
| 03/11 | Zelle Payment From Agnes Konadu Baclloi8N3Qe | 140.00 | 611.61 |
| 03/11 | Cash App      Safa Gelar          PPD ID: 8800429876 | 72.94 | 684.55 |
| 03/12 | Remote Online Deposit          1 | 62.55 | 747.10 |
| 03/13 | Zelle Payment To Christian Creole And French Ime Jpm99B17Bztk | -300.00 | 447.10 |
| 03/13 | 03/13 Online Transfer To Chk ...0215 Transaction#: 24044444040 | -300.00 | 147.10 |
| 03/14 | Online Transfer From Chk ...0215 Transaction#: 24048163668 | 500.00 | 647.10 |
| 03/14 | Cash App      Safa Gelar          PPD ID: 8800429876 | 194.50 | 841.60 |
| 03/14 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -291.00 | 550.60 |
| 03/17 | Remote Online Deposit          1 | 395.00 | 945.60 |
| 03/17 | Zelle Payment From Bridges To Permanency LLC 24087327138 | 450.00 | 1,395.60 |
| 03/17 | Zelle Payment From Mary Roberiza Furigay Bact41J5Dt9M | 150.00 | 1,545.60 |
| 03/17 | Zelle Payment To Jenine Jpm99B1lfrt8 | -114.00 | 1,431.60 |
| 03/17 | Capital One      Crcardpmt 42Zw9Lkps1Yqb1R Web ID: 9541719318 | -200.00 | 1,231.60 |
| 03/18 | Online Transfer From Chk ...0215 Transaction#: 24098040240 | 250.00 | 1,481.60 |
| 03/18 | Zelle Payment To Marianne Ime Jpm99B1Q45WI | -250.00 | 1,231.60 |
| 03/18 | Capital One      Mobile Pmt 430CR51Ccb88W33 Web ID: 9279744380 | -500.00 | 731.60 |
| 03/19 | Zelle Payment From Daniel Boadi Bacdjtprq1lI | 140.00 | 871.60 |
| 03/21 | Zelle Payment To Jenine Jpm99B20Gsab | -180.00 | 691.60 |
| 03/21 | Zelle Payment To Jenine Jpm99B20Gkeq | -40.00 | 651.60 |
| 03/24 | Zelle Payment To Jenine Jpm99B29310X | -160.00 | 491.60 |
| 03/24 | Zelle Payment To Jenine Jpm99B2Detf9 | -265.00 | 226.60 |
| 03/25 | Remote Online Deposit          1 | 60.39 | 286.99 |
| 03/28 | Zelle Payment From Tallal Yousef Salameh 24201391855 | 97.73 | 384.72 |
| 03/28 | Zelle Payment From Tallal Yousef Salameh 24211492913 | 33.55 | 418.27 |
| 03/28 | Zelle Payment From Tallal Yousef Salameh 24201535100 | 21.98 | 440.25 |
| 03/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -403.00 | 37.25 |
| 03/31 | Online Transfer From Chk ...0215 Transaction#: 24220496440 | 500.00 | 537.25 |

**SB1790334-F1**



**CHASE** ○

March 06, 2025 through April 03, 2025

Primary Account: ███████████**3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/01 | Zelle Payment From Tallal Yousef Salameh 24264258754 | **2,500.00** | 3,037.25 |
| 04/01 | Zelle Payment From Tallal Yousef Salameh 24264028867 | **60.00** | 3,097.25 |
| 04/01 | Prosper Marketpl Mpl Trust1          PPD ID: ACH1800083 | -864.75 | 2,232.50 |
| 04/01 | 04/01 Online Transfer To Chk ...0215 Transaction#: 24264647988 | -1,000.00 | 1,232.50 |
| 04/01 | Zelle Payment To Dave Sagovia 24264869877 | -500.00 | 732.50 |
| 04/02 | Zelle Payment To Jenine Jpm99B3I8Lqj | -89.00 | 643.50 |
| 04/03 | Online Transfer From Chk ...0215 Transaction#: 24287553546 | **700.00** | 1,343.50 |
| 04/03 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -400.00 | 943.50 |
| 04/03 | Zelle Payment To Marianne Ime Jpm99B3Lkpul | -850.00 | 93.50 |
| | **Ending Balance** | | **$93.50** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**$^{SM}$ **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $1,767.44. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $21.61)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $723.93)

## CHASE TOTAL CHECKING

VITO GELARDI                                                    Account Number: ███████████ 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,995.79** |
| Deposits and Additions | 140,590.47 |
| ATM & Debit Card Withdrawals | -1,000.00 |
| Electronic Withdrawals | -40,928.25 |
| Other Withdrawals | -100,000.00 |
| Fees | -27.00 |
| **Ending Balance** | **$631.01** |


CHASE

March 06, 2025 through April 03, 2025
Primary Account: ████████3888

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$1,995.79** |
| 03/06 | American Express ACH Pmt    A7190        Web ID: 9493560001 | -31.16 | 1,964.63 |
| 03/06 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99B0Hny10 | -325.00 | 1,639.63 |
| 03/07 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 1,619.63 |
| 03/10 | American Express ACH Pmt    A1456        Web ID: 9493560001 | -570.56 | 1,049.07 |
| 03/10 | Citi Card Online Payment    421637939723006 Web ID: Citictp | -41.00 | 1,008.07 |
| 03/11 | Fedwire Credit Via: Spencer Savings Bank, Sla/221271951 B/O: Clear Skies Title Agency LLC Millburn , NJ 07041 Ref: Chase Nyc/Ctr/Bnf=Vito Gelardi OR Safa Cypress TX 77433-1348 US/Ac-000 000001201 Rfb=O/B Spencer Svgs Obi= Seller Proceeds/9 Woods End Lake H Armony PA, 18624/Vito Gelardi And S Afa Gelardi B Imad: 0311Gmqfmp01008725 Trn: 0463531070Ff | **123,670.47** | 124,678.54 |
| 03/11 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -21.90 | 124,656.64 |
| 03/11 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 124,636.64 |
| 03/11 | Nsm Dbamr.Cooper Nsm Dbamr  1464469        Web ID: 0000452701 | -3,486.10 | 121,150.54 |
| 03/11 | 03/11 Payment To Chase Card Ending IN 0710 | -932.23 | 120,218.31 |
| 03/11 | 03/11 Withdrawal | -100,000.00 | 20,218.31 |
| 03/11 | 03/11 Online Transfer To Chk ...7061 Transaction# 24016588190 | -12,000.00 | 8,218.31 |
| 03/11 | ATM Withdrawal        03/11 26030 Nw Freeway Cypress TX Card 8142 | -1,000.00 | 7,218.31 |
| 03/11 | Zelle Payment To Giovanny Zelle  24022124988 | -500.00 | 6,718.31 |
| 03/11 | Domestic Incoming Wire Fee | -15.00 | 6,703.31 |
| 03/12 | Online Transfer From Chk ...7061 Transaction# 24024299714 | **1,000.00** | 7,703.31 |
| 03/12 | Citi Card Online Payment    431641122521831 Web ID: Citictp | -6,269.16 | 1,434.15 |
| 03/12 | State Farm Ro 27 Sfpp        PPD ID: 9000307001 | -266.90 | 1,167.25 |
| 03/12 | Discover    E-Payment  2256        Web ID: 3510020270 | -250.00 | 917.25 |
| 03/12 | Barclaycard US  Creditcard 1241351109        Web ID: 2510407970 | -200.00 | 717.25 |
| 03/12 | Citi Card Online Payment    431641125098881 Web ID: Citictp | -84.36 | 632.89 |
| 03/12 | Trieagle Energy  Trie_ACH  035785337511    Tel ID: 9889760501 | -200.41 | 432.48 |
| 03/13 | Remote Online Deposit        1 | **3,000.00** | 3,432.48 |
| 03/13 | Online Transfer From Chk ...3888 Transaction# 24044444040 | **300.00** | 3,732.48 |
| 03/13 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 3,712.48 |
| 03/13 | 03/13 Online Payment 23708945011 To Barclays Bank Delaware | -200.00 | 3,512.48 |
| 03/13 | American Express ACH Pmt    M1974        Web ID: 2005032111 | -1,000.00 | 2,512.48 |
| 03/14 | Barclaycard US  Creditcard 1233384832        Web ID: 2510407970 | -109.74 | 2,402.74 |
| 03/14 | ADT Security Ser Adtpapach  320285739        Web ID: 8881323080 | -71.52 | 2,331.22 |
| 03/14 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 2,311.22 |
| 03/14 | 03/14 Online Transfer To Chk ...3888 Transaction# 24048163668 | -500.00 | 1,811.22 |
| 03/17 | Deposit    9930094280 | **2,000.00** | 3,811.22 |
| 03/17 | Deposit    9930094286 | **500.00** | 4,311.22 |
| 03/17 | Deposit    9930094282 | **500.00** | 4,811.22 |
| 03/17 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 4,791.22 |
| 03/17 | American Express ACH Pmt    M0386        Web ID: 2005032111 | -1,320.14 | 3,471.08 |
| 03/17 | T-Mobile    Pcs Svc  3199937        Web ID: 0000450304 | -1,182.22 | 2,288.86 |
| 03/17 | Hns Hughesnet85 6-347-3292 3024259        Web ID: 0000749317 | -125.88 | 2,162.98 |
| 03/18 | Deposit    1205033414 | **3,120.00** | 5,282.98 |
| 03/18 | Hctra EFT        Eztagstppd        PPD ID: 2746019451 | -20.00 | 5,262.98 |
| 03/18 | 03/18 Online Transfer To Chk ...3888 Transaction# 24098040240 | -250.00 | 5,012.98 |
| 03/18 | American Express ACH Pmt    M7702        Web ID: 2005032111 | -1,394.91 | 3,618.07 |
| 03/18 | American Express ACH Pmt    M4292        Web ID: 2005032111 | -900.00 | 2,718.07 |
| 03/19 | Amz_Storecrd_Pmt Payment    6045781196672222 Web ID: 9130142001 | -150.00 | 2,568.07 |
| 03/20 | Citi Card Online Payment    421647859617195 Web ID: Citictp | -684.42 | 1,883.65 |



March 06, 2025 through April 03, 2025
Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|-------:|--------:|
| 03/20 | Hctra EFT        Eztagstppd | PPD ID: 2746019451 | -20.00 | 1,863.65 |
| 03/20 | Discover        Payments  5273 | Tel ID: 3510020270 | -20.00 | 1,843.65 |
| 03/24 | Wf Credit Card   Auto Pay | PPD ID: 50260000 | -200.00 | 1,643.65 |
| 03/24 | Cpenergy Entex   Ent ACH Eb 006403272815 | Web ID: 176051140D | -134.00 | 1,509.65 |
| 03/25 | ATM Check Deposit        03/25 26030 Nw Freeway Cypress TX Card 8142 | | **2,000.00** | 3,509.65 |
| 03/25 | Ppl Eu        Elec Svc | PPD ID: 1230959590 | -158.49 | 3,351.16 |
| 03/25 | Hctra EFT        Eztagstppd | PPD ID: 2746019451 | -20.00 | 3,331.16 |
| 03/25 | Hctra EFT        Eztagstppd | PPD ID: 2746019451 | -20.00 | 3,311.16 |
| 03/25 | Zelle Payment To Amira  24178168715 | | -300.00 | 3,011.16 |
| 03/26 | Aqua        Aqua Servi | PPD ID: 1023940101 | -134.19 | 2,876.97 |
| 03/26 | Firstenergy        Opco-ACH | PPD ID: 1341968288 | -39.72 | 2,837.25 |
| 03/28 | Hctra EFT        Eztagstppd | PPD ID: 2746019451 | -20.00 | 2,817.25 |
| 03/31 | Deposit        9930101087 | | **3,000.00** | 5,817.25 |
| 03/31 | State Farm Ro 27 Sfpp | | -37.00 | 5,780.25 |
| 03/31 | 03/29 Online Transfer To Chk ...3888 Transaction# 24220496440 | | -500.00 | 5,280.25 |
| 03/31 | 03/29 Online Transfer To Chk ...7061 Transaction# 24220527349 | | -2,000.00 | 3,280.25 |
| 03/31 | Firstenergy        Opco-ACH | PPD ID: 1341968288 | -800.26 | 2,479.99 |
| 03/31 | Firstenergy        Opco-ACH | PPD ID: 1341968288 | -81.22 | 2,398.77 |
| 03/31 | 03/31 Online Transfer To Chk ...7061 Transaction# 24246299247 | | -1,000.00 | 1,398.77 |
| 03/31 | Zelle Payment To Jenine Jpm99B388L01 | | -186.00 | 1,212.77 |
| 03/31 | 03/31 Online Payment 23862953338 To Discover | | -150.00 | 1,062.77 |
| 04/01 | Online Transfer From Chk ...3888 Transaction# 24264647988 | | **1,000.00** | 2,062.77 |
| 04/02 | Hctra EFT        Eztagstppd | PPD ID: 2746019451 | -20.00 | 2,042.77 |
| 04/03 | Online Transfer From Sav ...1762 Transaction# 24290717926 | | **500.00** | 2,542.77 |
| 04/03 | Ppl Eu        Elec Svc | PPD ID: 1230959590 | -41.81 | 2,500.96 |
| 04/03 | Verizon Wireless Payments | PPD ID: 1223344794 | -1,157.95 | 1,343.01 |
| 04/03 | 04/03 Online Transfer To Chk ...3888 Transaction# 24287553546 | | -700.00 | 643.01 |
| 04/03 | Monthly Service Fee | | -12.00 | 631.01 |
| | **Ending Balance** | | | **$631.01** |



### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A Monthly Service Fee was charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- OR, **keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $432.48)

- OR, **keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was  $2,871.37)

  *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**



March 06, 2025 through April 03, 2025

Primary Account: ███████████ 3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 04, 2025 through May 05, 2025
Primary Account: ████████ 3888

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00971830 DRE 802 219 12625 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



**Please review our overdraft service options at the end of this statement**

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$, Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.
- Overdraft Protection is not available for Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████ 3888 | $93.50 | $338.35 |
| Chase Total Checking | ████ 0215 | 631.01 | 451.84 |
| **Total** | | **$724.51** | **$790.19** |
| | | | |
| **TOTAL  ASSETS** | | **$724.51** | **$790.19** |

**SB1790334-F1**

**268**

 CHASE ❏

April 04, 2025 through May 05, 2025
Primary Account: ███████ **3888**

## CHASE TOTAL CHECKING

SAFA GELARDI                                                    Account Number: ███████ 3888

## CHECKING SUMMARY

|                          | AMOUNT      |
| ------------------------ | ----------- |
| **Beginning Balance**    | **$93.50**  |
| Deposits and Additions   | 7,762.60    |
| Electronic Withdrawals   | -7,517.75   |
| **Ending Balance**       | **$338.35** |

## TRANSACTION DETAIL

| DATE  | DESCRIPTION                                                               | AMOUNT    | BALANCE   |
| ----- | ------------------------------------------------------------------------ | --------- | --------- |
|       | **Beginning Balance**                                                    |           | **$93.50**|
| 04/04 | Zelle Payment From Tallal Yousef Salameh 24303750439                     | 2,000.00  | 2,093.50  |
| 04/04 | Zelle Payment To Jonathon Warner 24303759822                             | -2,000.00 | 93.50     |
| 04/07 | Zelle Payment From Tallal Yousef Salameh 24333076144                     | 25.00     | 118.50    |
| 04/08 | Zelle Payment From Tallal Yousef Salameh 24339381153                     | 39.00     | 157.50    |
| 04/09 | Chase Credit Crd Autopay          PPD ID: 4760039224                     | -290.00   | -132.50   |
| 04/15 | Safa Gelardi    Zelle             PPD ID: 1770527921                     | 500.00    | 367.50    |
| 04/16 | Capital One    Crcardpmt 436Fq2C1Ojz77Fz Web ID: 9541719318             | -200.00   | 167.50    |
| 04/17 | Intuit        Transfer            PPD ID: 9002000202                     | 1,000.00  | 1,167.50  |
| 04/17 | Zelle Payment To Jenine Jpm99B58D3Qb                                     | -50.00    | 1,117.50  |
| 04/18 | Remote Online Deposit             1                                      | 68.95     | 1,186.45  |
| 04/18 | Chase Credit Crd Retry Pymt          PPD ID: 4760039224                  | -268.00   | 918.45    |
| 04/18 | Zelle Payment To Amaly Jpm99B5Cmfll                                      | -60.00    | 858.45    |
| 04/21 | 04/19 Online Transfer To Chk ...0215 Transaction#: 24471823042          | -200.00   | 658.45    |
| 04/22 | Zelle Payment From Mali Farraj Wlct0Yr48Qvj                             | 10.00     | 668.45    |
| 04/23 | Remote Online Deposit             1                                      | 58.65     | 727.10    |
| 04/23 | Zelle Payment To Jenine Jpm99B5TX7Zg                                     | -58.00    | 669.10    |
| 04/24 | Zelle Payment From Tallal Yousef Salameh 24524179916                     | 37.00     | 706.10    |
| 04/25 | Zelle Payment From Christopher Anderson Pncaa0Ryd54Z                     | 150.00    | 856.10    |
| 04/25 | Zelle Payment From Tallal Yousef Salameh 24530574783                     | 65.00     | 921.10    |
| 04/28 | Intuit        Transfer            PPD ID: 9002000202                     | 300.00    | 1,221.10  |
| 04/28 | Zelle Payment From Mary Roberiza Furigay Bact5Mjjezch                    | 300.00    | 1,521.10  |
| 04/28 | Zelle Payment From Jeff Baldwin Wlct0Yrnlklq                            | 175.00    | 1,696.10  |
| 04/28 | Zelle Payment To Christian Creole And French Ime Jpm99B6Db1N6           | -600.00   | 1,096.10  |
| 04/28 | Chase Credit Crd Autopay             PPD ID: 4760039224                  | -427.00   | 669.10    |
| 04/30 | Zelle Payment From Tallal Yousef Salameh 24584959943                     | 55.00     | 724.10    |
| 04/30 | Zelle Payment From Tallal Yousef Salameh 24584410121                     | 39.00     | 763.10    |
| 05/01 | Zelle Payment From Tallal Yousef Salameh 24610300988                     | 2,500.00  | 3,263.10  |
| 05/01 | Intuit        Transfer            PPD ID: 9002000202                     | 250.00    | 3,513.10  |
| 05/01 | Prosper Marketpl Mpl Trust1          PPD ID: ACH1800083                 | -864.75   | 2,648.35  |
| 05/02 | 05/02 Online Transfer To Chk ...0215 Transaction#: 24618975510          | -1,500.00 | 1,148.35  |
| 05/05 | Zelle Payment From Melida Carcamo Santos Bacovgt1Atui                   | 150.00    | 1,298.35  |



April 04, 2025 through May 05, 2025

Primary Account: **3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 05/05 | Zelle Payment From Tallal Yousef Salameh 24655120402 | | 40.00 | 1,338.35 |
| 05/05 | Zelle Payment To Marianne Ime Jpm99B76Gxp5 | | -600.00 | 738.35 |
| 05/05 | Chase Credit Crd Autopay | PPD ID: 4760039224 | -400.00 | 338.35 |
| | **Ending Balance** | | | **$338.35** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,050.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



## CHASE TOTAL CHECKING

VITO GELARDI                                    Account Number: 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$631.01** |
| Deposits and Additions | 4,985.39 |
| Electronic Withdrawals | -5,164.56 |
| **Ending Balance** | **$451.84** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$631.01** |
| 04/04 | Zelle Payment To Jenine Jpm99B3Rxcil | | -180.00 | 451.01 |
| 04/07 | Online Transfer From Chk ...7061 Transaction#: 24329776183 | | 1,000.00 | 1,451.01 |
| 04/07 | Zelle Payment To Jenine Jpm99B3Vikys | | -314.00 | 1,137.01 |
| 04/07 | American Express ACH Pmt   A9204 | Web ID: 9493560001 | -230.12 | 906.89 |
| 04/10 | Online Transfer From Sav ...1762 Transaction#: 24361819421 | | 300.00 | 1,206.89 |
| 04/10 | Zelle Payment To 5703507331 Jose Gonzalez Jpm99B4C917S | | -500.00 | 706.89 |
| 04/10 | 04/10 Payment To Chase Card Ending IN 0710 | | -35.00 | 671.89 |
| 04/11 | Online Transfer From Chk ...7061 Transaction#: 24372193933 | | 487.00 | 1,158.89 |
| 04/11 | Transfer From Sav Xxxxxx1762 | | 190.83 | 1,349.72 |



April 04, 2025 through May 05, 2025

Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/11 | Zelle Payment To Jeff Bongiovanni Jpm99B4Fwrl1 | -487.00 | 862.72 |
| 04/14 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -266.90 | 595.82 |
| 04/14 | Discover        E-Payment  2256      Web ID: 3510020270 | -250.00 | 345.82 |
| 04/14 | Barclaycard US   Creditcard 1244597083     Web ID: 2510407970 | -99.06 | 246.76 |
| 04/14 | ADT Security Ser Adtpapach  320285739      Web ID: 8881323080 | -71.52 | 175.24 |
| 04/14 | Trieagle Energy  Trie_ACH  035429091141    Tel ID: 9889760501 | -170.22 | 5.02 |
| 04/21 | Online Transfer From Chk ...3888 Transaction# 24471823042 | **200.00** | 205.02 |
| 04/21 | Aqua        Aqua Servi          PPD ID: 1023940101 | -137.06 | 67.96 |
| 04/21 | Amz_Storecrd_Pmt Payment     6045781196672222 Web ID: 9130142001 | -150.00 | -82.04 |
| 04/22 | Airbnb 4977        Airbnb           PPD ID: 1463165559 | **1,307.56** | 1,225.52 |
| 04/23 | Wf Credit Card   Auto Pay        PPD ID: 50260000 | -200.00 | 1,025.52 |
| 04/24 | American Express ACH Pmt     A5346      Web ID: 9493560001 | -500.00 | 525.52 |
| 04/25 | Firstenergy       Opco-ACH        PPD ID: 1341968288 | -27.63 | 497.89 |
| 04/29 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -37.00 | 460.89 |
| 04/30 | Firstenergy       Opco-ACH        PPD ID: 1341968288 | -280.79 | 180.10 |
| 04/30 | Firstenergy       Opco-ACH        PPD ID: 1341968288 | -36.81 | 143.29 |
| 05/02 | Online Transfer From Chk ...3888 Transaction# 24618975510 | **1,500.00** | 1,643.29 |
| 05/02 | 05/02 Online Payment 24238270512 To Discover | -150.00 | 1,493.29 |
| 05/05 | Zelle Payment To Seger Safa Cosin Jpm99B726Vhv | -500.00 | 993.29 |
| 05/05 | Verizon Wireless Payments          PPD ID: 1223344794 | -541.45 | 451.84 |
| | **Ending Balance** | | **$451.84** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

• **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $1,307.56. Note: some deposits may be listed on your previous statement)

• **OR**, keep a balance at the beginning of each day of **$1,500.00 or more in this account.**

• **OR**, keep an average beginning day balance of **$5,000.00 or more in qualifying linked deposits and investments.**



April 04, 2025 through May 05, 2025

Primary Account: ███████████**3888**



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage<sup>SM</sup>, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist<sup>SM</sup>, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire<sup>SM</sup> Checking and Chase Private Client Checking<sup>SM</sup> accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 06, 2025 through June 04, 2025

Primary Account: ███████3888



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00970596 DRE 802 219 15625 NNNNNNNNNNN  1 000000000 03 0000

SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## Important update about your Chase Total Checking® Monthly Service Fee

Beginning August 24, 2025, the Monthly Service Fee for Chase Total Checking will change to **$15**, however you can continue to pay a **$0** Monthly Service Fee when you meet one of the ways listed below to have it waived.

**How to have your Monthly Service Fee waived:**
$0 Monthly Service Fee when you have **any ONE** of the following during each monthly statement period:
- Electronic deposits[1] made into this account totaling $500 or more
- **OR**, a balance at the beginning of each day of $1,500 or more in this account
- **OR**, an average beginning day balance of $5,000 or more in any combination of this account and linked qualifying deposits[2]/investments[3].

**Maximize the benefits of your Chase Total Checking account, which include:**
- **Convenience** – Enjoy access to more than 15,000 fee-free Chase ATMs and the ability to meet with a banker at nearly 5,000 branches, with the only bank to have branches in all lower 48 states. Also, bank virtually anytime, anywhere with the Chase Mobile® app[4] and use Zelle®[5] as a fast and easy way to send and receive money with people you know and trust who have an eligible account at a participating U.S. bank.
- **Security** – Receive identity monitoring and check your credit score for free with Credit Journey®. With Zero Liability Protection get reimbursed for unauthorized debit card transactions when reported promptly[6].
- **Money saving benefits** – Earn cash back with Chase Offers when you activate deals on great brands and pay with your Chase debit card.

If you have questions, you can schedule a meeting with a banker at **chase.com/meeting** or call us at the number on this statement. You can also find information in the Additional Banking Services and Fees disclosure at chase.com/disclosures.

---

[1] Such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa® or Mastercard® network.

[2] Qualifying personal deposits include Chase First Checking[SM], accounts, personal Chase savings accounts (excluding Chase Premier Savings[SM], and Chase Private Client Savings[SM]), CDs, certain Chase Retirement CDs, or certain Chase Retirement Money Market Accounts.

[3] Qualifying personal investments include balances in investment and annuity products offered through JPMorgan Chase & Co. and its affiliates and agencies. For most products, we use daily balances to calculate the average beginning day balance for such investment and annuity products. Some third-party providers report balances on a weekly, not daily, basis and we will use the most current balance reported. Balances in 529 plans, donor-advised funds, and certain retirement plan investment accounts do not qualify. Investment products and related services are only available in English.

[4] **Chase Mobile App:** Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

[5] **Zelle:** Enrollment in Zelle® at a participating financial institution using an eligible U.S. checking or savings account is required to use the service. Chase customers may not enroll using savings accounts; an eligible Chase consumer or business checking account is required and may have its own account fees. Consult your account agreement. Funds are typically made available in minutes when the recipient's email address or U.S. mobile number is already enrolled with Zelle® (go to enroll.zellepay.com to view participating banks). Select transactions could take up to 3 business days. Enroll on the Chase Mobile® app or Chase Online[SM]. Limitations may apply. Message and data rates may apply.

**SB1790334-F1**

274



May 06, 2025 through June 04, 2025

Primary Account: ████████ 3888

Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle® and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle® offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies to certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[6] **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████ 3888 | $338.35 | $2,177.70 |
| Chase Total Checking | ████ 0215 | 451.84 | 1,589.23 |
| **Total** | | **$790.19** | **$3,766.93** |

| TOTAL ASSETS | | $790.19 | $3,766.93 |
|---|---|---|---|

## CHASE TOTAL CHECKING

SAFA GELARDI                                        Account Number: ████████ 3888

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$338.35** |
| Deposits and Additions | 7,603.36 |
| Electronic Withdrawals | -5,764.01 |
| **Ending Balance** | **$2,177.70** |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$338.35** |
| 05/06 | Zelle Payment To Amaly Jpm99B7Hpiqr | -30.00 | 308.35 |
| 05/07 | Zelle Payment From Tallal Yousef Salameh 24688829487 | 46.00 | 354.35 |
| 05/07 | 05/07 Online Transfer To Chk ...0215 Transaction#: 24680435518 | -100.00 | 254.35 |
| 05/09 | Zelle Payment From Mary Roberiza Furigay Bacu5Exm0Gkd | 400.00 | 654.35 |
| 05/09 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -315.00 | 339.35 |
| 05/14 | Zelle Payment From Hannah Angel Holmes 24763802381 | 150.00 | 489.35 |
| 05/14 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -285.00 | 204.35 |
| 05/16 | Capital One    Crcardpmt  43Crpwjqdws663Z Web ID: 9541719318 | -200.00 | 4.35 |
| 05/19 | Remote Online Deposit          1 | 458.16 | 462.51 |



May 06, 2025 through June 04, 2025

Primary Account: ██████████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 05/19 | Zelle Payment From Tallal Yousef Salameh 24823728849 | **81.27** | 543.78 |
| 05/20 | Zelle Payment To Marianne Ime Jpm99B93Ujx9 | -500.00 | 43.78 |
| 05/21 | Zelle Payment From Sharon L Donia 24842148495 | **225.00** | 268.78 |
| 05/21 | 05/21 Online Transfer To Chk ...0215 Transaction#: 24842178900 | -75.00 | 193.78 |
| 05/23 | Remote Online Deposit          1 | **66.13** | 259.91 |
| 05/23 | Remote Online Deposit          1 | **60.34** | 320.25 |
| 05/23 | Zelle Payment To Amaly Jpm99B9Hnnzn | -42.00 | 278.25 |
| 05/27 | Zelle Payment From Ignatius Grande Cti94Bqb3Ivb | **500.00** | 778.25 |
| 05/27 | Intuit          Transfer          PPD ID: 9002000202 | **250.00** | 1,028.25 |
| 05/27 | Zelle Payment To Christian Creole And French Ime Jpm99B9Xb0Cf | -500.00 | 528.25 |
| 05/28 | Safa Gelardi     Zelle          PPD ID: 1770527921 | **1,000.00** | 1,528.25 |
| 05/28 | Intuit          Transfer          PPD ID: 9002000202 | **800.00** | 2,328.25 |
| 05/28 | Zelle Payment From Hannah Angel Holmes 24916413699 | **150.00** | 2,478.25 |
| 05/28 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -414.00 | 2,064.25 |
| 05/28 | Zelle Payment To Christian Creole And French Ime Jpm99B9Zucym | -1,000.00 | 1,064.25 |
| 05/29 | Cash Redemption | **162.30** | 1,226.55 |
| 05/29 | Cash Redemption | **148.86** | 1,375.41 |
| 05/29 | Cash Redemption | **87.04** | 1,462.45 |
| 05/30 | Zelle Payment From Nancy Garcia 24954803740 | **150.00** | 1,612.45 |
| 06/02 | Zelle Payment From Tallal Yousef Salameh 24961267832 | **130.00** | 1,742.45 |
| 06/02 | Prosper Marketpl Mpl Trust1          PPD ID: ACH1800083 | -864.75 | 877.70 |
| 06/03 | Intuit          Transfer          PPD ID: 9002000202 | **1,000.00** | 1,877.70 |
| 06/03 | Zelle Payment To Jenine Jpm99Barsv85 | -38.26 | 1,839.44 |
| 06/03 | Chase Credit Crd Autopay          PPD ID: 4760039224 | -400.00 | 1,439.44 |
| 06/03 | Zelle Payment To Jeff Biebin Jpm99Basfeo8 | -1,000.00 | 439.44 |
| 06/04 | Remote Online Deposit          1 | **38.26** | 477.70 |
| 06/04 | Intuit          Transfer          PPD ID: 9002000202 | **1,700.00** | 2,177.70 |
| | **Ending Balance** | | **$2,177.70** |



A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNowSM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $5,000.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



May 06, 2025 through June 04, 2025
Primary Account: ████ **3888**

## CHASE TOTAL CHECKING

VITO GELARDI

OR SAFA ABDUL-RAHMAN-GELARDI

Account Number: ████ 0215

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$451.84** |
| Deposits and Additions | 9,492.59 |
| Checks Paid | -1,000.00 |
| Electronic Withdrawals | -7,355.20 |
| **Ending Balance** | **$1,589.23** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 197 ^ | 06/04 | $500.00 |
| 198 ^ | 06/04 | 500.00 |
| **Total Checks Paid** | | **$1,000.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$451.84** |
| 05/06 | American Express ACH Pmt    A7654         Web ID: 9493560001 | -500.00 | -48.16 |
| 05/07 | Online Transfer From Chk ...3888 Transaction#: 24680435518 | 100.00 | 51.84 |
| 05/07 | Citi Autopay    Payment    191689920600030 Web ID: Citicardap | -41.00 | 10.84 |
| 05/12 | Discover    E-Payment  2256         Web ID: 3510020270 | -250.00 | -239.16 |
| 05/13 | Deposit    960056766 | 1,500.00 | 1,260.84 |
| 05/13 | 05/13 Payment To Chase Card Ending IN 0710 | -35.00 | 1,225.84 |
| 05/14 | ATM Cash Deposit    05/14 26030 Nw Freeway Cypress TX Card 8142 | 2,200.00 | 3,425.84 |
| 05/14 | American Express Retry Pymt A8520    Web ID: 9493560001 | -1,490.00 | 1,935.84 |
| 05/14 | State Farm Ro 27 Sfpp         PPD ID: 9000307001 | -266.90 | 1,668.94 |
| 05/14 | Barclaycard US  Creditcard 1256355616    Web ID: 2510407970 | -102.01 | 1,566.93 |
| 05/14 | ADT Security Ser Adtpapach 320285739    Web ID: 8881323080 | -71.25 | 1,495.68 |
| 05/14 | 05/14 Online Transfer To Chk ...7061 Transaction#: 24761960148 | -500.00 | 995.68 |
| 05/14 | 05/14 Online Payment 24407475825 To Barclays Bank Delaware | -200.00 | 795.68 |
| 05/15 | ADT Security Ser Adtpapach 320285739    Web ID: 8881323080 | -0.27 | 795.41 |
| 05/16 | 05/16 Online Transfer To Chk ...7061 Transaction#: 24790639681 | -400.00 | 395.41 |
| 05/19 | ATM Cash Deposit    05/18 26030 Nw Freeway Cypress TX Card 8142 | 800.00 | 1,195.41 |
| 05/19 | 05/17 Online Transfer To Chk ...7061 Transaction#: 24805131179 | -200.00 | 995.41 |
| 05/19 | 05/18 Online Transfer To Chk ...7061 Transaction#: 24814752980 | -400.00 | 595.41 |
| 05/19 | Home Depot    Auto Pymt 721674327230843 Tel ID: Citiautldr | -29.00 | 566.41 |
| 05/19 | Amz_Storecrd_Pmt Payment    6045781119667222 Web ID: 9130142001 | -150.00 | 416.41 |
| 05/19 | Trieagle Energy Trie_ACH  035290442653    Tel ID: 9889760501 | -207.45 | 208.96 |
| 05/19 | American Express ACH Pmt    W2278         Web ID: 2005032111 | -176.20 | 32.76 |
| 05/20 | Online Transfer From Chk ...7061 Transaction#: 24829627364 | 220.00 | 252.76 |

**SB1790334-F1**



May 06, 2025 through June 04, 2025

Primary Account: ███████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/20 | Aqua        Aqua Servi        PPD ID: 1023940101 | -136.83 | 115.93 |
| 05/20 | Cpenergy Entex  Ent ACH Eb 006403272815    Tel ID: 176051140D | -133.00 | -17.07 |
| 05/21 | Online Transfer From Chk ...3888 Transaction# 24842178900 | **75.00** | 57.93 |
| 05/22 | ATM Cash Deposit        05/22 26030 Nw Freeway Cypress TX Card 8142 | **900.00** | 957.93 |
| 05/22 | 05/22 Online Transfer To Chk ...7061 Transaction#: 24853673608 | -500.00 | 457.93 |
| 05/23 | Wf Credit Card   Auto Pay        PPD ID: 50260000 | -200.00 | 257.93 |
| 05/27 | ATM Cash Deposit        05/27 26030 Nw Freeway Cypress TX Card 8142 | **400.00** | 657.93 |
| 05/27 | American Express ACH Pmt    A1810        Web ID: 9493560001 | -500.00 | 157.93 |
| 05/27 | Firstenergy      Opco-ACH        PPD ID: 1341968288 | -28.17 | 129.76 |
| 05/28 | ATM Cash Deposit        05/28 26030 Nw Freeway Cypress TX Card 8142 | **1,700.00** | 1,829.76 |
| 05/29 | State Farm Ro 27 Sfpp        PPD ID: 9000307001 | -37.00 | 1,792.76 |
| 05/29 | Firstenergy      Opco-ACH        PPD ID: 1341968288 | -61.53 | 1,731.23 |
| 05/29 | Firstenergy      Opco-ACH        PPD ID: 1341968288 | -59.89 | 1,671.34 |
| 05/29 | 05/29 Online Payment 24585411419 To Discover | -150.00 | 1,521.34 |
| 06/03 | Airbnb 4977      Airbnb        PPD ID: 1463165559 | **1,597.59** | 3,118.93 |
| 06/03 | Verizon Wireless Payments        PPD ID: 1223344794 | -293.22 | 2,825.71 |
| 06/04 | Trieagle Energy  Trie_ACH  930002386005    Web ID: 9889760501 | -236.48 | 2,589.23 |
| 06/04 | Check        # 197 | -500.00 | 2,089.23 |
| 06/04 | Check        # 198 | -500.00 | 1,589.23 |
| | **Ending Balance** | | **$1,589.23** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $1,597.59. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.



**SB1790334-F1**



May 06, 2025 through June 04, 2025

Primary Account: ███████████3888

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 05, 2025 through July 03, 2025
Primary Account: ▮▮▮▮▮3888

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00970057 DRE 802 219 18525 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## We're making changes to help better protect your account

1. **You may be required to use a trusted device for certain account and digital services**
   Starting September 21, 2025, you may need to use a trusted device to manage your account and digital profile, access or use certain account product and services (including certain wire transfers), make certain payments and transfers, or to provide authentication or approvals. A trusted device is a smartphone that has been enrolled with us based on specific criteria.

   **You may need to enroll a device**
   You may already be using a trusted device. If not, you'll receive instructions to make your device trusted the next time you try to perform an action that requires it.

   For more details, please see the Amendment in the Deposit Account Agreement and the new Section V. D. *Using trusted devices.*

2. **How we treat third-party endorsed check deposits is changing**
   A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

   You can find this update in Section III. A. *Our rights and responsibilities for deposits.*

You can see the complete, updated Deposit Account Agreement beginning June 12, 2025, at **chase.com/disclosures**. If you have questions, please don't hesitate to contact us by calling the number on this statement.

 **CHASE**

June 05, 2025 through July 03, 2025

Primary Account: **3888**

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 3888 | $2,177.70 | $1,172.00 |
| Chase Total Checking | 0215 | 1,589.23 | 320.33 |
| **Total** | | **$3,766.93** | **$1,492.33** |

| **TOTAL ASSETS** | | **$3,766.93** | **$1,492.33** |

## CHASE TOTAL CHECKING

SAFA GELARDI

Account Number: 3888

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,177.70** |
| Deposits and Additions | 5,127.00 |
| Electronic Withdrawals | -3,826.00 |
| Other Withdrawals | -2,206.70 |
| Fees | -100.00 |
| **Ending Balance** | **$1,172.00** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | **Beginning Balance** | | | | **$2,177.70** |
| 06/05 | Intuit Transfer | PPD ID: 9002000202 | | 600.00 | 2,777.70 |
| 06/05 | Intuit Transfer | PPD ID: 9002000202 | | 400.00 | 3,177.70 |
| 06/05 | Zelle Payment To Jeff Biebin Jpm99Bazwz1F | | | -750.00 | 2,427.70 |
| 06/05 | Zelle Payment To Dave Sagovia 25028886214 | | | -535.00 | 1,892.70 |
| 06/06 | Intuit Transfer | PPD ID: 9002000202 | | 500.00 | 2,392.70 |
| 06/06 | Zelle Payment To Jeff Sammys Subs Jpm99BB4Fy56 | | | -100.00 | 2,292.70 |
| 06/09 | Chase Credit Crd Autopay | PPD ID: 4760039224 | | -305.00 | 1,987.70 |
| 06/10 | Zelle Payment From Hannah Angel Holmes 25078546268 | | | 170.00 | 2,157.70 |
| 06/16 | Intuit Transfer | PPD ID: 9002000202 | | 600.00 | 2,757.70 |
| 06/16 | Zelle Payment From Alaina M Alford 25147876670 | | | 275.00 | 3,032.70 |
| 06/16 | Chase Credit Crd Autopay | PPD ID: 4760039224 | | -276.00 | 2,756.70 |
| 06/16 | 06/16 Online Transfer To Chk ...0215 Transaction#: 25147976687 | | | -400.00 | 2,356.70 |
| 06/16 | Capital One Crcardpmt 43Jb8L7Sxky23Jj Web ID: 9541719318 | | | -200.00 | 2,156.70 |
| 06/17 | Zelle Payment From Hannah Angel Holmes 25158508505 | | | 150.00 | 2,306.70 |
| 06/17 | Legal Processing Fee | | | -100.00 | 2,206.70 |
| 06/30 | Coal-17Jun25-1788 | | | -2,206.70 | 0.00 |
| 07/02 | Intuit Transfer | PPD ID: 9002000202 | | 1,500.00 | 1,500.00 |



**CHASE ○**

June 05, 2025 through July 03, 2025

Primary Account: **3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 07/02 | Intuit    Transfer    PPD ID: 9002000202 | | 865.00 | 2,365.00 |
| 07/02 | Zelle Payment To Christian Creole And French Ime Jpm99Be9750O | | -860.00 | 1,505.00 |
| 07/03 | Zelle Payment From Tallal Yousef Salameh 25359667113 | | 67.00 | 1,572.00 |
| 07/03 | Chase Credit Crd Autopay    PPD ID: 4760039224 | | -400.00 | 1,172.00 |
| | **Ending Balance** | | | **$1,172.00** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $7,165.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



## CHASE TOTAL CHECKING

VITO GELARDI                                Account Number: 0215

OR SAFA ABDUL-RAHMAN-GELARDI

## CHECKING SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$1,589.23** |
| Deposits and Additions | 2,723.88 |
| Electronic Withdrawals | -3,786.65 |
| Other Withdrawals | -172.13 |
| Fees | -34.00 |
| **Ending Balance** | **$320.33** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$1,589.23** |
| 06/05 | Hctra EFT    Eztagstppd    PPD ID: 2746019451 | | -20.00 | 1,569.23 |
| 06/06 | American Express ACH Pmt    A6714    Web ID: 9493560001 | | -500.00 | 1,069.23 |
| 06/09 | Citi Autopay    Payment    191716704090127 Web ID: Citicardap | | -79.65 | 989.58 |
| 06/09 | American Express ACH Pmt    A7440    Web ID: 9493560001 | | -119.00 | 870.58 |
| 06/10 | Zelle Payment To Jeff Bongiovanni Jpm99Bbnzrha | | -140.00 | 730.58 |
| 06/11 | Hctra EFT    Eztagstppd    PPD ID: 2746019451 | | -20.00 | 710.58 |
| 06/12 | Discover    E-Payment 2256    Web ID: 3510020270 | | -250.00 | 460.58 |
| 06/12 | 06/12 Online Payment 24758233533 To Barclays Bank Delaware | | -200.00 | 260.58 |
| 06/16 | Online Transfer From Chk ...3888 Transaction#: 25147976687 | | 400.00 | 660.58 |



June 05, 2025 through July 03, 2025

Primary Account: ████████ **3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 06/16 | Barclaycard US  Creditcard 1267471317      Web ID: 2510407970 | -98.93 | 561.65 |
| 06/16 | ADT Security Ser Adtpapach  320285739      Web ID: 8881323080 | -71.52 | 490.13 |
| 06/16 | Hns Hughesnet86 6-347-3292 6707671      Web ID: 0000749317 | -318.00 | 172.13 |
| 06/20 | Amz_Storecrd_Pmt Payment    604578119667222 Web ID: 9130142001 | -150.00 | 22.13 |
| 06/20 | Aqua     Aqua Servi          PPD ID: 1023940101 | -136.83 | -114.70 |
| 06/23 | Homeaway.Com, I N Hom          PPD ID: 8426695228 | **1,234.21** | 1,119.51 |
| 06/23 | Wf Credit Card  Auto Pay        PPD ID: 50260000 | -200.00 | 919.51 |
| 06/23 | Zelle Payment To Sager Jpm99Bd5Y7Dv | -170.00 | 749.51 |
| 06/24 | 06/24 Payment To Chase Card Ending IN 0710 | -75.00 | 674.51 |
| 06/24 | 06/24 Payment To Chase Card Ending IN 7268 | -19.59 | 654.92 |
| 06/24 | American Express ACH Pmt     A2730          Web ID: 9493560001 | -500.00 | 154.92 |
| 06/25 | Firstenergy     Opco-ACH          PPD ID: 1341968288 | -29.24 | 125.68 |
| 06/25 | Hctra EFT        Eztagstppd          PPD ID: 2746019451 | -20.00 | 105.68 |
| 06/26 | Overdraft Fee For A $20.00 Item - Details: Hctra EFT        Eztagstppd  PPD ID: 2746019451 | -34.00 | 71.68 |
| 06/30 | Coal-17Jun25-1788 | -172.13 | -100.45 |
| 06/30 | Firstenergy     Opco-ACH          PPD ID: 1341968288 | -64.27 | -164.72 |
| 06/30 | Firstenergy     Opco-ACH          PPD ID: 1341968288 | -26.68 | -191.40 |
| 07/01 | Evolve Vacation  Transfer  St-J9Z0K7R2C9J4 CCD ID: 4270465600 | **1,089.67** | 898.27 |
| 07/01 | Cpenergy Entex  Ent ACH DR          PPD ID: 176051140D | -63.00 | 835.27 |
| 07/01 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -37.00 | 798.27 |
| 07/01 | 07/01 Online Payment 24926723709 To Discover | -150.00 | 648.27 |
| 07/03 | Verizon Wireless Payments          PPD ID: 1223344794 | -327.94 | 320.33 |
| | **Ending Balance** | | **$320.33** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
(Your total electronic deposits this period were $3,921.47. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**

## OVERDRAFT FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $34.00 | $34.00 |

 CHASE

June 05, 2025 through July 03, 2025

Primary Account: ▇▇▇▇▇▇▇3888



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

**284**

**CHASE** ⬡

June 05, 2025 through July 03, 2025

Primary Account: ████████**3888**

This Page Intentionally Left Blank

**CHASE** ○
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 04, 2025 through August 05, 2025
Primary Account: ▮▮▮▮ **3888**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00973080 DRE 802 219 21825 NNNNNNNNNNN  1 000000000 03 0000
SAFA GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▮▮▮3888 | $1,172.00 | $1,091.22 |
| Chase Total Checking | ▮▮▮0215 | 320.33 | 1,298.05 |
| **Total** | | **$1,492.33** | **$2,389.27** |

| | | | |
|---|---|---|---|
| **TOTAL  ASSETS** | | **$1,492.33** | **$2,389.27** |

## CHASE TOTAL CHECKING

SAFA GELARDI                                          Account Number: ▮▮▮▮ 3888

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,172.00** |
| Deposits and Additions | 3,650.97 |
| Electronic Withdrawals | -3,731.75 |
| **Ending Balance** | **$1,091.22** |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $1,172.00 |
| 07/07 | Zelle Payment From Tallal Yousef Salameh 25405935591 | | **119.00** | 1,291.00 |
| 07/07 | Zelle Payment From Tallal Yousef Salameh 25403312655 | | **10.27** | 1,301.27 |
| 07/07 | Chase Credit Crd Retry Pymt | PPD ID: 4760039224 | -420.00 | 881.27 |
| 07/08 | Online Transfer From Chk ...0215 Transaction#: 25410994942 | | 190.00 | 1,071.27 |
| 07/08 | Zelle Payment From Tallal Yousef Salameh 25416218839 | | **83.40** | 1,154.67 |
| 07/08 | Prosper Marketpl Mpl Trust1 | PPD ID: ACH1800083 | -864.75 | 289.92 |

**SB1790334-F1**



July 04, 2025 through August 05, 2025

Primary Account: ███████**3888**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/09 | Zelle Payment From Anthony Tucker Ctihkwvfefvq | **500.00** | 789.92 |
| 07/09 | Online Transfer From Chk ...0215 Transaction# 25420582523 | **200.00** | 989.92 |
| 07/09 | Zelle Payment From Tallal Yousef Salameh 25424225338 | **43.30** | 1,033.22 |
| 07/09 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -309.00 | 724.22 |
| 07/14 | 07/12 Online Transfer To Chk ...0215 Transaction# 25459389489 | -200.00 | 524.22 |
| 07/14 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -279.00 | 245.22 |
| 07/16 | Intuit       Transfer        PPD ID: 9002000202 | **800.00** | 1,045.22 |
| 07/16 | Capital One     Crcardpmt  43Pn5Vziu1A9Htb Web ID: 9541719318 | -200.00 | 845.22 |
| 07/17 | Zelle Payment From Ayesha Sheikh Tdp0Jfye9Ezk | **65.00** | 910.22 |
| 07/21 | 07/20 Online Transfer To Chk ...0215 Transaction# 25551079838 | -200.00 | 710.22 |
| 07/21 | 07/21 Online Transfer To Chk ...0215 Transaction# 25559612909 | -200.00 | 510.22 |
| 07/28 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -409.00 | 101.22 |
| 07/29 | Online Transfer From Chk ...0215 Transaction# 25652379181 | **200.00** | 301.22 |
| 07/29 | Zelle Payment To Jenine Jpm99Bhfmwm | -50.00 | 251.22 |
| 07/30 | Zelle Payment From Tallal Yousef Salameh 25665114903 | **300.00** | 551.22 |
| 07/30 | Zelle Payment To Amelia Lacey Mom  11 Month Old Jpm99Bhk13Uz | -150.00 | 401.22 |
| 08/01 | Zelle Payment From Gkk Consulting LLC 25701133226 | **500.00** | 901.22 |
| 08/01 | Zelle Payment From The Legacy Bride LLC 25701153043 | **500.00** | 1,401.22 |
| 08/04 | Zelle Payment From Wilbert F Johnson III 25734777962 | **140.00** | 1,541.22 |
| 08/04 | Chase Credit Crd Autopay        PPD ID: 4760039224 | -400.00 | 1,141.22 |
| 08/05 | Zelle Payment To Yousef Buddah Jpm99Bicv2Pi | -50.00 | 1,091.22 |
| | **Ending Balance** | | **$1,091.22** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $3,165.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



**CHASE ⬡**

July 04, 2025 through August 05, 2025

Primary Account: ▮▮▮▮ 3888



## CHASE TOTAL CHECKING

VITO GELARDI                                    Account Number: ▮▮▮▮ 0215

OR SAFA ABDUL-RAHMAN-GELARDI

### CHECKING SUMMARY

|                          | AMOUNT      |
|--------------------------|-------------|
| **Beginning Balance**    | **$320.33** |
| Deposits and Additions   | 6,463.02    |
| Electronic Withdrawals   | -5,417.30   |
| Fees                     | -68.00      |
| **Ending Balance**       | **$1,298.05** |

### TRANSACTION DETAIL

| DATE  | DESCRIPTION | AMOUNT | BALANCE |
|-------|-------------|--------|---------|
|       | Beginning Balance |  | $320.33 |
| 07/07 | 07/05 Payment To Chase Card Ending IN 7268 | -19.59 | 300.74 |
| 07/07 | American Express ACH Pmt   A4622          Web ID: 9493560001 | -500.00 | -199.26 |
| 07/07 | Citi Autopay   Payment   191740895750125 Web ID: Citicardap | -140.96 | -340.22 |
| 07/08 | Evolve Vacation Transfer  St-C2Y5Q7N6B7D1 CCD ID: 4270465600 | 1,400.98 | 1,060.76 |
| 07/08 | Hctra EFT     Eztagstppd          PPD ID: 2746019451 | -20.00 | 1,040.76 |
| 07/08 | 07/08 Online Transfer To Chk ...3888 Transaction#: 25410994942 | -190.00 | 850.76 |
| 07/08 | American Express ACH Pmt   A7260          Web ID: 9493560001 | -400.00 | 450.76 |
| 07/09 | 07/09 Online Transfer To Chk ...3888 Transaction#: 25420582523 | -200.00 | 250.76 |
| 07/14 | Online Transfer From Chk ...3888 Transaction#: 25459389489 | 200.00 | 450.76 |
| 07/14 | Discover      E-Payment 2256          Web ID: 3510020270 | -250.00 | 200.76 |
| 07/14 | Barclaycard US  Creditcard 1279645271      Web ID: 2510407970 | -100.01 | 100.75 |
| 07/15 | ADT Security Ser Adtpapach 320285739      Web ID: 8881323080 | -71.52 | 29.23 |
| 07/21 | Online Transfer From Chk ...3888 Transaction#: 25551079838 | 200.00 | 229.23 |
| 07/21 | Online Transfer From Chk ...3888 Transaction#: 25559612909 | 200.00 | 429.23 |
| 07/21 | Aqua     Aqua Servi         PPD ID: 1023940101 | -136.83 | 292.40 |
| 07/21 | Amz_Storecrd_Pmt Payment   604578119667222 Web ID: 9130142001 | -150.00 | 142.40 |
| 07/23 | WI Credit Card  Auto Pay        PPD ID: 50260000 | -200.00 | -57.60 |
| 07/24 | Overdraft Fee For A $200.00 Item - Details: WI Credit Card  Auto Pay PPD ID: 50260000 | -34.00 | -91.60 |
| 07/25 | Firstenergy    Opco-ACH        PPD ID: 1341968288 | -34.41 | -126.01 |
| 07/28 | Overdraft Fee For A $34.41 Item - Details: Firstenergy   Opco-ACH PPD ID: 1341968288 | -34.00 | -160.01 |
| 07/29 | Evolve Vacation Transfer  St-B6A0A2T1C6U6 CCD ID: 1800948598 | 1,400.98 | 1,240.97 |
| 07/29 | State Farm Ro 27 Sfpp          PPD ID: 9000307001 | -37.00 | 1,203.97 |
| 07/29 | 07/29 Online Transfer To Chk ...3888 Transaction#: 25652379181 | -200.00 | 1,003.97 |
| 07/30 | Firstenergy    Opco-ACH        PPD ID: 1341968288 | -176.01 | 827.96 |
| 07/30 | Firstenergy    Opco-ACH        PPD ID: 1341968288 | -103.30 | 724.66 |
| 07/30 | Hctra EFT     Eztagstppd        PPD ID: 2746019451 | -20.00 | 704.66 |
| 07/31 | Homeaway.Com, IN Hom          PPD ID: 8426695228 | 3,061.06 | 3,765.72 |
| 07/31 | American Express Retry Pymt A5206      Web ID: 9493560001 | -500.00 | 3,265.72 |
| 07/31 | 07/31 Online Payment 25305325454 To Discover | -150.00 | 3,115.72 |
| 08/01 | Cpenergy Entex  Ent ACH DR      PPD ID: 176051140D | -61.00 | 3,054.72 |
| 08/04 | 08/02 Payment To Chase Card Ending IN 0710 | -500.00 | 2,554.72 |
| 08/04 | 08/02 Payment To Chase Card Ending IN 7268 | -19.59 | 2,535.13 |



July 04, 2025 through August 05, 2025

Primary Account: ████████3888

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 08/04 | Evolve Vacation  Transfer   St-V3C7K3Y9A3W7 CCD ID: 1800948598 | | -572.30 | 1,962.83 |
| 08/04 | Verizon Wireless Payments | PPD ID: 1223344794 | -302.46 | 1,660.37 |
| 08/04 | Trieagle Energy  Trie_ACH | PPD ID: 9889760501 | -342.32 | 1,318.05 |
| 08/05 | Hctra EFT        Eztagstppd | PPD ID: 2746019451 | -20.00 | 1,298.05 |
| | **Ending Balance** | | | **$1,298.05** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $5,863.02. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

## OVERDRAFT FEE SUMMARY

| | Total for<br>This Period | Total<br>Year-to-date |
|--|--------------------------|------------------------|
| Total Overdraft Fees | $68.00 | $102.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

289

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 06, 2025 through September 04, 2025

Account Number: ▮▮▮▮▮▮ **0215**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00001291 DRE 802 141 24825 NNNNNNNNNNN T 1 000000000 03 0000
VITO GELARDI
OR SAFA ABDUL-RAHMAN-GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,298.05** |
| Deposits and Additions | 80.20 |
| Electronic Withdrawals | -1,327.67 |
| Other Withdrawals | -50.58 |
| **Ending Balance** | **$0.00** |

Please note that this account was closed on 08/18/25.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,298.05** |
| 08/06 | American Express ACH Pmt    A0454      Web ID: 9493560001 | -500.00 | 798.05 |
| 08/07 | Citi Autopay    Payment   191769407740052 Web ID: Citicardap | -179.19 | 618.86 |
| 08/08 | American Express ACH Pmt    A9618      Web ID: 9493560001 | -209.99 | 408.87 |
| 08/12 | Discover    E-Payment  2256      Web ID: 3510020270 | -250.00 | 158.87 |
| 08/14 | Barclaycard US   Creditcard 1291197407    Web ID: 2510407970 | -96.97 | 61.90 |
| 08/14 | ADT Security Ser Adtpapach  320285739    Web ID: 8881323080 | -71.52 | -9.62 |
| 08/15 | Card Purchase Return    08/14 Simply Business Boston MA Card 8142 | **0.20** | -9.42 |
| 08/18 | Fee Reversal | **34.00** | 24.58 |
| 08/18 | Fee Reversal | **34.00** | 58.58 |
| 08/18 | Fee Reversal | **12.00** | 70.58 |
| 08/18 | Hctra EFT    Eztagstppd       PPD ID: 2746019451 | -20.00 | 50.58 |
| 08/18 | 08/18 Withdrawal | -50.58 | 0.00 |
| | **Ending Balance** | | **$0.00** |

## OVERDRAFT FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $.00 | $102.00 |
| **Total Refunds for Overdraft Fees:** | $68.00 | $68.00 |

**SB1790334-F1**

**290**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 02, 2025 through January 10, 2025

Account Number:   █████████5706

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |

We accept operator relay calls

00010463 DRE 201 219 01125 NNNNNNNNNNN  1 000000000 07 0000

VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## CHECKING SUMMARY    Chase First Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 200.00 |
| **Ending Balance** | **$200.00** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 01/07 | Online Transfer From Chk ...0215 Transaction#: 23308087081 | **200.00** | 200.00 |
| | **Ending Balance** | | **$200.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

**292**

**CHASE**

January 02, 2025 through January 10, 2025

Account Number: ████████ 5706

This Page Intentionally Left Blank

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 11, 2025 through February 11, 2025

Account Number:  ████████5706



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00010784 DRE 201 219 04325 NNNNNNNNNNN  1 000000000 07 0000
VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

---

## CHECKING SUMMARY    Chase First Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $200.00 |
| Ending Balance | $200.00 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**                              294

**CHASE** ⬡

January 11, 2025 through February 11, 2025
Account Number:  ████████ **5706**

This Page Intentionally Left Blank

**SB1790334-F1**

## CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 12, 2025 through March 11, 2025

Account Number:  ████████ 5706

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00012143 DRE 201 219 07125 NNNNNNNNNNN  1 000000000 07 0000

VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



---

| CHECKING SUMMARY | Chase First Checking |
|---|---|

| | AMOUNT |
|---|---|
| Beginning Balance | $200.00 |
| Ending Balance | $200.00 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



February 12, 2025 through March 11, 2025

Account Number: ███████ 5706

This Page Intentionally Left Blank

**SB1790334-F1**

Page 2 of 2

**297**

**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 12, 2025 through April 09, 2025
Account Number: ███████5706

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00010355 DRE 201 219 10025 NNNNNNNNNNN  1 000000000 07 0000
VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

**Access your replacement debit card sooner by adding it to your digital wallet**
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**.

Special Note: If you have a Chase Private Client Checking℠, Chase Sapphire℠ Checking or Chase Private Client Savings℠ account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

---

### CHECKING SUMMARY    Chase First Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $200.00 |
| **Ending Balance** | $200.00 |



March 12, 2025 through April 09, 2025

Account Number: ██████████**5706**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 10, 2025 through May 09, 2025

Account Number: ███████5706



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00010169 DRE 201 219 13025 NNNNNNNNNNN  1 000000000 07 0000
VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## CHECKING SUMMARY   Chase First Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $200.00 |
| Ending Balance | $200.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Bank, N.A. Member FDIC**



April 10, 2025 through May 09, 2025

Account Number: ██████████ **5706**

This Page Intentionally Left Blank

**SB1790334-F1**

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 10, 2025 through June 10, 2025

Account Number: ▮▮▮▮▮5706



00011096 DRE 201 219 16225 NNNNNNNNNNN  1 000000000 07 0000
VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

---

## CHECKING SUMMARY    Chase First Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $200.00 |
| Ending Balance | $200.00 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



May 10, 2025 through June 10, 2025

Account Number: ██████ **5706**

This Page Intentionally Left Blank



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

June 11, 2025 through July 10, 2025
Account Number:                    5706

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00009931 DRE 201 219 19225 NNNNNNNNNNN  1 000000000 07 0000
VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## We're making changes to help better protect your account

1. **You may be required to use a trusted device for certain account and digital services**
   Starting September 21, 2025, you may need to use a trusted device to manage your account and digital profile, access or use certain account product and services (including certain wire transfers), make certain payments and transfers, or to provide authentication or approvals. A trusted device is a smartphone that has been enrolled with us based on specific criteria.

   **You may need to enroll a device**
   You may already be using a trusted device. If not, you'll receive instructions to make your device trusted the next time you try to perform an action that requires it.

   For more details, please see the Amendment in the Deposit Account Agreement and the new Section V. D. *Using trusted devices*.

2. **How we treat third-party endorsed check deposits is changing**
   A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

   You can find this update in Section III. A. *Our rights and responsibilities for deposits*.

You can see the complete, updated Deposit Account Agreement beginning June 12, 2025, at **chase.com/disclosures**. If you have questions, please don't hesitate to contact us by calling the number on this statement.

| CHECKING SUMMARY | Chase First Checking | |
|---|---|---|
| | | AMOUNT |
| Beginning Balance | | **$200.00** |
| Other Withdrawals | | -200.00 |
| **Ending Balance** | | **$0.00** |

**SB1790334-F1**



June 11, 2025 through July 10, 2025

Account Number: ███████ 5706

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $200.00 |
| 06/30 | Coal-17Jun25-1788 | -200.00 | 0.00 |
| | Ending Balance | | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

305

# CHASE ◉

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 11, 2025 through August 11, 2025

Account Number:                    5706



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00010832 DRE 201 219 22425 NNNNNNNNNNN  1 000000000 07 0000
VITO GELARDI
ADAM GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

---

## CHECKING SUMMARY    Chase First Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**



July 11, 2025 through August 11, 2025

Account Number: 5706

This Page Intentionally Left Blank

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 12, 2024 through January 13, 2025

Account Number: ▪▪▪▪▪▪ **1762**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

01413719 DRE 802 219 01425 NNNNNNNNNNN  1 000000000 08 0000

VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## A reminder about incoming wire transfer fees

Due to a system issue, we may not have charged you for all incoming wires in the past. Beginning March 23, 2025, wire transfer fees will be charged for all incoming wires for Chase High School Checking℠, Chase College Checking℠, Chase Total Checking®, Chase Premier Plus Checking℠ and Chase Savings℠ accounts. Please visit **chase.com/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Sapphire℠ Checking, Chase Private Client Checking℠, Chase Private Client Savings℠, Chase Premier Savings℠ accounts and for Chase Premier Plus Checking℠ accounts with Military Enhanced Benefits.

As a reminder, Chase Secure Banking℠ and Chase First Banking℠ accounts cannot send or receive wire transfers.

If you have any questions, call the number on this statement.

## SAVINGS SUMMARY    Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$232.83** |
| Electronic Withdrawals | -132.00 |
| Fees | -5.00 |
| **Ending Balance** | **$95.83** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2024 for account ▪▪▪▪▪▪1762 was $0.07.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$232.83** |
| 12/13 | 12/13 Online Transfer To Chk ...0215 Transaction#: 23032694939 | -132.00 | 100.83 |
| 01/13 | Monthly Service Fee | -5.00 | 95.83 |
| | **Ending Balance** | | **$95.83** |

**SB1790334-F1**



December 12, 2024 through January 13, 2025

Account Number: ███████████ **1762**

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR ACCOUNT?

A monthly Service Fee was charged to your Chase Savings.  You can avoid this fee during any statement period by keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $100.00)

*Our account alerts can help keep you on top of your balance.  Set up alerts today!*

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 14, 2025 through February 12, 2025

Account Number: ▮▮▮▮▮ **1762**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

01421817 DRE 802 219 04425 NNNNNNNNNNN  1 000000000 08 0000
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



### SAVINGS SUMMARY      Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$95.83** |
| Deposits and Additions | 300.00 |
| Fees | -5.00 |
| **Ending Balance** | **$390.83** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2024 for account ▮▮▮▮▮1762 was $0.07.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$95.83** |
| 01/28 | Online Transfer From Chk ...0215 Transaction#: 23531846373 | **300.00** | 395.83 |
| 02/12 | Monthly Service Fee | -5.00 | 390.83 |
| | **Ending Balance** | | **$390.83** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR ACCOUNT?**

A monthly Service Fee was charged to your Chase Savings.  You can avoid this fee during any statement period by
keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $95.00)

*Our account alerts can help keep you on top of your balance.  Set up alerts today!*

**SB1790334-F1**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◆
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 13, 2025 through March 12, 2025
Account Number: ███████ **1762**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01428414 DRE 802 219 07225 NNNNNNNNNNN  1 000000000 08 0000
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## We're introducing new security measures for certain wire transfers when using our digital banking services

To help protect your account, you may be required to use a trusted device to send certain wire transfers when using chase.com or the Chase Mobile® app.[1] Here are the key changes that will be effective May 8, 2025:

- **Use of Trusted Devices:** You'll need to use a trusted device to send certain wire transfers using our digital banking services. A trusted device is a smartphone that has been enrolled with us based on specific criteria.
- **Enrolling a Device:** You may already be using a trusted device. If not, you'll receive step-by-step instructions to make your device trusted the next time you initiate a wire transfer that requires it. You'll need to use a smartphone with the Chase Mobile® app installed and fulfill certain identification requirements, such as scanning and uploading a copy of your driver's license or state ID.
- **Restrictions on Wire Transfers:** If you don't have a trusted device, you may not be able to add recipients or initiate certain wire transfers using our digital banking services. This won't affect your ability to initiate wires at a Chase branch or J.P. Morgan Financial Center.

**Where to Find More Information**
These policy updates are effective May 8, 2025, and will be detailed in Section 3 of the *Online Wire Transfer and Chase Global Transfer Services Addendum*, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement.

You can review the new requirements in those agreements beginning February 20, 2025. Here's how to access them:
- **On chase.com:** Log in to your account, click on the Main Menu, and select "Agreements & Disclosures."
- **On the Chase Mobile® app:** Go to "Legal Information" in Profile & Settings or at the bottom of the home page, then select "Legal Agreements and Disclosures."

If you have any questions, please call the number listed on this statement.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## SAVINGS SUMMARY    Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | $390.83 |
| **Ending Balance** | $390.83 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |

**SB1790334-F1**



February 13, 2025 through March 12, 2025

Account Number: ███████████ **1762**

Interest paid in 2024 for account ████████ 1762 was $0.07.

A monthly Service Fee was **not** charged to your Chase Savings account.  You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $390)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**

Page 2 of 2

313

**CHASE** �")

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 13, 2025 through April 10, 2025
Account Number: ████ **1762**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01434069 DRE 802 219 10125 NNNNNNNNNNN  1 000000000 08 0000
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

**Access your replacement debit card sooner by adding it to your digital wallet**
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**

Special Note: If you have a Chase Private Client Checking[SM], Chase Sapphire[SM] Checking or Chase Private Client Savings[SM] account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## SAVINGS SUMMARY    Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$390.83** |
| Deposits and Additions | 1,000.00 |
| ATM Withdrawals | -400.00 |
| Electronic Withdrawals | -800.00 |
| **Ending Balance** | **$190.83** |
| Annual Percentage Yield Earned This Period | 0.00% |

**SB1790334-F1**

**314**



March 13, 2025 through April 10, 2025

Account Number: ████████ 1762

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$390.83** |
| 04/03 | Online Transfer From Chk ...7061 Transaction#: 24290623294 | **1,000.00** | 1,390.83 |
| 04/03 | ATM Withdrawal       04/03 7104 Woodhaven Blvd Glendale NY Card 8142 | -400.00 | 990.83 |
| 04/03 | 04/03 Online Transfer To Chk ...0215 Transaction#: 24290717926 | -500.00 | 490.83 |
| 04/10 | 04/10 Online Transfer To Chk ...0215 Transaction#: 24361819421 | -300.00 | 190.83 |
| | **Ending Balance** | | **$190.83** |

A monthly Service Fee was **not** charged to your Chase Savings account.  You can continue to avoid this fee during any
statement period by keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $390)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if
you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money
during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other
applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you
the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was
unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is
incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account
Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**SB1790334-F1**



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 11, 2025 through May 12, 2025

Account Number: ▮▮▮▮ **1762**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00055850 DRE 802 143 13325 NNNNNNNNNNN T 1 000000000 08 0000
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348



## SAVINGS SUMMARY   Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$190.83** |
| Other Withdrawals | -190.83 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.00% |

Please note that this account was closed on 04/11/25.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$190.83** |
| 04/11 | 04/11 Transfer To Chk Xxxxx0215 | -190.83 | 0.00 |
| | **Ending Balance** | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1790334-F1**

**316**

Case 1:22-cv-01032-PKC-JRC    Document 622-2    Filed 02/11/26    Page 128 of 214 PageID #: 12134



This Page Intentionally Left Blank

**SB1790334-F1**



**SAPPHIRE**®

Manage your account online at www.chase.com/cardhelp

Customer Service: 1-800-493-3319

Mobile: Download the Chase Mobile® app today

| March 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

New Balance
**$0.00**

Minimum Payment Due
**$0.00**

Payment Due Date
**03/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | -$120.03 |
| Purchases | +$25.03 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$95.00 |
| Interest Charged | $0.00 |
| New Balance | $0.00 |
| Opening/Closing Date | 01/10/25 - 02/09/25 |
| Credit Access Line | $500 |
| Available Credit | $500 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 557 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 76 |

**Total points available for redemption** **633**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

---

0000001  FIS33339 D 13 0444          Y  9  09  25/02/09          Page 1 of 2          06530  MA MA 02267          5701



**SAPPHIRE**®

4147202333167268000000000000000000000000000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **03/06/25** |
| **New Balance:** | **$0.00** |
| **Minimum Payment Due:** | **$0.00** |

Account number: XXXX XXXX XXXX 7268

$_____ . _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

02267 BEX 9 04025 D

VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**          **318**

**To contact us regarding your account**

| In U.S.for Customer Service | | | |
|---|---|---|---|
|  In U.S. 1-800-493-3319<br>Spanish 1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International 1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





SAPPHIRE®

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/05 | Payment Thank You-Mobile | -120.03 |
| **PURCHASE** | | |
| 01/21 | Netflix.com netflix.com CA | 25.03 |
| **FEES CHARGED** | | |
| 02/01 | ANNUAL MEMBERSHIP FEE | 95.00 |
| | TOTAL FEES FOR THIS PERIOD | $95.00 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.24%(v)(d) | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

Statement Date: 02/09/25

**320**

0000001  FIS33339 D 13          Y   9   09   25/02/09          Page 2 of 2          06530   MA MA  02267          702



Case 1:22-cv-01032-PKC-JRC Document 105-2 Filed 03/01/24 Page 133 of 214 PageID #: 12139



**SAPPHIRE**®

## July 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
**$19.59**

Minimum Payment Due
**$19.59**

Payment Due Date
**07/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | -$27.21 |
| Purchases | +$46.80 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$19.59** |
| Opening/Closing Date | 05/10/25 - 06/09/25 |
| Credit Access Line | $500 |
| Available Credit | $480 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 633 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

**Total points available for redemption** **692**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

---

0000001  FIS33339 D 9    Y   9   09   25/06/09    Page 1 of 2    06530    MA MA 02756    601
0444



**SAPPHIRE**®

4147202333167268000019590000019590000000003

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **07/06/25** |
| **New Balance:** | **$19.59** |
| **Minimum Payment Due:** | **$19.59** |

Account number: XXXX XXXX XXXX 7268

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

02756 BEX 9 16025 D

VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                    **322**

**To contact us regarding your account**

| In U.S.for Customer Service |  |  |  |
|---|---|---|---|
| In U.S. 1-800-493-3319 | **?** | | |
| Spanish 1-800-493-3319 | | | |
| Pay by phone 1-800-436-7958 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| International 1-614-776-7050 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| We accept operator relay calls | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for non-fee based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.







SAPPHIRE®

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/16 | Netflix.com netflix.com CA | -27.21 |
| **PURCHASE** | | |
| 05/12 | Netflix.com netflix.com CA | 27.21 |
| 05/17 | NETFLIX.COM NETFLIX.COM CA | 19.59 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**324**
Statement Date:   06/09/25

0000001  FIS33339 D 9          Y  9  09  25/06/09       Page 2 of 2          06530    MA MA  02756                           6602



 



**Manage your account online at:** www.chase.com/cardhelp **Customer Service:** 1-800-493-3319 **Mobile:** Download the Chase Mobile® app today

### August 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

**New Balance**
**$0.00**
Minimum Payment Due
**$0.00**
Payment Due Date
**08/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $19.59 |
| Payment, Credits | -$39.18 |
| Purchases | +$19.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$0.00** |
| Opening/Closing Date | 06/10/25 - 07/09/25 |
| Credit Access Line | $500 |
| Available Credit | $500 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 692 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

### Total points available for redemption 751

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

---

0000001  FIS33339 D 8  0444    Y  9  09  25/07/09    Page 1 of 2    06530    MA MA 03977    701

  **SAPPHIRE PREFERRED**    4147202333167268000000000000000000000000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **08/06/25** |
| **New Balance:** | **$0.00** |
| **Minimum Payment Due:** | **$0.00** |

Account number: XXXX XXXX XXXX 7268

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

03977 BEX 9 19025 D
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                    **326**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **In U.S.for Customer Service** <br> In U.S. 1-800-493-3319 <br> Spanish 1-800-493-3319 <br> Pay by phone 1-800-436-7958 <br> International 1-614-776-7050 <br> We accept operator relay calls |  **?** <br> **Send Inquiries to:** <br> P.O. Box 15298 <br> Wilmington, DE 19850-5298 |  <br> **Mail Payments to:** <br> P.O. Box 1423 <br> Charlotte, NC 28201-1423 |  <br> **Visit Our Website:** <br> www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for new purchases. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

SAPPHIRE PREFERRED
Manage your account at:
www.chase.com/cardhelp
Customer Service:
1-800-493-3319
Mobile: Download the
Chase Mobile® app today



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/24 | Payment Thank You-Mobile | -19.59 |
| 07/05 | Payment Thank You-Mobile | -19.59 |
| **PURCHASE** | | |
| 06/16 | NETFLIX.COM NETFLIX.COM CA | 19.59 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 20.24%(v)(d) | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**328**
Statement Date:   07/09/25

0000001   FIS33339 D 8                Y   9   09   25/07/09        Page 2 of 2        06530   MA MA  03977                     7702






Manage your account at:
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today

**SAPPHIRE PREFERRED**



| September 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Balance
**$0.00**

Minimum Payment Due
**$0.00**

Payment Due Date
**09/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 7268**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | -$19.59 |
| Purchases | +$19.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$0.00** |
| Opening/Closing Date | 07/10/25 - 08/09/25 |
| Credit Access Line | $500 |
| Available Credit | $500 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS®
## SUMMARY

| | |
|---|---|
| Previous points balance | 751 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

### Total points available for redemption    810

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

---

0000001  FIS33339 D 9
0444

Y   9   09   25/08/09         Page 1 of 2         06530   MA MA 61511 ▬▬▬ 101

---



**SAPPHIRE PREFERRED**

4147202333167268000000000000000000000000000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **09/06/25** |
| **New Balance:** | **$0.00** |
| **Minimum Payment Due:** | **$0.00** |

Account number: XXXX XXXX XXXX 7268

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

61511 BEX 9 22125 D
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                    **330**

**To contact us regarding your account**

| In U.S.for Customer Service |  |  |  |
|---|---|---|---|
| In U.S. 1-800-493-3319 | | | |
| Spanish 1-800-493-3319 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| Pay by phone 1-800-436-7958 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| International 1-614-776-7050 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| We accept operator relay calls | | | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC Document 606-2 Filed 06/13/26 Page 143 of 214 PageID #: 12149

 
## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/02 | Payment Thank You-Mobile | -19.59 |
| **PURCHASE** | | |
| 07/16 | NETFLIX.COM NETFLIX.COM CA | 19.59 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 20.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**332**

Statement Date: 08/09/25

0000001   FIS33339 D 9          Y   9   09   25/08/09          Page 2 of 2          06530   MA MA 61511          1102






Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today



| October 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$0.00**
Minimum Payment Due
**$0.00**
Payment Due Date
**10/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | -$19.59 |
| Purchases | +$19.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$0.00** |
| Opening/Closing Date | 08/10/25 - 09/09/25 |
| Credit Access Line | $500 |
| Available Credit | $500 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 810 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

**Total points available for redemption** **869**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

  SAPPHIRE PREFERRED®

4147202333167268000000000000000000000000000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at
chase.com/paycard

| | |
|---|---|
| **Payment Due Date:** | **10/06/25** |
| **New Balance:** | **$0.00** |
| **Minimum Payment Due:** | **$0.00** |

Account number: XXXX XXXX XXXX 7268

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

92808 BEX 9 25225 D

VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                    **334**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **In U.S.for Customer Service**<br>In U.S. 1-800-493-3319<br>Spanish 1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International 1-614-776-7050<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-MJC Document 00.2-2 Filed 00/11/26 Page 147 of 214 PageID #: 12153

SAPPHIRE PREFERRED
Manage your account at www.chase.com/cardhelp
Customer Service: 1-800-493-3319
Mobile: Download the Chase Mobile® app today



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/25 | Payment Thank You-Mobile | -19.59 |
| **PURCHASE** | | |
| 08/16 | NETFLIX.COM NETFLIX.COM CA | 19.59 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 20.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 20.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 20.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**336**
Statement Date: 09/09/25

0000001   FIS33339 D 8          Y   9   09   25/09/09          Page 2 of 2          06530    MA MA  92808          ░0802



Case 1:22-cv-01032-PKC-JRC Document 10B-2 Filed 10/16/24 Page 149 of 214 PageID #: 12155



Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today




**SAPPHIRE PREFERRED**

| November 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

**New Balance**
**$0.00**

Minimum Payment Due
**$0.00**

Payment Due Date
**11/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | -$19.59 |
| Purchases | +$19.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $0.00 |
| Opening/Closing Date | 09/10/25 - 10/09/25 |
| Credit Access Line | $500 |
| Available Credit | $500 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 869 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

**Total points available for redemption**          **928**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

 **SAPPHIRE PREFERRED**

4147202333167268000000000000000000000000000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **11/06/25** |
| **New Balance:** | **$0.00** |
| **Minimum Payment Due:** | **$0.00** |

Account number: XXXX XXXX XXXX 7268

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

06761 BEX 9 28225 D

VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**          **338**





To contact us regarding your account

| | | | |
|---|---|---|---|
| In U.S.for Customer Service<br>In U.S.  1-800-493-3319<br>Spanish  1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International  1-614-776-7050<br>We accept operator relay calls | <br>Send Inquiries to:<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | <br>Mail Payments to:<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>Visit Our Website:<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

SAPPHIRE PREFERRED   Manage your account at www.chase.com/cardhelp   Customer Service: 1-800-493-3319   Mobile: Download the Chase Mobile® app today



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/18 | Payment Thank You-Mobile | -19.59 |
| **PURCHASE** | | |
| 09/16 | NETFLIX, INC. 186-65797172 CA | 19.59 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 19.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 19.99%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 19.99%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**340**
Statement Date:   10/09/25

0000001   FIS33339 D 12          Y   9   09   25/10/09          Page 2 of 2          06530   MA MA  06761                    5102



Case 1:22-cv-01032-PKC-JAM   Document 102-12   Filed 03/11/24   Page 153 of 214 PageID #: 12159

Manage your account online at:
www.chase.com/cardhelp
Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today




| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$19.59**

Minimum Payment Due
**$19.59**

Payment Due Date
**12/06/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | $0.00 |
| Purchases | +$19.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$19.59** |
| Opening/Closing Date | 10/10/25 - 11/09/25 |
| Credit Access Line | $500 |
| Available Credit | $480 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 928 |
| + 1 Point per $1 earned on all purchases | 0 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

**Total points available for redemption**    **987**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

0000001  FIS33339 D 8
0444
Y  9  09  25/11/09
Page 1 of 2
06530  MA MA 06288
0801

 SAPPHIRE PREFERRED

4147202333167268000019590000019590000000003

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **12/06/25** |
| **New Balance:** | **$19.59** |
| **Minimum Payment Due:** | **$19.59** |

Account number: XXXX XXXX XXXX 7268

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

06288 BEX 9 31325 D
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX  77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**      **342**

**To contact us regarding your account**

| | | | | |
|---|---|---|---|---|
|  In U.S for Customer Service<br>In U.S.        1-800-493-3319<br>Spanish      1-800-493-3319<br>Pay by phone 1-800-436-7958<br>International 1-614-776-7050<br>We accept operator relay calls | ? | Send Inquiries to:<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  Mail Payments to:<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  Visit Our Website:<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-JRC    Document 000   Filed 00/11/26   Page 155 of 214 PageID #: 12161

SAPPHIRE PREFERRED

Manage your account online at:
www.chase.com/cardhelp

Call Customer Service:
1-800-493-3319

Mobile: Download the
Chase Mobile® app today




## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PURCHASE** | | |
| 10/16 | NETFLIX.COM NETFLIX.COM CA | 19.59 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 19.74%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 19.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 19.74%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**344**
Statement Date:    11/09/25

0000001    FIS33339 D 8        Y    9    09    25/11/09        Page 2 of 2        06530    MA MA 06288        802



 

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-493-3319

Pay with your phone. Get the
Chase Mobile® app today



| January 2026 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance
**$0.00**
Minimum Payment Due
**$0.00**
Payment Due Date
**01/06/26**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7268

| | |
|---|---|
| Previous Balance | $19.59 |
| Payment, Credits | -$467.73 |
| Purchases | +$448.14 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $0.00 |
| Opening/Closing Date | 11/10/25 - 12/09/25 |
| Credit Access Line | $500 |
| Available Credit | $500 |
| Cash Access Line | $100 |
| Available for Cash | $100 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 987 |
| + 1 Point per $1 earned on all purchases | 385 |
| + 3x pts on dining | 132 |
| + 2x Points earned on travel | 0 |
| + 3x pts on select streaming | 59 |

**Total points available for redemption          1,563**

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

With Sapphire Preferred, you'll earn 2x points on travel worldwide and a total of 5x points when you purchase travel through Chase Travel(SM). Earn 3x points on dining at restaurants, including eligible delivery services and takeout - around the corner or around the world. Plus, earn 3x points on select streaming services and online grocery purchases (excluding Target®, Walmart® and wholesale clubs).

## YOUR ACCOUNT MESSAGES

We hope you enjoy all the benefits your card has to offer and we appreciate your business. Your annual membership fee in the amount of $95.00 will be billed on 02/01/2026. There is a transaction fee for each balance transfer and cash advance in the amount of 5.00% or $5.00 minimum per balance transfer and 5.00% or $10.00 minimum per cash advance. Chase Pay Over Time monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time. Please see the Annual Renewal Notice section of your statement disclosures for more information.

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

 SAPPHIRE PREFERRED

4147202333167268000000000000000000000000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| Payment Due Date: | 01/06/26 |
|---|---|
| New Balance: | $0.00 |
| Minimum Payment Due: | $0.00 |

Account number: XXXX XXXX XXXX 7268

$ _____ . _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

05163 BEX 9 34325 D
VITO GELARDI
26118 CROSSWOOD TRAILS LN
CYPRESS TX 77433-1348

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**          **346**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **In U.S.for Customer Service** <br> In U.S. 1-800-493-3319 <br> Spanish 1-800-493-3319 <br> Pay by phone 1-800-436-7958 <br> International 1-614-776-7050 <br> We accept operator relay calls |  <br> **Send Inquiries to:** <br> P.O. Box 15298 <br> Wilmington, DE 19850-5298 |  <br> **Mail Payments to:** <br> P.O. Box 1423 <br> Charlotte, NC 28201-1423 |  <br> **Visit Our Website:** <br> www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest on those purchases from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-VMS   Document 608-2   Filed 06/15/26   Page 159 of 214 PageID #: 12165

SAPPHIRE PREFERRED
Manage your account online at
www.chase.com/cardhelp
1-800-493-3319
Download the
Chase Mobile® app today



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/22 | Payment Thank You-Mobile | -100.00 |
| 11/28 | Payment Thank You-Mobile | -367.73 |
| **PURCHASE** | | |
| 11/14 | CENTERPOINT ENERGY ENTEX 800-387-1643 TX | 55.95 |
| 11/15 | KROGER #362 CYPRESS TX | 85.92 |
| 11/15 | EZEE FIBER 713-255-7500 TX | 10.00 |
| 11/16 | NETFLIX, INC. 186-65797172 CA | 19.59 |
| 11/16 | CYPRESS FAIRBANKS 281-8974000 TX | 30.00 |
| 11/19 | KROGER #362 CYPRESS TX | 182.48 |
| 11/20 | WAL-MART #4466 SUGAR LAND TX | 20.39 |
| 11/20 | TST*SPICY CHEN ASIAN BIS Cypress TX | 43.81 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $95.00 |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 19.74%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 19.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 19.74%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

0000001  FIS33339 D 13

**SB1790334-F1**
Page 2 of 2

Y  9  09  25/12/09        Page 2 of 2

**348**
Statement Date:    12/09/25

06530   MA MA  05163                      8302



Manage your account online:
www.chase.com/amazon
Customer Service:
1-888-247-4080
Download the
Chase Mobile® app today




**amazon | CHASE**



**January 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$908.11**

Minimum Payment Due
**$35.00**

Payment Due Date
**01/19/25**

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 242 |
| + 5% back on Amazon.com purchases | 552 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

### Total points available for redemption    794

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 3 years | $1,291 |
| $36 | 3 years | $1,282 (Savings=$9) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 0710

| | |
|---|---|
| Previous Balance | $816.26 |
| Payment, Credits | -$35.00 |
| Purchases | +$110.36 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$16.49 |
| New Balance | $908.11 |
| Opening/Closing Date | 11/23/24 - 12/22/24 |
| Credit Access Line | $1,000 |
| Available Credit | $91 |
| Cash Access Line | $200 |
| Available for Cash | $91 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001   FIS33339 D 7         Y   9   22   24/12/22         Page 1 of 2         06654   MA MA 23622 ▬▬▬▬201
0510

 

**amazon | CHASE**

4 1474001810007100003500000908110000000 5

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at
chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **01/19/25** |
| **New Balance:** | **$908.11** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$_____    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

23622 BEX 9 35724 D
VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                              **350**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:** In U.S. 1-888-247-4080 Spanish 1-888-446-3308 Pay by phone 1-800-436-7958 International 1-302-594-8200 We accept operator relay calls |  **Send Inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 |  **Mail Payments to:** P.O. Box 1423 Charlotte, NC 28201-1423 | **Visit Our Website:** www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-MMR   Document 0 Filed 06/11/26   Page 163 of 214 PageID #: 12169





Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/10 | Payment Thank You-Mobile | -35.00 |
| **PURCHASE** | | |
| 12/07 | AMAZON MKTPL*ZR7XP18Y2 Amzn.com/bill WA<br>Order Number    114-7359630-3633843 | 32.44 |
| 12/08 | AMAZON MKTPL*ZR5F72V00 Amzn.com/bill WA<br>Order Number    111-4070419-5806638 | 77.92 |
| **INTEREST CHARGED** | | |
| 12/22 | PURCHASE INTEREST CHARGE | 16.49 |
| | TOTAL INTEREST FOR THIS PERIOD | $16.49 |

| 2024  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $16.49 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.74%(v)(d) | $845.19 | $16.49 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.49%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.74%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**352**
Statement Date:  12/22/24

0000001  FIS33339 D 7        Y   9   22  24/12/22        Page 2 of 2        06654   MA MA 23622                    2202





 

**amazon** | **CHASE**

| February 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | **19** | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$997.94**

Minimum Payment Due
**$35.00**

Payment Due Date
**02/19/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 4 years | $1,481 |
| $39 | 3 years | $1,404 (Savings=$77) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $908.11 |
| Payment, Credits | -$49.05 |
| Purchases | +$120.20 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$18.68 |
| **New Balance** | **$997.94** |
| Opening/Closing Date | 12/23/24 - 01/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $2 |
| Cash Access Line | $200 |
| Available for Cash | $2 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 794 |
| + 5% back on Amazon.com purchases | 531 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |
| - Points redeemed this statement period | 1,223 |

**Total points available for redemption** **102**

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001  FIS33339 D 7    Y  9  22  25/01/22    Page 1 of 2    06654  MA MA 24720    2001
0510

**amazon** | **CHASE** 4147400181000710000035000009979400000000 6

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| **Payment Due Date:** | **02/19/25** |
|---|---|
| **New Balance:** | **$997.94** |
| **Minimum Payment Due:** | **$35.00** |

**Account number: XXXX XXXX XXXX 0710**

$_____ **Amount Enclosed**
Make/Mail to Chase Card Services at the address below:

24720 BEX 9 02225 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1** **354**

## To contact us regarding your account

 **Call Customer Service:**
In U.S.        1-888-247-4080
Spanish        1-888-446-3308
Pay by phone  1-800-436-7958
International  1-302-594-8200
We accept operator relay calls

 **Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

 **Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423

 **Visit Our Website:**
www.chase.com/cardhelp

---

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:



1. the date of the  transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

---

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

  

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/26 | Payment Thank You-Mobile | -35.00 |
| 01/11 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | -14.05 |
| | Order Number    111-0179691-1177078 | |
| | | |
| **PURCHASE** | | |
| 01/06 | AMZN Mkto US*ZD9I43SQ2 Amzn.com/bill WA | 21.58 |
| | Order Number    111-4196956-7509839 | |
| 01/07 | AMAZON MKTPL*ZD1LF5NJ0 Amzn.com/bill WA | 27.04 |
| | Order Number    111-1321310-8196213 | |
| 01/07 | AMZN Mkto US*ZP5HE5B81 Amzn.com/bill WA | 14.05 |
| | Order Number    111-0179691-1177078 | |
| 01/07 | AMAZON MKTPL*ZP7HR9801 Amzn.com/bill WA | 15.69 |
| | Order Number    111-6628263-0737050 | |
| 01/07 | AMAZON MKTPL*ZD8YP4W22 Amzn.com/bill WA | 7.56 |
| | Order Number    111-6844035-6085860 | |
| 01/13 | AMZN Mkto US*Z578Y4490 Amzn.com/bill WA | 34.28 |
| | Order Number    111-8314052-3908238 | |
| | | |
| **INTEREST CHARGED** | | |
| 01/22 | PURCHASE INTEREST CHARGE | 18.68 |
| | TOTAL INTEREST FOR THIS PERIOD | $18.68 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $18.68 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $936.39 | $18.68 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## SHOP WITH POINTS ACTIVITY

☾ Split Transaction

| Date of Transaction | Merchant Name or Transaction Description | | $ Amount | Rewards |
|---|---|---|---|---|
| **PURCHASES AND REDEMPTIONS** | | | | |
| 01/11 | ☾ AMAZON MARKETPLACE | AMZN.COM/BILLWA | 12.23 | 1,223 |

VITO GELARDI

0000001  FIS33339 D 7

**SB1790334-F1**
Page 2 of 2

Y   9   22   25/01/22        Page 2 of 2

**356**

Statement Date:    01/22/25

06654   MA MA  24720              2002



 

**amazon | CHASE**

Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today



| March 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

New Balance
**$967.23**

Minimum Payment Due
**$35.00**

Payment Due Date
**03/19/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 3 years | $1,412 |
| $38 | 3 years | $1,361 (Savings=$51) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 0710

| | |
|---|---|
| Previous Balance | $997.94 |
| Payment, Credits | -$50.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$19.29 |
| New Balance | $967.23 |
| Opening/Closing Date | 01/23/25 - 02/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $32 |
| Cash Access Line | $200 |
| Available for Cash | $32 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 102 |
| + 5% back on Amazon.com purchases | 0 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

**Total points available for redemption**    **102**

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

---

| 0000001 | FIS33339 D 7 | Y | 9 | 22 | 25/02/22 | Page 1 of 2 | 06654 | MA MA 86265 | ████ | 501 |

**amazon | CHASE**

4 1474001810007100003500000967230000000007

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at**
**chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **03/19/25** |
| **New Balance:** | **$967.23** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

86265 BEX 9 05325 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**      **358**

 



**To contact us regarding your account**

| **Call Customer Service:** |  |  |  |
|---|---|---|---|
| In U.S. 1-888-247-4080 | | | |
| Spanish 1-888-446-9308 | | | |
| Pay by phone 1-800-436-7958 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| International 1-302-594-8200 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| We accept operator relay calls | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/29 | Payment Thank You-Mobile | -50.00 |
| **INTEREST CHARGED** | | |
| 02/21 | PURCHASE INTEREST CHARGE | 19.29 |
| | TOTAL INTEREST FOR THIS PERIOD | $19.29 |

| **2025 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $37.97 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $966.99 | $19.29 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**SB1790334-F1**

Page 2 of 2

**360**

VITO GELARDI

0000001   FIS33339 D 7

Y   9   22   25/02/22       Page 2 of 2       06654   MA MA 86265              ⬛⬛⬛2502

Statement Date:   02/22/25



Case 1:22-cv-01032-PKC-RLM Document 305-2 Filed 03/11/25 Page 173 of 214 PageID #: 12179

 

**Manage your account online**
www.chase.com/amazon

**Customer Service:**
1-888-247-4080

**Pay your bill with the**
Chase Mobile® app today



| April 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | **19** |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**New Balance**
**$433.01**

**Minimum Payment Due**
**$35.00**

**Payment Due Date**
**04/19/25**

## YOUR PRIME VISA POINTS

| Previous points balance | 102 |
|---|---|
| + 5% back on Amazon.com purchases | 2,116 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

**Total points available for**
**redemption**     **2,218**

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 15 months | $501 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $967.23 |
| Payment, Credits | -$967.23 |
| Purchases | +$423.20 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$9.81 |
| **New Balance** | **$433.01** |
| Opening/Closing Date | 02/23/25 - 03/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $566 |
| Cash Access Line | $200 |
| Available for Cash | $200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance



4147400181000710000035000004330100000003

**P.O. BOX 15123**
**WILMINGTON, DE 19850-5123**
For Undeliverable Mail Only

**Make your payment at**
**chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **04/19/25** |
| **New Balance:** | **$433.01** |
| **Minimum Payment Due:** | **$35.00** |

**Account number: XXXX XXXX XXXX 0710**

$ _____  . _____    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

85651 BEX 9 08125 D
VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**          **362**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **Call Customer Service:**<br>In U.S.     1-888-247-4080<br>Spanish     1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International   1-302-594-8200<br>We accept operator relay calls |  **?**<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | <br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





amazon | CHASE   Manage your account online:   Customer Service:   Mobile: Download the
www.chase.com/amazon   1-888-247-4080   Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/27 | Payment Thank You-Mobile | -35.00 |
| 03/11 | Payment Thank You-Mobile | -932.23 |
| **PURCHASE** | | |
| 02/25 | AMAZON MKTPL*ST8FV8R93 Amzn.com/bill WA | 18.39 |
| | Order Number    111-0838176-8800259 | |
| 03/07 | AMAZON MKTPL*FP0IM6KD3 Amzn.com/bill WA | 36.79 |
| | Order Number    111-8898098-4490635 | |
| 03/13 | AMAZON MKTPL*UM3DT7PH3 Amzn.com/bill WA | 368.02 |
| | Order Number    111-0538169-0546608 | |
| **INTEREST CHARGED** | | |
| 03/21 | PURCHASE INTEREST CHARGE | 9.81 |
| | TOTAL INTEREST FOR THIS PERIOD | $9.81 |

|  **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $47.78 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $544.51 | $9.81 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | - 0 - | - 0 - |
| | | | **28 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**364**
Statement Date:    03/22/25

0000001  FIS33339 D 7        Y  9  22  25/03/22        Page 2 of 2        06654   MA MA  85651                    5102



Manage your account online: www.chase.com/amazon

 Customer Service:
1-888-247-4080

 Download the
Chase Mobile® app today



| May 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance
**$415.46**

Minimum Payment Due
**$35.00**

Payment Due Date
**05/19/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $478 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 0710

| | |
|---|---|
| Previous Balance | $433.01 |
| Payment, Credits | -$35.00 |
| Purchases | +$9.27 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$8.18 |
| **New Balance** | **$415.46** |
| Opening/Closing Date | 03/23/25 - 04/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $584 |
| Cash Access Line | $200 |
| Available for Cash | $200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 2,218 |
| + 5% back on Amazon.com purchases | 47 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |
| - Points redeemed this statement period | 2,247 |

### Total points available for redemption    18

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

This statement also contains important information about change(s) to your account terms.

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001  FIS33339 D 7             Y   9   22   25/04/22        Page 1 of 3           06654   MA MA 98863              S301
0510

     4 1 4 7 4 0 0 1 8 1 0 0 0 7 1 0 0 0 0 0 3 5 0 0 0 0 0 4 1 5 4 6 0 0 0 0 0 0 0 0 0 0 0 4

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at
chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **05/19/25** |
| **New Balance:** | **$415.46** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

98863 BEX 9 11225 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                                **366**

**To contact us regarding your account**

| | | | | |
|---|---|---|---|---|
|  **Call Customer Service:**<br>In U.S. 1-888-247-4080<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  | **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

amazon | CHASE
Manage your account online:
www.chase.com/amazon
Customer Service:
1-888-247-4080
Mobile: Download the
Chase Mobile® app today




## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 04/10 | Payment Thank You-Mobile | -35.00 |
| **PURCHASE** | | |
| 03/25 | Amazon Music*BS5GM8ZV3 888-802-3080 WA  Order Number     D01-2731036-4681837 | 5.99 |
| 03/29 | AMAZON MKTPL*S82PB6BV3 Amzn.com/bill WA  Order Number     111-5619271-9299440 | 3.28 |
| **INTEREST CHARGED** | | |
| 04/22 | PURCHASE INTEREST CHARGE | 8.18 |
| | TOTAL INTEREST FOR THIS PERIOD | $8.18 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $55.96 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $410.19 | $8.18 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## SHOP WITH POINTS ACTIVITY

🌢 Split Transaction

| Date of Transaction | Merchant Name or Transaction Description | $ Amount | Rewards |
|---|---|---|---|
| **PURCHASES AND REDEMPTIONS** | | | |
| 03/28 | 🌢 AMAZON MARKETPLACE     AMZN.COM/BILLWA | 22.47 | 2,247 |

VITO GELARDI
0000001   FIS33339 D 7

**SB1790334-F1**
Page 2 of 3

**368**
Statement Date:   04/22/25

Y   9   22   25/04/22        Page 2 of 3            06654   MA MA  98863                    5302



Case 1:22-cv-01032-PKC-JRC     Document 622-2     Filed 02/11/26     Page 181 of 214
PageID #: 12187
Prime Visa account ending in 0710

## Important Changes to Your Account Terms

We're modifying your Cardmember Agreement by changing your Purchase, My Chase Loan and Balance Transfer Annual Percentage Rates (APRs) going forward because your existing APRs are below the APRs we currently offer for similar accounts. Lower APRs will continue to apply to any existing balances as described below.

All changes take effect 07/09/2025. These changes to your APRs will apply to any new transactions on your account made on or after this date. Transacting on your account after 07/09/2025 constitutes acceptance of these changes.

## These changes will affect your account as follows:

Transactions made on or after 07/09/2025: As of 07/09/2025, the change to the Annual Percentage Rate (APR) described below will apply to these transactions.

Transactions made before 07/09/2025: The current APR will continue to apply to these transactions.

| Revised Terms as of 07/09/2025 | |
|---|---|
| **Purchase Annual Percentage Rate (APR)** | **28.24%**; This APR will vary with the market based on the Prime Rate.[a] |
| *My Chase Loan* **APR** | **28.24%**; This APR will vary with the market based on the Prime Rate.[a]<br>Promotional offers with fixed APRs and varying durations may be available from time to time on some accounts. |
| **Balance Transfer APR** | **28.24%**; This APR will vary with the market based on the Prime Rate.[a] |

**Additional Information About These Changes**

**Variable Rates/Prime Rate**: Variable APRs are based on the highest U.S. prime rate published in the Money Rates section of *The Wall Street Journal* two business days (not weekends or federal holidays) before your statement closing date. If the prime rate has changed, your rate may be different. Any new rate will be applied as of the first day of your billing cycle during which the prime rate has changed.

[a] **Purchase/ My Chase Loan/ Balance Transfer APR:** We add **20.74%** to the prime rate to determine the Purchase and Balance Transfer APRs (daily periodic rate currently **0.07737%**). Maximum APR **29.99%** (daily periodic rate **0.08217%**).

**Amendment to your Cardmember Agreement:** The changes described in the Revised Terms Summary and Additional Information sections of this notice amend your Cardmember Agreement and replace the corresponding terms that currently apply. Any terms of your account not described in this notice continue to apply.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

**Notice to Married Wisconsin Residents:** No provision of any marital property agreement, unilateral statement or court decree adversely affects our rights, unless you give us a copy of such agreement, statement or court order before we grant you credit, or we have actual knowledge of the adverse obligation. All obligations on this account will be incurred in the interest of your marriage or family. You understand that we may be required to give notice of this account to your spouse. **Married Wisconsin residents must furnish their (the applicant's) name and Social Security number as well as the name and address of their spouse to Cardmember Service at PO Box 15218, Wilmington, DE 19850-5218.**



  

Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today

| June 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | **19** | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

New Balance
**$394.43**

Minimum Payment Due
**$35.00**

Payment Due Date
**06/19/25**

## YOUR PRIME VISA POINTS

| Previous points balance | 18 |
|---|---|
| + 5% back on Amazon.com purchases | 30 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

### Total points available for redemption          48

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 13 months | $450 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $415.46 |
| Payment, Credits | -$35.00 |
| Purchases | +$5.99 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$7.98 |
| New Balance | $394.43 |
| Opening/Closing Date | 04/23/25 - 05/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $605 |
| Cash Access Line | $200 |
| Available for Cash | $200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001  FIS33339 D 6
0510
Y   9   22   25/05/22        Page 1 of 2        06654   MA MA  24784                        3401

 

4147400181000710000035000003944300000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at
chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **06/19/25** |
| **New Balance:** | **$394.43** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

24784 BEX 9 14225 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                                **372**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **Call Customer Service:** In U.S. 1-888-247-4080 Spanish 1-888-446-3308 Pay by phone 1-800-436-7958 International 1-302-594-8200 We accept operator relay calls |  **Send Inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 |  **Mail Payments to:** P.O. Box 1423 Charlotte, NC 28201-1423 |  **Visit Our Website:** www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that date.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Funds Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/13 | Payment Thank You-Mobile | -35.00 |
| **PURCHASE** | | |
| 04/25 | Amazon Music*KE83809K3 888-802-3080 WA | 5.99 |
| | Order Number     D01-1033904-1382652 | |
| **INTEREST CHARGED** | | |
| 05/22 | PURCHASE INTEREST CHARGE | 7.98 |
| | TOTAL INTEREST FOR THIS PERIOD | $7.98 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $63.94 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $413.30 | $7.98 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | – 0 – | – 0 – |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**374**
Statement Date:   05/22/25

0000001  FIS33339 D 6          Y   9   22   25/05/22        Page 2 of 2          06654   MA MA  24784                    8402








Mobile: Download the
Chase Mobile® app today

**July 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | **19** |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
**$436.55**

Minimum Payment Due
**$75.00**

Payment Due Date
**07/19/25**

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 48 |
| + 5% back on Amazon.com purchases | 30 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

## Total points available for redemption 78

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 13 months | $494 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 0710

| | |
|---|---|
| Previous Balance | $394.43 |
| Payment, Credits | $0.00 |
| Purchases | +$5.99 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$28.00 |
| Interest Charged | +$8.13 |
| New Balance | $436.55 |
| Opening/Closing Date | 05/23/25 - 06/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $0 |
| Cash Access Line | $200 |
| Available for Cash | $0 |
| **Past Due Amount** | **$35.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001  FIS33339 D 6  0510          Y   9  22  25/06/22          Page 1 of 2          06654  MA MA 24599 ███████9901





P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**The Past Due amount of $35.00 is included in your Minimum Payment.**

4 1 4 7 4 0 0 1 8 1 0 0 0 7 1 0 0 0 0 0 7 5 0 0 0 0 0 4 3 6 5 5 0 0 0 0 0 0 0 0 7

| | |
|---|---|
| **Payment Due Date:** | **07/19/25** |
| **New Balance:** | **$436.55** |
| **Minimum Payment Due:** | **$75.00** |

Account number: XXXX XXXX XXXX 0710

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

24599 BEX 9 17325 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                    **376**

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:** In U.S. 1-888-247-4080 Spanish 1-888-446-3308 Pay by phone 1-800-436-7958 International 1-302-594-8200 We accept operator relay calls |  **Send Inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 |  **Mail Payments to:** P.O. Box 1423 Charlotte, NC 28201-1423 |  **Visit Our Website:** www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for a billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-MMR Document 60-2 Filed 06/15/26 Page 189 of 214 PageID #: 12195

  

Manage your account online: www.chase.com/amazon

Customer Service: 1-888-247-4080

Mobile: Download the Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PURCHASE** | | |
| 05/25 | AMAZON PRIME*NZ7IO1R41 888-802-3080 WA | 5.99 |
| | Order Number     D01-9488157-1571449 | |
| **FEES CHARGED** | | |
| 06/19 | LATE FEE | 28.00 |
| | TOTAL FEES FOR THIS PERIOD | $28.00 |
| **INTEREST CHARGED** | | |
| 06/22 | PURCHASE INTEREST CHARGE | 8.13 |
| | TOTAL INTEREST FOR THIS PERIOD | $8.13 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $72.07 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $407.53 | $8.13 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

0000001  FIS33339 D 6

**SB1790334-F1**
Page 2 of 2

Y   9   22   25/06/22          Page 2 of 2

**378**

Statement Date:     06/22/25

06654   MA MA  24599          902



Case 1:22-cv-01032-PKC-JRC    Document 387-2    Filed 06/24/24    Page 191 of 214 PageID #: 12197

 

**amazon** | **CHASE** 〇 | Manage your account online: www.chase.com/amazon | Customer Service: 1-888-247-4080 | Get the free Chase Mobile® app today



| August 2025 |||||||
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | **19** | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$911.09**

Minimum Payment Due
**$35.00**

Payment Due Date
**08/19/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 3 years | $1,301 |
| $36 | 3 years | $1,285 (Savings=$16) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $436.55 |
| Payment, Credits | -$75.00 |
| Purchases | +$536.92 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$12.62 |
| New Balance | $911.09 |
| Opening/Closing Date | 06/23/25 - 07/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $88 |
| Cash Access Line | $200 |
| Available for Cash | $88 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 78 |
| + 5% back on Amazon.com purchases | 2,685 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

**Total points available for redemption**     **2,763**

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001  FIS33339 D 5      Y   9   22   25/07/22      Page 1 of 2      06654   MA MA 24454           401
0510

  〇      41474001810007100000350000091109000000004

**amazon** | **CHASE** 〇

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **08/19/25** |
| **New Balance:** | **$911.09** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

24454 BEX 9 20325 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                          **380**

Case 1:22-cv-01032-PKC-JRC    Document 622-2    Filed 02/11/26    Page 192 of 214 PageID #: 12198

**To contact us regarding your account**



| | | | |
|---|---|---|---|
| **Call Customer Service:**<br>In U.S. 1-888-247-4080<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | <br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | <br>**Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | <br>**Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept  any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/24 | Payment Thank You-Mobile | -75.00 |
| **PURCHASE** | | |
| 06/25 | AMAZON PRIME*NQ2BZ72U2 888-802-3080 WA<br>Order Number     D01-0160788-6617846 | 5.99 |
| 07/06 | AMAZON MKTPL*NL5321G72 Amzn.com/bill WA<br>Order Number     111-3379221-7660211 | 12.65 |
| 07/07 | AMAZON MKTPL*NL1OK4MH2 Amzn.com/bill WA<br>Order Number     114-7748854-3088228 | 487.11 |
| 07/13 | AMAZON MKTPL*GV50D4D73 Amzn.com/bill WA<br>Order Number     111-3886813-2644267 | 31.17 |
| **INTEREST CHARGED** | | |
| 07/22 | PURCHASE INTEREST CHARGE | 12.62 |
| | TOTAL INTEREST FOR THIS PERIOD | $12.62 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $84.69 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases prior to 07/09/2025 | 23.49%(v)(d) | $641.38 | $12.38 |
| Purchases | 28.24%(v)(d) | $10.42 | $0.24 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 28.24%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 28.24%(v)(d) | - 0 - | - 0 - |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**SB1790334-F1**
Page 2 of 2

**382**
Statement Date:    07/22/25

VITO GELARDI
0000001  FIS33339 D 5          Y   9   22  25/07/22          Page 2 of 2          06654   MA MA 24454 ████████ 402



Case 1:22-cv-01032-PKC-JRC   Document 60-2   Filed 03/11/24   Page 195 of 214 PageID #: 12201



 
| September 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | **19** | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Balance
**$957.45**

Minimum Payment Due
**$35.00**

Payment Due Date
**09/19/25**

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 2,763 |
| + 5% back on Amazon.com purchases | 2,643 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back on gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

**Total points available for redemption**   **5,406**

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 4 years | $1,531 |
| $39 | 3 years | $1,397 (Savings=$134) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $911.09 |
| Payment, Credits | -$500.00 |
| Purchases | +$528.41 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$17.95 |
| **New Balance** | **$957.45** |
| Opening/Closing Date | 07/23/25 - 08/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $42 |
| Cash Access Line | $200 |
| Available for Cash | $42 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001  FIS33339 D 6
0510

Y  9  22  25/08/22          Page 1 of 2          06654  MA MA 24272          7201

 

4 1474 0018 1000 7100000 3 50000 0957 4 5000000004

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at**
**chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **09/19/25** |
| **New Balance:** | **$957.45** |
| **Minimum Payment Due:** | **$35.00** |

**Account number: XXXX XXXX XXXX 0710**

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

24272 BEX 9 23425 D
VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**          **384**

## To contact us regarding your account



| **Call Customer Service:** |  |  |  |
|---|---|---|---|
| In U.S. 1-888-247-4080 | **?** | | |
| Spanish 1-888-446-3308 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| Pay by phone 1-800-436-7958 | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| International 1-302-594-8200 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| We accept operator relay calls | | | |

### Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your Interest Saving Balance first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.



## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/02 | Payment Thank You-Mobile | -500.00 |
| **PURCHASE** | | |
| 07/25 | AMAZON PRIME*6W7K38XC3 888-802-3080 WA | 5.99 |
| | Order Number    D01-5496094-5235432 | |
| 08/03 | AMAZON MKTPL*CT4SK4FW3 Amzn.com/bill WA | 346.39 |
| | Order Number    111-0921896-1273800 | |
| 08/17 | AMAZON MKTPL*TP5WC97P3 Amzn.com/bill WA | 10.81 |
| | Order Number    111-8635506-0729849 | |
| 08/17 | AMAZON MKTPL*QP0I46EB3 Amzn.com/bill WA | 165.22 |
| | Order Number    111-8351583-6107435 | |
| **INTEREST CHARGED** | | |
| 08/22 | PURCHASE INTEREST CHARGE | 17.95 |
| | TOTAL INTEREST FOR THIS PERIOD | $17.95 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $102.64 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases prior to 07/09/2025 | 23.49%(v)(d) | $568.74 | $11.35 |
| Purchases | 28.24%(v)(d) | $275.26 | $6.60 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 28.24%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

0000001  FIS33339 D 6

**SB1790334-F1**
Page 2 of 2

Y   9   22   25/06/22          Page 2 of 2          06654   MA MA 24272

**386**
Statement Date:    08/22/25

202






**amazon | CHASE**

Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Pay your bill with the
Chase Mobile® app today



| October 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
## $769.11

Minimum Payment Due
## $35.00

Payment Due Date
## 10/19/25

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 3 years | $1,090 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $957.45 |
| Payment, Credits | -$700.00 |
| Purchases | +$491.96 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$19.70 |
| **New Balance** | **$769.11** |
| Opening/Closing Date | 08/23/25 - 09/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $230 |
| Cash Access Line | $200 |
| Available for Cash | $200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| Previous points balance | 5,406 |
|---|---|
| + 5% back on Amazon.com purchases | 2,460 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

## Total points available for redemption        7,866

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance

0000001   FIS33339 D 6        Y   9   22   25/09/22        Page 1 of 2        06654   MA MA 24575 _____ 7501
0510

**amazon | CHASE**

4147400181000710000035000007691100000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at
chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **10/19/25** |
| **New Balance:** | **$769.11** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$ _____ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

24575 BEX 9 26525 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

## SB1790334-F1                                         388

**To contact us regarding your account**

| | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S. 1-888-247-4080<br>Spanish 1-888-446-9308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any payment. You may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-VMS Document 402-2 Filed 03/12/26 Page 201 of 214 PageID #: 12207

  

amazon | CHASE

Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/25 | Payment Thank You-Mobile | -500.00 |
| 09/17 | Payment Thank You-Mobile | -200.00 |
| **PURCHASE** | | |
| 08/25 | AMAZON PRIME*F46M82J43 888-802-3080 WA | 5.99 |
| | Order Number    D01-2580613-8253029 | |
| 08/27 | AMAZON MKTPL*BY49T6TE3 Amzn.com/bill WA | 76.84 |
| | Order Number    111-6890284-5785819 | |
| 08/27 | AMAZON MKTPL*7J7UP17U3 Amzn.com/bill WA | 270.61 |
| | Order Number    111-3075759-1769045 | |
| 08/27 | AMAZON MKTPL*GV7IQ5QD3 Amzn.com/bill WA | 106.63 |
| | Order Number    111-0317824-1352223 | |
| 09/02 | AMAZON MKTPL*L84Z19WK3 Amzn.com/bill WA | 16.95 |
| | Order Number    111-4614098-0189806 | |
| 09/02 | AMAZON MKTPL*8N92C2FI3 Amzn.com/bill WA | 14.94 |
| | Order Number    111-9578979-4266607 | |
| **INTEREST CHARGED** | | |
| 09/22 | PURCHASE INTEREST CHARGE | 19.70 |
| | TOTAL INTEREST FOR THIS PERIOD | $19.70 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $122.34 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases prior to 07/09/2025 | 23.49%(v)(d) | $368.30 | $7.35 |
| Purchases | 28.24%(v)(d) | $514.87 | $12.35 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 28.24%(v)(d) | – 0 – | – 0 – |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**390**
Statement Date:    09/22/25

0000001  FIS33339 D 6          Y   9   22  25/09/22          Page 2 of 2          06654   MA MA  24575          502





Manage your account online:
www.chase.com/amazon

Customer Service:
1-888-247-4080

 
Mobile: Download the
Chase Mobile® app today

| November 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

**New Balance**
**$817.25**

Minimum Payment Due
**$35.00**

Payment Due Date
**11/19/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 3 years | $1,192 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** XXXX XXXX XXXX 0710

| | |
|---|---|
| Previous Balance | $769.11 |
| Payment, Credits | -$300.00 |
| Purchases | +$333.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$15.14 |
| **New Balance** | **$817.25** |
| Opening/Closing Date | 09/23/25 - 10/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $182 |
| Cash Access Line | $200 |
| Available for Cash | $182 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 7,866 |
| + 5% back on Amazon.com purchases | 1,665 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |
| - Points redeemed this statement period | 6,112 |

**Total points available for redemption**
**3,419**

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance



4147400181000710000035000008172500000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at**
**chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | 11/19/25 |
| **New Balance:** | $817.25 |
| **Minimum Payment Due:** | $35.00 |

**Account number:** XXXX XXXX XXXX 0710

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

24428 BEX 9 29525 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                    **392**

**To contact us regarding your account**

| Call Customer Service: |  Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-888-247-4080<br>Spanish 1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-302-594-8200<br>We accept operator relay calls | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 1423<br>Charlotte, NC 28201-1423 | www.chase.com/cardhelp  |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest on them from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-MMR Document 60-2 Filed 06/15/26 Page 205 of 214 PageID #: 12211





amazon | CHASE

Manage your account online:
www.chase.com/amazon

Mobile: Download the
Chase Mobile® app today

1-888-247-4080

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/30 | Payment Thank You-Mobile | -300.00 |
| **PURCHASE** | | |
| 09/25 | AMAZON PRIME*1T2HM2GB3 888-802-3080 WA Order Number     D01-6209138-0630655 | 5.99 |
| 09/29 | AMAZON MKTPL*0S8YN1BH3 Amzn.com/bill WA Order Number     111-1345998-9676212 | 135.84 |
| 10/02 | AMAZON MKTPL*NV0ZK75G0 Amzn.com/bill WA Order Number     111-7089604-3150654 | 39.83 |
| 10/21 | AMAZON PRIME*NU86Z2Q70 Amzn.com/bill WA Order Number     D01-1521850-7757066 | 151.34 |
| **INTEREST CHARGED** | | |
| 10/22 | PURCHASE INTEREST CHARGE | 15.14 |
| | TOTAL INTEREST FOR THIS PERIOD | $15.14 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $137.48 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases prior to 07/09/2025 | 23.24%(v)(d) | $240.23 | $4.59 |
| Purchases | 27.99%(v)(d) | $458.54 | $10.55 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.99%(v)(d) | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## SHOP WITH POINTS ACTIVITY

🌙 Split Transaction

| Date of Transaction | Merchant Name or Transaction Description | | $ Amount | Rewards |
|---|---|---|---|---|
| **PURCHASES AND REDEMPTIONS** | | | | |
| 10/14 | AMAZON MARKETPLACE | AMZN.COM/BILLWA | 61.12 | 6,112 |

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**394**
Statement Date:   10/22/25

0000001  FIS33339 D 5          Y   9   22   25/10/22          Page 2 of 2          06654   MA MA  24426                          2802



 

Manage your account at
www.chase.com/amazon

Customer Service:
1-888-247-4080

Download the
Chase Mobile® app today



| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | **19** | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$764.98**

Minimum Payment Due
**$35.00**

Payment Due Date
**12/19/25**

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 3,419 |
| + 5% back on Amazon.com purchases | 2,176 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |
| + 5% back at Amazon sites and stores | 0 |
| - Points redeemed this statement period | 4,721 |

### Total points available for redemption                       874

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign in to the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 3 years | $1,076 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $817.25 |
| Payment, Credits | -$500.00 |
| Purchases | +$435.18 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$12.55 |
| New Balance | $764.98 |
| Opening/Closing Date | 10/23/25 - 11/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $235 |
| Cash Access Line | $200 |
| Available for Cash | $200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

0000001   FIS33339 D 5
0510

Y   9   22   25/11/22         Page 1 of 2         06654   MA MA 92676         7601



4147400181000710000035000007649800000000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at
**chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | **12/19/25** |
| **New Balance:** | **$764.98** |
| **Minimum Payment Due:** | **$35.00** |

Account number: XXXX XXXX XXXX 0710

$ _____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

92676 BEX 9 32625 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

**SB1790334-F1**                                              **396**

**To contact us regarding your account**



**Call Customer Service:**
In U.S.          1-888-247-4080
Spanish          1-888-446-3308
Pay by phone 1-800-436-7958
International  1-302-594-8200
We accept operator relay calls



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298



**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423



**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.





**amazon | CHASE**

Manage your account
www.chase.com/amazon

Customer Service:
1-888-247-4080

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/23 | Payment Thank You-Mobile | -500.00 |
| **PURCHASE** | | |
| 10/22 | AMAZON MKTPL*NU9GE7L72 Amzn.com/bill WA<br>Order Number     111-0137287-8741031 | 30.84 |
| 10/25 | AMAZON PRIME*N48AU9P40 888-802-3080 WA<br>Order Number     D01-7659151-4147404 | 5.99 |
| 10/28 | Amazon.com*N47CE7WG0 Amzn.com/bill WA<br>Order Number     111-5602309-2055403 | 147.21 |
| 10/30 | AMAZON MKTPL*N46KU15W2 Amzn.com/bill WA<br>Order Number     111-4850731-5609802 | 76.38 |
| 11/08 | ☕ AMAZON MKTPL*BT0V904O2 Amzn.com/bill WA<br>Order Number     111-8736688-1725827 | 8.31 |
| 11/19 | AMAZON MKTPL*B06J63EQ0 Amzn.com/bill WA<br>Order Number     111-9094286-5289066 | 166.45 |
| **INTEREST CHARGED** | | |
| 11/21 | PURCHASE INTEREST CHARGE | 12.55 |
| | TOTAL INTEREST FOR THIS PERIOD | $12.55 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $150.03 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases prior to 07/09/2025 | 22.99%(v)(d) | $201.28 | $3.93 |
| Purchases | 27.74%(v)(d) | $365.91 | $8.62 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.74%(v)(d) | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## SHOP WITH POINTS ACTIVITY

☕ Split Transaction

| Date of Transaction | Merchant Name or Transaction Description | | $ Amount | Rewards |
|---|---|---|---|---|
| **PURCHASES AND REDEMPTIONS** | | | | |
| 11/08 | ☕ AMAZON MARKETPLACE | AMZN.COM/BILLWA | 47.21 | 4,721 |



Case 1:22-cv-01032-PKC-JRC Document 102-2 Filed 03/01/2024 Page 1 Down 214
PageID #: 12217

  

amazon | CHASE ○ | Manage your account at www.chase.com/amazon | Call Customer Service: 1-888-247-4080 | Pay bills, transfer money and more with the Chase Mobile® app today



| January 2026 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**New Balance**
**$458.42**

Minimum Payment Due
**$35.00**

Payment Due Date
**01/19/26**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 16 months | $549 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 0710**

| | |
|---|---|
| Previous Balance | $764.98 |
| Payment, Credits | -$450.15 |
| Purchases | +$131.30 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$12.29 |
| **New Balance** | **$458.42** |
| Opening/Closing Date | 11/23/25 - 12/22/25 |
| Credit Access Line | $1,000 |
| Available Credit | $541 |
| Cash Access Line | $200 |
| Available for Cash | $200 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 874 |
| + 5% back on Amazon.com purchases | 657 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |
| + 5% back at Amazon sites and stores | 0 |

### Total points available for redemption                     1,531

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view your recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

0000001  FIS33339 D 6       Y  9  22  25/12/22       Page 1 of 2       06654  MA MA 23501 ▬▬▬▬ 0101
0510

 

amazon | CHASE ○        4147400181000710000035000004584200000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

| | |
|---|---|
| **Payment Due Date:** | 01/19/26 |
| **New Balance:** | $458.42 |
| **Minimum Payment Due:** | $35.00 |

**Account number: XXXX XXXX XXXX 0710**

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

23501 BEX 9 35625 D

VITO GELARDI
8517 95TH AVE
OZONE PARK NY 11416-1244

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

**SB1790334-F1**                                                        **400**



**To contact us regarding your account**

| | | | |
|---|---|---|---|
| **Call Customer Service:** In U.S. 1-888-247-4080 Spanish 1-888-446-3308 Pay by phone 1-800-436-7958 International 1-302-594-8200 We accept operator relay calls |  **Send Inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 |  **Mail Payments to:** P.O. Box 1423 Charlotte, NC 28201-1423 |  **Visit Our Website:** www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

Case 1:22-cv-01032-PKC-MC Document 602-2 Filed 06/11/25 Page 213 of 214 PageID #: 12219

  
## YOUR ACCOUNT MESSAGES  (CONTINUED)

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/22 | Payment Thank You-Mobile | -200.00 |
| 11/23 | PURCHASE INTEREST CHARGE | -.15 |
| 12/13 | Payment Thank You-Mobile | -250.00 |
| **PURCHASE** | | |
| 11/25 | AMAZON PRIME*B29M17632 888-802-3080 WA | 5.99 |
| | Order Number     D01-9548007-8781034 | |
| 12/02 | AMAZON MKTPL*BB19O18Y0 Amzn.com/bill WA | 106.92 |
| | Order Number     111-9446255-2172225 | |
| 12/08 | Amazon.com*BW5SJ9OT1 Amzn.com/bill WA | 18.39 |
| | Order Number     111-8561099-9062667 | |
| **INTEREST CHARGED** | | |
| 12/22 | PURCHASE INTEREST CHARGE | 12.29 |
| | TOTAL INTEREST FOR THIS PERIOD | $12.29 |

| **2025  Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2025 | $28.00 |
| Total interest charged in 2025 | $162.32 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases prior to 07/09/2025 | 22.74%(v)(d) | $193.46 | $3.62 |
| Purchases | 27.49%(v)(d) | $383.87 | $8.67 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.49%(v)(d) | – 0 – | – 0 – |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 27.49%(v)(d) | – 0 – | – 0 – |
| | | | **30 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

VITO GELARDI

**SB1790334-F1**
Page 2 of 2

**402**
Statement Date:    12/22/25

0000001   FIS33339 D 6          Y   9   22   25/12/22          Page 2 of 2          06654   MA MA 23501                      0102

