# EXHIBIT B

# ANALYSIS OF SAFA ABDULRAHMAN GELARDI'S CHASE BANK ACCOUNTS FROM DECEMBER 2024 – DECEMBER 2025

**IME Observer Payouts**

Dave Segovia

| Date | Amount | To Person/Entity |
|---|---|---|
| 12/16/24 | $1,000 | David Sagovia |
| 12/23/24 | $2,000 | David Sagovia |
| 04/01/25 | $500 | David Sagovia |
| 06/05/25 | $535 | David Sagovia |
| 12/02/25 | $433 | David Sagovia |
| Total | $4,468 | |

Christian Hogarth

| Date | Amount | To Person/Entity |
|---|---|---|
| 01/08/25 | $525 | Christian Creole And French Ime |
| 02/05/25 | $395 | Christian Creole And French Ime |
| 03/13/25 | $300 | Christian Creole And French Ime |
| 04/28/25 | $600 | Christian Creole And French Ime |
| 05/27/25 | $500 | Christian Creole And French Ime |
| 05/28/25 | $1,000 | Christian Creole And French Ime |
| 07/02/25 | $860 | Christian Creole And French Ime |
| 09/26/25 | $400 | Christian Creole And French Ime |
| 09/29/25 | $100 | Christian Creole And French Ime |
| 11/12/25 | $650 | Christian Creole And French Ime |
| Total | $5,330 | |

Marianne IME

| Date | Amount | To Person/Entity |
|---|---|---|

| Date | Amount | To Person/Entity |
|---|---|---|
| 02/19/25 | $100 | Marianne Ime |
| 02/20/25 | $230 | Marianne Ime |
| 03/03/25 | $400 | Marianne Ime |
| 03/03/25 | $125 | Marianne Ime |
| 03/18/25 | $250 | Marianne Ime |
| 04/03/25 | $850 | Marianne Ime |
| 05/05/25 | $600 | Marianne Ime |
| 05/20/25 | $500 | Marianne Ime |
| 11/17/25 | $200 | Marianne Ime |
| Total | $3,255 | |

Jeff Biebin

| Date | Amount | To Person/Entity |
|---|---|---|
| 06/03/25 | $1,000 | Jeff Biebin |
| 06/05/25 | $750 | Jeff Biebin |
| Total | $1,750 | |

Total Payout to Observers: $14,803

**INCOME:**

JUST REAL CARE KARE PAYROLL

| Date | Amount | Income Source |
|---|---|---|
| 10/31/25 | $816.37 | JUST REAL CARE KARE PAYROLL |
| 11/14/25 | $816.37 | JUST REAL CARE KARE PAYROLL |
| 11/28/25 | $816.39 | JUST REAL CARE KARE PAYROLL |
| Total | $2,449.13 | |

INTUIT

| Date | Amount | Income Source |
|---|---|---|
| 12/24/24 | $1,000 | INTUIT |
| 01/09/25 | $500 | INTUIT |
| 01/30/25 | $10,000 | INTUIT |
| 02/07/25 | $1,000 | INTUIT |
| 03/03/25 | $1,000 | INTUIT |
| 03/04/25 | $500 | INTUIT |
| 04/17/25 | $1,000 | INTUIT |
| 04/28/25 | $300 | INTUIT |
| 05/01/25 | $250 | INTUIT |

| Date | Amount | Income Source |
|---|---|---|
| 05/27/25 | $250 | INTUIT |
| 05/28/25 | $800 | INTUIT |
| 06/03/25 | $1,000 | INTUIT |
| 06/03/25 | $1,000 | INTUIT |
| 06/04/25 | $1,700 | INTUIT |
| 06/05/25 | $600 | INTUIT |
| 06/05/25 | $400 | INTUIT |
| 06/06/25 | $500 | INTUIT |
| 06/16/25 | $600 | INTUIT |
| 07/02/25 | $1,500 | INTUIT |
| 07/16/25 | $800 | INTUIT |
| 09/26/25 | $500 | INTUIT |
| 11/10/25 | $750 | INTUIT |
| 11/10/25 | $350 | INTUIT |
| 11/17/25 | $4,000 | INTUIT |
| 12/02/25 | $850 | INTUIT |
| TOTAL | $31,150 | |

VENMO

| Date | Amount | Income Source |
|---|---|---|
| 12/16/24 | $4,999 | VENMO |
| 12/16/24 | $361 | VENMO |
| 12/17/24 | $500 | VENMO |
| 02/21/25 | $160 | VENMO |
| Total | $6,020 | |

CASHAPP

| Date | Amount | Income Source |
|---|---|---|
| 12/17/24 | $1,458.75 | CASHAPP |
| 12/18/24 | $2,565 | CASHAPP |
| 01/02/25 | $243.12 | CASHAPP |
| 03/11/25 | $72.94 | CASHAPP |
| 03/14/25 | $194.50 | CASHAPP |
| Total | $4,534.31 | |

AIRBNB

| Date | Amount | Income Source |
|---|---|---|
| 12/09/24 | $1,762.49 | AIRBNB |
| 12/26/24 | $1,791.59 | AIRBNB |
| 12/30/24 | $1,113.56 | AIRBNB |
| 12/31/24 | $1,307.56 | AIRBNB |
| 01/02/25 | $2,255.25 | AIRBNB |

| 01/21/25 | $1,815.84 | AIRBNB |
| --- | --- | --- |
| 02/04/25 | $1,307.56 | AIRBNB |
| 02/18/25 | $1,536.48 | AIRBNB |
| 04/22/25 | $1,307.56 | AIRBNB |
| 06/03/25 | $1,597.59 | AIRBNB |
| Total | $15,795.48 | |

EVOLVE VACATION

| Date | Amount | Income Source |
| --- | --- | --- |
| 07/01/25 | $1,089.67 | Evolve Vacation (real estate) |
| 07/08/25 | $1,400.98 | Evolve Vacation (real estate) |
| 07/29/25 | $1,400.98 | Evolve Vacation (real estate) |
| Total | $3,891.63 | |

HOMEAWAY.com

| Date | Amount | Income Source |
| --- | --- | --- |
| 06/23/25 | $1,234.21 | Homeaway.com |
| 07/31/25 | $3,061.06 | Homeaway.com |
| Total | $8,186.90 | |

TALLAL YOUSEF SALAMEH

| Date | Amount | Income Source |
| --- | --- | --- |
| 12/31/24 | $900 | TALLAL Zelle |
| 02/10/25 | $2,500 | TALLAL Zelle |
| 03/03/25 | $2,500 | TALLAL Zelle |
| 03/28/25 | $97.73 | TALLAL Zelle |
| 03/28/25 | $33.55 | TALLAL Zelle |
| 03/28/25 | $21.98 | TALLAL Zelle |
| 04/01/25 | $2,500 | TALLAL Zelle |
| 04/01/25 | $60 | TALLAL Zelle |
| 04/04/25 | $2,000 | TALLAL Zelle |
| 04/07/25 | $25 | TALLAL Zelle |
| 04/08/25 | $39 | TALLAL Zelle |
| 04/24/25 | $37 | TALLAL Zelle |
| 04/25/25 | $65 | TALLAL Zelle |
| 04/30/25 | $55 | TALLAL Zelle |
| 04/30/25 | $39 | TALLAL Zelle |
| 05/01/25 | $2,500 | TALLAL Zelle |
| 05/05/25 | $40 | TALLAL Zelle |
| 05/07/25 | $46 | TALLAL Zelle |
| 05/19/25 | $81.27 | TALLAL Zelle |
| 06/02/25 | $130 | TALLAL Zelle |

| Date | Amount | Source |
|---|---|---|
| 07/03/25 | $67 | TALLAL Zelle |
| 07/07/25 | $119 | TALLAL Zelle |
| 07/07/25 | $10.27 | TALLAL Zelle |
| 07/08/25 | $83.40 | TALLAL Zelle |
| 07/09/25 | $43.30 | TALLAL Zelle |
| 07/30/25 | $300 | TALLAL Zelle |
| 08/07/25 | $41.22 | TALLAL Zelle |
| 08/28/25 | $178.52 | TALLAL Zelle |
| 10/03/25 | $13.81 | TALLAL Zelle |
| 10/06/25 | $137 | TALLAL Zelle |
| 10/06/25 | $6 | TALLAL Zelle |
| 10/14/25 | $72.24 | TALLAL Zelle |
| 10/14/25 | $25 | TALLAL Zelle |
| 10/21/25 | $47.85 | TALLAL Zelle |
| 11/10/25 | $47.12 | TALLAL Zelle |
| 11/12/25 | $67.67 | TALLAL Zelle |
| 12/02/25 | $97.41 | TALLAL Zelle |
| Total | $15,027.34 | |

Remote Online Deposit

| Date | Amount | Source |
|---|---|---|
| 12/09/24 | $2,200 | Remote Online Deposit |
| 12/12/24 | $150 | Remote Online Deposit |
| 12/23/24 | $68.87 | Remote Online Deposit |
| 12/30/24 | $54.02 | Remote Online Deposit |
| 03/12/25 | $62.55 | Remote Online Deposit |
| 03/13/25 | $3,000 | Remote Online Deposit |
| 03/17/25 | $395 | Remote Online Deposit |
| 03/25/25 | $60.39 | Remote Online Deposit |
| 04/18/25 | $68.95 | Remote Online Deposit |
| 04/23/25 | $58.65 | Remote Online Deposit |
| 05/19/25 | $458.16 | Remote Online Deposit |
| 05/23/25 | $66.13 | Remote Online Deposit |
| 05/23/25 | $60.34 | Remote Online Deposit |
| 06/04/25 | $38.26 | Remote Online Deposit |
| 10/07/25 | $109.75 | Remote Online Deposit |
| 10/07/25 | $40.25 | Remote Online Deposit |
| Total | $6,891.32 | |

ATM Cash Deposit

| Date | Amount | Income Source |
|---|---|---|
| 12/13/24 | $1,000 | ATM Cash Deposit |

| Date | Amount | Income Source |
|---|---|---|
| 01/07/25 | $2,500 | ATM Cash Deposit |
| 01/15/25 | $700 | ATM Cash Deposit |
| 02/10/25 | $700 | ATM Cash Deposit |
| 03/03/25 | $800 | ATM Cash Deposit |
| 05/14/25 | $2,200 | ATM Cash Deposit |
| 05/19/25 | $800 | ATM Cash Deposit |
| 05/22/25 | $900 | ATM Cash Deposit |
| 05/27/25 | $400 | ATM Cash Deposit |
| 05/28/25 | $1,700 | ATM Cash Deposit |
| Total | $11,700 | |

ATM Check Deposit

| Date | Amount | Income Source |
|---|---|---|
| 03/25/25 | $2,000 | ATM Check Depsot |
| Total | $2,000 | |

Deposit

| Date | Amount | Income Source |
|---|---|---|
| 01/28/25 | $5,000 | Bank Deposit |
| 03/03/25 | $500 | Bank Deposit |
| 03/03/25 | $2,300 | Bank Deposit |
| 03/17/25 | $2,000 | Bank Deposit |
| 03/17/25 | $500 | Bank Deposit |
| 03/17/25 | $500 | Bank Deposit |
| 03/18/25 | $3,120 | Bank Deposit |
| 03/31/25 | $3,000 | Bank Deposit |
| 05/13/25 | $1,500 | Bank Deposit |
| Total | $18,420 | |

# TOTAL INCOME FROM AVAILABLE SOURCES: $126,066.11

TIME PERIOD: DECEMBER 2024 – DECEMBER 2025