# EXHIBIT C



212-581-8877
eval@parkeval.com
www.parkeval.com

**[00:00:24.500] - Emanuel Kataev**

Hey, Gene.

**[00:00:28.260] - Eugene Liddie**

Hey, how are you guys doing?

**[00:00:29.540] – Carlos Roa**

Hey, How's it going? Hey, how are you? Happy Father's Day.

**[00:00:39.540] – Emanuel Kataev**

We're going to wait for Karen before we begin.

**[00:01:23.220] - Karen Charrington**

Hello. Can you hear me?

**[00:01:25.020] - Eugene Liddie**

Yes.

**[00:01:27.000] - Emanuel Kataev**

I think we're just waiting for Daniella.

**[00:02:43.000] - Emanuel Kataev**

Daniella is joining.

**[00:02:53.260] - Jamie Felsen**

Okay, I think Daniella is here.

**[00:02:55.160] - Daniella Levi**

Yeah, I'm here.

**[00:02:56.540] - Jamie Felsen**

Okay, great. All right, so guys, thanks for scheduling this call. We just have some follow-up questions. I'm going to get started, and then some others may have some questions as well. Gene, since we spoke, probably about a month ago, have you had any conversations with Safa, or Veto, or Beibin, or anybody else affiliated with the company?

**[00:03:23.700] - Eugene Liddie**

Only Beibin, because I was trying to get the... Can you hear me?

**[00:03:27.180] - Jamie Felsen**

Yes.

**[00:03:28.200] - Eugene Liddie**

Yeah, only Beibin, just because I was trying to get him to send me over the running invoices. That's all we pretty much talked about with the invoices. I'm sending me over the invoices.

**[00:03:39.380] - Daniella Levi**

What invoices?



212-581-8877
eval@parkeval.com
www.parkeval.com

| |
|---|
| **[00:03:41.380] - Eugene Liddie** |
| For all of the cases he did. For all the IME, the previous…would you guys request this? |
| **[00:03:50.180] - Emanuel Kataev** |
| Okay. Why you were asking for the invoices? |
| **[00:03:54.900] - Eugene Liddie** |
| You said why? |
| **[00:03:56.000] - Emanuel Kataev** |
| Yeah. Did he ask you why you were asking for the invoices? |
| **[00:04:00.000] - Eugene Liddie** |
| I told them, but I have to get it over. It was a part of my settlement. I have to get it over to you guys. All very transparent. |
| **[00:04:08.720] - Daniella Levi** |
| Did you tell them the terms of our settlement? |
| **[00:04:13.360] - Eugene Liddie** |
| No, I didn't tell them the terms, but I just told them I need access to the invoices. |
| **[00:04:18.980] - Jamie Felsen** |
| Did you have any conversations with him about what he's doing currently and whether he's doing IME still? |
| **[00:04:24.800] - Eugene Liddie** |
| No, that I didn't talk about. |
| **[00:04:31.280] - Daniella Levi** |
| You had mentioned that when the injunction was issued by the court, you basically stopped operating IME legal reps and that you gave it over to Jeff Beibinin to Ron, correct? |
| **[00:04:44.020] - Eugene Liddie** |
| Sorry, Dan. Can you repeat that again? |
| **[00:04:46.540] - Daniella Levi** |
| You had told us at the last meeting that after the court issued the injunction, you basically stopped operating IME legal reps and that Beibin continued you to operate it. Is that correct? |
| **[00:05:07.360] - Emanuel Kataev** |
| You're on mute. |
| **[00:05:08.400] - Eugene Liddie** |
| Yes, I know. Somebody was talking to me. Yes, that's correct. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| **[00:05:13.540] - Daniella Levi** |
| Okay, so during that period of time, which was a couple of months, the checks that were collected, how did you pass along the money to Beibin? Because it was still going to your bank account, correct? |
| **[00:05:29.400] - Eugene Liddie** |
| Well, yes, the check is correct. I guess he would drop off the invoices, and then I would pick up the check, and then give him the checks, and he would do whatever he was doing with the money, whoever he was paying, or whatever he was getting for it. |
| **[00:05:44.540] - Daniella Levi** |
| When you picked up the checks, did you deposit them into your bank account and then give him the money, or did you check…? |
| **[00:05:51.560] - Eugene Liddie** |
| Yeah, that's how I had to do it. Correct. That's how I had to do it. The only check that was from before the injunction were the Hanarte; those were from previous invoices before July first. If you see it, it says Hanarte on there. Those were after July. I don't think we had Hanarte anymore because I remember telling them, We can't service you anymore. But that's why you saw the Hanarte check. |
| **[00:06:19.960] - Emanuel Kataev** |
| Tell them you can't service them in writing? |
| **[00:06:22.860] - Eugene Liddie** |
| Say that again. |
| **[00:06:23.700] - Emanuel Kataev** |
| Did you tell Hanarte that you cannot service them in writing? |
| **[00:06:27.120] - Eugene Liddie** |
| No. |
| **[00:06:28.380] - Emanuel Kataev** |
| Just over the phone? |
| **[00:06:38.380] - Emanuel Kataev** |
| We didn't hear you. |
| **[00:06:41.280] - Eugene Liddie** |
| Yeah. Oh, yeah. |
| **[00:06:41.560] - Emanuel Kataev** |
| Sorry, Daniella, you were saying? |
| **[00:06:43.960] - Daniella Levi** |
| Okay, so from July on... Now, prior to July, who was handling all of the bookings via the legal reps? Was it Beibin or you? |



212-581-8877
eval@parkeval.com
www.parkeval.com

| |
|---|
| **[00:07:00.620] - Eugene Liddie** |
| You're talking about the book? Are you talking about the book in the IME? |
| **[00:07:03.800] - Daniella Levi** |
| Yes. When the request to cover IMEs came in, who was handling it prior to July prior to you walking away? Was it you or Beibin? |
| **[00:07:14.520] - Eugene Liddie** |
| It was Beibin. Typically, I would go out, network, connect with the firm. If we picked up a new account and they booked with us, they would hand us the book. |
| **[00:07:26.480] - Daniella Levi** |
| Okay. So, he had the booking, you collected the checks, you deposited the money, and then you paid him and the other observers? |
| **[00:07:36.480] - Eugene Liddie** |
| Correct. |
| **[00:07:37.480] - Daniella Levi** |
| And then after July, the full amount of the check that was made payable to IME legal reps, how did you give him the money? Did you make out a check to him? Did you pay the cash? |
| **[00:07:48.070] - Eugene Liddie** |
| No, I just gave him the cash. Yeah, I just gave him the cash. |
| **[00:07:51.700] - Daniella Levi** |
| So, whatever, $5,000, $10,000, you cashed the checks at the bank? |
| **[00:07:57.240] - Eugene Liddie** |
| At the bank, yeah. I just thought it was. |
| **[00:07:59.340] - Daniella Levi** |
| Okay. Now, did you provide us with those checks that were cashed at the bank? |
| **[00:08:04.660] - Eugene Liddie** |
| I gave you everything that they were able to give me. I went to the bank, I spoke to their back office, I guess because it was a smaller branch. So, they said, "This is what we can provide you." They even waited a couple of days because they had to reach out to their back office to get me that information. Because initially, they told me they couldn't provide that. That's what took so long. |
| **[00:08:25.920] - Daniella Levi** |
| So, are you basically saying that after July of 2024, every dollar that was deposited into IME legal reps, that was not the Hanarte checks from IMEs from before, 100% of that money went to Beibin? |
| **[00:08:42.080] - Eugene Liddie** |
| Correct. Other than the Hanarte. |



212-581-8877
eval@parkeval.com
www.parkeval.com

---

**[00:08:44.720] - Daniella Levi**

Right. That's what I said. Other than the Hanarte money, 100 % of the money that was deposited into IME legal reps was cash and then given to be there.

**[00:08:55.560] - Eugene Liddie**

Correct.

**[00:08:58.300] - Daniella Levi**

Do you know if he continued to serve as Hanarte after July?

**[00:09:03.840] - Eugene Liddie**

I doubt it. Hanarte wasn't... Like I said, after July, after the judge made the decision to bootstrap to Hanarte, it wasn't….

**[00:09:16.500] - Daniella Levi**

So, another question: why did you only tell Hanarte, not the other people, that you can't service them anymore?

**[00:09:24.320] - Eugene Liddie**

We talked to everybody. We reached out to everybody. They asked me this question. I told you guys, we reach out to everybody. It wasn't us on our day.

**[00:09:33.860] - Daniella Levi**

Okay, so you reach out to everyone, but Zemski and all the other people continue to use IME legal reps, even though you told them that you could no longer service them?

**[00:09:43.460] - Eugene Liddie**

Correct.

**[00:09:45.700] - Daniella Levi**

Okay.

**[00:09:46.640] - Eugene Liddie**

But that has nothing to do with me. I was out of that. I wanted nothing to do with that.

**[00:09:51.700] - Daniella Levi**

No, I understand. But I'm just saying, you reached out to all of the clients of IME legal reps. You told them, "We cannot service you anymore." and what you're saying is the only one who stopped using IME Legal Reps is Hanarte, and all the other people continued to…

**[00:10:09.220] - Eugene Liddie**

No, it wasn't just Hanarte, it was Hanarte. He wasn't using a (inaudible). He wasn't using... Who else? Yes, it wasn't just an off day; it was a couple of the other firms, and I didn't have many. A couple of the other firms as well.

**[00:10:28.800] - Daniella Levi**

Okay, but there were some firms that, even though you told them you can no longer service them, they continue to book, and those IMEs were handled by Jeff?

---



212-581-8877
eval@parkeval.com
www.parkeval.com



| [00:10:39.520] - Eugene Liddie |
| --- |
| Correct. |

| [00:10:40.620] - Daniella Levi |
| --- |
| Okay. |

| [00:10:44.620] - Emanuel Kataev |
| --- |
| Do you know what business Jeff is doing… |

| [00:10:47.620] - Daniella Levi |
| --- |
| Operating under? |

| [00:10:49.520] - Eugene Liddie |
| --- |
| I have no clue. I was under the fact that he wasn't even doing IMEs anymore. |

| [00:10:55.120] - Jamie Felsen |
| --- |
| Why were you under the impression he wasn't doing IMEs anymore? Did he tell you that? |

| [00:10:59.350] - Eugene Liddie |
| --- |
| Because he didn't tell me that for a say, but I remember last time he spoke, he said he was going on a job interview. That was it. He wanted to be answered. |

| [00:11:08.040] - Emanuel Kataev |
| --- |
| What did he tell you? It was hard to hear. |

| [00:11:09.780] - Eugene Liddie |
| --- |
| He said he was going on a job interview. He was looking for other employment. He was going on a job interview. |

| [00:11:19.680] - Jamie Felsen |
| --- |
| What about Veto and Safa? What was the last time you spoke to them? |

| [00:11:23.160] - Eugene Liddie |
| --- |
| Couldn't even tell you. I have no clue, (inaudible) |

| [00:11:28.200] - Daniella Levi |
| --- |
| Do you know whether Jeff even was working together with Safa after July of 2024? |

| [00:11:38.920] - Eugene Liddie |
| --- |
| I couldn't even tell. I had no clue. I told you, when I said I was done, I was done. I wasn't trying to pick up the check because it had to be in IME legal rest. I was done. |

| [00:11:51.660] - Daniella Levi |
| --- |
| Why did you do that for Beibin? |

| [00:11:57.960] - Eugene Liddie |
| --- |
| That's a great question. That's a great question. Yeah, that is a great question. But I guess he was financially strapped. He said he could really use the help and the money. So I said, If you could pull it off, do what you got to do. I'll pick up the checks, and I'll give them to you. And then that's as far as it went. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| [00:12:15.740] - Daniella Levi |
| And you weren't concerned about the legal and the tax ramifications of accepting the money, depositing your bank account, giving him the money? |
| [00:12:25.660] - Eugene Liddie |
| Once again, that wasn't the greatest... I didn't dig that deep into it, but yeah, that wasn't the greatest choice. Yeah, looking back at the business. |
| [00:12:35.160] - Daniella Levi |
| Okay. What happened to your Chase bank account? |
| [00:12:39.780] - Eugene Liddie |
| You can say what happened to it. What do you mean? |
| [00:12:41.920] - Daniella Levi |
| You didn't give us any I have any information on your Chase account. You gave us whatever that other bank was. |
| [00:12:51.440] - Eugene Liddie |
| Because I started only using that other account. |
| [00:12:55.660] - Daniella Levi |
| Okay. What was the reason that you stopped using Chase and you opened the other account? |
| [00:13:01.580] - Eugene Liddie |
| Oh, no reason in particular. I figured if he was going to do whatever he called himself doing, I wasn't going to do it from my name Chase account. He was going to do it from a bank. |
| [00:13:12.380] - Jamie Felsen |
| When did you switch banks? |
| [00:13:15.350] - Eugene Liddie |
| This was sometime, maybe September, I think. Because we didn't have checks coming in. There were no checks coming in from anything at all. We had no check. Once July came, there was no check. What he was doing, I guess, they weren't paying out, so he had no money coming in. All those checks that came in were probably like later on, October, November. When I was collecting the check. *Thank you.* Can you hear me? |
| [00:13:50.640] - Daniella Levi |
| Yeah, we can hear you. But you also deposited the Hanarte money that was from… |
| [00:13:58.350] - Eugene Liddie |
| Yeah, because I started only using that account. |
| [00:14:02.330] - Carlos Roa |
| You started using this new account just so that Jeff could do this? |
| [00:14:08.400] - Eugene Liddie |
| Correct. Because that would have been the only way he did a deposit of the check, because I own the company. Was that my name? |



**PARK**
**EVALUATIONS**

212-581-8877
eval@parkeval.com
www.parkeval.com

| |
|---|
| **[00:14:15.120] - Daniella Levi** |
| Do you know whether Jeff opened up that account? |
| **[00:14:24.120] - Eugene Liddie** |
| That I don't. That I don't. Our conversations with Jeff were very little. I barely talk to Jeff. The only thing I've been asking is when that end would get over to you about. |
| **[00:14:41.380] - Daniella Levi** |
| Okay. But after you, you, by the way, in July, where were the IME bookings come to? They were still coming into info at IME legal reps, but Jeff… |
| **[00:14:57.040] - Eugene Liddie** |
| No, no, no. I think he were I think he was getting them over the phone. I think that's how he was getting them. I think he was getting them over the phone. |
| **[00:15:07.600] - Daniella Levi** |
| And do you know what phone number he used? |
| **[00:15:10.540] - Eugene Liddie** |
| That I don't know. |
| **[00:15:13.500] - Daniella Levi** |
| Do you know how he billed them for the IMEs? So, I guess he was still billing them on the IME legal reps because you were depositing the money, so the money was still coming from you. |
| **[00:15:24.390] - Eugene Liddie** |
| No, so I think he was building them on the IME legal rep. I just think he was not using IME legal rep. I think he was removing the name from the invoice, probably. That's what I remember. Because I asked for the bill. |
| **[00:15:39.780] - Daniella Levi** |
| But the checks still were payable to IME legal rep? |
| **[00:15:43.120] - Eugene Liddie** |
| Yeah, legal rep. Exactly. |
| **[00:15:48.040] - Daniella Levi** |
| Okay, and to your knowledge, he didn't open another account, like another company, another IME company? |
| **[00:15:58.240] - Eugene Liddie** |
| Honestly, Daniella, if he did, I knew I would tell you guys, there's had nothing... Withholding information, there's nothing at this point. |
| **[00:16:06.960] - Daniella Levi** |
| No, I understand. We're just trying to get an understanding. |
| **[00:16:10.920] - Eugene Liddie** |
| 3801. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| **[00:16:12.000] - Daniella Levi** |
| --- |
| We did see Jeff at an IME last week or a week and a half ago. That's why we're asking |

| **[00:16:18.700] - Eugene Liddie** |
| --- |
| I mean, even that's crazy within itself. If he still has his service in IME, that's crazy. |

| **[00:16:25.080] - Daniella Levi** |
| --- |
| Yeah, he's still doing… |

| **[00:16:28.080] - Jamie Felsen** |
| --- |
| Was he okay with helping you out and getting these invoices? |

| **[00:16:33.500] - Jamie Felsen** |
| --- |
| When you contacted him and said, I need these invoices, what was his response? |

| **[00:16:38.000] - Eugene Liddie** |
| --- |
| He was a little hesitant at first. I told him, Jeff, listen, I don't know what he's trying to do right now, but I'm going to need those. I was very strong with him. We had a strong conversation. I told him, I'm going to need those invoices. |

| **[00:16:52.420] - Jamie Felsen** |
| --- |
| When was that you spoke to him? |

| **[00:16:58.000] - Eugene Liddie** |
| --- |
| I want to say a week and a half. Because he gave me some, I was waiting for him to give me the rent. Hold on one second. Sorry, one second. |

| **[00:17:11.940] - Daniella Levi** |
| --- |
| Do you know how he was paying the observers after July? |

| **[00:17:18.100] - Emanuel Kataev** |
| --- |
| I think he said, Hold on a second. |

| **[00:17:53.840] - Eugene Liddie** |
| --- |
| Hello. Can you hear me? Hello? |

| **[00:17:57.440] - Daniella Levi** |
| --- |
| Yeah. |

| **[00:17:58.340] - Emanuel Kataev** |
| --- |
| Yeah, it's with you. Okay. |

| **[00:18:00.120] - Eugene Liddie** |
| --- |
| All right. |

| **[00:18:02.980] - Jamie Felsen** |
| --- |
| Gene, I don't think we received any invoices. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| |
|---|
| **[00:18:07.480] - Eugene Liddie** |
| Can you guys hear? |
| **[00:18:10.620]** - Eugene Liddie<br>Hello? |
| **[00:18:13.880] - Eugene Liddie** |
| Can you hear me? |
| **[00:18:14.800] - Daniella Levi** |
| Can you hear us? Yeah, we didn't receive any invoices. We received checks. |
| **[00:18:20.560] - Eugene Liddie** |
| I was waiting for him to send me the remaining invoices. I didn't want to send them over. |
| **[00:18:25.980] - Daniella Levi** |
| Okay. The invoices that you have is there a name, "I am your legal reps" on the invoice? |
| **[00:18:34.440] - Eugene Liddie** |
| Yeah. Well, I was trying to send you guys everything that I have had since I started. That's what I was looking at. |
| **[00:18:39.360] - Daniella Levi** |
| No, I know what I'm saying. But the invoices that he gave you after July, the invoices, say, "I am your legal reps." |
| **[00:18:46.540] - Eugene Liddie** |
| He didn't give me anything after July. |
| **[00:18:48.380] - Daniella Levi** |
| He did not give you anything after July. Okay. |
| **[00:18:52.420] - Carlos Roa** |
| Why is that? |
| **[00:18:54.300] - Eugene Liddie** |
| I can ask. I'll ask him again. |
| **[00:18:59.160] - Carlos Roa** |
| Yeah. I would highly recommend if you could do that. |
| **[00:19:03.180] - Eugene Liddie** |
| Hey, ask him again. Ask him what you say. I mean, I... |
| **[00:19:06.360] - Carlos Roa** |
| Yeah. I mean, ultimately, there are the checks, but we need the corresponding invoices. |
| **[00:19:13.880] - Eugene Liddie** |
| I got you. |

212-581-8877
eval@parkeval.com
www.parkeval.com

**PARK**
**EVALUATIONS**

---

**[00:19:15.080] - Jamie Felsen**

When you spoke to Beibin like a week and a half ago, did he say that he saw Carlos at an IME?

**[00:19:25.020] - Eugene Liddie**

No, he didn't mention that.

**[00:19:36.540] - Emanuel Kataev**

Has Beibin ever spoken to you about Carlos in general?

**[00:19:40.200] - Eugene Liddie**

Like, since my time, knowing him and working with him?

**[00:19:44.060] - Emanuel Kataev**

Yes.

**[00:19:46.120] - Eugene Liddie**

Yeah, from time to time. I don't really know Carlos like that. I mean, whatever was going on in the past, he could have. I was probably... He didn't care too much about it. But, yeah, everybody has their thing. I mean, from what I know, I haven't called him, and Carlos are good friends. But whatever happens, happens. That's as much as he says. I mean, he said Carlos helped Daniella make a lot of money. He said that recently.

**[00:20:12.440] - Daniella Levi**

Oh, I'm sorry, I didn't hear. He said what?

**[00:20:14.860] - Eugene Liddie**

He said Carlos, I know you're happy because Carlos helped him make a lot of money.

**[00:20:20.760] - Daniella Levi**

Carlos helped who make a lot of money?

**[00:20:25.000] - Eugene Liddie**

He helped you make a lot of money.

**[00:20:26.620] - Daniella Levi**

Oh, he helped me make a lot of money?

**[00:20:28.660] - Eugene Liddie**

So, you say Yeah, like this.

**[00:20:35.340] - Daniella Levi**

Okay.

**[00:20:36.900] - Jamie Felsen**

Can you send us whatever invoices you have for now?

**[00:20:40.420] - Eugene Liddie**

Yeah, I can.

---



PARK
EVALUATIONS

212-581-8877
eval@parkeval.com
www.parkeval.com

| |
|---|
| **[00:20:41.400] - Jamie Felsen**<br>And then ask him for the others? |
| **[00:20:43.380] - Eugene Liddie**<br>Yeah, sure. I'll call him and ask him. |
| **[00:20:47.480] - Daniella Levi**<br>Did we ever get the actual life insurance policy? I don't… |
| **[00:20:51.440] - Eugene Liddie**<br>Yeah, I did. I did. So, what happened was when I initially opened up the policy, they…insurance book, he told me that he had two options. He didn't have to let him know I wanted the virtual option, which was the email, but he selected the mail, so it got mailed to me. But I was able to log on and then just access what I sent you already. So, I sent it over. And I already made the first payment and everything, so I sent everything. |
| **[00:21:22.060] - Karen Charrington**<br>Did you ever get the actual binder, Gene? Did they ever mail it to you? The proof of insurance? |
| **[00:21:28.600] - Eugene Liddie**<br>I never got that. I never got that, but what I was going to do was… |
| **[00:21:37.340] - Karen Charrington**<br>Can you just follow up? Can you follow up or look at the portal, see if there's a way to download it so I can just send over the certificate of insurance or the binder, okay? |
| **[00:21:45.480] - Eugene Liddie**<br>I got you. |
| **[00:21:46.720] - Jamie Felsen**<br>Have you communicated with Beibin by text or any other way? |
| **[00:21:52.360] - Eugene Liddie**<br>No, we just call. It's telephone. |
| **[00:21:55.520] - Daniella Levi**<br>What telephone number do you communicate with Beibin for that? Can you give us the telephone number? |
| **00:22:02.360] - Eugene Liddie**<br>His number? |
| **[00:22:03.520] - Daniella Levi**<br>Yeah. Emmanuel, what's the screensaver photo? It's you when you were 15? |

212-581-8877
eval@parkeval.com
www.parkeval.com

**PARK**
**EVALUATIONS**

| |
|---|
| **[00:22:27.140] - Eugene Liddie**<br>It's the 845. |
| **[00:22:29.540] - Daniella Levi**<br>845. |
| **[00:22:31.300] - Eugene Liddie**<br>301. |
| **[00:22:32.120] - Daniella Levi**<br>I'm sorry. 845. |
| **[00:22:35.340] - Emanuel Kataev**<br>My LinkedIn picture. |
| **[00:22:37.120] - Daniella Levi**<br>Okay. Wait. 4, 5. |
| **[00:22:40.040] - Eugene Liddie**<br>304. 3679. |
| **[00:22:44.560] - Daniella Levi**<br>Thank you. |
| **[00:22:45.420] - Jamie Felsen**<br>Have you spoken with any of the other observers, like Christian Hogard or any of the others? |
| **[00:22:51.840] - Eugene Liddie**<br>No. |
| **[00:22:54.980] - Daniella Levi**<br>When was the last time you spoke to any of the observers? |
| **[00:23:01.660] - Eugene Liddie**<br>Probably maybe sometime around March or April of last year. |
| **[00:23:07.660] - Daniella Levi**<br>When last year? |
| **[00:23:09.460] - Eugene Liddie**<br>Probably maybe March. I'm just type of that. So, if I'm not good, then maybe like March or April last year. |
| **[00:23:20.400] - Jamie Felsen**<br>What did Beibin tell you he was interviewing for? What industry was he looking to get into? |
| **[00:23:23.640] - Eugene Liddie**<br>It was more sales. |

PARK
EVALUATIONS

212-581-8877
eval@parkeval.com
www.parkeval.com

| **[00:23:28.940] - Jamie Felsen** |
| Sales, you said? |

| **[00:23:30.780] - Eugene Liddie** |
| Sales, mhmm. |

| **[00:23:31.820] - Jamie Felsen** |
| In which? In what industry? |

| **[00:23:33.600] - Eugene Liddie** |
| That, I don't know. |

| **[00:23:36.440] - Daniella Levi** |
| Do you know Jeff Beiben's email address? |

| **[00:23:41.320] - Eugene Liddie** |
| His personal email? |

| **[00:23:43.440] - Daniella Levi** |
| Whatever email addresses that he may use to communicate with anyone. Whatever email addresses you have. Personal, business, however many email addresses you have. |

| **[00:23:55.320] - Eugene Liddie** |
| Yeah, I just have one. You ready? |

| **[00:24:00.840] - Daniella Levi** |
| Yeah. |

| **[00:24:01.700] - Eugene Liddie** |
| Is that Jack? |

| **[00:24:03.210] - Daniella Levi** |
| Mm-hmm. |

| **[00:24:03.760] - Eugene Liddie** |
| His last name. One dot Gmail dot com. |

| **[00:24:11.000] - Emanuel Kataev** |
| Can you spell the last name? |

| **[00:24:13.120] - Eugene Liddie** |
| B-e-i-b-i-n. |

| **[00:24:16.340] - Daniella Levi** |
| B-e-i-b-i-n or B-E-N? Biden? |

| **[00:24:21.140] - Eugene Liddie** |
| Yeah. B-e-i-b-i-n. |



212-581-8877
eval@parkeval.com
www.parkeval.com

**[00:24:23.780] - Daniella Levi**

Okay. One@gmail dot com. There's more than one that he needed to put the one

**[00:24:37.820] - Jamie Felsen**

Is that how he spells his last name, B-E-I-B-I-N?

**[00:24:43.980] - Eugene Liddie**

Yeah.

**[00:24:47.960] - Daniella Levi**

And do you know if he still has access to the IME, for the IME legal rep's email address?

**[00:24:54.660] - Eugene Liddie**

No, I think he was logged down. I was making all the changes with your IT guy.

**[00:25:01.220] - Daniella Levi**

Right. Okay.

**[00:25:10.720] - Eugene Liddie**

You actually go forward if he had another company. Once again, I had no clue. I don't know what he's doing. Other than he told me he was applying for this. I have no clue.

**[00:25:29.040] - Eugene Liddie**

Yeah. Well, If you saw him doing the IME, definitely had nothing to do with me.

**[00:25:34.060] - Eugene Liddie**

I'll tell you that, man.

**[00:25:36.980] - Daniella Levi**

When was the last time that you cast a check that was made payable to IME legal reps and given him the money?

**[00:25:48.800] - Eugene Liddie**

Whenever the last thing was on that statement, I gave him that. That's the last time.

**[00:25:56.460] - Daniella Levi**

I mean, the statements are here from October of 2024, up to February of 2025. After February of 2025, you stopped depositing checks and giving him the money?

**[00:26:22.560] - Eugene Liddie**

Hold on one second. I'm pausing. (inaudible). Say it again.

**[00:26:37.540] - Daniella Levi**

I'm asking, it seems like the last checks were deposited according to what you provided us, which was in March of 2025. So, I'm asking, was that the last time that you received checks by an illegal rep that you cast and gave to him? Were there checks after March?

PARK
EVALUATIONS

212-581-8877
eval@parkeval.com
www.parkeval.com

| [00:26:56.520] - Eugene Liddie |
|---|
| Correct. Yeah, that was the last check I gave him. Correct. |
| **[00:27:02.960] - Jamie Felsen** |
| Do you know if he's opened up any bank accounts using the IME legal rep's name? |
| **[00:27:10.080] - Eugene Liddie** |
| He wouldn't be able to do that. You didn't show my name, IME legal reps? No, he wouldn't be able to do that. |
| **[00:27:18.560] - Jamie Felsen** |
| So who's going to issue 1099s to all these customers of IME legal reps up through March 25? Is your accountant going to be issuing 1099s? |
| **[00:27:30.000] - Daniella Levi** |
| On behalf of... You mean the observers, not the client, the observers? Yeah. I mean, in February, you were supposed to be issuing 1099s. |
| **[00:27:45.040] - Eugene Liddie** |
| Yeah, he was paying them off the books. We got three years to do that. I will put my birthday to do that, I don't know. We got three years to do that. You know what I'm saying? If he was paying them off the books for my house. |
| **[00:27:54.560] - Daniella Levi** |
| No, but this year, in February, did you issue 1099s to the Observers for 2024? |
| **[00:28:01.040] - Eugene Liddie** |
| No. |
| **[00:28:04.560] - Daniella Levi** |
| Did you issue 1099s to the observers for 2023? |
| **[00:28:09.600] - Eugene Liddie** |
| Yes. |
| **[00:28:10.620] - Daniella Levi** |
| And to Jeff Beibin, did you issue a 1099 or a W2? |
| **[00:28:15.380] - Eugene Liddie** |
| 1099. |
| **[00:28:16.800] - Daniella Levi** |
| Okay. Can we get a copy of those 1099s that you issued in 2023? |
| **[00:28:28.160] - Eugene Liddie** |
| Yeah. I mean, I'll see. Okay. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| [00:28:33.260] - Daniella Levi |
|---|
| And are you saying that you can wait three years to issue 1099s? |

| [00:28:39.360] - Eugene Liddie |
|---|
| No, I'm saying I can wait three years before I file. |

| [00:28:43.740] - Daniella Levi |
|---|
| You waited three years for what? |

| [00:28:45.760] - Eugene Liddie |
|---|
| No, I can wait until three years to file, the IRS. |

| [00:28:50.260] - Daniella Levi |
|---|
| Okay. So, I'm just saying, so you're saying that that is legitimate? You can issue 1099 three years after the person got paid? I'm asking because I don't know the answer. |

| [00:29:03.970] - Eugene Liddie |
|---|
| But I'm saying, yeah, because if they're not going to file that year, yes. You don't have to file right away. You don't have to file the tax year. You have them until three years of like that. |

| [00:29:13.520] - Daniella Levi |
|---|
| So is your plan to issue 1099 to the observers for 2024? |

| [00:29:20.920] - Eugene Liddie |
|---|
| I don't even know who those observers were. Like I told you, I was done in July. |

| [00:29:27.500] - Daniella Levi |
|---|
| Right. So, are you going to issue a 1099 to Beibin for all the money that was collected from July to the end of the year, and that was cashed and given to him? |

| [00:29:38.140] - Eugene Liddie |
|---|
| According to Beibien, he wasn't even getting paid for that money. He was paying the observers. |

| [00:29:44.140] - Daniella Levi |
|---|
| Well, why would he do that? Why would he pay the observers and not take any money for himself? How do you know he paid the observers? Or how much he paid them? |

| [00:29:54.740] - Eugene Liddie |
|---|
| That's a great question for him. I don't know. |

| [00:29:57.700] - Daniella Levi |
|---|
| I mean, you're saying you cast all the checks that have come in, and you gave him the cash, right? You didn't give it to the observers. So, in essence, your 1099 should be just to him for all the monies that were collected from July first. And then he's got to do his own 1099 to the observer. I would think. I don't know. I'm not a tax specialist. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| |
|---|
| **[00:30:23.560] - Jamie Felsen** |
| What about the companies, like the law firms, that you guys did these observations of the IMEs, did they ever send you any tax documents? |
| **[00:30:37.080] - Eugene Liddie** |
| No, they haven't got anything. I put it in a previous year, yes, but not since... Not since July. |
| **[00:30:48.960] - Jamie Felsen** |
| So not since July of when? 2024? |
| **[00:30:53.900] - Eugene Liddie** |
| Not since July, yeah. Exactly. Yeah. |
| **[00:31:11.280] - Daniella Levi** |
| Okay. I don't have any additional questions myself. |
| **[00:31:16.040] - Jamie Felsen** |
| Yeah, so if you could just... If you could get us the invoices in those 1099s. |
| **[00:31:20.320] - Eugene Liddie** |
| The 1099, I'll try to get you what I can. Sorry. I'll try to get you what I can. |
| **[00:31:32.360] - Daniella Levi** |
| Okay. Eugene, I guess this is also a question for Karen, but if we reduce everything that we just talked about now into an affidavit, based on everything that you've said to us in today's meeting, would you be open to signing that affidavit? Of course, after your attorney has reviewed it. |
| **[00:31:53.620] - Karen Charrington** |
| I'd rather him not sign an affidavit. I mean, if you need information or testimony from him down the line, but signing an affidavit, I don't think I'd instruct him to start signing affidavits right now. |
| **[00:32:10.780] - Daniella Levi** |
| Well, we don't know if and when we would need his deposition testimony, and I'd rather not have to subject him to all of that. But I would only reduce an affidavit the things that he just now told us about, nothing else. So, when things are fresher in people's minds, it's just better to get it on paper and inked, is our feeling. |
| **[00:32:42.620] - Karen Charrington** |
| I mean, I'd have to take a look at it. If you draft it, I'd look at it. |
| **[00:32:46.540] - Daniella Levi** |
| Okay. Yeah, I would appreciate that. |
| **[00:32:49.500] - Carlos Roa** |
| And it's not like we would use it tomorrow. It's just in case we ever have to use it. |
| **[00:32:55.160] - Daniella Levi** |
| Down the road. Not against Eugene, clearly, but against the other people. |



212-581-8877
eval@parkeval.com
www.parkeval.com

| [00:33:00.640] - Emanuel Kataev |
| --- |
| Preserve it. |
| **[00:33:01.880] - Karen Charrington** |
| Right. Yeah. No, I hear you, but that's the only thing I just want to... |
| **[00:33:08.300] - Daniella Levi** |
| I mean, we're settled with you, Gene, and we don't anticipate that, so that's a change. |
| **[00:33:16.100] - Eugene Liddie** |
| Yeah, but the negative doubt…. |
| **[00:33:19.070] - Karen Charrington** |
| All right, Jean, let me...Yeah, we'll talk about that. But I'll look at it, but I'd have to just really think about that, to be honest with you. Okay. But I'll look at what you said. |
| **[00:33:28.140] - Daniella Levi** |
| Okay, that sounds fair. Okay, I think that's it for me. Emmanuel, Jamie, Carlos, any other… |
| **[00:33:28.140] - Emanuel Kataev** |
| I have nothing further. |
| **[00:33:42.770] - Carlos Roa** |
| I don't have anything. Neither do I. |
| **[00:33:45.230] - Karen Charrington** |
| Okay. Thanks so much. |
| **[00:33:46.810] - Daniella Levi** |
| Thank you. |
| **[00:33:47.330] - Carlos Roa** |
| We appreciate your time. Thank you, Karen. |
| **[00:33:48.480] - Karen Charrington** |
| All right. Have a good day. All right. Okay, bye. |
| **[00:33:51.410] - Eugene Liddie** |
| All right. |
| **[00:33:52.270] - Emanuel Kataev** |
| Any thoughts? Everyone left except us. |



February 2, 2026

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed   English   transcription (Park Case 26002877) was made under my personal supervision by a qualified translator who is flu ent in this language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original document. This document has not been transcribed for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator



February 2, 2026

## TRANSCRIPTION CERTIFICATION

I, Andrea Marchiaro, am fluent and competent in the    English language. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of  my knowledge and belief, the transcription accurately reflects the meaning and intention of the original audio. I am not a family member, friend, or business associate of anyone referenced  in this  transcription but  a  completely  disinterested third  party  with  no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original document.

Sincerely,

_____
Andrea Marchiaro

 Case Number: 26002877