# EXHIBIT D

# Electronic Articles of Organization For Florida Limited Liability Company

L25000272460
FILED 8:00 AM
June 11, 2025
Sec. Of State
kcostello

## Article I

The name of the Limited Liability Company is:

DIRECT IME SERVICES LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1733 WOODLARK WAY
WINTER GARDEN, NY. US  34787

The mailing address of the Limited Liability Company is:

5019 104TH ST
CORONA, NY.   11368

## Article III

The name and Florida street address of the registered agent is:

MARK  PURIFICATI
1733 WOODLARK WAY
WINTER GARDEN, FL.   34787

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARK PURIFICATI

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  AMBR
MARK  PURIFICATI
5019 104TH ST
CORONA, NY.   11368  US

L25000272460
FILED 8:00 AM
June 11, 2025
Sec. Of State
kcostello

## Article V

The effective date for this Limited Liability Company shall be:

06/10/2025

Signature of member or an authorized representative

Electronic Signature: MARK PURIFICATI

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.