```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 IME WATCHDOG, INC.,
```
                                 Case No.: 1:22-cv-1032 (PKC) (JRC)

                Plaintiff,

                              **DECLARATION OF SERVICE**

   -against-

```
SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and
IME MANAGEMENT & CONSULTING LLC,

                                     Defendants.
-----------------------------------------------------------------X
```

      Jamie S. Felsen, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am a member of Milman Labuda Law Group PLLC, counsel for the Plaintiff. On February 13, 2026, I caused the February 13, 2026 Order to Show Cause to be served on the following persons/entities Via Fed Ex, Email and ECF filing in in the United States District Court for the Southern District of New York, *IME Watchdog, Inc. v. Beiben, et al.*, No. 25-CV-10218 (VSB) (RFT):

- Safa Adulrahim Gelardi, Vito Gelardi, IME Companions LLC, 26118 Crosswood Trails Lane, Cypress, TX 77433, safagelardi@gmail.com, vitogelardi@gmail.com

- Direct IME Services LLC and Mark Purificati, 50-19 104th Street, Corona, NY 11368, markpurificati@yahoo.com, markpurifi@aol.com, markpurifi@aol.com

- Dave Segovia, 8521 Lefferts Blvd. Apt. D5 Kew Gardens, NY 11415, segoviadavid@me.com, segoviadavid@mac.com, david_segovia@yahoo.com, david_segovia2002@gmail.com

- Christian Hogarth, 7901 4th Avenue, Apt.F3, Brooklyn, NY 11209, christianhogarth@yahoo.com

- Jeff Beiben, 5826 83rd Place Middle Village, NY 11379, jeffelant@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026

                                                   */s/ Jamie S. Felsen*
                                                   Jamie S. Felsen