*** Filed ***
03:05 PM, 19 Feb, 2026
U.S.D.C., Eastern District of New York

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**IME Watchdog,**

**Plaintiff,**

**v.**

**Safa Gelardi and Vito Gelardi,**

**Defendants.**

-------------------------------------------------------x

Case No. 22-CV-1032

## DECLARATION OF MARK PURIFICATI

### I. Identity and Limited Role

1. I am over 18 years old and competent to make this declaration. I have personal knowledge of the facts stated herein and, if called a witness, I could and would testify truthfully and competently to them.

2. I am the sole member/owner and primary operator of Direct IME Services LLC ("Direct IME"). I manage Direct IME's day-to-day operations, including scheduling, invoicing, and arranging coverage. (See Ex. J.)

3. Direct IME is independently owned and operated. Safa Gelardi and Vito Gelardi have no ownership interest in Direct IME and no right to control its operations. They do not manage Direct IME's scheduling, invoicing, banking, staffing, or client communications.

4. I provide IME observer coverage services. My role is limited to observer coverage and related logistics, such as confirming appointment times and locations, and invoicing for the observer services provided.

5. I am not a named party in this action.

6. Direct IME is a Florida limited liability company organized for administrative and tax purposes. Direct IME's EIN and Florida LLC formation documents are attached as Exhibit J. (See Ex. J.)

7. For purposes of this declaration: "WD" means Plaintiff IME Watchdog; "WD Materials" means IME Watchdog's confidential/proprietary materials (including any customer lists or data); and "ECL" means the "Enjoined Customers List" referenced in the Court's Order.

8. Some payments in the exhibits are made payable to 'IME Services.' Those payments correspond to the IME observer services reflected in the accompanying invoices and were deposited as payment for my/Direct IME's work. (See Exs. G–I.)

9. Direct IME is a small business. During the relevant period, Direct IME has operated as a two-client business. The two clients are Zemsky & Salomon, P.C. and Bergman, Bergman, Fields & Lamonsoff, LLP ("BBFL"). These clients contacted me directly for IME observer coverage. (See, e.g., Exs. A–E).

10.    Most Direct IME work is performed by me personally. My fiancée, Tiffany Uribe, assists only on an as-needed basis when she is available. Tiffany is a licensed speech-language pathologist who provides pediatric therapy services, including children with special needs and families in underserved communities.

11.    Direct IME uses independent contractors intermittently only for coverage when I am away or otherwise unavailable.

12.    No Defendant directs, controls, supervises, or manages Direct IME's operations, scheduling, invoicing, staffing, or communications with clients.

## II. How Law Offices Keep Observer Contact Information

13. Based on my experience performing IME observer work, law offices commonly keep IME observer contact information for scheduling and logistics, including

 transmitting appointment details, confirming,  attendance, communicating time-and-location information, and coordinating day-of logistics.

14. In my experience, law offices may obtain and retain an observer's contact information through prior matters in which an observer was assigned by an IME observer company and the law office needed to communicate logistical details directly with the observer.

15. The communications I receive directly from law offices (including by text and email) are typically logistics-forward communications, such as appointment times, locations, and similar scheduling details. (See, e.g., Exs. A–E.)

## III. Chronology of April 2025 Assignments

16. This declaration addresses (a) the Zemsky & Salomon, P.C. IME observer assignment I performed on April 7, 2025 after a verbal request on April 4, 2025, and (b) the Bergman, Bergman, Fields & Lamonsoff, LLP ("BBFL") IME observer assignment I performed on April 14, 2025 after contact on April 11, 2025, as reflected in the attached correspondence, invoice, and payment records. A brief timeline summary is attached as Exhibit K. (See Ex. K.)

17. April 4, 2025: A representative from Zemsky & Salomon, P.C. called me and asked whether I was accepting IME observer work. I told her I was available as an independent contractor. During that call, she verbally requested that I provide IME observer coverage for an IME scheduled for April 7, 2025.

18. April 7, 2025: I performed the April 7 IME observer assignment described above. An invoice reflecting that April 7, 2025, IME is attached. (See Ex. F.) Any identifying client information may be submitted under seal and/or in redacted form.

19. April 11, 2025: A BBFL representative contacted me by phone regarding IME observer coverage for an IME scheduled for April 14, 2025, and then followed up by email stating "Thank you for taking my call," providing the appointment logistics and requesting confirmation. I replied confirming my availability for April 14, 2025, and BBFL responded "Thank you." (See Ex. A.)

20. April 14, 2025: I performed the BBFL IME observer assignment scheduled for April 14, 2025. (See Ex. A.)

21. Copies of deposited checks reflecting payment for the referenced invoices are attached as Exhibits G–I (See Exs. G–I.)

22. Additional ordinary course records reflect that Zemsky & Salomon, P.C. continued to send me appointment logistics by text message and that I issued invoices reflecting IME dates in April 2025, including April 24, 2025, and April 30, 2025. (See Exs. C–E.)

23. I have no personal knowledge of what other observers (if any) these law offices may have contacted for any assignment. I can only testify to the communications and assignments directed to me.

**IV. No Solicitation / No Marketing / No Website**

24. I do not solicit business for Direct IME. Direct IME does not advertise and does not maintain a website.

25. The assignments described in Section III above were initiated by inbound contact from law offices seeking IME observer coverage and were followed by logistics-only communications such as texts and emails providing appointment details and requesting confirmations. (See Exs. A–E.)

**V. No WD Materials / No ECL / No Ability to Target**

26. I have never received WD Materials from any person or entity. I have never been provided WD Materials, I have never requested WD Materials, and I have never used WD Materials.

27. I have never received the ECL. I do not know what names, entities, or customers are on the ECL, and I do not have the ECL in my possession, custody, or control.

28. I do not possess WD Materials or the ECL in any form (paper, electronic, email, text, cloud storage, or otherwise).

29. Because I have never received the ECL and do not know its contents, I have no ability to identify whether any person or entity is included on it.

30. I do not possess and have never possessed WD Materials or the ECL; therefore, expedited discovery or forensic examination directed at me would not produce WD Materials or the ECL.

31. At no time have I sought, requested, accessed, received, possessed, or used any WD Materials.

32. Direct IME's ordinary-course business records, including invoices, confirmations, and deposited checks, reflect Direct IME's independently developed client relationships and operations and are not derived from any WD Materials. (See, e.g., Exs. A–I,)

## VI. Clarifications to Prevent Misinterpretation

33. Safa Gelardi and Vito Gelardi do not direct or control my IME observer work, or Direct IME's operations, including client intake, scheduling, invoicing, banking, or any communications with law offices. They have not provided me with WD materials, the ECL, or any information from either.

34. I have never received the ECL and do not know what names or entities it contains.

35. The exhibits may contain sensitive information (including client identifiers and appointment details). Any such information may be submitted under seal and/or in redacted form as appropriate.

## VII. Verification (28 U.S.C. § 1746)

36. Direct IME Services LLC does business under the trade name IME Services. In 2025, I used the name 'IME Services' and the email address directimeservices@gmail.com in the ordinary course for scheduling and invoicing. (See Exs. A–H.)

37. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

These exhibits are offered to show when I first began receiving inbound observer requests from Zemsky & Salomon and BBFL, as reflected in the ordinary-course correspondence, invoice, and payment records attached.

Executed on February 18, 2026.

*Mark Purificati*
_____

Mark Purificati

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

IME Watchdog,

Plaintiff,

v.

Safa Gelardi and Vito Gelardi

Defendant(s).

--------------------------------------------------------x

Case No. 22-CV-1032

# DECLARATION OF TIFFANY URIBE

1. Personal Knowledge. I am over 18 years old and competent to make this declaration. I have personal knowledge of the facts stated herein and, if called a witness, I could and would testify truthfully and competently to them.

2. My Occupation and Relationship to Mark / Direct IME. I am a licensed pediatric speech pathologist. I am the fiancée of Mark Purificati. Mark is the sole member/owner

and primary operator of Direct IME Services LLC ("Direct IME"). I am not an owner of Direct IME.

3. Defined Terms. For purposes of this declaration: (a) "WD" refers to [the person/entity identified in this action as WD]; (b) "WD Materials" means any WD customer lists, databases, contact information, marketing lists, templates, forms, documents, files, data, pricing information, training materials, or other proprietary/confidential materials belonging to or associated with WD; and (c) "ECL" means the "Enjoined Customers List" referenced in the Court's Order.

4. Non-Party Status. I am not a named party in this action.

5. Order Provisions Affecting Non-Parties. I understand the Court's Order identifies certain persons/entities as "Non-Parties" and includes temporary restraints pending a hearing, including restraining "serving customers on the ECL," restraining "continuing to operate Direct or any other IME company," and permitting Plaintiff to conduct discovery "on an expedited basis" against "Defendants" and "the Non-Parties."

6. No Ownership or Management Role. I am not an owner, officer, or manager of Direct IME. I do not make business decisions for Direct IME and do not manage contractors or client relationships.

7. My Limited Assistance to Direct IME. When my schedule permits, I provide limited, as-needed assistance to Mark/Direct IME, including occasionally serving as the IME observer on assignments. My assistance is intermittent and depends on my availability. My primary occupation is as a licensed pediatric speech-language pathologist.

8. On May 28, 2025, I personally served as the IME observer on a Direct IME assignment.

9. No WD Materials—Never Received or Used. I have never received any WD Materials from any person or entity. I have never been provided WD Materials, and I have never requested WD Materials. I have never used WD Materials.

10. No ECL—Never Received; No Knowledge of Contents. I have never received the ECL. I do not know what names, entities, or customers are on the ECL. I do not have the ECL in my possession, custody, or control.

11. No Advertising / No Solicitation / No Website Activities. I do not advertise for Direct IME. I do not solicit business for Direct IME. I do not operate any website for Direct IME.

12. Limited Communications With Safa. Any communications I have had with Safa Gelardi were brief and personal in nature and did not involve WD Materials, the ECL, or direction of Direct IME's work.

13. No WD/ECL in Any Form. I do not possess WD Materials or the ECL in any form (paper, electronic, email, text, cloud storage, or otherwise).

14. Expedited Discovery Would Not Produce WD Materials. The Order permits expedited discovery against non-parties. To be clear: I do not possess WD Materials and never have. I do not possess the ECL and never have. Accordingly, expedited discovery directed at me would not produce WD Materials or the ECL because I have never had them.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on February 18, 2026

*Tiffany Uribe*
_____

Tiffany Uribe

# EXHIBIT A

 **Gmail**

**Mark Purificati <directimeservices@gmail.com>**

---

## █████████████ v. 3712 Junction Blvd Assoc., et al

4 messages

---

███████████ <████@selectattorney.com>                                    Fri, Apr 11, 2025 at 3:52 PM
To: "Directimeservices@gmail.com" <Directimeservices@gmail.com>

Hi Mark,Thank you for taking my call. We are requesting IME observer coverage for the appointment below. Please reply to confirm whether you are available

Please have your IME rep contact the client prior to her IME on monday after they review the attached BP.  Please call her at ████████.  please confirm this email and appearance with a reply .

| DATE AND TIME: | April 14, 2025 at 12:00 PM |
|---|---|
| DOCTOR: | Eric Freeman, Orthopedist |
| LOCATION: | 24711 Union Turnpike<br>Bellerose, NY 11426 |

📄 **4.14.25 LIAB IME LETTER (Dr, Eric Freeman, Ortho).docx**
92K

---

**Mark Purificati <directimeservices@gmail.com>**                         Fri, Apr 11, 2025 at 3:55 PM
To: ████████████ <████@selectattorney.com>

Hello ████,

Confirming IME appointment for 4/14/25

With Gratitude,
Mark P
[Quoted text hidden]

---

████████ ████@selectattorney.com>                                        Fri, Apr 11, 2025 at 3:56 PM
To: Mark Purificati <directimeservices@gmail.com>

Thank you

**Best regards,**

█████████████, **Paralegal**



BERGMAN BERGMAN
FIELDS & LAMONSOFF. LLP
ATTORNEYS AT LAW

801 S. Broadway

Hicksville, New York 11801

**Phone: (516) 739-2220 / (718) 275-3300**

**Fax: (516) 741-1082**

-------------------------------------------------------------------------------------------------

This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments.

[Quoted text hidden]

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

████████████  **4-14-25 Report & Invoice**
1 message

**Mark Purificati** <directimeservices@gmail.com>                    Thu, May 29, 2025 at 12:33 PM
To: ████████████  <██████@selectattorney.com>

Attached is the report & invoice for Thalia Hernandez.

With Gratitude,
Mark P.

---

**2 attachments**

 **Invoice 0314.pdf**
43K

 **4-14-25 IME Report .pdf**
116K

# EXHIBIT B

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

## Alfaro Nunez, Maria v. Kre Broadway Owner, et al
2 messages

████████████ ████████@selectattorney.com>                    Wed, Jun 4, 2025 at 8:30 AM
To: "directimeservices@gmail.com" <directimeservices@gmail.com>
Cc: ████████ <████████l@selectattorney.com>, ████████ <████████@selectattorney.com>


Mark, I need a Spanish speaking rep for tomorrow as follows:

| | |
|---|---|
| DATE AND TIME: | June 5, 2025 at 1:00 PM |
| DOCTOR: | Jeffrey Richmond, MD |
| LOCATION: | 600 Northern Boulevard. Ste. 300 Great Neck, NY 11021 |

I have attached a copy of the BP and Supp BP for your reps review.  Please have the assigned rep contact our client once they are done reviewing the attached BPS.  She can be reached at (516) 532-1352.  Please confirm this appreance amd email with a reply


**Best regards,**
████████████**, Paralegal**

801 S. Broadway
Hicksville, New York 11801
**Phone: (516) 739-2220 / (718) 275-3300**
**Fax: (516) 741-1082**
------------------------------------------------------------------------------------------------
This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments.

---

**2 attachments**

📄 **Alfaro-Nunez - Pltf's 5-26-21 BP-60521.pdf**
    286K

📄 **SUPP BP - injuries 4.doc**
    81K

---

**Mark Purificati <directimeservices@gmail.com>**                    Wed, Jun 4, 2025 at 8:33 AM
To: ████████████ o <████████@selectattorney.com>

Hello and Good morning !

Confirming Spanish speaking rep Great Neck tmrw 1pm

With Gratitude,
Mark P.

> On Jun 4, 2025, at 9:30 AM, ▇▇▇▇▇▇ ▇▇▇▇ @selectattorney.com> wrote:

[Quoted text hidden]
<Alfaro-Nunez - Pltf's 5-26-21 BP-60521.pdf>
<SUPP BP - injuries 4.doc>

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

# Maria Alfaro Nunez Report and Invoice 6-5-25
1 message

**Mark Purificati** <directimeservices@gmail.com>                    Wed, Jun 18, 2025 at 2:45 PM
To: ▇▇▇▇▇▇ <▇▇▇▇@selectattorney.com>

Hello ▇▇▇,

Attached is the report and invoice for Maria Alfaro Nunez.

With Gratitude,
Mark P.

---

**2 attachments**

 **Invoice 0325.pdf**
44K

 **Maria Alfaro Nunez IME Report 6-5-25.pdf**
166K

**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com



# INVOICE #0325

ISSUED:  6/9/25

**BILL TO:**

Bergman, Bergman, Fields & Lamonsoff
801 South Broadway, Hicksville, NY 11801
516-739-2220

| Description | Date | Doctor/Specialty | Qty | Amount |
|---|---|---|---|---|
| Maria Alfaro Nunez - 1 Hour Outside NYC | 6/5/25 | Dr. Jeffrey Richmond | 1 | ███ |

**Total:** ███

# THANK YOU FOR YOUR BUSINESS!

# EXHIBIT C





**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com

**INVOICE #0829**

ISSUED: 06/01/2025

**BILL TO:**

▇▇▇▇▇▇▇▇
Zemsky & Salomon P.C.
33 Front Street, Suite 207 Hempstead, NY, 11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| Emily Persuad - 1 Hour | 5/28/2025 | Dr. William Walsh | ▇▇▇▇ |
| | | **Total:** | ▇▇▇▇ |

## THANK YOU FOR YOUR BUSINESS!

# EXHIBIT D



**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com



**INVOICE #0828**

ISSUED: 05/01/2025

**BILL TO:**

Zemsky & Salomon P.C.

33 Front Street, Suite 207 Hempstead, NY,    11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| Quiana Woodbury - 1 Hour | 4/24/2025 | Dr. Dorothy Scarpinato | ▉ |

**Total:** ▉

## THANK YOU FOR YOUR BUSINESS!

# EXHIBIT E



1 Reply

Joseph Rajkumar LIAB ORTHO IME PE @ 12:15 PM
Wednesday, April 30 · 12:15 – 12:30pm

Howard Kiernan | Orthopedist
86-11 Lefferts Boulevard, LL, Richmond
HIII, NY 11418

1 Reply

**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com



**INVOICE #0832**

ISSUED: 05/02/2025

**BILL TO:**

███████

Zemsky & Salomon P.C.

33 Front Street, Suite 207 Hempstead, NY,   11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| Joseph Rajikumar- 1 Hour | 4/30/2025 | Dr. Howard Kiernan | ██████ |

**Total:**  ██████

# THANK YOU FOR YOUR BUSINESS!

# EXHIBIT F

**IME Services**

50-19 104 Street,

Corona, NY, 11368

(929) 575-1579

directimeservices@gmail.com



**INVOICE #0820**

ISSUED: 06/01/2025

**BILL TO:**

██████

Zemsky & Salomon P.C.

33 Front Street, Suite 207 Hempstead, NY,  11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| ████ - 2.5 Hours | 4/7/2025 | Dr. Alexander Bardey | ███ |
| | | **Total:** | ███ |

**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT G



ZEMSKY & SALOMON, P.C.
33 FRONT ST STE 207
HEMPSTEAD, NY 11550

CHASE ◻
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

19010

07/30/2025

PAY TO THE
ORDER OF    IME SERVICES

██████████

Two thousand four hundred forty-five and 00/100********************************************************    DOLLARS

IME SERVICES
50-19 104 Street
Corona, NY  11368

AUTHORIZED SIGNATURE

MEMO

INVOICE #0830

⑆019010⑆ ⑈021000021⑈    ██████████



# EXHIBIT H

Image Details

Front | Back



BERGMAN BERGMAN FIELDS
& LAMONSOFF, LLP
601 S. BROADWAY
HICKSVILLE, NY 11801
(516) 739-2220

ESQUIRE

29342

50-7306/260

8/22/2025

PAY TO THE
ORDER OF     IME Services

One Thousand Sixty-Five and 00/100••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

DOLLARS

IME Services
50-19 104 Street
Corona, NY 11368

MEMO
#332 - #335

AUTHORIZED SIGNATURE

�011029342�011 �014026073066�014



For Deposit Only - JPM

# EXHIBIT I

‹                                   CHECK 2 OF 2                            Front | Back



18636

**ZEMSKY & SALOMON, P.C.**
33 FRONT ST STE 207
HEMPSTEAD, NY 11550

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

05/14/2025

PAY TO THE
ORDER OF
     IME SERVICES

Three thousand six hundred five and 00/100********************************************************** DOLLARS

IME SERVICES
50-19 104 Street
Corona, NY 11368

MEMO                                         AUTHORIZED SIGNATURE

invoice #0828
⑈0 ⑆8636⑈ ⑆:02⑆0000 2 ⑆:

1/1

CHECK 2 OF 2

Front | **Back**

# EXHIBIT J

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH   45999-0023

Date of this notice:  06-19-2025

Employer Identification Number:

███████████

Form:  SS-4

Number of this notice:  CP 575 G

DIRECT IME SERVICES LLC
MARK PURIFICATI SOLE MBR
5019 104TH ST
CORONA, NY  11368

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 39-2783157.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

(IRS USE ONLY)    575G                06-19-2025  DIRE  O  9999999999  SS-4

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only
  one time and the IRS will not be able to generate a duplicate copy for you. You
  may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all
  your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is DIRE.  You will need to provide this
information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer
Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by
visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM
(800-829-3676).

If you have questions about your EIN, you can contact us at the phone number
or address listed at the top of this notice. If you write, please tear off the
stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

                        Keep this part for your records.        CP 575 G (Rev. 7-2007)

--------------------------------------------------------------------------------

   Return this part with any correspondence
   so we may identify your account.  Please                            CP 575 G
   correct any errors in your name or address.

                                                                    9999999999

   Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  06-19-2025
   (      )    -                             EMPLOYER IDENTIFICATION NUMBER: ████████
   _____    _____    FORM:  SS-4              NOBOD

   INTERNAL REVENUE SERVICE                  DIRECT IME SERVICES LLC
   CINCINNATI  OH   45999-0023               MARK PURIFICATI SOLE MBR
   |..|.||..|.|.|.||..|..||.|..||.|.|..|||   5019 104TH ST
                                             CORONA, NY  11368

# Electronic Articles of Organization For
# Florida Limited Liability Company

L25000272460
FILED 8:00 AM
June 11, 2025
Sec. Of State
kcostello

## Article I

The name of the Limited Liability Company is:

DIRECT IME SERVICES LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1733 WOODLARK WAY
WINTER GARDEN, NY. US  34787

The mailing address of the Limited Liability Company is:

5019 104TH ST
CORONA, NY.   11368

## Article III

The name and Florida street address of the registered agent is:

MARK  PURIFICATI
1733 WOODLARK WAY
WINTER GARDEN, FL.  34787

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARK PURIFICATI

## Article IV

The name and address of person(s) authorized to manage LLC:

**L25000272460**
**FILED 8:00 AM**
**June 11, 2025**
**Sec. Of State**
**kcostello**

Title:  AMBR
MARK  PURIFICATI
5019 104TH ST
CORONA, NY.   11368  US

## Article V

The effective date for this Limited Liability Company shall be:

06/10/2025

Signature of member or an authorized representative

Electronic Signature: MARK PURIFICATI

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# EXHIBIT K

**EXHIBIT K**

**TIMELINE SUMMARY (APRIL–AUGUST 2025)**

• April 4, 2025: Zemsky & Salomon, P.C. contacts Direct IME/Mark Purificati by phone and requests IME observer coverage for April 7, 2025.

• April 7, 2025: IME observer coverage performed.

• April 11, 2025: BBFL contacts Direct IME/Mark Purificati and requests IME observer coverage for April 14, 2025; appointment logistics are transmitted and confirmation is exchanged in writing.

• April 14, 2025: IME observer coverage performed.

• April 24, 2025: IME observer coverage performed.

• April 30, 2025: IME observer coverage performed.

• May 28, 2025: IME observer coverage performed (by Direct IME based on availability).

• May 14, 2025: Payment received and deposited. (See Ex. I.)

• July 30, 2025: Payment received and deposited. (See Ex. G.)

• August 22, 2025: Payment received and deposited. (See Ex. H.)