# EXHIBIT A

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

## ███████████ v. 3712 Junction Blvd Assoc., et al
4 messages

---

███████████ <█████@selectattorney.com>                              Fri, Apr 11, 2025 at 3:52 PM
To: "Directimeservices@gmail.com" <Directimeservices@gmail.com>

Hi Mark,Thank you for taking my call. We are requesting IME observer coverage for the appointment below. Please
reply to confirm whether you are available

Please have your IME rep contact the client prior to her IME on monday after they review the attached BP.  Please call
her at █████████ .  please confirm this email and appearance with a reply .

| | |
|---|---|
| DATE AND TIME: | April 14, 2025 at 12:00 PM |
| DOCTOR: | Eric Freeman, Orthopedist |
| LOCATION: | 24711 Union Turnpike<br>Bellerose, NY 11426 |

📄 **4.14.25 LIAB IME LETTER (Dr, Eric Freeman, Ortho).docx**
92K

---

**Mark Purificati <directimeservices@gmail.com>**                    Fri, Apr 11, 2025 at 3:55 PM
To: █████████ <█████@selectattorney.com>

Hello ██████,

Confirming IME appointment for 4/14/25

With Gratitude,
Mark P
[Quoted text hidden]

---

███████████ █████@selectattorney.com>                              Fri, Apr 11, 2025 at 3:56 PM
To: Mark Purificati <directimeservices@gmail.com>

Thank you

**Best regards,**

██████████████ **, Paralegal**



801 S. Broadway

Hicksville, New York 11801

**Phone: (516) 739-2220 / (718) 275-3300**

**Fax: (516) 741-1082**

-------------------------------------------------------------------------------------------------

This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments.

[Quoted text hidden]

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

███████████  **4-14-25 Report & Invoice**
1 message

**Mark Purificati** <directimeservices@gmail.com>                    Thu, May 29, 2025 at 12:33 PM
To: ███████████ <██████@selectattorney.com>

Attached is the report & invoice for Thalia Hernandez.

With Gratitude,
Mark P.

---

**2 attachments**

 **Invoice 0314.pdf**
43K

 **4-14-25 IME Report .pdf**
116K

# EXHIBIT B

2/19/26, 9:52 AM
Case 1:22-cv-01032-PKC-JRC    Document 626-2    Filed 02/19/26    Page 6 of 36 PageID
Gmail - Alfaro Nunez, Maria v. Kre Broadway Owner, et al
#: 12378

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

## Alfaro Nunez, Maria v. Kre Broadway Owner, et al
2 messages

██████████ █████ @selectattorney.com>                     Wed, Jun 4, 2025 at 8:30 AM
To: "directimeservices@gmail.com" <directimeservices@gmail.com>
Cc: ██████ <████l@selectattorney.com>, ████████ <██████ @selectattorney.com>


Mark, I need a Spanish speaking rep for tomorrow as follows:

DATE AND TIME:        June 5, 2025 at 1:00 PM

DOCTOR:               Jeffrey Richmond, MD

LOCATION:             600 Northern Boulevard. Ste. 300 Great Neck, NY 11021

I have attached a copy of the BP and Supp BP for your reps review.  Please have the assigned rep contact our client once they are done reviewing the attached BPS.  She can be reached at (516) 532-1352.  Please confirm this appreance amd email with a reply


**Best regards,**
██████████████ **, Paralegal**



801 S. Broadway
Hicksville, New York 11801
**Phone: (516) 739-2220 / (718) 275-3300**
**Fax: (516) 741-1082**
----------------------------------------------------------------------------------------------------
This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments.

---

**2 attachments**

📄 **Alfaro-Nunez - Pltf's 5-26-21 BP-60521.pdf**
286K

📄 **SUPP BP - injuries 4.doc**
81K

---

**Mark Purificati <directimeservices@gmail.com>**                     Wed, Jun 4, 2025 at 8:33 AM
To: ████████████ o <██████ @selectattorney.com>

Hello and Good morning !

Confirming Spanish speaking rep Great Neck tmrw 1pm

2/19/26, 9:52 AM
Case 1:22-cv-01032-PKC-JRC    Document 626-2    Filed 02/19/26    Page 7 of 36 PageID
#: 12379
Gmail - Alfaro Nunez, Maria v. 110 Broadway Owner, et al

With Gratitude,
Mark P.

> On Jun 4, 2025, at 9:30 AM, ████████ ████████ @selectattorney.com> wrote:

[Quoted text hidden]

<Alfaro-Nunez - Pltf's 5-26-21 BP-60521.pdf>
<SUPP BP - injuries 4.doc>

 Gmail

**Mark Purificati <directimeservices@gmail.com>**

---

## Maria Alfaro Nunez Report and Invoice 6-5-25
1 message

---

**Mark Purificati** <directimeservices@gmail.com>                    Wed, Jun 18, 2025 at 2:45 PM
To:  <████@selectattorney.com>

Hello ████,

Attached is the report and invoice for Maria Alfaro Nunez.

With Gratitude,
Mark P.

---

**2 attachments**

 **Invoice 0325.pdf**
44K

 **Maria Alfaro Nunez IME Report 6-5-25.pdf**
166K

**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com



# INVOICE #0325

ISSUED:  6/9/25

**BILL TO:**

Bergman, Bergman, Fields & Lamonsoff
801 South Broadway, Hicksville, NY 11801
516-739-2220

| Description | Date | Doctor/Specialty | Qty | Amount |
|---|---|---|---|---|
| Maria Alfaro Nunez - 1 Hour Outside NYC | 6/5/25 | Dr. Jeffrey Richmond | 1 | ██ |

**Total:** ██

# THANK YOU FOR YOUR BUSINESS!

# EXHIBIT C



**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com



**INVOICE #0829**

ISSUED: 06/01/2025

**BILL TO:**

███████████████

Zemsky & Salomon P.C.

33 Front Street, Suite 207 Hempstead, NY,  11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| Emily Persuad – 1 Hour | 5/28/2025 | Dr. William Walsh | ████ |

**Total:** ████

# THANK YOU FOR YOUR BUSINESS!

# EXHIBIT D





**IME Services**

50-19 104 Street,

Corona, NY, 11368

(929) 575-1579

directimeservices@gmail.com

**INVOICE #0828**

ISSUED: 05/01/2025

**BILL TO:**

▪▪▪▪▪▪

Zemsky & Salomon P.C.

33 Front Street, Suite 207 Hempstead, NY,   11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| Quiana Woodbury - 1 Hour | 4/24/2025 | Dr. Dorothy Scarpinato | ▉▉▉ |

**Total:** ▉▉▉

# THANK YOU FOR YOUR BUSINESS!

# EXHIBIT E



1 Reply

Joseph Rajkumar LIAB ORTHO IME PE @ 12:15 PM
Wednesday, April 30 · 12:15 – 12:30pm

Howard Kiernan | Orthopedist
86-11 Lefferts Boulevard, LL, Richmond HIll, NY 11418

1 Reply

**IME Services**

50-19 104 Street,
Corona, NY, 11368
(929) 575-1579
directimeservices@gmail.com



**INVOICE #0832**

ISSUED: 05/02/2025

**BILL TO:**

██████████

Zemsky & Salomon P.C.
33 Front Street, Suite 207 Hempstead, NY,   11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| Joseph Rajikumar- 1 Hour | 4/30/2025 | Dr. Howard Kiernan | ████ |

**Total:** ████

# THANK YOU FOR YOUR BUSINESS!

# EXHIBIT F



**IME Services**

50-19 104 Street,

Corona, NY, 11368

(929) 575-1579

directimeservices@gmail.com

**INVOICE #0820**

ISSUED: 06/01/2025

**BILL TO:**

███

Zemsky & Salomon P.C.

33 Front Street, Suite 207 Hempstead, NY,  11550

| Description | Date | Doctor/Specialty | Amount |
|---|---|---|---|
| ███ - 2.5 Hours | 4/7/2025 | Dr. Alexander Bardey | ███ |
| | | **Total:** | ███ |

**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT G



**ZEMSKY & SALOMON, P.C.**
33 FRONT ST STE 207
HEMPSTEAD, NY 11550

19010

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

07/30/2025

PAY TO THE
ORDER OF     IME SERVICES

Two thousand four hundred forty-five and 00/100************************************************************    DOLLARS

IME SERVICES
50-19 104 Street
Corona, NY  11368

MEMO

AUTHORIZED SIGNATURE

INVOICE #0830

⑈0 190 10⑈  ⑆0 2 10000 2 1⑈



# EXHIBIT H

Image Details

Front | Back



**BERGMAN BERGMAN FIELDS & LAMONSOFF, LLP**
801 S. BROADWAY
HICKSVILLE, NY 11801
(516) 739-2220

ESQUIRE

50-7306/260

29342

8/22/2025

PAY TO THE ORDER OF    IME Services

One Thousand Sixty-Five and 00/100**************************************************************    DOLLARS

IME Services
50-19 104 Street
Corona, NY 11368

MEMO    #332 - #335

AUTHORIZED SIGNATURE

⑈029342⑈ ⑈260730668⑈

Image Details

Front | Back



# EXHIBIT I



18636

**ZEMSKY & SALOMON, P.C.**
33 FRONT ST STE 207
HEMPSTEAD, NY 11550

**CHASE O**
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

05/14/2025

PAY TO THE
ORDER OF
IME SERVICES

Three thousand six hundred five and 00/100••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••  DOLLARS

IME SERVICES
50-19 104 Street
Corona, NY 11368

MEMO

AUTHORIZED SIGNATURE

invoice #0828
⑈0 ⅃8636⑈  ⅃0 2 ⅃0000 2 ⅃⑈

1/1

CHECK 2 OF 2

Front | Back

# EXHIBIT J

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH   45999-0023

Date of this notice:  06-19-2025

Employer Identification Number:

█████████

Form:  SS-4

Number of this notice:  CP 575 G

DIRECT IME SERVICES LLC
MARK PURIFICATI SOLE MBR
5019 104TH ST
CORONA, NY  11368

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


                WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

      Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 39-2783157.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

      Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

      When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

      A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

      To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

(IRS USE ONLY)    575G                06-19-2025  DIRE  O  9999999999  SS-4

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is DIRE.  You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

                    Keep this part for your records.        CP 575 G (Rev. 7-2007)

--------------------------------------------------------------------------------

    Return this part with any correspondence
    so we may identify your account.  Please                        CP 575 G
    correct any errors in your name or address.

                                                                9999999999

    Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  06-19-2025
    (      )    -                             EMPLOYER IDENTIFICATION NUMBER:
    _____  _____  FORM:  SS-4              NOBOD

    INTERNAL REVENUE SERVICE                  DIRECT IME SERVICES LLC
    CINCINNATI  OH   45999-0023               MARK PURIFICATI SOLE MBR
    [barcode]                                 5019 104TH ST
                                              CORONA, NY  11368

# Electronic Articles of Organization For
# Florida Limited Liability Company

L25000272460
FILED 8:00 AM
June 11, 2025
Sec. Of State
kcostello

## Article I

The name of the Limited Liability Company is:

DIRECT IME SERVICES LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1733 WOODLARK WAY
WINTER GARDEN, NY. US  34787

The mailing address of the Limited Liability Company is:

5019 104TH ST
CORONA, NY.   11368

## Article III

The name and Florida street address of the registered agent is:

MARK  PURIFICATI
1733 WOODLARK WAY
WINTER GARDEN, FL.  34787

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARK PURIFICATI

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  AMBR
MARK  PURIFICATI
5019 104TH ST
CORONA, NY.   11368  US

**L25000272460**
**FILED 8:00 AM**
**June 11, 2025**
**Sec. Of State**
**kcostello**

## Article V

The effective date for this Limited Liability Company shall be:

06/10/2025

### Signature of member or an authorized representative

Electronic Signature: MARK PURIFICATI

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# EXHIBIT K

**EXHIBIT K**

**TIMELINE SUMMARY (APRIL–AUGUST 2025)**

• April 4, 2025: Zemsky & Salomon, P.C. contacts Direct IME/Mark Purificati by phone and requests IME observer coverage for April 7, 2025.

• April 7, 2025: IME observer coverage performed.

• April 11, 2025: BBFL contacts Direct IME/Mark Purificati and requests IME observer coverage for April 14, 2025; appointment logistics are transmitted and confirmation is exchanged in writing.

• April 14, 2025: IME observer coverage performed.

• April 24, 2025: IME observer coverage performed.

• April 30, 2025: IME observer coverage performed.

• May 28, 2025: IME observer coverage performed (by Direct IME based on availability).

• May 14, 2025: Payment received and deposited. (See Ex. I.)

• July 30, 2025: Payment received and deposited. (See Ex. G.)

• August 22, 2025: Payment received and deposited. (See Ex. H.)