UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IME WATCHDOG, INC., Plaintiff,
v.
SAFA ABDULRAHIM GELARDI and VITO GELARDI, Defendants.

Case No. 22-CV-1032 (PKC) (JRC)

# DEFENDANT SAFA GELARDI'S REPLY IN SUPPORT OF SUPERVISED REMOTE APPEARANCE

Your Honor,

I am not asking to avoid this proceeding. I am asking to participate in it in a way that allows me to answer your questions directly, under oath, while preserving my responsibilities and financial reality.

I understand the seriousness of this matter. I understand the Court's authority. I am prepared to answer every question fully and honestly.

The non-party declarations now on the docket (Dkt. 626) confirm what I have consistently stated: I do not own, control, manage, or direct Direct IME. I did not form it. I do not operate it. I have nothing to do with its management or decision-making. I respectfully stand by that under oath.

I am a working mother and the primary caregiver of my minor children. I do not have the financial ability to fund emergency interstate travel. The airfare alone is several hundred dollars, excluding lodging and transportation. Missing work places my job at risk. March 3 also falls during Ramadan, which I am observing.

I am not requesting adjournment. I am requesting permission to appear remotely under strict safeguards so that the Court maintains full control.

If permitted to appear remotely, I will:

- Appear from a monitored location such as a federal courthouse in Texas (or another location the Court directs);

- Present identification if requested;

- Remain on camera at all times;

- Have no documents, phone, or other devices unless permitted by the Court;

- Be sworn under oath;

- Comply with any additional safeguards the Court requires.

I am not trying to relitigate prior proceedings. I am asking the Court to evaluate the current record, including Dkt. 626, and allow me to answer the Court's questions directly by supervised video.

I respectfully submit that I have complied with the Court's orders. I respectfully believe I should not be held in contempt. I am ready to answer any question the Court has.

I am asking for a practical accommodation, not leniency. I want this matter addressed properly and conclusively.

Respectfully submitted,

Safa Gelardi (Pro Se)
Vito Gelardi (Pro Se)