UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                            Plaintiff,

        -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                            Defendants.
------------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**SUPPLEMENTAL DECLARATION OF EMANUEL KATAEV, ESQ. IN FURTHER OPPOSITION TO DEFENDANTS' REQUEST TO APPEAR REMOTELY**

        Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.     I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for the Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog") in this case.

        2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

        3.     I had an opportunity to review Defendants' Safa Gelardi ("Safa") and Vito Gelardi ("Vito") reply papers in further support of their request to appear remotely.

        4.     There, Safa and Vito plead poverty and claim that they cannot afford to travel to New York for the hearing.

        5.     Out of curiosity, I took a look at Vito's Facebook page, in which all of his social media posts are public, and was shocked to learn that on February 14, 2026, Vito was in Disney World in Orlando, Florida with Safa (who I overheard based on her distinct voice) and his children, as well as Jeff Beiben (who I observed wearing a red cap in the video)

6. A true and accurate copy of a screenshot of the post with the profile owner (Vito) and the date and time (February 14, 2026 at 9:14 AM) emphasized in red circles, for the Court's ease of review, is annexed hereto as **Exhibit "A;"** see also https://www.facebook.com/vito.gelardi (last accessed February 24, 2026).

7. I was also able to obtain an independent link to permit this Court to view and observe the video. See https://www.dropbox.com/scl/fi/htoplhbcznhkbzrdblgnf/VitoOrlando.mp4?rlkey=3saz61ebwlk05hbqmwnni9y88&e=1&dl=0 (last accessed February 24, 2026).

8. This information, which was previously unavailable to Plaintiff, is directly relevant to the question presented by Defendants' pending motion for several reasons.

9. First, Defendants' repeated pleas of poverty should fall on deaf ears, as it is quite expensive to go to Disney World. See All Magic Has a Price: NYT Releases Bombshell Report on Disney, https://insidethemagic.net/2025/08/all-magic-has-a-price-nyt-releases-bombshell-report-on-disney-em1/ (last accessed February 24, 2026).

10. Second, Safa previously reported that she and Vito were in the process of divorcing, but appear to be on vacation together with their children and extended family, demonstrating that Defendants will say whatever it takes to tug at this Court's heartstrings knowing full well that they are lying through their teeth.

11. Based on the foregoing evidence of Defendants' continued lavish lifestyle despite their claims of poverty, their pleas should be rejected.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026.

                                           */s/ Emanuel Kataev, Esq.*
                                           Emanuel Kataev, Esq.