UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IME WATCHDOG, INC.,

                      Plaintiff,

   -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                      Defendants.
---------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**WITNESS LIST**

     Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff") respectfully submits the instant witness list pursuant to this Court's Order dated February 13, 2016 in advance of the hearing scheduled for Tuesday, March 3, 2026 at 2:00 PM.

     (i)    Defendant Safa Abdulrahman Gelardi – thirty (30) minutes of anticipated testimony;

     (ii)   Defendant Vito Gelardi – fifteen (15) minutes of anticipated testimony;

     (iii)  Non-party Mark Purificati – one (1) hour of anticipated testimony; and

     (iv)  Non-party Christian Hogarth – fifteen (15) minutes of anticipated testimony;

     (v)   Non-party Jeff Beiben – fifteen (15) minutes of anticipated testimony.

Dated: Lake Success, New York
    February 25, 2026         Respectfully submitted,

                  **MILMAN LABUDA LAW GROUP PLLC**

                  By:  */s/Jamie S. Felsen, Esq.*
                  Jamie S. Felsen, Esq.
                  3000 Marcus Avenue, Suite 3W8
                  Lake Success, NY 11042-1073
                  (516) 328-8899 (office)
                  (516) 303-1391 (direct dial)
                  (516) 328-0082 (facsimile)
                  jamiefelsen@mllaborlaw.com

Dated: Jamaica, New York
    February 25, 2026         **SAGE LEGAL LLC**

                  By:  */s/ Emanuel Kataev, Esq.*
                  Emanuel Kataev, Esq.
                  18211 Jamaica Avenue
                  Jamaica, NY 11423-2327
                  (718) 412-2421 (office)
                  (917) 807-7819 (cellular)
                  (718) 489-4155 (facsimile)
                  emanuel@sagelegal.nyc

                  *Attorneys for Plaintiff*
                  *IME WatchDog, Inc.*

**VIA ECF**
All counsel of record