UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                                 Plaintiff,

           -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                                 Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-1032 (PKC) (JRC)

**PLAINTIFF'S EXHIBIT LIST
FOR MARCH 3, 2026
<u>CONTEMPT HEARING</u>**

       Plaintiff IME WatchDog, Inc. (hereinafter "Plaintiff") respectfully submits the instant exhibit list pursuant to this Court's Order dated February 13, 2026 in advance of the hearing scheduled for Tuesday, March 3, 2026 at 2:00 PM.

1) Defendant Safa Abdulrahman Gelardi's ("Safa") Deposition Transcript dated February 3, 2023 (ECF Docket Entry 154-4)

2) Safa's Deposition Transcript dated February 3, 2023 (ECF Docket Entry 154-5)

3) May 13, 2022 Preliminary Injunction (ECF Docket Entry 66-1)

4) June 8, 2022 Amended Preliminary Injunction (ECF Docket Entry 80)

5) October 20, 2023 Second Amended Preliminary Injunction (ECF Docket Entry 254-1)

6) March 13, 2024 Second Amended Preliminary Injunction (ECF Docket Entry 299-1)

7) March 31, 2025 Third Amended Preliminary Injunction (ECF Docket Entry 448-1)

8) April 4, 2022 hearing transcript (ECF Docket Entry 46-1)

9) March 27, 2023 hearing transcript (ECF Docket Entry 197-5)

10) May 4, 2023 hearing transcript (ECF Docket Entry 219-1)

11) May 29, 2024 hearing transcript (ECF Docket Entry 355-1)

12) July 29, 2024 hearing transcript (ECF Docket Entry 437-1)

13) September 25, 2025 hearing transcript (ECF Docket Entry 410)

14) Declaration of Safa A. Gelardi dated April 27, 2023 (ECF Docket Entry 202-3)

15) Declaration of Vito Gelardi dated April 27, 2023 (ECF Docket Entry 202-4)

16) Declaration of Eugene Liddie dated February 27, 2024 (ECF Docket Entry 282)

17) Declaration of Safa A. Gelardi dated May 10, 2024 (ECF Docket Entry 328-2)

18) Declaration of Vito Gelardi dated May 10, 2024 (ECF Docket Entry 328-3)

19) Enjoined Customers List

20) Plaintiff's 2017 Sales by Customer Summary

21) Relevant Chase Bank Statements

22) Safa's Opposition dated February 17, 2026 with Exhibits (ECF Docket Entry 625)

23) Declaration of Mark Purificati dated March 16, 2023 (ECF Docket Entry 163)

24) October 28, 2019 email (Exhibit 42 from Safa's Deposition)

25) December 2, 2019 email

26) December 6, 2019 email

27) February 7, 2020 email

28) Declaration of Mark Purificati dated February 18, 2026 with accompanying exhibits (ECF Docket Entries 626, 626-1, and 626-2)

29) May 4, 2023 IME for Companions for Alan Ripka

30) Subin IME in March 2023

31) Subin IME in April 2023

32) Subin IME in April 2023

33) Zemsky IME in April 2024

34) Zemsky IME in April 2024

35) ECF 317 at 40-42 with accompanying Subpoena letter & redacted IME report

36) April 2024 IME for Zemsky

37) April 2025 IME for Gabriel Law

38) April 2025 IME for Zemsky

39) May 2025 IME for Zemsky

40) Video of Mark Purificati

41) ECF 405-1 subpoena

42) ECF 406 declaration of service

43) ECF 439 declaration of service

44) February 27, 2025 email re service

45) ECF 624 declaration of service

46) November 7, 2023 audio recording

Dated:  Lake Success, New York
        February 25, 2026                    Respectfully submitted,

                                             **MILMAN LABUDA LAW GROUP PLLC**
                                             By:   */s/Jamie S. Felsen, Esq.*
                                             Jamie S. Felsen, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1391 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             jamiefelsen@mllaborlaw.com

                                             *Attorneys for Plaintiff*
                                             *IME WatchDog, Inc.*

Dated:  Jamaica, New York
        February 25, 2026

                                      Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Additional Attorneys for Plaintiff*
*IME WatchDog, Inc.*

**VIA ECF**
All counsel of record