Law Offices of Jared M. Lefkowitz
880 Third Avenue, 5th Floor
New York, NY 10022
T (212) 682-1440
F (917) 591-8991
JMLefLaw@Gmail.com
*Attorney for Defendant*
*Direct IME Services LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IME WATCHDOG, INC,                                    Case No. 22 cv 1032

       Plaintiff,

  - against -

SAFA ABDULRAHIM GELARDI, et al,            **NOTICE OF APPEARANCE**

       Defendants.
-------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance on behalf of Direct IME Services LLC. I certify that I am admitted to practice in this Court.

Dated: New York, NY
       February 26, 2026

                                          LAW OFFICES OF
                                          JARED M. LEFKOWITZ

                                          By ___/s/ Jared Lefkowitz___
                                          Jared M. Lefkowitz
                                          880 Third Avenue, 5th Floor
                                          New York, NY 10022
                                          (212) 682-1440
                                          JMLefLaw@Gmail.com