## LAW OFFICES OF
## JARED M. LEFKOWITZ

| | | |
|---|---|---|
| 880 Third Avenue | Tel (212) 682-1440 | 26 Park Street |
| 5th Floor | Fax (917) 591-8991 | Suite 2211 |
| New York, NY 10022 | JMLefLaw@gmail.com | Montclair, NJ 07042 |

February 27, 2026

**BY ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    IME Watchdog, Inc. v. Safa Abdulrahim Gelardi, et al
                  Case No. 22 cv 1032

Dear Judge Chen:

      I represent the non-party Direct IME Services LLC ("Direct") in connection with the Order to Show Cause scheduled on March 3, 2026. Direct's principal, Mark Purificati who is also a non-party in this case, has been named in the Order to Show Cause in his individual capacity and I do not represent him in that capacity. Direct hereby joins in the opposition papers to the Order to Show Cause filed by Mr. Purificati (Docket #626 and the Exhibits attached thereto).

      In addition, this letter is to object to the Exhibit list submitted by the Plaintiff (Docket #633) as well as the docket entries "incorporated by reference" in the Plaintiff's motion papers in that it constitutes trial by ambush and a violation of Direct's 6th Amendment right to counsel. We also respectfully request that the Court direct Plaintiff to immediately provide Plaintiff Exhibits 40 and 46 (audio and video recordings) to me. The grounds for this application are as follows.

      First, the Plaintiff's Exhibit List contains 20 exhibits which do not contain docket references and were not attached as Exhibits to the motion. They are list #'s 19-21, 24-27, 29-34, 36-40, 44, and 46. That means that Mr. Purificati on the witness stand would be seeing those documents for the first time and could not have been prepared for them with the advice of counsel. Those documents include in particular #40 which purports to be a video of Mr. Purificati, as well as #46 which is an unspecified audio recording. As noted, we respectfully request that the Court direct Plaintiff to immediately provide these recordings to me.

Hon. Pamela K. Chen
Page 2
February 27, 2026

      Second, the motion papers incorporate by reference many docket entries, but also but many exhibits on the list are not mentioned anywhere in the motion papers. All such documents should be excluded. As non-parties Direct and Mr. Purificati have not been present for any of the proceedings. They should not be put in the position of having to review all of the docket entries in this entire case going back three years to determine what, if anything, the Plaintiff omitted from its "incorporation by reference" and its Exhibit List which may be relevant for the sake of completeness, or which would put any particular exhibit in a different light. Moreover, as non-parties we have also not been privy to documents in this case which have not been uploaded to the docket and which would also be relevant.

      No party should be permitted to make arguments or submit evidence which is outside the scope of the motion papers and the Exhibits attached thereto.

      Finally, alternatively to limiting the hearing to those documents directly attached as exhibits to the motion, we respectfully request that the Court Order Plaintiff to immediately provide all of the exhibits on the Exhibit List to me so that they can be reviewed in advance of the hearing.

      Respectfully submitted,

      *jared lefkowitz*
      Jared Lefkowitz