LAW OFFICES OF
# JARED M. LEFKOWITZ

| | | |
|---|---|---|
| 880 Third Avenue | Tel (212) 682-1440 | 26 Park Street |
| 5th Floor | Fax (917) 591-8991 | Suite 2211 |
| New York, NY 10022 | JMLefLaw@gmail.com | Montclair, NJ 07042 |

March 2, 2026

**BY ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    IME Watchdog, Inc. v. Safa Abdulrahim Gelardi, et al
              Case No. 22 cv 1032

Dear Judge Chen:

    I represent the non-party Direct IME Services LLC ("Direct") in connection with the Order to Show Cause scheduled on March 3, 2026. I am also authorized to send this letter on behalf of Direct's owner Mark Purificati who is included in the Order to Show Cause in his individual capacity.

    This letter is to alert the Court and the parties that Direct and Mr. Purificati's only witness will be Mr. Purificati, and that their only exhibits will be those already filed as exhibits to Mr. Purificati's opposition papers to this motion (Docket #'s 626, 626-1, and 626-2).

                                    Respectfully submitted,

                                    *jared lefkowitz*
                                  Jared Lefkowitz