*** Filed 04:55 PM, 27 Feb, 2026 U.S.D.C., Eastern District of New York ***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IME WATCHDOG, INC.,
Plaintiff,

v. Case No. 1:22-cv-01032 (PKC) (JRC)

SAFA GELARDI, et al.,
Defendants.

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Confirmation of Appearance (March 3, 2026) and Personal Statement

Dear Judge Chen:

I write to confirm that I, Defendant Safa Gelardi, and my husband, Defendant Vito Gelardi, will appear in person for the March 3, 2026 hearing, as directed by the Court. I also thank the Court for clarifying its order regarding a bench warrant; I understand the seriousness of the Court's directive and will appear in person as ordered.

I also ask the Court to allow me, briefly, to speak as a human being and not only as a litigant.

This case has lasted four years and has been devastating for my family. It has affected our home, health, finances, and children, and left me living with constant fear—fear of losing what little we have left, fear of being misunderstood, and fear of being portrayed as someone I am not.

This broke me at times. I reacted poorly at times. That is on me. But I am not a dishonest or reckless person. I am a mother, a caretaker, a person who built a life around service.

I want to take responsibility clearly and specifically. I deeply regret the moments when I spoke from fear instead of calm, when my frustration showed, and when my words were imprecise. I regret any moment where my tone made it harder for the Court to do its work or could have been mistaken for disrespect. I am truly sorry for the burden that placed on the Court. Even under stress, I am learning to remain composed, because I understand the Court must be able to rely on what it sees and hears in the courtroom.

I am a mother, a wife, a daughter, and a sister. For more than a decade I cared for my parents when my father became disabled and my mother became ill. I took in four children and raised them into wonderful adults. I also volunteered counseling teenagers struggling with addiction because I believe people can rebuild their lives. Respect for the law and responsibility has been a

value in our home, not an afterthought.

It has been deeply painful to read filings that portray me as dishonest, reckless, or manipulative. Those portrayals do not reflect who I am. I am not writing to attack anyone or relitigate issues—I respectfully ask the Court to remember there is a whole person behind the docket.

I will be present in person as ordered. I will answer the Court's questions directly. Please do not mistake my pain for defiance; I am here, and I respect this Court.

Finally, I respectfully request a brief extension through March 31, 2026 to complete the remaining BRG payment of $750. I have already paid $750 ($500 plus $250). My income is currently very low and my household is under significant financial strain. I am not asking to avoid any obligation—only for a short extension so that I may complete it.

Respectfully submitted,

/s/ Safa Gelardi, Pro Se
/s/ Vito Gelardi,  Pro Se