UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IME WATCHDOG, INC., Plaintiff

v. Case No. 1:22cv01032 (PKC) (JRC)

SAFA GELARDI, et al., Defendants

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Request for Source Document Referenced at March 3, 2026 Hearing (Alleged June 2025 "Morgan & Morgan" IME); Submission of Defendants' Record Exhibits; Request for Practical Compliance Clarification**

Dear Judge Chen:

I write respectfully and with appreciation for the Court's time at the March 3, 2026 hearing. I understand the seriousness of the Court's directives and am attempting in good faith to comply and move forward in a lawful and stable manner.

This letter is submitted for two limited purposes: (1) to clarify a narrow record point raised at the hearing, and (2) to request practical guidance so that I can comply consistently without risk of misunderstanding.

**1. Alleged June 2025 "Morgan & Morgan" IME (Request for Source Document)**

At the hearing, Plaintiff referenced an alleged June 2025 IME assignment or referral identifying Morgan & Morgan as the requesting firm and Mark Purificati as the observer.

After searching diligently, I cannot locate any June 2025 Morgan & Morgan assignment or referral in my files. I also asked Mr. Purificati to review his records, and he likewise was unable to locate any such June 2025 assignment or referral.

For completeness, I respectfully clarify that, based on a review of my records, I do not have any requests, assignments, communications, invoices, or payment records relating to a June 2025 IME involving Morgan & Morgan. I have searched my files and have been unable to locate any such request.

To ensure the record is accurate, I emailed Plaintiff's counsel on March 3, 2026 requesting a copy of the specific June 2025 document referenced at the hearing, and I sent a follow up email on March 4, 2026. As of the time of this submission, I have not received that document. I respectfully request that

Plaintiff be directed to identify and provide the exact source document(s) for the alleged June 2025 entry so the Court may evaluate the underlying record accurately.

For completeness, I attach the Morgan & Morgan record that I do have in my files—an email from a Florida based Morgan & Morgan contact providing an IME location in Pennsylvania (Defendants' Exhibit A).

## 2. Practical Compliance Clarification Regarding a Sealed / Non Verifiable "Enjoined Customers" Concept

I am attempting in good faith to comply with the Court's directives. However, Plaintiff's arguments often assume that I can reliably determine whether a particular inbound request involves an "enjoined customer." At the same time, I have been instructed not to possess Watchdog materials, and I understand the relevant client list is sealed and not independently accessible to me. This creates a practical compliance issue: I cannot responsibly cross reference a list I am not permitted to access.

Given that Plaintiffs contend the alleged list includes hundreds of firms, I respectfully request clarification regarding what compliance is expected in practical terms, as it is not feasible to memorize hundreds of entities.

## 3. Desire to Move Forward and Rebuild Stability

Finally, I respectfully note that I am trying to rebuild a lawful and stable life. I want to work in a healthy environment, support my family, and meet my obligations. I am not asking for special treatment—only clear, workable guidance so that I may comply fully and move forward without repeated returns to Court driven by uncertainty or misunderstandings.

I appreciate the Court's time and guidance and remain committed to complying fully with the Court's orders.

Respectfully submitted,

/s/ Safa Gelardi
/s/ Vito Gelardi

**Defendants' Exhibit List**

**Exhibit A:** Morgan & Morgan (Florida office) email providing IME location in Bryn Mawr, Pennsylvania.

**Exhibit B:** March 3, 2026 email and March 4, 2026 follow up email requesting the source document referenced at the March 3 hearing.

7:36

‹ **IME/CME in Pennsylvania (Iuliucci v. BR…**

**PR** **Precious Ramos Diaz**          Nov 24
To You, Damian Smith, +2          ···

Sure!

IME Location: 950 E Haverford Rd #305, Bryn Mawr, PA 19010

## Precious Ramos Diaz
**Litigation Paralegal**

**T:** (689) 219-2508
**F:** (689) 219-2460
20 North Orange Avenue, Suite 1600,
Orlando, FL 32801



**MORGAN & MORGAN**
AMERICA'S **LARGEST** INJURY LAW FIRM

$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

← ⌄ Reply All   ✉   🗑   📋   ···

✉          📅          ⊞
Mail      Calendar      Apps

**Defendants Ex. B – Request for source document (March 3, 2026) and Follow-up (March 4, 2026)**

**March 3, 2026 email to Plaintiff's counsel**



# Request for Copy of Alleged June 2025 Morgan & Morgan IME ☆



**S**  **me**  Mar 3
to Emanuel ⌄

Counsel,

**Please provide a copy of the alleged June 2025 IME assignment/referral that identifies Morgan & Morgan as the requesting firm and Mark Purificati as the observer (the document you referenced/shown at today's hearing)**

Thank you,

Safa Gelardi

**March 4, 2026 follow-up email to Plaintiff's counsel**



10:24

### Follow-Up: Request for Source Document – Alleged June 2025 Morgan & Morgan IME

⇌ Summarize this email

**S** **me** 10:24 AM
to Emanuel ⌄

Counsel,

Following up on my March 3, 2026 email below. Please provide a copy of the alleged June 2025 IME assignment/referral that you referenced at the hearing identifying Morgan & Morgan as the requesting firm and Mark Purificati as the observer, and please identify the source of that
 document,  please confirm where it came from. This is a narrow request to ensure the record is accurate.

Thank you,
Safa Gelardi

↩ Reply          ↪ Forward