

February 22, 2026

Hon. Pamela K. Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

          **Re:  IME WatchDog, Inc. v. Gelardi, *et al.***
          **Case No.: 1:22-cv-1032 (PKC) (JRC) MLLG File No.: 25-2022**

Dear Judge Chen:

     I am writing to update the Court on the status of the recent payments by the Defendants in this matter to BRG.

     On January 28, 2026, the Court issued an order sanctioning Defendants Safa Gelardi and Vito Gelardi, which stated that, "[b] y February 11, 2026, the Gelardis are ordered to pay BRG $1,000 for December and January (in addition to the $500 payment due on February 1, 2026), and they are ordered to pay $1,000 in sanctions to the Clerk, U.S. Court, E.D.N.Y. Alternatively, if Defendants pay BRG $1,500 by February 11, 2026 and timely make their $500 February 1, 2026 payment to BRG, the Court will vacate the sanctions ordered.

     On February 2, 2026, BRG received a payment of **$500**, which we assume was the February payment which was due on February 1st.  On February 5, 2026, BRG received a payment for **$250**, but then received no further payment prior to the Court's deadline of February 11, 2026 (or subsequent to that date). The updated AR balance, noting the amount still owed to BRG is $25,466.47.

     I understand that there are motions pending before the Court regarding whether or not this case will be allowed to proceed, but I wanted to inform the Court that the Gelardis did not comply with the Court's 1/28/26 order.  If you need any additional information from BRG, please let me know.

Best regards,

Ignatius Grande, Esq., Director
BRG, LLC
Phone: 718-249-7203
Email: igrande@thinkbrg.com