LAW OFFICES OF
# JARED M. LEFKOWITZ

| | | |
|---|---|---|
| 880 Third Avenue | Tel (212) 682-1440 | 26 Park Street |
| 5th Floor | Fax (917) 591-8991 | Suite 2211 |
| New York, NY 10022 | JMLefLaw@gmail.com | Montclair, NJ 07042 |

March 10, 2026

**BY ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    IME Watchdog, Inc. v. Safa Abdulrahim Gelardi, et al
               Case No. 22 cv 1032

Dear Judge Chen:

      I represent the non-party Direct IME Services LLC ("Direct") in connection with the Order to Show Cause which took place on March 3, 2026. I am also authorized to send this letter on behalf of Direct's owner Mark Purificati who is included in the Order to Show Cause in his individual capacity.

      This letter is to respectfully request that the Court modify its March 9, 2026 Order regarding the June 2025 observation allegedly performed by Mark Purificati for the law firm Morgan & Morgan, and directing the Plaintiff by March 23, 2026 to "file any documents related to this alleged observation, as well as a brief description of the documents and where they were obtained." Specifically, I ask the Court to instead direct Plaintiff to provide that documentation to Direct and Mr. Purificati on or before March 17, 2026 when Plaintiff's opposition papers to the attorneys fee application are due.

      As the Court knows, Direct and Mr. Purificati were not provided with this documentation in advance of the order to show cause hearing, and I was directed by the Court to return it at the close of the hearing. Accordingly, we do not have it. Moreover, following the hearing where Mr. Purificati gave his best recollection of the timing of this alleged observation, upon returning home and checking his files, he has no record of ever being contacted for such an observation, and no record of having attended the observation or drafting a report. The provenance of Plaintiff's evidence is severely in question.

Hon. Pamela K. Chen
Page 2
March 10, 2026

      Direct and Mr. Purificati's response to Plaintiff's opposition to the attorneys fee application is due on March 31, 2026. The current deadline of March 23, 2026 for the Plaintiff to file this documentation does not provide enough time for Mr. Purificati to investigate and properly respond.

      In making this request, it should not go without saying that the Plaintiff provided this Court with an Exhibit list at the order to show cause hearing with 19 so-called "impeachment" documents which were not produced to Direct or Mr. Purificati in advance. The rationale for that, which the Court accepted, was that the Plaintiff did not want Mr. Purificati to be able to tailor his testimony. We now know that rationale by the Plaintiff to be false. And the way we know it was false is that Mr. Purificati testified consistently with his innocence, consistently with his written submission, and yet none of this alleged smoking gun impeachment evidence was presented to the Court. This is with the one exception of the alleged 2025 Morgan and Morgan observation of which Mr. Purificati has no record. It is no wonder the Plaintiff did not want to disclose it in advance. We would have been able to refute the one singular grain of "evidence" they had.

      What happened here is that the Plaintiff bluffed. They had no evidence of any wrongdoing by Direct or Mr. Purificati, and they bluffed in an attempt to cause him to "come clean" on the witness stand for fear of the phantom impeachment evidence and a perjury charge. This strategy backfired because Mr. Purificati is indeed innocent of the claims leveled against him and so evidence of his wrongdoing does not exist.

      In light if this conduct by the Plaintiff, we ask the Court to order the Plaintiff to provide us with this evidence at or before Plaintiff's opposition papers to the attorney's fees application are due on March 17, 2026 so that we have time enough to investigate and refute it.

                                                              Respectfully submitted,

                                                            *jared lefkowitz*
                                                            Jared Lefkowitz