UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                            Plaintiff,

              -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC, and IME
MANAGEMENT & CONSULTING LLC,

                          Defendants.
-----------------------------------------------------------------X

**Case No.: 1:22-cv-1032 (PKC) (JRC)**

**SUPPLEMENTAL DECLARATION OF NON-PARTY CARLOS ROA IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER & PRELIMINARY <u>INJUNCTION</u>**

Carlos Roa, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am a judgment creditor of Defendants Safa Gelardi ("Safa"), Vito Gelardi ("Vito"), and IME Companions LLC ("Companions") (Safa, Vito, and Companions collectively hereinafter the "Defendants").

2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained at IME WatchDog, as well as publicly available documents, and provide certain exhibits relevant to this Court's determination of the instant motion in accordance with its March 9, 2026 Order.  ECF 644.

3.      A copy of the IME report dated June 13, 2025 observed by non-party Mark Purificati ("Purificati") on June 13, 2025, is publicly available at <u>Tam v. Annex Enterprise, Inc., et al.</u>; Index No.: 150505/2023,[1] NYSCEF Docket Entry 45 at 5.

---

[1] A review of the case detail page in NYSCEF for this action will reveal that the law firm customer is Morgan & Morgan in New York, not in Pennsylvania as Safa testified at the March 3, 2026 hearing.

4.      A copy of the IME report dated April 24, 2025 observed by non-party Purificati on April 9, 2025, is publicly available at <u>Bayner v. Rempell, *et ano.*</u>; Index No.: 725276/2023, NYSCEF Docket Entry <u>243</u> at 7. This report was found on NYSCEF.

5.      Critically, Gabriel Law hired IME Companions to conduct the above-referenced IME; Gabriel Law provided Plaintiff documentation of this through an email, annexed hereto as "**<u>Exhibit A</u>**," as part of Plaintiff's efforts to engage in third-party discovery.

6.      The foregoing evidence is sufficient to demonstrate (and/or gives rise to an inference) that Purificati is an agent of Defendants and is acting in active concert or participation with them.

7.      This evidence calls into question Purificati's testimony that he runs his own business without involvement from Safa or Vito in that it directly shows Defendants booked Gabriel Law to have an IME observed and utilized Purificati to observe the IME.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on March 23, 2026.


Carlos Roa (Mar 23, 2026 21:28:26 EDT)

Carlos Roa