**Email Content**

Tue 4/8/2025 2:05:00 PM

| | |
|---|---|
| From: | Ki, Jung |
| To: | info@imecompanions.com |
| CC: | |
| BCC: | |
| Subject: | Gabriel Law Firm, P.C.: GLF21-0314 - Bayner, Marek v. Rempell |
| Message: | |

Client's Name: Marek Bavner

This client has been scheduled with the following appointment(s):

Liability IME Neuro 04.09.25.@10AM................Must attend.
Liability IME Ortho 04.18.25.@12PM.................Must attend.

The handling attorney is Patrick J. Garvey, Esq. and the litigation paralegal

Attached please find the Bill of Particular(s).

Please reach out if you have any questions or concerns.
I am in office.
Thank you.

? ?? *Jung S. Ki*
Litigation Assistant, IME

Gabriel Law Firm, P.C.
**2 LINCOLN AVENUE, SUITE 400**
**ROCKVILLE CENTRE, NY 11570**

516-360-9101 EXT: 210
Fax 516-268-6004

The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this email is strictly prohibited. If you have received this email in error, please immediately notify us by reply.

**Attached Document**

| Category | SubCategory | Date | From | To | Document Type | Actions |
|---|---|---|---|---|---|---|
| Discovery | Response to Demands/Notices | 6/14/2024 | Gabriel Law Firm, P.C. | Law Offices of Michael E. Pressman | Scanned Document | |
| IME- NF/BI | Notice | 4/2/2025 | Law Offices of Michael E. Pressman | Gabriel Law Firm, P.C. | Scanned Document | |

Case 1:22-cv-01032-PKC-JRC    Document 648-1    Filed 03/23/26    Page 2 of 2 PageID #: 12473    E-Mail

| IME- NF/BI | Notice | 4/2/2025 | Law Offices of Michael E. Pressman | Gabriel Law Firm, P.C. | Scanned Document | |
|---|---|---|---|---|---|---|

Page 1 of 1 (3 items)    1

Create Filter