LAW OFFICES OF

# JARED M. LEFKOWITZ

880 Third Avenue                    Tel (212) 682-1440                    26 Park Street
5th Floor                           Fax (917) 591-8991                    Suite 2211
New York, NY 10022                  JMLefLaw@gmail.com                    Montclair, NJ 07042


March 24, 2026

**BY ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    IME Watchdog, Inc. v. Safa Abdulrahim Gelardi, et al
              Case No. 22 cv 1032

Dear Judge Chen:

     I represent the non-party Direct IME Services LLC ("Direct"). This letter application is to respectfully request that the Court order Plaintiff to provide me with a copy of the so-called "do's and don't" emails which Plaintiff refers to in its opposition to Direct's application for attorney's fees.

     As the Court will recall, those documents were not attached as exhibits to the motion papers, they were not provided to us in advance of the evidentiary hearing, and the Court directed us to return them at the close of the hearing. Inasmuch as the Plaintiff relies upon them for its opposition to the attorney's fee application, we respectfully request that the Court order them to be turned over forthwith so that I may review and address them in my reply.

     Prior to making this application I contacted Plaintiff's counsel to seek their voluntary cooperation, or barring that, a reason for their objection. See the email chain attached as Exhibit A. As of the writing of this letter the Plaintiff has not provided the documents or a reason for their refusal to do so.


            Respectfully submitted,

            *jared lefkowitz*
            Jared Lefkowitz