Gmail

**Jared Lefkowitz <jmleflaw@gmail.com>**

## Re:
1 message

**Jared Lefkowitz** <jmleflaw@gmail.com>                                          Sat, Mar 21, 2026 at 6:55 PM
To: Emanuel Kataev <emanuel@sagelegal.nyc>
Cc: Jamie Felsen <jamiefelsen@mllaborlaw.com>

I don't understand what you are saying. The courts order is only about production of the June 2025 observation. My email below is about the dos and don'ts emails. Are you saying that you are going to comply on that same court ordered date also with respect to the dos and don't emails?

New Jersey Office (Please use this address for all hard copy mail)
26 Park Street
Suite 2211
Montclair, NJ 07042

New York City office
880 Third Avenue
5th Floor
New York, NY 10022

Tel (212) 682-1440
Fax (917) 591-8991

On Sat, Mar 21, 2026 at 6:52 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> Jared:
>
> We will comply with the Court's Order on the date directed by the court concerning what we will provide you.
>
> Regards,





**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

| | | | |
|---|---|---|---|
| 📞 (718) 412-2421 (office)<br>(718) 489-4155 (facsimile)<br>(917) 807-7819 (cellular) | 📍 1411 Broadway, 29th Floor<br>New York, NY 10018-1976 | 📍 45 Glen Cove Road, 2nd Floor<br>Greenvale, NY 11548-1057 | 📍 1515 Old Northern Boulevard<br>Roslyn, NY 11576-1127 | 📍 18211 Jamaica Avenue<br>Jamaica, NY 11423-2327 |
| ✉ emanuel@sagelegal.nyc | 📍 173 54th Street<br>Brooklyn, NY 11220-2505 | 📍 1981 Marcus Avenue, Suite C129<br>New Hyde Park, NY 11042-1017 | 📍 162 Broadway, 2nd Floor<br>Amityville, NY 11701-2704 | 📍 6829 Main Street,<br>Flushing, NY 11367 |

**From:** Jared Lefkowitz <jmleflaw@gmail.com>
**Sent:** Friday, March 20, 2026 11:12 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:**

---

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

---

Counsel;

In your opposition to the attorney's fee application you refer to the "do's and don't" email exchanges which as you know we do not have. Demand is made that you immediately provide me with a copy of all such emails and documents.

I would prefer not to bother the Court with this. But if you decline to provide such documents, please provide a reason so that I may include it in my application to the Court. I do not have a lot of time to waste, so your prompt response would be appreciated.

New Jersey Office (Please use this address for all hard copy mail)

26 Park Street

Suite 2211

Montclair, NJ 07042

New York City office

880 Third Avenue

5th Floor

New York, NY 10022

Tel (212) 682-1440

Fax (917) 591-8991