# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 25, 2026

**VIA ECF**
United States District Court Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

     *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
              **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff"), in the above-referenced case.

Plaintiff submits this letter in response to non-party Direct IME Services LLC's ("Direct IME") March 24, 2026 letter (ECF Docket Entry 649) request for a copy of the "do's and don't" emails which Plaintiff refers to in its opposition to Direct IME's application for attorney's fees.

The document Direct IME requests is confidential and proprietary to Plaintiff. Direct IME saw the document at the hearing, which was used for impeachment purposes only, was not offered in evidence, and knows its contents. Plaintiff is therefore not required to produce it and there is no compelling reason why Direct IME needs a physical copy of this confidential and proprietary document especially in light of the history between Direct IME's principal, Mark Purificati, IME Companions LLC, and the Gelardis, as well as the Gelardis' repeated violations of Court Orders that directed them to destroy Plaintiff's confidential information.

Dated: Lake Success, New York
       March 25, 2026                 Respectfully submitted,

                                 **MILMAN LABUDA LAW GROUP PLLC**
                                 /s/ Jamie S. Felsen, Esq.

                                 **SAGE LEGAL LLC**
                                 /s/ Emanuel Kataev, Esq.

cc:    All Counsel of Record (via ECF)
       Safa Gelardi (via ECF)
       Vito Gelardi (via email vitogelardi@gmail.com)