UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IME WATCHDOG, INC.,

                   Plaintiff,

              -against-

SAFA ABDULRAHIM GELARDI, VITO GELARDI,
GREGORY ELEFTERAKIS, ROMAN POLLAK,
ANTHONY BRIDDA, IME COMPANIONS LLC,
CLIENT EXAM SERVICES LLC,
and IME MANAGEMENT & CONSULTING LLC,

                   Defendants.

----------------------------------------------------------------X

**Case No.: 23-cv-6186 (NRM)(JRC)**

**NOTICE OF MOTION FOR
DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that, upon the reading and filing of Plaintiff IME WatchDog, Inc,'s ("Plaintiff") Memorandum of Law in Support of its Motion for Default Judgment and the Declaration of Daniella Levi, Esq., Plaintiff, by and through its undersigned counsel, will move this Court before the Hon. Pamela K. Chen, U.S.D.J. as soon as counsel may be heard, for an Order entering judgment by default in favor of Plaintiff and against Defendants Safa Gelardi, Vito Gelardi, and IME Companions LLC (collectively hereinafter the "Defendants") for (i) $1,414,800.00 for lost profit together with pre-judgment interest and post-judgment interest; (ii) punitive damages in the amount of $2,829,600 pursuant to 18 U.S.C. § 1836(b)(3)(C); (iii) attorneys' fees in the amount of $299,256.59; (iv) pre-judgment interest in the amount of $525,032,00; (iv) post-judgment interest in accordance with 28 U.S.C. § 1961; (v) a permanent injunction prohibiting Defendants from conducting any independent medical examination observations directly or indirectly in the tri-state area of New York, New Jersey, and Connecticut; and (vi) such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's February 9, 2026 Order and amended order issued on the record at the March 3, 2026 hearing, Defendants' opposition papers, if any, are due within thirty (30) days hereof, and pursuant to pursuant to Rule 6 and Local Civil Rule 6.1, Plaintiff's reply papers in further support are due seven (7) days after Defendants serve their opposition.

Dated:     Lake Success, New York
           March 28, 2026

                                    Respectfully submitted,

                                    **MILMAN LABUDA LAW GROUP PLLC**

                                    By:     /s/ Jamie S. Felsen
                                            3000 Marcus Ave., Suite 3W8
                                            Lake Success, NY 11042
                                            (516) 328-8899

                                    **SAGE LEGAL LLC**

                                    By:     /s/ Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421

                                            *Attorneys for Plaintiff*
                                            *IME WatchDog, Inc.*