# EXHIBIT A

# IME Companions

### Sales by Customer Detail

January - December 2018

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Alan Blumen (deleted) | | | | | | | $0.00 | |
| Cellino & Barnes (deleted) | | | | | | | $220.00 | |
| Cherny & Podolsky | | | | | | | $18,780.00 | |
| Khavinson & Associates, P.C. | | | | | | | $3,965.00 | |
| Kleblan Law Group, P.C. | | | | | | | $1,635.00 | |
| Law Office of Michael A. Forzano | | | | | | | $651.00 | |
| Silbowitz, Garafola, Silbowitz, Schatz, & Frederick, LLP | | | | | | | $597.00 | |
| Spektor Law | | | | | | | $5,075.00 | |
| Subin (deleted) | | | | | | | $32,091.00 | |
| The Battiloro Law Group (deleted) | | | | | | | $6,720.00 | |
| The Hamel Law Firm | | | | | | | $1,840.00 | |
| William Schwitzer & Associates | | | | | | | $0.00 | |
| Yadgarov Law | | | | | | | $913.00 | |
| **TOTAL** | | | | | | | **$72,487.00** | |

# IME Companions

Sales by Customer Detail

January 1 - December 19, 2019

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|------|------------------|-----|-----------------|------------------|-----|-------------|--------|---------|
| Alan Ripka & Associates | | | | | | | $6,365.00 | |
| Bergman Bergman Goldberg Fields Lam | | | | | | | $790.00 | |
| Cellino & Barnes (deleted) | | | | | | | $0.00 | |
| Cherny & Podolsky | | | | | | | $6,539.00 | |
| Daniel Brown | | | | | | | $265.00 | |
| Elefterakis, Elefterakis & Panek | | | | | | | $93,455.00 | |
| Forzano Law | | | | | | | $1,218.00 | |
| Georgaklis & Mallas, Pllc | | | | | | | $440.00 | |
| Khavinson & Associates, P.C. | | | | | | | $5,930.00 | |
| Kleblan Law Group, P.C. | | | | | | | $1,450.00 | |
| Law Office of Michael A. Forzano | | | | | | | $2,420.00 | |
| Lever & Ecker, PLLC | | | | | | | $4,210.00 | |
| Liakas Law, P.C. | | | | | | | $32,295.00 | |
| Mushiyev & Associates | | | | | | | $2,365.00 | |
| Pirrotti & Glatt Law Firm | | | | | | | $250.00 | |
| Raskin & Kremins, LLP | | | | | | | $355.00 | |
| Silberstein Awad & Miklos PC | | | | | | | $2,850.00 | |
| Silbowitz, Garafola, Silbowitz, Schatz, & Frederick, LLP | | | | | | | $6,511.00 | |
| Spektor Law | | | | | | | $14,285.00 | |
| Subin (deleted) | | | | | | | $40,145.00 | |
| Subin Associates, LLP | | | | | | | $164,238.00 | |
| The Battiloro Law Group (deleted) | | | | | | | $700.00 | |
| The Hamel Law Firm | | | | | | | $590.00 | |
| Yadgarov Law | | | | | | | $10,754.00 | |
| Zaremba Brown PLLC | | | | | | | $9,750.00 | |
| Zemsky & Salomon | | | | | | | $3,045.00 | |
| **TOTAL** | | | | | | | **$411,215.00** | |

Accrual Basis  Monday, December 19, 2022 06:04 PM GMT-05:00

1/1

# IME Companions

### Sales by  Customer Detail

### January - December 2020

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Alan Ripka & Associates | | | | | | | $9,655.73 | |
| Aminov Law Group | | | | | | | | |
| 11/03/2020 | Invoice | 1938 | IME Companion | Sonia Rodriguez - 2 Hours<br>Thomas McLaughlin<br>1040 Hempstead Tpke. Franklin, Square, NY 11010<br>Outside NYC | 1.00 | 315.00 | 315.00 | 315.00 |
| **Total for Aminov Law Group** | | | | | | | **$315.00** | |
| Bergman Bergman Goldberg Fields Lam | | | | | | | $13,770.00 | |
| Bisogno & Meyerson | | | | | | | $4,520.00 | |
| Bogoraz Law Group | | | | | | | | |
| 10/13/2020 | Invoice | 1877 | IME Companion | Kim Davis - 1 Hour<br>2044 Ocean Ave Brooklyn, NY 11229 | 1.00 | 175.00 | 175.00 | 175.00 |
| **Total for Bogoraz Law Group** | | | | | | | **$175.00** | |
| Boris H. Linares, P.C. | | | | | | | $1,575.00 | |
| Buttafuoco & Associates | | | | | | | $1,090.00 | |
| Caesar and Napoli, PC | | | | | | | $0.00 | |
| Cherny & Podolsky | | | | | | | $2,408.00 | |
| Chopra & Nocerino, LLP | | | | | | | $175.00 | |
| Christopher Caputo PC | | | | | | | $310.00 | |
| Clay M. Evall, Esq. | | | | | | | $5,440.00 | |
| Elefterakis, Elefterakis & Panek | | | | | | | $41,465.00 | |
| Feld Law Firm, PC | | | | | | | $880.00 | |
| Forzano Law | | | | | | | $1,218.00 | |
| Georgaklis & Mallas, Pllc | | | | | | | $5,970.00 | |
| Ginarte Gallardo Gonzalez Winograd, LLP | | | | | | | $18,090.00 | |
| Herschel  Kulefsky | | | | | | | $160.00 | |
| Jeff esq (deleted) | | | | | | | $0.00 | |
| Kahn Gordon Timko & Rodriques | | | | | | | $175.00 | |
| Khavinson & Associates, P.C. | | | | | | | $3,875.00 | |
| Law Firm of Nonna Shikh | | | | | | | $265.00 | |
| Law office of Ali Najmi | | | | | | | $375.00 | |
| Law Office of Jason Greenberg | | | | | | | $850.00 | |
| Law Office of Michael A. Forzano | | | | | | | $378.00 | |
| Law Offices of Frank Guzman | | | | | | | $175.00 | |
| Lever & Ecker, PLLC | | | | | | | $3,520.00 | |
| Liakas Law, P.C. | | | | | | | $51,465.00 | |
| Marder Eskesen & Nass | | | | | | | $400.00 | |
| Mushiyev & Associates | | | | | | | $6,405.00 | |
| Perecman and Assoc. | | | | | | | $1,930.00 | |
| Pinkhasov & Associates Pllc | | | | | | | $295.00 | |
| Raskin & Kremins, LLP | | | | | | | $10,225.00 | |
| Sheryl R Menkes | | | | | | | $295.00 | |
| Silberstein Awad & Miklos PC | | | | | | | $18,710.00 | |
| Silbowitz, Garafola, Silbowitz, Schatz, & Frederick, LLP | | | | | | | $7,353.00 | |
| Spektor Law | | | | | | | $9,895.00 | |
| Subin Associates, LLP | | | | | | | $168,834.00 | |
| The Battiloro Law Group (deleted) | | | | | | | $ -7,420.00 | |
| The Hamel Law Firm | | | | | | | $590.00 | |
| Vladimir & Associates | | | | | | | $220.00 | |
| Weitz & Pascale | | | | | | | $225.00 | |
| Wickman, Victoria | | | | | | | $175.00 | |
| Wilson Grochow & Drucker | | | | | | | $965.00 | |
| Yadgarov Law | | | | | | | $12,370.00 | |
| Yankowitz Law Firm | | | | | | | $1,050.00 | |
| Zaremba Brown PLLC | | | | | | | $8,985.00 | |
| Zemsky & Salomon | | | | | | | $25,520.00 | |
| **TOTAL** | | | | | | | **$435,316.73** | |

# IME Companions

## Sales by  Customer Detail

### January - December 2021

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|------|------------------|-----|-----------------|------------------|-----|-------------|--------|---------|
| Alan Ripka & Associates | | | | | | | $18,855.00 | |
| Andrews, Bernstein, Maranto, & Nicotra PLLC | | | | | | | $585.00 | |
| Appell & Parrinelli | | | | | | | $3,915.00 | |
| Arcia & Associates, PC | | | | | | | $1,055.00 | |
| Bergman Bergman Goldberg Fields Lam | | | | | | | $24,755.00 | |
| Bisogno & Meyerson | | | | | | | $350.00 | |
| Block O'Toole & Murphy, LLP | | | | | | | $15,410.00 | |
| Bogoraz Law Group | | | | | | | $4,895.00 | |
| Boris H. Linares P.C (deleted) | | | | | | | $925.00 | |
| Boris H. Linares, P.C. | | | | | | | $5,830.00 | |
| Bornstein & Emanuel, P.C. | | | | | | | $1,145.00 | |
| Brian J. Levy & Associates, PC | | | | | | | $4,175.00 | |
| Brittany  Weiner | | | | | | | $350.00 | |
| Buttafuoco & Associates | | | | | | | $485.00 | |
| Caesar and Napoli, PC | | | | | | | $440.00 | |
| Chopra & Nocerino, LLP | | | | | | | $2,305.00 | |
| Clay M. Evall, Esq. | | | | | | | $1,925.00 | |
| Costas Eliades | | | | | | | $1,810.00 | |
| Curan & Ahlers, LLP | | | | | | | $840.00 | |
| Dell & Schaefer Chartered | | | | | | | $310.00 | |
| Domina Law | | | | | | | $175.00 | |
| Elefterakis, Elefterakis & Panek | | | | | | | $56,845.00 | |
| Elliot  Weinreb | | | | | | | $450.00 | |
| Feld Law Firm, PC | | | | | | | $265.00 | |
| Forzano Law | | | | | | | $1,470.00 | |
| Georgaklis & Mallas, Pllc | | | | | | | $12,965.00 | |
| Geroulakis Law, PC | | | | | | | $350.00 | |
| Gersowitz Libo & Korek P.C | | | | | | | $260.00 | |
| Ginarte Gallardo Gonzalez Winograd, LLP | | | | | | | $110,715.00 | |
| Gold Benes LLP | | | | | | | $335.00 | |
| Greenberg Law P.C | | | | | | | $175.00 | |
| Gucciardo Law Firm, PLLC | | | | | | | $5,200.00 | |
| Hill & Moin LLP | | | | | | | $615.00 | |
| Joudeh & Kuller, LLP | | | | | | | $885.00 | |
| Khavinson & Associates, P.C. | | | | | | | $19,005.00 | |
| Kleblan Law Group, P.C. | | | | | | | $5,685.00 | |
| Kohan Law Group | | | | | | | $1,315.00 | |
| Kramer, Dunleavy & Ratchik, PLLC. | | | | | | | $225.00 | |
| Krinsky & Musumeci, ESQS. PLLC | | | | | | | $225.00 | |
| Law office of Ali Najmi | | | | | | | $525.00 | |
| Law Office of Jason Greenberg | | | | | | | $935.00 | |
| Law Office of Joshua Brian Irwin P.C | | | | | | | $175.00 | |
| Law Office of Joshua Brian Irwin, P.C. | | | | | | | $175.00 | |
| Law Office of Rohit J. Kumar, P.C. | | | | | | | $175.00 | |
| Law Office of Ronald Ramirez | | | | | | | $1,305.00 | |
| Law Offices of Ian M. Sack | | | | | | | $495.00 | |
| Law Offices of Randi B. Siegel | | | | | | | $225.00 | |
| Lever & Ecker, PLLC | | | | | | | $6,070.00 | |
| Liakas Law, P.C. | | | | | | | $77,660.00 | |
| Magendzo Law P.C | | | | | | | $3,895.00 | |
| Matthew  Salimbene | | | | | | | $695.00 | |
| McClendon-Smith Barrantes-Isibor PC | | | | | | | $225.00 | |
| Michael Redenburg Esq. PC | | | | | | | $355.00 | |
| Mushiyev & Associates | | | | | | | $8,160.00 | |
| Neil Borg Law | | | | | | | $525.00 | |
| Newman, Anzalone & Newman | | | | | | | $525.00 | |
| Pascale Law | | | | | | | $175.00 | |
| Peknic, Peknic & Schaefer, LLC | | | | | | | $95.00 | |
| Perecman and Assoc. | | | | | | | $875.00 | |
| Raskin & Kremins, LLP | | | | | | | $10,535.00 | |
| Robert  Miraglia | | | | | | | $220.00 | |
| Rosenberg & Rodriguez PLLC | | | | | | | $135.00 | |
| Sanocki Newman & Turret, LLP | | | | | | | $175.00 | |
| Selvin Law Firm PLLC | | | | | | | $1,525.00 | |
| Silberstein Awad & Miklos PC | | | | | | | $45,620.00 | |
| Silbowitz, Garafola, Silbowitz, Schatz, & Frederick, LLP | | | | | | | $11,220.00 | |

# IME Companions

Sales by Customer Detail

January - December 2021

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Spektor Law | | | | | | | $10,320.00 | |
| Steve  Cohen | | | | | | | $355.00 | |
| Subin Associates, LLP | | | | | | | $174,810.00 | |
| The Barnes Firm | | | | | | | $6,765.00 | |
| The Hamel Law Firm | | | | | | | $485.00 | |
| Vishnick McGovern Milizio LLP | | | | | | | $175.00 | |
| Vladimir & Associates | | | | | | | $850.00 | |
| Weitz & Pascale | | | | | | | $1,915.00 | |
| Wickman, Victoria | | | | | | | $1,465.00 | |
| Wilson Grochow & Drucker | | | | | | | $535.00 | |
| Wingate, Russotti, Shapiro & Halperin LLP | | | | | | | $21,240.00 | |
| Yadgarov Law | | | | | | | $17,575.00 | |
| Yankowitz Law Firm | | | | | | | $2,755.00 | |
| Zaremba Brown PLLC | | | | | | | $49,870.00 | |
| Zemsky & Salomon | | | | | | | $54,015.00 | |
| **TOTAL** | | | | | | | **$823,345.00** | |

# IME Companions

Sales by Customer Detail

January 1 - December 19, 2022

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|------|------------------|-----|-----------------|------------------|-----|-------------|--------|---------|
| Alan Ripka & Associates | | | | | | | $18,525.00 | |
| Appell & Parrinelli | | | | | | | $3,610.00 | |
| Arcia & Associates, PC | | | | | | | $1,090.00 | |
| Bergman Bergman Goldberg Fields Lam | | | | | | | $15,270.00 | |
| Block O'Toole & Murphy, LLP | | | | | | | $21,200.00 | |
| Bogoraz Law Group | | | | | | | $25,215.00 | |
| Boris H. Linares, P.C. | | | | | | | $2,265.00 | |
| Brian J. Levy & Associates, PC | | | | | | | $3,205.00 | |
| Caesar and Napoli, PC | | | | | | | $1,720.00 | |
| Chopra & Nocerino, LLP | | | | | | | $315.00 | |
| Christopher Caputo PC | | | | | | | $1,325.00 | |
| Clay M. Evall, Esq. | | | | | | | $1,700.00 | |
| Costas Eliades | | | | | | | $890.00 | |
| Dan Danzi Law | | | | | | | $150.00 | |
| Davidoff & Associates | | | | | | | $1,020.00 | |
| Digianni Law | | | | | | | $440.00 | |
| Douglas And London | | | | | | | $48,715.00 | |
| Elefterakis, Elefterakis & Panek | | | | | | | $22,005.00 | |
| Evan Goldberg | | | | | | | $225.00 | |
| Feld Law Firm, PC | | | | | | | $1,585.00 | |
| Georgaklis & Mallas, Pllc | | | | | | | $7,590.00 | |
| Ginarte Gallardo Gonzalez Winograd, LLP | | | | | | | $126,940.00 | |
| Gold Benes LLP | | | | | | | $275.00 | |
| Greenberg Law P.C | | | | | | | $175.00 | |
| Gropper&Nejat | | | | | | | $525.00 | |
| Gucciardo Law Firm, PLLC | | | | | | | $13,065.00 | |
| Haggerty & Silverman | | | | | | | $565.00 | |
| Hill & Moin LLP | | | | | | | $1,235.00 | |
| Jay Hernandez  / Transportation | | | | | | | $14,010.00 | |
| Joudeh & Kuller, LLP | | | | | | | $6,675.00 | |
| Khavinson & Associates, P.C. | | | | | | | $27,156.00 | |
| Kleblan Law Group, P.C. | | | | | | | $4,225.00 | |
| Kohan Law Group | | | | | | | $1,200.00 | |
| Law Office of Jason Greenberg | | | | | | | $225.00 | |
| Lever & Ecker, PLLC | | | | | | | $4,750.00 | |
| Liakas Law, P.C. | | | | | | | $86,085.00 | |
| Magendzo Law P.C | | | | | | | $5,110.00 | |
| Martin Ginsberg | | | | | | | $1,095.00 | |
| Michael J Brown P.C | | | | | | | $450.00 | |
| Morris Downing & Sherred LLP | | | | | | | $1,535.00 | |
| Mushiyev & Associates | | | | | | | $8,370.00 | |
| Neil Borg Law | | | | | | | $175.00 | |
| O'Donovan | | | | | | | $250.00 | |
| Oleg Smolyar Esq. | | | | | | | $350.00 | |
| Oresky & Associates | | | | | | | $215.00 | |
| Pascale Law | | | | | | | $1,170.00 | |
| Perecman and Assoc. | | | | | | | $1,300.00 | |
| Pinkhasov & Associates Pllc | | | | | | | $4,700.00 | |
| Raskin & Kremins, LLP | | | | | | | $5,130.00 | |
| Rosenberg & Rodriguez PLLC | | | | | | | $3,130.00 | |
| Silberstein Awad & Miklos PC | | | | | | | $39,300.00 | |
| Silbowitz, Garafola, Silbowitz, Schatz, & Frederick, LLP | | | | | | | $10,150.00 | |
| Spektor Law | | | | | | | $7,360.00 | |
| Subin Associates, LLP | | | | | | | $234,305.00 | |
| Sutton & Smyth | | | | | | | $620.00 | |
| The Barnes Firm | | | | | | | $4,555.00 | |
| Vangeles Skartsiaris | | | | | | | $490.00 | |
| Vladimir & Associates | | | | | | | $1,545.00 | |
| Weitz & Pascale | | | | | | | $1,040.00 | |
| Wickman, Victoria | | | | | | | $350.00 | |
| Wilson Grochow & Drucker | | | | | | | $1,840.00 | |
| Wingate, Russotti, Shapiro & Halperin LLP | | | | | | | $14,225.00 | |
| Wiss Law | | | | | | | $225.00 | |
| Yadgarov Law | | | | | | | $16,520.00 | |
| Yankowitz Law Firm | | | | | | | $2,805.00 | |
| Zaremba Brown PLLC | | | | | | | $49,570.00 | |

# IME Companions

Sales by  Customer Detail

January 1 - December 19, 2022

| DATE | TRANSACTION TYPE | NUM | PRODUCT/SERVICE | MEMO/DESCRIPTION | QTY | SALES PRICE | AMOUNT | BALANCE |
|------|------------------|-----|-----------------|------------------|-----|-------------|--------|---------|
| Zemsky & Salomon | | | | | | | | |