# EXHIBIT B

| Payment Date: | IME Billed/Billed | Watchdog Paid/Paid | IME Watchdog Profit | % Retained/ |
|---|---|---|---|---|
| 28-Feb | | | | 67% |
| 28-Feb | | | | 40% |
| 28-Feb | | | | 62% |
| 28-Feb | | | | 36% |
| 28-Feb | | | | 56% |
| 28-Feb | | | | 16% |
| 28-Feb | | | | 55% |
| 28-Feb | | | | 42% |
| 28-Feb | | | | 55% |
| 28-Feb | | | | 59% |
| 28-Feb | | | | 42% |
| 28-Feb | | | | 58% |
| 28-Feb | | | | 33% |
| 28-Feb | | | | -297% |
| 28-Feb | | | | 58% |
| 28-Feb | | | | 66% |
| 28-Feb | | | | -72% |
| 28-Feb | | | | 51% |
| 28-Feb | | | | 54% |
| 28-Feb | | | | 70% |
| 28-Feb | | | | 7% |
| 28-Feb | | | | -8% |
| 28-Feb | | | | 51% |
| 28-Feb | | | | 50% |
| 28-Feb | | | | 45% |
| 28-Feb | | | | 37% |
| 28-Feb | | | | 49% |
| 28-Feb | | | | 67% |
| 28-Feb | | | | -48% |
| | | | | 42% |

| Payment Date: | IME Billed/Billed | Watchdog Paid/Paid | IME Watchdog Profit | % Retained/ |
|---|---|---|---|---|
| 25-Apr | | | | 47% |
| 25-Apr | | | | 58% |
| 25-Apr | | | | 67% |
| 25-Apr | | | | 53% |
| 25-Apr | | | | 61% |
| 25-Apr | | | | 48% |
| 25-Apr | | | | 62% |
| 25-Apr | | | | 52% |
| 25-Apr | | | | 50% |
| 25-Apr | | | | 56% |
| 25-Apr | | | | 52% |
| 25-Apr | | | | 59% |
| 25-Apr | | | | 63% |
| 25-Apr | | | | 64% |
| 25-Apr | | | | 54% |
| 25-Apr | | | | 61% |
| 25-Apr | | | | 58% |
| 30-Apr | | | | 52% |
| 25-Apr | | | | 61% |
| 25-Apr | | | | 56% |
| 25-Apr | | | | 66% |
| 25-Apr | | | | 59% |
| | | | | 57% |

| Payment Date: | IME Billed/Billed | Watchdog Paid/Paid | IME Watchdog Profit | % Retained /Profit |
|---|---|---|---|---|
| 9-May | | | | 50% |
| 9-May | | | | 49% |
| 13-May | | | | 56% |
| 9-May | | | | 61% |
| 9-May | | | | 52% |
| 9-May | | | | 55% |
| 9-May | | | | 52% |
| 9-May | | | | 51% |
| 9-May | | | | 56% |
| 9-May | | | | 49% |
| 9-May | | | | 68% |
| 9-May | | | | 61% |
| 9-May | | | | 63% |
| 9-May | | | | 65% |
| 9-May | | | | 62% |
| 9-May | | | | 65% |
| 9-May | | | | 61% |
| 9-May | | | | 58% |
| 9-May | | | | 52% |
| 9-May | | | | 52% |
| 9-May | | | | 60% |
| 9-May | | | | 52% |
| 9-May | | | | 52% |
| 9-May | | | | 51% |
| 9-May | | | | 52% |
| 9-May | | | | 66% |
| 9-May | | | | 52% |
| | | | | 55% |