LAW OFFICES OF

# JARED M. LEFKOWITZ

| 880 Third Avenue | Tel (212) 682-1440 | 26 Park Street |
| 5th Floor | Fax (917) 591-8991 | Suite 2211 |
| New York, NY 10022 | JMLefLaw@gmail.com | Montclair, NJ 07042 |

March 30, 2026

**BY ECF**
Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    IME Watchdog, Inc. v. Safa Abdulrahim Gelardi, et al
            Case No. 22 cv 1032

Dear Judge Chen:

      I represent the non-party Direct IME Services LLC ("Direct"). A few minutes ago and without my advance knowledge or consent Defendant Safa Gelardi filed a letter request seeking leave to serve a subpoena on the Morgan and Morgan law firm attaching as evidence a portion of a Reply Affirmation I filed in the SDNY. I am attaching hereto my entire Affirmation for context.

      While Ms. Gelardi did not contact me or Mr. Purificati in advance regarding her application, we do join in the application. As noted in my Affirmation, there is a distinct "irregularity" with respect to the IME observation in question and how Mr. Purificati's name came to be used.

      I also want to point out that Plaintiff did not comply with this Court's Order to "file any documents related to this alleged observation, as well as a brief description of the documents and where they were obtained." Plaintiff filed papers suggesting that they learned of the observation because it was included in a publicly filed document on the New York State Electronic Filing System. However, as noted in my Affirmation, while the document is indeed public the lengths that the Plaintiff would have needed to go through to find it seem far-fetched. I only found another example after hours of research – and only then based upon advanced knowledge of where to look for one particular attorney. It took me about 5 hours of work.

Hon. Pamela K. Chen
Page 2
March 30, 2026

  I am not privy to the Enjoined Customer List in this case, and so I do not know how many lawyers and law firms are on it, but if Plaintiff conducted that same investigation searching public documents **_without advance knowledge of what law firm or lawyer to look at_** it would likely have taken hundreds of hours. Moreover, they just happened to find the exact document they were looking for. I respectfully suggest that a description of just how Plaintiff did it is required per the Court's Order, as well as the requested subpoena to Morgan and Morgan so we can address this "irregularity."

       Respectfully submitted,

       *jared lefkowitz*

       Jared Lefkowitz