Generated: Apr 14, 2026 2:23PM

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Apr 14, 2026 2:23PM

Steven Ammann

Rcpt. No: 100026138      Trans. Date: Apr 14, 2026 2:23PM      Cashier ID: #RR (6978)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DNYE124CV006586<br>FBO: Steven Ammann | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #2878 | 04/14/2026 | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.