# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 14, 2026

**VIA ECF**
United States District Court Eastern District of New York
**Attn**: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> ***Re:*** **IME WatchDog, Inc. v. Gelardi, *et al.***
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

This office, along with Sage Legal LLC, represents the Plaintiff IME WatchDog, Inc. ("Plaintiff"), in the above-referenced case.

Despite the filing injunction issued on July 21, 2025, Defendants persist in filing motions without leave of this Court.  Today, we received ECF notifications containing two (2) motions filed by Safa and Vito Gelardi which they filed on April 11, 2026, but which they failed to serve on Plaintiff when they were filed on April 11, 2026.  In their first motion, the Gelardis seek a stay of enforcement of the February 10, 2026 Rule 58 judgment of $105,881.78 and the issuance of case-ending sanctions pending appeal.  See ECF Docket Entry 659.  In their second motion, they seek reconsideration or renewal of the Court's April 10, 2026 order denying them leave to serve a limited Rule 45 subpoena on Morgan & Morgan.  See ECF Docket Entry 660.

To the extent this Court will consider the motions on the merits (which it should not, based on both the filing injunction and their lack of merit), Plaintiff opposes both motions and respectfully seeks leave to oppose the motion.  In the event leave is granted, Plaintiff respectfully requests thirty (30) days from the issuance of an Order permitting Plaintiff to oppose the motions to file its opposition.

Dated: Lake Success, New York
      April 14, 2026             Respectfully submitted,

                                   **MILMAN LABUDA LAW GROUP PLLC**
                                   /s/ Jamie S. Felsen, Esq.

                                   **SAGE LEGAL LLC**
                                   /s/ Emanuel Kataev, Esq.

cc:    Safa Gelardi (via ECF)
      Vito Gelardi (via email vitogelardi@gmail.com)