# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 29, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> *Re:* **IME WatchDog, Inc. v. Gelardi, *et al.***
> <u>**Case No.: 1:22-cv-1032 (PKC) (JRC)**</u>

Dear Judge Chen:

This firm, together with Milman Labuda Law Group PLLC, represents Plaintiff IME WatchDog, Inc. (the "Plaintiff") in the above-referenced case. Plaintiff writes to respectfully oppose Defendants' letter motion for an extension of time to oppose its motion for a judgment by default.

## Legal Standard

Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … on motion made after the time has expired if the party failed to act because of excusable neglect." <u>See</u> Fed. R. Civ. P. 6(b)(1)(B). As set forth below, Defendants fail to establish both good cause and excusable neglect.

## Facts

On March 28, 2026, Plaintiff filed its motion for a default judgment against the Defendants. <u>See</u> ECF Docket Entry 651. Plaintiff's notice provided that Defendants' opposition papers were due within thirty (30) days,[1] i.e., Monday, April 27, 2026. <u>Id.</u> at 2. This date came and went with no opposition papers from Defendants, who instead opted to file other motions. <u>See</u> ECF Docket Entries 654, 659, and 660. On April 28, 2026, literally at a time when Defendants are a day late and a dollar short, they claim they were confused because of Plaintiff's earlier request for an extension of time to file their motion for a default judgment. <u>See</u> ECF Docket Entry 662.

## Argument

Defendants fail to satisfy both the good cause and excusable neglect prongs to warrant a substantial extension of time to file opposition papers to the motion for a default judgment.

---

[1] The thirty (30) day deadline was set by this Court's Order dated February 9, 2026, and provided Defendants' sixteen (16) days' more time than what is typically required for opposition papers pursuant to Local Civil Rule 6.1.

First, the Defendants' alleged confusion is belied by the clear and unambiguous language set forth in Plaintiff's notice of motion providing for thirty (30) days to oppose the motion as set forth in this Court's February 9, 2026 Order.

Second, Defendants have chosen to focus their efforts on other motions rather than oppose this motion, which they acknowledge is significant. Defendants' cavalier attitude towards this deadline – much like its *laissez faire* approach to complying with Court Orders – are all part of the same pattern displayed by them for years in this case.

Third, Defendants offer no basis for this Court to find that there was excusable neglect. To the contrary, their recent spate of filings indicate that they were actively reviewing the docket and were aware of its contents, but chose to ignore the motion for a default judgment because their time was apparently better spent on the motions they filed.

Fourth, given Defendants' heavy reliance on artificial intelligence tools, this Court may preemptively address their arguments by placing Plaintiff's motion papers in ChatGPT or a similar program to address Defendants' anticipated arguments.

In short, Defendants have failed to provide good cause nor excusable neglect warranting an extension of time. Accordingly, their motion must be denied. Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
      April 29, 2026

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
  */s/ Jamie S. Felsen, Esq.*
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Jamaica, New York
      April 29, 2026

**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

2