

May 1, 2026

Hon. Pamela K. Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> **Re:  IME WatchDog, Inc. v. Gelardi,** *et al.*
> **Case No.: 1:22-cv-1032 (PKC) (JRC) MLLG File No.: 25-2022**

Dear Judge Chen:

As per the Court's request, I am writing to provide the Court with an updated accounting of the invoices owed to BRG. BRG is currently owed **$37,448.13,** including principal and interest. Please note that this does include one additional payment of $500 that Ms. Gelardi made on April 16, 2026. This amount was only recently received by BRG as Ms. Gelardi sent it to my personal account via Zelle and that amount had to be transferred to BRG. I have attached a more detailed statement of account as of May 1, 2026.

Please note that today, May 1, 2026, was my last day at BRG so going forward, Allison Godfrey (agodfrey@thinkbrg.com) will be your main contact at BRG.

Best regards,

Ignatius Grande, Esq., Director
BRG, LLC
Phone: 718-249-7203
Email: igrande@thinkbrg.com

Enclosure
cc: Allison Godfrey