**043993 IME WatchDog, Inc. v. Gelardi et al**

| 043993 IME WatchDog, Inc. v. Gelardi et al | | | | | | |
|---|---|---|---|---|---|---|
| **Statement of Account as of 5/1/2026** | | | | | | |
| **Open Invoice #** | **Invoice Date** | **Due Date** | **Currency** | **Invoice Amount** | **Payments Applied** | **Amount Outstanding** |
| 140379 | 11/21/2022 | 12/21/2022 | USD | 13,964.84 | (4,946.25) | 9,018.59 |
| 145019 | 12/21/2022 | 1/20/2023 | USD | 1,219.84 | 0.00 | 1,219.84 |
| 145926 | 1/26/2023 | 2/25/2023 | USD | 6,751.45 | 0.00 | 6,751.45 |
| 147715 | 3/31/2023 | 4/30/2023 | USD | 2,987.18 | 0.00 | 2,987.18 |
| 149244 | 3/31/2023 | 4/30/2023 | USD | 2,150.50 | 0.00 | 2,150.50 |
| 151458 | 5/3/2023 | 6/2/2023 | USD | 2,624.33 | 0.00 | 2,624.33 |
| 153975 | 6/1/2023 | 7/1/2023 | USD | 214.58 | 0.00 | 214.58 |
| **Total Fees** | | | | 29,912.71 | (4,946.25) | 24,966.47 |
| | | | | | | |
| **Interest Assessed to Date** | | | | | | 12,481.66 |
| **Total Due Including Interest** | | | | | | 37,448.13 |

*To date, total payments made by IME Companions (including a retainer payment of $7,500) are $20,268.35

| Past Due Invoices: Interest Calculator | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Matter#** | **Invoice Date** | **Invoice#** | **Invoice Amount** | **Net Payment Days** | **Monthly Interest Rate** | **Input Date** | **Interest Owed** | **Total Amount Owed (/w Interest)** |
| 043993 | 11/21/2022 | 140379 | $9,018.59 | 30 | 1.00% | 4/27/2026 | $6,679.10 | $16,197.69 |
| 043993 | 12/21/2022 | 145019 | $1,219.84 | 30 | 1.00% | 4/27/2026 | $475.74 | $1,695.58 |
| 043993 | 1/26/2023 | 145926 | $6,751.45 | 30 | 1.00% | 4/27/2026 | $2,565.55 | $9,317.00 |
| 043993 | 3/31/2023 | 147715 | $2,987.18 | 30 | 1.00% | 4/27/2026 | $1,045.51 | $4,032.69 |
| 043993 | 3/31/2023 | 149244 | $2,150.50 | 30 | 1.00% | 4/27/2026 | $752.68 | $2,903.18 |
| 043993 | 5/3/2023 | 151458 | $2,624.33 | 30 | 1.00% | 4/27/2026 | $892.27 | $3,516.60 |
| 043993 | 6/1/2023 | 153975 | $214.58 | 30 | 1.00% | 4/27/2026 | $70.81 | $285.39 |
| | | | $24,966.47 | | | | $12,481.66 | $37,448.13 |
| **Total** | | | $24,966.47 | | | | | $37,448.13 |