UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IME WATCHDOG, INC.,

                Plaintiff,                              THIRD JUDGMENT

v.                                           22-CV-1032 (PKC) (JRC)

SAFA ABDULRAHIM GELARDI, et al.,

                Defendants.
-----------------------------------------------------------------X

An Order of the Honorable Pamela K. Chen, United States District Court, having been filed on May 11, 2026, directing the Clerk of Court to enter judgment pursuant to Rules 54(b) and 58(a) (the Clerk's third judgment in this case) which shall be severable from the underlying litigation on the merits in the amount of $37,448.13 in favor of Berkeley Research Group against Defendants; it is

ORDERED and ADJUDGED that judgment is entered in favor of Berkeley Research Group against Defendants in the amount of $37,448.13.

Dated: Brooklyn, New York                           Brenna B. Mahoney
       May 15, 2026                              Clerk of Court

                                    By:     */s/Jalitza Poveda*
                                           Deputy Clerk