# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 2, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> *Re:*     **IME WatchDog, Inc. v. Gelardi, *et al.***
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

This firm, together with Milman Labuda Law Group PLLC, represents Plaintiff IME WatchDog, Inc. ("Plaintiff") in the this case.  Plaintiff writes to respectfully seek leave to file reply papers in further support of their motion and for an Order requiring Defendants to refile their opposition papers in compliance with Local Civil Rules ("LCR").

Defendants raise arguments in opposition to the pending motion for a judgment by default which Plaintiff seeks to address.  In light of the filing injunction, Plaintiff respectfully seeks leave to file a reply memorandum of law in further support of their motion within twenty-one (21) days of this Court's Order on this request for leave.

Further, Plaintiff respectfully submits that Defendants' submission – which amounts to a smorgasbord of artificial-intelligence-generated arguments that obviously were not acquainted with the facts of this case – violates the Local Civil Rules, which require *pro se* submissions not to exceed twenty-five (25) pages.  <u>See</u> LCR 7.1(c).  Defendants' fifty (50) page single-space submission exceeds the limit by four times the amount given the twenty-five (25) page double-space limit.  They should therefore be required to utilize their artificial-intelligence tools subscription to regurgitate their opposition papers in a form not exceeding twenty-five (25) pages.

Finally, Defendants' submissions are electronically filed by the Clerk's office a day or more after their service upon the Court, and Defendants do not serve Plaintiff with same.  As a result, any deadline to reply should start from the date the Clerk of the Court electronically files Defendants' submission.

Accordingly, Plaintiff should be given leave to file reply papers and Defendants should be required to refile their opposition papers in compliance with the Local Civil Rules.

Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
June 2, 2026

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_/s/ Jamie S. Felsen, Esq._
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Jamaica, New York
June 2, 2026

**SAGE LEGAL LLC**

_/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

2