**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IME WATCHDOG, INC.,
Plaintiff,

-against-

SAFA GELARDI, VITO GELARDI, and IME COMPANIONS LLC,
Defendants.

Case No. 1:22-cv-01032-PKC-JRC

**RESPONSE TO PLAINTIFF'S JUNE 2, 2026 LETTER MOTION**

Dear Judge Chen:

I respectfully submit this response to Plaintiff's June 2, 2026 letter motion.

I was not aware that a 25-page limitation applied to my opposition. I am proceeding pro se and filed my opposition in good faith. I did not intend to disregard any Local Rule or burden the Court. If the Court determines that my opposition must be shortened, I will promptly file a conforming version as directed.

I respectfully oppose Plaintiff's request for leave to file reply papers.

Plaintiff has already had a full and fair opportunity to present its damages case. Plaintiff filed its motion, selected its evidence, submitted its declarations, presented its damages calculations, and requested the relief it seeks. The briefing process should not become an endless cycle of additional submissions whenever one side is dissatisfied with the other side's response.

Plaintiff's request effectively seeks another opportunity to address issues that were raised in opposition to its motion. That is not a basis for additional briefing. Plaintiff chose what evidence and arguments to include in its opening papers, and the motion should be decided on that record.

I also respectfully object to Plaintiff's repeated characterization of my filings as "artificial-intelligence-generated." This case has been pending for years. The facts, exhibits, testimony, record citations, emails, and arguments are mine. While I used available tools to help organize and present my position as a pro se litigant, the evidence and arguments contained in my opposition arise from the record of this case and my personal knowledge of the underlying events.

Accordingly, I respectfully request that the Court deny Plaintiff's request for leave to file reply papers. If the Court believes my opposition exceeds the applicable page limit, I respectfully request leave to submit a shortened version that complies with the Court's requirements. Other than complying with any page limitation the Court may impose, I respectfully submit that the briefing on Plaintiff's motion should be deemed complete.

Respectfully submitted,

Safa Gelardi and Vito Gelardi
Pro Se Defendants