# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 3, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Pamela K. Chen, U.S.D.J.
225 Cadman Plaza East
Courtroom 4F North
Brooklyn, NY 11201-1804

> *Re:*    **IME WatchDog, Inc. v. Gelardi,** *et al.*
> **Case No.: 1:22-cv-1032 (PKC) (JRC)**

Dear Judge Chen:

This firm, together with Milman Labuda Law Group PLLC, represents Plaintiff IME WatchDog, Inc. ("Plaintiff") in the this case.  Plaintiff writes to respectfully seek leave to file a reply memorandum of law in excess of the word count limit set forth in the Local Civil Rules ("LCR").

The LCR requires reply memoranda of law filed through counsel not to exceed a word count of 3,500 words.  <u>See</u> LCR 7.1(c).  Plaintiff's current near-final draft is approximately 3,800 words and Plaintiff will need to add a footnote addressing one of Defendants' arguments.  Plaintiff therefore respectfully requests leave to file a reply memorandum of law not exceeding 4,000 words.

Good cause exists to grant this request because Defendants have raised numerous arguments that require a thorough response in order to aid the Court in resolving the instant motion on the merits and based on binding Second Circuit precedent.

Accordingly, Plaintiff should be given leave to file a reply memorandum of law not exceeding 4,000 words.

Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
      July 3, 2026

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
  */s/ Jamie S. Felsen, Esq.*
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Jamaica, New York
June 2, 2026

**SAGE LEGAL LLC**

 _/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*IME WatchDog, Inc.*

2