# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-six.

Before:       Eunice C. Lee,
                      *Circuit Judge.*

_____

IME WatchDog, Inc.,

    Plaintiff-Counter-Defendant-Appellee,

  v.

Safa Abdulrahim Gelardi, Vito Gelardi,

    Defendants -Third Party-Plaintiffs-Counter-Claimants-Counter-Defendants-Appellants.

_____

**ORDER**

Docket No. 26-616

Appellants, proceeding pro se, move for an administrative stay and a stay pending appeal of the Rule 58 judgment entered by the district court on February 10, 2026. Appellee opposes the motion.

IT IS HEREBY ORDERED that the request for a stay pending appeal is REFERRED to a three-judge motions panel. To the extent Appellants request an administrative stay pending decision by a panel, that request is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



CERTIFIED COPY ISSUED ON 07/10/2026