MANDATE

E.D.N.Y. – Bklyn.
22-cv-1032
Chen, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-six.

Present:

Susan L. Carney,
Michael H. Park,
Sarah A. L. Merriam,
*Circuit Judges.*

---

IME WatchDog, Inc.,

*Plaintiff-Counter-Defendant-Appellee*,

v. 26-616

Safa Abdulrahim Gelardi, Vito Gelardi,

*Defendants -Third-Party-Plaintiffs-Counter-Claimants-Counter-Defendants-Appellants*,

IME Companions LLC, et al.,

*Defendants -Third-Party-Plaintiffs-Counter-Claimants*.

---

Appellants, pro se, move for a stay pending appeal. This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED. It is further ORDERED that Appellants' motion is DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

MANDATE ISSUED ON 11/20/2026